Cleared for Public Filing by
Counsel for The Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, <br><br> PETITIONER, <br><br> VS. <br><br> ROBERT GATES <br><br> RESPONDENT. | Case: 1:08-cv-01360 <br> Assigned To : Walton, Reggie B. <br> Assign. Date : 8/6/2008 <br> Description: Habeas Corpus/2255 |

## PETITION FOR WRIT OF HABEAS CORPUS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Zayn Al Abidin Muhammad Husayn | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) No._____ |
| vs. | ) |
| | ) |
| | ) |
| Robert Gates, U.S. Secretary of Defense | ) |
| | ) |
| Respondent. | ) |

Joseph Marguiles
MacArthur Justice Center
Northwestern University School
of Law
357 East Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0890

George Brent Mickum IV
Amanda L. Edwards
Spriggs & Hollingsworth L.L.P.
1350 I Street N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Attorneys for Petitioner

08 1360
FILED
AUG - 6 2008
Clerk, U.S. District and
Bankruptcy Courts