Cleared for Public Filing by
Counsel for The Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FILED**

AUG - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

ZAYN AL ABIDIN MUHAMMAD
HUSAYN,

               PETITIONER,

               VS.

ROBERT GATES

               RESPONDENT.

)
)
)
)
)
)
)
)
)
)
)
)

No. **08 1360**

*Granted –*
*Reyer C. Roberts*
*U.S. D.J. 8/6/08*

## <u>MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS</u>

This motion is filed on behalf of Zayn Al Abidin Muhammad Husayn,

Petitioner in the above-captioned matter. Because of Petitioner's poverty, he is

unable to pay the costs of said proceeding or give security therefore. In the 2007

term, the Court of Appeals for the District of Columbia Circuit recognized that

Petitioner was indigent and ordered that he could proceed *in forma pauperis*. As

counsel for Petitioner, my sworn Declaration attesting to Petitioner's continued

indigency is attached hereto. Based on my familiarity with the facts in the case,

Petitioner is entitled to relief.

2

**Cleared for Public Filing by
Counsel for The Department of Justice**

For the reasons set forth above, the Court should Grant Petitioner's Motion.

Respectfully submitted,

George Brent Mickum IV
SPRIGGS & HOLLINGSWORTH LLP
D.C. Bar No. 396142
1350 I Street, N.W.
Washington, D.C. 20005
(202) 898-5800

**Cleared for Public Filing by**
**Counsel for The Department of Justice**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the forgoing was served by messenger on the Clerk, for

the U.S. District Circuit for the District of Columbia filing this 4th day of August,

2008.

George Brent Mickum IV

Cleared for Public Filing by
Counsel for The Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

```
--------------------------------- x
                                  :
ZAYN AL ABIDIN MUHAMMAD           :
HUSAYN,                           :
                                  :
              Petitioner,         :
                                  :   No. _____
      v.                          :
                                  :
ROBERT M. GATES,                  :
                                  :
              Respondent.         :
                                  :
--------------------------------- x
```

## DECLARATION OF GEORGE BRENT MICKUM IV

I, George Brent Mickum IV, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney at Spriggs & Hollingsworth, 1350 I Street NW, 9th Floor, Washington, D.C. 20005 ("S&H"). Spriggs & Hollingsworth is counsel to Petitioner Zayn Al Abidin Muhammad Husayn ("Petitioner") in the above-captioned action. I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia and am admitted to practice before this Court. I respectfully submit this declaration in support of Petitioner's motion for permission to proceed *in forma pauperis*.

08 1360

**FILED**

AUG - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

Cleared for Public Filing by
Counsel for The Department of Justice

2.    Spriggs & Hollingsworth represents Petitioner on a *pro bono* basis.

3.    Petitioner is imprisoned by Respondent at the U.S. Naval Station at Guantánamo Bay, Cuba.  Petitioner is identified by Respondent at Guantánamo by his Internment Serial Number, 10016.

4.    Petitioner has been held virtually *incommunicado* in military custody for nearly six years and, on information and belief, is unable to pay or give security for costs and fees.

5.    Petitioner files the above-captioned action, challenging the legality of his indefinite detention by Respondent, without charge or trial. pursuant to 28 U.S.C. § 2241.

6.    According to unclassified excerpts of the transcript of Petitioner's Combatant Status Review Tribunal (CSRT) proceedings, Petitioner was arrested on March 28, 2002 during a safe house raid.  He was turned over to U.S. forces.  Thereafter, he was subjected to various methods of torture, including waterboarding, by the Central Intelligence Agency.  He was eventually transferred to Guantánamo.

7.    On information and belief, since Petitioner was taken into custody, he has not been able to work or earn any income.  Nor, on information and belief, has he been able to access any assets that he may have had prior to his

Cleared for Public Filing by
Counsel for The Department of Justice

capture and imprisonment at Guantánamo. In addition, on information and belief, Petitioner has not been able to contact any of his family members to obtain their assistance financially.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    Washington, District of Columbia
           August 4, 2008

                                        George B. Mickum IV