IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN,<br><br>   Petitioner,<br><br> v.<br><br>ROBERT GATES,<br><br><br>   Respondent. | Civil Action No. 08-CV-1360 (UNA) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondent:

   JUDRY L. SUBAR
   U.S. Department of Justice
   Civil Division
   Federal Programs Branch
   Room 7342
   20 Massachusetts Ave., N.W.
   Washington, D.C. 20530
   202-514-3969

Dated: August 6, 2008       Respectfully submitted,

                GREGORY G. KATSAS
                Assistant Attorney General

                JOHN C. O'QUINN
                Deputy Assistant Attorney General

      /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-3969

Attorneys for Respondents