IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | ) ) ) ) | |
| Petitioner, | ) ) | Misc. No. 08-CV-442 (TFH) |
| v. | ) ) | Civil Action No. 08-CV-1360 |
| ROBERT GATES, | ) ) ) | |
| Respondent. | ) ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel for respondent:

    Jean Lin
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, DC 20530
    phone (202)5143716
    fax (202) 6468470

Dated:  August 21, 2008        Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN C. O'QUINN
                                            Deputy Assistant Attorney General

                                             /s/ *Jean Lin*
                                            JOSEPH H. HUNT
                                            VINCENT M. GARVEY
                                            JUDRY L. SUBAR
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN
                                            JEAN LIN

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents