IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-CV-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 08-CV-1360 (RWR) |
| ) | |

## NOTICE OF FILING

NOTICE is hereby given that, pursuant to the direction of Judge Walton's chambers, today respondents filed an opposition to petitioner's emergency motion for immediate disclosure of petitioner's medical records and or other related relief. The opposition was filed under seal with the Court Security Office, at petitioner's counsel's request, because the opposition contains information about petitioner's medical care. Respondents served a copy of the opposition on petitioner's counsel and the Court Security Officer delivered a copy of the opposition to Judge Walton's chambers.

Dated: August 21, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents