IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN AL ABIDIN MUHAMMAD
HUSAYN,

        PETITIONER,

VS.

ROBERT GATES

        RESPONDENT.

No. 8CV-1360 RBW

RECEIVED
AUG 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR PRO HAC VICE ADMISSION OF AMANDA LYNN EDWARDS

George Brent Mickum, IV, counsel for Petitioner, Zayn Al Abidin Muhammad Husayn respectfully moves that Amanda Lynn Edwards, be authorized to appear before this Court as an out-of-state lawyer for purposes related to the representation of Zayn Al Abidin Muhammad Husayn., in this action. The movant states the following in support of this motion:

    1.    Ms. Edwards is admitted to practice and is a member of good standing in the State of New York Supreme Court (Certificate of Good Standing attached as Ex. A.) She has never been subject to disciplinary action by any court before which she is admitted to practice. This is the only case currently pending before the U.S. District of Columbia Circuit in which Ms. Edwards is appearing or seeks to participate.

    2.    Ms. Edwards presently is a member of the law firm of Spriggs & Hollingsworth, 1350 I Street, NW, Washington, DC 20005, (202) 898-5800.

members of the District of Columbia Bar, and that the movant will remain associated with the action before this Court.

WHEREFORE, the movant prays that this Court enter an Order admitting Amanda Lynn Edwards *pro hac vice* for all purposes related to the representation of Zayn Al Abidin Muhammad Husayn.

Respectfully submitted,

_____
George Brent Mickum IV
SPRIGGS & HOLLINGSWORTH LLP
D.C. Bar No. 396142
1350 I Street, N.W.
Washington, D.C. 20005
(202) 898-5800

## CERTIFICATE OF SERVICE

    I hereby certify that the forgoing Motion for Pro Hac Vice Admission for Amanda Lynn Edwards was served by messenger on the Clerk, for the U.S. District Circuit for the District of Columbia filing this 20th day of August, 2008.

                                                                    _____
                                                                    George Brent Mickum IV

# Exhibit A



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Amanda Lynn Edwards

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of March, 2008**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of August, 2008**.



_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, <br><br> PETITIONER, <br><br> VS. <br><br> ROBERT GATES, <br><br> RESPONDENT. | ) <br> ) <br> ) <br> ) <br> ) No. 8CV-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT

I, <u>AMANDA LYNN EDWARDS</u>, being of full age and of sound mind, and conscious of my duty to testify truthfully, having first been duly sworn according to law, do depose and say that I have personal knowledge of the following facts:

1. I am a member of the law firm of Spriggs & Hollingsworth, 1350 I Street NW, Washington, D.C. 20005.

2. I have been a member in good standing of the bar of the State of New York since March 2008. <u>See Exhibit 1</u>, Certificate of Good Standing.

3. I have never been the subject of any disciplinary proceedings and I have not engaged in the unauthorized practice of law.

4. I am seeking *pro hac vice* admission for purposes of this action only.

5. In view of my familiarity with the legal and factual matters at issue in this case, I believe that my admission, *pro hac vice*, will promote judicial economy and assist in the effective presentation of the Petitioner in this litigation.

Signed under the penalties of perjury this 20th day of August, 2008.

*/s/ Amanda J. Edwards*