IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) <br> ) <br> GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) <br> ) <br> ) <br> ) | Misc. No. 08-MC-442 (TFH) <br><br> Civil Action No. 08-CV-1360 (RWR) |

**STATUS REPORT**

Pursuant to this Court's August 15, 2008 Order, undersigned counsel for the respondent states the following status of this case.

1) Zayn Al Abidin Muhammad Husayn, who according to the petition in this case was born in Riyadah, Saudi Arabia, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 10016.

2) The petitioner filed a complaint on July 30, 2008.

3) This matter does not appear to be filed through a next friend. No direct authorization by the detainee for counsel's representation has been filed this case.

4) A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5) The respondent has sought the entry of a protective order relevant for the

protection of information classified as TOP SECRET, Sensitive Compartmented Information (TS/SCI).

6)   There is currently one motion pending before this Court:  petitioner's emergency motion for immediate disclosure of petitioner's medical records and for related relief.

Dated:  August 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ *Jean Lin*
JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
JEAN LIN
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondent