APPROVED FOR FILING BY THE CSO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZAYN AL ABIDIN MUHAMMAD HUSAYN,** ) | |
| ) | |
| **PETITIONER,** ) | |
| ) | **No. 08-CV-1360** |
| ) | |
| **VS.** ) | |
| ) | |
| ) | |
| **ROBERT GATES** ) | |
| ) | |
| **RESPONDENT.** ) | |

### NOTICE OF FILING

Please take note that Petitioner's *Emergency Motion for Immediate Disclosure of*

*Petitioner's medical records and for Related Relief* was filed with the Court Security Officer on

August 18, 2008.


Dated: August 29, 2008
        Washington, D.C.


                                        Respectfully submitted,



                                        _____/s/George Brent Mickum IV____
                                        Joseph Margulies
                                        MacArthur Justice Center
                                        Northwestern University School of Law
                                        357 East Chicago Avenue
                                        Chicago, IL  60611
                                        (312) 503- 0890

                                        George Brent Mickum IV [Bar No. 396142]
                                        Amanda L. Edwards
                                        Spriggs & Hollingsworth
                                        1350 I Street NW

Washington, District of Columbia 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

      /s/George Brent Mickum IV
George Brent Mickum IV
