APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) <br> ) <br> PETITIONER, ) <br> ) No. 08-CV-1360 <br> ) <br> VS. ) <br> ) <br> ) <br> ROBERT GATES ) <br> ) <br> RESPONDENT. ) | |

## NOTICE OF FILING

Please take note that Petitioner's *Motion for Preservation Order, Order Requiring Government Agencies to Identify Existing and Destroyed Documents, and Other Relief* was filed with the Court Security Officer on August 21, 2008.

Dated: August 29, 2008
       Washington, D.C.

                                            Respectfully submitted,

                                                    /s/George Brent Mickum IV
                                            Joseph Margulies
                                            MacArthur Justice Center
                                            Northwestern University School of Law
                                            357 East Chicago Avenue
                                            Chicago, IL  60611
                                            (312) 503- 0890

                                            George Brent Mickum IV [Bar No. 396142]
                                            Amanda L. Edwards
                                            Spriggs & Hollingsworth
                                            1350 I Street NW

Washington, District of Columbia 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530


      /s/George Brent Mickum IV
George Brent Mickum IV