APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) | |
| ) | |
| PETITIONER, ) | |
| ) No. 08-CV-1360 | |
| VS. ) | |
| ) | |
| ROBERT GATES ) | |
| ) | |
| RESPONDENT. ) | |

## NOTICE OF FILING

Please take note that Petitioner's *Reply to Government's Opposition For Disclosure of Petitioner's Medical Records and for Related Relief* was filed with the Court Security Officer on August 22, 2008.

Dated: August 29, 2008
       Washington, D.C.

                                                  Respectfully submitted,


                                                         /s/George Brent Mickum IV
                                                  Joseph Margulies
                                                  MacArthur Justice Center
                                                  Northwestern University School of Law
                                                  357 East Chicago Avenue
                                                  Chicago, IL  60611
                                                  (312) 503- 0890

                                                  George Brent Mickum IV [Bar No. 396142]
                                                  Amanda L. Edwards
                                                  Spriggs & Hollingsworth
                                                  1350 I Street NW

Washington, District of Columbia 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530


      /s/George Brent Mickum IV
George Brent Mickum IV