APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) | |
| ) | |
| PETITIONER, ) | |
| ) No. 08-CV-1360 | |
| ) | |
| VS. ) | |
| ) | |
| ) | |
| ROBERT GATES ) | |
| ) | |
| RESPONDENT. ) | |

## NOTICE OF FILING

Please take note that Petitioner's *Amended Petition for Writ of Habeas Corpus* was filed with the Court Security Officer on August 25, 2008.

Dated: August 29, 2008
   Washington, D.C.

 Respectfully submitted,

  /s/George Brent Mickum IV
 Joseph Margulies
 MacArthur Justice Center
 Northwestern University School of Law
 357 East Chicago Avenue
 Chicago, IL  60611
 (312) 503- 0890

 George Brent Mickum IV [Bar No. 396142]
 Amanda L. Edwards
 Spriggs & Hollingsworth
 1350 I Street NW
 Washington, District of Columbia 20005
 Telephone: (202) 898-5800

Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

     /s/George Brent Mickum IV
George Brent Mickum IV