APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) | |
| ) | |
| PETITIONER, ) | |
| ) | No. 08-CV-1360 |
| ) | |
| VS. ) | |
| ) | |
| ) | |
| ROBERT GATES ) | |
| ) | |
| RESPONDENT. ) | |

## NOTICE OF FILING

Please take note that Petitioner's *Status Report* was filed with the Court Security Officer on August 25, 2008.


Dated: August 29, 2008
       Washington, D.C.

                                              Respectfully submitted,


                                                   /s/George Brent Mickum IV
                                              Joseph Margulies
                                              MacArthur Justice Center
                                              Northwestern University School of Law
                                              357 East Chicago Avenue
                                              Chicago, IL  60611
                                              (312) 503- 0890

                                              George Brent Mickum IV [Bar No. 396142]
                                              Amanda L. Edwards
                                              Spriggs & Hollingsworth
                                              1350 I Street NW
                                              Washington, District of Columbia 20005
                                              Telephone: (202) 898-5800

Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

      /s/George Brent Mickum IV
George Brent Mickum IV