UNCLASSIFIED

Filed with the
CSO: /s/ AdcJL
Date: 8-25-08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                                     )
                                           ) Misc. No. 08-MC-442 (TFH)
Guantanamo Bay Detainee Litigation         )
                                           ) Civil Action No. 8CV-1360 (RWR)
                                           )

## STATUS REPORT

1. Petitioner has been imprisoned in the unlawful custody of the United States Government for nearly six and one half years, since his arrest in Pakistan in March 2002. He is currently imprisoned in Respondent's unlawful custody at Camp VII of the United States Naval Base at Guantánamo Bay, Cuba.

2. Petitioner sought relief by habeas corpus July 30, 2008.

3. Petitioner has filed two motions that are currently pending before the Court. The first is Petitioner's Motion for Preservation Order, Order Requiring Government Agencies to Identify Existing and Destroyed Documents, and Other Relief. The second is Petitioner's Emergency Motion for Immediate Disclosure of Petitioner's Medical Records and for Related Relief. The latter is fully briefed, although undersigned counsel have not been advised whether their motion and reply to the Government's Opposition was filed with the Court.[1]

4. The Government has moved the Court to enter the Government's proposed TS/SCI Protective Order. Petitioner's opposition is due September 12, 2008.

---

[1] There is some confusion about whether Petitioner's motions are being filed with the Court or merely "lodged." In all events, they do not appear on the public docket.

5. Undersigned counsel has asked the Government to provide, *inter alia*, a classified return. The Government has never provided counsel with any classified information, including but not limited to a classified return.

6. Petitioner has authorized counsel to represent him in this litigation. The original, signed authorization was provided to Christine Gunning of the Court Security Office.

Dated: Washington, District of Columbia
August 25, 2008

Respectfully submitted,

Joseph Margulies [Bar No. 48487]
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0890

George Brent Mickum IV [Bar No. 396142]
Spriggs & Hollingsworth
1350 I Street NW
Washington, D.C. 20001
Tel: (202) 898-5866
Fax: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the Court Security Officer for clearance and filing this 22nd day of August 2008. My understanding is that the Court Security Officer will serve the government. Once Petitioner's counsel has been notified that the document has been cleared and filed, copies will be served on the following via first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530

_____
George Brent Mickum IV