**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE:

**GUANTANAMO BAY DETAINEE
LITIGATION**

**Misc. No. 08-mc-0442 (TFH)**

**Civil Action No. 08-cv-1360 (RWR)**

**ORDER**

Pending before the Court is Petitioner's Emergency Motion For Immediate Disclosure

Of Petitioner's Medical Records And For Related Relief.  For the reasons given in the

Memorandum Opinion filed herewith, the Court

**ORDERS** that Petitioner's motion is **DENIED**.

**SO ORDERED**.

September 22, 2008

                              /s/
                        Thomas F. Hogan
                    United States District Judge