APPROVED FOR FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, <br><br> PETITIONER, <br><br> VS. <br><br> ROBERT GATES <br><br> RESPONDENT. | ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

Please take note that Petitioner's Unopposed Motion to Withdraw Court Filing and Memorandum in Support of Petitioner's Unopposed Motion to Withdraw Court Filing were filed with the Court Security Officer on September 29, 2008.

Dated: September 30, 2008
Washington, D.C.

Respectfully submitted,

Joseph Margulies
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, IL 60611
(312) 503-0890

George Brent Mickum IV [Bar No. 396142]
Amanda L. Edwards
Spriggs & Hollingsworth
1350 I Street NW

Washington, District of Columbia 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2008, I caused the foregoing Notice of Filing to be filed and served on counsel listed below by electronic transmission and first class mail:

Judry L. Subar
Terry M. Henry
Andrew I. Warden
Jean Lin
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530

_____
George Brent Mickum IV