IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF FILING OF GOVERNMENT'S OPPOSITION TO
PETITIONER'S DISCOVERY REQUEST FOR HIS DIARIES**

Pursuant to the Protective Order in place in this action, Respondent filed today under seal with the Court Security Officer the Government's Opposition to Petitioner's Discovery Request For His Diaries.

Dated: January 29, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

   /s/ *David C. Blake*
JOSEPH H. HUNT (D.C. Bar No. 431134)
TERRY M. HENRY
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
DAVID C. BLAKE (D.C. Bar No. 976977)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 353-3921
Fax:  (202) 616-8470
Email: dave.blake@usdoj.gov

*Attorneys for Respondent*