IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), <br><br>*Petitioner.*<br><br>v.<br><br>ROBERT M. GATES,<br><br>*Respondent.* | ) ) ) ) ) ) ) No. 08-CV-1360 ) ) ) ) ) ) |

## MOTION FOR ORDER REQUIRING THE GOVERNMENT TO RETURN THE ORIGINAL UNREDACTED COPIES OF PETITIONER'S DIARY AND OTHER WRITINGS, AND TO ALLOW PETITIONER TO SHARE HIS WRITINGS WITH COUNSEL

Petitioner Zayn Al Abidin Muhammad Husayn ("Petitioner") respectfully moves this Court for an Order directing the Government to return to Petitioner all volumes of his diary and all other writings and drawings created by him, and to allow Petitioner to share them with counsel. For the reasons set forth in the attached memorandum, this motion should be granted.

Dated: January 15, 2009
      Washington, D.C.

Respectfully submitted,

Joseph Margulies
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, IL 60611
(312) 503-0890

George Brent Mickum IV [Bar No. 396142]
Amanda L. Edwards

Spriggs & Hollingsworth
1350 I Street NW
Washington, District of Columbia 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the Court Security Officer for clearance and filing this 15th day of January 2009. My understanding is that the Court Security Officer will serve the government. Once Petitioner's counsel has been notified that the document has been cleared and filed, copies will be served on the following via first class mail:

Nicholas Oldham
Terry M. Henry
Andrew I. Warden
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530

_George Brent Mickum IV_
George Brent Mickum IV