**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                             )
ZAYN HUSAYN,                 )
                             )
        Petitioner,          )
                             )
        v.                   )    Civil Action No. 08-1360 (RWR)
                             )
ROBERT GATES,                )
                             )
        Respondent.          )
_____)
```

## ORDER

Guantánamo Bay detainee Zayn Husayn, also known as Abu Zubaydah, has petitioned for habeas corpus relief. A Memorandum Opinion and Order issued on November 28, 2008 granted Husayn's counsel access to his medical records. The Order required the respondent to file a memorandum and proposed order addressing any proposed redactions that the respondents would make to the records. The respondents timely filed such a memorandum with two proposed areas of redaction. First, the respondents proposed redacting all treatment-providers' identifying information from the responsive records. Second, the respondents proposed redacting "certain, limited information based on a determination that Petitioner's counsel does not have the requisite need-to-know the information." Respondents' first request is well taken, but their second request is not. The petitioner's counsel has a

-2-

security clearance and is presumed to have a need to know the information that he is requesting. Accordingly, it is hereby

ORDERED that respondents will provide to petitioner's counsel within two business days of the entry of this Order copies of the records responsive to the November 28, 2008 Order, with treatment providers' identifying information redacted, and without redactions based upon petitioner's counsel's purported lack of a need to know the information.

SIGNED this 4th day of March, 2009.

                                                        /s/
                                       RICHARD W. ROBERTS
                                       United States District Judge