[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) ) | No. 08-CV-1360 |
| ROBERT M. GATES, | ) ) | |
| *Respondent*. | ) ) | |

**MEMORANDUM IN SIPPORT OF MOTION FOR PERMISSION TO FILE SUPPLEMENT TO PETITIONER"S MOTION FOR RESERVATION ORDER, ORDER REQUIRING GOVERNMENT AGENCIES TO INDENTIFY DESTROYED DOCUMENTS, AND OTHER RELIEF**

Petitioner Zayn al Abidin Muhammad Husayn ("Petitioner") respectfully requests that the Court for permission to file the accompanying supplement to his Motion for Preservation Order, Order Requiring Government Agencies to Identify Destroyed Documents, and Other Relief ("Motion"). Although that Motion is fully briefed and has been awaiting decision since January 5, 2009, no decision has been issued. Petitioner respectfully requests permission to file this Supplement in light of newly revealed evidence that may bear on the Court's decision. That information first came to Petitioners attention on Monday, March 2, 2009 and was unavailable when Petitioner filed his original motion. The information deals with the CIA's admission that it destroyed 92 videotapes of evidence that pertain to Petitioner and another CIA prisoner

For the reasons set forth above, this motion should be granted.

Dated: March 4, 2009
Washington, District of Columbia

          Respectfully submitted,

          */s/*

          Joseph Margulies [Bar No. 48487]
          MacArthur Justice Center
          Northwestern University School of Law
          357 East Chicago Avenue
          Chicago, Illinois 60611
          (312) 503-0890

          George Brent Mickum IV [Bar No. 396142]
          Amanda L. Edwards
          Spriggs & Hollingsworth
          1350 I Street NW
          Washington, D.C. 20001
          Tel: (202) 898-5866
          Fax: (202) 682-1639

          Baher Azmy
          SETON HALL LAW SCHOOL
          CENTER FOR SOCIAL JUSTICE
          One Newark Center
          Newark, NJ 07102
          (973) 642-8700

          *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the Court Security Officer for clearance and filing this 4th day of March 2009. My understanding is that the Court Security Officer will serve the government. Once Petitioner's counsel has been notified that the document has been cleared and filed, copies will be served on the following via first class mail:

Nicholas Oldham, Esq.
David Blake, Esq.
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530

_____
George Brent Mickum IV

# EXHIBIT 1

MAR-02-2009 09:08                                                                                           P.02/03



           **U.S. Department of Justice**

           *United States Attorney*
           *Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 2, 2009

**BY FACSIMILE**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

   Re:  <u>ACLU, et al., v. Department of Defense, et al.,</u> No. 04 Civ. 4151 (AKH)

Dear Judge Hellerstein:

   The Court's stay of its consideration of Plaintiffs' contempt motion expired on February 28, 2009. John Durham, the Acting United States Attorney for the Eastern District of Virginia who is conducting a criminal investigation into the destruction of certain videotaped interrogations of detainees by the Central Intelligence Agency, did not request a continuation of the stay. Accordingly, it is our expectation that the Court will enter an order requiring the production of the information contemplated in the August 20, 2008 Order Regulating Proceedings; namely:

  1. A list identifying and describing each of the destroyed records;

  2. A list of any summaries, transcripts, or memoranda regarding the records, and of any reconstruction of the records' contents; and

  3. Identification of any witnesses who may have viewed the videotapes or retained custody of the videotapes before their destruction.

MAR-02-2009  09:08                                                                  P.03/03

Hon. Alvin K. Hellerstein
March 2, 2009

With the termination of the stay, the CIA is now gathering information and records responsive to the Court's order. The CIA respectfully requests that it be permitted until Friday, March 6, 2009, to provide the Court with a proposed schedule under which it will respond to each of the three categories of information and records.

In the meantime, the CIA can now identify the number of videotapes that were destroyed, which is information implicated by Point 1 of the August 20, 2008 Order. Ninety-two videotapes were destroyed. This information is included in the CIA Office of Inspector General's Special Review Report, a redacted version of which was previously produced to the Plaintiffs. The CIA will unredact this information from the report and produce it to the Plaintiffs.

Finally, we note that certain of the information contemplated by the August 20, 2008 Order may be classified or statutorily protected from disclosure, such as the names of CIA employees who have reviewed the tapes. The CIA intends to produce all of the information requested to the Court and to produce as much information as possible on the public record to the Plaintiffs.

We thank the Court for considering this submission.

Respectfully,

LEV L. DASSIN
Acting United States Attorney

By: _____
SEAN H. LANE
PETER M. SKINNER
Assistant United States Attorneys
Telephone: (212) 637-2601
Facsimile: (212) 637-2930

cc:   Amrit Singh, Esq. (by facsimile)
      Jennifer B. Condon (by facsimile)

-2-