# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN,            )<br>                                  )<br>          Petitioner,       )<br>                                  )<br>    v.                          )<br>                                  )<br>ROBERT GATES,         )<br>                                  )<br>          Respondent.      )<br>                                  ) | Civil Action No. 08-1360 (RWR) |

### RESPONDENT'S STATEMENT OF LEGAL JUSTIFICATION FOR DETENTION

The Court's Order of November 6, 2008 (Dkt. No. 48), requires submission of a statement of legal justification for detention of petitioner (ISN 10016) in the above-captioned case. As his statement of legal justification, respondent relies upon and incorporates by reference the Memorandum Regarding the Government's Detention Authority Relative to Detainees Held at Guantanamo Bay, Misc. No. 08-442, Mar. 13, 2009 (Dkt. No. 1690), a copy of which is attached as Exhibit A.

Dated: April 3, 2009               Respectfully submitted,

                                            MICHAEL F. HERTZ
                                            Acting Assistant Attorney General

                                            TERRY M. HENRY
                                            Assistant Branch Director

                                              /s/ *Julia A. Berman*
                                            NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                            JAMES C. LUH

        DAVID C. BLAKE (D.C. Bar No. 976977)
        JULIA A. BERMAN (D.C. Bar No. 986228)
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.
        Washington, DC  20530
        Tel:  (202) 616-8480
        Fax:  (202) 616-8470
        Email: Julia.Berman@usdoj.gov

*Attorneys for Respondent*