APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
*ZAYN AL ABIDIN MUHAMMAD HUSAYN*,   )
)
               **PETITIONER**,   )
)
     **VS.**   )   Civil Action No. CV-1360 (RWR)
)
*ROBERT GATES*,   )
)
               **RESPONDENT.**   )
)
_____)

## NOTICE OF FILING

     NOTICE is hereby given that, on April 14, 2009, Petitioner filed document entitled *Memorandum in Support of Motion for Permission to File Emergency Supplement to Petitioner's Motion for Preservation Order, Order Requiring Government Agencies to Identify Destroyed Documents, and Other Relief* with the Court Security Officer.

April 14, 2009
Washington, DC                           Respectfully submitted,

                                            /s/ George Brent Mickum, IV
                                            George Brent Mickum, IV
                                            (bmickum@spriggs.com)
                                            SPRIGGS & HOLLINGSWORTH
                                            1350 I Street, N.W.
                                            Washington, DC 20005
                                            (202) 898-5800
                                            (202) 682-1639 (fax)

                                            *Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 14th day of April 2009 served a true and correct copy of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing System, on:

Nicholas Oldham
James C. Luh
Trial Attorney
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel. (202) 514-4107

/s/ George Brent Mickum, IV
George Brent Mickum, IV
(bmickum@spriggs.com)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorney for Petitioner*