APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                )
*ZAYN AL ABIDIN MUHAMMAD HUSAYN,*      )
                                                )
                  **PETITIONER,**      )
                                                )
      **VS.**                    )          **Civil Action No. CV-1360 (RWR)**
                                                )
*ROBERT GATES*,                          )
                                                )
                **RESPONDENT.**        )
                                                )
_____)

## NOTICE OF FILING

       NOTICE is hereby given that, on April 14, 2009, Petitioner filed document entitled *Emergency Supplement to Motion for Preservation Order, Order Requiring Government Agencies to Identify Destroyed Documents, and Other Relief* with the Court Security Officer.

April 14, 2009
Washington, DC                Respectfully submitted,

                     /s/ George Brent Mickum, IV
                     George Brent Mickum, IV
                     (bmickum@spriggs.com)
                     SPRIGGS & HOLLINGSWORTH
                     1350 I Street, N.W.
                     Washington, DC 20005
                     (202) 898-5800
                     (202) 682-1639 (fax)

                     *Attorney for Petitioner*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 14th day of April 2009 served a true and correct copy

of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing System, on:

Nicholas Oldham
James C. Luh
Trial Attorney
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel. (202) 514-4107

/s/ George Brent Mickum, IV
George Brent Mickum, IV
(bmickum@spriggs.com)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorney for Petitioner*