APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
*ZAYN AL ABIDIN MUHAMMAD HUSAYN*,   )
                                    )
            PETITIONER,             )
                                    )
      VS.                           )   Civil Action No. CV-1360 (RWR)
                                    )
*ROBERT GATES*,                     )
                                    )
            RESPONDENT.             )
                                    )
_____)

## NOTICE OF FILING

NOTICE is hereby given that, on May 11, 2009, Petitioner filed document entitled *Memorandum in Support of Motion for Relief from Improper Classification* with the Court Security Officer.

May 12, 2009
Washington, DC                          Respectfully submitted,


                                        /s/ George Brent Mickum, IV
                                        George Brent Mickum, IV
                                        (bmickum@spriggs.com)
                                        SPRIGGS & HOLLINGSWORTH
                                        1350 I Street, N.W.
                                        Washington, DC 20005
                                        (202) 898-5800
                                        (202) 682-1639 (fax)

                                        *Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 12th day of May 2009 served a true and correct copy of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing System, on:

James C. Luh  
Trial Attorney  
Civil Division, Federal Programs Branch  
U.S. DEPARTMENT OF JUSTICE  
20 Massachusetts Ave., N.W.  
Washington, DC 20530  
Tel. (202) 514-4107  

      /s/ George Brent Mickum, IV  
      George Brent Mickum, IV  
      (bmickum@spriggs.com)  
      SPRIGGS & HOLLINGSWORTH  
      1350 I Street, N.W.  
      Washington, DC 20005  
      (202) 898-5800  
      (202) 682-1639 (fax)  

      *Attorney for Petitioner*