# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN,<br><br>    Petitioner<br><br>vs.<br><br>ROBERT GATES,<br><br>    Respondent | Civil Action No. 08-cv-1360 (RWR) |

## SUPPLEMENTAL NOTICE PERTAINING TO THE PRODUCTION OF EXCULPATORY INFORMATION

Pursuant to Section I.D.1 of the Court's coordinated Case Management Order ("CMO") of November 6, 2008, as amended on December 16, 2008, (dkt. nos. 48, 62), the Government has reviewed information as explained in the Global Notice Pertaining to Production of Exculpatory Information (dkt. no. 100) filed in this case and hereby provides notice that it has disclosed all exculpatory evidence consistent with, and as defined by, the CMO, located in such review as to Petitioner Zayn al Abidin Muhammad Husayn (ISN 10016). Some arguably responsive documents have been identified but remain in the clearance process. These documents will be disclosed to Petitioner as soon as possible. If any further exculpatory information becomes known to the Government, it shall be disclosed as soon as practicable pursuant to Section I.D.2 of the CMO.

Date: July 17, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

        TERRY M. HENRY
        Assistant Branch Director

        <u>/s/ JAMES C. LUH</u>
        ANDREW I. WARDEN
        PAUL E. AHERN
        RONALD J. WILTSIE (D.C. Bar No. 431562)
        JAMES C. LUH
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave NW
        Washington DC 20530
        Tel: (202) 514-4938
        Fax: (202) 616-8460
        E-mail: James.Luh@usdoj.gov
        Attorneys for Respondent