# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, )<br><br>Petitioner )<br><br>vs. )<br><br>ROBERT GATES, )<br><br>Respondent ) | Civil Action No. 08-cv-1360 (RWR) |

## NOTICE OF PUBLIC FILING OF FACTUAL RETURN

Pursuant to the Court's Order of June 1, 2009, attached is the declassified factual return for petitioner Zayn al Abidin Muhammad Husayn (ISN 10016), suitable for public release.[1]

Date: July 29, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
Assistant Branch Director

/s/ JAMES C. LUH
ANDREW I. WARDEN
RONALD J. WILTSIE (D.C. Bar No. 431562)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW

---

[1] Some declassified exhibits in the factual return contain numerical and/or alphabetical codes within the redacted material. Those codes were part of the Government's tracking mechanism and are for the Respondent's internal purposes only.

Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Respondent