IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,  )
  )
           Petitioner,  )
  )
    v.  )          Civil Action No. 08-1360 (RWR)
  )
ROBERT GATES,  )
  )
           Respondent.  )
  )

# PART 2 OF 4

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN,<br><br>     Petitioner,<br><br>     v.<br><br>ROBERT GATES,<br><br>     Respondent. | Civil Action No. 08-1360 (RWR) |

# Ressam 302 5/10/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription          05/10/2001

          Interviewing agent and the ███████████████████████

attended Seatac Federal Detention Center for the purpose of interviewing Ahmed Ressam.

          Also present during the interview ████████████
████████████████████████████████████████████.

          The interview lasted from approximately 10:15 am to 12:25 pm, and Ressam has agreed to participate in additional interviews. Ressam is willing to testify against ███████████; however, no questions were asked in regard to ███████ pending an interview of Ressam by the Office of the U.S. Attorney for the Southern District of New York (SDNY) and FBI New York Office.

          Ressam provided the following information:

**TARGET:**

          On December 14, 1999, Ahmed Ressam attempted to enter the United States at Port Angeles, Washington for the purpose of placing one explosive device at the Los Angeles International Airport (LAX). The timing of this attack would coincide with the millennium.

**THE PLAN:**

          Ressam intended to clear U.S. Customs at Port Angeles and drive to the Best Western Hotel in Seattle, Washington. Once in Seattle, he planned to telephone ███████████ and meet up with him. Ressam telephoned ███████ on December 14, 1999 prior to boarding the Tswassen Ferry from Vancouver to Vancouver Island.

          ███████ had been sent by ███████████ in Montreal to assist Ressam with reading road signs, speaking English at hotels, and assisting Ressam with moving the explosives to Los Angeles. Ressam had told ███████ that he needed someone for a very important operation and was told by ███████ that ███████ had a desire to attend jihad training in Afghanistan.

          05/10/2001          Seattle, Washington

████████████████████████████████████████████ 05/10/2001

████████████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page     i

███████

Ahmed Ressam                                    05/10/2001        2

Ressam intended to return the rental vehicle to a nearby
Thrifty Car Rental, either downtown Seattle or at the airport. Ressam
was hoping no one would notice the missing spare tire when he returned
it to the rental agency.

Ressam intended to then take ████████ and the explosives to
Los Angeles via the train. Once in Los Angeles, he would develop and
fine tune the location to place his explosive device at LAX. Los Angeles
was chosen by Ressam because it was a large airport and he felt there
were many foreigners and he would be able to slip in and out unnoticed.

**THE DEVICE:**

Ressam planned one explosive device, using three time and
power units (TPUs) for redundancy/back-up purposes. The fourth TPU was
just a spare (extra).

Ressam was going to nitrate the urea to a mixture of 40% and
mix in the aluminum sulphate. He planned to rent an efficiency motel
room where he could "roast" the nitrated urea, thereby drying it, after
first spreading it out on cookie sheets/pans and heating the mixture.
He planned to first use a cloth to squeeze out the excess moisture.

Next, Ressam would pour the ethylene glycol dinitrate (EGDN)
into one large glass container, place the hexamethylene triperoxide
diamene (HMTD) and cyclotrimethylene trinitramine (RDX) in pill bottles
connected to the TPUs, then tape and seal the pill bottles, placing
it into the EGDN.

**DEPLOYMENT OF THE DEVICE:**

The EGDN would be placed inside the nitrated urea. The entire
explosive would be placed in a suitcase or travel bag. Ressam intended
to put the bag onto a cart upon arrival at the airport and camouflage
it with other bags.

Ressam's intent was for it to be left before the security
checkpoint on an unattended luggage cart. He had not yet identified
where, but planned to do reconnaissance and a practice mission before
attempting to do the actual explosive act.

Ressam intended to use the Sony camcorder as part of his
reconnaissance as well as for a decoy to make him appear as a tourist.
Ressam did not intend to film the explosion. Ressam stated
he would try to leave the device in an area wherein a minimum amount
of people would be hurt.

Ressam did not have any friends or associates in Los Angeles
to help him; he was going to rely on ████████ to assist even though Ressam
knew that he (Ressam alone) would be the only one who knew how to make
the explosive.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

Ahmed Ressam                                      05/10/2001           3

## SELECTION OF VIABLE TARGETS:

Ressam had studied an operation such as leaving an explosive
at an airport while training at the Khalden Camp in Afghanistan. At
Khalden, various scenarios were presented and targets were discussed:
U.S. consulates, U.S. interests in Asia, the Middle East, generally
U.S. interests anywhere in the world.

Trainers at the camp indicated that viable targets included
U.S. warships, hotels holding conferences of VIPs, barracks of U.S.
military personnel, commercial/economic targets, petroleum targets,
and information/ technology centers. Ressam stated that the United
States is against the Islamic Movement and Islamic countries, and
therefore it's interests are viable targets.

## SELECTION OF LAX:

Ressam transited through LAX in February 1999 on his return
from the training camps in Afghanistan after first traveling from
Islamabad to Karachi, Karachi to Thailand, Thailand to Seoul, Seoul
to LAX, LAX to Vancouver, British Columbia using the Benni Antoine Noris
identification.

In the summer of 1999, Ressam (while in Montreal) thought
back to LAX and started identifying it as a target for reasons identified
earlier. Also important to him was to do the attack just before or after
the new millennium.

## ESCAPE ROUTE/LONDON CONNECTION:

Ressam referred to his plan to place explosives as an
"operation" and planned to head back to New York with ████████████ .
Once in New York, Ressam intended to rejoin his associates ████████
████████████████████████████████████████████

Ressam does not remember making airplane reservations to
London, but was suffering from malaria and not thinking clearly at the
time of his attempted crossing. However, rejoining his associates in
London was his ultimate goal.

Ressam stated that ████████ had studied the plan (to place
an explosive at an unspecified airport) at the Khalden Camp in
Afghanistan and was aware that Ressam was going to do a terrorist attack,
but did not have the detail of the date and actual target.

████████████████████ , was to be part of
the operation, but could not make it to Canada in time because of passport
problems. Furthermore, ████████ was with Ressam at Khalden Camp in the
Fall of 1998 where the plan to commit an "operation" or terrorist act
was hatched.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████        Ahmed Ressam                          05/10/2001          4

This operation, which was interrupted with his arrest in Port
Angeles, Washington, was the attempt to commit an act of terrorism in
the United States as formulated in the camp.

## INCEPTION OF RESSAM'S OPERATION:

Each cell at Khalden was organized to create a group that
would conduct an "operation" somewhere in the world.  ███████ was part
of Ressam's cell at Khalden. Though at this point, the specific target
was not picked, the group trained together so that when they decided
on a target, they would all work together.

Ressam was shown the back of a Kita Travel card with the number
"7714(or 744) 620 952 R" and identified that telephone number as ███████
███████. And it was with ████████ that Ressam was in contact
in regard to his "operation".

Also aware of the "operation" was ███████, who's number "300
501077 J" appears on the same Kita Travel card and was identified by
Ressam as belonging to ███████. Once the "operation" was complete, Ressam
would telephone ███████ in Pakistan so that an act of jihad would be known
and credited to Ressam.

## RESSAM'S CELL:

Ressam trained with a large group of several cells in Khalden,
but was specifically part of a smaller cell. The cell in which he trained
was to go to Canada to help Ressam, but they didn't arrive from Europe
because they were stopped relative to passport problems. It wasn't
apparent whether they had been turned back because of their passports
or hadn't attempted to travel because they lacked the passports.

That group is identified by their Khalden names
(noms-de-guerre) which everyone at Khalden used. For example, Ressam's
Khalden name was "NABIL". Those individuals in Ressam's cell in
Afghanistan who were to assist Ressam in his operation are, phonetically:
████████████████████████████████████████████████████████████
████████████████████████████████████.

This cell was formed in the Fall of 1998 to commit a terrorist
act. No specific target and date were chosen, but this group would train
together and then deploy at some point in time to commit the terrorist
act. Trainees were instructed that the specific information regarding
targets and dates should always be closely guarded within the cell.

## OTHER CELLS AT KHALDEN:

Ressam was aware of a Jordanian cell at Khalden that was to
attack Israelis and/or Americans in Jordan.  Ressam denies specific

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████

        Ahmed Ressam                          05/10/2001          5

        knowledge of an attack on the USS Cole, but states such
objectives as U.S. warships were presented by instructors as viable
targets.

## RESSAM'S ITINERARY IN AFGHANISTAN:

        Ressam attended a total of three camps while in Afghanistan.
He arrived in Pakistan in March 1998 and entered Khalden Camp in April
1998. At Khalden there were many forms of training: light arms,
explosives, equipment, artillery, topography and tactics. Ressam did
not receive training in artillery.

        Khalden Camp is near the town of Khwost in Afghanistan, run
by a Palestinian named ███████. It is one of many camps operated by the
Emir ABOU ZOUBEIDA. Ressam stayed at Khalden approximately six months
before being moved to a second camp.

        The second camp Ressam attended was a Kurdish camp that
trained in the manufacturing of explosives. Though he went there to
learn how to manufacture explosives, he instead spent two weeks at this
Kurdish camp handling and shooting pistols.

        The third camp Ressam attended was a very specialized
explosives manufacturing camp near the town of Toronto.  Ressam was
instructed by ████████████████████████████████████████████████)
wherein he learned not only about chemicals which would be used in
explosive devices but electrical aspects of the devices as well.
Students were taught to locate fertilizer plants to find the ingredients
for their explosives.

## MATERIAL SUPPORT TO ESTABLISH CANADIAN CELL:

        Before leaving to come back to North America, Ressam received
$12,000 U.S. from ████████, the leader of the Algerians in Jalalabad,
Afghanistan. Ressam was to use this money to set up a house, buy supplies,
receive and support the rest of his cell formed at Khalden as they arrived
in Canada.

        Ressam brought with him from Afghanistan to Canada, via the
United States, 500 milliliters of glycol in a shampoo bottle and several
hexamine tablets which he later used to make the EGDN, HMTD, and RDX.

        He transported the glycol and hexamine in his
medicine/toiletry bags, along with the written formula for these
mixtures aboard the aircraft. He was not searched by authorities upon
entering the United States or Canada. Ressam later burned the list
of formulas in the bathroom at the 2400 Motel in Vancouver, British
Columbia.

        However, upon returning to Canada, Ressam was without his
fellow cell members and decided to start putting the plan for his

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████              Ahmed Ressam                    05/10/2001         6

operation together. Ressam felt that it was important to
commit a terrorist act during "the millennium" because of the "economic
and political impact it would have at that time of transition."

While Ressam was not interested in targeting symbols of
Christianity or Catholicism, other acts of terrorism coinciding with
the millennium were discussed at Khalden by attendees.  This includes
the actions/plans of the Jordanian cell to attack Israeli and/or
Americans in Jordan during the millenium.

**NACER** ████████:

Ressam arrived in Vancouver, British Columbia in February
1999, and stayed with ████████████ at ████████ 's house. It was
at ████████ 's house that Ressam received his mail under the alias BENNI
ANTOINE NORIS. ████████ was aware that Ressam was using a fake name,
and allowed Ressam to continue receiving mail under the that name while
in Vancouver, B.C.

████████████:

Ressam next enlisted the help of ████████████,
because Ressam knew ████████ to be someone he could trust and someone
interested in Jihad.

Ressam directed ████████ to find an apartment and transport
equipment and explosives.  It was ████████ who helped Ressam prepare
the chemicals (RDX, HMTD, EGDN) at the 2400 Motel in Vancouver, B.C.
████████ knew Ressam was going to strike a target within the United
States, but Ressam never divulged the specific target.

**CONSTRUCTION OF TPU's:**

In September 1999, Ressam went to Montreal and purchased the
components of the TPUs, assembling them in his apartment at 1250 du
Fort apartment. After assembling the TPUs, he gave the tools (including
the soldering gun) to ████████. Ressam also confided in ████████
████████ that he (Ressam) had been to the training camps in
Afghanistan and had an operation to complete.

At this time Ressam expected ████████████████, to
come from Bosnia and join him for the terrorist operation Ressam was
planning.

████████████████████████████████, THE

**LAPTOP COMPUTER:**

In late October or early November 1999, while in Montreal,
Ressam and ████████████ went to a computer store to buy a laptop
for ABOU ZOUBEIDA. ████████████ asked Ressam to buy the laptop,
and ████████ informed Ressam that the laptop would be sent with a young

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

                    Ahmed Ressam                          05/10/2001          7

      man who was headed to the Khalden Camp and would courier it
to ABOU ZOUBEIDA.

      Ressam was not able to purchase the laptop at the first store
at which they attempted to make a purchase. Ressam later bought a used
laptop from █ for $600 Canadian, paid for with cash. Ressam
gave the used laptop to ██████████; ██████████ is a close friend of
██

## BURGLARY AT EVERGRO FERTILIZER COMPANY:

      Following his time in Montreal, and after constructing the
TPUs, Ressam returned to Vancouver, B.C. Ressam and █████████
discovered the location of the EVERGRO fertilizer company in Delta,
B.C. after reading the address on a box of fertilizer. The fertilizer
(urea and aluminum sulphate) was purchased at the Gardenworks retail
store.

      Ressam and ████████ drove in a Chrysler Cirrus rental car
to the EVERGRO company in Delta, B.C. during business hours. They walked
around the outside storage yard and located the sulfuric acid, nitric
acid, and hydrochloric acid after first entering the main gate just
to the right of the administration building. Though they saw several
employees, they were never confronted.

      Ressam and ████████ drove back to EVERGRO later that night
and entered the complex from the rear gate after traversing a grassy
field. The gate was locked, but they were able to squeeze through the
opening between the gate and the fence.

      Ressam brought with him a glass container and a white plastic
container for the sulfuric and nitric acids. Ressam added that he should
have used his purple container because it would have prevented the
sunlight from interacting with the chemicals.

      Ressam first attempted to obtain the sulfuric acid from a
car battery that he purchased at Canadian Tire in Vancouver but was
unable to obtain the quantity of sulfuric acid he required. Ressam and
████████ mixed the chemicals at the 2400 Motel.

## RESSAM AND ████████ SEPARATE ON DECEMBER 14th, 1999:

      On December 14, 1999, ████████ and Ressam departed for
Victoria, where Ressam would take the M.V. Coho ferry to Port Angeles,
Washington. ████████ stayed with Ressam until he boarded the ferry.

      ████████ became very nervous and Ressam did not want to risk
██████████ compromising the operation. Ressam knew ████████ would be
waiting to help him in Seattle, and opted not to let ████████ come
with him. Ressam indicated it was not pre-determined that ████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

Ahmed Ressam                          05/10/2001          8

and Ressam would part company at Victoria, but Ressam made
that decision in Victoria.

**MEMBERS OF OTHER TERRORIST CELLS IN GERMANY, SWEDEN, JORDAN, ITALY:**

Ressam identified the following individuals by their Khalden
names that he met at the Khalden Camp. They are cell members located
in the following cities trained to carry out terrorist attacks:

**Frankfurt, Germany:**



**Sweden, possibly Stockholm:**



**Jordan:**



**Italy:** (operates in Germany and Italy)

The cell is comprised of approximately 60 persons, the majority of whom
are Tunisian and fought in Bosnia. Their Emir resides in Yemen.



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████████████                    05/10/2001          9

████████
██  ██
██████
██  ██
██  ██

**CONCLUSION OF FIRST INTERVIEW:**

     Ahmed Ressam agreed to testify against ████████████ and
to continue providing information. Ressam will meet again with FBI
Seattle, and has agreed to meet with SDNY and FBI New York relative
to questions surrounding ██████ ██████.

**ressam302**

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, ) | |
| Respondent. ) | |

# Ressam 302 5/16/2001

SECRET/NOFORN

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription     05/18/2001

On May 16, 2001, AHMED RESSAM (RESSAM) was interviewed at the Seatac Federal Detention Center in Seattle, Washington.  Present for the interview were ███████████████████████████████████████████████████████████████████████ ██████. The interview was conducted in Arabic.

RESSAM stated that he knows ████████████████.  " RESSAM advised that he knew ████████ very well in Canada and that he came to include ██████ in his group of friends. ████ was not at the training camp with RESSAM.

RESSAM met ████████ in Montreal in approximately 1996. RESSAM met ████ through ████████ and ████████. ██████ and RESSAM were neighbors. ████████ knew ████ very well.  RESSAM stated that RESSAM was also friends with ██████.

██████ was a teacher about Jihad and Islam, and was a person who people in the Islamic community went to for information regarding Jihad. ██████ studied Islam and fought and was trained in Bosnia. RESSAM discussed his desires to attend a training camp with ██████. ████ discussed his fighting in Bosnia at length, including his training and the different operations in which he had participated.  During one operation, ██████ was hit in the stomach by a bullet. ██████ fought in Bosnia from the beginning of the fighting until approximately 1994.

The leader of ██████ 's group in Bosnia was ██████ (LNU). ██████, an Egyptian, lived in Italy.  He was a mufti and a military leader in Bosnia. ██████ and five members of his military group were killed in an ambush in Croatia.  Following ██████ 's death, ████████████ (ph) took over the leadership. ████████████ (ph) was another military leader in ████ 's group.

██████ has both a Bosnian passport and a Canadian passport. ██████ 's Canadian passport was fraudulently obtained and is in the name ██████████████ " (ph). ██████ 's genuine Bosnian passport is in the name ████████.

05/16/2001     Seattle, Washington

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge



██████████

AHMED RESSAM                                    05/16/2001        2

When RESSAM returned to Montreal, Canada, he contacted ████████
during the summer. RESSAM believes he may have told ████████
(████) that he was attempting to contact ████ in reference to an
operation.

RESSAM informed ████ that RESSAM had an operation to do and
asked if ████ was interested in assisting him. RESSAM advised that
████ knew what an "operation" was because ████ asked RESSAM to come
to Europe and said that they could undertake "operations" there. ████
told RESSAM that ████ was not ready to come, but ████ never told RESSAM
the reason that he could not come. RESSAM is aware that ████'s wife
was pregnant and was having complications, and RESSAM believes that
was the reason that ████ could not travel to Canada to assist RESSAM
with the operation.

To communicate with ████, RESSAM would leave messages for
him at an office located in a mosque in Bosnia. ████ did not have
his own telephone. RESSAM advised that the phone number that he used
to contact ████ is in RESSAM's telephone book. RESSAM was shown a
photograph of FBI Laboratory item number Q381 and indicated that the
entry "████ 38772281314" was the phone number for ████.

RESSAM would call the mosque and leave messages asking ████
to call RESSAM on RESSAM's cellular telephone. ████ never called RESSAM
back. On occasion, RESSAM would leave messages for ████ specifying
a date and time for ████ to be at the mosque. RESSAM and ████ would
speak when ████ kept the appointments.

████ was involved in an operation in which he smuggled arms
and weapons from Spain to Morocco.

RESSAM traveled to Canada in 1994 to live and work. RESSAM
stated that he wanted residency in Canada.

RESSAM's change in beliefs was based on his conversations
with ████. ████ is the one who convinced RESSAM that he wanted religion,
fighting, and Jihad.

