SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Ressam 302 8/3/2001

SECRET/NOFORN

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

08/06/2001

On 08/03/2001, AHMED RESSAM was interviewed at the Seatac Federal Detention Center. Present for the morning portion of the interview were Special Agents ███████ and ██████ II of the Seattle Division, Assistant Federal Public Defender ██████, and Arabic translator ██████████. During the afternoon session, Assistant Federal Public Defender ██████ and Defense Investigator ██████████ were present. ██████ was not present in the afternoon. Both sessions were conducted in Arabic.

AHMED RESSAM provided the following information:

██████████:

██████████ (henceforth referred to as ████) was approximately 25 years old in 1999 and resided with ████ (henceforth referred to as ████). ████ was possibly studying a mathematics related curriculum at the University of Montréal during April, 1999. ████ subsequently moved to another apartment (off-campus) with another university student. ████ is the brother of ██████████.

RESSAM stated he did not know the last name of these two brothers; only their first names and that they were Moroccan (hence "██████████").

RESSAM asked ████ to look for nitric acid at the laboratory at the university. In particular, RESSAM asked ████ to identify the location of the nitric acid and to describe the "path" and directions to get to it. RESSAM would then later try to obtain it.

████ told RESSAM that ████ would go to McGill University and if he could find the nitric acid, ████ would bring it to RESSAM. ████ and another student went to look for the nitric acid at McGill University and discovered that it was very difficult to gain access to the nitric acid. ████ advised RESSAM that the nitric acid was very difficult to access.

████ had a "good enough knowledge" as to why RESSAM wanted the nitric acid. ████ also knew that RESSAM had been to the terrorist

08/03/2001        Seattle, WA

08/05/2001

SA ██████████
SA ██████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              08/03/2001          2

    training camp in Afghanistan. ███ had an understanding of
explosives and chemicals.

    Based on the level of difficulty in accessing the nitric acid,
RESSAM never attempted to enter the university to steal it.

    ███ next looked on the internet to try and find aluminum
powder and nitric acid on behalf of RESSAM. ███ and RESSAM were trying
to locate a business that sold either substance, with negative results.

███████████████████:

    RESSAM met ███████████ (henceforth referred to
as ███████) through ████ (a.k.a. ██████) while at the Malicorne
address. ██████ is the brother of ███████ and different
from another associate of RESSAM whose name is ████████
(████████ the Algerian).

    RESSAM did not tell ████████ about the target of RESSAM's
operation or anything else about his operation, but RESSAM did ask
████████ to store the hexamine and glycol that RESSAM brought from
Afghanistan at ████████'s residence. RESSAM felt that ████████'s
apartment was a more stable place than that of ████████.

    RESSAM placed the items in a shaving kit bag and told
████████ to keep the shaving kit bag in an area where there would
be little moisture. ████████ was not told what was inside, nor did
████████ ask RESSAM what was in the shaving kit bag. ████████ also
knew that RESSAM had been to a terrorist training camp in Afghanistan.

    ████████ was living at a residence (unknown if apartment
or house) near the metro station of Angrinon (phonetic). ████████
was still living at the Malicorne address at this point in time, and
didn't move to the Sherbrooke apartment until May, 1999.

    RESSAM entrusted his hexamine and glycol to ████████ at
the same time RESSAM was enlisting the aid of ████████'s brother (████)
to find nitric acid and aluminum powder at McGill University and on
the internet.
    Around the fourth month of the year (April), ████████
traveled to Alberta, Canada to work in a farming community. However,
████████ travels back to Montréal periodically.

    RESSAM sent word through ████████ and ████ (whichever
would see ████████ first) that RESSAM wanted to retrieve his shaving
kit with the hexamine and glycol. RESSAM retrieved his shaving kit
at the end of summer, 1999.

    ████████ is married to a French-Canadian woman and has two
children. In 1999, ████████'s son was approximately one year of age

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

AHMED RESSAM                                      08/03/2001          3

and ████████'s daughter was three. ████████ was
approximately 30 years of age.

## ███████ and ASSASSINATIONS of ALGERIAN OFFICIALS:

AHMED RESSAM met ████████ (henceforth referred to as ███)
through ████. RESSAM learned through ████ that ████'s father is
a high-ranking security official, possibly working as the security chief,
at HAOUARI BOUMEDIENNE INTERNATIONAL AIRPORT in Algiers, Algeria.

RESSAM knew through ████ that ████ had an identification
card that allowed ████ to proceed through security, customs, and
immigration inspectors upon arrival at BOUMEDIENNE INTERNATIONAL
AIRPORT in Algiers.

RESSAM instructed ████ to determine if ████ would assist
RESSAM in RESSAM's efforts to enter Algeria, as RESSAM had decided by
this point that he ultimately wanted to return to Algeria after his
terrorist attack in the United States.

RESSAM wanted ████ to meet RESSAM in Algiers and assist
RESSAM in passing through security and inspection upon arrival in
Algiers. RESSAM wanted ████ to use ████'s connections through ████'s
father to pass easily through the airport.

In summer, 1999, ████ initially approached ████ relative
to aiding RESSAM. ████ informed ████ that ████ would help RESSAM
only if RESSAM was visiting RESSAM's family, and that ████ would not
assist RESSAM as part of any jihad related act.

However, by the end of October, 1999, ████ stated that he
would help RESSAM pass through the airport. ████ changed his mind
because ████ had read a book by ████████. The book influenced
████ to change his mind and want to join jihad and assist RESSAM to
join the Jama'ah in Algeria.

In 1999, ████ was approximately 25-27 years of age, living
with ████ near St. Léonard in Montréal. ████ was looking for adventure
and wanted to fight in Chechnya. RESSAM indicated that ████ was not
yet fully developed either as a jihad warrior or a source for information.

RESSAM intended to groom ████ for intelligence purposes.
████'s family was connected to important government officials in
Algeria. RESSAM intended to use ████ to gain information about the
officials and pass that intelligence to the Jama'ah to plan attacks
and assassinations on those upon whom ████ would report.

███████:

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                                  08/03/2001            4

███████████ expressed interest in joining jihad, but RESSAM
was extremely doubtful that ██████ would do it. ██████ was aware that
RESSAM had been to a terrorist training camp in Afghanistan.

**████████, ████████, and ████:**

███████ (henceforth referred to as ██████) and
████████ (henceforth referred to as ██████) are both
known to ████████ and ██.

████████ is known to both ZOUBEIDA and ████████ as
"███████".

████████ is known to both ZOUBEIDA and ████████ as "████
███████".

████████ asked RESSAM to find a laptop computer for ABOU
ZOUBEIDA in December, 1999. During this time, ████████ gave RESSAM
the telephone number 324-9186 for RESSAM to contact ████████. RESSAM
knew this not to be ████████'s own phone number, and assumed it was
that of a friend who would not be suspect and was used by ████████ as
a security measure.

RESSAM provided the names of members of the Tunisian cell
that RESSAM met in Peshawar and in Afghanistan. RESSAM understands
that the Tunisian cell members wanted ████████ for operations in Europe
and Tunisia. Most of these cell members had fought in Bosnia.

RESSAM remarked that ████████ is pleased with the current
Islamic religious climate in Tunisia; that things are now stirred-up,
and that before, things were "vegetating".

In regard to ████████, ████████ trained in an Afghani
terrorist camp before heading to fight in Bosnia. However, ████████
arrived too late in Bosnia to fight, so he headed for Chechnya.
████████ was not allowed to enter Chechnya.

In October/November, 1999, RESSAM learned from ████████ that
████████ had left for Chechnya for a second time and managed to make
it there. ████████ went with another Montréal resident, ████████.

**████████, ████████, ABOU ZOUBEIDA, AHMED RESSAM
LETTER, ████████, and the ████████ LETTER:**

Prior to ████'s departure from Afghanistan, RESSAM
instructed ████ to send RESSAM approximately $700 once ████ got to
Canada. RESSAM wanted the money to buy a plane ticket, not knowing
at the time that ████████ would give RESSAM $12,000.

RESSAM later learned in a telephone conversation with ████████
that ████ attempted to leave Karachi, Pakistan on Lufthansa in the

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████         AHMED RESSAM                        08/03/2001        5

        latter portion of 1998. However, Lufthansa officials became
suspicious of ██████ and removed him from the aircraft, refusing to refund
or honor the unused portion of the ticket.

        ██████ returned to ABOU ZOUBEIDA in Islamabad. (ZOUBEIDA moved
to Islamabad from Peshewar following the U.S. cruise missile attacks
in Afghanistan. ██████ was given a ticket from Pakistan to London
(possibly on British Airways, possibly out of Islamabad).

        ██████ sent word to ██████ (██████) to reimburse ABOU
ZOUBEIDA for ██████ 's ticket out of Pakistan. ██████ had no way to contact
ZOUBEIDA and RESSAM opines that ██████ became involved
as ██████ knew and had contact information for ZOUBEIDA. RESSAM
opines that ██████ sent the money for both RESSAM's and ██████ 's ticket
to ABOU ZOUBEIDA, but does not know that for fact.

        RESSAM pointed to this in the letter, stating this was the
reason ██████ advised ██████ to pay ██████ $1,500 (U.S.). RESSAM
states that RESSAM is the person listed as ██████████ in the letter.

        In this same paragraph of the ██████ LETTER, RESSAM identifies
██████████ as a possible alias of ██████ of
Vancouver, British Columbia.

        ██████████ , ██████████ , and ██████████ :

        ██████████ (henceforth referred to as ██████ ) is the
individual who made the French passport that RESSAM used to leave France
and enter Canada in February, 1994. ██████ brought the French passport
in the name of ██████████ to France and inserted RESSAM's photograph
to alter it.

        ██████ is a nickname, not a real name. RESSAM could not explain
the meaning of the nickname. ██████ is the cousin of ██████████ with
whom RESSAM met in Paris in 1994.

        ██████ has a "relationship" with the "brethren" in Europe.
RESSAM explained this relationship and brethren to mean that ██████
works with supporting jihad/terrorist groups in Europe. ██████ was
also a part of the ██████████ group in Montréal.

        Both ██████ and his cousin ██████████ were arrested and
incarcerated in Paris in either 1995 or 1996. The last time RESSAM
spoke with ██████ , ██████ was in Germany and informed RESSAM that ██████
██████ was in jail in Paris for a second time and ██████ advised RESSAM
to send mail to ██████ . RESSAM never did.

        RESSAM sent $800 once to ██████████ while ██████ was in
France and just released from prison. ██████ was considering returning
to Canada, but went to Germany instead.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████          AHMED RESSAM                    08/03/2001        6

                ███████      (henceforth referred to as   ██████ ) was from
RESSAM's hometown of  ███████ .   The two knew each other as children.

                RESSAM found  ███████  in Paris through  ██████ 's mother.
███████ was assisting jihad members in France with money and passports.

## CODES, BANK ACCOUNTS, and AL-QAEDA:

                ███████    often made up codes and sometimes RESSAM could
understand them.   ███████  also took a standardized, written code from
███████ prior to leaving Afghanistan in 1998.

                This was a different code than the one  ███████  and RESSAM
devised in Jalalabad prior to their departure.   This code was for
telephone numbers and an example was provided by RESSAM and will be
placed in a 1A envelope:

        Uncoded number:        325.    262.    9451
        Coding:                 -1      +2      +1
        Coded number:          324.    264.    9452

                ███████   and RESSAM also left with the bank account number for
███████ .   They both possessed the account information in order to
eventually make deposits in the account. The purpose was to send money
to that bank account and replenish funds for the training camps and
jihad.

                A percentage of money recovered during armed robberies would
be sent to these accounts.  RESSAM provided, as examples, the ROUBAIX
GANG in France and RESSAM's own planned robberies in Montréal.

                A portion would be sent to the bank account and money would
go to  ███████  and  ███████  in Afghanistan, and ultimately to the
training camps.

                This money supported families of Algerian trainers at the
camps, safehouses, operating costs at the camps for the Algerians,
medical treatment for those wounded at the camps, and travel matters.

                RESSAM explained that ABOU ZOUBEIDA's resources are separate
from  ███████  and USAMA BIN LADEN, and aren't as plentiful as those
of USAMA BIN LADEN.

                ZOUBEIDA runs a bigger network than  ███████  and ABU JAFAR,
and ABOU ZOUBEIDA's resources were focused on the two camps (Deronta
and Khalden).

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████
            AHMED RESSAM                              08/03/2001          7

        USAMA BIN LADEN's monies in AL-QAEDA cover the whole network,
including but not limited to UBL's camps, Egyptian Islamic Jihad, and
assisting families in need in Afghanistan.


**ABOU ZOUBEIDA's "ARTIST":**

        ABOU ZOUBEIDA employs a well-known Islamabad artist to do
the forgeries for visas and passport stamps for ABOU ZOUBEIDA. RESSAM
could not recall the name, but once knew it. RESSAM believes that the
"artist" title is a cover for this individual.


**NEW ALGERIAN CAMP:**

        As RESSAM was leaving Afghanistan, he learned of the inception
of a new Algerian camp near Jalalabad. It had no name other than "the
Algerian camp". It was being created to streamline the course material.
There was a feeling among the Algerians that too much time was lost
waiting for different sessions.

        The Algerians hoped to open their own camp that would be a
combination of Khalden and Deronta, thereby teaching all phases and
courses. The training would be more intense than at the other camps,
and the graduates would be sent to Europe. The goal was to produce
a graduate in 6-8 months, and have trainees that were more closely bonded
with one another.

        In a conversation with █████████ in the spring or summer, 1999,
RESSAM learned that the camp had begun operation.


**OATHS:**

        RESSAM had baya'at with the following individuals: ███████
████, ████████, ███ (a.k.a ████████), ██████████, and ██████████.
Once the cell was in place in Canada and operational, the cell members
would have made baya'at to ██████. ██████ was the chosen leader of the
group.

        RESSAM emphasized that this is an understood oath, not
formally taken such as raising one's hand and ceremoniously making an
oath.

        RESSAM had no feelings of baya'at to the following individuals:
██████████████████, ██████████████, ███████████, or ████████ (a.k.a.
█████████████, ████████████) .

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████     AHMED RESSAM                          08/03/2001          8

### ████████ and BOMB PLOTS IN CANADA:

RESSAM, ████████████ and ████████ D were driving near the intersection of Laurier and Parc streets in Montréal when ████████ suggested that this would be a good place for a bomb because of the number of Jewish people present. RESSAM described the Jewish people that ████████, RESSAM, and ████████ saw as those "Jews with the curly sideburns".

### ████████ and the PISTOL SILENCER:

████████ informed RESSAM that ████████ had practiced shooting inside ████████ apartment in Germany with a pistol equipped with a silencer, shooting at a block of wood to stop the bullets.

RESSAM wanted the silencer so that RESSAM, too, could target practice inside and for clandestine use of the pistol.

### ████████ in the UNITED KINGDOM and "THE WATCH":

During a telephone conversation between AHMED RESSAM and his London-based cell member ████████ in October, 1999, ████████ asked RESSAM "how's the watch". RESSAM realized that ████████ was asking about RESSAM's explosives.

RESSAM states that ████████ knew RESSAM was preparing explosives by using the word "watch". RESSAM believes ████████ deduced that RESSAM was making explosives because ████████ knew RESSAM was desperately trying to reach ████████ in Germany.

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, )<br><br>Petitioner, )<br><br>v. )<br><br>ROBERT GATES, )<br><br>Respondent. ) | Civil Action No. 08-1360 (RWR) |

# Ressam 302 8/6/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

08/06/2001

On 08/06/2001, AHMED RESSAM was interviewed at the Seatac Federal Detention Center (FDC). Present for the interview were Special Agents ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ from the Seattle Division of the Federal Bureau of Investigation. Also present were Assistant Federal Public Defender ▮▮▮▮▮▮ and Defense Investigator ▮▮▮▮▮. The interview was conducted in Arabic with the assistance of Arabic translator ▮▮▮▮▮▮▮.

RESSAM provided the following information:

### ABOU ZOUBEIDA and ▮▮▮▮▮▮:

ABOU ZOUBEIDA uses the name of other individuals on his bank accounts, such as ▮▮▮▮▮▮▮▮ who looks after one of ZOUBEIDA's homes and a Pakistani physician who regularly makes rounds.

RESSAM suspects that an unidentified Uzbek individual from Islamabad frequented the house and provided ZOUBEIDA with financial assistance.

RESSAM stated that ZOUBEIDA moved his residence from Peshawar to Islamabad for security reasons based on the U.S. missile strike in Afghanistan.

While still in Peshawar, RESSAM once noticed a green colored U.S. passport at ABOU ZOUBEIDA's house. RESSAM expressed his surprise at this during the interview because RESSAM believes all U.S. passports to be blue.

### FORMATION AND SEQUENCING OF RESSAM's CELL TO CANADA:

RESSAM indicated that he became aware of ▮▮▮▮▮ arrest in London prior to receiving the $12,000 U.S. from ▮▮▮▮▮. RESSAM explained that RESSAM was provided with the money because RESSAM was the only member of the cell with a genuine passport.

▮▮▮▮ was traveling on a forged Belgian passport and ▮▮▮'s identification was therefore "shaky", according to RESSAM.

▮▮▮▮ did go to Deronta Camp to train in explosives under the mentorship of ▮▮▮▮▮▮, but was only there a few days before being

08/06/2001      Seattle, WA

▮▮▮▮▮▮▮▮▮▮

08/06/2001

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                           08/06/2001        2
dismissed because of an unidentified illness.  In RESSAM's
view, ███ knew nothing about explosives and was only in the camp a
few days.

        RESSAM explained that ████, ███████ and ███ were
already at Khalden before RESSAM arrived at the camp.  The cells were
already formed and RESSAM was assigned to that cell.

        RESSAM, while at Khalden Camp, planned to come to Vancouver,
Canada and obtain two houses. RESSAM, while insisting that he did not
have a specific target in mind at this point, planned to locate in or
near Vancouver, British Columbia (B.C.).

        RESSAM, while still at Khalden Camp, knew that his target
and the cell's target would be in the United States.

        Upon arrival in Vancouver, and after conferring with
████████, RESSAM wanted to rent a house in Nanaimo on Vancouver Island.
RESSAM wanted a house out in the "jungle" so that it would be away
from the scrutiny of anyone.

        In particular, ████████ told RESSAM that "███" (known to
the FBI as possibly identical to ███████) had rented a house in
Nanaimo and that such a house would be desirable.  However, this never
came to pass.

        RESSAM stated that the presence of ██████████ in Vancouver,
B.C. played no role in his preference of the Vancouver area. In fact,
RESSAM wished to avoid a large pocket of "brethren", so that he would
be unnoticed by the local community.

        RESSAM acknowledges that his circumstances changed once in
Vancouver, and that he began associating with many Algerians.

