SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 08-1360 (RWR) |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |
| ) | |

# Ressam 302 11/19/2002

SECRET/NOFORN



11/23/02

On November 19, 2002, AHMED RESSAM (RESSAM) was interviewed at the Seatac Federal Detention Center in Seatac, Washington. Also present for the interview were Assistant United States Attorney ██████████, United States Attorney's Office, Southern District of New York, Assistant Public Defender ████████, ████████, defense counsel, ████████████████████ and Arabic translator ██████████. In addition, ██████████████████ was present for a portion of the interview. The interview was conducted in Arabic.

The purpose of the interview was to question RESSAM regarding information related to the United Kingdom. RESSAM provided the following information:

RESSAM was shown a series of photographs ████ and asked to provide information on anyone he recognized.

-Photograph T (name associated with photo is ██████████████):

RESSAM stated that the individual in the photograph resembled the individual ████ who RESSAM had identified in earlier interviews as being part of RESSAM's cell along with ██████████, and ██████████. ████ was in Afghanistan and was also known as ████ (possible variant spelling of ████). This individual will hereafter be referred to in this 302 as ████. RESSAM believed ████ used two different names for security reasons. RESSAM did not know if ████ used other aliases.

RESSAM first met ████ in Afghanistan while RESSAM was training. RESSAM did not know ████'s past history. When RESSAM met ████, ████ was also engaging in training, however, RESSAM did not know what kind of training ████ engaged in or where this training was specifically obtained.

████ was in a cell associated with RESSAM while RESSAM and ████ were in Afghanistan. RESSAM and ████ were not in training at the exact same time, but were at Khaldun Camp during overlapping periods. ████ left Khaldun Camp approximately several weeks to one month after RESSAM arrived at the camp.

11/19/2002     Seatac, Washington

11/23/2002

SA ██████████████
SSA ██████████████

████
Ahmed Ressam                                    11/19/2002          2

          RESSAM stated that his training in Afghanistan involved
"everything", including military training.  RESSAM did not have a
specialty skill and did not know if █████ had a specialty skill.

          RESSAM was to meet █████ in Canada at a later point in
time.

          RESSAM left Afghanistan in the beginning of February 1999.
RESSAM described his contact with █████ after RESSAM's departure
from Afghanistan as "normal" and "not frequent".  RESSAM estimated
that he contacted █████ on three to four occasions after RESSAM's
departure from Afghanistan. RESSAM communicated with █████, who
was in England (exact location unknown by RESSAM), via telephone.
█████'s telephone number was written in RESSAM's agenda which is
now in the possession of the FBI.

          The purpose of RESSAM's first contact with █████ was to
see how █████ was doing.  RESSAM contacted █████ the second time
to discuss █████ coming to Canada.

          When RESSAM was asked if he and █████ had associates in
Canada, RESSAM replied that he did not understand the question.

          RESSAM was then asked if he could contact █████ through
other members of their cell, and replied that his contact with █████
was direct.  RESSAM knew that █████ and █████ both resided in England
and interacted with each other, however, RESSAM did not know if █████
and █████ resided together.  █████ and █████ were other members
of RESSAM's cell who resided in England.

          █████ and █████ were both supposed to come to Canada.
RESSAM had heard that █████ tried to come to Canada, but his attempt
did not work and then █████ decided not to come.

          When questioned regarding the objective of his cell, RESSAM
replied that from █████, RESSAM had learned that the main goal of
the cell was to go to Canada to collect money which would then be
forwarded to Afghanistan to support Muslims.

          When RESSAM was asked if the cell was associated with any
organization, RESSAM replied that they were a large group and under
the leadership of an individual named █████.

          █████ is based in Afghanistan.  RESSAM did not know
if █████ is accountable to anyone else.

          RESSAM did not know █████'s aims or political objectives.
█████ was in charge of all the Algerians.  █████ would lecture
the Algerians and make them understand certain objectives such as:
teaching them about training, telling them about the requirements

while they were there, and instructing them about how to build relationships with other camps.

The purpose of the training received at the camps was *jihad*. How *jihad* was conducted would be dependent on each person's own "thinking". When RESSAM was questioned about the "thinking" within his own cell, RESSAM replied that when the cell was formed they did not yet have a definite idea. RESSAM was then questioned about what ideas were being considered by his cell. RESSAM replied that he could only speak for his own mind and not others. RESSAM's idea was to go to Canada and collect money to perform an operation in America. RESSAM confirmed that the operation he was referring to was his plot to bomb LAX.

RESSAM did not tell ▮▮▮▮ about RESSAM's plan to bomb LAX. When asked about the nature of his discussion with ▮▮▮▮, RESSAM replied that he did not discuss this with ▮▮▮▮.

RESSAM learned that the members of his cell were interested in coming to Canada to raise money via a letter ▮▮▮▮ sent to RESSAM.

RESSAM talked to ▮▮▮▮ regarding the idea of conducting an operation. RESSAM speculated that he may have talked to his other cell members regarding his planned operation if they had come to Canada. RESSAM also speculated that perhaps these cell members would have presented different ideas. ▮▮▮▮ was scheduled to become the leader of this cell.

▮▮▮▮ and ▮▮▮▮ were both in Afghanistan during the same time period as RESSAM, and both were engaged in training. RESSAM stated that ▮▮▮▮'s and ▮▮▮▮'s training was different than RESSAM's because everyone has their own training.

RESSAM was aware of ▮▮▮▮ using the names ▮▮▮▮ and ▮▮▮▮. RESSAM was not aware of any aliases for ▮▮▮▮.

RESSAM identified the individual in photograph AD (▮▮▮▮ a/k/a ▮▮▮▮) as ▮▮▮▮.

RESSAM last saw ▮▮▮▮ and ▮▮▮▮ in Afghanistan sometime in 1998. ▮▮▮▮ and ▮▮▮▮ left Afghanistan prior to RESSAM.

Upon returning to Canada, RESSAM would contact ▮▮▮▮ telephonically on ▮▮▮▮'s cellular telephone. ▮▮▮▮'s telephone number was written in the same agenda noted above as being in the possession of the FBI.

RESSAM was shown photograph A (▮▮▮▮) and stated that the individual in the photograph resembled ▮▮▮▮ a/k/a ▮▮▮▮.

Ahmed Ressam                              11/19/2002        4

RESSAM described ▮▮▮▮ as Algerian, medium in build and height, and in his 30's. RESSAM was not aware of ▮▮▮▮ having any scars or special skills.

RESSAM had never seen ▮▮▮▮ prior to meeting him in Afghanistan.

RESSAM went to Afghanistan for *jihad*, but he never discussed this fact with ▮▮▮▮.

RESSAM received chemical training while at Derunta Camp. RESSAM did not know if ▮▮▮▮ received chemical training.

RESSAM did not see ▮▮▮▮ or ▮▮▮▮ while at Derunta Camp.

When RESSAM was asked if any members of his cell received the same training as him, RESSAM replied that he believed ▮▮▮▮ had received the same training. RESSAM did not know if any of the members of the cell who went to England had received the same training.

Not everyone at the camps receives explosives training.

RESSAM identified the individual in photograph AC (▮▮▮▮▮ a/k/a ▮▮▮▮) as ▮▮▮▮. RESSAM met ▮▮▮▮ in Afghanistan. ▮▮▮▮ was ill due to losing his arms in an explosion. RESSAM heard that a mortar shell had been fired into the area where ▮▮▮▮ was located.

RESSAM could not recall if he spoke to ▮▮▮▮▮, but it was possible that he had spoken to him on one occasion in 1998.

RESSAM was asked what he knew about an incident in Germany in late 2000 and if he had heard reports of members of his group having been arrested in Germany. RESSAM replied "yes, some". When asked "who?", RESSAM replied ▮▮▮▮ (a/k/a ▮▮▮▮), ▮▮▮▮ (a/k/a ▮▮▮▮), and ▮▮▮▮ (a/k/a ▮▮▮▮) (N.B.: For the remainder of this report these individuals will be referred to as "the German cell members").

When asked what links existed between the German cell members and ▮▮▮▮, RESSAM replied that they knew each other through Afghanistan. RESSAM then clarified his statement by saying that he knew that ▮▮▮▮ knows ▮▮▮▮, however he was not certain if ▮▮▮▮ knew the other German cell members. RESSAM did not know if ▮▮▮▮ and ▮▮▮▮ were in training together.

RESSAM did not know if any links existed between ▮▮▮▮ and the German cell members.

RESSAM believed that ▮▮▮▮ and ▮▮▮▮ knew each other.

RESSAM did not know if ████ had ever been in Germany.

RESSAM knows ████ from Afghanistan.

The other above noted German cell members were also in Afghanistan. When RESSAM was asked what camp these individuals attended, he replied that most people go to Khaldun Camp, however, he did not know specifically where these individuals attended camp.

The German cell members noted above were in Afghanistan in 1998 at approximately the same time as RESSAM, ████ and ████. When asked if this was also the same time as ████, RESSAM replied that ████ was out of there due to the injuries discussed earlier.

RESSAM could not recall if RESSAM left Afghanistan before ████.

When asked if it was the intention of ████, ████, ████, and ████N to go to Germany, RESSAM replied that he did not know.

████, ████, ████, and ████ were not part of RESSAM's cell.

RESSAM did not know who was in charge of the German cell.

None of the above noted German cell members attended chemical training with RESSAM, and RESSAM did not know if these individuals received chemical training or explosives training.

When questioned as to how he earned money, and paid for food and a place to live upon his return to Canada, RESSAM replied that he had a little money with him from ████. RESSAM did not know where ████ obtained this money.

████ (known by the FBI to be ████) would also help RESSAM to support himself.

RESSAM stated that ████ had not been to Afghanistan.

RESSAM was not aware of any links between ████ and ████.

RESSAM did not receive training in Afghanistan that would have helped him gain employment in Canada. This topic was not part of RESSAM's training. While in the training camps, RESSAM was taught that "God is the only one", and he received instruction pertaining to military, fitness, patience, perseverance, and security.

Ahmed Ressam                                    11/19/2002          6

RESSAM also received training in electronics as it
pertained to explosives.  Such training was considered specialty
training and was not part of the normal training received at the
camps.

RESSAM was not certain which of the other individuals who
were present in Afghanistan during the same time as him had received
electronics training.

RESSAM does not have skills pertaining to credit cards.

At a period prior to RESSAM and ▆▆▆ leaving for
Afghanistan, ▆▆▆ would steal credit cards from his place of
employment and then use the credit cards in Canada.

▆▆▆ never send credit cards to RESSAM for RESSAM to use
in Canada.

RESSAM was shown a copy of a document marked as exhibit
IWN-53 containing the names ▆▆▆ and ▆▆▆.  RESSAM
could not recall if he had previously seen these names.  RESSAM was
not aware of any reason why individuals mentioned in this interview
would have been referred to by these names.

RESSAM could not recall if he had used female identities
for any reason.  RESSAM could not recall if the training he had
received recommended using female identities.

RESSAM was asked to read a letter marked as exhibit JB-G/38
and then comment on it and say what he understood the letter to be.
RESSAM read the letter and stated that it was one person writing
to another, but he did not understand much of the letter.
RESSAM did not understand what the writer was asking of the recipient.
RESSAM did not know the individual "JARRY" mentioned in the letter.
RESSAM believed that it was possible that the letter was coded.
RESSAM did not know if the letter and its possible coding was
consistent with the training he had received in Afghanistan.

When asked if the letter contained any names discussed
during this interview, RESSAM responded that the letter contained
the name ▆▆▆.  RESSAM did not know if this was a reference to
the ▆▆▆ discussed above.  RESSAM did not know if a reference to
"the land of the snow" contained in the letter was significant.

RESSAM was not familiar with the names ▆▆▆ and ▆▆▆
mentioned in the letter.

RESSAM did not know if the letter was a letter "calling
the brothers together for some action".

RESSAM was shown a diagram referenced as Exhibit MA/3, informed that it was a circuit diagram and then asked if it had any familiarity to RESSAM. RESSAM replied that the diagram was an electrical circuit. When asked if this diagram signified anything, RESSAM replied "yes, an electric circuit."

RESSAM when then questioned about the purpose of such a circuit. RESSAM replied that "it would be used in the same method as I used mine, for explosives."

RESSAM stated that the portion on the diagram marked with the number 2 circled refers to the way resistance works in a circuit. RESSAM could not recall learning about the portion on the diagram marked with the number 3 circled. RESSAM was not sure if he was aware of what the sketch on the bottom of the diagram signified.

RESSAM received his training in circuits in Afghanistan.

When asked if trainees would receive hand-outs to take with them once they left Afghanistan, or if trainees were required to memorize the information, RESSAM replied that different people did it in different ways. RESSAM took notes with him when he left Afghanistan.

RESSAM believed that it was possible that someone who was in possession of the above noted diagram had received training in Afghanistan.

RESSAM was shown photograph exhibit 7 (unidentified) which contained two photographs of several males. RESSAM stated that he believed the individual in the top photograph wearing the blue jeans was ███████. ███████ knows ███ and ███. RESSAM believed ███████ knows ███ and ███ as a result of all three residing in England, as opposed to all three of them having spent time in Afghanistan. RESSAM did not know how well ███████ knew ███ or ███.

When shown photograph exhibit 8 (unidentified), RESSAM replied that he did not know anyone in the depicted photographs. Upon further questioning regarding the photographs, RESSAM responded that the individual on the left side of the bottom photograph resembled ███████.

When shown photograph exhibit 20 (unidentified), RESSAM replied that he did not know anyone in the depicted photographs. Upon further questioning regarding the photographs, RESSAM responded that the individual on the right side of the bottom photograph resembled the person whom he had previously identified as ███████.

While RESSAM and ███████ were in Khaldun Camp in

approximately April 1998, they did not discuss what operations either one might engage in after they left the camp. RESSAM and ████████ did not make any plans to meet at a later time while they were together at Khaldun Camp. ████████ did not tell RESSAM ████████'s intentions with regard to *jihad*.

RESSAM did not have any discussions with any other individuals regarding what ████████ would do after ████████ left the camp.

RESSAM did have discussions with ████████ regarding ████████'s plans for *jihad* after ████████ left the camp. ████████ discussed and others meeting in Canada with the purpose of collecting money. When RESSAM was asked if ████████ told him why the money was being collected, RESSAM replied that the money is to support Muslims in a general way and also for the camps. RESSAM was then asked if the money was to be used for *jihad* or to conduct an operation, and RESSAM replied that was "possible".

RESSAM estimated that he and ████████ had talked approximately one or two times while they were together at Khaldun Camp. RESSAM did not recall their topic of conversation.

RESSAM did not have any contact with ████████ in the time period between when they were at Khaldun Camp together and when RESSAM returned to Canada.

In the time period between when RESSAM was in Khaldun Camp and when he returned to Canada, RESSAM had conversations regarding ████████ with ████████. RESSAM and ████████ had general conversations regarding a cell being formed sometime in the future which was to consist of ████████, RESSAM, ████████, ████████ and ████████. RESSAM and ████████ discussed the initial purpose of the cell being the collection of money along with the possibility of the cell also conducting an operation. These conversations occurred before RESSAM departed Afghanistan.

RESSAM believed that ████████ also discussed the possible formation of the above noted cell with the other potential members. RESSAM stated that what RESSAM got from ████████ was that ████████ had discussed the issue of the collection of money with these individuals. RESSAM initially stated that ████████ did not discuss the subject of an "operation" with these individuals. However, after additional questioning on the matter, RESSAM replied that he did not know if ████████ had discussed the subject of an "operation" with the other cell members because RESSAM and ████████ did not discuss this issue.

At the time RESSAM was having the above noted conversations with ████████, there was no leader for the cell. However, there were discussions that if the cell was put together, ████████ would be named

its leader.  RESSAM believed that it was possible that ███████ was the person who was putting the cell together.

RESSAM stated that the cell was actually formed sometime in the fall of 1998 when RESSAM was absent.

RESSAM did not have any conversations with ███████ in the time period between when the cell was formed and when RESSAM returned to Canada.  However, during this same time period, RESSAM did have conversations with ███████ regarding ███████.  RESSAM and ███████ discussed ███████ being "with us" and joining them at a later date. ███████ was the individual who informed RESSAM of the possibility of all of the cell members meeting in Canada.

RESSAM confirmed that his intent was to go to Canada and conduct an operation.  RESSAM expected to do this operation with his cell if they all had a "mutual understanding".  It is possible for a cell member to refuse to be part of an operation.  Every cell member has a right to express their opinion as the cell is discussing an operation and a cell member cannot be compelled to participate in an operation.

RESSAM recalled having two conversations with ███████ after RESSAM returned to Canada.  RESSAM stated that he did not discuss much with ███████.  RESSAM and ███████ discussed ███████ coming to Canada. ███████ told RESSAM that ███████ would come to Canada when ███████ arrived in Canada.  RESSAM expected ███████ to come to Canada to be part of the same cell.  The purpose of ███████ coming to Canada was to join this cell.

RESSAM did not recall having a conversation with ███████ while RESSAM was in Canada.

When RESSAM was asked if he had any conversations with any other members of his cell after RESSAM returned to Canada, RESSAM replied that he had also talked to ███████, who was also coming to Canada.  During these conversations, RESSAM and ███████ did not discuss why ███████ was coming to Canada.  RESSAM and ███████ did not discuss getting money for the cell in Canada.  This was due to the fact that while RESSAM and ███████ were still in Afghanistan, ███████ had sent a letter to RESSAM in which ███████ discussed ███████'s intention of coming to Canada "to do some act related to money, an act of collecting money." ███████ did not discuss the reason why the money was being raised.

RESSAM was asked if he had any conversations about ███████ with anyone upon RESSAM's return to Canada.  RESSAM talked to ███████ about ███████ but RESSAM did not recall the nature of their conversation.  RESSAM and ███████ did not discuss the topic of ███████ coming to Canada during the above noted conversations.

Ahmed Ressam                                    11/19/2002          10

     When RESSAM was asked if it was his understanding that
███████ knew that ███████ would be conducting an operation in Canada,
RESSAM replied "about money, yes." RESSAM did not know ████'s
thoughts regarding the purpose of the money. RESSAM knew that RESSAM
was going to Canada to raise money, some of which would go to support
RESSAM's planned operation.

     Before departing for Afghanistan, RESSAM was residing in
Montreal.

     RESSAM was asked if he was the member of any organization
in Algeria, and replied that he has never been the member of any
organization.

     RESSAM did not know if any of the members of his cell were
involved in any organizations in Algeria.

     When RESSAM was asked what organization his cell "came
under", RESSAM replied that he did not understand the question.
RESSAM was then asked if the cell was affiliated with any organization
akin to the GIA, to which he replied "no." RESSAM was then asked
if his cell was affiliated with any organization akin to the GSPC.
RESSAM replied that in the beginning there was no connection, but
later there were attempts to be connected to that group.

     RESSAM was asked if the aims of his group were similar
to the aims of the GSPC, to which RESSAM responded "what are the
purposes of the GSPC?". RESSAM was told by ██████████████████████
that the purpose of the GSPC is the advancement of the Islamic position.
RESSAM replied that he knew a limited amount of information
pertaining to the GSPC. RESSAM stated that the main purpose of the
GSPC is to establish Shariah law in Algeria, however, he did not
know their purpose on an international scope.

     RESSAM did not know if members of the GSPC trained with
him in Afghanistan.

     RESSAM did not know anything regarding the arrest of ████
████. RESSAM learned about ███████'s arrest from the FBI. RESSAM
knew that ███████ was arrested in England, however, he did not know
who was with ████████ when ███████ was arrested.

