IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

# PART 3 OF 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) | |
| Respondent. | ) | |

FM 40 █████████████████████

**CRIMINAL INVESTIGATION TASK FORCE**

**REPORT OF INVESTIGATIVE ACTIVITY**

EXCEPTION: FM40 ██████████████████

| 1. DATE OF INVESTIGATIVE ACTIVITY<br>12 DEC 08 | 2. PLACE<br>(See Narrative) | 3. ACTIVITY NUMBER<br>██████████████ |
|---|---|---|

**4. REMARKS**

FM40 ████████████████████████████████████

Date/Place: ████████████

T2 ██████ On 31 Oct 08, SA T3 ████████████████, US Army Criminal Investigation Command (Army CID) assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF), Fort Belvoir, VA coordinated this investigation with Mr T3 ██████, Arabic Linguist, DoD-CITF, assigned to the National Media Exploitation Center (NMEC), McClain, VA ████

██████████████████████

T2 ██████ On 5 Dec 08, SA T3 ████████ was provided ████████████████████████████
██████████. The translation was completed by Mr T3 ████ (See Enclosures for details). ///Last Entry///

b2 ██████████████████████████████████████████████████████████████████████████████

b2 ████████████████████████████████

PAGE 1 OF 1 PAGES

Unclassified
b2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                     )
                                 )
                 Petitioner,     )
                                 )
        v.                       )        Civil Action No. 08-1360 (RWR)
                                 )
ROBERT GATES,                    )
                                 )
                 Respondent.     )
                                 )

# ISN ██ FM 40 3/3/2004

b2
Unclassified
For Public Release

| CRIMINAL INVESTIGATION TASK FORCE (CITF) | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| 1. DATE OF INVESTIGATIVE ACTIVITY<br>10 Mar 04 | 2. PLACE<br>GTMO | 3. ACTIVITY NUMBER<br>████████ |

4. REMARKS

Subject Interview of: (UNK) ██████████████████

FM40 20040303-10-ISN ████████

ON MARCH 3RD, 4TH, 8TH, 9TH, AND 10TH 2004, █████████████████████████ WAS
INTERVIEWED AT ████████, U.S. NAVAL BASE GUANTANAMO BAY, CUBA, BY SPECIAL AGENT (SA)
████████ NAVAL CRIMINAL INVESTIGATIVE SERVICE (NCIS), ████████ DEBRIEFER,
DOD CONTRACTOR, AND ████████ INTELLIGENCE ANALYST, DOD CONTRACTOR.  CONTRACT
DOD LINGUISTS PROVIDED ARABIC/ENGLISH TRANSLATION.

4. REMARKS (Continued)



PAGE  2  OF  10 PAGES

**4. REMARKS (Continued)**



ADVISED THERE WERE TWO TRAINING CAMPS IN KHOWST RUN BY AL QAIDA: FAROUK AND ███████
FAROUK PROVIDED BASIC TRAINING AND ███████ OFFERED ADVANCED TACTICAL TRAINING.
THE PERSON IN CHARGE OF AL FAROUK WAS ███████ SINCE FAROUK WAS AN AL QAIDA CAMP,

**4. REMARKS (Continued)**

████████ REPORTED TO ████████, WHO IS IN CHARGE OF ALL AL QAIDA TRAINING CAMPS. ████
████ WORKED UNDER ████████████████ WAS A TRAINER BUT HE WAS NOT
PERMANENTLY ASSIGNED TO FAROUK. ████████ ADDED THAT EVEN THOUGH PEOPLE WENT TO
████ FOR TACTICAL TRAINING, ████████ ALSO TAUGHT A TACTICAL COURSE AT FAROUK ████
████ ONLY HAD ONE TRAINER ████████████ STATED ████████ CLASSES CONSISTED OF 25-30
TRAINEES AT A TIME. ████ STATED THAT FAROUK AND ████████ WERE A 20-MINUTE WALKING
DISTANCE APART.

████ DETAILED THE TRAINING HE RECEIVED AT FAROUK:

WEAPONS:
KALASHNIKOV          SVD
9 MM MAKAROV         RPD
AK 47                9 MM TT
AKM                  AKR
7.62 RPK             UZI
7.62 RBD             BEKA
AKS          J-3
M-16                 RPG
SKS

EXPLOSIVES:
GRENADES             G3
TNT          C4

ARTILLERY:
82 MORTAR
HOWITZER (ANTI-TANK)
SPG9

ANTI AIRCRAFT:
ZUKIAK
DASHKA

SURFACE TO AIR MISSILES:
SA-7
STINGER

████████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

████ STATED FAROUK CAMP LASTED APPROXIMATELY ONE MONTH. DURING THIS TIME, ████ SLEPT
AT THE CAMP. HE ADVISED THERE IS NO FAROUK GUESTHOUSE; THERE ARE TENTS AND BUILT-IN

