## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT GATES,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-1360 (RWR)<br>)<br>)<br>)<br>)<br>) |

# ISN b7 FM 40 7/31/2004

## CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY<br>31 JUL 04 | 2. PLACE<br>Afghanistan | 3. ACTIVITY NUMBER<br>b2 |
|---|---|---|

**4. REMARKS**

FM40 20040731 - b2

Date/Place: 31 Jul 04

b2   b7    Internment Serial Number (ISN) b2 was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent b3 , US Army Criminal Investigation Command (USACIDC) and SA b3 , Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF).  The interview was conducted in English and no linguistic support was necessary.

b2    Between 29 and 31 July 04, b7 provided SA b3 a hand written statement detailing his activities and associations in England, Afghanistan and Pakistan (See attached enclosure).///

b2

b2

Statement of b7 made on 24-31 July 04 in at the Bagram Personnel Control Point Bagram Afghanistan Start 1440/40T





UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b7

b7

b7

called Barmil. b7     b7     we with draw to a town

b7



...here and stayed for a few days 5-7 and then Abdulhadi showed up with a man I got to know latter Zubida. They said that we have to pull out to a medrassa soon then they left. That night Us choppe surrounded the area we was in and beleive took the leader of the area. As I got to know the next morning in the afternoon we pullout to the medrassa and joined about 80-90 others. The next day Abdulhadi and Abu Zubida showed up and said the said that 30 people will have to leave and the Afghans can't accomodate 100. So I spoke to Abdul Hadi about my wish to stay so he asked about my expertize with which I didn't have any so he asked about my education which I told him was Electronics and heasked to about my passport which I showed him and they he said that they would send me to pakistan to do remote control training the come back to Afghanist to either teach or build components



UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b7

b7

b7

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b7

Q: Is it true, you, [b7] and [b7] first met eachother at the madrassa in Bermil, Afghanistan?

A: Yes [b7]

b7

Q. Is it true the purpose of you [b7] [b7] [b7] [b7] [b7]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



____ to Afghanistan was to train Afghans on building ____ control explosive devices?

b7

____ true if the Afghans didn't build the devices, ____ you, ____ were to build the devices and provide them to the Afghans?

b7

b7



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



Q. Have you made this statement of your own free will, without benefit, promise or reward?
A: Yes

Q. Has the interviewing agent promised you anything?
A: No

Q. Has the interviewing agent treated you fairly, humanely, with respect and decency?
A: Yes

Q. During your interviews with the interviewing agent have you been provided and/or offered food, beverage and toilet facilities?
A: Yes

Q. Have you been treated well since you have been in U.S. Military custody?
A: Yes

Q. While in U.S. Military custody, have you been treated in any way that you would consider abusive?
A: No

Q. Has your ability to practice your religious beliefs been prevented since you have been in U.S. Military custody?
A: No

Q. What would you say is your current state of health?
A: I feel healthy.

Q. While in U.S. Military custody, have you had access to medical care?
A: Yes

Q. Are you willing to assist the U.S. Government by providing cooperative testimony and/or information during judicial proceedings and/or other legal processes?
A: I still haven't made up my mind.



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



your cooperation thus far been of your own free will
without benefit, reward or promise?

Yes

Is the information contained in this statement the truth?

Yes

Would you like to add anything to your statement?

No          /// END OF STATEMENT/// End Time 1750/31 July 04 on.

Detainee Name:

Detainee Signature:

Interviewing Agent Name:

Interviewing Agent Signature:

Witness Name:

Witness Signature:

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
)
     Petitioner, )
)
    v. )     Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
     Respondent. )
)

# ISN b7█ FM 40 6/7/2004

b2

**b2** ████████████████

## CRIMINAL INVESTIGATION TASK FORCE

### REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040607 - **b2** ████████████

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 07 JUN 04 | Other | **b2** ████████ |

**4. REMARKS**

FM40 20040607 - **b2** ████████████

Date/Place: 07 Jun 04

**b2** ████ **b7** ████████████████ Internment Serial Number (ISN **b2** ████████, was interviewed on June 7, 2004, at the Bagram Personnel Collection Facility, Bagram, Afghanistan. The interview was conducted by U.S. Army Criminal Investigation Division (CID) Special Agent (SA) ████████. The interview was conducted in English with translation to Arabic conducted by Civilian Contract Interpreter ████████. After being advised of the identity of the interviewing agent and the nature of the interview, ████████ provided the following information:

The purpose of this interview was to establish rapport with **b7** ████████ and to establish/determine his truthfulness and willingness to cooperate during the interview. During the interview SA ████████ covered several topics ████████ ████████, **b7** ████████ was cooperative throughout the interview and did not appear to display any signs of deceptiveness. **b7** ████████ again stated he was glad to be taking with an investigator and would be completely honest.

