**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

Civil Action No. 08-1360 (RWR)



b2

b2
b2,b3
b2

SUBJ: b2 ▮b1
b1 ▮b2

SERIAL: b2 ▮b2

COUNTRY: b2 SUDAN (SU); AFGHANISTAN (AF); PAKISTAN (PK); TAJIKISTAN
(TI).

IPSP: b2 ▮b2

WARNING: b2
▮b2

------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI: b2 ▮b2

REQS: b2 ▮b2

SOURCE: ▮b2 ▮b2 ▮b2 b1,b6
b1,b6 ▮b1,b6 b1
b1
b1, b5

SUMMARY: b2 b1,b6
b1,b6

b1,b6 ABU ZUBAYDAH b1,b6

TEXT:
1. b2 ▮b1,b6
b1,b6

2. b2 b1,b6
b1,b6

b2

b2



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

b2

b2



b2
b2,b3
b2

SUBJ b2 ████ b1 ████ ABU
ZUBAIDAHS b1 ████ b2

SERIAL: b2 b2 ████

COUNTRY: b2 AFGHANISTAN (AF); PAKISTAN (PK); SYRIA (SY).

IPSP: b2 b2 ████

WARNING: b2 ████
████ b2 ████

--------------------------------------------
DEPARTMENT OF DEFENSE
--------------------------------------------

DOI: b2 b2 ████

REQS: b2 b2 ████

SOURCE: b2 b2 ████ b1,b6 ████
b1,b6 ████
b1,b6 ████ b1, b5 ████

SUMMARY: b2 b1,b2,b6 ████ ABU ZUBAIDAHS b1,b5,b6
b1,b5,b6 ████

TEXT: b2
1. b2 b1,b6 ████
b1,b6 ████ ABU ((ZUBAIDAHS)) b1,b6
b3 ████ b1,b6
b1,b6 ████

2. b2 b1,b6 ████
b1,b6 ████

3. b2 b1 ████
b1 ████
b1 ████ b3 ████ b1 ████

b2 ████



UNCLASSIFIED//FOR PUBLIC RELEASE

**b2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. )  Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )
)

**b2**

**b2**

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE

b2

b2

b2

b2

b2        b3        b2

SUBJ: b2                          b1

b1                          b2

b2

SERIAL: b2  b2

COUNTRY: b2   PAKISTAN (PK); SAUDI ARABIA (SA); UNITED ARAB EMIRATES
(AE); UNITED STATES (US).

IPSP: b2  b2

SUBJ: b2

b1                          b2

WARNING: b2

b2

---------------------------------------------------------------------

DEPARTMENT OF DEFENSE

---------------------------------------------------------------------

DOI: ███ ████████

REQS: ███ ████████████████████████

SOURCE: ██████ /█████████████ / ████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████ ███████████████
████████████████

SUMMARY: ████ ████████████████████████████
████████████████████████████████████ ABU

((ZUBAIDAH)). ████████████████████████████

████████████████

---------------------------------TEARLINE-----------------------------

PAGE 08 2 ████████████████████████

TEXT: 1. (U) DETAINEE, ISN ████████████, WAS INTERVIEWED AT

GUANTANAMO BAY (GTMO), CUBA, BY SPECIAL AGENTS OF FEDERAL BUREAU OF

INVESTIGATION (FBI) AND UNITED STATES AIR FORCE OFFICE OF SPECIAL

INVESTIGATIONS (OSI).  AFTER BEING ADVISED OF THE IDENTITIES OF THE

INTERVIEWERS AND THE PURPOSE OF THE INTERVIEW, DETAINEE PROVIDED THE

FOLLOWING INFORMATION:

2. (U) IN AUGUST 2001, DETAINEE LEFT JEDDAH BY BUS FOR DUBAI, UAE.

