**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1360 (RWR) |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |



b2

**DTG:**
b2,b3

**SERIAL:** b2    b2

**COUNTRY:** b2   AFGHANISTAN (AF)

**COUNTRY:**      UNITED STATES (US).

**TITLE:** b2                          b1

b2

**WARNING:** b2

DEPARTMENT OF DEFENSE

**DOI:** b2
b2

**SOURCENUM:** b2  //b1,b2  //b1,b2,b3
b1,b2,b3

**TEXT:**    : b2          b1

b1

UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release





UNCLASSIFIED//For Public Release





MY

UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



UNCLASSIFIED//For Public Release



b2,b3

b2,b3

UNCLASSIFIED//For Public Release

INSTR: █b2█ U.S. NO.
█b2,b3█
ACQ: █b2█
DISSEM: █b2█ FIELD - NONE.
RELEASE:        █b2█ FIELD - NONE.
WARNING: █b2█ REPORT █b2█
█b2█

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Transcript of FBI Special Agent
# Stephen Gaudin Trial Testimony

SECRET/NOFORN

1884

1371bin1

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    UNITED STATES OF AMERICA

 4              v.                        S(7) 98 Cr. 1023

 5    USAMA BIN LADEN, et al.,

 6                    Defendants.

 7    ------------------------------x

 8
                                         New York, N.Y.
 9                                       January 8, 2001
                                         9:55 a.m.
10

