IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

# PART 4 OF 4

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) | |
| Respondent. | ) | |

# Transcript of Ressam Trial Testimony, *United States v. Haouari*, No. S4 00 Cr. 15 (JFK) (Excerpts)

SECRET/NOFORN

# In The Matter Of:

## UNITED STATES OF AMERICA   v.
## MOKHTAR HAOUARI

*Trial Volume 5*
*July 3, 2001*

## SOUTHERN DISTRICT REPORTERS, P.C.
### 500 PEARL STREET
### NEW YORK, NY  10007
### (212) 805-0300

Original File 173VHAORTXT, 82 Pages
Min-U-Script® File ID: 2901381033

# Word Index included with this Min-U-Script®



UNITED STATES OF AMERICA   v.
MOKHTAR HAOUARI

**Trial Volume 5**
**July 3, 2001**

---

Page 505

[1] UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
[2]
[3] UNITED STATES OF AMERICA,
[4]      v.      S4 00 Cr. 15 (JFK)
[5] MOKHTAR HAOUARI,
[6]      Defendant,
[7]
[8]      July 3, 2001
         9:15 a.m.
[9]
[10]
      Before:
[11]
         HON. JOHN F. KEENAN
[12]
         District Judge
[13]
[14]
         APPEARANCES
[15]
      MARY JO WHITE
[16]      United States Attorney for the
         Southern District of New York
[17] JOSEPH F. BIANCO
      ROBIN BAKER
[18]      Assistant United States Attorneys
[19] DANIEL OLLEN
      Attorney for Defendant
[20]
      Also present:
[21]  ADAM COHEN, Special Agent, FBI
      JAMES HELLY, Special Agent, FBI
[22]
      ISABELLE DUCHESNE
[23]  MONIQUE DELIYANIDIS
      French Interpreters
[24]
[25]

---

Page 506

[1] (Trial resumed; in open court, jury present)
[2]      THE COURT: Good morning, everybody.
[3]      I don't think we need this on the record.
[4]      (Pause)
[5]      THE COURT: Good morning to counsel, Mr. Haouari, and
[6] the interpreters. Your next witness.
[7]      MS. BAKER: The government calls David Gendron.
[8] DAVID GENDRON,
[9]      called as a witness by the government,
[10] having been duly sworn, testified as follows:
[11]      THE WITNESS: Corporal David Gendron with the RCMP.
[12]      THE COURT: You may proceed.
[13]           DIRECT EXAMINATION
[14]           BY MS. BAKER:
[15]      Q: You mentioned a minute ago you worked for the RCMP?
[16]      A: It is correct.
[17]      Q: What does that stand for?
[18]      A: Royal Canadian Mounted Police.
[19]      Q: How long have you worked for RCMP?
[20]      A: I have 28 years completed in June.
[21]      Q: In what part of Canada do you work for the RCMP?
[22]      A: I work in the Province of Ontario and the Province of
[23] Quebec.
[24]      Q: As of October 4, 1999 where were you working?
[25]      A: I was working in the Province of Quebec in the City of

---

Page 507

[1] Montreal, the section of immigration and passport.
[2]      Q: Were you on duty on that date, October 4, 1999?
[3]      A: Yes, I was.
[4]      Q: What were you assigned to do on that date?
[5]      A: I was asked to do a search at the address of Adel
[6] Boumezbeur. The address was 2525 Sherbrooke Street East,
[7] apartment 22.
[8]      Q: At the request of what authorities was that search going
[9] to be conducted?
[10]      A: It was following a search warrant that we received from
[11] the Montreal court, and it was at the request of the French
[12] authorities following an MLAAT that we received.
[13]      Q: I don't know if the jury has ever heard that expression
[14] before. Tell the jury what MLAAT stands for and briefly what
[15] your understanding is of that term.
[16]      A: Mutual Legal Agreement Assistance Treaty. This is an
[17] official request from another government who is asking the
[18] Canadian government to perform a search in order to gather
[19] evidence for another country.
[20]      Q: After you obtained the search warrant from the court in
[21] Montreal did you actually conduct a search at 2525 Sherbrooke?
[22]      A: Yes, I did.
[23]      Q: Could you describe for the jury very generally in a few
[24] words the kinds of items that you seized during that search?
[25]      A: We seized several credit cards that were stolen, also an

---

Page 508

[1] address book, we seized passports from different countries,
[2] Belgium, France, and also Venezuela, and also we seized
[3] different cards, like health cards and social insurance cards,
[4] and different items.
[5] MS. BAKER: May I approach, your Honor.
[6] THE COURT: You may.
[7] Q: I have placed before you a number of items that are marked
[8] for identification as Government Exhibits 311, 311A, 310, 313
[9] and 314. Putting aside for the moment 311A and looking at the
[10] other four items without going through them each individually
[11] yet, tell the jury collectively what those items are?
[12] A: Yes. The item 310 corresponds to the Exhibit 227. This
[13] is the exhibit that was listed on my exhibit report, and same
[14] as, this is referred to an address book and also business
[15] cards that were found.
[16] Q: Taking 311, 310, 313 and 314, together, from where did you
[17] acquire those four items?
[18] A: 311, this is the address book that was found in a bag in,
[19] a travel bag in the room of Adel Boumezbeur in that address
[20] book; also there was the business card inside.
[21] Q: Were those four items 310, 311, 313 and 314 all items that
[22] you seized on October 4, 1999 at the apartment of Adel
[23] Boumezbeur?
[24] A: Yes, it is correct.
[25] MS. BAKER: Your Honor, I offer those four exhibits,

Page 509

[1] 310, 311, 313 and 314.
[2] MR. OLLEN: No objection.
[3] THE COURT: Received.
[4] (Government Exhibits 310, 311, 313, 314 received in
[5] evidence)
[6] Q: You described Government Exhibit 311 as an address book,
[7] is that correct?
[8] A: It is correct.
[9] Q: You mentioned in your answer when you first spoke about
[10] Government Exhibit 311 also something about an Exhibit 227.
[11] Were you referring to an exhibit number that the RCMP had
[12] previously assigned to that item?
[13] A: Yes. Every time we do a search, we have to write an
[14] exhibit report, and on each of the items that were seized, we
[15] identify those with the number. So the Exhibit 311 correspond
[16] to my Exhibit 227.
[17] Q: Is 311 itself the original address book?
[18] A: This is the original address book that was found, yes, it
[19] is correct.
[20] MS. BAKER: Your Honor, I would offer a written
[21] stipulation which has been marked as Government Exhibit 312.
[22] THE COURT: 312 is received. You may read the
[23] stipulation.
[24] (Government Exhibit 312 received in evidence)
[25] MS. BAKER: (Reading)

Page 510

[1] "It is hereby stipulated and agreed:
[2] "1. If called to testify, Cyrus Bowman would testify
[3] as follows.
[4] "A. He is a photographer at the Federal Bureau of
[5] Investigation laboratory.
[6] "B. He photographed the datebook from Societe de
[7] Banque Suisse, which is now marked as Government Exhibit 311,
[8] after the FBI obtained that datebook from French authorities.
[9] His photographs, which are now marked as Government Exhibit
[10] 311A, fairly and accurately depict the way the datebook looked
[11] before it was examined for fingerprints.
[12] "2. If called to testify, James L. Rettberg III
[13] would testify as follows:
[14] "A. He is a fingerprint examiner at the FBI
[15] laboratory.
[16] "B. He examined the datebook from Societe de Banque
[17] Suisse, now marked as Government Exhibit 311, for latent
[18] fingerprints. Latent fingerprints are fingerprints that
[19] people sometimes leave behind on objects and items like paper.
[20] His examination of the datebook revealed that it contains
[21] thirteen latent fingerprints. Eleven of those fingerprints
[22] are of Ahmed Ressam. The other two fingerprints are not of
[23] Mokhtar Haouari."
[24] Your Honor, on the basis of that stipulation, I offer
[25] Government Exhibit 311A.

Page 511

[1] MR. OLLEN: No objection.
[2] THE COURT: Received.
[3] (Government Exhibit 311A received in evidence)
[4] THE COURT: May I say, ladies and gentlemen,
[5] addressing the jury, that I want to compliment counsel on
[6] being so reasonable with each other. You just heard the
[7] stipulation. That obviates the need to call two witnesses.
[8] Instead of having these witnesses come, the stipulation saves
[9] that, and the stipulation is now evidence in the case.
[10] You may proceed.
[11] MS. BAKER: Thank you, your Honor. I would ask
[12] permission at this time for the television to be moved forward
[13] so I may show parts of the exhibits to the jury.
[14] THE COURT: You may do that.
[15] BY MS. BAKER:
[16] Q: We have placed on the monitor one of the photographs from
[17] Government Exhibit 311A. Does that show one of the pages of
[18] what you described as an address book, Government Exhibit 311?
[19] A: Yes, it is correct; this is the Exhibit 227 from what I
[20] seized.
[21] Q: Are you able to see it clearly enough under the monitor to
[22] read for the jury the number that appears in the upper
[23] right-hand corner?
[24] A: Yes. The number is 253-3429, I believe.
[25] Q: Turning to Government Exhibit 310, would you tell the jury



UNITED STATES OF AMERICA v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

Page 512

[1] again what Government Exhibit 310, shows what those items are?

[2]   A: These were the photocopies of the business cards that were

[3] found inside the small address book, photocopies that I made

[4] myself, and the one on top it's written Artisanat Nord-Sud.

[5] The name MH Mokhtar appears on it.

[6]   Q: Can you read the two telephone numbers that appear in the

[7] lower left corner of that card?

[8]   A: 289-0913, I believe, I cannot see clearly.

[9]   Q: Let me hand you the original.

[10]   A: This is better now. 289-0918 and pager number 896-8145.

[11]   Q: Does each of those have the area code 514?

[12]   A: Correct.

[13]   Q: Turning now to Government Exhibit 313. What is Government

[14] Exhibit 313?

[15]   A: This is a photocopy of an official immigration document

[16] from the Province of Quebec, and it's under the name of Ressam

[17] Ahmed.

[18]   Q: You mentioned 313 is a photocopy. You said the same thing

[19] about 310. Tell the jury what happened with the originals of

[20] the items you seized after you conducted this search on

[21] October 4, 1999.

[22]   A: The originals of these documents were given to the French

[23] authorities for their investigation.

[24]   Q: Finally, turning to Government Exhibit 314, although it

[25] may be difficult to make it out on the screen, perhaps you

Page 513

[1] recall from seeing the item before, what is Government Exhibit

[2] 314?

[3]   A: This is the Quebec health card that was seized in a bag,

[4] in the black plastic bag in the closet in the kitchen, and it

[5] is, this is the health card of Ahmed Ressam.

[6]   MS. BAKER: Thank you. No further questions.

[7]   THE COURT: Cross-examination, if any.

[8]         CROSS-EXAMINATION

[9]       BY MR. OLLEN:

[10]   Q: Corporal, you indicated you conducted a search where you

[11] found the documents that were just admitted into evidence.

[12] From whose apartment did you find those documents?

[13]   A: It was the apartment of Adel Boumezbeur.

[14]   Q: Did you personally ever search Mokhtar Haouari's

[15] apartment?

[16]   A: No, I did not.

[17]   Q: You were working in the Montreal area on December 17,

[18] 1999, is that correct?

[19]   A: Yes, I was working in the Montreal area, yes.

[20]   Q: Would it be fair to say that there was an extensive amount

[21] of media coverage of the arrest of Ahmed Ressam at about that

[22] time in Montreal?

[23]   A: Yes, there was.

[24]   Q: And media coverage with respect to Ressam's arrest

[25] included front-page newspaper articles, correct?

Page 514

[1]   A: Yes, it is correct.

[2]   Q: It included television broadcasts?

[3]   A: Also, yes.

[4]   Q: And it included radio broadcasts, correct?

[5]   A: Yes.

[6]   MR. OLLEN: Nothing further.

[7]   THE COURT: Any redirect?

[8]   MS. BAKER: No, your Honor.

[9]   THE COURT: Thank you very much. You are excused.

[10]   (Witness excused)

[11]   MR. OLLEN: The government calls Andre Labrecque.

[12] ANDRE LABRECQUE,

[13] called as a witness by the government,

[14] having been duly sworn, testified as follows:

[15]         DIRECT EXAMINATION

[16]       BY MR. BIANCO:

[17]   Q: Where do you work?

[18]   A: I work for Royal Canadian Mounted Police in Montreal,

[19] Canada.

[20]   Q: Can you tell the jury in a sentence what the Royal

[21] Canadian Mounted Police is?

[22]   A: It's similar to the FBI.

[23]   Q: What is your rank?

[24]   A: I am a corporal.

[25]   Q: What city do you work in?

Page 515

[1]   A: Montreal.

[2]   Q: Direct your attention to December 17, 1999; were you

[3] working that day?

[4]   A: Yes, I was.

[5]   Q: What was your assignment on December 17?

[6]   A: I took part in a search at the apartment of Ahmed Ressam,

[7] 1250 Rue du Port, apartment 51524, Montreal.

[8]   Q: That was three days after Ahmed Ressam's arrest in

[9] Seattle?

[10]   A: I believe so, yes.

[11]   Q: That was a search warrant pursuant to a Canadian court

[12] order?

[13]   A: Yes, it was.

[14]   Q: What was your job in connection with that search?

[15]   A: I was the exhibit custodian.

[16]   Q: Explain what an exhibit custodian does.

[17]   A: I was collecting items, tagging them, placing them in

[18] bags, writing up reports.

[19]   MR. BIANCO: May I approach, your Honor.

[20]   THE COURT: You may.

[21]   Q: I am showing you what's been marked for identification as

[22] Government Exhibits 330, 333, 334, also 333A through E. First

[23] with respect to 330, 333, 334, do you recognize those items?

[24]   A: Yes, I do, sir.

[25]   Q: Tell the jury what they are?

Page 516

[1] A: They are parts of the items that were seized from

[2] Mr. Ressam's apartment.

[3] Q: Are they in the same condition as when they were seized?

[4] A: Yes, sir, with the exception of 333 that shows some powder

[5] maybe.

[6] Q: Fingerprint powder?

[7] A: Probably so, yes.

[8] Q: Are 333A through E blowups of Exhibit 333?

[9] A: Yes.

[10] Q: There are two big blowups next to you.

[11] A: Yes.

[12] MR. BIANCO: Your Honor, at this time the government

[13] would offer 330, 333, 333A through E, and 334.

[14] MR. OLLEN: No objection.

[15] THE COURT: Received.

[16] (Government Exhibits 330, 333, 333A-E, 334 received

[17] in evidence)

[18] Q: Starting with Government Exhibit 333, can you describe

[19] first where that item was found?

[20] A: It was found inside the apartment on a dresser. It's a

[21] map of the City of Los Angeles.

[22] Q: Were there any notations contained on this map?

[23] A: Yes, there is.

[24] Q: Can you generally tell the jury what the notations are?

[25] A: Are you talking about mine?

Page 517

[1] Q: No, the ones that were on the map.

[2] A: There are three circles on that map.

[3] Q: Generally what was circled?

[4] A: Three airports in the Los Angeles, California area.

[5] MR. BIANCO: With the court's permission, I would

[6] like the witness to step down so he can hold up the three

[7] blowups to the jury.

[8] THE COURT: You may do that. You may step down.

[9] MR. OLLEN: Your Honor, may I stand over here.

[10] THE COURT: Yes.

[11] Q: Starting with Government Exhibit 333D, just describe to

[12] the jury what this map is.

[13] A: It's a map of the City of Los Angeles.

[14] Q: Were any notations contained on this map?

[15] A: Not on this side.

[16] Q: Government Exhibit 333E, is this the back side of the same

[17] map?

[18] A: Yes, it is.

[19] Q: And were there any circles on this side?

[20] A: Yes, there are three circles on this map.

[21] MR. BIANCO: The jury won't be able to see the

[22] circles.

[23] THE COURT: After Corporal Labrecque is finished, if

[24] you wish, you may exhibit to the jury the exhibits by giving

[25] them to Juror No. 1, and the jury can look at the exhibits.

Page 518

[1] MR. BIANCO: Thank you, your Honor.

[2] Q: Point to the first circle.

[3] A: Yes, sir. This one here is the Los Angeles International

[4] Airport.

[5] Q: Is Government Exhibit 333A a blowup of that circle?

[6] A: Yes, it is, sir.

[7] Q: Can you point to the next circle?

[8] A: This one here is Long Beach Airport.

[9] Q: 333B is a blowup of that circle?

[10] A: Yes, it is.

[11] Q: The third circle?

[12] A: Here.

[13] Q: What airport is that?

[14] A: Ontario Airport.

[15] Q: Is 333C a blowup of that circle?

[16] A: Yes, it is.

[17] MR. BIANCO: You may retake the stand.

[18] Q: Describe 330.

[19] A: It's a Nokia cellular phone.

[20] Q: Were you able to determine that cell phone number?

[21] A: Yes, I was.

[22] Q: How did you do that?

[23] A: By turning the phone on.

[24] Q: Can you describe what Government Exhibit 334 is?

[25] A: It's an invoice from a Canadian cellular company, CanTel.

Page 519

[1] Q: What name appears?

[2] A: There is a name Cousi, Mario.

[3] Q: Does the phone number contained on that invoice match the

[4] phone number you retrieved from the cellphone?

[5] A: Yes, area code 514-402-7550.

[6] Q: Were these the only items found in Ahmed Ressam's

[7] residence?

[8] A: There are more items than that, yes.

[9] Q: Were there any weapons found?

[10] A: Yes, there was a weapon there.

[11] Q: What was the weapon?

[12] A: 9 mill. pistol, H&K.

[13] Q: Also ammunition?

[14] A: Yes, there was some ammunition with the pistol.

[15] MR. BIANCO: Your Honor, I have nothing further.

[16] THE COURT: Cross-examination.

[17] CROSS-EXAMINATION

[18] BY MR. OLLEN:

[19] Q: Just one question. The pistol that was recovered in the

[20] Ressam apartment, did that come with a silencer?

[21] A: No, sir.

[22] Q: That was never recovered in the apartment?

[23] A: No, sir.

[24] MR. BIANCO: I think it's a good idea to circulate

[25] these to the jury.

UNITED STATES OF AMERICA  v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

---

Page 520

[1] THE COURT: You may. If you want to circulate the

[2] larger map, you can do that.

[3] MR. BIANCO: I think that's probably sufficient.

[4] THE COURT: That's all for Corporal Labrecque.

[5] Thank you. You are excused.

[6] (Witness excused)

[7] MS. BAKER: Your Honor, while the jury is looking at

[8] the exhibit, if we could move the TV back.

[9] THE COURT: Sure.

[10] (Pause)

[11] THE COURT: Next witness.

[12] MR. BIANCO: We have several stipulations which

[13] Ms. Baker would like to read into the record. Before doing

[14] that, there was one error from yesterday I spoke to Mr. Ollen

[15] about. He graciously agreed to let us correct on the record a

[16] credit card number. During Inspector Scott Baran's testimony

[17] he referred to a number 54165576011318. That credit card

[18] number does not exist. On one of the reports it was indicated

[19] that way. That was an error. The correct number is the same

[20] number except the last four digits are 3182, which are

[21] properly contained on 3517C which is in evidence.

[22] THE COURT: Thank you.

[23] MS. BAKER: Your Honor, at this time the government

[24] offers following written stipulations marked as Government

[25] Exhibits 170, 171, 182, 182A, 184, 292, 294, and 296.

---

Page 521

[1] THE COURT: Received.

[2] (Government Exhibits 170, 171, 182, 182A, 184, 292,

[3] 294, 296 received in evidence)

[4] MS. BAKER: If I may read them each to the jury,

[5] beginning with Government Exhibit 170:

[6] "It is hereby stipulated and agreed as follows: That

[7] if called to testify, one or more knowledgeable witnesses from

[8] the Royal Canadian Mounted Police would testify as follows:

[9] Government Exhibit 159 is a photograph of Said Araar,

[10] Government Exhibit 160 is a photograph of Boubeker Berrahal,

[11] and Government Exhibit 177 is a photograph of Fateh Eddine

[12] Driidi."

[13] Those exhibits are already in evidence.

[14] Turning to Government Exhibit 171:

[15] "It is hereby stipulated and agreed that:

[16] "1. If called as a witness at trial, one or more

[17] knowledgeable employees of the Department of Social Services

[18] for the City of Montreal would testify as follows:

[19] "A. The Department of Social Services for the City

[20] of Montreal administers and pays welfare benefits to eligible

[21] recipients who live in Montreal. In order to be eligible for

[22] welfare benefits, one of the items that a recipient must

[23] present is proof of address, which could be a lease.

[24] "B. The department also maintains welfare records.

[25] Those records are public records of a public office or agency

---

Page 522

[1] setting forth the activities of the office or agency, and they

[2] satisfy the criteria for public records and reports under Rule

[3] 803(8) of the Federal Rules of Evidence.

[4] "C. The documents marked as Government Exhibits 155

[5] and 172 are true and accurate copies of authentic records from

[6] the welfare file for Abdelghani Meskini. The documents marked

[7] as Government Exhibits 173 and 174 are true and accurate

[8] copies of authentic records from the welfare file for Mokhtar

[9] Haouari.

[10] "2. If called as a witness at trial, Robert Tessier

[11] would testify as follows:

[12] "A. He is the owner of the building at 3479

[13] Papineau, Montreal Quebec, Canada.

[14] "B. The document marked as Government Exhibit 176 is

[15] a true and accurate copy of the authentic lease for apartment

[16] 31 at 3479 Papineau for the period July 6, 1997, to on or

[17] about February 28, 1999.

[18] "3. Government Exhibit 176T is an accurate

[19] translation of Government Exhibit 176."

[20] Based on that stipulation, the government at this

[21] time offers Government Exhibits 155, 172 through 174, 176 and

[22] 176T.

[23] MR. OLLEN: No objection.

[24] THE COURT: Received.

[25] (Government Exhibits 155, 172-174, 176, 176T received

---

Page 523

[1] in evidence)

[2] MS. BAKER: Your Honor, if I might read Government

[3] Exhibit 182:

[4] "It is hereby stipulated and agreed that if called to

[5] testify, one or more witnesses with knowledge would testify as

[6] follows:

[7] "Government Exhibits 183A and 183B are records from

[8] Fleet Bank for bank account numbers 9356942497 and 9364348148,

[9] in the name Mostafa Nhaily. Government Exhibits 289 and 289A

[10] are records from Fleet Bank for bank account numbers 194318847

[11] and 9415128090 in the name Chris Cornelisen. Government

[12] Exhibits 290 and 290A are records from Fleet Bank from bank

[13] account number 9417269698, in the name Rayan Cole. Government

[14] Exhibits 291 and 291A are records from Fleet Bank for bank

[15] account numbers 9417070945 and 9417269436 in the name Robert

[16] Hickey. Those records were created and maintained by Fleet

[17] Bank as part of its regularly conducted business activity and

[18] consistent with its regular practice. The records now marked

[19] as Government Exhibits 183A, 183B, 289, 289A, 290, 290A, 291,

[20] 291A are true and accurate copies of those authentic business

[21] records. As a result, Government Exhibits 183A, 183B, 289,

[22] 289A, 290, 290A, 291, 291A satisfy the criteria for records of

[23] regularly conducted activity under Rule 803(6) of the Federal

[24] Rules of Evidence."

[25] Your Honor, based on that stipulation the government

---

**Trial Volume 5**
**July 3, 2001**

Page 524

[1] offers 183A-B, 289, 289A, 290, 290A, 291, 291A.

[2] MR. OLLEN: No objection.

[3] THE COURT: Received.

[4] (Government Exhibits 183A-B, 289, 289A, 290, 290A,

[5] 291, 291A received in evidence)

[6] MS. BAKER: If we might quickly show the jury 289A,

[7] 290, 291A.

[8] THE COURT: You may.

[9] (Pause)

[10] MS. BAKER: Turning now to Government Exhibit 182A:

[11] "It is hereby stipulated and agreed, that Fleet Bank

[12] is insured by the Federal Deposit Insurance Company, known as

[13] the FDIC."

[14]               Turning to Government Exhibit 184:

[15] "It is hereby stipulated and agreed that:

[16] "1. If called as a witness, Leon Renaud would

[17] testify as follows:

[18] "A. That he is an investigator for Caisse Populaire

[19] Desjardins, which is a bank in Canada;

[20] "B. That, in his capacity as investigator for the

[21] bank, he is familiar with the recordkeeping procedures and

[22] practices used by the bank as part of its regular business

[23] activities;

[24] "C. That Government Exhibit 185 consists of various

[25] bank records relating to an account at the bank in the name of

Page 525

[1] Abdelghani Meskini and that those records are maintained as

[2] part of the regularly conducted business activity of the bank;

[3] "D. That Government Exhibit 185T is an English

[4] translation of portions of the documents contained in

[5] Government Exhibit 185 that are in French; and

[6] "E. A review of the records contained in Government

[7] Exhibit 185 indicates the following: (1) an account in the

[8] name of Abdelghani Meskini was opened on or about November 18,

[9] 1997 at a bank branch in Montreal, Quebec, Canada; (2) the

[10] address given by the accountholder was 3429 Saint-Catherine

[11] Street, East Montreal, Quebec, and telephone number

[12] 514-523-4246; (4) on March 6, 1998, a check in the amount

[13] $18,975.63 was deposited into the account; (5) the check

[14] purported to be drawn on the account of Enveloppe Concept

[15] Inc., which is a Quebec company, and was made payable to

[16] Abdelghani Meskini at the above address in Montreal; and (6)

[17] on March 12, 1998, before the money was withdrawn, the bank

[18] learned that the check was fraudulent.

[19] "2. If called as a witness, Yves Roussel would

[20] testify as follows: (A) that he was a senior security manager

[21] for Banque Laurientienne in Canada; (b) that in his capacity as

[22] senior security manager for the bank he is familiar with the

[23] recordkeeping procedures and practices used by the bank as

[24] part of its regular business activities; (c) that Government

[25] Exhibit 187 consists of various bank records relating to

Page 526

[1] account number 28314-2 in the name of Abdelghani Meskini and

[2] that those records are maintained as part of the regularly

[3] conducted business activities of the bank; (d) that Government

[4] Exhibit 187T is an English translation of the portions of the

[5] documents contained in Government Exhibit 187 that are in

[6] French; and (e) a review of the records contained in

[7] Government Exhibit 187 indicates the following: (1) a

[8] personal account in the name of Abdelghani Meskini was opened

[9] on December 2, 1997 at a bank branch in Montreal, Canada; (2)

[10] among the identification used by the accountholder to open the

[11] account was a lease; (3) the address given by the

[12] accountholder was 3479 Papineau, apartment 33, Montreal,

[13] Quebec, and telephone number 514-523-6884; (4) on March 7,

[14] 1998, a check in the amount of $18,351.75 was deposited into

[15] the account; (5) the check purported to be drawn on the

[16] account of Enveloppe Concept Inc., which is a Quebec company,

[17] and was made payable to Abdelghani Meskini at the above

[18] address in Montreal; (6) on March 10, 1998, the bank learned

[19] that the check was fraudulent and closed the account before

[20] the money was withdrawn.

[21] "It is further stipulated and agreed that

[22] above-referenced government exhibits and this stipulation may

[23] be received in evidence as a government exhibit at trial."

[24] Your Honor, based on that stipulation, we offer 185,

[25] 185T, 187, 187T.

Page 527

[1] MR. OLLEN: No objection.

[2] THE COURT: Received.

[3] (Government Exhibits 185, 185T, 187, 187T received in

[4] evidence)

[5] MS. BAKER: Turning to Government Exhibit 292:

[6] "It is hereby stipulated and agreed that if called to

[7] testify, one or more witnesses with knowledge would testify as

[8] follows:

[9] "Government Exhibits 293A and 293B are records from

[10] Western Union. Government Exhibit 293A relates to a $500

[11] transfer on May 24, 1999, sent in the name of Adel Aiswim to

[12] Mokhtar Haouari, control number 910655586. Government Exhibit

[13] 293B relates to a $2,100 transfer and September 30, 1999, sent

[14] in the name of Shih Benyamin to Mokhtar Haouari, control

[15] number 9154260365. Those records were created and maintained

[16] by Western Union as part of its regularly conducted business

[17] activity consistent with its regular practice. The records

[18] now marked as Government Exhibit 293A and 293B are true and

[19] accurate copies of those authentic business records. As a

[20] result, Government Exhibits 293A and 293B satisfy the criteria

[21] for records of regularly conducted activity under Rule 803(6)

[22] of the Federal Rules of Evidence."

[23] Based on the stipulation, the government offers 293A,

[24] 293B.

[25] MR. OLLEN: No objection.

UNITED STATES OF AMERICA v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

Page 528

[1] THE COURT: Received.

[2] (Government Exhibits 293A, 293B received in evidence)

[3]

[4] (Continued on next page)

[5]

[6]

[7]

[8]

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 529

[1] MS. BAKER: Turn next to Government's Exhibit 294.

[2] "It is hereby stipulated and agreed that if called to

[3] testify, one or more witnesses with knowledge would testify as

[4] follows: Government's Exhibit 295 is a set of documents from

[5] Mailboxes Etc. relating to a package with UPS tracking No.

[6] 45870396765. Those records were created and maintained by

[7] Mailboxes Etc. as part of its regularly-conducted business

[8] activity and consistent with its regular practice."

[9] The records now marked as Government's Exhibit 295

[10] are true and accurate copies of those authentic business

[11] records. As a result, Government's Exhibit 295 satisfies the

[12] criteria of records for regularly-conducted activity under

[13] Rule 8036 of the Federal Rule of Evidence.

[14] Your Honor, based on that stipulation, the government

[15] offers Exhibit 295.

[16] MR. OLLEN: No objection.

[17] THE COURT: Received.

[18] (Government's Exhibit 295 received in evidence)

[19] MS. BAKER: May we publish 295 to the jury, your

[20] Honor?

[21] THE COURT: You may.

[22] (Government Exhibit 295 was published to the jury)

[23] MS. BAKER: Finally, Government Exhibit 296.

[24] It is hereby stipulated and agreed that if called to

[25] testify, one or more witnesses with knowledge would testify as

Page 530

[1] follows: Government's Exhibit 297 is a set of records from

[2] United Parcel Service relating to the package with UPS

[3] tracking No. 4587039676. Those records were created and

[4] maintained by United Parcel Service as part of its

[5] regularly-conducted business activity and consistent with its

[6] regular practice.

[7] The records now marked as Government's Exhibit 297

[8] are true and accurate copies of those authentic business

[9] records. As a result, Government Exhibit 297 satisfies the

[10] criteria for records of regularly-conducted activity under

[11] Rule 8036 of the Federal Rules of Evidence. Based on

[12] Government's Exhibit 296, the government offers Exhibit 297.

