UNITED STATES OF AMERICA  v.
MOKHTAR HAOUARI

**Trial**
**July 6, 2001**

## $

$1,000 685:4, 5
$100 682:24; 684:19
$12,000 683:21; 684:22; 708:24; 709:11
$1500 684:14
$18,600 683:25; 684:25
$20 772:23; 775:3
$24.93 773:21
$3,000 683:1, 13, 17, 19; 684:4; 685:8, 11
$3,338.65 784:24
$3500 682:15, 18, 21; 684:6, 11
$5,000 709:7
$6,500 684:16
$7,915.71 783:25
$70.95 773:16; 775:8
$9,400.64 725:17
$9,900.64 720:2, 3
$9,980 719:11; 724:24
$9,982.46 719:10

## 0

00091-00472-28 724:15
017-804-0300 759:11
03.12.98 749:9
0829204516 727:11
090-000-125-801 725:8

## 1

1 724:11; 726:23; 730:25; 731:5, 6; 751:23; 755:4; 767:6; 769:19; 770:11; 784:8, 10; 792:1; 794:18
1-514-574-7336 751:3, 14
10 679:16, 19; 680:2, 11; 681:13; 712:8; 727:19; 728:6; 740:23; 741:3, 13; 799:4; 804:14, 21
100 720:9
103 717:18; 720:15; 723:6; 728:25; 747:10; 755:23
106 751:4, 8; 792:18; 793:12
108 750:16, 18, 20, 23; 751:1
109 793:13; 794:7, 9, 13; 795:4
10:30 802:10; 804:22
10:45 786:22
10th 798:15; 802:10
11 728:10; 770:5, 11
11/89 759:15
114 773:13
11:53 788:11, 18

## 11th 772:25; 798:19; 799:5
12 728:15; 774:4; 803:4
12,000 709:13, 13
12/1 764:14, 14, 16
12/3/99 759:16
12/30/99 734:5
12/6 764:16
12/6/1999 764:15
123 729:1
13 675:24; 728:18; 752:7
133 718:6, 11
134 718:6, 12
14 680:2; 681:12; 728:21
140 791:17, 20, 22; 793:11
142 791:17, 20; 793:6; 794:15
142630 724:24
143A 794:19; 795:6, 8, 9, 12, 21
143B 794:24; 795:6, 9, 22
144 791:17, 20; 793:1
15 666:18; 679:24; 685:20; 686:3, 10; 729:1; 802:14
16 680:23; 729:6; 770:8, 14; 774:6; 783:25
17 676:20; 677:12, 18; 678:12; 681:3; 685:9; 686:25; 687:2, 15, 18; 689:1; 729:10; 749:22; 784:25; 790:14; 791:1
17th 693:19; 694:5
18 724:21; 725:14; 729:13; 776:15; 777:3, 15, 21; 779:6
19 717:9, 14; 719:7; 720:15; 729:16
190 727:12; 729:22; 730:11
193 727:22; 729:23; 730:11
194 727:20
196 727:25; 729:23; 730:11
198 728:3; 729:23; 730:11
1989 719:23
1994 770:8, 13
1995 770:5, 11
1998 749:22; 767:11
1999 681:23; 686:15; 709:9; 719:7, 23; 724:23; 725:2, 16, 20; 726:11, 12; 727:18, 19; 728:22, 23; 731:6; 752:7, 18; 761:18; 763:8, 8, 12, 15; 764:17, 18; 770:5, 8, 12, 14; 772:25; 773:1, 16; 784:1, 1, 25; 790:14; 791:1; 797:19
1:18 741:5
1B 726:9

## 2

2 725:3; 727:3; 731:9; 748:25; 755:7; 767:16; 768:19; 770:13; 784:9; 792:5; 794:19
2,000 684:13
2,500 684:13
20 719:23; 723:10, 15; 725:16; 729:19; 735:8, 10, 12; 737:6, 9; 756:15
200 727:22; 729:23; 730:12
2000 717:14; 720:15; 731:6; 740:23; 741:4; 771:24; 772:13; 784:25; 785:21; 786:8; 789:19; 790:2; 791:8
2001 676:20; 677:18; 678:12; 679:17, 19; 680:23; 681:3; 685:9, 20; 686:3, 10; 687:15, 18; 693:4; 694:5; 698:8; 804:21
203 728:10
203-208 729:23; 730:12
2068 727:8
208 728:10
21 771:24; 772:13; 773:7
210 728:15; 729:23; 730:12
211 728:15; 729:23; 730:12
212-370-9150 728:14; 764:4
212-631-9750 727:14
220 729:23; 730:12; 739:14
221 728:18; 739:15, 16, 24; 747:15, 15, 18
223 729:23; 730:12; 747:25; 748:4
225 729:1, 23; 730:12; 748:11, 15
226 748:19, 25; 749:13; 751:21; 752:21
227 751:25; 752:22, 25
229 749:3; 752:22, 25
23 680:3, 11; 681:13; 724:23; 725:19; 752:17
230 752:11, 22, 25
231 749:15; 752:22, 25
233 729:6, 23; 730:12; 750:4, 5, 6, 9
234 729:6, 24; 730:12; 733:14; 734:3
236 729:10; 730:6, 13; 746:16, 18; 747:2, 6, 8
23rd 698:8
24 725:2; 726:10, 11, 12; 740:22; 771:8; 797:19
25 738:9; 763:10; 785:20
250 696:8
26 775:3

## 27 712:10
274 767:18, 22, 25
275 767:4, 22, 25
28 773:14; 784:1
280 768:2; 769:14, 17
2822774640 727:11
288 715:13, 23; 716:2, 5
288A 715:13, 23; 716:2, 5
29 796:5, 13; 802:2
2:20 738:20; 739:2
2:50 804:14

## 3

3 727:6, 21; 752:9; 777:24; 778:5; 779:4, 8; 780:3; 792:7; 802:17
305-2-04844 752:13
310 753:8, 21
3190 772:4; 773:7; 788:14, 15, 19; 789:12; 790:8; 792:14
3193T 725:22
341A 729:13
341A-B 729:24; 730:12
341B 729:13
343 729:16, 24; 730:12; 754:4, 9
346 754:24
347 754:21; 755:7, 14, 17, 18
3500 778:14
3505 724:21; 725:14
3559B 778:20
3559C 778:20
3560(b 710:8
360 732:10, 18; 733:9, 19; 742:4, 6, 15, 18
361 742:4, 8, 9, 15, 18; 743:5
362 742:4, 8, 12, 15, 18, 24
370 735:17, 19, 21; 736:3, 6, 13, 18; 737:1
370A 736:8, 15
371 737:12, 24
371-380 738:2
380 737:12, 24
388 718:1, 18, 22, 23; 723:8
389 718:1, 19, 22; 719:19; 723:9
390 724:5, 6, 7; 726:9
391 724:13, 19; 725:23, 25; 726:3
391T 725:22, 25; 726:3
393 725:6, 12, 23, 25; 726:3
393T 725:25; 726:3

## 4

4 709:7; 727:9, 18; 749:12; 784:25; 792:12
4009 735:13, 22; 737:2; 747:23; 748:5; 754:13; 755:5
401 720:22; 729:1, 24; 730:13; 734:17; 756:8, 9, 12
402 729:1, 24; 730:13; 756:20, 21, 22
404 730:19, 22
405 729:1, 24; 730:13
407 729:19, 24; 730:13
409 729:2, 24; 730:13
410 745:17; 746:3, 7, 10, 11, 20, 24; 747:11; 748:7; 749:25; 751:17; 753:4, 23; 754:16; 756:5, 16, 18; 759:20; 762:4, 7; 763:3
410A 757:1, 17, 25; 758:8, 11; 759:20; 762:4
410B 758:12
410D 757:25; 761:6, 7, 8, 10, 20
411 745:17; 746:3, 7
411A 757:11, 17, 25; 761:21, 22, 24; 762:9, 13
413 745:17; 746:3, 7; 763:5
413A 757:11, 18, 25; 762:16, 17, 18, 21
414 745:17; 746:4, 7; 763:5
414A 757:11, 18; 758:1; 762:17, 21
4246152024194784 779:21; 783:14
425-8946-816870-6 749:17
426 772:9, 17, 21
426-431 772:20
427 773:3, 4; 776:18, 19, 24; 778:11; 780:19, 20, 21, 22
428 773:12, 12
429 773:19, 19
430 774:9, 10
431 772:9, 17; 774:19, 20, 23
433 783:6, 8
434 783:13, 18, 20, 23; 785:4, 7
442 715:17, 23; 716:2, 5
443 715:6, 7, 8
444 769:13, 14, 17
450-628-3200 729:5; 773:24
450-628-4105 729:5
4580900745592464 752:2
4:30 799:25; 800:1, 8;

802:24
4th 666:14

## 5

5 690:14; 727:12; 761:18;
798:24; 799:25; 800:1, 8
50 763:13
514 754:3
514-253-3479 728:23;
751:18; 752:7, 18
514-287-7860 729:4;
734:13, 21; 756:7
514-289-0918 728:20;
729:4; 747:13, 19; 748:1;
753:17
514-324-6439 731:3, 7
514-402-7550 729:15
514-523-3215 729:4;
748:9; 749:10, 22
514-574-7336 729:8;
750:2
514-591-3944 753:5
514-586-2889 729:5;
756:19
514-808-1969 729:12;
746:25; 759:13; 760:25;
761:18
514-812-5232 729:9;
733:10, 17, 22
514-830-6231 729:21;
774:14
514-851-4515 729:18;
754:3
514-896-8145 753:19;
754:19; 756:1
5190 733:3
5320 734:1
5412345678901234
779:16
5447195163410978
715:19
5490930080077559
779:25; 784:14, 21
56 794:8, 9, 13, 23
591-3944 753:22

## 6

6 668:24; 669:20, 24;
670:6, 9, 12, 16, 19, 21,
24; 671:2, 4, 8, 12, 17, 20,
25; 672:2, 5, 8, 10, 14, 18;
673:5, 9, 24; 674:7; 675:3,
23; 717:11; 727:16; 773:1;
775:1; 782:7; 796:7, 8
617-569-2484 727:17, 20
617-569-5792 727:24
617-640-3731 728:2
617-703-3942 728:5
617-846-2194 727:24
6280-A 731:8
6266 717:17; 720:15;

723:6; 728:24; 747:10;
755:23
64 760:20
6416500 769:8
6501952 769:11
6525727 769:10
6600 684:20
6th 692:14; 693:4; 772:25

## 7

7 727:22; 728:22, 23;
773:16; 785:21; 786:8;
789:19; 790:2, 4; 791:7;
796:8; 802:18
7001 757:5
7010 741:14; 786:10
710-138-119-0 749:5
718-377-4737 728:13
718-421-1118 727:1;
759:14; 764:8
718-421-1732 727:1
718-421-2556 727:1
718-421-4788 727:2;
728:17; 760:20, 24; 764:8;
774:8
718-421-7586 727:2
718-531-9470 728:13
718-649-4304 728:13
718-649-6014 728:17
718-649-7836 728:13
718-656-4027 728:14;
764:4
718-656-5220 728:7;
764:4
7336 750:7
78 726:15; 739:11; 763:16
79 726:23
79-84 729:22; 730:11
7934 793:4
7:00 673:16
7th 692:14; 693:4

## 8

8 710:8; 727:25; 775:6
803(6 724:20; 725:13;
730:5; 783:22; 784:18
803(8 768:13; 769:6;
792:10
8036 715:25
808-1969 759:9; 760:12
84 726:23
88 727:3; 729:22; 730:11
8:50 786:11

## 9

9 676:3; 728:3; 767:11;
777:21; 799:4, 4; 801:12
90 727:6; 730:3, 13

917-798-6490 727:15
917-804-0309 727:5
92 727:9; 730:4, 13
94 704:15
9413041135 715:15
9417072465 715:15
95 704:15
98 763:10
99 709:3, 6, 17; 720:25
9;30 800:11; 802:11
9:45 802:12
9:53 774:6
9th 798:14

## A

A-R-A-A-R 779:18
a.m 774:6; 804:22
Abdelghani 701:13;
702:3, 14; 705:3, 6;
707:23, 25; 708:19, 20, 22;
758:20; 760:19; 761:10;
762:2, 15; 763:1, 20; 764:6
Abdelmajid 689:13, 16;
690:20; 708:1, 2, 21
ability 745:25
able 699:15, 19; 718:3;
732:13
Above 758:19
above-referenced
767:16
Abraham 769:12
Abu 697:10, 10; 705:10,
12, 13; 707:6; 713:14, 18;
714:1, 16, 17
accept 720:22
accomplished 696:24
according 697:16;
704:20; 719:24; 720:1;
733:21; 734:3, 5, 25;
735:7; 747:5, 8, 18;
748:14; 750:4, 9; 756:9,
25; 757:3
account 715:15, 19;
719:14; 720:1; 724:15, 24;
725:1, 1, 7, 8, 17, 19;
749:5, 16; 752:1, 12;
774:21; 777:9; 779:12, 14,
15, 21, 25; 783:14, 24;
784:7, 13, 21, 24
accountholders 784:20
accurate 715:14, 17;
724:14; 725:7, 22; 726:24;
727:4, 7, 10, 13, 16, 23;
728:1, 4, 6, 11, 16, 19, 21;
729:2, 7, 11, 14, 17, 20;
735:24; 749:4, 15; 751:25;
752:11; 755:8; 783:19
accurately 737:22;
745:25
acquittal 796:14
across 759:1, 8; 786:16
act 695:24; 696:5; 714:8
actions 678:16

activated 734:5
activities 714:14; 726:21;
731:14; 768:11; 769:4, 25;
770:3; 792:8
activity 695:17; 715:21,
25; 724:18, 20; 725:13;
730:5; 731:4; 749:7, 19;
752:4, 15; 755:11; 783:17,
21; 784:16, 18
actual 708:12; 732:21;
733:5; 744:3
actually 677:20; 688:17;
762:16; 777:11
add 684:19, 22
added 684:14; 709:25;
718:8; 763:2
addition 739:17
additional 709:9; 744:25;
791:16
address 733:25; 735:6;
747:9, 22; 750:24; 751:6;
754:12; 755:22; 757:4;
792:14, 16
addressed 796:10
adds 684:16
adjourned 804:21
advise 739:8
advised 668:20; 726:8;
793:11
affairs 680:19; 681:6
affect 712:13
affiliated 735:14
Afghanistan 686:18;
694:25; 696:20; 698:1, 3,
4; 703:25; 707:2; 709:1, 3,
12, 13; 714:5, 10, 20
afraid 688:18; 711:2;
795:15
Africa 678:5, 10, 15
AFTERNOON 739:1;
741:5; 799:22; 800:6, 8
afterwards 667:20;
786:19
again 676:4; 692:25;
693:25; 706:19; 730:14;
748:6; 751:16; 779:2;
795:3; 799:17; 801:12
against 698:19, 23;
700:2; 701:1; 702:3, 7, 15;
759:13
agency 731:14, 15;
768:11, 12; 769:4, 5;
776:12; 792:8, 9
Agent 685:21; 732:6;
765:24
agents 676:22; 687:19,
25; 692:6; 693:19; 694:6,
9; 698:9, 11; 744:7
ago 688:21
agree 672:24; 673:6;
675:14; 701:12; 782:9
agreed 687:24; 700:1;
715:11; 724:10; 725:21;
726:17; 730:24; 749:1;
755:2; 767:19; 782:6;
783:10; 791:23; 793:2, 13;

794:16; 796:8; 797:12
agreed-upon 739:8
agreeing 803:15
agreement 700:12;
704:24; 711:14; 712:4, 5,
14, 17
ahead 702:17; 706:25;
740:11; 759:5; 795:19;
796:12
AHMED 676:8; 703:5;
727:20; 790:18; 797:25
Airline 764:10
Airlines 728:8; 763:22;
764:3; 769:22, 25; 770:2,
3, 5, 11
airplane 709:19
airport 681:17, 18; 682:1,
6, 9, 10; 696:11; 697:10;
767:10, 14; 770:6, 7, 9, 12,
14
airports 682:2, 3, 4, 8
Ait 703:11, 13
AK-47 695:21
Alain 770:23, 25
Algerian 678:19, 24;
679:1, 10, 13; 680:12;
704:21; 706:7, 20
allowed 712:9
alone 674:3; 741:6, 7
Along 704:11; 795:23;
803:22
alongside 751:2
alternate 673:22
alternates 673:21; 801:9
although 799:16
America 676:18; 678:8;
687:14; 693:18; 697:24;
706:3; 709:10; 797:14
American 678:9, 15;
696:8, 14; 709:13, 14
AmericanExpress
774:21
among 695:8; 743:2;
797:24; 798:1
amongst 672:12
amount 683:10, 24;
684:9, 11, 12, 15, 16;
700:4; 720:13, 16; 722:4;
724:23; 725:16; 772:23;
773:16, 20; 775:7
analyses 745:22
analysis 746:1; 776:5
analyst 744:6, 10
Analysts 744:4
analyze 744:11, 14, 21;
776:13
analyzed 776:25
Angeles 680:8; 681:20,
23; 682:5, 7, 9; 698:21;
700:1; 701:20; 702:4, 10;
711:17, 21
Anjou 784:2
answered 666:11
anticipate 800:6

anticipated 799:19;
801:8

Anwar 695:11, 15

apartment 717:17, 18;
718:4; 720:14, 15; 722:2,
4; 723:5, 6, 7; 728:25;
747:10; 786:17; 789:13,
13

apologize 726:15;
778:17

apparently 666:4, 5

appear 691:11; 756:2

appearance 669:17

appeared 707:25; 797:19

appears 773:9

appellate 782:11

application 749:4, 6, 9,
16, 18, 21; 752:1, 3, 6, 12,
14, 17; 755:8, 10; 768:25

applications 768:23, 25

approach 677:3; 690:7;
693:23; 710:5; 717:23;
721:2; 732:7; 733:11;
734:14; 741:24; 745:13;
757:8; 772:6

appropriate 782:14

approximate 679:20

approximately 680:2, 4;
709:2; 732:4; 738:9;
741:5; 786:7, 11, 22;
788:18, 24; 789:7

April 701:21; 731:5;
784:25

apt 793:22

Araar 697:10, 20, 21, 23,
25; 698:9, 10, 11; 762:10,
15; 774:16; 779:17;
792:14

Arabic 685:23

area 737:7, 21

areas 788:8

argue 722:10

argument 722:17, 19;
803:20

around 669:15; 674:2;
738:11; 780:22; 787:8, 21,
25; 788:1, 4, 7, 9; 790:18;
791:1; 798:24

arrest 692:3; 741:2, 3, 8,
13, 17, 20; 790:18; 791:4

arrested 682:13; 685:3;
692:9; 741:19; 742:7;
790:19; 798:8

arrive 759:18; 761:14;
787:4

Artisanat 737:3, 4, 20;
747:20; 748:5; 753:14;
755:9

aside 720:5; 735:9; 738:3

assassination 695:11,
15, 18, 20

assign 777:25

assigned 717:16;
718:12; 772:2; 779:4, 6

assignment 741:1;

785:24

assistance 699:13;
701:9

assistant 676:21;
685:21, 23; 797:16

assistants 699:7

assisted 682:17, 17;
707:15, 17

assisting 690:2, 21, 25

associate 684:23

associated 746:12;
758:18, 20; 759:3; 761:25;
762:1, 25, 25; 764:5

associates 683:21;
688:7, 12; 695:14; 697:11

assume 666:4; 757:20

assuming 754:13; 800:9

assurance 769:22

assured 793:17

asterisk 760:21, 22

AT&T 729:18

athletes 696:1

ATM 719:1, 2, 21

attack 798:4

attacks 695:7

attempt 695:3; 767:14

attempting 679:21

attention 734:6, 17, 22;
740:23; 742:3; 744:8;
753:6; 785:21; 786:21;
788:11

Attorney 685:22, 24;
797:13, 15, 23

attorneys 676:21; 699:4;
701:9; 712:9; 713:9, 11;
717:17

authentic 715:14, 18;
724:14; 725:7; 726:24;
727:4, 7, 10, 13, 23; 728:1,
4, 11, 16, 19; 729:2, 7, 11,
14, 17, 20; 749:4, 16;
752:1, 12; 755:8; 783:19

authorities 677:12, 19;
688:6

authority 772:5

authorizing 732:24

Automobile 791:25;
792:1

avoid 760:8

aware 697:17, 25;
698:12; 790:18, 19

away 675:21; 801:3

awful 722:18; 730:15;
799:7

Azhar 792:20

B

B 724:22; 725:15; 767:11;
768:15; 769:7, 23; 783:23;
784:20; 792:15; 795:8, 12;
797:22

back 666:15; 667:13, 21;
668:1; 673:4; 677:18;

678:1; 689:7; 690:1;
691:5; 692:16; 694:24;
696:12; 723:25; 740:15;
741:19; 742:10, 13, 21;
743:2, 5; 746:19; 747:11;
748:6; 749:24; 751:16;
753:2, 20, 21, 23; 754:8,
16; 756:4, 16; 758:21;
774:2; 795:21; 796:21;
798:13, 24

bad 671:21

bag 673:24; 773:11;
776:21, 22, 23

Baker 685:22; 692:21;
715:4, 10; 717:1, 6, 23;
718:18; 720:20; 721:1;
722:2, 7, 22; 723:4, 22;
724:3, 9; 726:7, 13; 730:3,
16, 19, 23; 731:20, 25;
732:7; 733:11; 734:14;
736:2, 15, 19, 21; 737:24;
738:14; 739:7, 11, 19;
743:14, 22; 745:13; 746:3;
748:17, 21, 25; 750:12;
751:19, 23; 752:20;
754:22; 755:2; 757:8, 17;
758:2; 762:18; 763:17;
764:20; 765:21; 770:23;
771:4; 772:6, 16; 775:11,
16, 22; 778:10, 14, 19;
780:12, 16; 783:6, 9;
791:15, 22; 793:1, 9, 17;
794:3, 6, 12, 15; 795:11,
15, 20, 25; 797:16; 804:13

banged 669:15

Bank 715:12, 15, 15, 18,
20; 718:25; 719:3, 4;
723:13; 724:12, 14, 14, 17,
25; 725:7, 7, 18; 783:11,
14, 16; 784:4

Banque 719:21; 725:4,
10

bar 675:16; 792:5

barracks 696:6, 13, 16

based 705:4, 7; 716:1;
725:24; 730:7; 739:16;
752:20; 755:13; 785:3;
795:5

Basically 672:14;
758:17; 761:16

basis 697:4

Bay 749:2, 4, 6

bearing 784:6

bears 792:16

became 790:19

becomes 714:19

bedroom 718:5

began 688:11

begin 800:6, 10, 11;
802:9; 803:25

beginning 709:3; 791:22

begins 595:5; 755:24;
756:13, 25

belief 678:14

Bell 728:21; 729:3; 731:1,

1

BellAtlantic-New 726:25

below 734:22

bench 675:17

Benjamin 715:16

Bennington 727:21

besides 745:4

best 745:25; 798:2

better 676:18; 677:24;
798:16; 803:8

BIANCO 672:24; 673:3;
674:10, 12; 678:25;
702:22; 703:6, 7, 9; 710:5,
7, 15; 712:3, 23; 713:13;
714:24, 25; 739:4, 5;
740:13; 741:24; 742:14,
23, 25; 743:8; 762:18;
764:21, 22; 767:1, 4;
768:1, 4; 769:18; 783:3;
785:8, 16; 788:6; 789:6,
14; 791:12; 794:10;
797:16; 802:19, 22

big 800:15

biggest 676:18

bill 761:16, 17; 765:9;
773:20, 22, 23, 25; 774:11

billed 761:1, 3, 19

bills 723:14, 17

bird 669:16; 671:9

bit 666:14; 734:23; 740:8

blank 773:5, 6; 777:15,
17, 21; 780:5

blew 697:10

block 738:12, 13

blow 682:1, 5

blown-up 757:15

blowups 759:20

blue 741:10; 753:24;
754:17; 758:17; 786:5

board 718:5; 795:21

bomb 681:17; 686:14, 17,
20

bombing 680:8; 682:9;
686:14; 696:6, 8, 11, 12,
12, 16; 704:13, 14, 23

bombings 678:5, 6, 10,
15; 681:9, 10, 11, 14;
704:8, 9, 15, 17, 24;
714:12

bombs 685:16

book 750:24, 24; 751:6, 8

books 723:20

borrowed 709:17, 25

Boston 727:21

Both 672:22, 25; 673:6;
675:13; 678:20; 704:24;
746:21; 760:6, 11; 764:18;
782:9; 803:2, 14, 23;
804:11

bottom 710:8; 794:13

bought 681:20, 23, 25;
686:13, 14; 709:19

Boul 754:13

Boulevard 754:13; 755:5

Bourrassa 786:25

box 666:8; 756:4, 17

boxes 753:24; 754:17;
759:7

Brahim 731:13, 16;
742:11; 743:7; 762:11, 15

brand 742:6

break 781:19; 780:22

breakdown 762:22

bridge 789:9

briefly 694:24; 712:25;
714:17; 744:5; 759:17

Bring 669:19; 673:4;
707:3; 722:16

bringing 722:12; 798:22

Britain 713:14, 18

Bronx 770:17, 21

Brooklyn 774:8

brought 674:4; 686:18;
741:19; 744:8; 800:12

Brown 666:3, 6, 7, 9, 10,
13; 667:2, 4, 7, 12, 16, 20,
24; 668:4, 13, 18, 21;
669:1, 3, 4, 22

