17        French authorities on your way back to Corsica.

18            A.    Yes.

19            Q.    And you said that you used a fake

20        French passport in the name Taher Medjadi.

21            A.    Yes.

22            Q.    And you used the name Benni Noris.

23            A.    Yes.

24            Q.    Have you used any other false names

25        besides those and the name Nabil while you were

107

1         in Afghanistan?

2             A.    No.

3             Q.    I want you to think about that,

4         because you have told us in the past that you

5         have used other names on some fake documents or

6         while you were in Canada.

7             A.    Benni Noris.

8             Q.    Didn't you receive a driver's license

9         from Mokhtar Haouari in a different name?

10            A.    Yes.  But that document, I never used

11        it for anything.  Roig Mario.

12            Q.    Did you ever use or have any papers

13        in the name Marc Douri?

14            A.    I do not recall.  Who is this?

15            Q.    The question is whether you remember

16    ever using that name or having any documents in

17    that name.  For the record, I handed the

18    witness a piece of paper with the name spelled

19    out on it, Marc Douri.

20          So you don't remember using that name

21    or having anything in that name?

22    A.    Souci?  I think I used for a phone.

23    But I am not sure.  It is very vague in my

24    mind.

25    Q.    Did you ever use the name Sami Ben

108

1    Israel?

2    A.    No, I didn't use it.

3    Q.    Did you ever have any documents in

4    that name?

5    A.    No, I didn't.

6    Q.    You told us before something about

7    that name, that you had used it or had some

8    documents in it.

9    A.    I said I used that name, but I never

10    used it in the document.

11    Q.    OK.  Let me make sure that my

12    questions are clear.  For all of these names, I

13    want to know if you used the name in any way,

14    either by having it on a document or just by

15    telling it to someone.

16        A.    I didn't use that in a letter, any

17    documents, and I didn't use it in any verbal.

18    I thought of that name to be used in one

19    document at one time, but I never used it.

20        Q.    Did you discuss with anyone that you

21    wanted to get documents in that name, or was

22    this just a plan in your own mind?

23        A.    I discussed it with Majid and I was

24    discussing it with Majid of perhaps using it in

25    my passport document, but we were not

109

1    successful.

2        Q.    When you say Majid, do you mean

3    Abdelmajid Dahoumane?

4        A.    Yes.

5        Q.    I believe that in prior interviews

6    you have been shown a copy of a letter that

7    Mustapha Labsi wrote in about December of 1998.

8    Do you know the letter that I am referring to?

9        A.    I don't see that document and all

10    what I heard, that the FBI has it.

11        Q.    Have you been asked about that letter

12    in previous interviews?

13        A.    Yes, some of the questions.

14      Q.    In that letter, Labsi refers to

15   someone by using the name Ahmed Bousmail.   Is

16   that a reference to you?

17      A.    Yes.

18      Q.    In that letter Labsi also refers to

19   someone by using the name Monica.   Is that a

20   reference to you?

21      A.    I am not sure of that.   Ahmed

22   Bousmail, I am sure that is me, but Monica, I

23   don't have a clear understanding of it.

24      Q.    Finally on the subject of names, in

25   late 1999, when you were speaking with Mokhtar

110

1    Haouari about his friend in the US who would

2    help you, did you tell Mokhtar Haouari to refer

3    to you as Reda when he spoke to his friend?

4       A.    Yes.

5       Q.    I want to go back to the time while

6    you were in Pakistan and Afghanistan.   We will

7    try to go through it in pieces, but the overall

8    question is whether you met anyone who had been

9    living in France or who was planning to go to

10   France.   So let's start with the time while you

11   were on your way in to Khalden camp.

12            (Pause)

13      Q.    You testified yesterday that on your

14   way into Afghanistan, you spent about two weeks

15   at a guesthouse in Peshawar.

16      A.    Yes.

17      Q.    While you were at that guesthouse,

18   did you meet anyone who was from France or who

19   was going to France?  And when I say from

20   France, I mean had been living there, not that

21   they were of French nationality.  They could be

22   any nationality but had been living in France.

23      A.    No.

24      Q.    Then you spent some time at the

25   guesthouse in Jalalabad, correct?

111

1      A.    Yes.

2      Q.    On your way into Khalden, was it just

3   the one night at that guesthouse?

4      A.    Yes.

5      Q.    At that time, was there anyone at

6   that guesthouse from France or going to France?

7      A.    No.

8      Q.    While you were at Khalden camp, was

9   there anyone there who had come from France or

10   who was going to France?

11      A.    There was one by the name Souhaib.

12      Q.    What nationality was Souhaib?

13      A.    He is originally from Algeria, but

14   his citizenship is French.

15      Q.    Do you know where in France he had

16   been living?

17      A.    No.

18      Q.    Do you know any part of Souhaib's

19   true name?

20      A.    No.

21            (Government Exhibit 10 marked for

22   identification)

23      Q.    I am showing you a photograph that

24   has been marked as Government's Exhibit 10.   Do

25   you recognize the person in that photograph?

112

1       A.    Yes.

2       Q.    Who is that?

3       A.    Souhaib.

4       Q.    Was there anyone else while you were

5    at Khalden who was from France or going to

6    France?

7       A.    There was another person that they

8    used to call Daoud the Frenchman.

9       Q.    Do you know any part of Daoud's true

10   name?

```
11        A.    No, I do not.

12        Q.    Was he actually a French national?

13        A.    Yes.

14        Q.    Had he converted to Islam, as far as

15   you knew?

16        A.    Yes.

17              (Government Exhibit 11 marked for

18   identification)

19        Q.    I am showing you a photograph that

20   has been marked as Government's Exhibit 11.  Do

21   you recognize the person in that photograph?

22        A.    No.

23        Q.    Still focusing on your time at

24   Khalden, was there anyone else who was from

25   France or going to France?
```

113

```
1         A.    Issa.

2         Q.    What nationality was Issa?

3         A.    French.

4         Q.    Do you know where in France Issa was

5    from?

6         A.    No, I don't.

7         Q.    Do you know any part of Issa's true

8    name?

9         A.    No.
```

10          (Government's Exhibit 12 marked for

11     identification)

12          Q.    I am showing you a photograph that

13     has been marked as Government's Exhibit 12.   Do

14     you recognize that person?

15          A.    Yes.

16          Q.    Who is that?

17          A.    Issa.

18          Q.    Do you know if Issa was known by any

19     other nickname or camp name?

20          A.    No, I don't.

21          Q.    Do you know anything about what Issa

22     was planning to do or where he was planning to

23     go when he left Afghanistan?

24          A.    No, I don't.

25          Q.    Do you know whether Issa received

114

1     training at any other camp besides Khalden?

2          A.    I do not know.

3          Q.    Still focusing on the time while you

4     were at Khalden, was there anyone else there

5     who was from France or going to France?

6          A.    I do not recall.

7          Q.    In previous interviews, you have

8     mentioned someone who you have referred to as

9      Abu al Muheiman.

10         A.    Yes.

11         Q.    Do you know whether he had ever lived

12     in France?

13         A.    I do not know.

14         Q.    Do you know whether he was planning

15     on going to France after he left Afghanistan?

16         A.    I do not know.

17         Q.    Do you know any part of Abu al

18     Muheiman's true name?

19         A.    No, I do not know.

20         Q.    Do you know if he was referred to by

21     any other nickname?

22         A.    No, I don't.

23                (Government Exhibit 13 marked for

24     identification)

25         Q.    I am showing you a photograph that is

115

1      marked as Government's Exhibit 13.  Do you

2      recognize the person in that photograph?

3          A.    I do not know him.

4          Q.    Were you and Abu al Muheiman at

5      Khalden at the same time or for an overlapping

6      period of time?

7          A.    I met him only in Jalalabad,

8       according to what I remember.  I do not recall

9       I saw him in Khalden.

10          Q.     When you say that you met him in

11      Jalalabad, do you mean at Abu Zoubeida's

12      guesthouse there?

13          A.     Yes.

14                 (Government Exhibit 14 marked for

15      identification)

16          Q.     I am showing you a photograph that

17      has been marked as Government's Exhibit 14.  Do

18      you recognize the person in that photo?

19          A.     No, I do not him.

20          Q.     Do you recognize the name Abu El

21      Walid?

22          A.     No.

23          Q.     Do you recognize the name Ahmad?

24          A.     No.

25          Q.     Do you know anything about what Daoud

116

1       was planning to do or where he was planning to

2       go after he left Afghanistan?

3           A.     No, I don't.

4           Q.     Do you know whether Issa or Daoud

5       were planning to carry out any specific mission

6       in Europe, or operation in Europe?

7       A.    I do not know.

8       Q.    Did you ever see Issa and Souhaib

9    together in the same place?

10      A.    Yes, they were both in Khalden.

11      Q.    Did you see them together with each

12   other at all?  I was taking your last answer to

13   mean that they were both at Khalden at the same

14   time, is that correct?

15      A.    Yes.

16      Q.    But did you ever see the two of them

17   with each other?

18      A.    I do not know.  I didn't pay

19   attention to that.

20      Q.    Was Daoud at Khalden at the same time

21   as Issa and Souhaib?

22      A.    Yes, I think so.

23      Q.    Did you ever see Daoud with Issa?

24      A.    No.

25      Q.    Did you ever see Daoud with Souhaib?


117


1       A.    I do not recall.  I don't know.

2       Q.    While you were in Afghanistan or

3    Pakistan, did you discuss with anyone or did

4    you hear anyone else talking to each other

5    about any of the attacks that happened in

6    France in 1995 or 1996?

7        A.    No.

8        Q.    While you were in Afghanistan or

9    Pakistan, did you talk with anyone or did you

10   hear anyone else talking to each other about

11   plans to have any operation in France at any

12   time in the future?

13       A.    No.

14       Q.    You have told us in previous

15   interviews that part of what you learned at the

16   camps is that France or French interests would

17   be appropriate targets for operations.

18       A.    Yes.

19       Q.    Did anyone ever explain to you why

20   France or French interests would be appropriate

21   targets?

22       A.    They are the enemies.

23       Q.    An enemy of Islam?

24       A.    Yes.   What do you expect?

25       Q.    Can you explain that more.   Why is

                                                      118

1    France considered an enemy of Islam?   What has

2    happened?

3        A.    The enmity of the French is apparent

4    day and night.   They hate Muslims.   They

5    supported the Algerian regime to crush the

6    Muslim movement there.  And they pressure and

7    discriminate against the Muslim community in

8    France.  And they are not just today being the

9    enemy of Islam.  They have been for many

10   decades.  This is a battle between us and

11   between the French government.

12          (Pause)

13          (Government Exhibits 15 through 31

14   marked for identification)

15   Q.    I am going to show you a series of

16   photographs that have been marked as

17   Government's Exhibits 15 through 29, and then

18   we will turn to 30 and 31.  The question for

19   each photograph is whether you recognize the

20   person in the photograph.

21   A.    Labsi Mustapha.

22   Q.    What I would like you to do so that

23   we end up with a clear record is please say the

24   number that is on the yellow sticker.  So you

25   are saying that number 15 is Labsi Mustapha?

119

1    A.    Yes, number 15 is Labsi Mustapha.

2    Q.    Please turn to the next one.

3    A.    Number 16, I don't know.

4            Number 17 I do not know.

5            Number 18 I do not know.

6            Number 19 I do not know.

7            Number 20 I do not know.

8            Number 21 is Abdel Rahman.

9            Number 22 has a resemblance to Abdel

10    Hakim.

11       Q.    When you say Abdel Hakim, who do you

12    mean?

13       A.    The one in Britain.

14            23 I don't know.

15            Number 24 I do not know.

16            Number 25 I do not know.

17            Number 26 I do not know.

18            Number 27 I do not know.

19            Number 28 I do not know.

20            Number 29 I do not know.

21            Number 30 I do not know.

22            31 I do not know.

23       Q.    I am showing you again Exhibit 21

24    which you said a few minutes ago was Abdel

25    Rahman.

120

1       A.    Yes.

2       Q.    From where do you know him?

3        A.      From Afghanistan.

4        Q.      Where in Afghanistan did you meet

5    him?

