7        Q.     Did you tell that to Abu Moheiman?

8        A.     No.  He doesn't know.

9        Q.     He didn't ask why you wanted Fodail

10    to come to Canada?

11       A.     The purpose of the call was I just

12    asked him about Fodail.  I didn't mention

13    anything about Canada or anything else.

14       Q.     What did Abu Moheiman tell you about

15    Fodail?

16       A.     He told me that Fodail is still there

17    and he didn't exit.

18       Q.     What did you say in response?

19       A.     I do not recall.

20       Q.     Roughly how long was that

21    conversation?

22       A.     I do not know.

23       Q.     How did you know where to contact Abu

24    Moheiman in Peshawar?

25       A.     I think perhaps I got the phone

318

1     number from Europe or I brought it out before I

2     left -- it's either I got it from Europe or I

3     got it with me from Afghanistan through Fodail.

4        Q.     Mr. Ressam, do you recall

5     approximately when it was you called Abu

6      Moheiman in Peshawar?

7         A.    When I came to Canada.

8         Q.    How long after you arrived in Canada

9      roughly?

10        A.    I think probably after one month.

11        Q.    At the time of your your arrest, did

12     you still have the telephone number for Abu

13     Moheiman in Peshawar?

14        A.    No.

15        Q.    It wasn't in your address book?

16        A.    I think it is there.

17        Q.    I am going to hand you, Mr. Ressam,

18     the book which contains photocopies of your

19     address book, and I would ask if you flip

20     through it and let me know which phone number

21     is the phone number for Abu Moheiman in

22     Peshawar.

23        A.    It's one of these numbers.  These are

24     the contacts in Pakistan.

25        Q.    I am going to mark the page you

319

1      indicated as Government Exhibit 189D.

2             Did you just say that the numbers on

3      that page are the phone numbers for your

4      various contacts in Pakistan?

```
5        A.     Yes.

6        Q.     Do you know specifically which number

7    on that page was the phone number for Abu

8    Moheiman in Peshawar?

9        A.     Perhaps it's the first number.

10       Q.     Can you read that number off please?

11       A.     311501677.

12       Q.     What leads you to believe that it

13   might be that number?

14       A.     It's the name.

15       Q.     There is a name next to that number?

16       A.     There is the letter M next to it.

17       Q.     And that is for Moheiman?

18       A.     Possible.

19       Q.     Is the number you just indicated a

20   mobile telephone or a landline telephone?

21       A.     Most likely it is a portable phone.

22       Q.     Do you know if Abu Moheiman ever

23   lived in or visited France?

24       A.     I do not know.

25       Q.     Mr. Ressam, the number you just
```

320

```
1    pointed out to me begins with the first three

2    numbers 311.  Is that the actual number or is

3    that a coded number?
```

4     A.   I think it is a coded number.

5     Q.   What is the code?  How is it coded?

6     A.   I do not remember the formula.  It

7   could be a number being subtracted there.

8     Q.   You can't recall the formula?

9     A.   I think you subtract one out of it.

10     Q.   Out of which number?

11     A.   311 -- I really cannot remember the

12   formula.  I am sure this is a coded number but

13   I do not remember the formula for that.

14     Q.   Why are you certain that it's a code?

15     A.   Because in the beginning I did it and

16   I did it through a formula.

17     Q.   Did you use the same code for all of

18   the phone numbers in your address book?

19     A.   No, only with the numbers of Pakistan

20   I did.

21     Q.   Why was that?

22     A.   I do not remember exactly why.

23     Q.   Mr. Ressam, in the page that is still

24   in front of you, can you read to me the phone

25   number that is directly underneath the number

321

1   we were just looking at?

2     A.   794516552.

3      Q.    Whose telephone number is that?

4      A.    I do not recall.

5      Q.    Is there a letter next to that phone

6   number?

7      A.    Yes.

8      Q.    Is it an M?

9      A.    Yes.

10      Q.    Does that help you remember whose

11   phone number it is or does that not help?

12      A.    I do not know.

13      Q.    Do you recall what country that phone

14   number is for?

15      A.    I think Britain.

16      Q.    Is it coded?

17      A.    I do not know.

18      Q.    I want to talk now for a few minutes

19   about Souhaib.

20           Do you know his real name or any part

21   of his real name?

22      A.    No, I do not.

23      Q.    You only know him by Souhaib?

24      A.    Yes.  I know him by that name.

25      Q.    What is his nationality?

322

1      A.    Algerian.  An Algerian who carries

2       French citizenship.

3          Q.    Do you know whether Souhaib knew Abu

4       Doha?

5          A.    Yes, I think so.

6          Q.    Why do you think so?

7          A.    There was one Algerian group and most

8       of them were ahead of me there.

9          Q.    When did you meet Souhaib?

10         A.    In Khalden.

11         Q.    Did you ever speak with Abu Doha

12      about Souhaib?

13         A.    I do not recall.

14         Q.    Do you know whether Souhaib knew the

15      person you knew as Abdel Hakim or Hakim?

16         A.    Yes.

17         Q.    They did know each other?

18         A.    Yes, he knew him in Afghanistan.

19         Q.    Was Souhaib close to Abdel Hakim?

20         A.    I do not know.

21         Q.    Was Souhaib ever in Germany?

22         A.    Yes.

23         Q.    Who was he around when he was in

24      Germany?

25         A.    With Abu Anas.

323

1      Q.     Was Souhaib, to your knowledge,

2   planning any jihad activities in Germany?

3      A.     Exactly, I do not know.  I didn't

4   know what their planning was.

5      Q.     Even if you didn't know what the

6   specifics of the plan was, did you know if they

7   had a plan?

8      A.     I think so.

9      Q.     What makes you think that?

10      A.     They were in Afghanistan and they

11   were training together and the purpose is to go

12   and do service.  But what the exact goal of

13   what they wanted to do and what their targets

14   were, I didn't know, or their plan.

15      Q.     When you talk about their plan, who

16   in your mind was part of that plan, which

17   individuals?

18      A.     Souhaib, Abu Anas, Hosem, and that is

19   it.

20      Q.     Did you ever have any discussions

21   with them about a plan even if you didn't know

22   the specifics?

23      A.     No, never I did.

24      Q.     Did Souhaib know about your own plan

25   to conduct an operation in the United States?

324

1    A.   No.

2    Q.   Mr. Ressam, I wanted to clarify one

3    point.  I believe you testified earlier that at

4    some point you called Souhaib and asked him to

5    come to Canada, is that right?

6    A.   Yes.

7    Q.   And am I correct that Souhaib could

8    not come to Canada because he had problems with

9    his passport?

10    A.   Yes.

11    Q.   When you called Souhaib on that

12    occasion, was it your intention, in your mind,

13    to have Souhaib come to Canada to assist you

14    with your operation?

15    A.   My intention was basically to help me

16    with that but I was waiting for him to come

17    here so that I could discuss it with him.  But

18    it is his decision after I discuss it with him.

19    Q.   I am going do have the court reporter

20    mark a page in the address book as Government

21    Exhibit 189D.

22         For the record, let me correct that.

23    It's going to be Government Exhibit 189E.  And

24    I am going to ask you to take a look at that

25    page please.

325

```
 1              Do you see the name Hosem on that
 2     page?
 3         A.   Yes.
 4         Q.   And is that Hosem's phone number as
 5     well?
 6         A.   Yes.
 7         Q.   Can you read that phone number
 8     please?
 9         A.   1726344465.
10         Q.   Do you know any part of Hosem's true
11     name?
12         A.   No, I don't.
13         Q.   Do you know any other names that he
14     uses?
15         A.   I do not know.
16         Q.   Is he Algerian?
17         A.   Yes.
18         Q.   Has Hosem ever lived in Germany?
19         A.   He was living in Germany, yes.
20         Q.   And he was part of the group that you
21     described earlier?
22         A.   Yes.
23         Q.   Which included Souhaib and Abu Anas?
24         A.   Yes.
25         Q.   Was Hosem ever in England?
```

```
 1        A.    I think so.

 2        Q.    What makes you think that?

 3        A.    I do not recall.

 4        Q.    Do you know what Hosem was doing in

 5   England?

 6        A.    No.

 7        Q.    Was Hosem ever in France?

 8        A.    I do not know.

 9        Q.    The phone number that is on

10   Government Exhibit 189E, what country is that

11   phone number?

12        A.    Germany.

13        Q.    To your knowledge, did Hosem know Abu

14   Doha?

15        A.    Yes.

16        Q.    How do you know that?

17        A.    From Afghanistan.

18        Q.    Did you ever see the two men

19   together?

20        A.    Yes, according to my memory it was in

21   Jalalabad.

22        Q.    Was it at a guest house?

23        A.    Yes.

24        Q.    Abu Zoubeida's?

25        A.    Yes.
```

327

```
 1        Q.    To your knowledge, does Hosem know

 2    Abdel Hakim?

 3        A.    Yes, I think so.

 4        Q.    And what is their relationship?

 5        A.    I do not know their relationship,

 6    what it is.

 7        Q.    How do you know that they know each

 8    other?

 9        A.    From Afghanistan.

10        Q.    Did you see them together?

11        A.    I do not recall for sure.  But I know

12    he knows him.

13        Q.    Did you ever tell Hosem about your

14    operation in the United States?

15        A.    No, never.

16        Q.    Even though you never told him about

17    the operation, did you ever seek Hosem's

18    assistance or ask him to come to the United

19    States or Canada to help you?

20        A.    No, I never did.

21        Q.    Why did you ask Souhaib to help you

22    but not Hosem?

23        A.    Because Souhaib has a French

24    passport.

25        Q.    Did you ever hear Hosem directly talk
```

328

1    about carrying out an operation?

