

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |



SERIAL:

COUNTRY:

IPSP:

SUBJ:

WARNING:

----------------------------------------------------------------------
--
                        DEPARTMENT OF DEFENSE
----------------------------------------------------------------------
--

DOI:

REQS:

SOURCE:

SUMMARY:

TEXT: 1.

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE





SECRET/NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )
_____)


# FBI/ITD, Casio Watch 18 Stage Intervalometer Electronic Analysis Report

SECRET/NOFORN

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

# Casio Watch 18 Stage Intervalometer

## Electronic Analysis Report

### CEXC Number:  AF No CEXC AA/04
### Laboratory Submission:  040323002

Revision 2

8.19.2004



**Federal Bureau of Investigation**
**Investigative Technology Division**

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## Table of Contents

1   ANALYSIS SUMMARY TABLES .................................................................................. 3
   1.1   GENERAL INFORMATION ........................................................................... 3
   1.2   CUSTOM CIRCUIT ELECTRONICS ............................................................ 3

2   BACKGROUND ................................................................................................................ 4

3   EXECUTIVE SUMMARY ................................................................................................. 4

4   DEVICE DESCRIPTION ................................................................................................. 6
   4.1   PHYSICAL ........................................................................................................ 6
      4.1.1   Casio F-91W Watch ................................................................................ 6
      4.1.2   Custom Circuit ....................................................................................... 7
   4.2   ELECTRONICS ............................................................................................... 13
      4.2.1   CASIO F-91W WATCH ......................................................................... 13
      4.2.2   Custom Circuit ..................................................................................... 14

5   ANALYSIS CONSIDERATIONS ................................................................................... 18

APPENDIX A:  SCHEMATIC DIAGRAMS ......................................................................... 20

APPENDIX B:  DATA SHEETS .............................................................................................. 24

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

# 1  ANALYSIS SUMMARY TABLES

| 1.1   GENERAL INFORMATION | |
|---|---|
| FBI Laboratory Submission # | 040323002 |
| CEXC # | AF No CEXC AA/04 |
| COTS Device Name | Casio Watch |
| COTS Device Model # | Casio Alarm Chronograph F-91W Watch |
| Device Application (Door Bell/Pager/Etc…) | Timer |
| Device Functionality (Transmitter/Receiver/Transceiver) | 18 Stage Intervalometer |
| COTS Operational Status | Operational with alarm set |
| IED's Operational status (to include COTS) | Partly – only 9 out of 18 relays worked due to cracks in relay custom circuit board (Figure 5). |

| 1.2   CUSTOM CIRCUIT ELECTRONICS | |
|---|---|
| Device description (Timer/Relay/Etc…) | Timer and Relay |
| Sophistication of custom circuit design     (1-5) 1=Simple 5=Complex | 3 |
| Quality of workmanship (1-5) 1=Novice 5=Expert | 4 |
| Wire color, gauge and type (Stranded/Solid/Etc…) | 18 AWG Red-White Stranded 18 AWG Black-White Stranded 18 AWG Yellow Stranded labeled "M. Elyas & Sons CP18800 SPL99PC" (Figure 13) 18 AWG Dark Pink Stranded 22 AWG Yellow Solid 22 AWG Red Solid 22 AWG Black Solid |
| Detonator supply voltage/current | No external batteries or power supply received |
| Custom circuit main components | (18) LM JZC-20F relays rated 5A, 12V DC (2) TI CD4017BE Counter/Divider chip (2) TI CD4060BE Binary Counter/Divider & Oscillator chip Motorola C106D Silicon Controlled Rectifier D313 NPN Transistors 6 Green LEDs (light emitting diodes) Motorola LM 358N Dual Differential Input Operational Amplifier TIP122 NPN Darlington Transistor |
| Modifications to COTS board(s) | Wires added to the Casio F91-W watch are connected to an external switching circuit on another board with 18 relays. |

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## 2  BACKGROUND

ITD (Investigative Technology Division) was asked by the TEDAC (Terrorist Explosives Device Analytical Center) to examine a device assigned FBI Laboratory number 040323002 and CEXC (Combined Explosives Exploitation Cell) number AF No CEXC AA/04 to determine how it could function as a remote detonator.

## 3  EXECUTIVE SUMMARY

The device under examination (Figure 1) was received by ITD completely encased in hot-melt glue. The hot-melt glue and black tape underneath it was carefully removed (Figure 2) exposing two perforated boards containing a custom timing circuit with a watch used as a trigger for 18 identical relay switches.

Figure 3 shows the small perforated board with an external circuit connected to a Casio F-91W consumer watch, which is the trigger for the relay switches using signals through the red and blue wires attached to the inside of the watch. An audio signal in the form of one or more beeps results whenever the daily or hourly alarm goes off, as well as when someone presses the mode button to check or set the daily or hourly alarm. During examination, it was found that the relays labeled 10 through 18 (Figure 5) did not work due to a crack in the big perforated board interrupting electrical continuity from the watch signal to the CD4060 chip (Figure 6).

Schematics of the device can be found in Appendix A. Analysis showed that the device would most likely have functioned in the following manner: The watch alarm was set for 4:02 AM (Figure 18) before the external battery source was attached for power to the relays. Setting of the alarm would have provided the bomb maker with anywhere from a few minutes to 24 hours of time to escape. After the alarm went off, the custom circuit on the watch board processed the watch audio signal and provided a system ground signal. The system ground and external battery power signals from the watch board are used as inputs to the relay board components. The CD4060 oscillator chip provides the 3.7 seconds clock to the CD4017 counter chip controlling the relays (Figure 21). During tests, each of the relays labeled 1 through 9 successively switched on every 7.4 seconds and then started the cycle again from relay 1. However, if the crack had not been present on the left hand side of Figure 6, there would have been a pair of relays successively switched on every 7.4 seconds in the following order – (Relay 1 and Relay 10), (Relay 2 and Relay 11), etc. The device was not received with any batteries or power source and the relays are rated for 12V each. Through tests, it was found that a 9V battery was sufficient to switch on the relays. It would provide 0.5A as long as the load of the detonator is less than 18Ω.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 1: Device as Received by ITD



Support Brackets
added by ITD

Figure 2: Device After Hot-melt Glue Removed with Added Support Brackets

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

# 4  DEVICE DESCRIPTION

## 4.1  PHYSICAL

### 4.1.1  CASIO F-91W WATCH

Figure 3 shows a small perforated board with an external circuit connected to a Casio F-91W consumer watch, which is the trigger for the relay switches using signals through the red and blue wires attached to the inside of the watch. The time seen on the Casio is 33 hours ahead of the time of the photograph (eastern standard day-light savings). However, the Casio watch day or time could have been altered during handling after the device was originally found since the buttons to change them are visible in Figure 1.

This Casio model has a stopwatch, hourly time signal, daily alarm, auto-calendar and 12/24-hour formats. Further technical details on the watch can be found on Casio's internet site[1].



Figure 3:  Close up View of Casio Watch and External Circuit

Figure 4 shows that custom wiring was attached to the inside of the watch and that there are no other markings on that side. It appears that the back of the watch was screwed off, the wires attached and the back of the watch screwed on. The watch is attached to the board with solid wires using the watch wrist strap mounting holes and soldered.

---

[1] http://www.casio.com/index.cfm?fuseaction=products.content&catalog=&section=&product=F91W%2D1&content=Technical %20Specs

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Solid wire used to attach watch to perforated board

Figure 4: Side View of Casio F-91W Watch Showing Custom Wires Attached

### 4.1.2 CUSTOM CIRCUIT

The custom circuit (Figure 2) is composed of two perforated circuit boards. The bigger perforated circuit board with 18 relays on it (Figure 5) measures 4.1" x 9.2" x 0.5". Figure 6 shows the relay board has cracks in it due to the weight of the components on it.

The relay board custom circuit contains wiring, 5 green LEDs and the following major components:

- (18) LM JZC-20F relays rated 5A, 12V DC (Figure 7) arranged in 3 rows of 6 each.
- A Phillips HEF4017BP and a TI CD4017BE Decade Counter/Divider chip with 10 decoded outputs (Figure 8 and Figure 9).
- (2) TI CD4060BE Binary Counter/Divider & Oscillator chip (Figure 10).
- A Motorola C106D Silicon Controlled Rectifier (SCR). It is unknown if the SCR was broken when assembled or when the hot-melt glue was being removed from it (Figure 11). ITD fixed the break.
- (18) D313 NPN Transistors (Figure 11) with the collector connected to each relay and the base connected to the decoded output from the 4017 decade counter chip.

Data sheets for the LM JZC-20F, HEF4017BP and CD4017BE Decade Counter/Divider chips, CD4060BE Binary Counter/Divider & Oscillator chip and C106D SCR chip can be found in Appendix B.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Inoperative Row of Relays 13-18        Inoperative Relays 10-12        Operational Row of Relays 1-6

Operational Relays 7-9

Figure 5:  Top View of Relay Board Prior to Adding Support Brackets



Cracks in Board

CD4060 chip

Figure 6:  Bottom View of Relay Board Prior to Adding Support Brackets

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 7: LM JZC-20F Row of Relays



Figure 8: Phillips HEF4017BP Decade Counter/Divider Chip with LED



Figure 9: TI CD4017BE Decade Counter/Divider Chip with LED



Figure 10: TI CD4060BE Binary Counter/Divider & Oscillator Chip with LED

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 11:  Broken C106D SCR and D313 NPN Transistors

Some of the red/white striped wiring from the output of the relays that worked were spliced together with yellow or dark pink wires (Figure 12) that had the label "M. Elyas & Sons CP18800 SPL99PC" (Figure 13) and taped.  However, the ends did not have wiring exposed.



Relays 1-6: Wires spliced together and taped with ends cut straight across

Relays 7-18: Wires not spliced together and ends soldered

Figure 12:  Types of Wire Termination From Relay Switch Outputs



Figure 13:  Close up View of Labeled Wiring

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

The smaller perforated board with the Casio watch on it (Figure 3 and Figure 14) measures 2.1"
x 2.4" x 0.5". The watch board custom circuit contains wiring, one green LED and the following
major components:

- Motorola LM 358N Dual Differential Input Operational Amplifier (Figure 15)
- TIP122 NPN Darlington Transistor with the collector and emitter connected to the relay
  board and the base connected to the output of the LM358 op amp (Figure 16)

Data sheets for the LM 358N chip and the TIP122 NPN Darlington Transistor can be found in
Appendix B.



