APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *ZAYN AL ABIDIN MUHAMMAD HUSAYN*, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-1360 (RWR) |
| ) | |
| *ROBERT M. GATES*, ) | |
| ) | |
| RESPONDENT. ) | |

## NOTICE OF FILING

NOTICE is hereby given that, on September 19, 2009, Petitioner filed document entitled *Petitioner's Motion for Sanctions for the Spoliation of Evidence* with the Court Security Officer.

September 19, 2009
Washington, DC                    Respectfully submitted,

/s/ George Brent Mickum, IV
George Brent Mickum, IV
(bmickum@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 21st day of September 2009 served a true and correct copy of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing System, on:

James C. Luh
Trial Attorney
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel. (202) 514-4107

/s/ George Brent Mickum, IV
George Brent Mickum, IV
(bmickum@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorney for Petitioner*