UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | ) ) ) ) | |
| Petitioner | ) ) | |
| vs. | ) ) ) | Civil Action No. 08-cv-1360 (RWR) |
| ROBERT GATES, | ) ) ) | |
| Respondent | ) ) | |

**RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Respondent requests an extension of time to October 27, 2009, to serve a memorandum in opposition to Petitioner's Motion for Discovery (Sept. 14, 2009) (dkt. no. 212) and Petitioner's Motion for Sanctions for the Spoliation of Evidence (Sept. 21, 2009) (dkt. no. 217). Pursuant to Local Civil Rule 7(e) of the Rules of the United States District Court for the District of Columbia, Respondent additionally requests leave to submit a memorandum exceeding the page limit set by the Rule.

On May 27, 2009, this Court entered a Scheduling Order (dkt. no. 167) based on a schedule proposed jointly by the parties. The Scheduling Order set a deadline of September 11, 2009, for service of a consolidated motion by Petitioner for relief related to disclosures and discovery, and set a deadline of October 9, 2009, for service of Respondent's opposition. Scheduling Order at 2. On September 11, 2009, Petitioner filed an unopposed motion seeking an extension until September 14, 2009, for the filing of his consolidated motion (dkt. no. 211), and Petitioner filed his consolidated motion on that later date. Petitioner's motion was accompanied by a memorandum comprising 42 pages and an Appendix of Discovery Requests comprising 37

single-spaced pages and containing 96 discovery requests further subdivided into 213 subparts. On September 21, 2009, Petitioner filed an additional motion titled Petitioner's Motion for Sanctions for the Spoliation of Evidence. On September 28, 2009, Respondent filed an unopposed motion seeking extensions of time to October 16, 2009, to respond to both of Petitioner's motions. (dkt. no. 219). That motion for extensions of time remains pending before the Court.

Because of the number and nature of the issues raised by both motions, and because responding to both motions requires coordination with other parts of the Government, Respondent requires additional time to prepare responses to these motions. Respondent requests extensions of time until October 27, 2009, to respond to both Petitioner's Motion for Discovery and Petitioner's Motion for Sanctions for the Spoliation of Evidence.

Respondent also seeks leave to file a memorandum exceeding the page limit set by Local Rule 7(e). Given the combined size of the memorandum and appendix submitted in support of Petitioner's Motion for Discovery, Respondent would not be able to respond adequately to Petitioner's motion within the 45-page limit. In addition, Respondent anticipates that its arguments in opposition to Petitioner's Motion for Discovery and Petitioner's Motion for Sanctions for the Spoliation of Evidence may overlap, and Respondent may respond to both motions in a single consolidated opposition memorandum.

Respondent requests leave to file a memorandum or memoranda in opposition to Petitioner's Motion for Discovery and Petitioner's Motion for Sanctions for the Spoliation of Evidence not exceeding a total of 120 pages. Respondent has conferred with Petitioner, and Petitioner has indicated that he does not oppose Respondent's request for an extension of time or Respondent's request for leave to submit a memorandum exceeding the page limit. A proposed

order is attached.

Date: October 9, 2009                               Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    JOSEPH H. HUNT
                                                    Director

                                                    TERRY M. HENRY
                                                    JAMES J. GILLIGAN
                                                    Assistant Branch Directors

                                                    /s/ JAMES C. LUH
                                                    RONALD J. WILTSIE (D.C. Bar No. 431562)
                                                    JAMES C. LUH
                                                    Attorneys
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    20 Massachusetts Ave NW
                                                    Washington DC 20530
                                                    Tel: (202) 514-4938
                                                    Fax: (202) 616-8460
                                                    E-mail: James.Luh@usdoj.gov
                                                    Attorneys for Respondent