APPROVED FOR FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
*ZAYN AL ABIDIN MUHAMMAD HUSAYN,*   )
)
**PETITIONER,**   )
)
**VS.**   )     **Civil Action No. CV-1360 (RWR)**
)
*ROBERT GATES*,   )
)
**RESPONDENT.**   )
)
_____)

## NOTICE OF FILING

     NOTICE is hereby given that, on October 13, 2009, Petitioner filed document entitled *Supplement to Petitioner's Motion to Disclose CIA Medical Records and for an In-Person Medical Examination* with the Court Security Officer.

October 13, 2009
Washington, DC               Respectfully submitted,

                  /s/ George Brent Mickum, IV_____
                  George Brent Mickum, IV
                  (bmickum@hollingsworthllp.com)
                  HOLLINGSWORTH LLP
                  1350 I Street, N.W.
                  Washington, DC 20005
                  (202) 898-5800
                  (202) 682-1639 (fax)

                  *Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of October 2009 served a true and correct

copy of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing

System, on:

James C. Luh
Trial Attorney
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel. (202) 514-4107

/s/ George Brent Mickum, IV
George Brent Mickum, IV
(bmickum@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorney for Petitioner*