UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, <br><br> Petitioner <br><br> vs. <br><br> ROBERT GATES, <br><br> Respondent | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 08-cv-1360 (RWR) |

**NOTICE OF FILING RESPONDENT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PETITIONER'S MOTION FOR DISCOVERY AND PETITIONER'S MOTION FOR SANCTIONS AND RELATED DOCUMENTS**

Notice is hereby given that pursuant to the Amended Protective Order entered in this case (dkt. nos. 77 and 78), Respondent has filed with the Court Security Officers Respondent's Memorandum of Points and Authorities in Opposition to Petitioner's Motion for Discovery and Petitioner's Motion for Sanctions and an accompanying document titled Respondent's Supplement to Memorandum in Opposition to Petitioner's Motion for Discovery. The exhibits to the memorandum include a redacted Declaration of John H. Durham. An unredacted copy of the Declaration of John H. Durham has been filed with the Court for ex parte, in camera review.

Date: October 27, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

/s/ JAMES C. LUH
RONALD J. WILTSIE (D.C. Bar No. 431562)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Respondent