Approved for Public Filing by the CSO

**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016),** | ) ) ) | |
| *Petitioner.* | ) ) | |
| **v.** | ) ) | **No. 8CV-1360 (RWR)** |
| **ROBERT M. GATES,** | ) ) | |
| *Respondent.* | ) ) | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE GOVERNMENT'S OPPOSITION TO PETITIONER'S MOTION FOR DISCOVERY**

Petitioner Zayn al-Abidin Muhammad Husayn ("Petitioner") respectfully requests an extension of time to file his Reply to the Government's Opposition to Petitioner's Motion for Discovery until December 21, 2009.

The Government's Opposition to Petitioner's Motion for Discovery is in excess of one hundred pages.  It also incorporates an opposition to Petitioner's motion for relief due to the government's deliberate spoliation of evidence in his case.  Due to the extreme length of the opposition and the many issues that must be addressed, additional time is needed to file Petitioner's Reply which, technically, is due November 10, 2009.

Additional time is also needed because Petitioner's counsels, Joseph Margulies, Baher Azmy, and Mark Denbeaux all must travel to Washington, D.C. to draft the Reply.  The motion in question must be drafted at the secure facility.  Accordingly, Petitioner respectfully requests permission to file his Reply on December 21, 2009.  Petitioner has conferred with counsel for the

Approved for Public Filing by the CSO

Government regarding this request, and the Government has no objection.  The motion is therefore captioned as unopposed

## CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that the Court grant the requested extension.

Dated:  November 10, 2008

Washington, District of Columbia

Respectfully submitted,

/s/ Joseph Margulies
Joseph Margulies [Bar No. 48487]
MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0890

George Brent Mickum IV [Bar No. 396142]
Amanda L. Edwards
Spriggs & Hollingsworth
1350 I Street NW
Washington, D.C. 20001
Tel: (202) 898-5866
Fax: (202) 682-1639

Baher Azmy
SETON HALL LAW SCHOOL
CENTER FOR SOCIAL JUSTICE
One Newark Center
Newark, NJ 07102
(973) 642-8700

*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on the following this 10th day of November

2009 by electronic means and via first class mail:

James Luh, Esq.
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530


/s/ George Brent Mickum IV
George Brent Mickum IV