APPROVED FOR FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
*ZAYN AL ABIDIN MUHAMMAD HUSAYN*,           )
                                            )
            **PETITIONER,**   )
                                            )
      **VS.**                      )   Civil Action No. CV-1360 (RWR)
                                            )
*ROBERT GATES*,                             )
                                            )
            **RESPONDENT.**  )
                                            )
_____)

## NOTICE OF FILING

      NOTICE is hereby given that, on July 29, 2010, Petitioner filed document entitled *Reply in Support of Petitioner's Motion for an Order Prohibiting the Government from Continuing to Obstruct Petitioner's Discovery Efforts* with the Court Security Officer.

July 29, 2010
Washington, DC                      Respectfully submitted,

                                       /s/ George Brent Mickum, IV
                                       George Brent Mickum, IV
                                       (bmickum@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
                                       1350 I Street, N.W.
                                       Washington, DC 20005
                                       (202) 898-5800
                                       (202) 682-1639 (fax)

                                       *Attorney for Petitioner*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 20th day of July 2010 served a true and correct copy of the foregoing Notice of Filing, by operation of the Court's Electronic Case Filing System, on:

James C. Luh  
Trial Attorney  
Civil Division, Federal Programs Branch  
U.S. DEPARTMENT OF JUSTICE  
20 Massachusetts Ave., N.W.  
Washington, DC 20530  
Tel. (202) 514-4107  

    /s/ George Brent Mickum, IV  
George Brent Mickum, IV  
(bmickum@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, DC 20005  
(202) 898-5800  
(202) 682-1639 (fax)  

*Attorney for Petitioner*