Approved for Public Filing
By the Court Security Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) | |
| *Petitioner*. | ) ) | |
| v. | ) ) | No. 08-CV-1360 |
| ROBERT M. GATES, | ) ) | |
| *Respondent*. | ) ) ) | |

**PETITIONER'S REPLY MEMORANDUM TO RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION TO PROHIBIT THE ARBITRARY AND CAPRICIOUS OBSTRUCTION OF COUNSEL, WHO HAVE ALREADY BEEN APPROVED FOR ACCESS TO TOP SECRET-SENSITIVE COMPARTMENTED INFORMATION, FROM <u>BEING READ INTO THE PROGRAM</u>**

The question before the Court is whether to compel Respondents to add two more attorneys, George Clarke and Mark Denbeaux, to Petitioner's habeas case at the TS/SCI level. The Court plainly has the power to order this relief. *See Harris v. Nelson*, 394 U.S. 286, 292 ("it is the duty of the court to provide the necessary facilities and procedures for an adequate inquiry"). Respondents raise a concern that sharing TS/SCI information with a larger group increases the likelihood that information will be, whether purposefully or accidentally, inappropriately disclosed. Respondents' Opposition at 7-9. The Court's decision thus must balance Respondents' policy concern with Petitioner's right to seek his freedom from Respondents' hands in this habeas proceeding.

The balance tips in favor of Petitioner. Respondents concede that "Petitioner's four primary attorneys are to all appearances well qualified, zealous, and competent." *Id*. at 5. And, as explained in the Motion, it is those well qualified, zealous, and competent attorneys who

Approved for Public Filing
By the Court Security Officer

believe they need additional assistance in order to fairly and zealously represent Petitioner. Unlike their DOJ adversaries, each of Petitioner's lawyers is working on this matter for free and part-time. Each is under competing demands for that time. Those demands should not be increased by duplicative effort in mentally and practically separating TS/SCI from Secret material in their legal dealings with Messrs Clarke and Denbeaux. Adding two men, already vetted for the clearance, to the estimated 854,000 individuals who have access to that level of information[1] should not stand in the way of Petitioner's spirited, *pro bono*, defense.

Dated:  July 26, 2010               Respectfully submitted,


/s/ George M. Clarke III
George M. Clarke III
Miller & Chevalier Chartered
655 15th Street, N.W.
Washington, D.C. 20005
D.C. Bar No. 480073
(202) 626-1573

Joseph Margulies
Roderick MacArthur Justice Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, IL  60611
(312) 503- 0890

George Brent Mickum IV [Bar No. 396142]
Amanda Jacobsen
 Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

---

[1] *See* http://projects.washingtonpost.com/top-secret-america/articles/a-hidden-world-growing-beyond-control/ (accessed on July 26, 2010).

Approved for Public Filing
By the Court Security Officer

Baher Azmy
Seton Hall Law School
Center for Social Justice
One Newark Center
Newark, NJ 07102
(973) 642-8700

3