Approved for Public Filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), ) ) ) *Petitioner*. ) ) v. ) ) ROBERT M. GATES, ) ) *Respondent*. ) ) | No. 8CV-1360 (RWR) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S REPLY TO RESPONDENT'S CONSOLIDATED OPPOSITION TO PETITIONER'S MOTIONS FOR AMENDMENT OF PRESERVATION ORDER AND TO SUPPLEMENT MOTION FOR SANCTIONS FOR THE SPOLIATION OF EVIDENCE**

Petitioner Zayn al-Abidin Muhammad Husayn ("Petitioner") respectfully requests an extension of time to file his Reply to the Respondent's Consolidated Opposition to Petitioner's Motions for Amendment of Preservation Order and to Supplement Motion for Sanctions for the Spoliation of Evidence until August 10, 2010 .

Due to overwhelming time constraints and deadlines for Petitioner's counsel, more time is needed to draft and finalize Petitioner's reply. Additional time is also needed because many of Petitioners' counsels are unavailable to travel to Washington, D.C. to draft the Reply at this time. Accordingly, Petitioner respectfully requests permission to file his Reply on August 10, 2010. Petitioner has conferred with counsel for the Government regarding this request, and the Government does not oppose. The motion is therefore captioned as unopposed.

Approved for Public Filing by the CSO

## **CONCLUSION**

For the foregoing reasons, Petitioner respectfully requests that the Court grant the requested extension.

Dated:  July 28, 2010

Washington, District of Columbia

>Respectfully submitted,
>
>/s/ George Brent Mickum IV
>George Brent Mickum IV [Bar No. 396142]
>Amanda L. Edwards
>Hollingsworth LLP
>1350 I Street NW
>Washington, D.C. 20001
>Tel: (202) 898-5866
>Fax: (202) 682-1639
>
>Joseph Margulies [Bar No. 48487]
>MacArthur Justice Center
>Northwestern University School of Law
>357 East Chicago Avenue
>Chicago, Illinois 60611
>(312) 503-0890
>
>Baher Azmy
>SETON HALL LAW SCHOOL
>CENTER FOR SOCIAL JUSTICE
>One Newark Center
>Newark, NJ 07102
>(973) 642-8700
>
>*Counsel for Petitioner*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on the following this 28th day of July 2010 by electronic means and via first class mail:

James Luh, Esq.
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusettes Avenue, N.W.
Washington, D.C. 20530

                    /s/ George Brent Mickum IV
                    George Brent Mickum IV