**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, <br><br> Petitioner <br><br> vs. <br><br> ROBERT GATES, <br><br> Respondent | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 08-cv-1360 (RWR) |

**RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR STATUS CONFERENCE**

Petitioner Zayn al Abidin Muhammad Husayn seeks a status conference "to discuss several motions that have been fully briefed and pending before the Court for a lengthy period of time." Petitioner's Motion for a Status Conference (see dkt. no. 269; filed with the CSO Oct. 5, 2010) at 1. Respondent does not believe a status conference is appropriate at this time.

The Court remains fully apprised of motions pending before it, and Petitioner's motion is bereft of explanation as to how such a status conference will help the Court resolve the pending motions. He does not request that the status conference provide an opportunity for argument on any of the pending motions, and his general averment that the status conference can provide an opportunity to discuss "those pending motions that can be swiftly resolved," Pet's Mot. at 6, leaves Respondent unable to adequately prepare for the status conference or evaluate whether it might be appropriate to request measures to protect classified information that might be discussed at the status conference.

Moreover, Petitioner's attempt to use this "motion for a status conference" as a vehicle to resolve other issues on which the parties have "been unable to reach agreement," Pet's Mot. at 6,

is wholly inappropriate. The proper vehicle to present these issues to the Court is by motion, thus ensuring that both sides have a full opportunity to provide the facts, their positions, and the supporting legal basis. To the extent that the parties have differing interpretations of the scope of the Court's orders, a conference under Local Rule 7(m) for each disputed issue is the only way to ensure that the parties understand each other's positions: indeed, with respect to several of the issues Petitioner describes, Respondent is unable from this motion to determine the nature of the purported dispute Petitioner seeks to bring before the Court..

Because a status conference is not likely to be a productive use of the parties' or the Court's time, Petitioner's Motion for Status Conference should be denied.

Date: October 22, 2010                      Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            JOSEPH H. HUNT
                                            Director

                                            TERRY M. HENRY
                                            Assistant Branch Director

                                            /s/ JAMES C. LUH
                                            ANDREW I. WARDEN
                                            RONALD J. WILTSIE (D.C. Bar No. 431562)
                                            JAMES C. LUH
                                            ERIC J. SOSKIN (PA Bar No. 200663)
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave NW
                                            Washington DC 20530
                                            Tel: (202) 514-4938
                                            Fax: (202) 616-8460
                                            E-mail: James.Luh@usdoj.gov
                                            Attorneys for Respondent