IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), <br><br>*Petitioner.*<br><br>v.<br><br>ROBERT M. GATES,<br><br>*Respondent.* | )<br>)<br>)  No. 08-CV-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION BY NON-PARTY RAYMOND BONNER
TO INTERVENE AND UNSEAL COURT RECORDS**

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule of Civil Procedure Rule 7(j), Raymond Bonner, by and through his undersigned counsel, respectfully requests permission (a) to intervene in this habeas proceeding for the limited purpose on enforcing the public access right, and (b) to unseal court records. Specifically, Mr. Bonner seeks an Order:

(1) Unsealing and making publicly available on PACER the following records that are currently described on the docket as SEALED: Dkt. Nos. 01, 191, 203, 275, 287, 300;

(2) Making publicly available on PACER the following records that are currently identified on the docket as having been filed, but remain entirely unavailable for public inspection even in the absence of any sealing order: Dkt. Nos. 10, 19, 51, 116, 131, 139, 182, 199, 205, 208, 218, 219, 221, 233, 234, 237, 250, 258, 266, 272, 282, 289, 292, 293, 297, 310, 311; and

(3) Unsealing and making available for public inspection the redacted portions of the Government's Factual Return, Dkt. 204.

1

To the extent that any of these records remain unavailable for public inspection, Mr. Bonner respectfully requests this Court to make factual findings justifying the denial of public access with sufficient particularity to enable appellate review.

Counsel for Mr. Bonner has conferred with the counsel for the Government and counsel for Petitioner in a good faith effort to obtain their consent to intervention. The Government has reserved its position until after the motion is filed; Petitioner has consented to the requested intervention.

In support of his motion, Mr. Bonner submits the accompanying: (i) Memorandum of Points and Authorities; (ii) Declaration of Raymond Bonner, sworn to April 15, 2016; (iii) Declaration of David A. Schulz, sworn to April 18, 2016; and (iv) Proposed Order.

**ORAL HEARING REQUESTED.**

Dated: April 18, 2016

Respectfully submitted,

   /s/*David A. Schulz*
David A. Schulz (Bar ID 459197)
Chad Bowman (Bar ID 484150)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036
Phone: 202-508-1100
Fax: 202-861-8988
dschulz@lskslaw.com

Jonathan Manes
MEDIA FREEDOM AND
 INFORMATION ACCESS CLINIC
Abrams Institute
Yale Law School
P.O. Box 208215
New Haven, CT 06520

*Counsel for Raymond Bonner*