IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) | |
| *Petitioner.* | ) ) ) | |
| v. | ) ) | No. 08-CV-1360 |
| ROBERT M. GATES, | ) ) ) | |
| *Respondent.* | ) ) ) | |

## DECLARATION OF DAVID A. SCHULZ

I, DAVID A. SCHULZ, declare as follows:

1. I am co-director of the Media Freedom & Information Access Clinic, a program of the Abrams Institute for Freedom of Expression at Yale Law School, and counsel in this proceeding for movant Raymond Bonner. I am duly admitted to practice in this Court, and I submit this declaration to place before the Court certain public records relied upon in support of Mr. Bonner's motion to unseal court records.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from a report by the Senate Select Committee on Intelligence titled, "Committee Study of the Central Intelligence Agency's Detention and Interrogation Program," that was declassified and released with redactions Dec. 3, 2014. The excerpts in Exhibit A constitute official acknowledgement of the facts presented concerning Abu Zubaydah's treatment while held in CIA detention, and the past attempts by the CIA to distort the record of its activities to the public and to other entities within government. Exhibit A consists of the study's *Foreword* and *Findings and Conclusions* sections as released by the Senate Select Committee on Intelligence, in addition to pages 1-49, 111-28, 204-10, 401-13, 437-56, and 462-499 of the study's *Executive Summary*, as released.

1

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from a redacted report issued by the U.S. Department of Justice, Office of the Inspector General in 2008 titled, "A Review of the FBI's Involvement and Observations of Detainee Interrogations in Guantanamo Bay, Afghanistan, and Iraq." The excerpts in Exhibit B constitute official acknowledgement of the facts presented concerning the early stages of Zubaydah's detention and interrogation, including objections raised by the FBI to the CIA's interrogation methods. Exhibit B consists of the report's cover page and pages 67-75 as released by the Department of Justice.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from a judgment issued by the European Court of Human Rights on July 24, 2014, in the *Case of Husayn (Abu Zubaydah) v. Poland*. The judgment finds Poland liable for damages to Zubaydah for allowing the United States to violate Zubaydah's human rights on Polish soil. The excerpts in Exhibit C provide the factual and evidentiary bases for the court's ruling, including detailed information on the locations and conditions of Zubaydah's detention by the CIA. Exhibit C consists of the judgment's cover page and pages 12-44 and 157-64 as posted on the court's website at http://hudoc.echr.coe.int/eng?i=001-146047.

5. Attached hereto as Exhibit D is a true and correct copy of a report issued by the International Committee of the Red Cross ("ICRC") in 2007 titled, "ICRC Report on the Treatment of Fourteen 'High Value Detainees' in CIA Custody." The Report provides information on the treatment of Zubaydah that was provided to the ICRC during its interviews of fourteen detainees. (The full report is attached.)

Executed at New Haven, Connecticut, this 18 th day of April 2016.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    _____
    David A. Schulz (Bar ID 459197)