CODEWORD – TOP SECRET

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN AL ABIDIN MUHAMMAD )
HUSAYN (ISN # 10016), )
)
*Petitioner.* )
)
)
v. )
)
)
ROBERT M. GATES, )
)
*Respondent.* )

Filed with Classified
Information Security Officer

CISO _____

Date _____3/9/17_____

No. 08-CV-1360

### PETITIONER'S REPLY TO RESPONDENT'S OPPOSITION
### TO PETITIONER'S MOTION FOR STATUS CONFERENCE

There is no basis for the Government to oppose Petitioner's second request for a status

conference, and there is no valid reason why this Court should refuse to schedule a conference

that would allow the parties and the Court to discuss the orderly resolution of the myriad motions

that are pending before this Court. As of the time of filing of this motion there were numerous,

fully-briefed motions awaiting decisions, some dating to 2009. As of close of business today,

three additional motions will be fully briefed. They are: Petitioner's Request for a Status

Conference; Petitioner's Motion in Support of Motion for Sanctions due to Respondent's

Improper Seizure and Review of Documents that Are Subject to the Attorney-Client Privilege

and the Work Product Doctrine; and Petitioner's Motion in Support of Order to Show Cause

Why the Government and the Department of Defense Should not be Held in Contempt for

Failing to Comply with the Court's October 1, 2009 Order to Provide Petitioner with Access to

Unredacted Versions of His Own Writings and a Request for Clarification as to which of His

Own Writings He is Entitled to Possess. Within a week a yet another will be fully briefed. That

1

CODEWORD – TOP SECRET

CODEWORD—TOP SECRET

is Respondent's Motion to Deem Protected Information in Proposed Public Factual Return.

Petitioner has vigorously opposed this motion and the reply alone is pending.

The Court's failure to address these motions continues to hinder his ability to defend

himself adequately.


Dated: March 9, 2012
       Washington, D.C


                                      Respectfully submitted,



                                      _____
                                      Joseph Margulies
                                      Roderick MacArthur Justice Center
                                      Northwestern University School of Law
                                      357 East Chicago Avenue
                                      Chicago, IL 60611
                                      (312) 503-0890

                                      George Brent Mickum IV [Bar No. 396142]
                                      Hollingsworth LLP
                                      1350 I Street NW
                                      Washington, DC 20005
                                      (202) 898-5800

                                      Baher Azmy
                                      Seton Hall Law School
                                      Center for Social Justice
                                      One Newark Center
                                      Newark, NJ 07102
                                      (973) 642-8700


2

CODEWORD—TOP SECRET

CODEWORD - TOP SECRET

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the Court Security Officer for clearance

and filing this 9th day of March 2012. My understanding is that the Court Security Officer will

serve the government. Once Petitioner's counsel has been notified that the document has been

cleared and filed, copies will be served on the following via first class mail:

James Luh
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

George Brent Mickum IV

3

CODEWORD - TOP SECRET