UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-1360 (EGS) |
| | ) | |
| JAMES N. MATTIS, | ) | |
| | ) | |
| Respondent | ) | |

**RESPONDENT'S NOTICE OF FILING PUBLIC VERSION OF FACTUAL RETURN (APR. 3, 2009) AND NOTICE OF PARTIAL WITHDRAWAL OF MOTIONS**

The Government is filing an updated redacted version of the Factual Return, *see* ECF No. 136, that the Government filed in support of Petitioner's detention on April 3, 2009. The updated redacted version discloses additional material that was redacted in the version the Government filed June 30, 2016, *see* Resp't's Notice of Filing Public Version of Factual Return (Apr. 3, 2009), ECF No. 369, but that the Government has determined can be released based on a recent re-review applying current classification guidance.

The production of public versions of factual returns in Guantanamo Bay habeas corpus cases, including this case, has proceeded under a framework established by Judge Hogan of this Court. *See* Mem. Op., ECF No. 173; Order, *In re Guantanamo Bay Detainee Litig.*, Misc. No. 08-0442 (TFH) (Jan. 14, 2010), ECF No. 1896, https://ecf.dcd.uscourts.gov/doc1/04512834015; Order, *In re Guantanamo Bay Detainee Litig.*, Misc. No. 08-0442 (TFH) (May 12, 2011), ECF No. 1980, https://ecf.dcd.uscourts.gov/doc1/04513425826; Memorandum Opinion, *In re Guantanamo Bay Detainee Litig.*, Misc. No. 08-0442 (TFH) (May 12, 2011), ECF No. 1981, https://ecf.dcd.uscourts.gov/doc1/04513425829. Under that framework, classified information was redacted. And if the Government sought to redact any sensitive but unclassified information from the public version of a factual return, the Government was to file under seal and with the

appropriate merits judge an unclassified factual return highlighting the unclassified content the Government sought to deem "protected" under the applicable protective order[1] and a memorandum explaining the basis for protection. Judge Hogan also ruled that six categories of materials were properly protected and could be sealed subject to a showing by the Government that information in a particular return fell into one or more of the categories. The Court also left it open to the Government to show that materials outside those categories should be properly protected.

In accordance with that framework, on January 30, 2012, Respondent filed under seal a proposed public version of the factual return in this case and a motion seeking the Court's approval of the unclassified information redactions contained in the document as "protected information." *See* Opposed Mot. to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10016, ECF Nos. 287, 363. Petitioner opposed the motion, taking issue with many of the proposed redactions, and Respondent filed, also under seal, a reply accompanied by a revised proposed public version of the factual return. Resp't's Reply in Further Supp. of Their Mot. to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10016, ECF Nos. 300, 366. The revisions made with the reply reflected decisions by the Government to lift some redactions that had been made in the earlier proposed public version of the factual return, although those revisions did not fully resolve the parties' differences with respect to Respondent's motion seeking approval of the proposed unclassified information redactions. *See* Reply in Supp. of Mot.

---

[1] *See* Am. Protective Order for Habeas Cases Involving Top Secret/Sensitive Compartmented Information and Procedures for Counsel Access to Detainees (TS/SCI Protective Order) ¶ I.E.35, ECF Nos. 78, 195.

to Deem Protected Information 2, 24. Respondent's January 2012 motion remains pending before the Court.

On June 30, 2016, in connection with the Court's April 22, 2016, and June 10, 2016, minute orders requiring expedited classification review and filing of public versions of certain sealed case filings, Respondent filed on the public docket a redacted version of the factual return based on the proposed public version that accompanied the January 2012 motion and June 2012 reply. *See* Resp't's Notice of Filing Public Version of Factual Return (Apr. 3, 2009), ECF No. 369.

In preparing the public version of the factual return that was filed June 30, 2016, the Government identified some information that should be protected from public disclosure, but that the Government inadvertently failed to mark as appropriate for such protection in the version submitted with its January 2012 motion and June 2012 reply. On October 13, 2016, the Government filed a supplemental motion seeking protection for that additional information under the framework established by Judge Hogan's order. Resp't's Suppl. Mot. to Deem Protected Additional Information in the Proposed Public Factual Return for ISN 10016, ECF Nos. 422, 423.

The Government also noted that, given that the public version of the factual return filed June 30, 2016, was based on review conducted several years ago under the classification guidelines that were applicable at the time, the Government planned to re-review the factual return to determine whether any additional material could be released under current classification guidance. *See, e.g.*, Resp't's Status Report Regarding Expedited Classification Reviews Required by April 22, 2016, and June 10, 2016, Orders 2, ECF No. 408. The Government has completed

3

that review and is filing an updated public version of the factual return in which additional material is disclosed.

The attached public version of the factual return thus reflects the redactions for which the Government sought approval in its January 2012 motion, as modified by its June 2012 reply memorandum and as supplemented by its October 2016 supplemental motion, with some redactions being lifted (that is, with some additional information being disclosed) in light of the Government's recent re-review. The Government no longer seeks protection for information that is disclosed in the attached public version, and, accordingly, it withdraws its January 2012 and October 2016 motions insofar as they seek protection of information that is disclosed in the attached public version. (The Government does not withdraw its January 2012 and October 2016 motions with respect to information that remains redacted in the attached public version.)

Also, where applicable and as required by Rule 5.2 of the Federal Rules of Civil Procedure and Local Civil Rule 5.4(f), Social Security numbers, names of minor children, dates of birth, and financial account numbers are redacted from the attached documents.

Respondent will be able to file a final redacted public version of the factual return once the Court has resolved the January 2012 and October 2016 motions in accordance with the framework established by Judge Hogan's orders.

The attached documents reference a video that is not in a format that readily permits electronic filing and is being maintained by the Government in accordance with Local Civil Rule 5.4(e)(1).

Date: March 29, 2017                                    Respectfully submitted,

                                                        CHAD A. READLER
                                                        Acting Assistant Attorney General

                                                        TERRY M. HENRY

        Assistant Branch Director

        <u>/s/ JAMES C. LUH</u>
        RONALD J. WILTSIE (D.C. Bar No. 431562)
        JAMES C. LUH
        ERIC J. SOSKIN
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave NW
        Washington DC 20530
        Tel: (202) 514-4938
        Fax: (202) 616-8460
        E-mail: James.Luh@usdoj.gov
        Attorneys for Respondent