Before RESSAM went to Afghanistan, he asked ████ to help
him get to Algeria. RESSAM wanted to fight in the civil war in Algeria.
RESSAM was not familiar with the specific groups in Algeria, but ████
knew about the various groups there. RESSAM wanted to fight against
the Algerian government. RESSAM advised that he was aware of the GSPC,
GIA, and FIS, but that he was not part of any of these groups. RESSAM
never found a way to get to Algeria, so he went to Afghanistan instead.
RESSAM's travel to Afghanistan was arranged by ████████
████████. ████████ made contact with ABU ZUBAIDA on
RESSAM's behalf and recommended RESSAM to ABU ZUBAIDA.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

<span style="background:black">      </span>

AHMED RESSAM                          05/16/2001          3

████ was supportive of RESSAM's desire to train in
Afghanistan. ████ gave RESSAM the telephone number for ████'s brother,
████████ (ph), in Belgium so that RESSAM could contact ABDUL SAMAD
upon RESSAM's arrival in Pakistan. ████████ would convey the message
back to ████ that RESSAM had arrived safely in Pakistan.

████ was deported from Canada to Bosnia in approximately
October 1998.

RESSAM used his own money to travel to Pakistan.

████████ and ████████ discussed the training camps with
RESSAM. They told RESSAM that the camps were difficult and there was
a lot of work to do there. They explained that he would meet many people
from different areas and backgrounds. ████████ and ████████ attended
the training camps for approximately five months. They had less training
than RESSAM.

At this point in the interview, questioning regarding ████
████████ ) resumed.

Before RESSAM traveled to Vancouver, he obtained a visa for
travel to Pakistan. RESSAM explained that the visa was for ████'s
friend in the United States who wanted to go to Pakistan to go to
Afghanistan for training. To obtain the visa, RESSAM first called ████
████, an associate of his in Pakistan.

RESSAM described ABU ████ as an Algerian who is involved
in Jihad████ ████ receives people in Pakistan and channels them
to the training camps. ABU ████ and ABU ZUBAIDA are in charge of
almost all of the logistic matters for the camps.

RESSAM contacted ABU ████ from a pay telephone in Montreal.
RESSAM advised that he used many different calling cards, including
Globo calling cards and others. RESSAM purchased these cards at many
different places. RESSAM typically used many different pay phones.

When RESSAM called ABU ████. ABU ████ told RESSAM to call
████████ ) in Britain. RESSAM called
████ from a pay phone. RESSAM thinks he contacted ████ immediately
after calling ABU ████. RESSAM doesn't remember if he used the same
or a different pay phone.

████ informed RESSAM that it would not be a problem to get
him a visa because he had visas available. ████ said that he would
give the visa to "MAHDI." "MAHDI" is the camp name used by
████. ████ said that ████ would send the visa to RESSAM.

RESSAM then recalled that, in the above-described incident,
he wanted to obtain two visas, one for ████'s friend in the United

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge

███████████

AHMED RESSAM                              05/16/2001          4

    States and one for █████. ██████ agreed to send two visas, and told RESSAM that he would ask █████ to send the visas to RESSAM.

    During RESSAM's conversation with ██████, RESSAM asked about his associates.

    RESSAM spoke with █████ about the visas possibly on the same day or one day later than he spoke to ████. RESSAM advised that he had █████'s telephone number. RESSAM told █████ that RESSAM had spoken with █████ regarding the two visas, and RESSAM wanted to insure that █████ would send the visas to RESSAM. RESSAM gave █████ the address for █████ on du Parc.

    Approximately four or five days later, the visas arrived at █████'s address by regular mail. RESSAM does not know the name that was on the outside of the envelope because, when █████ gave RESSAM the visas, they were in a piece of paper, so RESSAM never saw the envelope in which the visas were mailed. Although one of the visas was for █████'s use, █████ gave both visas to RESSAM because they needed to be fixed.

    The visas which were sent to RESSAM were real visas that had no names on them. RESSAM believes that █████ obtained the visas from people who had been in Pakistan. RESSAM explained that there is a chemical process which is used to remove the ink from the visas so that they can be reused. The two visas that RESSAM received would have to be filled in by either █████ or RESSAM.

    After RESSAM received the visas from █████, RESSAM called █████ and told █████ that RESSAM wanted to meet █████ to provide him with the visas. RESSAM met █████ at the Metro station on St. Laurent and gave him the visas. At that time, RESSAM and █████ also discussed the fact that █████ would have to make a stamp or seal for the visas. RESSAM believes that he told █████ that one of the two original visas was for either █████ or "for a good friend." At the time that █████ prepared the visas, he would have been given █████'s name. RESSAM stated that the name that would be placed on the visa for █████ was to be his real name.

    RESSAM believes that it was two (2) or three (3) days prior to his departure to Vancouver that he gave the visas to █████.

    After RESSAM spoke with █████ about the visas for █████ and for █████'s friend, █████ asked RESSAM to obtain a third visa. The third visa was for █████'s cousin who also wished to travel to Pakistan. To order the third visa, RESSAM again called █████.

    █████ told RESSAM that █████ would send the third visa. RESSAM spoke with █████ and gave █████ an address to which he should mail the visa. This address had been provided to RESSAM by █████. RESSAM believes that the address was on Sherbrooke in Montreal. RESSAM

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

AHMED RESSAM                                    05/16/2001          5

recalled that he ordered the third visa prior to meeting
██████ at the Metro station.

RESSAM never saw the package containing the third visa and
does not recall ██████ ever telling him that the visa had arrived.
RESSAM stated, however, that he knows that the visa was sent because
████ told RESSAM that ██████ had given the visa to ████ and that
had mailed it.

When RESSAM met ██████ at the Metro station, RESSAM told
██████ that RESSAM had already ordered the third visa.

RESSAM advised that he has heard the name ████████ (ph),
but that he doesn't know him. RESSAM believes ████████ is in Britain.

RESSAM advised that ██████ and ████ knew each other. RESSAM
recalled that, on one occasion during the Summer, 1999, RESSAM, ████
and ████ were all together at ██████'s house. (RESSAM previously
identified ████ as ████████.) While they were at ██████'s
house, ██████ stopped by to visit. RESSAM does not recall what they
discussed on this occasion.
    [During the interview of RESSAM conducted on May 15, 2001,
RESSAM explained that he had attempted to lease a store in the name
NORIS for ██████ and ██████. At this point in the interview, the
interview returned to this topic.]

RESSAM explained that the attempt to lease the women's
undergarment store in the mall on Jean-Talon Street by Saint Leonard
was not successful. After attempting to lease the store, RESSAM and
██████ met at a café and ██████ told RESSAM that ██████ found another
location to lease.

██████ arranged for RESSAM to meet with ████ (RESSAM
previously identified ████ as SAID ████) and ██████ and approximately
one (1) week after visiting the mall, RESSAM went with ██████ and
████ to a shop located on Lacordaire in East Montreal. RESSAM traveled
to the shop with ████ and ██████ in ████'s green van.

The shop was a vacant food store which RESSAM and his
associates called ████████. The owner of the store was named "YOUNG"
(ph). (████████████████.) At the shop, ████
negotiated the terms of the lease including the cost and the length
of the lease. ██████ asked for two (2) co-signers for the lease. ████
provided his information to ████. ██████ gave his name as ████
████████

Approximately two (2) days after meeting with ██████ ████
and ██████ at Marché Benni, RESSAM returned to Marché Benni to sign
the lease. ██████ and ████ were also present when RESSAM signed the
lease.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge

████████

AHMED RESSAM                          05/16/2001         6

      While the lease was pending, RESSAM established a commercial
bank account.  ██████ accompanied RESSAM when RESSAM opened the account.
RESSAM believes that the account was opened at the Bank of Montreal
at the intersection of Papineau Street and St. Laurent.

      RESSAM and █████ also filed papers at the courthouse regarding
the lease of Marché Benni.  RESSAM stated that he used the name NORIS
for all of the paperwork connected to the lease of the store.

      RESSAM believes that the store was to be run by ████ and
that █████ was to be in charge of the business.  ██████ and
were to work with █████ at the store.  The store was leased to facilitate
the fraud business.  ███████, and ████████ informed RESSAM that
the store would use both debit cards and credit cards.  RESSAM is aware
that credit card and debit card machines were in the store, but RESSAM
is not aware how these machines got there.

      RESSAM never heard any discussions regarding the splitting
of proceeds from the store, but RESSAM advised that he was supposed
to receive a percentage of the store's proceeds.

      RESSAM is not aware if any money from the store was sent
anywhere, but he believes that a percentage of the proceeds would be
sent to Muslim movements.  ████████ and ████████ discussed sending money
to different groups in general terms.  RESSAM does not know how much
money, or to which groups the money would be sent.  RESSAM believes,
however, that some of the money would have gone to Algeria.

      RESSAM stated that █████ contacted different companies about
providing products for the store.

      At one point, a van was registered to RESSAM in the name NORIS.
This van was transferred from █████'s wife to RESSAM.  To change the
ownership of the van, RESSAM and ████ went to the Department of Motor
Vehicles.  ███████ and ████████ were aware of the transfer of the van.
The van was to be used for the business and was registered for commercial
use.

      RESSAM is aware that █████ was planning to obtain documents
for himself in the name BENNI ANTOINE NORIS for use after RESSAM left
Canada.  █████ intended to use the name NORIS to keep the business going
after RESSAM departed.  RESSAM recalled that he had given █████ a Costco
card and a checkbook in the name NORIS.

      While RESSAM was in Vancouver, he did not communicate with
█████, █████ or ██████.  RESSAM was contacted, however, by ████████
regarding something related to the store.  RESSAM had provided ████████
with his cellular telephone number prior to RESSAM's trip to Vancouver
and RESSAM told █████ that he would contact him upon his return.  RESSAM
advised that the number he gave to █████ was the number of the cellular

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                              05/16/2001        7

telephone found in his apartment on du Fort ████████
████████. Prior to his trip to Vancouver, RESSAM told ████████ that he was going to Toronto.

RESSAM stated that he told ████████ that he was going to Vancouver but that he did not tell ████████ why he was going there.

RESSAM contacted ████████ the day after RESSAM returned to Montreal from Vancouver at the end of November, 1999 and RESSAM visited ████████ at the store on Lacordaire. Also present at the store were ████ and ████████. While RESSAM was at the store, he signed a check for the rent and gave the check to ████████.

RESSAM asked ████████ to inform ████████'s friend that RESSAM was interested in meeting him in approximately one (1) or two (2) weeks in Seattle. Only RESSAM and ████████ were present when RESSAM and ████ discussed ████████'s friend. At that time, RESSAM did not know ████████'s friend's name.

RESSAM told ████████ to tell his friend that RESSAM's name is REDA. RESSAM explained that he wanted ████████'s friend to know him as REDA so that the friend would not know who RESSAM was if there were any problems. RESSAM also told ████████ to tell ████████'s friend that RESSAM would explain the details of their work once RESSAM and the friend met. RESSAM does not recall asking ████████ to have the friend get a cellular telephone for RESSAM.

RESSAM did recall that, in an earlier conversation with ████████, RESSAM asked ████████ if the friend had a driver's license and if the friend could rent a car. RESSAM was planning to rent his own car for his trip from Vancouver to Seattle, but RESSAM did not want to use a car rented in the name NORIS for his operation. RESSAM planned to travel from Seattle to Los Angeles by train and to have ████████'s friend rent a car for their use in Los Angeles.

At this point in the interview, RESSAM was shown several photographs. RESSAM was asked if he knew any of the individuals depicted in the photographs. RESSAM stated that he only recognized the individual depicted in the photograph labeled as "4b" but RESSAM advised that he does not know who the person is. The photographs were labeled as: ████
████████████████████████████████████████████████████████████
██████████████████████████████████████████. (The photographs are not of any individuals discussed in this FD-302.)

RESSAM recalled that, on one occasion, ████████ told RESSAM about a representative (NFI) of SHEIK ████████. ████████'s representative, who was in charge of finances, used to live in Naples, Italy, but went to Canada after the war. RESSAM believes that the representative is still in Vancouver. ████████ used to contact the representative and ████ met with the representative in 1996 or 1997. The representative is Egyptian.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

gc

████████████████

AHMED RESSAM                                    05/16/2001            8

     RESSAM also advised that a representative (NFI) of ██████
██████ resides in Germany. This representative has German citizenship.
In 1996 or 1997, this individual attempted to enter Canada but was
returned to Germany by the Canadians.

     [At this point, the interview returned to the subject of the
Benni Marché.]

     RESSAM advised that he spoke with ██████ and informed
that he would be leaving Montreal. RESSAM planned to provide
with his phone number in Britain. RESSAM was also planning to instruct
██████ to send RESSAM's portion of the proceeds from the store to RESSAM
in Britain. RESSAM stated that he changed his mind, however, because
██████ was not interested. RESSAM gave the information to ██████
instead.

     RESSAM told ██████ to send RESSAM's money to one of RESSAM's
associates in Britain. RESSAM told ██████ that RESSAM's associate
was named ██████ (RESSAM previously identified ██████ as ABU DOHA).
██████ was to transfer the money to ██████. RESSAM gave ██████ the
telephone number for ██████.

     RESSAM stated that ██████ would have kept most of the money
██████ received from ██████ and would have only given a small amount
to RESSAM. The majority of the money would have gone to the Mujahideen
in Afghanistan and a portion would have gone to Algeria. ██████ sent
money with the people who traveled and via Western Union. ██████ also
had a bank account in Pakistan with which he would transfer money.

     Approximately one (1) week later, RESSAM was with ██████
and ██████ at a Dunkin' Donuts store near the Cadillac Metro station
at the corner of Cadillac and Sherbrooke. RESSAM called ██████ in
Britain from a pay telephone located near the Dunkin' Donuts. RESSAM
told ██████ that when RESSAM is absent, ██████ would speak on RESSAM's
behalf. After RESSAM spoke with ██████, RESSAM put ██████ on the phone
with ██████. RESSAM told ██████ that ██████'s name was OMAR. RESSAM
is unaware if ██████ and ██████ had any conversations after the initial
phone call at the Dunkin' Donuts.

     After ██████ and ██████ spoke, RESSAM asked ██████ to contact
ABU ██████ and tell ABU ██████ to receive the people that RESSAM had
told ██████ about.

     RESSAM gave ██████ the telephone number for ABU ██████ but
RESSAM is not aware if ██████ ever contacted ABU ██████. RESSAM does
not recall if he wrote ABU ██████'s telephone number for ██████ or
if ██████ wrote the telephone number himself. The telephone number
that RESSAM gave for ABU ██████ was not a coded number.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/16/2001            9

        RESSAM advised that he purchased the electronics for the
timing devices in September, 1999.  RESSAM first said that all of the
timing devices were completed in September, 1999, but RESSAM then
recalled that he purchased and assembled the timing devices up until
one (1) month before he traveled to Vancouver.  RESSAM took the timing
devices with him to Vancouver in his checked baggage, during his first
trip to Vancouver.  When RESSAM purchased the electronics for the timing
devices, he traveled alone via Metro and bus.  ████████ never traveled
with RESSAM when RESSAM made purchases for the operation.

        RESSAM stated that only ████ knew about RESSAM's planned
operation.

        RESSAM stated that ████████████ had an apartment on
Sherbrooke in Montreal.  RESSAM was present in ████████ 's apartment

went to ████████ 's apartment, RESSAM left from a rear door.  ████████
████ was also present in the apartment ████ and ████████ remained
in the apartment ████████ .

        RESSAM traveled to Vancouver approximately four (4) times
during 1999.  His first trip was from Afghanistan to Karachi, to Thailand,
to Los Angeles, to Vancouver.  RESSAM stayed in Vancouver for a few
weeks and then traveled to Montreal.  A few weeks later, RESSAM returned
to Vancouver.  RESSAM remained in Vancouver until the middle of May
when he again returned to Montreal.  RESSAM returned to Vancouver the
third time in November, 1999.  His final trip to Vancouver was in December,
1999.

        RESSAM recalled that, approximately one (1) or two (2) days
after he met with ████████ at the shop on Lacordaire, RESSAM and ████████
met at ████████ 's house.  Only RESSAM and ████████ were at the house.
RESSAM believes that it was on this occasion that ████████ informed RESSAM
that ████████ 's friend's name was "████" ."

        ████████ showed RESSAM a passport photograph of ████ so that
RESSAM would recognize ████ when RESSAM arrived in Seattle.  ████████
informed RESSAM that ████ had ████ 's photograph so that ████
could make a passport for ████ .  ████ did not give the photograph
to RESSAM.  During their conversation, RESSAM asked ████████ to tell
████ to bring money with him to Seattle.  RESSAM believes that ████████
wrote the name ████ on a piece of paper for RESSAM.

        RESSAM was questioned regarding a piece of paper found in
his possession following his arrest.  The piece of paper was a business
card for Kita Travel.  The name "████" and three (3) telephone numbers
for "████" were written on the back of the Kita Travel business card.
    RESSAM believes that ████████ may have written the name "████" on the
card as well as some of the numbers.  RESSAM thinks he may have written
other telephone numbers himself at a later date.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge

██████ ████  AHMED RESSAM                            05/16/2001        10

████████  told RESSAM that ██████'s cellular telephone was a
new telephone which would allow him to place telephone calls from all
over the United States. ████████  told RESSAM that ██████ needed a new
cellular telephone because ██████'s previous cellular telephone would
not permit him to place calls outside of New York. ████████ also told
RESSAM that ██████ was unable to contact ██████ when ████████ traveled to
the United States because of a problem with ██████'s cellular telephone.

Between the time that RESSAM met ████████ at ████████'s house
and the next time that the two (2) of them met at the store, RESSAM
called ██████. RESSAM called ██████ from a pay telephone located at the
Metro station on Cadillac Street. RESSAM used a calling card to call
██████.

RESSAM advised that he and ██████ spoke a little in English.
RESSAM introduced himself to ██████ as REDA. RESSAM told ██████ that
RESSAM would explain the entire matter when they met. RESSAM told
that RESSAM would contact him again. RESSAM does not recall when he
told ██████ that he would call him, but RESSAM believes that he may have
told ██████ "next week."

The next time that RESSAM contacted ██████ was while RESSAM
was at the waiting area for the ferry from Vancouver to Vancouver Island.

RESSAM then recalled that the first time he spoke with ██████
was the same day that ████████ had given him ██████'s telephone number.
The first time RESSAM called ██████, ██████ stated that he was too busy
to talk and asked that RESSAM call him back later. RESSAM called ██████
back later the same day.

RESSAM advised that he was delayed in traveling because he
had to finish preparing the chemicals.

The next time that RESSAM saw ████████ was at the store on
Lacordaire. ████████, ████████ and ██████ were all at the store. ████████,
██████ and ██████ were placing items on the shelves. They had general
conversation and did not discuss RESSAM's plans. RESSAM has no
recollection if he told ████████ about his telephone conversation with
██████. RESSAM believes, however, that, at one point, he did tell ████████
about his conversation with ██████.

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )     Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

# Ressam 302 5/17/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription          05/20/2001

On May 17, 2001, AHMED RESSAM (RESSAM) was interviewed at the Seatac Federal Detention Center in Seattle, Washington.  Present for the interview were ███████████████████████████████████████ ███████████████████████████████████████████████████ . Also present for a portion of the interview was ████████████████ ████████████████████████ The interview was conducted in Arabic.

At the outset of the interview, RESSAM was shown two (2) items known to the FBI as ████████████████ .  ████████████ is a photograph depicting the front of a business card for Kita Travel. RESSAM had this business card in his possession at the time of his arrest in Port Angeles, Washington.  RESSAM indicated that he was familiar with the business card depicted in the exhibit.