        After ████'s arrest while trying to leave London's Heathrow
Airport, ████ (a.k.a ██████) wanted to wait until ██████ arrived from
Afghanistan before attempting to join Ressam in Canada.  ██████ was
late because he stayed for the forgery course, and didn't arrive in
London until the summer, 1999.

        ████ was also concerned because ████, like ████, also had
a forged Belgian passport.  At this point in the interview, RESSAM
advised that ████████ also had a Belgian passport but was not involved
in this aspect.

        According to RESSAM, ████ and ███ were more interested in
obtaining and using stolen European passports.

████████:

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████          AHMED RESSAM                    08/06/2001       3

████████ has an active role in the formation of cells, and
knows how they are formed, but does not have control over their formation
or operations.

████████:

████████ is described as brown-skinned, strong-build,
approximately the same height and age as RESSAM, but with more muscles.
████████ was a former boxer. ████████'s place of birth is Algiers,
Algeria and he spent time in Bosnia and Spain.

RESSAM believes ████████ traveled to Afghanistan from Great
Britain. RESSAM has no knowledge that ████████ ever traveled to North
America.

RESSAM was again shown two photographs of ████████ and
was unable to identify either photograph.

████████:

████████ is described as light-skinned (white), similar in
build to RESSAM, from Qaba'il in the Berber Province of Algeria. ███
is approximately the same age as RESSAM, thirty-four years of age.

RESSAM is unaware if ████████ ever traveled to North America.
████████ was late in leaving Afghanistan because ████████ opted to stay
in Jalalabad and take a course in forgery. This course was conducted
in town because of the need for electricity.

████████, a.k.a. ████████:

████████ is described as an Algerian from Algiers, white-skinned,
reddish/rosy complexion, yellowish hair, athletic and larger that
RESSAM. ████████ is approximately the same age as RESSAM.

RESSAM has no knowledge of ████████ ever traveling to North
America and last knew ████████ to be in Great Britain and using a French
passport.

**ABOU ZOUBEIDA's PLAN TO ENTER THE UNITED STATES WITH CANADIAN PASSPORTS**
**and ████████:**

On 05/29/2001, RESSAM provided information to the FBI that
ABOU ZOUBEIDA wanted RESSAM to provide ZOUBEIDA with genuine Canadian
passports for a team of individuals ZOUBEIDA wanted to send to the United
States to conduct terrorist attacks.

Those individuals were identified as ABOU ZOUBEIDA, ████████,
████████, ████████,
and ████████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

AHMED RESSAM                                    08/06/2001          4

During one of RESSAM's trips to Montréal after his return
to Canada in 1999, RESSAM approached ████████████████ to obtain the
genuine Canadian passports for this team.

RESSAM told █████████████ that RESSAM had need of some
real Canadian passports for "brethren" without identifying who those
individuals were to ████████████.

████████████████ had a connection inside the passport control
agency and could get these passports.  RESSAM said that once the
passports were "guaranteed", RESSAM would get the photographs from
ZOUBEIDA and the others and give the photographs to ████████████.
The passports would then be made with their photographs.

████████████████████ indicated he could get the passports and
would advise RESSAM when they were "guaranteed". ████████████ also
told RESSAM that the passports could be "doubled", meaning that two
people could be listed on one passport. RESSAM did not understand exactly
what this meant.

████████████ is the former chief of the Deronta Camp and is now
retired. ████████, who is very well-known, became incapacitated from
an intestinal disease and ████████████ took over the camp.

████████████████ is also from the Deronta Camp.

**TARGETING:**

RESSAM was asked whether ████████, ████████, ██████, █████, or
████████ had ever discussed or proposed the kinds of targets they
would like to strike, in addition to the cell's planned targeting of
an airport in the United States.

RESSAM only recalled that ██████ had talked about doing
terrorist attacks on Jews or against any French interests; ██████ had
talked of wanting to do a terrorist attack in Europe.

**USAMA BIN LADEN (UBL) SPONSORSHIP:**

RESSAM had asked ████████████ to inquire whether UBL would like
to receive credit for RESSAM's operation. RESSAM advised that he could
not do a terrorist attack and give credit to UBL without UBL's consent.

RESSAM also indicated that any announcement would be made
by ████████, not RESSAM. RESSAM left it to ████████████ to determine whether
UBL would like to receive credit for RESSAM's operation and left it
to ████████ to make the announcement. RESSAM was not waiting to hear
back from ████████████ before going ahead with his operation.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

AHMED RESSAM                                    08/06/2001            5

### RESSAM's ATTEMPTED ARMED ROBBERY IN MONTRÉAL, AUGUST, 1999:

RESSAM stated that in August, 1999, RESSAM alone attempted to rob a currency exchange business on Sherbrooke in Montréal.

RESSAM entered the building through the main door, wearing a baseball cap, a goatee, and sunglasses, and pulled out the loaded pistol provided to him by ████████████. RESSAM yelled out in English, "Nobody move!"

RESSAM had difficulty seeing inside the store because of the lighting and the sunglasses, and his hand was grabbed by someone inside the store.

RESSAM pushed away from the individual and escaped without firing a shot. RESSAM was attempting to raise funds for his terrorist operation by committing the robbery.

████████████   **AND THE BOMBING OF BOUMEDIENNE AIRPORT:**

████████████ had a direct role in supporting his cousin ████'s attack on the HAOUARI BOUMEDIENNE AIRPORT in Algiers. RESSAM understood this from ████████████ admissions and from those of other Algerians.

████████ :

████████, identified by RESSAM as ████████, was a friend of ████████. RESSAM learned that ████ was in Ireland from ████ in 1999.

████████ :

RESSAM saw ████████ in 1999 in Montréal at the Malicorne address. RESSAM met him by "accident" and was trying to avoid meeting ████. RESSAM was afraid to tell ████ anything because ████ would talk to other people.

████████ :

RESSAM met ████████ in approximately 1996 and saw ████ at the mosque in Montréal. Later, in 1999, RESSAM saw ████ while at ████████s du Parc apartment.

RESSAM advises that he did not really know ████ very well, never discussed the operation or explosives with ████, and does not know if ████'s brother ████████ ever talked about the operation or explosives with ████.

████████████ :

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

                AHMED RESSAM                          08/06/2001        6

        ████████ speaks English very well, speaks Qabili (Berber),
French, German, and Spanish. ████████ graduated high school, studied
accounting in Algeria, but had no college.

        RESSAM does not believe ████████ ever traveled to the United
States.

        ████████'s friends in Vancouver, B.C. were ████ (believed
by the FBI to be ████ ████) and ████████, a.k.a. ████████.

        ████████ had a fraudulently obtained Canadian passport,
similar to RESSAM's ████████ passport. ████████ obtained
his passport through an unidentified black individual from Africa
(believed by the FBI to be ████████).

        ████████ actually took RESSAM's fraudulent birth
certificate and other items to the unidentified black individual to
process RESSAM's passport application.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )      Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

# Ressam 302 9/12/2001

SECRET/NOFORN

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

09/12/2001

        On September 12, 2001, AHMED RESSAM was interviewed at the
Federal Detention Center located in Seatac, Washington. RESSAM was
advised of the identities of the interviewing agents and purpose of
the interview. Also present during the interview were Assistant Federal
Public Defender ▬▬▬ and translator ▬▬▬. The interview
was conducted in Arabic. RESSAM then provided the following information:

        Prior to the interview, RESSAM was briefed by his attorney,
Joanne Oliver, regarding the ramming attacks on the World Trade Center
in New York City and the Pentagon in Washington D.C. by hijacked
commercial jet aircraft.

        RESSAM stated that he did not have any prior knowledge of
the attacks on the World Trade Center and the Pentagon. RESSAM further
stated that he doesn't have any specific knowledge regarding the
attacks.

        Regarding prior statements made by RESSAM that airport
employees might be used in any attack on airports, RESSAM stated that
he has no knowledge that airport employees were used in the attacks
on the World Trade Center and Pentagon. RESSAM did reiterate that if
airport employees were used in an operation against an airport, they
could be expected to provide whatever support was needed for the cell,
even procuring weapons. RESSAM also added that if airport employees
were used in an operation, that fact would be a closely held secret
within the cell.

        Regarding any flight training that he was aware of or might
have received while at training camp, RESSAM stated that he was aware
of no flight training or aircraft systems training while at the camps
that he attended. While RESSAM was fairly certain that Abu Zubayda's
training camps did not have any type of flight training programs, RESSAM
could not say the same regarding Usama Bin Laden's training camps. RESSAM
explained that he has no knowledge regarding the relationship and
cooperation between Usama Bin Laden and the Taliban Government in
Afghanistan in regards to use of flight training programs.

        While RESSAM had no prior knowledge of the attacks on the
World Trade Center and the Pentagon, RESSAM stated that the attacks
could have been a coordinated operation by Abu Zubayda and Usama Bin
Laden. RESSAM emphasized that the individuals attending the training

        9/12/2001        Seatac, Washington

▬▬▬▬▬▬                                    9/12/2001

SA ▬▬▬▬▬▬▬
SA ▬▬▬▬▬▬

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████ Ahmed Ressam                    9/12/2001          2

camps are very dedicated and very technically trained
individuals capable of executing complicated operations. RESSAM then
added that many of the trainees at the camps are former military officers
with a high degree of technical knowledge.

RESSAM then denied knowing any brethren living in Canada that
have received flight training of any kind.

RESSAM also did not recall any courses having to do with
hijacking aircraft while attending training camps in Afghanistan.
RESSAM did say that his explosives training could be used against
aircraft but did not involve hijacking the aircraft; although, hijacking
could always be an option.

RESSAM then recalled a conversation with Abu Zubayda where
Zubayda expressed an idea regarding attacking the United States. This
conversation occurred while RESSAM was at training camp. According to
RESSAM, Abu Zubayda's idea involved using multiple cells operating
independently in the United States that could execute ten (10)
operations simultaneously or in sequence that would produce a big impact
on the United States. RESSAM reiterated that this was only an idea
expressed by Abu Zubayda and was not an actual plan to the best of
RESSAM's knowledge. When asked if Abu Zubayda had the necessary people
positioned in the United States to carry out such as a plan, RESSAM
answered that Abu Zubayda has many contacts in the United States. RESSAM
then denied knowing any of Abu Zubayda's contacts in the United States.

At the conclusion of the interview, RESSAM stated that he
did recall one individual that visited the Khalden Training Camp that
was an aircraft engineer. While RESSAM did not recall this individual's
name, RESSAM described him as an older male from Yemen that had become
religious. RESSAM then explained that the Yemeni was introduced to the
trainees by the camp's religious instructor, ████████████████.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Ressam 302 10/18/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription      10/18/2001

On 10/18/2001, AHMED RESSAM was interviewed at the Federal
Detention Center in Seatac, Washington. Present for the interview were
Special Agents ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮ from the
Seattle Division of the Federal Bureau of Investigation. Also present
were Assistant Federal Public Defender ▮▮▮▮▮▮▮▮▮, Defense
Investigator ▮▮▮▮▮▮▮▮▮, and Arabic translator ▮▮▮▮▮▮▮▮▮. The
interview was conducted in Arabic.

RESSAM provided the following information:

### FUEL TRUCK DELIVERY SYSTEMS FOR TERRORIST OPERATIONS:

RESSAM did not learn nor did he ever discuss using fuel tankers
as delivery systems for terrorist attacks while he was in Afghanistan
or Pakistan.

The only time RESSAM ever discussed such a plan was with ▮▮▮▮
▮▮▮▮▮▮ when ▮▮▮▮▮▮ suggested the idea to RESSAM of driving a fuel
tanker into a Jewish neighborhood of Montréal. ▮▮▮▮▮▮ recommended
the suburb of Outremont because there were a large number of Hasidic
Jews.

### ISRAELI TARGETS IN GENERAL:

While targeting synagogues and churches was not specifically
discussed or targeted, instruction was given in the camps to target
"anything valuable, such as infrastructures and Jewish organizations
and businesses that provide funds to or collect funds for Israel."

For example, RESSAM provided the example of a
non-governmental organization (NGO) that would fulfil this roll. RESSAM
could not remember the names of such NGOs provided at the camp, but
was instructed at the camps that one could find them on the Internet
or through printed publications.

Israeli and American interests are equally viable.

### SHOPPING MALLS:

10/18/2001      Seattle, Washington

10/18/2001

SA ▮▮▮▮▮▮▮▮▮▮▮
SA ▮▮▮▮▮▮▮▮▮▮▮

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    10/18/2001          2

       No specific mention was made of targeting shopping malls,
however, any site of economic value is a viable target.

## OIL SUPPLY DEPOTS IN THE UNITED STATES:

       Oil storage facilities within the United States are
recommended sites for terrorist operations. The emphasis was on
destroying supplies of oil already within the United States.

       Corporate headquarters for oil corporations are also viable
targets. RESSAM was asked whether that meant only companies such as
Exxon, Shell, and Texaco and replied that he meant all companies with
supply depots in the United States.

       RESSAM stated that these oil corporations all have a link
to Israeli interests but could not explain how.

## DAYS OF THE WEEK FOR ATTACKS:

       RESSAM did not learn to focus on particular days of the week
for a terrorist operation, nor to differentiate a weekday from a weekend
by western standards (work week meaning Monday through Friday and
weekend meaning Saturday and Sunday).

## PHOTOGRAPHS OF THE MOST WANTED TERRORISTS:

       RESSAM did not recognize any of the photographs from the
recently published Most Wanted Terrorist list except for USAMA BIN LADEN
and AYMAN AL-ZAWAHIRI, each of whom RESSAM has only seen in photographs,
never in person.



       RESSAM does not know ███████'s true name, family name, or
other aliases. As of this date, ███████ is between 30-33 years of
age, born in Algeria (unknown city), is single, and RESSAM can only
speculate that ███████ is a high school graduate.

       ███████ has resided in Algeria, Afghanistan, Great Britain,
and possibly uses a French passport. RESSAM opined ███████ has a French
passport because most Algerians in Afghanistan

had either French or Italian passports. RESSAM never saw ███████'s
passport.

       ███████'s associates in the United Kingdom are ███████,
███████, ███████, and ███████. In Germany,
       is associated with ████ and ████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████        AHMED RESSAM                    10/18/2001        3

Other associates of ████████ include ████████, ████████,
ABOU ZUBEYDA, ████████████████ at Khaldun Camp, and any of the other
people present at the camps and safehouses in Afghanistan and Pakistan.

████████ had no distinguishing characteristics that RESSAM
recalled. ████████ "looked normal".

**Biotoxins and Chemical Explosives:**

████████ was trained in biotoxins and chemical explosives
at Deronta, prior to RESSAM's attendance at Deronta and after RESSAM's
departure from Deronta.

████████ was initially trained at Deronta and then returned
to learn newer techniques of manufacturing chemical explosives and to
improve the base of knowledge he gained during his first attendance.

RESSAM was unaware of a specific mission for which ████████
was trained, nor did RESSAM know if any such mission would include the
use of biotoxins and chemicals. RESSAM did agree that ████████ had
a large "toolbox" from which to draw, metaphorically meaning that
████████ had lots of training from which he could plan an operation.

**United Kingdom and Germany:**

RESSAM is unsure whether ████████ returned to the UK, but
the UK or Germany were very likely.

While American and Israeli targets anywhere are viable
targets, RESSAM was doubtful that any terrorist operations perpetrated
by Islamic militants would occur on British soil. However, U.S.
embassies, consulates and military bases in Germany were discussed.

As well, the Algerian cells were interested in targeting
French interests in addition to U.S. and Israeli interests.

RESSAM had no knowledge whether ████████ returned to the UK,
but was confident that if ████████ did return to the UK, ████████ would
head to London and his associate ████████.

If ████████ headed for Germany, ████████ would likely seek
out SOUHIB. ████████ primarily communicates via telephone.

**ABU ZUBEYDA:**

RESSAM is unaware of any other names used by ABU ZUBEYDA other
than ████████. RESSAM has never seen ABU ZUBEYDA's passport and
does not have any knowledge of it's origin. ABU ZUBEYDA is Palestinian
and speaks with a Palestinian dialect.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

                    AHMED RESSAM                               10/18/2001         4

        RESSAM has no knowledge related to ABU ZUBEYDA residing in
or visiting the country of Algeria.

        ABU ZUBEYDA has no maladies to RESSAM's knowledge, but RESSAM
opined that almost everyone has malaria.  RESSAM was not sure whether
or not ABU ZUBEYDA has malaria.

        ABU ZUBEYDA has no distinguishing characteristics, but RESSAM
understood ABU ZUBEYDA had suffered a head injury during the
Afghan-Soviet war. The injury is not visibly noticeable.

**Family:**

        ABU ZUBEYDA's family resides in Saudi Arabia.  ABU ZUBEYDA
is very religious and his family must be pious by the fact that they
reside in Saudi Arabia.

        RESSAM does not know the location within Saudi Arabia in which
ABU ZUBEYDA's family resides, nor the names of family members, nor does
he know the vocations/professions of any of ABU ZUBEYDA's relatives
or their approximate ages. RESSAM has never met any of ABU ZUBEYDA's
relatives.

        RESSAM's believes ABU ZUBEYDA's family is prosperous, but
does not know if ABU ZUBEYDA receives funds from familial origins.


**Communications/Computers:**

        ABU ZUBEYDA communicates outside of the Pakistan/Afghan
region via telephone and the Internet. Within the Pakistan/Afghan region,
ABU ZUBEYDA uses letters and couriers.

        ABU ZUBEYDA is computer literate and has spoken in front of
RESSAM about computers and beyond RESSAM's comprehension of computers.
RESSAM stated that ABU ZUBEYDA is "well-versed" regarding computers.

        RESSAM reminded the interviewer that ██████
had previously asked RESSAM to obtain a laptop for ABU ZUBEYDA. In
Montréal in December, 1999, ███████████ and AHMED RESSAM made
a failed attempt to purchase a laptop for ABU ZUBEYDA.

        In the same time frame, RESSAM later purchased a laptop in
Montréal from ███████████ and turned it over to ███████████
who was sending it to ABU ZUBEYDA in Pakistan via a courier.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    10/18/2001          5

        RESSAM was unaware whether ABU ZUBEYDA uses cybercafés, but
speculated that however ABU ZUBEYDA communicates through computers,
he most likely uses an encryption system.

**Finances and Money Transfers:**

        ABU ZUBEYDA gives his account numbers to many individuals
so that they can deposit money in his account. ABU ZUBEYDA has the
accounts in the names of other individuals who withdraw funds for ABU
ZUBEYDA as needed and directed.

**RE: Canadian Passports:**

        RESSAM believes that ABU ZUBEYDA's request to RESSAM for
genuine <u>Canadian</u> passports was for himself to travel to the United States
and the four others previously identified.