     RESSAM did not know anything about the arrest of ██████.

     RESSAM did not know when ██████ was arrested.

     RESSAM was asked if it was correct to say that ███████
planned to come to Canada, but could not because ██████ had been
arrested. RESSAM replied that this was not correct. RESSAM stated
that ██████ planned on coming to Canada but changed his mind. ██████

Ahmed Ressam                          11/19/2002          11.

and ██████ were the individuals who had been arrested.

RESSAM did not know where ██████ was arrested.

RESSAM did not recognize the following names: ███████,
██████, ██████, ██████.

RESSAM was shown photograph A again and told that the
individual in the picture, whom RESSAM had said resembled ██████,
was recently arrested in London.  RESSAM was then asked if he had
ever heard of ██████ being referred to as ████████.  RESSAM
replied "no."

RESSAM was informed that there are links between ██████
and the cell in Germany and was then asked if he knew all of the
members of the German cell. RESSAM replied that the names he provided
in relation to the German cell are the individuals who were with
RESSAM and left to form a cell in Germany.

RESSAM was asked if the knowledge that there are forensic
links between the individual in photograph A and the German cell
assisted him in his identification of ██████, and he was then asked
if he was giving a "non-determinant" identification of ██████ in an
attempt to protect ██████.  RESSAM replied, "No, what I know for
sure I tell you, what I don't, I won't."

RESSAM did not recognize the following photographs:





RESSAM was shown photograph B again and informed that the individual in the photograph was recently arrested in London. RESSAM was then asked if he was sure that he had not previously seen this individual. RESSAM replied "yes." RESSAM was informed that the individual in the picture used the name ███████. RESSAM responded that he did not know him.

Ahmed Ressam                                    11/19/2002          13

    Copies of all the above referenced photos and exhibits
are being maintained as part of this file in an FD-340.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                     )
                                 )
    Petitioner,          )
                                 )
    v.                   )    Civil Action No. 08-1360 (RWR)
                                 )
ROBERT GATES,                    )
                                 )
    Respondent.          )
                                 )

## ISN ███ 302 3/2/2002

SECRET/NOFORN

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription    03/02/2002



Between February 24 and March 1, 2002 ▬▬▬▬, a Tunisian national, was questioned by Detective ▬▬▬▬ (NYPD/FBI JTTF), Special Agent ▬▬▬▬ (NCIS), and Special Agent ▬▬▬▬ (NCIS). ▬▬▬▬ (ISN Number ▬▬▬▬) was questioned at the interview facility located at ▬ Guantanamo Bay, Cuba. Prior to questioning, the above agents orally identified themselves to ▬▬▬▬. He was informed the purpose of the interview was to gather information so that a judicial determination could be made regarding his status at ▬ ▬. During each separate day of interviewing, ▬▬▬▬ was offered a soft drink or water. ▬▬▬▬ speaks Arabic, French, Italian, and English. Therefore, he was interviewed without a translator. ▬▬▬▬ willingly provided the spellings used in this report for place names and the names of people.

▬▬▬▬ is 37 years old and was born on the 24 January 1965 in Enfida Tunisia where he grew up. He reported both his mother and father are Tunisian. ▬▬▬▬'s father, ▬▬▬▬ died approximately 4 years ago. He stated his mother ▬ resides in Enfida Tunisia with a street address of ▬▬▬▬. The phone number at this address is ▬▬▬▬. He identified his six brothers in order from oldest to youngest as follows:

▬▬▬▬, 50 years old
▬▬▬▬, born in June 1958
▬▬▬▬, born in 1960
▬▬▬▬, born in 1962
▬▬▬▬, born in 1967
▬▬▬▬, born in 1973

▬▬▬▬ went to high school at the Lycees school of Enfida, which is the only high school in Enfida. He described Enfida, Tunisia as a small village. ▬▬▬▬ related he never attended any university. He reported he had some difficulty in completing his education in Tunisia. He specifically stated he had a verbal disagreement with one of his teachers, which caused him to discontinue his schooling in Tunisia. ▬▬▬▬ claimed he stopped going to school in 1985 and went to Italy in 1986.

2/24/2002      Guantanamo Bay

3/2/2002

Detective ▬▬▬▬, NYPD/FBI
SA ▬▬▬▬, NCIS; SA ▬▬▬▬, NCIS

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

<span style="background:black">     </span>                                         2/24/2002              2

     ███████ reported the primary purpose for his decision to go to
Italy was to continue his education, however he never enrolled in
any school after he left Tunisia for various reasons.  ███████
reported he traveled to Italy alone and paid for this trip with
money he had saved from a seasonal job as a lifeguard at a beach.
███████ stated he initially traveled from Tunisia to Mazzarrone,
which he described as a small village in Sicily.  ███████ commented
that this village is famous for the grapes that are produced there.
███████ indicated he attempted to get work in Mazzarrone and
eventually got a job working in the grape vineyards.  ███████
related he was trying to save up enough money to fund the
continuing of his education but he was never able to save enough
money, because he did not earn much money and the work in the
vineyards was seasonal.  ███████ indicated that at this point in his
life he was not religious, though his mother and father were
practicing Muslims.  ███████ stated he lived in Mazzarrone until the
end of 1987.  When asked he could not provide a specific address.
He explained he lived in several different places, which he
described as somewhat dilapidated or abandoned homes or shacks.

     According to ███████, he left Mazzarrone at the end of 1987,
when he was 22 years old and traveled to Milan, Italy.  He reported
he assumed there would be much greater opportunities for him there
and there might be a few Arabs there as well.  He indicated he
still planned to continue his education and this was the primary
reason he moved from Mazzarrone to Milan.  He indicated he
unsuccessfully attempted to contact a school that was attended by
Arabs when he got to Milan.  ███████ described that life was very
different for him when he moved to Milan.  He described
experiencing a degree of culture shock due to the fact that he had
never lived in a large city before.  He commented that it was
relatively expensive to subsist in Milan and he did not easily
adjust to this.  ███████ stated he slept in a youth hostel soon
after he arrived in Milan because he quickly spent the small amount
of money he had from working in Mazzarrone.  ███████ related he
heard in the youth hostel about a church for homeless people in
Milan.  He described it as a Christian church located around Villa
Batastini.  ███████ reported that once he began staying at this
church, he began to look for a job and a solution to his situation,
which he described as being fairly bleak.  He indicated he soon met
an Italian (NFI), who asked him to work for him selling flowers.
By 1988, his situation bleak, ███████ stated he met some people who
worked with illegal drugs and he began to associate with these
people.  ███████ commented that he believed he could not return to
Tunisia because he considered himself a failure and he did not want
to go home under those circumstances.  He advised he began to use
and sell illegal drugs on the street in Milan.  He identified the
drugs he used and sold as heroin, cocaine, and hashish. He
explained he did not enjoy this lifestyle, but lived it because he

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
⋅, Page

███████████████████                              2/24/2002            3

     was able to make a small living this way.  He related he sold
small quantities of these drugs, between 5 and 20 grams per
individual sale.  ██████ reported this activity was going on in
1988 when Italian authorities arrested him at his residence in
Milan.  He explained he was arrested in conjunction with his
involvement in illegal drugs, but he was released after his initial
court appearance.  ██████ advised he continued his lifestyle using
and selling drugs in Milan after he was arrested until 1991.
██████ again commented that the only reason he was involved in
illegal drugs was because it was the only way he could make a
living.

     ██████ reported his life went from bad to worse when he lived
in Milan so he decided to move away from there and return to
Mazzarrone at the end of 1991.  ██████ indicated he began to be
slightly more religious at this time, but he was not attending any
mosque.  ██████ advised he stayed in Mazzarrone for more than one
year and again worked in the vineyards and had no single residence.
He commented that he was able to send a little bit of money back
to his parents in Tunisia.  He reported he became more religious
during this time and began to pray and read the Koran and other
Islamic literature, though he did not attend a mosque because there
was not one in or around Mazzarrone.  He commented that he was
essentially self-taught as far as his religious instruction was
concerned.  He indicated he no longer was involved in any illegal
drug activity.

     ██████ related he returned to Milan in the middle of 1993 and
began attending the most prominent mosque in the city.  He
described it as being in the central part of the city of Milan with
a street address of ███████████.  He had some difficulty in
translating the name of the mosque into English, however he
eventually identified the mosque as the Islamic Cultural Institute
of Milan.  He commented that this mosque was commonly known as the
most important or most famous of the several mosques in Milan.
██████ explained that Sheikh ██████████████ was then the leader of
the mosque.  ██████ indicated ██████ spoke frequently of the Jihad
then ongoing in Bosnia.  ██████ explained Sheikh ███████████ was
a very prominent leader who was later killed in the fighting in
Jihad in Bosnia.  According to ██████, Sheikh ████████ was
something of a hero of the Jihad in Bosnia.  ██████ recalled the
period of Sheikh ████████ leadership at the mosque in Milan
was during 1992 and 1993.

     ██████ indicated he traveled throughout Italy from this time
until 1995. He specifically mentioned being in Naples and Foggia,
but advised his travels were more extensive.  He reported he made a
living buying and selling clothing, but did not provide more
specific information about this.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002                    4

████      initially indicated he traveled back to Tunisia in
1995, but later clarified this by explaining that he was actually
deported by Italian immigration authorities.  At this point he also
clarified that in 1988 he was similarly deported back to Tunisia by
Italian authorities.  He advised he stayed at his mother's home in
Enfida, Tunisia for 11 months after his 1995 deportation.  He
indicated he did not possess a passport during this time.

According to ████ he returned to Milan in 1996 after his
deportation and once again began attending the mosque there.
████ recalled he did not attend a mosque or openly practice his
faith while he was in Tunisia.  He stated it is illegal to practice
Islam in his country.  He explained he shaved his beard and put
aside other manifestations of his religious belief.
identified ████ as being the leader of the mosque in Milan
during 1996.  He suggested ████ was not as important a leader
as was Sheikh ████████████, who was already dead at this time.
████ advised he became stronger and more educated in his faith
during this time.  He indicated he read books and listened to
religious cassette tapes, which furthered his religious education.
████ claimed he could not provide the names of other people who
attended the mosque with him.  He advised he again traveled through
Italy during 1996.

████ reported that after hearing and learning about the
Jihad in Bosnia, he decided he wanted to go fight in the Jihad in
Afghanistan.  He explained he came to this conclusion in 1996.  He
identified two individuals who had a significant influence on this
decision.  The first was Sheikh ████, and Egyptian who spoke at
the mosque in Milan on a holy day in 1994, before ████ was
deported.  The second person who influenced him to fight in the
Jihad in Afghanistan was Sheikh ████████████.  He
did not explain if he saw ████ speak in person or if he merely
heard him speak on video or audiocassettes.  ████ advised once he
made the decision to join the Jihad, he began saving money and
intensifying his religious studies.  However, he reported it became
somewhat dangerous to go to the mosque in Milan after the Jihad in
Bosnia because the Italian government began to watch those people
who frequented the mosque.

████ indicated in 1997 and 1998 he lived in Varese, Italy, a
small city adjacent to Milan.  He advised he supported himself
doing odd jobs during this time.  He related he attended the mosque
in Varese, which was then being led by a Moroccan, whose name he
could not immediately recall.  He indicated he knew the Moroccan's
name, but was having difficulty recalling it.  He stated this
Moroccan was not a very important Imam.

████ claimed he was arrested by Italian police officials in
1998 for no reason.  He clarified this by stating he was arrested
and was imprisoned for 27 days for "Terrorism".  He explained the

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████   ████████████████                   2/24/2002          5

    Italian authorities arrested him before the 1998 World Cup
Soccer tournament, which was held in France. He indicated the
Italian police accused him of being a member of the Algerian
terrorist group, GIA. ████████ firmly denied that there was any
truth to the charges. He stated he was not a member of GIA and he
did not know anything about any terrorist activity associated with
the 1998 World Cup Soccer Tournament. He identified four
individuals that he knew, who were arrested at the same time in
conjunction with the same allegations. He reported several others
whom he did not know were also arrested. He explained he knew each
of the four from the mosque in Milan. He provided no identifying
information other than their nationalities. Those individuals are:

████████ , a Tunisian
████████ , a Moroccan (████████████)
████████ , A Tunisian
Egyptian (name unknown)

    In June 1998 ██████ met a Tunisian man named ██████ after his
release from jail. He recalled meeting him at the mosque in Milan.
According to ██████ , ██████ had recently returned to Milan from
Afghanistan. ████████ explained he discussed the events in
Afghanistan with ████████ and eventually asked ██████ to help him go
to Afghanistan, which ██████ later agreed to do. ████████ related he
could not bluntly ask ████████ to do this for him, and it took some
time for ██████ and he to establish a rapport so that ██████ agreed
to help him go to Afghanistan. ████████ advised he soon got a fake
passport. He recalled he knew people in Milan from his time in the
drug dealing business who could get a passport for him. ████████
paid 400 Italian Lires for he forged passport. He removed the
photograph and put his picture in its place. He claimed he could
not recall the actual name on the passport. He recalled only that
the person who provided the passport to him was an Algerian who was
a common thief.

    According to ████████ , in May 1999 he bought a plane ticket to
Zurich, Switzerland and flew there with ████████ , where they stayed
one day and one night before he flew alone to Islamabad, Pakistan.
He explained ██████ provided him with a letter, which essentially
stated that ██████ was a good Muslim who should be provided
assistance and should be admitted to the Khaldan training camp. He
reported ██████ also gave him a mobile hone number to use once he
got to Peshawar, Pakistan to call ████████ , a friend of ██████ 's.
████████ related he drove from Islamabad to Peshawar in a taxi and
then called ████████ . ██████ could not remember the phone number
he used to call ████████████ . ████████ advised ██████ met him and then
drove him to a house where only he and ████████ were present.
████████ advised he stayed at this house with ████████ for
approximately two weeks. ████████ inferred that part of the reason
he stayed at this house for two weeks was so that he could grow out

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002                6

his beard, which had been clean shaven while he was in Italy.
███████ indicated he and ████████ then drove by taxi to the
Afghan border, specifically to a town called Torkoham. From there,
██████ described how he and some Afghanis took a taxi over the
border to Jalalabad, Afghanistan where he stayed one night in a
Tajik guest house.  He related he was there for the night with
another Tunisian ███████, whom ██████ asked to travel with him
the next day to Khost, which was near the location of the Khaldan
training camp, which ██████ had directed him to attend.  ████████
advised when he arrived in Khost he showed the handwritten letter
from ██████ to the person in charge of the Khost guest house,
██████ (NFI).  ████████ explained █████ drove him the next day from
the guest house in Khost to the Khaldan camp and presented the
letter from ██████ to the leader of the camp, Emir ████████.
According to ██████, the letter from ██████ was specifically
addressed to █████.  He advised it was still May 1999 when he
arrived at the Khaldan camp to begin his military training.

He described how his military training at the Khaldan camp
lasted approximately nine months, ending in February 2000. ████
explained this nine months of training was not continuous because
the training would sometimes stop for a week or two because of
weather or other factors.  He explained the training was
interrupted once because the entire camp was moved approximately 2
hours away from Khost at the direction of the Taliban.  █████
indicated his first training was with small arms.  He remembered
receiving rifle training to include training with Kalishnikov and
other assault rifles and machine guns.  He did not recall the name
of the person who lead the rifle training.  He advised after this
portion of training he was taught how to use rocket propelled
grenade launchers (RPG) by ██████.  He advised he was in this
training with five or six other men for approximately one month.
He identified four other men in the training as █████, an Algerian;
███████, also an Algerian; █████, a Yemeni, and a Tajiki,
whose name he could not recall.  █████ stated he was next provided
explosives training by ███████, from Turkistan.  He reported the
explosive training consisted of the use of C-3, C-4, dynamite, and
electronic detonators.  He advised this training involved only the
use of these types of explosives, and had nothing to do with how to
make or manufacture explosives or explosive components.  When
specifically asked, ██████ commented that there was no discussion
at this point in any of his training of making war or Jihad against
Americans.  According to ██████, after his explosives training he
spent approximately one month training with mortars or small
artillery under the direction of a Palestinian named ████████
███████.  He specifically recalled being trained to use BM (NFI),
the SPG-9, and 75mm mortars.  ██████ explained it was during this
portion of his military education that the Taliban directed the
movement of the entire Khaldan camp further away from Khost.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████                                    2/24/2002          7

       ██████ disputed that the Khaldan camp was an Al Q'aida camp.
He explained that Americans do not understand that being an Arab in
Afghanistan is not necessarily the same as being involved or a
member of the Al Q'aida group.  ██████ recalled after his training
with mortars he spent approximately 3 weeks in pistol training
under a Jordanian named ██████.  He specifically recalled
receiving training using the Makarov and other Russian made
pistols.  According to ██████ he next spent approximately three
days learning the use of Yaesu walkie talkie radios.  He advised
this training was followed by approximately two months of tactics
training, which was taught by an Algerian, ██████████.
related the tactics training was broken into two sections, the
first of which was city tactics training and the second part of
which was mountain tactics training.  According to ██████ this
training concluded his training associated with the Khaldan camp.
He advised he traveled to Jalalabad when his training was complete.

       ██████ stated he received additional explosives training in
Jalalabad from an Egyptian, ██████████.  ██████ reported this
training lasted approximately 20 days and involved how to
manufacture explosives using fertilizer and ammonium.  ██████
explained he was not satisfied with this training because he
thought it was not something he would be able to use.  He indicated
he was not a good student at this training, because he did not
understand the subject.  He commented there were approximately 20
men at this training with him.  He could not recall the names, but
identified them as a very mixed group of Algerians, Yemenis, and
other Arabs.

       ██████ recalled he stayed at a guest house during the time he
was in Jalalabad.  He reported he stayed there with a man he
identified as ██████.  ██████ reported he was tired from nearly ten
months of training and he took some time to simply relax in
Jalalabad.  He advised during the spring of 2000 sometime in April
or May, he left Jalalabad and went to Khandahar to relax there also
for approximately two weeks.  He indicated he stayed at an Al
Q'aida guest house when he was in Khandahar.  He identified a man
named ██████ as the person in charge of this guest house.
According to ██████ he left Khandahar after two weeks and went back
to Jalalabad.  ██████ advised he stayed in Jalalabad until March
2001, when he went into the front lines to fight.  ██████ explained
he again stayed with ██████ in the guest house in Jalalabad during
the months before he went into the front lines.  He said he did not
do much while he was there.  He commented that the weather was
very hot in Jalalabad and he spent his time introspectively
thinking about the Jihad and what he needed to do.  ██████ related
he wanted to go to fight in Chechnya, but was not able to get there
because the roads into Chechnya were blocked.  He claimed he got

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

tired of waiting to go fight in Chechnya and thus made his
decision to go to the front lines there in Afghanistan. He advised
he did not ever get to know anyone during the time he stayed at the
guest house in Jalalabad. He could only identify two other
Tunisian's about whom he could provide no other information. Those
men he identified were ██████ and ████ B. He advised many
people came and went through this guest house. He expressed his
opinion that nearly all of them were very committed to the Jihad.
██████ stated he did not expressly ask any of those about their
commitment because it was presumed that everyone there was willing
to die for the Jihad. He commented that dying in a holy war was a
great thing for someone with his beliefs. He further explained
dying in a Jihad would insure a great reward in paradise for the
individual who died. ██████ stated he heard about the bombing of
an American ship (presumably the USS Cole) while he was staying at
the guest house in Jalalabad. He indicated he only heard
superficial reports on TV and radio. He advised he had no
information that there was going to be an attack on an American
ship before the attack occurred. ██████ advised that while he was
in Afghanistan, both in training and afterward, he was known by his
father's name, ██████.