████████████████████████████████████████████

**4. REMARKS (Continued)**

ROOMS AT THE CAMPS. ███████ ADVISED HE STAYED IN ONE OF THE ROOMS AND STATED PEOPLE SLEPT IN TENTS WHEN IT WAS PART OF THEIR TACTICAL TRAINING. WHEN QUESTIONED WHY HE HAD PREVIOUSLY REPORTED HE HAD MET ██████████ AND ██████████ AT THE FAROUK GUESTHOUSE, ████████ CLARIFIED THE GUESTHOUSE IN KHOWST IS CALLED ██████████ ██████████ ). ████████ STATED THIS GUESTHOUSE IS FOR FAMILIES ONLY AND ██████████████████████████ RESIDED THERE WITH THEIR FAMILIES. ████████ RELATED HE STAYED AT THIS GUESTHOUSE TWO TO THREE DAYS ON HIS WAY TO FAROUK DUE TO AN EXCEPTION THAT ONE COULD STAY UP TO THREE DAYS AT THE GUESTHOUSE IF THEY WERE EN ROUTE TO FAROUK.

████████ RELATED EVERYONE WHO ATTENDS FAROUK CAN AUTOMATICALLY GO TO ADVANCED TRAINING AT ████████ HOWEVER, THEY DON'T HAVE TO ATTEND THIS TRAINING IN ORDER TO FIGHT ON THE LINES.

4. REMARKS (Continued)



4. REMARKS (Continued)



4. REMARKS (Continued)



4. REMARKS (Continued)





4. REMARKS (Continued)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                           |     |                                    |
| ------------------------- | --- | ---------------------------------- |
| ZAYN HUSAYN,              | )   |                                    |
|                           | )   |                                    |
| Petitioner,               | )   |                                    |
|                           | )   |                                    |
| v.                        | )   | Civil Action No. 08-1360 (RWR)     |
|                           | )   |                                    |
| ROBERT GATES,             | )   |                                    |
|                           | )   |                                    |
| Respondent.               | )   |                                    |

# ISN ▓▓ FM 40 6/30/2004

Unclassified
For Public Release

**CRIMINAL INVESTIGATIVE TASK FORCE (CITF)**
**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| | | b2 |

**4. REMARKS**
Witness Interview of: b6

Date/Place: /

INTERVIEW OF b2
b6

INTERVIEW OF b2 (conducted on 30 Jun 04)

Subject Interview of: b6

Date/Place: 30 Jun 04/Guantanamo Bay, Cuba
Interviewers: SA b3                CITF, Fort Belvoir, VA.

T2    On 30 Jun 04, b6          ISN: b2          , was interviewed at b3          U.S. Naval Station, Guatanamo Bay, Cuba, by Special Agent b3          USACIDC - CITF, Belvoir, VA.  The interview was conducted in the French language.  The translator was a contract linguist Ms. b3

b6          was interviewed regarding the training he received while at Khaldan Camp, Afghanistan (AF).

| PAGE 1 | OF 2 | PAGES |
|---|---|---|

Unclassified
For Public Release

**b2** ████████

---

**4. REMARKS (Continued)**

**b6** ████████████████████████████████████████████████████████

**b6** stated he carried a small Sony or Aiwai radio with him while at Khaldan Camp. **b6** stated the radio did not have the ability to transmit. **b6** stated he used the radio for gathering news and weather information. **b6** stated he observed **b6** with a hand-held radio similar to his **b6** radio. **b6** was unsure if **b6** used his radio to transmit information. **b6** related it was common for students to carry handheld radios. **b6** stated **b6** was the director of Khaldan Camp. **b6** related **b6** was responsible for camp logistics, camp organization, and supplying of food for Khaldan Camp students and trainers. **b6** related if there was a student concern or issue which required a decision to be made, it would be resolved at the trainer level. However, if the trainer could resolve the issue, **b6** would be the final authority.

**b6** identified three trainers during his time at Khaldan Camp (Mar-Jun 00): **b6** a Tunisian named **b6** as a small weapons trainers; and an Algerian named **b6** as a trainer of tactics. **b6** related **b6** also taught mountain warfare tactics.

**b6** stated in Jun 00, he was informed by his trainer ████, that Khaldan Camp was closing. Upon the closure of Khaldan Camp in Jun 00, approximately 20-30 other students along with **b6** left Khaldan Camp and traveled to a brick factory outside of Kabul, AF to continue training. Upon arriving at the brick factory, **b6** and the remainder of the group then traveled to Khandahar, AF and then on to the Al Farouq Camp for additional training. **b6** stated **b6** did not accompany the group to the Al Farouq Camp, and was unsure where **b6** went to.