**b7** ████████ started talking about the training he experienced while at Khalden camp. **b7** ████████ said the training started with physical fitness training and hand to hand combat type training. He stated he trained with numerous small arms and RPG's. **b7** ████████ claims he did not train with any types of explosives to include TNT, C-3, C-4, and land mines.

**b7**
████████████████████████████████████████████████████████████████

**b7**
████████████████████████████████████████████████████████████████

**b7**
████████████████████████████████████████████████████████████████

**b2**
████████████████████████████████████████████████████

| | PAGE 1 OF 2 PAGES |
|---|---|

**b2** ████████████████

b2 ███████████

## CRIMINAL INVESTIGATION TASK FORCE

### REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040607 - b2 ████████

b7 ███████████████████████████████████

b2 ████ AGENT'S COMMENT:  The interview was terminated in order to facilitate BPCF activities.  There was a situation that required translation from English to Arabic by Civilian Contract Interpreter b3 ██████████ Additional interviews will be conducted of b7 ████ a candidate for GTMO.  ///Last Entry///

b2 ██████████████

b2 ██████████████████████████████████████████

PAGE 2 OF 2 PAGES

b2 ████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# ISN ██ FM 40 6/4/2004

## CRIMINAL INVESTIGATION TASK FORCE
### REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY<br>04 JUN 04 | 2. PLACE<br>Other | 3. ACTIVITY NUMBER<br>b2 |
|---|---|---|

**4. REMARKS**

FM40 20040604 - b2

Date/Place: 04 Jun 04

b2    On 04Jun04 b7           b2
b2      was interviewed at the Bagram Personnnel Control Facility (BPCF), Bagram, AF. This interview was condcuted in English by Special Agent b3     , Naval Criminal Investigative Service. Mr. b3     , civilian contract linguist, facilitated English to Arabic translation during this interview.

Reporting agent identified herself both verbally and allowed b7 to review her credentials. After apprising b7 that SA b3     would be his case agent at the headquarters level, basic biographical data was obtained. b7    stated that he was glad to have his detainee status progress forward and wanted to see some resolution to his case. b7

b7

b7

b7

b7

b2

PAGE 1 OF 3 PAGES

b2

b2

## CRIMINAL INVESTIGATION TASK FORCE
### REPORT OF INVESTIGATIVE ACTIVITY

b7

b7

b7

b7

b7
He was then told to attend an advanced class, that was taught at the Khalden Camp. He began attending the advanced class which was 3 months in duration. He was selected to attend advanced training to assist 12 Kashmiri fighters with translations at the training camp. He indicated that the first 3 months of basic training consisted of basic weapons training on Kalishikovs, cannons, mortarts and with RPG's. He also learned some mountain fighting tactics. The advanced class consisted of more advanced training on the weapons. They also learned mountain tactics at that camp. There was no chemical weapons training at either camp. The attendees at the camp were from Bosnia, Kashmir, Turkmensitan, Tajikistan and Chechnya. There were also a few Arabs there. He also learned to fight urban warfare at Khalden. b7

b7

b2

PAGE 2 OF 3 PAGES

b2

# CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY

At this point the interview was termianted and reporting agent asked [b7] if he had any questions for her. [b7] asked about his status as a detained person and if he was going to ever be tried or released. Reporting agent stated that he would eventually be brought to some type of a proceeding for "judgement" or release. [b7] then related that he was not happy with the current conditions of the BPCF. He indicated that he does not have a toilet in his cell and he has to wait for the guards to take him to the bathroom. He stated that when he is taken to bathroom as soon as he gets to the toilet, he is told to "hurry up". He stated that it is difficult for him and the other "brothers" to use the facilities in this way. Additionally, he stated that he and the other brothers were in need of some shorts for bathing, as he was not supposed to be seen naked by another Muslim, even when bathing. Reporting agent indicated that she would seek medical help for his initial medical conerns, however, she would nto be able to change BPCF rules regarding showers and bathrooms. [b7] was provided with tea, water, milk and cookies during this interview. At this point the interview was terminated.