DETAINEE WAS IN DUBAI 10 TO 12 HOURS.  HE THEN FLEW TO KARACHI,

PAKISTAN BY AN UNKNOWN AIRLINES.  AFTER ARRIVING IN KARACHI HE WENT

TO MOTEL DUBAI.  DETAINEE WAS REFERRED TO THIS HOTEL BY SOMEONE ON

THE AIRPLANE.  THE MOTEL WAS CHEAP AND NASTY.  HE ONLY STAYED AT THE

HOTEL ONE DAY.  DETAINEE LATER FOUND OUT MOTEL DUBAI WAS CALLED "THE

TERRORISTS HOTEL".  DETAINEE THEN MOVED TO ANOTHER HOTEL (NFI) NEAR

MOTEL DUBAI.  HE STAYED IN THIS HOTEL APPROXIMATELY 10 DAYS.

3. (U) WHILE VISITING THE INTERNET CAF, DETAINEE MET ████.  DETAINEE

KNOWS THIS IS FALSE NAME, BUT DOES NOT KNOW ████'S REAL NAME.  AT

THE CAF, DETAINEE AND ████ TALKED ABOUT SAUDI ARABIA.  DETAINEE TOLD

HIM (████) ABOUT HIS PROBLEMS WITH ████.  ████ TOLD DETAINEE NOT

TO WORRY BECAUSE HE WAS AN ENGINEER, EDUCATED IN THE UNITED STATES.

████ TOLD HIM HE COULD GET DETAINEE A JOB.  ████ ALSO KNEW THE DEAN

PAGE 09 ██ ██████████████████

OF ADMISSIONS AT AGRICULTURAL UNIVERSITY IN FAISALIBAD.  THIS

UNIVERSITY TAUGHT MEDICINE, BUSINESS AND POSSIBLY CHEMICAL

ENGINEERING.

4. (U) AFTER TRAVELING TO FAISALIBAD WITH ████, DETAINEE WAS TAKEN

TO THE HOUSE WHERE HE WAS LATER CAPTURED.  UPON ARRIVING, ████

INTRODUCED DETAINEE TO ████, THE DOCTOR WHO WAS KILLED DURING THE

ARRESTS ON MARCH 28, 2002.  ████ AND DETAINEE WOULD HANG OUT QUITE A

BIT AT THE HOUSE.  AFTER ARRIVING AT THE HOUSE, DETAINEE SAW ████

TWO OR THREE TIMES.  THE LAST TIME HE SAW ████, HE TOLD DETAINEE

EVERYTHING HAD BEEN APPROVED AT THE UNIVERSITY.

5. (U) DETAINEE ALSO TOLD ████, "IT WAS WRONG TO KILL INNOCENTS, AND IT WAS BRINGING A BAD VIEW ON MUSLIMS."

6. (U) LOOKING BACK, DETAINEE BELIEVES THE PEOPLE IN THE HOUSE DID NOT SHOW THEIR TRUE FEELINGS. DETAINEE ALSO SAID, "IF I SAID MANY UNITED STATES PEOPLE DO NOT HAVE ANYTHING TO DO WITH UNITED STATES FOREIGN POLICY, THE PEOPLE IN THE HOUSE WOULD REMAIN SILENT."

7. (U) DETAINEE ADVISED IT APPEARED ████ RAN THE HOUSE, NOT ABU ZUBAIDAH." DETAINEE ALSO SAID, "IT IS NOT RIGHT FOR PEOPLE TO GROW BEARDS AND DO WHAT THEY DO AND USE THEIR RELIGION TO HIDE BEHIND."

PAGE 10 2 ████████████████

------------------------TEARLINE------------------------------



COMMENTS: 1. ████████████████████████

2. ████████████████

3. ████████████████

████████████

4. ████████████████████

████████████████████████████



5.

UNCLASSIFIED//FOR PUBLIC RELEASE



b2

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) | |
| Respondent. | ) | |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b2

SERIAL: b2

COUNTRY: b2 AFGHANISTAN (AF); GAZA STRIP (GZ); LEBANON (LE); PAKISTAN (PK); SYRIA (SY); UNITED KINGDOM (UK); WEST BANK (WE).