11

12    Before:

13                    HON. LEONARD B. SAND,

14                                       District Judge

15

16

17

18

19

20

21

22

23

24

25
```

1371BIN4

Gaudin - direct

1              A F T E R N O O N   S E S S I O N

2                         2:15 p.m.

3              (In open court; jury not present)

4              THE COURT:  All right.  Let's be seated.  All right.

5    The witness may come in and the jury may come in.

6              (Jury present)

7              THE COURT:  The government may call its next witness.

8              MR. BUTLER:  Government calls Stephen Gaudin, your

9    Honor.

10   STEPHEN GAUDIN,

11       called as a witness by the government,

12       having been duly sworn, testified as follows:

13   DIRECT EXAMINATION

14   BY MR. BUTLER:

15   Q.  How are you employed?

16   A.  I'm employed by the FBI.

17   Q.  And how long have you been an agent with the FBI?

18   A.  I've been with the FBI a little over nine years.

19   Q.  And where are you currently assigned?

20   A.  I'm currently assigned to the New York office of the FBI.

21   Q.  How long have you been with the New York office of the

22   FBI?

23   A.  I've been with the New York office of the FBI for a little

24   over three years.

25   Q.  Where were you assigned before the New York office?

1972

1371BIN4
Gaudin - direct

1   A.   Prior to coming to New York I was assigned with the FBI in

2   upstate New York in Albany, New York.

3   Q.   In any unit or section while you were in Albany?

4   A.   While in Albany I worked on general crimes.

5   Q.   Concerning your time in Albany, did you conduct facility

6   interviews of suspects in criminal investigations?

7   A.   Yes, I did.

8   Q.   And about how many times?

9   A.   Dozens of times.

10   Q.   Now, were you one of the FBI agents sent to Nairobi Kenya

11   after the bombing of the American embassy on August 7, 1998?

12   A.   Yes, I was.

13   Q.   When did you arrive in Nairobi?

14   A.   I arrived in Nairobi on early Sunday morning, August 9,

15   1998.

16   Q.   Prior to your arrival what was your understanding of your

17   assignment while you were in Kenya?

18   A.   Prior to arriving in Kenya I wasn't given a specific

19   assignment but just general instructions that we were going to

20   Kenya to help out with the investigation of the bombing in any

21   way we could.

22   Q.   I'm talking specifically about what you did after arriving

23   in Kenya.  Did you receive an assignment on August 12, 1998?

24   A.   Yes, I did.

25   Q.   And what was that assignment?

1371BIN4

Gaudin - direct

1   A.   On August 12th I was instructed to go with my Kenyan law

2   enforcement counterpart there is the CID, the investigators

3   from their Criminal Investigation Division.   I was to go with

4   them to a hotel.

5   Q.   And were you working with the Kenyan CID in this

6   investigation?

7   A.   Yes, I was.

8   Q.   Where was this hotel you were going to located?

9   A.   It was in Eastleigh Nairobi.

10   Q.   And where is Eastleigh located?

11   A.   It was about a twenty or thirty minute drive outside of

12   Nairobi.

13   Q.   And who was with you?

14   A.   I was with another FBI agent and a New York City Police

15   detective who was working with us, also.

16   Q.   And who else was with you?

17   A.   There were two Kenyan CID officers and their driver.

18   Q.   And how did you get to Eastleigh that day?

19   A.   We drove.   We were in the back of a truck.

20   Q.   And who drove the truck?

21   A.   The Kenyan CID driver drove the truck.

22   Q.   Where were you located?

23   A.   I was in the back of the truck.   It was a covered truck

24   sort of like a pickup truck with a big cab on the back.

25   Q.   Did there come a time when you arrived at the Iftin Lodge

1371BIN4
Gaudin - direct

1    in Eastleigh?

2    A.   Yes, there was.

3    Q.   About what time was that?

4    A.   It was around 10 o'clock in the morning that day.

5    Q.   And what happened when you arrived at the Iftin Lodge?

6    A.   The CID investigators went into the hotel and they came

7    out with a man.

8    Q.   And at the time that you were in the truck could you see

9    the man that the CID officers were with?

10   A.   Yes, I could.  I was in the back of the truck, but it was

11   pretty hot, so we had the door open and I could see the CID

12   officers talking to this man.  I was very close.

13   Q.   At the time could you see if this person had any documents

14   on him?

15   A.   Yes.  This man was, had presented a white slip of paper of

16   some kind to the Kenyan CID officers.

17   Q.   And did you see that white slip of paper?

18   A.   Yes, I did.

19   Q.   What was it?

20   A.   It was a hospital, what appeared to me to be a hospital

21   admissions card showing that someone was treated at the MP Sha

22   Hospital on August 7, 1998.  It had a patient number written

23   on the top, printed on the top and a person's name Khalid

24   Saleh written in the handwritten form.

25            MR. BUTLER:  Your Honor, may I approach?

1975

1371BIN4
Gaudin - direct

1      THE COURT:  Yes.

2   Q.  I'd like to show you what has been marked as Government

3   Exhibit 550 for identification.  If we could just show that

4   just for identification purposes.  Agent Gaudin, is this the

5   document that the individual who you saw in Eastleigh that day

6   had on him?

7   A.  This is it right here in my hand.

8      MR. BUTLER:  I move Government Exhibit 50350 into

9   evidence your Honor.

10     THE COURT:  Received.

11     (Government's Exhibit 550 received in evidence)

12  Q.  Now, was this person taken into custody?

13  A.  Yes, he was.

14  Q.  What was your understanding as to why this person was

15  arrested?

16  A.  He was arrested by the Kenyan CID officers for not having

17  any official identification on him.

18  Q.  And to be clear, who made that arrest?

19  A.  The Kenyan CID officers made that arrest.

20  Q.  And after the arrest where was he placed?

21  A.  He was put into the back of the truck with me.

22  Q.  And once inside the truck did this person confirm that he

23  was Khalid Saleh?

24  A.  Yes, he did.

25  Q.  And did he tell you where he was from?

1976

1371BIN4

Gaudin - direct

1   A.   He said he was Yemen.

2   Q.   Looking around the courtroom do you recognize the

3   individual who identified himself as Khalid Saleh from Yemen

4   that day?

5   A.   Yes, I can.

6   Q.   Could you tell us where he is?

7   A.   He's sitting right there in between the two ladies in the

8   corner.  I can get up and point whatever is easier.

9            MR. COHN:  We concede the identification.

10           THE COURT:  The witness identifies the defendant

11   Al-'Owhali.

12   Q.   Did you observe whether he had any injuries that day?

13   A.   Yes, I could see that he did have injuries.

14   Q.   What type of injuries did he have?

15   A.   He had stitches on his forehead.  They weren't covered

16   with a bandage or bandaid.  I could see the stitches and both

17   of his hands had bandages on them.

18   Q.   And did you take any pictures of him after his arrest?

19   A.   Yes, we did.

20           MR. BUTLER:  May I approach, your Honor?

21           THE COURT:  Yes.

22   Q.   Agent Gaudin, I just handed you what has been marked as

23   Government Exhibits 551 A through I for identification.

24           If we could just show those for identification

25   purposes.  Are those copies of the photographs that you took

1977

1371BIN4
                        Gaudin - direct

1    that day?

2    A.  Yes, these are.

3              MR. BUTLER:  Your Honor, I would move Government

4    Exhibits 551 A through I into evidence.

5              MR. COHN:  No objection.

6              THE COURT:  Received.

7              (Government's Exhibits 551-A through I received in

8    evidence)

9    Q.  If we could publish 551-A through I to the jury.

10             Agent Gaudin, do these photographs accurately depict

11   the injuries that you saw that day on Mr. Al-'Owhali?

12   A.  Yes.  Except in the fact that on his hand he doesn't have

13   the bandages on his hand, but at the time of arrest he did

14   have like a gauze with some bandaid or tape or something

15   covering those stitches on his hands.  That's the only

16   difference.

17   Q.  Now, Mr. Al-'Owhali obviously doesn't have a shirt on, but

18   did you notice whether the clothes that he was wearing were

19   the same clothes that he was wearing at the time of his

20   arrest?

21   A.  Yes.  In the first picture it does have his shirt on and,

22   yes, these were the clothes he was wearing on August 12th.

23   Q.  Did there come a time when you took custody of those

24   clothes?

25   A.  Yes, I did.

1978

1371BIN4
Gaudin - direct

1   Q.   When did you take custody of those clothes?

2   A.   On August 13th.

3   Q.   Did the FBI maintain custody of those clothes?

4   A.   Yes, they did.

5        MR. BUTLER:   May I approach, your Honor?

6        THE COURT:   Yes.

7   Q.   Agent Gaudin, I've just handed you a bag that's been

8   marked Government Exhibits 552 through 556 for identification.

9   I would ask you just to open those bags and just take a look

10  at those clothes.

11  A.   These are two paper bags I had put his clothes into.   The

12  first bag, the belt --

13  Q.   Don't show them to the jury yet.   Look at those clothes to

14  yourself, Agent Gaudin, and tell us whether those were the

15  clothes that you took from the defendant Al-'Owhali that day?

16  A.   The first bag is a belt, his jeans and his shirt.   The

17  second bag is socks and long underwear.

18  Q.   Are those the clothes that you took from him that day?

19  A.   Yes, they are.

20       MR. BUTLER:   We move Government Exhibits 552 through

21  556 into evidence, your Honor.

22       THE COURT:   Received.

23       (Government's Exhibits 552 through 556 received in

24  evidence)

25  Q.   We have some photographs of the clothing that we could

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1979

Gaudin - direct

1    publish to the jury.

2            (Pause)

3            Agent Gaudin, drawing your attention to August 22,

4    1998, did you have an opportunity to interview Mr. Al-'Owhali

5    on that date?

6    A.   Yes, I did.

7    Q.   And where did that interview take place?

8    A.   That interview took place at the CID headquarters in

9    Nairobi, Kenya in an office.

10   Q.   Who else was at that interview?

11   A.   There was Agent Steve Baugart.  There was an official from

12   the Department of Justice.  We had an FBI interpreter language

13   specialist, and there was two Kenyan CID investigators.

14   Q.   And on August 22 did Mr. Al-'Owhali agree to speak with

15   you?

16   A.   Yes, he did.

17   Q.   And did he place any conditions on his agreement to speak

18   with you?

19   A.   Yes, he did.

20           MR. COHN:  Objection, hearsay, your Honor, and it's

21   an interpreter question.  It's hearsay because it comes

22   through a third party, your Honor.

23           THE COURT:  Develop the events up until that point.

24   Q.   Agent Gaudin, how did you communicate with Mr. 'Owhali

25   during this interview?

1371BIN4
Gaudin - direct

1  A.  Through a translator.

2  Q.  And what language was that translator translating in?

3  A.  In Arabic, Mr. 'Owhali's language.

4  Q.  Did Mr. Al-'Owhali appear to understand the translator?

5  A.  Yes, he did.

6      MR. COHN:  Objection as to what appeared.

7      THE COURT:  Overruled.

8  Q.  Did Mr. Al-'Owhali -- were you able to communicate with

9  him effectively through the translator?

10  A.  We had no problems communicating with him through the

11  translator at all.

12      MR. COHN:  Objection, conclusion.

13      THE COURT:  Overruled.

14  Q.  Through the translator did Mr. Al-'Owhali tell you that he

15  had any conditions on his willingness to speak with you?

16      MR. COHN:  Renew my objection.

17      THE COURT:  Overruled.

18  A.  Yes, he did.  Mr. 'Owhali explained that he would tell us

19  his involvement in the bombing of the embassy if we would

20  guarantee him that he would be tried in the United States

21  because that the United States was his enemy and not Kenya so

22  he wanted a guarantee that he be tried in America to face his

23  enemy.

24  Q.  Did anyone guarantee him at that point that they would

25  take him to America?

1371BIN4
                              Gaudin – direct

1    A.   No.   He was not given an express guarantee that that would

2    happen.

3    Q.   Was the response to his request put into writing?

4    A.   Yes, it was.

5    Q.   And what did this writing tell him about whether you could

6    guarantee you would take him to the United States?

7    A.   The official from the Department of Justice had prepared a

8    form explaining all of these things to Mr. Al-'Owhali based on

9    his conditions.   The form stated that this official from the

10   Department of Justice would make his best efforts and make his

11   recommendations to the appropriate people in the US for

12   Mr. Al-'Owhali to be tried in the United States, but he

13   couldn't guarantee that that would happen.   It was only that

14   he would do his best.   He would recommend that this would

15   happen.

16   Q.   And did Mr. Al-'Owhali eventually accept the

17   recommendations eventually?

18   A.   Eventually, he did.

19   Q.   And did Mr. Al-'Owhali eventually sign this agreement that

20   you're referring to?

21   A.   Yes, he did.

22             MR. BUTLER:   May I approach, your Honor?

23             THE COURT:   Yes.

24   Q.   I'd like to show you what has been marked as Government

25   Exhibit 557 for identification.   What is exhibit 557, Agent

                    SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
Gaudin - direct

1.  Gaudin?