[13] MR. OLLEN: No objection.

[14] THE COURT: Received.

[15] (Government's Exhibit 297 received in evidence)

[16] MR. BIANCO: Your Honor, the government calls Ahmed

[17] Ressam.

[18] THE COURT: I take it this gentleman is an

[19] interpreter.

[20] MR. BIANCO: Yes, your Honor.

[21] THE COURT: Could you swear the interpreter.

[22] (Interpreter sworn).

[23] THE INTERPRETER: My name is Toufic Maged.

[24] THE CLERK: State your full name and spell your first

[25] name and your last name for the record.

Page 531

[1] THE WITNESS: Ressam, Ahmed; R-E-S-S-A-M, that's the

[2] last name, Ahmed A-H-M-E-D.

[3] THE COURT: You may proceed, Mr. Bianco.

[4] MR. BIANCO: Thank you, your Honor.

[5] Mr. Ressam, I'll ask you to please keep your voice up

[6] and speak slowly so that the interpreter can hear you.

[7] I would ask the interpreter to speak up because you

[8] don't have a microphone, so that would help.

[9] DIRECT EXAMINATION

[10] BY MR. BIANCO:

[11] Q: Mr. Ressam, how old are you?

[12] A: 34 years old.

[13] Q: Where are you currently living?

[14] A: I live in prison.

[15] Q: Where were you born?

[16] A: In Algeria.

[17] Q: What's your native language?

[18] A: Arabic.

[19] Q: Do you speak any other languages besides Arabic?

[20] A: French, yes.

[21] Q: How about English?

[22] A: Very, very little.

[23] Q: Would it assist you to testify with the aid of an

[24] interpreter today?

[25] A: Yes.

**Trial Volume 5**
**July 3, 2001**

**UNITED STATES OF AMERICA** v.
**MOKHTAR HAOUARI**

---

Page 532

[1] Q: Do you prefer an Arabic interpreter or a French
[2] interpreter?
[3] A: Arabic.
[4] Q: Mr. Ressam, how long have you been in jail?
[5] A: From December 14, 1999.
[6] Q: Is that the date of your arrest near Seattle?
[7] A: Yes.
[8] Q: What were you charged with in connection with that arrest
[9] on December 14th?
[10] A: I was accused with nine accusations, nine charges.
[11] Q: And what was the — what were those charges related to?
[12] A: Terrorism and transporting explosives and other matters.
[13] Q: Did you have a trial?
[14] A: Yes.
[15] Q: Where was the trial?
[16] A: In the city of Los Angeles.
[17] Q: And what was the result of your trial?
[18] A: I was found guilty.
[19] Q: On all counts?
[20] A: Yes.
[21] Q: Approximately when did your trial end?
[22] A: At the beginning of April.
[23] Q: What year?
[24] A: 2001.
[25] Q: How much jail time, Mr. Ressam, are you now facing when

Page 533

[1] you're sentenced as a result of that conviction?
[2] A: Life imprisonment.
[3] Q: Is there a number?
[4] A: The maximum sentence would be 130 years.
[5] Q: Following that conviction, did there come a time when you
[6] began meeting with the government in an effort to cooperate?
[7] A: Yes.
[8] Q: Approximately when did you begin meeting with the
[9] government?
[10] A: At the beginning of May 2001.
[11] Q: And on approximately how many different days did you meet
[12] with the government?
[13] A: Between 10 to 15 days.
[14] Q: And following those meetings, did you enter into a
[15] cooperation agreement with the government?
[16] A: Yes.
[17] MR. BIANCO: May I approach, your Honor?
[18] THE COURT: Yes.
[19] Q: Showing you what's been marked for identification as
[20] Government's Exhibit 3560-S, do you recognize that document,
[21] Mr. Ressam?
[22] A: Yes.
[23] Q: What is it?
[24] A: That is the agreement between me and the government.
[25] Q: When was that agreement finalized?

Page 534

[1] A: As it is written here, the 23rd of June 2001.
[2] Q: Did you sign it?
[3] A: Yes.
[4] Q: Can you tell the jury what your understanding is of what
[5] you're required to do under that agreement?
[6] A: To say everything that I've done and about the people that
[7] I know in terrorism and to testify, also.
[8] Q: Are you required to testify only at this trial?
[9] A: No, in all — in all the trials in the U.S.
[10] Q: What is your understanding of the benefit you will receive
[11] from the government if you comply with the terms of that
[12] agreement?
[13] A: It is to lower my prison sentence.
[14] Q: What's your understanding of how that would work?
[15] A: The government would address a letter to the Court, to the
[16] judge, and he would make a decision on that.
[17] Q: What would the letter contain?
[18] A: It will state the cooperation that I have provided the
[19] government and what assistance that I've given them.
[20] Q: And you're hoping that letter would result in a reduced
[21] sentence?
[22] A: Yes.
[23] Q: Under the agreement, what's the maximum sentence you now
[24] face?
[25] A: 130 years.

Page 535

[1] Q: Under the agreement, what is the lowest sentence that your
[2] attorney is allowed to ask for at sentencing?
[3] A: 27 years.
[4] Q: Under the agreement, what's the highest sentence that the
[5] government can recommend to the judge?
[6] A: There is no limit, 130 years.
[7] Q: Who ultimately will decide what sentence you will receive?
[8] A: The judge.
[9] MR. BIANCO: Your Honor, at this time, the government
[10] offers 3560-S.
[11] MR. OLLEN: No objection, your Honor.
[12] THE COURT: Received without objection.
[13] (Government's Exhibit 3560-S received in evidence)
[14] Q: Mr. Ressam, you stated earlier that you were born in
[15] Algeria; correct?
[16] A: Yes.
[17] Q: Did you go to school in Algeria?
[18] A: Yes.
[19] Q: How far did you get in school?
[20] A: High school.
[21] Q: When did you graduate?
[22] A: As far as I remember, it was 1988.
[23] Q: Did there come a time when you left Algeria?
[24] A: Yes.
[25] Q: Approximately when was that?

Page 536

[1]   A: Fall, 1992.
[2]   Q: What were you doing in Algeria between 1988 and the fall
[3] of 1992?
[4]   A: I used to work with my father in a coffee shop.
[5]   Q: When you left Algeria in 1992, where did you go?
[6]   A: I went to France.
[7]   Q: Why did you go to France?
[8]   A: Looking for work, looking for work.
[9]   Q: How long did you stay in France?
[10]   A: '92, until the beginning of '94.
[11]   Q: Were you legally in France?
[12]   A: No, I was illegal.
[13]   Q: Were you working there?
[14]   A: Yes, I worked in the island of Corsica.
[15]   Q: And what type of work were you doing in France during that
[16] two-year period?
[17]   A: I worked in the vineyards collecting grapes, and the same
[18] with oranges, and a painter in a tourist resort.
[19]   Q: What happened in early 1994?
[20]   A: I travelled from France to Canada.
[21]   Q: Why did you do that?
[22]   A: To improve my life situation and improve my life in
[23] general.
[24]   Q: What type of travel document did you use to get into
[25] Canada?

Page 537

[1]   A: A fake French passport.
[2]   Q: What city did you go to?
[3]   A: To the city of Montreal.
[4]   Q: What happened when you arrived to Montreal?
[5]   A: Immigration stopped me.
[6]   Q: At the airport?
[7]   A: Yes. Immigration stopped me at the airport. At that
[8] time, I requested asylum.
[9]   Q: And how did you request — how did you request asylum?
[10]   A: I provided them with a false story about to request
[11] political asylum. They kept me at their center there and then
[12] they let me go.
[13]   Q: When they let you go, what city did you live in?
[14]   A: I lived in the city of Montreal.
[15]   Q: How long did you live in Montreal?
[16]   A: From 1994 to 1998.
[17]   Q: Did you live at one location in Montreal during those four
[18] years?
[19]   A: No, I lived in many places.
[20]   Q: Did you live alone?
[21]   A: I lived at the beginning by myself and then I lived with
[22] my friend Labsi Mustafa and with Boumezbeur Adel, and Atmani
[23] Said, who is Karim, and also Labsi Mustafa.
[24]   Q: During that four-year period you were in Montreal, did you
[25] have any jobs?

Page 538

[1]   A: I worked only one week distributing advertising leaflets.
[2]   Q: How did you support yourself during that four-year period?
[3]   A: I lived on welfare and theft.
[4]   Q: What do you mean by "theft"?
[5]   A: I used to steal tourists, rob tourists. I used to go to
[6] hotels and find their suitcases and steal them when they're
[7] not paying attention.
[8]   Q: And what would you do with the contents of those
[9] suitcases?
[10]   A: I used to take the money, keep the money, and if there are
[11] passports, I would sell them, and if there are Visa credit
[12] cards, I would use them up, and if there were any traveler's
[13] checks, I would use them or sell them.
[14]   Q: Now, did you do this alone or with others?
[15]   A: Mostly with others.
[16]   Q: Approximately could you estimate how many times you did
[17] that during that four-year period in Montreal?
[18]   A: Maybe 30 to 40 times.
[19]   Q: Did you ever get arrested for these thefts?
[20]   A: Yes, four times, I believe.
[21]   Q: Were you ever convicted?
[22]   A: Yes, one time.
[23]   Q: Did you serve any jail time from that conviction?
[24]   A: No, but I paid a fine.
[25]   Q: Mr. Ressam, do you know an individual named Mokhtar

Page 539

[1] Haouari?
[2]   A: Yes.
[3]   Q: Do you see him in court today?
[4]   A: Yes.
[5]   Q: Can you identify Mr. Haouari for the record?
[6]   A: He's sitting in the middle there with a blue shirt.
[7]   THE COURT: Indicating the defendant.
[8]   Q: Can you tell the jury when you first met Mokhtar Haouari?
[9]   A: At the beginning of '94, when I first got to Canada.
[10]   Q: In Montreal?
[11]   A: Yes, in Montreal in a building on Saint Hubert Street.
[12]   Q: And how did you meet him?
[13]   A: I knew some friends who lived there. I used to go meet
[14] them there.
[15]   Q: Now, how often did you see Mokhtar Haouari in that
[16] four-year period you were in Montreal from '94 to '98?
[17]   A: I don't remember precisely. I met him by coincidence or
[18] in some — at certain events.
[19]   Q: Social events?
[20]   A: Yes.
[21]   Q: From '94 to '98, did you ever hear the defendant discuss
[22] criminal activity?
[23]   A: Yes.
[24]   Q: What did you hear Mokhtar Haouari talk about?
[25]   A: About bank accounts.

Page 540

[1]  Q: What did he tell you about bank accounts?

[2]  A: He used to open accounts and deposit checks and once he

[3]  gets the bank statement, he withdraws the money.

[4]  Q: What type of checks?

[5]  A: I don't know precisely what type of checks, just checks

[6]  that are deposited in the bank.

[7]  Q: Were they real checks?

[8]  A: Yes, real checks, but stolen, probably stolen.

[9]  Q: Did you hear him talk about any other criminal activity

[10] other than the bank accounts during that four-year period?

[11]  A: He used to sell passports, travel passports.

[12]  Q: Did you yourself engage in any fraud activity within that

[13] four-year period?

[14]  A: Yes, I sent him identity papers with bank cards.

[15]  Q: When was that?

[16]  A: In '96 and '97, I don't remember precisely, in that

[17] period.

[18]  Q: And can you explain to the jury what you did, what type of

[19] identity papers are you talking about?

[20]  A: Social Security number, a driver's license numbers, and

[21] bank cards, three types of cards.

[22]  Q: Where did you get them from?

[23]  A: My friend Mustafa stole them.

[24]  Q: What did you get in return for giving those identities to

[25] Mr. Haouari?

Page 541

[1]  A: I got $60 for that from him.

[2]  Q: Were there any other occasions during that four years in

[3]  Montreal from '94 to '98 that you engaged in fraud with

[4]  Mr. Haouari?

[5]  A: I sent him — I remember in that period — in the fall of

[6]  '97, I sent him a Canadian passport that had my photograph in

[7]  it — that I was using myself and I sent it to him.

[8]  Q: Why did you give that passport up?

[9]  A: I wanted a better passport.

[10]  Q: And did you receive anything for giving him that passport?

[11]  A: $110.

[12]  MR. BIANCO: Your Honor, the next topic is going to

[13] take about 15 minutes.

[14]  THE COURT: Fine. I was just going to say to you,

[15] when you get to a point that's logical to break, we can take

[16] our morning recess, I have two other cases I have to handle.

[17] So, the recess is probably going to be until about five

[18] minutes to 11.

[19]  Don't discuss the case or come to any conclusions.

[20] See you in about 20 minutes.

[21]  (Jury excused)

[22]  (Recess)

[23]  (In open court; jury not present)

[24]  THE COURT: I understand that counsel wants to see me

[25] at the sidebar before the jury comes in.

Page 542

[1]  (At the sidebar)

[2]  MR. OLLEN: Judge, at the end of Ressam's testimony

[3]  before the break, Mokhtar Haouari started to percolate a

[4]  little bit. It looked like he was getting very upset. I

[5]  think it might be an appropriate time to tell him to calm

[6]  down.

[7]  THE COURT: Thank you very much.

[8]  MR. BIANCO: I don't know whether you want to do that

[9]  in front of the juror's spouse or in some other way.

[10]  THE COURT: Thank you very much.

[11]  Marshal, could you bring Mr. Haouari up to the

[12] sidebar with the interpreter.

[13]  Hold the jury for a minute.

[14] Good morning. How are you today. Are you all right?

[15]  THE DEFENDANT: (In English) It's O.K.

[16]  THE COURT: I don't know what Ressam is going to

[17] testify to, I never saw Ressam until this morning, but it may

[18] be that it's going to be testimony that's upsetting to you.

[19] You have to control yourself.

[20]  THE DEFENDANT: Yes.

[21]  THE COURT: Remember that.

[22]  THE DEFENDANT: Yes.

[23]  THE COURT: Now, if you feel like you're upset, just

[24] turn to the interpreter and Mr. Ollen and ask for a recess and

[25] I'll give you a recess. But don't do anything stupid because

Page 543

[1] you're going to hurt yourself.

[2]  THE DEFENDANT: I'm sorry.

[3]  THE COURT: I accept your apology. And I called you

[4] up because I don't want any problem; O.K.?

[5]  THE DEFENDANT: Yes.

[6]  THE COURT: Very good. Thank you.

[7] Bring the jury in, sir, thank you.

[8]  (Continued on next page)

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]



UNITED STATES OF AMERICA   v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

---

Page 544

[1] THE COURT: Before you start, Mr. Bianco, I conferred

[2] with counsel and direct is probably going to be several hours.

[3] I told you that we would work until about 1:30. If it turns

[4] out that you are not finished by Mr. Bianco, that's fine. If

[5] you reach a logical stage shortly before 1:30 where you shift

[6] into another subject and you are not going to finish, we will

[7] break then, the point being I don't have to have to break in

[8] the middle of a subject.

[9] The other thing is it's only 5 after 11:00. We are

[10] going to work until 1:30. We will probably take another

[11] break. The next break would likely be around 12:15 or 12:30.

[12] So you can pace yourself. If you think there is a logical

[13] time, you can take it around then.

[14] MR. BIANCO: Thank you, your Honor.

[15] THE COURT: You may proceed.

[16] BY MR. BIANCO:

[17] Q: Mr. Ressam, during that four-year period in Montreal from

[18] '94 to early '98, did you practice a religion?

[19] A: Yes, the Islamic religion.

[20] Q: While you were in Montreal during those four years, did

[21] you attend a mosque?

[22] A: Yes, especially on Fridays.

[23] Q: Would you attend on other days other than Fridays?

[24] A: Yes. When I had time, I used to do that.

[25] Q: Did there come a time when you became interested in going

---

Page 545

[1] to Afghanistan?

[2] A: Yes.

[3] Q: Can you tell the jury approximately when that was?

[4] A: When my friends returned from Afghanistan, toward the end

[5] of summer, when they returned from Afghanistan.

[6] Q: What year?

[7] A: 1997.

[8] Q: Can you describe to the jury how you became interested in

[9] going to Afghanistan?

[10] A: My friends came back and talked to me about the training

[11] that they have received, the learning that they have gotten,

[12] and about jihad, and I got, they encouraged me so I got

[13] interested.

[14] Q: Where did they tell you they had gotten that training?

[15] A: In Afghanistan.

[16] Q: Where in Afghanistan?

[17] A: In the camp of Khalden.

[18] Q: Did there come a time when you expressed interest in going

[19] to the camp yourself?

[20] A: Yes.

[21] Q: Why did you want to go to the camp; what did you intend to

[22] do?

[23] A: I had an interest in joining jihad in Algeria.

[24] Q: Did you subsequently go to Afghanistan?

[25] A: Yes, I got my business in order and I went to Afghanistan.

---

Page 546

[1] Q: Approximately when was that?

[2] A: In 17 March 1998.

[3] Q: Who arranged that trip to Afghanistan for you?

[4] A: My friend Abderraouf Hannachi.

[5] Q: Who is Mr. Hannachi?

[6] A: He is a friend who was in Afghanistan.

[7] Q: Explain to the jury how you physically got from Montreal

[8] to Afghanistan.

[9] A: I bought a ticket, a ticket from Montreal to Karachi.

[10] Q: Where is Karachi?

[11] A: Karachi is in Pakistan.

[12] Q: Where is Pakistan in relation to Afghanistan?

[13] A: They share a border.

[14] Q: What happened when you arrived in Pakistan?

[15] A: I got in touch with Abu Zubeida when I reached Pakistan.

[16] Abderraouf Hannachi left word for me with Abu Zubeida.

[17] Q: You named Abu Zubeida; is that his real name?

[18] A: No, it's not his real name.

[19] Q: Do you know his real name?

[20] A: No, I don't.

[21] Q: What is Abu Zubeida, what is that name?

[22] A: That is just an alias.

[23] Q: Do many of the people in the camps use aliases?

[24] A: Yes, all those who go to over there use aliases; they

[25] never use their real names.

---

Page 547

[1] Q: What was your alias?

[2] A: Nabil.

[3] Q: Can you explain to the jury what Abu Zubeida really was in

[4] connection with the camps?

[5] A: He is the person in charge of the camps. He receives

[6] young men from all countries. He accepts you or rejects you.

[7] And he takes care of the expenses of the camps. He makes

[8] arrangements for you when you travel coming in or leaving.

[9] Q: Did you also meet any of his deputies or assistants?

[10] A: Yes.

[11] Q: What was his name?

[12] A: Ben Sheik.

[13] Q: Were Abu Zubeida and Ben Sheik affiliated with a terrorist

[14] organization?

[15] A: Yes.

[16] Q: When you met with Abu Zubeida in Pakistan what happened?

[17] A: He prepared the things for me to enter into Afghanistan.

[18] Q: What camp were you assigned to in Afghanistan?

[19] A: He sent me to Khalden camp.

[20] Q: Can you explain in general terms how you got from meeting

[21] with Abu Zubeida in Pakistan to Khalden camp in Afghanistan?

[22] A: He sent me a letter, sent with me a letter in Afghani,

[23] with an Afghani person to accompany me along the road. And he

[24] gave me Afghani clothes to wear and I was told to grow a

[25] beard. Then you go by car to the border of Afghanistan, and

---

Page 548

[1] then early in the morning you go in with other Afghanis, or

[2] you can go by way of the mountain.

[3]    Q: When did you arrive to Khalden camp, what month? .

[4]    A: The end of April approximately.

[5]    Q: What year?

[6]    A: 1998.

[7]    Q: How long were you in that camp for?

[8]    A: From five to six months.

[9]    Q: Approximately how many people were in that camp at any

[10] given time?

[11]    A: They varied, the number varied from 50, goes up to 100,

[12] goes down to 70.

[13]    Q: Who was leader of that camp?

[14]    A: The big chief there was Ben Sheik, but who the person in

[15] charge on site in the camp was Farouk.

[16]    Q: Can you describe how the camp was organized?

[17]    A: It had people from all nationalities who were getting

[18] training there, and each group stayed together, those who will

[19] have some work to do together later on. Each group was formed

[20] depending on the country they came from.

[21]    Q: Can you name some of the countries that were represented

[22] at the camp?

[23]    A: Yes. Jordanians, Algerians, from Yemen, from Saudi

[24] Arabia, from Sweden, from Germany also, French also, Turks

[25] also, and Chechnyans also.

Page 549

[1]    Q: Which group were you part of?

[2]    A: I belonged to the Algerian group.

[3]    Q: During those five or six months at that camp did you

[4] receive training?

[5]    A: Yes, I received training.

[6]    Q: What type of training did you receive first?

[7]    A: I received training in light weapons, handguns, and small

[8] machine gun and a large one, RPG.

[9]    Q: Explain what an RPG is.

[10]    A: It is a small rocket launcher that is used in fighting in

[11] the mountains and in cities against tanks.

[12]    Q: Who supplied the weapons and ammunition that were used in

[13] the camp?

[14]    A: They used to buy it from the taliban.

[15]    Q: Who is a taliban?

[16]    A: The rulers now in Afghanistan.

[17]    Q: How long did you receive this light weapons training for?

[18]    A: When I first joined, yes.

[19]    Q: For how long?

[20]    A: About a month, I remember about a month.

[21]    Q: What type of training did you receive next?

[22]    A: I received training in explosives.

[23]    Q: What type of explosives training did you have?

[24]    A: How to make a charge, the types of explosives, TNT, C4.

[25]    Q: What is C4?

Page 550

[1]    A: It's a plastic explosive, and there is another one that

[2] was called black plastic.

[3]    Q: Were you taught applications for the use of these

[4] explosives in that training?

[5]    A: Yes, we used them; we blew them up.

[6]    Q: What was that type of training called, the applications

[7] part of that training? .

[8]    A: One involved the types of explosives and then one is

[9] called sabotage.

[10]    Q: What did the sabotage part of the training consist of?

[11]    A: How to blow up the infrastructure of a country.

[12]    Q: What types of targets were you trained on?

[13]    A: The enemies' installations, special installations and

[14] military installations, such installations such as electric

[15] plants, gas plants, airports, railroads, large corporations,

[16] gas, gas installations and military installations also.

[17]    Q: How about government targets?

[18]    A: Hotels where conferences are held.

[19]    Q: How long did you take this explosives and sabotage

[20] training for?

[21]    A: It was, I don't remember precisely, but it was a little

[22] bit over a month, a month and a few days.

[23]    Q: Can you tell us what your next training was?

[24]    A: I also got training in urban warfare.

[25]    Q: Describe in a few sentences what that training was.

Page 551

[1]    A: We learned how to carry out operations in cities, how to

[2] block roads, how to assault buildings, and the strategies used

[3] in these operations.

[4]    Q: Did you receive training in tactics as well?

[5]    A: Yes.

[6]    Q: What types of things are you talking about were you taught

[7] in tactics? .

[8]    A: How to assassinate someone in an operation.

[9]    Q: What were you taught?

[10]    A: A person, for example, that you plan to assassinate, you

[11] would first observe him, surveil him, you watch when he comes

[12] in and leaves, and you find where he lives and you find out

[13] where his vulnerabilities are, and that is the place where you

[14] pick.

[15]    Q: Did you receive tactics training in connection with

[16] explosives?

[17]    A: Yes.

[18]    Q: What were you taught in connection with explosives?

[19]    A: First, how to surveil a place. When you go to a place you

[20] would wear clothing that would not bring suspicion to

[21] yourself, you would wear clothing that tourists wear. You

[22] would observe or you would also take pictures.

[23]    Q: Was security also taught at the camp?

[24]    A: Yes.

[25]    Q: Can you tell us generally what was taught about security?



UNITED STATES OF AMERICA v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

---

Page 552

[1] A: One is to preserve your secrets. And when you work in a
[2] group, each person knows only what he is supposed to do, not
[3] more, to preserve your secrets. Avoid the places that are
[4] suspicious or will bring suspicion upon you, such as mosques.
[5] Avoid wearing clothing that would bring suspicion upon you.
[6] When you speak on the phone, speak in a very natural, normal
[7] language, or in a for foreign language.
[8] Q: Do you know what a fatwah is?
[9] A: Yes.
[10] Q: Can you describe what you understand a fatwah to be?
[11] A: A fatwah is something that a learned person would come up
[12] with. If there is an issue that people want an opinion on,
[13] the religious, learned man would study the issue and would
[14] pass a judgment on it, whether it is permissible or not.
[15] Q: Permissible under what?
[16] A: In political or religious matters.
[17] Q: Were any fatwahs issued while you were at the camp in
[18] Afghanistan?
[19] A: Yes.
[20] Q: What were they?
[21] A: A fatwah issued by Sheikh Omar Abdel Rahman with his
[22] picture in on it, a piece of paper with his photograph on it.
[23] It said it was a fatwah by Omar Abdel Rahman from prison. It
[24] says fight Americans and hit their interest everywhere.
[25] Q: Were there other fatwahs similar to that issued?

Page 553

[1] A: Yes, there were.
[2] Q: You said you were part of the Algerian group in the camp,
[3] correct?
[4] A: Yes.
[5] Q: Approximately how many people were in the Algerian group?
[6] A: 30 or more; I don't remember precisely.
[7] Q: Who were the leaders of the Algerian group?
[8] A: The big person in charge was Montaz. He had others
[9] working with him, Abu Doha and Abu Jaffar.
[10] Q: Tell us how the people in the Algerian group were
[11] organized?
[12] A: They were a large group divided into cells. Each cell had
[13] a certain area, for example, Europe. Each cell had its emir
[14] that was in control. They stayed in touch in Pakistan with
[15] Abu Jaffar and Abu Doha who was in Europe.
[16] Q: Who was the leader of the Europe cell in the Algerian
[17] group?
[18] A: Fodail.
[19] Q: Approximately how many people were in your cell?
[20] A: I remember five.
[21] Q: Who were those people?
[22] A: Fodail, Abu Ahmed, Hakim, Mustapha, myself, and Karim was
[23] also was with us.
[24] Q: Were there discussions in your cell about conducting a
[25] terrorist operation?

Page 554

[1] A: Yes.
[2] Q: Can you describe to the jury what that discussion was?
[3] A: We were all to meet in Canada and we were all to carry out
[4] operations of bank robberies and then get the money to carry
[5] out an operation in America.
[6] Q: Did you discuss the timing of the operation in America?
[7] A: We wanted to carry it out before the end of 1999.
[8] Q: Did you discuss the type of target you would pick in the
[9] United States?
[10] A: Yes.
[11] Q: What was that discussion?
[12] A: The discussion was about an airport, an airport, a
[13] consulate, that's what I remember.
[14] Q: Were you aware of plans being made by other groups in the
[15] camp as well?
[16] A: Yes, there were others who were planning other than us.
[17] Q: Generally what did you do know about what the other groups
[18] were doing?
[19] A: To carry out operations in Europe, in the Gulf, against
[20] U.S. and Israel.
[21] Q: What was the timing of those operations?
[22] A: Before the year 2000.
[23] Q: When did you complete your training at the Khalden camp
[24] approximately?
[25] A: September, as far as I remember.

Page 555

[1] Q: What year?
[2] A: 1998.
[3] Q: What did you do next?
[4] A: Then I moved to a place in Jalalabad and outside Jalalabad
[5] there is a place called Toronta. I stayed there. I studied
[6] there. I had a course there in the manufacture of explosives.
[7] Q: Is Toronta a camp?
[8] A: It is a place and it has a camp.
[9] Q: Is that also in Afghanistan?
[10] A: Yes, also in Afghanistan.
[11] Q: Who authorized you to take that explosive manufacturing
[12] course training?
[13] A: Ben Sheik.
[14] Q: Who was the leader of that camp?
[15] A: An Algerian called Abu Sulieman.
[16] Q: Do you recall how long that explosive manufacturing
[17] training was?
[18] A: About a month and a half.
[19] Q: Can you describe in general terms what that training
[20] consisted of?
[21] A: We learned how to put chemical substances together to form
[22] explosives. We also learned how to make electronic circuits.
[23] Q: For what purpose?
[24] A: To use them to blow up things.
[25] Q: After you completed the manufacturing of explosives

---

Page 556

[1] training, did you have further discussions with your cell
[2] members about your plan?
[3] A: Yes, I had discussions with Fodail and Montaz, also Abu
[4] Jaffar.
[5] Q: Leaders of the group?
[6] A: Yes.
[7] Q: When was that discussion approximately?
[8] A: The beginning of Ramadan, I believe, 1998.
[9] Q: When would the beginning of Ramadan have been?
[10] A: In December I believe.
[11] Q: What was discussed with leaders of the group regarding the
[12] plan in December 1998?
[13] A: How to travel individually and then meet up in Canada.
[14] Q: What was discussed?
[15] A: At first we discussed how to collect money then how to go
[16] and carry out an operation in the United States.
[17] Q: What was the plans as to how people would come to Canada?
[18] A: I arrived first, first Mustapha was going to follow me.
[19] He was stopped by Immigration in Britain. He went first and
[20] stopped, then I followed, and then the others would meet in
[21] Great Britain and follow up one by one.
[22] Q: Did you discuss what you would do after you conducted the
[23] terrorist attack in the United States?
[24] A: We didn't; we weren't very specific. We said we either
[25] leave the United States or go to Algeria.

Page 557

[1] Q: After that meeting did there come a time when you left
[2] Afghanistan and returned to Canada?
[3] A: Yes.
[4] Q: When approximately was that?
[5] A: The beginning of 1999, in February.
[6] Q: Before returning to Canada did you meet again with Abu
[7] Zubeida?
[8] A: Yes, I passed by to see him and he made arrangements for
[9] my travel.
[10] Q: What country did you see Abu Zubeida in?
[11] A: In Pakistan.
[12] Q: He was leader of the camps?
[13] A: Yes.
[14] Q: Did you discuss anything when you met with Abu Zubeida on
[15] your return back to Canada?
[16] A: Yes. He asked me to send him some passports, some
[17] original passports if I had that he can use to give other,
[18] give to other people who had come to carry out operations in
[19] U.S.
[20] Q: What type of passports was he looking for?
[21] A: Canadian passports, but original.
[22] Q: Did he tell you the names of the people he wanted those
[23] passports for?
[24] A: He gave me some of the names.
[25] Q: Did you provide those names to the government when you

Page 558

[1] began cooperating?
[2] A: Yes.
[3] Q: Did you ever get those passports for Abu Zubeida?
[4] A: I tried but I was not successful.
[5] Q: Do you know whether those individuals ever got to the
[6] United States?
[7] A: I do not know.
[8] Q: During your meetings with the government did you provide
[9] the names of the leaders and trainers in the camps that you
[10] could recall?
[11] A: Yes.
[12] Q: Did you provide the names of members of the various cells?
[13] A: Yes.
[14] Q: Approximately how many names did you provide to the
[15] government from those camps?
[16] A: Many.
[17] Q: Did you provide the government with the terrorist
[18] organizations that leaders were affiliated with?
[19] MR. OLLEN: Objection; hearsay.
[20] THE COURT: Could you read the question.
[21] (Record read)
[22] THE COURT: The fact that he did it I will permit.
[23] He is not testifying as to who they are. Overruled.
[24] You may answer.
[25] A: Yes.