Bruno 784:2

building 737:8; 786:10,
14, 15; 789:12

buildings 765:3; 789:13

bump 801:4

Bureau 732:2; 743:24;
775:24; 794:18

bus 786:23

business 706:2; 715:21;
723:14; 724:17; 725:11;
726:21; 727:13; 731:13;
735:15; 742:8, 9, 12, 20,
23; 749:9, 19; 752:4, 15;
753:9, 11, 13, 15, 16, 18,
21; 755:9, 11; 757:1;
769:25; 770:3; 783:17, 19;
784:16

buy 709:19

buying 709:20

C

C 749:17; 758:12; 770:1;
784:23; 792:19; 797:24

Calabrese 792:16, 17;
795:1

calendar 802:7

call 731:17, 18; 761:2, 17,
18; 765:14, 15, 16; 787:2

called 715:11; 717:3;
724:11; 725:3; 726:17;
727:13; 730:25; 731:9, 22;
737:3; 740:2; 743:16;
749:1, 13; 751:23; 752:9;
755:3; 759:7, 9; 760:5;
767:6; 768:5, 19; 769:19;
771:1; 774:5, 7; 775:19;
783:10; 784:10; 785:12;
789:20; 791:23; 793:2;
794:17; 797:17

calling 727:8, 11; 761:4

Trial
July 6, 2001

UNITED STATES OF AMERICA   v.
MOKHTAR HAOUARI

calls 699:16, 19, 21, 22;
717:1; 731:20; 739:6;
743:14; 745:2, 11, 11;
759:14; 760:9, 11, 13, 14,
15, 20, 24, 25; 762:14, 24;
763:4, 9, 10, 11, 14, 21;
764:6, 9, 12; 765:7, 10, 11,
13, 13; 770:23; 774:2;
775:16; 785:8; 787:14
came 666:15, 19; 669:25;
671:17, 19, 21; 676:13;
683:20; 684:23; 688:19,
23; 771:18; 772:10;
779:13; 786:15
camp 695:14; 696:5;
703:25; 705:3; 707:1;
708:25; 714:21
camps 694:25; 696:20;
703:23; 704:3, 6; 714:5, 10
can 674:2, 14; 683:2, 3, 8,
17, 19; 684:7, 8; 693:5;
694:22; 695:23; 706:21,
24; 707:9; 708:6; 711:4,
13; 712:5; 721:2; 738:22;
745:1; 758:25; 760:1;
763:17; 776:20; 777:10;
779:2; 780:2, 23; 782:14;
795:16; 799:6
Canada 666:13; 667:13,
21; 668:1; 669:22; 681:20;
688:7, 11, 12, 15, 21;
697:11; 707:15; 708:15;
710:24; 714:20; 724:25;
727:7; 728:21, 25; 729:3;
731:1, 1, 8, 10, 12; 749:14,
18; 755:6; 768:20, 22;
771:11; 773:20; 784:3;
785:1; 790:25; 791:4;
793:4; 798:4
Canadian 666:3; 709:13;
714:20; 717:8, 20; 740:15;
767:13, 16; 768:6, 8, 9, 16,
17, 23, 24; 769:1, 2, 8, 9,
11; 771:6, 23; 776:22;
785:18; 790:16; 797:20,
21, 23
Cantel 729:15
capacity 769:23
Capital 749:14, 18
car 741:7
card 670:25; 671:1, 2, 3,
4; 727:8; 742:9, 12, 20, 21,
23; 743:2, 5; 749:5, 16;
752:12; 753:9, 11, 16, 18,
21; 761:4, 11, 16, 17, 19;
767:13, 17; 774:21;
777:23, 23; 778:3; 779:4,
5, 7, 8, 10, 10, 11, 11, 13,
19, 23; 780:1, 8, 9, 9;
784:6, 13, 21
cards 703:19, 20, 21;
723:14; 727:11; 742:8;
773:5, 5, 6, 6, 10; 776:15,
24; 777:2, 3, 3, 6, 8, 9, 12,
15, 21, 22, 24, 25; 778:5,
10; 779:4, 6, 8, 9; 780:3, 5,
7, 10
career 720:6
careful 803:22

carried 717:17, 19, 21
carry 698:15; 717:16;
772:2
cars 787:2, 4
Carter's 674:3
case 666:23; 669:6;
670:8, 13, 25; 673:13, 18;
675:3, 12, 18, 19, 20;
692:18; 698:19, 21; 700:2,
18, 23; 701:4; 702:25;
703:1; 711:21; 713:9;
726:6; 738:20, 21; 744:7,
14; 760:7; 776:14, 16;
777:18, 20; 781:1, 2;
782:11; 795:20; 797:8;
798:12; 799:16, 16;
800:21, 22; 801:8; 802:3;
803:2
cases 793:24
cataloged 803:18
Cathleen 773:18; 774:1,
22
cause 683:25
cell 732:14, 15, 17, 21,
22; 733:2, 3, 5, 6, 18;
760:20; 765:6, 11, 12;
787:15, 16
cells 759:6, 7, 19; 760:14;
762:13; 763:3
Cellular 728:1; 741:21;
742:6; 764:25
certain 676:15; 683:15;
732:17; 759:22
certainly 791:6; 804:5
certificate 769:2, 8, 9, 10
certificates 768:24
chambers 802:23
change 682:8; 802:21, 21
changes 782:15
charge 798:17; 799:20;
800:5; 802:17, 21, 25;
803:2; 804:12
charged 765:12; 796:16
charges 712:11; 765:10;
783:24, 25; 784:5, 23, 25
Charles 769:19
chart 746:20; 747:11;
748:6; 749:24; 750:1;
751:16, 17; 753:2, 23;
754:16; 756:4; 758:13, 16;
759:12; 760:15; 762:23;
763:3
charts 745:16, 20, 22, 25;
757:15, 15, 15; 758:3
Chase 784:11, 13, 15
check 682:7; 724:23;
725:16; 733:4
checked 732:15; 733:6
chemical 709:20, 20
chemicals 708:17
Cherif 767:12
Cherif 731:13; 762:12,
15
Cherif's 731:16
chock-full-of-business

799:10
choose 682:9; 707:19, 23
chose 673:21
Chris 666:3, 6, 10
chuckle 666:23
Cinema 755:4, 4, 10
circle 682:2
Citibank 751:24; 752:1, 3
cities 784:2
Citizenship 731:10, 11;
768:20, 22, 24, 24; 769:1,
2, 8, 9, 11
city 740:19; 770:6;
771:11; 786:1, 2; 790:5, 12
clean 798:22
clear 719:12; 726:7;
745:10; 795:20, 22
Clearnet 729:20; 774:11
CLERK 740:4; 743:18
Close 720:9; 723:15
closed 725:2
Co 784:11, 13, 15
code 792:6; 793:3
coffee 799:6
Cohen 685:21
coincidence 666:24
coincidences 801:4
colleague 703:15;
705:13
colleagues 704:1; 726:8
collect 765:15
collectively 737:17;
742:4; 778:10
column 746:11, 24;
747:12; 748:8; 750:1;
753:3, 25; 754:18; 756:5,
17; 760:18, 19; 761:10, 15,
16; 762:10, 11
columns 762:9
Com 727:7
combined 685:19; 686:6;
692:11; 709:23
comfortable 707:11;
708:9
coming 705:17, 24; 786:9
committed 714:8
Communication 728:5
Communications
727:10
companies 726:19;
759:25
Company 749:2, 7;
774:11
compare 720:13; 759:13
comparing 760:6, 13
complete 779:3
completed 798:7
completes 798:12
complex 786:17
compliance 769:22
compliment 675:5, 10;
730:14
complimented 799:17

component 776:1
components 686:20
computer 760:1
concerned 688:17;
798:15; 800:16
concerning 675:19;
703:1; 706:11; 781:1
conclusion 722:21;
787:24; 788:2, 3
conclusions 675:19;
702:25; 738:21; 781:1
conduct 682:19; 697:17;
707:3, 6; 713:13; 734:8
conducted 724:17, 20;
725:11, 13; 726:21; 730:4;
731:3; 770:3; 777:10;
783:17, 21; 784:15, 18
conducting 697:5
confer 764:21, 22; 789:1;
795:3
conference 796:6;
802:9; 803:7, 13
conferring 796:5
confident 707:11
connection 776:13
considered 685:11;
695:14, 20; 696:17
consistent 715:21;
724:18; 725:11; 726:21;
731:4; 749:8, 19; 752:4,
15; 755:12; 783:17;
784:16
consists 796:9
conspiracy 802:17
constable 717:13; 722:8;
723:5; 771:10
construed 667:24
contact 689:2, 6; 705:10,
11, 13; 713:14; 744:22;
759:9, 12; 800:24; 801:3
contacted 745:8
contacts 744:24; 745:6;
762:24
contain 776:24; 777:22
content 705:20
contents 744:11
context 692:17
continue 676:6
Continued 674:16;
691:15; 716:7; 721:5;
722:24; 766:2; 781:5;
782:17; 792:21; 796:23;
801:15
Continuing 676:10
conversation 675:15;
694:20; 713:25; 714:7
conversations 700:16,
21
convicted 699:25;
700:18; 702:9
conviction 796:15
cooperate 679:21;
687:24; 698:17; 700:1, 25;

701:12; 702:12
cooperation 676:4;
700:12; 712:13
copies 714:15; 724:14;
725:7; 726:24; 727:7, 10,
13, 23; 728:1, 4, 11, 16,
19; 729:2, 7, 11, 14, 17,
20; 767:17; 772:11, 12;
783:19; 784:3; 802:14;
803:4
copy 715:17; 749:4, 15;
752:1, 11; 755:8; 795:13;
803:3
Coree 667:2; 668:24
corner 719:5; 734:19;
738:11; 753:9; 756:22
Corporal 740:18
corrected 782:10;
793:15
correction 739:9, 20;
793:14
correctly 803:18
Coughenour 711:16;
712:2
counsel 668:12; 669:8;
672:20; 675:5; 689:19;
730:14; 738:22; 781:4;
796:2, 6; 797:17; 799:17
Count 796:7, 8, 18;
802:17, 18
counterfeit 724:23;
725:16; 767:18; 784:6
Counties 770:18, 19, 22
countries 712:11
country 791:3, 3
counts 796:9, 11
couple 666:16; 789:16
course 668:3; 673:15;
676:2; 677:25; 744:8, 10;
796:19
court 666:1, 2, 12; 667:1,
3, 6, 11, 14, 18, 22; 668:2,
10, 15, 20, 24; 669:1, 4,
11, 19, 21; 670:5, 7, 10,
15, 17, 20, 23; 671:1, 3, 6,
11, 15, 19, 23; 672:1, 3, 6,
9, 12, 17, 19, 22, 22, 25;
673:4, 6, 10, 25; 674:8, 13;
675:1, 2; 677:4; 679:7;
687:16; 689:18, 19, 22, 24;
690:8, 13; 692:15, 22, 24;
693:2, 24; 699:7; 700:10;
701:18, 23; 702:1, 3, 4, 6,
9, 12, 14, 17, 19, 24;
703:4, 6; 705:21; 706:25;
709:11, 15; 710:6, 10, 14;
711:12, 20, 23; 712:1, 24;
713:1, 11; 714:24; 715:1,
3, 7, 9; 716:4; 717:20, 22,
24; 718:21; 720:19, 23;
721:3; 722:6, 12; 723:1, 2,
23, 25; 724:6, 8; 726:2, 5,
12; 730:10, 14, 18, 21;
731:18; 732:8, 24; 733:12;
734:15; 736:5, 17, 20, 23;
737:8; 738:1, 15, 17, 19;
739:3, 4, 18, 10, 18, 21, 23,
25; 740:8; 741:9, 12, 25;

**UNITED STATES OF AMERICA   v.**
**MOKHTAR HAOUARI**

742:17, 23; 743:1, 10;
745:14; 746:6; 748:20, 24;
751:22; 752:24; 754:25;
755:16; 757:6, 9, 20, 22,
24; 758:4, 21, 24; 759:5;
764:22; 765:22, 24; 767:3,
24; 768:3; 769:16; 770:16;
771:14, 16, 18; 772:7, 10,
19; 775:12, 14, 17; 777:19;
778:8, 12, 16, 21; 779:1;
780:14, 20, 25; 781:4;
782:2, 5, 11, 14; 783:1, 2,
5, 7; 785:6, 10; 786:3, 6;
787:25; 788:25; 789:15;
790:23; 791:11, 13, 18;
793:8, 15, 19; 794:4, 9, 11,
14; 795:8, 13, 17, 24;
796:1, 4, 6, 17, 21; 797:1,
2, 6; 798:9, 11; 802:1, 2, 5,
20, 23; 804:19
**courtesy** 699:4
**courtroom** 666:4; 674:3;
675:4; 781:3; 801:6
**cover** 773:23
**covers** 770:17, 19
**created** 715:20; 724:16;
725:9; 726:20; 731:2, 12;
783:15; 784:14; 794:19,
24
**creates** 768:8, 22
**credit** 703:20; 749:5, 16;
752:12; 761:11, 16, 17, 19;
773:5, 5, 6; 774:21;
776:15; 777:3, 8, 23;
779:4, 6, 8, 11; 780:1, 8, 8;
784:6, 13, 21
**credit-type** 777:3
**crime** 703:16; 776:9
**criminal** 798:5
**criteria** 715:24; 724:19;
725:12; 730:4; 768:12;
769:5; 783:21; 784:17;
792:9
**cross** 689:20; 723:23;
738:15; 765:22; 775:12;
789:15
**cross-examination**
676:6, 10; 691:7; 789:17
**crossed** 786:15
**crossing** 675:25
**cryptographic** 776:5
**current** 755:22
**customer** 773:25

**D**

D 690:14; 757:11, 17;
758:12; 759:20; 762:4;
770:4; 798:1
D-3 694:1
D-A-H-O 733:24
D-U-F-F-Y 743:20
Daho 733:23
Dahoumane 689:14;
690:2, 25; 697:9; 707:23,
24; 708:1, 17

**dangerous** 705:17;
706:3
**Daniel** 775:16, 18; 797:14
**data** 744:7; 777:7, 22;
778:6, 7; 779:7, 8; 780:11
**database** 760:1, 11
**databases** 744:9, 9
**date** 679:18, 20; 693:11;
717:16; 719:6, 22, 23;
726:10, 11; 734:4; 745:11,
12; 772:2, 4, 24; 773:15;
774:4, 6, 25; 796:20
**dated** 749:9, 21; 752:6,
17; 775:6; 782:7
**dates** 764:12
**day** 668:13, 16; 670:7, 18;
676:25; 681:4; 693:9;
694:12, 14, 15; 718:16;
723:5; 740:24; 741:1;
742:7; 772:25; 785:22, 23;
790:15; 791:5; 798:17;
799:10; 804:8
**days** 679:25; 693:7
**de** 717:18; 720:15; 723:6;
728:24; 747:10; 755:23;
791:24; 792:1
**dead** 695:22
**death** 696:13
**debit** 777:8, 23; 779:5,
11; 780:9
**debit-type** 776:15
**December** 685:15;
692:14, 14; 693:4, 4;
725:2; 726:10; 749:22;
761:18; 763:10, 15;
767:11; 770:5, 8, 11, 13;
783:25; 784:1; 790:14;
791:1; 797:19
**decided** 698:17; 700:25
**deciding** 714:4
**decision** 713:4, 10
**defendant** 668:11;
669:12, 15; 704:2, 5, 11,
22; 705:15, 23; 706:10, 11,
21; 708:6, 12; 709:8, 23;
722:3, 10; 741:12; 782:3;
786:6, 7; 788:25; 797:13
**Defendant's** 797:4, 10
**defense** 668:12; 671:8, 9;
685:22; 713:9, 11; 797:2,
3; 798:10
**degree** 673:20
**deliberations** 782:12;
800:6, 10
**Delta** 769:22, 25; 770:2,
3, 5, 7, 11, 13
**demeanor** 787:5, 18
**Demercado** 769:12
**denied** 796:17; 802:5
**Department** 731:10, 11
**depending** 697:3
**depends** 789:9
**depict** 737:22
**depiction** 735:24
**deposit** 719:10, 11;

720:1, 2
**deposited** 724:25;
725:18
**describe** 744:5; 776:6;
777:10
**described** 704:13
**description** 775:2
**Desjardins** 785:9, 11
**detail** 803:1
**detailing** 680:8
**details** 697:1, 15; 705:15
**determine** 732:21; 733:8;
763:20; 776:10; 777:7
**determined** 767:18;
780:11
**devices** 686:13, 14
**diagram** 758:7
**diagrams** 757:10
**die** 700:7
**difference** 765:5
**different** 734:6; 759:7;
765:12; 792:16; 799:8
**differently** 790:24
**difficult** 673:12, 17
**dinner** 666:16
**direct** 676:12, 16; 678:3,
18, 25; 679:9; 680:17;
681:8; 683:12; 684:10;
717:5; 731:24; 740:12;
743:21; 753:6; 771:3;
775:21; 785:15; 802:14
**Directing** 734:17, 22;
740:23; 742:3; 785:21;
786:21; 788:11
**directly** 738:4, 7; 761:1
**directories** 723:20
**disagreement** 803:20
**disassemble** 795:23
**discovered** 725:1, 19
**discovery** 700:22
**discuss** 670:7; 675:18;
677:16, 19, 20; 694:18;
697:22, 23; 702:25;
706:11; 738:20; 781:1
**discussed** 671:15;
676:13, 15, 25; 677:13, 22;
678:4, 7; 681:9, 14;
694:16; 695:7, 17, 24;
696:5, 11; 698:10; 704:22;
726:19
**discussing** 695:10;
698:8
**discussion** 667:14, 16;
668:16; 669:10; 674:15;
689:23; 738:24; 782:1;
793:16
**discussions** 695:6;
704:8
**disk** 759:25, 25
**displayed** 777:14;
779:15
**disposed** 722:11
**District** 685:24; 770:13,
15, 17; 797:15
**division** 776:3, 4

**document** 677:5, 7, 9,
10; 680:14; 690:12; 694:1,
4; 710:13; 719:20; 733:13;
734:16; 746:17; 750:15;
751:5; 753:6, 7; 778:12;
793:14
**documents** 678:20;
699:13, 15; 701:4; 720:11,
14, 16; 722:5, 7, 13; 723:6,
11; 741:22; 746:15; 798:3;
803:17
**Doha** 697:10; 705:10, 12,
14; 707:7; 713:14, 18;
714:1, 16, 17
**dollars** 709:18
**donated** 683:25
**done** 672:10, 13; 673:13;
782:2; 802:19, 20; 803:23
**Donuts** 693:10
**double-counting** 760:9
**doubt** 683:9
**down** 666:18; 673:22;
711:20; 736:21; 751:9;
758:3; 759:10, 12; 761:25;
763:17; 787:1; 801:2
**drawing** 722:20
**drawn** 724:24; 725:17
**drive** 706:8; 708:2
**driver** 678:19, 23; 679:1,
5; 680:15; 686:23; 687:11;
689:8; 792:2, 3, 5, 13, 15,
17, 19
**driver's** 794:20, 25
**drives** 708:1
**du** 791:25; 792:1
**Dudemaine** 734:2
**Duffy** 743:14, 15, 20, 23;
745:15; 749:24; 750:14;
753:2; 755:18; 759:17;
763:19; 764:24; 765:24
**Duluth** 735:8, 10, 12;
737:6, 9; 756:15
**duly** 666:11; 717:4;
731:23; 740:3; 743:17;
771:2; 775:20; 785:13
**Dunkin** 693:9
**duration** 745:6, 9, 10;
760:15
**during** 667:8; 668:3;
680:5, 10; 695:6; 699:16,
20, 22; 700:24; 710:17, 19;
711:9; 712:16; 720:6;
738:21; 744:8; 745:7;
759:15, 22; 782:12;
790:20, 22
**Dutchess** 770:18, 21
**duties** 714:4; 732:16;
734:8; 744:10
**duty** 717:14; 771:23

**E**

E 770:10; 798:7
**earlier** 691:7
**easel** 758:2; 761:5, 20

**East** 666:17; 727:21;
735:8, 10, 12; 756:15;
757:5; 770:18; 771:14
**Edgar** 772:4; 773:7;
788:14, 15, 20; 789:12;
790:8; 792:14
**Eduardo** 715:19
**effort** 800:18
**Egyptian** 695:11, 18
**eight** 759:14
**either** 675:16; 695:8;
799:24; 804:7
**electronic** 776:5, 9;
793:25
**electronics** 776:8
**Elfassy** 797:23
**else** 667:6; 671:6, 7;
673:1; 674:8, 13; 698:7;
708:8; 714:24; 745:3;
793:21
**Embassies** 678:15
**Embassy** 678:4, 10;
681:11; 704:9
**employed** 769:21
**end** 676:2; 695:22; 709:5;
739:13; 762:19; 783:4;
802:3
**ends** 750:7
**enemy** 676:17, 18
**enforcement** 676:24;
677:12, 18; 678:13; 686:2,
9; 688:5; 700:17
**engineer** 776:8
**engineers** 780:10
**England** 722:17, 24
**English** 706:8
**enlargement** 736:11, 13
**enlarging** 794:20, 24
**enter** 767:14
**enters** 669:20
**entire** 802:3
**entitled** 721:3
**entries** 771:4
**entrusted** 705:16;
706:21
**entry** 751:10
**envelopes** 741:23
**equipment** 793:17, 23
**error** 784:9; 793:11
**errors** 782:8
**Esq** 797:23
**essentially** 667:9;
738:10
**establishment** 734:24
**even** 687:11; 708:19;
803:6; 804:9, 12
**evening** 667:9, 13;
694:23; 786:11, 21
**event** 782:10
**everybody** 673:15;
740:10; 799:1; 803:16
**everybody's** 673:11
**evidence** 698:19; 701:1;

**Trial**
**July 6, 2001**

715:8, 25; 716:6; 718:22;
720:22; 722:11; 724:7, 21;
725:14; 726:4, 5; 730:5,
13, 22; 733:13; 734:17;
736:6, 18; 738:2; 739:24;
742:19; 746:8, 17; 747:1,
14, 24; 748:11; 750:4, 18;
751:5; 753:1, 7; 754:5;
755:17; 756:9, 20; 758:1;
767:20, 25; 768:14; 769:6,
17; 772:20; 776:13; 778:2,
10; 783:8, 22; 784:19;
785:7; 791:19, 21; 792:11;
795:10, 18; 796:15, 20;
797:5, 8, 8, 10; 798:12;
803:16, 17, 18, 21
**exact** 668:5; 696:10
**exactly** 669:23; 672:8;
685:19; 743:7; 762:8
**examination** 676:12, 16;
678:4, 18, 25; 679:9;
680:17; 681:8; 683:13;
684:10; 703:8; 717:5;
731:24; 740:12; 743:21;
771:3; 775:21; 777:11;
785:15
**examine** 698:18; 763:19
**examiner** 776:9
**example** 759:11, 12;
761:3
**examples** 695:7, 10
**exceedingly** 673:12
**except** 735:24
**exception** 766:18
**exchanged** 667:12;
670:23
**Excuse** 671:11; 690:19;
713:14; 729:25
**excused** 672:23, 25;
673:7; 674:7; 703:2;
715:1, 2; 724:2; 738:17,
18; 743:11, 13; 765:24;
766:1; 775:14, 15; 780:14,
15; 791:13, 14; 801:13
**execution** 695:25
**exhausted** 800:3
**exhibit** 690:13; 715:6, 8,
17; 718:11, 23; 719:19;
720:5; 724:5, 7, 13, 19;
725:6, 12, 23; 726:9, 15;
727:3, 6, 9, 12, 25; 728:3,
18; 729:10, 16, 19; 730:8,
19, 22; 732:10; 733:9, 14,
19; 734:3, 17; 735:17, 18,
21; 736:2, 6, 8, 13, 18;
737:1; 739:11, 16, 24;
742:4, 12; 746:10, 11, 18,
20, 24; 747:2, 6, 8, 11, 15,
18, 25; 748:3, 6, 11, 15,
18, 25; 749:3, 13, 15, 24;
750:4, 5, 9, 16, 18, 20, 23;
751:1, 4, 8, 17, 21, 25;
752:11, 21; 753:4, 8, 20,
23; 754:4, 8, 16, 20, 24;
755:7, 14, 17, 18; 756:5, 8,
9, 12, 16, 18, 20, 21, 22;
758:8, 11; 759:19; 761:24;
762:4, 13, 16; 767:4, 18,

21; 768:2; 769:13; 773:3,
4, 12, 19; 774:9, 10, 19,
20, 23; 776:18, 19, 24;
780:19; 783:6, 8, 13, 18,
20, 23; 785:4, 7; 791:22;
792:18; 793:1, 6, 11, 12,
13; 794:7, 8, 15, 19, 23,
24; 795:4; 797:4, 10;
803:21
**Exhibits** 715:13, 23;
716:2, 5; 718:1, 22; 723:8;
725:22; 726:3, 6, 23;
727:22; 728:10, 15; 729:1,
6, 13, 22; 730:3, 11;
732:18; 737:12; 738:2;
742:3, 18; 745:17; 746:7;
752:22, 25; 757:11, 25;
767:22, 25; 769:17; 772:9,
17, 20; 778:15; 791:16, 20;
793:7, 24; 794:1, 4; 795:9;
803:5, 8
**exit** 787:14
**expect** 722:9
**experience** 704:3
**explain** 706:15, 24;
707:9; 708:6; 711:4;
758:10, 15; 759:17;
760:21; 761:13, 23;
762:20; 765:5
**explosives** 678:8
**expressing** 678:14
**extremely** 712:25
**extremists** 798:4

# F

F 767:9, 14; 770:6; 797:16
F-A-I-D 774:18
**face** 670:22
**facilitates** 714:6
**facing** 712:11; 751:8;
758:7
**fact** 668:10; 669:15;
680:5; 681:12; 687:11;
690:23; 705:16; 726:10;
741:3; 793:20
**facts** 680:7; 701:14
**Fahd** 727:20
**Faid** 774:16
**failed** 696:4
**failure** 695:20
**failures** 695:8
**fair** 679:19
**fake** 798:3
**false** 711:9; 767:13
**falsifying** 703:19
**familiar** 670:2; 765:9;
769:24
**family** 688:18; 711:2, 5;
740:6, 7
**far** 683:2, 3, 8, 17, 19;
684:7, 8; 693:5; 694:22;
695:23; 704:18, 20;
711:13; 713:10, 23; 765:5;
788:24; 789:7

**faster** 673:18
**fault** 670:9
**favor** 771:20
**FBI** 680:22; 681:4;
685:21; 691:6, 7, 10;
692:6; 693:19; 694:9;
698:8; 710:3, 17; 732:3, 5,
16; 734:8; 743:25; 744:2,
6, 11; 776:1, 22; 794:21;
795:2
**fear** 706:20
**February** 727:18
**federal** 676:21; 677:12;
687:18, 24, 25; 694:6;
700:1; 702:4; 715:25;
724:21; 725:14; 730:5;
732:2; 743:24; 768:13;
769:6; 775:24; 783:22;
784:18; 792:10; 794:18
**feeling** 697:22; 698:5
**felt** 671:21; 698:6, 13;
707:11, 11; 708:9
**Ferry** 772:22
**few** 688:1; 755:21; 799:12
**files** 701:8
**final** 694:12; 696:5;
713:21
**finally** 701:12, 16;
756:16; 763:19; 769:13;
774:19; 779:23; 793:5
**find** 682:8; 722:9; 723:11,
13; 733:4; 735:12; 745:4;
764:6, 9; 778:15; 779:10
**fine** 722:15, 19; 780:3;
785:10; 804:19
**finish** 689:20; 799:23, 25;
803:12; 804:12
**finished** 800:7
**fireworks** 671:13
**first** 666:8, 25; 667:1;
668:20; 675:4; 679:16, 20,
23; 688:7, 11; 696:21;
708:4; 711:14; 712:20;
713:4; 718:23; 734:16;
740:4; 745:15; 746:9, 23;
750:22; 756:4; 762:10, 23;
763:3, 7; 772:21; 774:4,
17; 783:11, 14, 16; 784:4;
786:7, 9; 787:16; 795:16,
17; 798:19; 799:1, 11
**five** 744:1
**five-minute** 702:22
**fixing** 793:9
**Fleet** 715:12, 14, 18, 20;
761:11
**flew** 770:12, 14
**flight** 770:1, 1, 4, 5, 8, 11,
13
**flights** 770:2
**floor** 727:21; 737:6
**foiled** 695:18, 20
**follow** 785:25; 787:10;
788:15
**followed** 786:23; 788:13,
17; 789:25; 790:7
**following** 726:19; 733:5;