6        A.      I met him in Peshawar at the

7    guesthouse of Abu Zoubeida.

8        Q.      What nationality is Abdel Rahman?

9        A.      Algerian.

10       Q.      Do you know which country he came

11   from before he was in Afghanistan?

12       A.      I do not know.

13       Q.      Do you know which country he was

14   going to go to when he left Afghanistan?

15       A.      No, but I have idea that he perhaps

16   was in Britain.

17       Q.      What gave you that idea?

18       A.      Mustapha told me.

19       Q.      I should go back and clarify.  You

20   said you saw him in Peshawar, and then in my

21   questions I said that he was in Afghanistan.

22   When you saw him in Peshawar, was he on his way

23   into or out of Afghanistan?

24       A.      He was outside of Afghanistan.  He

25   was in Peshawar.


121


1        Q.      I understand.  The question is, was

2    he on his way into Afghanistan or was he on his

3    way out of Afghanistan?

4         A.    He was coming out of Afghanistan.

5         Q.    Do you know which camp or camps, if

6    any, he was at in Afghanistan?

7         A.    He was in Khalden.

8         Q.    Do you know what part of Britain he

9    was going to?

10        A.    No, I do not know, but I guess he was

11   in London.

12        Q.    In one of your answers a minute ago,

13   you mentioned Mustapha.  Were you referring to

14   Labsi Mustapha?

15        A.    Yes.

16        Q.    What did Labsi Mustapha tell you

17   about Abdel Rahman?

18        A.    Nothing.  He just told me that Abdel

19   Rahman is in Britain.

20        Q.    When did Labsi tell you that?

21        A.    When I was in Canada.

22        Q.    Do you know whether Labsi and Abdel

23   Rahman were in contact with each other in

24   Britain?

25        A.    I do not know, but from what I

122

1    assumed, that they would get together there.

2         Q.    Do you know Abdel Rahman's true name?

3         A.    No, I do not.

4         Q.    I wasn't keeping track of the

5    numbers.  Is this, number 22, the photograph

6    that you said resembled Abdel Hakim?

7         A.    Yes.

8         Q.    Let me ask you about Abdel Hakim.  I

9    understand that you are not sure if that's him

10   in the photo.

11        A.    Yes.

12        Q.    Where did you meet Abdel Hakim?

13        A.    In Khalden.

14        Q.    What country had Abdel Hakim been in

15   before he came to Afghanistan?

16        A.    I do not know.

17        Q.    What nationality is Abdel Hakim?

18        A.    Algerian.

19        Q.    Do you know where Abdel Hakim was

20   planning to go when he left Afghanistan?

21        A.    He was planning to come to Canada.

22        Q.    For what reason was he planning to

23   come to Canada?

24        A.    So that we can get together in one

25   group and he has plans to do things here.

123

1      Q.     Was the plan that he was going to be

2    part of the group with you and the others to

3    work in Canada to carry out an operation in the

4    United States?

5      A.     This is a subject I didn't discuss

6    with him.

7      Q.     What did you mean in your last

8    answer --

9            (Record read)

10           In your previous answer you said that

11   Abdel Hakim was going to go to Canada so that

12   you could get together in one group --

13     A.     Yes.

14     Q.     -- and that he had plans to do

15   things.

16     A.     Yes.

17     Q.     What did you mean?  Why were you

18   going to get together in a group and what was

19   Abdel Hakim planning to do?

20     A.     The idea was that he would come to

21   Canada, we will get as one group, and at that

22   time we will discuss what possibilities or

23   things that we need to do, and largest, or the

24   main point at that time of discussion was the

25   question of money.

```
 1       Q.    Are you referring to what you have

 2    told us before about the plan to commit

 3    robberies to raise money?

 4       A.    Yes.

 5       Q.    Is Abdel Hakim that person's true

 6    given name or was that a camp name?

 7       A.    The name that is given to him in the

 8    camp.

 9       Q.    Do you know any part of his true

10    name?

11       A.    No, I do not.

12       Q.    Do you know whether he actually did

13    go to Canada?

14       A.    He didn't come to Canada.

15       Q.    How do you know that?

16       A.    By phone.

17       Q.    After you were back in Canada, you

18    spoke to him on the phone?

19       A.    Yes.

20       Q.    Where was he at that time?

21       A.    In Britain.

22       Q.    In what part of Britain?

23       A.    Exactly, I cannot tell you, but I

24    assume it is London.

25       Q.    What did he say about why he was not
```

125

1       coming to Canada?

2           A.      First of all, he was waiting for

3       Fodail, and Mustapha plan was not successful.

4           Q.      What do you mean when you say

5       Mustapha's plan?

6           A.      Mustapha was planning to come to

7       Canada, and when he was stopped his plan was

8       foiled.

9           Q.      Was Abdel Hakim known by any other

10      name?

11          A.      Yes.

12          Q.      Toufiq?

13          A.      Yes.

14          Q.      As of when you left Afghanistan or

15      Pakistan, the plan was for Abdel Hakim to be

16      one of the people who met up in Canada to carry

17      out an operation, but you had not discussed the

18      specifics of the operation, correct?

19          A.      Yes.   The plan, the original plan

20      that we had in mind was the matter related to

21      money.   However, the other plans were not

22      discussed in details or even shared with any

23      one of them.

24          Q.      And the other people who were also

25      supposed to be part of that plan to come to

126

1       Canada were Abdel Ahmed --

2           A.    Yes.

3           Q.    Fodail and Mustapha Labsi, correct?

4           A.    Yes.

5           Q.    And the plan was that they were each

6       going to come one at a time into Canada, right?

7           A.    Yes.

8           Q.    But, as it turned out, none of them

9       came, correct?

10          A.    Yes.

11          Q.    As of when you left Afghanistan or

12      Pakistan, the plan, as we were just discussing,

13      was for this group to meet in Canada, raise

14      money, and then carry out some kind of

15      operation that had not yet been specified.

16          A.    I didn't discuss the operation with

17      them, nor they know about it.

18          Q.    Do you know whether any of the

19      members of that group had an alternative plan

20      if they could not go to Canada of carrying out

21      an operation anywhere in Europe?

22          A.    You mean members of this group?

23          Q.    Yes, meaning Abdel Hakim, who is also

24      known as Toufiq, Abdel Ahmed, Fodail, and

25      Labsi.

1       A.      There is a possibility for them to

2    perform operations in Europe.  I don't know

3    exactly what would be the main issue of the

4    operation.  Could be question of money or could

5    be any other operation.  But I don't know.

6       Q.      Did any of them ever discuss with you

7    what they might do in Europe?

8       A.      They didn't tell me.

9       Q.      Did you ever hear any of them

10   discussing with each other what they might do

11   in Europe?

12      A.      I was not there with them as they

13   were planning or trying to travel.  I know that

14   they were in Britain, but I don't know exactly

15   what their plan was, their specific plan was.

16      Q.      After they left Afghanistan, did they

17   all end up in Britain?

18      A.      Yes.

19              (Pause)

20      Q.      I asked you earlier about a letter

21   that Mustapha Labsi wrote in about December of

22   1998.  In that letter there is a reference to

23   Toufiq.  Do you know whether that is a

24      reference to this person who we were just

25      discussing, Abdel Hakim?

                                                    128

1       A.    I do not know.  I didn't read that

2       particular letter, to tell you.

3       Q.    The Labsi letter apparently states

4       that the group, or those who are in Canada can

5       contact Toufiq.  Based on that statement, are

6       you able to conclude whether that is a

7       reference to Abdel Hakim?

8       A.    Possible.

9             (Government Exhibits 32 through 42

10      marked for identification)

11      Q.    I am going to show you another series

12      of photographs that have been marked as

13      Government's Exhibits 32 through 42.  For each

14      photograph the question is whether you

15      recognize the person in the photograph.  If you

16      would please do what you did before, and when

17      you give your answer, refer to the number on

18      the yellow sticker.

19      A.    32 I don't know.

20            33 I do not know.

21            34 I don't know.

22            35 I do not know.

23          36 I do not know.

24          37 I do not know.

25          38 I do not know.


                                                    129


1           39 I do not know.

2           40 I do not know.

3           41 I do not know.

4           42 I do not know.

5               MS. BAKER:   We are going to break now

6       for lunch.

7               (Luncheon recess)

8                  AFTERNOON SESSION

9                     1:35 p.m.

10              (Government Exhibits 43 through 84

11      marked for identification)

12      AHMED RESSAM, resumed.

13      BY MS. BAKER:

14          Q.   I am showing you a series of

15      photographs that have been marked as

16      Government's Exhibits 43 through 84.   Please

17      look at each photograph and, referring to it by

18      the number on the yellow sticker, tell us

19      whether you recognize the person in the

20      photograph.

21          A.   43 I don't know.

22          44 I don't know.

23          45 I don't know.

24             It resembles Meliani.

25      Q.  Which number is that?


130


1       A.  46.

2           47 I don't know.

3           48 I don't know.

4           49 I don't know.

5           50 I do not know.

6           51 I do not know.

7           52 I do not know.

8           53 I do not know.

9           54 I do not know.

10          55 I do not know.

11          56 I do not know.

12          57 I do not know.

13          58 I do not know.

14          59 I do not know.

15          60 I do not know.

16          61 I do not know.

17          62 I do not know.

18          63 I do not know.

19          64 I do not know.

20          65 I do not know.

21          66 I do not know.

22          67 I do not know.

23          68 I do not know.

24          69 I do not know.

25          70 I do not know.


                                                    131


1           71 I do not know.

2           72 I do not know.

3           73 I do not know.

4           74 I do not know.

5           75 is Abu Anas.

6           76 I do not know.

7           77 I do not know.

8           78 I don't know.

9           79 I do not know.

10          80 I do not know.

11          81 I do not know.

12          82 I do not know.

13          83 I do not know.

14          84 I do not know.

15     Q.    That's it.   That's the last one.

16     Thank you.

17           You said that Government's Exhibit 46

18     resembles Meliani.

19     A.    Yes.

20      Q.      Where did you meet Meliani?

21      A.      In Afghanistan.

22      Q.      Where in Afghanistan?

23      A.      For what I remember is in Jalalabad.

24      Q.      At Abu Zoubeida's guesthouse?

25      A.      Yes, I think so.  He was freshly

132

1       coming from Europe when I was there, and he

2       came from Europe.

3           Q.      Which of the times when you were at

4       Abu Zoubeida's guesthouse did you meet Meliani?

5           A.      At the end when I was getting out of

6       Afghanistan.

7           Q.      You said that Meliani had just come

8       from Europe?

9           A.      Yes.

10          Q.      Do you know where in Europe he came

11      from?

12          A.      I do not know, but maybe it was from

13      Germany.

14          Q.      Do you know him by any other name

15      other than Meliani?

16          A.      No.

17          Q.      Do you know any part of his true

18      name?

19      A.    No, I do not know.

20      Q.    What nationality is Meliani?

21      A.    Algeria.

22      Q.    Was he on his way into one of the

23  camps?

24      A.    Yes, he was going into the camps.

25      Q.    Do you know which camp he was going

                                        133

1   to?

2       A.    It is natural to be, you are new, to

3   be in Khalden.

4       Q.    To be clear, it is not that he

5   specifically told you that, right?  It is your

6   belief because that is generally where people

7   went?

8       A.    Yes.

9       Q.    Do you know anything about what

10  Meliani was planning to do or where he was

11  planning to go after he trained in Afghanistan?

12      A.    No.

13      Q.    You have told us before in other

14  interviews that there were some Algerians who

15  were connected with each other in Germany.

16      A.    Yes.

17      Q.    If I remember correctly, you

18    identified the members of that group as Abu al

19    Muheiman.  Abu Anas, Souhaib.  Was Meliani

20    connected with this group?

21         A.    I do not know.

22         Q.    Who else besides the three that I

23    just named, Abu al Muheiman, Abu Anas, and

24    Souhaib?  Was there anybody else part of that

25    group?


                                                    134


1          A.    Hosem.

2          Q.    Do you know of any specific routes

3     that people would travel to get from Europe

4     into Afghanistan?