2         A.    No.

3         Q.    A moment ago you said that Souhaib

4    had a French passport, correct?

5         A.    Yes.

6         Q.    Did you ever see that French

7    passport?

8         A.    No.

9         Q.    How did you know he had it?

10        A.    I know he lived in France and as a

11   result I concluded that he should have a

12   passport from France.

13        Q.    But you never saw it and he never

14   told you he had it?

15        A.    No.

16        Q.    Mr. Ressam, in your mind why was it

17   helpful for the person who was going to come to

18   Canada to have a French passport?

19        A.    I was thinking that he has an

20   original French passport.

21        Q.    Instead of someone having to rely on

22   a fake passport?

23        A.    Yes.

24        Q.    You mentioned previously Abu Anas.

25      Do you know his true name?

329

1       A.      No, I do not know.

2       Q.      He is Algerian?.

3       A.      Yes.

4       Q.      And did Abu Anas also know Abu Doha?

5       A.      Yes.

6       Q.      From Afghanistan?

7       A.      Yes.

8       Q.      Did you ever see Abu Anas and Abu

9       Doha talking?

10      A.      I do not recall.

11      Q.      Did Abu Anas also know Abdel Hakim?

12      A.      I do not know.

13      Q.      What role did Abu Anas have amongst

14      the people that were together in Germany,

15      including Souhaib and Hosem?

16      A.      I do not know.  I do not know his

17      role or his rank.

18      Q.      Amongst the men that were in Germany

19      together at that time, do you know if one of

20      them was more of a leader than the others?

21      A.      No, I do not know how to estimate

22      that.

23      Q.      Do you know how long Abu Anas was in

24    Germany?

25    A.    I do not know.


330


1    Q.    Do you know if Abu Anas was ever in

2    France?

3    A.    I do not know.

4    Q.    How about England?

5    A.    No.

6    Q.    Did you ever ask Abu Anas to come to

7    Canada to assist you with your operation in the

8    United States?

9    A.    No. I didn't.

10    Q.    Did you ever tell Abu Anas that you

11    planned an operation in the United States?

12    A.    No, I never.

13    Q.    Did Abu Anas ever specifically tell

14    you that he was planning an operation anywhere

15    in the world?

16    A.    No, he didn't.

17    Q.    But based on what you have said

18    previously it was your understanding because

19    they had gone through training that Abu Anas

20    and Souhaib and Hosem were planning a jihad

21    operation while they were in Germany?

22    A.    Possible.

23    Q.    Was there anyone else in that group

24    other than Abu Anas, Souhaib and Hosem?

25    A.    And Abu Moheiman also.


331


1     Q.    Anyone else other than Abu Moheiman?

2     A.    No.

3     Q.    Now, Mr. Ressam, I want to ask you

4     about another individual who you previously

5     identified named Meliani?

6     A.    Yes.

7     Q.    How did you meet that person?

8     A.    When I came to Afghanistan.

9     Q.    Where?

10    A.    In Jalalabad at the guest house of

11    Abu Zoubeida.

12    Q.    How long was Meliani in the guest

13    house with you?

14    A.    I do not recall.

15    Q.    Did you ever see him again after that

16    one time you saw him in the guest house?

17    A.    No, I didn't.

18    Q.    What nationality is he?

19    A.    Algerian.

20    Q.    Do you know if he had ever traveled

21    to other countries in Europe?

22      A.    I do not know.

23      Q.    You don't know if he was ever in

24   France?

25      A.    I do not know.


                                               332


 1      Q.    Did he ever speak to you about

 2   carrying out a jihad operation?

 3      A.    No, he didn't.

 4      Q.    Did you ever speak to him on the

 5   telephone?

 6      A.    No.

 7      Q.    Do you know who else he was close to

 8   either in the guest house or in the camps?

 9      A.    No, I do not know.

10.      Q.    Do you know who he traveled to that

11   guest house with?

12      A.    I do not know.

13      Q.    Do you know whether Meliani knew any

14   of the people we discussed who were in Germany?

15      A.    I do not know.

16      Q.    Do you know an individual named Abu

17   Abdellah?

18      A.    No.

19      Q.    What about an individual named

20   Abdallah Ansari?

21      A.      Yes.

22      Q.      How do you know that person?

23      A.      From Afghanistan.

24      Q.      Did you meet him at the guest house?

25      A.      I think it's in the camp.

                                                        333

1       Q.      Which one?

2       A.      In Khalden.

3       Q.      How long was he in the camp with you?

4       A.      I do not remember.

5       Q.      He was also Algerian?

6       A.      Yes.

7       Q.      Do you know any other names he used?

8       A.      No, I do not know.

9       Q.      Who did he travel to Khalden camp

10      with?

11      A.      I do not know.

12      Q.      Did he leave with you from Khalden

13      camp?

14      A.      No.

15      Q.      At the time you left Khalden camp,

16      had he left already or was he still there?

17      A.      He left before me.

18      Q.      Do you know which camp he went to or

19      where he went?

20      A.      No, I do not know.

21      Q.      Do you know if Abdallah Ansari knew

22 Abu Doha?

23      A.      I do not know.

24      Q.      Do you know if Abdallah Ansari knew

25 Abdel Hakim?

334

1       A.      I do not know.

2       Q.      Did Abdallah Ansari know any of the

3 individuals we discussed who were in Germany?

4       A.      I do not know.

5       Q.      Did Abdallah Ansari ever help you

6 with your operation?

7       A.      No.

8       Q.      Did you ever ask him to come to

9 Canada?

10      A.      No.

11      Q.      Did Abdallah Ansari ever mention to

12 you that he wanted to carry out his own

13 operation?

14      A.      No, he didn't tell me.

15      Q.      I am going to show you Government

16 Exhibit 58, which you looked at yesterday, and

17 just ask you to take another look at that.

18              Do you recognize that individual?

19    A.    No, I do not know him.

20    Q.    Okay.

21          Do you know an individual by the name

22    Abu Baker?

23    A.    No.

24    Q.    Now, you indicated at one point I

25    believe that you had asked Souhaib to come to

                                                        335

1    Canada, is that correct?

2    A.    Yes.

3    Q.    Is there anyone else that you asked

4    to come to Canada?

5    A.    No.

6          MR. BRUCE:   Let's take a short break.

7          (Recess)

8    Q.    Mr. Ressam, a few moments ago I asked

9    you a question about Abu Baker, do you remember

10   that?

11   A.    Yes.

12   Q.    Now that you have had a chance to

13   think about it, do you recall the individual

14   that I mentioned?

15   A.    Can you repeat it?

16   Q.    Now that you have had a chance to

17   think about it, do you know an individual named

18    Abu Baker?

19        Q.    And that is someone you met in

20    Afghanistan?

21        A.    Yes.

22        Q.    I want to ask you about people who

23    lived in Germany in cities other than

24    Frankfurt, okay?

25             Do you know of anyone who lived in

                                              336

1    Berlin?

2         A.    No, I don't.

3         Q.    Do you know of anyone who lived in

4    Munich?

5         A.    No.

6         Q.    Do you know of or have you ever heard

7    of any weapons or rifles or guns of any sort

8    being stored in Berlin or Frankfurt or Munich?

9         A.    I do not know.

10        Q.    The people that you knew in Frankfurt

11    never spoke of any weapons in Germany?

12        A.    Never.

13        Q.    Was Mustapha Labsi connected to any

14    of the people who you knew who were living in

15    Frankfurt?

16        A.    He knows Souhaib.  He knows Hosem.

17    He knows Abu Baker.

18        Q.    How did Labsi know Souhaib?

19        A.    From Afghanistan.

20        Q.    They were in the camps together?

21        A.    Yes, they were all in Afghanistan.

22        Q.    So Mustapha Labsi was in Afghanistan

23    at the same time as Souhaib, Hosem and Abu

24    Baker?

25        A.    Yes.


                                                    337


1              THE INTERPRETER:   I am not sure if

2    the question is understood.   I need to repeat

3    it again.