Figure 14: Back of Smaller Custom Circuit Watch Board



Figure 15: Motorola Dual Low Power Amplifier

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 16:  TIP122 NPN Darlington Transistor

In Figure 4, there appears to be adhesive tape, similar to that found in first aid kits, used to ensure the connection of the spliced wires from the Casio watch to the power and battery ground wires on the watch board.  The same tape is also used underneath the hot-melt glue to ensure the connection of the light blue wires from the Darlington transistor to the power and system ground connection for the relay board (Figure 17).



First aid tape used at splice between wires

Figure 17:  Watch Board Wire Splices

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## 4.2   ELECTRONICS

### 4.2.1   *CASIO F-91W WATCH*

An audio signal in the form of one or more beeps results whenever the daily or hourly alarm goes off, as well as when someone presses the mode button to check or set the daily or hourly alarm. Figure 18 shows the alarm set at 4:02 AM on the Casio F-91W watch used as the trigger to the relay circuit. A "PM" label would have been in the upper left corner if the time had not been AM, as shown in Figure 3. Figure 19 shows that an icon of a bell appears in the upper left corner if the hourly time signal has been enabled and/or an audio volume icon appears in the upper left corner if the daily alarm signal has been enabled.

Tests indicate only an audio signal triggers the relay circuit. Therefore, it is unclear how the relays could have detonated any explosives since neither icon are apparent in Figure 18. However, those icons could have been turned off during handling before the device was received by ITD.



Figure 18:  Casio Showing Alarm Setting When Received by ITD



Figure 19:  Symbols On Watch Face When Daily or Hourly Alarms Set

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

### 4.2.2  CUSTOM CIRCUIT

Schematics of how the watch board is connected to the relay board can be found in Appendix A. Figure 6 shows that there are cracks in the relay board due to the weight of the components, which may indicate why the device was originally taped and glued. The crack could have occurred during glue removal or handling. It is not clear if there are cracks from the X-rays taken of the device before the hot-melt glue was removed (Figure 22). During testing it was found that the relays labeled 1 through 9 (Figure 5) did work, but the relays labeled 10 through 18 did not work. Jumpers have been used on the right hand side of Figure 5 to compensate for the electrical discontinuity due to the cracks. However, no jumpers were used on the left hand side to compensate for the electrical discontinuity due to the cracks. Figure 6 shows the crack is directly underneath the CD4060 chip on the left side, resulting in a loss of the clock signal to CD4017 for relays 10 through 18. ITD believes the bomb maker was aware of the problem because of the many jumpers on the right hand side.

The green LED on the watch board (Figure 4) indicates when the Darlington output is active and the external battery source is available to the relay board. Figure 20 shows the watch signal at the base of the Darlington NPN transistor when it is turned on to produce a system ground. The system ground and external battery power signals from the watch board are used as inputs to the relay board components. The green LED next to the CD4060 chip (Figure 10) on the relay board is used to let the user know when the clock signal is available. The green LED next to the CD4017 chip (Figure 8) on the relay board is used to let the user know when each relay switches on.

Using the datasheets for the CD4060 chip (Appendix B), the RC oscillator frequency can be determined using the resistor value at pin 10 ($R_x$) and the capacitor value at pin 9 ($C_x$) and the following equation:

$$F = 1 / 2.2 * (R_x * C_x)$$

Using the circuit values of $R_x = 100K \ \Omega$ and $C_x = 1\mu F$ from Appendix A,

$$F = 4.54 \ Hz$$

Since the CD4060 chip is a binary counter/divider/oscillator, each successive output after the first has half the frequency. The frequency output to the CD4017 chip is from Q5, so the clock frequency from Q5 should be

$$F_4 = 4.54 \ Hz / (2 \wedge 4) = 284 \ Hz$$

$$T_4 = 1 / (284) = 3.52 \ seconds$$

A plot of the clock signal from Q5 of the CD4060 chip to pin 14 of the CD4017 chip is shown in Figure 21.   It indicates an approximate frequency of 270 Hz or clock rate of 3.7 seconds, which is close to the value calculated.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 20:  Input at Base of Darlington Transistor from Watch Signal



Figure 21:  Clock Signal from CD4060 to CD4017 Counter For Relay Switches

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Analysis showed that the device would most likely have functioned in the following manner: The watch alarm was set for 4:02 AM (Figure 18) before the external battery source was attached for power to the relays. Setting of the alarm would have provided the bomb maker with anywhere from a few minutes to 24 hours of time to escape. After the alarm went off, the LED near the watch turned on, indicating the custom circuit on the watch board had processed the watch audio signal to provide a system ground signal for the custom circuit on the relay board. The system ground and external battery power signals were used as inputs to reset pin 12 on the CD4060 oscillator chip on the relay board. The LED next to the CD4060 chip turned on when it was ready to provide the 3.7 seconds clock to the CD4017 decade counter chip controlling the relays (Figure 21). The LED next to the CD4017 chip turned on whenever each of the relays switched on. During tests, each of the relays labeled 1 through 9 successively switched on every 7.4 seconds and then started the cycle again from relay 1. However, if the crack had not been present on the left hand side of Figure 6, there would have been a pair of relays successively switched on every 7.4 seconds in the following order – (Relay 1 and Relay 10), (Relay 2 and Relay 11), etc. The device was not received with any batteries or power source and the relays are rated for 12V each. Through tests, it was found that a 9V battery was sufficient to switch on the relays. It would provide 0.5A as long as the load of the detonator cap is less than 18Ω.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



Figure 22: 18-Stage Intervalometer X-Rays

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## 5   ANALYSIS CONSIDERATIONS

Certain broken components were repaired by ITD in order to run tests and prevent further damage to the device during handling. It is not clear if these components were broken during assembly or when the hot-melt glue was removed. Figure 23 shows how ITD strengthened the cracked relay board by using hot-melt glue and plastic rods. Figure 24 shows the SCR fixed on the watch board. Figure 23 and Figure 25 show the broken LED near the CD4060 chip that was fixed. The watch was attached to the PCB with solid wires using the watch wrist strap mounting holes and soldered to the PCB. Figure 26 shows the where the solid wires were unsoldered from the PCB.



Figure 23:  Relay Board Strengthened by ITD



Figure 24:  Broken SCR on Watch Board Fixed

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

 

Figure 25: Broken LED Near CD4060 Chip Fixed



Figure 26: Side of Watch Before Removal from Board



Figure 27: Side of Watch After Removal from Board

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## Appendix A:  Schematic Diagrams



UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



NOTE: PRESUMED CONNECTIONS ARE CONTAINED
WITHIN THE DASHED-BOXES.

| Co: | FBI-ITD | | |
|---|---|---|---|
| Title: | 040323002 | | |
| Board: | SWITCH. CKTS, 13-18 | Revision: 1 | |
| Author: | GLT | Size: A | |
| Date: | JULY 29, 2004 | | Sheet 4 of 4 |

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## Appendix B:  Data Sheets

Contains selected data sheets of Data sheets for the LM JZC-20F, HEF4017BP and CD4017BE
Decade Counter/Divider chips, CD4060BE Binary Counter/Divider & Oscillator chip, C106D
SCR chip, LM 358N chip and the TIP122 NPN Darlington Transistor.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

PCB Relays



JZC-20F(4088)

**Features:**
· Superminiature, low coil power consumption.
· Switching capacity up to 15A.
· PC board mounting.
· Suitable for household electrica appliance, automation system, instrument and meter.

| Detail Parameter | |
|---|---|
| Outline Dimensions | 22.5 íÀ 16.5 íÀ 23.5 mm |
| Contact Arrangement | |
| (China) | 1A 1D 1Z |
| (International) | 1A 1B 1C |
| Contact Rating | 5A,10A,15A/120VAC,28VDC; 5A,7A,10A/220VAC |
| Contact Resistance | <=100 mí |
| Max. Switching Power | 280W,1200VAC |
| Max. Switching Voltage | 110Vdc 380Vac |
| Max. Switching Current | 10A |
| Mechanical Operation life | $1 \times 10^7$ |
| Electrical Operation life | $1 \times 10^5$ |
| Coil resistance | 0.36W 0.45W |
| Coil Rated Voltage | 3, 6, 9, 12, 18, 24, 48 Vdc |
| Pickup voltage VDC(max) | 75% rated voltage |
| Relese voltageVDC(min) | 10% rated voltage |
| Operate Time | <=10ms |
| Release Time | <=5ms |
| Coil Maximan VoltageVDC | 130% rated voltage |
| Insulation Resistance | 100 Mí (at 500V) |
| Dielectric Strength | |
| (Between contacts) | 50Hz, 750V |
| (Between contact and coil) | 50Hz, 1500V |
| Shock Resistance | 10G 11ms |

| | |
|---|---|
| Vibration resistance | 10 ~ 55Hz amplitude 0.35mm |
| Ambient Temperature | -40 ~ 70íÃC |
| Relative Humidity | 85% (at 40íÃC) |
| Mass | 13g |
| Cross Reference | |

Mounting payout (Bottom View)mm  Wiring Diagram





UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**INTEGRATED CIRCUITS**

# DATA SHEET

For a complete data sheet, please also download:

- The IC04 LOCMOS HE4000B Logic
  Family Specifications HEF, HEC
- The IC04 LOCMOS HE4000B Logic
  Package Outlines/Information HEF, HEC

## HEF4017B
## MSI
## 5-stage Johnson counter

Product specification                                    January 1995
File under Integrated Circuits, IC04

**Philips
Semiconductors**



**PHILIPS**

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Philips Semiconductors                                    Product specification

## 5-stage Johnson counter

### HEF4017B
MSI

### DESCRIPTION

The HEF4017B is a 5-stage Johnson decade counter with ten spike-free decoded active HIGH outputs ($O_0$ to $O_9$), an active LOW output from the most significant flip-flop ($\overline{O}_{5-9}$), active HIGH and active LOW clock inputs ($CP_0$, $\overline{CP}_1$) and an overriding asynchronous master reset input (MR).

The counter is advanced by either a LOW to HIGH transition at $CP_0$ while $\overline{CP}_1$ is LOW or a HIGH to LOW transition at $\overline{CP}_1$ while $CP_0$ is HIGH (see also function table).

When cascading counters, the $\overline{O}_{5-9}$ output, which is LOW while the counter is in states 5, 6, 7, 8 and 9, can be used to drive the $CP_0$ input of the next counter.

A HIGH on MR resets the counter to zero ($O_0 = \overline{O}_{5-9}$ = HIGH; $O_1$ to $O_9$ = LOW) independent of the clock inputs ($CP_0$, $\overline{CP}_1$).