████████████ is a photograph depicting the back of the Kita Travel business card.  RESSAM identified the back of the Kita Travel business card and indicated that ████████████ contained handwritten telephone numbers for "████ ." (████)

During an interview of RESSAM conducted on May 16, 2001, RESSAM stated that he believed that ████████████████████████████ ████████████████████████ may have written the name "████" on the card as well as some of the numbers.  RESSAM thought that he may have written other telephone numbers himself at a later date.  Upon a review of ████████ , however, RESSAM identified the handwriting as his own.  RESSAM recalled that ████████ originally wrote the numbers.  RESSAM believes that RESSAM may have re-written the numbers on the back of the card after ████████ wrote them on a different slip of paper.

RESSAM advised that he had the Kita Travel business card with him when he went to visit ████████ .

RESSAM read three (3) telephone numbers in ████████████ as:

████████████████████████

05/17/2001          Seattle, Washington

████████████████████████████████████████████  05/20/01

████████████████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge

████████████████

    AHMED RESSAM                           05/16/2001       2
    One (1) of these three (3) numbers appears along the left-hand
side of the card.  The two (2) other numbers appear in the middle of
the card.  RESSAM advised that all three (3) of these telephone numbers
are true numbers and that they are not coded.

    RESSAM was then asked to read another one of the telephone
numbers on the card.  RESSAM indicated that the number was either
"████████████████."  RESSAM was not certain about the first
three (3) or four (4) numbers because the writing was not clear to him
but he believes that the number is "7714."  RESSAM stated that the "R"
stands for ████████████████.  The telephone number is for
████████'s cellular telephone in Britain.  RESSAM also advised that this
number is a true number and that it is not coded.  RESSAM recalled that
the country code for Britain is "044."

    RESSAM was then shown another telephone number written on
the back of the card.  RESSAM read the digits as "300501677 J."  RESSAM
indicated that this number is the telephone number for ████████ in
Pakistan.  This number is ████████'s cellular telephone number.  At
first, RESSAM stated that the number is not coded.  RESSAM later advised,
however, that he is not certain that the number is not a coded number.
RESSAM is certain that this number is for ████████ in Pakistan.

    RESSAM advised that he did use codes in some of his telephone
numbers.  RESSAM coded numbers by changing the first few digits in a
telephone number.  RESSAM would either subtract a number from the first
number, or he would take the square root of the last digit in the
telephone number and add it to the end of the telephone number.

    As an example, RESSAM was asked to code the telephone number
"718-421-1118."  RESSAM indicated that, using the square root method
of coding, the telephone number would become "718-421-11164."

    RESSAM advised that he learned how to use codes while he was
in Afghanistan.  In Afghanistan, RESSAM learned a complex code which
he intended to use to communicate with his friend ████████ (ph) in Britain;
however, RESSAM never used this code.
    RESSAM never used or understood the coding system used by
████████.  (████████ is known to the FBI as ████████ ████████.)

    The day after ████████ gave RESSAM the telephone numbers for
████████, RESSAM saw ████████ in the shop on Lacordaire.  Also present at
the shop were ████████ (previously identified as ████████ ████████) and
████████████████).  RESSAM does not recall
what was discussed at the shop that day.

    The following day, RESSAM saw ████████ at the Dunkin' Donuts
shop.  (RESSAM previously advised that this Dunkin' Donuts shop is
located near the Cadillac Metro station at the corner of Cadillac and
Sherbrooke.)  It was during this meeting with ████████ that RESSAM called
████████ in Britain and introduced ████████ to ████████.  (This conversation

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

AHMED RESSAM                                      05/16/2001        3

was discussed in the interview of RESSAM conducted on May
16, 2001.)  While at the Dunkin' Donuts, RESSAM informed ████████ that,
the following day, RESSAM would be traveling to Vancouver.  RESSAM never
told ████████ the reason for his trip to Vancouver.

        The day that RESSAM was scheduled to depart for Vancouver,
RESSAM, ████████, ████████, and ████████████ ) (████████) saw each
other at a pizzeria.  RESSAM described ████████ as an Algerian.  This
meeting was not planned and RESSAM did not discuss anything of importance
with ████████.

        [At this point in the interview, an effort was made to clarify
the sequence of events leading to RESSAM's trip to Vancouver.]

        RESSAM advised that he traveled to Vancouver on either
December 6, 1999 or December 7, 2001.  RESSAM traveled to Vancouver
via airplane on Air Transat using the name BENNI ANTOINE NORIS (NORIS).

        RESSAM was questioned why the records for Air Transat indicate
that he purchased a ticket to travel on one day, but that he actually
departed to Vancouver on a different day.  RESSAM stated that he forgot
the time of his scheduled departure and that he missed the flight.
RESSAM then purchased another ticket at a travel agency on Atwater Street
and traveled the following day.

        The day that RESSAM missed his flight was the day the RESSAM
met ████████, and ████████ at the pizzeria.  RESSAM explained
to ████████ that RESSAM missed his flight and informed ████████ that he
would be leaving the following day instead.  RESSAM does not recall
if he discussed ████████ with ████████ while they were at the pizzeria.

        RESSAM recalled that the order in which he saw ████████ is
as follows:

            1.  At the Marché Benni
            2.  At ████████'s house
            3.  At the Dunkin' Donuts shop
            4.  At the pizzeria

        On the day that RESSAM saw ████████ at the Dunkin' Donuts shop,
RESSAM also saw ████████ at Marché Benni.  RESSAM and ████████ went
together from the Marché Benni to the Dunkin' Donuts shop.

        During RESSAM's last week in Montréal, RESSAM received a
driver's license in the name MARIO ROIG (ROIG) from ████████.  RESSAM
received the driver's license from ████████ at the shop on Lacordaire.
RESSAM does not recall if he received the driver's license on the same
day that he was in the Dunkin' Donuts shop with ████████.  ████████ did
not provide RESSAM with the driver's license in front of other people.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of .

ge

███████████████

              AHMED RESSAM                          05/16/2001          4

        RESSAM did not tell ████████ what he intended to do with the
driver's license and RESSAM never actually used the license.  RESSAM
had no other identification or credit cards in the name ROIG.

        RESSAM advised that he never told ████████ anything about what
he intended to do in the United States.

        RESSAM advised that he had discussed with ████████, in general
terms, his training in Afghanistan. RESSAM informed ████████ that the
training in the camps consists of training in tactics, light weapons
and explosives. RESSAM told ████████ that the camps are made up of people
from all nationalities.  RESSAM also told ████████ that the camps are
difficult but that you adjust to the difficulties.  RESSAM does not
recall telling ████████ about RESSAM's specialized training in explosives
and chemicals.

        RESSAM stated that he had seen ████████ playing soccer in
Montréal. ████████ played soccer at a hall located on Ontario Street
and Saint Denis. RESSAM saw ████████ playing soccer before RESSAM went
to Afghanistan.

        RESSAM advised that he had been to ████████'s house
approximately five (5) times.  RESSAM had also been to ████████'s store
on Saint Laurent, but not often.          \

        RESSAM stated that he never went to ████████ house.  ████████
had never been to RESSAM's house.

        RESSAM does not recall if he ever discussed his views about
the United States with ████████.  RESSAM does recall, however, discussing
his views about the United States with ████████ at ████████'s house.
████████ (████ has been previously identified as ██████████████).
was also present for these discussions.

        RESSAM recalls one (1) occasion when he was at ████████'s house
with ████████, ████████, and ████████.

        RESSAM stated that he is not sure if ████████ knew that ████████
was assisting RESSAM with the operation.  RESSAM advised, however, that
RESSAM never told ████████ about ████████ assistance.

        RESSAM also never told ████████ that ████████ was assisting RESSAM
in Vancouver, but RESSAM thinks that ████████ knew about ████████'s
assistance. RESSAM explained that he had told ████████ that, when ████████
visited ████████, ████████ was to give ████ the visas and the stamps.

        RESSAM advised that, in total, three (3) visas were sent from
Britain.  On the day that RESSAM gave two (2) of the visas to ████████,
RESSAM told ████████ that one (1) of the visas was for RESSAM's friend.
████████ does not believe that he told ████████ that the friend was ████████.
On a later date, however, RESSAM informed ████████ that one of the visas
was for ████████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
,Page

█████████

                    AHMED RESSAM                          05/16/2001        5

        RESSAM stated that the original plan for his operation was
to have █████ accompany him to the United States.  The plan changed,
however, when █████ was introduced into the plan.

        RESSAM originally thought to use █████ for the operation.
(█████ has been previously identified as █████████.)  RESSAM then
thought to use █████.  Finally, RESSAM decided to use █████.  RESSAM
explained that he thought it was better to use an individual from the
United States than from Canada.

        Following RESSAM's decision not to use █████, the plan was
that, after RESSAM went to the United States, █████ was supposed to
contact and visit █████ in Britain and then travel to Pakistan.  RESSAM
gave █████ the name and telephone number for █████.  RESSAM had █████
assist him in finishing RESSAM's preparations in Vancouver. █████
remained with RESSAM until RESSAM boarded the ferry destined for the
United States.

        █████ was supposed to leave Canada as soon as possible.  RESSAM
informed █████ that █████ would be visiting him.  RESSAM thinks that
█████ was to travel from Vancouver, to Montréal and then to Britain.

        RESSAM recalled that, prior to introducing █████ to
on the telephone, RESSAM told █████ that █████ was a person with
good contacts in Afghanistan, Pakistan and Algeria.  (In an interview
of RESSAM conducted on May 15, 2001, RESSAM explained that he called
█████ in Britain from a pay telephone located near a Dunkin' Donuts
store near the Cadillac Metro station at the corner of Cadillac and
Sherbrooke.)  RESSAM told █████ that █████ would be able to tell
█████ where to find RESSAM.

        RESSAM advised that, once he traveled to Vancouver, he had
no contact with █████.  RESSAM's conversation with █████ at the
pizzeria was their last conversation.

        On the day before RESSAM left on the ferry leaving Victoria,
BC destined for the United States, he used a pay telephone to call
on █████'s pager.  The pay telephone was located near the harbor.  RESSAM
explained that he was near the harbor to dispose of some of the papers
related to his operation.  The papers were papers RESSAM had used to
cover a table on which RESSAM had mixed various chemicals.  RESSAM used
a calling card to call █████'s pager.  RESSAM usually used Globo calling
cards, but RESSAM is not positive that he used a Globo calling card
on that occasion.

        RESSAM left a message for █████ referring to himself as "REDA."
RESSAM told █████ not to worry because RESSAM was going to join █████
in Seattle.  RESSAM told █████ that RESSAM would call him.

        On the night before RESSAM left Vancouver, he stayed at the
2400 Motel in room 118.  █████ stayed with RESSAM that night.  RESSAM

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

ge

███████████

　　　AHMED RESSAM                           05/16/2001        6

　　　　left the hotel at approximately 10:00 am or 11:00 am the
following morning.

　　　　RESSAM went to a travel agency identified as "Canada 3000."
At "Canada 3000" RESSAM purchased an airplane ticket for ██████ to travel
from Vancouver to Montréal.  The ticket was for Air Canada.  The ticket
was paid for in cash.

　　　　RESSAM then took ██████ to a Travel Lodge so that ██████ could
reserve a room for the night.  RESSAM believes that, at the Travel Lodge,
██████ possibly stayed in room 2425.  ██████ was to depart the Travel
Lodge the following morning for his return trip to Montréal.

　　　　RESSAM and ██████ next went to the ferry terminal for the ferry
from Vancouver to Victoria.  At the terminal, RESSAM used a pay telephone
to call ██████ on ██████'s cellular telephone.  During their conversation,
RESSAM asked ██████ how ██████ was doing and RESSAM told ██████ that RESSAM
would either meet him or would call him later that evening in Seattle.
RESSAM and ██████ did not discuss a location at which they would meet.
RESSAM does not recall calling ██████ again after they spoke from the
ferry terminal.

　　　　RESSAM and ██████ then boarded the ferry to Victoria.  RESSAM
advised that he did not have a reservation for either the Victoria/Port
Angeles ferry, or the Vancouver (Tswassen)/Victoria ferry.

　　　　Once RESSAM and ██████ arrived in Victoria, ██████ used RESSAM's
cellular telephone to check the schedule for the ferry from Victoria
to Port Angeles.  The phone which ██████ used was the same cellular
telephone that RESSAM had with him at the time of his arrest.

　　　　In Victoria, RESSAM and ██████ also went to a large hotel (this
hotel is known to the FBI as the Empress Canadian Pacific Hotel) from
which ██████ called the Best Western in Seattle to reserve a room for
RESSAM.  The room was reserved in the name NORIS and RESSAM gave ██████
the NORIS credit card to make the reservation.  RESSAM advised that
a room with a refrigerator would have been good for the EGDN, but that
if the temperature in the hotel room was moderate, there would not have
been a problem.

　　　　RESSAM also went with ██████ to the bus station in Victoria.
At the bus station, RESSAM purchased a bus ticket for ██████ to return
from Victoria to Vancouver via the Tswassen Ferry.  The bus ticket
included the charge for the ferry.

　　　　RESSAM advised that he never communicated with either ██████
or ██████ after his arrest.

　　　　RESSAM is not aware if ██████ ever received the visa to Pakistan
from ██████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████       · AHMED RESSAM                    05/16/2001          7

    RESSAM stated that he believes that the United States is an enemy of Islam and that the United States should be punished.  RESSAM believes that the bombings of the American Embassies in Africa were justified actions.

    RESSAM advised that he never told ████████ any of the details of his planned operation except that the planned operation was very serious.  RESSAM did, however, discuss his feelings about the United States with ████████.  They also discussed Afghanistan and the United States' attack of the training camps.  RESSAM does not recall expressing to ████████ his belief that the bombings of the American Embassies in Africa were justified actions.  RESSAM believes that he and ████████ may have discussed the situation in Algeria, but RESSAM is not positive.

    RESSAM does not recall ever discussing Jihad with ████████. RESSAM advised that he and ████████ were not very close friends.

    RESSAM advised that he had applied for a permit for a company called Benni Import/Export in Vancouver.  RESSAM applied for this permit because he considered preparing his paperwork, including his driver's license and credit card, in Vancouver.  RESSAM also told ████████ that RESSAM owned Benni Import/Export.  (During an interview of RESSAM on May 16, 2001, ████████ was identified as the owner of a vacant food store located on Lacordaire in East Montréal.)  ████████, ████████ and ████████ had no connection to Benni Import/Export and no one asked RESSAM to use Benni Import/Export in any way.

    RESSAM does not recall ever receiving any documents from ████████ except for the ROIG driver's license.

    RESSAM does not recall ████████ with any credit cards except for the credit cards RESSAM saw ████████ mail to the United States. (During an interview of RESSAM conducted on May 14, 2001, RESSAM recalled an occasion in October, 1999, when RESSAM, ████████ and ████████ were in a car together.  The three of them went to Cathedral Center.  At Cathedral Center, RESSAM observed ████████ place five (5) or six (6) credit cards in a manilla envelope.  ████████ took the credit cards, in the envelope, to a Company Express store.  RESSAM described Company Express as a shipping or mailing service store.  ████████ advised RESSAM that ████████ mailed the credit cards to the United States.)

    Following RESSAM's arrest, his apartment was searched by the Royal Canadian Mounted Police (RCMP).  During the search, the RCMP found a gun.  RESSAM advised that the gun was given to him by ████████.  RESSAM had asked ████████ to get RESSAM a gun for RESSAM's personal security. The gun given to RESSAM by ████████ was a used gun.  RESSAM does not know where ████████ obtained the gun.  RESSAM advised that he never told ████████ about the gun.

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

# Ressam 302 5/22/2001

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

05/23/2001

On 05/22/2001, Ahmed Ressam was interviewed at the Federal Detention Center in Seatac, Washington. Present at the interview were

███████████████████████████████████████████████████

███████████████████████████████████████. The interview was conducted in Arabic.

Ressam provided the following information:

**ABOU ZOUBEIDA**

ABOU ZOUBEIDA was the overall leader of Khalden and Deronta Camps, though each camp had a separate leader present at the camp. ABOU ZOUBEIDA rarely traveled outside Pakistan, and generally remained in Peshawar to receive the young Muslim men heading to the camps in Afghanistan.

ABOU ZOUBEIDA, a naturalized Palestinian, welcomes young men from all groups such as the Armed Islamic Group (GIA) and the Egyptian Islamic Jihad (EIJ) who have the desire to train in jihad though ZOUBEIDA himself has no singular affiliation.

There is no one to whom ABOU ZOUBEIDA must report in terms of a superior; he is "emir" and from RESSAM's perspective, equal to and not subordinate to USAMA BIN LADEN (UBL). ABOU ZOUBEIDA is an associate of UBL and coordinates and cooperates with UBL in the conduct of training and trainee movements between ABOU ZOUBEIDA camps and UBL camps.

ABOU ZOUBEIDA is ultimately informed in regard to the "operations" his camp graduates attempt, but it is not for him to approve of the operation. For example, ABOU ZOUBEIDA knew about the Jordanian cell's "operation" and RESSAM's own "operation", though not specifically the date and exact target.

Nor was it ABOU ZOUBEIDA's place to approve or disapprove of the operation. ABOU ZOUBEIDA is a facilitator. RESSAM uses the term "operation" for terrorist attack.

05/22/2001        Seatac, Washington

████████████████████████████████████████         05/24/2001

████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

█████████

AHMED RESSAM                                    05/22/2001          2

## JORDANIAN CELL

The Jordanian cell was comprised mostly of Jordanians and one Syrian. Their "operation" (terrorist attack) was to be carried out in Jordan around millennium celebrations. The targets were Americans and Israelis, either VIPs at hotels or companies located in Jordan.

During training, cells will meet and receive lessons. At these sessions, each unit discusses the kind of terrorist attack ("operation") that the unit will do, though not specific targets or dates. RESSAM explained that at the camps "someone will lecture about operations outside".

Each unit has a leader; the leader of the Jordanian cell is "█████████████ is a Palestinian trainer and has experience fighting in Lebanon and Afghanistan. The other members of the Jordanian unit are:

██████████████████████████████████████

███████████████████████████

████████████████████

█████████████████

████████████████████

## CELLS/TRAINEES/GROUPS PRESENT AT KHALDEN

The approximate number of individuals in each cell will range between 6-14 members. The attendance at Khalden Camp varies between approximately 60-110 trainees at any one time as groups matriculate through the camp at various times.

GIA, GSPC, HAMAS, HIZBALLAH, AL-QAEDA, EIJ and other organizations of people interested in Jihad from various countries train at Khalden.

The GIA studies how to compile forces and makes contact with individuals at the camp who will serve █████████████. According to RESSAM, █████████ role is to reorganize and reconsolidate the fractured organizations in Algeria, along with ██████████. (█████████ was married to a Swede and both lived in Afghanistan prior to █████████'s death.)

## AL-QAEDA

AL-QAEDA members (many of whom are from Yemen) were also present at the camp at the time RESSAM was there. Others associated

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

█████████████

AHMED RESSAM                                    05/22/2001          3

with AL-QAEDA sometimes visit the camp to give political
lessons and lectures:

███████████   Tunisian; associate/of UBL.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

## USAMA BIN LADEN

UBL is respected but not viewed as a hero among those at
Khalden Camp, but as another "normal" trying to coordinate and organize
the overall efforts of those conducting jihad. Every Islamic extremist
group present at Khalden and outside of Khalden has a direct relationship
with UBL, including the Algerians represented by ABOU ZOUBEIDA, ██
████████████

In September, 1998, RESSAM was present when a servant of UBL
came to ████████ ' home. This servant brought a summons from UBL to
████ and █████████████ to meet with UBL in Kandahar.
RESSAM witnessed both ████████ and █████ at ████████ ' home in
Jalalabad when this summons occurred.