        Their purpose was to commit simultaneous terrorist attacks
on U.S. soil and then wait for a period of time (approximately three
to four months) when law enforcement would become complacent, then
strike again.

        No specific targets were listed other than to commit
simultaneous terrorist operations within unspecified U.S. cities. ABU
ZUBEYDA told RESSAM that "targets on U.S. soil are of more value than
American targets overseas."

**RE: USAMA BIN LADEN's 1998 Fatwah:**

        RESSAM never heard ABU ZUBEYDA speak of USAMA BIN LADEN's
1998 fatwah against the United States.

**RE: ABU ZUBEYDA's presence in the United States:**

        ABU ZUBEYDA was a student in the United States in the late
1980s. ABU ZUBEYDA is in contact with graduates of his training camps
who have entered the United States as students. According to RESSAM,
these individuals phone ABU ZUBEYDA frequently. One Saudi individual
was identified as ▮▮▮▮▮ who joined his unidentified brother who was
already a student at an unknown university in the United States.

        RESSAM was unaware of ABU ZUBEYDA sending any pilots to the
United States or sending anyone to the United States to train as pilots.

▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮, residing in Portland, OR; ▮▮▮▮
, aka ▮▮▮, ▮▮▮, ▮▮▮▮, ▮▮▮; or

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

                    AHMED RESSAM                    10/18/2001        6

██████████; or any ██████████ residing in the United States or Saudi
Arabia:

        RESSAM did not recognize these names nor did he have any
information regarding these individuals.

**ABU ZUBEYDA's contacts in the United Kingdom:**

        ABU ZUBEYDA's contacts include, but are not limited to, ██████
█, ████████, ████████, ████████, and ██████
████████ and anyone else who's trained at his camps and that now resides
in the United Kingdom.

        When RESSAM was with ABU ZUBEYDA, ABU ZUBEYDA's telephone
was always busy with people calling from the United Kingdom to provide
financial support as well as support through false documents and every
aspect of support.

        ████████, aka ████████ (a Palestinian); ████████, aka ████████
in London:

        RESSAM did not recognize any of these names nor could he
provide any information about them.

        RESSAM stated he knew a ████████ who was an Algerian
(████████).

**ABU ZUBEYDA's role in directing or motivating terrorism:**

        ABU ZUBEYDA and the instruction at his camps were "of one
mind".  There were no jihad acts or targets that were more important,
but there were different directions to which graduates were focused.

        Some cells are focused for action on the Arabian Peninsula,
some cells in Europe, some cells such as Algerian-based cells are focused
against French interests, and RESSAM's cell was focused against the
American interests on U.S. soil.

**Training camps within the United States:**

        RESSAM was unaware of ABU ZUBEYDA or anyone else planning
to or establishing training camps within the United States.

**TERRORIST CONNECTIONS TO SPAIN:**

        RESSAM has never been in the country of Spain but believes
he fraudulently stated to Citizenship and Immigration Canada that he
had been in Spain in his refugee application.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              10/18/2001        7

    RESSAM did not have much to provide in regards to terrorist links in which he was involved that were connected to Spain.

**RESSAM's cell members** ████████████, ██████████ **and** ██████████ **in Spain:**

    RESSAM stated that ███████████, ██████, aka █████ and ██████, members of his cell who were living in London in 1999, had previously been in Spain prior to their training at Khalden.

    ████████████, in particular, had been in Spain in 1993 where he robbed tourists. RESSAM could not be more specific in terms of which Spanish city. RESSAM was unaware whether ███████ had been involved in the illegal transportation of vehicles or movement of identification documents at that time.

████████████████████, **aka** ████████████████ **at Khalden Camp:**

    While RESSAM was at Khalden Camp, ███████████████ visited ████████████. RESSAM described ████████████ as a Syrian (████████) and that he was over 40 years of age (in 1998) and "full-figured".

    ████████████████ is a veteran from the Afghan-Soviet War and is entrusted with an unspecified "very high responsibility".

    RESSAM stated that he came from outside the camp for a visit and it could be inferred that because he met with ████████████, he must have an important position within the hierarchy.

    RESSAM did not recognize or have any information regarding ████████████; ████████; ███████; ███████████. Nor did RESSAM have any knowledge regarding routes of passage for Tunisian mujahidin between Italy and Algeria or unknown individuals traveling to Spain with the objective of handling false documents in connection with an USAMA BIN LADEN support network.

████████████████████:

    Photographs of ████████████████ were shown to AHMED RESSAM; these photographs are marked and identified as photographs 168-601, 168-602, 168-603, and 168-604 and will be placed in an FD-340b envelope. RESSAM did <u>not</u> recognize nor could he identify the individual depicted in these photographs.

SECRET/NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Ressam 302 11/28/2001

SECRET/NOFORN

12/04/01

On November 28, 2001, AHMED RESSAM (RESSAM) was interviewed at the Federal Bureau of Investigation, Seattle Field Office in Seattle, Washington.  Present for the interview were SA's ████████ and ████████ (FBI New York), SSA ████████ (FBI HQ), AUSA ████████ (Southern District of New York), Assistant Public Defender ████████, ████, ████████, Defense Investigator ████████ and Arabic translator ████████.  Also present for portions of the interview were SA ████████ (FBI Seattle) and IOS ████████ (FBIHQ).  The interview was conducted in Arabic.

The purpose of the interview was ████████ to question RESSAM about his associations and activities in Canada. ████████.  RESSAM provided the following information:

RESSAM was shown a series of photographs ████████ and asked to provide information on anyone he recognized.  RESSAM did not recognize the following photographs:

PHOTO BOOK #1:



- RESSAM stated that the photograph was not clear.

11/28/2001        Seattle, Washington

12/04/2001

SA ████████
SA ████████

SSA ████████
SA ████████

Ahmed Ressam                                    11/28/2001            2



- RESSAM stated that the photograph was not clear.

PHOTO BOOK # 2:



Ahmed Ressam                                    11/28/2001                    3



        RESSAM identified the individuals in the below noted
photographs (true names are noted in parenthesis after listed
photograph numbers) and provided the following information on these
individuals:

PHOTO BOOK #1:

        #3 (Two photographs of ▮▮▮▮▮▮▮▮▮) - RESSAM identified
this individual as ▮▮▮▮▮▮▮ (▮▮▮▮). ▮▮▮▮ was in Khalden
Camp in Afghanistan during a portion of the period RESSAM had been
there. ▮▮▮▮▮ arrived at KHALDEN Camp prior to RESSAM and left the
camp earlier than RESSAM. ▮▮▮▮ was going to Canada after leaving
the camp, and RESSAM later saw ▮▮▮▮ in Canada. RESSAM did not
know where ▮▮▮▮ resided in Canada. RESSAM saw ▮▮▮▮ in Canada
on two occasions once on Sherbrooke in front of the University, and
another time at a barber shop. When RESSAM saw ▮▮▮▮R on Sherbrooke,
▮▮▮▮▮ was with another young male whom RESSAM had also seen in
Afghanistan. RESSAM did not know this individual's name or the length
of time this individual had resided in Canada. This individual is
similar in appearance to ▮▮▮▮▮.

        RESSAM never told ▮▮▮▮▮ anything about RESSAM's planned
operation.

RESSAM did not know what mosque ▬▬▬ attended. ▬▬▬ associates included ▬▬▬▬▬▬▬.

RESSAM had no knowledge of ▬▬▬ engaging in criminal activity.

RESSAM had no knowledge of ▬▬▬ planning to engage in any terrorist act in North America. When RESSAM was asked if RESSAM believed that ▬▬▬ was capable of such an act, RESSAM replied that ▬▬▬ had the training, but RESSAM did not know ▬▬▬ goal or intentions.

There are two types of training which are conducted at Khalden Camp: 1) Weapons and explosives; 2) General training.

#4 (▬▬▬▬▬) - RESSAM identified this individual as ▬▬▬▬. ▬▬▬ is Moroccan. RESSAM did not know if ▬▬▬ had ever attended any training camps. RESSAM had no knowledge of ▬▬▬ engaging in criminal activities in Canada. ▬▬▬ came to RESSAM's house on Malicorne. RESSAM also saw ▬▬▬ at the Salaam Mosque on St. Catherine. RESSAM did not know how ▬▬▬ supported himself financially, but had heard that ▬▬▬ has a pizzeria.

#5 (▬▬▬▬▬) - RESSAM identified this individual as ▬▬▬. ▬▬▬ had attended training camps, but not with RESSAM. RESSAM is aware of this fact because ▬▬▬ told RESSAM that ▬▬▬ had been to training.

▬▬▬▬▬ did not provide RESSAM with any support for RESSAM's planned terrorist act. RESSAM did not tell ▬▬▬ about RESSAM's planned terrorist act.

▬▬▬▬▬ provided the recommendation for RESSAM to attend the camps in Afghanistan. ▬▬▬▬ knew that RESSAM had an interest in attending the camps, and ▬▬▬▬ contacted ABU ZUBAYDA, who needed to approve RESSAM's request to attend the camps.

RESSAM had met with ▬▬▬▬ after RESSAM returned from the training camps.

RESSAM speculated that ▬▬▬▬ recruited (Translation note: The word translated to RESSAM when referring to recruitment was "tazkia") ▬▬▬.

RESSAM was not certain if ▬▬▬▬ collected funds for jihad related activities. RESSAM recalled one incident where ▬▬▬▬ asked for "fitra" during Ramadan. RESSAM provided ▬▬▬ with money and ▬▬▬ stated he "sent it to Muslims". RESSAM was not certain what ▬▬▬▬ meant by that comment. RESSAM was also not certain as to where the money was sent.

Ahmed Ressam                                      11/28/2001           5



Regarding ▓▓▓▓▓▓'s standing in the Muslim community,
RESSAM believed ▓▓▓▓▓▓ to be a "normal person". RESSAM did not
have much contact with ▓▓▓▓▓▓.

▓▓▓▓▓▓ has a brother whom RESSAM saw on one or two
occasions. RESSAM believed ▓▓▓▓▓▓'s brother was involved with
▓▓▓▓▓▓'s activities, however, RESSAM had no real knowledge of
this brother or his activities.

▓▓▓▓▓▓ visited RESSAM's Malicorne residence.
▓▓▓▓▓▓'s associates included ▓▓▓▓ and ▓▓. RESSAM was shown
photograph #1 from photo book #1 (▓▓▓▓▓▓) and
identified this individual as ▓▓▓▓▓.

#7 (Two photographs of ▓▓▓▓▓▓) - RESSAM identified
this individual as ▓▓▓▓▓. RESSAM knows ▓▓▓▓ from
Montreal. ▓▓▓▓▓ fought in Bosnia. RESSAM saw ▓▓▓▓ in Montreal
prior to RESSAM's departure to Afghanistan, however, RESSAM did not
see ▓▓▓▓ upon RESSAM's return to Canada from Afghanistan.

#9 (▓▓▓▓▓▓)- RESSAM identified this individual as
▓▓▓▓. RESSAM first met ▓▓▓▓ in Montreal. RESSAM did not know
if ▓▓▓▓ had attended any training camps.

#10 (▓▓▓▓▓▓) - RESSAM saw this individual at a
mosque in Montreal, however, RESSAM did not know this individual's
name or any other information about this individual.

#17 (▓▓▓▓▓ aka ▓▓▓▓) - RESSAM identified
this individual as ▓▓▓▓ who is also known as ▓▓▓▓▓. RESSAM
did not know if ▓▓▓▓ had attended any training camps. RESSAM
knows that ▓▓▓▓▓ has brothers.

#21 (▓▓▓▓▓▓) - RESSAM identified this individual as
"▓▓▓▓" (phonetic spelling provided by translator). RESSAM first
met ▓▓ on Sherbrooke near the metro and St. Hubert. RESSAM did
not believe that ▓▓▓ had any connection to training camps. ▓▓▓▓
was not aware of RESSAM's terrorist plot. RESSAM stated that RESSAM
had no relationship with ▓▓▓. ▓▓▓'s associates included ▓▓.
▓▓▓ and ▓▓ lived together in a building on St. Hubert in
approximately 1994.

#22 (▓▓▓▓▓▓) - RESSAM identified this
individual as ▓▓▓▓▓. RESSAM did not have any kind of relationship
with ▓▓▓▓. ▓▓▓▓ associates with ▓▓▓ and ▓▓▓.
RESSAM believes ▓▓▓▓▓ financially supports himself by working.

#26 (▓▓▓▓▓▓) - RESSAM identified this individual
as ▓▓▓▓▓. RESSAM first met ▓▓▓ in Montreal in approximately



1994.  When RESSAM met ▮▮▮ upon RESSAM returning from
the training camps in Afghanistan, RESSAM did not tell ▮▮▮ that
RESSAM had been at the camps, instead, RESSAM told ▮▮▮ that RESSAM
had been in Germany.

RESSAM described his relationship with ▮▮▮ as
superficial.  RESSAM stated that he sometimes saw ▮▮▮ in Vancouver,
but they did not meet often.  ▮▮▮ was with RESSAM when RESSAM applied
for a business permit in Vancouver.  ▮▮▮ accompanied RESSAM,
however, ▮▮▮ did not assist RESSAM in obtaining the permit.  ▮▮▮
had no knowledge of RESSAM's business in Vancouver.

RESSAM never entered ▮▮▮'s residence.

RESSAM saw ▮▮▮ in Vancouver in 1999, however, RESSAM
never told ▮▮▮ about RESSAM's planned terrorist act.  RESSAM did
not believe that ▮▮▮ had any sense of RESSAM's planned terrorist
act.

▮▮▮ is friends with ▮▮▮.

#28 (▮▮▮▮▮▮) - RESSAM identified this individual as
▮▮▮.  RESSAM met ▮▮▮ in a group setting in Montreal.  Included
in the group was ▮▮▮.  RESSAM lived with ▮▮▮ for a short
period of time at 7934 du Lormier in Montreal right after they met
each other.

▮▮▮ had no knowledge of RESSAM's planned terrorist act.
RESSAM remembered seeing ▮▮▮ once in Vancouver in approximately
the summer of 1996, but could not remember if he saw ▮▮▮ after
that period.  RESSAM did not see ▮▮▮ after RESSAM returned from
Afghanistan.

▮▮▮ and ▮▮▮ were friends and lived together in
Vancouver in approximately 1995 or 1996.  ▮▮▮ supported himself
in Montreal via Social Insurance/welfare.  RESSAM did not know how
▮▮▮ supported himself while ▮▮▮ resided in Vancouver.

▮▮▮ told RESSAM that ▮▮▮ was an engineer, but RESSAM
could not recall in what area.

RESSAM recalled that ▮▮▮ was in training in Afghanistan
during the Afghan-Russian War, however, RESSAM did not remember how
RESSAM was aware of this fact.

RESSAM had no knowledge of ▮▮▮ wanting to engage in a
terrorist act.

▮▮▮'s travel route to Canada was Bosnia to Europe to

Ahmed Ressam                                      11/28/2001        7

Canada.

#29 (█████████████) - RESSAM identified this individual as ████████. RESSAM first met ██████████ on Sherbrooke in Montreal.

RESSAM had no knowledge of ██████████ having attended any training camps.

RESSAM initially stated that he did not know how ██████████ supported himself financially, however, RESSAM later stated that ██████████ worked at ████████s store. RESSAM did not know what ██████████'s position was at the store.

██████████ had no knowledge of RESSAM's planned terrorist act.

██████████ did not provide RESSAM with any financial support for RESSAM's planned terrorist act.

██████████'s associates included █████████, ██████████ and ████████.

#31 (██████████) - RESSAM identified this individual as ██████████. RESSAM met ████████ in Montreal approximately 1994-1995. RESSAM did not tell ████████ that RESSAM had been to the training camps. However, RESSAM believes ██████ knows that RESSAM had attended the training camps because when RESSAM returned to Montreal, ██████ knew that RESSAM had been in Afghanistan.

RESSAM described the relationship between himself and ██████████ as associates or friends.

██████████ had never been to RESSAM's apartment on Du Fort in Montreal.

██████████ had no knowledge of RESSAM's planned terrorist act. RESSAM did not believe that ██████ had any "sense" of the planned act.

██████████ never provided RESSAM with any financial or other type of support for RESSAM's operation.

#32 (██████████) - RESSAM identified this individual as ██████████. RESSAM met ████████ in Montreal after RESSAM returned from Afghanistan. ████████ eventually learned that RESSAM had been to Afghanistan.

██████████ had no knowledge of RESSAM's planned terrorist act.



Ahmed Ressam                                               11/28/2001          8

      █████ has never been to a training camp.

      █████ did not provide RESSAM with any financial support
for RESSAM's planned terrorist act.

      ████'s associates include ████████ and ████████A.

     At one point in time, RESSAM was planning on returning
to Algeria to engage in *jihad*. RESSAM explained that RESSAM did
not intend to perform a specific terrorist act, but instead he
intended to join his brethren in *jihad*.

     When RESSAM told ████ that RESSAM wanted to return to
Algeria, ████ offered to assist RESSAM in getting through the airport
in Algeria. ████ was under the impression that RESSAM was returning
to Algeria to see RESSAM's family. When RESSAM told ████ that RESSAM's
intention was to return to Algeria to do *jihad*, ████ no longer wanted
to assist RESSAM.

     RESSAM believed that ████'s father worked at the airport.

     # 33 (████████████) - RESSAM identified this individual
as ████████. RESSAM first met ████ in Canada when RESSAM
was introduced to ████ through ████████ (ph.; another possible
spelling may be ████████).

     ████ had no knowledge of, was not involved in, and provided
no support for RESSAM's planned terrorist act.

     ████s residence was by Malicorne and Sherbrooke in
Montreal. RESSAM left RESSAM's agenda/address book at ████s
residence.

     #34 (████████████) - RESSAM identified this individual
as ████████. RESSAM first met ████ in Montreal at the Faubourgh
(ph.) Market. ████ had attended the training camps in Afghanistan
at approximately the same time as RESSAM. RESSAM met with ████
while they were at camp. When asked if ████ had specialization
in any areas, RESSAM replied that ████ just received regular
training.

     RESSAM stated that he had some ideas regarding ████
planning to commit a terrorist act. RESSAM explained that one of
the objectives discussed in the training camps was establishing a
cell in Canada. The plan was to organize a cell and have the members
reunite in Canada. RESSAM and ████ were to be part of the same
cell along with ████████, ████████, and ████████. There was also some
discussion of including ████ in the cell, but there was some
uncertainty as to whether or not he should be made part of the cell.



Since RESSAM and ████ were to be in the same cell, they had a general idea of the other being interested in committing a terrorist act. ████ was concerned with money. ████ and ████ were aware of what RESSAM wanted to do, but RESSAM did not engage in thorough planning of the act with ████.