     In March 2001, according to ██████, he went into the front
lines at Karabel, which is close to Kabul. He reported the
decision to send him to this particular place was made by the
Taliban. ██████ explained the Taliban makes this decision for
everyone. He did not specify any particular Taliban official who
directed him to Karabel. ██████ recalled he was in the front lines
from March until June and not engaged in any significant
combat. He explained there was only very sporadic gunfire from a
great distance. He advised he never engaged in any type of attack
or defensive action while at Karabel. ██████ reported he was moved
north from Karabel to Khwaja Ghar where he was again put into the
front lines. ██████ related he stayed in the lines at Khwaja Ghar
until August, when he became very sick with a kidney ailment. He
explained he had a fever and was very sick which resulted in him
going back to Kabul to get treated by a doctor. ██████ advised he
was in Kabul for about one week under the care of the doctor. He
indicated he was given some medicine, which helped him get better.
██████ advised he wanted to go back to the front lines after one
week, but the doctor told him he needed additional rest. ██████
stated he went to Khandahar because he was fed up being in Kabul.
██████ related he was in Khandahar only one week before he became
fed up with that place and decided to leave to go back to the front
lines. ██████ commented that he liked being on the front lines
much better than being elsewhere because life on the front lines
was conducive to praying and thinking about the Jihad. ██████
stated his trip to the front lines took him first to Kabul and then
to the front lines at Bagram. He explained he went to the front

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

    lines at Bagram because this area allowed him to be in the
front lines and still be relatively close to medical treatment for
his kidney.　████　stated he stayed in the front lines at Bagram
until Ramadan (November 2001) when he went to Khost for about three
weeks. He advised the fighting was going very badly for the
Taliban and the military was collapsing, so at this point and he
decided to cross the border from Khost into Pakistan. He explained
he was captured by Pakistani authorities soon after he crossed the
border. He explained he was with a group of 31 men when he was
captured. He reported this group was a mix of Tunisians, Saudis,
Yemenis, and others.　████　reiterated that he did not engage in
any significant combat during the entire time that he was in the
front lines. He again characterized all of the fighting that he
saw as being very sporadic fire from lengthy distances.　████
stated he knew that the United States was fighting with the
opposition against him because of the American air strikes.　████
stressed that he was fighting against the Northern Alliance forces
before the United States became involved in the war. He stated it
did not matter to him who his enemies were because he was fighting
for his religion. He advised he would fight against anyone,
including his own brother, because the religious reasons were more
important than the identity of his enemy.

    When asked,　████　stated he did not have any significant
contact with any westerners at any of the guest houses that he
stayed in. He indicated there may have been some British men at
the Kabul guest house, but he was very uncertain of this. He
advised he only knew that there was at least one or maybe two men
who were black who might have spoken English.　████　was either
unable or unwilling to provide additional information about this
topic.

    ████　then reviewed photographic logs, which depicted each of
the detainees at ████████ and also depicted other people of
interest in the current efforts against international terrorism.
After reviewing the logs,　████　did not provide any significant
information about any individual depicted in the logs. He was only
able to identify a few individuals as having been imprisoned with
him in Khandahar before he came to Cuba.

    Additional interviews of　████　are planned.

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
      Petitioner,            )
                                      )
    v.                              )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
      Respondent.            )
                                      )

ISN ■ 302 6/19/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

06/19/2002



On 6/18/2002, Special Agent ▮▮▮▮▮▮▮▮ of the Federal Bureau of Investigation
(FBI) and Special Agent ▮▮▮▮▮▮▮▮ of the Criminal Investigation Division (CID) contacted
▮▮▮▮▮▮, Internment Serial Number (ISN) ▮▮▮▮▮▮▮▮, at ▮▮
▮▮▮▮▮ Guantanamo Bay, Cuba. Also present during the interview was contract linguist ▮▮
▮▮ in order to provide English to Arabic translation if needed. ▮▮▮▮▮▮▮▮ was advised of
the identities of the interviewing agents and the purpose of the interview. He then provided the
following information:

▮▮▮▮▮▮▮▮ is a twenty-seven year old Saudi Arabian national. He claims to have
been interviewed approximately fifteen times in Pakistan and Afghanistan by American authorities.
This is his initial interview at ▮▮▮▮▮▮ He then provided the following personal background
information:

| | |
|---|---|
| Name: | ▮▮▮▮▮▮▮▮ |
| DOB: | 12/28/74 |
| POB: | Jeddah, Saudi Arabia |
| Height: | 5'7" |
| Weight: | 150 pounds |
| Hair: | Black |
| Languages: | Arabic, English |
| Address: | ▮▮▮▮▮▮ |
| | (no street number). |
| Telephone: | ▮▮▮▮ (Jeddah, Saudi Arabia) |
| Employment: | None. |
| Military: | None. |
| Education: | B.S. in Science and Engineering, |
| | Prescott Riddle University, |
| | Prescott, Arizona, USA, |
| | (1998-2000). |
| | Mesa Community College, |
| | Mesa, Arizona, USA, |
| | (1997-1998). |
| | King Faud University, |
| | Dammam, Saudi Arabia, |
| | (1992-1997). |
| Family: | |
| Father: | ▮▮▮▮▮▮▮▮. |
| Mother: | ▮▮▮▮▮▮▮▮ |
| Brother: | ▮▮▮▮▮▮▮▮, 28 years old, |

6/18/2002          Guantanamo Bay, Cuba

6/19/2002

SA ▮▮▮▮▮▮▮▮      (FBI)
SA ▮▮▮▮▮▮▮▮        (CID)

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████                                    6/18/2002           2

                                    M.BA., works in Riyadh.

.  Sister:                  █████████████████, 24 years old,
                            Computer Science student.

   Sister:                  █████████████████, 22 years old,
                            Accountant.

   Sister:                  █████████████████, 18 years old,
                            College student.

   Sister:                  █████████████████, 16 years old

   Brother:                 █████████████████, 14 years old.

███████████ spoke English throughout the interview. He said he learned English in college in Saudi Arabia, but became fluent during his college years in the United States. He said both his father and brother █████ are also fluent in English. Both attended college in the United States. ████████'s father received a masters degree at Texas Tech University in 1974, and his brother graduated from the University of California in 1997.

███████████ arrived in the United States in 1997. He obtained a student visa and enrolled in Mesa Community College in Mesa, Arizona. █████████ said he picked this college based on the recommendation from a distant relative identified as ███████████ (PH). ████ believes ███████ now lives in the Tulsa, Oklahoma area.

After one year in Mesa Community College, ███████ transferred to Embry Riddle University in Prescott, Arizona, where he studied from approximately 5/98 to 8/2000. There he obtained a Bachelor's Degree in Science and Engineering. █████████'s degree concentrated in Electrical Engineering as applied to aviation.

███████████ stated there were no mosques in Prescott, so he would occasionally travel to the mosque at Arizona State University in Tempe, Arizona. However, he and his friends at Embry Riddle University would usually pray at a classroom on the Prescott campus. At these prayer meetings, he met an individual named ████████ ████████ (PH), a student from Lebanon. ███ ████ remembers ███████ because FBI Agents came to ask questions about him during the 2000 school year.

As ███████ claims to have told the FBI in previous interviews, ███████ was only a casual acquaintance. He and other Arab speaking students at the university would often get together or stay in each others apartments, just out of comradery. ███████ knows that ██████ once organized a demonstration on the Embry Riddle campus regarding war crimes against Moslem civilians in Chechnya. ███████████ acknowledged he attended this demonstration at ██████'s request, but he insisted this was a peaceful demonstration, conducted with the permission of university officials.

███████████ advised he and ██████ were only casual friends. ███████ stated he was a senior at Embry Riddle University while ███████ was a freshman. He had no idea what ██████'s major was or what classes he attended. They did not have the same classes or go to school at the same times.

███████████ claims he told FBI agents to the best of his knowledge, ████████ was not affiliated with any extremist or fundamentalist groups. ███████ knew that ██████ was

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



6/18/2002                    3

affiliated with the ████████████ (PH) organization, which is headquartered in London, England. The goal of this group is the establishment of an Islamic state. However, ████████ said he believes this group wants to achieve its goal through peaceful and political means.

When ████████ finished his degree at Embry Riddle University, he stayed in Arizona and became a day trader in the stock market. He claims he was not employed with a company, but made stock trades on his own. Using money sent to him by his parents in Saudi Arabia, ████████ invested in the stock market. He still has two open accounts with Datek, identifying the account numbers as ████████ and ████████. Unfortunately, ████████ lost a great deal of the money through investments that did not do well. He soon ran low on funds, and had to return to Saudi Arabia.

Losing money sent to him by his parents put a great strain on their relationship. He felt uncomfortable living in their home, and he said he wanted to earn money to pay his family back. ████████ had only $2000.00 left, so he decided to travel to Pakistan. ████████ explained that in Pakistan, the cost of living is very low, and there are good schools where he could continue his education and obtain his masters degree. He also considered getting into the clothing business, buying leather cheaply in Pakistan and sending them to clothing manufacturers in Saudi Arabia.

In January, 2001, ████████ flew from Jeddah, Saudi Arabia to Karachi, Pakistan. ████████ picked Karachi because it was a large town and he thought there would be educational opportunities for him there. He met a man in Karachi through the internet, known only as ████ (PH). ████████ told ████████ he could help him get into a college in Pakistan, and that he could stay in ████████'s house while he waited. However, while he was living with ████████, ████████'s laptop and check book were stolen. ████████ is sure ████████ was behind the theft. He therefore decided to move out.

While living in Karachi, ████████ met an individual identified only as ████████ (LNU) at an internet cafe.. ████████ was an Arab from the Palestine/Jordan area. He offered to help ████████ find a new place to live in Pakistan. ████████ took ████████ to a house in Faisalabad, Pakistan. He said there were a number of professional, educated people living in this house, and that ████████ would feel comfortable there.

████████ did not own this house, but he did come by often. ████████ said everyone living in this house were highly educated, professional people such as doctors, teachers, engineers, etc. ████████ also met another person who stayed at this building periodically. ████████ only knew this individual as DAOUD (LNU). ████████ said he knew very little about DAOUD, only that he would stay at this house every now and then.

About ten days after moving into the house, ████████ said a number of Pakistani police came and arrested everyone inside, including ████████. There were a number of shots fired during these arrests. One person was killed and several were wounded. ████████ and eleven or twelve other people from house were arrested and taken to jail by the Pakistanis. This incident occurred approximately three months ago (estimated March, 2002).

At the police station, ████████ was advised that he and the other people in the building were arrested because of their possible association with the above mentioned DAOUD. The police informed ████████ that DAOUD's real name was ABU ZUBAIDAH, a known Islamic radical fundamentalist. ████████ stated he was shocked to hear this and said the person he knew as DAOUD "did not look and act like a fundamentalist". He said that living in the Middle East, he

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████        ████████████████        6/18/2002        4

can usually tell a fundamentalist by the way they speak, their clothing, etc. ████
████ said DAOUD did not give that indication.

████████████ was taken to a jail in Lahore, Pakistan, where he remained for two days. He was then transferred to a prison in Islamabad, Pakistan where he was held for approximately two months. From Islamabad, he was transferred to the American prison in Bagram, Afghanistan for eighteen days, then to the U.S. prison in Kandahar for ten days. ████████████ was then transferred to ████ ████████ said he has been interviewed a number of times by American Army representatives and FBI Agents in all these camps.

████████████ insists he was not an associate of ABU ZUBAIDAH, nor did he have any knowledge of ABU ZUBAIDAH's background or affiliations with fundamentalist groups. He stated he has never received any military training. He has no affiliation with the Taliban or Al-Qaeda organizations, or any other terrorist groups in Pakistan, Afghanistan, Saudi Arabia, the United States, or any other country. ████████████ cannot identify Taliban or Al-Qaeda members, training or storage facilities. He claims to have no knowledge of these groups' past or future operations, including the 9/11/2001 terrorist attacks in New York and Washington, DC.

████████████ stated no individual or group has asked him to use his education or expertise in aviation engineering to help in any operation. He has not been asked to invest or transfer funds through his Datek accounts.

████████████ repeated he traveled from Saudi Arabia to Pakistan for business and educational reasons. He had never been to Afghanistan until he was taken to prison there by the Americans. He said his passport will validate all the travel he has described in this interview. He claims his passport and his wallet containing all his identification were confiscated by the Pakistani authorities. ████████████ claims to have never been arrested or under suspicion for any crime in Saudi Arabia.

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN ███ 302 10/19/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/19/2002

███████████████████████████████████, Interment Serial Number (ISN) ██████████, date of birth December 28, 1974, place of birth Jeddah, Saudi Arabia, was interviewed at ██ ████████████ Naval Station Guantanamo Bay, Cuba.  Also present during the interview was Special Agent (SA) ███████, Air Force Office of Special Investigations (AFOSI).  The interview was conducted in English with a translator on **standby**.  After being advised of the identity of the interviewing Agents and the purpose of the interview, ███████████ provided the following information:

Upon being asked the first question, he initially stated that everything investigators were interested in learning was already in his file.  However, after slight prodding by interviewing agents, the questioning continued.

He was educated in Saudi Arabia and the United States; receiving a degree from Embry-Riddle Aeronautical University (ERAU), Prescott, Arizona.  He spent the first five years of college in Saudi Arabia before coming to the United States in 1997.  He attended Mesa Community College (MCC) for a short time first because a distant relative (name not provided) of his was already going there.

Regarding his education, he advised that the Saudi Arabian government pays for all expenses whether one goes to a college there or elsewhere.  In previous years, the government expected a citizen to perform some kind of service to repay the college debt.  However, due to declining economics and high unemployment, the government now does not require anything.

When asked why he went to Arizona in 1997 versus another U.S. city (like New York or Washington, D.C.), he claimed that he had a relative already residing in Arizona.  ███████ claimed that he had not changed spiritually since 1997 even though he recalled initially telling interrogators that he had been a partier.  He now wished he could take back those statements he previously made.  Further, he explained that "███████ was not always ███████"; meaning that his spirituality never changed but his actions did. He constantly struggled with temptations which caused him to stray.

When asked why he is at ██ ████████ he responded that the U.S. could not catch the big guys or UBL, therefore, they grabbed others, including him.  He knows he was in the wrong place at the wrong time and he admitted to being with ABU ZABAYDA.  However, the others he was

10/17-18/02      Guantanamo Bay, Cuba

██████████████

10/19/2002

SA ████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



10/17-18/02      2

with at the Pakistan house were smart, professional people,
not terrorists.   In fact, he was in Pakistan to attend a college for
his Masters degree.  He further stated that he did not believe in
bloodshed.  When told that not all people fight, some give money to
fight, he did not respond.

When asked about conditions at ▓  he responded that
the worst part is how staff members were treating detainees.  He
considered the guards to be a minor issue though because he understood
their psychology.  Other detainees know he (▓) is an educated
person; therefore they sometimes ask him for advice.  He recalled hearing
of another educated detainee (name unknown) while he (▓) was
on ▓  spoke to this individual in English and discovered
he was an Aerospace Engineer who attained a master degree at ERAU.
He was moved to a new cell last night ▓ and opined that this
was because he was thought to be a leader on ▓

When asked if he considered himself to be a leader, he
responded that he is a self-confident, educated individual.  Furthermore,
while in college he took various classes in management.  However, he
was cautious not to vocalize his position as a leader with "these
detainees".  When asked to clarify, he explained that "these" meant
members of AL QAEDA and/or TALIBAN.  He also explained that, unlike
him, most detainees do not understand the American culture.

When asked, he provided three things he enjoyed about the
United States (U.S.):  1) Power limitations because of the Democratic
form of government; no one group has all the decision-making power,
2) Everyone is accountable under the law and these laws apply to all
citizens regardless of their status, 3) People are more open-minded
and tolerant of different values and convictions.

Regarding the detainees, he opined there are varying degrees
of Islamic worship, practices and convictions among the Muslims.  He
preferred to associate with those who had strong fundamental beliefs.
While at ERAU, he also associated with similar individuals.  He
characterized murderers, gangsters and drug dealers as nasty people.



Regarding ▓, he arrived in the United States
from the United Kingdom but was originally from Lebanon.  ▓
refused to say anything about ▓ which would be considered negative.
He characterized ▓ as over-enthusiastic and a noise-maker.
Moreover, ▓ was quick to anger and excite; which he (▓)
blamed on ▓'s young age (approximately 26 years old).  However,
▓ often enjoyed deep intellectual conversation with ▓.
▓ also had a bad reputation at the Islamic Community Center (ICC)
and they considered him to be a troublemaker.  ▓ was involved in
an organization committed to converting the entire world to Islam.
In ▓'s opinion, ▓'s biggest dilemma was residing in the
West while at the same time criticizing the West.  He felt that ▓

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████████████████████████████            10/17-18/02        3

         should focus on cleaning his own house before attempting to
clean the world's.

         Regarding ███████████████████, he knew this individual
to be a Yemeni pilot who attended aviation school in America. ████████
did not consider him to be more than an associate. ████████ often recited
the Koran during Islamic services and daily during Ramadan. ████████
was married with children, which led ████████ to deny any allegation
of ████████'s position as a terrorist. Again, ████████ refused to
make statements of a derogatory nature toward ████.

         Regarding ████████████████, he characterized him as a
fundamentalist who was attached to his beliefs. He requested to know
if AL-SALMI was still in custody. ████████ then became involved in
a dialogue regarding the definition of fundamentalism. The Arabic word
for fundamentals was said by ████████ to be "usooloi".

         He defined jihad as literally meaning "to strive or striving
for Allah". These jihads may be individual, within oneself, or may
be declared for a nation. He noted that many scholars are a part of
making jihads in Saudi Arabia. A jihad can be accomplished by word,
money or hand. Each individual may face various jihads during their
life. For him, he has strived in finances (American stock market),
in education, and in religion (converting others to Islam). His most
difficult personal jihad has been becoming more submissive to God.
When asked who would strive through the sword, he responded that there
needed to be a community of followers before this could happen. He
mentioned that ████████ is a good example of someone striving through
protest. He would not comment on ██████████████ or ████,
strive. Moreover, when asked about the striving of the other highjackers,
he commented that there was no use in answering these questions. However,
he further advised it would be easy to say the victims were innocent
people.

         When asked, he opined that USAMA BIN LADEN (UBL) is considered
a hero in the Arab world, but he would not give his personal views.
The Arab people view UBL as the new ████████████ (phonetic), who fought
against the Crusaders.

         If the U.S. wants to fix the problems with the Arab world,
the government representatives must review foreign policy. The U.S.
must quit supporting Israel and pull military forces out of Saudi Arabia.
With one speech in Saudi Arabia to call people to a jihad, a large
group of people would line up to fight against the U.S. He refused
to answer the question as to whether or not he would also be a fighter.
During the presidential debates of 2000, channel 5 news in Phoenix,
Arizona set up community cameras in various places around the city.
████████ saw one of these devices in a Starbucks coffee shop and
decided to answer a question about the greatest challenge for the new
U.S. president. ████████ claimed to have pushed the start button and

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

provided an answer.  His answer was that the greatest
challenge for the new president would be terrorism, terrorist acts and
UBL.  Further, he made statements about his dissatisfaction with U.S.
foreign policy.  Several of his friends later told him the whole segment
was televised on Channel 5 news.  During the Afghanistan war with the
Russians, the Saudi Arabian government offered financial benefits to
Saudi citizens who fought there (NFI).