**b6**   **b1**  1    **b1**         6                              and identified him as Ibn Sheik AL LIBI - the owner of Khaldan Camp. **b6** stated he observed AL LIBI twice during the two months he was Khaldan Camp. **b6** stated when he observed AL LIBI, he was walking around the camp only observing the training, however, AL LIBI would occasionally speak to the students and ask them how training was being conducted.

**b6** was asked to compare his training at Khaldan Camp to other camps which he attended. **b6** stated Khaldan Camp was very "laid back" compared to other training camps within AF. **b6** stated the other training camps that he attended ████ were more military type regiments.

**b2** ████████████████████

**b2** ████████████████████████████████████████████████████████

| PAGE  2   OF  2   PAGES |

**b2** ████████

Unclassified
For Public Release

████████

Unclassified
For Public Release

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

Civil Action No. 08-1360 (RWR)

## ISN b2 FM 40 11/29/2002

Unclassified
For Public Release

b2 [redacted]

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
### REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 29 Nov 02 | Guantanamo Bay, Cuba | b2 [redacted] |

**4. REMARKS**

Subject Interview of: b7 [redacted]

Date/Place: 29 Nov 02/Guantanamo Bay, Cuba

11/29/2002

b2 [redacted] b7 [redacted] b2 [redacted] was interviewed at b3 [redacted] Guantanamo Bay, Cuba. The interview was conducted by Federal Bureau of Investigation (FBI), Special Agent (SA) b3 [redacted] Naval Criminal Investigative Service (NCIS), Special Agent (SA) b3 [redacted] and Language Specialist b3 [redacted] (Arabic translator). b7 [redacted] was advised of the nature of the interview and the identity of the interviewing Agents. b7 [redacted] thereafter provided the following information:

b7 [redacted]

b7 [redacted]

b7 [redacted]

b7 [redacted]

b7 [redacted] to Al-Qaeda, Taliban, Usama Bin Laden, Sheik ABU ZUBAIDA, or any other individuals or groups. b7 [redacted] said he would only commit an allegiance to the Profit MUHAMMED.

b7 [redacted]

b2 [redacted]

PAGE 1 OF 2 PAGES

b2 [redacted]

Unclassified
For Public Release

b2

**4. REMARKS (Continued)**

b7 was queried whether he is aware of any U.S. Embassy or other foreign embassy employees who are instrumental in obtaining false documents or engaged in illegal activity. b7 responded in the negative. b7 advised he is unaware of ZUBAIDA's connections in Pakistan as it pertains obtaining visas and arranging for accommodations for Arabs traveling through Pakistan.

b7

Interview terminated.

b2

b2

PAGE  2  OF  2 PAGES

b2

Unclassified
For Public Release
b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

## ISN [b2] FM 40 9/10/2003

b2

Unclassified
For Public Release

b2

## CRIMINAL INVESTIGATION TASK FORCE (CITF)
### REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 10 Sep 03 | GTMO, Cuba | b2 |

4. REMARKS

Subject Interview of: b7

Date/Place: 10 Sep 03/GTMO, Cuba

FM40 20030910 - b2

b2  On 10 Sep 03, Special Agent (SA) b3                CITF, Fort Belvoir, VA 22060 and SA b3
CITF, GTMO, Cuba, interviewed ISN b2                b7        in his native language Pashtu.  Translator Mr
b3  facilitated the translation from Pashtu to English.

After the normal meet and greet, b7      was questioned about his activities and responsibilities as the translator for
a known Al Qaeda operative AL HADI AL IRAQI. b7      explained he started to worked for AL HADI during the
Taliban regime when Taliban was fighting against the Northern Alliance. b7      explained at that time the coalition
forces were physically not in Afghanistan but Americans had started to bomb Taliban locations. b7      explained, in
his earlier interviews he stated that he knew AL HADI was working for the Al Qaeda against the Northern Alliance.
b7      stated that he knew AL HADI was working for the Al Qaeda because one day he observed Usama Bin Laden
(UBL) visited the Ashara Guesthouse and had a meeting with AL HADI. At that time b7      knew AL HADI was a
member of Al Qaeda. b7      further admitted to working for AL HADI even after he saw him with UBL and
suspected his boss AL HADI was a member of Al Qaeda but worked for the Taliban government.

b7      further explained AL HADI left Zormat, AF, when Taliban fell and b7      stopped working for AL HADI.

b7      stated after AL HADI left, his new mission given by AL HADI, was to provide money for the new group.
b7      stated AL HADI told him b7      should give his (AL HADI's) money to the new group. b7      explained he
spent some of AL HADI's money on himself and he wanted to get rid of the rest of his money by giving it back to the
group of people which AL HADI asked him to do so. b7      mother was also pressuring him to give the money
because she knew that this new group was consisted of "not good man".

b7      stated he was not a military man but rather worked for AL HADI as a translator.  He worked (translated) for
money not for political views or purpose.  At that time Taliban was fighting the Northern Alliance. b7      further
admitted that since he was working for AL HADI, he himself was working against the Northern Alliance.