PAGE 3 OF 3 PAGES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN ███ FM 40 6/10/2004

b2 ▮▮▮▮▮▮▮

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 10 Jun 04 | Bagram, Afghanistan | b2 ▮▮▮▮▮ |

**4. REMARKS**

Subject Interview of: (UNK) b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date/Place: 10 Jun 04/Bagram, Afghanistan

b2 ▮▮▮ On 10Jun04, b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed at the Bagram Personnel Control Facility (BPCF). This interview was conducted by Special Agent b3 ▮▮▮▮▮▮, Naval Criminal Investigative Service. The interview was conducted in the English language, with Mr. b3 ▮▮▮ contract civilian linguist, providing English to Urdu translation.

b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| PAGE 1 OF 4 PAGES |
|---|

b2 ▮▮▮▮▮▮▮

b2

**4. REMARKS (Continued)**

b7  b7  related that his brother b7  was also expelled from b7  and he b7  assisted his brother in obtaining training in Afghanistan. b7



b2

b2

**4. REMARKS (Continued)**



b7

b7

b7

b7

b7

b7

b7

b2

| PAGE | 3 | OF | 4 | PAGES |

b2

b2

**4. REMARKS (Continued)**



b7

b7

b7

b7

b7

b2

b2

PAGE 4 OF 4 PAGES

b2

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN ▇ FM 40 6/12/2004

b2

Declassified by: ▇
Date: ▇

b2 ████████████████

| 1. DATE OF INVESTIGATIVE ACTIVITY<br>12 JUN 04 | 2. PLACE<br>Other | 3. ACTIVITY NUMBER<br>b2 ██████ |
|---|---|---|

**4. REMARKS**

FM40 20040612 - b2 ████████████

Date/Place: 12 Jun 04

FM40 20040612 - b2 ████████
b2 ██ On 12Jun04 b7 ████████████████████████████████████ b2 ████ was
interviewed at the Bagram Personnel Control Facility (BPCF), Bagram, Afghanistan (AF).  The interview was conducted by
Special Agent b3 ████████, Naval Criminal Investigative Service (NCIS).  The interview was translated from English to
Urdu by Mr. b3 ███, contract linguist.

b7 ████ was feeling well and indicated he was happy to see the showers in BPCF were being partitioned for privacy.  He
indicated that a Muslim is not supposed to see another man naked and the open shower room made it impossible for this
privacy. b7 ███ had no complaints regarding BPCF.

b7 ████ reported that while he was detained in Kabul, AF, he was housed in a nice environment.  He had access to a
community room with prayer rugs and carpets.  His previous interrogator told b7 ███ that he would be transferred to BPCF
temporarily where his living conditions would improve and from there he would be moved again.  At this point b7 ███ asked
reporting agent if she had any additional information regarding b7 ████ future.  Reporting agent indicated that there were no
firm plans for his immediate future, however as new information was received it would be provided to him.

b7 ████████████████████████████████████████████████

b7 ████████████████████████████████████████████████

b7 ████████████████████████████████████████████████

b7 ██████████████████████ He indicated that he did not know.  When asked if he had ever seen the USS Cole
videotape he indicated that he was very familiar with it.  Reporting agent played a copy of this tape for b2 ███.  After a few
seconds of the tape playing, b7 ████ immediately recognized it as the USS Cole videotape that he had previously seen. b7 ████
recognized the beginning of the USS Cole videotape.  He was then shown a second tape (the second half) of the Cole tape.
Though he did not immediately recognize that part of the tape, he did eventually recognize that it was the USS Cole tape.

b2 ████████████████████████████████████████

b2 ████████████████

Declassified by: ████
Date: ████████

T2

He recognized the speeches of UBL during the USS Cole videotape.

(Agent Note: The USS Cole videotape is on two CD's. The first CD only played 6-8 seconds of tape. The second tape was a complete tape of the second half of the USS Cole video tape and depicted UBL speaking and video images from training camps in AF.)

b7

b7

b7

b7

b7

b7

b7

b7

b2

b7 did recognize b7    b2        b7         whom he knew from his time at Khalden training camp and in Kandahar. b7
b7

b2

b2

Declassified by:
Date:

CRIMINAL INVESTIGATION TASK FORCE
REPORT OF INVESTIGATIVE ACTIVITY



Reporting agent talked with █████ for some time prior to closing the interview for the day. ████ was told that reporting agent would talk with him again in a few days. He again asked if he could obtain an Arabic/English dictionary. Reporting agent stated that she would look into it. ████ agreed to speak with reporting agent again. At this point the interview was terminated.