IPSP: b2

SUBJ: b2 b1
b1 ABU ((ZUBAIDAH)) b2

WARNING: b2

------------------------------------------------------------------------------

                        DEPARTMENT OF DEFENSE
------------------------------------------------------------------------------

DOI: b2

REQS: b2
b2

SOURCE: b2 b1,b2,b6
b1 b2 ABU
ZUBAIDA, b1,b2,b6 b1,b5
b1,b5 b2

SUMMARY: b2 b1
b1 ABU ((ZUBAIDAH)) b1
b1
b1 b2

TEXT: 1. b2 b1 ABU ((ZUBAIDAH)) b1
b1 b3 b1
ZUBAIDAH'S b1
b1
b1 b1,b5
b1,b5 b1,b2
b1,b2

1A. b2 b1,b6
b1,b6 ZUBAIDAH'S b1,b6
b1,b6
b1,b6 b3 b1,b6
b1,b6





UNCLASSIFIED//FOR PUBLIC RELEASE

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL: b2

COUNTRY: b2 AFGHANISTAN (AF), PAKISTAN (PK).

IPSP: b2

SUBJ: b2 b1
b1 b2

WARNING: b2

DEPARTMENT OF DEFENSE

DOI: b2

REQS: b2
b2

SOURCE: b2 // b1, b2, b6
b1, b2, b6
b1, b2, b6 b1, b5

SUMMARY: b2 b1
b1

TEXT: 1. b2 b1
b1

2. b2 b1,b6
b1,b6

3. b2 b1
b1

4. b2 b1
b1 b1,b2,b6 b1
b1
b1,b2,b6

COMMENTS: 1. b2 b1, b5
b1, b5

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, )<br><br>Petitioner, )<br><br>v. )<br><br>ROBERT GATES, )<br><br>Respondent. ) | Civil Action No. 08-1360 (RWR) |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

SERIAL: b2 █████████████

COUNTRY: b2 AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: b2 ████████████

SUBJ: b2 ██████████████████████ ▬ b1,b6 ████████
b1,b6 █████████████████████████████████████████████████████████
b1,b6 ███████████████ b2 ████████

WARNING: b2 ██████████████████████████████████████████████████████
████████████████████████████████████████

-----------------------------------------------------------------
                      DEPARTMENT OF DEFENSE
-----------------------------------------------------------------

DOI: b2 █████████████

REQS: b2 ████████████████████████

SOURCE: b2 █ b1,b2,b6 ████████████████████████████████████████
b1, b2, b6 ████████████████████████████████████████████████████

b1, b2, b6 ██████████████████  b1, b5 ██████████████████████████

SUMMARY: b2 █ b1,b6 ████████████████████████████████████████
b1,b6 █████████████████████████████████████████████████████████

TEXT: 1. b2 █ b1,b6 ████████████████████████████████████████
b1,b6 █████████████████████████████████████████████████████████

COMMENTS: 1. b2 █ b1, b5 ██████████████████████████████████████
b1, b5 ████████████████████████████████████████████████████████
2. b2 █ b1,b5,b6 ██████████████████████████████████████████████
b1,b5,b6 ████
3. b2 █ b2 ██████████████████████████████████████████████
b2 ████
4. b1, b2 ████████████████████████████████████████████████
5. b2 █ b2 ████████████████████████████████████████████
b2 ████████████████████████████████████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

b2

SERIAL: b2

COUNTRY: b2 AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: b2

SUBJ: b2 ███ b1 ███
b1 ███ b2

WARNING: b2 ███

--------------------------------------------------------------

DEPARTMENT OF DEFENSE

--------------------------------------------------------------

DOI: b2

REQS: b2

SOURCE: b2 ███ b1, b2
b1, b2
b1, b2   b1, b5

SUMMARY: b2 ███ b1
b1

TEXT: 1. b2 ███ b1,b6
b1,b6   ABU ((ZABAYDA)) b1 b6
b1,b6
b1,b6   ZABAYDA b1,b6
b1,b6   b1   ZABAYDA
b1   ZABAYDA b1
b3   b1
b1
b1   ZABAYDA b1   ZABAYDA
b1
b1   ZABAYDA'S b1
b1   b1,b5
b1,b5   b1
b1

ZABAYDA b1,b5
b1,b5   b1   ZABAYDA
b1
2. b2   b1,b2,b6



COMMENTS: 1.