2   A.  This is the form that Mr. Al-'Owhali eventually signed on

3   August 22.

4        MR. BUTLER:  Move Government Exhibit 557 into

5   evidence, your Honor.

6        MR. COHN:  Objection.  Foundation, your Honor.  I

7   don't want to do a speaking objection, but --

8        THE COURT:  Trace the form until it gets to the

9   agent.

10  Q.  Agent Gaudin, was this the agreement that Mr. Al-'Owhali

11  was first read?

12  A.  No, it was not.

13  Q.  And what was different about the agreement that he was

14  first read?

15  A.  In the first form we had Mr. Al-'Owhali's name as we knew

16  it at the time, Khalid Saleh.  At the time that he was willing

17  to sign the form he had instructed us that we would need to

18  put his real name on the form instead of the name that we

19  thought he had.

20  Q.  Now, was the agreement, except for the name, otherwise the

21  same as this agreement marked as Government Exhibit 557?

22  A.  Except for the name, it was the same agreement.

23  Q.  And was that first agreement read to him?

24  A.  Yes, it was.

25  Q.  And how was it read to him?

Gaudin - direct

1   A.   The official from the Department of Justice read the form

2   to him through the interpreter, so the Department of Justice

3   official was speaking in English; the interpreter was

4   translating for Mr. Al-'Owhali in Mr. Al-'Owhali's native

5   language.

6   Q.   Did Mr. Al-'Owhali agree to sign that form at that time?

7   A.   No, he did not.

8   Q.   What did he say about why he wouldn't sign the form?

9   A.   Mr. Al-'Owhali had stated that he wanted to know if

10  recommend means the same as a guarantee.  And the official

11  from the Department of Justice told him it's not the same;

12  that a guarantee means a hundred percent certain or words to

13  that effect, and recommends means, we'll do our best.

14           And Mr. Al-'Owhali had expressed that he wanted a

15  guarantee.

16  Q.   So what did you do after Mr. Al-'Owhali said that he had a

17  problem with the word recommend?

18  A.   The official from the Department of Justice explained to

19  Mr. Al-'Owhali that this, the wording in this form was

20  probably about as strong as he could get it to be, as strong

21  as he could make it.  But it was up to Mr. Al-'Owhali whether

22  or not he was going to decide to speak with us or not on that

23  day; that he was the boss on that issue.  If he wanted to talk

24  to us, it was completely up to him.  If he wanted the

25  Department of Justice official to try to change the form, the

1371BIN4
Gaudin - direct

1    Department of Justice official told him, I can't promise you

2    that it's going to change any more.  I'll try.  I'll have to

3    contact my superiors.  This could take some time but I don't

4    want to get your hopes up that I'm going to come back with

5    exactly what you want.  This is probably about as strong as we

6    can make it.

7         MR. COHN:  Your Honor, at this time I would ask for

8    the instruction as to why this is not hearsay, that it's not

9    being asserted for its truth, but merely that it was said, not

10   Mr. Al-'Owhali's state of mind.

11        THE COURT:  Yes.  The jury is so instructed this is

12   an instance in which the testimony is received not for its

13   truth but as evidence of the words spoken for whatever weight

14   you give it with respect to Mr. Al-'Owhali's state of mind,

15   what he understood, what he heard.

16   Q.  Agent Gaudin, what happened after this discussion took

17   place?

18   A.  The official from the Department of Justice left to make

19   whatever arrangements he could to try to get this.

20        MR. COHN:  Objection as to why he left.

21        THE COURT:  He left.

22   Q.  And what happened after the Justice Department official

23   left?

24   A.  After a while Mr. Al-'Owhali instructed me that he would

25   be willing to sign the form as it is, that he'd be willing to

1371BIN4
                         Gaudin - direct

1    accept our best faith efforts for the recommendation to be

2    tried in the US instead of the exact guarantee he said would

3    be fine, and he instructed me to get the official from the

4    Department of Justice and that we could continue.

5    Q.  And then did he sign the form at that time?

6    A.  Yes.  Yes, he did.

7    Q.  Did he sign at that particular time?

8    A.  No.  Eventually he signed it.  When the Department of

9    Justice official came back with the form it was presented to

10   him, and Mr. Al-'Owhali at that point instructed us that we

11·  needed to put his true name, we had the name Khalid Saleh on

12   the agreement and at that point he had, Mr. Al-'Owhali told us

13.  that his real name was Mohammed Rashid Daoud 'Owhali and that

14   he's from Saudi Arabia.  So the Department of Justice official

15   had to leave the room to put his, to reflect his true name on

16   the form and then came right back into the room.

17   Q.  And did Mr. Al-'Owhali sign the agreement at that time?

18   A.  Yes, he did.

19            MR. BUTLER:  Your Honor, we would offer Government

20   Exhibit 557.

21            MR. COHN:  Brief voir dire, your Honor.

22            THE COURT:  Yes.  Let me explain what a voir dire

23   means in this context.  When a document is offered in evidence

24   the opposing party may conduct a voir dire which is not

25   cross-examination.  It is intended to explore issues related

1986.

1371BIN4

Gaudin - direct

1     to the admissibility in evidence of the document and it is

2     limited to that purpose.  So that's what a voir dire means

3     during the course of the trial.

4     VOIR DIRE EXAMINATION

5     BY MR. COHN:

6     Q.  Mr. Gaudin, this document was never translated into

7     written Arabic for Mr. Al-'Owhali, was it?

8     A.  No, sir, it was not.

9     Q.  So it's fair to say that he could not read it, is that

10    right?

11    A.  That will be fair to say.

12    Q.  And is it not also true that it was never read to him in

13    its entirety, but that it was interrupted and a discussion

14    ensued with this Justice Department official?

15    A.  No, sir.  The way I remember it is when it was first read

16    to him it was read to him in its entirety.  Then

17    Mr. Al-'Owhali expressed whatever problems he may have had

18    with him, and then those problems were addressed.

19    Q.  Let me see, it came back.  Were there two written versions

20    of this document?  Was there another written version of this

21    document?

22    A.  With his other name on it, yes, there was.

23    Q.  And we don't know -- and you're attesting to the fact that

24    those documents are entirely identical except for the name.

25    Is that right?

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1987

1371BIN4

Gaudin - direct

1    A.    To the best I can.

2    Q.    That's your testimony?

3    A.    To the best I can, sir.

4    Q.    To the best you can, which is from memory?

5    A.    Yes, sir.

6    Q.    But as to the second document when it came back, there was

7    an attempt to read it to him, wasn't there, when this second

8    document came back?

9    A.    Yes, there was.

10   Q.    And that was interrupted, was it not?  It was never

11   completed?

12   A.    Mr. Al-'Owhali --

13   Q.    Was it ever completed?  Was it ever completed?

14   A.    I'm sorry.  Was it read to him again?

15   Q.    Was it ever read to him in its entirety again?

16   A.    No, it was not.

17            MR. COHN:  I object.

18            THE COURT:  Overruled.  557 is received.

19            (Government's Exhibit 557 received in evidence)

20            MR. BUTLER:  Can we publish exhibit 557, please.

21   Q.    Agent Gaudin, when the name was changed on the agreement

22   that became exhibit 557, did Mr. Al-'Owhali ever ask you to

23   read it to him again?

24   A.    No, he did not.  In fact, it was the official of the

25   Department of Justice asked him, would you like me to read it

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1988

1371BIN4
Gaudin - direct

1   again?  I've changed the name.  I'll read it again if you

2   like.  Mr. 'Owhali said that it wasn't necessary.  He trusted

3   us and he agreed to sign it.

4   Q.  I ask you to please read for the jury Government Exhibit

5   557?

6   A.  I Mohammed Rashed Daoud Al-'Owhali born in Saudi Arabia,

7   on January 18, 1977 am in the custody of Kenyan authorities in

8   Nairobi Kenya and have been fully advised of my rights,

9   including my right to remain silent and my right not to answer

10  questions without a lawyer present.

11          As I have been previously told I understand that

12  anything I say or have said can be used against me in court in

13  the United States.  I also understand that if I choose not to

14  answer questions, my refusal to answer questions cannot be

15  held against me in court.

16          I further understand that if I choose to answer

17  questions, I can always change my mind and decide not to

18  answer any further questions.  I understand that both Kenyan

19  and American authorities are investigating the murder of

20  various American and Kenyan victims in and around the United

21  States embassy in Nairobi.  I have a strong preference to have

22  my case tried in the United States court because America is my

23  enemy and Kenya is not.

24          I would like my statement about what I have done and

25  why I have done it to be aired in public in an American

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1989

1371BIN4

Gaudin - direct

1   courtroom.  I understand that the American authorities who are

2   interviewing me want to know who committed the bombing of the

3   embassy and how it was carried out.

4          I am willing to waive my right and answer the

5   question of American authorities upon the condition that the

6   undersigned American law enforcement authorities make all best

7   efforts to see that I am brought to the United States to stand

8   trial.

9          I understand that the undersigned prosecutor is only

10  empowered to make recommendations to the Attorney General of

11  the United States and other executive officials in the United

12  States government, and I further understand that the United

13  States government only intends to act with the mutual

14  agreement of the Kenyan government.

15          No other agreements or promises have been made other

16  than as set forth in this document.  It's signed Mohamed

17  Rashid Daoud Al-'Owhali.  It's signed by the interpreter,

18  myself and Steve Baugart 4:36 p.m. on August 22, 1998.

19  Q.  After Mr. al-'Owhali signed Government Exhibit 557 did he

20  agree to speak with you?

21  A.  Yes, he did.

22  Q.  Did you interview him that day?

23  A.  Yes, I did.

24  Q.  And starting on August 22 over the course of how many days

25  did you interview him?

1371BIN4
Gaudin - direct

1   A.  We interviewed him on the 22nd, the 23rd, the 24th and the

2   25th of August.

3   Q.  What language did you interview him in?

4   A.  I spoke in English and the interpreter translated to

5   Mr. Al-'Owhali in his native language.  Mr. Al-'Owhali would

6   usually respond back in his native language back through the

7   interpreter to me, and then I would come into English to me.

8   Q.  And approximately how many hours did each of these

9   interviews last?

10  A.  Around four hours each day.  Some less, some a little bit

11  more.

12  Q.  Was Mr. Al-'Owhali permitted breaks during the interviews?

13  A.  Yes, he was.

14  Q.  Was he given food during the course of these interviews?

15  A.  Yes, he was.

16  Q.  And was he permitted time to pray during the course of

17  these interviews?

18  A.  Every single time he asked to pray he was offered the

19  opportunity to do so.

20  Q.  And did you reread Government Exhibit 557 to him?

21  A.  No, I didn't.

22  Q.  Tell us what you did during each interview with regard to

23  Government Exhibit 557?

24  A.  At the beginning of each interview I would take the form

25  that he sign on the 22nd and tell him this is the form you

1371BIN4
Gaudin - direct

1    signed on the 22nd saying that you'd be willing to speak to

2    us.  Do you still, do you understand you still want to speak

3    to us now?  You want to continue?  And he said he did want to

4    continued.  But I didn't reread it to him every time.

5    Q.  Did Mr. Al-'Owhali during this period ever complain about

6    the treatment that he was receiving?

7    A.  No, he did not.

8    Q.  Did you ever see him being mistreated?

9    A.  I never saw him being mistreated.

10   Q.  Did you ever see him being mistreated by the Kenyans?

11   A.  Absolutely not.

12   Q.  Did you ever see any new injuries visible to you other

13   than the ones you saw on August 12th when you left him?

14   A.  No, I did not.

15   Q.  Did you ever see him getting medical treatment during this

16   period?

17   A.  Yes, he did.

18   Q.  Now, what happened after these interviews were concluded?

19   A.  After the interviews were concluded he was taken back to

20   the United States.

21   Q.  And what day was he taken back to the United States?

22   A.  We left Nairobi Kenya in early morning on the 26th of

23   August.

24   Q.  Going to the interview on August 22nd, did Mr. Al-'Owhali

25   say anything to you about how he wanted that interview to

1371BIN4

Gaudin - direct

1   proceed?

2   A.  Yes, he did.

3   Q.  What did he say?

4   A.  Mr. Al-'Owhali had told me that he wanted to tell his

5   entire story from the beginning to the end, and once he was

6   done telling his whole story, then I could go back and sort of

7   go over the questions with him.

8            He explained that this was going to be a very

9   emotional story, and that he was going to say names, and thing

10  like that that would be code names or movement names, may not