Page 559

[1] Q: When you traveled back to Canada in early 1999 did any of
[2] your cell members travel back with you?
[3] A: When I went to Canada, when I came to Canada?
[4] Q: Yes.
[5] A: No, I came alone.
[6] Q: Did you bring anything back to Canada with you from
[7] Afghanistan?
[8] A: Yes.
[9] Q: What did you bring?
[10] A: I came with some chemical substances. I brought also a
[11] notebook that had instructions on how to put together
[12] explosives. I brought a sum of money.
[13] Q: How much money did you bring back?
[14] A: $12,000.
[15] Q: Where did you get that from?
[16] A: From Montaz.
[17] Q: Why did Al Montaz give you $12,000?
[18] A: To take care of our affairs; first to get a house, to buy
[19] weapons.
[20] Q: You mentioned you brought back chemicals; can you describe
[21] what you brought back?
[22] A: Yes. Hexamine.
[23] Q: Explain what hexamine is.
[24] A: It is a substance used in the manufacture of explosives.
[25] It is a substance that is a booster that is used with



Page 560

[1] explosives.

[2] Q: What form is it in?

[3] A: It is in the form of tablets, but you grind it and then it

[4] becomes like a white powder.

[5] Q: Did you bring back any other chemicals?

[6] A: Also glycol which is a liquid.

[7] Q: What is glycol used for?

[8] A: It is also used in explosives.

[9] Q: When you left Afghanistan in February 1999, where did you

[10] travel back to?

[11] A: I went to Pakistan first. Then I went to Los Angeles in

[12] transit, and then took a plan from Los Angeles to Vancouver.

[13] Q: Who did you stay with in Vancouver?

[14] A: Abdelmajid Dahoumane.

[15] Q: Who was Abdelmajid Dahoumane?

[16] A: He is an old friend.

[17] Q: Can you tell us, from February of 1999 when you returned

[18] to Vancouver until December of 1999, where were you living?

[19] A: I lived in Montreal.

[20] Q: Did you ever travel outside of Montreal during that

[21] period?

[22] A: I used to travel to Vancouver to take care of business.

[23] Q: At that time were you legally in Canada?

[24] A: No, illegal.

[25] Q: What had happened to your political asylum claim?

Page 561

[1] THE INTERPRETER: Your Honor, I cannot understand the

[2] word he is saying.

[3] A: It was put in my file and the file was closed.

[4] Q: It was rejected?

[5] A: Yes, it was rejected.

[6] Q: Was there an immigration warrant issued for your arrest?

[7] A: I heard about that later after I left.

[8] Q: Did there come a time when you returned to Montreal in

[9] 1999 when you reestablished contact with Mokhtar Haouari?

[10] A: Yes, that summer.

[11] Q: What year was that?

[12] A: The summer of 1999.

[13] Q: Who put you in contact with the defendant again?

[14] A: Samir Ait Mohamed told me where he is working.

[15] Q: Who is Samir Ait Mohamed?

[16] A: He is a mutual friend of mine and Mokhtar.

[17] Q: Why did you want to get in contact with Mokhtar Haouari?

[18] A: I needed a Visa card.

[19] Q: Did you meet with the defendant to discuss getting a Visa

[20] card?

[21] A: Yes, I asked him if I can use the name of his store and

[22] pretend I am working in his store to obtain a Visa.

[23] Q: What was the defendant's response?

[24] A: He agreed.

[25] Q: What type of business did the defendant have?

Page 562

[1] A: He had a store, silver; it was called Artisanat Nord-Sud.

[2] Q: What name appeared on the credit card application?

[3] A: Benny Noris.

[4] Q: Who filled out that application?

[5] A: Mokhtar did.

[6] Q: After returning from Canada did you ever hear the

[7] defendant talk about committing fraud?

[8] A: Yes, in regard to Visa cards.

[9] Q: What did you learn from your conversations with the

[10] defendant; what was he doing?

[11] A: We discussed having a business together, him and I, and

[12] Samir Ait Mohamed. They asked me to open a store for them.

[13] Q: Did you learn what type of credit card fraud the defendant

[14] was involved in?

[15] A: Yes, Visa cards.

[16] Q: What were they doing with the Visa cards?

[17] A: They used to get names of people from restaurants or other

[18] stores and use that information to make cards.

[19] Q: Did you learn who else was involved in this scheme with

[20] the defendant?

[21] A: I knew that it was Mokhtar and Samir Ait Mohamed.

[22] Q: Did you ever observe the defendant with counterfeit credit

[23] cards?

[24] A: Once I was with Samir Ait Mohamed and Mokhtar in Samir's

[25] car, and Mokhtar had some cards, he put them in an envelope,

Page 563

[1] he went to Federal Express to mail them, I believe to America.

[2] Q: Do you remember approximately when that was?

[3] A: I believe in October.

[4] Q: What year?

[5] A: 1999.

[6] Q: Did you ever observe the defendant on any other occasions

[7] with counterfeit credit cards?

[8] A: Yes, I saw him in the house on Sherbrooke.

[9] Q: What did you see?

[10] A: It was a small place; there was a small computer and small

[11] device next to it. He used to imprint the cards there. He

[12] would type in some data and then swipe the card on the device

[13] next to it.

[14] Q: Did there come a time when you were asked to assist in the

[15] credit card fraud scheme?

[16] A: Yes.

[17] Q: Approximately when was that?

[18] A: Ends of October, the beginning of November.

[19] Q: What year?

[20] A: 1999.

[21] Q: What were those discussions; who was involved in those

[22] discussions; what were they about?

[23] A: Samir Ait Mohamed and Mokhtar. They asked me to get a

[24] store for them in order to collect information about Visa

[25] cards, and also about ATM cards.

Page 564

[1] Q: In whose name was the lease going to be under?

[2] A: In my name.

[3] Q: Your real name?

[4] A: No, Benni Noris.

[5] Q: What was the name Benni Noris?

[6] A: It was on the papers that I was using at that time.

[7] Q: Was that one of the fake names you were using?

[8] A: Yes. They are fake cards but they are original.

[9] Q: You agreed to open the store for them?

[10] A: Yes.

[11] Q: Were you supposed to receive anything from the proceeds of

[12] the fraud done through the store?

[13] A: Yes. Said Arrar was also with them. Yes, I was to

[14] receive something in return.

[15] Q: By the way, when you spoke with the defendant what

[16] language did you speak with him in?

[17] A: In Arabic.

[18] Q: When you go to the stores, when you went to stores in

[19] Montreal, what language would you speak in stores in Montreal?

[20] A: French, I used French.

[21] Q: During your interactions with the defendant in 1999, did

[22] you discuss the Afghanistan camps with him?

[23] A: Yes, I did.

[24] Q: Approximately when was that?

[25] A: The period toward the end of October, beginning of

Page 565

[1] November.

[2] Q: Do you recall how the subject came up?

[3] A: I remember I was with Mokhtar and Samir Ait Mohamed. We

[4] were talking about the jihad in Chechnya. He said he has a

[5] friend in America who is very eager to join the jihad. I said

[6] do you know this person well, this friend very well; if you

[7] trust him, it's not a problem, we can get him a Visa. And

[8] later on, I did call people in Afghanistan.

[9] Q: Did you describe your experience in Afghanistan to the

[10] defendant?

[11] A: Yes, in general.

[12] Q: What did you tell him?

[13] A: That there is a lot of training, lot of military training

[14] and people from all nationalities are there. You will have

[15] some difficulty at the beginning but then you get used to it.

[16] You learn a lot of military things, like explosives, weapons.

[17] And there is the Algerian group; you will get to know them.

[18] Q: What was the defendant's response when you described your

[19] experience at the camp?

[20] A: I don't remember precisely but he was interested in it.

[21] Q: What did you tell him about his interests?

[22] A: He wanted to go to Afghanistan also.

[23] Q: Did he want to go at that time?

[24] A: He wanted to leave later on, four to six months later

[25] after they open the store and after collecting some money. He

Page 566

[1] said what shall I take with me. I said take a computer along

[2] and some training clothes, sports clothes.

[3] Q: Did you ever have political discussions with the

[4] defendant?

[5] A: Yes, not very much.

[6] Q: What were those conversations about?

[7] A: In regard to Algeria, the government of Algeria, the

[8] situation in Algeria, and the different groups that are in

[9] Algeria, and in regard to the Islamic jihad in Algeria.

[10] THE INTERPRETER: I am sorry. Correction.

[11] A: In regard to the enemies of Islam.

[12] Q: Did you have discussions about any other countries other

[13] than Algeria?

[14] A: Yes, we talked about France and America.

[15] Q: What were your discussions about America?

[16] A: That it was an enemy of Islam and that if one is to carry

[17] out an operation, it would be better to have to hit the

[18] biggest enemy.

[19] Q: The biggest enemy being who?

[20] A: I mean America.

[21] Q: Who is doing the talking?

[22] A: I was talking.

[23] Q: Did defendant have a response?

[24] A: I don't remember precisely what he said, but he was

[25] interested in the subject.

Page 567

[1] MR. BIANCO: Your Honor, this might be a good time.

[2] THE COURT: We will recess for about ten minutes.

[3] Don't discuss the case or come to any conclusions.

[4] (Jury leaves courtroom)

[5] (Recess)

[6] (Continued on next page)

[7]

[8]

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

**Page 568**

[1]   (Robing room discussion off the record)

[2]   AHMED RESSAM, resumed.

[3]   (In open court; jury present)

[4]   THE COURT: You may proceed, Mr. Bianco.

[5]   MR. BIANCO: Thank you, your Honor.

[6]   DIRECT EXAMINATION Continued

[7]   BY MR. BIANCO:

[8]   Q: Mr. Ressam, when the time you returned from Afghanistan in

[9]   February of '99 in the months that followed, you did begin

[10]   making any preparation in connection with your plan to conduct

[11]   an attack on the U.S.?

[12]   A: Yes.

[13]   Q: What was some of the things you were doing in those few

[14]   months after you came back?

[15]   A: First I put my papers in order, my documents.

[16]   Q: What document do you mean? Documents? What type of

[17]   documents?

[18]   A: My bank card, driver's license, and insurance card.

[19]   Q: Under what name?

[20]   A: In the name of Benny Noris.

[21]   Q: And why was it important to get those papers in order?

[22]   A: So that if I want to travel, I want to — after I carry

[23]   out the operation, so it would be in order.

[24]   Q: Were you doing anything else in those several months?

[25]   A: Yes, I also started looking for chemical substances to

**Page 569**

[1]   find out where they are sold.

[2]   Q: Chemical substances for what?

[3]   A: To make explosives.

[4]   Q: Did you purchase any of those chemicals during those first

[5]   few months?

[6]   A: No, I just wanted to observe and get an idea.

[7]   Q: Did you do anything else?

[8]   A: Also, I wanted to know who sells weapons and I got in

[9]   touch with Samir Ait Mohamed.

[10]   Q: And what did you ask Samir Ait Mohamed for?

[11]   A: To find me a weapon.

[12]   Q: Why did you want a weapon?

[13]   A: So to use it and when my friends join me, arrive, we will

[14]   use it to carry out operations involving money.

[15]   Q: What do you mean "operations involving money"? What type

[16]   of operations?

[17]   A: Robbing currency exchanges, places that has money.

[18]   Q: In Canada?

[19]   A: Yes.

[20]   Q: Now, when you began cooperating with the government, did

[21]   you disclose the fact that you were going to use that gun in

[22]   connection with robbery?

[23]   MR. OLLEN: Objection, hearsay.

[24]   THE COURT: No. Under Rule 607, I'm going to permit

[25]   it because I take it as a preliminary question.

**Page 570**

[1]   You may answer the question.

[2]   Could you read the question again so the interpreter

[3]   could give it to the witness. Thank you.

[4]   (Record read)

[5]   A: No, I did not tell them that.

[6]   Q: You held that back?

[7]   A: Yes, yes.

[8]   Q: What did you say it was for?

[9]   A: To protect myself.

[10]   Q: Did there come a time when you learned about travel

[11]   problems that your fellow cell members were having? Did there

[12]   come a time when you learned about problems — travel problems

[13]   that your fellow cell members were having getting to Canada?

[14]   A: Yes.

[15]   Q: Approximately when did you hear about that?

[16]   A: At the beginning of the summer.

[17]   Q: In 1999?

[18]   A: Yes, in 1999.

[19]   Q: Do you recall how you learned about that?

[20]   A: Yes, by calling my friends.

[21]   Q: Which friends?

[22]   A: Labsi Mustafa and Abu Doha.

[23]   Q: Where were they?

[24]   A: They were in London.

[25]   Q: When you spoke to them, what did you learn?

**Page 571**

[1]   A: I learned that they changed their plans. They're not

[2]   coming to Canada, however, they're staying in Europe;

[3]   however, Mustafa was still hesitant.

[4]   Q: Why did they change their plans?

[5]   A: Because of the problems with Immigration. When they were

[6]   trying to come to Canada, they were stopped in London at the

[7]   Immigration.

[8]   Q: Who was stopped?

[9]   A: They stopped Mustafa, first of all, and then at the

[10]   beginning of the summer, Fodail was going to come and they

[11]   also stopped him.

[12]   Q: Fodail was the leader of your cell?

[13]   A: He was going to be the leader of my cell.

[14]   Q: So, after Fodail got stopped, what did they decide?

[15]   A: To remain in Europe.

[16]   Q: After you learned that they were going to remain in

[17]   Europe, did you abandon your terrorist plan?

[18]   A: I started thinking of how am I going to carry out the

[19]   operation.

[20]   Q: So, you decided to continue anyway?

[21]   A: Yes.

[22]   Q: Now, did there come a time when you actively began

[23]   preparing your terrorist plan?

[24]   A: Yes.

[25]   Q: Approximately when was that?

Page 572

[1]  A: In August, in the summer.

[2]  Q: Did you consider at that time what type of target your

[3] attack would be on?

[4]  A: Yes.

[5]  Q: What did you decide?

[6]  A: An airport in America in Los Angeles.

[7]  Q: Why did you decide on an airport?

[8]  A: Because an airport is sensitive politically and

[9] economically.

[10]  Q: Did you purchase anything in connection with picking the

[11] target?

[12]  A: Yes, I bought a map and I also bought a tourist book for

[13] North America.

[14]  Q: Did you make any markings on the map?

[15]  A: I put three circles around airports.

[16]  MR. BIANCO: May I approach, your Honor?

[17]  THE COURT: You may approach.

[18]  Q: You have before you what's in evidence as Government's

[19] Exhibit 333. Do you recognize 333?

[20]  A: Yes.

[21]  Q: What is that?

[22]  A: It is a map.

[23]  Q: A map that you made the markings on?

[24]  A: Yes, I put the mark on it.

[25]  Q: Now, what do those three circles represent on that map?

Page 573

[1]  A: Each one points to an airport.

[2]  Q: Were those potential targets?

[3]  A: Yes.

[4]  Q: Were you planning to attack all three?

[5]  A: No.

[6]  Q: What was your preference?

[7]  A: The airport of Los Angeles.

[8]  Q: Why was that your preference?

[9]  A: Because I have landed in it in the past, so I have an idea

[10] about it.

[11]  Q: When did you land there in the past?

[12]  A: Upon my return from Afghanistan in February 1999.

[13]  Q: Did you ever consider hitting multiple targets?

[14]  A: No. By myself, I cannot do that without personnel. I

[15] cannot do that.

[16]  Q: How about when you were back in Afghanistan, were multiple

[17] targets discussed by yourself?

[18]  A: Yes.

[19]  Q: Now, did you develop some idea of how you would conduct

[20] the attack at Los Angeles Airport?

[21]  A: Yes.

[22]  Q: What were you planning to do?

[23]  A: I will go to the city of Los Angeles. I will surveil the

[24] airport. I will survey the airports until I find one — a

[25] good one, and then I will bring a cart that is used for

Page 574

[1] luggage. I will put the cart in a place that is not

[2] suspicious and then I will observe the reaction of security,

[3] how long it took them to observe it.

[4]  Q: Would that suitcase have any explosives in it?

[5]  A: No, this was for rehearsal only.

[6]  Q: And after you conducted this rehearsal, what was your

[7] plan?

[8]  A: To actually execute the plan.

[9]  Q: Did you ever consider using more than one suitcase with

[10] explosives?

[11]  A: Yes, to use another bag that has nothing in it.

[12]  Q: I'm sorry. I didn't —

[13]  A: To use another bag that has nothing in it.

[14]  Q: Did you ever consider using more than one suitcase to put

[15] the explosives in?

[16]  A: I will first try to put the explosives in one suitcase and

[17] if there was not enough room in one suitcase, then I would use

[18] another suitcase.

[19]  Q: Now, by picking an airport as a target, Mr. Ressam, you

[20] realize that many civilians would die; didn't you?

[21]  A: Yes, I would have tried to avoid that as much as possible.

[22]  Q: But you knew no matter how you planted it, many would die;

[23] correct?

[24]  A: Yes.

[25]  Q: Now, in addition to picking a target, did you begin other

Page 575

[1] preparations for your attack?

[2]  A: For this plan?

[3]  Q: Yes. Starting after you picked the target, the airport,

[4] when you were in Canada, did you start then making other

[5] preparations for the attack?

[6]  A: Yes.

[7]  Q: When did you start doing that approximately?

[8]  A: In September.

[9]  Q: Can you explain to the jury what you did in September of

[10] '99?

[11]  A: I started buying electronic equipment and electronic

[12] components, small electronic components that will be used in

[13] putting together electronic circuits.

[14]  Q: Timing devices?

[15]  A: Yes.

[16]  Q: How many timing devices did you make?

[17]  A: I made four.

[18]  Q: Where did you make them?

[19]  A: In Montreal, at home.

[20]  Q: Over the months following making of the timing device, did

[21] you collect other materials for the bomb?

[22]  A: Yes, in Vancouver, I started collecting chemical

[23] materials.

[24]  Q: What did you collect?

[25]  A: Urea.



UNITED STATES OF AMERICA   v.
MOKHTAR HAOUARI

Trial Volume 5
July 3, 2001

Page 576

[1]  Q: Can you explain?
[2]  A: I bought urea.
[3]  Q: Can you explain what that is?
[4]  A: It is a fertilizer used in agriculture. It is also a
[5]  component used in explosives, after I add to it nitric acids.
[6]  Q: When you add nitric acid to urea, what does it become?
[7]  A: It becomes an explosive substance similar to TNT.
[8]  Q: And where did you get the urea from?
[9]  A: I bought it in garden shops — stores.
[10] Q: Did you purchase anything else there?
[11] A: I bought also aluminum sulfate.
[12] Q: What is that for?
[13] A: It is used also in agriculture as a fertilizer.
[14] Q: How is it used in connection with a bomb?
[15] A: Aluminum sulfate is mixed with urea.
[16] Q: What else did you collect for the bomb?
[17] A: Nitric acid and sulfuric acid. Those I stole from places
[18] that manufactured agricultural fertilizers.
[19] Q: Did — with respect to the urea and the acid, did anyone
[20] help you collect those materials?
[21] A: Yes, Abdelmajid Dahoumane helped me.
[22] Q: Over what period of time were you collecting those
[23] materials?
[24] A: In November.
[25] Q: As you were collecting these materials, what was your

Page 577

[1]  plan?
[2]  A: I was to go to the United States to the city of Los
[3]  Angeles.
[4]  Q: Did there come a time when you told Mokhtar Haouari about
[5]  your plan to come to the United States?
[6]  A: Yes, I told him I'm coming to the United States.
[7]  Q: How — can you tell us how that came up, first of all?
[8]  When did you first discuss that with him?
[9]  A: I remember at the beginning of November, I asked him to
[10] help me with some money and then I told him to take it out of
[11] my share in the store. I need this money, I told him, because
[12] I have some important business in the United States.
[13] Q: And did you describe that important business to him?
[14] A: In detail? No.
[15] Q: What did you discuss with him?
[16] A: I told him I need this money because you have — I have
[17] some very important business in the U.S. He said: No
[18] problem. And he said: If you're going to America, I have a
[19] friend in America who can help you. I said: Mokhtar, I'm not
[20] going to America for tourism. I am going on some very
[21] important and dangerous business.
[22] He said: There's no problem. He will be able to
[23] help you. I asked him: What does your friend do? He is
[24] involved in bank fraud. I asked him: Does he speak English
[25] well? And does he know how to drive? Is he well-known among

Page 578

[1]  the Islamic community and in the mosques? He said: No, he's
[2]  not known in the mosques. And he speaks good English.
[3]  I said: Talk to him and explain to him it's — this
[4]  matter very well. And see if he is able to help me. I need
[5]  somebody to help me in America.
[6]  Q: Now, why did you describe to him the business as
[7]  dangerous?
[8]  A: So, to know what kind of work I'm going to be doing when
[9]  he tells his friend to know — to have to be responsible.
[10] Q: Did you tell him that you were planning a target?
[11] A: No, no, I did not tell him about the target.
[12] Q: Why not?
[13] A: For security reasons. I didn't want to tell him.
[14] Q: Why did you ask him whether the friend he was proposing
[15] was known in the Islamic movement?
[16] A: If he is known among those people, he will bring suspicion
[17] upon me.
[18] Q: Now, you say you requested money at this meeting for your
[19] trip; correct?
[20] A: Yes.
[21] Q: Did you receive any money at that meeting?
[22] A: No.
[23] Q: Did you then meet with the defendant again?
[24] A: Yes, I met with him at his home.
[25] Q: Approximately how much time went by between the first

Page 579

[1]  meeting and the second meeting?
[2]  A: I don't remember precisely, just a few days.
[3]  Q: Do you recall what happened at the second meeting?
[4]  A: Yes, we met at his home. He gave me the money. And as I
[5]  said, $3,000 Canadian dollars, and he spoke to me about his
[6]  friend.
[7]  Q: What did he tell you about his friend?
[8]  A: He said: My friend Abdelghani will help you. I said:
[9]  Mokhtar, did you explain to him well the business in this
[10] work? He said: Yes, I told him about it. I told him it is a
[11] business that has shteah in him.
[12] Q: The term "shteah" what is that?
[13] A: "Shteah" basically means "dance," but whenever there's
[14] something that involves fear and danger, you say it is
[15] something that makes you dance.
[16] Q: Is that an Algerian term?
[17] A: Yes.
[18] Q: What else happened during that discussion?
[19] A: I remember now, yes, I got the money. I told him: Did
[20] you — your friend is capable and then I — I said to tell —
[21] I told him to tell his friend not to worry right now about
[22] going to Afghanistan.
[23] I said: After the operation in two to three months
[24] afterwards, he can leave.
[25] Q: Now, around the time of these conversations, were you

Page 580

[1] making arrangements that would allow the defendant's friend to
[2] travel to Afghanistan?
[3]   A: Yes, I did make some arrangement.
[4]   Q: What did you do?
[5]   A: I got in touch with my friend in Pakistan, Abu Jaffar,
[6] asking him for visas. He said: I don't have them. Why don't
[7] you ask Abu Doha in Great Britain.
[8]   Q: So, then what did you do?
[9]   A: So, I called Abu Doha. He said: Yes, he had some visas
[10] and I believe I asked him for two. He said: I don't have
[11] time to send them to you. I will give them to your friend,
[12] Mustafa, who in turn will send them to you.
[13]   Q: Now, why did you ask for two visas?
[14]   A: One for Mokhtar's friend and one for my friend, Dahoumane
[15] Abdelmajid to leave later on.
[16]   Q: Did you get those visas?
[17]   A: Yes.
[18]   Q: How did you get them?
[19]   A: By mail. They were received at the address of Dahoumane
[20] Abdelmajid.
[21]   Q: What did you do when you got those two visas?
[22]   A: I called Mokhtar. I told him to meet me at the metro
[23] station at St. Laurent metro station.
[24]   Q: Where is that? What city?
[25]   A: In Montreal.

Page 581

[1]   Q: And then what happened? Did you meet at the metro
[2] station?
[3]   A: Yes, we did.
[4]   Q: And what happened?
[5]   A: I gave him the two visas along with a piece of paper that
[6] had instructions on how to fill out the forms and it had
[7] stamps on it. I asked him to make those stamps.
[8]   Q: When you received the visas, how were they received? What
[9] did they have on them when you first received them?
[10]   A: They were blank.
[11]   Q: So, the information in the stamps has to be filled in?
[12]   A: Yes, you stick it in the passport, you fill it out, and
[13] then you put the stamps on it.
[14]   Q: And you gave those — the two visas to the defendant?
[15]   A: Yes.
[16]   Q: Did you have any additional discussion with him about
[17] getting another visa?
[18]   A: Yes.
[19]   Q: What was that discussion?
[20]   A: He said, can you get me another visa for my cousin, he
[21] needs a visa? He wants to go along with his friend. The
[22] friend and the cousin want to go together.
[23]   Q: And what was your response when he asked for that
[24] additional visa?
[25]   A: I said: No problem. I'll contact my friend in Great

Page 582

[1] Britain and we will see. I asked him for his address on
[2] Sherbrooke Street in the city of Montreal.
[3]   Q: Why did you ask him for his address?
[4]   A: Because I didn't want to send all of them to Abdelmajid to
[5] open a P.O. box. He said, no, I was going to open a P.O. box;
[6] however, he said, no, I'll give you my address.
[7]   Q: Once you had his address, what did you do?
[8]   A: I gave it to my friend in Great Britain.
[9]   Q: Abu Doha?
[10]   A: I'm not sure, Abu Doha or Mustafa.
[11]   Q: And do you know whether that additional visa ever arrived?
[12]   A: No, I don't know.
[13]   Q: Now, did you have any further discussions with the
[14] defendant in early November of '99 about identification
[15] documents?
[16]   A: Yes.
[17]   Q: When was that?
[18]   A: I asked him for an Algerian passport and a driver's
[19] license.
[20]   Q: Let's start with the driver's license. What did you ask
[21] him for?
[22]   A: To make me a driver's license.
[23]   Q: And what was his response?
[24]   A: He said, yes, he agreed.
[25]   Q: And did you give him any materials to make the license

Page 583

[1] with?
[2]   A: Yes, I give him a photograph and I gave him a name.
[3]   Q: You gave him your photograph?
[4]   A: Yes, my photograph.
[5]   Q: What name did you give him?
[6]   A: Mario Roig.
[7]   Q: Was it your understanding that the defendant himself was
[8] going to make that license?
[9]   A: How?
[10]   Q: Did you know whether he was making the license or was
[11] someone else making the license for him, if you know?
[12]   A: I don't know. I think another person.
[13]   Q: Did you give him any money for that license?
[14]   A: No.
[15]   Q: Did you tell him the purpose for the license?
[16]   A: I told him I needed it. I don't remember telling him the
[17] purpose.
[18]   Q: What about the passport, what did you tell him you needed
[19] the passport for?
[20]   A: Yes, I did.
[21]   Q: What did you tell him?
[22]   A: I said: Because after I'm through with America, I'm going
[23] to go back to Algeria.
[24]   Q: What type of passport did you want?
[25]   A: An Algerian passport.

UNITED STATES OF AMERICA   v.
MOKHTAR HAOUARI

**Trial Volume 5**
**July 3, 2001**

Page 584

[1]   Q: And what was the defendant's response when you requested
[2] the Algerian passport?
[3]   A: He said: Yes, and he found the passport.
[4]   Q: Now, after these conversations with the defendant in early
[5] November of '99, what did you do next? Where did you go?
[6]   A: I went to Vancouver.
[7]   Q: Approximately when was that?
[8]   A: I think it was the 17th of November.
[9]   Q: Why were you going to Vancouver in mid-November?
[10]   A: To get all the chemical materials and to make the
[11] explosives.
[12]   MR. BIANCO: Your Honor, I think this might be a good
[13] point to break.
[14]   THE COURT: All right. I don't think anybody is
[15] going to be mad. We'll break a little early for the 4th of
[16] July.
[17]   So, have a very happy 4th of July, everybody. And
[18] let me just take a minute. I've been discussing the
[19] scheduling here with the lawyers and it's possible that the
[20] case insofar as the proof will end Friday, it's possible.
[21]   Now, if that happens, know that you're off Monday and
[22] I would have to work with the lawyers Tuesday without the jury
[23] concerning the charge. So, very tentatively, this is still
[24] very tentative because I don't know what's going to happen
[25] Thursday and Friday. I don't know how long we're going to

Page 585

[1] take. There's a chance you'll be getting the case next
[2] Wednesday. In other words, it will definitely be over a lot
[3] quicker than originally anticipated and there's a chance
[4] you'll be getting it Wednesday of next week. So that you know
[5] that. And I'll see you then, please, on Thursday, July the
[6] 5th at 11:30.
[7]   Thank you very much. Have a nice 4th of July.
[8]   THE JURY: You, too.
[9]   (Jury excused)
[10]   (In open court; jury not present)
[11]   THE COURT: Do counsel need me for anything?
[12]   MR. OLLEN: No, your Honor.
[13]   MR. BIANCO: No, your Honor.
[14]   THE COURT: Have a nice holiday.
[15]   MR. BIANCO: You, too, your Honor.
[16]   (Proceedings adjourned to July 5 at 11:30 a.m.)