770:11; 787:5, 6, 21
**follows** 666:11; 715:13;
717:4; 724:12; 725:5;
731:23; 740:3; 743:17;
749:3, 14; 751:25; 752:10;
755:4; 767:7; 768:7, 21;
769:20; 771:2; 775:20;
783:12; 784:11; 785:13;
791:25; 793:3; 794:18;
797:18
**forensic** 776:8
**form** 705:19; 720:21;
779:11; 798:21; 800:16;
801:5; 802:14, 16
**format** 777:22; 780:8, 9
**former** 675:2
**formerly** 737:3
**forms** 799:8
**forth** 731:14; 746:1, 20;
768:11; 769:4; 782:8;
792:8
**forward** 672:16; 740:8
**found** 679:10; 718:4;
722:4; 733:6; 745:2;
773:11; 778:6, 7; 779:4, 7
**four** 668:21; 673:21;
683:24; 801:9, 10, 10
**Fourth** 669:25; 675:4;
749:25
**France** 681:9, 11, 14;
704:9, 13
**fraud** 725:1, 19
**fraudulent** 783:24; 784:5
**free** 699:4
**French** 719:17; 725:23;
785:9
**friend** 689:13; 706:4, 6,
12, 13, 17
**friends** 688:11, 15;
707:12; 710:24; 711:8
**front** 678:13; 688:6, 14;
723:8; 735:18; 745:17;
746:15, 21; 750:15, 19;
751:1; 753:7; 791:4
**full** 740:4; 743:18
**Fulton** 767:6
**funny** 671:9
**further** 702:18; 712:23;
714:23; 723:22; 725:21;
738:14; 743:8; 764:20;
765:21; 767:19; 775:11;
780:12; 789:14; 791:10
**Future** 749:16

# G

G-A-E-T-A-N 740:6
**Gaetan** 739:6; 740:1
**Galerie** 725:18
**Gaseteria** 775:3
**gave** 667:17; 671:1, 2, 3;
682:15, 24; 683:1, 4, 11,
13, 15; 684:12, 13, 15, 16,
19; 685:7, 8, 11, 17; 686:6,
11; 687:12; 691:8; 695:6;

707:25; 709:23
**GE** 749:14, 18
**general** 678:7; 681:10,
11
**generally** 704:3; 750:22;
758:10, 15; 762:20; 776:6;
780:6; 799:8; 803:1, 7
**generous** 804:3
**gentleman** 741:10
**gentlemen** 798:11
**gets** 677:24; 714:4
**Ghani** 708:3; 743:3
**gimmicks** 793:25
**given** 679:5, 14; 683:20;
686:4; 697:4; 747:22;
749:10, 22; 752:7, 18;
775:2; 778:3, 5; 780:17
**gives** 684:4, 6; 689:7;
792:14
**giving** 667:18; 705:15;
804:1
**Globo** 727:11
**God** 801:10
**God's** 801:6
**goes** 759:10
**golf** 676:2
**Good** 669:21; 707:12
**government** 679:16, 20,
23; 681:13; 687:24;
688:10, 14; 698:18; 699:5;
700:2, 13, 17; 701:1, 13;
711:9; 715:4; 716:1;
717:1, 3; 718:1, 18, 22, 23;
719:19; 724:4, 7, 13, 19;
725:6, 12, 21, 23, 24;
726:3, 8, 13, 15, 23; 727:3,
6, 9, 12, 22, 25; 728:3, 10,
15, 18; 729:1, 6, 10, 13,
16, 19, 22; 730:3, 11, 19,
22; 731:20, 22; 732:10, 18;
733:9, 14, 19; 734:3, 17;
735:17, 18, 21; 736:2, 6, 8,
13, 18, 25; 737:12; 738:2;
739:5, 11; 740:2; 742:14;
743:14, 16; 746:24; 748:3;
749:24; 750:4, 23; 751:4,
20; 752:21; 754:8, 16;
755:7, 13; 758:11; 759:19;
761:24; 762:4; 767:4, 17,
20, 22, 25; 768:2; 769:13,
17; 770:23; 771:1; 772:9,
16, 20; 773:3, 3, 12, 19;
774:9, 10, 19, 20, 23;
775:14, 19; 776:18, 19, 24;
780:19; 783:6, 8, 13, 18,
20, 23; 785:3, 7, 8, 12;
791:15, 16, 20, 22; 792:18;
793:1, 5; 794:15; 795:5,
25; 796:8; 802:13; 803:13,
14; 804:2, 6
**Government's** 715:6, 8,
13, 17, 23; 716:5; 739:16,
24; 742:4, 18; 745:16;
746:7, 9, 11, 17, 20; 747:2,
6, 8, 11, 15, 18, 25; 748:6,
11, 15, 18, 25; 749:3, 12,
15; 750:4, 9, 16, 18, 20;
751:1, 7, 16, 25; 752:11,

21, 25; 753:3, 8, 20, 23;
754:4, 20, 23; 755:17, 18;
756:5, 8, 9, 12, 16, 18, 20,
21, 22; 757:11, 25; 758:7;
762:13, 16; 793:11, 12, 13;
794:6, 8, 19, 22, 24; 795:4,
9; 799:11, 14
governments 730:8
grabbing 670:22
grandfather 771:18
granted 768:25; 788:2
gray 756:4
Great 713:14, 18; 803:1
Green 715:16; 758:19;
759:2
Greg 767:6
ground 737:6; 796:14
group 704:21; 773:5
guilty 701:23; 702:6
gummed 803:10
gun 688:3; 691:3; 711:8
guy 670:22; 671:8;
684:19; 697:9

# H

H 753:12
H172 727:8
H2E2H6 793:4
half 799:24; 800:4; 804:2,
6, 7
hand 795:16
handed 717:25; 732:9;
733:13; 737:11; 772:8
handwritten 753:21;
778:19
Haouari 670:14; 676:14,
17; 678:5, 9; 679:1, 10, 10;
680:7, 12, 14, 18; 681:9,
15; 683:1, 13; 684:4, 15;
685:7, 11, 17; 686:4, 5, 10,
23, 24; 687:5, 8, 12, 15;
688:23; 689:3, 7, 10, 13;
690:2; 691:8; 692:4, 10,
13; 693:7, 9, 13; 694:13,
17, 21; 697:11, 12; 700:2;
703:14; 705:11; 707:6, 9;
710:20; 713:17; 714:8, 19;
735:14; 741:2, 9, 17;
746:13; 747:7, 21; 748:15;
749:6, 17; 750:10; 752:2,
13; 754:11; 755:8, 20;
758:19; 762:1, 14, 25;
785:25; 786:3, 24; 788:19;
789:19; 790:4; 791:7;
797:13, 19, 24; 798:2, 6, 7
Haouari's 705:4, 7;
749:10, 23; 752:8, 19;
787:5; 797:23
happen 798:18; 800:24,
24; 801:1
happened 666:12; 668:3,
14; 669:23; 670:11;
711:21
happens 712:17; 803:10

hard 699:10; 765:3, 6, 8,
14, 17, 18
Harvey's 786:16, 18;
789:20, 23
Hassan 707:13
head 668:11, 11; 669:12,
16
headed 760:19; 761:10
healthy 675:24; 801:7, 11
hear 721:3; 758:25;
799:11, 13, 13, 15
heard 675:16; 690:17;
800:2
hearing 677:10
hears 740:10
help 705:6; 706:5
helped 708:9; 710:24;
741:7
helping 689:14
Henri 786:25
hereby 715:11; 724:10;
726:17; 730:24; 749:1;
755:2; 783:10; 791:23;
793:1; 794:16; 797:12
herein 726:20
hereinafter 770:7
Hernandez 784:7
herself 666:22
highest 763:9
hike 800:23
himself 668:11
hit 668:11, 11; 669:12;
676:18
Hold 692:15; 758:21;
762:18; 788:25
holder 747:18
home 749:11, 23; 752:8,
19; 798:24; 800:2
honest 688:10
honestly 668:18
Honor 677:3; 690:7;
702:18, 23; 703:7; 710:5,
8; 712:3, 23; 714:25;
715:4; 716:1; 717:23;
718:18; 723:24; 724:3;
725:24; 726:7, 13; 729:25;
730:7; 731:17; 732:7;
733:11; 734:14; 736:2;
738:16; 739:5, 7, 22;
741:24; 742:14, 25; 743:8;
745:13; 746:3; 748:17;
750:12; 751:19; 752:20;
754:22; 757:8, 17; 770:23;
772:6, 16; 775:13; 778:14,
19; 780:16; 783:3; 785:3,
8; 787:23; 789:3; 791:12,
15; 793:5, 9; 795:5, 11, 20;
796:13; 797:3, 11; 798:10;
802:4, 19
hope 673:20
hotel 666:15; 673:12, 16;
709:20; 798:25
hour 799:24; 800:5
hours 799:12; 804:2, 6, 9,
13, 15, 17

houses 789:13
Hudson 749:2, 6; 770:20
hundreds 699:12
hurt 711:6

# I

I-N-E-S-S-A 779:22
Idea 682:7; 687:13;
707:25; 790:15
identification 717:25;
724:4; 726:14; 732:10;
736:7; 737:11; 745:16;
754:23; 767:13, 17; 772:9
identified 666:22; 722:2;
762:23; 767:12; 778:9, 18;
779:19, 23
identifying 778:1; 779:3
ignore 801:6
immediately 675:21, 21;
692:13; 693:6
immigration 731:10, 12,
12; 767:9; 768:20, 22
importance 675:11
important 706:2; 708:3;
714:1; 740:9; 778:17;
803:12
importuned 675:6
impresses 675:11
inadvertently 726:9
Inc 729:12, 15; 752:10,
14; 755:4, 5, 10
incapable 682:9
incident 669:12
inclined 720:19
include 714:4; 723:17,
20; 760:15
includes 783:23
including 723:8; 763:8
incoming 765:7, 10, 12
incorrect 739:14
incredible 675:15
incriminating 722:11
indicates 724:22;
725:15; 727:18; 728:7, 22;
731:5, 15; 749:10, 22;
752:7, 18; 768:15; 769:7;
770:10; 792:12
indicating 741:12;
750:19; 786:6
indication 782:6
indicted 701:6
indictment 796:9, 16;
802:15, 15, 16; 803:4
individual 745:10;
767:11; 778:4
individually 737:17
individuals 707:14, 19
Inessa 779:22; 780:1;
784:22
informal 796:6
informally 796:6; 804:9
information 666:2;

697:4, 12; 704:20; 711:7;
744:19, 25; 745:4; 746:10;
758:11, 16; 759:19;
761:14; 763:5; 775:4;
777:9, 13; 779:5; 780:4, 7
ingredients 686:17
Initialed 739:19; 793:14
Initially 678:22
initials 732:14
initiated 675:14
inn 773:13; 775:7
input 713:9
inside 718:5; 737:8;
740:10; 759:6; 786:25;
787:20
insofar 798:14
inspect 772:11
inspector 767:8
instance 713:4
instead 739:14; 760:2;
802:13
instructed 695:1
instructions 706:5;
733:6; 799:21
instructors 695:6
instruments 709:20
insufficient 796:15
intelligence 744:3, 4;
797:21
intended 682:1, 5;
685:12; 687:5, 8, 20
intention 681:17
interesting 668:6;
670:13
interests 798:3
international 682:5;
728:8; 763:21; 764:2;
767:10, 14; 770:6
internet 666:16
interpreter 676:9; 677:9;
690:12; 785:9, 14; 789:1
interrupting 778:17
interview 667:19, 25;
668:1; 678:12; 692:1, 7;
797:20, 22; 798:7
interviewed 669:22;
680:22; 681:3
interviewer 798:1
interviewing 667:11, 14,
17, 22
into 669:25; 674:3;
694:13, 15, 15; 713:10;
724:25; 740:9; 760:1;
765:3, 14; 786:16; 788:13,
19; 797:5; 801:4
invariably 803:9
investigate 735:15
investigation 732:2, 17;
734:8; 743:24; 772:1;
775:24; 794:18; 798:5
investigations 744:8
investigator 685:23
involved 688:12; 695:10;
703:16; 714:12, 14

iron 803:24
ironing 718:5
Islam 676:17
Israeli 696:1
issued 768:16, 17, 25;
769:8, 10, 11; 792:13, 15,
19
issues 676:15; 792:2
Item 718:11, 24; 719:19;
732:9; 750:14, 25; 794:22;
795:2
items 717:25; 718:6, 13,
15, 17; 723:17, 20; 741:20;
742:5; 772:8, 11, 11, 12,
12; 776:19; 803:17
ITG 727:10

# J

J 794:17; 797:14
J-A-R-R-Y 757:7
Jackson 775:16, 18;
780:14
Jaffar 697:10
jail 700:5
Jamaica 728:9
jammed 695:21
January 709:4; 717:14;
720:15; 740:23; 741:3, 13;
771:24; 772:13; 773:8;
785:21; 786:8; 789:19;
790:2, 4; 791:7
Jarring 787:13, 19
Jarry 741:14, 14; 757:5, 6
Javier 784:7
jeopardized 673:19
JFK 770:7, 9, 12, 14
jihad 688:6, 12; 704:6, 7;
708:5; 714:1, 8
Jo 797:14
job 705:17; 706:16, 16, 17
John 767:9, 13; 770:6
joking 669:15, 17
Jolle 786:10
Joseph 797:16, 23
journalist 666:19
JP 784:11, 12, 15
Judge 666:11; 674:3;
676:7; 679:6; 689:17, 21;
693:23; 694:1; 700:9;
705:19, 20; 710:11;
711:15, 17, 20, 20; 712:25;
713:6; 717:22; 804:17
Judge's 712:1
judgment 796:14
July 666:14; 669:25;
675:4; 782:7; 798:14, 15;
799:5; 802:10; 804:21
jumped 670:14
June 680:3, 11; 681:13;
698:8; 731:6; 798:13
juries 803:7
juror 666:5; 668:23, 24;

669:14, 20, 24; 670:4, 6, 9, 10, 12, 16, 19, 21, 24; 671:2, 4, 8, 12, 17, 20, 25; 672:2, 5, 8, 10, 14, 18; 673:4, 5, 9, 22, 24; 674:7; 675:3, 23

jurors 666:5, 23; 668:1; 669:5, 6; 671:16, 23; 672:13; 673:14, 18; 674:5; 675:6; 793:19; 795:22

jury 666:1, 7; 673:23; 674:3, 4; 675:1; 699:25; 702:9; 703:2, 4; 718:24; 719:6; 726:15; 733:21; 734:19, 24; 735:6; 736:19, 22, 25; 739:3; 744:5; 748:22; 750:22, 25; 751:12; 758:7, 10, 15; 759:8, 18; 760:21; 761:13, 23; 762:20; 764:12; 765:5; 770:16; 772:21; 777:10; 780:19; 781:3; 782:12; 783:1; 788:5; 793:6, 24; 794:1; 795:12, 17, 18; 797:1; 798:11, 13, 15; 800:12; 801:13; 802:1; 803:3, 4

justified 678:6, 10, 16

# K

K.A 784:21
Keenan 666:11
keep 746:19, 21
keeping 765:25
Kennedy 767:9, 14; 770:6
kept 803:22
Kevin 783:15
Khalden 707:1
kidnapping 695:25, 25
Kihalouche 731:7, 13, 16
killed 696:8
kind 670:21; 673:13; 677:24; 719:24; 746:10; 751:6; 758:15; 803:20
kinds 744:5, 12, 19, 25; 776:6
Kingston 773:14; 775:7, 7, 9, 10, 10
Kirkland 794:17
knew 692:22; 693:18; 698:3, 3; 708:19; 711:5; 714:7
knowledge 793:3; 797:18
knowledgeable 703:23; 715:12; 724:11; 725:3; 726:18; 730:25; 731:9; 749:2, 13; 751:24; 752:9; 755:3; 768:6, 19; 783:11; 784:10; 791:24
known 707:12; 726:25
knows 708:4; 770:16
Kong 769:10

# L

L 797:16
l'Assurance 791:25; 792:1
L-A-V-A-L 788:14
La 737:3; 784:1
lab 776:10, 22; 777:20; 778:20
laboratory 776:3, 4; 778:2, 3; 794:19, 22; 795:2
ladies 798:11
lady 675:13
language 706:8
Lassouani 728:24
last 694:20, 22, 23; 697:8; 702:1; 717:11; 740:5; 743:18; 745:9; 754:1, 17; 756:17; 761:5; 771:8; 778:22; 779:7; 780:1; 793:10
later 678:23; 679:4; 681:3; 685:13; 692:2; 699:23; 748:23; 767:11, 18; 786:21; 791:6
Lau 769:9
Laurent 735:13; 737:2; 747:23; 748:5; 754:14; 755:5
Laurentienne 719:21; 725:4, 8, 10
Lauzon 768:16
Laval 772:5; 773:7; 785:1; 786:23; 788:14, 21, 21, 23; 789:11; 790:10; 792:14
law 676:24; 677:12, 18; 678:13; 686:2, 9; 688:5; 700:16; 798:17; 799:20, 21
lawyers 676:21; 685:22; 699:7, 10, 13; 701:5; 712:5; 798:16; 803:13, 15
LAX 708:18
leader 708:24
leading 705:21
learn 695:3
learned 675:9; 696:21
least 727:19; 728:22; 731:6; 803:14
leave 694:14, 19
leaves 672:18; 781:3
Lebanon 696:6, 11, 13, 16
left 692:13; 693:3, 6, 9; 694:12; 709:3, 6, 12; 713:21; 760:19; 761:25; 804:14
left-hand 719:5; 734:18; 746:11, 23; 747:12; 748:7; 749:25; 753:3, 9, 24; 754:18; 756:5, 17, 22; 758:17
legal 782:5

lengthy 726:16
Leonard 731:8
less 720:24; 722:6, 9, 14; 738:9
letter 782:7
letters 734:24; 735:6; 756:2, 13, 25
letting 804:9
Leung 769:9
level 787:1, 2
Liberto 725:18
Liberty 772:22
license 678:19, 23; 679:1, 5; 680:15; 686:23, 24; 687:6, 9, 12; 689:8; 708:8; 792:5, 13, 15, 17; 794:20, 21, 25
licenses 792:2, 4, 19
lle 674:12; 688:5; 712:16
lied 674:10; 687:24; 688:1; 713:5
lles 688:2
life 673:17; 712:21; 714:8
lighten 800:18
likelihood 799:23, 25
line 666:17; 734:22, 23; 735:5; 756:13, 25; 757:3; 759:10; 765:6, 8, 14, 17, 18; 774:3; 787:1
lines 755:21; 765:3, 3
list 718:7; 739:13; 774:2; 783:23
listed 733:23; 735:2; 739:12, 14; 746:10; 748:3; 751:17; 756:13; 774:24
Listen 686:5, 8; 713:23
listened 698:23; 699:8; 701:13
lists 735:8
little 671:9; 707:17; 734:22; 738:9; 740:8; 744:1; 786:21; 790:24; 794:4; 804:3
lived 711:5, 6
Livernoche 770:24, 25
lives 673:11
Living 727:14
loan 685:11
located 734:25; 735:7, 10; 737:2, 6; 757:1, 4; 786:16; 788:23; 789:12
location 718:16; 735:12, 13, 22, 23, 23; 737:22; 738:8; 741:15; 756:14; 772:3, 4
locations 735:25; 736:25; 738:10
long 702:1; 732:3; 738:7; 740:21; 743:25; 771:7; 785:19; 799:21
longer 788:4; 799:19
look 690:9; 718:23; 719:5; 734:16, 23; 735:5, 17; 744:19; 745:3, 6, 15; 746:9; 748:10; 750:3;

753:8; 754:8, 20; 756:8; 759:13; 760:18; 763:7; 772:21; 773:22; 774:2, 12, 23; 776:10, 17; 777:6; 794:1
looked 666:15; 669:16; 670:2, 2; 671:9; 699:12; 701:1, 8; 760:4; 761:14; 764:3; 787:25
looking 699:15; 723:11, 13; 747:1, 11, 14; 748:6; 755:18; 756:12, 21; 787:8, 8, 20; 788:1, 4
looks 750:24; 751:6
Los 680:8; 681:20, 23; 682:5, 7, 9; 698:21; 699:25; 701:20; 702:4, 9; 711:17, 21
lost 800:23
lot 668:8; 685:18; 707:18; 722:14, 19; 730:15; 741:22; 742:10; 799:7, 19; 800:2
loud 758:24
Louvols 731:8
lowest 712:4, 6, 9
LTEE/Ltd 724:25
lunch 738:19, 25; 739:9; 799:14; 800:11, 13
lying 674:11; 794:7

# M

M 752:2, 8; 769:19
M-O-K-H-T-A-R 751:2; 753:22
machine 719:1, 2
magnetic 773:6; 777:4, 12
mailbox 727:14
main 799:11
maintained 715:20; 724:16; 725:10; 726:20; 731:2, 12; 749:6, 18; 752:3, 14; 755:10; 770:2; 783:16; 784:14
maintains 768:9, 23; 792:3
makes 713:4; 796:5
making 673:17
man 714:19
manager 769:21, 23
Manhattan 770:17, 21
manner 798:20; 800:16; 801:5
manual 783:3, 6
manually 759:23, 24; 760:3, 10
manufacture 686:17
many 671:23; 679:25; 686:17; 696:13; 720:5; 723:6, 10; 739:12; 745:6; 764:9; 777:2, 17; 800:3
map 681:20, 23; 682:2; 735:22, 24; 736:11, 11

maps 770:1, 4
March 727:19; 728:22; 752:17
Marchand 773:18; 774:1, 22
Marcoux 717:1, 2; 718:9, 9
marine 696:6, 12, 13, 16
Marlo 792:20; 794:21
marked 715:5; 717:25; 724:4; 726:14; 732:9, 18; 733:9, 18; 736:7; 737:11; 745:16; 748:18; 750:16, 25; 754:23; 757:10; 763:3; 767:17; 772:8; 776:18; 778:14; 779:10; 783:18; 791:16; 794:22; 795:2, 3; 797:4
marker 750:19
markings 742:10
Marseille 717:18; 720:16; 723:6; 728:24; 747:10; 755:23
Mary 797:14
Massachusetts 727:21
Mastercard 715:18
material 700:22; 773:9
materials 709:21
matter 690:23; 720:21; 735:15; 782:5; 793:20
matters 706:22; 707:10
Maurizio 792:16, 17; 795:1
Maverick 728:4
may 676:6, 20; 677:3, 4, 11, 18; 678:12; 679:6, 7, 16, 19, 24; 680:2, 11, 23; 681:3, 13; 685:20; 686:3, 10; 687:15, 18; 689:17; 690:7, 8; 693:19, 23, 24; 694:5; 700:9; 703:6; 710:5; 715:9; 717:23, 24; 724:3, 8; 732:7, 8; 733:11; 734:14, 15; 736:19, 20, 21, 23; 739:4, 10; 741:24, 25; 745:13, 14; 746:12; 748:24; 751:22; 754:25; 755:1; 757:8, 9; 758:2, 5; 761:2; 764:20, 22; 767:3, 20; 768:1, 3; 772:6, 7; 777:19; 778:8; 782:13; 783:2; 791:18; 793:8; 795:13; 797:9
Maybe 698:13; 738:9; 762:16
MCI 728:17
meal 666:18
mean 687:16; 689:4; 692:21; 699:21; 705:11; 706:19; 712:6; 714:9; 719:17; 770:20; 778:12; 801:7, 8
means 675:12; 713:11; 776:6
meant 692:16; 711:4
meeting 676:20; 685:21, 25; 693:12; 705:24;

706:10; 710:17, 19;
798:16
meetings 680:6, 11;
681:13
member 717:8; 797:20,
21
memory 677:24
men 695:24; 696:5, 25
mentally 800:3
mention 680:11; 681:14;
791:5
mentioned 668:4;
683:25; 697:16; 718:11;
772:14; 788:21; 789:19
merchants 784:1, 5;
785:1
Meskini 697:13; 701:14;
702:3, 14; 707:1, 3;
758:20; 759:4; 760:19;
761:11; 762:2, 15; 763:1,
20; 764:6
Meskini's 759:2
met 667:5; 679:16, 20, 23,
24, 25; 680:2; 693:7, 8, 9;
771:19
metro 704:17; 786:25;
788:9; 789:25; 790:4
Microcell 729:7
microphone 740:9
middle 690:14; 774:3
might 667:24; 698:5, 6;
699:22; 711:6; 713:24;
726:9; 739:8; 780:18;
798:3
Mihai 768:17
miles 789:8
military 696:8, 14; 698:1
minute 758:21; 788:25
minutes 666:18; 668:21;
804:14
missed 694:19
missing 729:25
mistake 796:20
mistakes 695:4
mixing 708:17
Mobility 729:12
Mohamed 697:10;
703:11, 13; 767:12
Mokhtar 677:1, 14;
678:14, 19, 20; 679:1;
680:7, 12, 14, 18, 24, 25;
681:5, 15; 685:7; 686:4;
687:19; 688:23; 689:3;
690:19, 20, 23, 25; 691:3;
693:20; 694:6, 13, 21;
697:11, 12; 700:2; 703:14;
704:12; 705:4, 7, 11;
706:15, 17; 707:6, 9;
708:4; 714:7, 19, 22;
735:14; 746:12; 747:7, 21;
748:15; 749:5, 10, 17, 23;
750:10; 751:2, 10, 13;
752:2, 8, 13, 18; 753:12,
22; 754:11; 755:8, 20;
758:19; 762:1, 14, 25;
785:25; 791:7; 797:13, 19

moment 672:17; 679:6;
689:17; 690:1; 691:5;
700:9
Monday 798:14; 800:25,
25; 802:24
money 682:12; 683:4, 15,
16, 24; 684:15; 685:2, 7,
16, 18; 686:3, 5, 6, 10;
691:5, 6, 8, 14, 14; 692:2,
3, 4, 8, 10, 11, 12; 708:24;
709:5, 8, 9, 16, 17, 23, 24,
25, 25; 710:17, 20, 21
Monique 785:8, 11
month 702:2; 763:9, 11,
14; 772:25
monthly 762:22
months 763:4, 7; 799:8
Montreal 689:2; 693:3, 6;
694:13; 717:10, 18, 22;
724:1; 728:25; 734:2, 9;
735:8, 11, 15; 740:16, 20;
741:14; 747:10, 23; 748:5;
755:5; 756:15; 757:5;
771:13, 16; 772:1; 784:1;
785:1, 18; 786:2; 788:22,
23; 789:2, 10, 23; 790:5,
12, 14, 15, 20, 25, 25;
791:7; 793:4; 797:22
more 674:6; 693:8;
715:12; 720:24; 724:11;
725:3; 726:18; 730:17, 25;
783:4; 785:20; 800:20;
803:11
Morgan 784:11, 12, 15
morning 669:21; 702:24;
793:18; 800:5, 11, 13, 19,
19; 801:12; 802:10
mosques 706:9
most 675:15; 686:21;
760:7
motion 788:2; 796:5, 10,
17; 802:3, 5
motor 792:2
Moual 767:12
Mounir 724:16, 25;
725:9, 18
mountain 803:17
Mounted 717:8; 740:15;
771:6, 23; 776:22; 785:18;
790:16; 797:20
mouth 668:7
move 758:4; 769:14;
787:23; 796:21
movement 668:6, 9;
714:1
moving 796:14
Mubarak 695:18, 21
much 674:6; 683:16;
685:2; 707:17; 709:5;
720:19; 723:15, 25;
738:17; 743:10; 765:25;
775:14; 782:15; 793:22;
799:18; 800:2, 20; 804:12,
20
myself 666:18; 760:10;
773:7