5          A.    They go directly to Pakistan.

6          Q.    To make sure that that answer is

7     clear, your belief is that people would fly

8     directly from whichever European country into

9     Pakistan?

10         A.    Yes.

11         Q.    Do you know if some people going to

12    Afghanistan would go through Iran rather than

13    Pakistan?

14         A.    No.

15         Q.    Do you mean as far as you know no,

16    they would not do that, or you don't know?

17    Either way.

18        A.    I do not know.

19        Q.    You identified the person in

20    Government's Exhibit 75 as Abu Anas.

21        A.    Yes.

22        Q.    Is he one of the people we were just

23    mentioning as part of the German group?

24        A.    Yes.

25        Q.    What nationality is Abu Anas?

135

1        A.    Algerian.

2        Q.    Were all the members of this German

3    group Algerian?

4        A.    Yes.

5        Q.    Where did you first meet Abu Anas?

6        A.    In Khalden.

7        Q.    Do you know any part of Abu Anas's

8    true name?

9        A.    No, I do not.

10            (Government's Exhibits 85 and 86

11    marked for identification)

12        Q.    I am showing you some other sets of

13    photographs.  The first set is marked as

14    Government's Exhibit 85 and the other as 86.

15    Do you recognize the person in Government's

16      Exhibit 85?

17           A.    I don't know him.

18           Q.    Do you recognize the person in

19      Government's Exhibit 86?

20           A.    I do not know him.

21                 (Government Exhibits 87 through 114

22      marked for identification)

23      BY MS. BAKER:

24           Q.    I am showing you another series of

25      photographs which are marked as Government's

                                                    136

1       Exhibits 87 through 114.  If you would look at

2       each photograph, refer to it by the number on

3       the yellow sticker, and tell us if you

4       recognize the person.

5            A.    87 I don't know.

6                  88 I do not know.

7                  89 I do not know.

8                  90 I don't know.

9                  91 I don't know.

10                 92 I do not know.

11                 93 I do not know.

12                 94 I do not know.

13                 95 I don't know.

14           Q.    You seem to have looked at 95 longer

15    than you have looked at many of the others.  Do

16    either of the photos in number 95 resemble

17    anyone who you know?

18        A.    He resemble Abu Doha.

19              THE INTERPRETER:  Sorry.  Can I

20    verify this?

21        A.    He resembles Abu Doha.

22        Q.    Just so that the record is clear, in

23    the past you have been shown other photographs

24    that you have identified as Abu Doha, correct?

25        A.    Yes.


137


1         Q.    Go ahead.

2         A.    96 I do not know.

3               97 I do not know.

4               98 I do not know.

5               99 I do not know.

6               100 I don't know.

7               101 I don't know.

8               102 I do not know.

9               103 I do not know.

10              104 I do not know.

11              Number 95 also resembles look of

12    Wahid.

13              104 I do not know.

14          105 I don't know.

15          106 I do not know.

16          107 I don't know.

17          108 I don't.

18          109 I don't know.

19          110 I don't know.

20          111 I don't know.

21          112 I don't know.

22          113 I do not know.

23          114 I don't know.

24     Q.   That's the last one.

25          Let's go back to number 95.


138


1      A.   Do you have a picture of Wahid?

2      Q.   In the past you have been shown other

3   photographs that you have identified as Wahid,

4   correct?

5      A.   Yes.

6      Q.   Here today we don't have any other

7   photograph.  We know you have identified him in

8   the past.  For now we will just talk about

9   Wahid, even though I understand that you are

10  not sure about that picture.  So you don't have

11  to look at the picture, but I am going to ask

12  you about Wahid.

13          Do you know any part of Wahid's true

14   name?

15     A.   No.

16     Q.   What nationality is Wahid?

17     A.   Algerian.

18     Q.   Where did you meet Wahid?

19     A.   In Montreal.

20     Q.   Did you meet Wahid before you went to

21   Afghanistan or when you were back in Canada in

22   1999?

23     A.   When I went to Afghanistan -- before

24   I went to Afghanistan, I met him.

25     Q.   Can you estimate when, what month and


                                                        139


1    year, you met Wahid?

2      A.   In '97.  The month and the day I do

3    not remember.  I met him at the house of

4    Abdelmajid.

5      Q.   So Abdelmajid knew him before you

6    knew him?

7      A.   Yes.  I didn't know him then.  He

8    knows Abdelmajid.

9      Q.   Do you know where Wahid had been

10   before he came to Canada?

11     A.   I think it was Germany, because Majid

12    used to talk to him when he was in Germany.

13         Q.    Do you know whether Wahid was ever in

14    Britain?

15         A.    I do not know.

16         Q.    When you referred to Majid in your

17    last few answers, were you referring to

18    Abdelmajid Dahoumane?

19         A.    Yes.

20         Q.    Do you know where Wahid is now?

21         A.    No.

22         Q.    As of the time that you left Canada

23    in December 1999, where was Wahid at that time?

24         A.    He was held at immigration.

25         Q.    In Canada or somewhere else?


                                              140


1          A.    In Canada.

2          Q.    Do you know any other names that

3     Wahid is known by or has used?

4          A.    No.

5          Q.    While you were in Canada in 1999,

6     after you had come back from Afghanistan, did

7     you see Wahid at all in 1999?

8          A.    I saw him on my way, on the road, but

9     I didn't talk to him.

10         Q.    Meaning just that you passed him on

11     the street when you were going somewhere?

12        A.    Yes.

13        Q.    Was that the only time that you saw

14     him in 1999?

15        A.    Yes.

16        Q.    When you saw him on the street in

17     1999, in which city was that?

18        A.    Montreal.

19        Q.    As far as you know, was Wahid

20     involved in any way with jihad-related

21     activities while he was in Canada?

22        A.    I do not know.

23              (Government Exhibits 115 through 134

24     marked for identification)

25        Q.    I am showing you another set of

141

1      photographs marked as Government's Exhibits 115

2      through 134.  If you would please look at each

3      photograph and by referring to the number on

4      the yellow sticker tell us if you recognize the

5      person shown.

6        A.    115 I do not know.

7              116 I don't know.

8              117 I do not know.

9              118 I do not know.

```
10          119 Fateh.

11          120 is Boubeker.

12          121 I don't know.  No, it's Samir.

13          122 I do not know.

14          123 Sofiane.

15          124 is Farouk.

16          125 I don't know.

17          126 I do not know.

18          127 is Hamaidi Nacer.

19          128 I don't know.

20          129 I don't know.

21          130 I do not know.

22          131 Karim.

23          132 I do not know.

24          133 I do not know.

25          134 I do not know.
```

142

```
1      Q.    Please turn back to 119.  You said

2   that that was Fateh?

3      A.    Fateh Kamel.

4      Q.    When did you first meet Fateh Kamel?

5      A.    At the house of Adel?

6      Q.    Adel Boumezbeur?

7      A.    Yes.

8      Q.    In Montreal?
```

9       A.    Yes.

10      Q.    Approximately when, what month and

11   year, did you first meet Fateh?

12      A.    In Ramadan 1994.

13      Q.    Please turn to 120.  You said that

14   that was Boubeker?

15      A.    Yes.

16      Q.    Is Boubeker his family name or his

17   given name?

18      A.    This is what they call him by, and

19   that's all that I know.

20      Q.    From where do you know Boubeker?

21      A.    I met him in Canada.

22      Q.    In Montreal?

23      A.    Yes.

24      Q.    Who introduced you to Boubeker?

25      A.    I do not recall how I met him.  It

143

1    was by accident.

2            MS. BAKER:  Walid, could you clarify

3    with the witness whether he is saying Boubeker

4    or Abu Baker?

5            THE INTERPRETER:  Boubeker, B-O-U.

6       Q.    Please turn to 121.

7       A.    Yes.

```
 8      Q.    You said that that was Samir?

 9      A.    Yes.

10      Q.    Do you know any other part of Samir's

11   name?

12      A.    No, I don't.

13      Q.    For the record, you do not mean Samir

14   et Mohammed, correct?

15      A.    No.

16      Q.    A different Samir?

17      A.    Yes.

18      Q.    What nationality is that Samir shown

19   in Government's Exhibit 121?

20      A.    Algerian.

21      Q.    When did you first meet him?

22      A.    '96.

23      Q.    Where did you meet him?

24      A.    In Delormier.

25      Q.    Was that the apartment that you were
```

144

```
 1   living in at the time on Delormier Street?

 2      A.    Yes.

 3      Q.    Who introduced you to Samir?

 4      A.    I do not recall exactly.

 5      Q.    Who was he friendly with or close

 6   with?
```

```
 7        A.    He knows Karim.

 8        Q.    When you say Karim, you mean Said

 9    Atmani?

10        A.    Yes.

11        Q.    Please turn to 123.  You said that

12    123 was Sofiane.

13        A.    Yes.

14        Q.    What is the rest of Sofiane's name?

15        A.    Hamrouni.

16        Q.    Where did you first meet Sofiane

17    Hamrouni?

18        A.    Exactly where, I don't, but it was in

19    Montreal.

20        Q.    About when did you first meet him?

21        A.    In 1996.

22        Q.    Please turn to 124.  You said that

23    that's Farouk?

24        A.    Yes.

25        Q.    Do you know any other part of
```

145

```
 1    Farouk's name?

 2        A.    Hamrouni also.

 3        Q.    Is he the brother of Sofiane?

 4        A.    Yes.

 5        Q.    Did you also meet Farouk in Montreal?
```

6      A.    Yes.

7      Q.    Please turn to 127.  You said that

8   that was Hamaidi Nacer?

9      A.    Yes.

10     Q.    Where did you first meet Hamaidi?

11     A.    In Montreal.

12     Q.    About when did you first meet him?

13     A.    It's also '96.

14     Q.    Please turn to 131.  You said that

15   that's Karim?

16     A.    Yes.

17     Q.    Do you mean Said Atmani?

18     A.    Yes.

19     Q.    When did you first meet Said Atmani?

20     A.    Also in 96 in Delormier.  Atmani.

21           (Discussion off the record)

22           (Government Exhibits 135 through 170

23   marked for identification)

24           (Recess)

25   BY MS. BAKER:


146


1      Q.    I am showing you another series of

2   photographs, marked as Government's Exhibits

3   135 through 170.  Again please look at each

4   one, tell us the number on the yellow sticker

5        and whether you recognize the person.

6              A.      135 I don't know.

7                      136 I don't know.

8                      137 I don't know.

9                      138 I don't know.

10                     139 I don't know.

11                     140 I don't know.

12                     141 I don't know.

13                     142 I don't know.

14                     143 I do not know.

15                     144 I do not know.

16                     145 I do not know.

17                     146 I do not know.

18                     147 I do not know.

19                     148 I do not know.

20                     149 I do not know.

21                     150 I do not know.

22                     151 I do not know.

23                     152 I do not know.

24                     153 I do not know.

25                     154 I do not know, but I know from


147


1        the newspaper.

2                      155 I do not know.

3                      156 I do not know.

```
 4              157 I do not know.

 5              158 I do not know.

 6              159 I do not know.

 7              160 I do not know.

 8              161 I do not know.

 9              162 I do not know.

10              163 I do not know.

11              164 I do not know.

12              165 I do not know.

13              166 I do not know.

14              167 I do not know.

15              168 I do not know.

16              169 I do not know.

17              170 I do not know.

18              (Government Exhibits 170 through 175

19    marked for identification)

20       Q.    I am showing you another set of

21    photographs marked as Government's Exhibits 171

22    through 175.

23              Do you recognize the person in

24    Exhibit 171?

25       A.    I don't know him.
```

148

```
 1       Q.    Do you recognize the person in 172?

 2       A.    I do not know him.
```

3      Q.    Do you recognize the person in 173?

4      A.    No, I don't know him.

5      Q.    How about 174?

6      A.    I do not know him.

7      Q.    How about 175?

8      A.    I do not know him.

9            (Government's Exhibits 176 through

10    188 marked for identification)

11     Q.    I am going to show you another set of

12    photographs marked as Government's Exhibits 176

13    through 188.  Most of these photographs contain

14    groups of people, and so I will be asking you

15    to identify as many people as you can in each

16    photograph.  If you don't object, what I would

17    like to do is come and stand next to you so

18    that I can see the photograph at the same time

19    that you are looking at it, and we will go

20    through each of the people by referring to what

21    they are wearing or where they are in the

22    photograph.