4              MR. BRUCE:   Okay.

5        A.    Yes, but not in one camp, they were

6    all in Afghanistan.   And I don't know if they

7    were all at one place at one time.

8        Q.    But it's your belief that Labsi met

9    Souhaib, Hosem and Abu Baker at some point in

10   someplace in Afghanistan?

11       A.    The one I know is what I told you and

12   that is all what I stopped to say here.

13       Q.    Did Mustapha Labsi also known Abu

14   Moheiman?

15       A.    Yes, I think he knows him.

16    Q.    Was that from Afghanistan?

17    A.    Yes.

18    Q.    Do you know whether they met at a

19  camp or at a safe house?

20    A.    I do not know.

21    Q.    Did you ever see Labsi with Abu

22  Moheiman?

23    A.    I didn't.

24    Q.    Now, I want to ask you about people

25  who lived in England.

338

1    A.    Yes.

2    Q.    Who do you know who lived in London?

3  If anyone.

4    A.    You are talking about who?

5    Q.    Well, any of the Algerians that we

6  have been discussing who were interested in

7  jihad, and if you know someone lived in England

8  but not the city you can tell me that also.

9    A.    Abu Doha was in Britain.

10    Q.    Do you know which city he lived in?

11    A.    I do not know.

12    Q.    Do you know anyone else who lived in

13  Britain?

14    A.    Before or now?

15        Q.    Let's start with at the time of your

16     arrest.

17        A.    Abu Doha, Hakim, Mustapha, and Abu

18     Ahmed, these are the ones I know.

19        Q.    Do you know what city Hakim lived in?

20        A.    I did not know but I think maybe the

21     capital.

22        Q.    Do you know what the capital is?

23        A.    London.

24        Q.    What about Mustapha, do you know what

25     city he lived in?

339

1        A.   I think all of them lived in the

2     capital.

3        Q.    So that would include Labsi and Abu

4     Ahmed?

5        A.    Yes.

6        Q.    When you mentioned Hakim before, that

7     is the same person as Abdel Hakim, right?

8        A.    Yes.

9        Q.    Putting aside the people you

10     mentioned already who lived in Britain, did you

11     know anyone who lived in Birmingham?

12        A.    What place?

13        Q.    Birmingham.

14      A.      Where is it at?

15      Q.      It's in Britain.

16      A.      I do not know that town.

17      Q.      Are you familiar with the town of

18  Leichester?

19      A.      I heard of it.

20      Q.      Did you know anyone who lived there?

21      A.      I do not know.

22      Q.      We only have about five more

23  questions for today, Mr. Ressam, and they are

24  miscellaneous questions, so I am going to be

25  jumping around to different subjects.


                                                · 340 ·


1               Have you ever heard anyone speak of

2   the bombing at the Port Royal Metro Station in

3   Paris?

4       A.      Repeat the question again.

5       Q.      Have you ever heard anyone talk about

6   a bombing that occurred in Paris at the Port

7   Royal Metro Station?

8       A.      I do not remember.

9       Q.      Mr. Ressam, have you ever heard of

10  anyone named Abdellah who lived in France?

11      A.      Yes.

12      Q.      Who is that?

13      A.      This guy came to us at Malicorne to

14   ask for a passport for Abdel Barr.

15      Q.      Do you know his full name or do you

16   just know him by Abdellah?

17      A.      By the name Abdellah only.

18      Q.      And he came to you looking for a

19   passport?

20      A.      Yes, he came to ask for a passport

21   from Abdel Karim.

22      Q.      Mr. Ressam, in 1998 did you send any

23   money to France?

24      A.      In '98?

25      Q.      Correct.

341

1      A.      Perhaps '96 I did.

2      Q.      Who would you have sent money to in

3   1996?

4      A.      I sent money to Abdellah to purchase

5   me a passport.

6      Q.      Mr. Ressam, do you know of a bank

7   called Credit Agricole in Dordogne, France?

8      A.      Yes.

9      Q.      How do you know that bank?

10      A.      I sent money to my family there.

11      Q.      Do you recall when that was?

12      A.    I think it was '97.

13      Q.    When you say you sent money to your

14   family, who specifically was it that you sent

15   the money to?

16      A.    I have my aunt living there in France

17   who was intending to go and visit my family in

18   Algeria so I sent it to her so she will take it

19   to them.

20      Q.    What was her name?

21      A.    Ressam.

22      Q.    What is her first name?

23      A.    Fatima.

24      Q.    Mr. Ressam, I am going to hand you

25   what will be marked as Government Exhibit 194.

342

1    And, for the record, two of the photos have

2    been covered up.  The photo in the bottom

3    right-hand corner and the top left-hand corner

4    are covered, but do you recognize either of the

5    two photos that are showing on that piece of

6    paper?

7       A.    No, I do not.

8       Q.    For the record, the numbers under

9    those two photos are 14 and 15.

10            Mr. Ressam, do you know the name

11      Jalal Tahar?

12          A.    No.

13          Q.    Do you know the name of an individual

14      or do you know an individual by the name Karim

15      in Toronto?

16          A.    There is someone by the name Benissa

17      Karim.

18          Q.    Mr. Ressam, earlier I asked you about

19      whether you had ever discussed a bombing at the

20      Paris metro station, do you recall that?

21          A.    Yes.

22          Q.    And previously when you testified at

23      Mokhtar Haouari's trial, you testified that you

24      and Mokhtar Haouari and Samir Ait Mohamed

25      discussed a bombing in Paris, do you remember


                                                    343


1       that now?

2           A.    I do not recall that.

3           Q.    Well, I am going to ask you to think

4       about that tonight when we break for the night

5       and try and remember whether you and Mokhtar

6       Haouari and Samir Ait Mohamed talked about that

7       and think about it and we will talk it in the

8       morning.

9                 MR. BRUCE:  Let's break for today.

```
10                    (Adjourned to June 14, 2002 at 9:30
11        a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

348

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    -------------------------------x

3    In re:

4    INTERNATIONAL LETTERS ROGATORY,
     dated August 27, 2001
5    -------------------------------x

6                                  June 14, 2002
7                                  10 a.m.

8

9

10               Deposition of AHMED RESSAM, taken by the United

11   States Attorney's Office, at the United States Courthouse, 40

12   Foley Square, New York, New York 10007, before Joseph

13   Quinones, a Registered Professional Reporter and Notary Public

14   of the State of New York.

15

16

17

18

19

20

21

22

23

24

25
```

349

```
 1                          APPEARANCES

 2    ROBIN L. BAKER,
      ERIC B. BRUCE,
 3    PREETINDER BHARARA,
          Assistant United States Attorneys
 4
      ALSO PRESENT:
 5
      WALID FARHOUD (Arabic Interpreter)
 6
      ADAM S. COHEN
 7    JAMES T. HELLY
      STEVEN E. SORRELLS
 8    JESSICA STEINERT
          Federal Bureau of Investigation
 9
      JEAN-LOUIS BRUGUIERE
10    JEAN-FRANCOIS RICARD
          High Instance Court of Paris
11
      PHILIPPE CHICHEIL
12    RENE RITTER
          Direction de la Surveillance du Territoire
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              AHMED RESSAM     resumed.

 2    BY MR. BRUCE:

 3    Q.  Good morning, Mr. Ressam.

 4              I want to remind you that you are still under oath

 5    during this deposition.

 6              Do you understand that?

 7    A.  Yes.

 8    Q.  Yesterday we left off with a few questions about any

 9    conversations that you may have had regarding a bombing that

10    took place at the Port Royal Metro Station in Paris, France.

11              Do you remember me asking those questions yesterday?

12    A.  Yes.

13    Q.  Do you now remember that you did have such conversations

14    with Mokhtar Haouari and Samir Ait Mohamed?

15    A.  Yes.

16    Q.  I want to ask you a few questions about Abu Moheiman who

17    we spoke of yesterday.

18              Do you only know one person named Abu Moheiman or

19    have you ever heard of more than one person using that name?

20    A.  To what I recall there is only one Abu Moheiman that I

21    know.

22    Q.  I believe yesterday you said that approximately one month

23    after you returned to Canada you spoke with Abu Moheiman while

24    he was in Peshawar, do you remember that?

25    A.  Yes.
```

351

1  Q.  During that telephone call were you trying to reach Abu

2  Moheiman or were you trying to reach someone else?

3  A.  With another person.  The purpose of the call was to

4  contact Abu Moheiman to ask him with Fodail.

5  Q.  But you intended to get Abu Moheiman on the other end of

6  the telephone?

7  A.  Yes.

8  Q.  And then ask him questions about Fodail?

9  A.  Yes.

10  Q.  Other than speaking about Fodail and his status, did you

11  speak with Abu Moheiman about anything else during that

12  telephone call?