Automatic code correction of the counter is provided by an internal circuit: following any illegal code the counter returns to a proper counting mode within 11 clock pulses.

Schmitt-trigger action in the clock input makes the circuit highly tolerant to slower clock rise and fall times.



Fig.1  Functional diagram.



Fig.2  Pinning diagram.

### PINNING

| | |
|---|---|
| $CP_0$ | clock input (LOW to HIGH triggered) |
| $\overline{CP}_1$ | clock input (HIGH to LOW triggered) |
| MR | master reset input |
| $O_0$ to $O_9$ | decoded outputs |
| $\overline{O}_{5-9}$ | carry output (active LOW) |

FAMILY DATA, $I_{DD}$ LIMITS category MSI

See Family Specifications

HEF4017BP(N):   16-lead DIL; plastic (SOT38-1)
HEF4017BD(F):   16-lead DIL; ceramic (cerdip) (SOT74)
HEF4017BT(D):   16-lead SO; plastic (SOT109-1)
( ): Package Designator North America

January 1995                          2

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors

Product specification

**5-stage Johnson counter**

HEF4017B
MSI



Fig.3 Logic diagram.

January 1995

3

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors | Product specification

## 5-stage Johnson counter

HEF4017B
MSI

### FUNCTION TABLE

| MR | CP$_0$ | $\overline{CP_1}$ | OPERATION |
|----|--------|----|-----------|
| H | X | X | O$_0$ = $\overline{O_{5-9}}$ = H; O$_1$ to O$_9$ = L |
| L | H | ⤒ | Counter advances |
| L | ⤓ | L | Counter advances |
| L | L | X | No change |
| L | X | H | No change |
| L | H | ⤓ | No change |
| L | ⤒ | L | No change |

Notes
1. H = HIGH state (the more positive voltage)
2. L = LOW state (the less positive voltage)
3. X = state is immaterial
4. ⤓ = positive-going transition
5. ⤒ = negative-going transition

### AC CHARACTERISTICS

$V_{SS}$ = 0 V; $T_{amb}$ = 25 °C; $C_L$ = 50 pF; input transition times ≤ 20 ns

| | $V_{DD}$ V | SYMBOL | MIN. | TYP. | MAX. | | TYPICAL EXTRAPOLATION FORMULA |
|---|---|---|---|---|---|---|---|
| Propagation delays. | | | | | | | |
| CP$_0$, $\overline{CP_1}$ → O$_0$ to O$_9$ | 5 | | | 140 | 280 | ns | 113 ns + (0,55 ns/pF) $C_L$ |
| HIGH to LOW | 10 | t$_{PHL}$ | | 55 | 110 | ns | 44 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 40 | 80 | ns | 32 ns + (0,16 ns/pF) $C_L$ |
| | 5 | | | 125 | 250 | ns | 98 ns + (0,55 ns/pF) $C_L$ |
| LOW to HIGH | 10 | t$_{PLH}$ | | 50 | 100 | ns | 39 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 40 | 80 | ns | 32 ns + (0,16 ns/pF) $C_L$ |
| CP$_0$, $\overline{CP_1}$ → $\overline{O_{5-9}}$ | 5 | | | 145 | 290 | ns | 118 ns + (0,55 ns/pF) $C_L$ |
| HIGH to LOW | 10 | t$_{PHL}$ | | 55 | 110 | ns | 44 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 40 | 80 | ns | 32 ns + (0,16 ns/pF) $C_L$ |
| | 5 | | | 125 | 250 | ns | 98 ns + (0,55 ns/pF) $C_L$ |
| LOW to HIGH | 10 | t$_{PLH}$ | | 50 | 100 | ns | 39 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 40 | 80 | ns | 32 ns + (0,16 ns/pF) $C_L$ |
| MR → O$_1$ to O$_9$ | 5 | | | 115 | 230 | ns | 88 ns + (0,55 ns/pF) $C_L$ |
| HIGH to LOW | 10 | t$_{PHL}$ | | 50 | 100 | ns | 39 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 35 | 70 | ns | 27 ns + (0,16 ns/pF) $C_L$ |
| MR → $\overline{O_{5-9}}$ | 5 | | | 110 | 220 | ns | 83 ns + (0,55 ns/pF) $C_L$ |
| LOW to HIGH | 10 | t$_{PLH}$ | | 45 | 90 | ns | 34 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 35 | 70 | ns | 27 ns + (0,16 ns/pF) $C_L$ |
| MR → O$_0$ | 5 | | | 130 | 260 | ns | 103 ns + (0,55 ns/pF) $C_L$ |
| LOW to HIGH | 10 | t$_{PLH}$ | | 55 | 105 | ns | 44 ns + (0,23 ns/pF) $C_L$ |
| | 15 | | | 40 | 75 | ns | 32 ns + (0,16 ns/pF) $C_L$ |

January 1995

4

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors

Product specification

5-stage Johnson counter

HEF4017B
MSI

| | $V_{DD}$ V | SYMBOL | MIN. | TYP. | MAX. | | TYPICAL EXTRAPOLATION FORMULA |
|---|---|---|---|---|---|---|---|
| Output transition times HIGH to LOW | 5 | $t_{THL}$ | | 60 | 120 | ns | 10 ns + (1,0 ns/pF) $C_L$ |
| | 10 | | | 30 | 60 | ns | 9 ns + (0,42 ns/pF) $C_L$ |
| | 15 | | | 20 | 40 | ns | 6 ns + (0,28 ns/pF) $C_L$ |
| LOW to HIGH | 5 | $t_{TLH}$ | | 60 | 120 | ns | 10 ns + (1,0 ns/pF) $C_L$ |
| | 10 | | | 30 | 60 | ns | 9 ns + (0,42 ns/pF) $C_L$ |
| | 15 | | | 20 | 40 | ns | 6 ns + (0,28 ns/pF) $C_L$ |

**AC CHARACTERISTICS**
$V_{SS}$ = 0 V; $T_{amb}$ = 25 °C; $C_L$ = 50 pF; input transition times ≤ 20 ns

| | $V_{DD}$ V | SYMBOL | MIN. | TYP. | MAX. | | |
|---|---|---|---|---|---|---|---|
| Hold times $CP_0 \rightarrow \overline{CP}_1$ | 5 | $t_{hold}$ | 90 | 45 | | ns | |
| | 10 | | 40 | 20 | | ns | |
| | 15 | | 20 | 10 | | ns | |
| $\overline{CP}_1 \rightarrow CP_0$ | 5 | $t_{hold}$ | 80 | 40 | | ns | |
| | 10 | | 40 | 20 | | ns | |
| | 15 | | 30 | 10 | | ns | |
| Minimum clock pulse width: $CP_0$ = LOW; $\overline{CP}_1$ = HIGH | 5 | $t_{WCPL}$ = $t_{WCPH}$ | 80 | 40 | | ns | see also waveforms Figs 4 and 5 |
| | 10 | | 40 | 20 | | ns | |
| | 15 | | 30 | 15 | | ns | |
| Minimum MR pulse width; HIGH | 5 | $t_{WMRH}$ | 50 | 25 | | ns | |
| | 10 | | 30 | 15 | | ns | |
| | 15 | | 20 | 10 | | ns | |
| Recovery time for MR | 5 | $t_{RMR}$ | 60 | 30 | | ns | |
| | 10 | | 30 | 15 | | ns | |
| | 15 | | 20 | 10 | | ns | |
| Maximum clock pulse frequency | 5 | $f_{max}$ | 6 | 12 | | MHz | |
| | 10 | | 12 | 24 | | MHz | |
| | 15 | | 15 | 30 | | MHz | |

| | $V_{DD}$ V | TYPICAL FORMULA FOR P (µW) | | |
|---|---|---|---|---|
| Dynamic power dissipation per package (P) | 5 | $500 f_i + \sum (f_o C_L) \times V_{DD}^2$ | where | |
| | 10 | $2200 f_i + \sum (f_o C_L) \times V_{DD}^2$ | $f_i$ = input freq. (MHz) | |
| | 15 | $6000 f_i + \sum (f_o C_L) \times V_{DD}^2$ | $f_o$ = output freq. (MHz) | |
| | | | $C_L$ = load cap. (pF) | |
| | | | $\sum (f_o C_L)$ = sum of outputs | |
| | | | $V_{DD}$ = supply voltage (V) | |

January 1995

5

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors

Product specification

5-stage Johnson counter

HEF4017B
MSI



Fig.4  Waveforms showing hold times for CP0 to $\overline{CP}_1$ and $\overline{CP}_1$ to CP0. Hold times are shown as positive values, but may be specified as negative values.



Conditions: $\overline{CP}_1$ = LOW while CP0 is triggered on a LOW to HIGH transition. $t_{WCP}$ and $t_{RMR}$ also apply when CP0 = HIGH and CP1 is triggered on a HIGH to LOW transition.

Fig.5  Waveforms showing recovery time for MR; minimum CP0 and MR pulse widths.

January 1995

6

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors

Product specification

5-stage Johnson counter

HEF4017B
MSI



Fig.6 Timing diagram.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Philips Semiconductors                                                   Product specification

### 5-stage Johnson counter

HEF4017B
MSI

**APPLICATION INFORMATION**

Some examples of applications for the HEF4017B are:

- Decade counter with decimal decoding
- 1 out of n decoding counter (when cascaded)
- Sequential controller
- Timer.

Figure 7 shows a technique for extending the number of decoded output states for the HEF4017B. Decoded outputs are sequential within each stage and from stage to stage, with no dead time (except propagation delay).



Fig.7  Counter expansion.

**Note**

It is essential not to enable the counter on $\overline{CP}_1$ when $CP_0$ is HIGH, or on $CP_0$ when $\overline{CP}_1$ is LOW, as the this would cause an extra count.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**TEXAS INSTRUMENTS**
Data sheet acquired from Harris Semiconductor
SCHS027

# CD4017B, CD4022B Types

## CMOS Counter/Dividers

High-Voltage Types (20-Volt Rating)
CD4017B—Decade Counter with
10 Decoded Outputs
CD4022B—Octal Counter with
8 Decoded Outputs

■ CD4017B and CD4022B are 5-stage and 4-stage Johnson counters having 10 and 8 decoded outputs, respectively. Inputs include a CLOCK, a RESET, and a CLOCK INHIBIT signal. Schmitt trigger action in the CLOCK input circuit provides pulse shaping that allows unlimited clock input pulse rise and fall times.