RESSAM was present at the ████████ ' guesthouse in Jalalabad
in December, 1998 and remained there during Ramadan. RESSAM knew that
████████ and █████████ departed by car to Kabul, planning to then fly
to Kandahar to meet with UBL.

On their way to meet with UBL, there was some trouble (NFI)
while transiting through Kabul, and █████████ returned to Jalalabad
while ████████ proceeded to Kandahar and met with UBL on "cooperation
and operational issues". RESSAM uses the term "operation" to refer
to terrorist attacks.

████████████ told RESSAM about █████████ meeting after ████
█████s meeting, and that the cooperation matters concerned cooperation
between the Tunisians and Algerians.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

AHMED RESSAM                              05/22/2001        4

████████, ████████ and ██████ are very "interwoven" and
discuss all things.  While each group operates independently, those
things discussed among ████████, ██████ and ████████, including the
"operations" are and were briefed to UBL. In this instance, UBL was
briefed by ████████.

These "operations", while not specific in exact targets or
dates of attacks, are shared with UBL. They are the same operations
discussed in the training at Khalden; operations such as placing bombs
in airports, attacks against U.S. military and U.S. warships, bombs
against U.S./Israeli interests (companies), and operations against
embassies.

RESSAM believes it is probable that the Algerian operation
which RESSAM and his cell members were to carry out from Canada, and
that RESSAM's operation would be performed in the United States, was
shared with UBL in very general terms during ████████'s meeting with
UBL.

Based on the conversation between RESSAM and ████████,
RESSAM knows ████████ told ████████ that ██████ had such an exchange
of information with UBL along with the functions of each group/cell,
and the discussion of RESSAM's Canadian cell and their American targets.

████████ is the individual previously identified by RESSAM
as the individual who gave RESSAM $12,000 (U.S.) to set up the cell's
safehouse in Canada. ████████ received this money from European
donations and contributions from armed robberies, and organized groups
in Sweden.
These financial contributions are used to finance training
at the camps and for financing terrorist attacks. RESSAM also believes
that UBL provides financial support to the camps, though RESSAM has
no proof of that support.

No approval was apparently sought or needed from ABOU ZOUBEIDA
for the meeting between ████████ and UBL. To RESSAM's knowledge, ABOU
ZOUBEIDA corresponds with UBL mostly by writing and by sending letters.
From Pakistan, ABOU ZOUBEIDA does all his correspondence in writing,
rarely using the telephone except for calls outside the
Afghanistan/Pakistan region.

In a seemingly contradictory statement, RESSAM stated that
ABOU ZOUBEIDA does not use a computer to communicate, but does use e-mail,
though it is unclear with whom he communicates by e-mail.

ABOU ZOUBEIDA's "vice" (meaning deputy), ████████, is also
summoned at times by UBL. RESSAM believes all of these individuals
are treated equally by each other, though there is a hierarchy in the
assignment of duties and responsibilities and their roles in
facilitating and coordinating resources for the cells.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████

AHMED RESSAM                                    05/22/2001         5

## APPROVAL OF OPERATIONS

          Cells are independent and do not need the approval of leaders
such as ████████, ABOU ZOUBEIDA or ████████ for their terrorist attacks.
 The cells are taught at Khalden those targets deemed valid and proper
by clerics and individuals such as ████████████████.

████████████████████████████████, and the other clerics
justify acceptable terrorist operations under Islamic law. ████████████
is almost always in Khwost and is married to the daughter of ████████
████████████.

## ABOU ZOUBEIDA'S DEPUTIES

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                                    05/22/2001            6

### ABOU ZOUBEIDA, a.k.a TAREK

    ABOU ZOUBEIDA studied in the United States at a university unknown to RESSAM during the 1980's. He married and later divorced an American woman. He is a naturalized Palestinian citizen originally from Saudi Arabia. He is the son of wealthy Saudi parents.

    As stated previously, ABOU ZOUBEIDA uses the telephone to communicate with the outside world and communicates in writing within Afghanistan and Pakistan.

    ABOU ZOUBEIDA receives money brought by couriers and banks in Peshawar and at least one other bank, possibly a Swiss bank.

    ABOU ZOUBEIDA married a Swede as he transited through Sweden before arriving in Pakistan around 1989/1990.

    ABOU ZOUBEIDA also in known by the name TAREK, and this is the name that RESSAM used with ABOU ZOUBEIDA whenever the two would speak.

    ABOU ZOUBEIDA received field experience from fighting in Tajikistan and Afghanistan. He receives newcomers (those transiting through Pakistan to the camps in Afghanistan) from any and all groups interested in Islamic jihad.

### RESSAM'S RETURN TO CANADA - FEBRUARY, 1999

    On 02/07/1999, RESSAM arrived at the Los Angeles International Airport (LAX) on Asiana Airlines from Seoul, Korea. RESSAM remained at LAX for approximately 4-5 hours while awaiting a connecting flight to Vancouver, British Columbia (Vancouver, B.C.) on a U.S. carrier, the name of which he cannot remember. RESSAM never left the terminal area and did not meet anyone while at LAX.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

AHMED RESSAM                              05/22/2001            7

     RESSAM arrived at the Vancouver International Airport and
telephoned ███████████████ to obtain the telephone number of ████
gave ████████ number to RESSAM and RESSAM
then attempted to telephone ████████.

     ████████'s wife answered the telephone and informed RESSAM
that ████████ was not present. RESSAM then took a taxi to the Hotel
Vancouver in downtown Vancouver, B.C. The taxi ride took approximately
twenty minutes.

     Upon arriving at the hotel, RESSAM again attempted to
telephone ████████. ████████ answered and came to the Hotel Vancouver
to retrieve RESSAM. RESSAM then spent two nights at ████████'s house.

     Following the stay at ████████'s home, RESSAM next went to
stay with ████████ during the months of February and March,
1999. ████████ was residing near 12th Street and Oak in Vancouver,
B.C. with two other unidentified Algerians; one possibly being ████
(known to the FBI as ████████).

     ████████, known to RESSAM as ████████, was not one of
those roommates. RESSAM knew that ████████ and ████ lived together
in 1995/1996, though at this time RESSAM was living at the Delorimier
address in Montréal.

     ████████, departed for Dublin, Ireland
sometime in 1999; RESSAM never saw ████ in 1999. RESSAM does know ████
to be an expert engineer with combat experience.

     Around the middle of March, 1999, RESSAM returned to Montréal
for approximately two to three weeks. At a point in time either before
or after this trip, RESSAM, ████████, ████████, and ████ drove
to the Department of Motor Vehicles (DMV) in Vancouver, B.C.

     The four individuals were in ████████'s car, described as being
a white, four door vehicle (possibly a Mazda) with a red/brown interior,
driven by ████████. Their purpose in going to the DMV was to determine
the requirements for obtaining a B.C. driver's license.

MONTRÉAL - MARCH, 1999 ████████████████████████████

████████████████████

     While in Montréal during March, 1999, RESSAM visited ████
████████ and stayed at the Sherbrooke apartment (known to the FBI
to be 2525 Sherbrooke and the site of the French law enforcement search
in October, 1999).

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                           05/22/2001          8

While in Montréal, RESSAM visited ███████████████████
████████████████████████████████████████████████████████
██████████████

████████████ asked RESSAM to describe the conditions of the
camps and the young men training at the camps. ███████ told RESSAM
that ████████ had been to Bosnia and RESSAM asked ██████ about
███████████ was doing.

RESSAM did not enlist the assistance of ████████ for
RESSAM's operation because RESSAM felt that █████ was too
well-known by the authorities and in the Islamic movement. RESSAM feared
that would compromise RESSAM's operation.

RESSAM was trained at Khalden not to pick high-profile
associates, those who attend mosques or those known in the Islamic
movement, as such individuals would be known to authorities.

RESSAM met with ████████ and provided ████████ the names and
telephone numbers of Tunisians RESSAM had met in Peshawar.

**VANCOUVER, B.C. - APRIL, 1999**
                    ████████, ROYAL BANK, BINNI IMPORT/EXPORT, SEARCHING FOR
. CHEMICALS

In April, 1999, RESSAM returned from Montréal to ████████'s
12th and Oak Street apartment in Vancouver, B.C.

RESSAM went to downtown Vancouver with ████████, ████████,
and ████████ to apply for a commercial license in the name of BINNI
IMPORT/EXPORT. ████████ assisted RESSAM in this matter as ████████ had
a commercial license for his moving company and knew where to take RESSAM.

████████ knew the location and procedures on applying and drove
the group to the licensing facility in his car, described previously.

RESSAM wanted the commercial license for BINNI IMPORT/EXPORT
so that it would furnish RESSAM with a "cover", providing customs and
immigration authorities with a purpose for his travels. RESSAM chose
an import/export title as the title itself suggests traveling
internationally.

The business would also be used for fraud and altering other
documents based on the appearance of a legitimate business - BINNI
IMPORT/EXPORT.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                           05/22/2001           9

████████ then drove RESSAM to the Richmond, B.C. branch of
the ROYAL BANK.  RESSAM opened a personal account and returned a few
days later to open a commercial account at this same branch of the Royal
Bank. In opening the accounts, RESSAM believes he used ████████'s address.

During March and April, 1999, RESSAM started visiting stores
in and around the downtown Vancouver, B.C. area looking for acetone
and products used in cleaning and polishing metals. RESSAM also visited
paint stores looking for aluminum powder.

RESSAM sometimes went alone or with ████████, walking or
taking the transit system. RESSAM also visited a military surplus store
on Hastings Street in Vancouver, B.C. looking for hexamine tablets which
RESSAM referred to as "fireballs".

████████ provided an address of the EVERGRO fertilizer
company in Delta, B.C. and ████████ wrote the name and address in
RESSAM's address book. ████████ may have written the address and name
as early as February, 1999.

**DISCUSSIONS IN CANADA OF JIHAD AND RESSAM'S AFGHANISTAN TRAINING**

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

RESSAM stated that he discussed his training in Afghanistan
and jihad in general ██████████████████████████
███████████████████████████████████████████
was uneducated and not well-informed on these matters.

RESSAM also had conversations on this matter with ████████
███████████████████████████

**CALGARY, ALBERTA - END OF APRIL, 1999**
      **ALBERTA DRIVER'S LICENSE,** ████

At the end of April, 1999, RESSAM flew to Calgary and checked
into a hotel for one night. The next day RESSAM telephoned a Lebanese
individual named ████ (NFI) and set up an appointment with ████ to obtain
an Alberta driver's license.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████          AHMED RESSAM                    05/22/2001        10

    RESSAM stated that ████ ' telephone number is in his address
book, seized by the French authorities in the October, 1999 search of
the ████████ apartment on Sherbrooke in Montréal.

## MONTRÉAL - MAY/JUNE, 1999
### ATTEMPTED CELL ACTIVATION IN CANADA: ██████████

███████████████████████████████████████████████

    In May, 1999, RESSAM returned to Montréal and again stayed
with ███████████. While there, ██████████ visited and stayed one
night at the apartment and RESSAM visited with ███████████ at this
same apartment.

    It was during ████████████████████████████████████

████████ in Germany.

    RESSAM was calling his London associates/cell members to
determine when they would arrive in Canada to assist in the operation.
RESSAM learned that ██████ had not yet returned from Afghanistan and
that the rest of the cell did not want to travel until ██████ arrived
and ██████ was ready to travel to Canada.

    In a later conversation with the London members of RESSAM's
cell, RESSAM learned ███████ had been stopped by authorities either while
he was entering or attempting to leave the United Kingdom.

    ██████ had tried to get to Canada in December, 1998 but was
stopped by authorities and arrested. ██████ was to follow ██████, but
didn't travel in light of ████'s arrest.

    RESSAM also called ██████████ numerous times, but only spoke
with ███████ on three occasions. RESSAM would have to arrange times
to speak with ██████, as RESSAM had only the number for a mosque in
Bosnia that would serve as a message center for ██████.

    RESSAM had informed ███████ that RESSAM had an operation for
which RESSAM was seeking ██████'s assistance in Canada.

    RESSAM also attempted to telephone ████████████ in Germany
and left a message with ████████████ that ██████ should inform
████████ that ███████ should come to Canada because RESSAM is "in urgent
need".

    RESSAM learned that ██████ could not come because ████████
had lost his French passport in Pakistan.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                          05/22/2001        11

        In response to the unavailability of RESSAM's cell members to
come to Canada, ████████ encouraged RESSAM to come to Europe and do
terrorist attacks in Europe.



### MONTRÉAL - AUGUST, 1999
        LOS ANGELES MAP, SPECIFICITY IN TARGET, CIRCLES ON THE
        MAP

        In August, 1999, RESSAM purchased a Los Angeles map (the same
map found████████████████ at the du Fort apartment
and the same one on which the FBI discovered circles around three
airports). The map was purchased at or near the intersection of Ontario
and Berri Streets in Montréal.
        RESSAM purchased the California Tourism Guide in the French
language at Presse Interationale on St. Catherine Street in Montréal.

        The L'Almanach Catholique (Catholic Almanac) was purchased
near the Berri Metro Station in Montréal for the purpose of a
"documentation prop" to go along with the BENNI ANTOINE NORIS identity.

        . RESSAM made the three circles on the Los Angeles map: Ontario
Airport, Long Beach Airport, and Los Angeles International Airport (LAX).
RESSAM circled the three airports because they were international
airports.

        RESSAM considered possibly placing explosives at multiple
targets, but thought this might be too difficult when confronted with
the reality that his cell members would not join and assist him. Multiple
targets for one or two people would be too difficult.

        RESSAM did consider the possibility of two suitcases, each
with an explosive device placed on top of each other at the same airport.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              05/22/2001        12

RESSAM also thought it would be too difficult to place an explosive on an aircraft.

. Before placing an explosive device on a luggage cart near baggage claim or ticketing, RESSAM would first place a suitcase without explosives and leave it to measure the response of authorities. The actual device would probably be set to detonate within thirty minutes of placing it.

RESSAM selected LAX as an economic and political target. While stating his primary purpose was not to kill people, RESSAM did say that "in any war there are civilian casualties".

Other targets briefly considered by RESSAM were an FBI office, police station or Israeli embassy within the United States, to be timed as closely as possible with the changing of the millennium and other attacks around the world, such as Jordan. Though the attacks would coincide with the millennium, there was no plan to coordinate the exact timing of the attacks.

ressam.005A

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

## Ressam 302 5/23/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription

Investigation on                    at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to

your agency;
it and its contents are not to be distributed outside your agency.

Date dictated

05/25/2001

\ .          AHMED RESSAM (RESSAM) was advised as to the identity of
the interviewing agents as well as the purpose of the interview.
Present for this interview, held at the Seatac Federal Detention
Center in Seattle, █████████████, were SSA █████████, SSA
█████████████, SA █████████, SA █████████████████████████,
AUSA █████████, AUSA █████████, Assistant Federal
Public Defender ██████████, Assistant Public Defender █████,
█████████, Defense Investigator █████████████, and Arabic translator
█████████████. This interview was conducted in Arabic.

     RESSAM stated that his formal education was up to and
including completion of high school in Algeria. Courses completed
were basic science courses, to include biology, chemistry and
physics along with philosophy classes. RESSAM revealed that he did
obtain specialized training in chemistry and electronics while
being schooled at the camps in Afghanistan.

     RESSAM advised that he planned on making a bomb with
"urea nitrate", a "dynamite" (EGDN) booster and an improvised paper
detonator, filled with "peroxide explosive" (HMTD) and RDX. RESSAM
stated that he obtained some of the necessary chemicals while
training in Afghanistan. RESSAM added that upon his departure from
Afghanistan he had in his possession a shampoo bottle containing
five hundred (500) milliliters of glycol and a number of items
which he referred to as "fireballs" (80 - 100 grams). He added
that the "fireballs" were a common term given to solid tablets,
wrapped in wax paper, which contain hexamine. RESSAM advised that
the "fireballs" are used to heat "military lunches". These tablets
were concealed in a pill bottle and placed inside his carry-on bag.

     RESSAM acknowledged that he had manufactured the peroxide
explosive, hexamethylene triperoxide diamine (HMTD), while in
Vancouver, Canada. He added that the following three materials
were required for the manufacture of this explosive:

     35% peroxide solution (stored below 35 degrees Celsius)
     sulfuric acid
     hexamine

     RESSAM stated that he would manufacture his own
concentrated peroxide solution by combining several containers of

     5/23/2001      Seattle, Washington

                                                    5/25/2001


SSA ██████████████, SA ██████████████████████,
SSA ██████████, SA ██████████████

FD-302a

On
,Page

Continua 8% peroxide solution together and then heat the
resultant solution an undetermined amount of 5 to 200 The
remaining solution would be considered "concentrated" peroxide
solution (approximately 35%).

2

The procedure utilized for the manufacture of HMTD
involved the addition of 22 milligrams peroxide solution to 5
milligrams of sulfuric acid. This mixture was placed in an ice
bath to maintain the reaction temperature below thirty five degrees
Celsius (35° C). Seven grams (7g) of hexamine was slowly added to
the mixture. This resulted in a milky white solution which was put
in a cool place for approximately twelve (12) to twenty-four (24)
hours. The resultant solution was laid out to dry and kept away
from light.

RESSAM advised that he also manufactured RDX while
staying at the 2400 Motel in Vancouver, Canada. The materials
required to manufacture RDX, as stated by RESSAM, were:

                 nitric acid (concentrated)
                 hexamine
                 sulfuric acid (mild)

The procedure utilized by RESSAM included the slow
addition of sulfuric acid to a solution of concentrated nitric acid
and hexamine. The specific amounts of each material could not be
recalled. Once the addition of sulfuric acid was complete, RESSAM
stated that he continued to mix the solution for approximately ten
(10) minutes. RESSAM then added cold water and let the resultant
solution sit for an unspecified amount of time. The water was
decanted off the mixture and more water was added. This step was
necessary, as explained by RESSAM, to properly wash the solid RDX
and remove any excess acid. The mixture was then filtered and laid
out to dry away from sunlight.

Both HMTD and RDX were dried in a desk drawer in a back
room of the hotel in Vancouver, Canada.

RESSAM stated that HMTD is more sensitive than RDX and is
an "initiating" material. RESSAM referred to RDX as an "encouraging"
material. RESSAM asserted that a detonator is an important part of
the bomb. RESSAM said that without a detonator, a bomb will not
explode. RESSAM explained that he was going to make a detonator
out of a piece of "wax-type" paper. RESSAM advised that he was
going to take the paper and wrap it around a pen or pencil. A
piece of tape would be added to the seam of the paper to hold it
together. RESSAM demonstrated how he would then fold the paper to
close one of the ends. Again, a piece of tape would be added to the
paper tube in order to secure the folded end.

He explained that the RDX would be the first explosive
added to the detonator. RESSAM said that he would take a wooden
stick and slightly press on the RDX so that it was "close together".
RESSAM advised that he would then add the HMTD, and "very lightly"
press the materials together. He said that HMTD is very dangerous
and could explode if pressed too hard. RESSAM advised that the

FD-302
Continua
On
, Page

now ready for the "bulb", which would serve as the initiator ▓▓▓▓▓▓▓▓▓▓.  RESSAM also added that ▓▓▓▓▓▓▓ to make several detonators.  He was going to have one (1) detonator for every timing device.