While at the training camps, RESSAM corresponded with ████ via letters.

#35 (████████) - RESSAM identified this individual as ████████, aka ████. RESSAM had no knowledge of ████ having attended training camps. RESSAM first met ████ in approximately 1996-1997. RESSAM did not tell ████ that RESSAM was going to Afghanistan, and RESSAM never saw ████ upon RESSAM's return from Afghanistan. RESSAM had no knowledge of ████ being an Imam.

#36 (████████) - RESSAM identified this individual as ████. RESSAM first met ████ in approximately 1996-1997 at Malicorne. RESSAM also met with ████ upon RESSAM's return from Afghanistan. ████ knew that RESSAM had been to the training camps. ████ did not assist RESSAM in getting to the training camps.

████ had no knowledge of, and did not provide any support for, RESSAM's planned terrorist act.

████'s friends include ████, ████ and ████.

#37 (████████) - RESSAM identified this individual as ████.\ RESSAM met ████ for the first time at Malicorne. ████ has never been to a training camp. ████ knew that RESSAM had been to the training camps.

████ had no knowledge of, and did not provide financial or logistical support for, RESSAM's planned terrorist act. ████ was a student at Montreal University. RESSAM talked to ████ about ████ taking RESSAM to see the University. RESSAM was interested in going to Montreal University in an attempt to locate a laboratory where RESSAM could obtain nitric acid. When RESSAM talked to ████ about taking him to the University, RESSAM did not tell ████ the reason for the trip was so RESSAM could find nitric acid. However, RESSAM later told ████ that RESSAM was looking for nitric acid. ████ did not ask RESSAM why RESSAM wanted the nitric acid, and RESSAM did not tell ████ why RESSAM wanted the nitric acid. RESSAM never ended up going to the University with ████. ████ never provided RESSAM with nitric acid.

RESSAM also talked to ████ about ████ obtaining a list of companies that had aluminum since ████ had access to computers.

Ahmed Ressam                                    11/28/2001          10

████ never provided such a listing to RESSAM.

████ supports himself financially by working at a pizzeria by Sherbrooke and Park.

#40 (████████████) - RESSAM identified this individual as ████████████, the brother of ████. RESSAM met through ██████████ in approximately 1997 at ████'s home.

RESSAM did not believe that ████ was aware of ████████ and RESSAM working on the planned terrorist attack, although RESSAM was not certain about this fact. ████████ never told RESSAM if ████████ told ████ about the planned attack.

RESSAM did not know if ████ had ever been to Vancouver. When RESSAM met ████, it was by accident either on the street or at ████████'s apartment.

#43 (████████) - RESSAM initially stated that he did not know the individual in the picture (hereafter referred to as #43), but then stated that it was perhaps an individual RESSAM met in Calgary. RESSAM stated that #43 was an engineer who worked at the office that issued driver's licenses.
RESSAM had paid $400 to a Lebanese individual to fraudulently obtain a Calgary driver's license, and #43 was the individual who actually tested RESSAM. RESSAM believed the Lebanese individual's name was ████████. RESSAM believed there was some kind of relationship between ████████ and #43, but was not certain as to the extent of the relationship.

████████ took RESSAM to the driver's license facility. RESSAM filled out paperwork and then went with #43 to drive a car. RESSAM received a passing grade on the driver's test and received a driver's license.

#44 (██████████) - RESSAM believed this individual worked at the Calgary driver's license facility as well. RESSAM also believed that ████████ knew this individual.

████████ did not know why RESSAM wanted the Calgary driver's license. ████████ knew RESSAM by the name BENNIS NORIS and did not know RESSAM's real name. RESSAM met ████████ through ████████████.

#57 (██████████) - RESSAM identified this individual as ████, and had no other information pertaining to this individual's name. RESSAM met ████ in Montreal in approximately 1994-1995 at the Al Sunna Mosque. RESSAM had no knowledge of ████ having attended any training camps. RESSAM never told ████ that RESSAM had attended training camps.



RESSAM last saw ████ in Vancouver in 1999 during the time that RESSAM was planning RESSAM's terrorist act. RESSAM met when ████ came to ████'s house at 12th Street and Oak in Vancouver.

RESSAM did not tell ████ of RESSAM's planned terrorist attack. ████ did not provide RESSAM or ████ with any assistance or money for RESSAM's planned terrorist act.

RESSAM could not say how close ████ and ████ were, except to say they knew each other.

████ knows ████, ████ and ████.

#65 (████) - RESSAM identified this individual as ████, a friend of ████'s in Vancouver. RESSAM first met ████ by accident with ████ at ████'s residence in Vancouver in 1999.

████ had no knowledge of, and provided no support for, RESSAM's planned terrorist act.

RESSAM did not know who ████'s friends were.

RESSAM did not know whether or not ████ had attended any training camps.

#73 (████) - RESSAM believed the individual in the photograph was ████ (hereafter referred to as ████), the individual who introduced RESSAM to ████ in Calgary. RESSAM did not pay ████ for ████'s assistance in RESSAM fraudlently obtaining a Calgary driver's license through ████.

████ did not know why RESSAM wanted the Calgary driver's license and did not know whether or not BENNI NORIS was RESSAM's real name.

RESSAM first met ████ in a group setting along with ████, ████ and ████. RESSAM talked to ████ about wanting a driver's license and ████ subsequently introduced RESSAM to ████. This introduction to ████ occurred in 1999.

RESSAM was again shown photograph #20 from photo book #1 (████) and asked if he ever met this individual in a camp in Afghanistan. RESSAM replied that by looking at the picture, he did not know.

RESSAM was asked if he recognized the name ████ when

associating the name with the individual depicted in photograph #20.  RESSAM stated that he did not.
**PHOTO BOOK #2:**

#30:  RESSAM identified the individual on the right side of the photograph wearing the white shirt as Said.

Upon completing showing both photo books to RESSAM, the RCMP interviewed RESSAM further.

RESSAM thought about emigrating to Canada while still living in Algeria.  At that time RESSAM had "no idea of religion."

RESSAM's first contacts upon entering Canada were other immigrants including individuals named ███████, ███, ███████ and ███████.  RESSAM first stayed at the YMCA and then found a house on Papineau between St. Joseph and Morial (ph.).

RESSAM came to Canada by himself.  While in France, prior to coming to Canada, RESSAM met his friend ███████ who had been in Canada.  ███████ left Canada in 1994, and RESSAM did not believe that ███████ ever returned to Canada.

███████ provided RESSAM with a passport which ███████ had used before and fixed the passport so RESSAM could use it for travel.  ███████ did not charge RESSAM for the passport.  The passport was already issued in the name of ███████, so therefore, RESSAM traveled under this name.

RESSAM did not know if ███████ ever assisted other individuals in this manner.

███████ interacted with an African individual who could obtain passports and RESSAM obtained the BENNI NORIS passport via this individual.  RESSAM was again shown photographs #24 and #25 from photo book #1 (E███████ and ███████), however, RESSAM was unable to confirm whether or not either one of those individuals depicted in the photographs was ███████'s contact.  RESSAM could not recall the name of ███████'s contact.  RESSAM did not believe the individual shown in the video deposition played during RESSAM's trial was the person RESSAM dealt with in order to receive the BENNI NORIS passport.

RESSAM paid $6000 (Canadian) for the BENNI NORIS passport.  RESSAM went to the passport agency with the African individual, but the African individual held onto the passport.  On a later date, RESSAM gave the $6000 to ███████.  A day or two later, ███████ brought the money to the African individual and came back with the passport for RESSAM.

████ ████ also received a fraudulent passport via the above noted African individual. ████ knew this individual directly.

RESSAM was not certain about the location of ████'s residence, but stated he believed it may have been located on du Parc. RESSAM met ████ at ███████'s house. RESSAM described ████ as Algerian, approximately 30 years old, dark skinned, medium height and build, with a goatee. RESSAM did not know who ████'s associates were.

RESSAM was not certain if the African individual had a contact within the passport agency, however, based on what RESSAM heard from ██████████, it seemed that the African individual had a relationship with someone inside the passport agency.

RESSAM believed $6000 was a high price to pay for a passport. RESSAM had heard that the African individual was charging approximately $3000-$4000, but then increased the price.

RESSAM had no additional information pertaining to individuals who were providing false documents and passports in Canada. RESSAM knew of no other individuals in cities other than Montreal who could supply passports.

**THEFT:**

When questioned regarding engaging in theft, RESSAM stated that sometimes he engaged in theft alone, and sometimes he engaged in theft with friends such as ███████, ██████████, and ██████████. No one particular person was the ring leader of this group of people.

RESSAM engaged in theft in Montreal, Toronto and Vancouver and perhaps one time in Quebec City. Most of RESSAM's thievery occurred in Montreal and Vancouver.

RESSAM did not forward any of the money he obtained via thievery to *jihad* related causes in Europe or any other region. RESSAM spent his money by sending it to family members or friends/associates who were in need of money. This included people in Algeria and Europe. When saying "in need of money", RESSAM meant for personal needs and matters. RESSAM sent money on one occasion to ████ either via mail or Western Union.

**BANK ACCOUNTS/FINANCE:**

When RESSAM arrived in Canada upon his return from Afghanistan, he opened up a bank account at Royal Bank in Richmond.

RESSAM also had a bank account in Montreal at Bank Montreal.

There was no specific reason behind choosing Royal Bank and Bank Montreal.

▮▮▮▮ and ▮▮▮▮▮ assisted RESSAM in opening up the bank accounts at Royal Bank. RESSAM believed that either ▮▮▮▮ or ▮▮▮▮ helped with opening up the checking account. RESSAM believed, but was not certain, that only ▮▮▮▮ helped open up the business account.

RESSAM could not recall if anyone other than ▮▮▮▮ and ▮▮▮▮ were aware of RESSAM using the Royal Bank accounts.

▮▮▮▮▮ assisted RESSAM in opening up the account with Bank Montreal.

RESSAM recalled ▮▮▮▮ being with RESSAM when RESSAM used an ATM card. RESSAM also recalled being accompanied by ▮▮▮ when RESSAM withdrew funds from Royal Bank.

RESSAM gave the Marche Benni business ATM card to ▮▮▮ and ▮▮▮▮.

RESSAM was asked if he opened up any bank accounts when he first arrived in Canada in 1994. RESSAM replied "maybe" but he did not remember.

When RESSAM was asked why RESSAM used the ▮▮▮▮▮▮ ▮▮▮▮▮ address for the account, RESSAM replied that he used ▮▮▮ 's address because RESSAM needed an address for the account. ▮▮▮▮ knew that RESSAM was using his address.

RESSAM was asked whether the opening of the bank accounts was part of his planned terrorist operation. RESSAM stated that the opening of the bank account was indirectly related to his planned terrorist operation. RESSAM explained that he needed the documentation from the accounts as part of his operation.

RESSAM stated that ▮▮▮▮ did not know about any of RESSAM's paperwork or his plans for a terrorist act. ▮▮▮▮ did not know what RESSAM intended to do with the documentation from the account.

▮▮▮▮ knew that the account was not in RESSAM's real name, but never asked RESSAM why RESSAM did this.

RESSAM told ▮▮▮ that RESSAM had been to Afghanistan, however, RESSAM never told ▮▮▮ what RESSAM did in Afghanistan.

RESSAM never told ▮▮▮▮ that RESSAM was going to carry out some type of operation. ▮▮▮▮ had no knowledge of RESSAM's

planned act of *jihad*.

RESSAM speculated that ███████ sensed RESSAM was going to commit a terrorist act, however, RESSAM never told ███████ the target.

███████ drove RESSAM to the Royal Bank branch in Richmond to open up an account in the BENNI NORIS name. RESSAM used ███████'s address for the account. ███████ knows RESSAM's real name.

RESSAM told ███████ that RESSAM came back from Afghanistan, and that RESSAM had gone to Afghanistan for training. However, RESSAM did not know if ███████ knew RESSAM received training for *jihad*. RESSAM did not provide the details regarding his training to ███████.

RESSAM never discussed *jihad* or a specific operation with ███████. When RESSAM was asked if he had told ███████ that RESSAM needed the bank accounts and business license to conduct an operation, RESSAM replied that at no time had RESSAM told ███████ that RESSAM was intending to conduct an operation.

███████ knew that █████ had been in Afghanistan.

RESSAM used the Paris address because he knew the address, however, RESSAM never lived at that address.

RESSAM never owned a safe deposit box. RESSAM was not certain if ███████ owned a safe deposit box

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN,        ) | |
|               Petitioner,   ) | |
|                    ) | |
|        v.              ) | Civil Action No. 08-1360 (RWR) |
|                    ) | |
| ROBERT GATES,       ) | |
|               Respondent.  ) | |

Ressam 302 11/29/2001

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     11/29/2001

On 11/29/2001, AHMED RESSAM was interviewed at the Federal
Bureau of Investigation's Seattle Field Office.  Present for the
interview were Special Agents ▬▬▬▬▬▬▬▬▬▬ ,         ,
▬▬▬▬▬▬▬▬▬. Also present was Defense Investigator ▬▬▬▬▬▬▬,
Assistant Federal Public Defender ▬▬▬▬▬▬▬▬▬▬ , and Arabic
translator ▬▬▬▬▬▬▬. The interview was conducted in Arabic.

RESSAM was shown photographs XX1 through XX27, but was not
able to identify any of the individuals by their photographs. RESSAM
was then asked whether he recognized the names of individuals in the
27 photographs, but was unable to recognize any by name except ▬▬▬▬
▬▬▬▬▬▬ (photograph XX3).

RESSAM identified the ▬▬▬▬▬▬▬ family name, but did not
know whether ▬▬▬▬▬▬▬▬▬ was ABU ZUBEYDA's brother. RESSAM did
look again at ▬▬▬▬▬'s photograph (XX3) and opined that
▬▬▬▬▬ looked similar to the ABU ZUBEYDA that RESSAM knew in
Pakistan/Afghanistan as "emir" of the Khalden Camp.

RESSAM had no information relative to the non-governmental
organization (NGO) identified as HUMAN CONCERN INTERNATIONAL, but
acknowledged that several NGOs are fronts for supporting terrorist
networks.

The following color photographs (unless otherwise specified
as black and white) were shown:



        XX1:
        XX2:
        XX3:
        XX4:
        XX5:
        XX6:
        XX7:
        XX8:
        XX9:
        XX10:
        XX11:
        XX12:
        XX13:
        XX14:


     11/29/2001     Seattle, Washington

                                          11/29/2001
  SA ▬▬▬▬▬▬▬▬▬▬
  SA ▬▬▬▬▬▬▬▬

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                                    11/29/2001         2

XX15:
XX16:
XX17:
XX18:              , a.k.a.
XX19:
XX20:
XX21:
XX22:
XX23:
XX24:
XX25:              (black/white photograph)
XX26:
XX27:              (black/white photograph)


333fwh01.302

SECRET/NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                         )
                                     )
            Petitioner,              )
                                     )
      v.                             )        Civil Action No. 08-1360 (RWR)
                                     )
ROBERT GATES,                        )
                                     )
            Respondent.              )
                                     )

# Ressam 302 1/17/2002

SECRET/NOFORN

02/04/02

On January 17, 2002, AHMED RESSAM (RESSAM) was interviewed at the United States Attorney's Office, Southern District of New York, 500 Pearl Street, New York, New York.  Present for the interview were SA's ███████████ and ██████████ (FBI New York), SSA ███████ ███████ (FBI HQ), AUSA ██████████ (Southern District of New York), Assistant Public Defender ███████████████████████████████████████████████████████, and Arabic translator ██████████████████████████████████.  The interview was conducted in Arabic.

The purpose of the interview was ████████████ to question RESSAM about his associations and activities in Canada. ████████████████████████.  RESSAM provided the following information:

RESSAM left Algeria in 1992 and arrived in Canada in 1994.

When questioned about why he chose to come to Canada, RESSAM stated that there was no particular reason why he came to Canada.  The thought to come to Canada "came to him", and then he prepared the documentation he would need to get there.

At the time RESSAM came to Canada, RESSAM did not know any other individuals living in Canada.  When RESSAM had his own personal thoughts of going to Canada while he was still living in Algeria, RESSAM had a friend name ██████ who was living in Canada.  However, ██████ had Immigration problems and was deported while RESSAM was still in Algeria.  ██████ had told RESSAM that living conditions and employment opportunities were good in Canada.  After ██████ was deported he had intentions on getting back to Canada, however, ██████ never made it back to Canada.

RESSAM chose to go to Montreal because it is a city that is known to people and it is a French speaking town.

RESSAM never had any problems with the Algerian authorities while he resided in Algeria.

RESSAM was never involved in Islamic extremism before arriving in Canada.

RESSAM was questioned regarding a previous statement in

· 01/17/2002     New York, New York

265A-NY-273861
SA ███
SA ██████████████                    SSA ███████████████        02/04/2002

265A-NY-273861

Ahmed Ressam                                    01/17/2002          2

which he had said that ▮▮▮▮ had influenced him with Islamic extremism.   RESSAM responded that he was influenced by ▮▮▮▮ from a religious point of view.   ▮▮▮▮ informed RESSAM more about the Muslim religion.

RESSAM was never involved in criminal activity in Algeria.

RESSAM left Algerian due to living conditions being "a little bit hard", unemployment and the unavailability of jobs.

RESSAM believed that his family is still living in Bou Ismail, Algeria.

When asked to describe the different "brethren" in Algeria, RESSAM replied that he had no contact with Islamic groups in Algeria.

When asked what knowledge he had of these groups, RESSAM stated that he did not ask about these groups while he was in Algeria.

RESSAM had heard of a group called AL FIS.   RESSAM also knew of a brotherhood movement called HAMAS.   ▮▮▮▮▮▮▮▮, the leader of HAMAS, is very well known in Algeria.

RESSAM was asked if he knew of the GIA.   RESSAM stated that he heard the GIA is a *jihad* movement that is fighting to establish Islamic jurisprudence and an Islamic system.   RESSAM stated that the GIA's main focus is to challenge the authorities and government system in Algeria.   RESSAM added that the GIA does not involve Canada.

When asked if he had heard about the GSPC, RESSAM stated that he had heard about the GSPC, however, he did not know much about it.   RESSAM stated that the GSPC was a new movement.   RESSAM also stated that HATAB was a new movement.

RESSAM had never heard of EL BAQUOUN ALA EL AHD.

RESSAM stated that FIDA was the same organization as Al FIS.   FIDA did not succeed in the election and became a *jihad* movement. RESSAM stated that this movement and all related to Al FIS ceased in operating.

When questioned if any of the above noted groups had members in Canada, RESSAM replied that he did not know.