When asked, he defined 'Fatwa' was a religious decree made
by a priest or scholar giving legitimacy to or prohibiting a certain
act.  These decrees are usually made pertaining to something not
addressed during the time of Mohammad.  When asked about whether UBL
could declare a fatwa, he responded that this is appropriate because
of UBL's notoriety as a war hero and status as a wealthy Saudi.  UBL
issued a fatwa to remove U.S. troops out of Saudi Arabia after the Saudi
government allowed them in during the gulf war.  When asked how the
Saudi people view Americans, he, in turn asked for clarification as
to whether interviewers meant the people or the government.  After
clarification, he proclaimed that the American people were viewed as
non-believers, in Arabic "Kuffar".  Non-believers (non-Muslim) are
viewed as rejecters of Mohammad, which is sin to Muslims. ▆▆▆▆▆
particularly spoke of sins in America such as sexual promiscuity among
women and partying which are glamorized by the media.
▆▆▆▆▆▆▆▆ was then asked about his association with ▆▆▆▆
▆▆▆▆▆ and ▆▆▆▆▆, who were involved in the 11/99
plane incident in Cincinnati, Ohio.  He claimed that this was a racial
incident and not terrorist related.  He stated that these individuals
had been appropriately trained as to proper etiquette on board an
aircraft.  Therefore, an airline employee was merely overreacting.
He further explained that the reaction to this incident was rational
paranoia.  However, he guaranteed this incident was not related to the
9/11 attacks.

Regarding ▆▆▆▆▆▆▆; he knew ▆▆▆▆ was involved in
fraud with baby formula.  However, he initially felt ▆▆▆▆s business
dealings were legitimate.  In fact, ▆▆▆▆▆▆ purchased approximately
10-12 cases of formula for ▆▆▆ because prices were cheaper in Prescott.
▆▆▆▆▆▆▆▆▆ was also a student of ERAU and was arrested with ▆▆▆.

When asked if the term AL QAEDA ever came up among him and
his associates, he stated that he never knew the term before.  He would
refer to these people as MUJAHADEEN and not AL QAEDA.

To ▆▆▆▆▆▆, the U.S. was just getting what they deserve
(attacks on 9/11) because of the current foreign policy.  In fact, he
provided an Arabic saying, "The magic that you made is now working
against you."

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

▆▆▆▆▆▆▆▆▆▆▆▆

10/17-18/02          5

When told that ▆▆▆▆ and others told investigators that
▆▆▆▆ went to an AL QAEDA training camp, he responded that they
were lies. However, in response to prodding by SA ▆▆▆▆ regarding
his attendance at this training, ▆▆▆▆ responded that he could not
answer the question. Moreover, ▆▆▆▆ stated that before he could
answer SA ▆▆▆▆, he would have to pray about it (the answer). Based
upon ▆▆▆▆'s non-verbal expressions, it was obvious he was hiding
the truth and could not legitimately back out of providing an answer.

▆▆▆▆▆▆ was then asked about details of his capture. He
was the first to be captured at the house in Pakistan when Pakistani
police arrived. He recalled hearing gunfire coming from the second
floor although he was already blindfolded and secured. It was
approximately 2:00 a.m. when the troops stormed the house. An unknown
Syrian male was shot during the exchange of gunfire.

Regarding AL WAFA, he proclaimed that his only knowledge about
this organization was that it was a charity group unfamiliar to people
in Saudi Arabia.

At the conclusion of the interview, ▆▆▆▆ attempted to
downplay the sincerity of the interviewing agents by characterizing
them as government pawns. However, ▆▆▆▆ agreed to speak again
with the same interviewing agents.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )      Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )
                                      )

ISN ███ 302 10/21/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription
10/21/2002

███████████████ ██████████████████████, Interment Serial Number (ISN) █████████████ , date of birth ██████████████, place of birth ██████████████████████████, was interviewed at 2 ████████████ Guantanamo Bay, Cuba. Also present during the interview was Special Agent (SA) ███████████████, ██████████████. After being advised of the identity of the interviewing Agents and the purpose of the interview, ████████ provided the following information:

With regard to the question about his attendance at terrorist training camps, which was left unanswered from the previous interview, he was unable to answer this question. When pressed to answer, he advised, "It's in the notes". While being taken from his cell this morning, other detainees were mocking ████ and blaming him for cooperating with the U.S. Therefore, he was angry for being taken from his cell today.

In an effort to explain the differences between the Islamic Cultural Center (ICC) and the Islamic Student Society (ISS), he advised the following:

The ICC is the formal name for an Islamic Mosque where people gather to pray in worship to Allah. Many cities have a Mosque and, to his knowledge, they are all referred to as an ICC. The Tempe Mosque (ICC), which is located near Arizona State University, was built sometime in the early 1980's. Members for the most part are citizens of Tempe and Mesa, Arizona. The ICC is funded by private donations and rental income from an adjoining building used by as a meat market. Otherwise, he was not certain of other funding. The Saudi Arabian Embassy provides free Korans, dates, and the like, but not money. ████████ learned of this Mosque before coming to Embry Riddle Aeronautical University (ERAU) because he had a relative already attending there (discussed in previous interviews). Most of the members of the Tempe Mosque were professional and well-respected members of the community. ████████████ (phonetic) was the Iman for the ICC and prayers were held daily at the Mosque. However, ██████████████████ and ████████ ████████ would assist in prayer worship, especially during

10/20/2002          Guantanamo Bay, Cuba

████████████████████████████

████████████████████                              10/21/2002

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████████████                            ·10/20/2002        2

Ramadan, because of their extensive knowledge of the
Koran and their nice voice for reading.  During Ramadan,
females and children also attended the Mosque, especially
on Friday.  Therefore, the Mosque was close to capacity
on those days.  Normally, ████████ and various friends,
especially ████████ would go to prayer in the evening.
They especially liked to go on Friday evenings.  There
were hundreds in attendance at the Mosque during prayer
time.  Besides the religious activity at the Mosque,
members would, at times, engage in business meetings
composed of board members.

Every Friday, following prayer, many of the Saudis would
decide on a place to gather for dinner and fellowship.  This
occurred every weekend or every other weekend.  ████████ called
this the Saudi club.  Some of the Saudis who were married would
often not attend, preferring to return to their families.  Some of
those who attended this gathering included: ███████
███████████████████████████████████████████████████
████████ ).                              , was a guard at the
Mosque for a time until the ICC fired him for an unknown reason.
████████ was famous as a war hero in Chechnya and had lost a leg in
the war.  ████████ was particularly close to ████████: ████████ never
attended the Saudi club gatherings or ICC prayer meetings.  ████████,
in spite of his historical problems at the ICC, was more accepted
at the gatherings of the Saudi Club.

The ISS was formed by ████████ and ████████ in order to
provide a place for prayer at ERAU.  They formed the ISS
at the direction of an ERAU advisor who was encouraging
students to form clubs which would add to ERAU's cultural
diversity.  This same advisor provided a list of all ERAU
Muslims to ████████.  ████████ first became interested in
the idea when he found a note on his campus mailbox.  The
message was authored by ████████.  ████████ chaired the first
meeting and it was at this time that those present signed
the ERAU paperwork making it an official club.  ████████
decided to make ████████ the leader of this club.  The
ISS was assigned a designated room in the student center
where Muslims could go and pray throughout the day.
There were approximately 10 to 15 student members of the
ISS.  The common name for the ISS was the Muslim Club and
there were never any expenditures.  ████████ was more
active than anyone with this club.  He (████████) set up
and manned stalls around the campus in order to recruit
people for the club and for Islam.  ████████ handed out
Islamic religious material and other information at the
stall.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████████████                                    10/20/2002         3

        Regarding ██████████████████, they first met while ██
██████ was attending college in Prescott, Arizona.  They were
introduced by a mutual friend, ████████.  ████████ was attending
the University of Arizona in Tucson, Arizona at the time.  ██
██████ visited ████████ at the Tucson Mosque and attended the
Saudi club with him there.

        Other than the ICC in Tempe, Arizona, ████████ also
visited the Mosques in Mesa and Phoenix, Arizona.  The Mesa Mosque
was located on the second floor of a fitness center (NFI) while the
Phoenix Mosque was located North of Interstate 17 in Phoenix,
Arizona.  ██████ sometimes went with him.

        When asked, he defined the Arabic term 'Marua' as meaning
honor, courage and the like.  To further define the term, he stated
that not having 'marua' would be like someone saying "You're not a
man".

        When asked, he defined the Arabic term 'Itjihad' as a
legal term somewhat related to the Arabic word 'Fatwa'.  Itjihad is
the process by which scholars release a fatwa.  The scholar strives
within as he reaches a decision about a topic.  Furthermore, the
ICC or Mosque could issue insignificant fatwas.  The example he
used was one in which the ICC in Tempe decided to remove a physical
barricade normally placed between men and women during prayer.

        In his opinion, Usama Bin Laden (UBL) had the authority
to issue a fatwa in direct opposition to Saudi Arabian scholars.
However, he was not clear as to why UBL had this authority.

        ██████████ denied that he ever had plans to return to the
U.S. after departing for Saudi Arabia in August 2000.  His Visa and
scholarship remained open at ERAU.  In fact, at one point he
considered continuing his education at ERAU for a Masters degree.
However, ████████ offered that his father was having heart
problems at the time and he felt that he needed to be in Saudi
Arabia with his family.

        When asked, he acknowledged sending an email request to
██████ requesting a list of ten electrical engineering companies in
the U.S.  He opined that this occurred after he lost a significant
amount of money in the U.S. stock market.  He needed a job in order
to pay back his parents for the lost money.

        He could not deny the possibility that he submitted a job
application to Boeing Corporation sometime in the beginning of
2001.  He explained that he could have heard about Boeing from a
ERAU campus recruiter or he may have visited Boeing's website.
While visiting the website he may have submitted a CV (Curriculum

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████                          10/20/2002          4

      Vitae) or résumé to them.  However, he never received a
job offer from Boeing.

      Regarding his request for ██████ to forward a laptop and
diploma to him, he confirmed that this did occur but would provide
no further details.

      He did not feel that ██████ belonged to a terrorist
organization.  When asked, he denied having a commitment to protect
██████.

           ██████████ refused to answer specific questions related to
his terrorist training or membership in the AL QAEDA.  When asked
these questions, he constantly instructed interviewing agents to
review the notes (previous interviews).  Moreover, he avowed that
all these questions had already been asked and he has answered them
before.

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | )  Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN ▮ 302 1/10/2003

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of
transcription
Investigation on                                    at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

01/10/2003

███████████████████████████, ISN# ██████████████, born on
████████, in ███████████        █████████████, was interviewed at 2
2  ██████ Guantanamo Bay, Cuba, by Special Agent (SA)
███████████████████████████████████████████████████). After
being advised of the identities of the interviewers and the purpose
of the interview, conducted on January 10, 2003, ███████████ provided
the following information:

        The interview began with discussions concerning the
interviewer's use of their first names. ████████ believed that the
names being used by the interviewers were false. ████████ stated
he would falsify his name if he was in the position of the
interviewers, justifying his intention as a matter of personal
security. When assured that the interviewers were using their
actual first names, ███████████ strongly advised against the
practice, stating the interviewers were closely associated with the
government, the related terrorist investigations, and the
detainee's continued confinement at 2 █████. As such, the
interviewer's personal safety may be jeopardized. To exemplify his
point, ███████████ related a story he had heard concerning the attack
on a Saudi Arabian interrogator. According to ███████████, the
government agent was attacked with hydrochloric acid as retribution
for conducting interviews.

        ███████████ provided this advice, not as a threat, but as
an example of why, if the roles were reversed, he would choose to
provide a false name to the prisoners he came in contact with.
Further, ███████████ stated he had provided false identifiers to
other prisoners at 2 ███████ after he realized he was "too open"
with other prisoners while jailed in Pakistan. ███████████ remains
cautious when dealing with detainees he does not know well; his
stance motivated by a desire to preserve his present and future
personal security and to guard against spies and "hypocrites."

        ███████████ believes spies were used in the Taliban prisons
and that there are "five or six" spies currently housed at 2 █████
2 █████. ███████████ represented this opinion as rumor and did not
support his theory with specifics. According to ███████████,
hypocrites are worse than spies or non-believers and have the
potential to do more damage than a spy. ███████████ defended his

        01/10/2003   ·   Guantanamo Bay, Cuba

████████████████████████████████████████
████████████████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████████                                   . .  01/10/2003        2

        statement by saying "An open enemy is better than a
sneaky friend."

        ███████████'s self-described openness and proclivity to
meet with interviewers have caused him to be accused of cooperating
with the Americans. ████████ states these accusations have been
exacerbated by the fact that he has aided others who were labeled
as spies or hypocrites. As an example, ████████ recalled an
incident approximately four months ago in which an Iraqi detainee
had voiced anti-USAMA BIN LADEN (UBL) related views during a fit of
frustration and therefore, became the target of detainee suspicion.

        ████████ identified the outburst as more the result of
temper than true anti-BIN LADEN sentiment and offered the man his
sympathy and support in an effort to preserve a Muslim brother's
faith.

        Regarding the labels that are sometimes associated with
him, ████████ states he will not ask detainees a lot of questions
unless he knows them well, he chooses his words carefully and uses
his reasoning skills to calm detainee fears, navigate through
potential suspicions, and place people at ease.

        The discussions continued with ████████'s reference to
UBL's skills at placing various people at ease. Specifically, ██
████ stated UBL could go to Riyadh and speak like someone from
Riyadh, go to Jiddah and speak like someone from Jiddah, and go to
Yemen and speak like someone from Yemen, that UBL can "speak just
like them." ████████ continued by saying UBL can makes them
(people of other lands) comfortable because he is charismatic.

        When interviewers observed that UBL's social prowess
could be used to benefit impoverished countries, ████████ agreed
and added that UBL's family status, with regard to financial
potential, could further help various nations, particularly Saudi
Arabia. ████████ explained that UBL's path regarding his jihad was
determined through his (UBL's) experiences regarding Afghanistan's
conflict with the Soviet Union and has been further advertised
through speeches throughout the Middle East and Saudi Arabia.

        At this point, ████████ commented on the interviewer's
note taking. Once assured that making notations was a routine part
of the interview process, ████████ segued to a discussion
concerning his belief that the interviewers are gathering their
opinions of him through words and ignoring sources of physical
evidence, fingerprints for example. ████████ stated he should not
have to tell the FBI how to do its job, that he had been accused of
working with "circuitry," and that his contact with electronic
components could be proven through fingerprint examinations. When
interviewers explained that the mechanics of obtaining fingerprints
from surfaces associated with some electronics made viable
comparisons unlikely, ████████ remained skeptical, asserting that

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████                    01/10/2003        3

      American resources should have been able to find physical evidence that would prove of disprove his association with electronics.

      ████████ continued with his recollection of the night he was arrested in Faisalabad, Pakistan, saying the Americans were at the house within one hour of his arrest. As a result, he questioned the belief that his detention was based simply on an association with ABU ZABAIDAH.

      Interviewers reminded ████████ that his activities prior to and during his stay in ZABAIDAH's house were corroborated by several people and that he (████████) must assist interviewers in identifying plausible, truthful explanations. In response, ██ ████████ acknowledged the existence of damning statements against him, including ZABAIDAH's statements, evidence derived from pocket trash, and the presence of fake passports within ZABAIDAH's house. In addition, ████████ recalls the fifteen minute period between the time the occupants of ZABAIDAH's house realized the Pakistani police had surrounded the house and the time entry was made. During that period, the home's occupants hid the aforementioned passports and "concocted" stories to tell the police.

      Then, ████████ made reference to accusatory statements made by ████████). ████████ stated he has been accused of helping ████ with his bayat (pledge) to UBL, but that he only knows ████ from their time in prison together. ████████ recalled a time when prison guards referred to him as "Arizona" and ████ as "UK." The two were placed in a room together at one point and left alone. ████████ believes it is ██████ who is twisting the situation in order to gain favor with interviewers. Further, ████████ questioned the credibility of ZABAIDAH's statements and asked if interviewers considered the information accurate. Despite being assured that ZABAIDAH's statements are being corroborated, ████████ continued to question the "thoroughness and accuracy" of ZABAIDAH's statements.

      At this point, ████████ leaned forward, placing his elbows on his knees, and stated his belief that it is the interviewers who make the determinations concerning the truthfulness of his statements. ████████ was assured that his assessment was true and that testimonial evidence and physical evidence formed the nexus of the interviewer's opinions. ████ was reminded that interviewers had learned that ABU ZABAIDAH was tasking people who were staying at his house with specific assignments which included the purchase of materials; that various levels of trust were communicated to some of those he (████████) had been arrested with. ████████ recalled the "trust" issues from previous interviews and opined that the fact he was not trusted should shine favorably on him.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████    █████████                    01/10/2003        4

        ████████████ acknowledged teaching English to others within
ZABAIDAH's house and knows that these efforts could be interpreted
as providing assistance to terrorists. ████████ remembered when
the Pakistani police arrived to raid ZABAIDAH's house; that several
people fled to the roof and were beaten or shot by police after ——
they threatened to detonate a bomb and then fought the police with
bare hands. In contrast, ████████ did not resist arrest despite
his assessment that the Pakistani officers were obviously scared
due to the recent murder of several Pakistani soldiers following an
operation in Tora Bora. When asked if ██████████████████████████
███████████████████ had fled to the roof also,██
████████ stated he did not recall.

        ████████ acknowledged knowing UBL and admitted to
providing his (████████'s) telephone number to other prisoners
while jailed in Pakistan, stating "these are things that can really
harm me." ████████ claimed to "open his chest," to be honest with
interviewers. Further, ████████ asked interviewers if continued
detention would occur if a determination was made that a prisoner
was not guilty but posed a potential threat if released. ████████
believes it is his association with ZABAIDAH that may influence his
placement within this category and asked the interviewers for their
opinion.

        Hypothetically, interviewers theorized that those who
were not prosecuted may be released to their host countries and
subsequently monitored by that country's law enforcement service.

        ████████ asked the interviewers how they would react if,
years from now, he were to meet them on the street while he was
being monitored; would the interviewers sit with him for coffee?
Assured that they would, ████████ grinned.

        Discussions continued concerning the investigative
processes of determining truth relative to an investigation.
Following an extensive explanation that included assurances that
testimonial evidence is sought from a variety of sources to
corroborate its veracity and that physical evidence, to include
banking and various other business records, are considered, ████
████ pledged to assist investigators in determining the truth,
going so far as to state he would sign any consent forms which
would allow access to his records. Specifically, ████████ was put
on notice that this effort, a careful review of the statements and
evidence relating to his associations with ZABAIDAH and ██████,
would include the definition of specific time frames for which
specific details and explanations would be required in order for
the interviewers and ████████ to reach a truthful consensus.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,  )
)
Petitioner,  )
)
v.  )   Civil Action No. 08-1360 (RWR)
)
ROBERT GATES,  )
)
Respondent.  )
)

ISN ■ 302 4/15/2003

SECRET/NOFORN

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription

04/15/2003

████████████████████████, ISN# ████████████, date of birth
(DOB) December 28, 1974, in Jeddah, Saudi Arabia, was interviewed at
2████████ Guantanamo Bay (GTMO), Cuba, by Special Agents
████████, Federal Bureau of Investigation (FBI), and ████████, United
States Air Force Office of Special Investigations (OSI).  After being
advised of the identities of the interviewers and the purpose of the
interview, ████████ provided the following information:

     In August 2001, ████████ left Jeddah by bus for Dubai, UAE.
████ was in Dubai 10 to 12 hours. He then flew to Karachi, Pakistan
by an unknown airlines.  After arriving in Karachi he went to motel
Dubai. ████████ was referred to this hotel by someone on the airplane.
The motel was cheap and nasty.  He only stayed at the hotel one day.
████████ later found out motel Dubai was called "the terrorists hotel".
████████ then moved to another hotel (NFI) near motel Dubai. He stayed
in this hotel approximately 10 days.