Upon questioning about AL HADI's rank or position in the Taliban Government since he was working for the
government, b7      stated AL HADI did not hold a position, rank or a title in the Taliban Government. b7      did not
have an official title either but he was simply referred as translator.

According to b7      AL HADI was in charge of a foreign group of people who were fighting the Northern Alliance
when b7      was translating for AL HADI.  This foreign group of people consisted of Arabs who were attached to the
22nd Division. b7                was in charge of the b7            and AL HADI was his assistant.

b7            was questioned about the new group members that they created after the fall of the Taliban.

b2

| | PAGE  1  OF  3  PAGES |
|---|---|

b2

b2

**4. REMARKS (Continued)**

b7 explained the group members were
b7

NOTE: ALL NAMES ARE PHONETIC.

According to b7 ██████ the leader, created many of the nicknames himself, for his group members so that on the telephone, no one would actually give their real names. The most people ended up calling each other with their nicknames. b7 ████ also asked b7 to change his name for his b7 protection. b7 ████ gave b7 a list of everyone's names and nicknames so that when b7 ████ was on the telephone with any of them, he would know which nickname to use. b7 ██████ was afraid of Afghan or American forces. b7 ██ admitted the group was created against the American forces and foreigners but not Afghans. This new group was also against Pakistan as well.

b7 ████ further admitted to providing money to b7 ██████ from AL HADI after Taliban fell. b7 ████ admitted that he supported this group about two months because b7 ███ spent their money, which he was supposed to return it to the group. b7 ██ stated that he bought himself a car (taxi) with some of that money to support himself

b7 ████ further admitted AL HADI being an Al Qaeda member and further admitted himself worked for AL HADI while he knew AL HADI was Al Qaeda. b7 ██ further admitted UBL stayed at the house where b7 ████ worked. b7 ███ further admitted to translating for Al Qaeda.

b7 ████ was asked the following clarifying questions regarding his admissions:
1. Was AL HADI a member of Al Qaeda?  Yes.
2. Who did AL HADI work for?  Taliban.
3. Did UBL stay at the safe house you worked for?  Yes.
4. Did you translate for an Al Qaeda member?  Yes.
5. Who did you translate for?  AL HADI and other members of Taliban.
6. Were you aware that AL HADI was working for Al Qaeda at the time you were working for him?  Yes.

b7 ████ further explained he worked for AL HADI approximately three and a half years. The first year b7 ███ translated at the guesthouse. AL HADI was an Arab and he was not able to communicate with the staff at the safe house. It was b7 ███ job to relate AL HADI's messages to the other workers at the safe house. Later b7 ███ started to translate between AL HADI and the commanders fighting in the front lines against the Northern Alliance. b7 ████ stated AL HADI was in charge of Arab soldiers fighting under other Taliban commanders. These Arab fighters, even though they fought under other Taliban commanders, they took their orders from AL HADI. b7 ██ translated AL HADI's orders to the Taliban commanders regarding the Arab fighters. b7 ████ explained AL HADI's orders were pertaining to the logistics and supply of these Arab fighters. For example, b7 ████ explained if AL HADI wanted to change the location of the Arab fighters either pull them back or send them elsewhere in the front lines, AL

b2

b2

**4. REMARKS (Continued)**

HADI would coordinate with Taliban commanders and AL HADI would tell them where he wanted his soldiers.
▮b7▮ would translate AL HADI's orders to the Taliban commanders.  On another situation, when the commanders needed supplies such as food and water, they would relate their request to AL HADI, through ▮b7▮ and AL HADI would make sure the supplies were facilitated.

▮b7▮ provided a chronological list of the names of the front line commanders wherein he translated between them and AL HADI:

▮b7▮

All of those commanders were the supreme commanders of the Taliban army at the front lines when Taliban fought the Northern Alliance.  According to ▮b7▮ these translations took place before the Americans started bombing.

▮b7▮ translated any information that AL HADI wanted to know about his people and ▮b7▮ translated when AL HADI wanted to move his troops strategically.

▮b7▮ further explained he also translated for ▮b7▮ who was the ▮b7▮ at the time.  AL HADI would ask ▮b7▮ to authorize request for goods and services for the front line soldiers.  ▮b7▮ facilitated the translations of these requests among other things.

▮b7▮ further explained he was paid 1000.00-1,500.00 PK rupees in the beginning of his job and once in a while he would also get approximately 500.00 PK rupees extra as a bonus.  ▮b7▮ explained this was good amount of money in Afghanistan at the time. ▮b7▮ explained he would have had to work very hard at another job to make this kind of money. ▮b7▮ further explained when he start to facilitate translations between AL HADI and the Commanders, AL HADI started to pay him 2000.00 PK rupees a month and later 4000.00 a month.