PAGE 3 OF 3 PAGES

Declassified by: ████
Date: ████

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )
                                      )



b2
b2
b2
b1, b6
SUBJECT: b2                b1, b6

1. b2    SUMMARY: b2                b1, b6
b1, b6    b2                          b2
b2                                      b1, b2, b5
b1, b2, b5

2. b2    APPROACH USED: b1, b5
b1, b5

3. b2    EFFECTIVENESS OF APPROACH: b1, b5
b1, b5

4. b2    b2                          b2
b1, b2, b5

5. b2    RECOMMENDED APPROACH FOR NEXT MEETING: b1, b5
b1, b5

6. b2    SUMMARY OF INFORMATION b2
A. b2    b1, b2, b6
b1, b2, b6

B. b2    b1, b2
b1, b2
b1, b2                        b1
b1

C. b2    b1, b2
b1

D. b2    b1
b1
b1, b2    b1        b1, b2
b1



E. `b2` `b1`
`b1`

F. `b2` `b1`
`b1`

G. `b2` `b1, b6`
`b1, b6`

`b1`

`b1, b6`

ABU ZUBAYDA.   ABU ZUBAYDA `b1`
ABU ZUBAYDA `b1`
`b1`

H. `b2` `b1`
`b1`       ABU ZUBAYDA `b1, b6`

I. `b2` `b1, b5`
`b1, b5`

7. `b2`       COLLECTORS COMMENTS: `b1, b5`
`b1, b5`

8. `b2`   POC FOR THIS MEMORANDUM IS `b2, b3`       JTF
GTMO.

`b2`

`b2`

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
|  | ) |
| ROBERT GATES, | ) |
|  | ) |
| Respondent. | ) |



**b2**

Summary Interrogation Report: **b2**

**b2**    SUBJECT: **b2**                    **b1, b6**
**b1, b6**

1. **b2**    SUMMARY: **b2**              **b1, b6**         **b2**
**b2**
**b2**

2. **b2**    APPROACH USED: **b1**
3.         EFFECTIVENESS OF APPROACH: **b1, b5**
4.         **b2**                              **b2**
   **b1, b2, b5**

5. **b2**    RECOMMENDED APPROACH FOR NEXT MEETING: **b1, b5**
6.         SUMMARY OF INFORMATION **b2**
A.? **b2 b1**
1.?    **b1, b6**
**b1 b6**

2.? **b2 b1 b6** **b1 b6**
**b1 b6**

**b1, b6**
3.? **b2** **b1, b6**
**b1 b6**

4.? **b2** **b1**
**b1**
B.? **b2 b1**
1.?    **b1 b6**
**b1 b6**

2.? **b2** **b1 b6**
**b1 b6**

3.? **b2** **b1, b6**
**b1, b6**                **b1, b6**
**b1, b6**                    **b1, b6**
**b1 b6**

7.  b2 ▓▓▓▓   COLLECTORS COMMENTS: b2, b3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
b2, b3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   b2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
b2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8.  b2 ▓▓▓   POC FOR THIS MEMORANDUM IS b2 ▓▓▓▓▓▓▓▓▓

b2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)





7. <span>b2</span>　　COLLECTORS COMMENTS:
8. <span>b2</span>　POC FOR THIS MEMORANDUM IS <span>b2 b3</span>　　　　　JTF
GTMO.

<span>b2</span>

<span>b2</span>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )     Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

b2

b2



SUBJECT:

1. SUMMARY:

2. APPROACH USED:

3. EFFECTIVENESS OF APPROACH:

5. RECOMMENDED APPROACH FOR NEXT MEETING:

6. SUMMARY OF INFORMATION





# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |





b1, b6

2.  b2          b1, b6
b1, b2, b6

3.  b2          b1, b6
b3              b1, b6
b1, b6

b1, b6                    ɔ1, b2, b6
b1, b2, b5, b6

7.  b2   COLLECTORS COMMENTS: b1, b2, b5
b1, b2, b5

b1, b2, b5

8. b2 POC FOR THIS MEMORANDUM IS b2,b3 JTF GTMO.