UNCLASSIFIED//FOR PUBLIC RELEASE

b2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

█ b2 █

SERIAL: █ b2 █

COUNTRY: █ b2 █ AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: █ b2 █

SUBJ: █ b2 █ █ b1 █
█ b1 █ █ b2 █

█ b2 █

--------------------------------------------------------------
DEPARTMENT OF DEFENSE
--------------------------------------------------------------

DOI: █ b2 █

REQS: █ b2 █
█ b2 █

SOURCE: █ b2 █ █ b1, b2 █
█ b1 █
█ b1 █ █ b1, b5 █

SUMMARY: █ b2 █ █ b1 █
█ b1 █

TEXT: 1. █ b2 █ █ b1,b6 █
1.A. █ b2 █ █ b1,b6 █
█ b1,b6 █

1.B. █ b2 █ █ b1 █
█ b1 █

1.C. █ b2 █ █ b1 █
█ b1 █
1.D. █ b2 █ █ b1 █
█ b1 █

2. █ b2 █ █ b1,b6 █
█ b1,b6 █

2.A. █ b2 █ █ b1,b6 █

█ b2 █



b1,b6

3. b2 b1,b6
b1,b6

b1,b6                                                                    ABU
((ZUBAYDA))b1,b6
b1

COMMENTS: 1. b2   b b2
  b2                                        1
2. b2  b2
3.       b2
b2

4. b2  b2
b2

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE





SERIAL: ▓b2▓ ██████████████████

▓b2▓ ████████████████████████████████

COUNTRY: ▓b2▓ AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: ▓b2▓ ████████████████

SUBJ: ▓b2▓ ████████████████ ▓b1▓ ███████
▓b1▓
▓b2▓ ████████████████████████████████████

WARNING: ▓b2▓ ██████████████████████████████████
▓b2▓

--------------------------------------------------------
DEPARTMENT OF DEFENSE
--------------------------------------------------------
DOI: ▓b2▓ ████████████

REQS: ▓b2▓ ████████████████████████████████
▓b2▓ ████████████████

SOURCE: ▓b2▓ ██████████ ▓b1, b2▓ ██████████████
▓b1, b2▓ ████████████████████████████████████
██████████████████████████████████████████
▓b1, b5▓ ██████████████████████████████████████

▓b2▓ ████████████
▓b2▓ ██████████████████████████████



SUMMARY: b2 b1
b1
b1 ABU ZUBAYDAH'S

TEXT: 1. b2 b1
b1
b1 b1,b2,b6
b1,b2,b6

1.A. b2 b1,b6
b1,b6

1.B. b2 b1,b6
b1,b6

1.C. b2 b1,b6
b1,b6

1.D. b2 b1,b6
b1,b6

2. b2 ABU ZUBAYDA'S b1
b1,b6

b1,b6 b1 ABU
ZUBAYDAH b1 b1
b1
b1 b1

2.A. b2 b1, b6 b1, b6
b1, b6 b1,b6
b1,b6

2.B. b2 b1
b1

3. b2 b1,b6
b1,b6

COMMENTS: 1. b2 b2
b2

2. b2 b2
b2
b2



b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL: ██

PASS: ██

COUNTRY: ██ AFGHANISTAN (AF); ALGERIA (AG); FRANCE (FR); LIBYA (LY); SAUDI ARABIA (SA).

IPSP: ██

SUBJ: ██

WARNING: ██

---------------------------------------------------------------

                  DEPARTMENT OF DEFENSE

---------------------------------------------------------------

DOI: ██

REQS: ██

SOURCE: ██

SUMMARY: ██

TEXT: 1. ██

2. ██

3. ██

4. ██

Page 1

COMMENTS: 1. 

Page 2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL:

COUNTRY: AFGHANISTAN (AF); PAKISTAN (PK); SAUDI ARABIA (SA).