11  in fact be people's true names, but names as he knew them to

12  be.

13  Q.  And did he in fact finish his whole story on August 22nd?

14  A.  Yes, he did.

15  Q.  And did you then begin to ask him some questions on August

16  22nd?

17  A.  On August 22nd maybe some, a little followup questions but

18  not much on the 22nd.

19  Q.  Now, what did Mr. Al-'Owhali tell you about where he was

20  from during the course of this interview?

21  A.  Mr. Al-'Owhali told me that he was a Saudi citizen of

22  Saudi Arabia but that in fact he was born in Liverpool,

23  England.

24  Q.  Did he tell you how he came to be born in Liverpool,

25  England?

1993

Gaudin - direct

1   A.  Al-'Owhali told me that his father was in England

2   attending some sort of master's degree program and during that

3   point is when he was born January 18, 19977.

4   Q.  And did Mr. Al-'Owhali tell you anything else about his

5   family in Saudi Arabia?

6   A.  Al-'Owhali explained to me that his family comes from, has

7   a, his family's heritage has prominence in Saudi Arabia dating

8   back to certain point back and also up to this day; that he

9   comes from a very wealthy family and a very prominent family

10  in Saudi Arabia,

11  Q.  Did he tell you anything about his religious upbringing?

12  A.  Yes, he did.

13  Q.  What did he tell you about his religious upbringing?

14  A.  Al-'Owhali explained to me that a religion was a very big

15  part of his life and that even in his early teens he started

16  to become more and more deeply involved in conservative

17  religious teachings, and that he would read all kinds, certain

18  magazines and books and listen to audio cassettes and he

19  started to detail some of those for me.

20      Al-'Owhali told me that some of the magazines were Al

21  Jihad, al mujahideen, and al Shad, and that some of the books

22  two of the books that I can remember they were entitled U

23  Shakal, and the Love and Hour of the Martyrs.  Al-'Owhali

24  explained to me that that's books or magazines detailed Muslim

25  men who died fighting in the jihad and went to Paradise.

Gaudin - direct

1    Q.   Did he tell you about any specific scholars that he used

2    to listen to?

3    A.   Al-'Owhali explained to me that he would listen to these

4    sermons or teachings on audio cassettes and one in particular

5    was by a Sheik, Sheik Safa, Sheik Safa, Abdul Rachman al

6    Howari, and this particular audio cassette detailed what

7    Al-'Owhali explained to me as the Kissinger promise and

8    Al-'Owhali further described that as Kissinger's plan to

9    occupy the Arabian peninsula.

10        And Al-'Owhali told me that the teachings on this

11   particular cassette solidified his resentment towards any

12   presence, any US presence in the Arabian peninsula.

13   Q.   Did Mr. Al-'Owhali tell you what he did after high school?

14   A.   Yes, after high school Mr. Al-'Owhali told me after high

15   school he attend two years of religious university in Riyadh,

16   Saudi Arabia called Mohamed Bin Saud.

17   Q.   And what happened after he graduated from the university?

18   A.   Al-'Owhali told me about two years before the bombing

19   happened that a friend of his had come back from Bosnia and he

20   and his friends started discussing joining a jihad in

21   particular areas, Turkestan, Bosnia, Cheknia and that's what

22   they wanted to do, but they couldn't find what he described to

23   me as a cell to go there.  So they decided instead to go to

24   Afghanistan for training and join the jihad there.

25   Q.   Did Mr. Al-'Owhali actually go to Afghanistan?

1371BIN4
Gaudin - direct

1    A.   Al-'Owhali explained to me he and this friend left Saudi

2    Arabia, they traveled to the country of Qatar, and then from

3    Qatar they made their way to Pakistan, and then from Pakistan

4    they made their way eventually into Afghanistan.

5    Q.   And did he tell you where he went once he went to

6    Afghanistan?

7    A.   Yes, he told me in Afghanistan they went to the Khaldan

8    Camp as what he described it to me as.

9    Q.   Did he meet anybody at the Khaldan Camp?

10   A.   Al-'Owhali explained to me that at the Khaldan Camp he was

11   met by the person who was in charge of the hospitality section

12   at the camp and this person's name was Abu Sayyid al Kirdi,

13   and this person al Kirdi had instructed them that from this

14   point on they could never use their true names again and never

15   say they were from Saudi Arabia again.  And that's when he was

16   given his first in a long series of aliases, as he described

17   them to me.

18   Q.   And what was that alias?

19   A.   He received an alias of Mohammed Akbar from the country of

20   Qatar.

21   Q.   And did Mr. Al-'Owhali tell you about any other aliases

22   that he had used?

23   A.   He said he explained to me he has many aliases, some to

24   include, the one I just said, Khalid Salim Saleh, Bin Rashid,

25   Abdul Jabar Ali Abdul Lahit, Mowat, and a series of long

                                Gaudin - direct

1    series of other aliases.

2    Q.   Now, what did Mr. Al-'Owhali do once he reached the

3    Khaldan Camp in Afghanistan?

4    A.   Al-'Owhali explained to me that the Khaldan Camp was sort

5    of a basic training type of camp for, a basic military

6    training camp.  Al-'Owhali explained to me that prior to his

7    arrival at the Khaldan Camp he had absolutely no comprehension

8    of military training before.  This was his first exposure to

9    that type of thing.

10        He told me he was instructed in different type, basic

11   types of military training to include light weapons, some

12   demolition, some artillery, some communication, things of that

13   nature, but he was also received periods of instruction in

14   religious ideology.

15   Q.   What did he tell you about the religious instruction that

16   he received?

17   A.   Al-'Owhali explained to me that part of his religious

18   ideology training included fatwas which called for violence,

19   and Al-'Owhali explained to me that if a ruler had changed

20   something in contradiction to Islam, well, that particular

21   ruler had blasphemed and therefore it was your right and duty

22   to kill him.

23   Q.   Did Mr. 'Owhali tell you about any other religious

24   statements or teaching that he heard in the Khaldan Camp?

25   A.   While also at the Khaldan Camp Al-'Owhali had heard

1371BIN4
                            Gaudin - direct

1    statements from Usama Bin Laden and that these statements

2    further·solidified his religious feelings and his religious

3    thoughts and things like that.

4    Q.  What happened after Mr. Al-'Owhali received his training

5    in the Khaldan Camp?

6    A.  Al-'Owhali explained to me that the emir of this camp, the

7    leader of this camp had nominated Al-'Owhali to have an

8    audience in front of Usama Bin Laden, because of his good

9    progression in the training, and that Al-'Owhali along with

10   some others were actually granted this audience with Usama Bin

11   Laden.  He said it was about three days before Ramadan of that

12   year.

13   Q.  What happened with this audience with Usama Bin Laden?

14   A.  At this audience with Usama Bin Laden, Bin Laden had spoke

15   to the group in general and he impressed upon them the need to

16   fight the Americans and to cast them out of the Arabian

17   peninsula.  He also instructed them that they should try to

18   get more training.

19   Q.  What did 'Owhali do after this meeting with Usama Bin

20   Laden?

21   A.  Al-'Owhali explained to me that he took Mr. Bin Laden's

22   advice and did get more training in what he called the al

23   Qaeda camps.

24   Q.  And did he name those camps for you?

25   A.  Al-'Owhali told me the al Qaeda camps he went to were al

                SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
Gaudin - direct

1    Sadeek, al Farouq, and the jihad war camp, and explained to me

2    that al Qaeda is not a particular place, but it's a group, and

3    it stands for the base of God's support, and that Bin Laden is

4    overall in charge of al Qaeda.

5    Q.  And what types of training did Mr. Al-'Owhali receive at

6    these camps?

7    A.  Al-'Owhali described the difference between the training

8    at these three camps from the Khaldan Camp to be more advanced

9    and more specialized; that he received training in security

10    and intelligence, how to gather information, how to protect

11    information from being divulged, how to conduct hijackings of

12    buses or planes, how to do kidnappings, how to seize and hold

13    buildings, things of that nature.

14    Q.  Did Mr. Al-'Owhali tell you whether he actually ever

15    joined al Qaeda?

16    A.  Mr. Al-'Owhali explained to me that it's not necessary for

17    you to actually join al Qaeda to actually serve with them.

18    Al-'Owhali explained this process of joining al Qaeda to be

19    taking the bayat is what he told me.  Al-'Owhali explained to

20    me the bayat is an oath or an allegiance to Bin Laden and al

21    Qaeda, but I don't have to do it.

22         Al-'Owhali explained to me that he had decided not to

23    take the bayat for a couple of different reasons.  He

24    explained that once you take the bayat and that's it, you no

25    longer have a choice of what missions you would like to do or

1371BIN4
                              Gaudin - direct

1    want to do.  If you've taken a bayat you have to do whatever

2    is pretty much told to you.  And 'Owhali explained that al

3    Qaeda can assign you to both direct military roles, but also

4    supporting roles, administrative roles, bodyguards, thing like

5    that.

6           Al-'Owhali explained to me that he had a desire and

7    interest to make sure that he did military roles and he was

8    afraid that if he took the bayat he may end up in a

9    nonmilitary role, so he decided not to take it.

10   Q.  Did Mr. Al-'Owhali tell you what he did after he received

11   this training?

12   A.  Al-'Owhali explained to me that during and at the end of

13   this training he had met with Mr. Bin Laden several times, and

14   had expressed to him interest in missions that he would like

15   to do, and Mr. Bin Laden told him that, take your time.  Your

16   mission will come in time.

17   Q.  And what did he do after he had this meeting with Usama

18   Bin Laden?

19   A.  After this meeting Mr. -- I'm sorry -- Al-'Owhali

20   explained to me that he had heard that the Taliban was in a

21   crisis in the city of Kabul in Afghanistan and he had sought

22   permission from Bin Laden to go and assist the Taliban in the

23   fighting in that area, and Bin Laden granted him permission to

24   do that.

25   Q.  Did he tell you who the Taliban was?

2000
Gaudin - direct

1   A.   He didn't really explain to me much about the Taliban but

2   I had some idea of what it was at the time.

3   Q.   And what's the Taliban?

4   A.   The Taliban --

5              MR. COHN:   Objection.

6              THE COURT:   What's the basis of your information

7   about the Taliban?

8              THE WITNESS:   Newspapers and works, things like that,

9   sir.

10             MR. COHN:   Objection.

11             THE COURT:   Sustained.

12   Q.   We'll move on.   Did 'Owhali tell you whether he actually

13   went to fight with the Taliban at this time?

14   A.   Al-'Owhali explained to me that once given permission he

15   did go to fight alongside Taliban, but initially he wasn't

16   assigned to anything on the front lines, that he was more in a

17   support role.   And --

18   Q.   What happened once he went to fight with the Taliban in

19   the support role?

20   A.   He, Al-'Owhali, explained to me that he contracted

21   tuberculosis and became ill, and had to seek medical

22   assistance, and he did get that assistance alongside the

23   Taliban there and he was treated, not really treated, but he

24   had one of the people who helped with his treatment was a man

25   by the name of Azzam, and this person Azzam had also been

1371BIN4
Gaudin - direct

 1    trained.  He explained to me this person Azzam had also been

 2    trained in the al Qaeda camps.

 3    Q.  Did Mr. Al-'Owhali describe who Azzam was?

 4    A.  'Owhali described Azzam to be from Saudi Arabia and has

 5    another name of Jihad Ali.  He was also trained as at the Bin

 6    Laden camps, and that Azzam had told 'Owhali that fighting

 7    alongside the Taliban here, this is a good mission for us,

 8    this is honorable, but there are bigger missions, better

 9    missions that we could be doing.  And Al-'Owhali advised that

10    he would be interested in one of those.  So Azzam told him

11    I'll be in contact when the mission starts to get ready, I'll

12    let you know.

13    Q.  And did Mr. Al-'Owhali eventually recover from his

14    tuberculosis?

15    A.  Al-'Owhali explained to me that did eventually overcome

16    his illness.

17    Q.  And what did he do after that?

18    A.  He then started to get in the direct fighting in and

19    around Kabul alongside of Taliban.  Al-'Owhali explained to me

20    that he had fought with them for a while and that the Taliban

21    had suffered a major defeat near the city of Kabul.  He

22    explained some very fierce fighting that had happened and many

23    of the people that he was with that were trained also in the

24    al Qaeda camps had been killed in this fighting.

25              And that Al-'Owhali and five other of the men were

1371BIN4

Gaudin - direct

1   actually able to retreat into this hill, into a series of

2   hills.  'Owhali explained to me this was known as the, what he

3   said the C formation battle and 'Owhali described this as very

4   fierce fighting that he and only these five other people were

5   able to repel the forces that were fighting against them, and