Page 586

[1]     INDEX OF EXAMINATION
[2] Witness          D    X    RD   RX
[3] DAVID GENDRON...........506   513
[4] ANDRE LABRECQUE..........514   519
[5]     GOVERNMENT EXHIBITS
[6] Exhibit No.              Received
[7] 310, 311, 313, 314 .........................509
[8] 312 .....................................509
[9] 311A ...................................511
[10] 330, 333, 333A-E, 334 .......................516
[11] 170, 171, 182, 182A, 184, 292, 294, 296 .....521
[12] 155, 172-174, 176, 176T ....................522
[13] 183A-B, 289, 289A, 290, 290A, 291, 291A .....524
[14] 185, 185T, 187, 187T ......................527
[15] 293A, 293B ...............................528
[16] 295 .....................................529
[17] 297 .....................................530
[18] 3560-S ..................................535

**Lawyer's Notes**

UNITED STATES OF AMERICA v.
MOKHTAR HAOUARI

## $

**$110** 541:11
**$12,000** 559:14, 17
**$18,351.76** 526:14
**$18,975.83** 525:13
**$2,100** 527:13
**$3,000** 579:5
**$500** 527:10
**$60** 541:1

## 1

**1** 510:2; 517:25; 521:16; 524:16; 525:7; 526:7
**10** 526:18; 533:13
**100** 548:11
**11** 541:18
**11:00** 544:9
**11:30** 585:6, 16
**12** 525:17
**1250** 515:7
**12:15** 544:11
**12:30** 544:11
**130** 533:4; 534:25; 535:6
**14** 532:5
**14th** 532:9
**15** 533:13; 541:13
**155** 522:4, 21, 25
**159** 521:9
**160** 521:10
**17** 513:17; 515:2, 5; 546:2
**170** 520:25; 521:2, 5
**171** 520:25; 521:2, 14
**172** 522:5, 21
**172-174** 522:25
**173** 522:7
**174** 522:7, 21
**176** 522:14, 19, 21, 25
**176T** 522:18, 22, 25
**177** 521:11
**17th** 584:8
**18** 525:8
**182** 520:25; 521:2; 523:3
**182A** 520:25; 521:2; 524:10
**183A** 523:7, 19, 21
**183A-B** 524:1, 4
**183B** 523:7, 19, 21
**184** 520:25; 521:2; 524:14
**185** 524:24; 525:5, 7; 526:24; 527:3
**185T** 525:3; 526:25; 527:3
**187** 525:25; 526:5, 7, 25; 527:3
**187T** 526:4, 25; 527:3
**194318847** 523:15
**1988** 535:22; 536:2
**1992** 536:1, 3, 5

**1994** 536:19; 537:16
**1997** 522:16; 525:9; 526:9; 545:7
**1998** 525:12, 17; 526:14, 18; 537:16; 546:2; 548:6; 555:2; 556:8, 12
**1999** 506:24; 507:2; 508:22; 512:21; 513:18; 515:2; 522:17; 527:11, 13; 532:5; 554:7; 557:5; 559:1; 560:9, 17, 18; 561:9, 12; 563:5, 20; 564:21; 570:17, 18; 573:12
**1:30** 544:3, 5, 10

## 2

**2** 510:12; 522:10; 525:9, 19; 526:9, 9
**20** 541:20
**2000** 554:22
**2001** 532:24; 533:10; 534:1
**22** 507:7
**227** 508:12; 509:10, 16; 511:19
**23rd** 534:1
**24** 527:11
**2525** 507:6, 21
**253-3429** 511:24
**27** 535:3
**28** 506:20; 522:17
**28314-2** 526:1
**289** 523:9, 19, 21; 524:1, 4
**289-0913** 512:8
**289-0918** 512:10
**289A** 523:9, 19, 22; 524:1, 4, 6
**290** 523:12, 19, 22; 524:1, 4, 7
**290A** 523:12, 19, 22; 524:1, 4
**291** 523:14, 19, 22; 524:1, 5
**291A** 523:14, 20, 22; 524:1, 5, 7
**292** 520:25; 521:2; 527:5
**293A** 527:9, 10, 18, 20, 23; 528:2
**293B** 527:9, 13, 18, 20, 24; 528:2
**294** 520:25; 521:3; 529:1
**295** 529:4, 9, 11, 15, 18, 19, 22
**296** 520:25; 521:3; 529:23; 530:12
**297** 530:1, 7, 9, 12, 15

## 3

**3** 522:18; 526:11

**30** 527:13; 538:18; 553:6
**31** 522:16
**310** 508:8, 12, 16, 21; 509:1, 4; 511:25; 512:1, 19
**311** 508:8, 16, 18, 21; 509:1, 4, 6, 10, 15, 17; 510:7, 17; 511:18
**311A** 508:8, 9; 510:10, 25; 511:3, 17
**312** 509:21, 22, 24
**313** 508:8, 16, 21; 509:1, 4; 512:13, 14, 18
**314** 508:9, 16, 21; 509:1, 4; 512:24; 513:2
**3182** 520:20
**33** 526:12
**330** 515:22, 23; 516:13, 16; 518:18
**333** 515:22, 23; 516:4, 8, 13, 16, 18; 572:19, 19
**333A** 515:22; 516:8, 13; 518:5
**333A-E** 516:16
**333B** 518:9
**333C** 518:15
**333D** 517:11
**333E** 517:16
**334** 515:22, 23; 516:13, 16; 518:24
**34** 531:12
**3429** 525:10
**3479** 522:12, 16; 526:12
**3517C** 520:21
**3560-S** 533:20; 535:10, 13

## 4

**4** 506:24; 507:2; 508:22; 512:21; 525:12; 526:13
**40** 538:18
**45970398876** 530:3
**45870396765** 529:6
**4th** 584:15, 17; 585:7

## 5

**5** 525:13; 526:15; 544:9; 585:16
**50** 548:11
**514** 512:11
**514-402-7550** 519:5
**514-523-4246** 525:12
**514-523-6884** 526:13
**51524** 515:7
**54165576011318** 520:17
**5th** 585:6

## 6

**6** 522:16; 525:12, 16; 526:18

**807** 569:24

## 7

**7** 526:13
**70** 548:12

## 8

**803(6** 523:23; 527:21
**803(8** 522:3
**8036** 529:13; 530:11
**898-8145** 512:10

## 9

**9** 519:12
**910655586** 527:12
**9154260365** 527:15
**92** 536:10
**9369942497** 523:8
**9364348148** 523:8
**94** 536:10; 539:9, 16, 21; 541:3; 544:18
**9415128090** 523:11
**9417070945** 523:15
**9417269436** 523:15
**9417269698** 523:13
**96** 540:16
**97** 540:16; 541:6
**98** 539:16, 21; 541:3; 544:18
**99** 568:9; 575:10; 582:14; 584:5

## A

**A-H-M-E-D** 531:2
**a.m** 585:16
**abandon** 571:17
**Abdel** 552:21, 23
**Abdelghani** 522:6; 525:1, 8, 16; 526:1, 8, 17; 579:8
**Abdelmajid** 560:14, 15; 576:21; 580:15, 20; 582:4
**Abderraouf** 546:4, 16
**able** 511:21; 517:21; 518:20; 577:22; 578:4
**above** 525:16; 526:17
**above-referenced** 526:22
**Abu** 546:15, 16, 17, 21; 547:3, 13, 16, 21; 553:9, 9, 15, 15, 22; 555:15; 556:3; 557:6, 10, 14; 558:3; 570:22; 580:5, 7, 9; 582:9, 10
**accept** 543:3
**accepts** 547:6
**accompany** 547:23

**account** 523:8, 10, 13, 15; 524:25; 525:7, 13, 14; 526:1, 8, 11, 15, 16, 19
**accountholder** 525:10; 526:10, 12
**accounts** 539:25; 540:1, 2, 10
**accurate** 522:5, 7, 15, 18; 523:20; 527:19; 529:10; 530:8
**accurately** 510:10
**accusations** 532:10
**accused** 532:10
**acid** 576:6, 17, 17, 19
**acids** 576:5
**acquire** 508:17
**actively** 571:22
**activities** 522:1; 524:23; 525:24; 526:3
**activity** 523:17, 23; 525:2; 527:17, 21; 529:8, 12; 530:5, 10; 539:22; 540:9, 12
**actually** 507:21; 574:8
**add** 576:5, 6
**addition** 574:25
**additional** 581:16, 24; 582:11
**address** 507:5, 6; 508:1, 14, 18, 19; 509:6, 17, 18; 511:18; 513:2; 521:23; 525:10, 16; 526:11, 18; 534:15; 580:19; 582:1, 3, 6, 7
**addressing** 511:5
**Adel** 507:5; 508:19, 22; 513:13; 527:11; 537:22
**adjourned** 585:16
**administers** 521:20
**administered** 511:20
**admitted** 513:11
**advertising** 538:1
**affairs** 559:18
**affiliated** 547:13; 558:18
**Afghani** 547:22, 23, 24
**Afghanis** 548:1
**Afghanistan** 545:1, 4, 5, 9, 15, 16, 24, 25; 546:3, 6, 8, 12; 547:17, 18, 21, 25; 549:16; 552:18; 555:9, 10; 557:2; 559:7; 560:9; 564:22; 565:8, 22, 25; 568:8; 573:12, 16; 579:22; 580:2
**afterwards** 579:24
**again** 512:1; 557:6; 561:13; 570:2; 578:23
**against** 549:11; 554:19
**agency** 521:25; 522:1
**ago** 506:15
**agreed** 510:1; 520:15; 521:6, 15; 523:4; 524:11, 15; 526:21; 553:22, 24; 561:24; 564:9; 582:24
**Agreement** 507:16; 533:15, 24, 25; 534:5, 12,

Trial Volume 5
July 3, 2001

UNITED STATES OF AMERICA  v.
MOKHTAR HAOUARI




23; 535:1, 4
agricultural 576:18
agriculture 576:4, 13
Ahmed 510:22; 512:17;
513:5, 21; 515:6, 8; 519:6;
530:16; 531:1, 2; 553:22;
568:2
aid 531:23
Airport 518:4, 8, 13, 14;
537:6, 7; 554:12, 12;
572:6, 7, 8; 573:1, 7, 20,
24; 574:19; 575:3
airports 517:4; 550:15;
572:15; 573:24
Ait 561:14, 15; 562:12,
21, 24; 563:23; 565:3;
569:9, 10
Al 559:17
Algeria 531:16; 535:15,
17, 23; 536:2, 5; 545:23;
556:25; 566:7, 7, 8, 9, 9,
13; 583:23
Algerian 549:2; 553:2, 5,
7, 10, 16; 555:15; 565:17;
579:16; 582:18; 583:25;
584:2
Algerians 548:23
alias 546:22; 547:1
aliases 546:23, 24
allow 580:1
allowed 535:2
alone 537:20; 538:14;
559:5
along 547:23; 566:1;
581:5, 21
Alswim 527:11
although 512:24
aluminum 576:11, 15
America 545:5, 6; 563:1;
565:5; 566:14, 15, 20;
572:6, 13; 577:18, 19, 20;
578:5; 583:22
Americans 552:24
ammunition 519:13, 14;
549:12
among 526:10; 577:25;
578:16
amount 513:20; 525:12;
526:14
Andre 514:11, 12
Angeles 516:21; 517:4,
13; 518:3; 532:16; 560:11,
12; 572:6; 573:7, 20, 23;
577:3
anticipated 585:3
apartment 507:7;
508:22; 513:12, 13, 15;
515:6, 7; 516:2, 20;
519:20, 22; 522:15;
526:12
apology 543:3
appear 512:6
appeared 562:2
appears 511:22; 512:5;
519:1

application 562:2, 4
applications 550:3, 6
approach 508:5; 515:19;
533:17; 572:16, 17
appropriate 542:5
Approximately 532:21;
533:8, 11; 535:25; 538:16;
545:3; 546:1; 548:4, 9;
553:5, 19; 554:24; 556:7;
557:4; 558:14; 563:2, 17;
564:24; 570:15; 571:25;
575:7; 578:25; 584:7
April 532:22; 548:4
Araar 521:9
Arabia 548:4
Arabic 531:18, 19; 532:1,
3; 564:17
area 512:11; 513:17, 19;
517:4; 519:5; 553:13
around 544:11, 13;
572:15; 579:25
arranged 546:3
arrangement 580:3
arrangements 547:8;
557:8; 580:1
Arrar 564:13
arrest 513:21, 24; 515:8;
532:6, 8; 561:6
arrested 538:19
arrive 548:3; 569:13
arrived 537:4; 546:14;
556:18; 582:11
articles 513:25
Artisanat 512:4; 562:1
aside 508:9
assassinate 551:8, 10
assault 551:2
assigned 507:4; 509:12;
547:18
assignment 515:5
assist 531:23; 563:14
Assistance 507:16;
534:19
assistants 547:9
asylum 537:8, 9, 11;
560:25
ATM 563:25
Atmani 537:22
attack 556:23; 568:11;
572:3; 573:4, 20; 575:1, 5
attend 544:21, 23
attention 515:2; 538:7
attorney 535:2
August 572:1
authentic 522:5, 8, 15;
523:20; 527:19; 529:10;
530:8
authorities 507:8, 12;
510:8; 512:23
authorized 555:11  
Avoid 552:3, 5; 574:21
aware 554:14

B

B 510:6, 16; 521:24;
522:14; 524:20; 525:21
back 517:16; 520:8;
540:10; 557:15; 559:1, 2,
6, 13, 20, 21; 560:5, 10;
568:14; 570:6; 573:16;
583:23
bag 508:18, 19; 513:3, 4;
574:11, 13
bags 515:18
BAKER 506:7, 14; 508:5,
25; 509:20, 25; 511:11, 15;
513:6; 514:8; 520:7, 13,
23; 521:4; 523:2; 524:6,
10; 527:5; 529:1, 19, 23
Bank 523:8, 8, 10, 10, 12,
12, 14, 14, 17; 524:11, 19,
21, 22, 23, 25; 525:3, 9,
17, 22, 23, 25; 526:3, 9,
18; 539:25; 540:1, 3, 6, 10,
14, 21; 554:4; 568:18;
577:24
Banque 510:7, 16;
525:21
Baran's 520:19
Based 522:20; 523:25;
526:24; 527:23; 529:14;
530:11
basically 579:13
basis 510:24
Beach 518:8
beard 547:25
became 544:25; 545:8
become 576:6
becomes 560:4; 576:7
began 533:6; 558:1;
569:20; 571:22
begin 533:8; 568:9;
574:25
beginning 521:5; 532:22;
533:10; 536:10; 537:21;
539:9; 556:8, 9; 557:5;
563:18; 564:25; 565:15;
570:16; 571:10; 577:9
behind 510:19
Belgium 508:2
belonged 549:2
Ben 547:12, 13; 548:14;
555:13
benefit 534:10
benefits 521:20, 22
Benni 564:4, 5
Benny 562:3; 568:20
Benyamin 527:14
Berrahal 521:10
besides 531:19
better 512:10; 541:9;
566:17
BIANCO 514:16; 515:19;
516:12; 517:5, 21; 518:1,
17; 519:15, 24; 520:3, 12;
530:16, 20; 531:3, 4, 10;

533:17; 535:9; 541:12;
542:8; 544:1, 4, 14, 16;
567:1; 568:4, 5, 7; 572:16;
584:12; 585:13, 15
big 516:10; 548:14; 553:8
biggest 566:18, 19
bit 542:4; 550:22
black 513:4; 550:2
blank 581:10
blew 550:5
block 551:2
blow 550:11; 555:24
blowup 518:5, 9, 19
blowups 516:8, 10; 517:7
blue 539:6
bomb 575:21; 576:14, 16
book 508:1, 14, 18, 20;
509:6, 17, 18; 511:18;
512:3; 572:12
booster 559:25
border 546:13; 547:25
born 531:15; 535:14
Boubeker 521:10
bought 546:9; 572:12,
12; 576:2, 9, 11
Boumezbour 507:6;
508:19, 23; 513:13;
537:22
Bowman 510:2
box 525:5, 5
branch 525:9; 526:9
break 541:15; 542:3;
544:7, 7, 11, 11; 584:13,
15
briefly 507:14
bring 542:11; 543:7;
551:20; 552:4, 5; 559:6, 9,
13; 560:5; 573:25; 578:16
Britain 556:19, 21; 580:7;
582:1, 8
broadcasts 514:2, 4
brought 559:10, 14, 20,
21
building 522:12; 539:11
buildings 551:2
Bureau 510:4
business 508:14, 20;
512:2; 523:17, 20; 524:22;
525:2, 24; 526:3; 527:16,
19; 529:7, 10; 530:5, 8;
545:25; 560:22; 561:25;
562:11; 577:12, 19, 17, 21;
578:6; 579:9, 11
buy 549:14; 559:18
buying 575:11

C

C 522:4; 524:24; 525:24
C4 549:24, 25
Caisse 524:18
California 517:4
call 511:7; 565:8

called 506:9; 510:2, 12;
514:13; 521:7, 16; 522:10;
523:4; 524:16; 525:19;
527:6; 529:2, 24; 543:3;
550:2, 6, 9; 555:5, 15;
562:1; 580:9, 22
calling 570:20
calls 506:7; 514:11;
530:16
calm 542:5
came 545:10; 548:20;
559:3, 5, 10; 565:2;
568:14; 577:7
camp 545:17, 19, 21;
547:18, 19, 21; 548:3, 7, 9,
13, 15, 16, 22; 549:3, 13;
551:23; 552:17; 553:2;
554:15, 23; 555:7, 8, 14;
565:19
camps 546:23; 547:4, 5,
7; 557:12; 558:9, 15;
564:22
Can 512:6; 514:20;
516:18, 24; 517:6, 25;
518:7, 24; 520:22; 531:6;
534:4; 535:5; 539:5, 8;
540:18; 541:15; 544:12,
13; 545:3, 8; 547:3, 20;
548:2, 16, 21; 550:23;
551:25; 552:10; 554:2;
555:19; 557:17; 559:20;
560:17; 561:21; 565:7;
575:9; 576:1, 3; 577:7, 19;
579:24; 581:20
Canada 506:21; 514:19;
522:13; 524:19; 525:9, 21;
526:9; 536:20, 25; 539:9;
554:3; 556:13, 19; 557:2,
6, 15; 559:1, 3, 3, 6;
560:23; 562:6; 569:18;
570:13; 571:2, 6; 575:4
Canadian 506:18;
507:18; 514:18, 21;
515:11; 518:25; 521:8;
541:6; 557:21; 579:5
CanTel 518:25
capable 579:20
capacity 524:20; 525:21
car 547:25; 562:25
card 508:20; 512:7;
513:3, 5; 520:16, 17;
561:18, 20; 562:2, 13;
563:12, 15; 568:18, 18
cards 507:25; 508:3, 3, 3,
15; 512:2; 538:12; 540:14,
21, 21; 562:8, 15, 16, 18,
23, 25; 563:7, 11, 25, 25;
564:8
care 547:7; 559:18;
560:22
carry 551:1; 554:3, 4, 7,
19; 556:16; 557:18;
566:16; 568:22; 569:14;
571:18
cart 573:25; 574:1
case 511:9; 541:19;
567:3; 584:20; 585:1
cases 541:16



cell 518:20; 553:12, 13, 16, 19, 24; 556:1; 559:2; 570:11, 13; 571:12, 13
cellphone 519:4
cells 553:12; 558:12
cellular 518:19, 25
center 537:11
certain 539:18; 553:13
chance 585:1, 3
change 571:4
changed 571:1
charge 547:5; 548:15; 549:24; 553:8; 584:23
charged 532:8
charges 532:10, 11
Chechnya 565:4
Chechnyans 548:25
check 525:12, 13, 18; 526:14, 15, 19
checks 538:13; 540:2, 4, 5, 5, 7, 8
chemical 555:21; 559:10; 568:25; 569:2; 575:22; 584:10
chemicals 559:20; 560:5; 569:4
chief 548:14
Chris 523:11
circle 518:2, 5, 7, 9, 11, 15
circled 517:3
circles 517:2, 19, 20, 22; 572:15, 25
circuits 555:22; 575:13
circulate 519:24; 520:1
cities 549:11; 551:1
City 506:25; 514:25; 516:21; 517:13; 521:18, 19; 532:16; 537:2, 3, 13, 14; 573:23; 577:2; 580:24; 582:2
civilians 574:20
claim 560:25
clearly 511:21; 512:8
CLERK 530:24
closed 526:19; 561:3
closet 513:4
clothes 547:24; 566:2, 2
clothing 551:20, 21; 552:5
code 512:11; 519:5
coffee 536:4
coincidence 539:17
Cole 523:13
collect 556:15; 563:24; 575:21, 24; 576:16, 20
collecting 515:17; 536:17; 565:25; 575:22; 576:22, 25
collectively 508:11
coming 547:8; 571:2; 577:6
committing 562:7

community 578:1
company 518:25; 524:12; 525:15; 526:16
complete 554:23
completed 506:20; 555:25
compliment 511:5
comply 534:11
component 576:5
components 575:12, 12
computer 563:10; 566:1
Concept 525:14; 526:16
concerning 584:23
conclusions 541:19; 567:3
condition 516:3
conduct 507:21; 568:10; 573:19
conducted 507:9; 512:20; 513:10; 523:17, 23; 525:2; 526:3; 527:16, 21; 556:22; 574:6
conducting 553:24
conferences 550:18
conferred 544:1
connection 515:14; 532:8; 547:4; 551:15, 18; 568:10; 569:22; 572:10; 576:14
consider 572:2; 573:13; 574:9, 14
consist 550:10
consisted 555:20
consistent 523:18; 527:17; 529:8; 530:5
consists 524:24; 525:25
consulate 554:13
contact 561:9, 13, 17; 581:25
contain 534:17
contained 516:22; 517:14; 519:3; 520:21; 525:4, 6; 526:5, 6
contains 510:20
contents 538:8
continue 571:20
Continued 528:4; 543:8; 567:6; 568:6
control 527:12, 14; 542:19; 553:14
conversations 562:9; 566:6; 579:25; 584:4
convicted 538:21
conviction 533:1, 5; 538:23
cooperate 533:6
cooperating 558:1; 569:20
cooperation 533:15; 534:18
copies 522:5, 8; 523:20; 527:19; 529:10; 530:8
copy 522:15
Cornelisen 523:11

corner 511:23; 512:7
Corporal 506:11; 513:10; 514:24; 517:23; 520:4
corporations 550:15
Correction 566:10
correspond 509:15
corresponds 508:12
Corsica 536:14
counsel 506:5; 511:5; 541:24; 544:2; 585:11
counterfeit 562:22; 563:7
countries 508:1; 547:6; 548:21; 566:12
country 507:19; 548:20; 550:11; 557:10
counts 532:19
course 555:6, 12
court 506:1, 2, 5, 12; 507:11, 20; 508:6; 509:3, 22; 511:2, 4, 14; 513:7; 514:7, 9; 515:11, 20; 516:15; 517:8, 10, 23; 519:16; 520:1, 4, 9, 11, 22; 521:1; 522:24; 524:3, 8; 527:2; 528:1; 529:17, 21; 530:14, 18, 21; 531:3; 533:18; 534:15; 535:12; 539:3, 7; 541:14, 23, 24; 542:7, 10, 16, 21, 23; 543:3, 6; 544:1, 15; 558:20, 22; 567:2; 568:3, 4; 569:24; 572:17; 584:14; 585:10, 11, 14
court's 517:5
courtroom 567:4
Cousi 519:2
cousin 581:20, 22
coverage 513:21, 24
created 523:16; 527:15; 529:6; 530:3
credit 507:25; 520:16, 17; 538:11; 562:2, 13, 22; 563:7, 15
criminal 539:22; 540:9
criteria 522:2; 523:22; 527:20; 529:12; 530:10
Cross-examination 513:7, 8; 519:16, 17
currency 569:17
currently 531:13
custodian 515:15, 16
Cyrus 510:2

**D**

D 525:3; 526:3
Dahoumane 560:14, 15; 576:21; 580:14, 19
dance 579:13, 15
danger 579:14
dangerous 577:21; 578:7
data 563:12

date 507:2, 4; 532:6
datebook 510:6, 8, 10, 16, 20
David 506:7, 8, 11
day 515:3
days 515:8; 533:11, 13; 544:23; 550:22; 579:2
de 510:6, 16
December 513:17; 515:2, 5; 526:9; 532:5, 9; 556:10, 12; 560:18
decide 535:7; 571:14; 572:5, 7
decided 571:20
decision 534:16
defendant 539:7, 21; 542:15, 20, 22; 543:2, 5; 561:13, 19, 25; 562:7, 10, 13, 20, 22; 563:6; 564:15, 21; 565:10; 566:4, 23; 578:23; 581:14; 582:14; 583:7; 584:4
defendant's 561:23; 565:18; 580:1; 584:1
definitely 585:2
Department 521:17, 19, 24
depending 548:20
depict 510:10
Deposit 524:12; 540:2
deposited 525:13; 526:14; 540:6
deputies 547:9
describe 507:23; 516:18; 517:11; 518:18, 24; 545:8; 548:16; 550:25; 552:10; 554:2; 555:19; 559:20; 565:9; 577:13; 578:6
described 509:6; 511:18; 565:18
Desjardins 524:19
detail 577:14
determine 518:20
develop 573:19
device 563:11, 12; 575:20
devices 575:14, 16
die 574:20, 22
different 508:1, 3, 4; 533:11; 566:8
difficult 512:25
difficulty 565:15
digits 520:20
DIRECT 506:13; 514:15; 515:2; 531:9; 544:2; 568:6
disclose 569:21
discuss 539:21; 541:19; 554:6, 8; 556:22; 557:14; 561:19; 564:22; 567:3; 577:8, 15
discussed 556:11, 14, 15; 562:11; 573:17
discussing 584:18
discussion 554:2, 11, 12; 556:7; 568:1; 579:18;

581:16, 19
discussions 553:24; 556:1, 3; 563:21, 22; 566:3, 12, 15; 582:13
distributing 538:1
divided 553:12
document 512:15; 522:14; 533:20; 536:24; 568:16
documents 512:22; 513:11, 12; 522:4, 6; 525:4; 526:5; 529:4; 568:15, 16, 17; 582:15
Doha 553:9, 15; 570:22; 580:7, 9; 582:9, 10
dollars 579:5
done 534:6; 564:12
down 517:6, 8; 542:6; 548:12
drawn 525:14; 526:15
dresser 516:20
Driidi 521:12
drive 577:25
driver's 540:20; 568:18; 582:18, 20, 22
du 515:7
duly 506:10; 514:14
during 507:24; 520:16; 536:15; 537:17, 24; 538:2, 17; 540:10; 541:2; 544:17, 20; 549:3; 558:8; 560:20; 564:21; 569:4; 579:18
duty 507:2

**E**

E 515:22; 516:8, 13; 525:6; 526:6
eager 565:5
earlier 535:14
early 536:19; 544:18; 548:1; 559:1; 582:14; 584:4, 15
East 507:6; 525:11
economically 572:9
Eddine 521:11
effort 533:6
either 556:24
electric 550:14
electronic 555:22; 575:11, 11, 12, 13
Eleven 510:21
eligible 521:20, 21
else 562:19; 568:24; 569:7; 576:10, 16; 579:18; 583:11
emir 553:13
employees 521:17
encouraged 545:12
end 532:21; 542:2; 545:4; 548:4; 554:7; 564:25; 584:20
Ends 563:18

**Trial Volume 5**
**July 3, 2001**

enemies 550:13; 566:11
enemy 566:16, 18, 19
engage 540:12
engaged 541:3
English 523:3; 526:4;
531:21; 542:15; 577:24;
578:2
enough 511:21; 574:17
enter 533:14; 547:17
envelope 562:25
Enveloppe 525:14;
526:16
equipment 575:11
error 520:14, 19
especially 544:22
estimate 538:16
Etc 529:5, 7
Europe 553:13, 15, 16;
554:19; 571:2, 15, 17
events 539:18, 19
everybody 566:2; 584:17
everywhere 552:24
evidence 507:19; 509:5,
24; 511:3, 9; 513:11;
516:17; 520:21; 521:3, 13;
522:3; 523:1, 24; 524:5;
526:23; 527:4, 22; 528:2;
529:13, 18; 530:11, 15;
535:13; 572:18
EXAMINATION 506:13;
510:20; 514:15; 531:9;
568:6
examined 510:11, 16
examiner 510:14
example 510:10; 553:13
except 520:20
exception 516:4
exchanges 569:17
excused 514:9, 10;
520:5, 6; 541:21; 585:9
execute 574:8
Exhibit 508:12, 13, 13;
509:6, 10, 10, 11, 14, 15,
16, 21, 24; 510:7, 9, 17,
25; 511:3, 17, 18, 19, 25;
512:1, 13, 14, 24; 513:1;
515:15, 16; 516:8, 18;
517:11, 16, 24; 518:5, 24;
520:8; 521:5, 9, 10, 11, 14;
522:14, 18, 19; 523:3;
524:10, 14, 24; 525:3, 5, 7,
25; 526:4, 5, 7, 23; 527:5,
10, 12, 18; 529:1, 4, 9, 11,
15, 18, 22, 23; 530:1, 7, 9,
12, 12, 15; 533:20; 535:13;
572:19
Exhibits 508:8, 25;
509:4; 511:13; 515:22;
516:16; 517:24, 25;
520:25; 521:2, 13; 522:4,
7, 21, 25; 523:7, 9, 12, 14,
19, 21; 524:4; 526:22;
527:3, 9, 20; 528:2
exist 520:18
expenses 547:7

experience 565:9, 19
Explain 515:16; 540:18;
546:7; 547:3, 20; 549:9;
559:23; 575:9; 576:1, 3;
578:3; 579:9
explosive 550:1; 555:11,
16; 576:7
explosives 532:12;
549:22, 23, 24; 550:4, 8,
19; 551:16, 18; 555:6, 22,
25; 559:12, 24; 560:1, 8;
565:16; 569:3; 574:4, 10,
15, 16; 576:5; 584:11
Express 563:1
expressed 545:18
expression 507:13
extensive 513:20

**F**

face 534:24
facing 532:25
fact 558:22; 569:21
fair 513:20
fairly 510:10
fake 537:1; 564:7, 8
Fall 536:1, 2; 541:5
false 537:10
familiar 524:21; 525:22
far 535:19, 22; 554:25
Farouk 548:15
Fateh 521:11
father 536:4
fatwah 552:8, 10, 11, 21,
23
fatwahs 552:17, 25
FBI 510:8, 14; 514:22
FDIC 524:13
fear 579:14
February 522:17; 557:5;
560:9, 17; 568:9; 573:12
Federal 522:23;
523:23; 524:12; 527:22;
529:13; 530:11; 563:1
feel 542:23
fellow 570:11, 13
fertilizer 576:4, 13
fertilizers 576:18
few 507:23; 550:22, 25;
568:13; 569:5; 579:2
fight 552:24
fighting 549:10
file 522:6, 8; 561:3, 3
fill 581:6, 12
filled 562:4; 581:11
finalized 533:25
Finally 512:24; 529:23
find 513:12; 538:6;
551:12, 12; 569:1, 11;
573:24
fine 538:24; 541:14;
544:4
fingerprint 510:14; 516:6

fingerprints 510:11, 18,
18, 18, 21, 21, 22
finish 544:6
finished 517:23; 544:4
first 509:9; 515:22;
516:19; 518:2; 530:24;
539:8, 9; 549:6, 18;
551:11, 19; 556:15, 18, 18,
19; 559:18; 560:11;
568:15; 569:4; 571:9;
574:16; 577:7, 8; 578:25;
581:9
five 541:17; 548:8; 549:3;
553:20
Fleet 523:8, 10, 12, 14,
16; 524:11
Fodail 553:18, 22; 556:3;
571:10, 12, 14
follow 556:18, 21
followed 556:20; 568:9
following 507:10, 12;
520:24; 525:7; 526:7;
533:5, 14; 575:20
follows 506:10; 510:3,
13; 514:14; 521:6, 8, 18;
522:11; 523:6; 524:17;
525:20; 527:8; 529:4;
530:1
foreign 552:7
form 555:21; 560:2, 3
formed 548:19
forms 581:6
Fort 515:7
forth 522:1
forward 511:12
found 508:15, 18;
509:18; 512:3; 513:11;
516:19, 20; 519:6, 9;
532:18; 584:3
four 508:10, 17, 21, 25;
520:20; 537:17; 538:20;
541:2; 544:20; 565:24;
575:17
four-year 537:24; 538:2,
17; 539:16; 540:10, 13;
544:17
France 508:2; 506:4, 7, 9,
11, 15, 20; 566:14
fraud 540:12; 541:3;
562:7, 13; 563:15; 564:12;
577:24
fraudulent 525:18;
526:19
French 507:11; 510:8;
512:22; 525:5; 526:6;
531:20; 532:1; 537:1;
548:24; 564:20, 20
Friday 584:20, 25
Fridays 544:22, 23
friend 537:22; 540:23;
546:4, 6; 560:16; 561:16;
565:5, 6; 577:19, 23;
578:9, 14; 579:6, 7, 8, 20,
21; 580:1, 5, 11, 14, 14;
581:21, 22, 25; 582:8
friends 539:13; 545:1