# N

name 666:3, 25, 25;
667:1; 712:1; 715:16, 19;
718:8; 724:15; 725:9;
727:20; 728:24; 731:7;
734:24; 740:4, 5, 5, 6;
742:11; 743:3, 6, 18, 19;
748:15, 16; 749:5, 17;
750:10, 11; 751:2; 752:2,
13; 753:11, 13; 755:19;
757:1; 771:20; 773:17, 18,
25; 774:15, 16, 17, 22;
775:7; 779:13, 14, 16, 16,
20, 21, 24, 25; 783:15;
784:7; 792:13, 16, 17;
794:20; 795:1
named 682:15
nameless 682:24
names 710:24; 742:13;
747:21; 792:20
national 717:10; 771:25
Natural 767:9
nature 708:21
NCON/Harvey's 757:2
near 741:14; 783:4;
800:9, 22; 804:13, 15, 17,
18
need 682:4; 697:2; 709:9;
736:23; 738:23; 775:17;
776:19; 793:25; 795:3
need-to-know 697:4
needed 686:20; 709:10
neither 708:22
New 666:14, 21; 728:9;
732:6; 770:6, 13, 15, 17;
773:14; 774:8; 775:3, 9,
10; 797:15; 802:14, 16
news 791:4
newspaper 786:20
next 674:16; 675:24;
691:15; 694:15; 715:3;
716:7; 721:5; 722:24;
746:18; 747:24; 750:14;
751:4, 17; 753:2, 6; 754:1;
755:21; 756:2; 760:20;
766:2; 767:1; 773:3, 12,
19; 774:9; 775:5, 6, 16;
781:5; 782:17; 784:8;
792:21; 796:23; 800:14;
801:15
next-to-last 751:7;
753:24
NI 734:24; 756:25
NI-Koi 755:3, 4, 10
nice 758:24; 801:11;
804:19
Nicolescu 768:18
night 673:16
nobody 798:21, 25;
800:15
Nokia 733:3; 742:6
Nord-Sud 737:4, 20;
747:20; 748:5; 753:14;
755:9

normally 722:9; 790:20;
801:9
north 788:23
Nos 715:15
notes 723:18; 763:24;
777:18, 20; 778:19
noticed 760:24
November 682:20;
685:9; 686:24; 687:2, 2;
689:1; 709:6, 8, 9, 17;
719:7, 23; 724:23; 725:16,
19; 726:11, 12; 763:12;
773:1, 16; 775:1, 6; 784:25
nullified 712:18
number 667:17, 19;
684:22; 696:10, 10; 718:8;
719:12; 722:16; 724:15;
725:8; 727:5, 8, 11, 14, 15,
17; 728:2, 5, 7, 8, 20, 23;
729:12, 15, 18, 21; 730:1;
731:2, 6; 732:21; 733:2, 5,
7, 8, 10, 16, 18, 22; 734:4,
11, 13, 19; 742:11; 743:3,
7; 746:23; 747:3, 5, 12, 16,
19; 748:1, 7, 12; 749:11,
23, 25; 750:6; 751:12, 17;
752:8, 19; 753:3, 15, 18,
24; 754:5, 17; 756:6, 10,
10, 17, 23; 758:17; 759:9,
12; 760:5, 5, 12, 13; 761:1,
2, 4; 762:10, 11; 763:9, 11,
14; 768:10, 16, 17; 769:1,
3, 8, 9, 11; 773:23; 774:3,
5, 7, 12, 13, 14; 778:1, 3, 4,
15; 779:10, 11, 13, 14, 15,
19, 21, 24, 25; 783:14;
784:6, 8, 13, 21; 786:10;
792:16
numbers 667:12; 670:23;
718:7, 11, 11, 12; 727:1,
19, 24; 728:12, 17; 729:4,
8; 730:8; 739:13; 742:13,
21; 743:2, 6; 744:23;
745:3, 4, 7, 8; 746:12;
758:18, 20; 759:2, 2, 6, 8,
11, 15, 22; 760:2, 2, 6, 10,
11, 14; 761:25; 762:1, 3, 3,
6, 23, 24, 25; 764:2, 7, 10;
778:5; 779:3, 6; 803:10
numbness 763:2

# O

o'clock 798:24; 801:12
O.K 743:1; 753:10;
794:11; 796:19
oath 666:9; 683:12;
684:10
object 705:19; 710:11,
13; 787:23
objecting 705:21
objection 710:14;
711:11, 12; 716:3; 718:20;
720:18, 20; 726:1; 730:9,
20; 736:4, 16; 737:25;
739:21; 742:16; 746:5;
752:23; 755:15; 757:19,
22; 767:23; 769:15;

772:18; 782:3; 785:5;
795:7
objectionable 722:15
objections 797:7
observe 786:7, 18
observed 720:11
obtain 679:3, 4; 732:23;
733:2
obtained 717:20; 733:1,
3; 784:4
obviously 784:8
occasions 720:5, 10
occur 801:4
occurred 704:15;
713:25; 745:11
October 709:6, 16;
728:23; 752:7; 763:8, 8;
774:6
odd 666:24
off 669:10; 674:14, 15;
686:14; 689:23; 738:24;
761:20; 782:1; 787:13;
793:16
offenses 796:16
offer 724:3; 730:17;
736:2, 15; 737:24; 739:16;
742:14; 746:3; 748:17;
754:22; 757:17; 780:16;
783:6; 797:5
offered 706:4; 739:17
offers 715:5; 716:2;
718:18; 725:25; 726:14;
730:8; 752:21; 755:13;
767:22; 772:16; 785:4;
791:15; 795:6
office 731:14, 15; 732:5,
6; 741:19; 768:6, 8, 11, 12;
769:3, 4; 792:8, 9; 797:22
officer 720:23
officers 741:6, 8; 788:15
official 777:20
officials 678:13; 700:17
OK 779:1
old 802:18
OLLEN 672:21, 23;
673:2; 674:11; 676:6, 7,
11; 677:3, 5; 679:6;
687:17; 689:17, 21, 25;
690:7, 9, 14, 16; 692:16,
23; 693:1, 23, 25; 700:9;
702:18; 703:10; 704:25;
705:9, 19; 707:14; 708:11,
23; 709:22; 710:11;
711:11; 712:25; 713:3;
714:23; 716:3; 718:20;
720:18; 721:3; 723:24;
726:1; 730:9, 20; 736:4,
16; 737:25; 738:16;
739:18, 22; 742:16; 743:9;
746:5; 752:23; 755:15;
757:19, 20, 21, 23; 758:4;
765:23; 767:23; 769:15;
772:18; 775:13; 780:13;
782:4, 6, 7; 785:5; 787:23;
789:1, 3, 5, 16, 18; 791:10;
793:13; 795:3, 7; 796:2, 5,
13, 19; 797:2, 3, 11, 14;

**Trial**

**July 6, 2001**

798:10; 799:13; 802:2, 4; 803:15; 804:4, 8, 15, 17

**Ollen's** 703:22; 790:23

**Olympics** 696:1

**once** 680:10; 681:12; 741:2; 803:8

**one** 666:4, 5, 17, 22; 670:18; 673:22; 675:15; 679:3, 4, 6; 680:5; 681:17, 18; 682:1; 683:21; 688:2; 689:15; 690:4; 693:7; 695:10; 696:21; 697:16; 700:9, 16, 21; 702:2; 711:1; 715:12; 721:4; 722:20; 724:11; 725:3; 726:8, 16, 18; 728:2; 730:17, 25; 734:22; 738:7; 739:11, 12, 13; 760:5; 777:5; 779:3; 783:4; 787:1; 793:19; 796:19; 802:11; 803:13, 14

**ones** 680:1

**only** 673:21; 679:5; 680:14; 681:18; 682:1, 5; 696:25; 697:2; 705:19; 718:15; 722:8, 13; 723:15; 792:15; 795:15; 796:8, 9, 19; 800:4; 801:9; 804:14

**open** 666:1; 675:1; 689:24; 703:4; 723:1; 739:3; 776:20; 783:1; 797:1; 802:1

**operation** 682:19; 683:21; 688:20; 691:1; 696:17, 25; 697:5, 14, 18, 21; 698:1, 4, 12, 14, 16; 705:7, 16; 707:3, 16; 709:10

**operations** 695:1, 3

**opinion** 678:9; 722:14

**opinions** 677:16

**opportunity** 698:18; 772:10

**opposed** 708:8

**Orange** 770:19, 22

**order** 673:11; 686:13; 733:2; 800:13

**ordered** 666:18

**original** 795:15

**other's** 713:19

**others** 680:23; 681:4; 693:19; 699:20; 739:17; 759:24; 780:4

**Ouassila** 728:24

**ought** 780:20

**out** 674:2; 675:3; 682:7; 684:25; 697:4; 698:15, 15, 15; 717:16, 19, 21; 722:13, 16; 736:21; 741:15, 16; 763:4; 772:2; 773:22; 777:14, 21; 778:15; 780:2; 786:9, 13, 15; 788:19; 791:3; 800:4; 803:24; 804:10

**outcome** 712:13

**outgoing** 765:13

**outside** 672:17; 674:6;

**over** 670:3, 10; 673:18; 676:1, 3; 677:24; 696:8; 701:8; 707:24; 744:1; 745:11; 758:18; 762:22; 763:4; 776:23; 794:5; 796:2; 798:17; 802:25

**overlay** 795:22

**overrule** 710:14

**overruled** 711:12

**own** 703:25; 778:3; 787:15

**owns** 755:5

## P

**P-O-R-T-U-G-U-A-I-S** 735:4

**P-O-T-V-I-N** 740:7

**p.m** 739:2; 786:22; 788:11

**package** 732:14; 773:10; 776:18

**packaging** 773:9

**PAG** 756:3

**page** 674:16; 690:14; 691:15; 710:8; 716:7; 721:5; 722:24; 733:4; 734:19; 750:19; 751:1, 7, 8; 766:2; 773:22; 774:2, 3, 12, 23, 24; 781:5; 782:17; 791:4; 792:21; 796:23; 801:15

**pager** 727:15; 728:5; 729:18; 753:18; 754:5, 9, 10

**pages** 758:13

**pair** 798:22

**Pakistan** 728:8; 763:21; 764:2, 10

**Palmier** 737:3

**panel** 761:5

**paper** 722:4, 5, 7, 8, 13; 723:7

**papers** 720:11, 13, 16, 24

**Papineau** 793:4

**paragraph** 726:9; 748:25; 749:12; 751:23; 752:9; 755:7; 784:8, 9

**paragraphs** 748:22, 23; 751:20

**parcelled** 763:4

**Pardon** 684:2

**part** 677:6, 8, 10; 694:2, 25; 715:20; 724:17; 725:10; 726:20; 731:3; 732:16; 734:7; 749:7, 18; 750:24; 752:3, 14; 755:11; 769:25; 770:2; 783:16; 784:15; 788:3; 794:12; 795:21; 798:16

**participated** 720:7

**particular** 719:15

**parties** 767:5

**pass** 780:18, 20, 22; 793:24; 795:12

**passage** 690:10; 694:1

**passed** 795:23

**passing** 780:21

**passport** 678:19, 24; 679:2, 10, 11, 13; 680:12; 708:7; 767:13, 16; 768:6, 8, 16, 17

**passports** 768:9

**past** 695:1, 3, 4, 4, 7; 704:8, 15; 708:10

**path** 770:1

**Pause** 679:8; 690:15; 700:11; 730:2; 764:23; 780:24; 789:4

**pay** 734:9, 12; 735:6, 10, 23, 25; 737:1, 5, 6, 8, 20; 738:4, 10; 756:10; 761:3; 765:14, 15, 18

**pending** 778:23

**people** 666:4; 676:24; 683:24; 685:25; 686:2, 9; 697:13, 16

**people's** 720:10

**perform** 732:17

**Perhaps** 701:16; 780:18; 796:7

**period** 699:20; 700:24; 745:7; 759:15, 22; 762:22

**permission** 748:21; 758:5; 795:11

**permit** 707:21, 22

**person** 675:8, 14; 677:24; 682:23; 705:10, 12; 707:6; 714:1; 765:14

**person's** 753:11

**personal** 720:11, 13, 16

**personnel** 696:8, 14

**pertaining** 770:2

**Phillips** 675:23

**phone** 667:12, 17, 19; 670:23; 699:16, 19, 22; 713:17; 714:16; 732:14, 15, 17, 21, 22; 733:2, 3, 4, 5, 7, 9, 18; 734:12; 735:10, 23, 25; 737:1, 5, 6, 8, 20; 738:4, 11; 742:12, 21; 743:7; 745:11; 750:24; 756:11; 761:3; 765:6, 11, 12, 14, 15, 15, 16, 18; 787:3, 15, 15, 16, 16; 800:25

**photocopy** 794:7, 25; 795:1

**photograph** 679:14; 736:11

**photographs** 737:11, 13, 15, 16, 18, 19, 22; 738:3

**picked** 666:16; 801:9

**piece** 700:22; 779:3; 796:19

**piecemeal** 803:9, 10

**pieces** 718:4; 722:5, 7, 8, 13; 723:7, 10

**pizza** 694:13, 16

**place** 666:16; 676:3; 693:12; 694:13, 16; 700:18, 21; 718:6; 797:22; 799:7

**placed** 761:18

**plane** 694:19

**planned** 697:13

**planning** 697:25; 698:12, 14; 707:15

**plastic** 773:23; 777:4; 795:22

**play** 666:15; 676:3

**plays** 667:9

**pleaded** 701:23

**pleading** 702:6

**please** 666:7; 672:19; 686:8; 690:11; 692:19; 694:2; 713:23; 715:3; 734:16; 745:15; 746:9, 14; 747:24; 748:10; 750:3; 751:7, 12; 753:6, 8, 20; 754:4, 20; 757:6; 761:20; 771:21; 772:21; 773:22; 802:7, 24; 804:17

**pleasure** 672:20

**PLO** 695:25

**pocket** 692:8

**point** 673:21; 674:9; 689:18; 714:19; 722:18; 736:21

**pointer** 736:23, 24

**Police** 717:8; 740:15; 771:6, 23; 776:22; 785:18; 790:16; 797:20

**pool** 676:21

**portion** 694:4; 750:19; 794:20, 25

**portions** 725:23

**Portugals** 735:2

**pose** 779:2

**position** 744:2

**possession** 682:12

**possible** 692:3; 713:8

**possibly** 682:8; 760:17

**postal** 793:3

**potential** 798:4

**Potvin** 739:6; 740:1, 14

**practice** 715:22; 724:18; 725:11; 731:4; 749:8, 20; 752:5, 16; 755:12; 783:18; 784:16

**practices** 726:22; 769:24

**precharge** 802:9; 803:7, 13

**precisely** 679:18, 25; 680:4; 681:1, 7; 682:3; 685:18; 687:21; 688:8; 693:11; 694:11; 713:24

**prediction** 799:19; 800:10

**prepare** 680:19, 19; 681:6

**prepared** 745:20

**presence** 782:2

**present** 666:1; 675:1; 700:24; 703:4; 720:7; 739:3; 783:1; 797:1; 802:1

**presented** 767:12; 782:7

**presently** 771:12

**preserve** 696:22

**preserving** 696:24

**president** 695:11, 18

**pretty** 666:23, 24

**previously** 718:12; 739:17

**primarily** 782:8

**printed** 777:14

**prior** 687:1; 793:6

**prison** 700:7

**probably** 667:13; 675:9; 722:19; 765:9

**probation** 802:11

**problem** 693:2; 694:15

**procedures** 769:24

**proceed** 703:6; 739:4; 783:2

**proceedings** 699:1; 804:21

**process** 759:18

**produce** 679:13

**produced** 678:20; 679:1

**proffer** 721:2

**proffers** 711:10

**programmed** 777:8, 13; 780:11

**programming** 777:13

**project** 718:9

**promptness** 799:18

**pronunciation** 734:1; 779:17

**propose** 802:9

**prosecuted** 688:18

**prosecution** 688:16

**prosecutors** 687:25; 713:7

**protect** 688:15

**provide** 708:7; 759:25, 25; 775:4; 776:11

**provided** 692:4; 699:1, 4; 780:4

**provides** 726:10

**Province** 784:2

**provoke** 691:10

**public** 731:14; 768:10, 11, 12; 769:3, 3, 5; 786:19; 787:3, 15, 16; 792:7, 8, 9

**purchases** 688:19, 20, 24

**purchasing** 688:3

**purported** 724:24; 725:17

**purpose** 667:18; 705:25; 706:12; 711:8; 788:1

**purposes** 744:14; 778:9; 788:5

**pursuant** 717:19; 741:20; 796:13

Put 666:9, 11; 673:12, 16;
691:14; 692:24; 705:13;
710:21; 713:17; 714:16;
718:6, 8; 723:3; 735:9;
758:2; 761:20; 779:12;
790:24
Putnam 770:18, 21
Putting 720:5

## Q

Q-79B 794:22
Q164 779:6
Q178 779:7, 10
Q179 779:7, 19
Q181 779:7, 8, 23
QC-108 795:2
quality 692:22
Quantico 775:25; 776:1
quarter 799:4, 25; 800:1,
8
Quebec 728:25; 731:8;
734:2; 747:23; 755:6;
772:5; 784:3; 785:1;
791:25; 792:1, 2, 5, 13, 14,
15, 17, 19; 793:4; 794:20,
25
quicker 799:18
quickly 757:10
quite 666:20; 760:17;
799:21

## R

R-I-V-I-E-R-E-S 771:22
R-O-B-E-R-T 743:20
R.S.L 727:7
Rachid 705:14
rail 740:10
Ramada 773:13; 775:7
ran 694:12, 14; 760:10
range 745:11, 12
rank 717:12; 740:17;
771:9
rather 690:24
RCMP 717:9, 12, 13, 14;
720:6; 740:21; 771:7, 8;
785:19
reach 798:23
reaction 691:11
read 677:6; 690:10, 17;
692:15, 15, 19, 20, 24;
694:1, 4; 710:8, 12; 715:9;
719:12; 724:8; 726:5;
739:9; 747:16; 748:12, 21,
22; 750:7, 13, 25; 751:20;
754:6; 755:1; 756:10, 23;
767:2; 768:1; 774:4;
778:22, 24; 780:2, 18, 23;
782:11; 786:20; 791:18;
793:10; 797:9; 802:16
reader 777:12; 779:12
reading 677:9; 690:12;
724:9; 726:8; 730:23;

768:4; 769:18; 783:9;
793:5; 794:15
realistically 800:7
realize 667:7
really 671:21; 673:19;
801:7
reason 681:5; 688:2, 14;
693:20; 694:6; 799:5
reasonable 722:19
reasons 688:17; 711:1
reassemble 795:23
Rebaine 724:16, 25;
725:9, 18
rebuttal 799:14
recall 668:18; 672:12;
676:24, 25; 677:11, 13;
678:12, 14; 680:22;
687:15, 18; 693:19; 698:8;
703:10; 705:1; 707:16;
708:12; 709:22; 723:19;
734:11
receipt 719:5, 9, 25;
720:1; 772:22, 24; 773:13,
17
receipts 723:14; 741:23;
784:3
receive 708:24; 778:2
received 666:2; 680:14;
684:22; 699:19, 22; 715:7,
8; 716:4, 5; 718:21, 22;
724:6, 7; 726:2, 3, 6;
730:10, 13, 21, 22; 736:5,
6, 17, 18; 738:1, 2; 739:23,
24; 742:17, 18; 746:6, 7;
748:20; 752:24, 25; 755:1,
10, 16, 17; 757:24; 758:1;
767:20, 24, 25; 769:16, 17;
772:19, 20; 776:15, 21;
783:7, 8; 785:6, 7; 791:18,
20; 795:8, 9; 797:8, 10
recess 702:20, 22, 24;
703:3; 738:19, 25; 775:17;
780:22, 25; 782:16
recited 730:8
recognize 718:1, 3, 5;
732:10, 13; 735:18; 736:8;
737:12; 757:12; 776:19
recognized 667:5; 780:8
recollection 690:18, 20;
694:5; 710:16; 778:13
recommendation 801:6
record 669:10; 674:14,
15; 689:23; 692:20;
719:12; 726:7; 734:18, 20;
735:1, 2, 7, 9; 738:24;
740:5; 743:19; 747:1, 2,
14, 15, 24, 25; 748:10, 12;
754:5, 9; 756:23; 761:13;
765:8, 10; 778:9, 16, 18,
24; 782:1, 15; 788:4;
793:16; 796:4; 803:22
recordkeeping 769:24
records 715:14, 20, 24;
724:14, 16, 20, 22; 725:7,
9, 13, 15; 726:16, 19, 24;
727:4, 7, 10, 13, 17, 23;
728:1, 4, 7, 12, 16, 19, 22;

729:3, 7, 11, 14, 17, 20;
730:4; 731:2, 5, 12, 13, 15;
733:14, 16, 21; 734:3, 5;
739:12; 744:12, 15, 17, 20,
21; 745:23; 746:15, 21;
750:3, 6; 759:21; 760:5, 9,
23; 763:20, 25; 764:24, 25;
765:2, 2, 6, 6, 17; 768:9,
10, 10, 13, 15, 23; 769:3,
3, 5, 7; 770:1, 4, 10;
783:13, 15, 18, 20, 21;
784:12, 14, 17, 17, 20, 23;
792:3, 7, 7, 10, 12
recross 712:24
RECROSS-
EXAMINATION 713:2
redaction 802:17
redirect 702:20; 703:8;
791:11
reenters 673:5
refer 744:4; 777:18;
778:7
reference 668:10;
777:25
referred 707:14; 778:18;
793:7, 12, 13; 794:21;
795:1
referring 669:18; 704:14;
745:10; 778:12
reflect 763:24; 796:4
refresh 690:18, 19;
694:5; 710:16; 778:13
regard 698:4; 782:10
regarding 706:6; 711:7;
727:17; 728:7; 731:2, 13;
732:17; 734:8; 735:10;
775:4; 783:14; 784:13
registrations 792:3, 4
regular 715:22; 724:18;
725:11; 726:22; 731:4;
749:8, 20; 752:5, 16;
755:12; 765:15; 769:25;
783:17; 784:16
regularly 724:17, 20;
725:10, 13; 726:20; 730:4;
731:3; 770:3; 783:16, 21;
784:15, 18
regularly-conducted
715:21, 24; 749:7, 19;
752:4, 15; 755:11
related 802:18
relates 780:17
relating 682:11; 688:20;
700:18; 724:15; 725:8;
754:5; 768:9, 23; 770:5;
792:3; 797:25
relation 735:13; 788:21
relationship 680:7;
703:13; 737:21
relative 735:22, 23, 25;
737:19, 21
relatives 711:6
relevance 720:18
relevant 720:22, 24;
721:2; 744:7, 9
reluctant 708:2

remain 682:24
remaining 780:5
remember 668:5, 19;
672:13; 676:20; 677:2, 15,
17, 17, 20, 22; 678:1, 6;
679:18, 25; 680:4, 19;
683:2, 3, 9, 15, 17, 19;
684:7, 8; 685:20, 25;
686:2; 689:15, 15; 690:4,
4, 5, 6, 24; 691:2; 692:1;
693:5, 8, 11, 11, 21, 22;
694:10, 10, 22; 695:23;
696:1, 10, 15; 698:11;
710:2, 12; 711:13; 713:15,
23, 24; 723:18
renew 802:2
rent 755:9
renting 709:19
repay 685:12
repeat 692:10; 800:20
repetition 796:7
rephrase 722:22
report 776:11; 777:20;
778:7, 20; 798:3
reporter 666:3; 669:22;
670:3; 672:4, 7; 674:10;
689:19; 735:3; 738:23;
757:6; 771:21
reporters 782:14
reports 768:13; 769:6;
792:10
representation 720:20,
23
represents 706:20
request 802:13, 14
requested 678:22, 23
require 802:21
Research 744:3
reserve 804:9
reserved 804:12
residence 720:7; 722:3,
10; 789:13
residences 720:11, 17
respect 711:14; 712:4;
742:20; 796:17; 802:6
response 703:22
responsible 704:18
Ressam 671:9; 676:8,
12; 677:6, 11; 678:18;
679:16; 680:5, 10; 681:8,
12; 682:11; 686:8; 687:11,
16, 18, 23; 688:19; 690:1;
693:3, 20; 698:17; 701:12;
703:5, 10; 713:4; 797:25
Ressam's 790:18; 791:4
restaurant 666:5;
669:24, 25; 786:16, 18;
789:20, 23
rests 795:25; 798:10
result 712:19; 715:23;
724:19; 725:12; 729:22;
783:20; 784:17; 798:5
resulted 696:13
resulting 769:1
results 745:22; 746:1

resume 738:20; 763:18
resumed 666:1; 676:8;
703:5
return 679:15
returned 689:2
review 701:3, 4; 724:22;
725:15; 727:16; 728:6, 21;
731:4, 15; 749:9, 21;
752:6, 17; 763:25; 768:15;
769:7; 770:10; 792:12
reviewed 700:22, 25;
764:24; 765:2; 770:4;
782:12; 784:12
right 669:19; 676:4;
684:4, 6, 25; 685:5; 689:9;
690:14; 693:5; 695:8;
696:22; 701:21, 24;
702:15, 19; 710:10;
712:24; 713:1; 715:1, 7;
718:8, 9; 734:23; 743:10;
748:20; 751:8; 754:25;
761:11; 765:22, 24; 783:4;
786:12; 787:13; 790:12;
793:10, 15; 794:14;
795:24; 796:1; 797:2, 6;
798:9; 801:3; 802:20
right-hand 761:10
river 770:19, 20, 21;
789:10
Rivera 758:22; 796:1
Robert 743:14, 15, 20;
794:17
Robin 685:22; 797:16
robing 669:8, 10, 20;
672:18; 673:5
Rocha 715:19
Rockland 770:19, 22
Rogers 729:15, 17
Roig 680:15; 689:8;
792:20; 794:21
role 697:3
room 669:9, 10, 20;
672:18; 673:5, 23; 674:3;
691:11; 773:13; 800:12
rooms 709:20
roughly 737:20
Route 773:13
Royal 717:8; 740:15;
771:6, 23; 776:21; 785:18;
790:16; 797:20
rue 717:18; 720:15;
723:6; 728:24; 731:8;
734:1; 747:10; 755:23;
792:14
Rule 715:25; 724:20;
725:13; 730:5; 768:13;
769:6; 783:22; 784:18;
792:10; 796:5, 13; 802:2
Rules 715:25; 720:22;
724:21; 725:14; 730:5;
768:13; 769:6; 783:22;
784:19; 792:10
run 694:15; 759:12;
760:1, 11
running 759:8; 761:25
Ryan 666:2; 668:20, 23,