23           Is that all right?

24     A.    It's no problem.

25     Q.    Starting with Government's Exhibit

149

1    176, we are going to omit the person at the

2        left-hand edge of the photograph because only

3        half of his face is shown in the photo.  So

4        let's start with the next person over, who is

5        sitting with his back to the camera, wearing a

6        white shirt.  Do you know who that person is?

7             A.    No, I don't know.

8             Q.    The next person over is standing,

9        wearing a white shirt and green pants.  Yes.

10            A.    Fateh.

11            Q.    Fateh Kamel?

12            A.    Yes.

13            Q.    The next person over is sitting,

14       wearing a white turtleneck.

15            A.    This one, you mean?

16            Q.    Yes.

17            A.    I do not know him.

18            Q.    Sitting behind him is another person

19       who appears to be wearing perhaps a green shirt

20       and a dark jacket.

21            A.    I do not know him.

22            Q.    And then there is one more person

23       towards the right-hand side of the photograph,

24       wearing a dark jacket.

25            A.    This one you mean?

1     Q.    Yes.

2     A.    Adel.

3     Q.    Adel Boumezbeur?

4     A.    Yes.

5     Q.    Please turn to Government's Exhibit

6   177.  This one has three people.  The one on

7   the left is standing, wearing a blue shirt or

8   jacket.  Yes.  Do you recognize him?

9     A.    Zeinon.

10    Q.    Is that his true name or a nickname?

11    A.    I hear the people calling him Zeinon.

12    Q.    Do you know any other name for him?

13    A.    No, I do not know.

14    Q.    What nationality is Zeinon?

15    A.    Algerian.

16    Q.    I am sorry.  Before we continue with

17   that photograph, I forgot.  Let's go back to

18   the previous one.  Do you know when this

19   photograph, Government's Exhibit 176, was

20   taken?

21    A.    I do not know.

22    Q.    Do you know where it was taken, what

23   the place is?

24    A.    I do not know.

25    Q.    Turning back to 177, who introduced

1    you to Zeinon?

2         A.    I do not remember.

3         Q.    Where does Zeinon live?

4         A.    In Montreal, but I don't know where

5    he lives.

6         Q.    Does he live with anyone else who you

7    know?

8         A.    No, I do not know.

9         Q.    In the middle of Government's Exhibit

10   177 is a person sitting.  Who is that?

11        A.    That's me sitting.

12        Q.    OK.  To the right is another person

13   standing, wearing a white shirt with a design

14   on it.  Who is that?

15        A.    Nabil.

16        Q.    What is Nabil's last name?

17        A.    Ikhlef Nabil.

18        Q.    Do you know when this photograph,

19   Government's Exhibit 177, was taken?

20        A.    This I do not know, but it was in

21   Delormier.

22        Q.    Remind us -- you may have said this

23   yesterday -- from about what month and what

24   year, until what month and what year were you

25   living in Delormier?

1        A.    From '94 towards the end of the

2    summer, to '96, till the beginning of '96.

3        Q.    Turning to Government's Exhibit 178,

4    there are three people.  The one on the left is

5    standing and wearing a shirt that might be pink

6    or orange.  Who is that?

7        A.    Madani.

8        Q.    Do you know any other part of

9    Madani's name?

10       A.    No.

11       Q.    Is he Algerian?

12       A.    Yes.

13       Q.    Who introduced you to Madani?

14       A.    I do not remember.

15       Q.    Do you know where he lives, or where

16   he was living at that time?

17       A.    He was living in Montreal.

18       Q.    Do you know where?

19       A.    He didn't live very far from where I

20   used to live.

21       Q.    Do you know anything else about him?

22       A.    He traveled and went somewhere else.

23       Q.    Where did he go?

24       A.    I do not know.

25       Q.    Is the person in the middle of

1     Government's Exhibit 178 you?

2          A.    Yes.

3          Q.    On the right-hand side there is a

4     person sitting who is wearing a white shirt.

5     Who is that?

6          A.    Mubarak, they call him.

7          Q.    Do you know any other part of his

8     name?

9          A.    No, I do not.

10         Q.    Is he Algerian?

11         A.    Yes.

12         Q.    Does he live in Montreal?

13         A.    Yes.

14         Q.    Who introduced you to Mubarak?

15         A.    I do not remember.

16         Q.    Do you know when this photograph,

17    Government's Exhibit 178, was taken?

18         A.    In Delormier.

19         Q.    Was this photograph, Government's

20    Exhibit 178, taken on the same day or a

21    different day than Government's Exhibit 177?

22         A.    I do not know.

23         Q.    Turning to Government's Exhibit 179,

24    it shows two people.  Is the person in the

25    white shirt facing the camera you?

154

1        A.    Yes.

2        Q.    Who is the person in the orange or

3    pink shirt?

4        A.    It's Madani.

5        Q.    The same person as in the previous

6    photograph?

7        A.    Yes.

8        Q.    Was Government's Exhibit 179 also

9    taken at Delormier?

10       A.    Yes.

11       Q.    Do you know if 179 was taken on the

12   same day as 178?

13       A.    I do not know.

14       Q.    Turning to Government's Exhibit 180,

15   which shows three people, starting with the

16   person on the left, who is wearing a black

17   shirt and black pants, who is that?

18       A.    Gasmi Said.

19       Q.    Who is the person in the middle who

20   is wearing a dark shirt and what appear to be

21   blue jeans?

22       A.    Mourad.

23       Q.    Mourad Ikhlef?

24       A.    Yes.

25       Q.    Is the person on the right you?

155

1     A.    Yes.

2     Q.    Where was this photograph taken,

3     Government's Exhibit 180?

4     A.    It's in a camp.

5     Q.    What kind of camp?

6     A.    We went to a picnic one day.

7     Q.    Is it in Montreal?

8     A.    No, it's outside of the city.

9     Q.    Do you know when this photograph was

10    taken?

11    A.    I do not remember.  Maybe '96.

12    Q.    Do you think that this time when you

13    went to this park was while you were living on

14    Delormier?

15    A.    I do not remember.

16    Q.·   Please turn to Government's Exhibit

17    181.  There are two people in this photograph.

18    The one on the left is you, correct?

19    A.    Yes.

20    Q.    Who is the person on the right?

21    A.    Ikhlef Mourad.

22    Q.    If you compare Government's Exhibits

23    180 and 181, Mourad appears to be wearing the

24    same clothes in those photos.

25          A.    Yes.

                                                      156

1          Q.    Looking at Government's Exhibit 181,

2     do you know where that photograph was taken?

3          A.    I do not know.

4          Q.    Do you know when Government's Exhibit

5     181 was taken?

6          A.    I do not know.

7          Q.    Turning to Government's Exhibit 182,

8     it shows two people.  The one on the left is

9     you, correct?

10         A.    Yes.

11         Q.    Who is the person on the right?

12         A.    Mourad.

13         Q.    Do you know where this photograph was

14    taken?

15         A.    I do not know.

16         Q.    Do you know when it was taken?

17         A.    I do not know.  I do not remember.

18         Q.    Turning to Government Exhibit 183 --

19    I skipped a page when I was marking them.

20                Before we get to 183, I will mark

21    this one 182A.

22                (Government Exhibit 182A marked for

23    identification)

24      Q.    So looking at Government's Exhibit

25      182A, there are five people towards the middle

157

1       of the photograph, two others at the left-hand

2       edge, but it may be too dark for you to

3       recognize those.  Can you tell who either of

4       those are, at the left hand?

5       A.    No.

6       Q.    Let's talk about the five people in

7       the middle of the photograph.  The one who is

8       furthest away from the camera at the left-hand

9       edge of the group, do you recognize him?

10      A.    No.

11      Q.    Do you recognize the next person to

12      his right?  Sorry, to the right in the

13      photograph.

14      A.    Gasmi Said.

15      Q.    Then there is a person in the middle

16      wearing a white shirt who is turned away from

17      the camera.

18      A.    I do not know.

19      Q.    There is another person behind him

20      wearing a dark shirt.

21      A.    Rabi.

22      Q.    Do you know any other part of Rabi's

23     name?

24          A.     Boumezbeur.

25          Q.     He is one of Adel's brothers?

158

1           A.     Yes.

2           Q.     Then there is one other person to the

3      right closest to the camera.  Who is that?

4           A.     Hamaidi Nacer.

5           Q.     Do you know where this photograph,

6      Government's Exhibit 182A, was taken?

7           A.     No.

8           Q.     Do you know when it was taken?

9           A.     No.

10          Q.     Turning to Government's Exhibit 183,

11     of the people who are clearly shown in the

12     photograph, there are four sitting in a row.

13     Starting with the one on the left in the dark

14     clothing, who is that?

15          A.     I do not know.

16          Q.     Next is a person wearing a white

17     shirt and a dark vest.

18          A.     Fateh.

19          Q.     Fateh Kamel?

20          A.     Yes.

21          Q.     Next is a person wearing all white.

22    Who is that?

23        A.    Mustapha.

24        Q.    Labsi?

25        A.    Yes.

159

1         Q.    Next is a person wearing a red or

2    orange shirt.  Who is that?

3         A.    Noureddine Mouali.

4         Q.    Toward the right-hand edge of the

5    photograph is a person who is in the shadow.

6    Can you tell who that is?

7         A.    No.

8         Q.    Do you know where this photograph

9    Government's Exhibit 183 was taken?

10        A.    No.

11        Q.    Do you know when it was taken?

12        A.    No.

13        Q.    That's cheating:  He noticed where

14    the dates are on the photograph.

15              Government's Exhibit 184 shows three

16    people.  On the left is a person wearing a dark

17    shirt and white stripes.  Who is that?

18        A.    Hasan Zemmiri.

19        Q.    Who is the person in the middle

20    wearing a blue shirt?

21        A.      Noureddine.

22        Q.      Are you the person on the right also

23   wearing a blue shirt?

24        A.      Yes.

25        Q.      Do you know where that photograph was

160

1    taken?

2         A.      In Malicorne.

3         Q.      Do you know when this photograph was

4    taken?

5         A.      I do not know.

6         Q.      Turning to Government's Exhibit 185,

7    are you the person in the middle of the photo?

8         A.      Yes.

9         Q.      Towards the left-hand side, there is

10   someone whose face is sticking out from behind

11   someone else.  Do you know who that is?

12        A.      Hamaidi Nacer.

13        Q.      At the left-hand edge there is a

14   person.  Only part of the face is showing.  Do

15   you know who that is?

16        A.      I do not know.

17        Q.      Where was this photograph taken?

18        A.      In Delormier.

19        Q.      There is another person in the lower

20    right-hand corner, just the back of their head.

21    Do you know who that is?

22        A.    No.

23        Q.    Government's Exhibit 186 is two

24    pictures of the same person.  Do you recognize

25    that person?


161


1        A.    No.

2        Q.    Government's Exhibit 187, it's

3    various people sitting at some tables, with one

4    person standing.  Do you recognize anyone in

5    that photo?

6        A.    This is Hamoudi and Fateh.

7        Q.    Is Hamoudi the person who is standing

8    in the middle, wearing a dark suit?

9        A.    Yes.

10       Q.    When you say Hamoudi, is that Hamoudi

11   Boumezbeur?

12       A.    Yes.

13       Q.    Fateh is the person at the back

14   wearing a white shirt and what looks like maybe

15   gray pants, is that right?

16       A.    Yes.

17       Q.    Do you know where that photograph was

18   taken?

19        A.    I do not know.

20        Q.    Do you know when it was taken?

21        A.    No.

22        Q.    Turning to Government's Exhibit 188,

23   who shows four people, the person standing on

24   the left, who is that?

25        A.    Fateh.


162


1        Q.    Kamel?

2        A.    Yes.

3        Q.    Who is the person standing on the

4   right?

5        A.    Noureddine.

6        Q.    Mouali?

7        A.    Yes.

8        Q.    Who is the person kneeling or

9   squatting on the left?