13  A.  I do not recall.

14  Q.  How would you describe the relationship between Fodail and

15  Abu Moheiman?

16  A.  They are associates or friends.  And he knows him from

17  Afghanistan.

18  Q.  At the time you called Abu Moheiman when he was in

19  Peshawar, did you know at that point whether Abu Moheiman

20  intended to travel back to Europe in the future?

21  A.  No, I didn't know.

22  Q.  How would you describe the relationship between Fodail and

23  Souhaib?

24  A.  I do not know.

25  Q.  Did they know each other at all, to your knowledge?

352

1   A.   I think they know them but I never interacted with them

2   both together at any time.

3   Q.   On the day that you called Abu Moheiman while he was in

4   Peshawar, did you know where Fodail was physically located at

5   that time?

6   A.   He was inside Afghanistan.

7   Q.   Who had told you that?

8   A.   Abu Moheiman.

9   Q.   Prior to the call did you know that, prior to picking up

10  the phone did you already know that Fodail was in Afghanistan?

11  A.   Yes, because when I left Fodail was there.

12  Q.   Now, I am going to ask you about numerous phone numbers,

13  Mr. Ressam.

14       When you were in Pakistan and Afghanistan, was there

15  a phone number where it was possible to reach you if someone

16  wanted to call you?

17  A.   With me you mean?

18  Q.   Yes, either a mobile phone number or a number where you

19  could be reached if someone tried to contact you at a house.

20  A.   No, I didn't have.

21  Q.   So you didn't have a mobile phone with you that was your

22  personal phone at any time while you were in Pakistan or

23  Afghanistan?

24  A.   No, I didn't have.

25  Q.   Did you ever know the phone number at any of the guest

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

353

1    houses that you stayed at?

2    A.    In Pakistan, yes.

3    Q.    Whose guest house was that?

4    A.    Abu Zoubeida.

5    Q.    Would you recognize that telephone number as you sit here

6    today?

7    A.    I had a few phones for that place.

8    Q.    I am going to show you, Mr. Ressam, what has been marked

9    as Government Exhibit 195.    It's a series of telephone numbers

10   and why don't you take a look at all of them and then we are

11   going to talk about each one over the course of the next

12   several questions, okay?

13   A.    All the numbers are in Pakistan.

14   Q.    Okay.

15         Do you recognize the phone number next to the letter

16   A, which is 92.300.50.01.83?

17   A.    This is a number in Pakistan.

18   Q.    But do you know where that telephone number is located?

19   A.    It's either in Peshawar or Islamabad.

20   Q.    What I am trying to find out is if you know whose phone

21   number that is, in other words, is it for a guest house or a

22   person or do you not recall?

23   A.    Exactly I do not know.    Most of the phones that I know of,

24   they were portable phones.

25   Q.    Even within the guest houses, like, for example, Abu

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

354

1    Zoubeida's guest house?

2    A.  Yes.

3    Q.  Let me ask you to look at the second phone number next to

4    the letter B, 92.300.50.19.75.  Do you recognize that phone

5    number at all?

6    A.  It's also a Pakistan number.

7    Q.  But you couldn't tell me whose number it is?

8    A.  No.

9    Q.  I am going to show you what we looked at yesterday and

10   what was marked Government Exhibits 193A and B.  I want to

11   first focus your attention on the second number on that page,

12   300.50.10.77, and it has the number J next to it.

13   A.  This is Jaffar's number.

14   Q.  Who gave you that number for Abu Jaffar?

15   A.  I do not recall.

16   Q.  Do you recall whether you got that number before you left

17   Afghanistan or after you left Afghanistan?

18   A.  After.

19   Q.  Do you recall whether you received that number during a

20   telephone call or in person from someone?

21   A.  By phone.

22   Q.  While you were in Canada?

23   A.  Yes.

24   Q.  Do you recall approximately how long after you returned to

25   Canada you got that phone number?

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

1    A.   About 7 to 8 months after I returned.

2    Q.   Do you recall if you got that phone number from someone

3    who was still in Afghanistan or Pakistan?

4    A.   I do not recall exactly.

5    Q.   Did you write that phone number on this card?  Is that

6    your handwriting?

7    A.   Yes.

8    Q.   And did you also write the phone number on this card

9    directly above that, which is 744620958 and has the number R

10   next to it?

11   A.   Yes.

12   Q.   Do you recall who gave you that number?

13   A.   I do not recall.  This is Abu Doha's phone number.

14   Q.   Do you recall if you got these two phone numbers at the

15   same time or at separate times?

16   A.   I do not recall.

17   Q.   With respect to the number for Abu Jaffar on this card, is

18   that number coded at all?

19   A.   It's a natural number.

20   Q.   While you were in Pakistan and Afghanistan, did you speak

21   to someone named Gasmi?

22   A.   I do not recall.

23   Q.   I want to ask you to look back at Government Exhibit 195,

24   Mr. Ressam.  And I want to focus your attention on the

25   telephone number next to the letter D, as in David, which

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

356

1    reads 92.300.59.19.77.

2            Do you see that number?

3    A.  Yes.

4    Q.  Do you recognize that number at all?

5    A.  It's a number in Pakistan but for who I do not remember.

6    Q.  I am going to ask you about the next number next to the

7    letter E.  That number reads 92.300.50.16.77.  I realize it's

8    a number in Pakistan, but do you happen to know whose number

9    that is?

10   A.  No, I do not know.

11   Q.  Let me go back for one minute, Mr. Ressam, to the phone

12   number next to the letter D.  Do you see that phone number?

13   A.  Yes.

14   Q.  Do you know for sure, or does that number appear to be

15   coded to you in any way?

16   A.  This is the real number because it starts with 92 for

17   Pakistan.  300 is either for Peshawar or Islamabad.  And the

18   numbers of Pakistan normally are of 6 numbers so it's real for

19   me.  If it has a coded number within the number, I do not

20   know.  I don't know if it is real or not.

21   Q.  Mr. Ressam, I am going to show you again Government

22   Exhibit 193A, which we have been discussing.

23           The number that you have identified for Abu Jaffar on

24   that document, to your knowledge, did anyone else use that

25   telephone number other than Abu Jaffar?

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

357

1   A.   I do not know.

2   Q.   Also, with respect to the two phone numbers on that

3   document for Abu Doha and Abu Jaffar, after you received those

4   telephone numbers, did you give them to anyone else?

5   A.   Abdelmajid and Mokhtar.

6   Q.   Do you ever recall giving any phone number of anybody, not

7   just Abu Doha or Abu Jaffar, to Gasmi?

8   A.   You mean which number I give to Gasmi?

9   Q.   My question is did you ever give any telephone number to

10   Gasmi?

11   A.   From these numbers you mean?

12   Q.   No, any telephone number from anybody that you can

13   remember.

14   A.   I do not recall for sure.  Also I give him regular phone

15   numbers.

16   Q.   When you say regular phone numbers, what do you mean by

17   that?

18   A.   Phones from people in Montreal, friends and people in

19   there but not Pakistan and Afghanistan.

20   Q.   Okay.

21        Well, you don't recall whether you gave Gasmi any

22   phone numbers in Pakistan?

23   A.   I do not recall.  Gasmi -- I don't talk to him with issues

24   that relate to that.

25   Q.   Mr. Ressam, I am going to show you now Government Exhibit

358

1    189D from yesterday.  I am going to ask you to look at the

2    phone number on that page that reads as follows:  3.59.90.42.

3              Do you see that phone number?

4    A.   I cannot see which one you are talking about.

5    Q.   Maybe I can stand next to you.  This telephone number

6    right here.

7    A.   Yes.

8    Q.   Okay.

9              First, let me ask you, the letter at the end of that

10   telephone number, what is that letter?

11   A.   I.  No, A.

12   Q.   This letter right here?

13   A.   Maybe it's something else.  It's B.

14   Q.   Do you recall what that B stands for?

15   A.   Possibly Abu Zoubeida.

16   Q.   Is that a Pakistan telephone number?

17   A.   Yes.

18   Q.   Is it coded?

19   A.   I do not recall.

20   Q.   For it to be a Pakistan phone number, what would have to

21   be the first three numbers?

22   A.   300.

23   Q.   Is it possible or does it help your memory at all to look

24   at that phone number and see that it says 3. instead of 300?

25   A.   Yes.

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

359

1   Q.  In what way does it help you remember?

2   A.  Can you repeat it please?  I do not understand.

3   Q.  Sure.  What I am trying to understand is what the code was

4   for that phone number.

5           Did you sometimes leave out the 2 zeros and use a

6   point to represent 2 zeros for a Pakistan telephone number?

7   A.  Possible. .

8   Q.  The phone number underneath the one you were just looking

9   at with the letter A next to it, do you recall whose telephone

10  number that was?