These counters are advanced one count at the positive clock signal transition if the CLOCK INHIBIT signal is low. Counter advancement via the clock line is inhibited when the CLOCK INHIBIT signal is high. A high RESET signal clears the counter to its zero count. Use of the Johnson counter configuration permits high-speed operation, 2-input decode-gating and spike-free decoded outputs. Anti-lock gating is provided, thus assuring proper counting sequence. The decoded outputs are normally low and go high only at their respective decoded time slot. Each decoded output remains high for one full clock cycle. A CARRY-OUT signal completes one cycle every 10 clock input cycles in the CD4017B or every 8 clock input cycles in the CD4022B and is used to ripple-clock the succeeding device in a multi-device counting chain.

### Features:
■ Fully static operation
■ Medium-speed operation . . . 10 MHz (typ.) at $V_{DD} = 10$ V
■ Standardized, symmetrical output characteristics
■ 100% tested for quiescent current at 20 V
■ 5-V, 10-V, and 15-V parametric ratings
■ Meets all requirements of JEDEC Tentative Standard No. 13A, "Standard Specifications for Description of 'B' Series CMOS Devices"

### Applications:
■ Decade counter/decimal decode display (CD4017B)
■ Binary counter/decoder
■ Frequency division
■ Counter control/timers
■ Divide-by-N counting
■ For further application information, see ICAN-6166 "COS/MOS MSI Counter and Register Design and Applications"

The CD4017B and CD4022B-series types are supplied in 16-lead hermetic dual-in-line ceramic packages (D and F suffixes), 16-lead dual-in-line plastic package (E suffix), 16-lead ceramic flat packages (K suffix), and in chip form (H suffix).



CD4017B
Functional Diagram

CD4022B
Functional Diagram



TOP VIEW
CD4017B
TERMINAL DIAGRAM



TOP VIEW
NC - no connection
CD4022B
TERMINAL DIAGRAM

COMMERCIAL CMOS
HIGH VOLTAGE ICs
3

### RECOMMENDED OPERATING CONDITIONS
*For maximum reliability, nominal operating conditions should be selected so that operation is always within the following ranges:*

| CHARACTERISTICS | $V_{DD}$ (V) | LIMITS Min. | LIMITS Max. | UNITS |
|---|---|---|---|---|
| Supply-Voltage Range (For $T_A$ = Full Package Temperature Range) | | 3 | 18 | V |
| Clock Input Frequency, $f_{CL}$ | 5 | — | 2.5 | MHz |
| | 10 | — | 5 | |
| | 15 | — | 5.5 | |
| Clock Pulse Width, $t_W$ | 5 | 200 | — | ns |
| | 10 | 90 | — | |
| | 15 | 60 | — | |
| Clock Rise & Fall Time, $t_{rCL}$, $t_{fCL}$ | 5 | UNLIMITED* | | |
| | 10 | | | |
| Clock Inhibit Setup Time, $t_s$ | 5 | 230 | — | ns |
| | 10 | 100 | — | |
| | 15 | 70 | — | |
| Reset Pulse Width, $t_{RW}$ | 5 | 250 | — | ns |
| | 10 | 110 | — | |
| | 15 | 60 | — | |
| Reset Removal Time, $t_{rem}$ | 5 | 400 | — | ns |
| | 10 | 280 | — | |
| | 15 | 150 | — | |

*Only if Pin 14 is used as the clock input. If Pin 13 is used as the clock input and Pin 14 is tied high (for advancing count on negative transition of the clock), rise and fall time should be ≤ 16 μs.

3-51

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4017B, CD4022B Types



Fig. 2 – Timing diagram for CD4017B.



Fig. 4 – Timing diagram for CD4022B.

Fig. 3 – Logic diagram for CD4022B.

3-52

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4017B, CD4022B Types

**MAXIMUM RATINGS, Absolute-Maximum Values:**
DC SUPPLY-VOLTAGE RANGE, (V_DD)
  Voltages referenced to V_SS Terminal) .................................................. –0.5V to +20V
INPUT VOLTAGE RANGE, ALL INPUTS ................................................ –0.5V to V_DD +0.5V
DC INPUT CURRENT, ANY ONE INPUT ........................................................ ±10mA
POWER DISSIPATION PER PACKAGE (P_D):
  For T_A = –55°C to +100°C ...................................................................... 500mW
  For T_A = +100°C to +125°C .............................. Derate Linearly at 12mW/°C to 200mW
DEVICE DISSIPATION PER OUTPUT TRANSISTOR
  FOR T_A = FULL PACKAGE-TEMPERATURE RANGE (All Package Types) ...................... 100mW
OPERATING-TEMPERATURE RANGE (T_A) .................................................. –55°C to +125°C
STORAGE TEMPERATURE RANGE (T_stg) ................................................... –65°C to +150°C
LEAD TEMPERATURE (DURING SOLDERING):
  At distance 1/16 ± 1/32 inch (1.59 ± 0.79mm) from case for 10s max ...................... +265°C



Fig. 5— Typical output low (sink) current
characteristics.



Fig. 6— Minimum output low (sink) current
characteristics.

### STATIC ELECTRICAL CHARACTERISTICS

| CHARAC-TERISTIC | CONDITIONS | | | LIMITS AT INDICATED TEMPERATURES (°C) | | | | | | | UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | V_O (V) | V_IN (V) | V_DD (V) | –55 | –40 | +85 | +125 | Min. | +25 Typ. | Max. | |
| Quiescent Device Current, I_DD Max. | – | 0,5 | 5 | 5 | 5 | 150 | 150 | – | 0,04 | 5 | μA |
| | – | 0,10 | 10 | 10 | 10 | 300 | 300 | – | 0,04 | 10 | |
| | – | 0,15 | 15 | 20 | 20 | 600 | 600 | – | 0,04 | 20 | |
| | – | 0,20 | 20 | 100 | 100 | 3000 | 3000 | – | 0,08 | 100 | |
| Output Low (Sink) Current, I_OL Min. | 0.4 | 0,5 | 5 | 0.64 | 0.61 | 0.42 | 0.36 | 0.51 | 1 | – | mA |
| | 0.5 | 0,10 | 10 | 1.6 | 1.5 | 1.1 | 0.9 | 1.3 | 2.6 | – | |
| | 1.5 | 0,15 | 15 | 4.2 | 4 | 2.8 | 2.4 | 3.4 | 6.8 | – | |
| Output High (Source) Current, I_OH Min. | 4.6 | 0,5 | 5 | –0.64 | –0.61 | –0.42 | –0.36 | –0.51 | –1 | – | mA |
| | 2.5 | 0,5 | 5 | –2 | –1.8 | –1.3 | –1.15 | –1.6 | –3.2 | – | |
| | 9.5 | 0,10 | 10 | –1.6 | –1.5 | –1.1 | –0.9 | –1.3 | –2.6 | – | |
| | 13.5 | 0,15 | 15 | –4.2 | –4 | –2.8 | –2.4 | –3.4 | –6.8 | – | |
| Output Voltage: Low-Level, V_OL Max. | | 0,5 | 5 | | 0.05 | | | – | 0 | 0.05 | V |
| | | 0,10 | 10 | | 0.05 | | | – | 0 | 0.05 | |
| | | 0,15 | 15 | | 0.05 | | | – | 0 | 0.05 | |
| Output Voltage: High-Level, V_OH Min. | | 0,5 | 5 | | 4.95 | | | 4.95 | 5 | – | V |
| | | 0,10 | 10 | | 9.95 | | | 9.95 | 10 | – | |
| | | 0,15 | 15 | | 14.95 | | | 14.95 | 15 | – | |
| Input Low Voltage, V_IL Max. | 0.5,4.5 | – | 5 | | 1.5 | | | – | – | 1.5 | V |
| | 1,9 | – | 10 | | 3 | | | – | – | 3 | |
| | 1.5,13.5 | – | 15 | | 4 | | | – | – | 4 | |
| Input High Voltage, V_IH Min. | 0.5,4.5 | – | 5 | | 3.5 | | | 3.5 | – | – | V |
| | 1,9 | – | 10 | | 7 | | | 7 | – | – | |
| | 1.5,13.5 | – | 15 | | 11 | | | 11 | – | – | |
| Input Current I_IN Max. | | 0.18 | 18 | ±0.1 | ±0.1 | ±1 | ±1 | – | ±10⁻⁵ | ±0.1 | μA |



Fig. 7— Typical output high (source) current
characteristics.



Fig. 8— Minimum output high (source) current
characteristics.

3-53

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4017B, CD4022B Types

**DYNAMIC ELECTRICAL CHARACTERISTICS**

At $T_A$ = 25°C, Input $t_r$, $t_f$ = 20 ns, $C_L$ = 50 pF, $R_L$ = 200 kΩ

| CHARACTERISTIC | CONDITIONS $V_{DD}$ (V) | LIMITS Min. | LIMITS Typ. | LIMITS Max. | UNITS |
|---|---|---|---|---|---|
| **CLOCKED OPERATION** | | | | | |
| Propagation Delay Time, $t_{PHL}$, $t_{PLH}$ Decode Out | 5 | — | 325 | 650 | ns |
| | 10 | — | 135 | 270 | |
| | 15 | — | 85 | 170 | |
| Carry Out | 5 | — | 300 | 600 | |
| | 10 | — | 125 | 250 | |
| | 15 | — | 80 | 160 | |
| Transition Time, $t_{THL}$, $t_{TLH}$ Carry Out or Decode Out Line | 5 | — | 100 | 200 | ns |
| | 10 | — | 50 | 100 | |
| | 15 | — | 40 | 80 | |
| Maximum Clock Input Frequency, $f_{CL}$* | 5 | 2.5 | 5 | — | MHz |
| | 10 | 5 | 10 | — | |
| | 15 | 5.5 | 11 | — | |
| Minimum Clock Pulse Width, $t_W$ | 5 | — | 100 | 200 | ns |
| | 10 | — | 45 | 90 | |
| | 15 | — | 30 | 60 | |
| Clock Rise or Fall Time, $t_r CL$, $t_f CL$ | 5, 10, 15 | UNLIMITED | | | |
| Minimum Clock Inhibit to Clock Setup Time, $t_s$ | 5 | — | 115 | 230 | ns |
| | 10 | — | 50 | 100 | |
| | 15 | — | 35 | 70 | |
| Input Capacitance, $C_{IN}$ | Any Input | — | 5 | — | pF |
| **RESET OPERATION** | | | | | |
| Propagation Delay Time, $t_{PHL}$, $t_{PLH}$ Carry Out or Decode Out Lines | 5 | — | 265 | 530 | ns |
| | 10 | — | 115 | 230 | |
| | 15 | — | 85 | 170 | |
| Minimum Reset Pulse Width, $t_W$ | 5 | — | 130 | 260 | ns |
| | 10 | — | 55 | 110 | |
| | 15 | — | 30 | 60 | |
| Minimum Reset Removal Time | 5 | — | 200 | 400 | ns |
| | 10 | — | 140 | 280 | |
| | 15 | — | 75 | 150 | |

* Measured with respect to carry output lines.