RESSAM articulated that the detonator would explode if electricity was applied to the "initiator" while inserted in the HMTD.  RESSAM pronounced that the "bulb" had to be modified before it could be placed into the detonator.  Prior to modifying the bulbs, RESSAM advised that he was going to test them with a battery to make sure they were operational.  At this time, RESSAM was shown an exemplar which was an exact replica of the Radio Shack twelve volt (12 V) flashing bulbs he possessed at the time of his arrest.  RESSAM revealed that he was going to break the glass on the bulb and insert the exposed "wire" into the HMTD.  RESSAM said that it was important to check the wire to make sure that it didn't break before inserting it into the HMTD.  RESSAM advised that there are several ways to remove the glass from the bulb.  RESSAM said that you could cut the tip with a sharp knife or fork and then break it off or simply scrape it against a rough surface until it breaks.  RESSAM said that a bomb maker could use "steel wool" and "bare wires" if they didn't have access to a bulb.  RESSAM stated that once the detonator was fabricated, he would "seal the top" and place it into a plastic pill bottle, "like the Tylenol bottle", to keep it dry.  RESSAM advised that he would then place the pill bottle into the liquid "nitroglycol" (EGDN).  RESSAM also insisted that "nitroglycol is necessary in the explosive combination".

RESSAM explained that he bought a lot of bulbs from Radio Shack because he wasn't sure how many bulbs would work, and how many "wires" he would break when he tried to remove the glass globe.  RESSAM claimed that he only intended on using one detonator (bulb) per fusing system.  RESSAM claimed that he intended to use at least three (3) of the time delay fusing systems with this bomb.  He said that he wanted to use redundant systems for "security" purposes.  RESSAM elaborated on this by stating that if one fusing system failed, one of the other two should work, thus causing the "bomb" to explode.  RESSAM advised that he was "busy in Canada" and was waiting until the "bomb" was completed to make the detonators.  RESSAM explained that it was easier to get "help and materials" in Canada, and that making the improvised detonator was an easy task.

RESSAM advised that the materials required to manufacture "nitroglycol", also known as ethylene glycol dinitrate (EGDN) were:

> nitric acid (concentrated)
> sulfuric acid (concentrated)
> glycol

RESSAM stated that he stole quantities of nitric and sulfuric acid from Evergro Chemical in Delta, British Columbia, Canada and concentrated them himself.  He advised that he placed the stolen quantity of nitric acid in a glass "tomato juice" bottle and the stolen quantity of sulfuric acid in a plastic bottle.  RESSAM claimed that while stealing the chemicals from Evergro Chemical, he spilled a small quantity of acid on his pants and

M claimed that the acid burned pants and shoes recovered AHMEDhRESSAMrtment in Montreal were the/2400and shoes 4 that he wore when he stole the chemicals.

RESSAM advised that he utilized a distillation apparatus for concentrating nitric acid. RESSAM stated that he and MAJID purchased numerous supplies from a chemical supply store in Vancouver, to include the distillation apparatus, glassware and thermometer. RESSAM was unable to remember the name or exact location of this store. RESSAM indicated that he combined two hundred (200) milliliters of sulfuric acid with one hundred (100) milliliters of nitric acid in the reaction vessel. RESSAM indicated that he heated the reaction vessel until the vapors would reach a temperature of approximately 93°C, According to RESSAM, the vapors would then enter a condenser and drip to a collection flask. The condensed liquid obtained was his "concentrated" nitric acid. RESSAM stored this concentrated nitric acid in a "purple" colored glass bottle. RESSAM advised that he could use the concentrated nitric acid for the manufacturing of both "nitroglycol and RDX". This specific procedure was carried out in the kitchen area of the 2400 Motel.

RESSAM stated that the burns he had on his body at the time of his arrest were obtained while performing this procedure of concentrating nitric acid. Specifically, they were obtained while transferring the acids from one container to another without the use of a funnel. RESSAM also advised that he "scarred" the kitchen table of the 2400 Motel while attempting to pour "concentrated Nitric Acid" into the "purple" bottle.

The procedure RESSAM utilized for the manufacture of EGDN was the combination of thirty (30) milliliters of concentrated nitric acid with forty (40) milliliters of sulfuric acid in a cup. RESSAM proclaimed that he stirred the acids together and placed the reaction vessel (the cup) in an ice bath to control the reaction temperature. RESSAM stated that the temperature of this reaction solution was maintained at approximately ten degrees (10°) Celsius. RESSAM indicated that the glycol was added drop by drop to the solution of mixed acids. RESSAM advised that the mixture was stirred for approximately ten minutes, after all of the glycol was added. RESSAM further advised that he added approximately two hundred (200) milliliters of cold water, and with time, nitroglycol (EGDN), settled out of the solution as an oily liquid.

RESSAM stated that this reaction produces a lot of heat and if the glycol is added too quickly, the reaction will go out of control. RESSAM advised that when he makes EGDN he always has a pitcher of cold water on hand. RESSAM said that the cold water would be dumped into the reaction if it starts to get "too hot", thus, keeping it from exploding.

RESSAM claimed that the water above the EGDN was syringed off and clean distilled water was added. This step, RESSAM advised, was to wash the EGDN and to remove any excess acid. RESSAM proclaimed that the final product was placed in a glass bottle with a small amount of water on top to desensitize the explosive.

FD-302a
Continuation of FD-302 of

On
, Page

RESSAM recalled that his final product 50Z3 EGDN contained crushed peanut shells.   RESSAM claimed that he purchased the peanuts from a "SAFEWAY" grocery store in Vancouver, Canada. RESSAM indicated that he and ▇▇▇ ground the peanut shells in a coffee grinder prior to adding them to the liquid EGDN.   RESSAM advised that the addition of peanut shells changed the color to "dark honey" and also desensitized the explosive. RESSAM insisted that he chose to make EGDN because it is less sensitive than nitroglycerine (NG). He advised that he got a headache from the fumes when he was manufacturing the nitroglycol.   To reduce the fumes and smell, RESSAM said that he opened the windows in the 2400 Motel. He further advised that he poured the unused acids down the drain and destroyed his "notes" by burning them in the bathroom. RESSAM claimed that he and ▇▇▇ threw away all of the glassware and equipment into several garbage cans that were far away from the motel.   RESSAM suggested that he had previously manufactured nitroglycerine and "nitro-cotton" while attending the camps in Afghanistan.

RESSAM advised that he manufactured these explosives in Canada, rather than the United States because he had more resources in Canada.   He also advised that he was hoping to get help from several friends who are currently living in "London" to help him with the manufacturing of the urea nitrate.   RESSAM indicated that over the summer, he learned that they had "passport problems" and wouldn't be able to join him in Canada.   RESSAM decided that he would proceed with making the explosives and carrying out the operation in the United States by himself.   RESSAM advised that his friends in London know much more about the use and manufacture of explosive devices than he does.

RESSAM advised that the main charge of his explosive device was going to be forty six (46) parts urea nitrate to four (4) parts aluminum sulfate.   He said that the materials necessary to manufacture urea nitrate were:

     urea
     nitric acid

The procedure RESSAM was going to utilize in manufacturing urea nitrate involved the addition of two (2) milliliters of nitric acid to every one (1) gram of urea.   RESSAM advised that he would need approximately 50 liters of nitric acid to make urea nitrate.   He claimed that he was going to obtain the acid from a "factory", once he found a place to stay in Los Angeles. The addition of nitric acid to urea would produce a milky white sludge with no significant temperature rise.   The resulting milky white sludge would have been placed in a cloth and squeezed. RESSAM demonstrated this by showing how one would squeeze water out of a soaked towel.   The solid material left in the cloth would have been placed on trays and dried.   RESSAM professed that the dried material was urea nitrate.   RESSAM stated that this material would not be further washed with water and the final product would be off-white in color.

FD-302a ███████████ minum sulfate, obtained from gardening stores, would
On Continua have been ████ RESSAM newly manufactured urea n████ at a ratio 6
, Page of 46:4 (urea nitrate:aluminum sulfate).

RESSAM stated that he would have rather used ammonium
nitrate instead of urea nitrate, however, he was unable to locate
ammonium nitrate. RESSAM also claimed that he wanted to use
aluminum with the ammonium nitrate, but he could not find any
aluminum. As a result of the unavailability of ammonium nitrate
and aluminum, RESSAM decided to use urea nitrate. RESSAM indicated
that the use of ammonium nitrate would have kept him from having to
perform the step of nitrating the urea. RESSAM advised that he
ground the urea with an electric grinder so that it would not take
up as much space in the motel room. RESSAM advised that aluminum
sulfate is a suitable replacement for aluminum. He asserted that
he has successfully used aluminum sulfate in other explosive
mixtures while training in Afghanistan.

RESSAM stated that the explosives were to be placed
inside of a suitcase. At this point RESSAM provided a drawing of
the devices he was to have used and pointed out that the explosion
was to be initiated on the inside and progress in an outwardly
direction, meaning the home made detonator was to be placed within
the EGDN which was to be placed within the urea nitrate/aluminum
sulfate mixture.

RESSAM explained that he was taught not to take any
explosive material with him through airports because they would be
detected. He further stated that the type or class of explosive
was immaterial. He was instructed that if he had explosives on his
person at an airport security checkpoint, they would be detected.
RESSAM said that the airports have "machines that look for
explosives, not chemicals".

RESSAM also indicated that the "tactics class" trained
them to blow up a device and hide another one close by. RESSAM
explained that the second bomb would "get the detectives". He was
unaware of this type of tactic ever being utilized in any actual
attack. RESSAM claimed that he had no intention of doing this type
of attack because he did not have the "means" to do it.

He further advised that he was trained to blow up a bomb,
then wait three to four months and initiate a second bomb. RESSAM
advised that this type of attack would be used if a "country"
refuses to respond to the bombers' demands. He explained that the
demands are usually to "free prisoners". RESSAM explained that
after the first bomb attack, the country would increase their
security, but after three to four months, things would go back to
normal.

RESSAM stated that he was present at a camp during the
bombings of the African Embassies, in August of 1998. RESSAM
explained that there was talk within the camp of the Bin Laden
group being responsible for the bombings. RESSAM added that talk
within the camp centered on the bomb being primarily composed of

ne (TNT) and being initiated with a large quantity of
5/23/2001                7

RESSAM detailed his training with electronic circuitry by
describing his two weeks of instruction at a camp.  He added that
most of his training in this area was self taught with hands on
applications.  RESSAM quickly identified a transistor and an
integrated circuit chip (Dual Operational Amplifier, 358ATC) when
each were placed in front of him. RESSAM referred to the 8-pin
integrated circuit chip as "IC 358". He indicated that he does not
know the specific function of the items used in his fuzing system,
but was trained how to put them together to make a time delay
fuzing system. RESSAM then began to draw the circuitry he used in
making his timing devices.  He stated that the initial CASIO
watches he purchased were difficult to "connect to the alarm", so
he obtained a different type of CASIO watch which was much easier
to modify.  RESSAM added that the initial CASIO watches which were
not used were discarded and thrown away.

RESSAM was shown pictures of devices recovered in Russia
and Uzbekistan which utilized a Casio watch and a transistor as the
time delay fuzing system.  These devices did not employ the use of
integrated circuits.  RESSAM acknowledged the absence of the
integrated circuit, and stated that he was unfamiliar with this
approach to the design of timing devices.

RESSAM stated he would check to see if his circuit was
correct by using the "white" test boards.  RESSAM indicated that
once he was satisfied that they were correct, he then began
soldering the components to the other circuit boards.  He stated
that the red light emitting diode (LED) was added to the circuit
board to verify that the circuit was working properly. RESSAM
explained that if the circuit was working properly, the diode would
light signifying that the electrical current would have been
delivered to the explosive detonator(s).
RESSAM advised that he was going to use two (2) fuzing
systems which relied on two (2) 9-volt batteries to fire the
detonators and two (2) fuzing systems which relied on one (1) 9-
volt battery to fire the detonators.  RESSAM said that he was
having a problem with the fuzing systems which relied on the single
9-volt battery.  He stated that he was unable to get these systems
to reliably "light the bulb", which would in turn initiate the HMTD
in the detonators.

RESSAM suggested that the Casio watch was the easiest to
implement as a timing device, however, other items could be used
for the same purpose.  Examples given by RESSAM were pagers and
weekly alarm watches, or data banks.  RESSAM indicated that his
fuzing system could only use a delay of twenty-four (24) hours.

RESSAM stated that he purchased the electronic components
himself at various Montreal stores, to include "Active" and Radio
Shack.  RESSAM claimed that he constructed the time delay fuzing
systems in his Montreal apartment during the month of September.
He advised that MAJID was aware that he was making the fuzing

FD-302a
Continuation of FD-302 of _____ SAM indicated that upon completion of the time delay
fuzing system, RESSAM the tools, i.e drill, soldering iron,      On 03/10/00 , Page  8
clamps, "test meter", etc., to his friend ████████████.
RESSAM said that he thought ████ could use the tools with his job.
At this time, RESSAM was shown a photograph depicting two (2)
phone numbers which were found amongst his pocket litter. One of
the numbers had the letters "AB" next to it and the other had the
letter "M". RESSAM advised that the writing was his, but he
doesn't recall the number or who "AB" referred to. RESSAM was asked
if he knew an individual by the name of ████████████, to which he
replied that he did not. RESSAM then stated that it was possible
the number was associated with ████████████████████ and ████████
████████████. He was asked to recite the number aloud. RESSAM stated
that the telephone numbers were "324 9186  AB" and "489 0270  M".

        RESSAM proceeded to describe the procedure he was going
to use in arming his improvised explosive device. RESSAM said that
he would begin by setting the time on the watches and putting a
specific time on the "alarm". He said that he would then check to
see if the circuit was working properly by allowing the alarm to
sound, thus lighting the LED. RESSAM stated that if the circuit was
working properly, he would reset the alarm to the time that he
wanted the bomb to explode. According to RESSAM, the next step
would be to connect the timing unit to the homemade detonator(s).
RESSAM advised that he intended on arming the bomb with a safe
separation time of twenty (20) or thirty (30) minutes. RESSAM
acknowledged that this was a preliminary plan. He advised that he
had not yet researched and studied the specifics of how he was
going to plant the bomb at the target location.

        RESSAM disclosed that his intention was to place the
suitcase laden bomb on a luggage cart in the baggage claim area of
Los Angeles International Airport (LAX). RESSAM advised that he
was going to conduct a surveillance of LAX using the stolen video
camera he possessed. RESSAM indicated that the exact placement of
the bomb and the "get away" time would be determined after he
scouted the area. RESSAM advised that he chose LAX because it was
a large international airport. RESSAM said that he flew through
LAX on his return from Afghanistan and knew that he could blend in
with other travelers, despite being a foreigner. RESSAM further
advised that he would look like a tourist because he intended on
carrying the video camera when he placed the bomb.

        RESSAM stated that all of his timing units were going to
be set to go off at the same time. He explained that this was for
redundancy. He was going to have one detonator for each timing
device (fuzing system). RESSAM advised that in case one detonator
did not work, one of the other detonators would hopefully function,
detonating the nitroglycol and urea nitrate.

        RESSAM was then asked if he knew the difference between
series and parallel circuits. At first, RESSAM stated that he did
not fully understand the electronics, only that he wanted to make
sure that his bomb would still explode if one of the detonators
failed to function. He claimed this is the reason he made
duplicate timing devices.

FD-302a
Continua

On
, Page

AHMED gREŜŜÁM the camps in Afghanistan, ŘEŜŜAM0 ŝaid that 9
there are two (2) camps that deal with the manufacturing of
explosives and explosive devices. RESSAM advised that there is a
"Kurdish" camp and a Deronta camp. RESSAM claimed that the Deronta
camp was run by ▆▆▆▆▆▆▆▆. He also indicated that the two (2)
primary trainers at Deronta were an Egyptian known to him as ▆▆▆
▆▆▆▆, and ▆▆▆▆▆▆▆. He stated that while he was training at
the Khalden camp, there were people from: Chechnya, Turkministan,
Tajikistan, Uzbekistan, Turkey, North Africa, and the Gulf Arab
states, i.e. United Arab Emirates and Qatar. RESSAM, who was known
as ▆▆▆ in the camps, further advised that people residing in
France, Italy, Germany, Sweden and Jamaicans with British
citizenship were also at the camps in Deronta.

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## Ressam 302 5/24/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription          05/24/2001

On 05/24/2001, AHMED RESSAM was interviewed at the Seatac
Federal Detention Center in Seattle, Washington.  Present during the
interview were ███████████████████████████████████████████████

███████████████████████████████████████████████████████.  The
interview was conducted in Arabic.

RESSAM provided the following information:

████████████

████████████ is an imam at the Finnsbury Park Mosque in London
who is either a Jordanian or Palestinian. ████████████ gives lectures
on religion and politics and assists young men in traveling from London
to the camps in Afghanistan via ABOU ZOUBEIDA and ████████████

Before carrying out terrorist attacks ("operations"), the
operatives will consult with ████████████ who can sanction a fatwah. Young
men in the camps and the mujahidin movement speak well of ████████
and recognize him as being well-educated in the principles of religion.

████████████ was well-connected with the first Islamic Movement
and is now connected with the Armed Islamic Group (GIA) in Algeria.
████████████ is in direct contact with young men located in Great Britain
who have been trained for jihad.

████████████ is an associate of ████████████ and is in direct contact
with ████████████. ████████████ is also involved with a new movement of
████████████ and the very well-educated ████████████████████████.

To RESSAM's knowledge, ████████████ would not have been aware
of RESSAM's "operation" prior to RESSAM's arrest.

████████████:

Also at the Finnsbury Park Mosque is ████████████████████ (the
Egyptian) who now lacks two hands and one eyeball. ████████████ lost his

05/24/2001          Seattle, Washington

████████████████████████████████████████          05/24/2001

███████████████████████████████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                          05/24/2001        2
hands and an eye while conducting explosives experiments in
Afghanistan.

RESSAM heard from others that while mixing chemicals, it
became apparent that an unexpected chemical reaction was quickly getting
out of control. ██████████ attempted to carry the chemicals out of the
building with his hands when the mixture exploded.

██████████ is well-respected for his fighting in Bosnia and
in Afghanistan. RESSAM believes that ██████████ was incarcerated in
1998 (possibly in London) while RESSAM was training in Afghanistan.

██████████ was not aware of RESSAM's operation; ██████████ was
neither an instructor nor a teacher. Nor was RESSAM aware that ███
████ would be briefed on other operations, but noted that ABOU ZOUBEIDA
would have knowledge of the Jordanian plot before it was foiled as well
as the plot against the U.S.S. Cole prior to the actual attack. RESSAM
did not imply that the U.S.S. Cole would have been targeted by name,
but as an American warship.

## YEMENI CELL, UBL AND THE U.S.S. COLE:

As stated in the preceding paragraph, ABOU ZOUBEIDA had
knowledge of the operation against a U.S. warship in Yemen. The young
Yemeni men in Khalden Camp were very excited about doing a terrorist
attack ("operation") in Yemen. These attacks included hitting U.S.
military or American VIPs in hotels, U.S. warships, and American
companies.