RESSAM was asked if ▮▮▮, ▮▮▮ and ▮▮▮ were members of any of the above noted groups.   RESSAM replied that ▮▮▮ does not have contact with any of those groups, that ▮▮▮'s contact is in Bosnia.   RESSAM did not know if ▮▮▮ has contacts in these groups. RESSAM stated that ▮▮▮ had contacts in "jama'ah", however, after 1993-1994, ▮▮▮'s association stopped.

265A-NY-273861
Ahmed Ressam                          01/17/2002        3

RESSAM was shown a photograph of ▮▮▮▮▮▮▮▮ (a/k/a ▮▮▮▮▮▮), marked as photograph #1. Copies of this photograph and any other photographs referenced in this report are being maintained as part of this file in an FD-340.

RESSAM identified the individual in the photograph as ▮▮▮▮▮▮, a/k/a ▮▮▮▮. RESSAM had no knowledge of ▮▮▮'s recent relationships. RESSAM stated that ▮▮▮ went to Europe and perhaps collected money and donations for the "jama'ah" in Europe.

When questioned about ▮▮▮'s activities in Canada, RESSAM stated that while RESSAM was in Afghanistan, ▮▮▮▮▮▮ told RESSAM that ▮▮▮'s relationship with "jama'ah" stopped after ▮▮▮ moved out of Europe.

RESSAM stated that the "jama'ah" activity in Algeria changed due to a collapse in leadership in 1993-1994, however, RESSAM was not certain as to how specifically ▮▮▮'s "jama'ah" activities changed.

In 1997, ▮▮▮ (previously identified by RESSAM as ▮▮▮▮▮▮▮) told RESSAM that ▮▮▮'s "jama'ah" activities did not continue. RESSAM did not know what ▮▮▮'s activities consisted of in the period between 1993 and 1997.

RESSAM met ▮▮▮ on two occasions in 1997, once at ▮▮▮'s house and another time with ▮▮▮ while on the street. During their first meeting, RESSAM and ▮▮▮ made "chit chat" and did not discuss jihad or religion. On the second occasion, RESSAM and ▮▮▮ were walking and ▮▮▮ was driving in a car. ▮▮▮ stopped the car, greeted RESSAM and ▮▮▮ and asked them if they needed a ride. RESSAM and ▮▮▮ refused ▮▮▮'s offer of a ride.

RESSAM stated that he had no relationship with ▮▮▮.

RESSAM recalled seeing ▮▮▮ walking in the distance on a street in Montreal during the summertime after RESSAM returned from Afghanistan. RESSAM did not talk to ▮▮▮ on this occasion.

RESSAM had no knowledge of any individuals other than ▮▮▮, who were living in Canada, but were involved with "jama'ah" in Algeria.

RESSAM was asked if he knew from his experience in Afghanistan whether Algerians attend training camps in Afghanistan for the purpose of engaging in jihad or terrorist type activities such as the one RESSAM was planning. RESSAM replied that everyone had their own choice or selection.

RESSAM was questioned whether he had heard of the Takfir

Wah Hijra philosophy.  RESSAM stated that he did not know
much about this philosophy, however, he knew it was some type of
organization.  RESSAM stated that it was a demonative/cult type of
organization.

RESSAM did not know of any followers of Takfir Wah Hijra
and did not understand the concept behind it.  RESSAM heard Takfir
Wah Hijra was a negative concept in religion which does not have
a core in Islam.  Takfir Wah Hijra considers others to be "caphyrs"
(ph.).

RESSAM attended the Salaam Mosque in Montreal.  RESSAM
knew Imam SHEIKH ███, however, RESSAM had no relationships with
Imams of Mosques in Montreal.

RESSAM described SHEIKH ███'s teachings as clean and
directed towards the improvement of the quality of a human being.
SHEIKH ███ never made a call to jihad.  RESSAM stated that SHEIKH
███ is the "exact opposite of that".  SHEIKH ███ focused on the
principles of Islam, honesty, goodness, and teaching.
RESSAM did not know of any Imams in Montreal who made a
call to jihad.

While in Canada, RESSAM had traveled to Quebec City,
Montreal, Toronto, Ottawa, Vancouver and Calgary.

RESSAM was asked why he had traveled to these cities other
than the trip he made in preparation for his planned terrorist act.
RESSAM replied that he traveled to these cities for tourism and
theft.

RESSAM had not been in Calgary prior to 1999.

RESSAM was in Ottawa prior to 1999 when he went with
███ (previously identified by RESSAM as ███) and
███ (previously identified by RESSAM as ███) for the purpose
of stealing.  RESSAM did not meet anyone else in Ottawa.

When RESSAM traveled to Vancouver for the purpose of
stealing, he would meet ███, ███ and ███ (ph.; may also
be spelled ███).  All three of these individuals are Algerian.

███ lived in Vancouver by Robson.  ███ came to visit
and then moved to Toronto.  ███ left Canada in
approximately 1997-1998 and RESSAM believed ███ may be in
Europe.

RESSAM had no religious type of relationship with ███,
███ or ███.  When asked if any of these three individuals
were involved in jihad, RESSAM replied that they had no association

Ahmed Ressam                               01/17/2002          5

with religion.

RESSAM did not see ████, ████ or ████ in 1999.

When questioned about his travel to Toronto, RESSAM
initially stated that he had been to Toronto in 1999, but then RESSAM
corrected himself and stated that he had not been in Toronto in 1999.
RESSAM stated that he had been in Toronto in 1998 because it was
his intention to leave for Afghanistan from Toronto.

When RESSAM was asked if he had been to Toronto on any
other occasions, RESSAM replied that he would go to Toronto every
few months with ████, and sometimes with 6██, for tourism and
theft.

RESSAM was then asked if he would meet anyone who lived
in Toronto. RESSAM replied that he would meet ██ and ██ (not
the individual ██ who is also known as ████). When provided
with the names of ██6██ and ████ by ██, RESSAM replied
that he recognized those names.

RESSAM met ██ and ██ through ████. ██ and ██
resided in Montreal for a short period of time but then returned
to Toronto.

RESSAM did not know if ██ and ██ were involved in
stealing.

████ met ██ and ██ through a friend who had come
from Switzerland. RESSAM believed the individual from Switzerland
lived in Toronto, but did not know his name and had never met him.

No one in Toronto knew RESSAM was going to Afghanistan.
RESSAM never told anyone in Toronto about his trip to Afghanistan.

No one living in Toronto knew of RESSAM's planned terrorist
act in the United States.

RESSAM had not been in contact with anyone who lived in
the United States prior to RESSAM going to Afghanistan.

RESSAM was asked if anyone living in the United States
knew ████ prior to RESSAM going to Afghanistan, and if ██ was
in contact with anyone in the United States prior to RESSAM going
to Afghanistan. RESSAM replied "no".

When RESSAM traveled to Ottawa to steal, he would stay
in a hotel in Ottawa, however, RESSAM could not recall the names
of the hotels in which he stayed.

265A-NY-273861
Ahmed Ressam                                01/17/2002         6

        When RESSAM traveled to Toronto, RESSAM would usually stay
in a hotel, however, if it was a short stay, he would sometimes stay
with ███████.

        When RESSAM traveled to Vancouver, he would stay at the
Ambassador Hotel.  On one occasion, RESSAM stayed at ██████'s
residence.

        RESSAM was asked if he had any contact with Algerian Embassy
officials during the time he resided in Canada.  RESSAM stated that
he had never met with Algerian representatives while in Canada.
On one occasion, in approximately September 1997, RESSAM went to
the consulate's office with a friend named ██████████████ (ph.).
███████ had a mental condition and needed to return to Algeria.

        RESSAM was not aware of Algerian intelligence or government
officials approaching or harassing Algerian people in Canada.

        RESSAM was questioned regarding the use of the following
code words:

1) Soccer players or teams.  RESSAM replied that he had no knowledge
of the use of soccer players or teams as code words, however, numbers
could be used, although RESSAM did not know the purpose for which
these numbers would be used.  RESSAM then said that sometimes the
name of "jama'ah" would be associated with the name of a soccer team.
RESSAM explained that someone might say "do you want to play soccer
with us?" and it would mean "do you want to join the jama'ah?".  "Do
you have the right shoes to play?" would mean do you have the proper
documentation or paperwork to join.

        RESSAM did not know if soccer players' numbers/names had
been used to pass information such as telephone numbers.

2) Meat.  RESSAM had no knowledge of this being used as a code word.

3) Pasta.  RESSAM had no knowledge of this being used as a code word.

4) Amana.  RESSAM replied that this word was used to relate to security,
however, he did not know how it was specifically used.  Amana has
two meanings in Arabic, one relates to security, and the other refers
to giving something to someone to take care of until you take it
back.

5) Kitab and Livret were used as code words for passports.

6) Tomatoes.  RESSAM had no knowledge of this being used as a code
word.

7) Coffee.  RESSAM had no knowledge of this being used as a code

265A-NY-273861
Ahmed Ressam                           01/17/2002          7

word.

8) Tea.  RESSAM had no knowledge of this being used as a code word.

9) Sugar.  RESSAM had no knowledge of this being used as a code word.

10) Marriage/Wedding.  "Got married" meant someone died.

11) Potatoes.  RESSAM had no knowledge of this being used as a code word.

　　　　　RESSAM did not know any Afghanis living in Montreal.

　　　　　RESSAM had no knowledge of mosques in Montreal that were attended by Afghanis.

　　　　　RESSAM did not know of any mosques in Canada which were sending people to Afghanistan or to *jihad*.

　　　　　RESSAM did not know of anyone in Canada who was sending people to *jihad* or training in Afghanistan.

　　　　　RESSAM was asked how and to whom someone would go if they wanted to go to Afghanistan from Montreal.  RESSAM stated that it would be through the mosque.  The person would go to the mosque and ask people about going to Afghanistan.

　　　　　When asked if this meant people in the mosque were organizing sending people to Afghanistan, RESSAM replied that you might find someone at the mosque who can direct you to someone outside the mosque who can do it.

　　　　　RESSAM was then asked "the mosque would not send people to *jihad* or Afghanistan"?  RESSAM replied that he was not aware of the mosque itself sending people to *jihad* or Afghanistan, but perhaps someone could go to the mosque to talk to people who could perform such an act.

　　　　　RESSAM spoke to ▬▬ about things like *jihad* and training in Afghanistan.  When questioned regarding ▬▬▬, RESSAM replied that ▬▬ would come to RESSAM's residence, but it was ▬▬▬▬▬, not ▬▬▬, who sent RESSAM to Afghanistan.

　　　　　RESSAM had heard of INFO-ISLAM in Montreal.  RESSAM was shown a photograph of a store front, marked as photograph #2, and identified the store in the photograph as INFO-ISLAM.  RESSAM described INFO-ISLAM as an Islamic library/bookstore that sells books, videos and audio tapes.  RESSAM went to INFO-ISLAM to get books and tapes.  One of the books RESSAM purchased was titled "Perseverance/Patience" which was about obeying God and having perseverance and patience.  RESSAM purchased tapes by ▬▬▬▬▬,

a Kuwaiti Sheikh who discussed purified/clear intentions.

RESSAM could not recall if he purchased books and tapes regarding *jihad*, however, ███ did buy some of these kinds of books and tapes at INFO-ISLAM.

RESSAM explained that tapes and books pertaining to *jihad* come from Sheikhs all over the world. The Sheikhs' sermons are taped and packaged for believers. SHEIKH ████████ is one such Sheikh.

RESSAM has seen tapes pertaining to Bosnia and Afghanistan. RESSAM has also seen tapes showing jihad operations and some training. RESSAM never purchased these kinds of tapes, but he knew they were available, and ███ would bring them or borrow them from friends. RESSAM did not know if these tapes came from INFO-ISLAM.

RESSAM did not know if INFO-ISLAM asked for donations for *jihad*.

RESSAM stated that an individual named ███ (ph.) worked at INFO-ISLAM. RESSAM was then shown a photograph of ████████, marked as photograph #3, and identified the individual in the picture as the person he knew as ███. RESSAM believed that ███ owned and operated INFO-ISLAM. RESSAM did not know of ███s relationship with *jihad*.

A Filipino individual (NFI) also worked at INFO-ISLAM.

RESSAM did not know if INFO-ISLAM was involved in criminal activity.

RESSAM was asked if he had any knowledge of other North African groups from places such as Libya and Tunisia. RESSAM stated "The Fighting Group of Libya" (TFGL) was a group whose purpose was to fight the Libyan regime and establish an Islamic regime.

RESSAM had heard about TFGL in general and then heard more about it while in Afghanistan. RESSAM knew people in Afghanistan who were involved with TFGL. TFGL has their own camp in Afghanistan and only Libyans attended the camp. The Emir of the camp was ███ ████████ and one of the trainers at the camp was ████████. The camp was located on the outskirts of Jalalabad. RESSAM did not know the name of the camp and had no personal interaction with the camp.

Tunisians did not attend the TFGL camp.

RESSAM did not know of anyone in Canada who was involved with TFGL.

RESSAM had heard of the Tunisian Fighting Group (TFG).

.265A-NY-273861

Ahmed Ressam                                   01/17/2002            9.

While in Afghanistan, RESSAM heard the TFG's main goal is to overthrow the regime in Tunisia. The Emir of the TFG in Afghanistan was a Tunisian who had been to Yemen, but RESSAM could not recall this individual's name.

RESSAM did not recognize the name ▮▮▮▮▮▮▮▮ (ph.).

RESSAM did not know of anyone in Canada who was related to the TFG.

RESSAM was asked if he was aware of anyone, other than ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮, who was involved with false passports. RESSAM provided the name of ▮▮▮▮▮▮▮ as someone who could forge passports.

RESSAM was shown a photograph of ▮▮▮▮▮▮▮▮ (a/k/a ▮▮▮▮▮▮), marked as photograph #4, and identified the individual in the picture as the person he knew as ▮▮▮▮▮▮▮.

RESSAM was shown a photograph of ▮▮▮▮▮▮▮▮ (a/k/a "Cobra"), marked as photograph #5, and identified the individual in the picture as ▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮ sells electronic devices. ▮▮▮▮▮ also buys and sells many things including passports. When asked if ▮▮▮▮▮ can modify passports or if he just buys and sells them, RESSAM replied that ▮▮▮▮▮ does not know how to forge passports, he just buys and sells them.

During RESSAM's time in Montreal, he was not aware of anyone asking for money for *jihad* or training in Afghanistan.

RESSAM was asked if he had heard any discussion on how to raise funds, or received any directions on how to raise money for training camps while he was in Afghanistan. RESSAM replied that the trainees received some instruction on how to use large robbery operations to raise money. There was also discussion on establishing a trade, or using robbery money to set-up a business, to increase income in order to raise money for the camps. However, they did not seek donations as such.

There was some flow of donations from Saudi Arabia. In the early stages a large amount of money came from Saudi Arabia, however, this amount later decreased.

RESSAM was not aware of people being used as couriers to transport things from one country to another.

RESSAM did not know of anyone who carried things such as passports and money to other countries in support of *jihad*.

As part of his training, RESSAM received instructions

265A-NY-273861
Ahmed Ressam                                              01/17/2002            10

      pertaining to the use of the telephone.  Trainees were
told to try to avoid the use of Islamic terminology, to try to have
coded words, and to avoid discussions that would give hints.   It
was also recommended to the trainees that they use cellular telephones
and change their telephone numbers frequently.
The trainees were told that it was better if the telephone is not
used intensively.

      The trainees were told to use telephone booths with caution,
to avoid using the same booth, and to use booths located in places
where people cannot listen to their conversation.
When using a telephone booth, the individual would use money or a
phone card.  The phone cards should be disposed of after their use.

      RESSAM has heard of satellite telephones, but has never
used one.  RESSAM heard of an Arab, from the United Arab Emirates,
at the camps in Afghanistan who was using one.  RESSAM could not
recall this individual's name.  RESSAM never personally saw this
individual use the satellite telephone.

      RESSAM was then questioned regarding instructions given
on the use of mail.  RESSAM stated that you should not send mail
to someone who is under surveillance or suspicion.   If you choose
to send mail to such an individual, you should try to use code and
send the mail to a place that is not under suspicion.  RESSAM also
said you should use the name of a woman or use secret ink.

      RESSAM never took a course on secret ink, but he heard
such a course exists.  A chemical is used that makes it appear the
page is blank.  Then a heat source, such as a lighter, is used to
heat up the paper and interacts with the chemical so that the writing
becomes visible.

      RESSAM did not know specifically if secret ink was used
in Canada, however, he was aware of this method being used.  RESSAM
did not know what chemical was used as part of this process.  RESSAM
knew that different kinds of inks are used in the process.

      RESSAM did not receive instruction on the use of couriers
such as UPS and FedEx.

      RESSAM did not know of anyone in Montreal who used courier
services such as UPS and FedEx often.

      The trainees did not receive training pertaining to the
use of e-mail.  RESSAM did hear that if you used e-mail, you should
use codes.

      When questioned regarding the use of internet cafes, RESSAM
stated that it was said it was good to use an external e-mail facility.

265A-NY-273861
Ahmed Ressam                                    01/17/2002          11

RESSAM did not know of anyone in Montreal who was really good with computers.

Before RESSAM left for Afghanistan, no one knew RESSAM was returning to Canada and he did not tell anyone he was coming back to Canada. While in Afghanistan, RESSAM did not call anyone and tell them he was coming back to Canada.

RESSAM explained that he was not sure if he was going to return to Canada. RESSAM might have gone to Europe and then to Algeria.

When asked when he decided to return to Canada, RESSAM replied that his friends asked him and encouraged him to go to Canada. In the Fall of 1998, ▆▆▆▆ sent a letter, from the camp he was attending, to RESSAM, at the camp RESSAM was attending, and told RESSAM that RESSAM could find a job in Canada. At this point, the purpose of RESSAM returning to Canada was not to conduct a terrorist operation.

It was after RESSAM met with ▆▆▆▆ and ▆▆▆ that he decided to return to Canada to engage in a terrorist operation. At that point in time, ▆▆▆▆ had already left Afghanistan.

RESSAM did not communicate with anyone from Canada after his meeting with ▆▆▆▆ and ▆▆▆.

▆▆▆▆ knew RESSAM was living at the DuFort address in the summer of 1999. RESSAM believed ▆▆▆▆ may have also known that RESSAM was living at that address, however, RESSAM was not completely certain of this fact. ▆▆▆▆ visited RESSAM at this address. RESSAM did not recall ADEL or anyone else visiting RESSAM at this address.

RESSAM stated that ▆▆▆▆, ▆▆▆▆'s brother ▆▆▆, and an Algerian lived at 6585 du Parc. When asked if this individual's name was ▆▆▆, RESSAM stated that he did not know. RESSAM stated that some Algerians lived there, but the only name he could remember was ▆▆▆▆.