     While staying at the second hotel, ████████ would visit an
on-line chat room. While on-line, ████████ met ████ (phonetic).
████ told ████████ he had seen his screen name before on-line,
but ████ is not sure ████ was telling the truth.  ████████
had never talked to ████ before in Saudi Arabia.  The second time
████████ spoke on-line with ████, ████████ obtained directions to
the Internet Café, and he came to the café to meet ████████.

     ████████ told ████ he was looking for a place to live,
and ████████ offered his parents house in Karachi. ████████ stayed
with ████ from September 2001 through February 2002.  During this
time ████ never saw ████'s parents. ████████ charged
a lot of money for food and rent, approximately 600 Rupees ($100 USD)
a month.  This price was very expensive in Pakistan.  When ████'s
money ran out ████ became mean. ████████ would not allow ████
to use the Internet.  Since ████ would not let ████ use the
Internet, ████ would go to a local Internet Café near ████'s
house.

     ████████ believes ████ stole his (████████) laptop, two
Datek checkbooks, one AL Rajhi checkbook, an Emery Riddle certificate,
transcripts and catalog. Also stolen was a small bag of clothing and
toiletries.  The items were stolen around Ramadan 2001.  All of the
items, except the clothing, were in the laptop bag.  The clothing was

04/15/2003         Guantanamo Bay, Cuba

SA ████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████████████        I        04/15/2003        2

in a separate bag. ████████ did not report the stolen items
to the police because it would not help in Pakistan.

While visiting the Internet Café near ████████'s house,
████████ met ████. ████████ knows this is false name, but does not
know ████'s real name. At the café, ████████ and ████ talked about
Saudi Arabia. ████████ told him (████) about his problems with ████.
████ told ████████ not to worry because he was an engineer, educated
in the United States. ████ told him he could get ████ a job.
████ also knew the Dean of Admissions at Agricultural University in
Faisalibad. This university taught medicine, business and possibly
chemical engineering.

████████ left with ████ for Faisalibad the same day he met
him because he thought ████ would be kicking him (████) out
soon. Also traveling with ████ and ████████ was ████ (phonetic).
████ drove and did not speak English very well. During the 20 hour
drive from Karachi to Faisalibad ████████ slept a lot, and they (████
and ████) spoke about politics, religion, news, school and money.
████ described ████ as very intellectual, articulate, nice and
educated. During their conversations, ████████ was critical about
the United States foreign policy. ████ also stated ████ knew
his views on United States foreign policy before they left for Faisalibad.
When ████ stated his views, ████ did not normally comment, but
simply agreed with ████████.

████████ told ████ he was out of money and wanted to work
on obtaining his masters degree. ████████ and ████ also spoke about
forming a business together selling various commodities in Saudi Arabia,
after ████████ obtained his masters degree.

After traveling to Faisalibad with ████, ████████ was taken
to the house where he was later captured. Upon arriving,
introduced ████████ to ████, the doctor who was killed during the
arrests on March 28, 2002. ████ and ████████ would hang out quite
a bit at the house. After arriving at the house, ████████ saw ████
two or three times. The last time he saw ████, he told ████████
everything had been approved at the university.

████████ also told ████, "it was wrong to kill innocents,
and it was bringing a bad view on Muslims."

Looking back, ████████ believes the people in the house did
not show their true feelings. ████████ also said, "If I said many
United States people do not have anything to do with United States
foreign policy, the people in the house would remain silent."

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

04/15/2003          3

Zubaidah."          ███████ advised it appeared ██████ ran the house, not Abu
Zubaidah."          ███████ also said, "It is not right for people to grow
beards and do what they do and use their religion to hide behind."

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ISN ███ 302 11/5/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on                    at
File #
by

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

11/05/2002

[redacted], also known as (a.k.a.) [redacted], was interviewed during
a two day period at 2 [redacted] Guantanamo Bay, Cuba. Also present
during the interview was [redacted], acting as
English/Arabic translator. After being advised of the purpose of the
interview, [redacted] provided the following information:

Initially, he pontificated his dissatisfaction about
continuing to provide the same information over and over again. He
insisted that he has been forthright and truthful throughout his
internment at Guantanamo Bay, Cuba. Moreover, he could add nothing
to what had already been recorded from previous interviews and opined
that it had been almost 45 days since he spoke with any interviewers.
However, after explanations of the necessity of the information
requested of him today, [redacted] agreed to answer questions. It was
his opinion that if he told big lies he would be left alone; however,
if he told the truth, which he claimed was unimportant information,
interviewers would keep coming back. During the remaining interview
time, [redacted] would often say that the information being sought was
already in the file.

He recognized a photograph of [redacted], whom he knew as
[redacted] at the guesthouse where they were captured. He claimed to be
unfamiliar with the type of training [redacted], aka [redacted] was receiving
at the guesthouse. In fact, he claimed not to know what was transpiring
at the guesthouse during the time he stayed there. Furthermore, the
accusation that he ([redacted]) was assigned to train [redacted] and
another individual in explosives was false.

**Faisalabad Safehouse**

He arrived at the safehouse only ten days prior to his capture.
He was told by [redacted] (last name unknown) (NFI), whom he
identified in a previous interview, to go to this safehouse. Again,
he explained that this information was previously exploited by
interviewers. He had already been moving around from house to house
in various other places in Pakistan before arriving at this location.
He denied ever providing explosives training to anyone while at the

11/04-11/05/02  Guantanamo Bay, Cuba

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████                                        11/04/2002          2

house, nor was he ever asked to provide this instruction.
He was never considered to be a teacher to anyone and this, he advised,
had been verified.  When confronted with information about what other
Muslim detainees were saying about his role, he responded that they
were liars.  He did not have a response to an observation that most
people at the safehouse were educated individuals while he had only
completed high school.  During the ten days he was there he claimed
to have passed the time by eating and drinking.  He had casual
conversations with other occupants of the safehouse but nothing more.
He did not consider anyone at the house to be violent or dangerous.
He claimed to be a simple man with simple thoughts and did not constantly
observe the things going on around him.

### AFGHANISTAN TRAINING CAMP

While at this camp, ████████ received training in mines and
other weapons.  He opined that Westerners think that anyone who goes
to a training camp is a terrorist but this is not true.  He went to
this training to fight the war in Chechnya.

When asked if he knew of any pending terrorist acts against
the U.S. or U.S. interests, he explained that nothing was going on.
When further pressed about a clearer answer, he became defensive and,
according to the translator, answered in broken sentences.

When asked about the conditions at ████████. he explained
that some guards are nice and some not so nice (NFI).  He proudly asserted
he and other detainees are learning from their captors (guards and
interviewers).  Additionally, he stated they are learning the techniques
which are being used against them during the interviews.

On the second day of the interview, ████████ would not answer
additional questions even though he agreed to continue from the prior
one.  This part of the interview was terminated with negative results.

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
|  | ) |
| ROBERT GATES, | ) |
|  | ) |
| Respondent. | ) |
|  | ) |

ISN ▓ 302 8/6/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of

transcription

Investigation on _____ at _____

File # _____

by .                                        Date dictated _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

08/06/2002

On 08/05/2002 ████████████████ ████████████████, was interviewed at ████████ Guantanamo Bay, Cuba ████████████████████ ). Also present for the interview was contract linguist ████████████████        The interview was conducted in Arabic and translated into English.  Present during portions of the interview was SA ████████████████                                     ). All words herein are spelled phonetically.  After being advised of the nature of the interview and the identity of the interviewing agentx, ████████████ provided the following information:

████████████████, a Saudi Arabian citizen was born in approximately ████████████████ ), which is where he spent the first 12 years of his life.  In about 1990, ██ ████████ moved with his family to Riyadh, Saudi Arabia and resided in the Ar Rawdah neighborhood.  Just prior to ████████████ 'S detention, he resided with his wife, ████████ on Ibn Shaheen in the Ar Rawdah neighborhood.  Their home telephone number was ████████ ████████████ attended the Khaled Bin Alwalid Mosque in his neighborhood.  ████████████ does not have any children. ████████ graduated from the King Fahd High School in Riyadh and ████ attended the King Saud University, Riyadh. ████████ completed a five year program and attained a Bachelor's degree in ████████████████████, ████████████████ graduated from college in ████████████ .  ████████████ worked as a high voltage electrician in the Operations Section of the Saudi Arabian Electric Company, Riyadh. ████████ has not received any other specialized technical training.  Since ████████████ 'S detention, his wife moved in with her father, ████████████████, who resides in ████████████ .

████████████ 'S father is ████████████████████ who resides in Riyadh, Saudi Arabia, is about ████████████ and deals with real estate. ████████ has ██ brothers, all of whom reside in Riyadh. All of the brothers are identified as follows:

████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ,

8/5/02            Guantanamo Bay, Cuba

████████████████████

8/6/02

████████████████████ )

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription

Investigation on _____ at _____

File # _____

by _____                                        Date dictated _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

███████████████████████████████████████████████████

█████████, a known associate of Al Qaida, was shown the FBI-ITF photographic book dated 12 Jun 02 and identified the following photographs:  A003a- DAUD██████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

████████████████ also recognized the following photo's from the same photographic book: ███████████ who were of the same person whom ██████████ recognized from Muzuristan, Pakistan. ██████████ also recognized ████ as a "famous face" who appeared in the newspapers after the September 11, 2001 terrorist attacks.

Around October 2001, after learning of the September 11 terrorist attacks, ███████████ desired to help his Muslim brothers fight against the Americans. ███████████ believed the Americans were coming to Afghanistan (AF) on a crusade of Christainity against the Taliban and Muslims. ████████ met ████████ at a coffee shop in Riyadh and obtained the cellular telephone number of an individual in Iran who would assist ██████████ in joining Al Qaida. ███████████ did not recall the cellular telephone number.

███████████ flew via Saudi Air from Riyadh to Damascus, Syria, where he remained for two days. ██████████ then flew via Tehrani Air to Tehran where he delayed his travel for a week because of a Shiite holiday. ██████████ paid for his airfare with his own cash. ███████████ hired a car and driver and drove to Mashhad, Iran. From Mashhad, ██████████ contacted the individual at the cellular number earlier provided by ██████████. The individual took ███ ████████ to a guest house in Mashhad where he stayed for about a week with some other Arabs. The Arabs then moved to a different house in Mashhad that had better security. The group of Arabs rented the entire third and fourth floors of the guest house. ████████ stayed in Mashhad for about one month.

In early to mid November 2001, ███████████ traveled from Mashhad to Zabol, where he stayed for two days; then passed through Nimroz, AF and Kandahar then went to Kabol, AF where he remained for about a week. ███████████ then moved through Jabal Saber, through Logar where he stayed for about one day and then went on to Khost for about 45 days. ███████████ believed he was protecting the children

8/5/02          Guantanamo Bay, Cuba

████████████████████████████                          8/6/02

███████████████████████)

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

8/5/02                          3

of the city by remaining in the mountains, thus attracting the
Americans to the mountains rather than the city. ███████
departed Khost and traveled to Zurmut where he stayed for a month;
then to Waziristan, PK; to Banu, where he stayed for two weeks; and
on to Lahore, where he remained for six weeks.

███████ attended a ten day military training camp north of
Kabul.  At the Kabul camp, ███████ trained on the Kalishnakav
machine gun, pistols, grenades and conducted physical training
exercises.  The camp facility was comprised of abandoned houses.
The leader of the camp was ███████ (Yemini) and ███████ 'S
primary trainer was ███████ (Yemini).  ███████ also
trained at a camp in Faisalabad, PK.  The Faisalabad training
focused on the use and manufacture of electronic detonation
devices.  ███████ 'S ultimate goal was to go with DOUD to
Palistan to train others on the manufacture and use of electronic
bomb  detonators.  ███████ said the electronic bombs were to be
used against the American soldiers.

Prior to the September 11, attacks, ███████ claimed he was
unaware of the existence of Al-Qaida.  When ███████ initially
learned of the September 11 attacks, he suspected UBL or the Jewish
people were responsible for planning and executing the attacks.
███████ claimed no prior knowledge or responsibility for the
terrorist attacks against the Americans.  ███████ believed that
if UBL were responsible for the attacks, UBL would have to answer
to a higher power for what occurred.

███████ said he did not know any Americans living in AF, nor
had he ever traveled to America.  ███████ said he knows ███████,
who had studied Aeronautical Engineering at the University of
Arizona.  ███████ said he knows a Mexican man who uses the name
███████ said he used computers during his travels to
contact his family.  He was aware there were secret codes and
symbols being used by Al-Qaida, but he never learned or used them.