According to ▮b7▮ AL HADI spoke Farsi and the supreme commanders spoke Pashtu.  During ▮b7▮ translated between AL HADI and the Commanders, him and AL HADI traveled to Pulihombre, Mazar Province, Heart tan Province, Bagram, Kunduz and Tahar Province various times.

▮b7▮ admitted without a translator, communications between AL HADI and the commanders would be very difficult and untimely.

▮b7▮ further explained AL HADI was getting this money from the Taliban defense Minister and from the Arabs. The money, which provided by Arabs mostly spent on safe house expenses and salaries of the guesthouse workers. ▮b7▮ did not know how much Arabs provided. ▮b7▮ explained AL HADI received approximately 1000.00 PK or 2,500.00 AF rupees a month from the Defense Minister for the expenses of each Arab soldier fighting in the front lines.

▮b7▮ further explained AL HADI's nick name was Qutaiba on the radio and AL HADI was also called "SNALE" which meant "number 2". ▮b7▮ did not translate between AL HADI and ▮b7▮ because both men spoke Farsi.

▮b7▮ was provided a satellite telephone, which was in his possession at the time of his capture.  ▮b7▮ did not recall the number of his satellite telephone.

▮b7▮ further questioned about his knowledge of the fighters who spoke English. ▮b7▮ explained he knew ▮b7▮ ▮b7▮ or ▮b7▮ who is also ▮b7▮ and ▮b7▮ who was incarcerated at GTMO.

Interview was then terminated to continue on 11 Sep 03.

b2

b2

b2

Unclassified
For Public Release

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

ISN b2  FM 40 6/15/2004

**CRIMINAL INVESTIGATION TASK FORCE**

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040615-20040617 - ████████

| 1. DATE OF INVESTIGATIVE ACTIVITY<br>15 JUN 04 | 2. PLACE<br>Afghanistan | 3. ACTIVITY NUMBER<br>████████ |
|---|---|---|

4. REMARKS

FM40 20040615-20040617 - ████████

Date/Place: 15 Jun 04

FM40 20040615-0617 - ████████

On 15, 16 and 17 June 2004 Reporting Agent ████████ Special Agent, Naval Criminal Investigative Service, and ████████ DoD analyst, interviewed ████████ ISN ████████ for a total of 12 hours at the Bagram Personnel Control Facility (BPCF), Bagram, Afghanistan. DoD contractor ████████ provided Arabic/English translation. ███ was provided with food and beverages. ███ confirmed his name was ████████ ███ and he used the following kunyas: ████████ ████████ stated he never used the alias ███████ but he did give this name to his interrogators when he was captured. ███ was born in Taiz, Yemen ████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

| PAGE 1 OF 7 PAGES |
|---|

Unclassified//For Public Release

# CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040615-20040617 -

PAGE 2 OF 7 PAGES

Unclassified//For Public Release

Unclassified//For Public Release

# CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040615-20040617 - ▇▇▇▇▇

▇▇ stated he heard about the USS COLE bombing while he was in Kandahar. On the same day of the bombing, ▇▇ stated everyone evacuated Kandahar and fled to Kabul, including UBL and his guards, fearing retaliation. ▇▇ stated he stayed with ▇▇▇▇ and a group of Yemenis for almost two months. In December 2000, he called ▇▇ in Yemen and told him not to come home because he might be arrested and stated several of their "associates" had been arrested in connection with the USS COLE bombing. ▇▇ stated he decided to stay in Afghanistan. ▇▇ stated he alternated between staying at the Institute in Kandahar, with ▇▇▇▇ at his camp and with UBL's guards. ▇▇ stated several of the guards were individuals he knew from Yemen and he had facilitated their travel to AF.

PAGE 3 OF 7 PAGES

CRIMINAL INVESTIGATION TASK FORCE
REPORT OF INVESTIGATIVE ACTIVITY
INTERVIEW: FM40 20040615-20040617 -

Agent Note:

PAGE 4 OF 7 PAGES

# CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040615-20040617 -

PAGE 5 OF 7 PAGES

# CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040615-20040617

PAGE 6 OF 7 PAGES

Unclassified//For Public Release

**CRIMINAL INVESTIGATION TASK FORCE**

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040615-20040617 - ███████████

PAGE 7 OF 7 PAGES

Unclassified//For Public Release

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 15 Jun 04 | ███ Afghanistan | ███████<br>Part II of II |

4. REMARKS

Subject Interview of: (UNK) ███████████

Date/Place: 15 Jun 04 ██████ Afghanistan

FM40 20040615-0617 – ████████

PAGE 1 OF 7 PAGES

Unclassified//For Public Release

**4. REMARKS (Continued)**



PAGE  2  OF  7  PAGES

Unclassified//For Public Release

**4. REMARKS (Continued)**



PAGE 3 OF 7 PAGES

Unclassified//For Public Release

**4. REMARKS (Continued)**

Agent Note:

█ stated he heard about the USS COLE on the same day it happened (12Oct00) and he fled to Kabul, then Jalalabad, then back to Kabul. In December he fled to Kandahar with UBL and his bodyguards. █ stated he did travel with UBL and his bodyguards, but he did not stay in the same house with them. █ stated he traveled to Jalalabad to take a class on electronics.