b2

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2



MEMORANDUM FOR RECORD

SUBJECT: ██ ██ b2 b2 b1, b6 ██████
b1,b6
b1,b6          b1
b1                              ABU ((ZUBAYDAH)).  b1, b5
b1, b5

1.  SUMMARY: b2
b2              b1,b6        b2
b2                              b1,b2
b1,b2

A.  APPROACH USED: b1
b1

B.  EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION: b1, b2, b5
b1, b2, b5

b1, b2, b5                              b1
b1

b2



b1

b1, b6
b1, b6

b1

b1,b6                    b1                    b1

b1

b1              b1, b5
b1, b5          b1

b1

b1                                b1, b2, b5

b2

b1, b2, b5

b1, b2, b5                    b1
b1            b1, b5
  b1, b5                                    b1, b5
  b1, b5
  b1, b5                                b1
b1                    b1, b2, b5
  b1, b2, b5

C. [b2] RECOMMENDED APPROACH FOR NEXT MEETING: [b1, b5]
b1, b5

D. [b2] SPECIAL ACTION REQUIRED: [b1, b2, b5]
b1, b2, b5

E. [b2] INTELLIGENCE CONTINGENCY FUNDS: [b1]

b2

F. [b2] LONG TERM COLLECTION PLAN:



b1, b2

G. [b2] [b2]

b2

b2

b1, b2, b5

2. [b2] SUMMARY OF NEW INFORMATION OBTAINED: [b1, b5]

b1, b5

3. [b2] ADDITIONAL COLLECTOR COMMENTS:

b1, b5

4. [b2] POC THIS MEMORANDUM IS [b1,b2,b6]

b2,b3    JTF GITMO [b2]

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                )
                            )
            Petitioner,     )
                            )
    v.                      )        Civil Action No. 08-1360 (RWR)
                            )
ROBERT GATES,               )
                            )
            Respondent.     )

[b2]

MEMORANDUM FOR RECORD

SUBJECT: [b2] [b2]                    [b1,b6]
[b1,b6]
[b1,b6]        [b1]
[b1]
[b1, b5]                              ABU ((ZUBAYDAH)).   [b1, b5]

1. [b2]   SUMMARY: [b2]
[b2]          [b1,b6]        [b2]
[b2]                         [b1,b2]
[b1,b2]

A. [b2]   APPROACH USED:   [b1]
[b1]

B.        [b2]   EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:
[b1, b2, b5]



[b1, b2, b5]                    [b1]
[b1]

[b2]

b1,b6

b1, b6          b1
b1

b1                                                    b1, b5
b1, b5
b1, b5          b1
b1

b2

b1

b1                    b1, b2
b1, b2
b1, b2

C.  b2  RECOMMENDED APPROACH FOR NEXT MEETING:  b1, b5
b1, b5

D.  b2  SPECIAL ACTION REQUIRED:  b1, b5
b1,b5

E.  b2  INTELLIGENCE CONTINGENCY FUNDS:  b1

F.  b2  LONG TERM COLLECTION PLAN:

b1, b2

b2

b1, b2

G. b2 b1, b2

b1, b2

b2

b1, b2, b5

2. b2 SUMMARY OF NEW INFORMATION OBTAINED: b1, b5

b1, b5

3. b2 ADDITIONAL COLLECTOR COMMENTS:

b1, b5

4. b2 POC THIS MEMORANDUM IS b2, b3

b2, b3 JTF GITMO, b2

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )



MEMORANDUM FOR RECORD

SUBJECT: ⬛⬛ ⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
b1, b6
b1,b6                              ABU ((ZUBAYDAH)). b1, b5
b1, b5

1. ⬛⬛ SUMMARY: ⬛⬛
b2               b1,b6        b2
b2                        b1,b2
b1,b2