IPSP:

SUBJ:

WARNING:

------------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------------

DOI:

REQS:

SOURCE:

SUMMARY:

TEXT: 1.

-------------------------------TEAR LINE-------------------------------
2.

-------------------------------TEAR LINE-------------------------------
3.

4.

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//For PUBLIC RELEASE

b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

Civil Action No. 08-1360 (RWR)

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL: ██

COUNTRY: ██ AFGHANISTAN (AF).

IPSP: ██

SUBJ: ██

WARNING: ██

-----------------------------------------------------------
DEPARTMENT OF DEFENSE
-----------------------------------------------------------

DOI: ██

REQS: ██

SOURCE: ██

SUMMARY: ██

TEXT: TEXT: 1. ██

2. ██

3. ██









b2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE



**b2** ████████████████████████████

SERIAL: **b2** ████████████

COUNTRY: **b2** ██ AFGHANISTAN (AF).

IPSP: **b2** ████████████

SUBJ: **b2** ████████████ **b1** ████████████
**b1** ████████████████████████ **b2** ██

WARNING: **b2** ████████████████████████████

**b2** ████

--------------------------------------------------
DEPARTMENT OF DEFENSE
--------------------------------------------------

DOI: **b2** ████████

REQS: **b2** ████████████████████████
**b2** ████████

SOURCE: **b2** ████████ **b1, b2** ████████████
**b1, b2** ████████
**b1** ████ **b1** ██
**b1** ████████████████
**b1** ████ ZUBAYDAH
**b1** ████ **b1, b5** ████████████████

SUMMARY: **b2** ████ **b1,b6** ████████████████
**b1,b6** ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

TEXT: 1.





COMMENTS: I.



UNCLASSIFIED//FOR PUBLIC RELEASE

4. b2 b1,b2,b5
b1,b2,b5



5. b2 b2
b2

b2

b2

UNCLASSIFIED//FOR PUBLIC RELEASE

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

b2

b2



b2

SERIAL: b2

COUNTRY: b2 AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: b2

SUBJ: b2                              b1
b1
                                                    b2

b2

------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI: b2

REQS: b2

SOURCE: b2                    b2, b6
b1, b6
                    b1

b1
b1
b1                                   ABU ZUBAYDAH
b1,b5

SUMMARY: b2                          b1
b1

b1          b2

UNCLASSIFIED//FOR PUBLIC RELEASE

TEXT: 1.



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE









b1,b2,b5

8. b2                    b1,b2,b5
b1,b2,b5

9. b2              b1
b1

10. b2  b2
11. b2  b2
b2



b2

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b2

b2

b2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,                    )
                               )
         Petitioner,           )
                               )
    v.                         )        Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
         Respondent.           )
_____)

b2

b2

UNCLASSIFIED//For Public Release

**Message 38 of 52 for query** ███ b2,b3

PREC: **P** DTG: ██████████
b2,b3
b2
SERIAL: b2 b2 ████████
COUNTRY: b2 ██ AFGHANISTAN (AF); UNITED STATES (US).

SUBJ: b2 ███████████ - ██████ b1 ███████████
████████████ b2

WARNING: b2 ███████████████████████████
████████████████████████

------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------
DOI: b2 ████
b2
████████████████████████

SOURCE: b2 // b1,b2 // b1,b2,b3 ██████████
b1,b2,b3 ████████████████████████

·SUMMARY: b2 ████████ b1 █████████
████████████████████

TEXT: 1. ████████████████████████
████████████████████████████
████████████

2. (S//NF) ████████████████████████
████████████████████████████
████████████████████████

3. ████████████████████████
████████████████████████

UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release







UNCLASSIFIED//For Public Release





COMMENTS: 1. <sup>b2</sup>
b2,b3
b2,b3

b2,b3

b1,b2



b1,b2

b1,b2

b1,b2

b1,b2

UNCLASSIFIED//For Public Release



b1,b2

b2,b3

INSTR: b2 U.S. NO.
b2,b3
ACQ: b2
DISSEM: b2 FIELD - NONE.
WARNING: b2 REPORT b2
b2