6   they were actually able to hold their position.  They didn't

7   lose it.

8   Q.  What happened after this C formation battle?

9   A.  'Owhali explained to me that because of his fighting in

10  the C formation battle that he earned a reputation for loyalty

11  and proved himself to be a very good soldier and received a

12  lot of prominence in the Bin Laden camps because of his

13  ability as a fighter.

14  Q.  Is there anything in particular that indicated his

15  prominence in the camps?

16  A.  Al-'Owhali explained to me that he was actually, because

17  of his reputation that he earned during the fighting in the C

18  formation battle, that he was actually allowed to carry his

19  rifle anywhere in the al Qaeda camps that he went, even in

20  front of, even to include in the presence of Usama Bin Laden.

21  Q.  And now what did Al-'Owhali do after this C formation

22  battle?

23  A.  Shortly after that he was again contacted by Azzam, and

24  Azzam had told him that the mission that you said you might be

25  interested in is going forward.  Are you still interested?  If

1371BIN4
Gaudin - direct

1    you are, we need to start getting ready.  An Al-'Owhali

2    advised Azzam, told me that he advised Azzam that he was still

3    interested and he did want to participate in the mission.

4    Q.  And what did they do after that?

5    A.  From there al-'Owhali tells me that he Azzam and four

6    others attended what he described as a very specialized

7    training for about a month.  They went somewhere outside of

8    Kabul, and received what he called the operation and

9    management of the cell training, which he described as far

10   more advanced than anything he had received up to this point.

11   Q.  Did Al-'Owhali tell you who he had gone to the training

12   with?

13   A.  He said he went with Azzam and four others but he didn't

14   give me the other people's names.

15   Q.  Did he tell you who taught the training?

16   A.  Al-'Owhali explained to me that the person who taught this

17   particular training whose name was Abdul Jafar and that he was

18   from Egypt.

19   Q.  What did 'Owhali tell you about this training?

20   A.  Al-'Owhali explained that this training which dealt with

21   the cell, he explained to me that the cell is made up of four

22   separate sections, the intelligence section, the

23   administration section, the planning and preparation section,

24   and then the execution section.

25          Al-'Owhali explained to me that the person who is in

1371BIN4
                              Gaudin - direct

1    top of the intelligence section is in charge of the overall

2    cell, and that he assigns deputies to conduct various tasks to

3    complete their mission. He was also trained in intelligence,

4    in security and how to do site surveys of a particular target

5    using cameras with both still and video photography, and that

6    once a cell's target was actually identified it was also

7    called a station.

8    Q. Did Mr. Al-'Owhali mention anyone else who was involved in

9    this training who taught this training?

10   A.  Al-'Owhali explained to me that he was, it was his

11   impression that this type of cell training was first taught at

12   the al Qaeda camps by another Egyptian man but he didn't know

13   that person's name.

14        Al-'Owhali further described that guy to be another,

15   I'm sorry, an Egyptian man that was trained either by the

16   American military or the American intelligence agencies, but

17   for some reason this man was no longer trusted in the Bin

18   Laden camps, so he no longer teaches there and Al-'Owhali

19   believers he lives somewhere in the United States.

20   Q.  Did Mr. Al-'Owhali tell you what happened after he

21   received this training?

22   A.  After this training Azzam again told Al-'Owhali that you

23   know the mission is getting more and more ready. You need to

24   travel from here to Yemen. And Al-'Owhali agreed to do that.

25   So in preparation to travel to Yemen he shaved his beard, and

1371BIN4
Gaudin - direct

1   in the al Qaeda camps he received a new passport.

2        Al-'Owhali said he could choose from a variety of

3   passports and he picked and Iraqui passport in the name of

4   Abdul Ali Latif from Iraq.  Al-'Owhali further explained to me

5   that Azzam's cousin Bilal left the area with and went to Yemen

6   in order to facilitate 'Owhali obtaining a Yemeni passport

7   once he got there because this person had connections, this

8   Bilal person had connections in Yemen that he could make that

9   happen.

10  Q.  And did Mr. Al-'Owhali tell you approximately when this

11  happened, when he took his trip to Yemen?

12  A.  He said it was sometime about three to five months before

13  the bombing.

14  Q.  Did he actually go to Yemen?

15  A.  He did.  He told me he did.

16  Q.  And what did he do in Yemen?

17  A.  Al-'Owhali explained to me that prior to getting to Yemen

18  that he had telephoned Bilal because he had a small delay in

19  obtaining an exit visa, couldn't pick up his plane tickets

20  right away and Bilal had told him you know when you get here,

21  don't stay at a hotel, stay at a member, stay at a house of

22  one of the people from the camps.

23       So Al-'Owhali did that.  Upon arrival Al-'Owhali

24  stayed with his friend Ahmed al Hazza who he also gave another

25  name of Abdul Aziz.  He said this Ahmed al Hazza was someone

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1    was a very good friend of his who was also trained in the Bin

2    Laden camps who fought alongside Al-'Owhali in that famous, as

3    he describe the famous C formation battle.  So Al-'Owhali

4    stayed at this person's house.

5    Q.   What did Al-'Owhali do while he was in Yemen?

6    A.   Al-'Owhali telephoned his parents, and it was decided,

7    Al-'Owhali decided it would be too dangerous for him to travel

8    to Saudi Arabia, so his father, it was agreed that his father

9    would travel from Saudi Arabia to Yemen, and he did and he met

10   with Al-'Owhali and Ahmed al Hazza.

11   Q.   And did Al-'Owhali mention anything else he did while he

12   was in Yemen?

13   A.   While he was in Yemen he did receive the passport that was

14   facilitated by Bilal and he received a Yemen passport in the

15   name of Khalid Salim Saleh Bin Rashid.  Al-'Owhali also met

16   with Ahmed al Hazza and his father and there was an agreement

17   made that Ahmed al Hazza would be the middleman in between

18   Al-'Owhali and his father.  From this point on if Al-'Owhali

19   needed anything from his father, Ahmed al Hazza would be the

20   go between to make any of that happen.

21   Q.   It did Mr. Al-'Owhali eventually leave Yemen?

22   A.   Yes.  He was again contacted that the mission was getting

23   closer and that he needed to come back to Pakistan.

24   Q.   And who contacted him?

25   A.   It was Azzam who had contacted him.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1    Q.   And did he eventually go back to Pakistan?

2    A.   Yes, he did.

3    Q.   Did he tell you about when this was?

4    A.   This is about three months before the bombing.

5    Q.   What did he do when he went back to Pakistan?

6    A.   Al-'Owhali explained to me upon arrival in Pakistan he was

7    met by Azzam, and another person that Al-'Owhali described to

8    me to be named Khalid.

9    Q.   Did he describe Khalid at all?

10   A.   He described Khalid to be someone in his twenties from

11   Saudi Arabia but that's all, that's about all the description

12   he gave me.

13   Q.   And what happened when he met with Khalid and Azzam?

14   A.   Azzam told Al-'Owhali that Khalid was going to give him

15   his instructions on what the mission was and then to listen to

16   Khalid.  And then Azzam departed.

17   Q.   Did Al-'Owhali eventually have a meeting with Khalid?

18   A.   Yes, he did.  Al-'Owhali explained to me that Khalid told

19   him that the mission was going to be a martyrdom operation

20   that would end, that would result in Al-'Owhali's own death;

21   that there was going to be, there was a target against the

22   United States where Al-'Owhali would be assisting in driving a

23   truck full of explosives, and somehow at that target the truck

24   would explode and Mr. Al-'Owhali would become a martyr.

25   Q.   Did Khalid tell him anything about what the target was at

2008

1371BIN4

Gaudin - direct

1   that time?

2   A.  He just told him it was a US target somewhere in East

3   Africa, but didn't specify the exact location of the target at

4   that time.

5   Q.  And did Al-'Owhali tell you he did anything else with

6   Khalid at this meeting?

7   A.  Al-'Owhali explained to me that Khalid then took what

8   Al-'Owhali described to me to be a martyrdom video where

9   Khalid operated a video camera and instructed Al-'Owhali to

10   say something while it was being filmed, and that this video

11   would be played upon the successful completion of his mission

12   and Mr. Al-'Owhali's martyrdom or death.

13   Q.  Did Mr. Al-'Owhali film this video?

14   A.  I'm sorry?

15   Q.  Did they actually film this video?

16   A.  'Owhali explained to me they did film the video and during

17   the filming Khalid instructed to Al-'Owhali to say that he was

18   with a particular unit.

19   Q.  Do you recall the name of that unit?

20   A.  Al-'Owhali told me the unit was the Third Martyr Barracks

21   First Squad of the El bara bin Malik division of the

22   Liberation Army of the Army of the -- I'm sorry -- of the Army

23   of Liberating the Islamic holy lands.

24   Q.  And did Mr. Al-'Owhali tell you whether he had ever heard

25   of this group before?

1371BIN4
                              Gaudin - direct

1    A.   Mr. Al-'Owhali explained to me that he wasn't exactly sure

2    what that group was, but that's what Khalid told him to say so

3    that's what he said on the video.

4    Q.   Now, did Mr. Al-'Owhali tell you about any other public

5    statements that he had heard from the group at around that

6    time?

7    A.   Al-'Owhali explained to me that around this time, around

8    the time of the filming of the ABC interview with Khost,

9    Afghanistan of Bin Laden that he did meet with Bin Laden one

10   more time.

11   Q.   Did he hear about any public statement by any particular

12   group around that time?

13   A.   Al-'Owhali explained to me that he had learned of fatwas

14   that were put out and he described the fatwas put out by the

15   International Islamic Foundation -- I'm sorry -- the

16   International Islamic Front.  And that this particular fatwa

17   called for violence against the United States was the main,

18   the main cause of the fatwa of its main cause.

19   Q.   Did Mr. Al-'Owhali say anything about who he understood

20   belonged to the International Islamic Front?

21   A.   He said this particular fatwas was signed by Usama Bin

22   Laden and several other leaders of jihad groups.

23   Q.   Did Mr. Al-'Owhali tell you about anyone else who was

24   present in Khost during the time of the Bin Laden interview

25   with ABC News in May 1998?

                              Gaudin - direct

1   A.   Al-'Owhali explained to me that Azzam was actually present

2   during the filming of that ABC interview of Usama Bin Laden.

3   Q.   Now, after Mr. 'Owhali filmed in videotape, did he have

4   any further conversations with Khalid?

5   A.   He told me that Khalid instructed him that time to go and

6   you're going to be traveling to Nairobi, Kenya, and upon

7   arrival in Nairobi Kenya you'll be met by others in the group

8   who will give you your last, your final instructions on the

9   mission.

10  Q.   Did Mr. Al-'Owhali eventually leave Pakistan for Nairobi?

11  A.   Al-'Owhali explained to me that he left, his itinerary to

12  leave Pakistan on July 31st and he was schedule to arrive in

13  Nairobi Kenya on Saturday, August 1st.  'Owhali explained to

14  me that his route of travel was on the Gulf Airline from Lahor

15  Pakistan to Karachi Pakistan, from Karachi to Muscat and from

16  Muscat to Abu Dhabi of the United Arab Emirates and from there

17  to one last leg to Nairobi Kenya where he should have arrived

18  on the 1st of August.

19          (Continued on next page)

20

21

22

23

24

25

1371BIN4
Gaudin - direct

1    Q.  Did Mr. al-'Owhali actually arrive in Nairobi on August 1?

2    A.  Al-'Owhali told me that on this journey that he missed a

3    connecting flight between Muscat and Abu Dhabi, and because he

4    missed his connection flight he calls Khalid and Khalid

5    explains to him that you're not going to arrive on time now so

6    you're going to miss the link-up with Azzam and the others who

7    are going to be going to Mombasa, but get the next connecting

8    flight to Nairobi and someone from the group will eventually

9    pick you up.  Upon arrival in Nairobi, take a taxi to the

10   Ramada Hotel in Iftin.

11   Q.  And when did Mr. al-'Owhali actually arrive in Nairobi?

12   A.  Al-'Owhali arrived in Nairobi on the Sunday, the 2nd of

13   August.

14   Q.  What did he do once he arrived in Nairobi?

15   A.  Upon arriving in Nairobi, he followed Khalid's

16   instructions and he took the taxi to the Ramada Hotel.  Upon

17   arrival at the hotel, he used a phone service, not at the

18   Ramada but nearby the Ramada, as he explained it to me, and

19   telephones Khalid and advised Khalid that he, Al-'Owhali, had

20   checked into room 24.  Khalid explains to Al-'Owhali that he

21   would contact Saleh in Mombasa and explain to him where he was

22   and to instruct someone to go pick up Al-'Owhali at the Ramada

23   Hotel.

24   Q.  And did Mr. al-'Owhali tell you about what time he arrived

25   in Nairobi?

1371BIN4
Gaudin - direct

1    A.   He arrived on early morning on Sunday, the 2nd of August.