10; 569:13; 570:20, 21
front 542:9
front-page 513:25
full 530:24
further 513:6; 514:6;
519:15; 526:21; 556:1;
582:13

**G**

garden 576:9
gas 550:15, 16, 16
gather 507:18
gave 547:24; 557:24;
579:4; 581:5, 14; 582:8;
583:2, 3
Gendron 506:7, 8, 11
general 536:23; 547:20;
555:19; 565:11
generally 507:23;
516:24; 517:3; 551:25;
554:17
gentleman 530:18
gentlemen 511:4
Germany 548:24
gets 540:3
given 512:22; 525:10;
526:11; 534:19; 548:10
giving 517:24; 540:24;
541:10
glycol 560:6, 7
goes 548:11, 12
Good 506:2, 5; 519:24;
542:14; 543:6; 567:1;
573:25; 578:2; 584:12
government 506:7, 9;
507:17, 18; 508:8; 509:4,
6, 10, 21, 24; 510:7, 9, 17,
25; 511:3, 17, 18, 25;
512:1, 13, 13, 24; 513:1;
514:11, 13; 515:22;
516:12, 16, 18; 517:11, 16;
518:5, 24; 520:23, 24;
521:2, 5, 9, 10, 11, 14;
522:4, 7, 14, 18, 19, 20,
21, 25; 523:2, 7, 9, 11, 13,
19, 21, 25; 524:4, 10, 14,
24; 525:3, 5, 6, 24; 526:3,
5, 7, 22, 23; 527:3, 5, 9, 10,
12, 18, 20, 23; 528:2;
529:14, 22, 23; 530:9, 12,
16; 533:9, 9, 12, 15, 24;
534:11, 15, 19; 535:5, 9;
550:17; 557:25; 558:8, 15,
17; 566:7; 569:20
Government's 529:1, 4,
9, 11, 18; 530:1, 7, 15;
533:20; 535:13; 572:18
graciously 520:15
graduate 535:21
grapes 536:17
Great 556:21; 580:7;
581:25; 582:8
grind 560:3
group 548:18, 19; 549:1;

2; 552:2; 553:2, 5, 7, 10,
12, 17; 556:5, 11; 565:17
groups 554:14, 17; 566:8
grow 547:24
guilty 532:18
Gulf 554:19
gun 549:8; 569:21

**H**

H&K 519:12
Hakim 553:22
half 555:18
hand 512:9
handguns 549:7
handle 541:16
Hannachi 546:4, 5, 16
Haouari 506:5; 510:23;
522:9; 527:12, 14; 539:1,
5, 8, 15, 24; 540:25; 541:4;
542:3, 11; 561:9, 17; 577:4
Haouari's 513:14
happen 584:24
happened 512:19;
536:19; 537:4; 546:14;
547:16; 560:25; 579:3, 18;
581:1, 4
happens 584:21
happy 584:17
health 508:3; 513:3, 5
hear 507:13; 539:21, 24;
540:9; 562:6; 570:15
heard 507:13; 511:6;
561:7
hearsay 558:19; 569:23
held 550:18; 570:6
help 531:8; 576:20;
577:10, 19, 23; 578:4, 5;
578:8
helped 576:21
hereby 510:1; 521:6, 15;
523:4; 524:11, 15; 527:6;
529:2, 24
hesitant 571:3
Hexamine 559:22, 23
Hickey 523:16
High 535:20
highest 535:4
himself 583:7
hit 552:24; 566:17
hitting 573:13
hold 517:6; 542:13
holiday 585:14
home 575:19; 578:24;
579:4
Honor 508:5, 25; 509:20;
510:24; 511:11; 514:8;
515:19; 516:12; 517:9;
518:1; 519:15; 520:7, 23;
523:2, 25; 526:24; 529:14,
20; 530:16, 20; 531:4;
533:17; 535:9, 11; 541:12;
544:14; 561:1; 567:1;

568:5; 572:16; 584:12;
585:12, 13, 15
hoping 534:20
hotels 538:6; 550:18
hours 544:2
house 559:18; 563:8
Hubert 539:11
hurt 543:1

# I

idea 519:24; 569:6;
573:9, 19
identification 508:8;
515:21; 526:10; 533:19;
582:14
identify 509:15; 539:5
identities 540:24
identity 540:14, 19
ill 510:12
illegal 536:12; 560:24
immigration 507:1;
512:15; 537:5, 7; 556:19;
561:6; 571:5, 7
important 568:21;
577:12, 13, 17, 21
imprint 563:11
imprisonment 533:2
improve 536:22, 22
Inc 525:15; 526:16
included 513:25; 514:2,
4
indicated 513:10; 520:18
indicates 525:7; 526:7
indicating 539:7
individual 538:25
individually 508:10;
556:13
individuals 558:5
information 562:18;
563:24; 581:11
infrastructure 550:11
inside 508:20; 512:3;
516:20
insofar 584:20
Inspector 520:16
installations 550:13, 13,
14, 14, 16, 16
instead 511:8
instructions 559:11;
581:6
insurance 508:3; 524:12;
568:18
insured 524:12
intend 545:21
interactions 564:21
interest 545:18, 23;
552:24
interested 544:25; 545:8,
13; 565:20; 566:25
interests 565:21
international 518:3
interpreter 530:19, 21,

22, 23; 531:6, 7, 24; 532:1,
2; 542:12, 24; 561:1;
566:10; 570:2
interpreters 506:6
into 513:11; 520:13;
525:13; 526:14; 533:14;
536:24; 544:6; 547:17;
553:12
investigation 510:5;
512:23
investigator 524:18, 20
invoice 518:25; 519:3
involved 550:8; 562:14,
19; 563:21; 577:24
involves 579:14
involving 569:14, 15
Islam 566:11, 16
Islamic 544:19; 566:9;
578:1, 15
island 536:14
Israel 554:20
issue 552:12, 13
issued 552:17, 21, 25;
561:6
item 508:12; 509:12;
513:1; 516:19
items 507:24; 508:4, 7,
10, 11, 17, 21, 21; 509:14;
510:19; 512:1, 20; 515:17,
23; 516:1; 519:6, 8; 521:22

# J

Jaffar 553:9, 15; 556:4;
580:5
jail 532:4, 25; 538:23
Jalalabad 555:4, 4
James 510:12
Jihad 545:12, 23; 565:4, 5;
566:9
job 515:14
jobs 537:25
join 565:5; 569:13
joined 549:18
joining 545:23
Jordanians 548:23
judge 534:16; 535:5, 8;
542:2
judgment 552:14
July 522:16; 584:16, 17;
585:5, 7, 16
June 506:20; 534:1
Juror 517:25
juror's 542:9
jury 506:1; 507:13, 14,
23; 508:11; 511:5, 13, 22,
25; 512:19; 514:20;
515:25; 516:24; 517:7, 12,
21, 24, 25; 519:25; 520:7;
521:4; 524:6; 529:19, 22;
534:4; 539:8; 540:18;
541:21, 23, 25; 542:13;
543:7; 545:3, 8; 546:7;
547:3; 554:2; 567:4;

568:3; 575:9; 584:22;
585:8, 9, 10

# K

Karachi 546:9, 10, 11
Karim 537:23; 553:22
keep 531:5; 538:10
kept 537:11
Khalden 545:17; 547:19,
21; 548:3; 554:23
kind 578:8
kinds 507:24
kitchen 513:4
knew 539:13; 562:21;
574:22
knowledge 523:5; 527:7;
529:3, 25
knowledgeable 521:7,
17
known 524:12; 578:2, 15,
16
knows 552:2

# L

L 510:12
laboratory 510:5, 15
Labrecque 514:11, 12;
517:23; 520:4
Labsi 537:22, 23; 570:22
ladies 511:4
land 573:11
landed 573:9
language 531:17; 552:7,
7; 564:16, 19
languages 531:19
large 549:8; 550:15;
553:12
larger 520:2
last 520:20; 530:25;
531:2
latent 510:17, 18, 21
later 548:19; 561:7;
565:8, 24, 24; 580:15
launcher 549:10
Laurent 580:23
Laurentienne 521:21
lawyers 584:19, 22
leader 548:13; 553:16;
555:14; 557:12; 571:12,
13
leaders 553:7; 556:5, 11;
558:9, 18
leaflets 538:1
learn 562:9, 13, 19;
565:16; 570:25
learned 525:18; 526:18;
551:1; 552:11, 13; 555:21,
22; 570:10, 12, 19; 571:1,
16
learning 545:11
lease 521:23; 522:15;

526:11; 564:1
leave 510:19; 556:25;
565:24; 579:24; 580:15
leaves 551:12; 567:4
leaving 547:8
left 512:7; 535:23; 536:5;
546:16; 557:1; 560:9;
561:7
Legal 507:16
legally 536:11; 560:23
Leon 524:16
letter 534:15, 17, 20;
547:22, 22
license 540:20; 568:18;
582:19, 20, 22, 25; 583:8,
10, 11, 13, 15
Life 533:2; 536:22, 22
light 549:7, 17
likely 544:11
limit 535:6
liquid 560:6
listed 508:13mm
little 531:22; 542:4;
550:21; 584:15
live 521:21; 531:14;
537:13, 15, 17, 20
lived 537:14, 19, 21, 21;
538:3; 539:13; 560:19
lives 551:12
living 531:13; 560:18
location 537:17
logical 541:15; 544:5, 12
London 557:24; 571:6
long 506:19; 518:8;
532:4; 536:9; 537:15;
548:7; 549:17, 19; 550:19;
555:16; 574:3; 584:25
look 517:25
looked 510:10; 542:4
looking 508:9; 520:7;
536:8, 8; 557:20; 568:25
Los 516:21; 517:4, 13;
518:3; 532:16; 560:11, 12;
572:6; 573:7, 20, 23; 577:2
lot 565:13, 13, 16; 585:2
lower 512:7; 534:13
lowest 535:1
luggage 574:1

# M

machine 549:8
mad 584:15
Maged 530:23
mail 563:1; 580:19
Mailboxes 529:5, 7
maintained 523:16;
525:1; 526:2; 527:15;
529:6; 530:4
maintains 521:24
makes 547:7; 579:15
making 568:10; 575:4,
20; 580:1; 583:10, 11

man 552:13
manager 525:20, 22
manufacture 555:6;
559:24
manufactured 576:18
manufacturing 555:11,
16, 25
many 533:11; 537:19;
538:16; 546:23; 548:9;
553:5, 19; 558:14, 16;
574:20, 22; 575:16
map 512:22; 517:1, 2,
12, 13, 14, 17, 20; 520:2;
572:12, 14, 22, 23, 25
March 525:12, 17;
526:13, 18; 546:2
Mario 519:2; 583:6
mark 572:24
marked 508:7; 509:21;
510:7, 9, 17; 515:21;
520:24; 522:4, 6, 14;
523:18; 527:18; 529:9;
530:7; 533:19
markings 572:14, 23
Marshal 542:11
match 519:3
materials 575:21, 23;
576:20, 23, 25; 582:25;
584:10
matter 574:22; 578:4
matters 532:12; 552:16
maximum 534:23; 534:23
may 506:12; 508:5, 6;
509:22; 511:4, 10, 13, 14;
512:25; 515:19, 20; 517:8,
8, 9, 24; 518:17; 520:1;
521:4; 524:8; 526:22;
527:11; 529:19, 21; 531:3;
533:10, 17; 542:17;
544:15; 558:24; 568:4;
570:1; 572:16, 17
maybe 516:5; 538:18
mean 538:4; 566:20;
568:16; 569:15
means 579:13
media 513:21, 24
meet 533:11; 539:12, 13;
547:9; 554:3; 556:13, 20;
557:6; 561:19; 578:23;
580:22; 581:1
meeting 533:6, 8; 547:20;
557:1; 578:18, 21; 579:1,
1, 3
meetings 533:14; 558:8
members 556:2; 558:12;
559:2; 570:11, 13
men 547:6
mentioned 506:15;
509:9; 512:18; 559:20
Meskini 522:6; 525:1, 8,
16; 526:1, 8, 17
met 539:8, 17; 547:16;
557:14; 578:24; 579:4
metro 580:22, 23; 581:1
MH 512:5

**Trial Volume 5**
**July 3, 2001**

microphone 531:8
mid-November 584:9
middle 539:6; 544:8
might 523:2; 524:6;
542:5; 567:1; 584:12
military 550:14, 16;
565:13, 16
mill 519:12
mine 526:15; 561:16
minute 506:15; 542:13;
584:18
minutes 541:13, 18, 20;
567:2
mixed 576:15
MLAAT 507:12, 14
Mohamed 561:14, 15;
562:12, 21, 24; 563:23;
565:3; 569:9, 10
Mokhtar 510:23; 512:5;
513:14; 522:8; 527:12, 14;
538:25; 539:8, 15, 24;
542:3; 561:9, 16, 17;
562:5, 21, 24; 563:23;
565:3; 577:4, 19; 579:9;
580:22
Mokhtar's 580:14
moment 508:9
Monday 584:21
money 525:17; 526:20;
538:10, 10; 540:3; 554:4;
556:15; 559:12, 13;
565:25; 569:14, 15, 17;
577:10, 11, 16; 578:18, 21;
579:4, 19; 583:13
monitor 511:16, 21
Montaz 553:8; 556:3;
559:16, 17
month 548:3; 549:20, 20;
550:22, 22; 555:18
months 548:8; 549:3;
565:24; 568:9, 14, 24;
569:5; 575:20; 579:23
Montreal 507:1, 11, 21;
513:17, 19, 22; 514:18;
515:1, 7; 521:18, 20, 21;
522:13; 525:9, 11, 16;
526:9, 12, 18; 537:3, 4, 14,
15, 17, 24; 538:17; 539:10,
11, 16; 541:3; 544:17, 20;
546:7, 9; 560:19, 20;
561:8; 564:19, 19; 575:19;
580:25; 582:2
more 519:8; 521:7, 16;
523:5; 527:7; 529:3, 25;
552:3; 553:6; 574:9, 14
morning 506:2, 5;
541:16; 542:14, 17; 548:1
mosque 544:21
mosques 552:4; 578:1, 2
Mostafa 523:9
Mostly 538:15
mountain 548:2
mountains 549:11
Mounted 506:18; 514:18,
21; 521:8
move 520:8

moved 511:12; 555:4
movement 578:15
much 514:9; 532:25;
542:7, 10; 559:13; 566:5;
574:21; 578:25; 585:7
multiple 573:13, 16
must 521:22
Mustafa 557:22, 23;
540:23; 570:22; 571:3, 9;
580:12; 582:10
Mustapha 553:22;
556:18
Mutual 507:16; 561:16
myself 512:4; 537:21;
541:7; 553:22; 570:9;
573:14

# N

Nabil 547:2
name 512:5, 16; 519:1, 2;
523:9, 11, 13, 15; 524:25;
525:8; 526:1, 8; 527:11,
14; 530:23, 24, 25, 25;
531:2; 546:17, 18, 19, 21;
547:11; 548:21; 561:21;
562:2; 564:1, 2, 3, 5;
568:19, 20; 583:2, 5
named 538:25; 546:17
names 546:25; 557:22,
24, 25; 558:9, 12, 14;
562:17; 564:7
nationalities 548:17;
565:14
native 531:17
natural 552:6
near 532:6
need 506:3; 511:7;
577:11, 16; 578:4; 585:11
needed 561:18; 583:16,
18
needs 581:21
newspaper 513:25
next 506:6; 516:10;
518:7; 520:11; 528:4;
529:1; 541:12; 543:8;
544:11; 549:21; 550:23;
555:3; 563:11, 13; 567:6;
584:5; 585:1, 4
Nhally 523:9
nice 585:7, 14
nine 532:10, 10
nitric 576:5, 6, 17
Nokia 518:19
Nord-Sud 512:4; 562:1
Noris 523:3; 564:4, 5;
568:20
normal 552:6
North 572:13
notations 516:22, 24;
517:14
notebook 559:11
November 525:8;
563:19; 565:1; 576:24;

577:9; 582:14; 584:5, 8
number 508:7; 509:11,
15; 511:22, 24; 512:10;
518:20; 519:3, 4; 520:16,
17, 18, 19, 20; 523:13;
525:11; 526:1, 13; 527:12,
15; 533:3; 540:20; 548:11
numbers 512:6; 523:8,
10, 15; 540:20

# O

O.K 542:15; 543:4
objection 509:2; 511:1;
516:14; 522:23; 524:2;
527:1, 25; 529:16; 530:13;
535:11, 12; 558:19;
569:23
objects 510:19
observe 551:11, 22;
562:22; 563:6; 569:6;
574:2, 3
obtain 561:22
obtained 507:20; 510:8
obviates 511:7
occasions 541:2; 563:6
October 506:24; 507:2;
508:22; 512:21; 563:3, 18;
564:25
off 568:1; 584:21
offer 508:25; 509:20;
510:24; 516:13; 526:24
offers 520:24; 522:21;
524:1; 527:23; 529:15;
530:12; 535:10
office 521:25; 522:1
official 507:17; 512:15
often 539:15
old 531:11, 12; 560:16
OLLEN 509:2; 511:3;
513:9; 514:6, 11; 516:14;
517:9; 519:18; 520:14;
522:23; 524:2; 527:1, 25;
529:16; 530:13; 535:11;
542:2, 24; 558:19; 569:23;
585:12
Omar 552:21, 23
once 540:2; 562:24;
582:7
one 511:16, 17; 512:4;
518:3, 8; 519:19; 520:14,
18; 521:7, 16, 22; 523:5;
527:7; 529:3, 25; 537:17;
538:1, 22; 549:8; 550:1, 8,
8; 552:1; 556:21, 21;
564:7; 566:16; 573:1, 24,
25; 574:9, 14, 16, 17;
580:14, 14
ones 517:1
only 519:6; 534:8; 538:1;
544:9; 552:2; 574:5
Ontario 506:22; 518:14
open 506:1; 526:10;
540:2; 541:23; 562:12;
564:9; 565:25; 568:3;
582:5, 5; 585:10

opened 525:8; 526:8
operation 551:8; 553:25;
554:5, 6; 556:16; 566:17;
568:23; 571:19; 579:23
operations 551:1, 3;
554:4, 19, 21; 557:18;
569:14, 15, 16
opinion 552:12
oranges 536:18
order 507:18; 515:12;
521:21; 545:25; 563:24;
568:15, 21, 23
organization 547:14
organizations 558:18
organized 548:16;
553:11
original 509:17, 18;
512:9; 557:17, 21; 564:8
originally 585:3
originals 512:19, 22
others 538:14, 15; 555:8;
554:16; 556:20
out 512:25; 544:4; 551:1,
12; 554:3, 5, 7, 19; 556:16;
557:18; 562:4; 566:17;
568:23; 569:1, 14; 571:18;
577:10; 581:6, 12
outside 555:4; 560:20
over 517:9; 546:24;
550:22; 575:20; 576:22;
585:2
Overruled 558:23
owner 522:12

# P

P.O 582:5, 5
pace 544:12
package 529:5; 530:2
page 528:4; 543:8; 567:6
pager 512:10
pages 511:17
paid 538:24
painter 536:18
Pakistan 546:11, 12, 14,
15; 547:16, 21; 553:14;
557:11; 560:11; 580:5
paper 510:19; 552:22;
581:5
papers 540:14, 19;
564:6; 568:15, 21
Papineau 522:13, 16;
526:12
Parcel 530:2, 4
part 506:21; 515:6;
523:17; 524:22; 525:2, 24;
526:2; 527:16; 529:7;
530:4; 549:1; 550:7, 10;
553:2
parts 511:13; 516:1
pass 552:14
passed 557:8
passport 507:1; 537:1;
541:6, 8, 9, 10; 581:12;
23; 575:9, 8; 575:2; 577:1

582:18; 583:18, 19, 24, 25;
584:2, 3
passports 508:1;
538:11; 540:11, 11;
557:16, 17, 20, 21, 23;
558:3
past 573:9, 11
Pause 506:4; 520:10;
524:9
payable 525:15; 526:17
paying 538:7
pays 521:20
people 510:19; 534:6;
546:23; 548:9, 17; 552:12;
553:5, 10, 19, 21; 556:17;
557:18, 22; 562:17; 565:8,
14; 578:16
percolate 542:3
perform 507:18
perhaps 512:25
period 522:16; 536:16;
537:24; 538:2, 17; 539:16;
540:10, 13, 17; 541:5;
544:17; 560:21; 564:25;
576:22
permissible 552:14, 15
permission 511:12;
517:5
permit 558:22; 569:24
person 547:5, 23;
548:14; 551:10; 552:2, 11;
553:8; 565:6; 583:12
personal 526:8
personally 513:14
personnel 573:14
phone 518:19, 20, 23;
519:3, 4; 552:6
photocopies 512:2, 3
photocopy 512:15, 18
photograph 521:9, 10,
11; 541:6; 552:22; 583:2,
3, 4
photographed 510:6
photographer 510:4
photographs 510:9;
511:16
physically 546:7
pick 515:14; 554:8
picked 575:3
picking 572:10; 574:19,
25
picture 552:22
pictures 551:22
piece 552:22; 581:5
pistol 519:12, 14, 19
place 551:13, 19, 19;
555:4, 5, 8; 563:10; 574:1
placed 508:7; 511:16
places 537:19; 552:3;
569:17; 576:17
placing 515:17
plan 551:10; 556:2, 12;
560:12; 568:10; 571:17,
23; 576:9, 9; 575:2; 577:1

**5**

planning 554:16; 573:4, 22; 578:10
plans 554:14; 556:17; 571:1, 4
planted 574:22
plants 550:15, 15
plastic 513:4; 550:1, 2
please 531:5; 585:5
Point 518:2, 7; 541:15; 544:7; 584:13
points 573:1
Police 506:18; 514:18, 21; 521:8
political 537:11; 552:16; 560:25; 566:3
politically 572:8
Populaire 524:18
portions 525:4; 526:4
possible 574:21; 584:19, 20
potential 573:2
powder 516:4, 6; 560:4
practice 523:18; 527:17; 529:8; 530:6; 544:18
practices 524:22; 525:23
precisely 539:17; 540:5, 16; 550:21; 553:6; 565:20; 566:24; 579:2
prefer 532:1
preference 573:6, 8
preliminary 569:25
preparation 568:10
preparations 575:1, 5
prepared 547:17
preparing 571:23
present 506:1; 521:23; 541:23; 568:3; 585:10
preserve 552:1, 3
pretend 561:22
previously 509:12
prison 531:14; 534:13; 552:23
Probably 516:7; 520:3; 540:8; 541:17; 544:2, 10
problem 543:4; 565:7; 577:18, 22; 581:25
problems 570:11, 12, 12; 571:5
procedures 524:21; 525:23
proceed 506:12; 511:10; 531:3; 544:15; 568:4
Proceedings 585:16
proceeds 564:11
proof 521:23; 584:20
properly 520:21
proposing 578:14
protect 570:9
provide 557:25; 558:8, 12, 14, 17
provided 534:18; 537:10
Province 506:22, 22, 25;

512:16
public 521:25, 25; 522:2
publish 529:19
published 529:22
purchase 569:4; 572:10; 576:10
purported 525:14; 526:15
purpose 555:23; 583:15, 17
pursuant 515:11
put 555:21; 559:11; 561:3, 13; 562:25; 568:15; 572:15, 24; 574:1, 14, 16; 581:13
Putting 508:9; 575:13

# Q

Quebec 506:23, 25; 512:16; 513:3; 522:13; 525:9, 11, 15; 526:13, 16
quicker 585:3
quickly 524:6

# R

R-E-S-S-A-M 531:1
radio 514:4
Rahman 552:21, 23
railroads 550:15
Ramadan 556:8, 9
rank 514:23
Rayan 523:13
RCMP 506:11, 15, 19, 21; 509:11
reach 544:5
reached 546:15
reaction 574:2
read 509:22; 511:22; 512:6; 520:13; 521:4; 523:2; 558:20, 21; 570:2, 4
Reading 509:25
real 540:7, 8; 546:17, 18, 19, 25; 564:3
realize 574:20
really 547:3
reasonable 511:6
reasons 578:13
recall 513:1; 555:16; 558:10; 565:2; 570:19; 579:3
receive 534:10; 535:7; 541:10; 549:4, 6, 17, 21; 551:4, 15; 564:11, 14; 578:21
received 507:10, 12; 509:3, 4, 22, 24; 511:2, 3; 516:15, 16; 521:1, 3; 522:24, 25; 524:3, 5; 526:23; 527:2, 3; 528:1, 2; 529:17, 18; 530:14, 15; 535:12, 13; 545:11; 549:5,

7, 22; 580:19; 581:8, 8, 9
receives 547:5
recess 541:16, 17, 22; 542:24, 25; 567:2, 5
recipient 521:22
recipients 521:21
recognize 515:23; 533:20; 572:19
recommend 535:5
record 506:3; 520:13, 15; 530:25; 539:5; 558:21; 568:1; 570:4
recordkeeping 524:21; 525:23
records 521:24, 25, 25; 522:2, 5, 8; 523:7, 10, 12, 14, 16, 18, 21, 22; 524:25; 525:1, 6, 25; 526:2, 6; 527:9, 15, 17, 19, 21; 529:6, 9, 11, 12; 530:1, 3, 7, 9, 10
recovered 519:19, 22
redirect 514:7
reduced 534:20
reestablished 561:9
referred 508:14; 520:17
referring 509:11
regard 562:8; 566:7, 9, 11
regarding 556:11
regular 523:18; 524:22; 525:24; 527:17; 529:8; 530:6
regularly 523:17, 23; 525:2; 526:2; 527:16, 21
regularly-conducted 529:7, 12; 530:5, 10
rehearsal 574:5, 6
rejected 561:4, 5
rejects 547:6
related 532:11
relates 527:10, 13
relating 524:25; 525:25; 529:5; 530:2
relation 546:12
religion 544:18, 19
religious 552:13, 16
remain 571:15, 16
remember 535:22; 539:17; 540:16; 541:5; 542:21; 549:20; 550:21; 553:6, 20; 554:13, 25; 563:2; 565:3, 20; 566:24; 577:9; 579:2, 19; 583:16
Renaud 524:16
report 508:13; 509:14
reports 515:18; 520:18; 522:2
represent 572:25
represented 548:21
request 507:8, 11, 17; 537:9, 9, 10
requested 537:8; 578:18; 584:1

required 534:5, 8
residence 519:7
resort 536:18
respect 513:24; 515:23; 576:19
response 561:23; 565:18; 566:23; 581:23; 582:23; 584:1
responsible 578:9
Ressam 510:22; 512:16; 513:5, 21; 515:6; 519:10; 530:17; 531:1, 5, 11; 532:4, 25; 533:21; 535:14; 538:25; 542:16, 17; 544:17; 568:2, 8; 574:19
Ressam's 513:24; 515:8; 516:2; 519:6; 542:2
restaurants 562:17
result 523:21; 527:20; 529:11; 530:9; 532:17; 533:1; 534:20
resumed 506:1; 568:2
retake 518:17
retrieved 519:4
Rettberg 510:12
return 524:4; 557:15; 564:14; 573:12
returned 545:4, 5; 557:2; 560:17; 561:8; 568:8
returning 557:6; 562:6
revealed 510:20
review 525:6; 526:6
right 542:14; 579:21; 584:14
right-hand 511:23
road 547:23
roads 551:2
rob 538:5
robberies 554:4
robbery 569:22
Robbing 569:17
Robert 522:10; 523:15
Robing 568:1
rocket 549:10
Roig 583:6
room 508:19; 568:1; 574:17
Roussel 525:19
Royal 506:18; 514:18, 20; 521:8
RPG 549:8, 9
Rue 515:7
Rule 522:2; 523:23; 527:21; 529:13, 13; 530:11; 569:24
rulers 549:16
Rules 522:3; 523:24; 527:22; 530:11

# S

sabotage 550:9, 10, 19
Saint 539:11

Saint-Catherine 525:10
same 508:13; 512:18; 516:3; 517:16; 520:19; 536:17
Samir 561:14, 15; 562:12, 21, 24; 563:23; 565:3; 569:9, 10
Samir's 562:24
satisfies 529:11; 530:9
satisfy 522:2; 523:22; 527:20
Saudi 548:23
saves 511:8
saw 542:17; 563:8
saying 561:2
Sbih 527:14
scheduling 584:19
scheme 562:19; 563:15
school 535:17, 19, 20
Scott 520:16
screen 512:25
search 507:5, 8, 10, 18, 20, 21, 24; 509:13; 512:20; 513:10, 14; 515:6, 11, 14
Seattle 515:9; 532:6
second 579:1, 3
secrets 552:1, 3
section 507:1
security 525:20, 22; 540:20; 551:23, 25; 574:2; 578:13
seeing 513:1
seized 507:24, 25; 508:1, 2, 22; 509:14; 511:20; 512:20; 513:3; 516:1, 3
sell 538:11, 13; 540:11
sells 569:8
send 557:16; 580:11, 12; 582:4
senior 525:20, 22
sensitive 572:8
sent 527:11, 13; 540:14; 541:5, 6, 7; 547:19, 22, 22
sentence 514:20; 533:4; 534:13, 21, 23; 535:1, 4, 7
sentenced 533:1
sentences 550:25
sentencing 535:2
September 527:13; 554:25; 575:8, 9
serve 538:23
Service 530:2, 4
Services 521:17, 19
set 529:4; 530:1
setting 522:1
several 507:25; 520:12; 544:2; 568:24
shall 566:1
share 546:13; 577:11
Sheik 547:12, 13; 548:14; 555:13
Sheikh 552:21
Sherbrooke 507:6, 21;