25; 669:3, 11, 14; 672:19;
674:1, 2; 675:21; 800:13,
25; 802:7; 803:15, 22

# S

S-A-I-D 779:18
S-I-M-O-N 733:23
S-O-L-D-E 719:15
SAAQ 792:2, 7
Sabah 731:7, 13, 16
sad 670:22
Sadat 695:11, 15
Safe 723:25
sake 801:6
Salle 784:2
same 678:12, 13; 692:1,
6; 738:11, 13; 742:12;
746:22; 748:1; 749:12;
758:13; 759:10; 762:6, 6,
17; 769:2; 775:4; 779:25;
780:1; 803:23
Samir 703:11, 13, 23;
704:5, 9; 707:13
sat 666:17; 699:7;
786:19; 789:22
satisfies 724:19; 725:12;
783:20
satisfy 715:24; 730:4;
768:12; 769:5; 784:17;
792:9
Saturday 700:13
save 700:4
saved 730:15
saves 730:18; 785:5
saw 666:4, 15; 671:17;
692:13; 720:14; 772:12;
786:9, 13; 788:19; 789:19,
22; 790:4, 7; 791:8
saying 671:12; 680:20;
684:11; 759:1; 804:5, 5
scale 735:24
Schramek 769:19
Scotia 719:4; 724:12, 14,
17
Scott 769:11
screen 794:6, 12
sealed 776:22
search 717:16, 17, 19,
19, 21, 21; 732:23; 733:1;
772:2, 4, 5
searched 718:6; 720:8,
14
searches 720:25
seat 666:7, 8; 667:3
seated 786:4
Seattle 676:20; 685:21;
711:18, 19, 20; 770:7, 8,
12, 14
second 688:5; 706:10;
742:20, 23; 747:12;
762:11; 773:22; 774:2, 12,
23, 24; 786:4
seconds 738:9

secrets 696:22, 24
section 717:10; 724:21;
725:14; 772:1
security 705:1; 717:10;
772:1; 797:21
seize 723:15
seized 718:13, 15;
723:10, 17, 20; 741:20;
742:9, 10; 772:12; 773:7
selected 798:13
send 705:3; 707:1; 803:3
sense 692:17
sent 776:10
sentence 711:23; 712:5,
20; 802:10
sentences 710:9
sentencing 711:15;
712:19
separately 674:4
separates 789:10, 10
September 681:23;
686:14
sequester 673:14;
798:21
sequestered 673:17;
799:1; 800:17
Serge 717:1, 2
series 703:10; 704:25;
708:23; 746:18
serious 673:8; 705:17;
800:19, 20
seriously 673:20
service 734:4; 767:9;
775:3; 797:21
SESSION 739:1
set 686:13; 724:13;
725:6; 727:3, 6, 9, 12, 25;
728:3, 18; 729:10, 16, 19;
745:25; 783:13; 799:6
sets 726:23; 727:22;
728:10, 15; 729:2, 13;
739:12; 760:9; 782:8
setting 731:14; 768:11;
769:4; 792:8
several 697:11; 707:14;
709:18; 760:7; 761:25;
774:4; 782:8; 787:14
shall 689:21; 731:17
shallow 676:2
shape 720:21; 798:20;
800:16; 801:5
share 685:13; 697:2
shirt 741:10, 11; 786:5
Shop 749:16
short 767:2; 799:16
show 673:16; 736:19, 25;
737:18, 19; 745:22;
750:23; 757:10; 762:13,
17; 765:6, 16; 784:5, 20,
23; 793:6; 794:12
showed 761:17; 780:9
showing 735:22; 736:7;
794:13
shown 719:6; 739:18;
751:9; 753:9; 754:17;

757:20; 758:11, 16;
760:14; 761:23; 762:20;
763:5; 792:18
shows 774:13
shteah 706:16, 18, 19
side 758:17; 761:25;
770:18, 20, 22; 777:5;
799:24
sidebar 689:19, 23;
722:1; 738:22, 24; 781:4;
782:1; 796:2, 3
sides 672:22, 25; 673:6;
782:9; 803:2, 23; 804:11
signalled 793:19
signature 718:8
signed 700:12; 717:22
significance 760:22
silencer 688:3
silly 803:20
similar 780:10
Simon 733:23
simply 673:14
single 680:5; 697:16;
700:16, 22; 763:9, 11, 14
sit 683:5; 734:11; 740:8
sitting 741:10
situation 800:19
situations 707:21
Six 764:11; 796:9
six-count 802:15
slept 696:14
slid 777:12
small 666:24; 771:12;
802:21
Societe 791:24; 792:1
socks 798:22
solde 719:11, 15
somebody 669:16;
674:11; 675:20; 682:15;
708:1; 760:2; 761:2; 801:4
somebody's 669:17
someone 670:22; 671:22;
675:3; 708:8
someone's 720:7
Sometimes 678:1;
744:11; 793:21
somewhat 708:2
somewhere 800:9
soon 701:16
Sorrells 731:20, 21
sorry 670:9; 673:9, 10;
687:17; 692:23; 693:1;
719:10; 745:1; 750:13;
754:3, 21; 758:12; 764:20
sort 761:4
Southern 770:12, 14, 16;
797:15
space 755:24
Spain 785:2
speak 668:8; 669:5, 6;
688:11; 706:7; 740:9;
758:24
speaks 714:17

special 732:6
Specialist 744:3
specific 744:21, 22;
759:21
specifically 693:12;
760:12, 18; 777:8
specimen 778:3, 4, 5
Spell 735:3; 740:4;
743:18; 757:6; 779:16
spelled 780:1
spelling 771:20; 780:2
Spencer 668:24; 669:2,
3, 8, 14, 19, 21; 673:6;
674:2; 675:3; 676:5
spend 709:16
spent 685:16, 19; 686:3,
7, 10, 12; 691:8, 14; 692:2,
11; 709:23; 710:1, 21
spoke 669:1; 675:3, 8,
14; 688:7; 704:2, 5
Sprint 727:4; 773:20
square 738:13
St 731:8; 735:13; 737:2;
747:23; 748:5; 754:13;
755:5; 784:2
stack 746:14; 750:15;
753:7
stage 707:15
stand 758:23; 763:18;
776:17
stands 787:25; 793:15
Stanley 782:13
star 677:8
start 702:12; 703:25;
734:4
started 671:13; 700:13;
719:12
Starting 746:16, 17
starts 734:23; 774:3
State 740:4; 743:18;
796:15
stated 703:22; 705:3;
726:9
statement 715:18;
774:21
statements 711:9
States 676:14, 17, 21;
677:1, 14, 16, 20, 23;
678:4; 682:16, 19; 683:20;
684:23; 685:15, 22, 24;
687:20; 697:9, 18; 699:5,
17; 700:13, 17; 705:17, 25;
707:20; 747:20; 749:1, 13;
751:23; 767:8, 15; 797:14,
15, 17; 798:5
station 775:3; 786:25, 25;
787:1, 13, 18, 20; 788:7, 8,
9; 789:25; 790:4
stations 704:17
Statue 772:22
stay 675:24, 25; 801:11
staying 801:7
step 736:21; 758:3
Steven 731:20, 21
still 667:8; 702:6; 730:18;

783:5; 790:2; 791:7
stipulated 715:11;
724:10; 725:21; 726:17;
730:24; 749:1; 755:2;
767:5; 783:10; 791:23;
793:2; 794:16; 797:12
stipulation 715:5, 9;
716:1; 724:4; 725:24;
726:5, 10, 14; 730:7;
739:9, 13; 748:18; 749:12;
751:20; 752:20; 754:23,
25; 755:13; 767:19, 20;
768:1; 780:17, 23; 783:7;
785:3; 793:7, 10; 794:16;
795:5, 21; 797:4, 6, 9
stipulations 767:2;
783:4; 791:16; 797:7
stole 686:21
stopping 738:3
store 685:14; 735:25;
737:1, 2; 738:4, 10; 749:4;
752:12; 755:5, 9
straight 698:15
street 676:1; 741:14, 14,
15, 16; 772:4; 786:10, 15;
787:14; 788:14; 790:8
stricken 788:1, 3
strictly 782:5
strike 787:23
strip 777:4, 12
stripe 773:6
striped 741:11; 786:5
strongly 799:3
studied 695:3
stuff 673:8; 722:19
subject 734:6
submitted 796:9
submitting 776:11
subscribed 727:20;
728:8, 23; 731:7; 762:10,
11
subscriber 728:11;
729:3; 733:22, 23; 734:25;
735:7; 747:5, 19; 748:3,
14; 750:9; 754:9; 756:22;
774:15
subset 762:3, 5
substance 798:2
substantial 700:4
substantial 682:16, 19; 683:20;
684:23; 685:15, 22, 24;
687:20; 697:9, 18; 699:5,
17; 700:13, 17; 705:17, 25;
707:20; 747:20; 749:1, 13;
751:23; 767:8, 15; 797:14,
15, 17; 798:5
succeed 696:4
success 695:15; 696:3
successes 695:4, 8
successful 696:17
successive 754:13
suggest 799:3, 3, 5
suggested 796:7
Sullivan 770:19, 22
sum 722:17
summation 722:17;
799:12
summations 800:4

summer 681:25
support 744:7
suppose 667:24
supposed 785:25
sure 667:4; 673:10;
683:14, 18; 684:11;
689:18, 22; 700:10; 734:1;
739:10; 740:9; 758:24;
761:7; 790:21; 800:20, 24;
803:16
surprised 666:20
surveillance 787:9
suspicious 767:12
sustain 720:19
Sustained 705:22; 788:3
swimming 676:1
switching 746:19
sworn 666:11; 717:4;
731:23; 740:3; 743:17;
771:2; 775:20; 785:13
system 769:21, 23

**T**

T-R-I-A-N-G-L-E 735:4
T-R-O-I-S 771:22
table 668:12; 669:12, 16;
670:3; 762:19; 786:4, 20;
789:22
talk 667:20, 22; 668:2;
670:24, 25; 671:23;
675:20; 727:8; 793:21;
800:20, 21
talked 666:6; 681:10
talking 671:13; 674:5;
675:12; 687:2; 789:1
target 682:8; 687:22;
708:12, 15, 21, 22; 798:6
task 708:3
taught 696:20; 697:6
taxi 788:13, 13, 15, 19
TD387037 768:16
team 788:17
Tel 755:25
Telecom 728:20
Telecommunications
729:8
telephone 723:14, 17,
20; 726:16, 24; 727:1, 4, 4,
17, 19, 24; 728:1, 2, 7, 11,
12, 16, 17, 19, 20, 23;
729:3, 4, 7, 8, 11, 12, 14,
15, 17, 20, 21; 731:2, 6,
733:8, 14, 16, 18, 22;
734:4, 9, 11, 18, 19, 25;
735:7; 739:12; 741:22;
742:1, 6, 11; 743:3;
744:15, 21, 23; 745:2, 4,
23; 746:12, 14, 21, 23;
747:1, 2, 5, 14, 15, 19, 24,
25; 748:7, 10, 11, 14;
749:11, 23, 25; 750:3, 6,
10; 751:3, 8, 12; 752:8, 8,
19; 753:3, 15; 756:6, 10,
14, 17, 23; 757:1, 4;

758:18, 19; 759:9, 21, 24;
760:13, 23, 24, 25; 761:2,
3, 17; 762:1, 3, 11, 14, 23,
24; 763:20, 21, 25; 764:2,
5, 25; 765:7, 8, 9, 13, 12;
773:23; 774:5, 12; 786:19;
787:2, 14
telephone-related
744:17
telephones 744:24;
764:5
television 796:21
teller 718:25, 25
telling 676:5, 24; 686:2;
687:18; 693:19; 698:11,
13; 708:12
tells 733:4
Telus 729:11
ten 722:5, 8, 13, 13
ten-minute 780:21, 25
tenant's 755:19
terminal 786:23
terms 678:7; 681:10, 11
terror 714:21
terrorism 666:21
terrorist 695:1, 7, 17, 24;
696:5; 697:18, 25; 698:12;
705:7; 714:14
testified 683:12; 684:10;
687:23; 702:7, 15; 704:22;
710:12; 717:4; 731:23;
740:3; 743:17; 771:2;
775:20; 780:3; 785:13
testify 702:3, 5; 715:12,
13; 724:11, 12; 725:3, 4;
726:18, 19; 730:25; 731:1,
9, 11; 749:2, 3, 13, 14;
751:24, 24; 752:9, 10;
755:3, 4; 767:7; 768:5, 7,
19, 20; 769:20; 783:11, 12;
784:10, 11; 791:24, 25;
793:2, 3; 794:17, 17;
797:17, 18
testimony 677:21;
683:13; 697:14, 17, 19;
698:23; 699:8; 712:16;
713:17; 714:21; 780:17
thanks 799:17; 800:1;
801:12
therefore 789:10
thinking 683:10; 694:11
third 748:7; 760:18
thousand 709:18
three 668:21; 682:2;
696:25; 710:8; 732:4;
764:6, 9, 14, 14; 791:15;
799:8; 801:8; 804:2, 6, 7,
13
Thursday 798:25;
800:10, 13
tickets 709:19, 19
Tiger 727:8
times 680:2; 688:1;
692:13; 693:7; 760:4;
799:8
timing 686:13

title 744:3
today 671:19, 21; 677:20;
683:6, 9; 684:11; 734:11;
741:9; 772:10; 786:3
together 685:19; 686:7;
691:14; 699:8; 703:16;
710:1, 21
told 666:25, 25; 668:21,
22, 23; 670:17; 671:17, 18,
20; 672:8, 8, 12, 15; 675:6,
7; 676:12, 16, 16; 677:12,
18; 678:3, 5, 9, 13, 18, 22,
23, 25; 680:17, 18, 23, 23;
681:4, 5, 6, 8; 682:15, 23;
685:13; 686:5; 687:5, 19;
688:2, 5; 689:13, 15;
690:1, 19, 20, 22, 23, 25;
691:2, 3, 6, 6, 7, 13, 13;
692:1, 2; 693:13, 20;
694:6, 6, 10, 11; 696:20;
697:9, 13; 705:9, 24;
706:2, 11, 14, 16, 17, 17;
710:3, 16, 20, 22; 722:8;
798:1, 12
tolls 723:14
took 692:11; 697:8;
700:18, 21; 710:20;
737:15, 16; 788:14;
797:22; 801:10, 10
toothbrush 798:22
top 734:18; 756:12, 21;
759:1; 776:23; 794:7, 13
topics 797:24
total 683:24; 720:6;
722:4, 7; 723:7; 764:9;
777:15; 783:25; 804:2
totaling 784:24
totally 688:10
town 771:12, 20; 790:10
train 787:10, 10, 18;
788:7, 8, 10
trained 698:4
training 694:24, 25;
698:2
transaction 718:25;
719:6, 8, 21, 22, 23, 24;
774:24, 25; 775:2, 5, 6
transactions 723:13;
784:4
transcript 699:1; 782:9,
9, 10
translation 677:10;
718:25
translations 725:22
translator 677:6, 11;
685:23; 690:10, 17;
693:25; 710:7
transported 741:18
Trial 666:1, 21; 667:8,
20, 23; 668:3, 8; 673:15;
698:21; 699:12, 15;
700:13; 701:7, 8, 14, 20;
702:1, 4, 13; 712:13, 16;
713:5; 767:21; 768:5, 19;
783:11; 784:10; 791:24
Triangle 735:2
tried 793:24; 803:23

tries 675:20; 801:3
trip 681:5; 682:16;
686:25; 687:3; 689:1;
693:21; 694:7, 12; 697:8;
699:16, 23; 706:1; 723:25
Trois-Rivieres 771:12,
14, 15, 19
true 680:10; 690:3;
701:15; 715:14, 17;
724:13; 725:6; 726:24;
727:3, 6, 9, 12, 16, 22, 25;
728:3, 6, 11, 16, 18, 21;
729:2, 6, 10, 14, 16, 19;
749:3, 15; 751:25; 752:11;
755:7; 783:19; 784:20
trust 704:25; 708:3;
714:22
trusted 706:24; 707:9
try 673:18; 711:21;
776:10
trying 688:15
Tsul 769:10
Tuesday 798:15; 802:10;
803:2, 24; 804:21
Tuesday's 802:7
turn 708:8; 710:19;
746:14; 750:14; 751:7;
754:4; 761:5; 774:2, 23;
779:9; 793:10
turned 708:6; 804:10
Turning 734:6; 747:24;
749:24; 751:4, 16; 753:2,
20, 23; 754:16; 756:4, 20;
762:16; 773:3, 12, 19;
774:9
turns 800:4
TV 793:6
twice 693:8
two 668:2; 688:17;
692:13; 693:7; 696:25;
717:25; 718:4; 723:8;
736:25; 737:21; 738:10;
748:22, 22; 750:13;
751:20; 759:15; 760:6, 9;
762:1, 9; 767:1; 771:17;
778:22; 793:6, 20; 799:8;
801:10; 804:9, 15, 17
two-thirds 751:9
two-year 762:22
type 719:8; 778:1;
780:10; 789:12
typographical 782:8

**U**

U.S 678:7; 679:15; 775:3
U.S.C 724:21; 725:14
unauthorized 784:23
under 666:9; 683:12;
684:10; 712:5; 715:25;
717:21; 720:22; 724:20;
725:13; 730:5; 768:13;
769:6; 772:5; 774:16, 22;
775:6; 783:21; 784:18;
792:10
underlined 694:2

underneath 735:5;
747:20; 755:21, 24; 757:3;
760:20
understands 799:2
unequivocally 669:4, 7
unfortunately 675:13;
730:16
Union 728:19
unique 768:10; 769:1, 2;
778:1; 792:5
unit 769:22; 776:4, 5
United 676:13, 17, 21;
677:1, 13, 16, 19, 23;
678:4; 682:16, 19; 683:20;
684:23; 685:15, 21, 23;
687:20; 697:9, 18; 699:5,
17; 700:12, 17; 705:17, 25;
707:20; 767:8, 15; 797:14,
15, 16; 798:5
unmarked 777:4
unnamed 697:11
unprompted 668:7
up 666:7, 19; 670:14, 14;
682:1, 5; 684:16; 688:6,
14; 695:22; 697:10;
707:25; 722:18; 758:2, 24;
761:17, 20; 763:2, 7, 8, 24;
765:16, 25; 776:20;
779:13; 787:25; 788:13;
790:7; 803:10
upload 760:1
upon 668:12; 675:11;
679:15; 692:3
upper 719:5; 734:18;
753:9; 756:21
upset 691:11
urge 675:18
USA 783:11, 14, 16;
784:4
use 683:21; 687:13, 13;
689:11; 744:9; 758:3;
804:5, 6, 10
used 686:17; 687:11;
765:14; 769:24; 773:6;
776:9, 11; 777:12; 786:19;
787:15, 16; 793:23; 798:3;
799:9; 804:11
using 719:15; 785:9

**V**

vacation 790:21, 22
Vancouver 680:18, 24;
681:5; 685:8; 686:25;
687:1, 2; 689:1, 4, 7, 14;
690:2, 21; 692:14, 21;
693:3, 6, 14, 16, 21; 694:7,
12, 16; 697:8; 699:17, 23;
713:21; 714:17
various 722:3; 744:12;
762:14
VD872104 768:17
vehicle 792:2

verdict 798:23
Verizon-New 726:25;
727:16, 23; 728:6, 12
versa 738:5
version 701:14
versus 765:6
vice 738:5
view 696:3; 704:23; 804:8
views 676:13; 677:1, 13,
19, 21, 23
Village 666:17
violation 802:11
Virginia 775:25
visa 689:16; 703:21;
752:1; 783:14, 24; 784:7
voice 727:14; 765:25
voices 713:19
voluntarily 797:19
volunteer 793:21

**W**

wait 672:17, 19; 673:25;
674:6; 711:20; 742:2
waited 666:17; 787:3
waiting 739:7
Walid 792:20
walk 738:4, 7; 788:7;
801:6
walking 737:20; 788:9
wallet 741:22; 742:9
Wang 769:10
wants 674:8, 13; 714:20;
788:25
warn 804:13, 15, 18
warrant 717:19, 21;
732:23; 733:1; 772:5
Washington 685:24;
770:7, 8
Watch 675:25, 25
way 696:24; 704:13;
712:14; 751:9; 759:8, 23;
765:16; 778:9; 780:2;
800:20; 801:6
ways 722:3
wearing 786:4
Wednesday 798:22, 23;
799:5, 7, 9, 22; 800:8;
801:2, 12; 803:25
week 800:14
weekend 676:1; 801:11;
804:19
weeks 801:9
weird 670:14, 21
welcome 795:22
well-known 706:9
weren't 688:6, 10, 14;
761:1
WESSLEY 775:18
west 770:20
Westchester 770:18, 21
Western 685:24

what's 736:7; 765:5;
789:2; 798:18; 803:16
whatsoever 689:2
whenever 758:5
white 777:4; 786:5;
797:15
who's 711:23
whole 720:6; 788:17;
799:19
whose 677:24
wife 731:16
wind 790:7
windows 787:21
Wing 769:9
Wireless 729:18
wish 758:5
withdraw 722:22;
723:19; 750:13; 756:11
withdrawn 706:25;
723:2; 750:5
withholding 710:23;
711:7
within 790:5
without 689:19; 705:15;
758:5
witness 677:3, 9; 690:12;
693:23; 701:22, 25; 702:2,
5, 8, 11, 13, 16; 709:14;
711:22, 25; 712:2; 715:2,
3; 717:3; 723:3; 724:2;
731:9, 17, 18, 19, 22;
736:21; 737:10; 738:18;
739:8; 740:2, 6; 743:12,
13, 16, 20; 745:13; 749:2,
14; 751:24; 752:10; 755:3;
758:3, 23; 759:3; 763:18;
766:1; 767:1, 6; 768:5, 6,
20; 769:19; 771:1, 15, 17;
775:15, 19; 776:17;
778:25; 780:15; 783:11;
784:11; 785:12; 788:2;
791:2, 14, 24; 793:2
witnesses 698:23;
715:12; 724:12; 725:4;
726:18; 731:1; 797:18
woman 666:19
word 705:4, 7; 706:20;
719:15
words 668:5; 800:3
work 669:25; 673:15;
707:21; 717:7; 732:1, 5;
740:14, 15, 19; 743:23;
771:5, 6, 11, 12; 775:23,
24; 776:2, 3, 8; 780:10;
785:17, 18; 790:16;
793:23; 794:5; 803:15
worked 667:8; 670:1;
699:10; 732:3; 743:25;
771:7
working 667:8; 669:24;
708:9; 717:9, 10; 718:10;
740:24; 771:25; 785:22,
23; 793:18; 794:2; 798:13,
15
works 794:18
world 666:24

WorldCom 728:17
worry 798:21, 25; 800:14
written 715:5; 726:14;
748:18; 751:2, 13; 754:22;
755:19, 21, 24; 780:16;
791:16; 797:3
wrong 722:12; 799:24
wrote 667:9; 718:7

**Y**

year 680:3; 709:5; 790:2,
21; 791:8
years 712:8, 10; 717:9,
11; 732:4; 740:22; 744:1;
771:8; 785:20
yesterday 671:19, 20,
20; 675:8, 9; 682:23;
683:12; 687:23; 688:2;
696:21
York 666:14, 21; 726:25,
25; 728:6, 9, 12; 732:6;
770:6, 13, 15, 17; 773:14;
774:8; 775:3, 9, 10; 797:16
young 675:13
Yves 768:16

**Z**

Z-A-L-E-S-K-I 779:22
Zaleski 779:22; 780:1;
783:15, 24; 784:6, 22, 22
Zeller's 752:10, 12, 14
Zemmeri 697:9
Zemmiri 682:15, 18, 21;
684:6, 12, 16
zero 760:16
zipper 668:6, 9

SECRET/NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1360 (RWR) |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |

# Deposition of Ressam, *In re: Int'l Letters Rogatory* (Aug. 27, 2001) (Excerpts)

SECRET/NOFORN

1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    In re:

4    INTERNATIONAL LETTERS ROGATORY,
     dated August 27, 2001
5
     ------------------------------x
6
                              June 10, 2002
7                             10:30 a.m.

8

9

10         Deposition of AHMED RESSAM, taken by the United

11   States Attorney's Office, at the United States Courthouse, 40

12   Foley Square, New York, New York 10007, before Joseph

13   Quinones, a Registered Professional Reporter and Notary Public

14   of the State of New York.

15

16

17

18

19

20

21

22

23

24

25


              SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

2

```
 1                          APPEARANCES

 2     ROBIN L. BAKER,
       ERIC B. BRUCE,
 3     PREETINDER BHARARA,
            Assistant United States Attorneys
 4
       ALSO PRESENT:
 5
       WALID FARHOUD (Arabic Interpreter)
 6
       ADAM S. COHEN
 7     JAMES T. HELLY
       STEVEN E. SORRELLS
 8     JESSICA STEINERT
            Federal Bureau of Investigation
 9
       JEAN-LOUIS BRUGUIERE
10     JEAN-FRANCOIS RICARD
            High Instance Court of Paris
11
       PHILIPPE CHICHEIL
12     RENE RITTER
            Direction de la Surveillance du Territoire
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Interpreter sworn -- WALID FARHOUD))

 2      AHMED RESSAM,

 3          called as a witness, having been duly affirmed,

 4          testified as follows:

 5   BY MS. BAKER:

 6   Q.  Would you please state your name for the record.

 7   A.  Ressam.

 8   Q.  And your given name?

 9   A.  Ahmed.

10   Q.  When were you born?

11   A.  '67 in Algeria.

12   Q.  On what day of which month?

13   A.  9 May '67.

14   Q.  Where in Algeria?

15   A.  Daouda.

16   Q.  How old were you when you left Algeria for the first time?

17   A.  About 24 to 25.

18   Q.  What level of education had you received up to that point?

19   A.  High school.

20   Q.  Did you finish high school?

21   A.  Yes.

22   Q.  Had you worked at all in Algeria before you left there?

23   A.  I worked with my father.

24   Q.  In what kind of business?

25   A.  In a cafe.
```

4

1    Q.   On what date did you leave Algeria?

2    A.   '92, I think it was September.

3    Q.   What was your reason for leaving Algeria?

4    A.   There was tensions in Algeria and there were no jobs or

5    employment there.

6    Q.   When you left Algeria had you already decided where you

7    were going to go?

8    A,   To France.

9    Q.   How did you get from Algeria to France?

10   A.   By a boat.

11   Q.   Did you stow away or were you a legal passenger on the

12   boat?

13   A.   A regular passenger.

14   Q.   Did the boat go directly from Algeria to France?

15   A.   Yes.

16   Q.   Where in France did you go?

17   A.   In Marseille.

18   Q.   How long did you stay in Marseille?

19   A.   Not long.  I think it is a week.

20   Q.   Did you stay with anyone in Marseille?

21   A.   No.

22   Q.   Where did you stay??

23   A.   In a hotel.

24   Q.   Where did you go next after Marseille?

25   A.   I went to the island of Corsica.

1   Q.   How did you get from Marseille to Corsica?

2   A.   By boat, the same way.

3   Q.   How long did you stay in Corsica?

4   A.   Until the time I came to Canada.

5   Q.   Can you estimate how many weeks or months you were in

6   Corsica?

7   A.   The first time I stayed for 8 months and then I went back

8   to France.   I stayed there for 4 months and then I came back

9   to Corsica.