10       A.    Slimane.

11       Q.    Do you know any other part of

12   Slimane's name?

13       A.    Ezzime.

14       Q.    El Zin or Ezzine?

15       A.    I do not know.  Just I hear it from

16   people saying Ezzine.

17       Q.    Who is the person squatting on the

18    right?

19         A.    Yassine.

20         Q.    What is Yassine's family name?

21         A.    Hamrouni.

22         Q.    Do you know where this photograph,

23    Government's Exhibit 188, was taken?

24         A.    No.

25               (Recess)


163


1          Q.    When did Labsi Mustapha go to

2    Pakistan or Afghanistan?

3          A.    When I was in Afghanistan, he came

4    over.

5          Q.    About how long had you been in

6    Afghanistan when Labsi arrived?

7          A.    About two months.

8          Q.    So at the time that he arrived you

9    were still at Khalden?

10         A.    Yes.

11         Q.    And he came also to Khalden?

12         A.    Yes.

13         Q.    Was Mustapha Labsi's purpose in

14    coming to Afghanistan to receive training so

15    that he could participate in jihad?

16         A.    Yes, it's for training.

17      Q.    Did he complete the training program

18    at Khalden?

19      A.    He has a normal training.

20      Q.    When you left Khalden, was Mustapha

21    Labsi still there?

22      A.    Yes.

23      Q.    Do you know the route that Mustapha

24    Labsi used to travel to Afghanistan?

25      A.    I do not know.

164

1      Q.    Do you know who made the arrangements

2    for Mustapha Labsi to travel to Afghanistan?

3      A.    I do not know.

4      Q.    Do you know what caused Mustapha

5    Labsi to decide to go to Afghanistan for

6    training?

7      A.    I really don't know what's the main

8    cause of that.

9      Q.    Who encouraged, or influenced

10    Mustapha Labsi in connection with jihad or

11    going to Afghanistan?

12      A.    Exactly, I do not know who is the

13    person.

14      Q.    Even if you don't know whether it was

15    one specific person, do you know any of the

16      people who might have been involved in any way?

17          A.    Possibly Karim.

18          Q.    Meaning Said Atmani?

19          A.    Yes.

20          Q.    Do you know who recommended Mustapha

21      Labsi or made introductions for him to get him

22      into Afghanistan?

23          A.    I do not know.

24          Q.    Do you know whether it was Raouf

25      Hannachi or Abu Sofiane?

                                                        165

1           A.    I am not sure.  I do not know.

2           Q.    Why didn't Mustapha Labsi go to

3       Afghanistan at the same time you did?  What

4       caused him to go later?

5           A.    He didn't have a passport or

6       documents to be able to go.

7           Q.    How did he ultimately obtain a

8       passport or documents?

9           A.    I do not recall.  I don't know.  He

10      tried at the same time when I was looking for

11      my passport, for him to find also a Canadian

12      passport, but he was not successful, so he

13      didn't go.

14          Q.    You testified yesterday that

15    Abdelmajid Dahoumane assisted you with getting

16    a passport and that there was another person

17    involved who was black, African.

18        A.    Yes.

19        Q.    Were Majid and this African man also

20    trying to get a Canadian passport for Mustapha

21    Labsi?

22        A.    Yes, probably with the same method.

23        Q.    Do you know why it was not

24    successful?

25        A.    I really do not remember for sure.


166


1        Q.    Eventually, did Mustapha Labsi get a

2    Canadian passport or some other kind of

3    document?

4        A.    Another passport.

5        Q.    Do you know from what country that

6    passport was supposedly issued?

7        A.    I think it was Belgian.

8        Q.    Do you know the name that was on that

9    passport?

10        A.    No.

11        Q.    Do you know whether Mustapha Labsi

12    obtained that passport in Canada or whether

13    someone sent it to him outside of Canada?

14        A.    I do not know.  I do not remember.

15        Q.    Do you recognize the name Amrani

16   Mustafa?

17        A.    No, I do not.

18      · Q.    Just to make sure.

19        A.    No, I don't know.

20        Q.    By what name was Mustapha Labsi known

21   while he was in Afghanistan?

22        A.    I do not know.

23              Al Mahdi, sorry.

24        Q.    Do you know if Mustapha Labsi was

25   ever known by the name Zaki, or Zakaria?

167

1        A.    I do not know.

2        Q.    Do you know who paid the expenses for

3   Mustapha Labsi to travel to Afghanistan?

4        A.    I do not know.

5        Q.    Do you know whether on his way into

6   Afghanistan Mustapha Labsi stayed at Abu

7   Zoubeida's guesthouse in Jalalabad?

8        A.    He didn't tell me, but I assume he

9   did.

10       Q.    Did Mustapha ever tell you anything

11   about how he had gotten from Canada to Khalden?

12       A.    No, he didn't mention it.

13      Q.    After you left Khalden, did you see

14  Mustapha Labsi again anywhere else in

15  Afghanistan or in Pakistan?

16      A.    No, I didn't.

17      Q.    Do you know where Mustapha Labsi went

18  next after Khalden?

19      A.    He went to Jalalabad, and from there

20  he traveled out.

21      Q.    So as far as you know, did Mustapha

22  Labsi receive training only at Khalden or at

23  any other camp?

24      A.    I think is only in Khalden.

25      Q.    After he left Afghanistan, did he go

                                              168

1   directly to Britain or did he go anywhere else?

2       A.    He went to Britain.

3       Q.    Do you recognize this name, Kadri

4   Rabah, or Rabah Kadri?

5       A.    No, I don't.

6       Q.    Let me ask you some additional

7   questions about Abdel Hakim, also known as

8   Toufiq.  Did he receive any special training in

9   the making of electronics for use in bombs?

10      A.    I do not know.

11      Q.    Do you know if he received any

12    advance explosives training of any kind?

13         A.    I do not know.

14         Q.    Do you know when he left Afghanistan?

15         A.    A little bit before Mustapha.

16         Q.    Who left Afghanistan first?  You or

17    Toufiq?

18         A.    Toufiq first.

19         Q.    Are you able to estimate the month

20    when Toufiq left Afghanistan?

21         A.    I do not recall exact month but I

22    know it was after the summer.

23         Q.    That would be of 1998, correct?

24         A.    Yes.

25         Q.    While you were in Pakistan and

169

1    Afghanistan, were you in contact with anyone

2    back in Canada?

3         A.    No, I never.

4         Q.    While you were in Afghanistan or

5    Pakistan, were you in contact with anyone in

6    the United States?

7         A.    No.

8         Q.    I believe that you have told us

9    before that when you arrived in Pakistan or

10    Afghanistan you called someone to say that you

11    had arrived; is that correct?

12         A.    Yes.

13         Q.    Am I right, was it after you arrived

14    in Pakistan or Afghanistan, or was it while you

15    were traveling there through Europe?

16         A.    I was in Pakistan.

17         Q.    Where in Pakistan were you at the

18    time?

19         A.    In Peshawar.

20         Q.    Who did you call?

21         A.    Atmani Said, the brother of Atmani

22    Said, who, he doesn't know me, and he didn't

23    know me and he didn't know where I was calling

24    from.  So I have to verify.

25         Q.    Do you know Said Atmani's brother's

170

1    first name?

2         A.    Abdesssamad.

3         Q.    Who had given you the name and

4    telephone number of Abdessamad?

5         A.    Karim.

6         Q.    Meaning his brother Said Atmani?

7         A.    Yes, Atmani Said is Karim.

8         Q.    Was your purpose for calling

9    Abdessamad simply to say that you had arrived

10      safely?

11          A.    Yes.

12          Q.    But you did not tell him where you

13      were calling from, correct?

14          A.    Yes.  He doesn't know me, first, and,

15      second, he didn't know where I was calling him

16      from.

17          Q.    How did you identify yourself, with

18      what name, when you called him?

19          A.    I told him the friend of your

20      brother, from what I remember.

21          Q.    Besides that call to Abdessamad,

22      while you were in Pakistan or Afghanistan, did

23      you call anyone else in Europe?

24          A.    Only one time when I was in Frankfurt

25      in Germany, I contacted my family in Algeria.


                                                   171


1       And then I called Malicorne and I left a

2       message on the recording machine, because I

3       didn't find nobody there.

4           Q.    Let's go back over some of that to

5       make sure that it is clear.  First, I forgot to

6       ask, in what country was Abdessamad Atmani when

7       you called him from Pakistan?

8           A.    He was in Europe, in Belgium.

```
 9        Q.    Then you said that while you were in

10   Frankfurt you called your family in Algeria?

11        A.    Yes.

12        Q.    Was that when you stopped in

13   Frankfurt on your way to Afghanistan?

14        A.    Yes.

15        Q.    Then you said that there was a time

16   when you tried to call Malicorne.

17        A.    Yes.

18        Q.    Where were you when you made that

19   call?

20        A.    In the airport.

21        Q.    In Frankfurt?

22        A.    Yes.

23        Q.    No one answered the phone?

24        A.    No.

25        Q.    Was there an answering machine?
```

172

```
 1        A.    Yes.

 2        Q.    Did you leave a message?

 3        A.    Yes.

 4        Q.    What was the substance of the

 5   message?

 6        A.    I do not recall for sure.

 7        Q.    Did you call anyone else while you
```

8    were in Pakistan or Afghanistan?

9        A.    No, I didn't.

10       Q.    Did you commune with anyone by letter

11   while you were in Pakistan or Afghanistan?

12       A.    One time I sent a letter with Zubeir

13   al Maghrebi.

14       Q.    Where were you at the time that you

15   sent that letter?

16       A.    Afghanistan.

17       Q.    Where in Afghanistan?

18       A.    I do not recall for sure.

19       Q.    Do you think that you were at one of

20   the camps?

21       A.    Yes, I think so.

22       Q.    When you say that you sent a letter

23   with Zubeir, meaning that you asked him to

24   carry it to someone else for you?

25       A.    Yes.

173

1        Q.    To whom was Zubeir supposed to

2    deliver the letter?

3        A.    To Karim.

4        Q.    Said Atmani?

5        A.    Yes.

6        Q.    What was the purpose of that letter?

7        A.      Give him my regards, greetings and

8    requesting from Karim to send me the cost, or

9    the money for the ticket.

10       Q.      For which ticket?

11       A.      Ticket for getting out of the

12   country.

13       Q.      Where was Karim at the time that you

14   sent this letter?

15       A.      In Canada.

16       Q.      Do you know whether Zubeir actually

17   delivered that letter to Karim?

18       A.      I do not know.

19       Q.      From where did you actually get the

20   money to pay for your ticket out of Pakistan?

21       A.      I took it from Al Moutaz.

22       Q.      Was that part of the $12,000 that Al

23   Moutaz gave you as you were leaving?

24       A.      Yes.

25       Q.      At the time that you wrote the letter

174

1    to Karim to ask him for the money, did you know

2    that you would be receiving money from Al

3    Moutaz?

4        A.      At that time I didn't.

5                THE INTERPRETER:  Excuse me, repeat

6      the question.

7              (Record read)

8              THE INTERPRETER:  Excuse me.  I need

9      to ask the question a different way.

10       A.   No.

11       Q.   Why was it arranged for you to call

12     Karim's brother in Belgium instead of just

13     calling back to Canada to speak directly to

14     Karim?

15       A.   I had a feeling that the phone in

16     Canada was watched, or was under surveillance.

17     The telephone was watched.  This is what I

18     think, what I thought.

19       Q.   When you say that you thought that

20     the telephone was being watched, do you mean

21     the telephone at the apartment of Malicorne?

22       A.   Yes.

23       Q.   But yet, you called that telephone

24     from the airport in Frankfurt, as you said

25     earlier.

                                          175

1      A.   Yes.

2      Q.   Can you explain why it was OK for you

3    to call from Frankfurt but you didn't want to

4    call from Pakistan?

5      A.    It's when in Europe I felt like it

6    was not that important.

7      Q.    The letter intended for Karim that

8    you sent with Zubeir, is that the only letter

9    that you wrote while you were in Afghanistan or

10   Pakistan?

11     A.    Yes.

12     Q.    At any time up until you were

13   arrested on December 14, 1999, did you know or

14   had you heard anything about any plans to carry

15   out for anyone, to carry out any operations in

16   France in December 2000?

17     A.    No, I didn't.

18     Q.    Up until the time that you were

19   arrested, had you heard anything about plans by

20   anyone to carry out any operation in France in

21   1999?