11  A.  It's Pakistan.

12  Q.  Do you recall what the A stands for?

13  A.  Perhaps it is for Abu Zoubeida.

14  Q.  Do you recall if that telephone number was coded in any

15  way?

16  A.  I do not know.

17  Q.  Do you recall what the letter P means before each of those

18  phone numbers?

19  A.  Yes, Pakistan.

20  Q.  Mr. Ressam, the 2 phone numbers that we have been looking

21  at on Government Exhibit 189D, do you recall ever using those

22  2 telephone numbers to call Pakistan?

23  A.  Yes, I called Pakistan.

24  Q.  Did you use both of those 2 numbers or just one of them,

25  do you recall?

360

1   A.  I do not recall.

2   Q.  Do you recall ever giving either or both of those 2

3   numbers to anyone else?

4   A.  I do not recall.

5   Q.  While you were in Pakistan and Afghanistan, do you

6   remember ever calling any of your friends or associates who

7   were still in Canada?

8   A.  I do not recall.

9   Q.  While you were at Abu Zoubeida's guest house, do you ever

10  remember using the phone at that guest house at all?

11  A.  I called Belgium.

12  Q.  Belgium?

13  A.  Yes.

14  Q.  Who did you call in Belgium?

15  A.  I called the brother of Karim.

16  Q.  For what purpose?

17  A.  So he will inform his brother, Karim, that I am doing

18  fine.

19  Q.  Do you recall calling anyone else other than Karim's

20  brother in Belgium?

21  A.  I do not recall.

22  Q.  Mr. Ressam, did you or any of the members of your group in

23  Canada have any contacts in San Francisco, California?

24  A.  I do not know.

25  Q.  Did you or any of your group in Canada have any contacts

361

1   in Mexico?

2   A.   Gasmi Said had a female friend who he knows over in

3   Mexico.

4   Q.   That is Said Atmani?

5   A.   Gasmi Said.  And that was a long time ago.

6   Q.   Do you remember her name?

7   A.   No, I do not.

8   Q.   Was she engaged in any jihad activities?

9   A.   She has no contact with that.  Why bring Mexico into this

10  circle?

11  Q.   Mr. Ressam, do you know whether the phone number for the

12  mobile phone at Abu Zoubeida's guest house ever changed?

13  A.   Yes, they changed it.

14  Q.   Who changed it?

15  A.   Abu Zoubeida.

16  Q.   Why did he change it?

17  A.   For security purposes they often do it.

18  Q.   Did Abu Zoubeida change that number on a fixed basis, a

19  fixed time frame?

20  A.   I do not know that.  But he often used to change it.

21  Q.   Did it change while you were at the guest house or did you

22  just hear that it sometimes changed?

23  A.   He gave me 2 numbers at one time.

24  Q.   And what did he say?

25  A.   He would give me 2 numbers and he said if you call the

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1    first one and you don't find me, call the second one and then

2    I will inform you of what will be the new number of the other.

3    Q.  Was the second number a number that didn't change but was

4    just used out to give other telephone numbers?

5    A.  Also it will change.

6    Q.  Were all of the phone numbers that Abu Zoubeida gave you

7    mobile phone numbers, to the best of your knowledge?

8    A.  Yes, this is from what I know.

9    Q.  At the time that Abu Zoubeida's number changed for the

10   guest house, where was Abu Zoubeida physically located?

11   A.  I do not know.

12   Q.  With respect to my last question, Mr. Ressam, even if you

13   don't know precisely where Abu Zoubeida was when that phone

14   number changed, do you know if he had left Pakistan to travel

15   or to begin to travel towards Afghanistan?

16   A.  Traveling between Pakistan and Afghanistan?

17   Q.  Do you know if Abu Zoubeida was traveling between Pakistan

18   and Afghanistan when that phone number changed?

19   A.  I don't know the timing when they were changed, this phone

20   number or any phone number.

21   Q.  Did you ever hear anyone say that they would change a

22   phone number when Abu Zoubeida began to travel?

23   A.  No, I didn't hear that.

24   Q.  Mr. Ressam, I am going to show you what has been marked by

25   the court reporter as Government Exhibit 189F, and I am going

SOUTHERN DISTRICT REPORTERS, P.C.    (212) 805-0300

1     to ask you to take a look at that.

2           I want to specifically focus your attention on the

3     right-hand side of that page beginning with the numbers 275.

4     Is that your handwriting?

5     A.  Yes.

6     Q.  Can you tell me what that address is?

7     A.  It's an address in Britain.

8     Q.  Whose address is it?

9     A.  I do not recall.

10    Q.  Do you recall who gave you that address?

11    A.  I think my friend Mustapha.

12    Q.  The string of numbers towards the bottom of that page, is

13    that a phone number?

14    A.  Yes.

15    Q.  A moment ago when you mentioned that you thought Mustapha

16    might have given you that address, you were referring to

17    Mustapha Labsi?

18    A.  Yes.

19    Q.  Now, I want to skip back to the phone number again.

20          Do you recall whose phone number that is?

21    A.  It's a number in Britain but I don't know for who.

22    Q.  And the 2 letters at the bottom of that page, AB, do you

23    recall what that stands for?

24    A.  I do not recall.

25    Q.  Did you ever hear that Abu Zoubeida left Peshawar,

364

 1    Pakistan to travel to Afghanistan in or about June or July of

 2    '98?

 3    A.  No.

 4    Q.  Did you know at some point Abu Zoubeida left Peshawar and

 5    went to Afghanistan?

 6    A.  From Pakistan to Afghanistan?  I do not know.

 7    Q.  Do you know if Abu Jaffar ever traveled with Abu Zoubeida?

 8    A.  I do not know.

 9    Q.  While you were in Afghanistan, did you ever contact Nacer

10    Hamaidi?

11    A.  No, never.

12    Q.  Do you have a cousin in Italy?

13    A.  Yes.

14    Q.  What is that person's name?

15    A.  Jilali.

16    Q.  That is a woman?

17    A.  A man.

18    Q.  Is that your only cousin in Italy?

19    A.  Also his brother.

20    Q.  What is his brother's name?

21    A.  Mohammed.

22    Q.  Do they share your same last name of Ressam?

23    A.  No, Boujilali.

24    Q.  So one of your cousin's name is Jilali Boujilali?

25    A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

1  Q.  And the other is Mohamed Boujilali?

2  A.  Yes.

3  Q.  Do you have any cousins in Italy?

4  A.  No, I do not have.

5  Q.  While you were in Afghanistan, did you contact either of

6  your cousins?

7  A.  No, I didn't.

8  Q.  When you left Canada to travel to Pakistan, you had a

9  passport with you in the name of Benni Noris, is that right?

10  A.  Yes.

11  Q.  Did you have any other passports with you?

12  A.  No, I didn't.

13  Q.  While you were in Afghanistan, do you know if Said Atmani

14  used your name while he was still in Canada?

15  A.  I do not know.

16         MR. BRUCE:  Those are all the questions we have for

17  you today, Mr. Ressam.  You will have a chance to review the

18  transcript today as you did each day.

19         Thank you for your time today.

20         (Deposition terminated)

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.   (212) 805-0300

SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# Ressam Cooperation Agreement

SECRET/NOFORN

# ATTACHMENT 1



**U.S. Departi. .t of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
*Francis J. Diskin*
*United States Attorney*
*Direct Line: (206) 553-1657*

*601 Union Street, Suite 5100*          *Tel: (206) 553-7970*
*Seattle, Washington 98101-3903*        *Fax: (206) 553-2054*
*www.usdoj.gov/usao/waw*

June 22, 2001

Thomas W. Hillier II
Federal Public Defender
1111 Third Avenue, Suite 1100
Seattle, Washington 98101

      Re:   United States v. Ressam
            No. CR99-666C, USDC, W.D. Washington

Dear Mr. Hillier:

      This is to memorialize our recent discussions regarding Mr. Ressam's ongoing efforts to cooperate with law enforcement in the hopes of earning a motion for a downward departure pursuant to U.S.S.G. 5K1.1. As you are well aware, federal agents have been meeting with your client since shortly after May 9, 2001, based on the understanding we had reached as detailed in my letter of that date.