BELAYS MEASURED BETWEEN 50 % LEVELS ON ALL WAVEFORMS

*Fig. 9 - Propagation delay, setup, and reset removal time waveforms.*



*Fig. 10 — Typical transition time as a function of load capacitance.*



*Fig. 11 — Typical propagation delay time as a function of load capacitance (clock to decode output).*



*Fig. 12 — Typical propagation delay time as a function of load capacitance (clock to carry-out).*



*Fig. 13 — Typical dynamic power dissipation as a function of clock input frequency.*

3-54

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4017B, CD4022B Types





Fig. 1A -- Quiescent-device-current test circuit.

Fig. 1E -- Input-leakage current.

Fig. 1B -- Input-voltage test circuits.

Fig. 17 -- Dynamic power dissipation test circuit.

Fig. 18 -- Divide by N counter (N ≤ 10) with N decoded outputs.

When the $N^{th}$ decoded output is reached ($N^{th}$ clock pulse) the S-R flip flop (constructed from two NOR gates of the CD4001B) generates a reset pulse which clears the CD4017B or CD4022B to its zero count. At this time, if the $N^{th}$ decoded output is greater than or equal to 6 in the CD4017B or 5 in the CD4022B, the $C_{OUT}$ line goes high to clock the next CD4017B or CD4022B counter section. The "0" decoded output also goes high at this time. Coincidence of the clock low and decoded "0" output low resets the S-R flip flop to enable the CD4017B or CD4022B. If the $N^{th}$ decoded output is less than 6 (CD4017B) or 5 (CD4022B), the $C_{OUT}$ line will not go high and, therefore, cannot be used. In this case "0" decoded output may be used to perform the clocking function for the next counter.



Fig. 19 -- Cascading the CD4017B.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

### CD4017B, CD4022B Types

CHIP DIMENSIONS AND PAD LAYOUTS



CD4017BH



CD4022BH

Dimensions in parentheses are in millimeters and
are derived from the basic inch dimensions as in
dicated. Grid graduations are in mils (10⁻³ inch).

3-58

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**TEXAS INSTRUMENTS**

Data sheet acquired from Harris Semiconductor
SCHS049A – Revised March 2002

# CD4060B Types

## CMOS 14-Stage Ripple-Carry Binary Counter/Divider and Oscillator

### High-Voltage Types (20-Volt Rating)

The CD4060B consists of an oscillator section and 14 ripple-carry binary counter stages. The oscillator configuration allows design of either RC or crystal oscillator circuits. A RESET input is provided which resets the counter to the all-0's state and disables the oscillator. A high level on the RESET line accomplishes the reset function. All counter stages are master-slave flip-flops. The state of the counter is advanced one step in binary order on the negative transition of $\phi_1$ (and $\phi_0$). All inputs and outputs are fully buffered. Schmitt trigger action on the input-pulse line permits unlimited input-pulse rise and fall times.

The CD4060B-series types are supplied in 16-lead hermetic dual-in-line ceramic packages (D and F suffixes), 16-lead dual-in-line plastic packages (E suffix), 16-lead small-outline package (NSR suffix), and in chip form (H suffix).

**Features:**
- 12 MHz clock rate at 15 V
- Common reset
- Fully static operation
- Buffered inputs and outputs
- Schmitt trigger input-pulse line
- 100% tested for quiescent current at 20 V
- Standardized, symmetrical output characteristics
- 5-V, 10-V, and 15-V parametric ratings
- Meets all requirements of JEDEC Tentative Standard No. 13B, "Standard Specifications for description of "B" Series CMOS Devices"

**Oscillator Features:**
- All active components on chip
- RC or crystal oscillator configuration
- RC oscillator frequency of 690 kHz min. at 15 V

**Applications:**
- Control counters
- Timers
- Frequency dividers
- Time-delay circuits



**FUNCTIONAL DIAGRAM**



* R=HIGH DOMINATES (RESETS ALL STAGES).
△ COUNTER ADVANCES ONE BINARY COUNT ON EACH NEGATIVE - GOING TRANSITION OF $\phi_1$ (AND $\phi_0$).

Fig.1 — Logic diagram.



Fig. 2 — Detail of typical flip-flop stage.





Fig. 3 — Typical n-channel output low (sink) current characteristics.

**MAXIMUM RATINGS, Absolute-Maximum Values:**

DC SUPPLY-VOLTAGE RANGE, ($V_{DD}$)
Voltages referenced to $V_{SS}$ Terminal) ......................................... –0.5V to +20V
INPUT VOLTAGE RANGE, ALL INPUTS ............................................. –0.5V to $V_{DD}$ +0.5V
DC INPUT CURRENT, ANY ONE INPUT .............................................. ±10mA
POWER DISSIPATION PER PACKAGE ($P_D$):
   For $T_A$ = –55°C to +100°C ................................................. 500mW
   For $T_A$ = +100°C to +125°C .......................... Derate Linearly at 12mW/°C to 200mW
DEVICE DISSIPATION PER OUTPUT TRANSISTOR
   For $T_A$ = FULL PACKAGE-TEMPERATURE RANGE (All Package Types) .......... 100mW
OPERATING-TEMPERATURE RANGE ($T_A$) ..................................... –55°C to +125°C
STORAGE TEMPERATURE RANGE ($T_{stg}$) ...................................... –65°C to +160°C
LEAD TEMPERATURE (DURING SOLDERING):
   At distance 1/16 ± 1/32 inch (1.59 ± 0.79mm) from case for 10s max .......... +265°C

Copyright © 2002, Texas Instruments Incorporated

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4060B Types

### STATIC ELECTRICAL CHARACTERISTICS

| CHARACTERISTIC | CONDITIONS | | | LIMITS AT INDICATED TEMPERATURES (°C) | | | | | | | UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $V_O$ (V) | $V_{IN}$ (V) | $V_{DD}$ (V) | −55 | −40 | +85 | +125 | +25 Min. | +25 Typ. | +25 Max. | |
| Quiescent Device Current, $I_{DD}$ Max. | – | 0.5 | 5 | 5 | 5 | 150 | 150 | – | 0.04 | 5 | μA |
| | – | 0.10 | 10 | 10 | 10 | 300 | 300 | – | 0.04 | 10 | |
| | – | 0.15 | 15 | 20 | 20 | 600 | 600 | – | 0.04 | 20 | |
| | – | 0.20 | 20 | 100 | 100 | 3000 | 3000 | – | 0.06 | 100 | |
| Output Low (Sink) Current*, $I_{OL}$ Min. | 0.4 | 0.5 | 5 | 0.84 | 0.61 | 0.42 | 0.36 | 0.51 | 1 | – | mA |
| | 0.5 | 0.10 | 10 | 1.6 | 1.5 | 1.1 | 0.9 | 1.3 | 2.6 | – | |
| | 1.5 | 0.15 | 15 | 4.2 | 4 | 2.8 | 2.4 | 3.4 | 6.8 | – | |
| Output High (Source) Current*, $I_{OH}$ Min. | 4.6 | 0.5 | 5 | −0.64 | −0.61 | −0.42 | −0.36 | −0.51 | −1 | – | mA |
| | 2.5 | 0.5 | 5 | −2 | −1.8 | −1.3 | −1.15 | −1.6 | −3.2 | – | |
| | 9.5 | 0.10 | 10 | −1.6 | −1.5 | −1.1 | −0.9 | −1.3 | −2.6 | – | |
| | 13.5 | 0.15 | 15 | −4.2 | −4 | −2.8 | −2.4 | −3.4 | −6.8 | – | |
| Output Voltage Low-Level, $V_{OL}$ Max. | – | 0.5 | 5 | | 0.05 | | | – | 0 | 0.05 | V |
| | – | 0.10 | 10 | | 0.05 | | | – | 0 | 0.05 | |
| | – | 0.15 | 15 | | 0.05 | | | – | 0 | 0.05 | |
| Output Voltage High-Level, $V_{OH}$ Min. | – | 0.5 | 5 | | 4.95 | | | 4.95 | 5 | – | V |
| | – | 0.10 | 10 | | 9.95 | | | 9.95 | 10 | – | |
| | – | 0.15 | 15 | | 14.95 | | | 14.95 | 15 | – | |
| Input Low Voltage $V_{IL}$ Max. | 0.5,4.5 | – | 5 | | 1.5 | | | – | – | 1.5 | V |
| | 1,9 | – | 10 | | 3 | | | – | – | 3 | |
| | 1.5,13.5 | – | 15 | | 4 | | | – | – | 4 | |
| Input High Voltage, $V_{IH}$ Min. | 0.5,4.5 | – | 5 | | 3.5 | | | 3.5 | – | – | V |
| | 1,9 | – | 10 | | 7 | | | 7 | – | – | |
| | 1.5,13.5 | – | 15 | | 11 | | | 11 | – | – | |
| Input Current $I_{IN}$ Max. | – | 0.18 | 18 | ±0.1 | ±0.1 | ±1 | ±1 | – | ±10⁻⁵ | ±0.1 | μA |

\* Data not applicable to terminal 9 or 10.

### RECOMMENDED OPERATING CONDITIONS

*For maximum reliability, nominal operating conditions should be selected so that operation is always within the following ranges*

| CHARACTERISTIC | $V_{DD}$ | LIMITS MIN. | LIMITS MAX. | UNITS |
|---|---|---|---|---|
| Supply-Voltage Range (For $T_A$ = Full Package Temperature Range) | – | 3 | 18 | V |
| Input-Pulse Width, $t_W$ (f = 100 kHz) | 5 | 100 | – | ns |
| | 10 | 40 | – | |
| | 15 | 30 | – | |
| Input-Pulse Rise Time and Fall Time, $t_{rø}$, $t_{fø}$ | 5 | Unlimited | | |
| | 10 | | | |
| | 15 | | | |
| Input-Pulse Frequency, $f_{øL}$ (External pulse source) | 5 | – | 3.5 | MHz |
| | 10 | – | 8 | |
| | 15 | – | 12 | |
| Reset Pulse Width, $t_W$ | 5 | 120 | – | ns |
| | 10 | 60 | – | |
| | 15 | 40 | – | |



Fig. 4 — Minimum n-channel output low (sink) current characteristics.