The Yemeni Cell is described as very enthusiastic and was
comprised of the following individuals:



██████████ - Yemeni citizen with a deep understanding of
Islamic religion.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████

          AHMED RESSAM                          05/24/2001        3

       ████████████████████████

          RESSAM had no knowledge of this individual except that he
had heard the name ████████ as an alias of ████████████. When asked about
the address of ████████████████ (RESSAM was shown the
address in RESSAM's address book seized by French authorities in October,
1999), RESSAM stated that it was the address for ████████████.

A████████████████

       ██████████████████████          but RESSAM doesn't know ████████ himself.

       ████████████████████████:

          RESSAM did not recognize the name ████████████, but knows
an ████████████████████ (the Algerian) who is an associate of ████████

          ████████████████████████ lost a hand at Khalden Camp while
trying to hammer on a mortar during training. This mishap occurred in
approximately November/December, 1997, a few months prior to RESSAM's
arrival in Pakistan in March, 1998.

          ████████████████████ was trying to clear a malfunction
on the mortar, the tube of which was being recycled and tamped with
TNT. In hammering on the round, the firing tube exploded and ████████████
lost his hand.

          ████████████████ received medical treatment and
returned to London. While not having graduated from Khalden Camp,
████████████████, despite his handicap, would still be in a
position of influence on a proposed operation.


       ████████████████

          RESSAM did not recognize nor did he have any information in
regard to ████████████.

       ████████████████████████████████████████████████████

          RESSAM knew ████████████ as ████████ in Khalden Camp. ████████ was
given this nickname because he was from Algeria and always spoke of
an actor in Algeria named ████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                                    05/24/2001        4

        RESSAM was not familiar with the name ████████████, nor
████.  RESSAM stated that RESSAM's cellular telephone found in the
search at his du Fort apartment was under the name ████ but he knew
no one else named ████████

        Likewise, RESSAM never heard of the name ███████████████.
RESSAM opined that it must be a name someone has used on a passport.

███████████████████████████████

        RESSAM did not recognize these names nor was he able to provide
information regarding these names.

████████████████████████████████████

        RESSAM did not recognize these names nor was he able to provide
information regarding these names.

████████

        ████████ is also known as ████.  ████ is one of the members
of RESSAM's cell at Khalden Camp and ████ was supposed to join RESSAM
in Canada to assist RESSAM in carrying out the terrorist attack that
RESSAM planned in Los Angeles.

        After arriving in Canada, RESSAM telephoned the following
cell members in London, asking them to come help him in his terrorist
attack: ████████████████
        When RESSAM spoke to the London-based members of RESSAM's
cell, he believed the other members were present at the house during
the conversation.

        The London-based members of RESSAM's cell were waiting for
████████ to arrive from Afghanistan in the summer of 1999 and wouldn't
depart until ████████ arrived.

        RESSAM also telephoned ████████████████████ who was in
Bosnia. RESSAM spoke with ████████ at least three times to encourage ████
to come help him in RESSAM's operation.

        In November/December, 1999, RESSAM realized that his cell
members would not be coming and telephoned them to ask how they were
doing and then informed them that he would rejoin them soon.

        During those phone calls in November/December, 1999, RESSAM
did not tell him his specific target or date or that he would be joining
them after doing an attack.

        RESSAM did not see the need to inform them of his impending
operation since he realized they would not come to Canada. This was

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

for security reasons in case they were questioned or caught and thereby expose his operation.

In addition to those three, RESSAM telephoned ███████ in November/December, 1999 to tell ███████ to prepare for RESSAM's arrival in the near future and that ███████ should prepare passage for RESSAM to Algeria.

Once in Algeria, RESSAM intended to join an unspecified jihad group in Algeria. RESSAM also felt his security would be better guarded in Algeria after conducting his terrorist attack in the United States.

RESSAM stated that after a terrorist attack, one is safe inside Afghanistan, Algeria or in the network in Europe.

RESSAM did not recognize the name ███████, but he does know two ███████s from Khalden Camp: ███████

███████ is an associate of ███████ in Great Britain. ███████ has more training than RESSAM in chemicals and explosives and received this training at Deronta Camp prior to RESSAM receiving his bomb manufacturing training at Deronta.

An example of "more" training in manufacturing would include a more comprehensive understanding of chemical compositions of substances such as glycol. As well, ███████ would know more ways to build more powerful explosives.

███████ is also from Great Britain and an associate of ███████ as are all Algerians involved in Jihad. ███████ studied two years of manufacturing training under the tutelage of ███████ camp during a special session of training.

This training session focused on allowing students time to do their own research and experiments and included not only chemical explosives, but biological agents such as toxins (ricin) and chemical agents such as cyanide.

RESSAM believes ███████ returned to Great Britain and would be employed to help in creating weapons for terrorist attacks.

███████ / UBL GUEST HOUSE / FATWAH:

While in Jalalabad and at the ABOU ZOUBEIDA camps, RESSAM saw many paper leaflets with a picture of ███████ (known to the FBI as the BLIND SHEIKH) behind the bars of his cell. The leaflet was a "public relations" pamphlet informing the reader that a fatwah

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

                    AHMED RESSAM                              05/24/2001          6

            had been issued by ████████ against the United States from
his jail cell.

            RESSAM also saw this leaflet when he spent one night at the
USAMA BIN LADEN guest house in Kabul.

████████████████ / ████████████ / ███████ / **LAPTOP
COMPUTER**:

            RESSAM did not recognize nor does he have knowledge in regard
to ████████████. Nor does RESSAM know or remember any Mauritanians
either at Khalden Camp or elsewhere.

            In a previous interview on 05/23/2001, RESSAM was asked to
identify the phone numbers 489-0272 "M" and 374-9186 "AB" found on piece
of paper in RESSAM's possession at the time of RESSAM's arrest in Port
Angeles, Washington.

            RESSAM stated that 374-9186 was a number that ████████
gave RESSAM to contact ████████ and that this number was not
at ████████s house. RESSAM didn't know the address or subscriber
information for this phone number. RESSAM believes the "AB" stands for
the "AB" in ████████

            RESSAM identified 489-0272 "M" as possibly ██████████
phone number. The "M" represents the "M" in ████████ or the "M" in the
french word "maison" (house) and, in that case, refers to a phone number
at a house.

            RESSAM remembered that ██████I asked RESSAM to obtain a
"good" laptop computer for ABOU ZOUBEIDA. ████████ told RESSAM that
a young man was going to leave from Montréal to visit ABOU ZOUBEIDA
and could courier the computer to ABOU ZOUBEIDA.

            RESSAM believed this piece of paper with the above described
phone numbers pertains to this transaction that RESSAM conducted in
the last week of November, 1999 or the first week of December, 1999.

            RESSAM bought the laptop from ██████████ for $600
(Canadian). ████████ did not specify any software programs, but said
it should be a "good" computer with a CD port and lots of memory.

**CHEMICAL/BIOLOGICAL WARFARE TRAINING**:

            While at Deronta Camp (previously identified as Toronto Camp)
operated under the leadership of ABOU ZOUBEIDA, RESSAM conducted
experiments on dogs under the instruction of ██████████████
██████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                          05/24/2001          7

   In these experiments, dogs would be placed in a box with a cyanide container.  Sulphuric acid would be poured on the cyanide and the person pouring the acid would have to move away very quickly. A dog placed within the same box would be dead in a matter of seconds.

   RESSAM wore a protective mask similar to a doctor's mask, but also present at the camp were protective masks with filters. There were no self-contained breathing apparatus (SCBA) styled respiratory devices present at the camp.

   The operational use of cyanide would be to place it near the air intake unit of a building.

   RESSAM also used syringes to inject dogs with cyanide and would then observe their impending death within a short time.

   Toxin experiments were also conducted at Deronta Camp. These experiments were oriented towards assassination of VIPs, and intelligence officers.

   These toxins and "traditional poisons" could be mixed with an oil-based or oil-like based substances and smeared on doorknobs. The victim would touch the doorknob and the toxin would permeate through the skin into the bloodstream and kill the victim.

   RESSAM was asked whether he was aware of any attacks or operations wherein biological or chemical agents were used. RESSAM's response was only the attack in the Japanese subway (Aum Shimriko). Although no Japanese students were at the camps, Chinese students were present.

### RESSAM'S SELECTION TO ATTEND DERONTA CAMP:

   RESSAM was selected to train in chemical/explosives manufacturing at Deronta as a result of the recommendations from his friends within his cell at Khalden. They asked the security emir, ██████
██████ to recommend RESSAM for the training.

   ██████████ was described in an earlier interview as the person responsible for communicating and coordinating between ABOU ZOUBEIDA's camps (Khalden and Deronta) and USAMA BIN LADEN's camps (Siddiq and Farouq).  If a trainee wanted to go between camps, they had to have approval and the recommendation of ██████████

   ██████████ also provided the money to finance their training. It was not apparent whether the money was ████████████████
██████ released funds from a budget for the training.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                                        05/24/2001        8

**USAMA BIN LADEN /** ████████ **/** ████████ **/** ████████████
**& FAROUQ CAMPS**:

     In the summer of 1998, two Algerians were sent to one of USAMA
BIN LADEN's camps, Siddiq and/or Farouq near the town of Khwost; OSAMA
(NFI) and, from RESSAM's own cell, ████████████

     OSAMA and ████████ were selected for leadership lessons
at BIN LADEN's camps by ██████████, who arranged it through ████████
(a Tunisian) and ████████

████████████ **/ USAMA BIN LADEN**:

     RESSAM stated that prior to RESSAM's departure for Pakistan
and Afghanistan in March, 1998, he had a conversation with ████████████
████████████ is known to the FBI as having dual citizenship
- Sudanese and Canadian; ████████ advised RESSAM on the Afghanistan
training camps prior RESSAM's departure in March, 1998.)

     ████████████ informed RESSAM that ████████ visited USAMA BIN
LADEN at BIN LADEN's camp near Khwost, and that BIN LADEN's camp was
more comfortable than Khalden Camp.

     ████████████ found USAMA BIN LADEN to be a very humble
individual who led a simple life with his wife.

**RETALIATORY U.S. MISSILE STRIKE**:

     RESSAM stated that after the retaliatory U.S. missile strike,
USAMA BIN LADEN relocated to Kandahar.

     While RESSAM did not see or hear the attack or view the damage
afterward, RESSAM understood that the missiles hit one of the camps
and at least eight men died. RESSAM did not know, nor could he approximate,
the total number of men wounded.

     In response to the U.S. missile strike, the men at RESSAM's
camp took defensive positions in the hills around their camp in case
more missiles were fired.

**THAILAND, FEBRUARY 1999**:

     RESSAM stated that no one assisted him in Thailand; that he
only transited through Thailand and remained in the airport for
approximately 4-5 hours.

**FRANKFURT, GERMANY, MARCH 1998**:

     RESSAM stated that when he transited through Frankfurt,
Germany on his way to Pakistan, he did not leave the airport. RESSAM

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████                AHMED RESSAM                        05/24/2001            9

     did leave the passport control area.  RESSAM's BENNI ANTOINE NORIS fraudulently obtained Canadian Passport was stamped as he left passport control and stamped again as he re-entered passport control.

     RESSAM walked around the shops and made one phone call to his family in Algeria and one phone call to ████████████ in Montréal.  RESSAM left a message on the message machine saying, "█████████!".

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

## Ressam 302 5/29/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

06/03/2001

On 05/29/2001, Ahmed Ressam was interviewed at the Federal
Detention Center in Seatac, Washington. Present at the interviews were
Special Agents ███████████ (FBI New York) and ██████
██ (FBI Seattle), AUSA ██████████ (Southern District of New York),
Assistant Federal Public Defender ████████████, Defense
Investigator ████████████, and Arabic translator ██████████. The
interview was conducted in Arabic.

Ressam provided the following information, including all
aliases of individuals discussed:

██████████

RESSAM first met ██████████ in 1994 at the apartment of ████
██████████. RESSAM, while in the custody of Canadian Immigration, met
██████████ provided RESSAM with the telephone number
and name of ████████ ████████, and told RESSAM that RESSAM should call
██████████ upon RESSAM's release from custody.

██████████'s apartment was near the intersection of Papineau
and Henri-Bourassa Streets in Montréal. Also present at this apartment
were ████████; ████████; ████████ and ██ 's
cousin,. ████████; ████████; and a Moroccan named ██████
and ████████ Italian girlfriend (NFI).

██████████ was married to a French-speaking Canadian woman
from the Province of New Brunswick, Canada. ████ has an associate named
████ in Sweden who ████ knew in Afghanistan and Bosnia.

██████ was traveling back and forth to Bosnia and RESSAM
described ████ as the middleman in the transfer of money and information
for mujahideen members along with UNIDENTIFIED individuals from Germany
who procured money.  The money went to ████, an Egyptian in Italy
(possibly Naples).

██████████ was the logistics chief who acted in support of the
Mujahideen Battalion fighting in Bosnia. ████ issue fatwahs and sent
the money, passports, and young men to Bosnian-based Islamic fighters
led by ██████████.

05/29/2001        Seattle, Washington

06/03/2001

SA ██████████████████
SA ██████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



████████████
        AHMED RESSAM                          05/29/2001        2
████████ acquired and moved false papers to Europe to
assist Mujahidin members leave Bosnia and come to Canada. Individuals
████ assisted include ██████████████████ and ████████, a.k.a.
████.

        These Bosnian veterans came to Canada usually to rest, relax,
reorganize and reconsolidate before resuming fighting or undertaking
a jihad operation.

        ████ ████, AHMED RESSAM, ████████████, ████████ stole,
"found", and forged documents such as residency cards and Canadian
passports from the Moroccan community in Montréal.

        These documents were funneled through ████ ████ and ██
████ who would find couriers to get the documents to Europe and Bosnia.
These documents permitted Mujahidin and Islamic militants to travel
with forged/stolen identities throughout the world, conducting acts
of armed aggression.

        ██████████, a.k.a. ████████, ████████████, PORT ROYALE METRO BOMBING
        . RESSAM states he does not have "enough information" on the
Port Royale Metro bombing in France, but believes HAMID ████ is connected
to that incident. RESSAM's knowledge of the Port Royale Metro bombing
comes from a conversation between ████ at the Delorimier apartment in
Montréal and from discussions at the Khalden Camp wherein past
"operations" were discussed.

        ████ was sent to Europe from Algeria to "represent" the GIA
(Armed Islamic Group). ████ initially received jihad training in
Afghanistan and is an "engineer" for Islamic jihad. ████ left
Afghanistan for Yemen where he was a student of Islamic studies under
the tutelage of a doctor of astrology, ████████ (NFI).

        From Yemen, ████ went to the Sudan where ████ became involved
with the EIJ (Egyptian Islamic Jihad) movement and remained in the Sudan
until he returned to Algeria. After returning to Algeria, ████ headed
for Europe.

        ████ achieved a very high level of military training in regard
to explosives and was taught by ████. ████ fought in Bosnia under
the 'nomme de guerre' ████. ████ was ████'s Bosnian name.

        After Bosnia, ████ was in France, but left possibly in
1993/1994 for Belgium where ████ stayed with ████'s close associate
████████, a.k.a. ████. ████ was with ████, a.k.a. ████ in Yemen,
Afghanistan and Belgium. RESSAM is not sure whether ████ was in France
during the Port Royale Metro Station bombing. ████ left France because
████ felt the French authorities were beginning to focus on him.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              05/29/2001        3

RESSAM believes ███ (approximately 35/36 years of age, Algerian) is currently in Australia and quite possibly in the custody of Australian Immigration authorities. ███ also resided in Turkey.

In a conversation between RESSAM and ███ at the Delorimier apartment in Montréal, ███ told RESSAM that ███ "represents the EIJ in Europe".

At Khalden, RESSAM learned that ████████ built the bomb used in the Port Royale Metro Station bombing and that ████ was killed by the French.

## ROUBAIX GANG - FRANCE 1996

The Roubaix Gang was comprised of Islamic jihad veterans of Bosnia led by ████████. RESSAM stated that ████ was possibly a physician because ████ was referred to as the FRENCH DOCTOR.

RESSAM had been told by ████, ████████ and ████████ (NFI) that the Roubaix Gang was comprised of Bosnian veterans.

RESSAM was later told by ████████ (a.k.a. ████████) that the French authorities invaded the Roubaix Gang's home under the suspicion that these individuals were terrorists and "attacked banks and money institutions".

████████ (a.k.a. ████████), based in France, had come to Montréal to take the forged passports from ████████, a.k.a. ████. ████ (a.k.a. ████████) was going to then courier the passports to France. ████ (a.k.a. ████████) did this frequently, but was stopped by French authorities in 1996 or 1997.

## NON-GOVERNMENTAL ORGANIZATIONS IN BOSNIA AND TURKEY

████████ (a.k.a. ████████) eventually couriered some of the documents to Turkey through the cover of non-governmental organizations (NGOs), possibly in Istanbul.

In Turkey the documents would be forged or altered for the different Mujahidin fighters. RESSAM stated that ████, a.k.a. ████, knew how to alter the documents and was in Turkey at the time.

████████ and ████████ were also knowledgeable in altering documents on the Bosnia end of the operation. Islamic militants would exfiltrate Bosnia through Turkey, then head to Canada.

RESSAM was unfamiliar with the following NGOs: Internationale Hilfsorganisation Humanitaire and Benevolence International.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                          05/29/2001      4

RESSAM did state that many NGOs are present in Turkey and Bosnia and are used as covers, such as Islamic Information Centers. Money from Saudi Arabia and the Gulf States is channeled through such NGOs. Both money and passports are funneled through these various NGOs.

█████ █████ knew █████ (a.k.a. ████) and would assist Bosnian veterans returning to Canada by supplying the false documents. Canada was chosen because the immigration procedures are very lax and easy.

Once in Canada, the Islamic militants would prepare their next operations and prepare paperwork (false documents and papers).

█████ █████ encouraged young men in jihad and opened the path to them by providing contacts. RESSAM once observed █████ preparing and sending a young man to Turkey with a view to perform jihad in Bosnia.

RESSAM did not recognize this name, nor did he have any information to provide regarding ████████████.

RESSAM did not recognize this name, nor did he have any information to provide regarding ████████████.

RESSAM recognized this name as an alias of ████████ mentioned previously, who was the courier between the Montréal based cell of █████ ████ and ████ ████████, of which RESSAM and ████████████ participated in stealing and providing "found" documents.

████████ was stopped in 1996/1997 by French authorities while transporting some of these documents. ████████ also told RESSAM about the ROUBAIX GANG.

████████████ was in Turkey with █████ (a.k.a. ████) and possibly spent time in Japan. ████ is now in what RESSAM describes as the Malaysian "region", studying at an Islamic university, possibly in the Philippines. ████ is married to a Bosnian woman.

████ has the capability to incite jihad movements and is considered a "caller" to jihad. RESSAM used the Arabic word "da'iya",

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████

AHMED RESSAM                              05/29/2001          5

explained by the translator as "incites/provokes" and in the
context of as an Imam would "call".

## FILIPINOS IN AFGHANISTAN CAMPS

████████ (NFI) and ████████ are Filipinos who were present
at Khalden. ████████ was a trainer and had experience in Chechnya and
Tajikistan. No further information.

## CHINESE PRESENCE IN AFGHANISTAN CAMPS

RESSAM stated he had specifically observed Chinese
individuals at camps in Afghanistan. No further information.

## KURDS AND THE KURDISH CAMP

Unlike Khalden and Deronta, the trainers and cadre at the
Kurdish camp are stationary. The focus of the Kurds is to go back to
Turkey and conduct operations, as opposed to fighting in Iraq.