When asked why he used Vancouver to cross into the United States, RESSAM replied that his operation was not thoroughly researched. Earlier when RESSAM's friends were planning on joining him, they were planning on living in Vancouver.

It was RESSAM's idea to use Vancouver, because "people like CSIS" were in Montreal and knew of RESSAM in Montreal. RESSAM stated that Montreal was a high surveillance area. Vancouver would be a new town in which RESSAM and his friends were not well known, and the climate in Vancouver was also better. RESSAM and his friends

intended on getting a house on the outskirts of the city.
RESSAM confirmed that by "friends" he meant his fellow cell members
who never made it to Canada.

RESSAM purchased the electronic equipment in Montreal
instead of Vancouver because he had more time available to him to
assemble the equipment in Montreal.  RESSAM stated that all the
electronic equipment was assembled in Montreal and no one helped
him assemble the equipment.

While RESSAM was in Vancouver preparing the chemicals with
████, he did not have contact with anyone else.

RESSAM was asked to explain the statement "busy in Canada",
which he had used in an earlier interview when talking about
manufacturing the explosives.  RESSAM stated that he did not know
what he meant by that statement.  RESSAM stated that he was thinking
a lot about how to do the operation and he was drained.

RESSAM was asked is anyone else besides ████████████
and ████████████ knew about his planning to go to Europe after
his planned terrorist act.  RESSAM replied "no, they thought I was
going to Algeria."  RESSAM did not give details about how he was
going to get to Algeria.  ████████ was asked to arrange the path
for RESSAM to get to Algeria.  ████████ also knew this.

RESSAM was questioned if there were any times when RESSAM
discussed or contemplated a robbery besides his previously reported
discussion with ████████ about an attempted robbery and then the actual
attempted robbery.  RESSAM replied "no".

RESSAM was asked why he seemed to travel so frequently
to Vancouver from Montreal prior to 1999.  RESSAM replied that he
traveled to Vancouver for theft.  RESSAM chose Vancouver because
it was an easy town for stealing.  RESSAM believed Vancouver was
easier than Toronto for thievery.

When questioned regarding the size of the Algerian
community in Vancouver, RESSAM replied there's a small Algerian
community in Vancouver.  Montreal has the largest Algerian community
in Canada and Toronto the second largest.

RESSAM chose the name ████████████ based on individuals
named ████ and ████ whom RESSAM knew in Algeria.

RESSAM did not recall any additional aliases he used other
than those which he had provided during earlier interviews.

Besides RESSAM's cell members knowing his cell name as ████,
RESSAM's friends in Algeria and ████ also knew RESSAM's alias of

██████.

Only ██████ and ████████████ knew RESSAM as REDA.

████████ did not recall if ██████████ gave him a livretto to bring to someone else in the summer of 1999.

████████████████ never asked RESSAM to bring something to ████████████ or ████████ during the summer of 1999.

RESSAM carried the $12,000 he returned from Afghanistan with in his shaving kit. RESSAM placed the money in between the layers of the kit and then sewed the layers closed. When RESSAM arrived in Canada, he kept some of the money with himself and also gave some of it to ████████ to keep. RESSAM kept his money in his pocket for spending money and kept the rest at ████████'s residence. RESSAM initially stated that he did not know where ████████ put the money, but then stated he knew ████████ did not put the money in a bank. ████████ kept it at ████████'s house. RESSAM was not certain, but RESSAM believed that ████████ kept the money where ████████'s clothes were kept.

RESSAM gave the money to ████████, because ████ was a friend, RESSAM highly trusted ████████, ████████ was away from being watched and ████████ was removed from interacting with the community. In addition, RESSAM did not have an apartment at the time and RESSAM was moving around, living with ████ and ████████.

RESSAM was asked if he had received any instructions on handling the money. RESSAM replied that he was told not to keep the money at his house and to keep it in a safe place such as a friend removed from being detected. RESSAM was also told to rent a house in a far away place under a false name.

RESSAM was also asked if any instructions were given on how to carry money. RESSAM stated that he did not have much information on this. RESSAM stated that he knows to transfer money, a person should carry the money on themselves, but this is a dangerous thing to do. RESSAM stated that sometimes people would put the money in luggage, in bags or on their person.

RESSAM's cell did not consider any targets in Canada.

RESSAM never heard Canada being mentioned as a target during his time in Afghanistan. RESSAM heard of the United States being a target. RESSAM stated that Canada is not on the list of targets.

RESSAM left Afghanistan after Ramadan. RESSAM's route of

travel was Afghanistan to Pakistan to Thailand to South
Korea to the United States to Vancouver, Canada. The trip from
Pakistan and thereafter was arranged by ABU ZUBAYDA. When RESSAM
arrived in Pakistan, he met with ABU ZUBAYDA in a house in Islamabad.
ABU ZUBAYDA arranged for the tickets, visa and stamps that RESSAM
would need to complete his journey.

When asked if anyone other than ABU ZUBAYDA assisted him,
RESSAM replied that he received assistance from ABU ZUBAYDA's
assistants, such as the Afghani individual who led RESSAM from
Afghanistan to Pakistan, and an Algerian named _____ who purchased
the tickets and arranged the rest of the trip, including a taxi ride
to the airport.

RESSAM traveled alone from Pakistan to Thailand.

RESSAM did not transit through Europe because he was
worried about having to check through Canadian Immigration in Europe.
RESSAM was worried because he was carrying money and other things
with him and Canadian Immigration would check an individual before
they boarded the plane.

RESSAM was asked why he was worried about Canadian
Immigration when he had a real Canadian passport with him. RESSAM
replied that he did not want to go through Immigration because he
had money and chemicals among his possessions. RESSAM added that
if he had been stopped in the Far East, he knew they would let him
through if he gave them some money "under the table".

_____ and _____ were the only individuals
from Canada whom RESSAM met while in Afghanistan.

The following are individuals in Canada whom RESSAM is
aware of having gone to Afghanistan for training: _____ (previously
identified in earlier interviews as _____ ),
_____ (previously identified in earlier interviews as
_____ ), and _____ (previously
identified in earlier interviews as _____ ).

_____ was in Bosnia but not Afghanistan.

RESSAM described _____ as 40 years old, dark
skinned, medium build, approximately six feet tall, with no glasses.
RESSAM saw _____ approximately one or two times when _____
came as a visitor to Khalden camp. _____ was visiting _____,
the main person at the camp. _____ was also checking on the
security of the camp. _____ was a veteran of the Afghani war
and gave lessons in technical matters related to operations, such
as how to establish cells, performing operations, and security for
yourself and your cells. _____ gave most of his lesson at Khost.

        ███████ RESSAM did not talk to ████████, but RESSAM knew who
██████ was by discussions about him.

        ██████          ████████ was respected and was regarded as "capable".
██████ would be considered a leader.  RESSAM did not know the
standard of the classes given by ████████.

        RESSAM had no information on whether or not ██████ had
followers.

        RESSAM did not know if anyone in Canada knows of or has
contact with ████████.

        RESSAM did not know if ████████ set up a camp for Tunisians.

        RESSAM had never heard of a camp being set up in Afghanistan
especially for Tunisians.

        RESSAM did not contact anybody in Canada while he was in
Afghanistan.

        On one occasion RESSAM did ask someone to contact someone
in Canada on his behalf.  Specifically, RESSAM asked ████████ to bring
a letter to ██████.

        RESSAM never asked someone to telephone Canada.

        RESSAM never mailed anything to Canada.

        RESSAM did not see any nuclear/chemical/biological weapons
being tested in Afghanistan, other than the cyanide experiments he
had discussed in earlier interviews.

        RESSAM had not heard of any Pakistani nuclear scientists
in Afghanistan.

        When asked if he had ever met Somalian or Yemeni nationals
in Afghanistan, RESSAM replied that he had met Yemeni individuals.
RESSAM replied that there were many Yemeni individuals who came
for training and named █████ and ████████ as examples.  RESSAM did
not know of any Yemeni individuals who had lived in Canada prior
to their arriving at the camp.

        RESSAM did not know of any of these Yemeni's traveling to
Canada.

        RESSAM did not take the "big course" on poisons.  The
individual who conducted the cyanide training RESSAM attended was
an Algerian named ██████████████.  RESSAM did not know what

265A-NY-273861
Ahmed Ressam                                    01/17/2002        16

███████████  background was before ███████  arrived in
Afghanistan.

RESSAM was questioned about ██████████████ and ██
██████. RESSAM stated that ██████ is foremost experienced with
chemicals. ██████████ came for training and took another course in
chemicals to improve himself. ██████████ was interested in learning
and studying chemistry. ██████ had his own camp which ████████
attended.

Chemical training was not provided to everyone. A selected
group of individuals was chosen to receive chemical training. These
individuals were chosen based on their trustworthiness and their
desire/tendency to learn. However, the most important factor was
trustworthiness.

RESSAM did not know if there were any special sessions
of chemical training.

RESSAM was questioned about previous statements in which
he said Algerians and Arabs trained at different camps. Specifically,
RESSAM was asked if the training was different. RESSAM replied that
they all trained at Khalden. At the end, there was an effort to
establish a separate camp, but this did not happen. Many
nationalities were all trained at the same camp.

Training at the camp included lectures and practical
applications. If the opportunity to do practical applications was
not available, then more theory would be covered.

Although the trainees were never given written manuals,
there were books available for reading. RESSAM did not know any
of the names of the authors of these books.

Some training related to the health and safety issues of
handling chemicals was provided. The trainees were taught such things
as wearing a face mask and gloves, and leaving clothes worn while
mixing chemicals at the mixing location and not placing them with
other clothes.

Training was also provided on the transportation of
chemicals. Students were told not to drop or shake highly explosive
chemicals, and instructed that it is better to dissolve the chemicals
in acetone for transport and then extract the chemicals after
transport.

RESSAM did not recall any scenarios regarding the use of
cyanide other than the previously discussed method of placing the
cyanide by air vents.

265A-NY-273861
        Ahmed Ressam                                01/17/2002        17

        RESSAM stated that toxins other than cyanide were also
discussed but he could not recall the names of these toxins.

        RESSAM did not recall being taught how to obtain cyanide
or other chemicals.  RESSAM knows how to obtain explosive materials.

        RESSAM was asked if issues such as wind and weather
affecting the use of things like cyanide were discussed.  RESSAM
replied it would be used in a place where there was a vacuum and
no wind, such as a room with a door.  RESSAM witnessed cyanide being
used on a dog.

        RESSAM was asked to describe the nature of chemicals that
would be used in the assassination if VIP's and intelligence officers.
RESSAM stated that someone would use poisons such as cyanide and
other poisons whose names RESSAM did not know.  RESSAM only engaged
in cyanide experiments.  RESSAM did not know where the cyanide was
obtained and speculated that it may have come from Pakistan.

        RESSAM was asked if he knew if the method of using toxins
on door knobs was ever used in an operation.  RESSAM replied that
this method was given in the camps as a theory, but it was not done
as a practical experiment.

        When questioned regarding how ▨▨▨ removed the stamps
from passports, RESSAM replied that according to what he heard,
did not take the stamps off of the pages, but instead, ▨▨▨ took
the pages out of the passport and put new ones in their place.  RESSAM
did not know the method used by ▨▨▨ to replace the pages.

        RESSAM did not know if chemicals are used in the altering
of passports.

        RESSAM left Afghanistan with the "fireballs" he previously
discussed instead of just trying to buy them in Canada, because it
would be difficult to find them in Canada.  ▨▨▨ provided some
information on how to carry them, and RESSAM came up with the idea
of carrying the chemicals in bottles.

        RESSAM was not aware of any other methods to transport
chemicals of that nature.

        RESSAM did not hear about anyone other than ▨▨▨
▨▨▨ conducting an operation in Canada.  RESSAM never heard of
someone discussing an operation in Canada.

        RESSAM met ▨▨▨▨▨▨ in approximately 1994, shortly
after RESSAM's arrival to Canada.  The meeting occurred by accident
at a building on St. Trubert.  ▨▨▨, ▨▨▨, and ▨▨▨ were
there, and RESSAM was going to visit them.  RESSAM described his

265A-NY-273861

Ahmed Ressam                                01/17/2002            18

contact with [REDACTED] as casual, daily talk.

RESSAM made contact with [REDACTED] approximately one or two days after RESSAM returned to Vancouver from Afghanistan.  RESSAM did not recall if RESSAM contacted [REDACTED] personally or if [REDACTED] called [REDACTED].  RESSAM stayed at [REDACTED] s place and the rest of the time RESSAM stayed with [REDACTED] at [REDACTED] 's residence at 12th and Oak.

[REDACTED] 's associates at that time included two young, Algerian men named [REDACTED] and [REDACTED] whom [REDACTED] was living with, a tall, Algerian male whose name RESSAM could not recall, and a few other individuals who would come and go.

When RESSAM lived with [REDACTED], no one else lived with them except for guests coming to stay. These guests included [REDACTED], [REDACTED], and [REDACTED].

None of the individuals living with [REDACTED] knew RESSAM was in Afghanistan, and none were involved with *jihad*.  RESSAM described their relationship with [REDACTED] as "they shared the cost of the apartment".

[REDACTED] had a close relationship with [REDACTED].  RESSAM did not know if [REDACTED] and [REDACTED] engaged in criminal activity together.

RESSAM did not know if [REDACTED] was involved with *jihad*, and RESSAM did not talk to [REDACTED] about *jihad*.

[REDACTED] and [REDACTED] are not close to [REDACTED].  [REDACTED] knew them as a result of them coming to visit [REDACTED] or the unidentified tall, Algerian male.  These individuals did not talk about *jihad*.

[REDACTED] worked at a McDonald's in Germany.  RESSAM did not know the name of the city in which the McDonald's was located.  RESSAM did not know who [REDACTED] knew in Germany, and never really discussed this with [REDACTED].

RESSAM did not know if [REDACTED] ever saw [REDACTED] in Germany.

While RESSAM did not believe that [REDACTED] was involved in *jihad*, RESSAM did not know this for certain, and stated that he had no information on this matter.

[REDACTED] knew [REDACTED], however, RESSAM did know how close [REDACTED] was to [REDACTED].

[REDACTED] talked to RESSAM about [REDACTED] and told RESSAM that [REDACTED] was in Germany, Algeria, and Britain and then came to Canada.

265A-NY-273861
Ahmed Ressam                                    01/17/2002        19



RESSAM did not remember ▮▮▮ saying ▮▮▮ was in Germany with ▮▮▮, and did not know if ▮▮▮ and ▮▮▮ were in Germany at the same time.

▮▮▮ and ▮▮▮ knew each other through ▮▮▮ and RESSAM, but did not have a tight relationship. ▮▮▮ came from Vancouver to Montreal to see ▮▮▮, got to know RESSAM and the others, and then got to know ▮▮▮ (aka ▮▮▮). RESSAM did not know how ▮▮▮ and ▮▮▮ knew each other.

RESSAM was living with ▮▮▮ when ▮▮▮ came to ▮▮▮'s residence for the first time.

▮▮▮ knew ▮▮▮, however, they did not have a close relationship. ▮▮▮ and ▮▮▮ would meet by accident on the street, in the mosque or at ▮▮▮ and RESSAM's residence. RESSAM did not know how ▮▮▮ and ▮▮▮ knew each other.

▮▮▮ knows ▮▮▮, however, they did not have a close relationship. ▮▮▮ and ▮▮▮ would meet by accident.

▮▮▮ is not close to ▮▮▮.

When asked if ▮▮▮ was ever involved in *jihad*, RESSAM replied that he did not know much about ▮▮▮. RESSAM never heard about ▮▮▮ having a relationship with the "brethren" in Algeria. RESSAM never heard of ▮▮▮ training in Afghanistan.

RESSAM has met ▮▮▮. RESSAM did not believe that ▮▮▮ knew of RESSAM going to Afghanistan.

RESSAM did not recall seeing ▮▮▮ upon RESSAM's return from Afghanistan.

RESSAM was not aware of ▮▮▮ traveling to the United States. According to RESSAM's knowledge, ▮▮▮ never traveled.

In approximately 1997, RESSAM and ▮▮▮ discussed *jihad*. RESSAM and ▮▮▮ discussed Afghanistan and the training that occurred there, and ▮▮▮ showed a desire to go to Afghanistan for training. In the beginning, RESSAM and ▮▮▮ were thinking about going to Afghanistan together. RESSAM did not know why ▮▮▮ did not go to Afghanistan. ▮▮▮ told RESSAM "just go and I'll try to meet you there later." No one else was present when RESSAM and ▮▮▮ were having their discussion.

RESSAM chose to have ▮▮▮ help him in Vancouver because ▮▮▮ was RESSAM's best friend and RESSAM trusted him.

265A-NY-273861
Ahmed Ressam                                    01/17/2002              20



███ did not have any knowledge of chemicals since ███
did not have any training in this subject area.

RESSAM met ██████████ in approximately 1995, in Montreal,
as █████ came to Canada from Germany.  ████████ came to visit at
RESSAM's residence at Delorimier.  ████████'s friend ████████ (not
████ ██████ ) was with ████████.  ████ and ████████ knew each
other from Germany and RESSAM believed that they came to Canada
together.

████████ studied constructional engineering in Algeria.

████████ played soccer very well.

████████ was not involved in *jihad* in Algeria.  ████████
was not involved with the "brethren".

When asked if ████████ had ever received *jihad* training,
RESSAM replied that ████████ had no relationship with *jihad*.

████████ never wanted to go to Afghanistan.

████████'s associates in Canada included RESSAM, ████████,
████ and ████.

RESSAM stated that ████████ "chose his own path".  ████████
was a serious person, got married and worked on maintaining his life.

RESSAM had no knowledge of ████████'s contacts outside of
Canada, except for ████████'s family in Algeria.

RESSAM had no knowledge of ████████ having a computer.

████████ is well educated and knows how to use a computer,
however, RESSAM did not know ████████'s level of computer knowledge.

RESSAM described ████████ as a "good man", a "family man".

RESSAM was asked what ████████ was doing in Montreal prior
to RESSAM leaving for Afghanistan.  RESSAM replied that sometimes
████████ would steal.  ████████ was living with his wife, receiving
welfare and looking for a job to settle down.

RESSAM believed that ████████ learned of RESSAM's intention
to go to Afghanistan after RESSAM had already left for Afghanistan.

RESSAM initially stated that he guessed that ████████ told
████████ of RESSAM's travel to Afghanistan, but then stated that he
knew that ████████ was aware of RESSAM's travel to Afghanistan because

Ahmed Ressam                                        01/17/2002          21



███████ told RESSAM that ███████ told ███████.  RESSAM believed that ███████ told RESSAM this while RESSAM and ███████ were in Afghanistan together.