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
ZAYN HUSAYN,                        )
                                    )
          Petitioner,               )
                                    )
     v.                             )        Civil Action No. 08-1360 (RWR)
                                    )
ROBERT GATES,                       )
                                    )
          Respondent.               )
                                    )
```

ISN ▮▮▮ 302 9/11/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of

transcription
Investigation on                                          at
File #
by

Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

09/11/2002

██████████ was interviewed 09/11/2002 at █
Guantanamo Bay, Cuba by FBI
Civilian Language Specialist ██████████ provided contemporaneous
Arabic/English translation. ██████████ stated he ate his noon meal
prior to the initiation of the interview. ██████████ voluntarily
provided the following information:

██████████ was born in 1977 in Tabuk, Saudi Arabia (SA).
He obtained a Bachelors degree in ██████████
██████████. worked for seven (7) months
as an electrical engineer before he left to join the Mujahadin in
Afghanistan (AF) as a fighter. ██████████ believed participating in
the Jihad was his holy duty as a Muslim. ██████████ had originally
planned on joining the Mujahadin in Chechnya to fight the Russians but
changed his mind following the events of 09/11/2001. ██████████ stated
President Bush received the blessing for a Muslim/Christian Holy War
from the Catholic Pope. ██████████ was further convinced it was a
Muslim/Christian Holy War when President Bush referred to the American
involvement in AF as a "Crusade". At that point, ██████████ made the
decision to go to AF and fight the Northern Alliance and the American
Forces.

██████████ left SA in September of 2001 to begin his personal
Jihad. He flew from SA to Syria, then from Syria to Iran.
then traveled to an Afghan city near the Iranian border known as Nomuz
(phonetic). After approximately three (3) weeks, ██████████ went to
Kandahar, from Kandahar to Kabul and from Kabul to an unidentified
training camp located north of Kabul. The training camp was newly
established but featured old, abandoned homes that the trainees used
for a variety of purposes.

██████████ was then shown a map of known training camps in
AF. He immediately counted the camps and was observed studying the
locations of each. ██████████ was asked if he recognized the names
or locations of any of the camps, he replied he did not. The map was
then removed from ██████████'s hands, but he continued to look at it
until it was placed out of view. ██████████ then asked what news there
was of ██████████ and his troops. ██████████ was asked why
he was so concerned about ██████████. ██████████ responded that if he
ever left the prison camp, he would return immediately to AF and fight

09/11/2002       Guantanamo Bay, Cuba

09/11/2002

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



09/11/2002          2

with ███████ against the Americans.  He was advised
█'s troops had been pushed out of AF and the current status
of ███████ was unknown. ███████ was very interested in the current
political and military situation in AF and followed up with several
more questions.

        ███████ stated he received theoretical training in the
pistol, Kalashnikov Rifle, hand grenades, artillery and the PK Machine
Gun. ███████ actually fired the PK machine gun and AK47 on a 200
meter target range at square targets posted on the sides of abandoned
buildings.  The ten (10) day basic military training also included
physical conditioning but did not include training in the use of
communications gear. ███████ said the basic training was only a
foundation for additional training the Mujahadin recruits would receive.
He was disappointed and somewhat disillusioned with the lack of
professionalism he observed while at the training camp.

        ███████ stated he left the training camp and headed for
Faisalabad, PK at the completion of his training.  He traveled with
a group of men comprised primarily of Arabs. ███████ said he did
not know if the men were Taliban or Al-Qaeda and did not provide an
estimate for the number of men in the group.  The group was led by a
Pakistani man and passed through several Afghan villages on their way
to Lahore, PK ultimately arriving in Faisalabad.  A few men joined the
group when they passed through Lahore. ███████ believes
███████, known to ███████ as ███████,
was already at the safe house upon his arrival.  ZINE ABIDIN ABU ZUBEIDA,
known to ███████ as DAUD arrived approximately ten (10) days later.
███████ stated he was in PK illegally and was waiting at the safe
house for permission from the PK Government to leave.

        One (1) Egyptian man and one (1) Syrian man accompanied
███████ to the safe house in Faisalabad but they did not stay.  The
Pakistani guide that had brought ███████ to the safe house also
introduced him to ABU ZUBEIDA when ZUBEIDA arrived.  Shortly after ABU
ZUBEIDA arrived, the men were all arrested. ███████ estimated there
were between five (5) and eight (8) Arab men staying at the safe house
when he was arrested.

        ███████ was shown a ███████ and identified photo
all three (3) men from the safe house they were arrested at. ███████ stated he knew
also identified A042a as ███████, a man who had come to Faisalabad to
receive medical treatment for his severely injured hand. ███████ was
a trainer at a camp and had knowledge of bomb making.

        ███████ stated he was honored to have been arrested with
DAUD, aka ABU ZUBEIDA and the other men at the safe house.  When told
the men had identified him as an electronics expert and bomb maker he
said "Bring them to me and I will spit on them." ███████ was then

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████  ████████████████████████                     09/11/2002          3

     reminded that he himself had provided statements which
corroborated what his associates said of him. ████████ proceeded
to recant his earlier statements and denied any involvement with
Al-Qaeda, other terrorist organizations or bomb making.

        ████████ advised he felt his personal Jihad would be
successful if he could walk up to his enemy with a hand grenade, pull
the pin and kill both himself and his enemy. ████████ also expressed
a desire to kill the President of Afghanistan, Hamid Karzi and King
Fahad of Saudi Arabia. This was his duty because "They were Americans."

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
          Petitioner,          )
                               )
     v.                        )     Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
          Respondent.          )
                               )

ISN ███ 302 9/15/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on           at
File #                                     Date dictated
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

09/15/2002

███████████████, was interviewed at Guantanamo Bay, Cuba by ███
███ providing contemporaneous Arabic/English translation.
██████ advised he was fasting for the day and prayed prior to his
interview. ████████████ voluntarily provided the following
information:

████████████ advised that he purposely created a minor
disturbance in his cellblock. ████████████ stated he intentionally
threw water in the face of a Military Police Officer in order to be
placed in the prisoner isolation cellblock. ████████████ stated he
wanted to be placed in isolation so he could study the Koran.

████████████ traveled from Saudi Arabia (SA) to Afghanistan
(AF), via Iran. ████████████ was traveling to AF to be trained with
weapons and fight, answering a call for Jihad (Holy War) against
the Northern Alliance. ████████████ stayed in Iran for several days,
exchanging Saudi Riyals for U.S. dollars, buying food, clothing and
luggage before leaving for AF. ████████████ stated terrorist
training within SA was prohibited by the government.

████████████ arrived at a training camp located north of
Kabul. ████████████ advised that the camp provided all his essential
needs, from clothing, food, bedding and other amenities. According
to ████████████, there were approximately 40 other trainees attending
the camp at the same time. ████████████'S training was supposed to
last 45 days, however his training was condensed to 10 days,
focusing primarily on weapons instruction. ████████████ identified
the leader of the training camp as ████████████). ████████████ stated
that ████ was rarely seen during his training.

████████████ described a typical day during the training
camp. At sunrise, the trainees would conduct their morning
prayers. After praying, the trainees participated in physical
training (PT), jogging and then have breakfast. Following
breakfast, the trainees went to classroom lectures for weapons
instruction. In the afternoons, the trainees would have lunch,
have hands on training, conduct chores, have their afternoon naps,
read manuals from the morning lectures and continue their prayers.
After finishing their evening prayers, ████████████ and four other

            09/12/02         Guantanamo Bay, Cuba

09/14/02

████████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

█████████████████████                                    09/12/02            2

        trainees, would gather their belongings and sleep outside
the camp compound. ████████ advised that this type of training
was good for all types of circumstances, but was not what he
expected.

       ██████████ and four other trainees were instructed to
dig bunkers in an area north of the camp. After two days of
digging, the group was sent to an unidentified village near Saber
Mountain, which ███████ described as a 10 minute car ride from
Kabul. According to ██████, several groups from the training
camp went to the village, assisting other soldiers in trying to
stop the advancement of the Northern Alliance. During the evening,
████████ was ordered to retreat. Approximately 100 soldiers fled
the village and drove to Khost. While in Khost, ████████ and the
other soldiers stayed at various houses for approximately 20 days.
████████ stated he had not fired his weapon during combat and
characterized himself as a weak soldier.

       ██████████ was staying at one residence with DAUD (ZINE
ABU ZUBEIDA), ████████████████) and others.
████████ spent time with both men talking eating and praying.
For exercise, ███████ and the other men would play soccer. The
group played with a small, light-colored soccer ball using the
doorways as goal posts. After 10 days in the house, Northern
Alliance soldiers arrested ████████, DAUD, ██████ and the others.
██████ stated it was an "Honor" to have been arrested with the
others in the house.

       ██████████ stated he wanted to fight on the frontlines
against the Northern Alliance, so he could die a martyr faster. ██
███████ advised that he would prefer not kill someone through
suicide bombing, however ████████ indicated he would commit Jihad
against his enemies by approaching a target, and then exploding the
grenade hidden on his body. ██████████ stated that within Islam,
the killing of oneself was against the teachings of the Koran. If
an individual committed suicide because they were bored with life
then this was a sin against Allah. If an individual killed oneself
along with an enemy, then this was acceptable in Islam. ████████
advised he does not personally know anyone who has committed
suicide bombing. ██████████ then reiterated his burning desire for
his Jihad in the war against the enemies of Muslims.

       █████████ inquired about the health of King Fahd and if
was dead. ██████████ was informed that King Fahd was still alive
and governing Saudi Arabia. ██████████ advised he would like to
see King Fahd die because he views King Fahd as a companion and
cooperator with the U.S. According to ████████, individuals who
have studied the Koran, are unhappy with King Fahd and stated USAMA
BIN LADEN would have armed the Mujahadin, to overthrow the Saudi
government. In addition, ████████ stated that USAMA BIN LADEN

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████ ██████████                                    09/12/02              3

would have protected Saudi Arabia from Saddam Hussein
during the Gulf War.

████████████ advised that during the Iraqi invasion and
occupation of Kuwait, SADDAM HUSSEIN stole 12 U.S. missiles and
brought them back to Iraq. ████████ believes the sanctions
against Iraq are focused on retrieving the stolen U.S. missiles.
████████████ stated that HUSSEIN has a strong army that will swarm
and destroy the U.S. military during the next U.S. invasion of
Iraq. ████████ advised HUSSEIN has been forecast to defeat the
U.S. during the next armed conflict. ████████ could not site
specific writings or passages to substantiate his claims.

████████████ began reciting a Hajitha, described as
prophetic verses and traditional stories of Islam. According to
████████, HUSSEIN was forecast to be defeated in war to a
coalition of nations. ████████ stated HUSSEIN will invade Kuwait
again and fight against a larger coalition of countries. HUSSEIN
would defeat the larger coalition during combat. ████████ could
not site specific writings or passages to substantiate his claims.

The following is descriptive information about the
training camp leader ████████████

Name:                        ████████ )
Race:                        ████
Approximate age:             ████ years old
Approximate height:          ████ "
Hair:
Facial hair:                            ████ (████)
length)
Build:                       ████████ (████████

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN ██ 302 12/12/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1. -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription

12/12/2002

████████████████████████████████, ISN # ███████████ was interviewed at Guantanamo Bay, Cuba by Det. ████████████████, FBI Task Force Officer. Also present during the interview was SA █████████████, Air Force Office of Special Investigations and █████████████, Arabic to English language translator. ███████████ was informed of the nature of the interview and the identity of the interviewing agents. The results of the interview are as follows:

████████████ said he would be willing to talk to the interviewers and answer questions. The reason he refused to speak during his last interview was because he was in a "mood". He would not be more specific regarding this mood.

████████████ was told that he would be asked questions regarding his past association with another person in the camp. He said that he was responsible for himself and not for others. Others know more about their story than he does.

████████████ was shown a photograph of ISN ███████████, ████████████, and was asked if he recognized the person in the photo. ████████ said the person in the photo was "████". When asked to provide further details about ████████, he replied that he had forgotten everything about the house and did not remember where he met ████████. He suggested that the interviewers bring ████████ into the room and ask him these questions.

████████████ was reminded that he had given specific information in the past about ████████. He replied that any information or accusatory remarks he provided about ████████ in the past was to get himself out of trouble at the Bagram Air Base. He was being accused by the authorities of building circuits with ████████ and he believed he would be tortured if he did not agree to the accusations. ████████████ has never been tortured since being taken into custody in Pakistan. He denied knowing how to or ever trying to build a circuit.

████████████ was asked to provide a historical reference of his travel from the time he left Saudi Arabia to the time of his capture. He provided the following information:

12/11/2002        Guantanamo Bay, Cuba

████████████████████████

Det: ████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████                              12/11/2002          2

                ██████████ indicated that he attended the ████████
University in Jeddah while he resided in Riyadh, Saudi Arabia. He
was trained to be a civil engineer, however, at the time he
finished his college education, there were few jobs available in
this arena in Saudi Arabia.

                He left Saudi Arabia via aircraft in October 2001 and
flew to Syria. He does not recall how long he stayed in Syria. From
Syria he flew to Tehran, Iran and then took a taxi to Mushad, Iran.
He spent three days in Mushad at the Ali-Reda [sic] Hotel. He then
traveled via taxi to the border of Afghanistan where he was caught
by Iranian authorities who kept him in custody for a week because
they thought he was in the country illegally. Upon being released
from custody, ██████████ convinced an Iranian soldier to assist him
in crossing the border into Afghanistan.

                Once in Afghanistan, ██████████ saw several cars occupied
by the Taliban. The Taliban gave him a ride to Kandahar where he
stayed a few hours. He then went to Kabul where he stayed for one
week. Next, ██████████ attended a training camp outside of Kabul
for one month where he learned to shoot Kalishnikov and PK rifles
and use hand grenades.

                After attending the camp, ██████████ went to the
battlefield to help fight the Northern Alliance forces. He
remembered digging a ditch with ████, the Syrian trainer of the
camp he attended. ██████████ estimated that he was on the
battlefield for a few days before retreating to the Saber [sic]
mountains. He left the mountain with 10 others at about eleven
o'clock at night and traveled to Loger [sic], just outside of
Kabul. He stayed one day at Loger and traveled to Khost where he
stayed for two weeks. ██████████ said he could not take the
constant "retreating" any more and he wanted to get out of
Afghanistan. From Khost, he traveled with a group that went to
Lahore, Pakistan.

                ██████████ learned in a phone call with his father in
Saudi Arabia that the government there had been informed he was in
Afghanistan. He remained in Lahore for two months attempting to get
his passport fixed fearing he would be arrested upon entering Saudi
Arabia for having an Afghanistan stamp in his passport. In the
meantime, he also learned that Pakistani officials were rounding up
Arabs. He met a subject named DAOUD (ABU ZUBAYDA), went to his home
in Faisalabad and stayed there waiting for DAOUD to fix his
passport. ██████████ and 11 others were subsequently arrested at
this house. He ran to the roof when the authorities raided it. He
did not provide specific information regarding how he met DAOUD, or
the events inside the Faisalabad home. ██████████ believes that his

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

12/11/2002          3

father made a mistake when he informed authorities in
Saudi Arabia of his travel to Afghanistan.

Once in custody, ▮▮▮▮▮▮▮ was taken to Lahore where he
remained for three days before he was transferred to Islamabad. He
did not know how long he was housed in Islamabad. He was
transferred to Bagram Air Base and then on to Cuba.

▮▮▮▮▮▮▮ expressed fear of being severely tortured if
he is ever transferred back to Pakistan. He does not believe that
any other detainees have been let go. He classified this story as
"just another American movie". ▮▮▮▮▮▮▮ said he was willing to
cooperate during future interviews and would speak to one
interviewer about Islam. The interview was subsequently terminated.

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )     Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )
                                      )

ISN ▓ 302 5/13/2003

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription                  05/13/2003

██████████████, ISN# ████████████████, was interviewed at ██
████████, Guantanamo Bay, Cuba by Special Agent ██████████,
Federal Bureau of Investigation, █████████████, Air Force Office of
Special Investigations (OSI) and ███████, a U.S. Military person.
The interview was conducted in Arabic and translated by linguist
██████████. ████████ provided the following information:

████████ identified a picture of ████████████████████,
ISN# ██████████, and ████ acknowledged ████████████ was at the safe
house when both were arrested. Also at the house during the arrest
was ABU ZUBAIDAH. ████████ arrived at the safe house approximately one
month before the arrest. ████████ could not remember if ████████ was
at the safe house before or after he (████████) arrived. ████████ was
staying at the house while his passport was being fixed. ████████'s
passport had an entry stamp for Iran, but not an exit stamp. ████████
talked to ZUBAIDAH at the house about his passport; however, he did
not know if ████████████ talked to ZUBAIDAH. ████████ agreed that
ZUBAIDAH was an important person.

████████ denied any knowledge of explosive devices in the
safe house. ████████ ████, "I talked in the past about some notes we
had over there. But that doesn't mean I wrote the notes. I found
them in the kitchen. I read them for about an hour, then I put it
back." The notes were in a notebook which was setting to the left
of the stove in the kitchen. ████████ saw the notebook two to three
weeks before the arrests. The notebook contained circles with
writing about each circle. It explained how a person can get
electricity to work inside the circle.

On the night of the arrest ████████ tried to escape. He
████, "When I tried to get out of the house the last night I was
there, I went upstairs. There was electronics. I saw an
electronic gun. There were electronic parts in bags." ████████
further described the bags as small. When questioned why he would
take the time to look in small bags while trying to escape, ████████
████, "I didn't look through the bags, I was surprised when I saw
them."

████████ denied talking to ████████████ very often. ████████
advised ████████ asked him (████) about his education, his father
and himself (████). ████████████ would pray during the day, and ████

5/13/2003        Guantanamo Bay, Cuba
████████████████████████

SA ████████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████                              4/13/2003              2

did not see ████████ do anything unusual." ████
explained he spent a lot of time to himself.  He would read the
Koran to re-memorize the it.

When asked what he (████) dreamed of doing as a kid,
████ advised he hoped to go fight in Palestine.  When ████ was
asked why he did not do this instead of going to Pakistan or
Afghanistan he replied, "First of all I had no experience on
getting to Palestine.  Second, I had no experience on passports.
Afghanistan is different, you just go there and they give you a
gun."  ████ denied going to Afghanistan to obtain training, and he
did not know if ████████ received terrorist training.

When confronted with what other people were saying about
████ and his purpose for being at the safe house, ████ believes the
people are telling the truth.  However, ████ surmised ZUBAIDAH was
trying to cover up for someone else and blaming him (████) about
the purpose of being at the safe house.  ████ could not explain why
he believed this considering his previous statements corresponded
to what ZUBAIDAH has ████ was the purpose of ████ being at the safe
house.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ISN ███ 302 10/15/2002

SECRET/NOFORN



FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/15/2002

_____, ISN# _____, was
interviewed at �oT2_____ Guantanamo Bay, Cuba by Special Agent (SA)
_____, Federal Bureau of Investigation (FBI) and SA
_____ (NCIS).  Also present during the interview was linguist ___
___.  After being advised of the identities of the interviewers
and the purpose of the interview, _____ voluntarily provided the
following information:

_____ was born in Sudan. He traveled to New Delhi, India
at the end of 1992, beginning of 1993.  _____ stayed in New Delhi
for two weeks, traveled to Buna, India and stayed there for two weeks.
_____ traveled with a group of Sudanese students and stayed at the
Tablili House in India.

_____ traveled to Pakistan and into Afghanistan, where
he taught at Camp Khalden. The purpose of Camp Khalden was not to train
Al Qaeda, but to train the "normal Muslim" for future jihad.  It is
every Muslim's duty to train for future jihad.  There is, no jihad
happening today.

_____ met Usama bin Laden at a camp called Jihad W'Ali,
but did not talk with him.  _____ did not meet Ayman Al-Zawahiri,
but saw him walking on the street in Akbar Han District of Kabul.
_____ knows Al-Zawahiri to be Egyptian.

_____ met Abu Zubayda in 2000 at _____
home. _____ was the director of Camp Khalden, but Abu Zubayda never
visited the camp.  _____ was at Abu Zubayda's house when _____
was captured, on March 24, 2002, with approximately ten other people.
_____ looked for assistance from Abu Zubayda in obtaining a legal
Sudanese passport for the purpose of returning to Sudan.  His Sudanese
passport was stolen in Pakistan.

_____ is not a fighter and does not believe in fighting.
He does not agree with the fatwa issued by Usama bin Laden calling
for violence against America.  _____ can't explain his views of jihad,
stating that one must become a Muslim as a first step, before being
able to understand jihad.

_____ does not know of any planned future attacks against
the United States or elsewhere, and states that if he did he wouldn't

10/15/2002        U.S. Naval Base, Guantanamo Bay, Cuba