Unclassified//For Public Release

Unclassified//For Public Release

4. REMARKS (Continued)



PAGE  5  OF  7  PAGES

Unclassified//For Public Release

**4. REMARKS (Continued)**



PAGE  6  OF  7  PAGES

Unclassified//For Public Release

**4. REMARKS (Continued)**



PAGE  7  OF  7  PAGES

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN b7 ▮▮ FM 40 9/28/2004

b2 ▮▮▮▮▮▮▮▮▮▮▮▮

UNCLASSIFIED//FOR PUBLIC RELEASE

CRIMINAL INVESTIGATION TASK FORCE (CITF)

REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 28 Sep 04 | GTMO | b2 ▓▓▓▓ |

4. REMARKS

Subject Interview of: (UNK) b7 ▓▓▓▓▓▓▓

Date/Place: 28 Sep 04/GTMO

FM40 20040928-30 - b2 ▓▓▓▓▓

On 28, 29 and 30 September 2004 Reporting Agent (RA) b3 ▓▓▓▓, Special Agent, Criminal Investigative Task Force, Interviewed b7 ▓▓▓▓ ISN b2 ▓▓ for a total of 12 hours at b2 ▓▓▓ at U.S. Naval Base Guantanamo Bay, Cuba. (Agent Note: These interviews were a continuation of interviews conducted in Bagram, AF on 15-17Jun04. b7 ▓▓▓▓▓▓▓▓▓▓ Department of Defense (DoD) contractors provided Arabic/English translation. DoD interrogator b3 ▓▓▓▓ was also present for the interviews that took place on 29 and 30 September 2004. b7 ▓ was provided beverages and food. RA asked b7 ▓ if he remembered her from their previous interviews in Afghanistan (AF), to which b7 ▓ replied in the affirmative. b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On 28Oct04, DoD contract linguist b3 ▓▓ provided Arabic/English translation. b7 ▓ stated he was feeling well, both mentally and physically. b7 ▓

b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ stated after the USS COLE bombing in October 2000, he went "on the run" with UBL and his guards. b7 ▓▓▓
b7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

b2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

PAGE 1 OF 8 PAGES

**4. REMARKS (Continued)**

b7         spent two months running and hiding after the USS COLE (October - December 2000).  During this time he traveled and slept with UBL and his bodyguards, but UBL slept in a separate house. b7



PAGE  2  OF  8  PAGES

**4. REMARKS (Continued)**



b7

b7

b7

b7

b7

b7

b2

PAGE  3  OF  8 PAGES

UNCLASSIFIED//FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



PAGE 4 OF 8 PAGES

**4. REMARKS (Continued)**



PAGE   5   OF   8 PAGES

4. REMARKS (Continued)



4. REMARKS (Continued)

b7 

b7

b7

b7

b7 previously stated that on the day of the USS COLE bombing, everyone fled Kandahar and went to Kabul because they feared relation from the Americans. b7 was asked what made him and everyone in AF think the US would retaliate against UBL. b7 replied they knew how the U.S. would react because of America's response to the bombing of the U.S. embassies.

b7

b7

b7

b2

PAGE 7 OF 8 PAGES

**4. REMARKS (Continued)**

b7

b7                  was one of the guards that

he b7   would travel with when they were fleeing after the USS COLE and the September 11, 2001 attacks. b7

b7

b2

PAGE  8  OF  8 PAGES

b2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

## ISN b7 ▮ FM 40 7/27/2004

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

## REPORT OF INVESTIGATIVE ACTIVITY

### INTERVIEW: FM40 20040727 - ███████

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 27 JUL 04 | Other | b2 |

**4. REMARKS**

FM40 20040727 - b2 ███████
Date/Place: 27 Jul 04

b2 ███ b7 ██████████████████████████ Internment Serial Number (ISN) b2 ████████ was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent b3 ████████, US Army Criminal Investigation Command (USACIDC) and SA b3 ████████ Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1600, 27 Jul 04, and concluded at approximately 1745, 27 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

b2 ███ The primary purpose of the interview was to continue with rapport development b7 ████
b7 ████████████████████████████████████████████████████