A. ⬛⬛ APPROACH USED: b1                                  b1
b1

B.        ⬛⬛ EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:
b1, b2, b5

b1, b2, b5                        b1, b2
b1, b2

b1, b2, b5

b2

b1, b2, b5

b1,b2,b6

b1,b2,b6                                                    b1,b6

b1,b6

b1,b6          DAUD  b1,b6

b1,b6

b1,b6                    DAUD.  b1

b1

b1

b1                              DAUD  b1

b1                              DAUD  b1

b1                                        DAUD  b1

b1            DAUD  b1

b1

b1

b1                              DAUD  b1

DAUD  b1

b1

b2

b1

b1                              b1,b5              b1
b1

b1                      b1,b5              b1
b1

b1                                    b1, b5
b1, b5
b1, b5          b1,b2
b1,b2

b1,b2,b6

b1                          DAUD b1        ABU ((ZUBAIDA))).
b1

b1                                              b1,b6 b2

b2



b2

b1,b6

b1

b1,b6

b2   b1

b1

b1,b2

b1,b2

b1,b2

b1

b1,b2

b1

b1

**C.** b2 **RECOMMENDED APPROACH FOR NEXT MEETING:** b1, b2, b5

b1, b2, b5

**D.** b2 **SPECIAL ACTION REQUIRED:** b1, b2, b5

b1, b2, b5

b2

b1, b2, b5

E. ▓ INTELLIGENCE CONTINGENCY FUNDS: ▓

F. ▓ LONG TERM COLLECTION PLAN:

b1, b2

G. ▓ b1, b2

b1, b2

b2

b1, b2, b5

2. ▓ SUMMARY OF NEW INFORMATION OBTAINED: b1, b5

b1, b5

3. ▓ ADDITIONAL COLLECTOR COMMENTS:

b1, b5

4. ▓ POC THIS MEMORANDUM IS b2,b3

b2,b3 JTF GITMO ▓

b2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

b2

b2



MEMORANDUM FOR RECORD

SUBJECT:

1. SUMMARY:

A. APPROACH USED:

B. EFFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:

C. RECOMMENDED APPROACH FOR NEXT MEETING:

D. SPECIAL ACTION REQUIRED:

E. INTELLIGENCE CONTINGENCY FUNDS:

F. LONG TERM COLLECTION PLAN:



b1, b5

**A.** b2  b1, b2
b1, b2

b1, b2

b1, b2, b5

b1, b2

2. b2  <u>SUMMARY OF NEW INFORMATION OBTAINED:</u>

**A.** b1, b6
b1 b6

**B.** b1
b1

**C.** b1
b1

b2

3. ▮ ADDITIONAL COLLECTOR COMMENTS:
   b1, b5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. ▮ POC THIS MEMORANDUM IS ▮▮▮▮▮▮▮▮▮

b2, b3 ▮▮▮▮▮▮▮

b2 ▮▮▮▮▮

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

**b2**

MEMORANDUM FOR RECORD

**b2** SUBJECT: **b2 b2**     **b2**     **b1, b6**
**b1, b6**
**b1**                         **b1, b5**
**b1, b5**

1. **b2** SUMMARY: **b2**     **b2**     **b1,b6**   **b2**
**b2**                                    **b1**
**b1**

  A. **b2** APPROACH USED: **b1**
**b1**

  B. **b2** EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION **b1, b5**
**b1, b5**

  C. **b2** RECOMMENDED APPROACH FOR NEXT MEETING: **b1, b2, b5**
**b1, b2, b5**

  D. **b2** SPECIAL ACTION REQUIRED: **b1**

  E. **b2** INTELLIGENCE CONTINGENCY FUNDS: **b1**

  F. **b2** LONG TERM COLLECTION PLAN: **b1**
       **b2**  **b1, b2**
**b1, b2**
**b2**              **b1**

2. **b2** SUMMARY OF NEW INFORMATION OBTAINED:
  A. **b2** **b1,b5**
**b1,b5**        **b2**

              **b2**              **b2**



**b2**

3. **b2** ADDITIONAL COLLECTOR COMMENTS:

A. **b2  b1, b2, b5**

**b1, b2, b5**

4. **b2** POC THIS MEMORANDUM IS **b2**

**b2**

**b2**

**b2**



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )      Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )



b2

b2

b2,b3
b2

b2,b3

b2
b2

b2
SUBJ: b2                                          b1
b1                               b2

b2

SERIAL: b2   b2

b2

COUNTRY: b2  AFGHANISTAN (AF), INDIA (IN), KENYA (KE), PAKISTAN
(PK), SUDAN (SU).

IPSP: b2  b2

WARNING: b2
                    b2

-----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-----------------------------------------------------------------

DOI: b2   b2

REQS: b2  b2

SOURCE: b2   b2        b2              b1,b6
b1,b6
b1,b6        b1,b6
b1
   b1         b1
b1
b1                        b1, b5
b1, b5

b2

b2