2    Q.   What happened after he checked into the Ramada Hotel in

3    Iftin?

4    A.   Like I said, he called Khalid, let people know that he was

5    in room 24, and before sunset that same day, a man Al-'Owhali

6    identified as Harun picked him up from the Ramada Hotel.

7    Q.   Did he describe Harun?

8    A.   He described Harun to be a Somali-looking man who was in

9    his 20s, around five-foot-five, just basic description like

10   that.

11   Q.   Did Mr. al-'Owhali eventually identify Harun?

12   A.   Yes, he did.

13   Q.   How did he identify Harun?

14   A.   We had a videotape queued up in a VCR for Mr. al-'Owhali

15   to view and when we put in the videotape he realized, and he

16   expressed to me that he realized, that this video was

17   regarding a ferry accident in Lake -- ferry accident, and at

18   the particular point where Harun's face became clear in the

19   monitor, he identified the person to be Harun.

20   Q.   What did Harun do once he got to the Ramada Hotel?

21   A.   Upon Harun arriving at the Ramada Hotel, he paid the bill

22   for Al-'Owhali even though he didn't stay there for the night,

23   he paid for whatever time he had stayed there, collected

24   Al-'Owhali and took Al-'Owhali to his house in Nairobi.

25   Q.   What happened after Mr. al-'Owhali went back to Harun's

1371BIN4
                          Gaudin - direct

1    house in Nairobi?

2    A.  Al-'Owhali explained to me that he stayed at Harun's house

3    for the rest of the week up to the time of the bombing.  He

4    arrived in Harun's house again on the 2nd.  The very next day,

5    Azzam and Saleh came to Harun's house and that's when they

6    started to get the instructions on the mission from Azzam and

7    Saleh.

8    Q.  You mentioned Saleh.  Did Mr. al-'Owhali tell you who

9    Saleh was?

10   A.  Al-'Owhali described Saleh to be an Egyptian male in his

11   30s, physical, not very much more than that, other than that

12   he was the leader of the cell.

13   Q.  Did Mr. al-'Owhali say anything about Saleh's role in the

14   bombings?

15   A.  Al-'Owhali explained to me that Saleh was the planner of

16   both, of the bombing in Nairobi and the bombing in Dar es

17   Salaam.  Saleh was the leader of the cell that was going to

18   carry out both of these attacks.

19   Q.  Did Mr. al-'Owhali tell you anything about what Saleh said

20   about Harun?

21   A.  On this day when Saleh and Azzam came from Mombasa, Saleh

22   had given Al-'Owhali the details of what the mission was going

23   to be.  He said first that this Harun was the facilitator or

24   the person who was the administrator of inside the cell, that

25   Harun had obtained the house that they were staying at that

1371BIN4
                          Gaudin - direct

1    time, his house here in Nairobi, and also that this is where

2    the truck and the bomb -- the truck was kept and where the

3    bomb was assembled, in the garage of Harun's house.

4    Q.  Did Mr. al-'Owhali meet with Saleh that day, on August 3?

5    A.  Yes, he did.

6    Q.  What did they discuss on August 3?

7    A.  On that day, Saleh started to give Al-'Owhali the details

8    of the mission.  Saleh explained to Al-'Owhali that in fact

9    there were going to be two bombings, there was going to be a

10   bombing of the U.S. embassy in Nairobi, Kenya and the bombing

11   of the U.S. embassy in Dar es Salaam, Tanzania; that both of

12   these were going to occur on the same day, on Friday, August

13   7th; between 10:30 and 11:00 in the morning.

14           Saleh then showed Al-'Owhali some photographs and

15   some drawings of the embassy in Nairobi and started to give

16   Al-'Owhali details of what his mission was going to be.  Saleh

17   explained to Al-'Owhali that Al-'Owhali's role was to assist

18   Azzam in getting the bomb truck to the embassy in Nairobi.

19   Azzam would be the driver, Al-'Owhali would be the passenger.

20           Upon arriving at the embassy, Al-'Owhali was to exit

21   the vehicle -- he had a couple missions.  One was to exit the

22   vehicle and use a pistol to get the guard to open the drop bar

23   so that Azzam could drive the truck as close to the embassy as

24   possible.  Upon that happening, Al-'Owhali was instructed that

25   he was to fire his gun in the air and also to throw several of

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1   what Al-'Owhali described to me as homemade stun grenades

2   around the area and this was to scatter people out of the

3   area.

4          The last part of his mission was that the particular

5   truck, the way it was designed was that the bomb had to be

6   detonated by pressing some electric buttons from inside the

7   truck, that the driver of the truck would actually have to do

8   it.  It wasn't like a remote control or anything like that,

9   the driver had to press some buttons inside the truck.

10          If for some reason the electrical circuit didn't

11  work, Al-'Owhali's last portion of the mission was; he had

12  keys to the back of the truck where the door was in the back

13  and that's where the bomb was housed, and if for some reason

14  the electrical detonation didn't work, that he was to take

15  his -- these homemade stun grenades that were made out of a

16  portion of TNT and some other materials and he was to throw

17  them inside the back of the truck to cause the bomb to

18  manually explode instead of being detonated from the front.

19  Q.  Did Saleh tell anything to Mr. al-'Owhali about the bomb

20  that was going to be used?

21  A.  Saleh, Azzam and Harun and Al-'Owhali all then went to the

22  garage and they showed Al-'Owhali the truck that the bomb was

23  in, and Saleh had explained to Al-'Owhali that the bomb had

24  been built about two weeks ago.  And Al-'Owhali described the

25  truck to be light brown or beige-colored, that it had two

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1   wheels in the front on the front axle and four wheels on the

2   back axle, and that the truck was, the compartment of the

3   truck was encased with metal.  The front part of the truck

4   just had a regular compartment for the driver and the

5   passenger, no additional seats, and that the bomb itself was

6   comprised of TNT, aluminum nitrate and aluminum powder that

7   were put in many, many wooden boxes or wooden crates and these

8   were all connected with wires to some batteries in the back of

9   the truck and that then the wiring would go to the front of

10  the truck where the bomb would be detonated.

11  Q.  Did Saleh tell anything to Mr. -- say anything to

12  Mr. al-'Owhali about the plan for the bombing in Dar es

13  Salaam?

14  A.  Yes, he did.  Al-'Owhali explained to me that Saleh told

15  him that in addition to the bombing in Nairobi on the 7th of

16  August, there would also be a truck bombing of the U.S.

17  embassy in Dar es Salaam and he explained to me some of the

18  differences between the two:  Whereas in Nairobi there would

19  be two people in the truck, in Dar es Salaam there would only

20  be one person in the vehicle.  And Al-'Owhali told me that

21  person's name was Ahmed Abdallah, who Al-'Owhali also knew as

22  Ahmed the German.

23  Q.  Did Mr. al-'Owhali tell you anything about Ahmed Abdallah?

24  A.  He referred to Ahmed the German to be someone who was from

25  Egypt who was a trainer in the Jihad Wal Camp in Afghanistan,

1371BIN4
Gaudin - direct

1    one of the al Qaeda's camps, and Al-'Owhali and him were

2    friends from that time at the camp.

3          Al-'Owhali expressed to me at that point that because

4    he had arrived a day late in Nairobi, he missed the link-up

5    that would have happened in Mombasa and he expressed to me

6    that because of him missing that date, he didn't get to say

7    good-bye to Ahmed the German in Mombasa.  He expressed to me

8    that he would have liked to have done that.

9    Q.   Did he give you any physical description for Ahmed the

10   German?

11   A.   He was from -- that he was actually fair-skinned with

12   light hair and light eyes and that's, Al-'Owhali said, how he

13   gets the name Ahmed the German, even though he's someone from

14   Egypt.

15   Q.   Did Saleh tell him anything about the plan to bomb the

16   embassy in?

17   A.   Al-'Owhali told me that the plan to bomb the embassy

18   again, the bomb itself was also going to be delivered by a

19   truck, but this particular truck was a refrigerator truck.  So

20   I asked him, was it meant to be kept cold for something?  He

21   said, no, it's a refrigeration truck because it was the only

22   truck available.

23          Al-'Owhali told me that Saleh had bragged to

24   Al-'Owhali that they were able to build this bomb and get

25   everything ready in only ten days.  He had said that several

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1   days, Saleh was very boastful about being able to put the Dar

2   es Salaam bombing together in such a short period of time.

3   But also, one of the other differences between the two

4   bombings was that also comprised of the bomb in Dar es Salaam

5   was comprised of TNT, batteries, wires and things of that

6   nature, but also would also have a number of oxygen tanks or

7   gas canisters in the back of the -- in the back with the TNT.

8   And I asked Al-'Owhali why that was, and he said he wasn't a

9   bomb builder but from what he understood, it was for

10  additional fragmentation.

11  Q.   Did Mr. al-'Owhali tell you anything about the location of

12  the bomb truck in Dar es Salaam?

13  A.   He said that initially the plan was to put the truck

14  within a three-meter space at the embassy at Dar es Salaam.   I

15  didn't have a picture, he couldn't identify it, but I remember

16  him specifically saying a three-meter space, but for some

17  reason that this particular space was too close to the French

18  Embassy so that the planners decided to move it to one of the

19  security gates.

20  Q.   Did Mr. al-'Owhali tell you how Saleh kept in contact with

21  Ahmed the German in Dar es Salaam?

22  A.   Yes.   Al-'Owhali explained to me that Ahmed the German had

23  a mobile phone and that he would keep in touch with Saleh with

24  using that phone in case anything needed to be changed with

25  the mission or anything like that.

1371BIN4

Gaudin - direct

1    Q.  Did Mr. al-'Owhali tell you anything about who he reported

2    to in this mission?

3    A.   Al-'Owhali explained to me that his organization is

4    loosely structured; that depending on the mission, you report

5    to different people at different times.  Al-'Owhali explained

6    to me in this mission that he reported to the person who

7    recruited him, which would be Azzam, and then Azzam in turn

8    reported to somebody higher up, and that person higher up and

9    so on all the way up to the top.

10   Q.  Did Mr. al-'Owhali tell you what if anything he believed

11   Usama Bin Laden's role in the bombing was?

12   A.   Al-'Owhali explained to me that Usama Bin Laden is at the

13   very top of al Qaeda but that he has several senior military,

14   several senior military leaders directly under him, and that

15   Bin Laden provides the political objectives to these military

16   leaders or these senior leaders and that these people would

17   then provide the instructions down, down lower to the lower

18   chains of command.  Al-'Owhali explained that it wouldn't be

19   normal for Bin Laden to directly give instructions to someone

20   like Azzam or directly to him.

21   Q.  What happened after this meeting on August the 3rd that

22   Mr. al-'Owhali had with Saleh?

23   A.   Al-'Owhali explained that on the 3rd of August -- I'm

24   sorry, on Tuesday, which would be the 4th of August, Saleh had

25   took Al-'Owhali to the American Embassy in Nairobi and showed

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4

Gaudin - direct

1    him where he wanted the bomb truck to be placed by the drop

2    bar in the rear rear of the U.S. embassy.

3          Al-'Owhali had expressed to Saleh that, wouldn't it

4    be better if we were to put the bomb truck in the front of the

5    U.S. embassy, and Saleh disagreed.  And then Al-'Owhali

6    suggested, wouldn't it be better for us to put the bomb

7    underneath the U.S. Embassy in the garage that goes underneath

8    and that way we would cause more damage to the Americans since

9    it's the U.S. Embassy, but Saleh had explained to him that

10   would be difficult to do, to get it past the section of the

11   security gate to Al-'Owhali.  The plan didn't get changed.

12   Q.  Did Mr. al-'Owhali tell you anything about why the day,

13   that particular day was selected, Friday, August 7?

14   A.  Al-'Owhali explained to me that he was part of the

15   execution phase of the bombing.  He, you know, he didn't know

16   all that much about the planning and preparation except what

17   Saleh was telling him.

18         Saleh had explained to him that they had chose Friday

19   between 10:30 and 11 because that would be when most of them

20   should be either at mosque or on their way to mosque at that

21   time.  This way, by doing it at that time on Friday, they

22   would be less likely to hurt any Muslims.

23   Q.  Did Saleh say anything about why the embassy in Nairobi

24   was targeted?

25   A.  Al-'Owhali explained to me that there were several reasons

1371BIN4

Gaudin - direct

1  for picking -- explained to him through Saleh there were

2  several reasons why the embassy in Nairobi was picked.  First,

3  there was a large American presence at the U.S. Embassy in

4  Nairobi; that the ambassador of the U.S. Embassy was a female

5  and if the bomb resulted in her being killed, it would further

6  the publicity for the bombing.

7         Also, that there were embassy personnel in Nairobi