563:8; 582:2
shift 544:5
shirt 539:6
shop 536:4
shops 576:9
shortly 544:5
show 511:13, 17; 524:6
showing 515:21; 533:19
shows 512:1; 516:4
shteah 579:11, 12, 13
side 517:15, 16, 19
sidebar 541:25; 542:1,
12
sign 534:2
silencer 519:20
silver 562:1
similar 514:22; 552:25;
576:7
site 548:15
sitting 539:6
situation 536:22; 566:8
six 548:8; 549:3; 565:24
slowly 531:6
small 512:3; 549:7, 10;
563:10, 10, 10; 575:12
social 508:3; 521:17, 19;
539:19; 540:20
Societe 510:6, 16
sold 569:1
somebody 578:5
someone 551:8; 583:11
sometimes 510:19
sorry 543:2; 566:10;
574:12
speak 531:6, 7, 19; 552:6,
6; 564:16, 19; 577:24
speaks 578:2
special 550:13
specific 556:24
spell 530:24
spoke 509:9; 520:14;
564:15; 570:25; 579:5
sports 566:2
spouse 542:9
St 580:23
stage 544:5
stamps 581:7, 7, 11, 13
stand 506:17; 517:9;
518:17
stands 507:14
start 544:1; 575:4, 7;
582:20
started 542:3; 568:25;
571:18; 575:11, 22
Starting 516:18; 517:11;
575:3
State 530:24; 534:18
stated 535:14
statement 540:3
States 554:9; 556:16, 23,
25; 558:6; 577:2, 5, 6, 12
tation 580:23, 23; 581:2

stay 536:9; 560:13
stayed 548:18; 553:14;
555:5
staying 571:2
steal 538:5, 6
step 517:6, 8
stick 581:12
still 571:3; 584:23
stipulated 510:1; 521:6,
15; 523:4; 524:11, 15;
526:21; 527:6; 529:2, 24
stipulation 509:21, 23;
510:24; 511:7, 8, 9;
522:20; 523:25; 526:22,
24; 527:23; 529:14
stipulations 520:12, 24
stole 540:23; 576:17
stolen 507:25; 540:8, 8
stopped 555:7;
556:19, 20; 571:6, 8, 9, 11,
14
store 561:21, 22; 562:1,
12; 563:24; 564:9, 12;
565:25; 577:11
stores 562:18; 564:18,
18, 19; 576:9
story 537:10
strategies 551:2
Street 507:6; 525:11;
539:11; 582:2
studied 555:5
study 552:13
stupid 542:25
subject 544:6, 8; 565:2;
566:25
subsequently 545:24
substance 559:24, 25;
576:7
substances 555:21;
559:10; 568:25; 569:2
successful 558:4
sufficient 520:3
Suisse 510:7, 17
suitcase 574:4, 9, 14, 16,
17, 18
suitcases 538:6, 9
sulfate 576:11, 15
sulfuric 576:17
Sulleman 555:15
sum 559:12
summer 545:5; 561:10,
12; 570:16; 571:10; 572:1
supplied 549:12
support 538:2
supposed 552:2; 564:11
Sure 520:9; 582:10
surveil 551:11, 19;
573:23
survey 573:24
suspicion 551:20; 552:4,
5; 578:16
suspicious 552:4; 574:2
swear 530:21

Sweden 548:24
swipe 563:12
sworn 506:10; 514:14;
530:22

T

tablets 560:3
tactics 551:4, 7, 15
tagging 515:17
taliban 549:14, 15
talk 539:24; 540:9; 562:7;
578:3
talked 545:10; 566:14
talking 516:25; 540:19;
551:6; 565:4; 566:21, 22
tanks 549:11
target 554:8; 572:2, 11;
574:19, 25; 575:3; 578:10,
11
targets 550:12, 17;
573:2, 13, 17
taught 550:3; 551:6, 9,
18, 23, 25
telephone 512:6; 525:11;
526:13
television 511:12; 514:2
telling 583:16
tells 578:9
ten 567:2
tentative 584:24
tentatively 584:23
term 507:15; 579:12, 16
terms 534:11; 547:20;
559:19
Terrorism 532:12; 534:7
terrorist 547:13; 553:25;
556:23; 558:17; 571:17,
23
Tessier 522:10
testified 506:10; 514:14
testify 510:2, 2, 12, 13;
521:7, 8, 18; 522:11;
523:5, 5; 524:17; 525:20;
527:7, 7; 529:3, 3, 25, 25;
531:23; 534:7, 8; 542:17
testifying 558:23
testimony 520:16; 542:2,
18
theft 538:3, 4
thefts 538:19
thinking 571:18
third 518:11
thirteen 510:21
three 515:8; 517:2, 4, 6,
20; 540:21; 572:15, 25;
573:4; 579:23
Thursday 584:25; 585:5
ticket 546:9, 9
times 538:16, 18, 20
timing 554:6, 21; 575:14,
16, 20
TNT 549:24; 576:7

today 531:24; 539:3;
542:14
together 508:16; 548:18,
19; 555:21; 559:11;
562:11; 575:13; 581:22
told 544:3; 547:24;
561:14; 577:4, 6, 10, 11,
16; 579:10, 10, 19, 21;
580:22; 583:16
took 515:6; 560:12; 574:3
top 512:17
topic 541:12
Toronto 555:5, 7
touch 546:15; 553:14;
569:9; 580:5
Toufic 530:23
tourism 577:20
tourist 536:18; 572:12
tourists 538:5, 5; 551:21
toward 545:4; 564:25
tracking 529:5; 530:5
trained 550:12
trainers 558:9
training 545:10, 14;
548:18; 549:4, 5, 6, 7, 17,
21, 22, 23; 550:4, 6, 7, 10,
20, 23, 24, 25; 551:4, 15;
554:23; 555:12, 17, 19;
556:1; 565:13, 13; 566:2
transfer 527:11, 13
transit 560:12
translation 522:19;
525:4; 526:4
transporting 532:12
travel 508:19; 536:24;
540:11; 547:8; 556:13;
557:9; 559:2; 560:10, 20,
22; 568:22; 570:10, 12;
580:2
traveled 559:1
traveler's 538:12
travelled 536:20
Treaty 507:16
Trial 506:1; 521:16;
522:10; 526:23; 532:13,
15, 17, 21; 534:8
trials 534:9
tried 558:4; 574:21
trip 546:3; 578:19
true 522:5, 7, 15; 523:20;
527:18; 529:10; 530:8
trust 565:7
try 574:16
trying 571:6
Tuesday 584:22
Turks 548:24
Turn 529:1; 542:24;
580:12
Turning 511:25; 512:13,
24; 518:23; 521:14;
524:10, 14; 527:5
turns 544:3
TV 520:8
two 510:22; 511:7; 512:6;

516:10; 541:16; 579:23;
580:10, 13, 21; 581:5, 14
two-year 536:16
type 523:24; 540:4, 5,
18; 549:6, 21, 23; 550:6;
554:8; 557:20; 561:25;
562:13; 563:12; 568:16;
569:15; 572:2; 583:24
types 540:21; 549:24;
550:8, 12; 551:6

U

U.S 534:9; 554:20;
557:19; 568:11; 577:17
ultimately 535:7
under 511:21; 512:16;
522:2; 523:23; 527:21;
529:12; 530:10; 534:5, 23;
535:1, 4; 552:15; 564:1;
568:19; 569:24
Union 527:10, 16
United 530:2, 4; 554:9;
556:16, 23, 25; 558:6;
577:2, 5, 6, 12
up 515:18; 517:6; 531:5,
7; 538:12; 541:8; 542:11;
543:4; 548:11; 550:5, 11;
552:11; 555:24; 556:13,
21; 565:2; 577:7
upon 552:4, 5; 573:12;
578:17
upper 511:22
UPS 529:5; 530:2
upset 542:4, 23
upsetting 542:18
urban 550:24
Urea 575:25; 576:2, 6, 8,
15, 19
use 536:24; 538:12, 13;
546:23, 24, 25; 550:3;
555:24; 557:17; 561:21;
562:18; 569:13, 14, 21;
574:11, 13, 17
used 524:22; 525:23;
526:10; 536:4; 538:5, 5,
10; 539:13; 540:2, 11;
544:24; 549:10, 12, 14;
550:5; 551:2; 559:24, 25;
560:7, 8, 22; 562:17;
563:11; 564:20; 565:15;
573:25; 575:12; 576:4, 5,
13, 14
using 541:7; 564:6, 7;
574:9, 14

V

Vancouver 560:12, 13,
18, 22; 575:22; 584:6, 9
varied 548:11, 11
various 524:24; 525:25;
558:12
Venezuela 508:2
vineyards 536:17

Visa 538:11; 561:18, 19, 22; 562:8, 15, 16; 563:24; 565:7; 581:17, 20, 21, 24; 582:11
visas 580:6, 9, 13, 16, 21; 581:5, 8, 14
voice 531:5
vulnerabilities 551:13

# W

wants 541:24; 581:21
warfare 550:24
warrant 507:10, 20; 515:11; 561:6
watch 551:11
way 510:10; 520:19; 542:9; 548:2; 564:15
weapon 519:10, 11; 569:11, 12
weapons 519:9; 549:7, 12, 17; 559:19; 565:16; 569:8
wear 547:24; 551:20, 21, 21
wearing 552:5
Wednesday 585:2, 4
week 538:1; 585:4
welfare 521:20, 22, 24; 522:6, 8; 538:3
well-known 577:25
weren't 556:24
Western 527:10, 16
what's 515:21; 531:17; 533:19; 534:14, 23; 535:4; 572:18; 584:24
whenever 579:13
white 560:4
whose 513:12; 564:1
wish 517:24
withdrawn 525:17; 526:20
withdraws 540:3
within 540:12
without 508:10; 535:12; 573:14; 584:22
witness 506:6, 9, 11; 514:10, 13; 517:6; 520:6, 11; 521:16; 522:10; 524:16; 525:19; 531:1; 570:3
witnesses 511:7, 8; 521:7; 523:5; 527:7; 529:3, 25
word 546:16; 561:2
words 507:24; 585:2
work 506:21, 22; 514:17, 18, 25; 534:14; 536:4, 8, 8, 15; 544:3, 10; 548:19; 552:1; 578:8; 579:10; 584:22
worked 506:15, 19; 536:14, 17; 538:1
working 506:24, 25;

513:17, 19; 515:3; 536:13; 553:9; 561:14, 22
worry 579:21
write 509:13
writing 515:18
written 509:20; 512:4; 520:24; 534:1

# Y

year 532:23; 545:6; 548:5; 554:22; 555:1; 561:11; 563:4, 19
years 506:20; 531:12; 533:4; 534:25; 535:3, 6; 537:18; 541:2; 544:20
Yemen 548:23
yesterday 520:14
young 547:6
Yves 525:19

# Z

Zubeida 546:15, 16, 17, 21; 547:3, 13, 16, 21; 557:7, 10, 14; 558:3

**Lawyer's Notes**

# In The Matter Of:

## UNITED STATES OF AMERICA    v.
## MOKHTAR HAOUARI

---

### Trial Volume 6
### July 5, 2001

---

### SOUTHERN DISTRICT REPORTERS, P.C.
### 500 PEARL STREET
### NEW YORK, NY  10007
### (212) 805-0300

*Original File 1754HAORTXT, 78 Pages*
*Min-U-Script® File ID: 2578215916*

## Word Index included with this Min-U-Script®

Page 587

[1] UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
[2]
[3] UNITED STATES OF AMERICA,
[4]      v.          S4 00 Cr. 15 (JFK)
[5] MOKHTAR HAOUARI,
[6]         Defendant.
[7]
[8]         July 5, 2001
            11:30 a.m.
[9]
[10]
    Before:
[11]
         HON. JOHN F. KEENAN
[12]
              District Judge
[13]
[14]
         APPEARANCES
[15]
    MARY JO WHITE
[16]   United States Attorney for the
       Southern District of New York
[17] JOSEPH F. BIANCO
    ROBIN BAKER
[18]   Assistant United States Attorneys
[19] DANIEL OLLEN
    Attorney for Defendant
[20]
    Also present:
[21]   ADAM COHEN, Special Agent, FBI
       JAMES HELLY, Special Agent, FBI
[22]
    ISABELLE DUCHESNE
[23] MONIQUE DELIYANIDIS
    French Interpreters
[24]
[25]

Page 588

[1] THE COURT: Good day, everyone. Good day, Mr.
[2] Haouari.
[3]    You can bring the jury in, please.
[4]    (In open court; jury present)
[5] THE COURT: Good morning, everybody.
[6] THE JURY: Good morning.
[7] THE COURT: Thank you for being so prompt. I hope
[8] you had a nice day yesterday. You may continue.
[9] MR. BIANCO: Thank you, your Honor.
[10] AHMED RESSAM, resumed.
[11] DIRECT EXAMINATION (Continued)
[12]         BY MR. BIANCO:
[13] Q: Mr. Ressam, going back to Tuesday for a moment, with
[14] regard to thefts that you committed when you were in France
[15] from 1994 to '98, is there any additional thefts other than
[16] the purses and the — sorry — the suitcases that you stole,
[17] are there any other thefts that you were involved in during
[18] that time frame?
[19] A: They stopped me also in France another time because I
    was
[20] illegal in France, also.
[21] Q: Maybe he didn't understand the question. I was referring
[22] to the thefts that you committed when you were in Canada.
[23] Was there something you wanted to add with regard to
[24] those thefts when you were in Montreal?
[25] A: Yes, I stole computers sometimes.

Page 589

[1] Q: And how would you do that?
[2] A: Either from a hotel or from cars sometimes.
[3] Q: Now, you were just a moment ago making reference to your
[4] immigration in France. Were you legally in France when you
[5] were there?
[6] A: No, I was illegal in France.
[7] Q: And while you were in France, did you make false
[8] statements to the immigration authorities in France as well?
[9] A: Yes, I have done that also.
[10] Q: Now, on Tuesday, do you recall me asking about your
[11] political discussions with Mokhtar Haouari? Do you recall
[12] that question?
[13] A: Yes, I do.
[14] Q: Do you recall mentioning the country France that one of
[15] your discussions were about France?
[16] A: Yes.
[17] Q: I neglected to ask you what those discussions were. Can
[18] you describe to us what those discussions about France were?
[19] A: We spoke about an operation that occurred in France in the
[20] past.
[21] Q: What operation were you speaking about?
[22] A: We spoke about some bombings that occurred in France some
[23] time ago, not specifically, but in general.
[24] Q: Well, what was the discussion?
[25] A: We talked about the group that carried out the operation

---

Page 590

[1] in France and that it would be a good thing to carry out

[2] another operation in France in the future.

[3]   Q: Who was present for that conversation?

[4]   A: As far as I can remember, I was with Samir Ait Mohamed and

[5] also Mokhtar.

[6]   Q: And when you say, "we discussed," who was talking? Do you

[7] recall who was doing the talking?

[8]   A: As far as I can remember, I was the one talking and also

[9] Samir.

[10]   Q: And did the defendant have any response when you were

[11] discussing this?

[12]   A: He was in agreement with the idea, but what did he say

[13] exactly? I don't remember.

[14]   Q: And did you ever discuss in general terms the embassy

[15] bombings in Africa with the defendant?

[16]   A: Yes, in general terms.

[17]   Q: What did you discuss?

[18]   A: The bombing against America, it was a good thing; however,

[19] it would have been preferable to have carried out in the

[20] country itself.

[21]   Q: In what country?

[22]   A: Inside America.

[23]   Q: Who was saying that?

[24]   A: I remember I said that.

[25]   Q: Did the defendant have any response — do you recall his

---

Page 591

[1] response to that when you said that?

[2]   A: I don't remember precisely what he said. Generally

[3] speaking though, he was in agreement.

[4]   Q: Approximately when were these conversations, what time

[5] frame?

[6]   A: In October.

[7]   Q: What year?

[8]   A: 1999.

[9]   Q: Now, on Tuesday when we stopped, you were describing a

[10] series of conversations that you had with the defendant in

[11] early November of '99, do you recall that?

[12]   A: Yes.

[13]   Q: Without going through those conversations again, can you

[14] just list the things that you've asked for from the defendant

[15] in those early November conversations?

[16]   A: I asked him to get me a driver's license, an Algerian

[17] passport, and to assist me with money.

[18]   Q: And did he suggest any additional assistance to you other

[19] than those three things?

[20]   A: Yes, he said his friend can also help me.

[21]   Q: Which friend?

[22]   A: The friend that was going to travel to Afghanistan.

[23]   Q: And where was that friend at that point in time?

[24]   A: He used to be in America, in New York.

[25]   Q: Now, after these conversations with the defendant in early

---

Page 592

[1] November, where did you go?

[2]   A: I went to Vancouver.

[3]   Q: Approximately when was that?

[4]   A: On the 17th of November, as far as I can remember.

[5]   Q: Did you receive anything from the defendant prior to your

[6] trip to Vancouver?

[7]   THE INTERPRETER: Your Honor, I cannot understand a

[8] word.

[9]   A: He gave me some money.

[10]   Q: How much?

[11]   A: As far as I can remember, $3,000.

[12]   Q: Was that U.S. or Canadian?

[13]   A: Canadian.

[14]   Q: Approximately how long were you in Vancouver for?

[15]   A: Two weeks, about two weeks.

[16]   Q: What were you doing in Vancouver during those two weeks?

[17]   A: I was getting — preparing to put together the explosives.

[18]   THE COURT: Can I ask you something? To get from

[19] Montreal to Vancouver, how did you travel?

[20]   THE WITNESS: By plane.

[21]   THE COURT: Thank you.

[22]   Q: When you were preparing — when you say preparing the

[23] chemicals, what do you mean? What were you doing in those two

[24] weeks, generally?

[25]   A: First, buying some chemical instruments. Also, I went and

---

Page 593

[1] stole nitric and sulfuric acids and started preparing the

[2] chemical materials.

[3]   Q: Where did you do that?

[4]   A: At a Hotel 2400 in Vancouver.

[5]   Q: The hotel was called 2400?

[6]   A: Yes.

[7]   Q: Did anyone help you in preparing and mixing the chemicals?

[8]   A: Yes.

[9]   Q: Who is that?

[10]   A: Dahoumane Abdelmajid.

[11]   Q: Did you ever tell Dahoumane Abdelmajid the actual target

[12] of your attack?

[13]   A: No.

[14]   Q: Prior to leaving for Vancouver, did you tell the defendant

[15] that you were going to Vancouver?

[16]   A: Yes.

[17]   Q: What did you tell him in general terms about Vancouver?

[18]   A: I didn't tell him very much. I told him: I'm going to

[19] prepare my things over there. I told him: I'm going to

[20] prepare my affairs there and once I do that, I will call you

[21] to let you know when to contact your friend to meet me.

[22]   Q: Did you take the $3,000 the defendant gave you to

[23] Vancouver?

[24]   A: Yes, I did. I took that money and I had already some

[25] money myself. I put them together.

---

Page 594

[1] Q: How much money did you have yourself before the defendant
[2] gave you $3,000?

[3] A: I don't remember precisely, anywhere between 4 to $5,000.

[4] Q: And did you use that, the combined money when you were in
[5] Vancouver?

[6] MR. OLLEN: Object to the form.

[7] THE COURT: Objection overruled.

[8] A: Yes.

[9] Q: What did you use it for?

[10] A: I used it to buy some chemical instruments and to buy
[11] urea. I bought tickets, also.

[12] Q: What type of tickets?

[13] A: Airplane tickets. And that is to rent a car and to pay
[14] for the hotel.

[15] Q: Now, did there come a time when you returned to Montreal?

[16] A: Yes.

[17] Q: Approximately when was that?

[18] A: At the beginning of December 1999.

[19] Q: Upon returning to Montreal, did you meet with Mokhtar
[20] Haouari again?

[21] A: Yes.

[22] Q: Approximately how soon after you returned to Montreal did
[23] you meet with him?

[24] A: On the first day, I met him.

[25] Q: And where was that?

Page 595

[1] A: At the store or at Marche Benni.

[2] Q: Can you explain what Marche Bennie is?

[3] A: That's the store that was going to have my name.

[4] Q: So, you met him at that store?

[5] A: Yes, I met him and Samir Ait Mohamed and Said Araar.

[6] Q: And did you have a discussion with the defendant at the
[7] store?

[8] A: Yes, I remember speaking to him.

[9] Q: Well, what was the discussion?

[10] A: I spoke to him about his friend that I would want to meet
[11] him in a week in Seattle and tell him, I said to the defendant
[12] that my name would be Reda. And then once I tell him that
[13] once I meet him there, I will explain to him precisely what
[14] the job is.

[15] Q: And did he give you anything at that meeting?

[16] A: I don't remember precisely whether it was on that date or
[17] a future date, he gave me the driver's license.

[18] Q: In what name?

[19] A: Mario Roig.

[20] Q: After the meeting at the store, did you have another
[21] meeting with the defendant?

[22] A: Yes, I remember meeting him at his home, also.

[23] Q: Approximately how much time went by between meeting at the
[24] store and the second meeting?

[25] A: Not long, a day or two or three,

Page 596

[1] Q: What was discussed at the second meeting?

[2] A: He gave me the telephone number of his friend and the
[3] name — and his name.

[4] Q: What was the name?

[5] A: Ghani.

[6] Q: And anything else?

[7] A: He also showed me a photograph of Abdelghani.

[8] Q: Why did he do that?

[9] A: So that I would recognize him once I met him. He also
[10] said that he had sent me a photograph of him to get a
[11] passport made for him, that Mokhtar would get a passport made
[12] for him.

[13] Q: Now, during this meeting at the house, did you make any
[14] further requests regarding his friend?

[15] A: Yes, I remember now. I asked him to have his friend bring
[16] some money along with him.

[17] Q: Did you say how much?

[18] A: No, I didn't tell him how much.

[19] Q: Was there any discussion about what else the friend would
[20] be bringing?

[21] A: He gave me the telephone number of his friend and that
[22] Abdelghani — he told me Abdelghani had changed his telephone
[23] number.

[24] Q: What did he explain to you about that?

[25] A: That he had a telephone number that would work only in the

Page 597

[1] New York area. He changed it and got a new one that would
[2] work all over.

[3] Q: For what type of phone?

[4] A: It is a mobile or cell phone.

[5] Q: Now, after this meeting with — at the defendant's house,
[6] what did you do?

[7] A: I went — I left and I immediately called Abdelghani.

[8] Q: Where did you call him from?

[9] A: From the metro station.

[10] Q: What type of phone?

[11] A: It was a pay phone using a calling card.

[12] Q: And did you speak with Ghani?

[13] A: Yes.

[14] Q: What did you discuss with him?

[15] A: I didn't discuss much with him.

[16] Q: Just a few words?

[17] A: I remembered a few English words that I said and I told
[18] him that I am Reda, a friend of your friend Mokhtar, that your
[19] friend gave me your number to call you. I said: In a week,
[20] we will meet in Seattle and I will explain to you.

[21] Q: After you spoke with Ghani, did you meet with the
[22] defendant again?

[23] A: Yes.

[24] Q: Do you recall where that was?

[25] A: No, I don't remember precisely. I remember telling him

**Trial Volume 6**
**July 5, 2001**

Page 598

[1] that before I leave, I will give you the telephone number of
[2] my friend in Britain. I told him that that is the friend that
[3] would make the arrangements for visas and for Afghanistan.
[4] Then also that in the future after I leave, if you want to
[5] know where I am, you can call him, he will know.
[6] And then in regard to my share of the money in the
[7] store, you can send it to that man.
[8] Q: Did you tell him that person's name?
[9] A: That day, I don't think I told him.
[10] Q: Did there came a time when you did tell him that name?
[11] A: Yes.
[12] Q: Where was that?
[13] A: We were in Dunkin Donuts, I, Mokhtar and Samir Ait
[14] Mohamed.
[15] Q: And what happened there?
[16] A: I called my friend in Britain. I told my friend in
[17] Britain that I would like to introduce you to my friend
[18] Mokhtar. If I'm not here, if this friend calls you, it would
[19] be the same. He would send you names of people who want to go
[20] to Afghanistan. I introduced him. I introduced Mokhtar to my
[21] friend using the name Omar and friend in Britain, I used the
[22] name Rachid for him.
[23] Q: Who's — what person did you use Omar for?
[24] A: For Mokhtar.
[25] Q: So, he was introduced by the name Omar?

Page 599

[1] A: Yes.
[2] Q: And what name did you use to introduce your friend by?
[3] A: Rachid.
[4] Q: Who was Rachid?
[5] A: He's my friend, Abu Doha in Britain.
[6] Q: Can you in a few sentences, can you remind the jury who
[7] Abu Doha is?
[8] A: He was in charge like Martez Abu Jaffar.
[9] Q: Where?
[10] A: In Afghanistan.
[11] Q: And when you introduced them, how did you do that?
[12] A: On the phone.
[13] Q: What did you do?
[14] A: I said: Mokhtar, my friend in — first, I spoke to
[15] Mokhtar about the subject and then I talked to my friend,
[16] Rachid. I said: Rachid, when I'm gone, Omar will tell you
[17] and just deal with him as if you are dealing with me, just
[18] like you're dealing with me.
[19] Q: Did the defendant talk to Abu Doha or Rachid?
[20] A: Yes, but very briefly.
[21] Q: What did you do? How did that happen? How was he able to
[22] talk to him?
[23] A: I passed over the phone to him.
[24] Q: Where was that call made from?
[25] A: From a pay phone.

Page 600

[1] Q: Now, you made reference to giving instructions about the
[2] proceeds of the store. Can you explain what that was about?
[3] A: After they opened the store, they will start working. My
[4] percentage of the money would be sent to Britain.
[5] Q: And whose name was on the lease for that store, Marche
[6] Benni?
[7] A: My name, Benni Noris.
[8] Q: And why did they want to use your name on that lease?
[9] A: Because I was going to leave later on and then it is not
[10] my real name.
[11] Q: Did you give the defendant any warnings with respect to
[12] that store?
[13] A: Yes, at the beginning, I did.
[14] Q: What did you tell him?
[15] A: I address Samir Mohamed, and he was also present.
[16] Q: What did you tell him?
[17] A: I said I will open the store for you. When they first
[18] asked me to open the store for them, I said I will open the
[19] store for you, but you bear responsibilities should I have any
[20] problems in the future.
[21] Q: And what did you tell them with respect to those problems?
[22] A: I didn't discuss the problems in detail.
[23] Q: Did you discuss in general terms how they should handle
[24] it?
[25] A: Yes. Later on, I told them, I said: Deny any knowledge

Page 601

[1] of me.
[2] Q: Why were you telling you them that?
[3] A: Should they have any problems in the future in Canada or
[4] in France, just to deny knowledge of me.
[5] Q: Why were you concerned about that?
[6] A: Because I had work to do. I had an operation to carry
[7] out.
[8] Q: And did you give them any instructions about what they
[9] could say?
[10] A: I said: Just deny me or tell them that I'm Lebanese.
[11] Q: Did you give them that warning once or more than once?
[12] A: At the beginning, I warned them, not that much.
[13] Q: Now, did there come a time when you left Montreal again?
[14] A: Yes.
[15] Q: When was that approximately?
[16] A: At the beginning of December, 6 or 7.
[17] Q: And where did you go?
[18] A: To Vancouver.
[19] Q: Did you ever return to Montreal?
[20] A: No.
[21] THE COURT: Mr. Ressam, you said that on the trip to
[22] Vancouver in the latter part of November of 1999, that you
[23] bought airplane tickets. Do you remember saying that about
[24] six minutes ago, seven minutes ago?
[25] THE WITNESS: Yes.



**Min-U-Script®**

UNITED STATES OF AMERICA    v.
MOKHTAR HAOUARI

Trial Volume 6
July 5, 2001

Page 602

[1]  THE COURT: Did you ever use those airplane tickets?

[2]  THE WITNESS: Yes.

[3]  THE COURT: When did you use them?

[4]  THE WITNESS: From Montreal to Vancouver.

[5]  THE COURT: So, when you went out in early December

[6]  from Montreal to Vancouver, you flew?

[7]  THE WITNESS: Yes.

[8]  THE COURT: Thank you.

[9]           BY MR. BIANCO:

[10]  Q: And did you ever return to Montreal?

[11]  A: No.

[12]  Q: When was the last time you saw the defendant before

[13]  leaving Montreal?

[14]  A: We were at the pizzeria.

[15]  Q: And did you say anything regarding your travel? First of

[16]  all, when was that in relation to when you were leaving?

[17]  A: The last day.

[18]  Q: And did you say anything regarding your travel generally?

[19]  A: Yes, I had a problem the day that I was supposed to leave.

[20]  Q: And did you explain that?

[21]  A: Yes, I told him I was going to leave and then I missed the

[22]  flight. And then I got another ticket to leave later.

[23]  Q: Later that day?

[24]  A: No, the following day.

[25]  Q: And after that conversation in the pizza place, did you

Page 603

[1]  ever speak to Mokhtar Haouari again?

[2]  A: No.

[3]  Q: Now, other than the defendant and Dahoumane, did any other

[4]  individuals help in the planning stage of this operation?

[5]  A: Yes, some people.

[6]  Q: Approximately how many others?

[7]  A: Three or four.

[8]  Q: And what type of things were they assisting you with?

[9]  A: Some would help me with money, some would help me with

[10]  ideas.

[11]  Q: Did you give the names of those people to the government

[12]  when you first started cooperating?

[13]  A: No.

[14]  Q: Did you intentionally withhold them?

[15]  A: Yes.

[16]  Q: Did you later provide those names?

[17]  A: Yes.

[18]  Q: Now, when you — between December — early, I guess,

[19]  December 6th or 7th when you arrived in Vancouver to the 14th

[20]  when you were arrested, what were you doing?

[21]  A: I spent time putting together the explosives.

[22]  Q: And where were you doing that?

[23]  A: At Hotel 2400.

[24]  Q: And did anyone help you in Vancouver when you were doing

[25]  that during that week — I'm sorry.

Page 604

[1]  Did anyone help you in Vancouver when you were doing

[2]  that during that week?

[3]  A: Yes.

[4]  Q: Who?

[5]  A: Dahoumane Abdelmajid.

[6]  Q: When you were in Vancouver for that week, did you reach

[7]  out for Abdelghani?

[8]  A: Yes.

[9]  Q: What type of phone did you use?

[10]  A: I used a pay phone.

[11]  Q: And did — when you reached out to him, did you talk to

[12]  him?

[13]  A: No, I got his pager and I left him a voice message on it.

[14]  Q: Do you recall what the message was?

[15]  A: Yes, I remember.

[16]  Q: What did you say?

[17]  A: I said, Abdelghani, do not be concerned. I am Reda. I

[18]  will call you later.

[19]  Q: And did you have a second conversation? Did you try to

[20]  reach out to him a second time then?