10  Q.   Why did you go to Corsica?

11  A.   To work.

12  Q.   Before you went to Corsica, did you know anyone there?

13  A.   No.

14  Q.   Did you work in Corsica?

15  A.   Yes.

16  Q.   What kind of work?

17  A.   I worked in picking up grapes, citrus and some paintings.

18  Q.   Where in Corsica were you working?

19  A.   It's a place not too far away from the city called

20  Ghisonaccia.

21  Q.   Let's do it properly for the record.   I think you started

22  to say that you did not remember the name of the town, is that

23  correct?

24  A.   Ghisonaccia.

25  Q.   We told you the name and you said it but before Judge

1    Bruguiere said it did you remember the name alone?

2    A.   No, I didn't know then.

3    Q.   And is it Ghisonaccia?

4    A.   Yes, that is how I know the pronunciation of that name.

5    Q.   You said a few minutes ago that you left Corsica and went

6    back to France for several months.

7    A.   Yes.

8    Q.   To what part of France did you go?

9    A.   I went to my aunt.

10   Q.   In what part of France?

11   A.   La Dordogne.

12   Q.   What was your reason for leaving Corsica and going to La

13   Dordogne?

14   A.   The main important thing is to visit my aunt.

15   Q.   What is your aunt's name?

16   A.   This is a problem.

17   Q.   What is the problem?

18   A.   I really do not know.  She lives in La Dordogne and that

19   is sufficient for me to say.

20   Q.   Before she got married was her family name Ressam?

21   A.   Yes.

22   Q.   In which specific part of Dordogne does she live?

23   A.   Sarlat.

24   Q.   About how long did you stay in Dordogne?

25   A.   About 3 months.

1   Q.   And then you went back to Corsica?

2   A.   Yes.

3   Q.   Did you work when you got back to Corsica?

4   A.   Yes.

5   Q.   What did you do when you were back in Corsica?

6   A.   I went to the same place I worked at before and I was

7   picking up citrus.  And on my return this time I was stopped

8   on the boat at a town Ajaccio.

9   Q.   Were you traveling under the name Ahmed Ressam or some

10  other name?

11  A.   I didn't have a name.  I didn't have any paperwork.

12  Q.   So what happened when you were stopped?

13  A.   I gave them a wrong name, unreal name.

14  Q.   A fake name?

15  A.   Yes.

16  Q.   What name did you give?

17  A.   I do not recall.  I gave them a name that will give a

18  taste of a Moroccan name.

19  Q.   Were you detained or held for any period of time?

20  A.   I have one week in Ajaccio and then they took me to

21  Morocco and then they brought me back.

22  Q.   Why did they arrest you at that time?

23  A.   They inspect me and they find out no papers with me.

24  Q.   Meaning permission to be in France?

25  A.   I didn't have the paperwork and I didn't have an

1    identification.

2    Q.   From when you left Algeria up to this point when you got

3    arrested, did you have papers during any of that time?

4    A.   In the beginning I have and then after that I have

5    nothing.

6    Q.   What papers did you have in the beginning?

7    A.   I had documentation, Algerian documentation.

8    Q.   Was it in the name of Ahmed Ressam?

9    A.   Yes.

10   Q.   What did you do with it?

11   A.   I had them at a particular place and then after that they

12   were lost.  I don't remember where I put them.  They were

13   disposed.  I am sorry, that is a better word.  I had them in a

14   place and that was disposed.

15           MS. OLIVER:  That makes no sense.

16           THE INTERPRETER:  I translate what he is telling me

17   if you need to ask more.

18   Q.   Did you give those papers to any other person for that

19   person's use?

20   A.   No, never.

21   Q.   After the authorities brought you back from Morocco, where

22   did you go?

23   A.   They brought me back to a Ajaccio.

24   Q.   And where did you go from there?

25   A.   I went back to work.

9

1    Q.   In Corsica?

2    A.   Yes.

3    Q.   Where in Corsica?

4    A.   The same place I worked before.

5    Q.   Outside Ghisonaccia?

6    A.   Yes.

7    Q.   How much longer did you work in Corsica?

8    A.   Not too long.   It was perhaps two months.

9    Q.   And why did you decide to leave Corsica?

10   A.   I had a hope to get to Canada.

11   Q.   Did you meet anyone in Corsica while you were there?

12   A.   I met individuals, yes.

13   Q.   Did you form a relationship of any kind with any of them?

14   A.   Normal relationships.

15   Q.   After you left Corsica, did you remain in contact with any

16   of them?

17   A.   No, after that it was totally cut.

18   Q.   When you left Corsica, where did you go?

19   A.   To Canada.

20   Q.   How did you get from Corsica to Canada?

21   A.   I went to France, to the capital.

22   Q.   To Paris?

23   A.   Yes.   Then I got a passport there and then from there I

24   went to Montreal.

25   Q.   I want to make sure -- well, I am not sure that something

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

1   you said earlier was clear.  When the French authorities

2   stopped you on your way back to Corsica, did they deport you

3   from France to Morocco?

4   A.   Yes, they took me to Morocco.

5   Q.   And then were you sent from Morocco back to France?

6   A.   Yes.

7   Q.   The whole time that you were in France, were you there

8   illegally without the permission of the French government?

9   A.   Yes.

10  Q.   Why did you choose to go to Canada?

11  A.   It's because of the job opportunities there.

12  Q.   What did you believe at that time about the job

13  opportunities in Canada?

14  A.   There will be jobs there and there is paper works.

15  Q.   Did anyone give you the advice that you should go to

16  Canada?

17  A.   I had that idea to go to Canada when I was in Algeria.

18  Q.   Before you went to Canada, did you have any relatives or

19  did you know anyone else there?

20  A.   I know a person from our neighborhood in Algeria who lived

21  in Canada.

22  Q.   What was that person's name?

23  A.   He was living in Canada, then he was deported back to

24  Algeria.  And also I know a person in Paris, the person who

25  gave me the passport, and this individual was in Canada

1    before.

2    Q.   What is the name of the person in Paris who gave you the

3    passport?

4    A.   Mohamed Benyahya.

5    Q.   How did you meet Mohamed Benyahya?

6    A.   Through his cousin Karim Touchi.

7    Q.   How did you know Karim Touchi?

8    A.   I know him from Algeria.

9    Q.   Where was Karim Touchi at this time?

10   A.   In France.

11   Q.   Where in France?

12   A.   In the capital.

13   Q.   You said that Mohamed Benyahya had previously been in

14   Canada?

15   A.   Yes.

16   Q.   Where in Canada?

17   A.   I think in Montreal.

18   Q.   You mentioned another person who you knew from Algeria who

19   had been in Canada.

20   A.   Yes.

21   Q.   What was his name?

22   A.   I do not recall his name.

23   Q.   Was he deported from Canada back to Algeria before you

24   went to Canada?

25   A.   I was in Algeria when that happened.

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

```
 1   Q.   In what part of Canada had he lived?

 2   A.   I think in Quebec.

 3   Q.   On what date did you leave France for Canada?

 4   A.   February '94.

 5   Q.   Did you fly directly from Paris to Montreal?

 6   A.   Yes, to Montreal.

 7   Q.   With which passport did you make that trip?

 8   A.   With the French passport.

 9   Q.   The one that you got from Mohamed Benyahya?

10   A.   Yes.

11   Q.   What was the name on that passport?

12   A.   Taher Medjadi.

13   Q.   Did you have to pay Mohamed Benyahya for that passport?

14   A.   Yes, I did.

15   Q.   How much?

16   A.   I do not recall, maybe 100, 150.

17   Q.   French francs?

18   A.   About 1500 in French francs.

19   Q.   Why did you use the name Taher Medjadi?

20   A.   This is what the passport was indicating.

21   Q.   Did you choose that name for the passport or was the

22   choice made by someone else?

23   A.   The name was before there.

24   Q.   Do you know whether Mohamed Benyahya has a brother?

25   A.   He has brothers.
```

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

1    Q.   Do you know the names of any of his brothers?

2    A.   They are all in Algeria.

3    Q.   Do you know any of their names?

4    A.   Kamel maybe.  I do not recall the rest, but I know he has

5    several brothers.

6    Q.   Do you know if he has a brother with the given name Abdel

7    Karim?

8    A.   No, I do not.

9    Q.   Do you know if he has a brother named Abdel Rahim?

10   A.   I do not know.

11   Q.   I am showing you a photograph that has been marked as

12   Government Exhibit 1.

13            Do you recognize the person in that photograph?

14   A.   No.  His brothers are younger than the age of this

15   individual.  This guy is older.

16   Q.   In the answer that you just gave when you said his

17   brothers, were you referring to Mohamed Benyahya?

18   A.   Yes.

19   Q.   The name that was in your passport, Taher Medjadi, do you

20   know whether that is the name of a real person?

21   A.   I do not know.

22   Q.   Did you ever meet anyone by that name?

23   A.   No.

24   Q.   At the time that you left France for Canada, were you

25   wanted, meaning were the authorities looking for you either in

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   Algeria or in France?

2   A.  No, never.

3   Q.  You testified earlier that one of your reasons for leaving

4   Algeria was because of tensions there.  Did the tensions in

5   Algeria have anything to do with the fact that you used a

6   false identity to travel from France to Canada?

7   A.  No, that is not the reason.

8   Q.  Up to the time that you left Algeria, had you engaged in

9   any criminal activity there?

10  A.  No, never.

11  Q.  Besides the fact that you were in France without the

12  permission of the government, did you engage in any illegal

13  activity in France?

14  A.  No, never.

15  Q.  Why did you decide to travel from France to Canada under a

16  false identity instead of going to the Algerian consulate in

17  France and asking for a new passport as Ahmed Ressam?

18  A.  I am not a diplomat.

19  Q.  I don't understand.  Could you explain what you mean?

20  A.  They wouldn't give me a visa if I do that.  One reason, I

21  didn't have have enough.  Secondly, they wouldn't give me a

22  visa if I would get that kind of a passport.

23  Q.  When you refer to a visa, I am not sure what you mean.

24  Did you believe that you needed a visa to enter Canada?

25  A.  Yes, I know you need it to get the visa but I know also

 1    that would be impossible or almost no opportunity to get a

 2    visa like that.

 3    Q.   I am showing you another photograph which has been marked

 4    as Government Exhibit 2.

 5         Do you recognize the person in that photograph?

 6    A.   No, I don't know him.

 7    Q.   So you arrived in Canada in February 1994, correct?

 8    A.   Yes.

 9    Q.   There was a time in 1998 and 1999 when you left Canada and

10    were in Pakistan and Afghanistan, correct?

11    A.   Yes.

12    Q.   And then you went back to Canada?

13    A.   Yes.

14    Q.   And you remained in Canada until December 14, 1999,

15    correct?

16    A.   Yes.

17    Q.   I want to go through with you the different places where

18    you lived in Canada.

19    A.   Yes.

20    Q.   When you first arrived in Canada in February 1994, where

21    did you live?

22    A.   At the street called Papineau.

23    Q.   At what kind of a place at Papineau?

24    A.   Papineau and Mont Royal.

25    Q.   Are you saying Mont Royal was the cross street on

1   Papineau?

2   A.   The closest.

3   Q.   But were you living in an apartment or some other kind of

4   place?

5   A.   In an apartment.

6   Q.   Do you remember what the building number was at the

7   apartment?

8   A.   No, I do not recall.

9   Q.   Did anyone else live in that apartment with you?

10   A.   In the beginning Labsi Mustapha lived with me.

11   Q.   For about how long did you live in that apartment on

12   Papineau?

13   A.   Not for too long.

14   Q.   Can you estimate in weeks or months?

15   A.   Perhaps 2 to 3 months.

16   Q.   And during that period of time did anyone else live there

17   besides you and Labsi Mustapha?

18   A.   No.

19   Q.   Do you remember what the telephone number was at that

20   apartment?

21   A.   I didn't have a phone at that time.

22   Q.   Where did you live next after the apartment on Papineau?

23   A.   Ste. Joseph.

24   Q.   Before I ask you about your second apartment, when did you

25   first meet Labsi Mustapha?

1   A.  In Montreal.

2   Q.  About how long had you been in Montreal when you met him

3   for the first time?

4   A.  About two months.

5   Q.  Did someone introduce you?

6   A.  Yes, I think an individual did.

7   Q.  Who introduced you to Mustapha Labsi?

8   A.  A person that he knew him before in Switzerland.

9   Q.  Do you know the name of the person who introduced you?

10   A.  I do not recall.

11   Q.  To clarify your last answer, was it your understanding

12   that Mustapha Labsi and this other man knew each other from

13   when they were both in Switzerland?

14   A.  Yes.

15   Q.  What nationality was this other man who introduced you to

16   Mustapha Labsi?

17   A.  Algerian.

18   Q.  And this other Algerian also lived in Montreal?

19   A.  Yes.

20   Q.  Do you know which part of Algeria this other person was

21   from, where he was born?

22   A.  I do not know.

23   Q.  This other person, the one who introduced you to Mustapha

24   Labsi, did you know him before you got to Montreal?

25   A.  I met him in Montreal.  I know him there.

1    Q.   Let's turn back to the second apartment that you lived in.

2    Where did you say it was?

3    A.   Ste. Joseph.

4    Q.   Is that the name of the street that it was on?

5    A.   Yes.

6    Q.   Do you remember the building number?

7    A.   No, I don't.

8    Q.   What was the nearest cross street?

9    A.   Papineau.

10   Q.   For how long did you live in the apartment on Ste. Joseph?

11   A.   About two months also.

12   Q.   Did anyone else live in that apartment with you?

13   A.   Mustapha Labsi lived with me there.

14   Q.   Anyone else besides you and Mustapha?

15   A.   No.

16   Q.   Did you have a telephone in that apartment?

17   A.   No.

18   Q.   Where did you live next?

19   A.   Delormier.

20   Q.   For how long did you live at Delormier?

21   A.   A year and a half.

22   Q.   Do you remember the building number?

23   A.   I do not recall.

24   Q.   What was the nearest cross street?

25   A.   Papineau.

```
 1            MS. BAKER:  Does Mr. Ressam need to take a break at

 2    some point to pray this morning?

 3            THE WITNESS:  At 1 o'clock.

 4    Q.  Did anyone else live with you in the apartment on

 5    Delormier?

 6    A.  No.

 7    Q.  To back up for a moment, when you left France for Canada,

 8    did you travel alone or with anyone?

 9    A.  By myself.

10    Q.  Did you have a telephone at the apartment on Delormier?

11    A.  Yes.

12    Q.  Do you remember the telephone number?

13    A.  I do not recall.

14    Q.  Where did you move next after Delormier?

15    A.  I went to Malicorne.

16    Q.  Do you remember the building number on Malicorne?

17    A.  I do not recall the.

18    Q.  What was the nearest cross street?

19    A.  Galeries D'Anjou.

20    Q.  For how long did you live in the apartment on Malicorne?

21    A.  About 2 years.

22    Q.  Did anyone else live with you in that apartment?

23    A.  Yes.

24    Q.  Who else?

25    A.  Me and Mustapha, Karim and Adel.
```

20

```
 1   Q.   When you say Mustapha, do you mean Mustapha Labsi?

 2   A.   Yes.

 3   Q.   And what is Karim's true name?

 4   A.   Karim Atmani.

 5   Q.   I think he said Said Atmani.

 6   A.   Said, I am sorry.

 7   Q.   And you also said Adel.  What is Adel's family name?

 8   A.   Boumezbeur.

 9   Q.   Did you have a telephone in the apartment at Malicorne?

10   A.   I had telephones there.

11   Q.   More than one?

12   A.   Yes.

13   Q.   Do you remember any of the telephone numbers?

14   A.   The one in the house, yes, I have.

15   Q.   What is that telephone number?

16   A.   The number I do not recall.

17   Q.   In what name was the telephone subscribed?

18   A.   I think it's Adel.

19   Q.   Do you think it was in his true name, Adel Boumezbeur?

20   A.   Yes.

21   Q.   Why was the telephone subscribed in Adel Boumezbeur's

22   name?

23   A.   It was a normal, natural thing.  It has no relation

24   whatsoever.  It was a normal thing to put it under his name.

25   He rented the apartment under his name and as a result also he
```

1   got the phone number under his name.  Other than that there

2   was nothing.  Me and Mustapha, we had no job at that time.

3   Adel was working so he was more of a guarantee to rent and get

4   the phone.  In the beginning he didn't live with us at all.

5   Q.  Were you living in Canada under your true name, Ahmed

6   Ressam, at that time?

7   A.  Yes.

8   Q.  And was Mustapha Labsi living under his true name at that

9   time?

10   A.  Yes.

11   Q.  And how about Said Atmani?

12   A.  He also too, you except they call him as Karim.

13   Q.  Now, we have been going through your apartments in order

14   and you were estimating how long you lived in each one, but we

15   weren't really focusing on the dates.

16        About what date are we up to now during this time

17   that you were living on Malicorne?

18   A.  '96-'97 according to what I remember.

19   Q.  Where did you move next after Malicorne?

20   A.  I went to Afghanistan.

21   Q.  Am I correct that you went to Afghanistan in the spring of

22   1998?

23   A.  In the beginning.

24   Q.  Early 1998?

25   A.  In March.

1   Q.  Were you still living in the apartment on Malicorne up to

2   the time that you left for Afghanistan?

3   A.  Yes.

4   Q.  For now let's skip over the time that you were in

5   Afghanistan and Pakistan and we will come back to that later.

6            About when did you return to Canada?

7   A.  '99.

8   Q.  In about what month?

9   A.  In the beginning.

10  Q.  Was it about February?

11  A.  Yes.

12  Q.  Where did you live in Canada when you got back there?

13. A.  I stayed with Abdelmajid in Vancouver.

14  Q.  What is Abdelmajid's last name?

15  A.  Dahoumane.

16  Q.  For how long did you stay with Abdelmajid in Vancouver?

17  A.  I stayed with him until the time I went to Montreal.  That

18  is in Vancouver.

19  Q.  Can you estimate about how many weeks or months you were

20  in Vancouver when you first got back to Canada?

21  A.  Months, about 4 months.

22  Q.  While you you were in Vancouver when you first came back

23  to Canada did you stay with anyone else?

24  A.  Most of that time I stayed with Abdelmajid.

25  Q.  But some of the time did you stay with someone else even

1  if only for a few days?

2  A.  One time I stayed at Hamaidi Eddine Nacer, maybe one day.

3  Q.  Do you know where Hamaidi Eddine Nacer lived in Vancouver?

4  A.  It's in Vancouver.

5  Q.  Do you remember the street or the part of the city?

6  A.  No, I do not recall.

7  Q.  Where was Abdelmajid Dahoumane living in Vancouver?

8  A.  Oak and 12th.

9  Q.  After you spent several months in Vancouver, where did you

10  go?

11  A.  Montreal.

12  Q.  Where did you live in Montreal?

13  A.  Some days I stayed with Adel and then I went and found my

14  own apartment.

15  Q.  When you say you stayed with Adel, you mean Boumezbeur?

16  A.  Yes.

17  Q.  Was he still living in the apartment on Malicorne or

18  somewhere else?

19  A.  He moved to a place on Sherbrooke.

20  Q.  Do you know the building number where Adel Boumezbeur

21  lived on Sherbrooke?

22  A.  I do not recall.

23  Q.  What was the nearest cross street?

24  A.  Sherbrooke.

25  Q.  Near what, the intersection of Sherbrooke and what other

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

24

1   street?

2   A.   Frontenac.

3   Q.   Was anyone else staying with Adel during this time that

4   you stayed there?

5   A.   No, I do not recall.   Sometimes I stayed with him,

6   sometimes I stayed in my own apartment.

7   Q.   And where was the apartment that you got at that time?

8   A.   Du Fort.

9   Q.   Did you remember the building number on du Fort?

10   A.   1250 I think.

11   Q.   What was the nearest cross street?

12   A.   Ste. Catherine.

13   Q.   Did you have a telephone in your apartment on du Fort?

14   A.   Yes.

15   Q.   Do you remember the telephone number?

16   A.   No.

17   Q.   Under what name did you rent the apartment on du Fort?

18   A.   Benni Noris.

19   Q.   Was the telephone subscribed in that same name?

20   A.   Yes.

21   Q.   Did you continue living in the apartment on du Fort up

22   until the time you left Canada to try to enter the United

23   States?

24   A.   Yes.

25   Q.   When did you first meet Fateh Kamel?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1    A.    When I came to Canada I met him.

2    Q.    About how long were you in Canada when you first met Fateh

3    Kamel?

4    A.    The first week.

5    Q.    Did someone introduce you to Fateh Kamel?

6    A.    We were in the house and there were several individuals

7    and I met him there.

8    Q.    Whose house were you in?

9    A.    The house of Adel.  There are many Algerians living in

10    that neighborhood and they always get together there.

11    Q.    And this day when you first met Fateh Kamel, who else was

12    there besides you and Kamel and Adel?

13    A.    Hamoudi was there and other individuals.

14    Q.    Is Hamoudi one of Adel's brothers?

15    A.    Yes.

16    Q.    Is his last name also Boumezbeur?

17    A.    Yes.

18    Q.    Do you remember the names of anyone else who was there?

19    A.    No, I do not recall.

20    Q.    When did you first meet Karim or Said Atmani?

21    A.    In Delormier.

22    Q.    Can you explain what you mean, do you mean when you moved

23    into that apartment or something else?

24    A.    No, after a period of time.

25    Q.    Are you saying that you were already living in the

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   apartment on Delormier when you met him?

2   A.   Yes.

3   Q.   How did you meet Karim?

4   A.   I do not recall exactly but it was the Ramadan period.

5   Q.   Did someone introduce you to Karim?

6   A.   No.

7   Q.   How did you first meet Adel Boumezbeur?

8   A.   Mouali Noureddine is the one who introduced me to him.

9   The first time I came to Canada I was in an immigration office

10   and I met there some of the Algerians like Mouali Noureddine,

11   and some other people that they were in Canada that I don't

12   remember.   And I never know any of those people in Canada at

13   that time.   And he was the one that said I will help you and I

14   will send you to my friend or my associate and that is what

15   happened.

16   Q.   About how long had you been in Canada when you first met

17   Adel Boumezbeur?

18   A.   The first days I am there.

19   Q.   Did you know someone in Canada named Mohamed Omary?

20   A.   Yes.

21   Q.   When did you first meet Mohamed Omary?

22   A.   I do not recall.

23   Q.   Did someone introduce you to Mohamed Omary?

24   A.   No, I do not recall.

25   Q.   Did you know someone in Canada named Abdallah Ouzghar?

1    A.   Yes.

2    Q.   How long had you been in Canada when you met Abdallah

3    Ouzghar?

4    A.   I didn't have any relationship.  I didn't meet him

5    official.  I just saw him just casually.

6    Q.   About how long had you been in Canada when you first saw

7    him?

8    A.   I met him in the mosque.

9    Q.   At which mosque?

10   A.   The Salaam mosque.  I don't recall.  It's Salaam or Sunna.

11   I don't have any relationship with him whatsoever.

12   Q.   You know someone in Canada name Mourad Ikhlef?

13   A.   Yes.

14   Q.   When did you first meet Mourad Ikhlef?

15   A.   I met him at Adel's.

16   Q.   About how long had you been in Canada when you first met

17   Mourad Ikhlef?

18   A.   Also in the first days I was there.

19   Q.   So when you say that you met him at Adel's, you mean the

20   apartment on Delormier?

21   A.   No, no, in another house.

22   Q.   Someplace where Adel lived before?

23   A.   Yes.

24   Q.   Do you remember where that was?

25   A.   Bourassa.

1   Q.  Did anyone introduce you to Mourad Ikhlef?

2   A.  No.

3   Q.  Do you also know Nabil Ikhlef?

4   A.  Yes.

5   Q.  Are he and Mourad brothers?

6   A.  Yes.

7   Q.  When did you first meet Nabil Ikhlef?

8   A.  In Delormier.

9   Q.  Did someone introduce you to Nabil?

10  A.  No.

11  Q.  Do you know someone referred to as Noureddine al Maghrebi?

12  A.  Yes.

13  Q.  Do you know Noureddine's last name?

14  A.  No.

15  Q.  Does Noureddine have a brother?

16  A.  Yes.

17  Q.  What is his brother's name?

18  A.  Omar.

19  Q.  You referred to him as Omar al Maghrebi?

20  A.  I call him Omar only.

21  Q.  When did you first meet Noureddine al Maghrebi?

22  A.  I do not recall.

23  Q.  Did someone introduce you to him?

24  A.  No.  He knows Karim.  Karim is the one who knows him.

25  Q.  Again, when you say Karim, you mean Said Atmani?

1   A.   Yes.

2   Q.   How did you first meet Noureddine's brother Omar?

3   A.   I do not recall.

4   Q.   When did you first meet Abdelmajid Dahoumane.

5   A.   In Montreal.

6   Q.   About how long had you been in Montreal when you met him?

7   A.   About probably 2 years.

8   Q.   How did you meet Abdelmajid?

9   A.   I do not recall exactly.

10  Q.   Did someone introduce you?

11  A.   I do not recall.  I remember Abdelmajid came first to

12  Vancouver the first time, then he came to Montreal and then we

13  met him there but I do not remember the occasion.  He knows

14  Mustapha and others but I do not remember the exact location.

15  Q.   Before you left Canada to go to Afghanistan, as far as you

16  know, who among the people you knew in Canada had any contacts

17  in Afghanistan or Pakistan?

18  A.   Abderaouf.

19  Q.   What is Abderaouf's last name?

20  A.   Hannachi.

21  Q.   Anyone else?

22  A.   I think Sofiane because also he was in Afghanistan and he

23  has a contact.

24  Q.   What is Sofiane's full name?

25  A.   I do not know.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   Q.   I am showing you two photographs that have been marked as

2   Government Exhibits 3 and 4.

3        Do you recognize the person in Government Exhibit 3?

4   A.   Yes, that is Abderaouf Hannachi.

5   Q.   Do you recognize the person in Government Exhibit 4?

6   A.   Yes.

7   Q.   Who is that?

8   A.   Sofiane.

9   Q.   Besides Abderaouf Hannachi and Sofiane, did you know

10  anyone else in Canada who had been to Afghanistan or who might

11  have had connections in Afghanistan or Pakistan?

12  A.   I do not know.

13  Q.   When did you first learn that Abderaouf Hannachi had first

14  been in Afghanistan?

15  A.   I do not recall.

16  Q.   How did you first meet Hannachi?

17  A.   I do not recall.

18  Q.   About how long had you been in Canada when you first met

19  Hannachi?

20  A.   About 3 years.

21  Q.   Did someone introduce you to him?

22  A.   I do not remember.

23  Q.   When did you first learn that Sofiane had been in

24  Afghanistan?

25  A.   I heard it in Afghanistan.

1    Q.   So that the record is clear, you are saying that you

2    personally were in Afghanistan when you learned that fact?