22     A.    No.

23           (Recess)

24     Q.    I am going to ask you now about your

25   departure from Afghanistan and Pakistan.   I am

176

1    sorry if some questions are being repeated from

2    earlier today or yesterday, but it is difficult

3    to keep track.

4          In what month and year did you leave

5    Afghanistan?  I am sorry.  Let's be more

6    specific.  Let's take it step by step.

7          In what month and year did you leave

8    Deronta Camp?

9    A.    In Ramadan -- before Ramadan.

10   Q.    Ramadan at the end of 1998 or

11   beginning of 1999?

12   A.    Yes.

13   Q.    From Deronta, where did you go next?

14   A.    To Jalalabad.

15   Q.    Did you have to pass through any

16   other city on the way to Jalalabad?

17   A.    No.

18   Q.    How long did you stay in Jalalabad

19   that time?

20   A.    I stayed there till I went to

21   Islamabad.

22   Q.    Can you estimate how many days or

23   weeks you were in Jalalabad before you went to

24   Islamabad?

25   A.    About a month and a half.

177

1    Q.    During that month and a half in

2    Jalalabad, were you staying at Abu Zoubeida's

3    guesthouse?

4         A.    I stayed at one guesthouse --

5               THE INTERPRETER:  I am sorry, I have

6    to verify.  He used the word beit twice and I

7    want to be sure it is a guesthouse or just a

8    house.  Madafa.

9               So the first is:

10        A.    I stayed sometime at Abu Zoubeida's

11.  guesthouse and then I moved to another

12   guesthouse.

13              MS. BAKER:  For the court reporter,

14   spell the word you used.

15              THE INTERPRETER:  M-A-D-A-F-A.

16              MS. BAKER:  It sounded like you said

17   something like beit.

18              THE INTERPRETER:  The word beit.

19              MS. BAKER:  Which is?

20              THE INTERPRETER:  It means house, or

21   guesthouse.

22              MS. BAKER:  Could you spell that.

23              THE INTERPRETER:  B-E-I-T, and I have

24   been distinguishing both by using madafa, which

25   we said house.


                                              178


1         Q.    For how long did you stay at Abu

2    Zoubeida's guesthouse in Jalalabad?

3    A.    I do not know exactly.

4    Q..    Was it days or weeks?

5    A.    Weeks.

6    Q.    And then you moved to another house?

7    .A.    I went to a house then.

8    Q.    Also in Jalalabad?

9    A.    Yes.

10    Q.    Who else was in that second house

11    that you were in in Jalalabad?

12    A.    There were young men from Algeria.

13    Q.    Did you stay in that house until you

14    left Jalalabad for Islamabad?

15    A.    Yes.

16    Q.    So that was for the remainder of the

17.    approximately month and a half?

18    A.    From the time I was at the madafa,

19    the guesthouse of Abu Zoubeida, from the time I

20    left was one month and a half.

21    Q.    So that's the total time at both of

22    the houses, right?

23    A.    Yes.

24    Q.    When you left Deronta Camp to go to

25    Jalalabad, were you alone or was anyone with

179

1    you?

2         A.    With other people.

3         Q.    How many other people?

4         A.    We were a group, but I do not

5    remember how many.

6         Q.    Do you remember who any of the other

7    people were?

8         A.    I do not recall.

9         Q.    Did everyone in that group go to Abu

10   Zoubeida's guesthouse?

11        A.    Most of them did.

12        Q.    Do you remember the camp names or any

13   names for any of the other people who lived in

14   the second house with you in Jalalabad?

15        A.    Fodail.  Al Moutaz.  Those are the

16   two I remember.

17        Q.    Was it all Algerians living in that

18   house?

19        A.    Yes, most of them are.

20        Q.    Can you estimate about how many

21   people were living in that house while you were

22   there?

23        A.    Anywhere between 10 to 15.

24        Q.    When you left Jalalabad for

25   Islamabad, were you alone or was anyone with

1    you?

2         A.    I went with an Afghani.

3         Q.    How long did you stay in Islamabad?

4         A.    I do not recall, but approximately

5    two weeks, or maybe more.

6         Q.    Where did you stay in Islamabad?

7         A.    At Abu Zoubeida's.

8         Q.    Was that a house that you had stayed

9    in before when you were on your way in?

10        A.    No, it's a new house.

11        Q.    Do you remember anyone else who was

12   at Abu Zoubeida's house in Islamabad while you

13   were there?

14        A.    There was Abu Zoubeida there and

15   another person called Abdullah al Jaza'iri, who

16   was an assistant or a serviceman there.

17        Q.    Anyone else?

18        A.    And then there was a Pakistani

19   individual who would come there, but I don't

20   know who he was, and I don't remember his name.

21        Q.    Anyone else.

22        A.    I do not remember.

23        Q.    Where did you go next after

24   Islamabad?

25        A.    Then I went to Karachi, and from

```
 1    Karachi to Canada.

 2         Q.    How long did you stay in Karachi?

 3         A.    I didn't stay, I went direct.

 4         Q.    So you flew out of Karachi?

 5         A.    Yes.

 6         Q.    When you flew out of Karachi, were

 7    you alone or was anyone with you?

 8         A.    By myself.

 9         Q.    Before we continue forward from

10    Karachi, you told us yesterday or earlier today

11    that during the US retaliation for the embassy

12    bombings you had been at Khalden, and you all

13    left and went to the mountains.

14         A.    Yes.  It was an emergency

15    dispersement.

16         Q.    Was Mustapha Labsi in Khalden at that

17    time?

18         A.    Yes.

19         Q.    Did he also go to the mountains with

20    everyone?

21         A.    Yes.

22         Q.    Then did he return back to Khalden

23    after that?

24         A.    Yes.

25         Q.    From Karachi, where did you fly to?
```

182

1      A.      From Karachi to Thailand, then North

2    Korea, I think, then to United States, to Los

3    Angeles.

4      Q.      And from there to Vancouver, correct?

5      A.      Yes.

6      Q.      Did you spend any time in any of

7    those countries along the way or were you just

8    passing through?

9      A.      We do a transit at the airport for a

10   few hours and continue.

11     Q.      Did you make that entire trip by

12   yourself or was anyone with you?

13     A.      Just by myself.

14     Q.      And you made that trip under the name

15   Benni Noris?

16     A.      Yes.

17     Q.      Using the Canadian passport that you

18   had in that name?

19     A.      Yes.

20     Q.      You arrived back in Canada in about

21   February 1999, correct?

22     A.      Yes.

23     Q.      When you passed through Frankfurt on

24   your way into Afghanistan, we know that you

25   called your family in Algeria and that you

183

1    tried to call the apartment on Malicorne.   Did

2    you make contact or try to make contact with

3    anyone else while you were in Frankfurt?

4        A.    No.

5        Q.    Did you try to make contact with

6    anyone who was in Germany when you were in

7    Frankfurt?

8        A.    No.

9        Q.    You said a minute ago that on your

10   way from Pakistan back to Canada, that you

11   passed through what you thought maybe was North

12   Korea.

13       A.    Yes.

14       Q.    Do you remember what city you went

15   through?

16    :   A.    I do not remember.

17       Q.    Are you sure one way or the other

18   whether it was North Korea or South Korea?

19       A.    I do not know.  I really do not know.

20   I was going as a transit, so I didn't have

21   experience with that.

22       Q.    While you were there, you didn't

23   leave the airport, did you?

24       A.    No, no.

25        Q.     Why did you choose to travel back

                                                              184


1      from Pakistan to Canada through Asia instead of

2      through Europe?

3          A.    Because of immigration issues.

4          Q.    Can you explain a little bit more

5      what you mean by that.

6          A.    Because of concern with the Canadian

7      immigration.

8          Q.    Why would a concern with Canadian

9      immigration affect your decision of where to go

10     before Canada?

11         A.    Repeat it.

12         Q.    I don't understand why a concern

13     about Canadian immigration would affect your

14     decision of where to go before going to Canada.

15     Can you explain that?

16         A.    I didn't have any paperwork except

17     the passport itself.  I was afraid that they

18     would ask other questions or maybe for other

19     documentation I wouldn't find, and they would

20     go dig deeper into the passport and find out

21     that it is a false one.

22         Q.    And you thought that that would be

23     more likely to happen if you went through

24        Europe than if you went through Asia?

25            A.    Yes.


                                                        185


1         Q.    Had anyone suggested to you that it

2    would be easier to travel through Asia?

3         A.    No.

4         Q.    Did you know anyone else who had used

5    that same kind of route to travel from

6    Afghanistan or Pakistan through Asia to get

7    back to North America?

8         A.    I do not know.

9         Q.    Were you trying in particular to

10   enter Canada at Vancouver rather than in

11   Montreal or someplace in the east?

12        A.    The route from Asia, of course, would

13   take you directly to Vancouver than to take you

14   to another place in Canada.

15        Q.    Of course, and that's why I am asking

16   you the question.  Is that why you chose the

17   route through Asia, because you wanted to go

18   into Canada through Vancouver?

19        A.    No.  I chose that route of Asia

20   because of immigration concern.

21        Q.    Mustapha Labsi left Afghanistan

22   before you did, correct?

23      A.      Yes.

24      Q.      Do you know the name that he used to

25      travel out from Afghanistan?


                                                    186


1       A.      No, I do not know.

2       Q.      Do you know whether he went to

3       Germany after he left Afghanistan?

4       A.      No.

5       Q.      As far as you know, he ended up in

6       London, correct?

7       A.      Yes.

8       Q.      Do you know why he chose to go to

9       London?

10      A.      I really do not know.  I was not

11      sure.  When he traveled, I wasn't with him, so

12      I didn't know.

13      Q.      And the plan for Labsi to go back to

14      Canada and join you there did not succeed

15      because he was stopped by immigration, correct?

16      A.      Yes.

17      Q.      Where was he stopped, do you know?

18      A.      In Britain.

19      Q.      How did you learn that he had been

20      stopped in Britain?

21      A.      Perhaps it was from Abdul Hakim.

22     Q.    Meaning Toufiq, correct?

23     A.    Yes.

24     Q.    Once you were back in Canada, did you

25    communicate with your friends or colleagues in

187

1    Britain by telephone or by letter or both?

2     A.    By phone only.

3     Q.    Do you know when you learned that

4    Labsi had been detained when he tried to leave

5    Britain?

6     A.    I was in Afghanistan.

7     Q.    Where in Afghanistan were you?

8     A.    I was in Jalalabad.

9     Q.    Were you still staying at Abu

10    Zoubeida's guesthouse or had he moved to the

11    other house?

12     A.    I do not really remember.

13     Q.    While you were in Jalalabad, were you

14    in touch by telephone with people in Britain?

15     A.    No, I didn't.  I heard news, or the

16    rumor there, and when I got to Canada, then it

17    was confirmed to me that was true.

18     Q.    If Labsi had not been detained as he

19    was leaving Britain, the plan was that he was

20    supposed to join with you and the others in

21    Canada and participate in raising money and an

22    operation, correct?

23        A.    I do not know.

24        Q.    You have told us before that that was

25    the plan, so I don't understand what you

188

1    mean --

2        A.    The plan was for us to get to Canada

3    and be in one group.  It was a plan, most

4    important thing was for us to get together, and

5    the most important task was to try to collect

6    some money, but there was no idea or no plan or

7    general concept about doing any operations.

8        Q.    You were going to raise money through

9    committing robberies, correct?

10       A.    Yes.

11       Q.    You have said before that the general

12    idea of an operation had been considered or

13    understood, although the specifics had not been

14    discussed; is that correct?

15       A.    In general, as we were in groups

16    there, we have that general concept, but as we

17    smaller group, when we get together there was

18    no specifics.  We didn't talk of anything and

19    we have no plan for anything.  And our main

20       concern was somehow for all of us to get

21       together in Canada, and when Mustapha wrote a

22       note for me, he indicated that the foremost

23       important thing is to collect or gather some

24       money.