      I understand your wish for a more definite statement from the government regarding benefits which your client can expect should he continue to cooperate with law enforcement and intelligence agencies and testify in New York in the Mokhtar Haouari trial and at any other proceedings at the request of the United States. Accordingly, here is my proposal:

      (1)     Mr. Ressam shall truthfully and completely disclose all information with respect to the activities of himself and others concerning all matters about which my office or the U.S. Attorney's Office for the Southern District of New York (hereafter referred to as "the offices") inquire of him, which information can be used for any purpose;

      (2)     Mr. Ressam shall cooperate fully with the offices, the Federal Bureau of Investigation, including the Joint Terrorist Task Force, and any United States Government agency or foreign law enforcement authority designated by the U.S. Attorney's Office for the Western District of Washington or the U.S. Attorney's Office for the Southern District of New York;

      (3)     Mr. Ressam shall attend all meetings at which the offices request his presence;

Thomas W. Hillier II
June 22, 2001
Page 2

(4)     Mr. Ressam shall provide to the U.S. Attorney's Office for the Western District of
        Washington or the U.S. Attorney's Office for the Southern District of New York,
        upon request, any document, record, or other tangible evidence relating to matters
        about which the offices or any designated United States Government agency
        inquires of him;

(5)     Mr. Ressam shall truthfully testify before the grand jury and at any trial and other
        court proceeding with respect to any matters about which the U.S. Attorney's
        Office for the Western District of Washington or the U.S. Attorney's Office for the
        Southern District of New York may request his testimony, including but not limited
        to the trial of <u>United States v. Mokhtar Haouari</u> and any future prosecutions brought
        in connection with the participation by Ressam and others in Canada, Afghanistan,
        and elsewhere in a conspiracy to kill United States nationals;

(6)     Mr. Ressam shall bring to the attention of the U.S. Attorney's Office for the
        Western District of Washington and the U.S. Attorney's Office for the Southern
        District of New York all crimes which he has committed, and all administrative,
        civil, or criminal proceedings, investigations, or prosecutions in which he has been
        or is a subject, target, party, or witness; and

(7)     Mr. Ressam shall commit no further crimes whatsoever. Moreover, any assistance
        Ressam may provide to federal criminal investigators shall be pursuant to the
        specific instructions and control of the offices and designated investigators.

    The United States Attorney's Offices in the Western District of Washington and the
Southern District of New York agree not to prosecute Mr. Ressam for any other criminal offenses
based upon the evidence known to the government as of the date of this agreement;

    If Mr. Ressam is called as a witness for the United States in the trial of Mokhtar Haouari
and testifies fully and truthfully, and in the assessment of the government has provided substantial
assistance to the United States in that prosecution, and if Mr. Ressam complies with the other
terms of this agreement the United States agrees to file a motion pursuant to 5K1.1 of the
Sentencing Guidelines.

    Should it be determined by the government that Mr. Ressam has violated any provision of
this agreement, the government will have the right to withdraw from this agreement.

    The parties understand that if it is determined by the offices that Mr. Ressam has rendered
substantial assistance, the government nevertheless will <u>not</u> file a motion pursuant to Title 18,
United States Code, Section 3553(e) and, thus, Ressam continues to have a mandatory minimum of
sentence of 10 years' imprisonment. Further, the parties stipulate and agree that if the

Thomas W. Hillier, II
June 22, 2001
Page 3

government files a downward departure motion, pursuant to U.S.S.G. 5K1.1, in view of the
defendant's crime and notwithstanding any assistance provided by Ressam, the government and the
defense will jointly recommend that the defendant be sentenced to a term of imprisonment of not
less than twenty-seven (27) years. That is, while either party may recommend a sentence not less
than twenty-seven (27) years, the government may recommend a sentence in excess of twenty-
seven (27) years up to the high end of the applicable guideline range. Mr. Ressam acknowledges
that the statutory maximum penalty for the offenses for which is to be sentenced is imprisonment
for one hundred and thirty (130) years and that the Court is not bound to sentence based upon the
recommendation of either the government or the defense. Further, even if the government files a
5K1.1 motion based on Mr. Ressam's substantial assistance, the Court has the discretion to reject
that motion and sentence Mr. Ressam up to the statutory maximum.

The government will inform the Probation Department and the court of (a) this agreement;
(b) the nature and extent of Ressam's activities with respect to this case and all other activities of
Ressam which the offices deem relevant to sentencing; and (c) the nature and extent of Ressam's
cooperation with the offices. In so doing, the offices may use any information it deems relevant,
including information provided by Ressam both prior to and subsequent to the signing of this
agreement. Ressam also hereby consents to reasonable adjournments of his sentence as may be
requested by the offices.

If Mr. Ressam wishes to take advantage of this suggested disposition, please signify by
having your client affix his signature, along with that of defense counsel, to this letter and
returning it to me promptly.

Sincerely,

FRANCIS J. DISKIN
United States Attorney

AHMED RESSAM
Defendant

Translated by :
WALID B. FARHOUD (ARABIC Interp.)

6 - 23 - 2001

THOMAS W. HILLIER, II          Jo Ann oliver
Attorney for Defendant

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
      Petitioner,             )
                                      )
      v.                      )       Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
      Respondent.             )
                                      )

# Letter from Ressam to Joe Bianco (March 28, 2007)

/In English/

Ressam Ahmed – Reg: 29638-086 – US Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500

Joe Bianco
United States Attorney's Office, Southern District of New York, 1ˢᵗ Andrews Plaza, New York, NY 10007

I would like to talk to you about two issues:
1) The issue of dealing with you.
2) The issue of Mokhtar Hawari.

When I dealt with you, it was not because I liked you or I accepted you.
* I dealt with you because I was mentally disturbed and under a severe stress as a result of the trial which I did not expect.

- You were aware of the mental condition through which I was going and you took advantage of it to serve your interest.
- You were aware that I had reached a suicidal phase after the trial in the jail room in [Los Angeles].
- The jail's administration placed a guard outside my jail room [in Los Angeles] around the clock, 24 hours a day.
- Also when I returned from [Los Angeles] jail to the [Seattle] jail, in the plane and with the [Police] Marshal, they knew the mental condition I was in.
- When I arrived to the [Seattle] jail, the administration there and the prison guards were aware of my mental condition, in addition to the seclusion in which I was.

* Please how do you assess my mental condition during this period?
* Was I mentally sound? The answer is No.

\* I was not mentally fully competent, and I did not know what I was saying.
\* My statements at that time were filled with a lot of mistakes.

I withdraw now all the statements I made at that time or in court in [New York] in the testimony about Mokhtar Hawari.

I give you an example about the wrong statements: For instance in the case of Hassan Zamiri who is in jail /illegible/ and charged with something related to my case and this is wrong.

Later on, I sent a letter to Judge [Conawer ??] [in Seattle] in which I explained the matter that Hassan Zamiri was innocent and had nothing to do with my case.

That's your problem too.
*[Translator's note: i.e. That's your responsibility too.]*
If you were fair and just people, you shouldn't have investigated me in the mental condition I was going through. But you are immoral people. You just want to satisfy your interest by any means.
You even interpreted my statements so as to serve your goal and interest.

<u>With regard to Mr. Mokhtar Hawari</u>
I withdraw the statement I made in the deposition about [Mokhtar Hawari] in court in [New York].
\* Because I was not mentally fully competent.
\* I did not know what I was saying due to the mental condition I was going through.
\* I believe that [Mokhtar Hawari] doesn't know anything about the operation I was about to carry out.
\* I believe that [Mokhtar Hawari] is an innocent man and that's the truth.

You have the chance to put me on trial again, so sentence me the way you want.

Signature: Ressam Ahmed /signed/
Date: March 28, 2007

FROM (THU) 5. 17' 07 15:26/ST. 15:25/NO. 4861580224 P 4

Florance  Co. 81226 8500

Joe biameo

united states Attorney's office , southern District of new york

1st  and new  york  city 1007

① هل أنكم معكم في موضوع ...

② من هي ... للقانون يحكم ... في ...

③ هو موضوع ... في بلاديتي ...

④ إذا عندكم ... معكم لجنتم ... أيديكم ...

⑤ أنا تصالحت معكم لا نسي وقعت قيد اضطراب نفسي و ضغط شديد
بسبب ... المحكمة التي لم تكن . أتم قدمها ...

⑥ وأن ... تقسم نفسي ... والقضية التي كنت أمن بها ... استخلاصها
لمصلحتكم ...

و كنتم تعلمون أنني وصلت إلى درجة الانتحار بعد المحكمة
في غرفة السجن . ولو ... نجوا لمي ...

كذلك كان القسم و ضغت حياتي في في في ... و بوجود ... ساعة
و كذلك عند وجودي من السجن لم ... أن الشجن ...

في الطابق تحت ... الشجن ... الحالة النفسية التي
كانت ... بهذا ...

و عند صولة إلى السجن ... بي ... السجن ، كانوا يعلمون
بحالتي النفسية ، وزيادة عن ذلك العزلة التي كنت فيها .

⑦ أرجوكم كيف تقيموا حالتي العقلية في تلك الفترة ؟

⑧ هل كان عقلي سليم ؟ ...

أنا لم أكن في كذا قة فضليه سليمة . و لم السوية هذا كنت أقبط
سوقة ولي ... في تلك الفترة كان فيها أشفه كسيرة ...

لذا لن أترجيع على جميع تلك لد قوالي التي قلبت حين تلك الفترة ...
في الحكمة بد لخوزول ( new york ) في شهدة مختار ع دي ...