Fig. 5 — Typical p-channel output high (source) current characteristics.



Fig. 6 — Minimum p-channel output high (source) current characteristics.



Fig. 7 — Typical propagation delay time ($O_n$ to $O_n+1$) as a function of load capacitance.

3-169

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4060B Types

DYNAMIC ELECTRICAL CHARACTERISTICS at $T_A$ = 25°C, Input $t_r$, $t_f$ = 20 ns,
$C_L$ = 50 pF, $R_L$ = 200 kΩ

| CHARACTERISTIC | TEST CONDITIONS | $V_{DD}$ (V) | MIN. | TYP. | MAX. | UNITS |
|---|---|---|---|---|---|---|
| **Input-Pulse Operation** | | | | | | |
| Propagation Delay Time, øT to Q4 Out, tPHL, tPLH | | 5 | — | 370 | 740 | |
| | | 10 | — | 150 | 300 | |
| | | 15 | — | 100 | 200 | |
| Propagation Delay Time, Qn to Qn+1, tPHL, tPLH | | 5 | — | 100 | 200 | |
| | | 10 | — | 50 | 100 | |
| | | 15 | — | 40 | 80 | |
| Transition Time, tTHL, tTLH | | 5 | — | 100 | 200 | ns |
| | | 10 | — | 50 | 100 | |
| | | 15 | — | 40 | 80 | |
| Min. Input-Pulse Width, tW | f = 100 kHz | 5 | — | 50 | 100 | |
| | | 10 | — | 20 | 40 | |
| | | 15 | — | 15 | 30 | |
| Input-Pulse Rise & Fall Time, tr0, tf0 | | 5 | | | | |
| | | 10 | | Unlimited | | |
| | | 15 | | | | |
| Max. Input-Pulse Frequency, føT (External pulse source) | | 5 | 3.5 | 7 | — | |
| | | 10 | 8 | 16 | — | MHz |
| | | 15 | 12 | 24 | — | |
| Input Capacitance, $C_I$ | Any Input | | — | 5 | 7.5 | pF |
| **Reset Operation** | | | | | | |
| Propagation Delay Time, tPHL | | 5 | — | 180 | 360 | |
| | | 10 | — | 80 | 160 | |
| | | 15 | — | 60 | 100 | ns |
| Minimum Reset Pulse Width, tW | | 5 | — | 60 | 120 | |
| | | 10 | — | 30 | 60 | |
| | | 15 | — | 20 | 40 | |



Fig. 8 – Typical propagation delay time (øT to Q4 Output) as a function of load capacitance.



Fig. 9 – Typical transition time as a function of load capacitance.



Fig. 10 – Typical dynamic power dissipation as a function of input frequency.



Fig. 11 – Dynamic power dissipation test circuit.



Fig. 12 – Typical RC circuit.



Fig. 13 – Typical crystal circuit.

3-160

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## CD4060B Types

**DYNAMIC ELECTRICAL CHARACTERISTICS** at $T_A = 25^\circ C$, input $t_r$, $t_f = 20$ ns, $C_L = 50$ pF, $R_L = 200$ k$\Omega$ [cont'd]

| CHARACTERISTIC | TEST CONDITIONS | $V_{DD}$ (V) | Min. | Typ. | Max. | UNITS |
|---|---|---|---|---|---|---|
| **RC Operation** | | | | | | |
| Variation of Frequency (Unit-to-Unit) | $C_X = 200$ pF, $R_S = 680$ k$\Omega$, $R_X = 50$ k$\Omega$ | 5 | — | $23\pm10\%$ | — | kHz |
| | | 10 | — | $24\pm10\%$ | — | |
| | | 15 | — | $25\pm10\%$ | — | |
| Variation of Frequency with voltage change (Same Unit) | $C_X = 200$ pF, $R_S = 680$ k$\Omega$, $R_X = 50$ k$\Omega$ | 5V to 10 V | — | 1.5 | — | |
| | | 10V to 15V | — | 0.5 | — | |
| $R_X$ max. | $C_X = 10$ µF | 5 | — | — | 20 | M$\Omega$ |
| | $= 50$ µF | 10 | — | — | 20 | |
| | $= 10$ µF | 15 | — | — | 10 | |
| $C_X$ max. | $R_X = 500$ k$\Omega$ | 5 | — | — | 1000 | µF |
| | $= 500$ k$\Omega$ | 10 | — | — | 50 | |
| | $= 300$ k$\Omega$ | 15 | — | — | 50 | |
| Maximum Oscillator Frequency* | $R_X = 5$ k$\Omega$ $R_S = 30$ k$\Omega$ $C_X = 15$ pF | 10 | 530 | 650 | 810 | kHz |
| | | 15 | 690 | 800 | 940 | |
| Drive Current at Pin 9 (For Oscillator Design) $I_{OL}$ | $V_O = 0.4$ V | 5 | 0.16 | 0.35 | — | mA |
| | $= 0.5$ V | 10 | 0.42 | 0.9 | — | |
| | $= 1.5$ V | 15 | 1 | 2 | — | |
| $I_{OH}$ | $V_O = 4.6$ V | 5 | -0.16 | -0.35 | — | |
| | $= 9.5$ V | 10 | -0.42 | -0.9 | — | |
| | $= 13.5$ V | 15 | -1 | -2 | — | |

*RC oscillator applications are not recommended at supply voltages below 7 V for $R_X < 50$ k$\Omega$.



Fig. 14 – Quiescent device current.



Fig. 15 – Input voltage.



Fig. 16 – Input current.



Chip dimensions and pad layout for CD4060B

**TERMINAL DIAGRAM**



(TOP VIEW)

Dimensions in parenthesis are in millimeters and are derived from the basic inch dimensions as indicated. Grid graduations are in mils ($10^{-3}$ inch).

3-161

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**MOTOROLA**
SEMICONDUCTOR TECHNICAL DATA

Order this document
by C106/D

# Silicon Controlled Rectifier
## Reverse Blocking Triode Thyristors

... Glassivated PNPN devices designed for high volume consumer applications such as temperature, light, and speed control; process and remote control, and warning systems where reliability of operation is important.

- Glassivated Surface for Reliability and Uniformity
- Power Rated at Economical Prices
- Practical Level Triggering and Holding Characteristics
- Flat, Rugged, Thermopad Construction for Low Thermal Resistance, High Heat Dissipation and Durability

**C106**
**Series\***

*\*Motorola preferred devices*

SCRs
4 AMPERES RMS
50 thru 600 VOLTS





CASE 77-08
(TO-225AA)
STYLE 2

**MAXIMUM RATINGS** ($T_J$ = 25°C unless otherwise noted.)

| Rating | | Symbol | Value | Unit |
|---|---|---|---|---|
| Peak Repetitive Forward and Reverse Blocking Voltage(1) <br> ($R_{GK}$ = 1 kΩ)        C106F <br> ($T_C$ = –40° to 110°C)    C106A <br>             C106B <br>             C106D <br>             C106M | | $V_{DRM}$ <br> or <br> $V_{RRM}$ | 50 <br> 100 <br> 200 <br> 400 <br> 600 | Volts |
| RMS Forward Current <br> (All Conduction Angles) | | $I_{T(RMS)}$ | 4 | Amps |
| Average Forward Current <br> ($T_A$ = 30°C) | | $I_{T(AV)}$ | 2.55 | Amps |
| Peak Non-repetitive Surge Current <br> (1/2 Cycle, 60 Hz, $T_J$ = –40 to +110°C) | | $I_{TSM}$ | 20 | Amps |
| Circuit Fusing (t = 8.3 ms) | | $I^2t$ | 1.65 | $A^2s$ |
| Peak Gate Power | | $P_{GM}$ | 0.5 | Watt |
| Average Gate Power | | $P_{G(AV)}$ | 0.1 | Watt |
| Peak Forward Gate Current | | $I_{GFM}$ | 0.2 | Amp |

1  $V_{DRM}$ and $V_{RRM}$ for all types can be applied on a continuous basis. Ratings apply for zero or negative gate voltage, however,   (cont.) positive gate voltage shall not be applied concurrent with negative potential on the anode. Blocking voltages shall not be tested with a constant current source such that the voltage ratings of the devices are exceeded.

Preferred devices are Motorola recommended choices for future use and best overall value

© Motorola, Inc 1995

Ⓜ **MOTOROLA**

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## C106 Series

### MAXIMUM RATINGS — continued

| Rating | Symbol | Value | Unit |
|--------|--------|-------|------|
| Peak Reverse Gate Voltage | $V_{GRM}$ | 6 | Volts |
| Operating Junction Temperature Range | $T_J$ | −40 to +110 | °C |
| Storage Temperature Range | $T_{stg}$ | −40 to +150 | °C |
| Mounting Torque(1) | — | 6 | in. lb |

1 Torque rating applies with use of compression washer (B52200F006). Mounting torque in excess of 6 in. lb. does not appreciably lower case-to-sink thermal resistance. Anode lead and heatsink contact pad are common.
For soldering purposes (either terminal connection or device mounting), soldering temperatures shall not exceed +200°C. For optimum results, an activated flux (oxide removing) is recommended.