## RESSAM'S DEPARTURE FROM CANADA AND HIS MATRICULATION THROUGH THE CAMPS, MARCH 1998 - FEBRUARY 1999

## CANADA TO PAKISTAN:

████████ (a.k.a. ████████) and ████
████ (a.k.a. ████████) held a group meeting at
RESSAM's Malicorne apartment to encourage a group of young men to attend
jihad training in Afghanistan.

████████ and ████████ also spoke at the mosque in Montréal,
encouraging young men to participate in jihad training.

RESSAM expressed his desire ████ and ████████ to attend
jihad training with a view to fighting against the government in Algeria.
████████ telephoned Pakistan and prepared RESSAM's way to the camp.
████████ gave RESSAM the telephone number for ABOU ZOUBEIDA.

The night before departing for Pakistan/Afghanistan, RESSAM,
████████, and ████████ spent
the evening together. ████████ purchased pizzas for the group and drove
████████ and RESSAM to the bus station in Montréal.

████████ and RESSAM traveled by bus from Montréal to Toronto.
They spent the night in a hotel and RESSAM departed the next day from
Toronto to Karachi, via Frankfurt, Germany and Dubai, United Arabs
Emirates (UAE).

RESSAM opted not to fly out of Montréal's airports because
RESSAM was worried that he would be observed by the "████████
████████".

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

▆▆▆▆▆▆

AHMED RESSAM                                   05/29/2001          6

RESSAM arrived in Frankfurt and waited at the airport for approximately 5 hours, never leaving the airport or visiting anyone at the airport. RESSAM made two telephone calls: one phone call to his parents and one phone call to ▆▆▆▆▆▆▆▆▆ in which he left a message on the answering machine.

RESSAM did go out of the passport control zone at the airport and had to re-enter it prior to catching his connecting flight to Dubai and Karachi.

Once in Karachi, RESSAM spent one night at an unknown hotel and telephoned ABOU ZOUBEIDA the morning after his arrival. This was the first time RESSAM spoke with ABOU ZOUBEIDA. ABOU ZOUBEIDA instructed RESSAM to fly from Karachi to Islamabad.

In Islamabad, RESSAM went to another unknown hotel. He telephoned ABOU ZOUBEIDA the next morning. ABOU ZOUBEIDA was in Islamabad and asked RESSAM to call him later that evening.

RESSAM called ABOU ZOUBEIDA that evening and ABOU ZOUBEIDA asked RESSAM for the address of the hotel, and told RESSAM that ABOU ZOUBEIDA would meet him that evening in the reception area of the hotel.

One half-hour later, ABOU ZOUBEIDA, ▆▆▆▆▆▆ ▆▆▆▆▆▆▆, and a Pakistani doctor (NFI) arrived at RESSAM's hotel and took RESSAM by car to ABOU ZOUBEIDA's guest house where they stayed for the night.

The next morning, RESSAM traveled by bus to Peshawar. Once in Peshawar, RESSAM took a taxi to an unknown pizzeria on the second floor of a building. ▆▆▆▆▆▆▆▆▆ met RESSAM, and RESSAM went to ABOU ZOUBEIDA's guest house in Peshawar. The next morning, ABOU ZOUBEIDA visited the guest house.

At the Peshawar guest house, RESSAM met other young men. RESSAM was given Afghani clothing and RESSAM's belongings were placed in a storage area. RESSAM arrived with approximately $1000 U.S. that RESSAM obtained prior to leaving Canada by pickpocketing. RESSAM had exchanged the stolen money into U.S. currency.

RESSAM and the other young men remained at the guest house for two to three weeks, allowing their beards to grow and preparing to enter Afghanistan. The men were instructed not to speak with anyone.

At the Peshawar guest house, RESSAM met the following individuals:

▆▆▆▆▆▆▆▆▆▆▆▆ - NFI

▆▆▆▆▆▆▆▆▆▆▆▆ - Algerian; member of Algerian Jama'al; injured from mortar training accident in which he lost his hands; convalescing at the house.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                05/29/2001        7

███████████, a.k.a. ███████████ - Tajikistan; member of Tajik
Jama'al); severe injury to his heel from same mortar training accident
in which ███████████ was injured, now limps.

███████████ - Tajikistan; injured from hand grenade
shrapnel, convalescing at the guest house.

███████████ - Saudi; attended USAMA BIN LADEN (UBL) camp - either
Farouq or Siddiq.

███████████ - Saudi; attended UBL camp - either Farouq or
Siddiq; resides in Great Britain.

███████████ - Saudi; attended UBL camp either Farouq or Siddiq;
left for the United States to join his brother who is a student studying
at an unknown American university.

███████████ - Algerian; security officer for ABOU
ZOUBEIDA at the Peshawar guest house; 'softly' interrogates new arrivals
and goes through their belongings; one of the individuals for whom ABOU
ZOUBEIDA asked RESSAM to gain a fraudulently obtained genuine Canadian
passport so that ███████████ and ABOU ZOUBEIDA could travel
to the United States to conduct a terrorist attack.

███████████ - servant for ABOU ZOUBEIDA at the
Peshawar guest house; NOT the same ███████████ in Afghanistan.

UNKNOWN - Saudi; new arrival from Great Britain; went to train
under ███████████'s tutelage for manufacturing chemicals and explosives.

While at the Peshawar guest house, the residents would sit
in a circle in th mornings for class. During these sessions, the
residents would talk and share about why they had come for jihad
training.

███████████ would elicit intelligence from the
residents, asking about the Islamic movement back in the countries from
which they came. The residents were not required to sign any documents
or pledge allegiance to any person. Nor were they required to pay any
money at the house.

PAKISTAN TO AFGHANISTAN:

There are two ways to enter Afghanistan; go with a crowd and
push through with them or go through the mountains. Pakistani
authorities at the border are suspicious of persons leaving, so RESSAM
chose to go over the mountains.

An ███████████ came to get RESSAM and the UNKNOWN Saudi from
Britain. They were driven from Peshawar to the border in a pick-up/van

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/29/2001    ·    8

        type cargo truck at night.  They passed some check points
and gave 'bakshish' (translated as small bribe money) to authorities.
They continued to a small unknown tribal village on the border where
they spent the night in a house.

        The next morning they climbed a mountain road on foot (still
on the Pakistani side) until they had passed two or three mountains.
They looked down and could see the border of Torkhum in the valley below.

        Their route allowed them to circumvent inspection leaving
Pakistan and they only had to enter Afghanistan through the gate at
Torkhum.

        Once in Afghanistan, they boarded a motorcycle with a sidecar,
and motored to Jalalabad. In Jalalabad, RESSAM met ████████████, a
Palestinian and ██████ at ABOU ZOUBEIDA's Jalalabad guest house.

        The Jalalabad guest house had four sleeping areas upstairs,
a kitchen, an office, a suite for the person who ran the house, and
an inside garage. The house could handle between 20-30 individuals and
is described as very large.

        At the Jalalabad guest house, RESSAM met the following
individuals:

        ████████████████ - from Frankfurt, Germany; resting between
training at the camps.

        ████████████ - member of RESSAM's cell; ████████ trained at
UBL's Siddiq camp; while a member of RESSAM's cell formed at Khalden,
████████ did not train with RESSAM's cell at Khalden.
        ████████ - Algerian; resting between training at the camps;
NFI.

        RESSAM and the UNKNOWN Saudi from Great Britain separated
and the UNKNOWN Saudi went to ████████s explosives training, and
RESSAM was taken to Khwost by an Afghani.

**KHALDEN CAMP**

        In the City of Khwost, RESSAM proceeded to a large mosque
supported financially by USAMA BIN LADEN. Then RESSAM was taken to the
food store of an Afghani. At the store, RESSAM met ████████, Emir
of Khalden Camp. ████████ was purchasing food supplies to take to
the camps.

        ████████ asked RESSAM how RESSAM was feeling, how RESSAM
was doing, how RESSAM's trip had gone so far, and asked how ████
████████ and ████████████████ were doing.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████
AHMED RESSAM                                05/29/2001          9

**Reception at Khalden:**

███████████ then took RESSAM to Khalden Camp, where they
entered unchallenged as they were in ██████████'s vehicle. They
proceeded to an administration building located near the physical center
of the camp.

Upon entering, RESSAM's belongings were searched for
contraband such as cameras and recording devices or other such
"detective devices".

**Rules at Khalden:**

RESSAM was given a written list of rules and conditions of
the camp, such as obeying and listening to the trainers and the Emir
██████████. These rules applied to conduct both within and outside the
camp.

**Accommodations at Khalden:**

RESSAM was housed in a shared compartment; several
individuals were housed as in barracks with their mattresses on the
floor. Some of the barracks were stone buildings, and others were large
tents. Housing assignments in the barracks were mixed; cell members
were not housed according to cell membership.

The tents housed five to six (5-6) individuals while the stone
barracks housed about eight (8) individuals. There were approximately
four tents and four barracks, housing an approximate total of sixty-two
(62) individuals.

RESSAM had previously indicated that the camp population
ranged from sixty to one-hundred and ten (60-110) individuals, depending
on the matriculation of trainees in and out of the camp.

Each morning they were called to prayer as the sun rose. They
would then gather in the main courtyard in formation separated by
sessions/classes. ██████████ (NFI) led the formation and attendance would
be taken.

After formation, each session would separate and head to their
designated training and their respective training areas for the day.
Physical fitness training occurred each day.

Training was held Saturday through Thursday. After Friday
morning prayer, trainees were allowed to relax, but were not allowed
to leave the camp to go to town unless given permission by the Emir.
This was rarely requested and rarely authorized if requested.

**Weapons Training at Khalden:**

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

AHMED RESSAM                        05/29/2001        10

██████ and ██████ from the Jordanian cell taught weapons
training on the following weapons: <u>AK-47</u> (7.62mm) assault rifle; <u>Simonov
(7.62mm) rifle</u> for sniper training and single firing, magazine held
about six rounds; <u>PK Machine Gun</u> wherein RESSAM learned to change the
██els as one would become overheated; <u>RPG anti-tank grenade launcher</u>;
and various pistols.

Weapons training lasted about one month. RESSAM stated that
he did not gain great proficiency in marksmanship.

The camp received their military supplies, such as RPGs and
ammunition, from the Taliban.

**General Explosives at Khalden:**

RESSAM next learned about explosives from ██████, a Tunisian
trainer from the Tunisian Group/Cell. RESSAM trained with TNT and C4
plastic explosives.

RESSAM trained for one month, learning how to make shape
charges with C4 for different purposes such as entering buildings or
cutting metal pipes.

Training materials also included CORTEX detonation cord,
booby traps, techniques to penetrate metal and steel, hand grenades,
placing C4 explosives in series with detonation cord, and including
shrapnel in explosive devices.

RESSAM trained with Italian made anti-personnel and anti-tank
mines, mine emplacement and mine removal (both mines with pressure
plates and those with toggle sticks placed in tall grass with trip wire).
These mines were supplied by the Taliban.

RESSAM also learned how to place peroxide and acetone in light
bulbs by drilling tiny holes through the glass, inserting via syringe
the peroxide and acetone, then covering the hole with gum.

Trainees were taught tactics and terrorist applications of
placing explosives on the following targets:

-near gas tanks on vehicles such as buses;
-identification of the mostly aluminum and plastic
structure of aircraft and location of their gas tanks;
-blowing up railroad tracks;
-examining schematic diagrams of turbines at electric
generating stations and gas facilities for the best     placement of
an explosive device;
-buildings where statistics or records are stored;
-vulnerable areas on warships and tanks;

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████        AHMED RESSAM                    05/29/2001        11

          -using pagers to send an electric pulse to initiate
detonation of a device, then call the pager to initiate;
          -use of magnetic attachment of a bomb to a target's frame
          or gas tank.

          RESSAM was taught to camouflage the device so that it is not
discovered before the desired time of detonation.

**Tactics at Khalden:**

          RESSAM next learned military operations in urban terrain also
called city fighting. This was taught by ██████ the Palestinian. The
group broke down to 15 man teams and they practiced operations in city
fighting.

          The trainer would go with them and correct and critique their
actions. Students learned rappelling and the use of light weapons to
enter and clear buildings.

          Also trained was the use of heavy weapons against the cities.
This included a "fire and forget" style weapon that RESSAM referred
to as an "IBM". This weapon would be aimed first, then fired without
any ability to correct. RESSAM described a device similar to a Multiple
Launch Rocket System (MLRS) wherein missiles in a box fire in sequence
out of the housing unit towards the pre-aimed target.

          Also taught in the tactics session were security issues such
as passwords, codewords and that the use of religious terminology should
be discouraged in case of wiretaps.

          Students were discouraged from attending or going to mosques
in case they would be surveilled entering by authorities. Similarly,
trainees were told not to be involved in Islamic parties, politics nor
should they frequent Islamic centers.

          RESSAM was trained how to plan an operation in terms of
reconnaissance of the target, filming the target, identifying
surveillance and security personnel such as those at embassies, airports,
and military bases. RESSAM was instructed that using non-Arab looking
individuals dressed in business attire is an important aspect when
conducting surveillances against targets such as embassies.

          The operations were taught by theory and by discussing
examples of past operations that were either successful or ended in
failure, and why those operations succeeded or failed.

          Examples given at the camp were the assassination of former
Egyptian President ██████████ and the foiled assassination attempt

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

         AHMED RESSAM                          05/29/2001        12

         of Egyptian President ███████████; and the PLO kidnaping
of Israeli athletes at the Olympics.

         RESSAM stated that the attempted assassination of President
████████ failed because of a well-known systemic malfunction of the
AK-47.

         Another example of a successful operation was the bombing
of the United States Marine barracks in Beirut, Lebanon.

         RESSAM and the other trainees were instructed in how to
evaluate media reporting to analyze the effectiveness of their terrorist
attacks such as in the attempted assassination of the Syrian President,
wherein the President wasn't killed and the plot failed.

         In assassination operations, two cells will be activated to
complete the mission, but each cell will operate independently and
unaware of the other cell. This will prevent the disclosure of the other
cell should one cell be compromised and interrogated by authorities.

         Within the cell, only those members actually involved and
having a need to know will be briefed on the operation. Their information
will be limited to what they need to know to accomplish their portion
of the operation.

**Suicide Missions:**

         ███████████████, affiliated with the EIJ (Egyptian Islamic
Jihad), strongly encouraged suicide missions to the young men at the
Khalden camp, citing Islamic references.

**Weekly Meetings of RESSAM's Cell:**

         ██████████, who was killed by the Taliban in September, 1999,
was involved in the formation of RESSAM's cell at Khalden. Based on
RESSAM's explanation, it appears that the formation of the cell appears
to be partly dependent upon the timing of different trainees as they
arrive for their sessions in Afghanistan.

         On Fridays, during the day for resting, the cells get together
and would speak of problems in Algeria, how to make contacts in Algeria,
ways to build cells in Europe, various operations, and how to raise
money to support jihad.

**RESSAM'S Selection for Explosives Manufacturing:**

         After tactics training, RESSAM remained at Khalden until
ready to leave for explosives manufacturing training. Based on the
recommendations from RESSAM's peers and cell members, ██████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                    05/29/2001       13

prepared a letter for RESSAM to attend chemical and explosives manufacturing training and provided the financing for RESSAM's training.
█████████ did not provide the money out of his own pocket, but authorized the use of funds received from worldwide Muslim donations.

The money doesn't pay tuition, as such, but is given to the married men who run the camps. At Deronta Camp, █████████ is given the money for two purposes: one fund is to help with his family and a second fund to keep the camp maintained and equipped.

## KURDISH CAMP

RESSAM left Khalden in September, 1998 and went to ABOU ZOUBEIDA's guest house in Jalalabad. From there, RESSAM waited for the Kurds to take RESSAM to the Kurdish Camp to learn explosives manufacturing. Also in September, 1998, RESSAM knew that █████████ left for Kandahar to meet with USAMA BIN LADEN.

Upon arriving at the Kurdish Camp, RESSAM learned that the manufacturing course RESSAM wanted to take was not available due to a limited number of trainers. RESSAM spent two and one-half weeks (2½) at the Kurdish Camp training with pistols.

At the Kurdish Camp, RESSAM learned that the emir of the Kurds was in Turkey, and met the following individuals:

█████████ - in charge of the Kurdish Camp.
 - Not the █████████ in London; no further information.
DAOUD - no further information.
 - no further information.

Across a stream from the Kurdish Camp was a Libyan Camp that was still in the process of being established by █████████.

## DERONTA CAMP

At the end of September or the beginning of October, 1998, RESSAM returned to ABOU ZOUBEIDA's guest house in Jalalabad. █████████s people from Deronta Camp came to Jalalabad to take RESSAM to Deronta Camp.

RESSAM explained that RESSAM's letter from ABOU ZOUBEIDA authorizing him to take explosives manufacturing was still valid, as the Kurds could not tr*ain him at their camp.

**Deronta Staff:**

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                           05/29/2001        14

The staff at Deronta included ███████████████ ;
(NFI); and ████████████, another Algerian, <u>NOT</u> the same ███████ as
the son of ████████████.

RESSAM met another student, ████████████, who trained under
██████████.

## Deronta Studies:

RESSAM's instruction lasted 40 days.  RESSAM learned
electronics and security issues, studied  gunpowder, and made more
lightbulb bombs such as the acetone/peroxide devices he first learned
at Khalden and chemicals.

## Chemicals/explosives (igniters/encouragers):

RESSAM's chemical training included "igniting" chemicals,
described by RESSAM as lead nitrate, silver nitrate, and mercury nitrate.
RESSAM then listed what he described as "encouraging" chemicals:
peroxide/acetone, hexamine, peroxides, RDX, "titrai", and "cabritic".

## Alcohol compounds:

RESSAM also studied the following alcohol compounds: nitric
glycol, nitroglycerine, nitrobenzene, nitro starch, satolite,
hedrazine.

## Explosives:

RESSAM also experimented with TNT, urea, aluminum powder,
aluminum sulphate, and ammonium nitrate. RESSAM stated at this point
in the interview that he was unable to find ammonium nitrate at the
fertilizer stores in Canada.

## Formula:

RESSAM provided the following equation for the mixture he
would best have wanted to make:

(46g urea + 4g Al) + (46g nitrated ammonium + 4g Al)

RESSAM further stated that the aluminum powder would have
been concentrated with peroxide, but at present, RESSAM does not
remember the formula for that process.

## Toxins/chem/bio:

At Deronta, RESSAM also studied poison such as cyanide and
conducted numerous experiments with it in gaseous and liquid form;
either gassing dogs or injecting dogs with cyanide.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████        AHMED RESSAM                     05/29/2001    .    15

          RESSAM was unfamiliar with anthrax.

**Secret inks:**

          RESSAM also studied secret, invisible inks "in theory". These
inks require the application of chemicals or heat to uncover the
invisible writing. These inks are used now inside of books that are
mailed back and forth among many members of "Jama'al".

**Letter from ██████ to RESSAM at Deronta:**

          Towards the end of RESSAM's training at Deronta, RESSAM
received a letter from ████████████ informing RESSAM that ████ and
████ were getting ready to leave Afhganistan.

          In the letter, ████ requested RESSAM to be part of the cell
and to visit ████ and ████ prior to their departure from Afghanistan.
However, ABOU ZOUBEIDA did not allow RESSAM to leave Deronta for such
a visit.

## RESSAM'S CELL MEETING IN JALALABAD - DECEMBER, 1998

          After his training in Deronta Camp, RESSAM returned to ABOU
ZOUBEIDA's guest house in Jalalabad. ██████████ rented a house in
Jalalabad and brought together ██████████, RESSAM, and ██████.