RESSAM did not tell ███████ about RESSAM's training in Afghanistan.  RESSAM and ███████ have not discussed Afghanistan.

RESSAM did not know if ███████ was involved in stealing while in Vancouver.

RESSAM did not believe that ███████ took money and provided it to jihad while ███████ was stealing in Montreal.

RESSAM did not believe that ███████ provided money to jihad.

When asked how he knew that ███████ and ███████ never provided money to jihad, RESSAM replied that he never heard of or saw them providing money to jihad.

The only person whom RESSAM knew was a friend/associate of ███████'s in Vancouver was ███████.

███████ did not know that RESSAM had a Canadian passport to use in his travel to Afghanistan.

RESSAM knew that ███████ had moved to Vancouver from Montreal because before RESSAM left for Afghanistan, ███████ told RESSAM and others that he was planning on going to Vancouver.

RESSAM did not know why ███████ moved, but speculated that perhaps ███████ wanted to start a fresh life there.

RESSAM did not remember how he received the mail that had been sent to ███████'s house under the name of ███████.  RESSAM received the insurance card, but did not remember if he went to ███████'s house to pick it up.  RESSAM did not know how ███████ knew the card was for RESSAM.

███████ did not have any information relating to RESSAM's operation.

RESSAM never told ███████ that RESSAM was going to the United States.

RESSAM did not remember how he explained the name ███████ ███████ being on the letter that was sent to ███████'s house.

RESSAM did not know if ███████ knew ███████ was RESSAM's alias.



████    knows ████  ████, but RESSAM did not know if
████ and ████ had a close relationship.

RESSAM did not know if ████ maintained contact with
████ after ████ was deported.

████ knows ████. RESSAM met
through ████, ████ and ████. ████ was not aware
of RESSAM going to Afghanistan.

RESSAM did not know if ████ or ████ knew people
who lived in the United States.

RESSAM guessed that ████ knew ████, but
was not certain of this fact. RESSAM stated that ████ and
████ do not have a relationship, but perhaps they know each
other.

RESSAM met ████ at Delorimier. ████ took ████ to
RESSAM's apartment in the summer of 1995 or 1996.

████ knew ████ through Bosnia, and RESSAM believed that
████ and ████ fought together in Bosnia. ████ and ████ had good
relations, however, RESSAM could not tell the level of their
relationship. ████ resided with RESSAM and ████ for a short period of
time in approximately 1995 or 1996. ████ had no place to go and
████ brought him over.

████ stayed in Montreal for approximately two to three
months and then went to Vancouver. While in Montreal, ████ stayed
at RESSAM's residence and "scouted around".

RESSAM did not know why ████ moved to Vancouver.

RESSAM did not know how ████ met ████.

████, ████ and ████ lived together.

RESSAM, ████ and ████ maintained contact with ████ via
telephone for a while once ████ went to Vancouver, and then the contact
stopped. RESSAM believed that ████ may have had a verbal disagreement
with ████.

RESSAM saw ████ one time in Vancouver in 1996. RESSAM
believed that this was the only time he saw ████ in Vancouver.

████'s associates in Canada included ████ and ████.

███ had contacts in Bosnia and Europe, but RESSAM did not have specific information pertaining to these contacts. RESSAM guessed that these contacts were with "al *jihad*".

███ had an associate named ███ in Australia. ███ was involved with *jihad* and "brethren", however, RESSAM did not know which specific group. RESSAM did not know anyone else in Australia with whom ███ associated.

RESSAM believed that ███ and ███ also knew ███.

███ told RESSAM that ███ intended to travel to Canada. RESSAM stated that this was a long time ago. ███ was contacting ███ and trying to get him to come to Canada. ███ did not come to Canada. RESSAM did not know why ███ did not come to Canada. RESSAM did not know for certain why ███ was trying to get ███ to come to Canada.

RESSAM heard that ███ had been in Yemen and Sudan. While in Yemen, ███ studied religion and received some training in military or sports like karate. RESSAM did not remember the year in which ███ had been to Yemen. RESSAM did not know when ███ was in Sudan and did not know what ███ did while in Sudan.

███ was involved in *jihad* while in Algeria. ███ was with jama'ah in Algeria, but RESSAM did not know exactly what ███ was doing.

RESSAM did not know what ███ did in Europe and did not know if ███ had been sent there for an operation.

███ had stated that he received a high level of training in Afghanistan. ███ was trained on all levels, including ideology, weapons and explosives. RESSAM did not know the names of ███'s trainers. RESSAM did not know what camps ███ attended. ███ received his training during the Soviet-Afghani war.

RESSAM confirmed that he had previously stated that ███ was in France and left due to problems, but RESSAM stated that he did not know if these problems were due to the Metro bombing. RESSAM did not know what ███'s problems were in France.

Although some discussion of the Metro bombing occurred while RESSAM was in Canada, there was not much discussion on this topic. RESSAM heard no discussion of the Metro bombing while in Afghanistan.

While in Afghanistan, RESSAM heard talk of ███. Some Algerian and Tunisian individuals who were in Bosnia knew of ███. Two of these individuals were ███████████ and ███████████

265A-NY-273861
Ahmed Ressam                                    01/17/2002        24



████████.

RESSAM did not know if ████ knew ████████████.

RESSAM believed ████ went to Ireland because ████ had some
trouble in Vancouver with the Canadian authorities.  RESSAM did not
know if ████ knew anyone in Ireland.

Although ████ never told RESSAM why ████ came to Canada,
RESSAM speculated that ████ came to Canada to fix his paperwork so
he could get Canadian documentation in case he needed it for a
*jihad*-type operation.

RESSAM could not recall if ██████ discussed ████ with him.

RESSAM did not know if ████ discussed going to Japan.

RESSAM did not know if ████ returned to Canada after going
to Ireland.  RESSAM did not know when ████ left Canada, and RESSAM
did not see ████ in 1999.

RESSAM heard, via other individuals, that ████ knew ████.
RESSAM did not know how ████ and ████ met and he did not know the
level of their relationship.

RESSAM did not believe that ████ knew ████████.

████ came from Europe with a false passport.

RESSAM did not know ██████████████.

██████████ activities in Montreal included collecting
welfare and sometimes working when he could find jobs.

██████████ associates included ██████, ████; RESSAM,
████, ██████ and ████.

RESSAM described his contact with ██████████ after RESSAM
returned to Vancouver in 1999 as a "normal relationship".  RESSAM
saw ██████████ very remotely by chance and they did not do much
together.

██████████ was not in contact with ████ in Vancouver
in 1999.

██████████ did not assist RESSAM with RESSAM's planned
terrorist act.

RESSAM did not discuss RESSAM's training in Afghanistan
with ██████████.  RESSAM told ██████████ that RESSAM was in Germany

265A-NY-273861

Ahmed Ressam                                01/17/2002          25

and Europe.

RESSAM did not believe that ▇▇▇ told ▇▇▇▇ that RESSAM was in Afghanistan.

▇▇▇▇▇▇ was not close to ▇▇ .

▇▇▇▇▇▇ was not close to ▇▇ .

RESSAM did not know if ▇▇▇▇▇ had been involved in jihad in Algeria.

RESSAM never discussed jihad with ▇▇▇▇ .

RESSAM did not believe that ▇▇▇▇▇ traveled outside of Canada once ▇▇▇▇▇ arrived there.

▇▇▇▇▇ never discussed going to Afghanistan.

The first time RESSAM met ▇▇ was in Montreal in approximately 1995 or 1996. RESSAM met ▇▇ through ▇▇ and would sometimes see him at Al Sunna Mosque.

▇▇ knew a large number of people in Montreal, but RESSAM did not know these individuals' names.

RESSAM did not believe that ▇▇ knew ▇▇ .

▇▇ knew ▇▇ .

RESSAM did not know about ▇▇ 's activities in Montreal.

RESSAM did not have much contact with ▇▇ and when RESSAM did meet with ▇▇ , it was by accident.

RESSAM heard that ▇▇ 's mother lives in France.

▇▇ has brothers, however, RESSAM does not know ▇▇ 's brothers or where they are located.

RESSAM did not remember when he first met ▇▇▇▇ . RESSAM did not see ▇▇▇▇ in Vancouver in 1999. RESSAM had no knowledge about ▇▇▇▇ smuggling people in and out of Canada. RESSAM was shown a series of photographs by CSIS and asked to provide information on anyone he recognized. RESSAM did not recognize the following photographs:

#6:  ▇▇▇▇
#9:  ▇▇▇▇
#10: ▇▇▇▇



#12:
#13:     
#15:

RESSAM initially stated that he did not recognize the individual in photograph # 8 (                    ), but then stated that the individual in the photograph resembled the person ▆▆▆ who came to the house with ▆▆▆.



RESSAM identified the individual in photograph # 7 (▆▆▆▆▆) as ▆▆▆▆.

RESSAM identified the individual in photograph # 11 (▆▆▆▆) as ▆▆▆▆▆.

RESSAM identified the individual in photograph # 14 (▆▆▆ a/k/a                    ) as ▆▆▆▆▆▆.

RESSAM did not recognize the names ▆▆▆▆▆ or ▆▆▆▆▆.

RESSAM did not know anyone who engaged in smuggling via Vancouver.

RESSAM did not ask for help with smuggling people in and out of Canada.

RESSAM did not know if ▆▆▆ ever asked for help in smuggling people in and out of Canada.

RESSAM first met ▆▆▆ in Montreal in approximately 1996. RESSAM believed that ▆▆▆ came to the house on Delorimier for a visit with ▆▆▆ during Ramadan.

RESSAM did not know if ▆▆▆ used the alias ▆▆▆▆▆.

▆▆▆ used the alias ▆▆▆▆▆. RESSAM was not aware of anyone else using this alias.

▆▆▆'s true name is ▆▆▆▆▆.

RESSAM did not decide to live with ▆▆▆. RESSAM was living with ADEL and ▆▆▆▆ on Malicorne and ▆▆▆ came and started living with them at this location.

RESSAM knew that ▆▆▆ was in Europe, but stated that he did not know much about ▆▆▆'s activities in Europe. RESSAM did not know if ▆▆▆ was involved with the brethren in Europe.

265A-NY-273861

Ahmed Ressam                                    01/17/2002          27

RESSAM did not believe that ▇▇▇ was involved in any operations in Europe.

RESSAM believed that ▇▇▇ was in Belgium and Spain. ▇▇▇'s brother lived in Belgium.

RESSAM did not know ▇▇▇'s contacts in Spain.

▇▇▇ had some family in France, but RESSAM did not know what specific family members were there.

▇▇▇ knew ▇▇▇ in Bosnia.

When asked if there were any people in Canada who had been with ▇▇▇ in Bosnia, RESSAM replied that he believed ▇▇▇ ▇▇▇ was in Bosnia with ▇▇▇.

RESSAM did not remember if there was anyone near Toronto who had fought in Bosnia.

RESSAM could not recall if ▇▇▇ had ever mentioned the name ▇▇▇.

▇▇▇ came to Canada from Bosnia by ship from Europe. RESSAM heard that ▇▇▇ transited through Holland.

▇▇▇ came to Canada because he was sick and needed medical treatment.

▇▇▇ would call his friend ▇▇▇ in Bosnia. ▇▇▇ tried to help ▇▇▇ get to Canada. ▇▇▇ sent a passport to ▇▇▇ through a French immigrant named ▇▇▇. ▇▇▇ was living in France at the time but was originally from Algeria. RESSAM believed the passport was fraudulent.

▇▇▇ was not able to get to Canada due to problems with Canadian immigration authorities who stopped him in Malaysia or Indonesia.

▇▇▇ had contacts in England as a result of his contacts in Bosnia. ▇▇▇'s contacts in England were Algerian, however, RESSAM did not remember their names.

RESSAM did not have much contact with ▇▇▇ after ▇▇▇ was deported from Canada. RESSAM tried to contact ▇▇▇ but it was difficult to do so. RESSAM would call an office and leave a message for ▇▇▇. ▇▇▇ lived outside the city and would come and pick up his messages. RESSAM speculated that perhaps ▇▇▇, ▇▇▇, and ▇▇▇ also contacted ▇▇▇.



When asked if anyone from Canada ever sent anything to ██████, RESSAM replied that he heard ████ talking about ████████ clothes being sent to him. RESSAM did not knew who actually sent the clothes.

RESSAM and ████████ talked to ████ in 1999. ████████ and ████ may have also talked to ████ in 1999. ████ said he would talk to ████ and tried to contact him.

RESSAM did not recognize the individual in photograph # 16 (███████████████ a/k/a ██████████████).

RESSAM did not have any contact with ████ while RESSAM was in Afghanistan.

RESSAM did not hear anyone other than RESSAM's cell talk about ████ while RESSAM was in Afghanistan.

████ did not talk to ████ while ████ was in Afghanistan.

████ and RESSAM sent a letter to ████ shortly after RESSAM's arrival in Afghanistan. They sent one letter and did not send a picture.

████ did not send anything to RESSAM while RESSAM was in Afghanistan.

RESSAM estimated that he telephonically communicated with ████ on approximately three occasions after RESSAM returned to Canada in 1999. Sometimes RESSAM would call and ████ would not be there and vice versa.

RESSAM was asked when ████ asked him to go to Europe to conduct operations. RESSAM stated that this was not what happened. RESSAM's understanding was that ████ had an idea to smuggle weapons between Spain and Morocco. ████ told RESSAM that these were his intentions prior to ████ leaving for Bosnia. RESSAM was not certain if ████ was attempting to get weapons to the "jama'ah" in Algeria or to help with something in Morocco. RESSAM spoke to ████ in approximately the summer of 1999 when ████ was in Bosnia and ████ mentioned RESSAM coming to Europe and brought up the idea of bringing guns. The first conversation where ████ and RESSAM disussed smuggling weapons occurred prior to RESSAM going to Afghanistan.

████ had intentions of returning to Canada but he never did. RESSAM did not know if anyone else was aware of ████'s intention of returning to Canada.

████ and ████ knew that RESSAM was talking to ████ in Bosnia.



▆▆▆▆ was married and living with his family in Bosnia.

▆▆▆▆ did not go to Afghanistan after he was deported from Canada.

RESSAM did not know if ▆▆▆▆ went anywhere other than Bosnia after he was deported from Canada.

RESSAM proceeded with his planned terrorist operation without ▆▆▆▆ because it was taking a long time for ▆▆▆▆ to get back to Canada. RESSAM had asked ▆▆▆▆ to come back to Canada and ▆▆▆▆ said he would try.

When asked who decided ▆▆▆▆ would be part of the cell, RESSAM replied that ▆▆▆▆ told RESSAM in a letter to look at the possibility of ▆▆▆▆ being made part of the cell. However, no final decision was made on this matter.

▆▆▆▆ knew ▆▆▆▆ was being considered to be part of the cell because RESSAM talked to ▆▆▆▆ about this matter. ▆▆▆▆ said he would consider the issue. The only people in the cell who knew ▆▆▆▆ were RESSAM and ▆▆▆▆.

RESSAM wanted ▆▆▆▆ as part of his cell because ▆▆▆▆ was a veteran and had extensive experience.

RESSAM did not remember if he ever heard anyone talk about ▆▆▆▆ while RESSAM was in Afghanistan.

RESSAM was asked if his plan was to have ▆▆▆▆ on the ferry with him. RESSAM stated that if ▆▆▆▆ had been with him, he probably would have chosen another method of travel. RESSAM probably would have traveled to the United States with ▆▆▆▆ and prepared everything in the United States instead of in Vancouver.

RESSAM did not specifically state to ▆▆▆▆ that RESSAM wanted ▆▆▆▆ as part of his cell. RESSAM kept the conversation general in nature and told ▆▆▆▆ to come to Canada and they would discuss issues.

RESSAM would have used ▆▆▆▆ in all aspects of his planned terrorist act, to include, thinking, preparation, and performance of the act. In RESSAM's thinking, ▆▆▆▆ would have come to the United States with RESSAM.

RESSAM believed that he told ▆▆▆▆ about his intentions of using ▆▆▆▆ as part of RESSAM's planned terrorist act.

RESSAM told ▆▆▆▆▆▆ regarding his intentions of using

Ahmed Ressam                                01/17/2002          30

███████ as part of RESSAM's planned terrorist act.

RESSAM did not recall exactly what he told █████ and █████████
██████████ regarding RESSAM's planned use of ██████. RESSAM did not recall
telling anyone else about RESSAM's planned use of ██████.

In approximately the same week as when RESSAM returned
to Vancouver from Afghanistan, ████████ informed RESSAM that ████████
had been deported from Canada.

RESSAM did not know when ████████ found out about ████████'s
deportation.

███████████ was not involved in *jihad* in Algeria or anywhere
else before ████████ came to Canada.

RESSAM did not know the exact time when ████████ left Algeria,
but stated that it was sometime in the early 1990's. ████████ departed
Algeria with other young men due to the economic crisis that was
occurring in Algeria. ████████ came to Canada for the same reasons
as RESSAM.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

## Ressam 302 1/19/2002

SECRET/NOFORN

02/20/02

On January 19, 2002, AHMED RESSAM was interviewed at
the offices of the United States Attorney, Southern District of
New York.  Also present for the interview were AUSA
█████ (Southern District of New York), █████████ (Assistant
Public Defender), ███████████████████████████████, and
████████████ (Arabic Translator).  The interview was conducted
in Arabic.  RESSAM provided the following information:

RESSAM explained that all of the members of his
Algerian cell planned to travel to Canada.  RESSAM advised that
it had not been decided if the cell would settle in Montreal,
Vancouver, or another place in Canada.  The cell planned to
settle together as one group at one location.

The members of RESSAM's cell would communicate by
telephone.  RESSAM advised that ██████████ ( █████ ) and ████
████████ ( █████ ) both had cellular telephones.  RESSAM planned to
either meet █████ and █████ once they arrived in Canada or
RESSAM would have given █████ and █████ his telephone number so
they could contact RESSAM when they arrived in Canada.

With the exception of █████ and █████, the members of
RESSAM's cell did not know anyone in Canada.

RESSAM explained that his cell would rely on RESSAM to
get settled in Canada.  Once the entire cell arrived in Canada,
they would all work together and cooperate.

RESSAM did not tell ████████████ ( ███████ ),
████████████ ( █████ ), or ██████████ ( █████ ) that
RESSAM was hoping that █████ would come to Canada to help the
cell.

RESSAM does not recall if anyone called Canada on his
behalf while he was in Pakistan to advise of RESSAM's planned
return to Canada.  RESSAM did not ask anyone in Pakistan to call
anyone in Canada on his behalf.