_____                                    10/15/2002

SA _____ (FBI), _____ (NCIS)

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████                                     10/15/2002        2

       tell.  ███████  then stated he would tell if he knew something about a future attack.

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                )
                            )
          Petitioner,       )
                            )
     v.                     )        Civil Action No. 08-1360 (RWR)
                            )
ROBERT GATES,               )
                            )
          Respondent.       )
                            )

ISN ▇ 302 11/21/2002

SECRET/NOFORN

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription     11/21/2002

███████████████████████, Internment Serial Number (ISN)
██████████, was interviewed at 2 ██████ United States Naval Base,
Guantanamo Bay, Cuba by Special Agent (SA) ████████
Federal Bureau of Investigation (FBI) and SA ██████████, Naval
Criminal Investigative Service (NCIS).   Mr. ██████ provided
Arabic/English translation.  ██████ voluntarily provided the
following information:

████████████ stated he lived and worked at Khaldan training camp
from approximately 1996 until its close sometime in the year 2000.
████████ advised he was a weapons instructor for the first five (5)
months at Khaldan.  ████████ trained Arabs on the use of the AK-47,
PK and RPG.  These weapons were checked out of the Khaldan armory by
the trainees and were returned after completion of their training.
████████ stated he did not provide any other training at Khaldan to
include sniper, explosives, demolitions, poisons/toxins and/or
artillery training.  ████████ added that this type of training was not
available at Khaldan.  ████████ advised that Khaldan training camp was
roughly the size of 1.5 soccer fields.  This area served as the living
and dining area for the trainees and instructors.  Live fire training
would be conducted in the nearby mountains.  ████████ added that the
amount of trainees at Khaldan would range from approximately twenty-five
(25) at it's summer peak to about ten (10) at it's winter low.  The
trainees at Khaldan would stay anywhere from a few days to a few months
and their training would be adjusted accordingly.  ████████ added that
the instructors at Khaldan would change often.  Instructor service was
voluntary and there was no pay for their service.  In addition, there
was no rank or organizational structure among the instructors.  ████████
described Khaldan as a type of summer camp where Arab males would go
for weapons training.   These Arabs would not necessarily stay in
Afghanistan.  Some would go back to their country of origin.

████████ spent most of his time at Khaldan buying food for
the instructors and trainees with money (Pakistani rupees) provided
to him by ████████.  ████████ claimed he made the 1.5 hour
drive from Khaldan to Khost to buy food from various merchants.

████████ was the primary financier at Khaldan, taking over
for ████████ ████████ shortly after ████████ arrived in 1996.  ████████
stated ██████ was in charge of a service office which financed Khaldan's

11/21/2002     Guantanamo Bay, Cuba

███████████████████                              11/21/2002

SA ███████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



████████████████████████                        11/21/2002        2

             operations.  According to ██████, ████ was an alumni of
Khaldan. ████████ added ████████ received money from soliciting local
mosques and receiving donations from trainees.

             ████████ identified IBN SHEIK ████ and ABU ZUBAIDA from
photographs shown to him by investigators. ██████████ stated ████████
was in charge of Khaldan training camp. ██████████ was responsible for
the daily training schedule for all the incoming Arabs.  According to
████████, no one could train at Khaldan without the personal approval
of the Emir, ████████.  Each new trainee came to Khaldan with a written
letter of recommendation from ZUBAIDA.  ZUBAIDA was in charge of an
Arab guest house in Pakistan which served as an intermediary stop on
the way to Khaldan. ██████████ could not remember the name of this guest
house, but stated it was not ████████████.  ████████ stated
████████████ was a well known Arab guest house in Peshawar, Pakistan,
but did not know who was in charge of it.

             ████████████'s relationship with ██████ was mostly business.
████████ knew that ████████ fought against the Russian army and was
at Khaldan long before ████████ arrived. ████████ met ████████ when
he arrived at Khaldan in 1996. ██████████ stated as Emir, ████████ had
the power to remove trainees from camp but ██████████ never witnessed
it. ████████ claims to know nothing about advanced training being
offered by ████████.

             ████████████ advised he saw a man known as ████████████
with ████ at Khaldan. ████████ was shown a picture of ████████
(████████), but did not recognize him. ██████████ added that he was
mistaken when he identified ISN████ (████████) as ████████████████.
In fact, ██████████ claimed that the man shown to him today was not the
same man shown to him back in August.

             ████████████ stated ████████ lived at Khaldan among the
instructors and trainees. ██████████ seldom left Khaldan, and when he
did it was never for more than a few days. ██████████ did not know for
what purpose ████████ would leave Khaldan. ██████████ would appoint one
of the instructors to take his place and give that man the daily training
instructions to be carried out. ████████ was selected by ████████ to
take charge of the camp in his absence on at least one occasion.
████████████ advised ████████ and ████████████ (phonetic) were close
friends of ████████. ██████████ stated he has described these two Arab
males to investigators in the past.

             ████████ stated he has not seen any Khaldan instructors or
trainees at 2████████████████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



█████████ ████████████████████                    11/21/2002        3

███████████ stated that Khaldan was not an Al-Qaeda training
camp and did not teach people how to smuggle explosives and/or weapons
through airports.

████████████ saw USAMA BIN LADEN (UBL) one time at the JIHAD WALI
training camp located approximately 1.5 hours from Khost.
was instructed by ████████ to deliver a electronic communication machine
(possibly a fax machine) to UBL. ████████████ was taken to JIHAD WALI by
an Afghan driver. ████████████ could not provide directions to the camp.
████████████ stated JIHAD WALI camp was an AL-QAEDA camp because it was
well organized and had established buildings. ████████████ traveled to
JIHAD WALI this one time only.

████████████ met ABU ZUBAIDA on two (2) separate occasions. The
first meeting was at ████████ 's home located in ████████████, Khost,
Afghanistan on or about the year 2000. During this meeting,
ZUBAIDA and ████████ discussed the closing of Khaldan camp. According
to ████████, Khaldan was being closed because the Taliban regime did
not want to keep it open.

The second meeting between ████████ and ZUBAIDA came on or
about March 2002 at ZUBAIDA's home in Faisalabad, Pakistan.
needed to get a passport in order to get back to Sudan. ████████ had
told ████████ that he, ████████, needed to see ZUBAIDA because ZUBAIDA
was good at getting passports and other documents. ZUBAIDA supposedly
had connections in Pakistan and was able to get visas and arrange for
accommodations when Arabs came to Pakistan.

████████████ stated his opinion of Americans has changed somewhat
since his capture. ████████ was surprised that Americans have been
so kind to him and treated him so well. ████████ expected to be tortured
and mistreated while in American custody and this has not been the case.

The interview was terminated at this time.

~~SECRET/NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN ███ 302 2/9/2003

~~SECRET/NOFORN~~

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription
02/09/2003



██████████████████████, ISN ██████████████, was
interviewed by SA ███████████, Naval Criminal Investigative Service
(NCIS), and SA ██████████, Federal Bureau of Investigation (FBI)
at 2 ██████ Guantanamo Bay, Cuba. The interview was conducted in
Arabic and translated by linguist ████████. ██████ provided
the following information:

██████████ stated ██████████ (██████████) did
occasionally provided light training at the Kahlden Camp. ██████
described light training as training on weapons such as the Kalashnikov.
When asked as to how often ████████ would train people, ██████ stated
that sometimes ██████ would not train anyone for a month.

██████████ refused to discuss ██████████ involvement in the camp or
a typical day at the camp. ██████████ also refused to discuss other
trainers at Kalden Camp. ██████████ stated he felt as if he was being
accused of Al Qaeda and he is not a member of Al Qaeda and has no knowledge
of Al Qaeda's operations.

2/5/03          GUANTANAMO BAY, CUBA

████████████████

2/9/03

SA ██████████████████

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN ██ 302 10/29/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/29/2002

████████████, a.k.a., ████████████, ISN# ████████████ was interviewed at 2 ████████████ Guantanamo Bay, Cuba. Present during this interview was Detective 3 ████████████ assigned to the NYPD/FBI Joint Terrorism Task Force, Sgt. ████████████, assigned to DOD and Language Specialist ████████████. LS ████ translated the interrogation in the Pushta language.

The following biographical information was provided by the detainee:

|  |  |
|---|---|
| ALIAS: | ████████████ |
| NICKNAME: | None |
| DOB: | Islamic Calender 1350 (1972) |
| AGE: | 31 Years Old |
| POB: | Kalai New, Hasark Village, Pul Alam, Province of Loger, Afghanistan |
| CITIZENSHIP: | Afghanistan |
| LANGUAGES: | Pashtu, Farsi, Arabic |
| TRIBE: | Stanic Ziy |
| RELIGION: | Suni Muslim |
| EDUCATION: | Primary School, Home Study Middle School, Shaheed Kamram, Kohat, Peshawar, Pakistan |

High School, Atehad Lycca,

Kohat, Peshawar, Pakistan
Arabic Language School,
Mahad Said-U-Shuhada Hamza
Kohat, Peshawar, Pakistan

OCCUPATION:                    Brick Layer, Pakistan,
Teaching Arabic, Education
Center, Peshawar, Pakistan
Administrator for Education
Center, Peshawar, Pakistan
Host of Guest House, Qargha,
North of Kabul,
Translator at Arab Guest

Afghanistan
House,

████████████, Kabul,
Afghanistan

WIFE:                    ████, (27 years old)

10/28/02        Guantanamo Bay, Cuba

████████████

Detective ████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████                                    10/28/02          2

CHILDREN:                        ██, (6 years old)
                                 ██, (3 years old)
                                 ██, (2 years old)

FATHER:                          ██, (Deceased)
MOTHER:                          ██, (55 years old)
BROTHERS:                        ██, (24 years old)
                                 ██, (15 years old)

SISTERS:                         ██, (40 years old)
                                 ██, (27 years OLD)

LAST KNOWN ADDRESS               ████████████████████

        ██████ stated he was born in the year of 1350 of the Islamic
calender in Kalai New, Village of Hasark, Pul Alam, Province of Loger,
Afghanistan, where he was educated by his father at home during his
primary years of school.

        ██████ stated that his father then took his family to a refugee
camp named Kahi Camp located in Kohat, Peshawar, Pakistan, in the year
of 1364 of the Islamic calender. He attended Shaheed Kamram for middle
school and Atehad Lycca for high school where he graduated one years
early.

        ██████ stated he then attended Mahad Said-U-Shahada Hamza
which is a Arabic learning center located in Kohat, Peshawar, Pakistan,
in the year of 1369 of the Islamic calender. He studied Arabic and the
Qur'an, and had to leave his studies after his father died and had no
one to support him.

        ██████ stated at the age of twenty-one he got a job as a brick
layer in Pakistan for two months but was unable to keep the job. He
then worked at Darull Arqum, the Education Center in Syaff camp, Peshawar,
Pakistan, where taught Arabic and did administrative work for the center
for three and a half years.

        ██████ stated that in the year 1374 of the Islamic calender
he went to the Jalowzy camp located in Peshawar, Pakistan, and taught
the third grade of primary school for one year.

        ██████ stated that in the year 1375 of the Islamic calender,
the Taliban took control of Afghanistan. He returned to Qargha, which
is a military base located in Kolowla, Pushta, North of Kabul, where
he met ████████████, whom he knew from the middle school in Peshawar,
Pakistan, and who was involved in the Taliban.

        ██████ stated that ██ got him a job at the ████████ Guest
house in Kabul, where he worked for one year. He was asked by

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████                                          10/28/02          3

███, who was ███'s leader in the Taliban, to work at a Arab
guest house as a Arab translator and would be paid 1000 Pakistani rupees.

███████ stated that he then met ████████ who was Iraqi and
a member of the Al-Qaeda. They met at the guest house and he worked
with him as a translator for the next three and a half years until the
Taliban fell.

███████ stated that he then returned to his home in Kalai New,
Hasark Village, Pul Alam, Province of Loger, Afghanistan. He was
arrested sometime in July of 2002 by the Americans with his brother
███████ and his neighbor ███████.

███████ stated that he will cooperate with the United States
in any way he can and will answer any questions that are asked now or
in the near future.

███████ stated that he has never traveled to the United States.
He does not know of any shipping companies in the United States or any
one that uses any shipping companies. He stated that he has never been
involved in smuggling any material used for weapons of mass destruction.
He does not have a list of Western products that are used for combat
training, nor any false documents used by Al Queda.

███████ stated that he is unaware of Al Queda issuing code names
after attending training sessions at the training camps. He does not
have any knowledge of how the Al Queda is funded only stating that
███████████ would get money and tell who to give it to.

███████ stated that he does not know if Al Queda is involved
in illegal drug activity.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN ███ 302 11/4/2002

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription          11/04/2002



(ISN) ███████████, a.k.a., ███████████, Internment Serial Number
███████████ was interviewed at 2 ███████████ United States Naval
Base, Guantanamo Bay, Cuba by SSA ███████████, United States
Customs Service; Detective ███████████, NYPD/FBI Joint Terrorism
Task Force; Staff Sergeant ███████████, United States Army; and
Language Specialist ███████. LS ███████ translated the interview
in the Pushtu language. ███████ provided the following information:

███████ was initially shown a photograph of detainee ISN
███████, whom he recognized from the ASHARA guest house in Kabul.
███████ identified him as a Yemeni who possibly went by the name ███████,
whom ███████ claimed is an AL QAEDA member who traveled with ███████
throughout Afghanistan.

███████ stated he did not have any knowledge regarding the
Karachi guest houses, but did know all Arabs left their identification
documents and personal property at the Shar New guest house in Kabul.

███████ stated he had no knowledge of the USS Cole bombing other
than what was shown on the television news at the Ashara guest house
in Karta, Parwan, Kabul. He added that ███████████ never mentioned the
matter either.

███████ was then shown a photograph of ███████████, whom
he also recognized from the Ashara guest house in Karta, Parwan, Kabul.
███████ claimed ███████ was rumored to be in charge of the training camps
in Khowst, but that ███████ did not agree with some of the radical tactics,
such as bombings, used by AL QAEDA.

███████ confirmed ███████████ was the central accountant in
charge of AL QAEDA funding for the Arab cell in Kandahar, Afghanistan.
███████ stated each part of the country had accountants who kept records
and requested funding from ███████ when they needed money for food
and supplies.

███████ stated ███████████ was the accounting
representative for Northern Afghanistan. He further stated a Libyan
was the funding representative in Jalalabad, but could not recall the
Libyan's name. ███████ also said ███████████ was the accountant for the
Northern Kabul region. ███████ went on to assert ███████ obtained the

11/04/02          Guantanamo Bay, Cuba

SSA ███████████
Detective ███████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████                                                   11/04/02          2

funding from █████████, an Egyptian who oversaw all
financial matters for USAMA BIN LADEN.

█████████ confirmed the TALIBAN was supporting AL QAEDA in
Kandahar, and claimed that although ████████ obtained supplies, such
as weapons, from the TALIBAN, (FNU) ██████ could obtain additional
supplies for Arab troops. He went on to say that ████ used an old fort
named ████████ to store weapons he received from the TALIBAN.
████████ said he thought the Americans had since bombed and leveled the
area used for weapons storage.

█████████ was then shown the detainee photograph book in order
to identify other detainees known to him. Following is a list of the
detainees he identified along with any knowledge he has of them:

████████ Yemeni AL QAEDA fighter under

███████████ Saudi Arabian named █████ who
fought for AL QAEDA in Kandahar. ████████ claimed
████ mostly █████ stayed with ████ while in
Kabul.

███████████ Libyan named ██████ who was
training as part of the JAMAHAT
█████, a group █████████ dedicated to overthrowing the
current Libyan government in
order to replace it with an        Islamic regime.  This
group was                         headed by ████████
████████,                         and trained in Mirbachakot,
north of Kabul.   ████████ recalled
████████ stayed at the █████ guest house on a few
occasions.

███████ Algerian possibly named █████
who stayed at the Ashara guest   house.
stated this                      detainee stayed with a small
group of Algerians who trained
in Jalalabad, but later moved to        Bage Dawood in
Kabul after the            TALIBAN closed all training
camps.

███████████ Tentatively identified as Yemeni
AL QAEDA member whom he last saw
in Chamaeleo, located in the
northern section of Kabul.   ████████ recalled the
detainee also             stayed at the Ashara guest
house.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████

                                    11/04/02          3

          ███████ Identified as a Moroccan named
██████████ who was an AL QAEDA ████████ instructor at the Khowst
                              training camp. ███████ presumed
          ████ was an AL QAEDA leader ████ based on the manner in
which                              ████ treated him.
          recalled this training camp ████ eventually settled in
the El                         .Mind province after moving from
          Khowst to Charaswab to Hainak ██████ (Loger Province)to
Khandahar.

          ███████ Identified as low ranking AL
          QAEDA soldier from Yemen who ████ stayed at the Ashara
guest                    house.

          ████ Identified as ████████ ████ from
          the Igor territory of Turkistan. ████ is part of
the Islamic              Movement of Eastern Turkistan
          claimed to have seen ████ on ████ several occasions
in the Ashara             guest house, and
approximately             5-6 months ago ████
          ████ told him that ████ was in
          Lohor in Central Pakistan.

          ████ further added the TALIBAN
          was protecting ████ because ████ the Chinese
government wanted        him. According to ████████
          ████ told him that at one point USAMA
          BIN LADEN suggested turning
          ████ over to the Chinese to ████ improve relations
because the ·             Chinese also dislike the
United                    States.

          ████████ Identified as one of ████s ·
          AL QAEDA soldiers seen at the ████ Ashara guest house.

          ████████ Identified as an AL QAEDA
          soldier from Yemen seen at the ████ Ashara guest
house.

          ████████ Identified as an AL QAEDA
          soldier seen at the Ashara ████ guest house.

          ████ further recalled two Americans who trained at the camps
and stayed at the Ashara guest house.  The first American's assumed
name was ████████████, who left with the Arabs for Paktika, Pakistan
when the United States began bombing Afghanistan. ████ claimed
████████ married a woman from Kabul or Bagram, but did not have any
children. ████████ is described as being a white male, approximately

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████                                      11/04/02         4

     6'1", medium build, green eyes, with a long hair and a beard.
█████ said when the Arabs began teasing ████████ after the U.S.
bombing began, ████████ replied he was Muslim, not American.
added that ████████ spoke some Arabic and was highly regarded by ███
for his devotion to Islam.

     ████████ stated the second American's assumed name was ███
█████. ██████ was described as a young black male who recently converted
to Islam, and only spoke English. █████ was approximately 5'9", with
a thin build, and had an afro and beard. ██████ had a reputation for
always having his weapon at the ready, and being short-tempered. ███
often argued and fought with the Arabs when they teased him about being
an American. █████ told the Arabs to ease off teasing █████ because
██████ was a recent convert. █████ said █████ became more erratic after
the U.S. began bombing Afghanistan and fled to Kabul without permission.

     After lasting over three hours, the interview concluded at
approximately 1245 hours with the agreement it would resume on November
6, 2002.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN ■ 302 1/2/2003

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription          01/02/2003

On Thursday, January 02, 2003, ████████, A.K.A.: ████ ████, ISN: ████████████, was interviewed at 2 ████████ Guantanamo Bay, Cuba by, SA ████████ (AFOSI) and SFO ████████. (FBI). Also present for the interview was Language Specialist ████████. ████████ provided translation from Pashtu to English.

████████ last met with ████████████ toward the end of May 2002 in Peshawar, Pakistan (PK). ████████ had summoned him via letter. The meeting took place in a hotel (████ was unable to remember the hotel name). ████████ traveled from Logar, Afghanistan (AF) to Peshawar, PK via automobile. He was accompanied by ████████. ████████ is described as an Afghan male from Ghazni, AF, approximately 5'10 tall, 20-25 years old, large build, short black hair, medium complexion and a black beard. The two departed Logar, AF in the morning and arrived in Peshawar, PK in the evening.

The meeting lasted one to two hours. The following people were present: ████████ ████, ████████, ████████ AKA (aka: ████), ████ ████, and 6 ████████. ████ told ████ he was to return fifty thousand dollars he had been holding for three members of ████s organization (████████, ████ and ████████). ████ was instructed to give the money to ████ because ████ did not want to handle it directly. He was then instructed to pick up a taxi (orange and white four-door Toyota Corolla) from ████'s home in Logar, AF (████ temporarily residing in Peshawar, PK). He was told to bring the taxi to ████'s home in Ghazni, AF. ████ discussed giving ████ a letter authorizing him to take the vehicle but decided to travel with him to avoid any problems which might arise due to someone questioning the authenticity of the letter. Following the discussion of these topics, the group had casual conversation. ████████ acted in his usual manner during this meeting. None of the other men attending the meeting were given assignments.

████████ related the details surrounding his acquisition of the fifty thousand dollars which was discussed at the above mentioned meeting.

He received $10,000 from ████████████ around the end of November 2001 (near the end of RAMADAN). ████ is described as an Arab male, now deceased (was killed in a bombing during the American

01/02/2003        Guantanamo Bay, Cuba

████████████          01/02/2003

SFO ████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



01/02/2003          2

led "Operation Anaconda"), from Somalia and had been employed
as an assistant to ███████. ███████ received the money from
███ around the middle part of March 2002 in SHACOOT, AF, which is
near Zormat, AF. ███████ gave this money to ███ for safekeeping. There
was a lot of fighting in the area at the time and ███ was in the process
of fleeing the ZORMAT area. He instructed ███████ to turn the money over
to ███████████ in the event that something were to happen to him.  On
several different occasions, ███████ sent letters to ███████ instructing
him to give some of this money (unable to remember specific amounts)
to ███████████. ███████ is from Zormat, AF and worked there for ███
█████████████, a Taliban Commander.

        ███████ received twenty thousand dollars in United States