Detainee was released from both hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

b2 ███ Initial discussion surrounded detainee's well-being and treatment. Detainee stated he continues to be treated very well and was likewise doing well. b7 ████
b7 ████████████████████████████████████████████████████

b7 ████████████████████████████████████████████████████

b2 ████████████████████████████████████████

b2 ████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040727 - b2



b2 █████████

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - b2 ███████

b7 ████████████████████████████████████

b7 ████████████████████████████████████

b7 ████████████████████████████████████

b7 ████████████████████████████████████

b2 ███████ Detainee stated he traveled to Bermil, AF, for approximately one week and stayed at a safe house where he first met Abu Zubaydah. Detainee stated he also met with Hadi again at this safe house. Detainee stated this is when he first learned from Hadi about the electronics training in PK. Detainee stated he then went to a madrassa in Bermil where he met

b2 ████████████████████████████████

b2 ███████

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - ▓▓

Jose Padilla, ▓▓ ▓▓ and ▓▓ ▓▓ for the first time. Detainee stated at the madrassa, he discussed in private with Hadi and Zubaydah, the training in PK. Detainee stated Hadi and Zubaydah told him that himself, ▓▓ were to receive the training in PK and return to AF. Detainee stated he was told his purpose to come back to AF was to train other Afghans on how to build explosive devices. Detainee stated if the Afghans didn't build them, then himself, ▓▓ would build them and provide them to the Afghans for operations.

▓▓ Detainee stated while at the madrassa, Abu Zubaydah choice approximately 30 individuals to take with him to PK. Detainee, ▓▓ and Padilla were among the thirty. Detainee stated he then traveled with the group to Bannu, PK. The trip took approximately one week and they were there for approximately three days. Detainee stated he stayed at a madrassa at this location with Padilla ▓▓ ▓▓



**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - b2

**b2**

## CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY
### INTERVIEW: FM40 20040727 - b2

b7

b7

b7

b7

b7

b7

b7

b7

b2    During the course of the interview, detainee was very cooperative and polite.  Detainee maintained a positive attitude throughout the interview process and interviewing agent was able to continue to cement rapport with this detainee. Detainee answered all questions levied against him in great detail with no signs of deception or resistance techniques. Information contained within this report was consistent with previous reporting from detainee. b7

b7

b7     Detainee again pledged to continue to cooperate with interview agent and present truthful facts when questioned.  Detainee has agreed to draft a hand written statement of his own free will documenting his activities.  Detainee spontaneously stated he knew he was "guilty" and wished to bring his case to a peaceful resolution.  Interviewing agent agreed with detainee and the interview was terminated.///

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE



1. UBL
2. UBL
3. Ayman al Zawahiri
4. Ayman al Zawahiri
   b7

8. Abdul Hadi al Iraqi
9. Abu Layth al Libi
10. Abu Layth al Libi
11. Abu Faraj al Libi
12. Abu Faraj al Libi
    b7
    b7

15. Mulwali Atwah (Abdel Rahman al Muhajir)
16. Khalid Sheikh Mohammad
17. Jose Padilla (aka Abdallah al Muhajji)
18. Zayn al Abidin Muhammad Husayn (aka Abu Zubaydah)
    b7
    b7
    b7
    b7
    b7

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

T2









T2

UNCLASSIFIED//FOR PUBLIC RELEASE

T2







T2

UNCLASSIFIED//FOR PUBLIC RELEASE







T2





T2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

T2 





T2

UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE







UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

T2



b7



T2

UNCLASSIFIED//FOR PUBLIC RELEASE

T2



T2

T2





T2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE







UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE

T2







T2

UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE

T2





T2

UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE









UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE

T2



T2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN ▮▮▮ FM 40 7/28/2004

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
### REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 28 Jul 04 | Bagram Personnel Control Facility, Bagram Air Field, Bagram, Afghanistan | b2 |

**4. REMARKS**

Subject Interview of: (UNK) b7

Date/Place: 28 Jul 04/Bagram Personnel Control Facility, Bagram Air Field, Bagram, Afghanistan

b2    b7                                    Internment Serial Number (ISN) b2
was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent b3            , US Army Criminal Investigation Command (USACIDC), and SA b3
Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1430, 28 Jul 04, and concluded at approximately 1600, 28 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

b2      The primary purpose of the interview was to continue with rapport development b7
b7
b7

Detainee was released from both hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

b2      b7
Detainee was queried pertaining to his health and treatment. Detainee stated he was continuing to do well and he has been treated well. Detainee was advised of the questioning and agreed to cooperate and assist investigators in the questioning.

b2      Detainee was asked when he had first met b7            b2          known to detainee and previously identified b7        as b7        Detainee stated he met b7      in Barmil, AF, at a madrassa where his group was safely residing. Detainee stated this was after he stayed at the safe house in Barmil when he first talked to Abdel HADI (identifiable with Abd al Hadi al IRAQI). Detainee stated it was at this safe house Abdel HADI first discussed the electronics training in PK with detainee. Detainee stated Abdel HADI also instructed everyone to later move to the madrassa. Detainee stated he first met Abdel HADI in Zormat, AF, when he checked his passport and queried detainee on his training and education.