8  who were responsible for work in the Country of Sudan.  There

9  were also a number of Christian missionaries at the embassy in

10  Nairobi.  And lastly, that it was what Al-'Owhali explained as

11  ease of access to the embassy.  It was an easy target.

12  Q.  Did Mr. al-'Owhali discuss any other targets with Saleh at

13  this time?

14  A.  Al-'Owhali explained to me -- explained to me that there

15  were, there's a number of different targets.  He doesn't know

16  where they all are, but they're in the planning stages.

17         Al-'Owhali discussed with Saleh when, you know, are

18  there targets in the United States that we can attack?  Saleh

19  had explained to him there are targets in the U.S. that we

20  could hit, but things aren't ready yet, we don't have

21  everything prepared to do that yet.  First, we must -- first,

22  Saleh explains to Al-'Owhali that we have to have many attacks

23  outside the United States and this will weaken the U.S. and

24  make way for our ability to strike within the United States.

25  Q.  Did Mr. al-'Owhali tell you about anything that he learned

2022

1371BIN4

Gaudin - direct

1.    about targets during his training on camps in Afghanistan?

2    A.   Al-'Owhali explained to me during his training they

3    emphasized priorities of attacks, three of those to be

4    military bases, U.S. missions or diplomatic posts and

5    kidnapping ambassadors.

6    Q.   Did Mr. al-'Owhali see Saleh again after Tuesday, August

7    4th?

8    A.   Al-'Owhali explained to me that after Tuesday, the 4th, he

9    never saw Saleh again.

10   Q.   What did Mr. --

11             MR. BUTLER:   Your Honor, we have about another half

12   an hour or so on direct.  Would you like to take a break?

13             THE COURT:   We'll take a recess at this point.

14             (Jury not present)

15             THE COURT:   Is this too early for a prayer recess?

16             MR. COHN:   Yes, prayer's okay now.

17             THE COURT:   Prayer is okay now.  Let's take a prayer

18   recess.

19             MR. COHN:   May I just raise scheduling?  Since the

20   government has another half hour and this will take to 4:15,

21   quarter to, leave us to quarter after, unless you're prepared

22   to let me finish my cross until the end, I would like to break

23   at the end of the government's witness's direct.

24             THE COURT:   Of direct.

25             MR. COHN:   I will either go to the end of mine, which

1371BIN4
                              Gaudin - direct

1   is about 45 minutes, or I would like to go tomorrow.  I don't

2   want to split it up.

3          THE COURT:  I have no problem with it.  The

4   government has no problem.

5          MR. COHN:  Very good.

6          THE COURT:  All right.

7          (Recess)

8          THE COURT:  All set to resume?  All right, the

9   witness and the jury.

10         MR. COHN:  Judge, while we're waiting, just for the

11  record, we had a problem with the clothing.  I made an

12  objection in the robing room.  I didn't object when it came in

13  and that's because the government convinced me that I was

14  wrong, and I have withdrawn the objection.

15         THE COURT:  Very well.

16         (Jury present).

17         THE COURT:  Mr. Butler.

18  BY MR. BUTLER:

19  Q.  Agent Gaudin, you testified, I believe, as to certain

20  information that Mr. al-'Owhali learned about targets while he

21  was in the training camps in Afghanistan.  Did he tell you

22  anything about why embassies are specifically targeted?

23  A.  In addition to telling me the types of targets, he also

24  explained that hitting embassies achieves certain objectives

25  that he was instructed or that he was taught at the camps, and

2024

1371BIN4
Gaudin - direct

1    by hitting an embassy the objectives are that you would

2    achieve would be you hit the ambassador by hitting the

3    embassy, you would also -- also an objective would be the

4    military attache, the press attache and what Al-'Owhali

5    described as, most importantly, the intelligence officers at

6    the embassy.

7    Q.   Just to be clear, what did Mr. al-'Owhali tell you about

8    what his understanding was of Usama Bin Laden's role in the

9    bombing of the embassy in Nairobi?

10   A.   Al-'Owhali explained to me that he was never specifically

11   told that this mission was Usama Bin Laden's mission, but he

12   always believed it to be so.  Al-'Owhali explained to me that

13   his understanding of the way things work is that Usama Bin

14   Laden, it's not likely that he would take direct credit for

15   attacks like this.  That's how he explained it to me.

16   Q.   Now, after this meeting with Saleh on August 4th, 1998,

17   what did Mr. al-'Owhali do after that?

18   A.   Al-'Owhali explained to me that after the 4th he spent the

19   next several days at Harun's house mentally preparing himself

20   to become a martyr, to die in the operation that was scheduled

21   for the 7th.  He explained to me that on either Wednesday or

22   Thursday, he wasn't sure which day, either the 5th or 6th of

23   August, another person came to Harun's house and they all

24   accompanied this person to the garage.

25            Al-'Owhali explained that this person's name was

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
                    Gaudin - direct

1   Abdel Rahman and he was the, what Al-'Owhali described to me

2   as the technician who was, who would make the final electrical

3   connection between the bomb in the back of the truck and the

4   detonating device in the compartment, the driver's

5   compartment.

6   Q.   Did Mr. al-'Owhali describe Abdel Rahman for you?

7   A.   He described Abdel Rahman to be an Egyptian man who was in

8   his 30s, pretty much the basic description.

9   Q.   Did Mr. al-'Owhali tell you anything else that Abdel

10  Rahman did?

11  A.   Al-'Owhali explained that Abdel Rahman not only made the

12  final electrical connection for the bomb in Nairobi, but he

13  also did the same thing for the bomb in Dar es Salaam as well.

14  He said that this connection was done right in Al-'Owhali's

15  presence and that it didn't take very long at all.

16  Q.   And that was the connection in Nairobi?

17  A.   The connection in Nairobi, yes.

18  Q.   What else did Al-'Owhali tell you, if anything, that

19  happened while he was in Harun's house on Wednesday and

20  Thursday before the bombing?

21  A.   Al-'Owhali had explained to me that both on the -- between

22  the 4th and up to the day of the bombing that he made a series

23  of telephone calls to his friend in Yemen, Ahmed al Hazza, who

24  had fought with him in the C Formation battle I described

25  earlier today.

1371BIN4
                    Gaudin - direct

1          Al-'Owhali explained to me he made these phone calls,

2     they were collect calls that he had made from Harun's house,

3     and the number that he called in Yemen to reach Ahmed al Hazza

4     was 9671200578, he called that number to reach Ahmed al Hazza.

5     Q.   Did he tell you when the last call that he made to that

6     number was?

7     A.   Al-'Owhali explained to me the last phone call he made was

8     approximately an hour before the bomb exploded on Friday, the

9     7th of August.

10    Q.   Did Mr. Al-'Owhali tell you anyone else made phone calls

11    from Harun's house during this time period?

12    A.   Al-'Owhali explained to me that Azzam, Jiad Ali, also made

13    a series of phone calls to his family, to Azzam's family in

14    Saudi Arabia on those last few days before the bomb exploded.

15    Q.   Did Mr. al-'Owhali tell you about any instructions that

16    were made to the group during this time?

17    A.   Yes, he did.  Al-'Owhali explained that he was told from

18    both Harun and Azzam that Saleh had put out an order that

19    anyone even remotely associated with the bombings had to leave

20    the area immediately, had to leave before the explosion

21    actually took place.  Then Al-'Owhali gave me a couple of

22    examples of what that was.

23          Al-'Owhali said to me, for instance, whoever bought

24    the truck, the person responsible for buying the truck, that

25    person would have to leave immediately; and also anyone who

1371BIN4
Gaudin - direct

1    even knew what Saleh was doing would also have to leave before

2    the attack occurred.  The only people that should be remaining

3    in Nairobi on the day of the attack are the people who were

4    necessary to actually carry the attack out.

5    Q.  Now turning to the day of the bombing, what did

6    Mr. al-'Owhali tell you about the day of the bombing, August

7    7th?

8    A.  Well, on the 7th of August, on the day of the bombing,

9    August 7, Al-'Owhali had made his last phone call to his

10   friend Ahmed al Hazza around 20 past 9 in the morning.  At

11   about 9:45, they began to leave Harun's house.

12        Al-'Owhali explained that he was wearing black shoes,

13   blue jeans, white-colored shirt with short sleeves with

14   buttons that didn't go all the way down the shirt, just a few

15   buttons, and that the shirt had some sort of colored pattern

16   on it.  He also had a jacket, a blue cotton jacket, and inside

17   the jacket is where his pistol was, in the pocket of the

18   jacket, and he also had four of what he described to me as

19   these homemade stun grenades tucked into his belt.

20        He described these stun grenades to be comprised of a

21   quarter finger of TNT, some aluminum powder and some black

22   tape.  He had those tucked in his belt.  Around 9:45 that

23   morning, they departed Harun's house.  Harun would be driving,

24   and was driving, according to Al-'Owhali, a white pickup truck

25   and that Harun would be acting as the lead vehicle towards the

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
Gaudin - direct

1    U.S. Embassy in Nairobi.  Azzam would be the driver of the

2    bomb truck, the bomb vehicle, and Al-'Owhali was the only

3    passenger in the truck.

4    Q.  What did Mr. al-'Owhali tell you about what he did on the

5    way to the embassy?

6    A.  Okay.  On the way to the embassy, Azzam had instructed

7    Al-'Owhali that your wearing that jacket may cause you

8    problems at reaching the stun grenades, you should take your

9    jacket off.  So Al-'Owhali did take his jacket off.

10        They continued to drive towards the embassy.  Harun

11   is driving the lead vehicle, Al-'Owhali and Azzam are

12   following them in the bomb vehicle, and on their way

13   Al-'Owhali described to me that he and Azzam were listening to

14   an audio cassette of what he described as chanting poems for

15   motivation in preparing to die on the way to the embassy.

16   Q.  Now, did Harun go all the way to the embassy with Azzam

17   and Al-'Owhali?

18   A.  Al-'Owhali explained to me that Harun didn't drive all the

19   way, they drove to a certain point, a traffic circle or

20   roundabout or something, and pulled off to the side and that

21   Azzam and Al-'Owhali continued on in the direction of traffic

22   along Haile Selassie Avenue towards the embassy.

23   Q.  What happened when they reached the embassy?

24   A.  Upon reaching the rear parking lot of the embassy, Azzam

25   pulls into the embassy and starts to head for the drop bar in

1371BIN4
Gaudin - direct

1    the back of the U.S. Embassy by the parking lot.  At that

2    point another vehicle had just exited that drop bar from the

3    U.S. Embassy and it created a little bit of a backup.  So

4    Azzam wasn't able to get exactly where he wanted to go.

5            As Azzam gets close to the drop bar, Al-'Owhali jumps

6    out of the vehicle and starts to go towards the guard.  And he

7    realized that his pistol that he was supposed to use to

8    confront the guard was in his jacket pocket that he had took

9    off in the truck, so he tells me that he hesitated for a

10   second to go back to the truck to get the gun but realized

11   that that was probably going to -- it was too much time, he

12   didn't want to do that.  So instead of using the gun, he ends

13   up pulling out one of those stun grenades in his right hand

14   and approaches the guard and demands that the guard open the

15   drop bar in English.  And Al-'Owhali explained to me that the

16   guard didn't move fast enough, so he pulls the pin with his

17   left hand and he throws the stun grenade in the direction of

18   the guard and that that caused a loud explosion and the guard

19   ran.

20           At that point, other people started to run also,

21   other people started to scatter from the area from the loud

22   explosion, and Azzam started to move the truck.  And as

23   Al-'Owhali described it, Azzam moved the truck somewhat

24   parallel to the embassy.  Al-'Owhali says at this point Azzam

25   starts shooting directly at the U.S. Embassy with a pistol.

1371BIN4
                         Gaudin - direct

1            And Al-'Owhali explains between Azzam firing the

2    pistol at the embassy and the loud explosion that was created

3    from when he threw the stun grenade, people started to

4    scatter.  And Al-'Owhali explains to me at this point he

5    realized that his mission is complete, that he did exactly

6    what he was instructed to do.  His mission was to help Azzam

7    get the truck as close as possible to the embassy and to

8    scatter away the people, the Kenyan people in and around the

9    area.  Al-'Owhali says to him -- says to me that, at that

10   point, that had happened and it was no longer necessary for

11   him to die in the attack.

12           Al-'Owhali explained to me that the reason he had

13   died was the mission didn't go exactly point for point and

14   time to time the way it was supposed to.  Al-'Owhali explained