[21]  A: Yes.

[22]  Q: Approximately when was that?

[23]  A: The last — on the last day.

[24]  Q: And what did you tell him?

[25]  A: I had a little — a small talk, how are you, etc. I said:

Page 605

[1]  This evening, I will be in Seattle. I'll call you.

[2]  Q: Now, directing your attention to December 14, 1999, the

[3]  day of your arrest, you can you describe what you did at the

[4]  start of that day?

[5]  A: Yes, I remember.

[6]  Q: Take us through that day. What did you do?

[7]  A: We got up, Abdelmajid and I in the morning. We got all

[8]  our things out of the hotel. I rented a room for Abdelmajid

[9]  in a different hotel and I bought him a ticket to leave the

[10]  next day.

[11]  Q: Leave to where?

[12]  A: To Montreal.

[13]  Q: Why wasn't Dahoumane coming to the United States with you?

[14]  A: Because Abdelghani was going to take care of that. That

[15]  was enough.

[16]  Q: After you made those flight arrangements for Dahoumane,

[17]  what did you do next?

[18]  A: And then we went to Victoria.

[19]  Q: Now, what car were you using on that day?

[20]  A: A rental car.

[21]  Q: And were the explosives material in the trunk at that

[22]  time?

[23]  A: Yes.

[24]  Q: When had you loaded them?

[25]  A: In the evening, the prior evening.

**Page 606**

[1] Q: Now, you said you went to the ferry of Victoria; correct?

[2] A: Yes, I took a ferry to — from Vancouver to Victoria.

[3] Q: And was the car with you?

[4] A: Yes, myself, the car and Abdelmajid.

[5] Q: And when you arrived at Victoria, then what happened?

[6] A: We went and got a ticket to get on the ship from Victoria

[7] to Port Angeles.

[8] Q: And then what happened?

[9] A: And I made reservations at the hotel in Seattle and I

[10] bought a ticket for Abdelmajid to return from Victoria to

[11] Vancouver.

[12] Q: And then you got on the ferry with the car and went to

[13] Port Angeles; correct?

[14] A: Yes.

[15] Q: What happened when you got to Port Angeles?

[16] A: They stopped me.

[17] Q: Can you explain what happened generally?

[18] A: They asked me: Where are you going to? From what I

[19] understood from them, I don't remember what I told them. They

[20] gave me a form that had information on it. And then they

[21] said: Open the car, and then they started searching. I ran,

[22] and they stopped me.

[23] Q: And you were placed under arrest?

[24] A: Yes.

[25] Q: Now, if you had not been arrested and you had gotten into

**Page 607**

[1] Port Angeles, what was your plan once you got in the U.S.?

[2] A: I was to get in touch with Abdelghani so he can help me

[3] put the explosives in some suitcases and then to return the

[4] car to the company and then take a train to Los Angeles.

[5] Q: Why were you taking a train to Los Angeles, as opposed to

[6] just continuing in your rental car?

[7] A: It is a very long way and I was afraid of impact and shock

[8] in the car.

[9] Q: Can you explain why you were concerned about that?

[10] A: I had explosives that would be sensitive to impact; EGDN.

[11] Q: Impact or sudden movement?

[12] A: Yes, it is a very sensitive substance.

[13] Q: What were you going to do once you got to LA on the train?

[14] A: I would get a room at the hotel.

[15] Q: Then what?

[16] A: Then I would go to — with Abdelghani to get a car and

[17] check the airport out.

[18] Q: And whose car was the name — whose name was the car going

[19] to be under?

[20] A: The fake name that Abdelghani had.

[21] Q: And after you carried out the operation, did you have a

[22] plan of where you were going to go?

[23] A: Yes, to return to Montreal.

[24] Q: Why?

[25] A: To say good-bye to my friends and get a passport.

**Page 608**

[1] Q: Where were you going to get the passport from?

[2] A: From Mokhtar.

[3] Q: Is that the Algerian passport you referred to earlier?

[4] A: Yes.

[5] Q: And after you got that passport, what were you going to

[6] do?

[7] A: Go to Europe and from Europe to Algeria.

[8] MR. BIANCO: May I approach, your Honor?

[9] THE COURT: You may.

[10] Q: Mr. Ressam, I've placed in front of you various exhibits

[11] that are already in evidence. I'm going to go through them

[12] one by one and ask you some questions about them. Starting

[13] with Government's Exhibit 159, which is a photograph, do you

[14] recognize that person?

[15] A: Yes.

[16] Q: Who is that?

[17] A: Said Araar.

[18] Q: And can you describe or remind us in a few sentences who

[19] Said Araar is?

[20] A: He was a friend of ours. He was going to be in with us on

[21] the store that we were going to open Marche Bennie.

[22] Q: Regarding the credit card fraud?

[23] A: Yes.

[24] Q: Turning to the next exhibit, Government's Exhibit 311 and

[25] 311A, which is just a photograph of 311, can you hold up 311?

**Page 609**

[1] What is that?

[2] A: That is an agenda.

[3] Q: Whose agenda is that?

[4] A: Mine.

[5] Q: And does that contain various names and phone numbers in

[6] there?

[7] A: Yes.

[8] Q: Turning to the 311A where there is a Post-It within the

[9] packet of pages that are photographs, there should be a

[10] Post-It marking a page.

[11] MR. BIANCO: May I approach, your Honor?

[12] THE COURT: You may.

[13] Q: Whose name and number appears on that page of your agenda

[14] book?

[15] A: Mokhtar's name.

[16] MR. BIANCO: Your Honor, may I take a moment to move

[17] the TV over? I think it might be helpful to use that.

[18] THE COURT: You may.

[19] Q: Let's just start with the 159, the photograph that you

[20] already referred to. Can you say again who that is?

[21] A: Yes.

[22] Q: Who is that?

[23] A: Said Araar.

[24] Q: And now we're referring to that page out of your agenda

[25] book, can you read the number you have there for Mokhtar?



Page 610

[1]   A: Yes.
[2]   Q: What is it?
[3]   A: 253-3479.
[4]   Q: And what appears in Arabic underneath the number?
[5]   A: Mokhtar.
[6]   Q: I'm now showing you Government's Exhibit 310. Can you
[7]   tell us what appears in the upper left-hand corner of that
[8]   document?
[9]   A: The name of the store where Mokhtar used to work.
[10]  Q: And what's the name?
[11]  A: Artisanat Nord-Sud.
[12]  Q: And whose name is on that business card?
[13]  A: Mokhtar.
[14]  Q: I'm showing you Government's Exhibit — and on the back of
[15]  that card, do you see the name Mokhtar there?
[16]  A: Yes.
[17]  Q: What are those numbers underneath that?
[18]  A: 591-3944.
[19]  Q: What does that represent?
[20]  A: A number of a pager or a phone number.
[21]  Q: Government's Exhibit 345, do you recognize that document?
[22]  A: Yes.
[23]  Q: Can you tell us what that is?
[24]  A: An application form for a visa.
[25]  Q: And who helped you fill out that application?

Page 611

[1]   A: Mokhtar.
[2]   Q: And is his store used as a reference on that application?
[3]   A: Yes.
[4]   Q: Is that the name of the store?
[5]   A: Yes.
[6]   Q: And, finally, I'm showing you Government's Exhibit 330.
[7]   MR. BIANCO: May I approach, your Honor?
[8]   THE COURT: You may.
[9]   Q: Do you recognize that?
[10]  A: That is a cell phone.
[11]  Q: And whose cell phone is that?
[12]  A: Mine.
[13]  Q: And where did you leave that? Did you have it on you when
[14]  you were arrested?
[15]  A: Yes.
[16]  Q: The cell phone?
[17]  A: I had two. One I left at home in Montreal and one was
[18]  with me in the car.
[19]  MR. BIANCO: Your Honor, I have an oral stipulation
[20]  between the parties.
[21]  THE COURT: You may read it.
[22]  MR. BIANCO: Thank you, your Honor.
[23]  Government's Exhibit 71 is a photograph of the money
[24]  that Mr. Ressam had on him at the time of his arrest. And we
[25]  offer that photograph. It consisted of 938 U.S. dollars and

Page 612

[1]   100 Canadian dollars. And we offer that photo, Government's
[2]   Exhibit 71, in evidence.
[3]   MR. OLLEN: No objection.
[4]   THE COURT: Received.
[5]   (Government's Exhibit 71 received in evidence)
[6]   MR. BIANCO: And, your Honor, I would also offer the
[7]   Visa card application, Government's Exhibit 345 in evidence.
[8]   MR. OLLEN: No objection.
[9]   THE COURT: Received.
[10]  (Government's Exhibit 345 received in evidence)
[11]              BY MR. BIANCO:
[12]  Q: And Mr. Ressam, I'm going to focus your attention on the
[13]  TV screen again. I'm going to take you through a number of
[14]  items that were on you at the time of your arrest; O.K.
[15]  Starting with Government's Exhibit 68, do you
[16]  recognize that?
[17]  A: Yes, it is a tourist book.
[18]  Q: Of what state?
[19]  A: For California.
[20]  Q: What language is it in?
[21]  A: The French language.
[22]  Q: And did you have that on you at the time of your arrest?
[23]  A: Yes.
[24]  Q: I'm showing you now Government's Exhibit 58 and 58A.
[25]  That's 58. Do you recognize that?

Page 613

[1]   A: Yes..
[2]   Q: And 58A is a copy of one page out of it. What is
[3]   reflected there?
[4]   A: My photograph and my name.
[5]   Q: And what kind of identification is that?
[6]   A: A passport.
[7]   Q: Under what name?
[8]   A: Noris Benni.
[9]   Q: Now, were the stamps from your trip to Afghanistan in
[10]  that — in that passport?
[11]  A: No, it's not.
[12]  Q: Why not?
[13]  A: I tore them out so that I would not bring suspicion to
[14]  myself when I entered the U.S.
[15]  Q: I'm showing you Government's Exhibit 60, 61 and 62.
[16]  That's 60, 61, and 62. Do you recognize those?
[17]  A: Yes — they are phone cards.
[18]  Q: And what types of phones did you use to communicate with
[19]  people?
[20]  A: For sensitive calls, I would use the pay phones and the
[21]  phone cards. And for other purposes with my friends, I would
[22]  use the other phone that I had also, the cell phone that I had
[23]  in Montreal.
[24]  Q: Government's Exhibit 63, what is that?
[25]  A: A Visa card.

**Page 614**

[1]   **Q:** In what name?

[2]   **A:** Benni Noris.

[3]   **Q:** And is that the Visa card you obtained from filling out

[4]   the application which is in evidence as Government's Exhibit

[5]   345?

[6]   **A:** Yes.

[7]   **Q:** I'm showing you Government's Exhibit 40, do you recognize

[8]   that?

[9]   **A:** Yes.

[10]  **Q:** What is that?

[11]  **A:** It is a timing circuit.

[12]  **Q:** And what is the timing circuit used for?

[13]  **A:** It is used with explosives. You set it for a specific

[14]  time and at that time, it emits a spark to the explosives.

[15]  **Q:** And how many of those did you have with you when you were

[16]  arrested?

[17]  **A:** Four.

[18]  **Q:** Why did you have four?

[19]  **A:** In case one doesn't work, then I would connect, you know,

[20]  I had three or four others.

[21]  **Q:** Would you put multiple timing devices in one suitcase?

[22]  **A:** Yes, I would.

[23]  **Q:** And why would you be concerned it wouldn't work? What

[24]  could happen? Why wouldn't they work?

[25]  **A:** There might — a short might occur and it might not work.

**Page 615**

[1]   **Q:** So, you planned on putting several in to make sure it

[2]   would work?

[3]   **A:** Yes.

[4]   **Q:** Government's Exhibit 46, do you recognize that?

[5]   **A:** Yes.

[6]   **Q:** What was contained inside that zinc lozenge bottle?

[7]   **A:** It is a booster material. It is a sensitive material.

[8]   **Q:** What is it called?

[9]   **A:** Hexamine. Hexamine peroxide.

[10]  **Q:** Is it commonly referred to as HMTD?

[11]  **A:** Yes.

[12]  **Q:** And can you explain in a sentence which is HMTD?

[13]  **A:** It is a sensitive substance that is used in the detonator.

[14]  **Q:** Is it an explosive?

[15]  **A:** It is a initiator; yes.

[16]  **Q:** And how, in a sentence, can you describe how you made the

[17]  HMTD?

[18]  **A:** Yes, I made it using hexamine and a concentrated peroxide

[19]  and a little sulfuric. I mixed them, put them in the

[20]  refrigerator for 24 hours, and then I put it out to dry. And

[21]  in that fashion, it becomes an explosive.

[22]  **Q:** Government's Exhibit 44, do you recognize that?

[23]  **A:** Yes.

[24]  **Q:** What did you have inside that Tylenol bottle?

[25]  **A:** RDX.

**Page 616**

[1]   **Q:** What is RDX?

[2]   **A:** It is an explosive substance that is used also in making

[3]   detonator.

[4]   **Q:** And can you describe briefly how you made that?

[5]   **A:** I got the hexamine and the nitric acid and a little

[6]   sulfuric acid. I mixed them. I dried them up later on.

[7]   **Q:** When you were making these explosives in Vancouver, were

[8]   you making reference to any notes?

[9]   **A:** Yes, I had a notebook.

[10]  **Q:** From where?

[11]  **A:** I had it from Afghanistan.

[12]  **Q:** And before you came to the United States, what did you do

[13]  with that notebook?

[14]  **A:** I tore it up and put some nitric acid on it.

[15]  **Q:** Government's Exhibit 26, do you recognize that?

[16]  **A:** Yes.

[17]  **Q:** What is that — what was contained in the olive jar?

[18]  **A:** EDGN — EDGN, the substance EDGN.

[19]  **Q:** What is EGDN?

[20]  **A:** It is also an explosive substance.

[21]  **Q:** What is it is used for?

[22]  **A:** It is a booster that is used to reinforce the explosion of

[23]  the main charge.

[24]  **Q:** Now, looking at Government Exhibit 48, what was contained

[25]  in that green garbage bag?

**Page 617**

[1]   **A:** Urea.

[2]   **Q:** And can you remind us what the urea is used for?

[3]   **A:** It's used for explosions, also. It has the same effect as

[4]   TNT.

[5]   **Q:** I'm showing you Government's Exhibit 71, the money that

[6]   you had on you when you were arrested, the 930 U.S. and the

[7]   100 Canadian, where had you gotten that money from?

[8]   **A:** This is my money that I had with me.

[9]   **Q:** And where had you gotten that from?

[10]  **A:** The Americans — it's American money I had exchanged in

[11]  Montreal.

[12]  **Q:** And prior to that, where had you gotten money from?

[13]  Before it was exchanged where had you gotten the money from?

[14]  **A:** The money that I had and the money that my friend gave me.

[15]  **Q:** Which friend?

[16]  **A:** Mokhtar and other friends.

[17]  **Q:** How many other friends gave you money besides Mokhtar?

[18]  **A:** As far as I remember, one.

[19]  **Q:** You said earlier, Mr. Ressam, that you used calling cards.

[20]  What would you do with the calling cards after you used them?

[21]  **A:** Throw it away.

[22]  **Q:** Government's Exhibit 56, do you recognize that?

[23]  **A:** Yes.

[24]  **Q:** What is that?

[25]  **A:** It is a driver's license.

Page 618

[1]   **Q:** And is it real or is it fake?

[2]   **A:** Fake.

[3]   **Q:** What name appears on that license?

[4]   **A:** Roig Mario.

[5]   **Q:** Where did you get that fake Mario Roig license from?

[6]   **A:** From my friend Mokhtar.

[7]   **Q:** Finally, showing you Government Exhibit 55, that's the

[8] front of that card and now the back. Do you recognize the

[9] numbers on the back of that card?

[10]   **A:** Yes.

[11]   **Q:** Who's number's on the back of that card?

[12]   **A:** The numbers of my friend, Rachid, Abu Jaffar, and the

[13] friend of Abdelghani, Mokhtar's friend and his numbers.

[14]   **Q:** And who gave you the numbers for Abdelghani?

[15]   **A:** Mokhtar did.

[16]   **Q:** And what was the purpose of giving you those numbers?

[17]   **A:** So I will use them to call him to meet me in Seattle.

[18]   **MR. BIANCO:** May I have a moment, your Honor?

[19]   **THE COURT:** Sure.

[20]   (Pause)

[21]   **MR. BIANCO:** Nothing further, your Honor.

[22]   **THE COURT:** I have one question before we go to

[23] lunch. You were conferring with Ms. Baker and I don't know

[24] whether you heard the answer in connection with the money that

[25] was Exhibit 71. I think there were 968 American dollars and a

Page 619

[1] certain amount of Canadian dollars. And you said you had

[2] gotten the money from your friends. You said one of them was

[3] Mokhtar and said there was another friend. Who was the

[4] other friend? You never told us.

[5]   **THE WITNESS:** Zemmiri Hassan — Zemmiri Hassan.

[6]   **THE COURT:** Thank you.

[7]   **MR. BIANCO:** Thank you, your Honor.

[8]   **THE COURT:** All right. Before cross starts, I think

[9] we can break for lunch.

[10]   So, you're excused for lunch, ladies and gentlemen.

[11] And we'll resume at 2:20. Don't discuss the case or come to

[12] any conclusion concerning the case. 2:20.

[13]   (Jury excused)

[14]   **THE COURT:** After you finish conferring, could I see

[15] you for a second at the sidebar without the court reporter?

[16]   (Sidebar discussion off the record)

[17]   (Luncheon recess)

[18]   (Continued on next page)

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 620

[1]                    AFTERNOON SESSION

[2]   (2:20 p.m.)

[3] (In open court, jury present)

[4]   **THE COURT:** Good afternoon. You may cross-examine.

[5] AHMED RESSAM, resumed.

[6]                    CROSS-EXAMINATION

[7]                    BY MR. OLLEN:

[8]   **Q:** Mr. Ressam, Mr. Bianco asked you some questions on Friday

[9] about your training in the Afghanistan camps; do you remember

[10] those questions?

[11]   **A:** Yes.

[12]   **Q:** Mr. Bianco asked you some questions about the training you

[13] received and the experiments conducted in those camps; do

[14] you remember that?

[15]   **A:** Yes.

[16]   **Q:** I don't recall your testifying about the experiments that

[17] you conducted on dogs at the Deronta camps; did you testify

[18] about those experiments?

[19]   **A:** Yes.

[20]   **Q:** You did on Friday?

[21]   **A:** No.

[22]   **Q:** Why don't you tell the jury about the experiments that you

[23] conducted on dogs, you personally, and start with the

[24] experiment where you put the dogs in a box.

[25]   **A:** We were just present there; it was actually our chief that

Page 621

[1] was there carrying out the experiment.

[2]   **Q:** You watched as your chief put a dog in a box, correct?

[3]   **A:** Yes. We were all present there.

[4]   **Q:** I am talking about you.

[5]   **A:** Yes.

[6]   **Q:** Your chief put cyanide in the box, is that correct?

[7]   **A:** Yes.

[8]   **Q:** He added sulphuric acid to the cyanide, correct?

[9]   **A:** Yes.

[10]   **Q:** And the dog shortly thereafter died from that experiment,

[11] correct?

[12]   **A:** Correct.

[13]   **Q:** How long in general would you say that you watched these

[14] dogs suffer?

[15]   **A:** Not very long.

[16]   **Q:** How long?

[17]   **A:** Not very long, I don't remember precisely, maybe four

[18] minutes, because the dog was very small.

[19]   **Q:** In the four minutes you watched the dog suffer before the

[20] dog died did you do anything to stop your leader from killing

[21] the dogs?

[22]   **A:** No.

[23]   **Q:** You wore a mask over your face during these experiments,

[24] correct, so that you would not breathe in any of the poison?

[25]   **A:** Yes.

**Page 622**

[1] Q: You practiced these techniques on the dogs so that later
[2] on in one of your operations you would be able to perform such
[3] techniques on human beings, is that correct?

[4] A: Yes. We wanted to know what is the effect of the gas,
[5] yes.

[6] Q: Some of your potential targets while you were in the camp
[7] were American citizens, is that correct?

[8] A: In regard to targets in general, yes. Yes, we were
[9] speaking about America as an enemy of Islam.

[10] Q: One of the other enemies of Islam in your view would be an
[11] Israeli citizen, correct? Is that right?

[12] THE INTERPRETER: He would like to have the question
[13] repeated, your Honor.

[14] THE COURT: Could you read it back.

[15] (Record read)

[16] A: Not an Israeli citizen, Israel.

[17] A: Israel is an enemy of Islam?

[18] A: The Government of Israel, yes.

[19] Q: How about Jewish people in general around the world?

[20] A: No. Anyone who supports Israel, that's all, in general.

[21] Q: What are your views about an American Jewish person who
[22] supports Israel?

[23] A: He would be like an Israeli.

[24] Q: That would be your enemy, correct?

[25] A: So long as he fights me, he would be my enemy.

**Page 623**

[1] Q: You told us that with the experiments with the dogs in the
[2] box, that you did not conduct them personally, correct?

[3] A: Yes, not myself, personally; I was present during the
[4] experiment.

[5] Q: Do you remember on May 24, 2001, that you were interviewed
[6] at the federal detention center by FBI agents?

[7] THE COURT: Was that in Los Angeles or Seattle or
[8] here, if you know?

[9] MR. OLLEN: Seattle your Honor.

[10] A: Yes.

[11] Q: Among other people Mr. Blanco was at that meeting?

[12] A: Yes, correct.

[13] Q: Agent Cohen was at that meeting?

[14] A: Yes.

[15] Q: And your lawyers were at that meeting, correct?

[16] A: Yes.

[17] Q: Do you recall telling all those people on May 24, during
[18] that interview, that while at the Deronta camp, that you
[19] yourself conducted experiments on dogs under the instruction
[20] of Mustapha Al Maghrebi and Abu al Suleiman; do you remember
[21] saying that those people on May 24, 2001?

[22] A: It might have been a mistake.

[23] Q: What was a mistake, that you did it or that you said it?

[24] A: The information was misrepresented. I was there during
[25] the experiments that were carried out by the sheikh.

**Page 624**

[1] Q: The reason you were trained in the use of cyanide in the
[2] camps in Afghanistan was because you were going to use cyanide
[3] in your urban warfare, correct?

[4] A: We don't know. Possibly if I needed it, I would use it.

[5] Yes, because it is very difficult to use gases in the field.

[6] Q: You were trained to use cyanide by placing the cyanide
[7] near the air intake of a building, correct?

[8] A: They gave us some examples, but we did not try them out
[9] actually.

[10] Q: The reason one of the examples was to put the cyanide
[11] right near the air intake of a building such as a government
[12] building, correct?

[13] A: Yes, that's right.

[14] Q: And the reason that you would put the cyanide, you were
[15] trained, near the air intake would be to kill the most amount
[16] of people without endangering yourself and without being
[17] detected, correct?

[18] A: Yes, that's how gas is used in killing.

[19] Q: When you were at the Deronta camp, you yourself injected
[20] dogs with cyanide from a syringe and you watched those dogs
[21] die, isn't that right?

[22] A: It was relayed incorrectly. What I was saying was cyanide
[23] was used on dogs and an experiment was conducted on the dogs.

[24] Q: Do you recall in the May 24, 2001 meeting with Mr. Bianco
[25] and others that you told them that you also used syringes to

**Page 625**

[1] inject dogs with cyanide and you would then observe their
[2] impending death within a short time; did you tell them that?

[3] A: I saw dogs being injected with cyanide and saw it die;
[4] however, I was not the one injecting it. Maybe the way it was
[5] translated made it sound incorrectly.

[6] Q: So, it's your testimony that if a document says that you
[7] conducted those certain experiments personally, that those
[8] documents must have been translated incorrectly; is that your
[9] testimony?

[10] A: Maybe. All I can tell you is that I was there present
[11] when those dogs, when those experiments were carried out on
[12] the dogs.

[13] Q: The people taking the notes at the meetings were FBI
[14] agents, is that right?

[15] A: It could have done, the mistake could have been because of
[16] the translation or because it was translated improperly. The
[17] question was directed to me as what did you train on. We said
[18] we got training on poisons and that some of those poisons were
[19] used to inject dogs.

[20] Q: The question was, the person who was taking the notes, was
[21] he an FBI agent. Please restrict your answer to that
[22] question.

[23] A: Yes.

[24] Q: Other experiments that you conducted at the Deronta camp
[25] included experiments with other poisons, correct?



Page 626

[1]   A: Yes.

[2]   Q: One of the things you learned at the Deronta camp was how

[3]   to mix poisons with other substances, put them together and

[4]   smear them on doorknobs; do you remember that?

[5]   A: Yes, I did say that.

[6]   Q: Any person who would touch that doorknob would soon have

[7]   poison running through their bloodstream, correct?

[8]   A: Yes, that's true; the poison will infiltrate his body.

[9]   Q: And kill him or her, correct?

[10]  A: Yes.

[11]  Q: That procedure was designed to be used against

[12]  intelligence officers and other VIPs, correct?

[13]  A: Yes, yes.

[14]  Q: On whom or on what did you test those procedures?

[15]  A: This was theoretical only and that's what I said. The

[16]  cyanide I said would be mixed with some oily substances.

[17]  Q: You told us on direct examination that you wanted, during

[18]  your operation, to avoid civilian death as much as possible;

[19]  do you remember telling that to the jury?

[20]  A: Yes.

[21]  Q: Why not then blow up a vacant building?

[22]  A: What empty building? We have to know what the target is.

[23]  Q: How about a government building after everybody goes home

[24]  for work during the day; if you don't want to kill civilians,

[25]  why not blow up that kind of a building?

Page 627

[1]   A: That is possible.

[2]   Q: Why didn't you do that?

[3]   A: That would require a lot of explosives, and an airport is

[4]   a more sensitive target.

[5]   Q: After you planted the bombs at the airport, did you intend

[6]   to call security and tell them there is a bomb, get the people

[7]   out of the airport; did you intend to do that?

[8]   A: Yes, if I was able to do that, I would do that.

[9]   Q: So you were going to call security and tell them there was

[10]  a bomb in the airport?

[11]  A: Yes.

[12]  Q: You started your interviews with the government

[13]  approximately May 10, 2001, correct?

[14]  A: Yes.

[15]  Q: How many times have you spoken to law enforcement

[16]  representatives in this case after you decided to cooperate;

[17]  how many times?

[18]  A: From the first time I spoke to them — I did not

[19]  understand your question.

[20]  Q: How many meetings have you had with federal law

[21]  enforcement authorities since May 10 of this year?

[22]  A: Between 10 to 15 times that I spoke to them.

[23]  Q: You spoke with federal agents and federal prosecutors

[24]  relating to this case, for many hours, am I correct?

[25]  A: Yes, many hours.

Page 628

[1]   Q: You have spoken to Mr. Bianco relating to this case,

[2]   correct?

[3]   A: Yes.

[4]   Q: Have you spoken to Ms. Baker relating to this case?

[5]   A: Yes.

[6]   Q: You have spoken to the FBI Agents Helly and Cohen seated

[7]   at the table, right?

[8]   A: Yes.

[9]   Q: Before you met those people you spoke to law enforcement

[10]  federal agents in Seattle, right?

[11]  A: Yes.

[12]  Q: And you never told them that you were going to call in a

[13]  bomb scare, correct, never?

[14]  A: I don't remember.

[15]  Q: The first time you ever said in your life that you

[16]  intended to call in a bomb scare was two minutes ago when you

[17]  testified on cross-examination, correct?

[18]  A: I have mentioned this fact to my lawyer and I have

[19]  mentioned it also when I discussed this matter with

[20]  Mr. Bianco.

[21]  Q: It's your testimony that you told Mr. Bianco that you were

[22]  going to call in a bomb scare? Are you sure about that?

[23]  A: Yes, I believe I said that. I said that this is one of

[24]  the things that I thought about.

[25]  Q: One of the things you thought about. You told us you

Page 629

[1]   intended to do it, that you were going to do it. Right?

[2]   A: I said that I will attempt to do that, if I am able to.

[3]   Q: When did you tell that to Mr. Bianco specifically?

[4]   A: In the last few days that I was speaking to him, I

[5]   mentioned it.

[6]   Q: When?

[7]   A: In New York in the last few days that I was here in New

[8]   York.

[9]   Q: Which day?

[10]  A: I don't remember the day.

[11]  Q: After you blew up the airport, you were going to call your

[12]  friend Jaffar, correct?

[13]  A: I had called him earlier, yes.

[14]  Q: Please listen to the question. After you blow up the

[15]  airport, it was your intention to call your friend Jaffar,

[16]  correct? Mr. Ressam, you intended, after blowing up the

[17]  airport, to call your friend Jaffar so you would get credit

[18]  for an act of jihad, correct?

[19]  A: I had called him, yes, I had called him before and I would

[20]  call him later, yes, in the future.

[21]  Q: The reason you were going to call Jaffar in Pakistan was

[22]  so that you could take credit for blowing up the airport,

[23]  correct?

[24]  A: Yes, to claim the responsibility for the job.

[25]  Q: Such an act of jihad, Mr. Ressam, would make you a hero in

**Trial Volume 6**
**July 5, 2001**

UNITED STATES OF AMERICA .v.
MOKHTAR HAOUARI

---

**Page 630**

[1] the eyes of your associates, correct?

[2] A: That's not the aim.

[3] THE COURT: But it would have done that, would it

[4] not; it would have made you a hero, wouldn't it?

[5] THE WITNESS: No, not a hero.

[6] Q: Mr. Ressam, what's your real name?

[7] A: Ahmed Ressam.

[8] Q: Over the course of your adult life you have used a number

[9] of other names, correct?

[10] A: Yes.

[11] Q: You have used the name Sami Beniza, is that right?

[12] A: No, I don't think I have used that.

[13] Q: Do you have to think about it?

[14] A: I have used this in passport; I have not used it though.

[15] Q: You have used the name Sami Beniza in a fake passport,

[16] right?

[17] A: I was planning to use it but I did not.

[18] Q: You used the name Tehar Medjadi?

[19] A: Yes.

[20] Q: Benni Noris?

[21] A: Yes.

[22] Q: Mario Roig?

[23] A: Yes.

[24] Q: And Mark Douri, Mark Douri, did you ever use that name?

[25] A: Roig, I did; I don't remember. Roig, Mario, yes. I don't

**Page 631**

[1] remember the other one.

[2] Q: In the course of your adult life you have committed a

[3] variety of crimes relating to fraud, correct?

[4] A: Yes, correct.

[5] Q: In 1997, you obtained a stolen bank card, stolen Visa

[6] credit card and driver license from your friend Mustapha,

[7] correct?

[8] A: Yes, these were at home, at Mustapha's.