3    A.   No, in Montreal I know that Sofiane was in Afghanistan.

4    When Sofiane after his return from Afghanistan to Canada, then

5    I heard that he was in Afghanistan.

6    Q.   When did Sofiane return from Afghanistan to Canada?

7    A.   I do not recall exactly when.

8    Q.   Can you estimate?

9    A.   It's like the summer months.

10   Q.   Of which year?

11   A.   I think it was '97.

12   Q.   Is that the year before you left to go to Afghanistan?

13   A.   Yes.

14   Q.   How did you first meet Sofiane?

15   A.   I do not remember.

16   Q.   Had you known Sofiane before he went to Afghanistan?

17   A.   Yes.

18   Q.   Before Sofiane went to Afghanistan, did you know that that

19   is where he was going?

20   A.   No, I didn't know.

21   Q.   How did you first meet Sofiane?

22   A.   I do not remember.

23   Q.   Do you remember if someone introduced you to him?

24   A.   I do not remember exactly.

25   Q.   After Hannachi returned from Afghanistan to Canada, do you

1    know whether he was still in contact with anyone in

2    Afghanistan or Pakistan?

3    A.   I do not know.

4    Q.   After Sofiane returned from Afghanistan to Canada, was he

5    in contact with anyone in Afghanistan or Pakistan?

6    A.   I do not know.

7    Q.   What did Hannachi ever tell you about his activities in

8    Afghanistan?

9    A.   What do you mean?

10   Q.   Did Hannachi ever tell you anything about what he had done

11   in Afghanistan?

12   A.   He told me that he went to through training but he didn't

13   talk about training or anything.

14   Q.   Did Hannachi ever tell you what camp or camps he had

15   trained at?

16   A.   Khalden.  He didn't mention to me the word Khalden.  From

17   my deduction or understanding I got it to be that.  Khalden, I

18   never knew that before.  I know he went to Afghanistan but I

19   didn't know the word Khalden until I went myself to

20   Afghanistan.  I know that he was in Afghanistan but where he

21   was trained and what kind of training, I didn't know.

22   Q.   So it's only your opinion that he was at Khalden, correct,

23   he never said that to you?

24   A.   Yes.

25   Q.   And what led you to that opinion?  Was it the type of

1    training that he had?

2    A.   He never told me much about that at all.

3    Q.   So what led you to believe that he had been at Khalden?

4    A.   Because when you go to Afghanistan they normally go to

5    Khalden so I got the idea that he went to Afghanistan so he

6    went to Khalden.

7    Q.   While you were at Khalden, did you ever meet anyone who

8    knew Hannachi?

9    A.   Yes, some.

10   Q.   Who was that?

11   A.   Tunisians.

12   Q.   What were their names?

13   A.   I do not recall the names but there were members there

14   that they know Hannachi.

15   Q.   Were these Tunisians students?  Were they receiving

16   training at Khalden while you were there?

17   A.   Yes, they were in training.

18   Q.   Do you know what part of Tunisia they were from?

19   A.   No.

20   Q.   Had they been living in Tunisia before they came to

21   Khalden or had they been living somewhere else?

22   A.   I do not know exactly from what direction they came from.

23   Each one came from probably a different place.

24   Q.   Did Hannachi ever tell you anything specific about his

25   experience in Afghanistan?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

34

1   A.   I do not recall.

2   Q.   Did he tell you how long he was there?

3   A.   No, he didn't.

4   Q.   Did he tell you the names of any people who he had been in

5   contact with there?

6   A.   He knows Abu Zoubeida.

7   Q.   Anyone else?

8   A.   And also members of the Tunisians.

9   Q.   Do you remember any of the names that Hannachi mentioned

10   to you?

11   A.   He never told me their names.

12   Q.   Did he ever tell you anything that they were called, any

13   camp names or nicknames?

14   A.   I do not recall.  I am sorry.  I remember Abu Zoubeida for

15   sure.

16   Q.   Did Sofiane ever tell you anything about his time in

17   Afghanistan?

18   A.   No, never.

19   Q.   Did he ever mention any names of anyone who he was in

20   contact with in Afghanistan?

21   A.   No, I do not recall.

22   Q.   Do you know where in Afghanistan Sofiane was?

23   A.   He didn't tell me but I also assume it is Khalden.

24   Q.   A few minutes ago you said something like when people went

25   to Afghanistan they normally went to Khalden camp.

1    A.   Most of them they go to Khalden, yes.

2    Q.   Why is that, do you know?

3    A.   Khalden is the reception camp for new recruits.

4    Q.   I am going to remind you of the names of some people who

5    we have already talked about today and my question is while

6    those people were in Canada if they had any contacts in

7    Europe.  So it's the same question for all of these people.

8         Fateh Kamel.

9    A.   Yes, I think he has.

10   Q.   In what countries in Europe?

11   A.   I do not know.  But I know he knows people in Europe.

12   Q.   What makes you think that Kamel knew people in Europe?

13   A.   I do not recall.  I know that he knows some people in

14   Europe.

15   Q.   How about Mustapha Labsi?

16   A.   He doesn't.

17   Q.   Karim or Said Atmani?

18   A.   He does not know.

19   Q.   You are saying, in your answer you meant that Karim does

20   not know, right?

21   A.   Yes, Karim doesn't know and also I don't know whether he

22   knows or not.

23   Q.   Let me try it this way, and tell me if this is true:  As

24   far as you know, Karim does not have any contacts in Europe?

25   A.   His brother lives in Belgium.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

36

1    Q.   What is Karim's brother's name?

2    A.   Abdessamad.

3    Q.   Do you know in which part of Belgium Abdessamad lives?

4    A.   No, I don't know.

5    Q.   Do you know whether his family name is also Atmani?

6    A.   I don't know.   I am not sure.

7    Q.   Does Karim have any other contacts in Europe besides his

8    brother?

9    A.   He has some contact in Bosnia.

10   Q.   Do you know the names of anyone who he is in contact with

11   or was in contact with in Bosnia?

12   A.   Abdel Barr.

13   Q.   Do you know the names of anyone else who Karim was in

14   contact with in Bosnia?

15   A.   I do not recall any but I know he knows lots of people in

16   Bosnia but I don't know their names.

17   Q.   Do you know where in Bosnia was Abdel Barr?

18   A.   No.

19   Q.   Does Adel Boumezbeur have any contacts in Europe?

20   A.   No, he doesn't.   Only his family.

21   Q.   What part of Adel's family is in Europe?

22   A.   His sister is in Britain.

23   Q.   Does Mohamed Omary have any contacts in Europe?

24   A.   I do not know.

25   Q.   Does Abdallah Ouzghar have any contacts in Europe?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   A.   I do not know.

2   Q.   Does Mourad Ikhlef have any contacts in Europe?

3   A.   No, he doesn't.

4   Q.   Does Nabil Ikhlef have any contacts in Europe?

5   A.   No.

6   Q.   Do you know whether any members of the Ikhlef family live

7   in France?

8   A.   Yes.

9   Q.   Who?

10  A.   Ikhlef Mourad's cousin.

11  Q.   Do you know his name?

12  A.   No, I don't.

13  Q.   Do you know where in France?

14  A.   No, I don't.

15  Q.   Does Noureddine al Maghrebi have any contacts in Europe?

16  A.   No, I don't know.

17  Q.   How about his brother Omar, does he have any contacts in

18  Europe?

19  A.   I don't know.

20  Q.   Does Abdelmajid Dahoumane have any contacts in Europe?

21  A.   No, he doesn't.

22          THE INTERPRETER:  I am sorry, I need to clarify.

23  When you say "no, I don't know" or "no, I don't have no

24  knowledge" I don't know the Arabic meaning is that I don't

25  know he has a contact or I don't know -- you understand what I

1    am saying?  So I want to verify if you don't mind.

2              MS. BAKER:  All right.

3              THE INTERPRETER:  I verified it with him.  So you

4    want to repeat the last few names just to be sure?

5              MS. BAKER:  Sure.

6              THE INTERPRETER:  I am sorry.

7    Q.  As far as you know, besides the cousin somewhere in France

8    does Mourad or Nabil Ikhlef have any contacts in Europe?

9    A.  I do not know.

10   Q.  Does Noureddine al Maghrebi have any contacts in Europe?

11   A.  I do not know.

12   Q.  Does his brother Omar have any contacts in Europe?

13   A.  I do not know.

14   Q.  You said a minute ago that you thought that Mourad Ikhlef

15   had a cousin in France.

16   A.  Yes.

17   Q.  Do you know whether it was his cousin or his brother?

18   A.  His cousin.

19   Q.  From the time that you arrived in Canada in about February

20   1994 until when you left to go to Afghanistan in early 1998,

21   were you in contact with anyone in France?

22   A.  No, I didn't.  I know Benyahya and that is all that I know

23   there.

24   Q.  In about 1996, did you have any contact with anyone living

25   in Roubaix in the north of France?

1   A.   No, I don't.

2   Q.   From when you arrived in Canada in about February of 1994

3   until you left for Afghanistan in early 1998, did you travel

4   outside Canada anywhere?

5   A.   No.

6           MS. BAKER:  Back why don't we go ahead and break now

7   so the witness can pray and we can come back.

8           Let's resume at 2 o'clock.

9           (Luncheon recess)

10          (Continued on next page)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

```
 1              AFTERNOON SESSION.

 2                  2 p.m.

 3      BY MS. BAKER:

 4      Q.  I understand that you have remembered something else in

 5      connection with a question that you were asked this morning.

 6      A.  The question when you asked me do you have any contact

 7      with any people in France in 1996, yes, I contacted someone in

 8      Roubaix once or twice.

 9      Q.  Who is that?

10      A.  I know his name only as Abdullah.

11      Q.  You say that you only knew him as Abdullah?

12      A.  Yes.

13      Q.  What can you tell us about him?  Who was he?

14      A.  He came to Malicorne and he want to come to seek a

15      passport for Abdel Barr who was in Turkey.  And that is where

16      I met him.

17      Q.  I am showing you Government Exhibit 5, which is copies of

18      two photographs of the same person.

19              Do you recognize the person in those photographs?

20      A.  No.  If you have a better quality picture maybe.

21      Q.  Was there a time before you left Canada to go to

22      Afghanistan, sometime before that, when you went to Vancouver

23      with Mustapha Labsi and Karim?

24      A.  I went with Karim but I do not recall if Labsi was with

25      us.
```

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

41

1   Q.   And do you know when that was?  Can you estimate?

2   A.   You mean Vancouver?

3   Q.   Yes.

4   A.   '96.

5   Q.   Was the purpose of that trip to steal from tourists?

6   A.   Yes.

7   Q.   Who went on that trip as far as you can remember besides

8   you and Karim?

9   A.   Said Khazmi too.

10  Q.   As far as you know, during that trip did any of you at any

11  time cross into the United States?

12  A.   No, never.

13  Q.   Why did you decide to leave Canada to go for training in

14  Afghanistan?

15  A.   One, for training, to join jihad.  That is it.

16  Q.   What made you decide that you wanted to participate in

17  jihad?

18  A.   As a Muslim it's one of the duties for you to be part of

19  jihad.

20  Q.   Was there anyone who you spoke with who gave you the idea

21  or who encouraged you to join or to want to join jihad and

22  receive training?

23  A.   In the beginning I have an openness and then I was

24  influenced much by Said Atmani and as the time progressed I

25  was more convinced of that particular path.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   Q.  Other than Atmani, was there anyone else who influenced

2   you or encouraged you in this this way of thinking?

3   A.  No, actually nobody and even with the other influence it

4   was my own initiative.  I was personally convinced.  But the

5   first person who was sharing with me much information about

6   jihad was said Atmani.

7   Q.  Why was it that Atmani rather than anyone else influenced

8   you in this way?  What about him or what he said?

9   A.  He was one of the only people that was sharing that kind

10  of information with me.

11  Q.  What, if anything, had Atmani told you about his

12  experience in Afghanistan?

13  A.  He was not in Afghanistan.

14  Q.  What, if anything, had Atmani told you about his

15  experience in jihad?

16  A.  He never told me much about it.  He told me that he was in

17  Bosnia.  He was mujahid, and he was talking much about jihad

18  and why people should join jihad.

19  Q.  What did he say about why people should join jihad?

20  A.  I do not recall exactly.  I do not recall exactly.

21  Q.  Who put you in contact with the person or persons who you

22  contacted in Pakistan for help in getting to Afghanistan?

23  A.  Abderaouf was the one for communication or for contact.

24  Q.  And who did Abderaouf contact on your behalf or whose

25  information did he give to you?

1   A.   With Abu Zoubeida.

2   Q.   Did you have any contact with Abu Zoubeida before you

3   arrived in Pakistan?  For example, before you left Canada, did

4   you speak on the telephone with Abu Zoubeida?

5   A.   No, I didn't.  But in Pakistan I contacted him.

6   Q.   I am going to ask you for some of the details about your

7   trip getting to Afghanistan.

8   A.   Yes.

9   Q.   From where in Canada did you leave?

10  A.   From Toronto.

11  Q.   From Toronto where did you go?

12  A.   Germany.

13  Q.   Where in Germany?

14  A.   Frankfurt.

15  Q.   Did you fly directly from Toronto to Frankfurt?

16  A.   Yes.

17  Q.   Did you fly eventually to Pakistan?

18  A.   From Germany we have a transit at one location, I think it

19  was perhaps the United Arab Emirates, and from there I went

20  straight to Pakistan.

21  Q.   Had that whole trip from Toronto to Pakistan all been

22  arranged before you left Canada?

23  A.   I organized it by myself.

24  Q.   Okay.  But my question is did you make all of the flight

25  arrangements to get from Toronto all the way to Pakistan

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

44

1   before you left Canada or did you make some of the other

2   arrangements along the way?

3   A.   All from Canada.

4   Q.   About how much did it cost for the whole trip from Toronto

5   to Pakistan?

6   A.   You mean in time?

7   Q.   No, in money.

8   A.   About 1500.

9   Q.   Where did you get that money?

10  A.   I got them.

11  Q.   From whom did you get the money?

12  A.   By myself.

13  Q.   What did you do to get $1500?

14  A.   We stole at several locations.

15  Q.   Did anyone give you any money to use for this trip to

16  Afghanistan?

17  A.   No.

18  Q.   How long did it take you to get from Canada, from Toronto,

19  to Pakistan?

20  A.   I do not recall, but maybe a day.  I left on the 17th and

21  then I landed on the 18th over there.

22  Q.   When you say the 17th, do you mean the 17th of March,

23  1998?

24  A.   Yes.

25  Q.   Under what name were you traveling when you made this

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1    trip?

2    A.   Benni Noris.

3    Q.   You had a Canadian passport in the name Benni Noris?

4    A.   Yes.

5    Q.   About when did you get that passport?

6    A.   At the end of 1997 or maybe even the beginning of '98.

7    Q.   Who assisted you in getting that passport?

8    A.   Abdelmajid.

9    Q.   Was anyone else involved in any way?

10   A.   Abdelmajid and a black African individual.

11   Q.   Do you know the name of the African individual?

12   A.   No, I don't.

13   Q.   Did you deal with him yourself at all or did Abdelmajid

14   deal with him?

15   A.   Abdelmajid was dealing with him and I dealt with him once.

16   Q.   In these last few answers when you said Abdelmajid, were

17   you referring to Dahoumane?

18   A.   Yes.

19   Q.   Let's go back to your trip into Afghanistan.

20        When you first arrived in Pakistan, in which city

21   were you?

22   A.   Karachi.

23   Q.   Did you contact anyone while you were in Karachi?

24   A.   Yes.

25   Q.   Who did you contact?

1    A.   Abu Zoubeida.

2    Q.   What did Abu Zoubeida tell you or what was the result of

3    that contact?

4    A.   I do not remember the details but I remember one statement

5    that he said that when you get to Islamabad you will contact

6    me from there.

7    Q.   While you were in Karachi, did you contact anyone else

8    besides Abu Zoubeida?

9    A.   In Karachi I do not recall for sure.

10   Q.   From Karachi did you go next to Islamabad?

11   A.   Yes.

12   Q.   How long were you in Karachi?

13   A.   One night only.

14   Q.   Where did you stay in Karachi?

15   A.   In a hotel.

16   Q.   How did you choose the particular hotel?

17   A.   I found the hotel and I just stayed there one night.

18   Q.   Did Abu Zoubeida direct you to that particular hotel or

19   did you choose it on your own?

20   A.   My choice.

21   Q.   How did you get from Karachi to Islamabad?

22   A.   By plane.

23   Q.   Under what name did you travel from Karachi to Islamabad?

24   A.   It is a local flight and they don't require a name.

25   Q.   When you got to Islamabad, who did you contact?

1  A.  I called Abu Zoubeida.

2  Q.  When you arrived in Pakistan, did you already have a

3  telephone number for Abu Zoubeida?

4  A.  Yes.

5  Q.  Who had given you that telephone number?

6  A.  Abderaouf.

7  Q.  Hannachi?

8  A.  Yes.

9  Q.  As you sit here today, do you remember the telephone

10  number?

11  A.  No.

12  Q.  So we had reached the point where you were in Islamabad

13  and you contacted Abu Zoubeida again.

14  A.  Yes.

15  Q.  What did he tell you?

16  A.  I do not recall the conversation.

17  Q.  As a result of speaking with him what did you do next?

18  A.  I went to Peshawar.

19  Q.  How long did you stay in Islamabad before you went to

20  Peshawar?

21  A.  One night.

22  Q.  Where did you stay in Islamabad?

23  A.  In Islamabad I stayed in a hotel.

24  Q.  Did you choose the hotel on your own or did Abu Zoubeida

25  direct you to it?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

48

1    A.   Abu Zoubeida was with me.

2    Q.   All right.  I didn't get that part clearly.

3         Was Abu Zoubeida already in Islamabad, if you know,

4    or did he come there to meet you?

5    A.   He was there.

6    Q.   Where in Islamabad did you meet up with Abu Zoubeida?

7    A.   In the front of the hotel.

8    Q.   Was anyone else with Abu Zoubeida?

9    A.   Yes.

10   Q.   Who else?

11   A.   He had one Algerian individual.

12   Q.   Do you know any part of the name or any nickname for that

13   Algerian?

14   A.   From what I heard they call him Abdullah.

15   Q.   Did the three of you -- you, Abu Zoubeida and Abdullah --

16   stay together in a hotel in Islamabad?

17   A.   Yes.

18   Q.   Just for one night?

19   A.   As to what I remember, yes, one night.

20   Q.   Did the three of you leave Islamabad together?

21   A.   I left alone by myself.

22   Q.   Where did you go next after Islamabad?

23   A.   I went to Peshawar.

24   Q.   How did you get from Islamabad to Peshawar?

25   A.   It's by bus.

1   Q.  What did you do when you got to Peshawar?

2   A.  I went there and there was someone by the name Abu Jaffar

3   who was waiting for me.

4   Q.  Was he right at the place where you got off the bus or did

5   you have to go somewhere to meet him?

6   A.  I have to meet him in another place.

7   Q.  How did you know where to go to meet Abu Jaffar?

8   A.  Abu Zoubeida told me where to meet him.

9   Q.  Where, at what kind of place did you meet Abu Jaffar?

10  A.  In the front of a pizza parlor place.

11  Q.  Do you know any part of Abu Jaffar's true name?

12  A.  No, I don't.

13  Q.  Do you know any other name for him besides Abu Jaffar?

14  A.  No, I don't.

15  Q.  What nationality is he?

16  A.  I think he is an Iraqi.

17  Q.  Do you know where Abu Jaffar was living at that time?

18  A.  No, I don't know.

19  Q.  Do you know in which city he was living?

20  A.  I don't know.  Maybe in Peshawar, but I am not sure.

21  Q.  When you met up with Abu Jaffar was anyone else with him?

22  A.  No.

23  Q.  Up to this point, from when you left Canada up to this

24  point when you are in Peshawar, was anyone else traveling with

25  you for any of the trip?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   A.  All by myself.

2   Q.  When you left Islamabad, did Abu Zoubeida stay there in

3   Islamabad?

4   A.  Yes.

5   Q.  Do you know whether Abu Zoubeida had a house in Islamabad

6   at that time?

7   A.  I do not know.

8   Q.  When you were leaving Abu Zoubeida in Islamabad, had you

9   made any plans to meet up with him again anywhere else?

10   A.  No.

11   Q.  After you met Abu Jaffar in front of the pizza place, what

12   happened?  Where did you go?

13   A.  We went to a house.

14   Q.  What kind of house?

15   A.  It's a house for young men.

16   Q.  Young men who are traveling into or out of Afghanistan?

17   A.  Yes.

18   Q.  Who runs the house?

19   A.  Abu Zoubeida.

20   Q.  Is the house in Peshawar?

21   A.  Yes.

22   Q.  Do you know where in Peshawar it's located?  .

23   A.  No, I don't.

24   Q.  Did you stay at that house?

25   A.  Yes.

1   Q.   For how long did you stay at that house?

2   A.   I think two weeks.

3   Q.   Who else was at that house in Peshawar during the two

4   weeks that you were there?

5   A.   There were young men there.

6   Q.   Do you remember any names or nicknames of any of them?

7   A.   Abu Ruwah, somebody by the name of Abderrahman.   These are

8   the two that I remember.

9   Q.   What nationality was Abu Ruwah?

10   A.   I think he is Moroccan.

11   Q.   And was he on his way into Afghanistan or was he on his

12   way out from Afghanistan?

13   A.   He was an assistant for Abu Zoubeida staying at that

14   particular house.

15   Q.   Meaning he wasn't just passing through, he basically

16   worked there at that house?

17   A.   He was living there.   He was not getting in or leaving

18   out.

19   Q.   What did he do for Abu Zoubeida?

20   A.   He will help him in his affairs.

21   Q.   In what way?   By doing what kinds of things?

22   A.   He will be in charge of the house and the young men there.

23   Q.   What nationality was Abderrahman?

24   A.   German.

25   Q.   He was not Arabic, he was a German who had converted to

52

1   Islam?

2   A.   Yes.

3   Q.   And why was he at the house?

4   A.   I do not know.

5   Q.   Do you know if he was on his way into Afghanistan or on

6   his way back out?

7   A.   It looks like he was getting out of Afghanistan.

8   Q.   Do you know what part of Germany he was from?

9   A.   No, I don't.

10  Q.   Do you know if he was on his way back to Germany?

11  A.   I do not know.

12  Q.   Was Abu Ruwah the person running the house or in charge of

13  the house?

14  A.   The main director of that house is Abu Zoubeida.

15  Q.   Right, but was Abu Zoubeida there himself taking care of

16  things?

17  A.   Who are you talking about?

18  Q.   Abu Zoubeida.  Did he stay there regularly and take care

19  of the house himself?

20  A.   Sometimes he comes and stays in it and sometimes he

21  travels out of it.

22  Q.   While you were staying in the house, was Abu Jaffar

23  staying there?

24  A.   No.

25  Q.   Did Abu Jaffar have his own house somewhere in Peshawar?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1    A.   I do not know.

2    Q.   After you met up with Abu Jaffar in front of the pizza

3    place and you went to this guest house, did you see Abu Jaffar

4    again while you were in Peshawar?

5    A.   I met him one time in the house of Abu Zoubeida.

6    Q.   In this house where you were staying?

7    A.   Yes.

8    Q.   So he came there again one day during the two weeks that

9    you were staying there?

10   A.   He came to the house.  He didn't come for like a

11   particular visit.

12   Q.   After the two weeks that you spent in Peshawar, what

13   happened?

14   A.   I entered Afghanistan.

15   Q.   How did you get from Peshawar into Afghanistan?

16   A.   I went there by bus and then I went in a mountain area and

17   then I entered Jalalabad.

18   Q.   When you left from the guest house in Peshawar, were you

19   alone or was anyone with you?

20   A.   When I left Peshawar I had two people with me.

21   Q.   Who were they?

22   A.   I had a guide or a scout for the route.

23   Q.   A guide?

24   A.   A guide, scout.  He is an Afghani.  And I had also one

25   person from the Arabian peninsula, I think from Saudi Arabia.

54

1    Q.  Do you remember any name or nickname for this man from the

2    Arabian peninsula?

3    A.  No.

4    Q.  Was he also heading for one of the camps?

5    A.  I do not know.

6    Q.  At the time that you left Peshawar, did you know your

7    ultimate destination?  Did you know which camp you were going

8    to?

9    A.  No, I didn't.

10   Q.  You said when you first left Peshawar you were on a bus.

11   A.  Yes.

12   Q.  Where did the bus let you off, do you know?

13   A.  No, I do not know.

14   Q.  Then you said you were in a mountainous area?

15   A.  Yes.

16   Q.  How did you get through the mountains?

17   A.  I have the Afghani as a guide and I have the Saudi with

18   me.

19   Q.  Did you walk or were you in some kind of vehicle?

20   A.  On foot.

21   Q.  And did you walk all the way to Jalalabad?

22       When you came out of the mountains did you keep

23   walking until you got to Jalalabad?

24   A.  When we get closer to Jalalabad, we found a little car and

25   it took us to the house.

1   Q.   Was it still the three of you together at that time?

2   A.   Yes.

3   Q.   To what house in Jalalabad did you go?

4   A.   It's another guest house there, another house.

5   Q.   Who is responsible for this guest house?

6   A.   It was an Afghani person.

7   Q.   Are you saying that that is the person who was there

8   running the house?

9   A.   Yes, he was an Afghani guide taking care of the place.

10  Q.   Was Abu Zoubeida ultimately the person responsible for

11  this house?

12  A.   Yes.  It looks like that.

13  Q.   How long did you stay in this guest house in Jalalabad?

14  A.   One night.

15  Q.   While you were at this house in Jalalabad, who else was

16  there?

17  A.   There were also young men there.

18  Q.   Do you remember the names or nicknames of any of them?

19  A.   I do not recall.

20  Q.   Do you remember the name or nickname of the Afghani who

21  ran the house?

22  A.   I think it was Mouhad.

23  Q.   What happened next after you spent one night at this house

24  in Jalalabad?

25  A.   Another Afghani guided me to Khalden.

56

1    Q.   How did you get from Jalalabad to Khalden, on foot or in

2    some kind of vehicle?

3    A.   By car.  We went there the first day and we stayed in this

4    town for one night and from there we took another car the next

5    day and we got to Khalden.

6    Q.   Do you know the name of the town in which you spent the

7    night?

8    A.   No, I don't.

9    Q.   Was it Kwost?

10   A.   No.

11   Q.   At what kind of place did you stay overnight in that town?

12   A.   It's a town between Kwost and Kabul, but I don't know the

13   name of that town.

14   Q.   At what kind of place in the town did you spend the night?

15   A.   I stayed in this place, you cannot even call it as a

16   hotel.  In Afghanistan there are no hotels.  This is a small

17   town and it was night and cars, they do not like to drive at

18   night, so we have to stay one night there and we continued the

19   next day.

20   Q.   Do you know, was the town very close to the line where the

21   Northern Alliance was in Afghanistan?

22   A.   I do not know.  I don't know Afghanistan by then or

23   anything about it.  I remember only that it was somewhere in

24   between Kwost and Kabul.

25   Q.   We would like you to describe as much as you can the

1    relationship between Abu Zoubeida and Abu Jaffar, including,

2    for example, if one is the boss of the other.

3    A.  I don't know details about this.

4    Q.  Well, what was your belief based on the dealings that you

5    had with both of them?