25              Q.    And then any other specifics would be


                                                           189


1        discussed once you were all there in Canada,

2        correct?

3              A.     Yes, perhaps things will change then,

4        and then we will discuss the possibilities.

5              Q.    But the whole purpose, all of you who

6        planned to meet in Canada had all been through

7        training in the camps and the whole purpose of

8        the training was to carry out operations in the

9        future, correct?

10             A.    I do not know.  There are some people

11       who want or are anxious to do operations.

12       There are some people who have no intention.

13       There are some people I don't know what their

14       position was.  And there are some people who

15       perhaps were thinking to have the opportunity

16       to go to Algeria and do jihad there even.  And

17       there are some who don't believe in doing

18       terrorist activity, and they would rather just

19      collect money to support the other functions.

20          Q.    I am not asking you right now about

21      all Algerians who received training.

22          A.    Yes.

23          Q.    Obviously you can't know everything

24      that is in everybody's mind.

25          A.    Yes.


                                                    190


1           Q.    But focusing on the specific group

2      who had agreed to meet up with you in Canada,

3      you were going to raise money through

4      robberies.

5           A.    Yes.

6           Q.    And wasn't there a general

7      understanding within that small group that

8      there would be some kind of operation but the

9      specifics, I understand, none of the specifics

10     had been discussed?

11          A.    He says repeat it for me and do good

12     translation.

13              MS. BAKER:   If you need it read back,

14     the court reporter can repeat it first.   It is

15     up to you.

16              THE INTERPRETER:   No.

17          A.    I do not know.

18                    MS. BAKER:  Off the record.

19                    (Discussion off the record)

20                    MS. BAKER:  We are going to recess

21    for today and resume tomorrow morning at 9:30.

22                    (Adjourned until 9:30 a.m.,

23    Wednesday, June 12, 2002)

24

25

195

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   -------------------------------x

 3   In re:

 4   INTERNATIONAL LETTERS ROGATORY,
     dated August 27, 2001
 5
     -------------------------------x
 6
                              June 12, 2002
 7                            12 noon

 8

 9

10              Deposition of AHMED RESSAM, taken by

11   the United States Attorney's Office, at the

12   United States Courthouse, 40 Foley Square, New

13   York, New York 10007, before Joseph Quinones, a

14   Registered Professional Reporter and Notary

15   Public of the State of New York.

16

17

18

19

20

21

22

23

24

25
```

196

```
1                    APPEARANCES

2     ROBIN L. BAKER,
      ERIC B. BRUCE,
3     PREETINDER BHARARA,
           Assistant United States Attorneys
4
      ALSO PRESENT:
5
      WALID FARHOUD (Arabic Interpreter)
6
      ADAM S. COHEN
7     JAMES T. HELLY
      STEVEN E. SORRELLS
8     JESSICA STEINERT
           Federal Bureau of Investigation
9
      JEAN-LOUIS BRUGUIERE
10    JEAN-FRANCOIS RICARD
           High Instance Court of Paris
11
      PHILIPPE CHICHEIL
12    RENE RITTER
           Direction de la Surveillance du Territoire
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            Ahmed Ressam resumed.

2    BY MS. BAKER:

3        Q.    I remind the interpreter and the

4    witness that you are still subject to the oath

5    or affirmation that you took on Monday.

6        A.    Yes.

7        Q.    I want to begin by going back to the

8    subject matter that we were discussing at the

9    end of the day yesterday.

10            Before you left Afghanistan, is it

11   true that you had discussions with Al Moutaz

12   and Fodail in general terms about carrying out

13   an operation against the United States?

14       A.    Yes.

15       Q.    And as you testified yesterday, Al

16   Moutaz was the leader of the Algerians,

17   correct?

18       A.    Yes.

19       Q.    And you have previously said that

20   Fodail was basically the leader of your cell,

21   correct?

22       A.    Yes, at that time when we will

23   establish the cell he will be the leader.

24       Q.    And the other members of your cell

25      were Abu Ahmed, Hakim, who is also known as

                                                                198

1       Toufiq, Mustapha Labsi and Karim or Said

2       Atmani, correct?

3           A.    Yes.

4           Q.    Now, out of that group you obviously

5       had trained in Afghanistan.

6           A.    Yes.

7           Q.    And Fodail, Abu Ahmed, Hakim and

8       Labsi had also trained in Afghanistan?

9           A.    Yes.

10          Q.    Atmani was a veteran of jihad in

11      Bosnia, correct?

12          A.    Yes.

13          Q.    Now, when you left Afghanistan, you

14      were given by Al Moutaz $12,000 and some

15      chemicals from which you would be able to make

16      explosives, correct?

17          A.    Yes.

18          Q.    And you brought those items back with

19      you to Canada?

20          A.    Yes.

21          Q.    After you were back in Canada, you

22      called Karim or Said Atmani who was in Bosnia,

23.     correct?

24     A.    Yes.

25     Q.    And you discussed with him in general

199

1     terms that he would participate with you and

2     the others in an operation, correct?

3     A.    Yes, I told him as soon as we will

4     get together we will have a plan for operation.

5     Q.    Now, you were already back in Canada

6     and the plan was that the other cell members

7     would travel one at a time into Canada to join

8     you, correct?

9     A.    Yes.

10     Q.    And while you were in Canada, you had

11     some telephone conversations with the other

12     cell members who were in Britain, correct?

13     A.    Yes.

14     Q.    And that was all of the other cell

15     members except Atmani who were in Britain,

16     correct?

17     A.    Yes.

18     Q.    And in those calls you were

19     discussing or you were trying to arrange or get

20     them to come to Canada, correct?

21     A.    Yes.

22     Q.    Now, the purpose or the desire, as

23    you understood it, was for them, for the cell,

24    to participate with you in carrying out an

25    operation; correct?

200

1       A.    Yes.

2       Q.    But Labsi got stopped as he tried to

3    leave Britain, correct?

4       A.    Yes.

5       Q.    And Fodail also had some kind of

6    problem with immigration that prevented him

7    from coming to Canada, correct?

8       A.    Yes.

9       Q.    And Atmani had problems that

10   prevented him from leaving Bosnia to come to

11   Canada, correct?

12      A.    Yes.

13      Q.    And as a result of the problems of

14   Labsi and Fodail, the other cell members

15   decided not to come to Canada, correct?

16      A.    Yes.

17      Q.    And after that you decided that you

18   would carry out the operation against the

19   United States without the other members of your

20   cell?

21      A.    Yes.

22        Q.    We discussed yesterday your travel

23    from Afghanistan back to Canada in February of

24    1999.  And you said that you flew from Pakistan

25    through Korea to Los Angeles to Vancouver.

201

1         A.    Yes.

2         Q.    Where did the money come from to pay

3    for those plane tickets?

4         A.    From the money that Al Moutaz gave to

5    me.

6         Q.    As far as you know, is there any type

7    of guest house or structure to welcome or

8    assist when people travel to or from

9    Afghanistan through Korea, through the place

10   that you passed through?

11        A.    No, I do not know.

12        Q.    Before you arrived back in Canada in

13   February of 1999, who, if anyone, knew that you

14   would be arriving?

15        A.    To Vancouver?

16        Q.    Yes.

17        A.    Nobody.

18        Q.    Was there anyone who knew before you

19   got to Canada that you were coming back to

20   Canada at all?  In other words, was there

21     anyone in Montreal maybe who knew that you were

22     coming even though you weren't going straight

23     to Montreal?

24          A.     No.

25          Q.     From the airport in Vancouver, where

                                                        202

1      did you go next?

2           A.     I went to Hamaidi Nacer.

3           Q.     Hamaidi?

4           A.     Yes.

5           Q.     How did you get from the airport to

6      Hamaidi's house?

7           A.     I called him by phone and he came by

8      car and picked me up and took me to his house.

9           Q.     Was anyone with Hamaidi when he

10     picked you up?

11          A.     No.

12          Q.     Where was Hamaidi living when you

13     stayed with him in Vancouver?

14          A.     I do not recall the neighborhood

15     area.

16          Q.     Was it in the City of Vancouver or

17     outside, if you know?

18          A.     Outside the city.

19          Q.     Was anyone else living with Hamaidi

20    at that time?

21        A.    His family.

22        Q.    For how long did you stay with

23    Hamaidi?

24        A.    One night.

25        Q.    And then you went to stay with

                                                    203

1     Abdelmajid Dahoumane?

2         A.    Yes.

3         Q.    Where was Abdelmajid living at that

4     time?

5         A.    Across the street of 12th and Oak.

6         Q.    Is that in Vancouver?

7         A.    Yes, I think so.  And it's not far

8     away from the center of the city.

9         Q.    Did you continue to live with

10    Abdelmajid for the rest of that period of time

11    that you were in Vancouver?

12        A.    Yes.

13        Q.    For about how long did you stay in

14    Vancouver during that period of time?

15        A.    Exactly I do not know, maybe 3

16    months.  But the period of time I spent in

17    Vancouver, all of it or most of it was at

18    Majid's house.

19      Q.   During the time that you were staying

20   with Majid in Vancouver, did you make any trips

21   back to Montreal?

22      A.   I went to Montreal.

23      Q.   How many times did you go to

24   Montreal?

25      A.   Twice.

204

1       Q.   What was the purpose of those trips

2    to Montreal?

3       A.   I went and saw Adel.  The second time

4    I went to settle in Montreal.

5       Q.   During the time that you were staying

6    with Majid in Vancouver, did you travel to

7    Calgary in Alberta?

8       A.   Yes.

9       Q.   What was the purpose of that trip?

10      A.   To obtain a driver's license.

11      Q.   Was that in the name Benni Noris?

12      A.   Yes.

13      Q.   For how long were you in Calgary?

14      A.   Not longer than two days, but I

15   remember I stayed one night there.

16      Q.   Where did you stay?

17      A.   At the hotel.

18      Q.     To carry out your plan for an

19   operation in the United States, you prepared

20   four timing and power units, correct?

21      A.     Yes.

22      Q.     Did you assemble those units

23   yourself?

24      A.     Yes.

25      Q.     Where did you assemble those?

205

1       A.     In Montreal.

2       Q.     When you assembled the units, were

3    you working only from your memory of what you

4    had been taught in Afghanistan, or had you

5    brought back with you any written material?

6       A.     I had something written.

7       Q.     And as you told us before, later

8    after you assembled the units you disposed of

9    those written materials, correct?

10      A.     Yes.

11      Q.     Who provided the instruction to you

12   in Afghanistan for the electronics?

13      A.     I wrote them by myself.

14      Q.     Who was the instructor who taught you

15   that material?

16      A.     Assadullah.

17      Q.      What nationality is Assadullah?

18      A.      Algerian.

19      Q.      And where did you receive that

20    instruction, at Deronta?

21      A.      Yes.

22      Q.      How many others received that

23    electronics training at the same time you did?

24      A.      It's about ten people.

25      Q.      Do you remember who any of them were

206

1     there?

2       A.      I do not recall their names.

3       Q.      What nationalities were they?

4       A.      There were several.  They were mixed.

5     Some of them are Algerian, some are from Qatar,

6     and there is maybe some Saudis, but I am not

7     sure.

8       Q.      As far as you know, had any of them

9     come from France?

10      A.      No.

11      Q.      As far as you know, were any of them

12    planning going to France after they finished

13    their training?

14      A.      No.

15      Q.      You said a few minutes ago that you

16      traveled to Calgary to obtain a false driver's

17      license or, rather, a real driver's license in

18      a false identity.  Well, which one was it, did

19      you go really to the Motor Vehicle Bureau and

20      obtain a real driver's license?

21          A.    It was a combination of both.  I went

22      and bought it with money through the office of

23      licensing.

24          Q.    So it wasn't that someone printed the

25      license in their garage, it was a real license

207

1       but you got it through improper channels,

2       correct?

3           A.    Yes.

4           Q.    Why did you choose to go to Calgary

5       for a license rather than any other part of

6       Canada?

7           A.    Because I found someone who would be

8       able to obtain it for me in an easy way.

9           Q.    Do you recognize the name Fawdil

10      Oussama?

11          A.    No.

12          Q.    All of the members of your cell were

13      Algerian, correct?

14          A.    Yes.

15      Q.      Fodail from your cell, had he

16   received special training in making explosive

17   devices using a delayed timing device?