اعطيكم مثالي على بعض اقوالي الناطقة ذمنا قطية حمل ن ... يبوس الذي
فياخاصوا أبوا ـ اللذي له ذمة متعلقة بقضيتي و هذا اختلط ...
بعدها أرسلت رسالة الى القاضي كو خا در ( لسيا قا ) ...
و مرحت له الد س ... الوحيل ن يمون ب بونة ليس لها علاقة ... بقضيتي ...

مع مشكلتكم أنتم كذلك ...
لأن لو كنتم أهل حتا وعدل لد تحققوا معي في تلك الظروف النفسية التي كنت أمر بها
لكن أنتم يومينخا يستفون من تو يدون نان تعطوا الحد صداجكم جاف و صيلتج . ...
حتى بعض اقوالي اولتموها حمب مقصود كي و مصلحتكم ...

النسبة لسيد مختار عديي
أنا اتوجه جله حميع بأقوالي التي قدتدة في ( شهادة ) مختار عدي ( بالحكمة في الورا ك new york
*)* لد انا لم أكن في كذا قة عقلية سليمة ...
*)* و لم بأدري ماذا كنت أقول في تلك ... الظروف النفسية التي كنت أمر بها ...
*)* أنا لا من أن مختار عدي ( لد يدري أي شيء بما يخص قضية التي كنت مأخوذ بها ...
*)* أنا لا من أن مختار عدي ( هو لا يحلن يوم سيء ... و هذه الحقيقة ...

و لو جد أمامكم فرصة لمحاكتي من جديد و احكموا علي بما تشتم ...

الد صفاء د ديمبر امير
التاريــــخ : ٢٨ مارس       اصمك

FROM

(THU) 5.17'07 15:26/ST. 15:25/NO. 4861580224 P 6

Name: Ressam-Ahmed
Reg. No. 29638 - 086
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

COLORADO SPRINGS
Legal - Mail
25 MAR 2007 PM

Joe Bianco
United States Attorney's Office
Southern District of New York
1st. Andrew's plaza
New York , N.y 10007

10007-1-701 C014



SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Civil Action No. 08-1360 (RWR)


# Letter from Ressam to Judge Coughenour (November 23, 2006)

A letter from Rassam Ahmed to Judge Coughinour
I write this letter to you in regard to "the allegation" of the prisoner "Mr. Hassan Zamiry" who is in Guantanamo prison in the Island of Cuba.

The allegation: Is that Mr. Hassan Zamiry had provided aid and support for the operation I was about carry out. This is not right, it is false.

I heard about this through the attorneys (Tom Hilliard, Michael Hilo Bofitsh) while in court -before the last court session where the sentencing was issued-. I then talked to them about this "allegation" and requested that I meet with the Prosecutor or the FBI detectives to clarify this issue of the "Allegation". They refused and told me that it is a complicated matter because he is the custody of the Military Court, but if you want to we can inform (Mr. Hassan Zamiry's Attorney) about this allegation . I did agree to that.

But recently I have been having problems with my attorneys and I don't trust them or their promises anymore.

This is why I have decided to write to you (Judge Coughinour) about this "Allegation" because it is not right or just to accuse somebody of something not true and false.
Fistful: When I dealt with Prosecutor at the beginning, I was in shock and had a severe psychological disorder as I result of the court results. I was not sure about m statements.
Then after a while I began to re-gain my strength I started explaining and clarifying this "allegation" in another interrogation with the detectives. The Prosecutor and the integrators did not believe my true statements and chose to believe my initial testimony at the begging of the wrong integration.

**This is why I would like to make sure I clarify for he last time this "allegation" ***
-Mr. Hassan Zamiry is innocent and has no relation or connection to the operation I was about to carry out. He also did not know anything about it and he did not assist me in anything.

-It is true that I have borrowed some money and a camera from him, but this was only a personal loan between me and him. It has nothing to do with my case "or support as the Prosecutor had alleged".

Judge Coughinour: I request that you please read my letter with attention and hope you can put things where they belong. Thanks.

| Date: | November 11, 2006-11-23 |
|---|---|
| Signed: | Rassam Ahmed |

I, Kamal Abou-Zaki, certify that to the bets of my knowledge this is a true translation of the Arabic attached letter. I also confirm that I a fluent Arabic/ English translator.

Singed: _____  Date: 11-27.06.

~~SECRET/NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

# The Islamic Response To The Government's Nine Accusations

~~SECRET/NOFORN~~

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHALID SHEIKH MOHAMMED, WALID MUHAMMAD SALIH MUBARAK BIN 'ATTASH, RAMZI BIN AL SHIBH, ALI ABDUL-AZIZ ALI, MUSTAFA AHMED ADAM AL HAWSAWI | D-101<br><br>Commission Order Regarding Pro Se Filing:<br><br>"The Islamic Response to the Government's Nine Accusations" |

1. On 5 March 2009, the Commission received and reviewed in chambers D-101, an unclassified document titled "The Islamic Response to the Government's Nine Accusations", filed *pro se* by the above named Accused.

2. The Commission directs that copies of this pleading be served upon the prosecution and defense counsel of record, to include stand-by counsel. The Commission further directs the pleading be provided to the Clerk of Court for immediate public release.

3. As this pleading seeks no specific relief, no responses are required by either the prosecution or defense.

4. The Clerk of Court is directed to have this order translated into Arabic and served upon each of the Accused

So Ordered this 9th day of March, 2009:


/s/
Stephen R. Henley
Colonel, U.S. Army
Military Judge

~~TS/SCI~~

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | THE ISLAMIC RESPONSE TO THE |
| KHALID SHEIKH MOHAMMED | ) | |
| WALID BIN 'ATTASH | ) | GOVERNMENT'S NINE ACCUSATIONS |
| RAMZI BIN AS-SHIBH | ) | |
| 'ALI 'ABD AL-'AZIZ 'ALI | ) | |
| MUSTAFA AHMED AL-HAWSAWI | ) | |

*In the Name of Allah, the Most Merciful, the Most Compassionate*

### The 9/11 Shura' Council

Many thanks to God who revealed the Torah, the Bible, and the Quran, and may God praise his messenger, the prophet Mohamed, so that he causes mercy to the two realms. Also, may God praise the prophet's household, his entire companionship, and his followers until judgment day.

With regards to these nine accusations that you are putting us on trial for; to us, they are not accusations. To us they are badges of honor, which we carry with pride. Many thanks to God, for his kind gesture, and choosing us to perform the act of Jihad for his cause and to defend Islam and Muslims. Therefore, killing you and fighting you, destroying you and terrorizing you, responding back to your attacks, are all considered to be great legitimate duty in our religion. These actions are our offerings to God. In addition, it is the imposed reality on Muslims in Palestine, Lebanon, Afghanistan, Iraq, in the land of the two holy sites [Mecca and Medina, Saudi Arabia], and in the rest of the world, where Muslims are suffering from your brutality, terrorism, killing of the innocent, and occupying their lands and their holy sites. Nevertheless, it would have been the greatest religious duty to fight you over your infidelity. However, today, we fight you over defending Muslims, their land, their holy sites, and their religion as a whole.

The following is our Islamic response back to your nine untenable, just like a spider web, accusations:

### First, "the conspiracy accusation":

This is a very laughable accusation. Were you expecting us to inform you about our secret attack plans? Your intelligence apparatus, with all its abilities, human and logistical, had failed to discover our military attack plans before the blessed 11 September operation. They were unable to foil our attack. We ask, why then should you blame us, holding us accountable and putting us on trial? Blame yourselves and your failed intelligence apparatus and hold them accountable, not us.

2/24/09

TS/SCI

With regards to us, we were exercising caution and secrecy in our war against you. This is a natural matter, where God has taught us in his book, verse 71 from An-Nisa: ((*O you believers!  Take your precautions, and either go forth (on an expedition) in parties, or go forth together.*))

Also, as the prophet has stated: "War is to deceive."

### With regards to the second, third, and forth accusations; "Attacking civilians," "Attacking

### civilian objects," and "deliberately causing grave bodily harm":

We ask you; who initiated the attacks on civilians?  Who is attacking civilian objects?  And who is causing grave bodily harm against civilians?  Is it us, or is it you?

You are attacking us in Palestine and Lebanon by providing political, military, and economic support to the terrorist state of Israel, which in turn, is attacking unarmed innocent civilians.  In addition, Israel attacks Palestinian and Lebanese civilian objects by bombing them and destroying them.  Furthermore, Israel is causing grave bodily harm by using weapons that are forbidden internationally, such as: cluster bombs in Lebanon and the rubber and live ammunitions in Palestine and breaking bones of Palestinian children.  Moreover, the Israeli criminal list is long and endless, against civilians in Lebanon and Palestine.