### THERMAL CHARACTERISTICS ($T_C$ = 25°C, $R_{GK}$ = 1 kΩ unless otherwise noted.)

| Characteristic | Symbol | Max | Unit |
|----------------|--------|-----|------|
| Thermal Resistance, Junction to Case | $R_{\theta JC}$ | 3 | °C/W |
| Thermal Resistance, Junction to Ambient | $R_{\theta JA}$ | 75 | °C/W |

### ELECTRICAL CHARACTERISTICS ($T_C$ = 25°C unless otherwise noted.)

| Characteristic | Symbol | Min | Typ | Max | Unit |
|----------------|--------|-----|-----|-----|------|
| Peak Forward or Reverse Blocking Current<br>($V_{AK}$ = Rated $V_{DRM}$ or $V_{RRM}$, RGK = 1000 Ohms)  $T_J$ = 25°C<br>$T_J$ = 110°C | $I_{DRM}$, $I_{RRM}$ | —<br>— | —<br>— | 10<br>100 | µA<br>µA |
| Forward "On" Voltage<br>($I_{FM}$ = 1 A Peak) | $V_{TM}$ | — | — | 2.2 | Volts |
| Gate Trigger Current (Continuous dc)<br>($V_{AK}$ = 6 Vdc, $R_L$ = 100 Ohms)<br>($V_{AK}$ = 6 Vdc, $R_L$ = 100 Ohms, $T_C$ = −40°C) | $I_{GT}$ | —<br>— | 30<br>75 | 200<br>500 | µA |
| Gate Trigger Voltage (Continuous dc)<br>($V_{AK}$ = 6 Vdc, $R_L$ = 100 Ohms, RGK = 1000 Ohms)  $T_J$ = 25°C<br>($V_{AK}$ = Rated $V_{DRM}$, $R_L$ = 3000 Ohms,<br>RGK = 1000 Ohms, $T_J$ = −40°C)  $T_J$ = 110°C | $V_{GT}$ | 0.4<br>0.5<br>0.2 | —<br>—<br>— | 0.8<br>1<br>— | Volts |
| Holding Current<br>($V_D$ = 12 Vdc, RGK = 1000 Ohms)  $T_J$ = 25°C<br>$T_J$ = −40°C<br>$T_J$ = +110°C | $I_{HX}$ | 0.3<br>0.4<br>0.14 | —<br>—<br>— | 3<br>6<br>2 | mA |
| Forward Voltage Application Rate<br>($T_J$ = 110°C, RGK = 1000 Ohms, $V_D$ = Rated $V_{DRM}$) | dv/dt | — | 8 | — | V/µs |
| Turn-On Time | $t_{gt}$ | — | 1.2 | — | µs |
| Turn-Off Time | $t_q$ | — | 40 | — | µs. |



FIGURE 1 – AVERAGE CURRENT DERATING



FIGURE 2 – MAXIMUM ON-STATE POWER DISSIPATION

2

Motorola Thyristor Device Data

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Order this document by LM358/D

 **MOTOROLA**

## LM358, LM258, LM2904, LM2904V

---

### DUAL DIFFERENTIAL INPUT OPERATIONAL AMPLIFIERS

SEMICONDUCTOR
TECHNICAL DATA

---



N SUFFIX
PLASTIC PACKAGE
CASE 626



D SUFFIX
PLASTIC PACKAGE
CASE 751
(SO–8)

---

# Dual Low Power Operational Amplifiers

Utilizing the circuit designs perfected for recently introduced Quad Operational Amplifiers, these dual operational amplifiers feature 1) low power drain, 2) a common mode input voltage range extending to ground/$V_{EE}$, 3) single supply or split supply operation and 4) pinouts compatible with the popular MC1558 dual operational amplifier. The LM158 series is equivalent to one–half of an LM124.

These amplifiers have several distinct advantages over standard operational amplifier types in single supply applications. They can operate at supply voltages as low as 3.0 V or as high as 32 V, with quiescent currents about one–fifth of those associated with the MC1741 (on a per amplifier basis). The common mode input range includes the negative supply, thereby eliminating the necessity for external biasing components in many applications. The output voltage range also includes the negative power supply voltage.

- Short Circuit Protected Outputs
- True Differential Input Stage
- Single Supply Operation: 3.0 V to 32 V
- Low Input Bias Currents
- Internally Compensated
- Common Mode Range Extends to Negative Supply
- Single and Split Supply Operation
- Similar Performance to the Popular MC1558
- ESD Clamps on the Inputs Increase Ruggedness of the Device without Affecting Operation

### PIN CONNECTIONS



Output A [1]   [8] $V_{CC}$
Inputs A [2]   [7] Output B
         [3]   [6] Inputs B
$V_{EE}$/Gnd [4]   [5]
(Top View)

### ORDERING INFORMATION

| Device | Operating Temperature Range | Package |
|---|---|---|
| LM2904D | $T_A$ = –40° to +105°C | SO–8 |
| LM2904N | | Plastic DIP |
| LM2904VD | $T_A$ = –40° to +125°C | SO–8 |
| LM2904VN | | Plastic DIP |
| LM258D | $T_A$ = –25° to +85°C | SO–8 |
| LM258N | | Plastic DIP |
| LM358D | $T_A$ = 0° to +70°C | SO–8 |
| LM358N | | Plastic DIP |

**MAXIMUM RATINGS** ($T_A$ = +25°C, unless otherwise noted.)

| Rating | Symbol | LM258 LM358 | LM2904 LM2904V | Unit |
|---|---|---|---|---|
| Power Supply Voltages<br>  Single Supply<br>  Split Supplies | $V_{CC}$<br>$V_{CC}$, $V_{EE}$ | 32<br>±16 | 26<br>±13 | Vdc |
| Input Differential Voltage Range (Note 1) | $V_{IDR}$ | ±32 | ±26 | Vdc |
| Input Common Mode Voltage Range (Note 2) | $V_{ICR}$ | –0.3 to 32 | –0.3 to 26 | Vdc |
| Output Short Circuit Duration | $I_{SC}$ | Continuous | | |
| Junction Temperature | $T_J$ | 150 | | °C |
| Storage Temperature Range | $T_{stg}$ | –55 to +125 | | °C |
| Operating Ambient Temperature Range<br>  LM258<br>  LM358<br>  LM2904<br>  LM2904V | $T_A$ | <br>–25 to +85<br>0 to +70<br>–<br>– | <br>–<br>–<br>–40 to +105<br>–40 to +125 | °C |

NOTES: 1. Split Power Supplies.
2. For Supply Voltages less than 32 V for the LM258/358 and 26 V for the LM2904, the absolute maximum input voltage is equal to the supply voltage

© Motorola, Inc. 1996    Rev 2

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## LM358, LM258, LM2904, LM2904V

**ELECTRICAL CHARACTERISTICS** ($V_{CC}$ = 5.0 V, $V_{EE}$ = Gnd, $T_A$ = 25°C, unless otherwise noted.)

| Characteristic | Symbol | LM258 Min | Typ | Max | LM358 Min | Typ | Max | LM2904 Min | Typ | Max | LM2904V Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Input Offset Voltage $V_{CC}$ = 5.0 V to 30 V (26 V for LM2904, V), $V_{IC}$ = 0 V to $V_{CC}$ –1.7 V, $V_O$ = 1.4 V, $R_S$ = 0 Ω | $V_{IO}$ | | | | | | | | | | | | | mV |
| $T_A$ = 25°C | | – | 2.0 | 5.0 | – | 2.0 | 7.0 | – | 2.0 | 7.0 | – | – | 13 | |
| $T_A$ = $T_{high}$ (Note 1) | | – | – | 7.0 | – | – | 9.0 | – | – | 10 | – | – | 10 | |
| $T_A$ = $T_{low}$ (Note 1) | | – | – | 7.0 | – | – | 9.0 | – | – | 10 | – | – | 10 | |
| Average Temperature Coefficient of Input Offset Voltage $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | $\Delta V_{IO}/\Delta T$ | – | 7.0 | – | – | 7.0 | – | – | 7.0 | – | – | 7.0 | – | µV/°C |
| Input Offset Current $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | $I_{IO}$ | – | 3.0 | 30 | – | 5.0 | 50 | – | 5.0 | 50 | – | 6.0 | 50 | nA |
| | | – | – | 100 | – | – | 150 | – | 46 | 200 | – | 45 | 200 | |
| Input Bias Current $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | $I_{IB}$ | – | –45 | –150 | – | –45 | –250 | – | –45 | –250 | – | –45 | –250 | |
| | | – | –50 | –300 | – | –50 | –500 | – | –50 | –500 | – | –50 | –500 | |
| Average Temperature Coefficient of Input Offset Current $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | $\Delta I_{IO}/\Delta T$ | – | 10 | – | – | 10 | – | – | 10 | – | – | 10 | – | pA/°C |
| Input Common Mode Voltage Range (Note 2),$V_{CC}$ = 30 V (26 V for LM2904, V) | $V_{ICR}$ | 0 | – | 28.3 | 0 | – | 28.3 | 0 | – | 24.3 | 0 | – | 24.3 | V |
| $V_{CC}$ = 30 V (26 V for LM2904, V), $T_A$ = $T_{high}$ to $T_{low}$ | | 0 | – | 28 | 0 | – | 28 | 0 | – | 24 | 0 | – | 24 | |
| Differential Input Voltage Range | $V_{IDR}$ | – | – | $V_{CC}$ | – | – | $V_{CC}$ | – | – | $V_{CC}$ | – | – | $V_{CC}$ | V |
| Large Signal Open Loop Voltage Gain $R_L$ = 2.0 kΩ, $V_{CC}$ = 15 V, For Large $V_O$ Swing, | $A_{VOL}$ | 50 | 100 | – | 25 | 100 | – | 25 | 100 | – | 25 | 100 | – | V/mV |
| $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | | 25 | – | – | 15 | – | – | 15 | – | – | 15 | – | – | |
| Channel Separation 1.0 kHz ≤ f ≤ 20 kHz, Input Referenced | CS | – | –120 | – | – | –120 | – | – | –120 | – | – | –120 | – | dB |
| Common Mode Rejection $R_S$ ≤ 10 kΩ | CMR | 70 | 85 | – | 65 | 70 | – | 50 | 70 | – | 50 | 70 | – | dB |
| Power Supply Rejection | PSR | 65 | 100 | – | 65 | 100 | – | 50 | 100 | – | 50 | 100 | – | dB |
| Output Voltage–High Limit ($T_A$ = $T_{high}$ to $T_{low}$) (Note 1) | $V_{OH}$ | | | | | | | | | | | | | V |
| $V_{CC}$ = 6.0 V, $R_L$ = 2.0 kΩ, $T_A$ = 25°C | | 3.3 | 3.5 | – | 3.3 | 3.5 | – | 3.3 | 3.5 | – | 3.3 | 3.6 | – | |
| $V_{CC}$ = 30 V (26 V for LM2904, V), $R_L$ = 2.0 kΩ | | 26 | – | – | 26 | – | – | 22 | – | – | 22 | – | – | |
| $V_{CC}$ = 30 V (26 V for LM2904, V), $R_L$ = 10 kΩ | | 27 | 28 | – | 27 | 28 | – | 23 | 24 | – | 23 | 24 | – | |
| Output Voltage–Low Limit $V_{CC}$ = 5.0 V, $R_L$ = 10 kΩ, $T_A$ = $T_{high}$ to $T_{low}$ (Note 1) | $V_{OL}$ | – | 5.0 | 20 | – | 5.0 | 20 | – | 5.0 | 20 | – | 5.0 | 20 | mV |
| Output Source Current $V_{ID}$ = +1.0 V, $V_{CC}$ = 15 V | $I_O+$ | 20 | 40 | – | 20 | 40 | – | 20 | 40 | – | 20 | 40 | – | mA |
| Output Sink Current $V_{ID}$ = –1.0 V, $V_{CC}$ = 15 V | $I_O-$ | 10 | 20 | – | 10 | 20 | – | 10 | 20 | – | 10 | 20 | – | mA |
| $V_{ID}$ = –1.0 V, $V_O$ = 200 mV | | 12 | 50 | – | 12 | 50 | – | – | – | – | – | – | – | µA |
| Output Short Circuit to Ground (Note 3) | $I_{SC}$ | – | 40 | 60 | – | 40 | 60 | – | 40 | 60 | – | 40 | 60 | mA |
| Power Supply Current ($T_A$ = $T_{high}$ to $T_{low}$) (Note 1) | $I_{CC}$ | | | | | | | | | | | | | mA |
| $V_{CC}$ = 30 V (28 V for LM2904, V), $V_O$ = 0 V, $R_L$ = ∞ | | – | 1.5 | 3.0 | – | 1.5 | 3.0 | – | 1.5 | 3.0 | – | 1.5 | 3.0 | |
| $V_{CC}$ = 5 V, $V_O$ = 0 V, $R_L$ = ∞ | | – | 0.7 | 1.2 | – | 0.7 | 1.2 | – | 0.7 | 1.2 | – | 0.7 | 1.2 | |