          RESSAM (with ██████ and ██████████) discussed the sequencing
of the cell members' travel into Canada. The cell would arrive in three
"waves". The first wave would be the arrival of ████ and ████. The
second wave would be ██████████, ██████ and AHMED RESSAM. ██████
would come some time later as the third wave.

          The plan was that upon arriving in Canada, the cell would
set up a safehouse, then embark on a series of operations such as armed
bank robberies to finance their terrorist attack, similar to how the
ROUBAIX GANG operated in Paris, France.

          Also discussed at this meeting was the type of terrorist
attack to be carried out within the United States.  They discussed
targets such as an unnamed airport, unnamed military base, unnamed
government building, and the Israeli Embassy as opposed to Israeli
consulates.

          ██████, RESSAM, an ██████████ decided the attack should take
place inside the United States. The plan was not limited at this time
by geographical locations such as the west or east coast, the Midwestern,
southwestern or southern region of the United States. The attack should,
however, coincide with the new millennium.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                           05/29/2001        16

     RESSAM, ██████, and ██████ agreed that the members of the
cell must always remain in contact with one another, and that upon
successful completion of the terrorist attack, they would all head to
Algeria and regroup.

     RESSAM is certain that ██████ in London, England was aware
of the issues discussed at this meeting. RESSAM stated that ██████,
██████, and ██████ are "interwoven". ██████ knows how cells
operate and ██████ would share the details with ██████.

     RESSAM explained to ██████ that RESSAM planned a terrorist
attack in the United States. It was not ██████'s place to approve
or disapprove of the operation. RESSAM explained that cells operate
independently. ██████ is a facilitator.

     RESSAM further explained that ██████'s role is to facilitate
the needs of cells in terms of training and coordinating their safe
movement across borders and in safehouses.

**TUNISIAN CELL**

     RESSAM stated that the membership of the Tunisian cell (some
names of the members were previously reported) is very numerous and
should not be underestimated.

**NEXT POSSIBLE TERRORIST ATTACK**

     RESSAM believes the next terrorist attack will most likely
occur in either Spain or France, targeting either American or Israeli
embassies. RESSAM believes these are viable, credible targets in these
particular countries because of the proximity of the Algerian, Tunisian
and Moroccan cells, and because of their numbers.

**ABOU ZOUBEIDA'S THREAT TO LEAD A TERRORIST ATTACK ON U.S. SOIL**

     In December, 1998, ABOU ZOUBEIDA informed RESSAM that ABOU
ZOUBEIDA wanted RESSAM to acquire fraudulently obtained genuine
Canadian passports (passports similar to RESSAM's Canadian passport
in the name of BENNI ANTOINE NORIS) for the following individuals:

     **ABOU ZOUBEIDA**

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of .

On
, Page

████████████

AHMED RESSAM .                              05/29/2001        17

ABOU ZOUBEIDA informed RESSAM that ABOU ZOUBEIDA wanted to bring this team to the United States and commit a terrorist attack ("operation"), possibly several bombings in several cities.

ABOU ZOUBEIDA explained to RESSAM that "it is good to do this type of operation, even if it takes a year or more - as long as it is successful."

The goal for this attack would be to influence the American government to release ████████████████, the BLIND SHEIKH.

RESSAM did not tell ABOU ZOUBEIDA that RESSAM's cell was planning an operation in the United States.

████████████████ - MONTRÉAL, CANADA

Toward the end of the interview, RESSAM stated RESSAM met an individual named ████████████, a.k.a. ████████████, while in Afghanistan.

RESSAM stated that this individual is approximately 30 years of age and attends the University of Montréal. RESSAM believes that ████████████, a.k.a. ████████████, is a name that will be recognized by the ████████████████ (████).

KNOWN TERRORISTS FROM KHALDEN CAMP PRESENT IN THE UNITED STATES

RESSAM, to his knowledge, is unaware of the presence in the United States of any trainees from Afghanistan training camps, including Siddiq, Farouq, Khalden or Deronta, except for ████████.

████████ was identified previously as a Saudi who attended Siddiq and was en route to the United States to visit his UNIDENTIFIED brother who attend an UNIDENTIFIED American university.

Ressam.008

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

## Ressam 302 6/12/2001

SECRET/NOFORN

06/15/01

        AHMED RESSAM (RESSAM) was interviewed at the Federal
Detention Center in Seatac, Washington.  Also present during the
interview were Assistant United States Attorney (AUSA) ████████
█████████, Assistant Federal Public Defender █████████, and Arabic
translator █████████.  The interview was conducted in the Arabic
language with █████████ serving as translator.  After being advised
of the identity of all individuals present at the interview, and
advised of the purpose of the interview, RESSAM provided the following
information:

        RESSAM was shown a photo book which consisted of a black
binder with no writing on the outside.  RESSAM was asked to look
at each photograph and to identify any of photographs he recognized.
Futhermore, he was insturcted to provide all information relating
to that person.  No propmting or suggestions were made prior to RESSAM
reviewing each photograph.

        RESSAM advised that he recognized the individual in
photograph #1.  However, RESSAM was unsure of photograph #1's name.
(Photograph #1 is known to investigators as ████████████
█████████, aka,
████████, aka, ████████).  RESSAM further advised that the individual
in photograph #1 was known by the camp name █████ and he is the cousin
of someone that RESSAM trained with at the KHALDEN camp in Afghanistan.
█████ visited the KHALDEN camp while RESSAM was undergoing training.
RESSAM did not speak with █████ but he did see him (█████) in the
kitchen area and at the Mosque inside the camp.  RESSAM speculated
that █████ was a member of USAMA BIN LADEN's (UBL) organization.
RESSAM heard other trainees at KHALDEN talking about █████ as someone
who was with UBL.  When █████ arrived at the Khalden camp, he was
with an individual named █████.  RESSAM believed █████ was also a
member of UBL's organization for the same reasons he thought █████
was a member.

        RESSAM described █████ as approximately 36 years old,
possibly from the Arabian Peninsula, dark-skinned, with a slight
build.  Additionally, █████ did not have any visible scars or missing
limbs.  RESSAM was not certain if photograph #1 was █████, the
individual he remembered from the KHALDEN camp.

        RESSAM did not recognize the individual in photograph #2.

        06/12/2001      Seattle, Washington

████████████████
SA ███████████████  (FBI-NY), SA ███████████  (FBI-NY)
SA ███████████  (FBI-Seattle)

Ahmed Ressam                          06/12/2001          2
(Photograph #2 is known to investigators as █████████
█████████, aka, ████████).

RESSAM recognized the individual in photograph #3, however,
did not know his name.  RESSAM indicated that the person depicted
in photograph #3 was the brother of a mujahadin named ████████ (ph).
████████ was the brother of a UBL organization member who lost part
of one leg fighting Jihad in Afghanistan.  Photograph #3 was also
from the Arabian Peninsula, specifically, Saudi Arabia.  The
individual in photograph #3 had no distinguishing features, scars
or marks.  RESSAM added that the individual in photograph #3 trained
in both the █████ and █████ camp ,and is a member of UBL's
organization.

(Photograph #4 was intentionally blank)

RESSAM did not recognize the individual in photograph #5.
(Photograph #5 is known to investigators as ████████████
████████████).

RESSAM did not recognize the individual in photograph #6.
(Photograph #6 is known to investigators as ████████████
████████████).

RESSAM did not recognize the individual in photograph #7.
(Photograph #7 is known to investigators as ████████████
█████████).

RESSAM did not recognize the individual in photograph #8
(Photograph #8 is known to investigators as ████████████
████).

(Photograph #9 was intentionally blank)

RESSAM did not recognize the individual in photograph #10.
(Photograph #10 is known to investigators as ████████████
████████████).

RESSAM did not recognize the individual in photograph #11.
(Photograph #11 is known to investigators as ████████████
████████████).

(Photograph #12 was intentionally blank)

(Photograph #13 was intentionally blank)

RESSAM did not recognize the individual in photograph #14.
(Photograph #14 is known to investigators as ████████████

████████████████████████████████████████████
████████████████████████████████████████ ).

RESSAM did not recognize the individual in photograph #15. (Photograph #15 is known to investigators as ███████████ ████████████████████████████████████████ ).

(Photograph #16 was intentionally blank)

RESSAM did not recognize the individual in photograph #17. (Photograph #17 is known to investigators as ███████████ ████████████████████████████████████████ ).

(Photograph #18 was intentionally blank)

RESSAM did not recognize the individual in photograph #19. (Photograph #19 is known to investigators as ███████████ ████████████████████████████████████████ ).

RESSAM did not recognize the individual in photograph #20. (Photograph #20 is known to investigators as ███████████ ████████████████████████████████████████ ).

(Photograph #21 was intentionally blank)
RESSAM did not recognize the individual in photograph #22. (Photograph #22 is known to investigators as ███████████ ████████████████████████████████████████ ).

RESSAM did not recognize the individual in photograph #23. (Photograph #23 is known to investigators as ███████████ ███████ ).

(Photograph #24 was intentionally blank)

(Photograph #25 was intentionally blank)

(Photograph #26 was intentionally blank)

Ahmed Ressam                                    06/12/2001              4

RESSAM indicated the individual in photograph #27 was a
person named ▮▮▮▮▮▮▮. RESSAM met ▮▮▮▮▮▮▮ at ABU ZUBAIDA's
guest house in Peshawar, Pakistan. ▮▮▮▮, who had completed training
at SIDDIQ and FARUQ camps, was planning to go to London, United Kingdom
for unknown reasons. RESSAM resided at the guest house with ▮▮▮▮
for approximately one to two weeks. During this time, ▮▮▮ advised
RESSAM that he had finished training in March of 1998 and was going
to London.

RESSAM talked with ▮▮▮ about different Arab countries
and their regimes. They also talked about "operations" and why
they failed. RESSAM talked with ▮▮▮ about a failed hijacking of
a French airliner in Algeria to illustrate his point. RESSAM indicated
that they discussed "operations" only in general terms. ▮▮▮ did
not provide any specific information why he was returning to London.
RESSAM did not know if ▮▮▮ came from London before training or
not. RESSAM speculated that ▮▮▮'s training specialized in the
use of "pistols"

RESSAM never specified to ▮▮▮ what he (RESSAM) was
planning to do following the completion of training. RESSAM did
not know what he was planning to do at that time. RESSAM thought
he might go back to Algeria and fight Jihad.

(Photograph #28 was intentionally blank)
RESSAM did not recognize the individual in photograph #29.
(Photograph #29 is known to investigators ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

RESSAM did not recognize the individual in photograph #30.
(Photograph #30 is known to investigators as ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

RESSAM did not recognize the individual in photograph #31.
(Photograph #31 is known to investigators as ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮).

RESSAM did not recognize the individual in photograph #32.
(Photograph #32 is known to investigators as ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮).

RESSAM did not recognize the individual in photograph #33.
(Photograph #33 is known to investigators as ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

(Photograph #34 was intentionally blank)

RESSAM did not recognize the individual in photograph #35.
(Photograph #35 is known to investigators as ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮).

RESSAM did not recognize the individual in photograph #36. (Photograph #36 is known to investigators ███████████████ ███████).

RESSAM had numerous conversations with ABU ZUBAIDA throughout 1999. They discussed several "operations", including the bombings of the U. S. embassies in East Africa. ABU ZUBAIDA had newspaper articles collected about the bombings. ABU ZUBAIDA told RESSAM that he supported the idea of conducting operations in the United States (US) or against U.S. targets.

ABU ZUBAIDA and RESSAM only spoke in "general" terms about the his (RESSAM's) operation in the U. S. ABU ZUBAIDA advised RESSAM to plan an operation slowly and take it step by step. In 1999, when RESSAM finished training in Afghanistan, he considered the US his enemy.

ABU ZUBAIDA used a cordless telephone to communicate. The telephone he used was activated by using a card, similar to a credit card. RESSAM indicated that ABU ZUBAIDA's telephone was coded and worked only while he was in Pakistan.

RESSAM was unaware if ABU ZUBAIDA used a computer to communicate with other mujahadin. RESSAM never saw a computer while he resided at ABU ZUBAIDA's Peshawar guesthouse.

RESSAM commented that a "Fatwa" was an order of a directive. He did not believe that just any Muslim can understand and interpret the Quran. So, it requires someone knowledgeable to interpret the Quran and put it into words that all can understand. RESSAM added that UBL was someone with enough knowledge to interpret the Quran and issue Fatwas. Also, ████████████████ s son, ████████████, who taught religion at the camps, was also knowledgeable enough to interpret the Quran and issue Fatwas.

RESSAM did not pledge "bayat" (loyalty or allegiance) to UBL or ABU ZUBAIDA. RESSAM did pledge "bayat" to the Algerian group he trained with.

Regarding the attack on the USS Cole, RESSAM had no specific information to proffer. However, RESSAM knew that the Yemeni group who were training at the Khalden camp were very excited about returning to Yemen for an operation. The Yemeni's at Khalden were not specific about what the target of their operation was. The Yemeni cell was still in training in Afghanistan when RESSAM departed. RESSAM knew some of the individuals in the Yemeni cell as ████████, ███████, ████████ and ████████. All the individuals in training use aliases, so, RESSAM was unaware of any other names the Yemeni's used.

Regarding ABU ZUBAIDA's knowledge of the USS Cole attack, RESSAM did not think ABU ZUBAIDA had specific knowledge. ABU ZUBAIDA

Ahmed Ressam                                   06/12/2001               6

knew there would be an operation in Yemen using explosives;
however, he (ABU ZUBAIDA) did not know the target or the date of
the attack.

RESSAM advised that ABU ZUBAIDA was responsible for the
training of the cell in Jordan. The Jordanian cell plotted an
operation in Jordan during the 2000 New Year's celebration. RESSAM
advised that ABU ZUBAIDA might have had some input into how the
operation in Jordan would be carried out and what target(s) might
be selected. RESSAM did not think that ABU ZUBAIDA had any specific
knowledge of other operations.

According to RESSAM, there are four options individuals
have when training is completed. First, remain in Afghanistan and
fight Jihad against opposition forces. Second, travel to Chechnya
and wage Jihad. Third, return to their home country to wage Jihad.
And, fourth, travel to a "high profile" country, like the U.S. or
the U.K. to plan an operation.

SECRET/NOFORN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAYN HUSAYN, <br><br> Petitioner, <br><br> v. <br><br> ROBERT GATES, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 08-1360 (RWR) |

# Ressam 302 6/13/2001

SECRET/NOFORN

06/17/01

        AHMED RESSAM (RESSAM) was interviewed at the Federal
Detention Center in Seatac, Washington.  Also present during the
interview were Assistant United States Attorney (AUSA) ██████
████████, Assistant Federal Public Defender ████████████, and
Arabic translator ████████████.  The interview was conducted in
the Arabic language with ████████████ serving as a translator.
After being advised of the identity of all the individuals
present at the interview, and advised of the purpose of the
interview, RESSAM provided the following information:

        RESSAM was shown an investigative photo book and asked
to identify any photographs he recognized, and provide all
information relating to that person:

        RESSAM recognized two of the photographs, numbers #64
and #69.  Number #64 he identified as USAMA BIN LADEN (UBL), and
photograph number #69 as ABU ZUBAIDA.  RESSAM indicated the last
time he saw ABU ZUBAIDA he was clean-shaven.  ABU ZUBAIDA usually
has a full beard or a goatee.

        ABU ZUBAIDA was a well built and styled his hair pushed
back away from his face.  Sometimes ABU ZUBAIDA styled his hair
longer "like Jamacian".  ABU ZUBAIDA always wore glasses.

        RESSAM last saw ABU ZUBAIDA on April 7, 1999 after
completing his training.  RESSAM last spoke with ABU ZUIBAIDA via
telephone from Canada during the summer of 1999.  During
telephone conversations with ABU ZUBAIDA, RESSAM referred to
himself as ████ ; his operational name.  RESSAM referred to ABU
ZUBAIDA as TAREK.  RESSAM never referred to ABU ZUBAIDA as
anything but TAREK.  RESSAM called ABU ZUBAIDA to see how he was
doing and to see if he needed anything.  RESSAM did not discuss
his own operation with ABU ZUBAIDA over the phone.  RESSAM felt
obligated to see how ABU ZUBAIDA was doing since he lived at his
guest house in Peshawar.

        During telephone conversations with ABU ZUBAIDA, RESSAM
used code words to refer to certain items.  For example,
passports were referred to as "books" or "precious things".  An
explosive devise was referred to as dessert or a sweet.  RESSAM
said the phrase, "Are you making cookies?" was a coded reference

        06/13/2001     Seattle, Washington



SA ████████████ █:█ (FBI NY), SA ████████████ (FBI NY)
SA ████████████                (FBI Seattle)

e.   RESSAM said "shoes" referred to            2
someone going to Afghanistan for Jihad.  RESSAM provided the
following examples of coded phrases which referred to training:
"... do you want to play football?"... "do you have your shoes
ready?... "... let the prisoners be released..."

Using codewords and coded phrases was taught at Khalden
camp.  For example, mujahadin who were in trouble or arrested
were referred to as "sick" or as being "in the hospital."  Money
was referred to as "Kabia" which is a North African dish.  RESSAM
did not recall code words or coded phrases for operations
targeting the US or France.  However, RESSAM advised that going
to fight Jihad in Algeria was referred to as "playing with
balloons."  Afghanistan was sometimes referred to as Canada,
instead.

Other code words were female names which might be
included in letters.  For example, a letter might be addressed to
a female but the actual letter would be written using true
operational names.  The female names used for the address was
pre-determined by the individual writing the letter.  If there
was an operational reason to use code names inside the letter,
the code names were determined in advance before the letter was
written.

RESSAM advised that so far as he knew there were no
religious or prohibitions to use a women in an operation.  RESSAM
added that he did not plan to use a woman for his own operation.
According to RESSAM, women are good to use for an operation,
since security forces and intelligence agencies tend not to look
at women suspiciously.

Discussing operations inside a mosque or using
religious phrases to communicate the plans of an operation were
discouraged. These kind of tactics were considered unholy.

During his training in Afghanistan, RESSAM had no
instruction on how to handle an interrogation.  Trainees were
instructed on how to avoid being appeased or intimidated by the
enemy into divulging operational details, targets and cell
members names.

RESSAM indicated there are many safehouses/guesthouses
for mujahadin fighters in Afghanistan and Pakistan.  RESSAM was
unaware of the specific locations of these guesthouses, including
ABU ZUBAIDA'S.

RESSAM advised that                     (ph) manages ABU
ZUBAIDA's guesthouse in Peshawar, Pakistan.  At ABU ZUBAIDA's
direction,            obtained false travel documents or altered
travel documents.  RESSAM did not know the identities of the
individual(s) who actually altered the documents.
altered documents which made it look as if one had been in

████████████████████████████████, and in some cases, ██████████it look ███
like one had been a student in Pakistan.

RESSAM advised there was an individual, ████████████
(███████), in Peshawar, Pakistan who was the liaison between ABU
ZUBAIDA and the Pakistani Intelligence Service.  RESSAM was
unaware of which Pakistani intelligence service ██████ liaised
with, but ████████ did pay bribes for ABU ZUBAIDA to help gain the
release of any "brothers" who were in jail or otherwise in
trouble.

RESSAM was not aware if any of the Algerian groups had
penetrated the Algerian Intelligence Services.