When RESSAM first arrived in Pakistan he contacted
████████'s brother, ███████████ ( █████ ) and asked that █████
contact █████ in Canada.  █████ was in Belgium.  RESSAM asked

01/19/02          New York, New York

█████████████████████████          02/20/02

█████████████  mRAFMANI that RESSAM arrived and that RESSAM was          2
fine.  RESSAM referred to himself using the fake name "█████"
when he spoke with ████.  RESSAM did not tell ████ that RESSAM
was in Pakistan.  To the best of RESSAM's recollection, this was
the only instance that RESSAM had a message passed for him.

          RESSAM explained that RESSAM did not contact ████'s
house directly because RESSAM was aware that ████'s house was
being watched.

          RESSAM is not aware if ████ ever had messages passed
for himself.

          RESSAM does not recall if he ever spoke to ████ about
training camps but RESSAM thinks that ████ was aware that RESSAM
had attended training camps.

          At the time RESSAM left Montreal to travel to Vancouver
prior to his operation, RESSAM told various people in Canada,
including Mr. ████ and ███████ (████), that RESSAM was
traveling to Toronto.  RESSAM explained that he did this to hide
his actual plans.  RESSAM informed these people that RESSAM had
business to conduct in Toronto.

          RESSAM does not know if ████ was involved in jihad in
Algeria or if ████ had any involvement with the brethren.
RESSAM does not know anything about ████'s activities in France
or if ████ had ever been arrested in France.  RESSAM does not
know if ████ has ever trained in Afghanistan.  RESSAM explained
that he does not know very much about ████.

          RESSAM has no knowledge of ████'s brother, █████,
█████, but RESSAM heard that ████ had a brother in Algeria.
RESSAM heard that ████ had a brother in Algeria who was involved
in jihad, but RESSAM does not know with which group ████'s
brother is associated.  RESSAM does not know what type of
involvement ████'s brother has with jihad or the type of
training his brother had attended outside of Algeria.

          During his time in Canada, RESSAM saw videos of jihad
training and of preparation for operations.  RESSAM recalled that
he saw some of these videos while he was at his Malicorne
apartment.  On one occasion, ████ brought a video to RESSAM's
apartment.  The video depicted training and portions of an
operation, but RESSAM does not know where ████ obtained the
video.  RESSAM stated that he could hear the sound of gunfire on
the video.  RESSAM does not know who filmed the video and RESSAM
does not know where the video is currently located.

          RESSAM advised that ████ also saw the video that
█████ brought to RESSAM's apartment.  RESSAM does not know who
else may have seen the video.

          RESSAM had also seen a different video in Canada which

███████████ on ███ the Afghanistan-Russian War01/██SSAM                     3
believes that  ███████  possessed this video.   RESSAM does not know
who else viewed this video.

      RESSAM was shown several photographs and was asked if
he could identify any of the individuals depicted in the
photographs.   RESSAM did not identify the following photographs:



2.
3.          , aka ██████
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.          25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.          , aka
40.
41.
42.
44.
45.
46.
47.
48.
49.
51.



```
53.
54.
55.
56.
60.
61.
62.
63.
64.  UNKNOWN
65.  UNKNOWN
66.  UNKNOWN
67.  UNKNOWN
68.  UNKNOWN
69.  UNKNOWN
```

RESSAM identified photograph 1 as ABU ZUBAYDA (ZUBAYDA). Other than ███████ and ███████ RESSAM does not know anyone else in Canada who has had contact with ZUBAYDA.

RESSAM does not know if ███████ or ███████ ever contacted ZUBAYDA via the Internet.

RESSAM discussed his planned operation with ZUBAYDA in "general terms" while RESSAM was in Pakistan. RESSAM advised that ZUBAYDA was aware that RESSAM's operation was to be conducted in the US. RESSAM specifically informed ZUBAYDA that RESSAM's target would be the US.

RESSAM did not telephone ZUBAYDA from Canada to discuss the operation, but RESSAM did speak with ZUBAYDA by telephone while RESSAM was in Canada to discuss passports. RESSAM telephoned ZUBAYDA from pay telephones in Montreal and Vancouver. RESSAM contacted ZUBAYDA once every month or two.

RESSAM stated that he and ZUBAYDA had "normal conversations" and RESSAM wanted to see how ZUBAYDA was doing. RESSAM did not telephone ZUBAYDA to keep him apprised of RESSAM's preparations for his operation.

For a period of time in approximately the end of the summer of 1999, RESSAM did not contact ZUBAYDA. RESSAM speculated that, at that time, ZUBAYDA may have been in contact with ███████. RESSAM believes that during this time frame, ZUBAYDA asked ███████ to find a computer for ZUBAYDA.

RESSAM advised that the last time he saw ZUBAYDA was in the beginning of 1999, in either January or February, in Islamabad, Pakistan. RESSAM does not remember what he and ZUBAYDA discussed during that meeting.

RESSAM believes that the five individuals for whom ZUBAYDA asked RESSAM to obtain passports were Algerians and Pakistanis. RESSAM did not receive photographs of these

████████ dR████████ did not get them passport█1/1█R████M        5
recalled that the five individuals were named ███████     or
██████████, and ABU ZUBAYDA.

These five individuals were in either Afghanistan or Pakistan and they "belonged to ABU ZUBAYDA." RESSAM explained that they were ZUBAYDA's assistants. RESSAM stated that these individuals worked in operations both inside and outside of Afghanistan. RESSAM defined operations as combat missions, military consultations and matters such as finances.

RESSAM met ██████████ when RESSAM was in Pakistan.

RESSAM does not know if the five individuals obtained passports from anyone.

RESSAM has no details about ZUBAYDA's bank accounts. RESSAM does not know if any individuals in Canada deposited money into ZUBAYDA's bank accounts. ZUBAYDA never provided RESSAM with bank account numbers and RESSAM never deposited money into ZUBAYDA's bank account. RESSAM is aware that ZUBAYDA used the alias of TARIK.

RESSAM does not know about ██████████'s activities prior to the time that RESSAM met ██████████. RESSAM does not know where ABU DOHA was prior to 1999.

RESSAM does not know if ██████████ maintains contact with any individuals in Canada besides ██████████ RESSAM does not know how ██████████ and ██████████ maintained contact.

RESSAM only provided ██████████'s telephone number to ██████████ and ██████████. RESSAM does not know if anyone else in Canada would have had ██████████'s telephone number.

RESSAM believes that "cooperation matters" regarding the Algerians were discussed during the December 1998 meeting that took place between ██████████ and USAMA BIN LADEN, but RESSAM does not know details of these discussions. RESSAM does not know if there were discussions regarding Tunisians. RESSAM did hear that attempts were being made to increase the cooperation between Algerians and Tunisians.

RESSAM stated that he does not know why he was asked to obtain a passport for ██████████. RESSAM recalled that the passport he obtained was a French passport and that RESSAM possibly obtained the passport from ██████████ (██████). RESSAM could not recall the name that was on the passport.

RESSAM purchased the passport from ██████ in approximately the summer of 1999 for approximately $150 to $200. RESSAM does not know where ██████ obtained the passport. RESSAM

▮▮▮▮ r▮▮s▮▮r this passport.  RESSAM st▮t▮▮9▮h▮t he did  6
not obtain passports from ▮▮▮▮ frequently.

        RESSAM was questioned regarding his previous statements
that ▮▮▮▮▮▮, traveled to Turkey and met with ▮▮
▮▮▮▮ and ▮▮▮.  RESSAM does not know ▮▮▮▮▮▮'s nationality
and RESSAM does not know if this ▮▮▮▮▮ is the same individual
RESSAM previously identified as the Emir of a training camp in
Afghanistan.

        RESSAM was asked if he recognized several names.
RESSAM did not recognize the following names:





, aka

, aka

RESSAM does not know if ████████ has ever traveled to or maintains contact with any individuals in Canada.

RESSAM first met ██████ in Afghanistan.  RESSAM stated that ██████ was a student at the Khalden camp.  RESSAM recalled that RESSAM later met ██████ in Jalalabad in approximately November, 1998, just prior to Ramadan.

At the time RESSAM met ██████ in Jalalabad, ████████ was a newcomer from Germany.  RESSAM had just completed his training in Afghanistan.  RESSAM and ████ did not discuss operations.  RESSAM does not know if ████ knows any other individuals in Canada.  RESSAM knew that ██████ was going to Khalden camp, but RESSAM does not know what type of training

RESSAM described ██████ as an Algerian. ██████ has never been to Canada and RESSAM does not know if ██████ knew anyone other than RESSAM in Canada.

RESSAM does not recall if he communicated with ██████ after RESSAM returned to Canada from Afghanistan. RESSAM last knew ██████ to be in Britain.

RESSAM described ██████ as an Algerian. ████████ has never been to Canada and RESSAM does not know if ████████ has any contacts in Canada.

RESSAM described ██████ as an Algerian. ██████ has never been to Canada. RESSAM does not know what type of passport ████ was going to use to travel to Canada, but RESSAM thinks that ████ may have traveled from Britain using a French passport. RESSAM does not know if ██████ knows anyone in Canada other than RESSAM.

RESSAM described ██████ as an Algerian. ████ knew ██████. RESSAM stated that ██████ knows ████ from "a long time ago in Afghanistan." ██████ once asked RESSAM how ████████ was doing. RESSAM does not know if ██████ knew ████████ or ████████.

RESSAM stated that he does not know who else ████████ knew in Canada besides RESSAM.

RESSAM first met ████████████ in a guest house in Islamabad. RESSAM has no knowledge about ████████ contacts in Canada. RESSAM stated that ████ was in Afghanistan "a long time ago," during the time of the Russian-Afghanistan War. RESSAM has no knowledge of ████████ travels, but speculated that he may have gone to Algeria.

RESSAM does not know an individual named SHEIKH ████, but RESSAM does know an Algerian from France named ████. RESSAM believes that ████ is from Algeria, but that ████ is a naturalized French citizen. RESSAM met ████ in Afghanistan.

RESSAM does not know any individual in Scotland by the name of ████████.

RESSAM advised that he knows a deaf, mute individual in Montreal, but RESSAM does not know this individual's name. RESSAM met this individual in either 1996 or 1997. This individual arrived in Montreal with a friend of his (NFI). The friend was also a deaf mute. Both of these individuals came to Canada from Europe and they are both Algerians.

RESSAM knows an individual named ████████████

███ Ressam from Morocco. ███ and ███ are ███ friends of ███. RESSAM met ███ once at the Salaam Mosque. On another occasion, RESSAM met ███ at ███ 's house. At the times that RESSAM met ███ RESSAM was living at the Malicorne address. RESSAM does not know if ███ is involved with the brethren.

RESSAM was asked if he is familiar with an individual named ███. RESSAM stated that he knows an individual named ███ but RESSAM does not know ███ last name. ███ is a friend of ███ and lives in Toronto where ███ works at a restaurant. RESSAM does not know at which restaurant ███ works or who owns the restaurant. RESSAM is not aware of ███ involvement with the brethren anywhere and RESSAM is not aware if ███ is involved in criminal activity. RESSAM believes that ███ knows ███. RESSAM stated that he has never heard that ███ is involved with the brethren.

RESSAM knows an individual named ███ ( ███ ). RESSAM knows ███ from Vancouver. ███ is not friends with ███ but RESSAM stated that ███ came by ███ house to visit ███ roommate. RESSAM believes that ███ roommate is named either ███ or ███.

RESSAM believes that ███ resides in Calgary, but that ███ had traveled to Vancouver to interview with Canadian Immigration as part of ███ asylum application. RESSAM only saw ███ on this one occasion. RESSAM recalled that he met ███ before the summer of 1999.

RESSAM was asked if he knows an individual named ███. RESSAM does not know an individual by this name, but RESSAM stated that he does know an individual named ███ (LNU) from Montreal. RESSAM does not know where ███ lived before he arrived in Canada, but RESSAM is aware that ███ is from Algiers, Algeria.

RESSAM met ███ at ███ residence on Du Parc Street in either 1996 or 1997. RESSAM does not know how ███ knows ███ and RESSAM does not know about ███ involvement with the brethren in Algeria.

RESSAM advised that he does not know an individual named ███. However, when RESSAM was asked about ███, RESSAM stated that ███ arrived in Canada with another person. RESSAM advised that he never met this person and RESSAM gave no indication that this individual may have been ███.

RESSAM knows ███ ( ███ ) from Vancouver. RESSAM met ███ at ███ 's house, which RESSAM believes was located at Robson and Davey Streets. RESSAM believes that he met ███ in approximately 1996.

RESSAM did not see ███ again until approximately



██████         RessamRESSAM was in Vancouver to commit2thefts.   10
RESSAM does not believe that ████ is involved with the
brethren.   RESSAM advised that ████ does not pray or follow
religion.

     RESSAM does not know if ████ is involved in any
criminal activities in Vancouver.   RESSAM advised that ████
worked as a chef.

     RESSAM advised that he met ██████████ on one
occasion in Montreal.

     RESSAM identified the individual in photograph 39 as
████████ .

     RESSAM was asked if he is familiar with an individual
named ████████ .   RESSAM stated that he knows and Algerian
named ██████ (LNU) who resides in Vancouver.   RESSAM saw ████
once at a soccer practice in approximately 1996.

     RESSAM was asked if he knows an individual named ████
████ ( █████ ).   RESSAM stated that he is familiar with ████ but
that RESSAM does not recall if he ever met ████ .   ████ is an
associate of ██████ .   RESSAM does not know how ████ and ████
know each other.   RESSAM stated that ████ is not involved in any
criminal activity with ████ .   RESSAM described ████ as
"elderly," stating that ████ is in his late 40s and that ████
has a family.

     RESSAM was asked if he knows an individual named
████████ , aka ████████ .   RESSAM does not know an
individual who uses these names, but RESSAM does know an
individual named ████████ .   ██████ also uses the name
████████ .

     RESSAM was asked if he knows an individual named ████
████████ .   RESSAM advised that he knows an individual named
████████ , but he does not know ████████ full name.   ██████ is an
Algerian who RESSAM knows from the Fatima Mosque.   ██████ cleans
and opens the Mosque.

     RESSAM does not know if ██████ is a friend of either
████ or ████ .   RESSAM identified photograph 43 as the ████████
he knows.   RESSAM does not know if ██████ is involved with the
brethren.

     RESSAM knew an individual named ████████ ( ██████ )
who lived in Canada on Saint Hubert Street near Sherbrooke Street
in either 1994 or 1995.   ██████ was a refugee in Canada and he
was involved in committing thefts.   RESSAM does not believe that
██████ was involved with the brethren.

     RESSAM last saw ██████ in approximately 1995.   At that
time, ██████ had a problem (NFI) with either thefts or
immigration and ██████ returned to Algeria.   RESSAM does not know

███████      █████ ▋Ress█min Spain, but RESSAM does k█░░ ░░▌hat ███████      11
lived in Europe in either 1992 or 1993.

RESSAM knows an individual named ████████ RESSAM
described ██████ as one of his cousins who lived and worked in
Naples, Italy. RESSAM does not know ████████ full name and
RESSAM does not know where ████████ currently lives.

████████ worked in a restaurant in Italy. ████████ was
not involved with the brethren in Europe or Algeria. RESSAM has
not spoken with ████████ since approximately 1996.

RESSAM advised that he never met and does not know
████████ nephew, ████.

RESSAM identified the individual depicted in photograph
57 as ████ (LNU). RESSAM had seen ████████ in Montreal, Canada.
To the best of RESSAM's recollection, ████████ is an Algerian with
blue eyes. ████████ is known to the FBI as ████████████.

RESSAM does not know if ████████ has ever been to
Afghanistan and RESSAM does not know if ████████ ever trained in
Algeria. RESSAM does not know how long ████████ has been in Canada
or if ████ is involved in criminal activities.

RESSAM is not familiar with ████████ friends and RESSAM
does not know if ████████ has any contact with the brethren in
Europe. RESSAM had seen ████████ at the Fatima, Al-Sunna and
Salaam Mosques. RESSAM does not recall the last time he saw
████████.

RESSAM recognized the individual depicted in photograph
58 and believes that people in Canada called him "████████." The
individual depicted in photograph 58 is known to the FBI as ████
████████. RESSAM saw this individual at the Fatima, Al-Sunna and
Salaam Mosques. RESSAM does not know what type of business ████
████ was involved with in Montreal and RESSAM does not know if ████
████ was involved with the brethren or with *jihad*. RESSAM advised
that he did not know ████████ very well.

RESSAM knew the individual depicted in photograph 59 as
████████ (LNU). The individual depicted in photograph 59 is known
to the FBI as ████████. RESSAM does not know if ████████
knew ████████ and RESSAM does not know if ████████ had any type
of business. RESSAM does not think that ████████ had any training
in *jihad*. ████████ was "newly arrived in Canada." RESSAM recalled
seeing ████ at the Salaam Mosque.

RESSAM was asked if he is familiar with an individual
named ████████. RESSAM advised that he once met an
individual named ████████ at ████████ residence, but RESSAM does
not know ████████ first name. RESSAM heard from ████████ that
████████ is an Algerian. RESSAM does not know what type of
business ████████ was involved with in Montreal.

RESSAM was asked if he knows an individual named ███████. 12
████████. RESSAM believes that a person by the name of ████████
may have lived in ████████ building in approximately 1997.
RESSAM described ████████ as a tall individual. RESSAM does
not know where ████████ worked and RESSAM does not believe that
████████ was involved in criminal activity.

RESSAM recalled that an individual who lived in
████████ building may have been named ████████.

RESSAM was asked if he was familiar with several non-
governmental organizations. RESSAM stated that he was not aware
of any of the following organizations:

> Health and Education Project International (HEPI)
> Human Concern International
> Global Relief Foundation
> Khalid Diab
> WAFA
> BIF

Copies of all of the photographs shown to RESSAM will
be maintained in an FD-340. ████████████████████

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | )     Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Ressam 302 4/19/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

———

Date of transcription

04/22/2002

    On April 19, 2002, AHMED RESSAM, was interviewed at the
Federal Detention Center located in Seatac, Washington. Ressam was
previously advised of the identities of the interviewing agents and
purpose of the interview. Also present during the interview were
Assistant Federal Public Defender ██████████ and Arabic translator
██████. RESSAM then provided the following information:

    RESSAM was then shown thirty-one (31) color copies of
photographs that depict different individuals and asked if he recognized
anyone displayed in the photographs. (The photographs are attached to
and made part of this report.) In addition, the name(s) of each
individual was then read to RESSAM and asked if he recognized the name.

    RESSAM did recognize a photograph containing two passport
pictures of ABU ZUBAIDA and indicated that the individual portrayed
in the photographs looked very much like ABU ZUBAIDA. RESSAM then
initialed the photograph. RESSAM did not recognize anyone else in the
other photographs or their associated name(s).

04/19/2002          Seatac, Washington

04/22/2002

SA
SA ████████████          (DCIS)