currency from ███████████. ███ is described as an Arab male from Lybia,
35-40 years old, tall, heavy, medium complexion, black hair, black eyes,
black beard, lived in ZORMAT and a member of the Lybian organization,
███████████, which was aiding the Taliban
government in Afghanistan. ███████ received a letter from ███
instructing him to collect twenty thousand dollars from ███ in ZORMAT,
AF.  He met ███ for the first and only time near the end of November
2001.  The meeting took place on the street in Zormat. ███████ arrived
in a four-wheel drive pickup truck accompanied by at least two other
unidentified males. ███████ showed him the letter he received from
███████. ███ informed him that he had also received a letter from
███████ instructing him to give twenty thousand dollars to ███████.
then gave ███████ the money.

        ███████ received twenty thousand dollars from Taliban Commander,
██████████████, described as an Afghan male, 30-45 years old, gray
hair in his beard, long hair hanging below the shoulders, approximately
6'0" tall and of medium build.   The money was given to him on diverse
dates over a period of three to four weeks.  The first of these meetings
took place in Zormat, AF, a few days after the aforementioned meeting
with ███████ (late November 2001). Over the course of these meetings,
he gave ███████ Rupees and Kaldar, the sum of which was equivalent to
twenty thousand United States dollars.

        ███████ was shown a color picture of ████████████████ (black
and white copy of picture placed into an FD-340). He did not recognize
███████.

        ███████ was then asked if pictures of "frogmen" bore any
significance to him.  He stated that they did not.

        Finally, ███████ was asked if he was aware of any plans to harm
government officials or their family members in the United States.
He said that he had not heard of any such plans.

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
    Petitioner, )
)
    v. )    Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
    Respondent. )
)

# ISN ███ 302 1/6/2003

SECRET/NOFORN

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription          01/06/2003



On Monday, January 06, 2003, ███████, A.K.A.: ███████,
ISN: ███████, was interviewed at 2 Guantanamo Bay, Cuba
by, SA B███████ (AFOSI) and SFO ███████. (FBI). Also
present for the interview was Language Specialist ███████.
provided translation from Pashtu to English. ██████ voluntarily provided
the following information:

███████ said that he was introduced to ███████ by
his high school friend, ███████. ██████ was subsequently killed
while fighting with the Taliban against Dostum's forces in Konduz, AF.
██████ had been living in Peshawar, Pakistan (PK) with his family.
He returned to the Kart-E-Parwan Province of Afghanistan (AF) around
1998 or 1999. ██████ told ██████ that he could get him a job working for
the Taliban as a translator. He then introduced ██████ to
███████ who hired him as his translator. In addition to his duties
as a translator, ██████ collected and dispersed money for ██████.
He paid this money out to those who worked for ██████ and utilized
it for operational costs such as food and supplies. He was given this
task because he was educated. This enabled him to properly account
for the money and calculate exchange rates when dealing with the varying
currencies utilized. ██████ maintained a ledger book detailing these
monetary transactions. The ledger and a balance of approximately
$10,000 was in his home at the time of his capture. He worked for ██████
██████ in this capacity for three to three and a half years until his
(██████'s) capture in June 2002.

While employed by ███████, ██████ primarily worked at the
ASHARA GUEST HOUSE, located in the Kart-E-Parwan Province, AF. He also
worked at the QTAIBU and AZAM GUEST HOUSES in SHAENAW (New City) inside
Kabul, AF.

██████ describes ███████████ as an Arab male from IRAQ
(does not know which part of Iraq) and an Al Qaeda Commander who was
allied with the Taliban.

Once, while working for ███████, ██████ traveled with him
from Logar, AF to Kandahar, AF via car. The purpose of this trip was
to buy a car. Upon arrival, they met with ███████ who is described
as an Al Qaeda member, Arabic male, Egyptian accent, fat, dark complexion,
black hair, black eyes, approximately 5'10" tall, and 40-45 years old.
During this trip, ██████ and ███████ stayed at a madrassa in Konduz

01/06/2002     Guantanamo Bay, Cuba

███████                    01/06/2003

SFO ███████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

01/06/2002                    2

for 2-3 nights.  ████ was unable to remember the proper name
of the madrassa but remembered that it was an Arabic name meaning "School
for Teaching Arabic".  This madrassa also served as a headquarters for
the Al Qaeda members in the area.  ████ overheard a conversation between
████████ and ████████ during which the two discussed money that
████ was to be given.  At the conclusion of their stay, ████
and ████████ returned to Logar, AF.  They traveled home in the same
vehicle they arrived in.  ████ assumed that ████ bought a car
and intended to have someone else who worked for him pick it up.

████ advised that detainees in the camp were currently
planning to create disturbances and unrest.  He has heard talk of this
for the past three days.  He said that detainees are spreading the plan
around the camp through word of mouth.  ████ thinks the Arabs are the
group organizing the planned disturbances but does not know names
because detainees pass the word by saying "The brothers say this" or
"The brothers say that".  The "brothers" are telling detainees that
those taken to isolation cells are being gassed and their Qurans are
being taken away from them.  As a result, the "brothers" are asking
detainees to fight amongst each other, primarily Arabs against Afghans.
The Arabs feel that the Afghans are becoming too much like Americans
because they are cooperating with the interviewers and are not
protecting the Quran.  ████ has not heard of any plans to harm guards.

~~SECRET/NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
     Petitioner,          )
                                      )
     v.                   )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
     Respondent.          )
                                      )

ISN ███ 302 1/8/2003

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.



Date of transcription     01/08/2003

On Wednesday, January 08, 2003, ▮▮▮▮▮▮, A.K.A.: ▮▮▮▮
▮▮▮, ISN: ▮▮▮▮▮▮▮▮, was interviewed at ▮ Guantanamo Bay,
Cuba by, SA ▮▮▮▮▮▮▮ (AFOSI) and SFO ▮▮▮▮▮▮ (FBI).
Also present for the interview was Language Specialist ▮▮▮▮▮▮▮.
▮▮▮▮▮ provided translation from Pashtu to English. ▮▮▮▮ voluntarily
provided the following information:

▮▮▮▮ said that ▮▮▮▮▮▮▮ (▮▮▮) was an AL QAEDA
Commander who worked for the Taliban Government. He dealt with ▮▮▮▮
▮▮▮▮▮▮, the Taliban Defense Minister. ▮▮▮ is unsure of the exact
relationship between ▮▮▮ (speaks Arabic) and ▮▮▮▮▮ (speaks Pashtu)
because the Defense Minister had his own Arabic translator who was able
to translate Pashtu to Arabic and facilitate conversations between the
two. ▮▮▮▮ does not know the name of the translator.

▮▮▮▮ describes Taliban Defense Minister ▮▮▮▮▮▮▮
as follows: Afghan Male, Pashtun, comes from the southern part of
Afghanistan, 35-45 years old, heavyset, tall, long beard reaching the
middle of his chest, one crippled leg causing him to walk with a
pronounced limp (cannot remember which leg), dark complexion, wears
traditional Afghan clothing (long shirt and large pants), wore black
turban, black hair and dark eyes.

On two separate occasions, ▮▮▮▮ accompanied ▮▮▮ to
▮▮▮▮'s castle in Kabul City. They traveled by car and gave no
advance notice of their visit. ▮▮▮ is not aware of methods ▮▮▮ used
to contact ▮▮▮▮▮. To the best of his knowledge, ▮▮▮ would meet
with ▮▮▮▮ face to face when he wished to speak with him.
▮▮▮▮▮'s castle was located near the Presidential Palace in Shaenaw
(New City), a part of Kabul. Both visits took place during the EAD
(Muslim Holiday following Ramadan). They were social in nature and
no official business was discussed. ▮▮▮ and ▮▮▮ stayed for short
periods of time to show respect to ▮▮▮. They were part of a
large group in the living room area of ▮▮▮▮▮'s castle drinking
tea and eating sweets. Visitors were not allowed to bring their weapons
in to the castle.

When ▮▮▮'s troops needed ammunition on the front lines, he
would write the type and amount in Arabic on a piece of paper. ▮▮▮▮
would translate this to Pashtu and then write it out on another piece
of paper. He would then send the request with some of the Arabic workers

01/08/2003     Guantanamo Bay, Cuba

▮▮▮▮▮▮▮▮▮▮

01/08/2003

SFO ▮▮▮▮▮▮▮▮▮▮

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



01/08/2003          2

to get the ammunition from ▮▮▮▮▮▮. This was done whenever necessary.

All supplies such as money, food, clothing and ammunition, came from Defense Minister ▮▮▮▮▮▮ or his designee. Employees from the guest houses were sent to the markets for food. ▮▮▮ would give them money once a month to pay the balances owed to the shop owners.

▮▮▮ said that ▮▮ did not have a phone at the guest house or a cell phone. He used a handheld radio to communicate with employees in and around the AASHARA GUEST HOUSE and his commanders on the front lines. ▮▮▮ carried this handheld radio (KENOD radio used by ▮▮ and ICOM radio used by the commanders on the front lines) with him at all times. When reception was bad he would climb on to the roof of the guest house. This was usually when he was trying to contact the commanders on the front lines of fighting. The front lines were forty-five to sixty miles from the guest house and the ▮▮▮▮▮▮ mountain pass lay between them.

▮▮▮ had four commanders under his direction positioned on the front lines of fighting. Each of these commanders had ten to fifteen soldiers under their command. The first was ▮▮▮▮▮▮. ▮▮▮ was the senior commander in the field. ▮▮▮ is described as an Arab male, from Yemen, approximately 30 years old, short- 5'4" tall, very skinny, very dark complexion, visible scar on his forehead, a "▮▮▮"- man without a beard, he had only a small amount of hair on his chin but no hair grew on the sides of his face, wore Afghan clothing and a black turban.

The second was ▮▮▮▮▮▮▮▮. ▮▮▮ is an Arab male, 30-40 years old, from Yemen, approximately 5'8" tall, very strong, muscular build, short full beard, big round face, medium complexion, black hair, dark eyes, always wore very thick glasses, wore a black turban, and wore Afghan clothing.

The third was ▮▮▮▮▮▮. ▮▮▮ was an Arab male, from Yemen, 18-24 years old, approximately 5'6" tall, light complexion, black hair, large dark eyes, small beard- not full-grown. ▮▮▮ told ▮▮▮ that ▮▮▮ was a very brave man and a hero. The day he was captured and taken from Konduz to Mazar-E-Sharif (MES) he walked the entire way under his own power. This was in spite of the injuries he had received during the fighting.

The last was ▮▮▮▮▮▮. ▮▮▮ is an Arab male, from Yemen, 20-30 years old, approximately 5'6" tall, beard- not full-grown, patches of hair all around his face, medium complexion, small dark eyes and short hair.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



01/08/2003          3

███████ explained the command structure for ███ 's men. ███
was the leader, under him was ███████ (mentioned in FD-302 dated 01/02/2003
and killed in American led Operation Anaconda). ███████ was next in the
chain followed by the three remaining field commanders, ███████, ███
███████ and ███████.

███████ traveled to Takhar with ███ and his troops. The troops
fought on the front lines while ███████, ███ and others remained behind
them. ███ was too high up in the Al Qaeda command structure to join
in the actual combat.

███████ was shown a black and white picture (original placed
into FD-340) of 2 ███████ ███████, ISN: ███████.
███████ identified him as "███████" from Lybia. He said that ███ had
a damaged eye (does not remember which eye). ███ and ███████ were both
Arabs with two distinct groups, Al Qaeda and Libyans. They often spoke
to each other and sometimes their troops fought with one another. ███
saw ███████ at the AASHARA GUEST HOUSE and at a guest house located in
Shakardara (north of Kabul, Afghanistan). ███████ was not as powerful
as ███ but he did not report to ███. ███████ does not know who ███
reported to. He said that he does not know how ███ and ███████ met
but they knew each other before ███ began working for the Taliban.

███████ said that the Arabs were more extreme in their Muslim
beliefs than the Taliban. They often looked down on the Taliban members
as being beneath them and were fighting with their own agenda in mind,
not necessarily for the good of the
Taliban. ███████ did not know what that agenda was or is.

███████ was shown FBI Photo Binder last updated 01/01/2003.
He stated that Photo #███████ photographs sent by FBI New York (labeled
#15 in the index) resembled a detainee he has seen during exercise at
2 ███████ Guantanamo Bay, Cuba. He does not know the detainees name
and has never spoken to him before. ███████ is not one hundred percent
sure of this but states that the detainee looks similar to the person
depicted in the photograph. He will attempt to determine the identity
of this detainee. He was unable to identify any of the other photographs
displayed in the Photo Binder.

~~SECRET/NOFORN~~

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1360 (RWR) |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |

ISN ■ 302 7/30/2003

~~SECRET/NOFORN~~

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

07/30/2003



On July 30, 2003, ▮▮▮▮ Internment Serial Number (ISN) ▮▮▮▮, also known as (a.k.a.) ▮▮▮▮, Internment Serial Number (ISN) ▮▮▮▮, was interviewed at ▮▮▮▮ United States (U.S.) Naval Base, Guantanamo Bay (GTMO), Cuba by Special Agent (SA) ▮▮▮▮. A translation from Pashtu to English was provided by Linguist ▮▮▮▮. ▮▮▮▮ provided the following information:

▮▮▮▮ use to teach elementary age school children before taking a job to work as a translator. He commented teaching was the job he was truly happy at performing. ▮▮▮▮ only worked as a translator to support his family. ▮▮▮▮ taught language and mathematics course to the children. ▮▮▮▮ has never taught religion although he is knowledgeable of Islam and its principles.

When the Taliban took control of most of Afghanistan, life became difficult for most of its people. Many were forced to choose between "A tiger on one side and a hole on the other." ▮▮▮▮ choose to work as a translator for a member of Al Qaeda for two reasons. First, he wished to support his family; and second, he wished not to be seen as a threat to the Taliban or Al Qaeda.

▮▮▮▮ worked for an Al Qaeda leader who was in charge of the northern section of Kabul, Afghanistan. ▮▮▮▮ translated Arabic to Pashtu so the commander could instruct Taliban forces. The commander's name was ▮▮▮▮. ▮▮▮▮ trained Taliban forces in logistics and tactics for fighting the Northern Alliance. ▮▮▮▮ met with numerous Taliban and Al-Qaeda leaders with whom he has described to previous interrogators. Several Afghani translators acted in the same capacity as ▮▮▮▮.

▮▮▮▮ was secretive about the members of Al Qaeda and Taliban with whom he met and conversed. Many of the individuals were referred to as "ABU" with a second name that was obviously factious. Translators were scrutinized and cautioned against asking to many improper questions about the identity of an individual or asking to go places they were not allowed. An unidentified Afghani translator was beaten and arrested for being a spy for asking to many questions. Threats were made toward translators families frequently to insure their cooperation.

07/30/2003          Guantanamo Bay, Cuba

▮▮▮▮                                            n/a

SA ▮▮▮▮

2 ▮▮▮▮-00753 2

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



07/30/2003        2

translated instructions from ████ regarding the use
and maintenance of weapons and tactics for fighting against Northern
Alliance forces. █████ instructed Taliban troops that fought in
northern section Kabul. █████ told the troops how to clean and repair
weapons as well as shoot them.  He also taught them defensive and
offensive tactics for use in battle. █████ often times would put into
writing the instructions for █████ who then provided them to Taliban
troops.

████ has never travelled to the United States (U.S.).  He
has no relatives or acquaintances that live in the U.S.  He is not aware
of any Al Qaeda or Taliban leaders that have travelled to the U.S.
████ advised he is not part of a terrorist organization.

████ said he understands why he is being questioned regarding
the Taliban and Al Qaeda. █████ advised he would answer any further
questions posed by the reporting agent in the future.  He requested
the reporting agent contact him at a later date because he wished to
cooperate in any manner necessary.

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                         )
                                     )
              Petitioner,            )
                                     )
       v.                            )          Civil Action No. 08-1360 (RWR)
                                     )
ROBERT GATES,                        )
                                     )
              Respondent.            )
                                     )

ISN ███ 302 8/11/2003

SECRET/NOFORN

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription                    08/11/2003

███████████, also known as (a.k.a.) ██████████, Internment
Serial Number (ISN) ███████, was interviewed at 2 ████████ United
States (U.S.) Naval Base, Guantanamo Bay (GTMO), Cuba by Special Agent
(SA) ███████ and SA ██████████. A translation from Pashtu
to English was provided by Linguist █████████. ██████ provided the
following information:

███████ viewed color photographs of RICHARD REID, a.k.a. ████
████. ██████ identified the subject in the photographs as █████████.
███████ viewed two sketches depicting an individual with and without
glasses named ████████. ████████ advised he did not recognize the
individual in the sketches. ████████ stated he did not know anyone by
the name of ████████. ████████ viewed a color photograph of ████████
████. ████████ advised he did not recognize the individual. ████████ viewed
a black and white photograph of an individual named ████████████.
████████ advised he did not recognize the individual.

███████████ came to the guesthouse located in Kabul,
Afghanistan before the Taliban was attacked by U.S. forces. ████████
advised it was a long time ago. ████████ observed ████████ on at least two
occasions at the guesthouse. ████████ remembered that ████████ enjoyed
eating ice cream while he was taking a break from the front lines in
northern Kabul.

███████ also saw him along the front in northern Kabul near
Bagram. ████████ never spoke with ████████ because ████████ only spoke English.
███████ would frequently attempt to speak and learn Arabic in order
to communicate with other fighters on the front. ████████ observed
talking with ████████████, a.k.a. ██████████████, who was an
AL Qaeda leader in charge of training Taliban forces how to fight against
Northern Alliance Forces. ████████ spoke English. ████████ also spoke
Dari, but he could not speak Pashtu. ████████ worked as a translator for
████████. ████████ described ████████ as only a foot soldier that was not
treated any different than the other troops. While on the front lines,
████████ saw ████████ carrying a long rifle with a telescopic sight mounted
on it. ████████ did not know if ████████ had been trained in the use of
explosives or other weapons systems.

███████████'s commander was ████████. ████████ reported to ████
████. ████████ commanded the units composed of foreigners. Units were
frequently separated into different ethnic groups. ████████ was from
Uzbekistan. ████████ usually traveled in the company of several

08/11/2003      Guantanamo Bay, Cuba

265A-MM-C99102-AA680, 265A-BS-89704-302                 N/A

SA ██████████████ and SA ████████████████ :     ██████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████  ████████                                    08/11/2003        2

Uzbekistani guards.   ████████  frequently traveled alone without an
escorting security force.   ████████  sometimes carried an AK-47 rifle
for protection.   ████████  traveled with  ████████  and sometimes drove for
him.   ████████  sometimes kept a weapon in the car when they traveled.
████████  stated that everyone typically carries a gun for protection and
they know how to use it.   ████████  commented that Afghan child first hear
their fathers shooting guns in the air at news of their births.

        ████████  observed several Al Qaeda leaders meet at the Ashara
guesthouse located in Kart-E-Parowan Province, Afghanistan.
USAMA BIN LADEN met at the house on one occasion and  ████████  (
████ ) met at the house on several occasions.  When leaders came to the
house,  ████████  would meet with them.  Extra security forces would
guard the area during meetings and only Arabs would be allowed to attend.
Afghan citizens were not allowed in the area during these meetings
or visits.  Arab guards were usually posted to prevent access.  ████████
████████  had his own office in guesthouse that he would not allow anyone
into without him being present.

        ████████  usually traveled with a security force composed of
five or six armed guards.  BIN LADEN usually traveled with a large number
of guards that occupied three cars.  ████████  did not know the purpose
of the visits of BIN LADEN and  ████████ .  ████████  never spoke of their
purpose.  ████  said Arabs typically did not stay in the guest for long
periods because they spent the majority of their time on the front lines.

        ████████  worked as a translator for approximately three and a
half to four and a half years.  ████████  first year was spent translating
at the guesthouse for whoever needed his services.  After the first
year, he then began work for  ████████  exclusively.

        ████████  was aware that Taliban forces were in Pakistan.  ████████
never traveled to Pakistan with  ████████ .  ████████  met with  ████████ ,
a.k.a.  ████████ , and  ████████  on several occasions in Afghanistan.
████████  was from an area close to Camp Sayyaf in northern Afghanistan.
The area around Camp Sayyaf was surrounded and controlled by the Taliban.
████████  worked as a translator for  ████ .  ████████  almost always traveled
with  ████ .
        ████████  trusted  ████████  and he directed him to do many different
task.  ████████  frequently translated for individuals that bought food
and other supplies for the guesthouse.  ████████  would some times go with
the cooks to assist them in buying food.

        ████████  was asked if ever received or distributed money for
████ .  ████████  responded he had only one time.  ████████  was asked by
████████  to distribute approximately $50,000.00 U.S. dollars.  The money
was to go to  ████████  for support of the group of mujahideen fighting

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

in the area of Peshawar, Pakistan.  The group was fighting
against U.S. Forces.  ███ was aware of this fact before he distributed
the money.

The $50,000.00 came from three different sources.
Approximately $20,000.00 in rupees came from ██████.  ███ had
said the money was to cover a debt.  Another $20,000.00 in U.S. dollars,
came from an Arab named █████.  ███ had met this man briefly once
in Kabul.  The money brought by ███ was also to cover a debt.  The
final $10,000.00 in U.S. dollars was delivered by an assistant of ███
by the name of ██████.  All of this money was mostly composed
of U.S. one hundred dollar bills.

One three occasions ███ gave a man named █████ money
after ███ presented a letter from ███ which directed ███ to
provide money to the man.  This money was to be delivered to ██ in
Pakistan.  ███ gave this money out in the amounts of $7,400.00,
$5,000.00, and $3,500.00.

███ gave $2,000.00 of the money to another assistant of
██ 's named ███, a.k.a. Engineer █████.  This money also
went to ███ 's group.  ███ had previously worked as translator for
the Wafa Committee which is a charitable relief organization.  After
leaving the Wafa Committee, ███ worked as a translator for ███.

███ took approximately $3,200.00 of the money and purchased
a taxi for his own use.  This was not approved by █████.  ███ had
approximately $10,000.00 of the money when he was captured.  He does
not know what happened to the money.  ███ kept records of how he
dispersed the money in a small notebook.  The record was not written
in any special code and it was kept for his own accounting purposes.
███ does not know what happened to the notebook or the money.  He
told the soldiers who captured him about both of the items.

███ is aware of two other individuals that transported money
for ███.  The money was for support of ███ 's group.  ███
was given a car worth 300,000 rupees and $10,000.00 in U.S. currency.
███ was given $25,000.00 which is approximately 0.7 million
rupees.  ███ and █████ delivered this money to ██ 's group
approximately three months before ███ was given the $50,000.00.

███ only knew of money being sent to the group in Pakistan.
███ said most of the money sent was in the form of U.S. currency.
███ said he had not heard of weapons, supplies, or drugs such as
opium being sent to the group.