b2      Detainee stated Abdel HADI talked to detainee again at the madrassa along with Abu ZUBAYDAH about the electronics training in PK. Detainee stated this is where he first met Abu ZUBAYDAH. Detainee stated while at the madrassa, both Abdel HADI and Abu ZUBAYDAH also talked to Abu MUSLIM and b7      about the electronics training in PK; however, they talked to everyone separately. b7
b7

Detainee stated everyone understood they were to receive electronics training in remote controlled improvised explosives and then return to Abdel HADI in AF to train Afghans on how to build and/or use the devices.

b2

PAGE  1  OF  3  PAGES

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████ b2 ████

**4. REMARKS (Continued)**

T2 ████ Detainee was asked when he first me b7 ████████████████ b2 ████████. Detainee stated he met b7 ████ at the madrassa with b7 ████████ Detainee stated this is the location where he also met Jose PADILLA. Detainee stated at the time he knew Jose PADILLA by the name Abdullah al MUHAJIR.

T2 ████ Detainee was asked when he first me b7 ████████████ b2 ████ known to detainee and previously identified b7 ████████ Detainee stated he met b7 ████ at the safe house in Faisalabad, PK. Detainee stated b7 ████ arrived at the safe house several days after detainee. Detainee stated during his stay in Pakistan, he did not know who exactly was going to teach the electronics course; however, after b7 ████ arrived at the house in Faisalabad, detainee learned from Abu ZUBAYDAH that b7 ████ was the instructor. Detainee stated both b7 ████ knew b7 ████ was the instructor and that b7 ████████████ all lived up stairs in the safe house together.

T2 ████ Detainee was asked why he wanted the training in PK. Detainee claimed he didn't specifically want the training; however, he wanted to stay in AF and this method would enable him to come back. Detainee stated during this time frame he did not want to go back to b7 ████ Detainee stated he was first promised the remote control training at the madrassa in Barmil. Detainee stated the exact details of the promise were simple. Detainee stated he was told he would go to PK for the training in remote control explosive devices and then return to AF to train Afghans on how to build the devices. Detainee stated if they didn't train the Afghans, then they were to build the devices and provide them to the Afghans for use. Detainee was asked what the remote control devices were to be used for. Detainee stated ZUBAYDAH related to him the remote control devices would be used for booby traps, mines and other improvised or home made explosive devices. Detainee was asked specifically who was to be targeted. Detainee stated he was never told who the intended target was; however, he stated they would target who ever they were told to target. Detainee was asked to clarify who "who ever" was. Detainee stated anyone they told him to target. Detainee stated his job was to build the devices, not actually use them. Detainee stated he was told by Abdel HADI and Abu ZUBAYDAH that he would train other individuals in AF on how to build the devices with b7 ████ and b7 ████ .

T2 ████ Detainee stated his primary purpose for going to PK was to received the remote control explosive training. Detainee stated himself, b7 ████████ were to attend this training and return to AF. Detainee was asked who the instructor of this course was. Detainee stated initially ZUBAYDAH was looking for an instructor; however, shortly after detainee arrived at the Faisalabad safe house, he was told by Abu ZUBAYDAH the instructor of the course would be b7 ████ . Detainee stated he had discussed this training with both b7 ████ and b7 ████ before in two other safe houses in Pakistan. These safe houses were identified as the first and third safe house detainee resided at prior to arrival at the Faisalabad safe house. Detainee stated he never discussed the training with b7 ████ Detainee stated even after meeting b7 ████ at the Faisalabad safe house, their conversations were mostly limited to greetings.

b7 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

b7 ████████████████████████████████████████████████████████████████████████████████████████████████████████████

b2 ████████████████████████████████████████████████████████████████████████████

██████████████████

b2 ████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

**4. REMARKS (Continued)**

b2     During the course of the interview, detainee was very cooperative and polite. Detainee maintained a positive attitude throughout the interview process and interviewing agent was able to continue to cement rapport with this detainee. Detainee answered all questions levied against him with no signs of deception or resistance techniques. Information contained within this report was consistent with previous reporting from detainee. Once again, during the course of the interview, detainee acknowledged he knew, and agreed to testify in court against, his co-conspirator Jose Padilla, b2   b7       b7       b2       b7       and b2                              Detainee again pledged to continue to cooperate with interview agent and present truthful facts when questioned. Detainee has agreed to draft a hand written statement of his own free will documenting his activities. A the conclusion of the interview, detainee spontaneously stated he knew he was "guilty" and wished to bring his case to a peaceful resolution. Interviewing agent agreed with detainee and the interview was terminated.///

b2

PAGE 3 OF 3 PAGES

b2