15   to me that he was fully prepared to die in carrying out the

16   mission and that that would equate to being a martyr, to reach

17   martyrdom, dying in completion of your mission.  But to die

18   after your mission had already been complete, Al-'Owhali

19   explains to me, is not martyrdom, it's suicide, and he

20   explains that suicide is -- it's not acceptable in his

21   religion and that that wasn't what his mission was.  To die as

22   a martyr carrying out the mission was fine, but there was no

23   reason for him to commit suicide.

24   Q.   So what did Al-'Owhali do?

25   A.   Al-'Owhali ran toward, he explains to me that he ran

                  SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
                        Gaudin - direct

1    towards the co-op building, and as he was running towards the

2    co-op building, Azzam detonated the bomb, causing the

3    explosion.

4    Q.   What happened to Al-'Owhali after the explosion?

5    A.   Al-'Owhali says in the blast that he's knocked down and

6    suffers some injuries and that he's able -- he picks himself

7    up and is able to walk to a first aid station or a clinic to

8    receive treatment for his injuries.  Upon arriving at the

9    clinic, he realized that he still had one of those stun

10   grenades tucked into his belt, so he got it and he threw it in

11   a trash can in the clinic.

12            After receiving some initial first aid from the

13   clinic he's taken by an ambulance to an actual hospital, which

14   Al-'Owhali describes to me as the MP Sha Hospital.  Upon

15   arriving at the MP Sha Hospital, he actually receives stitches

16   to his forehead, to his right hand, his wrist, I don't

17   remember which one, but inside both hands and also in the

18   center of his back.

19            After receiving treatment at the hospital, Al-'Owhali

20   starts to leave the hospital and is going to go back to

21   Harun's house.  So Al-'Owhali explains to me that he was

22   supposed to die in this attack.  There was absolutely no

23   extraction plan for him to leave the country.  All his plane,

24   his plane tickets, his passport in the name of Khalid Salim

25   Bin Rashed, the Yemen passport, a bunch of other travel

1371BIN4
Gaudin - direct

1    documents as well as Azzam's documents were all left with

2    Harun.  So he wanted to get back to Harun's house.

3        When he got out in front of the hospital, he went to

4    reach to see if he had any money on him.  He realized that he

5    still had the keys to the back of the truck and that was where

6    in case the bomb didn't get detonated by Azzam, he was

7    supposed to open the back of the truck and throw the stun

8    grenades in to manually detonate it.  He had the keys and he

9    also had three bullets in his pocket as well from that pistol.

10        So he goes back inside the hospital, and inside the

11    hospital he goes into the men's room and he tells me that he

12    washes the keys and the bullets in the sink to remove any

13    fingerprints on them and then tries to flush them down the

14    toilet to get rid of them.  But for some reason, he explained

15    that he couldn't get the toilet to flush them down, so he

16    retrieved them from the toilet and he hid them on a ledge in

17    the men's bathroom and then left the hospital.

18        MR. BUTLER:  Your Honor, may I approach?

19        THE COURT:  Yes.

20    Q.  Agent Gaudin, I have placed before you Government Exhibit

21    558 and 559 for identification.  Do you recognize Government

22    Exhibits 558 and 559?

23    A.  Yes, I do.

24    Q.  What are Government Exhibits 558 and 559?

25    A.  There's two keys and three bullets.

1371BIN4
                                Gaudin - direct

1·  Q.  Did you show these items to Mr. al-'Owhali during the

2   course of your interview?

3   A.  Yes, I did.

4   Q.  What did Mr. al-'Owhali say when you showed him these

5   items?

·6  A.  Al-'Owhali said to me that these are the keys and the

·7  bullets that he hid in the MP Sha Hospital's bathroom, the

8   men's room.

9           MR. BUTLER:  Move Government Exhibits 558 and 559

10  into evidence, your Honor.

11          MR. COHN:  No objection.

12          THE COURT:  Received.

13          (Government Exhibits 558 and 559 received in

14  evidence)

15          MR. BUTLER:  May we publish a photo of those items to

16  the jury, your Honor?

17          THE COURT:  Yes.

18  Q.  Just to be clear, Agent Gaudin, Government Exhibit 558 is

19  what?

20  A.  They are two keys, Tri-Circle keys, they're called, the

21  name of the company of the keys.  I believe there's another

22  picture on the back that says Tri-Circle.

23  Q.  Can we show Government Exhibit 559, please.

24          What is Government Exhibit 559?

25  A.  Okay, it's actually three bullets.  You may see four

1371BIN4
                          Gaudin - direct

1    objects there, but one of the bullets is removed, the actual

2    bullet is removed from its casing.  That was done at the

3    laboratory.  The other two bullets are still intact.

4    Q.  After Mr. al-'Owhali left the MP Sha Hospital, what if

5    anything did he tell you that he did?

6    A.  Mr. al-'Owhali explained that he tried to find Harun's

7    house.  He left on foot but he couldn't find Harun's house, so

8    he decided to take a taxi back to what he explained to me as

9    the only other place he knew to go.  He went back to the

10   Ramada Hotel, which is the hotel he had checked in when he

11   arrived in Nairobi on Sunday, the 2nd.

12   Q.  What happened when he arrived in the Ramada Hotel?

13   A.  When he arrived at the Ramada Hotel, he had no money and

14   he went in to talk to the hotel clerk and explain to the hotel

15   clerk, I was here on the 2nd of August, I'm sure you remember

16   me, you keep my name in the ledger, I was here, I'm from

17   Yemen, but I lost all my travel documents and I was injured in

18   the explosion that happened earlier today.  Could you please

19   give me some credit and let me stay here, pay for my taxi, and

20   I'll contact people who will send me money and then I'll be

21   able to pay you whatever I owe you.  And the hotel clerk,

22   Al-'Owhali explained to me the hotel clerk agreed to do that.

23   Q.  Did he tell you what room he checked into?

24   A.  Al-'Owhali told me at that point he checked into room

25   number 7 at the Ramada Hotel.

                    SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
                              Gaudin - direct

1   Q.  What happened after he checked into room 7 at the Ramada

2   Hotel?

3   A.  Al-'Owhali explained to me that the clerk of the hotel

4   went into the town and tried to find another person from his

5   country, another person from Yemen who may be able to provide

6   Al-'Owhali with some help because he obviously needed help

7   from being injured in the explosion.

8           So this hotel clerk does find a person from Yemen and

9   that person gets a set of clothes for Mr. al-'Owhali.

10  Al-'Owhali takes off the clothes he was wearing.  Al-'Owhali

11  explained that he had blood on them, so he took the bloody

12  clothes off and he put them in a drawer inside of room 7 and

13  then put on the new clothes that this other person from Yemen

14  had just provided him.

15  Q.  What else did Al-'Owhali tell you that he did during this

16  period?

17  A.  Al-'Owhali explained to me that the next morning, the 8th,

18  he began to make a series of phone calls back to his friend in

19  Yemen, Ahmed al Hazza, at the number I had said earlier.

20  Al-'Owhali explained to me that again he had no plans to leave

21  the country.  He was supposed to die, he was prepared to die

22  in the explosion.  He had no money, no passport, no plane

23  tickets left, that was all left in the room.

24          He explains that calling his friend Ahmed al Hazza

25  was very frustrating for him because he was afraid the phones

1371BIN4
                          Gaudin - direct

1    were being tapped or monitored, so when he would call him he

2    was talking to him as cryptically or as coded as he could.  So

3    he had to make a series of different phone calls to Ahmed al

4    Hazza and eventually get the point across that, I need help, I

5    need you to wire transfer me money and I also need you to get

6    me travel documents so that I can leave.  But ensure that

7    these travel documents that you get to me, make sure that they

8    are stamped, there's an entry stamp as entering Kenya after

9    the 7th of August, not before.

10          Also, he instructed Ahmed al Hazza to telephone

11   Khalid for him and give him the following message, and the

12   message was "tell Khalid I did not travel."  And Al-'Owhali

13   explained to me that that was code that Khalid would

14   understand is that Al-'Owhali didn't die while carrying out

15   the mission.

16   Q.  Did Mr. al-'Owhali eventually receive this wire transfer?

17   A.  Al-'Owhali explained to me that the money did eventually

18   get wire transferred to him and Al-'Owhali said that he picked

19   up a thousand dollars, a thousand U.S. dollars at a jewelry

20   store or a gold store near the Ramada Hotel called Sheer Gold

21   and he did receive that money.

22   Q.  What happened after Al-'Owhali received the thousand

23   dollars?

24   A.  Al-'Owhali explained to me that plans were in the works

25   for this Ahmed al Hazza to come to assist Al-'Owhali getting

                SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
Gaudin - direct

1   out of the country, but Al-'Owhali explains that he was

2   arrested on the 12th.  Had he been arrested the day or two

3   after, maybe he, both he and Ahmed al Hazza would have been

4   arrested instead of just him.

5   Q.  Did this essentially complete Mr. al-'Owhali's story on

6   the 22nd?

7   A.  Yes, it did.

8   Q.  And did you ask him any questions following this story?

9   A.  Yes, I did.  In addition --

10  Q.  What did you ask him?

11  A.  In addition to making sure that I had the details of what

12  he explained to me as correct as I could, I asked him the

13  question of, what would it take for this fighting to stop, you

14  know, how can we prevent this, how can we end this?

15       Al-'Owhali explained to me that there were several

16  conditions that would have to be met, and he said the first

17  condition was that his -- he first said that the United States

18  is going to remain a target; that there's -- that the planning

19  to target the United States will not stop unless certain

20  conditions were met.  First condition was that there would

21  have to be no U.S. presence, absolutely no U.S. presence

22  anywhere in the Arabian Peninsula; that the U.S. would also

23  have to stop providing any type of support for the enemies of

24  the Muslims, and he included specifically Israel and the

25  Serbs; and then the third statement was that the U.S. would

2038

1371BIN4

Gaudin - direct

1   have to stop using its influence from preventing Muslims from

2   instituting the sharia worldwide.

3   Q.   Did Mr. al-'Owhali identify a photograph of Azzam, also

4   known as Jiad Ali?

5   A.   Yes, he did.  When I presented him a photograph to

6   identify, Al-'Owhali picked up the photograph and he said this

7   is Azzam, also known as Jiad Ali.  He called Azzam a hero and

8   then he kissed the picture.

9   Q.   How did this interview end?

10  A.   The interview ended where Mr. al-'Owhali stated that he

11  would like to recite a poem to the investigators and he wanted

12  the official from the Department of Justice to also stay and

13  hear the poem as well.  So Al-'Owhali began to say this poem,

14  and it wasn't so much normal speak, it was a chanting, almost

15  a singing-type poem.

16        He was doing it in his -- in Arabic, in his language

17  and through the translator I was able to determine that this

18  particular chanting poem questioned whether or not two friends

19  would ever meet again in paradise, and Al-'Owhali explained to

20  me that this chanting poem is what he and Azzam were listening

21  to as they were driving for motivation, they were listening to

22  for motivation as they were driving to attack the U.S.

23  Embassy.  And as Al-'Owhali was reflecting on his friendship

24  with Azzam and this chanting poem, he started to cry.

25        MR. BUTLER:  No further questions, your Honor.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

1371BIN4
Gaudin - direct

1.      THE COURT:  All right, ladies and gentlemen, I think

2    we'll call it a day.  Have a pleasant evening.  Please

3    remember about not reading or listening or watching anything

4    about this case, and we'll resume tomorrow at the regular

5    time.

6          (Jury not present)

7          MR. COHN:  Your Honor, before Agent Gaudin leaves,

8    would your Honor instruct him that although no questions has

9    been asked, the government has stopped and he's under cross

10   and he's not to talk with the government overnight?

11         MR. BUTLER:  Your Honor, cross hasn't begun, so --

12         MR. COHN:  I'll ask a question for that.

13         THE COURT:  No.  No.

14         MR. BUTLER:  Mr. Cohn requested that we break after

15   direct.

16         THE COURT:  Yes.  I decline to give that instruction.

17         Anything that has to be addressed before the

18   resumption of the proceedings before the jury tomorrow?

19         MR. COHN:  Your Honor, we are checking.  It's our

20   feeling, and I just can't document it yet, that one of the two

21   numbers that was mentioned, telephone numbers that was

22   mentioned by Agent Gaudin as being given on the 22nd was in

23   fact being given during the period before the 22nd.  We're

24   checking.  We have no way of knowing that.  We'll advise the

25   Court.

SOUTHERN DISTRICT REPORTERS (212) 805-0300