[9] Q: In December of 1997, you sold those documents to

[10] Mr. Haouari, is that correct?

[11] A: Not in December.

[12] Q: December of 1997?

[13] A: No.

[14] Q: When did you sell them to Mr. Haouari?

[15] A: I don't remember precisely the time, but it was between

[16] '96 and '97.

[17] Q: When you sold the documents to Haouari, you did not ask

[18] him what he was going to do with them, did you?

[19] A: No, I did not.

[20] Q: After December of 1997, you gave Mokhtar Haouari a

[21] fraudulent passport, correct?

[22] A: Why do you say December? I don't know where December

[23] came from; I have not mentioned December.

[24] Q: I am asking you when it took place. How about 1997; you

[25] gave Haouari a fake passport, correct?

**Page 632**

[1] A: Yes, I sold him, yes, I told sold him a fake Canadian

[2] passport.

[3] Q: You did not ask Mr. Haouari what he was going to do with

[4] the passport, did you?

[5] A: That's correct, I did not ask him.

[6] Q: There comes a time in the summer of 1999 when you

[7] reestablished contact with Mr. Haouari, is that correct?

[8] A: Yes.

[9] Q: Around that time, you asked Mr. Haouari if you could use

[10] his business address in order for you to get a credit card, is

[11] that correct?

[12] A: Yes, correct.

[13] Q: You used a false name on that credit card application,

[14] correct?

[15] A: Yes.

[16] Q: You used a fake address on the credit card or false

[17] address, pardon me?

[18] A: Yes, he helped me fill it out.

[19] Q: At this time you already had a Social Security card and an

[20] ATM card in the name of Benni Noris, am I right?

[21] A: Yes, correct.

[22] Q: In all the time that Mr. Haouari was trying to help you

[23] get that credit card, he never asked you what you were going

[24] to do with the card, correct?

[25] A: I don't remember. I don't think he asked me.

**Page 633**

[1] Q: Do you remember discussing that issue on May 15, in the

[2] federal detention center in Seattle, Washington with Agent

[3] Cohen?

[4] A: I don't know; I don't remember everything.

[5] Q: Do you remember on May 15, 2001, in Seattle, that you told

[6] the agents and Ms. Baker that Haouari never asked you what you

[7] were going to do with that credit card; do you remember saying

[8] that?

[9] A: I don't remember precisely whether he asked me what am I

[10] going to do with it.

[11] Q: Among your other crimes that you have committed in your

[12] adult life was immigration fraud, is that correct?

[13] A: What do you mean by immigration crimes?

[14] Q: You lied to the Canadian authorities in your asylum

[15] application, correct?

[16] A: That's correct, yes.

[17] Q: You had a fake French passport, is that correct?

[18] A: Yes, correct.

[19] Q: You have lied to the government agents since you began

[20] cooperating, correct?

[21] A: Who?

[22] Q: Federal agents.

[23] A: Yes, I didn't tell them some of the information.

[24] Q: Are you familiar with the phrase "lies of omission"?

[25] A: Yes.

---

Page 634

[1]  Q: One of the crimes that you committed in the recent past
[2]  was that you asked a friend of yours to get you a gun and a
[3]  silencer, is that correct?
[4]  A: Yes.
[5]  Q: When you were asked about that by the federal agents you
[6]  lied to them, correct?
[7]  A: Yes, I told them I was going to use it to protect myself.
[8]  Q: That was not true, correct?
[9]  A: It was true as far as protecting myself, but I had also
[10] planned to use it for other things.
[11] Q: And the other thing that you were going to use the gun and
[12] silencer for was bank robbery, is that correct?
[13] A: Yes, correct.
[14] Q: Why do you need a silencer to commit a bank robbery?
[15] A: The silencer was not to carry out bank robberies; it was
[16] to practice with it.
[17] Q: To practice what?
[18] A: Practice firing it.
[19] Q: Why do you need a silencer to practice firing a pistol?
[20] A: So I would not make noise and people will not hear me.
[21] Q: Did you plan on assassinating someone?
[22] A: At that time I had no intention to assassinate anyone.
[23] Q: Did you plan on sneaking up behind someone and firing?
[24] A: No, I had no such targets.
[25] Q: When you were in Montreal was that the location where you

Page 635

[1]  stole from the tourists?
[2]  A: I stolen everyplace, not only there.
[3]  Q: Every city you have ever lived in, you have stolen from
[4]  people, is that correct, as an adult?
[5]  A: Yes.
[6]  Q: When you would steal from tourists what you would do, you
[7]  would keep the money, you would sell the passports, and you
[8]  would whack up the credit cards, is that correct?
[9]  A: Yes.
[10] Q: Did that bother you to do that to people?
[11] A: Yes, it bothered me.
[12] Q: It didn't bother you enough to stop, correct?
[13] A: I stopped at the end, yes.
[14] Q: At the end of what?
[15] A: When I traveled I stopped doing it.
[16] Q: But when you were home you continued doing it, correct?
[17] A: Yes. I got used to that sort of thing.
[18] Q: When you were home in Montreal, one of the other things
[19] you did, you gave a false address to the welfare office so
[20] they wouldn't cut your benefits, correct?
[21] A: Yes.
[22] Q: Would it be fair to describe you as a dishonest person?
[23] A: That is your opinion.
[24] Q: I am asking you; would you describe yourself as a
[25] dishonest person?

Page 636

[1]  A: I can say that I have committed errors in my life.
[2]  Q: The entire time that you lived in Canada, you had one job,
[3]  one legitimate job for one week, correct?
[4]  A: Yes.
[5]  Q: The rest of the time that you lived in Canada, you
[6]  supported yourself by cheating welfare and defrauding other
[7]  people, correct?
[8]  A: That's correct, yes.
[9]  Q: The very first time that you say that you spoke to Mokhtar
[10] Haouari about jihad, that occurred when you were talking with
[11] him about Chechnya at a cafe in Montreal, is that correct?
[12] A: Yes, I believe that it was during that period when I first
[13] discussed the issue with him.
[14] Q: I am talking about the specific conversation; the very
[15] first time that you discussed jihad with Haouari, you were in
[16] a cafe in Montreal, correct?
[17] A: Yes, I remember I was there with Mokhtar and Samir, yes.
[18] Q: Samir Mohamed?
[19] A: Yes, Samir Ait Mohamed.
[20] Q: You said that Mokhtar Haouari told you during that
[21] conversation, your very first conversation about jihad,
[22] Haouari told you that he had a friend in the United States
[23] interested in jihad, correct?
[24] A: Maybe it was at that time that he mentioned his friend,
[25] but I believe I spoke to him about this briefly many times.

Page 637

[1]  Q: You spoke to him briefly about what many times?
[2]  A: We spoke numerous times about religious issues and jihad.
[3]  However, that day we discussed very specifically jihad.
[4]  Q: Mr. Ressam, I want to be perfectly clear about this. The
[5]  very first time you ever discussed jihad with Mokhtar Haouari
[6]  was the same conversation where Haouari told you that he had a
[7]  friend in the United States who was interested in jihad, isn't
[8]  that correct?
[9]  A: Yes, I remember that clearly.
[10] Q: You told Mokhtar Haouari in this conversation that if he
[11] trusted this guy in the United States, that you would see that
[12] that guy in the United States got to Pakistan, is that
[13] correct?
[14] A: Yes, correct.
[15] Q: Up until that conversation you had never told Haouari
[16] about jihad or that you had been to the camps in Afghanistan,
[17] correct?
[18] A: As far as I can remember, yes.
[19] Q: Haouari was not a close friend of yours at that time, was
[20] he?
[21] A: I have known him for a long time, that's true. We didn't
[22] meet that often. We used to meet in certain occasions.
[23] However, when it came to helping each other, we did do, we did
[24] help each other.
[25] Q: You met Haouari in 1994, is that correct?

**Trial Volume 6**
**July 5, 2001**

UNITED STATES OF AMERICA v.
MOKHTAR HAOUARI

---

Page 638

[1]   A: Yes.

[2]   Q: You had a very limited relationship with Mr. Haouari

[3] between 1994 and 1997, correct?

[4]   A: Yes, that's correct.

[5]   Q: You didn't know where Haouari lived before 1997, correct?

[6]   A: I don't remember.

[7]   Q: You didn't know his telephone number before 1997, correct?

[8]   A: I don't remember.

[9]   Q: Between the fall of 1997 and February of 1999, you had no

[10] dealings with Mokhtar Haouari, correct?

[11]   A: How?

[12]   Q: Between the fall of 1997 and February of 1999, you had no

[13] dealings with Mokhtar Haouari, correct?

[14]   A: That's correct. I didn't have a relationship with him; I

[15] might have seen him.

[16]   Q: When were you in the camps in Afghanistan, between what

[17] dates?

[18]   A: I left on 17 December 1998.

[19]   Q: When did you return?

[20]   A: February 1999.

[21]   Q: How long were you in the camps?

[22]   A: This period, about a year.

[23]   THE COURT: You just said, if I understood, you left

[24] in December of 1997 and came back in February 1998. Did I

[25] mishear you?

---

Page 639

[1]   THE WITNESS: No, I said I left on December, March

[2] 17, I am sorry, 1998, and I returned February 7, 1999.

[3]   THE COURT: That's 11 months all together.

[4]   THE WITNESS: Yes, about less than a year.

[5]   THE COURT: Let me ask you something else. Are you a

[6] follower of the Koran?

[7]   THE WITNESS: How?

[8]   THE COURT: Well, you read the Koran, is that right?

[9]   THE WITNESS: Yes, I read the religion.

[10]   THE COURT: Does the Koran teach you how to live and

[11] how to behave yourself and how to comport yourself?

[12]   THE WITNESS: Yes.

[13]   THE COURT: Does the Koran advocate thievery?

[14]   THE WITNESS: No, it does not condone thievery.

[15]   THE COURT: But you were engaged in thievery for many

[16] years, weren't you?

[17]   THE WITNESS: I got used to doing bad things, yes.

[18]   THE COURT: Go ahead.

[19]   BY MR. OLLEN:

[20]   Q: During the time that you were at the camps during that

[21] 11-month period, you had no contact with Mokhtar Haouari,

[22] correct?

[23]   A: No.

[24]   Q: You didn't tell him you were going to the Afghanistan

[25] camp, correct?

---

Page 640

[1]   A: Yes, I didn't tell him.

[2]   Q: Did or did not?

[3]   A: No, I did not tell him anything.

[4]   Q: You knew that Mokhtar Haouari had never engaged in a jihad

[5] act; when you had this conversation with him about the person

[6] in the U.S., you knew Haouari had never done a jihad act,

[7] right?

[8]   A: I did not understand you.

[9]   Q: I am talking about the conversation; we are back at the

[10] conversation that you had with Haouari about jihad at the

[11] cafe. You told us, just so we can all be here on this, that

[12] in that conversation, Haouari told you that he had the friend

[13] in the United States who was interested in jihad, correct?

[14]   A: Correct.

[15]   Q: You say that you responded to Haouari, well, if you trust

[16] him then I will see he gets through Pakistan, correct?

[17]   A: That is correct.

[18]   Q: You knew at the time of this conversation that you say

[19] happened that Haouari had never performed an act of jihad,

[20] correct?

[21]   A: That's correct, I didn't know.

[22]   Q: You knew at the time of this conversation that Haouari had

[23] never been to an Afghanistan camp, correct?

[24]   A: That's correct.

[25]   Q: The person who you say Haouari referred to in the United

---

Page 641

[1] States, you knew nothing about him, correct?

[2]   A: I didn't know anything about him except what Mokhtar told

[3] me.

[4]   Q: You knew that person had never been to the camps, correct?

[5]   A: Yes.

[6]   Q: You knew that person had never performed an act of jihad,

[7] correct?

[8]   A: Yes, I didn't know anything about him.

[9]   Q: You didn't even know his name, correct?

[10]   A: Yes.

[11]   Q: You knew nothing about his political beliefs, correct?

[12]   A: He told me that he is a Muslim and an Algerian and

[13] interested in jihad.

[14]   Q: Haouari said this?

[15]   A: That's what I understood from the conversation, that's

[16] what I surmised.

[17]   Q: So you surmised it, but Haouari never said it; is that

[18] your testimony?

[19]   A: He told me that he wants to go to Afghanistan to get

[20] training. Who would do that except a person interested in

[21] jihad?

[22]   Q: Mr. Ressam, when you say Haouari told you about this guy

[23] in the United States interested in jihad, you didn't know if

[24] that guy was an FBI agent, did you?

[25]   A: I said Mokhtar, do you know this person, he said yes, I

---

Page 642

[1] have known him from Algeria and that he studied with me in
[2] school in Algeria, we studied together.
[3]     THE COURT: Let me ask you something else, Mr.
[4] Ressam. In the camps, you took all these courses; you took
[5] courses about explosives and you took courses about how to
[6] attack areas that were important like governmental offices and
[7] buildings. Did you also take a course on counterintelligence.
[8]     THE WITNESS: How is that?
[9]     THE COURT: Did you take a course on trying to figure
[10] out whether the people you were dealing with in the United
[11] States might be members of the FBI or CIA; did you take a
[12] course in that?
[13]     THE WITNESS: Yes.
[14]     THE COURT: So you did take a course in
[15] counterintelligence, didn't you?
[16]     THE WITNESS: Not as a course, but as a warning.
[17]     THE COURT: There were lectures on that, is that
[18] right?
[19]     THE WITNESS: Yes. They told us not to trust
[20] everybody.
[21]     THE COURT: Go ahead.
[22]     (Continued on next page)
[23]
[24]
[25]

Page 643

[1]             BY MR. OLLEN:
[2]     Q: Despite your training to counter intelligence, is it your
[3] testimony that you were willing to provide visas to Pakistan
[4] to the man in the United States, a man you had never met —
[5]     A: Because I had trusted my friend Mokhtar.
[6]     Q: What would be the punishment to you if you had sent an
[7] undercover agent or a spy to one of the camps and Abu Zubeida
[8] found out about it?
[9]     A: This would be an error, a mistake. This would be
[10] something that is beyond my capabilities. I would avoid
[11] intelligence.
[12]     THE COURT: Mr. Ollen, when you reach a point where
[13] it's logical for you to take a recess, just tell us and we'll
[14] take our afternoon recess.
[15]     MR. OLLEN: Just at the end of this.
[16]     THE COURT: Whenever you want, that's fine.
[17]     MR. OLLEN: At the end of this question.
[18]     Q: Listen to the question, Mr. Ressam, please.
[19]     What would happen to you if you introduced an FBI
[20] agent from the United States into an Afghanistan camp and Abu
[21] Zubeida found out about it? What would happen to you?
[22]     A: He will stop trusting me and maybe stop me from carrying
[23] out any more work.
[24]     Q: You would be executed; correct?
[25]     A: That's possible; yes.

Page 644

[1]     MR. OLLEN: This is a good time, Judge.
[2]     THE COURT: All right. We will recess for about 10
[3] minutes. Don't discuss the case or come to any conclusions
[4] about the case.
[5]     (Jury excused)
[6]     (Recess)
[7]     MR. OLLEN: Judge, may we approach for a second?
[8]     THE COURT: Sure.
[9]     MR. OLLEN: We don't need the court reporter.
[10]     THE COURT: Sure. Come on over to the side.
[11]     (Sidebar discussion off the record)
[12]     (In open court; jury present)
[13]     THE COURT: You may continue, Mr. Ollen.
[14]     MR. OLLEN: Thank you, your Honor.
[15] CROSS-EXAMINATION Continued
[16] BY MR. OLLEN:
[17]     Q: Mr. Ressam, you told us on direct examination on Tuesday
[18] that one of the most important lessons that you learned at the
[19] camps was to preserve your secrets; do you remember that?
[20]     A: Yes.
[21]     Q: In your very first conversation with Mokhtar Haouari about
[22] jihad, you told him some of your secrets, according to your
[23] testimony; correct?
[24]     A: Yes.
[25]     Q: And you were willing to share those secrets with a person

Page 645

[1] whom you had never met in the United States; correct?
[2]     A: Because I trust my friend Mokhtar and also because I know
[3] Samir Ait Mohamed and I also trust him very well.
[4]     Q: We will get to him.
[5]     At this time, while you were in Canada, you had
[6] several friends who you were much closer to than Mokhtar;
[7] correct?
[8]     A: Yes.
[9]     Q: Some of those friends were involved in jihad activities;
[10] correct?
[11]     A: Yes.
[12]     Q: Some of them had trained in Afghanistan; correct?
[13]     A: Yes.
[14]     Q: And at least one of them had fought in Bosnia; correct?
[15]     A: In Bosnia.
[16]     Q: Is that right?
[17]     A: Yes.
[18]     Q: And that was one of your friends who was in Canada at the
[19] time you were planning your operation; correct?
[20]     THE INTERPRETER: I would like — the interpreter
[21] requests the repetition of his question.
[22]     THE COURT: Could the court report please read the
[23] question.
[24]     (Record read)
[25]     MR. OLLEN: I'm sorry. Do you need to interpret that

**Page 646**

[1] first?

[2] THE INTERPRETER: It's up to you.

[3] THE COURT: Take your time, Mr. Ollen.

[4] Why don't you read it again and he translate.

[5] MR. OLLEN: Sorry about that.

[6] THE COURT: That's all right.

[7] A: You mean the one who fought in Bosnia?

[8] Q: Yes.

[9] A: Yes.

[10] Q: The one who fought in Bosnia was helping you to prepare

[11] for your operation in the United States; correct?

[12] A: Yes, I have asked him to help me; yes.

[13] Q: And he did help you; correct?

[14] A: He didn't come; how could he help me?

[15] MR. OLLEN: May I just have a moment, Judge?

[16] THE COURT: You may.

[17] Mr. Interpreter, if you're more comfortable sitting

[18] down, would you be more comfortable?

[19] THE INTERPRETER: No, I'm fine. Thank you very much

[20] for your concern.

[21] THE COURT: All right.

[22] Q: I'm not going to ask you to say his name, but do you know

[23] who I'm talking about when I say the man who fought in Bosnia

[24] was helping you in Canada to prepare for your operation in the

[25] United States? Do you know who I'm talking about?

**Page 647**

[1] A: He did not help me. You're referring to Karim.

[2] Q: Let me go back to this.

[3] (Discussion off the record)

[4] MR. OLLEN: I'll go back to it.

[5] Q: At around the time that you were planning your operation

[6] in the United States, you had many conversations with Samir

[7] Ait Mohamed; correct?

[8] A: Yes.

[9] Q: You knew that Mohamed was interested in jihad; correct?

[10] A: Yes, and he had — that he had a relationship with jihad

[11] for a long time.

[12] Q: And he had a good friend who was in the camps in

[13] Afghanistan; correct?

[14] A: Yes, he knew people; yes.

[15] Q: You knew that Mohamed knew about explosives; correct?

[16] A: Yes.

[17] Q: And you knew that Mohamed knew about different operations;

[18] correct? Is that right?

[19] A: I don't understand that.

[20] Q: Did you speak to Mohamed about the camps?

[21] A: Yes.

[22] Q: You spoke to him about explosives; correct?

[23] A: Yes.

[24] Q: You spoke to him about American missile attacks; correct?

[25] A: Yes.

**Page 648**

[1] Q: And you spoke to him in general about the situation in

[2] Algeria; correct?

[3] A: Yes, we spoke about various things about jihad.

[4] Q: Well, one of the things you spoke about was that Mohamed

[5] told you that he wanted to start his own training camp in

[6] Afghanistan; correct?

[7] A: Yes, he said that he would like to do that with some of

[8] his friends.

[9] Q: And in particular, Mohamed told you that he wanted to

[10] teach explosives training; correct?

[11] A: You mean to teach?

[12] Q: Mohamed told you that he wanted to go to Afghanistan to

[13] train people in explosives; correct?

[14] A: I didn't say that, no. No, that's not clear.

[15] Q: Are you sure about that?

[16] A: I said: Samir Ait Mohamed — I heard him say that he

[17] has — that he and his friends had a desire to establish a

[18] camp in Afghanistan.

[19] Q: Among other things, Mohamed told you that if someone

[20] conducted a terrorist attack, the bomb should be implanted in

[21] a gasoline truck for a larger and a more serious explosion;

[22] correct?

[23] A: Yes, correct.

[24] Q: And during the summer of 1999, you and Mohamed had a

[25] conversation about blowing up a neighborhood in Canada where

**Page 649**

[1] there was an Israeli interest; correct?

[2] A: Yes, that he wanted to carry out an operation along those

[3] lines.

[4] Q: And you had many other friends in Canada at this time who

[5] were sympathetic to jihad; correct?

[6] A: Yes.

[7] Q: One of those people, you had asked to have that person get

[8] you a pistol with a silencer; correct? Is that right?

[9] A: Yes.

[10] Q: That person helped you plan an armed robbery of the bureau

[11] of exchange in Montreal; correct?

[12] A: He helped me with his ideas; yes.

[13] Q: And he helped you plan, not only the armed robbery, but

[14] also the terrorist attack on a U.S. airport; correct?

[15] A: Yes, in regard to America, yes, we talked about it.

[16] Q: That same person advised you to wear a disguise during the

[17] operation; correct?

[18] A: What do you mean "a mask"?

[19] Q: He suggested that you wear a hat, sunglasses, and gloves;

[20] correct?

[21] A: Yes.

[22] Q: He suggested you grow a goatee and a beard; correct?

[23] A: Yes.

[24] Q: You had a number of hats with you when you were arrested

[25] in Port Angeles; correct?



Page 650

[1]    A: Yes.

[2]    Q: In regard to the armed robbery, he advised you to leave a
[3] syringe from a drug addict at the scene; correct?

[4]    A: Yes.

[5]    Q: And that way that there would be DNA from the drug addict
[6] somewhere on the syringe and that would keep the investigators
[7] busy; correct?

[8]    A: It was in regard to the fingerprints.

[9]    Q: And this same person — and by the way, the person we're
[10] talking about, it's Mokhtar Haouari; correct?

[11]    A: Correct, yes.

[12]    Q: And it's not Abdelghani Meskini either; correct?

[13]    A: Yes, correct.

[14]    Q: This same person that we've been discussing, he advised
[15] you to use one explosive device instead of two and to set the
[16] timer for 30 minutes after the device was placed; correct?

[17]    A: He told me yes, he told me what period of time I should
[18] set it.

[19]    Q: And he recommended that the person that you should use to
[20] help you in this operation was your friend Majid; correct?

[21]    A: He praised Majid. He said: Majid is good.

[22]    Q: And Majid is Abdelmajid Dahoumane; correct?

[23]    A: Yes.

[24]    Q: And you actually followed that advice and you brought
[25] Dahoumane with you to Vancouver; correct?

Page 651

[1]    A: Yes.

[2]    Q: And it was your intention to bring Dahoumane with you to
[3] help you bomb the airport; correct?

[4]    A: Yes, if I didn't get the other friend, it was for me then
[5] to call on him.

[6]    Q: You knew that this person that we've been discussing,
[7] without naming his name, you knew that he had bombed an
[8] airport in Algeria; correct?

[9]    A: That is wrong. I did not say he bombed an airport.

[10]    Q: You knew he was involved in the 1992 bombing of an airport
[11] in Algiers, Algeria; correct?

[12]    A: Yes, he might not have carried it out himself, but he had
[13] some — something to do with it.

[14]    Q: You knew that the person we're discussing had already
[15] participated in an operation very similar to the one that you
[16] were about to carry out?

[17]    A: Yes. That's not the issue. The issue is he had some
[18] expertise.

[19]    Q: The person we're discussing recommended that you don't
[20] place the device by yourself at the airport, but that you
[21] bring Dahoumane with you; correct?

[22]    A: If you don't find, he told me, also, somebody to help you,
[23] then it's better to do it by yourself.

[24]    Q: Please just respond to the question that I'm asking.

[25]    He told you not to place the device by yourself, but

Page 652

[1] to have Dahoumane help you; correct?

[2]    A: I didn't say that. I don't understand this question.

[3]    Q: Do you remember on June 23, 2001, having a conversation
[4] with FBI agents, Assistant United States Attorneys, and your
[5] lawyers in Seattle?

[6]    A: I discussed many issues, at different times. I don't
[7] remember precisely the date.

[8]    Q: Well, do you remember telling the FBI agents, the
[9] Assistant United States Attorneys, and your own lawyers that
[10] this person again recommended that you not place the device by
[11] yourself at the airport, but you have Dahoumane help you? Do
[12] you remember saying that?

[13]    A: Yes, he said to — he advised me to do it with my friend.

[14]    Q: And just to shortcut this, this person we're discussing
[15] gave you a lot of other advice about how to a carry out this
[16] operation; correct?

[17]    A: Yes.

[18]    Q: This person also helped you fix the circuit tester that
[19] you were going to use to blow up the airport; correct?

[20]    A: Yes, he did.

[21]    Q: He gave you $100 — .I'm sorry — he gave you a hundred
[22] dollars to buy the watch that you used in the bomb; correct?

[23]    A: He give me a hundred dollars to buy the device that checks
[24] the circuits, but I used that money instead to buy a watch.

[25]    Q: The person we're discussing was a man you respected;

Page 653

[1] correct?

[2]    A: Yes.

[3]    Q: It was a man you trusted; correct?

[4]    A: Yes.

[5]    Q: It was a man who was very experienced in jihad activity;
[6] correct?

[7]    A: He had some expertise; yes.

[8]    Q: He had been to the camps; correct?

[9]    A: He was not at the camps. He had field experience.

[10]    Q: Do you recall telling on June 23rd of 2001, your lawyers,
[11] FBI agents, and federal prosecutors that this person had
[12] considerable jihad experience in Algeria, that he was a person
[13] of very strong personality, that he was a leader, and he was a
[14] veteran of fighting in Algeria during the 1990s? Do you
[15] remember telling him that?

[16]    A: Yes, he was in Algeria.

[17]    Q: You chose not to use this experienced leader to assist you
[18] in the bombing of the Los Angeles airport; correct?

[19]    A: Because his situation did not allow him.

[20]    (Continued on next page)

[21]
[22]
[23]
[24]
[25]

---

**Page 654**

[1] Q: Yes or no, did you choose that man that we were discussing
[2] to assist you in the bombing of the airport?
[3] A: I decide to have him help me with his ideas for that plan.
[4] Q: With respect to actually participating in Los Angeles
[5] itself, it's your testimony that you chose a total stranger;
[6] is that your testimony?
[7] A: What person do you mean?
[8] Q: Meskini.
[9] A: For me he is not unknown; he is a person that Mokhtar
[10] trusts and he has known him since Algeria.
[11] Q: Have you ever met Abdelghani Meskini other than in the
[12] courtroom in Los Angeles?
[13] A: No, never.
[14] Q: I want to turn to some other associates of yours in Canada
[15] at around the time you were discussing jihad with Mokhtar
[16] Haouari. I will rephrase that, I will withdraw it and
[17] rephrase it.
[18] You told us there were a number of other associates
[19] of yours in Canada at around the time you were planning this
[20] operation, correct?
[21] A: Yes, I had some people, yes.
[22] MR. OLLEN: Let me just for one moment please.
[23] THE COURT: Yes.
[24] (Pause)
[25] Q: You had an associate in Canada at around this time by the

**Page 655**

[1] name of Hassan Zemmiri, is that correct?
[2] A: Hassan Zemmiri is a friend of mine. I don't know what
[3] your question is.
[4] Q: Your friend Hassan Zemmiri was present in Canada during
[5] the time that you were planning this operation, correct?
[6] A: Yes.
[7] Q: Zemmiri gave you a video recorder and told you to use it
[8] for camouflage, correct?
[9] A: Yes.
[10] Q: He gave you $3,500, correct?
[11] A: Yes.
[12] Q: You told him that the money would be used to finance your
[13] attack in the United States; you told that to Zemmiri?
[14] A: I didn't give him details.
[15] Q: He knew that you were going to commit a terrorist act, yes
[16] or no?
[17] A: A job in America, yes.
[18] Q: Zemmiri knew that you and Dahoumane were making ex-
[19] plosives in Vancouver and he wanted to be part of the operation,
[20] correct?
[21] A: He wanted to be with us but I am not sure whether it was
[22] to put the explosives together.
[23] Q: Zemmiri was aware that you and Dahoumane were
[24] manufacturing explosives in Vancouver, correct?
[25] A: I didn't give him any details. He knows that I was

**Page 656**

[1] working with another friend, yes.
[2] Q: Do you recall on June 23, in Seattle, with the same people
[3] you had been discussing this case with, federal agents,
[4] assistant United States attorneys, and your lawyers, do you
[5] recall telling them that Zemmiri knew that you and Dahoumane
[6] were manufacturing the explosives in Vancouver and he wanted
[7] to be part of the operation; did you tell them that?
[8] A: I told them that I and Dahoumane have told Zemmiri that we
[9] are going to Vancouver to do a job. I did not tell him
[10] explosives at all.
[11] Q: Did you tell the FBI that Zemmiri knew that you and
[12] Dahoumane were making the bombs?
[13] A: I told them that he knew that we were going to do a job; I
[14] didn't tell them that he knew about the explosives.
[15] Q: Are you sure about that?
[16] A: I didn't mention the word explosives. I told them that
[17] Zemmiri knew that Dahoumane and I were going to Vancouver to
[18] carry out a job.
[19] Q: Zemmiri helped you plan the bank robbery, correct?
[20] A: Yes, correct.
[21] Q: Zemmiri and you did surveillance on the bank, correct?
[22] A: Yes, correct.
[23] Q: You asked Zemmiri to find you a pistol with a silencer,
[24] correct?
[25] A: Yes, a weapon, yes.

**Page 657**

[1] Q: You also asked Zemmiri to find you hand grenades, correct?
[2] A: From him and also from Samir Ait Mohamed, I don't
[3] remember quite clearly whether I did request that or not.
[4] Q: What do you need hand grenades for?
[5] A: I might have some use for it during the operation.
[6] Q: What kind of use would you need hand grenades for?
[7] A: If we are going to carry out a robbery we would need it.
[8] Q: What did you intend to use hand grenades for in a robbery?
[9] A: If you engage the police, you would throw a hand grenade
[10] at them and run.
[11] Q: You were willing to throw a live hand grenade at the
[12] police in Canada in order to get away?
[13] A: Yes, I did; if I needed it, I would do it.
[14] Q: Zemmiri was a close friend of yours, correct?
[15] A: He was a close friend, yes.
[16] Q: You respected him, correct?
[17] A: Yes, very much.
[18] Q: He was involved in jihad activities, correct?
[19] A: Yes, he did, he did have a jihad.
[20] Q: He was aware you were about to commit a terrorist act on
[21] United States soil, correct?
[22] A: Yes, he knew that I was going to America to carry out a
[23] job.
[24] Q: He asked you to be part of the operation?
[25] A: No, he asked me to come with me to Vancouver; I said no,