6    A.  I concluded that the boss or the one in charge was Abu

7    Zoubeida, but what kind of associations they have, I wouldn't

8    know.  And it's a matter that I didn't see one except for one

9    time so I was unable to draw many conclusions.

10   Q.  Which one did you only see one time?

11   A.  Abu Jaffar.

12   Q.  Can you explain what responsibilities each of them had or

13   what kinds of tasks they would perform?

14   A.  I do not know.

15   Q.  Well, again, based on your dealings with them or what you

16   heard about them from other people, even though you may not

17   know everything, what were the things that you saw or that you

18   learned about?

19   A.  For Abu Jaffar or what I know, that is the man that is

20   going to receive me in the front of the pizza parlor and from

21   there he will take me to the guest house, but what kind of

22   dealings, what kind of associations they had, I don't know.

23   There are either many things that people wouldn't know these

24   associations.

25   Q.  From the things that you have said in interviews in the

58

1   past both Abu Zoubeida and Abu Jaffar had some involvement

2   with helping people who wanted training to travel into and out

3   of Afghanistan, correct?

4   A.   Abu Zoubeida is the one that is in charge of that.   All

5   the ones who enters through Afghanistan they have to go

6   through Abu Zoubeida, that is what I said.   Abu Zoubeida would

7   be the one that will help to get in and out of Afghanistan.

8   Q.   What about decisions about who goes to which camps in

9   Afghanistan, are Abu Zoubeida or Abu Jaffar involved in those

10  decisions?

11  A.   From all what I observed that Abu Zoubeida is the one

12  person that will make these decisions.

13  Q.   What about if someone needs papers in order to get into or

14  out of Afghanistan and Pakistan?

15  A.   Abu Zoubeida also is the one who will do that.

16  Q.   Does Abu Jaffar have any involvement with that, with false

17  papers?

18  A.   I do not know.

19  Q.   What about the movement of money to support people going

20  into and out of Afghanistan and the guest houses and the

21  camps?

22  A.   Abu Zoubeida is the top guy.

23  Q.   Is Abu Jaffar involved at all with the money?

24  A.   I do not know.   I don't know who controls the money

25  affairs.

59

1    Q.  Do you know more than one person called Abu Jaffar?

2    A.  There is Abu Jaffar al-Jaza'iri.

3    Q.  Thank you.  Okay.

4        Does Abu Jaffar al-Jaza'iri assist Abu Zoubeida or

5    work with Abu Zoubeida in any way?

6    A.  Yes, there was association between them and in terms of

7    also helping to assist people to go to Afghanistan.

8    Q.  I apologize because I didn't understand that there were

9    two different Abu Jaffars.

10   A.  Yes.

11   Q.  So I want to make sure now that I understand when you met

12   a person in Peshawar called Abu Jaffar, that was the one from

13   Iraq or who you think might be from Iraq?

14   A.  Yes.

15   Q.  Abu Jaffar al-Jaza'iri, do you know any part of his true

16   name or any other name for him?

17   A.  No.

18   Q.  Do you know where he was located, in which city and

19   country?

20   A.  He was in Afghanistan and sometimes in Pakistan.

21   Q.  You just said that Abu Jaffar al-Jaza'iri was in

22   Afghanistan and Pakistan.

23   A.  Yes.

24   Q.  In which city or cities did he spend his time?

25   A.  I really do not know.

1   Q.   Did you see Abu Jaffar al-Jaza'iri while you were in

2   Afghanistan or Pakistan?

3   A.   I saw him once in Afghanistan.

4   Q.   Where were you in Afghanistan when you saw him?

5   A.   I do not recall.

6   Q.   If I remember the sequence of events correctly, and I am

7   sure we will go through it, you were in Khalden, then

8   somewhere in between, then a Kurdish camp, then somewhere

9   else, then Deronta.

10  A.   Yes.

11  Q.   But you don't remember where or in which of those places

12  you were when you saw Abu Jaffar al-Jaza'iri?

13  A.   I think it was Jalalabad.

14  Q.   I am showing you a photograph that has been marked as

15  Government Exhibit 6.  Do you recognize the person in that

16  photograph?

17  A.   No.

18  Q.   Abu Jaffar al-Jaza'iri, did you only see him that one time

19  in Afghanistan or did you ever see him again?

20  A.   I do not recall for sure.

21  Q.   I am showing you Government Exhibit 7, which is two

22  photographs of the same person.

23  A.   This one is Abu Zoubeida.

24  Q.   So that the record is clear, are you pointing to the

25  photograph at the top of the page?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

61

1    A.  Yes.

2    Q.  Do you know any other name for Abu Zoubeida?

3    A.  No, I do not recall.  I heard them calling him also by the

4    name Tariq.

5    Q.  When you dealt with Abu Zoubeida, what name did you use

6    for yourself?

7    A.  Nabil.

8    Q.  Did you ever tell Abu Zoubeida your true name?

9    A.  No, never.

10   Q.  As far as you know, did Abu Zoubeida ever learn your true

11   name from anyone else?

12   A.  No, I don't think so.

13   Q.  You testified earlier that you made the trip from Canada

14   to Pakistan using the passport in the name Benni Noris.   What

15   happened to that passport once you arrived in Pakistan?

16   A.  I took it with me to the inside, to the interior.

17   Q.  Did you take it all the way to Khalden or did you leave it

18   somewhere else?

19   A.  I took it first to Khalden, then I put it in a guest house

20   in Jalalabad.

21   Q.  Do you mean that when you finished your training at

22   Khalden and went back to Jalalabad you took it there?

23   A.  No, a long time before that.

24   Q.  At some point during your training at Khalden you made a

25   trip to Jalalabad?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   A.   I sent it to someone.

2   Q.   For what reason did you send your passport back to the

3   guest house in Jalalabad?

4   A.   For protection services or security, you know, there is no

5   safe place that you can put it in that particular camp and

6   preserve it and because especially you are staying a long time

7   there, you will be scared that it will be lost or damaged.

8   Q.   Do you recognize the name Zine El Abedin?

9   A.   Repeat the name.

10  Q.   Zine El Abedin.

11  A.   The one in Canada?

12  A.   This is the way it was given to me.

13  A.   No, I don't.

14  Q.   Do you recognize the name Omar Shabani?

15  A.   No.

16  Q.   I am told the way I asked you the name earlier was

17  incomplete.  And the complete name is Zine El Abedin Abu

18  Zoubeida.

19  A.   I know Abu Zoubeida.

20  Q.   Do you know one way or the other whether all of that is

21  the name of that Abu Zoubeida who you know?

22  A.   I do not know.

23  Q.   Abu Jaffar al-Jaza'iri, do you know if he was part or any

24  other nationality besides Algerian?

25  A.   I do not know.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1  Q.  Do you know whether Abu Jaffar al-Jaza'iri was married?

2  A.  Yes.

3  Q.  Do you know anything about his wife?

4  A.  No.

5  Q.  Do you know her nationality?

6  A.  No.

7  Q.  Do you know if she was with him in Afghanistan and

8  Pakistan or was she living somewhere else?

9  A.  I think he was married and she was with him there.

10  Q.  After Khalden camp, what was the next camp that you went

11  to?  And I know you might not have gone directly, but what was

12  the second camp?

13  A.  The Kurdish camp.

14  Q.  For how long were you at the Kurdish camp?

15  A.  Two to three weeks.

16  Q.  What was the next camp that you went to?

17  A.  Deronta.

18  Q.  Are you familiar with this name, Maktabul Khedamat?

19  A.  Where is that?  No, I don't.

20  Q.  You have not heard of any organization or network or group

21  using that name?

22  A.  No, I do not know.

23       MS. BAKER:  For the record, we tried two different

24  Arabic translations of similar words and the witness did not

25  recognize either.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1   Q.   The camp that you attended at Khalden, was Abu Zoubeida

2   ultimately responsible for that camp?

3   A.   Yes, this is what I know.   This is what I heard.

4   Q.   How about the Kurdish camp that you were at only for two

5   or three weeks, who was responsible for that camp?

6   A.   That one I do not know but I think it was mainly for the

7   Kurdish but who was the top person in charge, I do not know.

8   Q.   Do you know, are there any of the same people responsible

9   for or in charge of both the Khalden camp and the Kurdish

10  camp, or are they different?

11  A.   They were totally separate.

12  Q.   Was Abu Zoubeida also ultimately responsible for the camp

13  at Deronta that you attended?

14  A.   Yes.

15  Q.   Who was the emir of the camp at Khalden?

16  A.   I do not recall.

17  Q.   Do you know someone by the name of Ben Sheikh al-Libi?

18  A.   Yes.

19  Q.   And was he Libya, a Libby?

20  A.   I used to hear them saying that but I am not sure.

21  Q.   Did Ben Sheikh have any connection with the Khalden camp?

22  A.   Yes.

23  Q.   What was his connection with Khalden?

24  A.   He was a emir that was traveling and he will come back.

25  He would go and come back.

1   Q.  You just said that he was traveling and would come back.

2   Do you know where he was traveling to?

3   A.  I do not know.

4   Q.  The Ben Sheikh who was the emir of Khalden camp, had he

5   been wounded in any way?

6   A.  I do not know.  He didn't come much to the camp.  I saw

7   him maybe once or twice.

8   Q.  From when you saw him did it appear that he had suffered

9   any kind of injury?

10  A.  No, I didn't.

11  Q.  Do you recognize the name Abu Arith, also known as Akrima?

12  A.  I do not recall.

13  Q.  Who were the instructors at Khalden camp who you can

14  remember?

15  A.  One person Khalid the Palestinian, al Filistini, Abu

16  Mugirah, Jeran Nagerani, Nagerani Amani, I think.  It's either

17  Yemeni or Saudi, I am not sure.

18  Q.  You are saying Yemeni like from Yemen?

19  A.  Yes.

20          THE INTERPRETER:  Nagerani from Nageran.

21  Q.  Do you know any of the instructors at the Kurdish camp?

22  A.  Abu Anas, Daoud, and a person they call him Osama.

23  Q.  What nationality is Abu Anas?

24  A.  They are all Kurdish.

25  Q.  You also knew a different Abu Anas, right?

1    A.   There is Abu Anas al-Jaza'iri.

2    Q.   We will come back to that later.

3         Who were the instructors at Deronta?

4    A.   Assadullah.

5    Q.   Anyone else besides Assadullah?

6    A.   He was the chief trainer there.

7    Q.   How long was your training at Khalden?

8    A.   Four to five months.

9    Q.   Do you know an Algerian named Mohibullah?

10   A.   Yes.

11   Q.   From where do you know him?

12   A.   From Afghanistan.

13   Q.   From one of the camps?

14   A.   Yes.

15   Q.   Which one?

16   A.   Khalden.

17   Q.   Was he an instructor or was he studying at the camp?

18   A.   He was training there.  He was in training.

19   Q.   Do you know anyone called Abu Sleiman?

20   A.   Abu Sleiman, the Tunisi, is that the one?

21   Q.   Do you know more than one Abu Sleiman?

22   A.   This is the one I remember.

23   Q.   And from where do you know Abu Sleiman al Tunisi?

24   A.   From the camp.

25   Q.   Khalden or a different one?

1   A.   Khalden.

2   Q.   Was he an instructor or was he studying at the camp?

3   A.   He was in training.

4   Q.   Do you know anyone called Mustapha Maghrebi?

5   A.   Yes.

6   Q.   From where do you know Mustapha Maghrebi?

7   A.   From Khalden -- in Jalalabad, I am sorry.

8   Q.   When you were on your way into Khalden or after you had

9   been at Khalden?

10   A.   When I was returning.

11   Q.   Had Mustapha Maghrebi been at one of the camps?

12   A.   Yes.

13   Q.   Which one?

14   A.   Deronta.

15   Q.   You said earlier that Mohibullah was training at Khalden

16   while you were there?

17   A.   No, he was not a trainer, he was in training.

18   Q.   Right, I am sorry, that is what I meant.

19          Did you ever see Mohibullah again at the guest house

20   or a guest house in Jalalabad?

21   A.   I do not recall.

22   Q.   About how many people were at Khalden during the time that

23   you were training there?

24   A.   They will go up and they will go down.

25   Q.   Can you estimate about what was the largest number that

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

68

1   were there at any time while you were there?

2   A.  Approximately give an average of 70.

3   Q.  Were you still at Khalden at the time that the U.S.

4   embassies in Africa were bombed or had you left Khalden before

5   that?

6   A.  As to what I remember, I was there.

7   Q.  How did it come about that you left Khalden?  Who decided

8   when you would leave?

9   A.  I finished my training.

10  Q.  After the U.S. embassies in Africa were bombed the U.S.

11  retaliated in Afghanistan.  At the time of the U.S.

12  retaliation were you still at Khalden?

13  A.  Yes.

14  Q.  What happened?

15  A.  We were in high alert.

16  Q.  Did you stay in the camp or did you leave?

17  A.  We went up to the mountain region.

18  Q.  When the Americans retaliated everybody left Khalden camp

19  and went into the mountains, is that correct?

20  A.  Yes.

21  Q.  And after that did you return to Khalden and complete your

22  training?

23  A.  Yes.

24  Q.  Can you tell us besides the few names that have already

25  been mentioned, who else you remember who was receiving

1    training at Khalden during the time that you were there?

2    A.   I do not recall.  They were from all kinds of

3    nationalities.

4    Q.   You said a few minutes ago that you left Khalden because

5    you had completed the training.

6    A.   Yes.

7    Q.   Did anyone tell you that it was time to leave?

8    A.   No.

9    Q.   Did you contact anyone in order to make arrangements to

10   leave?

11   A.   No.

12   Q.   Where did you go next when you left Khalden?

13   A.   I went to Jalalabad.

14   Q.   Who made the arrangements for you to get from Khalden to

15   Jalalabad?

16   A.   Abu Zoubeida of course.  He was in charge.

17   Q.   Were you in contact with Abu Zoubeida at that time?

18   A.   No, I didn't.

19   Q.   Who did you personally deal with as far as the

20   arrangements for you to leave Khalden?

21   A.   I didn't go by myself.  We went as a group.

22   Q.   About how many people left Khalden at the same time?

23   A.   Seven or so.

24   Q.   Who else was part of that group?

25   A.   They had one from Qatar, one from Saudi Arabia.  I do not

1    recall their names.

2    Q.  You spent 2 days with those people, correct, because it

3    takes about 2 days to get from Khalden to Jalalabad?

4    A.  It's not 2 days.  It's overnight.

5    Q.  And you don't remember any parts of the names of any of

6    them?

7    A.  One is Khalid al Qatari I and there is one guy Abass from

8    Jazeera from the Arabian peninsula.

9    Q.  When you got to Jalalabad, where did you go?

10   A.  We stayed there that night and then I don't recall if it

11   was one night or more but after that we were transferred to

12   the Kurdish camp.

13   Q.  Did you stay at the same house in Jalalabad that you had

14   stayed at before?

15   A.  Yes.

16   Q.  While you were in Jalalabad, were you in contact with Abu

17   Zoubeida?

18   A.  No.

19   Q.  How did you know or who told you that you were going next

20   to the Kurdish camp?

21   A.  I am not sure if it is Ben Sheikh or Al Moutaz.

22   Q.  You just mentioned Al Moutaz for the first time.  Who is

23   Al Moutaz?

24   A.  He is Algerian.

25   Q.  And where was he located?

1   A.   He was in Afghanistan.

2   Q.   In what part of Afghanistan?

3   A.   In the beginning he was in Khalden and sometime later he

4   went to Jalalabad.

5   Q.   Do you know Al Moutaz's real name?

6   A.   No, I don't.

7   Q.   Do you know any name for him other than Al Moutaz?

8   A.   No, I don't.

9   Q.   What were his responsibilities or involvements with the

10  camps or jihad?

11  A.   He was in charge of the Algerians.

12  Q.   Can you explain what you mean by "in charge?"

13  A.   He was veteran a long time ago there and he is an older

14  individual and when there is a problem occurring for any of

15  the Algerians he will get involved with them.

16  Q.   From what you saw or heard what, if any, connection or

17  relationship was there between Al Moutaz and Abu Zoubeida?

18  A.   They were friends.  There is a professional relationship,

19  business relation between them.

20  Q.   Do you recognize this name, and I don't know if I am

21  pronouncing it correctly so then I will ask Walid to pronounce

22  it again for you, Laadjay Redovane.

23  A.   No, I don't know him.

24  Q.   I am showing you a copy of a photograph that has been

25  marked as Government Exhibit 8.  Do you recognize the person

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1    in that photograph?

2    A.   This is Al Moutaz.

3    Q.   Where in Afghanistan did you first meet Al Moutaz?

4    A.   In Khalden.

5    Q.   Before you met him in Khalden, had you had any

6    communications with him?

7    A.   No, never.

8    Q.   Do you know if Al Moutaz had ever been in Sweden?

9    A.   Yes, from what I heard.

10   Q.   What did you hear about that?

11   A.   That he lived in Sweden.

12   Q.   Do you know when he lived in Sweden?

13   A.   He was living in Sweden.

14   Q.   Do you know when he lived there?

15   A.   No, I don't.

16   Q.   Do you know whether Al Moutaz and Fateh Kamel knew each

17   other?

18   A.   Yes.

19   Q.   What do you know about that?

20   A.   He knew him for a long time ago.

21   Q.   Do you know where they met?

22   A.   In Afghanistan.

23   Q.   Do you know if they were ever together anywhere in Europe?

24   A.   I do not know.

25   Q.   From which one of them did you learn that they knew each

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

73

1    other, from Al Moutaz or from Kamel?

2    A.   From Al Moutaz.

3    Q.   Do you know when Kamel and Al Moutaz met?

4    A.   The day of the Afghani war.

5    Q.   I don't know what you mean by that.

6         What are you referring to when you say the Afghani

7    war?

8    A.   When they were fighting the Soviets.

9    Q.   Do you know what happened with Al Moutaz after you knew

10   him in Afghanistan?

11   A.   I think he was killed.

12   Q.   What makes you think that?  What did you hear?

13   A.   According to what I remember, something like that I heard.

14   Q.   You do you remember who told you that?

15   A.   No, I do not.

16        MS. BAKER:   Unfortunately we need to stop for the day

17   because Mr. Ressam needs to be returned to the marshals by

18   4:30.

19        So we are going to break now and we will resume

20   tomorrow at 9:30.

21        (Adjourned to June 11, 2002 at 9:30 a.m.)

22

23

24

25

96

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    -------------------------------x

 3    In re:

 4    INTERNATIONAL LETTERS ROGATORY,
      dated August 27, 2001
 5
      -------------------------------x
 6
                              June 11, 2002
 7                            10:05 a.m.

 8

 9

10              Deposition of AHMED RESSAM, taken by

11       the United States Attorney's Office, at the

12       United States Courthouse, 40 Foley Square, New

13       York, New York 10007, before Martha Hess, an

14       Official Reporter and Notary Public of the

15       State of New York.

16

17

18

19

20

21

22

23

24

25
```

```
 1                    APPEARANCES

 2    ROBIN L. BAKER,
      ERIC B. BRUCE,
 3         Assistant United States Attorneys

 4    ALSO PRESENT:

 5    WALID FARHOUD (Arabic Interpreter)

 6    ADAM S. COHEN
      JAMES T. HELLY
 7    STEVEN E. SORRELLS
      JESSICA STEINERT
 8         Federal Bureau of Investigation

 9    JEAN-LOUIS BRUGUIERE
      JEAN-FRANCOIS RICARD
10         High Instance Court of Paris

11    PHILIPPE CHICHEIL
      RENE RITTER
12         Direction de la Surveillance du Territoire

13

14

15

16

17

18

19

20

21

22

23

24

25
```

98

1   AHMED RESSAM, resumed.

2             MS. BAKER:   I remind both the

3   translator and the witness that you are still

4   subject to the oath or the affirmation that you

5   took yesterday.

6   EXAMINATION continued

7   BY MS. BAKER:

8        Q.    Yesterday I asked you some questions

9   about when the United States retaliated for the

10  bombings of the US embassies in Africa.   I

11  would like to go back to that subject.  You

12  said yesterday that at some point the people

13  who were at Khalden Camp left the camp and went

14  into the mountains.  Can you explain, when did

15  you all leave the camp relative to when the

16  bombings had happened and when the US

17  retaliation occurred?  What was the sequence of

18  events?

19       A.    I do not recall.

20       Q.    Do you remember whether you left the

21  camp before anything happened in the

22  expectation that something might happen, or did

23  you wait until you saw that something was

24  happening?

25      A.    After.


99


1       Q.    What do you mean?  After you saw that

2   something was happening?

3       A.    After the US hit some targets there,

4   we heard in the news, and at that time an

5   emergency was declared.

6       Q.    For about how long were you out of

7   the camp in the mountains?

8       A.    A few days, but I do not remember

9   exactly how many.

10      Q.    Before you left to go to the

11  mountains, what physical structures, buildings

12  or anything else, had there been at the camp?

13      A.    There is a regular buildings there.

14      Q.    About how many buildings?

15      A.    Not many.

16      Q.    Were any of those buildings damaged

17  by anything that the US did?

18      A.    No, the place was not a target for a

19  hit.

20      Q.    After you returned from the mountains

21  to the camp, how much longer did you stay at

22  Khalden?

23      A.    I do not recall.

24        Q.    Can you estimate, was a number of

25   days or weeks or --

                                                      100

1         A.    Weeks.

2         Q.    After you finished your training at

3    Khalden, did you go to Kabul?

4         A.    Yes.  It is unavoidable not to go

5    through Kabul.

6         Q.    So when you went through Kabul, where

7    were you going to?  What was your destination?

8         A.    Jalalabad.

9         Q.    For how long did you stay in Kabul on

10   your way to Jalalabad?

11        A.    One day.

12        Q.    Where did you stay in Kabul?

13        A.    In a hotel.

14        Q.    From Kabul did you go on to

15   Jalalabad?

16        A.    Yes.

17        Q.    For how long did you stay in

18   Jalalabad?

19        A.    I do not recall.

20        Q.    Were you staying in Abu Zoubeida's

21   guesthouse in Jalalabad?

22        A.    Yes.

23      Q.    After that, did you go to the Kurdish

24   camp?

25      A.    Yes.


101


1       Q.    What kind of training did you receive

2    at the Kurdish camp?

3       A.    Pistols.

4       Q.    And I believe you said yesterday that

5    you stayed at the Kurdish camp for about two or

6    three weeks; is that correct?

7       A.    Yes.

8       Q.    Who decided that you would go to

9    Deronta Camp?

10      A.    Abu Zoubeida.  .

11      Q.    For what reason did you go to Deronta

12   Camp?

13      A.    Explosives.

14      Q.    Could you describe the explosives

15   training that you received at Deronta Camp.

16      A.    Manufacturing explosives.

17      Q.    Did that include instruction in how

18   to work with the chemicals to prepare the

19   explosive chemicals?

20      A.    Yes.

21      Q.    Did it also include instruction in

22    electronics so that you could make timing and

23    power units?

24         A.    Yes.

25         Q.    At any time did you go to the Farouk

102

1    Camp?

2         A.    No, never.

3         Q.    Do you know someone who was called

4    Abu Atta?

5         A.    No.

6         Q.    How many different times did you stay

7    at Abu Zoubeida's guesthouse in Jalalabad? So

8    far you have said you were there on your way

9    into Khalden, and then in between Khalden and

10    the Kurdish camp.  Did you go back there any

11    later times?

12         A.    Yes.

13         Q.    When else were you back there?

14         A.    After I left the Kurdish camp I went

15    back to the same guesthouse.

16         Q.    Was that before you went to Deronta?

17         A.    Yes.

18         Q.    How about after you left Deronta?

19    Did you go back there again?

20         A.    Yes.

21          Q.    In any of the four times that you

22    were at the guesthouse in Jalalabad, did you

23    see someone called Abu Atef, the Egyptian?

24          A.    No.

25                THE INTERPRETER:  Sorry, the spelling

103

1     of the name, A-T-I-F or something like that?

2                 MS. BAKER:  Or A-T-E-F.

3                 (Government Exhibit 9 marked for

4     identification)

5           Q.    I am showing you a photograph that

6     has been marked as Government's Exhibit 9.  Do

7     you recognize the person in that photograph?

8           A.    No, I don't know him.  It's very

9     difficult to know his face from this.

10          Q.    Because of the quality of the

11    photograph?

12          A.    No, I don't know.

13          Q.    You said yesterday that at some point

14    you were told or you heard that Al Moutaz had

15    been killed; is that right?

16          A.    Yes.

17          Q.    Can you estimate when you learned

18    about that?

19          A.    I do not recall.

20      Q.     Do you know where you were when you

21   learned about that?

22      A.     I think when I was in Canada.

23      Q.     Do you know how you learned about it,

24   who told you?

25      A.     I do not recall.


104


1       Q.     Do you remember whether you learned

2    about Al Moutaz's death from someone in Canada

3    or from someone calling with the news from

4    outside Canada?

5       A.     I do not recall.

6       Q.     Can you describe what Al Moutaz's job

7    was regarding the camps or jihad?

8       A.     He was in charge of the Algerians,

9    and he is a veteran, been there for a long time

10   in Afghanistan.  He has the respect and he is

11   highly regarded.

12      Q.     Can you explain a little more what

13   you mean when you say that he was in charge of

14   the Algerians.

15      A.     It's a person being in charge of the

16   Algerians is like we are here in a group, I am

17   in charge of you, means I will be responsible

18   for all of you.

19      Q.    You have said that it was Abu

20   Zoubeida who decided that you would go to

21   Deronta.

22      A.    Yes.

23      Q.    I don't understand in what ways Al

24   Moutaz was in charge and in what ways Abu

25   Zoubeida was in charge.  So can you explain the

105

1    difference?

2       A.    Abu Zoubeida is in charge of all the

3    camps.  Al Moutaz was in particular in charge

4    of the Algerians in the camps.

5       Q.    What responsibility, if any, did Al

6    Moutaz have for travel into and out of

7    Afghanistan for the Algerians?

8       A.    He would be the person that will give

9    them advice, the person who will gather them

10   into session and give them directions.  He

11   would be the person that will -- if there is a

12   problem with the Algerians, he would be the

13   person to interfere and try to resolve those

14   problems.

15      Q.    What responsibility, if any, did Al

16   Moutaz have regarding money?

17      A.    He was in charge of that too.

18      Q.      What responsibility, if any, did Al

19   Moutaz have regarding what the Algerians who

20   had received training would do after they left

21   Afghanistan?

22      A.      It will be to continue

23   communications, or contacts.

24      Q.      What was the relationship between Al

25   Moutaz and Abu Jaffar al Jaza'iri?


106


1       A.      He also was in charge with him.

2       Q.      Did they share responsibility in the

3    same areas or did one handle certain areas and

4    the other one handled other areas?

5       A.      They have the same task.  Only what

6    they do is what kinds of -- how distribute the

7    jobs among themselves, or the responsibilities.

8       Q.      What if any contact with Al Moutaz

9    have with the Taliban?

10      A.      This one I do not know.

11      Q.      By what name or names were you known

12   while you were in Afghanistan?

13      A.      Only Nabil.

14      Q.      So far in your testimony yesterday,

15   you mentioned that you gave a false name that

16   you don't remember when you were stopped by the