18      A.      Yes.

19              THE INTERPRETER:  It's the same

20   training but he asked to repeat the question

21   again so I will say it again in Arabic.

22      A.      He trained like me in putting the

23   explosive compounds together and using the

24   electronic devices for exploding them.

25      Q.      Did he train, as you did, at Deronta?

                                        208

1       A.      Yes.

2       Q.      Do you know where Fodail is today?

3       A.      No, I do not know.

4       Q.      As of when you got arrested in

5   December 1999, where was Fodail, as far as you

6   knew?

7       A.      I do not know.

8       Q.      The last time you had any contact

9   with Fodail, where was he?

10      A.      In Afghanistan.

11      Q.      So after you left Afghanistan you did

12   not exchange any letters with Fodail or speak

13   with him on the telephone?

14      A.    No.  He was in Britain.  I checked

15   through my associates there about him but he

16   was not with them when I contacted them.

17      Q.    As far as you heard from other

18   people, is that where he had a problem with

19   immigration in Britain?

20      A.    Yes.

21      Q.    I asked you a minute ago if the other

22   members of your cell were Algerian.  Karim --

23   is he Algerian or Moroccan?

24      A.    He is a Moroccan.

25      Q.    Has Karim himself or anyone else ever

                                    209

1    told you about Karim's experiences in fighting?

2       A.    I do not know.

3       Q.    Well, you know that he fought in

4    Bosnia, correct?

5       A.    Yes.

6       Q.    He never told you any details about

7    that?

8       A.    No.

9       Q.    Do you know whether he fought

10   anywhere else besides Bosnia?

11      A.    No, I don't.

12      Q.    What can you tell us about Karim's

13      Islamic activism or involvement in such issues?

14          A..    I do not understand it.

15                 (Question read)

16          A.     I do not know.

17          Q..    So far we have discussed the fact

18      that Karim fought in Bosnia.

19          A.     Yes.

20          Q.     And the fact that he was supposed to

21      be a member of your cell.  Besides those two

22      things, was he involved in any other ways in

23      jihad?

24          A.     I do not know.

25          Q.     While you were in Afghanistan and

                                                        210

1       Pakistan, for at least part of that time was

2       Atmani still in Montreal?

3           A.     Yes, he was in Montreal.  I do not

4       know for sure but I heard that he was in

5       Montreal from the information I got.  From my

6       knowledge, what I know is that he was in

7       Montreal.

8           Q.     While you were in Afghanistan or

9       Pakistan, did you have any contact with Atmani

10      while he was in Montreal?

11          A.     No, I didn't call him.

12    Q.    What was Atmani's purpose for being
13    in Canada in 1998?
14    A.    What year?
15    Q.    In 1998 while you were in Afghanistan
16    or Pakistan.
17    A.    He was living there.  He was
18    preparing his documents to stay there.  But
19    other issues of what his intentions were, I
20    didn't know.  He was thinking of getting
21    married.
22    Q.    As far as you know, did Said Atmani
23    ever plan to participate in an operation in
24    Europe?
25    A.    No.


                                                   /    211



1     Q.    Did you learn at some point that Said
2     Atmani had been deported from Canada?
3     A.    Yes.
4     Q.    From whom did you learn that?
5     A.    Abdelmajid.
6     Q.    Can you estimate what month and year
7     you learned that from Abdelmajid?
8     A.    After my return from Afghanistan when
9     I was freshly here.
10    Q.    About how many times did you speak

11     with Said Atmani once you were back in Canada

12     and he was in Bosnia?

13          A.    Twice or three times, no more.

14          Q.    After you came back from Afghanistan

15     to Canada, did you ever see Said Atmani again?

16          A.    No, I never did.

17          Q.    Apart or other than whatever might

18     have happened with your cell and an operation

19     in the U.S. by your cell, other than that, do

20     you know whether Atmani had any plans to go to

21     the United States in 1999?

22          A.    I do not know.

23          Q.    Do you know where Said Atmani is now?

24          A.    He is in France.

25          Q.    Do you remember who told you or what

212

1      leads you to believe that Atmani is currently

2      in France?

3           A.    From my lawyer.

4           Q.    Before you went to Afghanistan, were

5      you in contact with anyone in Germany?  And I

6      don't just mean right before, I mean at any

7      time before, did you have contacts in Germany?

8           A.    No.

9           Q.    After you came back from Afghanistan,

10      you were in contact with people in Germany,

11      correct?

12          A.    Yes.

13          Q.    And these were the members or some of

14      the members of the Algerian cell in Frankfurt,

15      correct?

16          A.    Yes.

17          Q.    Were you communicating with these

18      people by telephone?

19          A.    Yes.

20          Q.    Specifically who do you remember

21      speaking with?

22          A.    Hosem, one time with Abu al Muheiman,

23      that is it.

24          Q.    What was the purpose of your

25      telephone communications with Hosem and Abu al


213.


1       Muheiman?

2           A.    With Hosem there was no issue other

3       than to check on him.

4           Q.    And how about with Abu al Muheiman?

5           A.    I contacted him once to check or ask

6       about Souhaib.

7           Q.    Why were you trying to get in touch

8       with Souhaib?

9      A.    I wanted to check about to see his

10    willingness to come to Canada and to be an

11    assistant for me.

12    Q.    Can you estimate in what month or

13    months of 1999 you had these telephone

14    conversations with Hosem and Abu al Muheiman?

15    A.    Hosem I do not remember.  Abu al

16    Muheiman was either August or September

17    approximately.

18    Q.    Where or from whom had you gotten Abu

19    al Muheiman's telephone number?

20    A.    I do not recall.  There is a

21    possibility of Hosem or someone else.

22    Q.    You said that you called Abu al

23    Muheiman because you were trying to reach

24    Souhaib.

25    A.    Yes, in order to talk to Souhaib.

214

1    Q.    What was the result of your

2    conversation with Abu al Muheiman?  How did he

3    respond?

4    A.    He told me Souhaib doesn't have a

5    passport.  He wouldn't be able to travel.

6    Q.    While you were in Canada, did you

7    know how to contact Souhaib directly?

8        A.      When I called Souhaib at his phone

9     number he was not there and Abu al Muheiman

10    answered the phone and as a result I passed him

11    the message.

12       Q.      The number that you called to try to

13    reach Souhaib, where you actually spoke to Abu

14    al Muheiman, do you know what kind of phone

15    number that was, a cell phone, a residence?

16       A.      I do not know.

17       Q.      Do you know who was the leader of the

18    Algerian cell in Frankfurt?

19       A.      No, I don't know.

20            MS. BAKER:  We are going to break

21    now.  Let's resume at 2.

22         (Luncheon recess)

23         (Continued on next page)

24

25

                                                        215



1                 AFTERNOON SESSION

2                   2 p.m.

3.    BY MS. BAKER:

4        Q.      Before you called Hosem in Germany,

5     how did you know that he was there?

6        A.      Through my friend or associate,

7    Mustapha.

8        Q.    Labsi?

9        A.    Yes.

10       Q.    In your agenda, the one that was

11   found in Adel Boumezbeur, you had a telephone

12   number for Hosem.

13       A.    Yes.

14       Q.    Is that the number that you used when

15   you called him in Germany?

16       A.    Yes.

17       Q.    How did you get that number?

18       A.    From what I recall I got it through

19   my friend in Europe but exactly from who I do

20   not recall.

21       Q.    So, in other words, you don't think

22   that you had that number before you left

23   Afghanistan?

24       A.    No.

25       Q.    You received it sometime while you

216

1    were in Canada?

2        A.    Yes.

3        Q.    Before you called to try to reach

4    Souhaib and spoke with Abu al Muheiman -- well,

5    did you know before that that Abu al Muheiman

6    was in Germany?

7        A.    No.

8        Q.    When you called that number to try to

9    reach Souhaib, or before you called it, did you

10   know that Abu al Muheiman might be there and be

11   using that phone?

12       A.    No.   I was expecting to talk to

13   Souhaib.

14       Q.    Besides Hosem and when you spoke with

15   Abu al Muheiman in trying to reach Souhaib, did

16   you have telephone contact with anyone else in

17   Germany?

18       A.    No.

19       Q.    I don't remember if I have asked you

20   this in the last couple of days:  Where did you

21   first meet Abu Ahmed?

22       A.    I think it was Jalalabad.  It's

23   either in Jalalabad or Khalden.  I am not sure.

24       Q.    As far as you know, where is Abu

25   Ahmed today?

217.

1        A.    You mean now?

2        Q.    Yes.

3        A.    I think in Britain.

4        Q.    We spoke earlier today about the fact

5       that while you were in Canada you called to

6       Britain to speak with the other members of your

7       cell, correct?

8            A.    Yes.

9            Q.    In any of those calls did you speak

10      with Abu Ahmed?

11           A.    I do not recall.

12           Q.    Did you learn through those calls,

13      even if you didn't speak directly with Abu

14      Ahmed, did you learn from whoever you spoke to

15      in those calls that Abu Ahmed was in Britain?

16           A.    Yes, he was in Britain.

17           Q.    And when we have been saying in

18      Britain, do you mean in London or in the area

19      around London?

20           A.    I know they were in Britain.  I am

21      not sure exactly for what town but I think it

22      was London.

23           Q.    As we discussed this morning, before

24      you left Afghanistan you had some discussions

25      with Al Moutaz about conducting an operation

                                                        218

1       against the United States.

2            A.    Yes.

3            Q.    And as we discussed this morning, you

4      received $12,000 from Al Moutaz before he left,

5      correct?

6          A.   Yes.

7          Q.   And the purpose of that money was for

8      use in an operation that your cell would carry

9      out, correct?

10         A.   Yes.

11         Q.   Did Al Moutaz ever give you any bank

12     account number?

13         A.   No.  I didn't have a number for a

14     banking account.  I have a number for mail.

15         Q.   A Post Office box?

16         A.   Yes, and it was on the agenda.

17         Q.   I remember we discussed that in a

18     previous interview.  We don't have the agenda

19     here right now.

20              Do you remember whether that number,

21     the Post Office box number, whether it was

22     crossed out where it was written in the agenda?

23         A.   I do not recall.

24         Q.   I am showing you a document that has

25     been marked as Government Exhibit 189.   That is

219

1      a copy of a document.  Do you recognize the

2      document?

3        A.      My agenda.

4        Q.      I am showing you one of the pages of

5    Government Exhibit 189, and there is a part of

6    one of the pages of the agenda that has a lot

7    of -- well, something that was scribbled over

8    or written over with a lot of ink.

9                Do you know what was written

10   underneath there and then written over?

11       A.      I do not remember.  It looks like

12   something was written there and it was erased.

13       Q.      Would you turn back to the beginning

14   of Exhibit 189, and please go through it and

15   find for us the Post Office box number that Al

16   Moutaz gave you.

17       A.      It's this one here.

18       Q.      What I would like to do, just to make

19   sure that the record is clear, is to go back

20   and mark the page that I showed you before with

21   the information that was crossed out as

22   Government Exhibit 189A, and now I am going to

23   mark the page that you just selected as

24   Government Exhibit 189B.

25               Was it Al Moutaz who provided you

220

1    that information about the Post Office box?

2      A.      Yes.

3      Q.      Do you know who made use of that Post

4   Office box, who would receive things there?

5      A.      Sometimes Jaffar.

6      Q.      Abu Jaffar al Jaza'iri?

7      A.      Yes.

8      Q.      And also Al Moutaz?

9      A.      Yes.

10      Q.      Anyone else?

11      A.      I do not know.

12      Q.      Did you ever send anything to that

13   Post Office box?

14      A.      No, never.

15      Q.      Do you know what kinds of things were

16   sent to that Post Office box by anyone?

17      A.      Sometimes a letter, sometimes

18   passports.

19      Q.      I am showing you a document that has

20   been marked as Government Exhibit 190.   I

21   represent to you that through some scientific

22   or chemical process they determined that those

23   markings or that writing is what is underneath

24   the crossed out portion of the page we have

25   marked as Government Exhibit 189A.

221`