In addition, was it not you that attacked an entire population in Iraq, destroying civilian targets and its infrastructure?  Was it not you that has killed one million Iraqi children caused by your oppressed economic sanctions, which you imposed after the first Gulf War?

In fact, it was you who had wiped out two entire cities off the face of the earth and killed roughly half a million people in a few minutes and caused grave bodily harm by nuclear radiation?  Did you forget about your nuclear bombs in Hiroshima and Nagasaki?

You are the last nation that has the right to speak about civilians and killing civilians.  You are professional criminals, with all the meaning the words carry.  Therefore, we will treat you the same.  We will attack you, just like you have attacked us, and whomever initiated the attacks is the guilty party.

In God's book, verse 193, Al-Baqara, he states: ((*The sacred month is for the sacred month, and for the prohibited things, there is the law of equality.  Then, whoever transgresses the prohibition against you, you transgress likewise against him.*))

God stated, in verse 179, Al-Baqarah: ((*And there is (a saving of) life for you in Al-Qisas (The law of equality in punishment), O men of understanding, that you may become Al-Muttaquin (the pious).*))

God also stated, in verse 40, Al-Shura: ((*The recompense for an evil is an evil like thereof.*))

Unclassified

TS/SCI

~~TS/SCI~~

In verse 45, Al-Maida: ((*Life for life, eye for an eye, nose for a nose, ear for an ear, tooth for a tooth, and wounds equal for equal.*))

In verse 193, Al-Baqara: ((*... Let there be no hostility except to those who practice oppression.*))

### With regards to accusations five and six, "Crimes in violation of the law of war," and

### "Destroying property in violation of the law of war":

Who is breaking the law of war in this world? Is it us, or is it you? You have disobeyed all heaven and earth's laws of war, to include your own laws.

You have violated the law of war by supporting the Israeli occupation of Arab land in Palestine and Lebanon, and for displacing five million Palestinians outside their land. You have supported the oppressor over the oppressed and the butcher over the victim.

Also, you have violated the law of war by attacking an independent sovereign Arab nation with you first crusade campaign in 1991. By force, you have occupied the Arabian Peninsula and the Gulf. In addition, today, you are occupying Iraq and Afghanistan.

Also, you have violated all laws of war, and in particular, your treatment of Prisoners of War, in Afghanistan and Iraq. We are the best example of such violations and your "Black Sites" for torturing prisoners. This, and with your "Abu-Ghurayb" prison in Iraq. Guantanamo camps are witness to all of that.

So, you are the first class war criminals, and the whole world witnesses this. You have no values and ethics and no principles. You are a nation without a religion. On the other hand, we are a great nation, with a great religion, values, ethic s, and principles, which we comply with and follow, and we invite people to following our ways. History will testify on our actions. You should look back at Salah Al-Din and how ethically he treated your crusader ancestors that were prisoners to him.

We fight you to defense our nation, our religion, and our land. All heavenly and earthly laws guarantee our rights to do so. We, Muslims, are content with God's book, the Quran, to fight you with. God has granted us to fight, in verse 39, Al-Hajj: ((**To those against whom war is waged, permission is given (to fight,) because they are wronged and verily, Allah is most powerful for their aid.**))

God stated in his book, verse 190, Al-Baqara: ((**And fight in the way of Allah those who fight you, but be not the transgressor, Allah likes not the transgressors.**))

unclassified

~~TS/SCI~~

~~TS/SCI~~

**With regards to the seventh accusation, "Hijacking and/or endangering a vessel or an**

**aircraft":**

In return, we ask you: Which is more dangerous; Hijacking and/or endangering a vessel or an aircraft, or endangering an entire population with a military occupation, killing and endangering innocent civilians by starving them with an economic sanction?

If you do not respect the innocent in our countries, then we will do the same, by exposing you to danger and hijacking in the air, at sea, and land.

In God's book, he ordered us to fight you everywhere we find you, even if you were inside the holiest of all holy cities, The Mosque in Mecca, and the holy city of Mecca, and even during sacred months.

In God's book, verse 9, Al-Tawbah: ((**Then fight and slay the pagans wherever you find them, and seize them, and besiege them and lie in wait for them in each and every ambush.**))

Remember, that you are the ones who attacked the Iranian civilian aircraft, flight 655, in 1988 with your Cruise missiles over the Hermuz straights, killing all of its 290 passengers, among them 66 children. They are still shedding tears today over your victims. Does your blood have a value and the blood of Muslims not?

**With regards to the "Terrorism" accusations:**

Who are the real terrorists? Is it us, or is it you? America is the terrorist country number one in the world. Is has nuclear weapons of mass destruction, and the hydrogen bombs, and the biological weapons, and its ocean fleets are around the world, threatening countries' security and safety and any country that is not subjected to its oppressed will.

In addition, America is the main shepherd of the main support to the Israeli terrorism against Muslims in the occupied state of Palestine, and also support and bond with the terrorist governments of the Arab and Islamic world, which, in turn, oppress and suppress their own people that are calling for freedom, and the application of Islamic law.

We do not possess your military might, not your nuclear weapons. Nevertheless, we fight you with the almighty God. So, if our act of Jihad and our fighting with you caused fear and terror, then many thanks to God, because it is him that has thrown fear into your hearts, which resulted in your infidelity, paganism, and your statement that God had a son and your trinity beliefs.

God stated in his book, verse 151, Al-Umran: ((**Soon shall we cast terror into the hearts of the unbelievers, for that they joined companies with Allah, for which he has sent no authority; There place will be the fire; and evil is the home of the wrongdoers.**))

unclassified

~~TS/SCI~~

~~TS/SC~~

God also stated in his book, verse 60, Al-Anfal: ((Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into the heart of the enemies of Allah and your enemies.))

Also, God has informed us, in his book, of what is in your heart from fear and terror towards us, and that you fear and have been terrorized from us more than God himself. Verse 13, Al-Hashir: ((Of a truth you (Muslims) are more feared in their (the infidels from Christians, Jews, and others) hearts, than Allah. This is because they are men devoid of understanding.))

Therefore, you do not fight us face-to-face, man-to-man. But rather, you fight us from behind roadblocks, trenches, and warplanes, which are thousands of feet in the air.

Your status in Iraq and Afghanistan does not need any further explanation. God has demonstrated to us your mental and your defeated fighting moral status.

God has stated in his book, verse 14, Al-Hashir: ((They fight not against you even together, except in fortified townships, or from behind walls, their enmity among themselves is very great, you would think that they were united, but their hearts are divided. That is because they are a people who understand not.))

Our prophet was victorious because of fear. At a month distant, the enemy did not hear from him.

So, our religion is a religion of fear and terror to the enemies of God: the Jews, Christians, and pagans. With God's wiling, we are terrorists to the bone. So, many thanks to God.

The Arab poet, Abu-Ubaydah Al-Hadrami, has stated: ((We will terrorize you, as long as we live with swords, fire, and airplanes.))

**With regards to the ninth accusation, "Material support to terrorism":**

America is the number one, and the largest country in the world, in spreading military might and terrorism. Also, America is the principle and greatest supplier to the occupying terrorist state of Israel in Palestine. Also, America supports and finances the terrorist regimes that govern the countries of the Arab world, such as Egypt, Saudi Arabia, and Pakistan.

Nevertheless, we are defending our rights, land, religion, and our oppressed Muslim brethrens around the world. Therefore, we would spend all of our money and properties for this cause. This is not strange, since Muslims are all part of the same Umma.

We will make all of our materials available, to defend and deter, and egress you and the filthy Jews from our countries.

God has ordered us to spend for Jihad in his cause. This is evident in many Quranic verses.

unclassified
~~TS/SC~~

TS | SCI

Verse 195, Al-Baqara: ((And spend of your substance in the cause of Allah, and make not your own hands contribute to your destruction, but do good; for Allah loves those who do good.))

We ask to be near to God, we fight you and destroy you and terrorize you. The Jihad in god's cause is a great duty in our religion. We have news for you, the news is: You will be greatly defeated in Afghanistan and Iraq and that America will fall, politically, militarily, and economically. Your end is very near and your fall will be just as the fall of the towers on the blessed 9/11 day. We will raise from the ruins, God willing. We will leave this imprisonment with our noses raised high in dignity, as the lion emerges from his den. We shall pass over the blades of the sword into the gates of heaven.

So we ask from God to accept our contributions to the great attack, the great attack on America, and to place our nineteen martyred brethren among the highest peaks in paradise.

God is great and pride for God, the prophet, and the believers....

Signed: **The 9/11 Shura Council**

*Khalid Sheikh Mohammed*

*Ramzi bin As-Shibh*

*Walid bin 'Attash*

*Mustafa Ahmed Al-Hawsawi*

*'Ali 'abd Al-'Aziz 'Ali*

Sunday, 3/1/1429h
Guantanamo Bay, Cuba


Unclassified
TS | SCI