NOTES: 1. $T_{low}$ = –40°C for LM2904
= –40°C for LM2904V
= –25°C for LM258
= 0°C for LM358

$T_{high}$ = +105°C for LM2904
= +125°C for LM2904V
= +85°C for LM258
= +70°C for LM358

2. The input common mode voltage or either input signal voltage should not be allowed to go negative by more than 0.3 V. The upper end of the common mode voltage range is $V_{CC}$ –1.7 V.

3. Short circuits from the output to $V_{CC}$ can cause excessive heating and eventual destruction. Destructive dissipation can result from simultaneous shorts on all amplifiers.

2

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## LM358, LM258, LM2904, LM2904V

Single Supply



Split Supplies



### Representative Schematic Diagram
(One-Half of Circuit Shown)



### CIRCUIT DESCRIPTION

The LM258 series is made using two internally compensated, two–stage operational amplifiers. The first stage of each consists of differential input devices Q20 and Q18 with input buffer transistors Q21 and Q17 and the differential to single ended converter Q3 and Q4. The first stage performs not only the first stage gain function but also performs the level shifting and transconductance reduction functions. By reducing the transconductance, a smaller compensation capacitor (only 5.0 pF) can be employed, thus saving chip area. The transconductance reduction is accomplished by splitting the collectors of Q20 and Q18. Another feature of this input stage is that the input common mode range can include the negative supply or ground, in single supply operation, without saturating either the input devices or the differential to single–ended converter. The second stage consists of a standard current source load amplifier stage.

Each amplifier is biased from an internal–voltage regulator which has a low temperature coefficient thus giving each amplifier good temperature characteristics as well as excellent power supply rejection.

### Large Signal Voltage Follower Response



MOTOROLA ANALOG IC DEVICE DATA

3

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**LM358, LM258, LM2904, LM2904V**



Figure 1. Input Voltage Range



Figure 2. Large–Signal Open Loop Voltage Gain



Figure 3. Large–Signal Frequency Response



Figure 4. Small Signal Voltage Follower
Pulse Response (Noninverting)



Figure 5. Power Supply Current versus
Power Supply Voltage



Figure 6. Input Bias Current versus
Supply Voltage

4

MOTOROLA ANALOG IC DEVICE DATA

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## LM358, LM258, LM2904, LM2904V

**Figure 7. Voltage Reference**



$$V_O = 2.5 \, V \left(1 + \frac{R1}{R2}\right)$$

**Figure 8. Wien Bridge Oscillator**



$V_{ref} = \frac{1}{2} \, V_{CC}$

$f_o = \frac{1}{2\pi RC}$

For $f_o = 1.0 \, kHz$
$R = 16 \, k\Omega$
$C = 0.01 \, \mu F$

**Figure 9. High Impedance Differential Amplifier**



$e_0 = C \, (1 + a + b) \, (e_2 - e_1)$

**Figure 10. Comparator with Hysteresis**



$$V_{inL} = \frac{R1}{R1 + R2} (V_{OL} - V_{ref}) + V_{ref}$$

$$V_{inH} = \frac{R1}{R1 + R2} (V_{OH} - V_{ref}) + V_{ref}$$

$$H = \frac{R1}{R1 + R2} \cdot (V_{OH} - V_{OL})$$

**Figure 11. Bi-Quad Filter**



$f_o = \frac{1}{2\pi RC}$

$R1 = QR$

$R2 = \frac{R1}{T_{BP}}$

$R3 = T_N R2$

$C1 = 10 \, C$

$V_{ref} = \frac{1}{2} \, V_{CC}$

For $f_o = 1.0 \, kHz$
$Q = 10$
$T_{BP} = 1$
$T_N = 1$

$R = 160 \, k\Omega$
$C = 0.001 \, \mu F$
$R1 = 1.6 \, M\Omega$
$R2 = 1.6 \, M\Omega$
$R3 = 1.6 \, M\Omega$

Where, $T_{BP} = $ Center Frequency Gain
$T_N = $ Passband Notch Gain

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## LM358, LM258, LM2904, LM2904V

**Figure 12. Function Generator**

**Figure 13. Multiple Feedback Bandpass Filter**



$$I = \frac{R1 + R_C}{4 C R_f R1} \quad \text{if,} \quad R3 = \frac{R2\,R1}{R2 + R1}$$

Given:   $f_0$ = center frequency

   $A(f_0)$ = gain at center frequency

Choose value $f_0$, C

Then:   $R3 = \dfrac{Q}{\pi f_0 C}$

   $R1 = \dfrac{R3}{2\,A(f_0)}$

   $R2 = \dfrac{R1\,R3}{4Q^2\,R1 - R3}$

For less than 10% error from operational amplifier, $\dfrac{Q_0\,f_0}{BW} < 0.1$

Where $f_0$ and BW are expressed in Hz

If source impedance varies, filter may be preceded with voltage follower buffer to stabilize filter parameters

MOTOROLA ANALOG IC DEVICE DATA

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



TIP120/121/122

# TIP120/121/122

## Medium Power Linear Switching Applications
- Complementary to TIP125/126/127



TO-220

1.Base  2.Collector  3.Emitter

## NPN Epitaxial Darlington Transistor

### Absolute Maximum Ratings $T_C = 25°C$ unless otherwise noted

Equivalent Circuit



$R1 \approx 8k\Omega$
$R2 \approx 0.12 k\Omega$

| Symbol | Parameter | | Value | Units |
|---|---|---|---|---|
| $V_{CBO}$ | Collector-Base Voltage | TIP120 | 60 | V |
| | | TIP121 | 80 | V |
| | | TIP122 | 100 | V |
| $V_{CEO}$ | Collector-Emitter Voltage | TIP120 | 60 | V |
| | | TIP121 | 80 | V |
| | | TIP122 | 100 | V |
| $V_{EBO}$ | Emitter-Base Voltage | | 5 | V |
| $I_C$ | Collector Current (DC) | | 5 | A |
| $I_{CP}$ | Collector Current (Pulse) | | 8 | A |
| $I_B$ | Base Current (DC) | | 120 | mA |
| $P_C$ | Collector Dissipation ($T_a = 25°C$) | | 2 | W |
| | Collector Dissipation ($T_C = 25°C$) | | 65 | W |
| $T_J$ | Junction Temperature | | 150 | °C |
| $T_{STG}$ | Storage Temperature | | - 65 ~ 150 | °C |

### Electrical Characteristics $T_C = 25°C$ unless otherwise noted

| Symbol | Parameter | | Test Condition | Min. | Max. | Units |
|---|---|---|---|---|---|---|
| $V_{CEO}(sus)$ | Collector-Emitter Sustaining Voltage | | $I_C = 100mA$, $I_B = 0$ | | | |
| | | TIP120 | | 60 | | V |
| | | TIP121 | | 80 | | V |
| | | TIP122 | | 100 | | V |
| $I_{CEO}$ | Collector Cut-off Current | | | | | |
| | | TIP120 | $V_{CE} = 30V$, $I_B = 0$ | | 0.5 | mA |
| | | TIP121 | $V_{CE} = 40V$, $I_B = 0$ | | 0.5 | mA |
| | | TIP122 | $V_{CE} = 50V$, $I_B = 0$ | | 0.5 | mA |
| $I_{CBO}$ | Collector Cut-off Current | | | | | |
| | | TIP120 | $V_{CB} = 60V$, $I_E = 0$ | | 0.2 | mA |
| | | TIP121 | $V_{CB} = 80V$, $I_E = 0$ | | 0.2 | mA |
| | | TIP122 | $V_{CB} = 100V$, $I_E = 0$ | | 0.2 | mA |
| $I_{EBO}$ | Emitter Cut-off Current | | $V_{BE} = 5V$, $I_C = 0$ | | 2 | mA |
| $h_{FE}$ | * DC Current Gain | | $V_{CE} = 3V$, $I_C = 0.5A$ | 1000 | | |
| | | | $V_{CE} = 3V$, $I_C = 3A$ | 1000 | | |
| $V_{CE}(sat)$ | * Collector-Emitter Saturation Voltage | | $I_C = 3A$, $I_B = 12mA$ | | 2.0 | V |
| | | | $I_C = 5A$, $I_B = 20mA$ | | 4.0 | V |
| $V_{BE}(on)$ | * Base-Emitter ON Voltage | | $V_{CE} = 3V$, $I_C = 3A$ | | 2.5 | V |
| $C_{ob}$ | Output Capacitance | | $V_{CB} = 10V$, $I_E = 0$, $f = 0.1MHz$ | | 200 | pF |

* Pulse Test : PW≤300µs, Duty cycle ≤2%

©2001 Fairchild Semiconductor Corporation

Rev. A1, June 2001

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## Typical characteristics



Figure 1. DC current Gain

Figure 2. Base-Emitter Saturation Voltage
Collector-Emitter Saturation Voltage

Figure 3. Output and Input Capacitance
vs. Reverse Voltage

Figure 4. Safe Operating Area

Figure 5. Power Derating

©2001 Fairchild Semiconductor Corporation

Rev. A1, June 2001

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~