███████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | Misc. No. 08-442 (TFH) |
| ) | |
| IN RE: ) | |
| GUANTANAMO BAY ) | Civil Action No. |
| DETAINEE LITIGATION ) | 08-CV-1360 (RWR) |
| ) | |
| ) | |
| ) | |

**FACTUAL RETURN**

███████

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████

Respondents hereby submit, as explained herein, a factual return pertaining to the

petitioner identified as the subject of the attached Narrative. This return sets forth factual bases[1]

supporting petitioner's lawful, ongoing detention pursuant to the Authorization for the Use of

Military Force.

Dated: April 3, 2009           Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

_____

ANDREW I. WARDEN
PAUL E. AHERN
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
DAVID C. BLAKE (D.C. Bar No. 976977)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 514-3367

Attorneys for Respondents

_____

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioner's detention, as necessary.

███████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

)
)
IN RE:                            )
**GUANTANAMO BAY**                )
**DETAINEE LITIGATION**           )
)
)
)

Misc. No. 08-442 (TFH)

Civil Action No.
05-CV-2367 (RWR)

## DECLARATION OF REAR ADMIRAL DAVID THOMAS

UNCLASSIFIED//FOR PUBLIC RELEASE

1

<u>Declaration of Rear Admiral David M. Thomas. Jr.</u>

Pursuant to 28 U.S.C. § 1746, I, David M. Thomas, Jr.. hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

I am a Rear Admiral in the United States Navy, with 31 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo (JTF-GTMO), at Guantanamo Bay, Cuba. I have held this position since 27 May 2008. As such, I am directly responsible for the successful execution of the JTF-GTMO mission to conduct detention and interrogation operations in support of the Global War on Terrorism, coordinate and implement detainee screening operations, and support law enforcement and war crimes investigations.

The attached narrative and supporting materials from files of the Department of Defense or other government agencies contain information used by the Department of Defense to establish the status of the individual who is the subject of the narrative as an enemy combatant and to substantiate their detention as an enemy combatant at Guantanamo Bay, Cuba.

Dated:

DAVID M. THOMAS, JR.
Rear Admiral, U.S. Navy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
    Petitioner,             )
                               )
v.                             )    Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
    Respondent.             )
_____)

## RESPONDENT'S STATEMENT OF LEGAL JUSTIFICATION FOR DETENTION

The Court's Order of November 6, 2008 (Dkt. No. 48), requires submission of a

statement of legal justification for detention of petitioner (ISN 10016) in the above-captioned

case. As his statement of legal justification, respondent relies upon and incorporates by reference

the Memorandum Regarding the Government's Detention Authority Relative to Detainees Held

at Guantanamo Bay, Misc. No. 08-442, Mar. 13, 2009 (Dkt. No. 1690), a copy of which is

attached as Exhibit A.

Dated: April 3, 2009                    Respectfully submitted,

                                      MICHAEL F. HERTZ
                                      Acting Assistant Attorney General

                                      TERRY M. HENRY
                                      Assistant Branch Director

                                      */s/ Julia A. Berman*
                                      NICHOLAS A. OLDHAM (D.C. Bar No. 484113)

JAMES C. LUH
DAVID C. BLAKE (D.C. Bar No. 976977)
JULIA A. BERMAN (D.C. Bar No. 986228)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: Julia.Berman@usdoj.gov

*Attorneys for Respondent*

UNCLASSIFIED//FOR PUBLIC RELEASE

# Exhibit A

UNCLASSIFIED//FOR PUBLIC RELEASE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |

02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194,
04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2035,
04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247,
05-cv-0270, 05-cv-0329, 05-cv-0359,
05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526,
05-cv-0569, 05-cv-0634, 05-cv-0748,
05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889,
05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998,
05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124,
05-cv-1220, 05-cv-1244, 05-cv-1353,
05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487,
05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505,
05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592,
05-cv-1602, 05-cv-1607, 05-cv-1623,
05-cv-1638, 05-cv-1639, 05-cv-1645,
05-cv-1704, 05-cv-1971, 05-cv-1983,
05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185,
05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349,
05-cv-2367, 05-cv-2370, 05-cv-2371,
05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384,
05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444,
05-cv-2479, 06-cv-0618, 06-cv-1668,
06-cv-1690, 06-cv-1758, 06-cv-1759, 06-cv-1761,
06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710,
07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1085,
08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185,
08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224,
08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230,
08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235,
08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310,
08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805,
08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-2019,
09-cv-0031

## RESPONDENTS' MEMORANDUM REGARDING
## THE GOVERNMENT'S DETENTION AUTHORITY RELATIVE
## TO DETAINEES HELD AT GUANTANAMO BAY

UNCLASSIFIED//FOR PUBLIC RELEASE

## INTRODUCTION

Through this submission, the Government is refining its position with respect to its authority to detain those persons who are now being held at Guantanamo Bay. The United States bases its detention authority as to such persons on the Authorization for the Use of Military Force ("AUMF"), Pub. L. 107-40, 115 Stat. 224 (2001). The detention authority conferred by the AUMF is necessarily informed by principles of the laws of war. *Hamdi v. Rumsfeld*, 542 U.S. 507, 521 (2004) (plurality). The laws of war include a series of prohibitions and obligations, which have developed over time and have periodically been codified in treaties such as the Geneva Conventions or become customary international law. *See, e.g., Hamdan v. Rumsfeld*, 548 U.S. 557, 603-04 (2006).

The laws of war have evolved primarily in the context of international armed conflicts between the armed forces of nation states. This body of law, however, is less well-codified with respect to our current, novel type of armed conflict against armed groups such as al-Qaida and the Taliban. Principles derived from law-of-war rules governing international armed conflicts, therefore, must inform the interpretation of the detention authority Congress has authorized for the current armed conflict. Accordingly, under the AUMF, the President has authority to detain persons who he determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, and persons who harbored those responsible for the September 11 attacks. The President also has the authority under the AUMF to detain in this armed conflict those persons whose relationship to al-Qaida or the Taliban would, in appropriately analogous circumstances in a traditional international armed conflict, render them detainable.

Thus, these habeas petitions should be adjudicated under the following definitional framework:

1

UNCLASSIFIED//FOR PUBLIC RELEASE

> The President has the authority to detain persons that the President determines
> planned, authorized, committed, or aided the terrorist attacks that occurred on
> September 11, 2001, and persons who harbored those responsible for those attacks.
> The President also has the authority to detain persons who were part of, or
> substantially supported, Taliban or al-Qaida forces or associated forces that are
> engaged in hostilities against the United States or its coalition partners, including any
> person who has committed a belligerent act, or has directly supported hostilities, in
> aid of such enemy armed forces.

There are cases where application of the terms of the AUMF and analogous principles

from the law of war will be straightforward. It is neither possible nor advisable, however, to

attempt to identify, in the abstract, the precise nature and degree of "substantial support," or the

precise characteristics of "associated forces," that are or would be sufficient to bring persons and

organizations within the foregoing framework. Although the concept of "substantial support,"

for example, does not justify the detention at Guantanamo Bay of those who provide unwitting

or insignificant support to the organizations identified in the AUMF, and the Government is not

asserting that it can detain anyone at Guantanamo on such grounds, the particular facts and

circumstances justifying detention will vary from case to case, and may require the identification

and analysis of various analogues from traditional international armed conflicts. Accordingly,

the contours of the "substantial support" and "associated forces" bases of detention will need to

be further developed in their application to concrete facts in individual cases.

This position is limited to the authority upon which the Government is relying to detain

the persons now being held at Guantanamo Bay. It is not, at this point, meant to define the

contours of authority for military operations generally, or detention in other contexts. A

forward-looking multi-agency effort is underway to develop a comprehensive detention policy

with respect to individuals captured in connection with armed conflicts and counterterrorism

operations, and the views of the Executive Branch may evolve as a result. *See* Declaration of

Attorney General Eric H. Holder, Jr., ¶¶ 3, 11. The effort has been undertaken at the direction of

UNCLASSIFIED//FOR PUBLIC RELEASE

the President and is a major priority of the Executive Branch. *Id.*, ¶ 3. The Government will apprise the Court of relevant developments resulting from this ongoing process.

## DISCUSSION

In response to the attacks of September 11, 2001, Congress authorized the President "to use all necessary and appropriate force against those nations, organizations, or persons he determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or harbored such organizations or persons, in order to prevent any future acts of international terrorism against the United States by such nations, organizations or persons." AUMF, § 2(a). The September 11 attacks were carried out by al-Qaida, which was harbored by the Taliban regime in Afghanistan. In October 2001, under the authority of the AUMF, the United States launched Operation Enduring Freedom to remove the Taliban regime from power and to suppress al-Qaida. The United States and its coalition partners continue to fight resurgent Taliban and al-Qaida forces in this armed conflict. Below, we set out the Government's position regarding the detention authority provided by the AUMF as it applies to those captured during that armed conflict and held at Guantanamo Bay.

## I.     THE AUMF GIVES THE EXECUTIVE POWER TO DETAIN CONSISTENT WITH THE LAW OF ARMED CONFLICT.

The United States can lawfully detain persons currently being held at Guantanamo Bay who were "part of," or who provided "substantial support" to, al-Qaida or Taliban forces and "associated forces." This authority is derived from the AUMF, which empowers the President to use all necessary and appropriate force to prosecute the war, in light of law-of-war principles that inform the understanding of what is "necessary and appropriate." Longstanding law-of-war principles recognize that the capture and detention of enemy forces "are 'important incident[s] of war.'" *Hamdi,* 542 U.S. at 518 (quoting *Ex Parte Quirin,* 317 U.S. 1, 28 (1942)).

3

The AUMF authorizes use of military force against those "nations, organizations, or persons [the President] determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or harbored such organizations or persons, in order to prevent any future acts of international terrorism against the United States by such nations, organizations or persons." AUMF, § 2(a). By explicitly authorizing the use of military force against "*nations, organizations, or persons*" that were involved in any way in the September 11 attacks (or that harbored those who were), the statute indisputably reaches al-Qaida and the Taliban. Indeed, the statute's principal purpose is to eliminate the threat posed by these entities.

Under international law, nations lawfully can use military force in an armed conflict against irregular terrorist groups such as al-Qaida. The United Nations Charter, for example, recognizes the inherent right of states to use force in self defense in response to any "armed attack," not just attacks that originate with states. United Nations Charter, art. 51. The day after the attacks, the United Nations Security Council adopted Resolution 1368, which affirmed the "inherent right of individual or collective self-defence in accordance with the Charter" and determined "to combat by all means threats to international peace and security caused by terrorist acts." U.N. General Assembly Security Council Resolution of Sept. 12, 2001 (S/RES/1368). "Since no one was seriously suggesting a State was behind the attacks, the Council was by definition implicitly acknowledging the acceptability of using military force against terrorists under the law of self-defense." Michael N. Schmitt, *U.S. Security Strategies: A Legal Assessment,* 27 Harv. J.L. & Pub. Pol'y 737, 748 (2004). The North Atlantic Treaty Organization and the Organization of American States treated the attacks as "armed attacks" for purposes of their collective self-defense provisions.[1] The AUMF invokes the internationally

---

[1] *See* Organization of American States, Meeting of Consultation of Ministers of Foreign Affairs, Terrorist Threat to the Americas (Sept. 21, 2001), http://www.oas.org/OASpage/

4

UNCLASSIFIED//FOR PUBLIC RELEASE

recognized right to self-defense. *See* AUMF, Preamble (it is "both necessary and appropriate that the United States exercise its rights to self-defense and to protect United States citizens both at home and abroad"). Other nations joined or cooperated closely with the United States' military campaign against al-Qaida and the Taliban. *See* Schmitt, 27 Harv. J.L. & Pub. Pol'y at 748-49.

The United States has not historically limited the use of military force to conflicts with nation-states:

> [A] number of prior authorizations of force have been directed at non-state actors, such as slave traders, pirates, and Indian tribes. In addition, during the Mexican-American War, the Civil War, and the Spanish-American War, U.S. military forces engaged military opponents who had no formal connection to the state enemy. Presidents also have used force against non-state actors outside of authorized conflicts.

Curtis A. Bradley & Jack L. Goldsmith, *Congressional Authorization and the War on Terrorism*, 118 Harv. L. Rev. 2047, 2066-67 (2005) (citing U.S. use of military force in the Chinese Boxer Rebellion, against the Mexican rebel leader Pancho Villa, and in the 1998 cruise missile attacks against al-Qaida targets in Sudan and Afghanistan).

Thus, consistent with U.S. historical practice, and international law, the AUMF authorizes the use of necessary and appropriate military force against members of an opposing armed force, whether that armed force is the force of a state or the irregular forces of an armed group like al-Qaida. Because the use of force includes the power of detention, *Hamdi*, 542 U.S. at 518, the United States has the authority to detain those who were part of al-Qaida and Taliban forces. Indeed, long-standing U.S. jurisprudence, as well as law-of-war principles, recognize that members of enemy forces can be detained even if "they have not actually committed or

---

crisis/RC.24e.htm; North Atlantic Council, Statement by the North Atlantic Council (Sept. 12, 2001), http://www.nato.int/docu/pr/2001/p01-124e.htm; Statement by NATO Secretary General, Lord Robertson (Oct. 2, 2001), http://www.nato.int/docu/speech/2001/ s011002a.htm.

UNCLASSIFIED//FOR PUBLIC RELEASE

attempted to commit any act of depredation or entered the theatre or zone of active military

operations." *Ex parte Quirin*, 317 U.S. at 38; *Khalid v. Bush*, 355 F. Supp. 2d 311, 320 (D.D.C.

2005), *rev'd on other grounds sub nom., Boumediene v. Bush,* 128 S. Ct. 2229 (2008); *see also*

Geneva Convention (III) Relative to the Treatment of Prisoners of War of Aug. 12, 1949, art. 4,

6 U.S.T.S. 3316 (contemplating detention of members of state armed forces and militias without

making a distinction as to whether they have engaged in combat). Accordingly, under the

AUMF as informed by law-of-war principles, it is enough that an individual was part of al-Qaida

or Taliban forces, the principal organizations that fall within the AUMF's authorization of

force.[2]

Moreover, because the armed groups that the President is authorized to detain under the

AUMF neither abide by the laws of war nor issue membership cards or uniforms, any

determination of whether an individual is part of these forces may depend on a formal or

functional analysis of the individual's role. Evidence relevant to a determination that an

individual joined with or became part of al-Qaida or Taliban forces might range from formal

membership, such as through an oath of loyalty, to more functional evidence, such as training

with al-Qaida (as reflected in some cases by staying at al-Qaida or Taliban safehouses that are

---

[2] Moreover, courts should defer to the President's judgment that the AUMF, construed in light of the law-of-war principles that inform its interpretation, entitle him to treat members of irregular forces as state military forces are treated for purposes of detention. *See* AUMF, § 2(a) (authorizing the President to use "all necessary and appropriate force" against those that "he determines" planned, authorized, committed, or aided the September 11 terrorist attacks or harbored those organizations); *The Paquete Habana*, 175 U.S. 677, 700 (1900) (court construes customary international law *de novo* only in the absence of a "controlling executive or legislative act or judicial decision"). A deferential approach in this context is consistent with the commonsense understanding that "[t]he war power of the national government 'is the power to wage war successfully,'" *Lichter v. United States*, 334 U.S. 742, 767 n.9 (1948) (citation omitted), as well as the Supreme Court's directive in *Boumediene* that "[i]n considering both the procedural and substantive standards used to impose detention to prevent acts of terrorism, proper deference must be accorded to the political branches," 128 S.Ct. at 2276 (2008) (citing *United States v. Curtiss-Wright Export Corp.*, 299 U.S. 304, 320 (1936)).

6

regularly used to house militant recruits) or taking positions with enemy forces. In each case,
given the nature of the irregular forces, and the practice of their participants or members to try to
conceal their affiliations, judgments about the detainability of a particular individual will
necessarily turn on the totality of the circumstances.

Nor does the AUMF limit the "organizations" it covers to just al-Qaida or the Taliban. In
Afghanistan, many different private armed groups trained and fought alongside al-Qaida and the
Taliban. In order "to prevent any future acts of international terrorism against the United
States," AUMF, § 2(a), the United States has authority to detain individuals who, in analogous
circumstances in a traditional international armed conflict between the armed forces of opposing
governments, would be detainable under principles of co-belligerency.

Finally, the AUMF is not limited to persons captured on the battlefields of Afghanistan.
Such a limitation "would contradict Congress's clear intention, and unduly hinder both the
President's ability to protect our country from future acts of terrorism and his ability to gather
vital intelligence regarding the capability, operations, and intentions of this elusive and cunning
adversary." *Khalid,* 355 F. Supp. 2d at 320; *see also Ex parte Quirin,* 317 U.S. at 37-38. Under
a functional analysis, individuals who provide substantial support to al-Qaida forces in other
parts of the world may properly be deemed part of al-Qaida itself. Such activities may also
constitute the type of substantial support that, in analogous circumstances in a traditional
international armed conflict, is sufficient to justify detention. *Cf. Boumediene v. Bush,* 579 F.
Supp. 2d 191, 198 (D.D.C. 2008) (upholding lawfulness of detaining a facilitator who planned to
send recruits to fight in Afghanistan, based on "credible and reliable evidence linking Mr.
Bensayah to al-Qaida and, more specifically, to a senior al-Qaida facilitator" and "credible and
reliable evidence demonstrating Mr. Bensayah's skills and abilities to travel between and among
countries using false passports in multiple names").

7

Accordingly, the AUMF as informed by law-of-war principles supports the detention authority that the United States is asserting with respect to the Guantanamo detainees.

## II.    READ IN LIGHT OF THE LAWS OF WAR, THE AUMF AUTHORIZES THE NATION TO USE ALL NECESSARY AND APPROPRIATE MILITARY FORCE TO DEFEND ITSELF AGAINST THE IRREGULAR FORCES OF AL-QAIDA AND THE TALIBAN.

Petitioners have sought to restrict the United States' authority to detain armed groups by urging that all such forces must be treated as civilians, and that, as a consequence, the United States can detain only those "directly participating in hostilities."[3] The argument should be rejected. Law-of-war principles do not limit the United States' detention authority to this limited category of individuals. A contrary conclusion would improperly reward an enemy that violates the laws of war by operating as a loose network and camouflaging its forces as civilians.

It is well settled that individuals who are part of private armed groups are not immune from military detention simply because they fall outside the scope of Article 4 of the Third Geneva Convention, which defines categories of persons entitled to prisoner–of-war status and treatment in an international armed conflict. *See* Third Geneva Convention, art. 2, 4. Article 4 does not purport to define all detainable persons in armed conflict. Rather, it defines certain categories of persons entitled to prisoner-of-war treatment. *Id.*, art. 4. As explained below, other principles of the law of war make clear that individuals falling outside Article 4 may be detainable in armed conflict. Otherwise, the United States could not militarily detain enemy

---

[3] The "direct participation in hostilities" standard is taken from two additional protocols to the Geneva Conventions that the United States has not ratified. *See* Additional Protocols of 8 June 1977 to the Geneva Conventions of 12 Aug. 1949 and Relating to the Protection of Victims of International Armed Conflicts (Additional Protocol I), art. 51(3), 1125 U.N.T.S 3 ("Civilians shall enjoy the protection afforded by this Section unless and for such time as they take a direct part in hostilities."); Additional Protocols of 8 June 1977 to the Geneva Conventions of 12 Aug. 1949 and relating to the Protection of Victims of Non-International Armed Conflicts (Additional Protocol II), art. 13(3), 1125 U.N.T.S. 609. The United States recognizes the standard for targeting but its scope is unsettled.

8

UNCLASSIFIED//FOR PUBLIC RELEASE

forces except in limited circumstances, contrary to the plain language of the AUMF and the law-of-war principle of military necessity.

For example, Common Article 3 of the Geneva Conventions provides standards for the treatment of, among others, those persons who are part of armed forces in non-international armed conflict and have been rendered *hors de combat* by detention. Third Geneva Convention, art. 3. Those provisions pre-suppose that states engaged in such conflicts can detain those who are part of armed groups. Likewise, Additional Protocol II to the Geneva Conventions expressly applies to "dissident armed forces" and "other organized armed groups" participating in certain non-international armed conflicts, distinguishing those forces from the civilian population. Additional Protocol II, art. 1(1), 13.

Moreover, the Commentary to Additional Protocol II draws a clear distinction between individuals who belong to armed forces or armed groups (who may be attacked and, *a fortiori,* captured at any time) and civilians (who are immune from direct attack except when directly participating in hostilities). That Commentary provides that "[t]hose who belong to armed forces or *armed groups* may be attacked at any time." *See* ICRC, Commentary on the Additional Protocols of 8 June 1977 to the Geneva Conventions of 12 Aug. 1949 and Relating to the Protection of Victims of Non-International Armed Conflicts (Additional Protocol II), ¶ 4789, http://www.icrc.org/ihl.nsf/ COM/475- 760019?OpenDocument (emphasis added). Accordingly, neither the Geneva Conventions nor the Additional Protocols suggest that the "necessary and appropriate" force authorized under the AUMF is limited to al-Qaida leadership or individuals captured directly participating in hostilities, as some petitioners have suggested.

Finally, for these reasons, it is of no moment that someone who was part of an enemy armed group when war commenced may have tried to flee the battle or conceal himself as a civilian in places like Pakistan. Attempting to hide amongst civilians endangers the civilians and

9

violates the law of war. *Cf.* ICRC, Commentary on the Additional Protocols of 8 June 1977 to

the Geneva Conventions of 12 August 1949 and Relating to the Protection of Victims of

International Armed Conflicts (Additional Protocol I), ¶ 1944, http://www.icrc.org/ihl.nsf/

COM/470-750065?OpenDocument ("Further it may be noted that members of armed forces

feigning civilian non-combatant status are guilty of perfidy."). Such conduct cannot be used as a

weapon to avoid detention. A different rule would ignore the United States' experience in this

conflict, in which Taliban and al-Qaida forces have melted into the civilian population and then

regrouped to relaunch vicious attacks against U.S. forces, the Afghan government, and the

civilian population.

## III.    THE GOVERNMENT IS CONTINUING TO DEVELOP A COMPREHENSIVE DETENTION POLICY.

Through this filing, the Government has met the Court's March 13, 2009 deadline to

offer a refinement of its position concerning its authority to detain petitioners. The Court should

be aware, however, that the Executive Branch has, at the President's direction, undertaken

several forward-looking initiatives that may result in further refinements. Although the

Government recognizes that litigation will proceed in light of today's submission, it nevertheless

commits to apprising the Court of any relevant results of this ongoing process.

On January 22, 2009, the President issued two Executive Orders initiating Reviews

addressing issues related to prospective detention policy. *See* Exec. Order No. 13492, 74 Fed.

Reg. 4897 (Jan. 22, 2009); Executive Order 13493, 74 Fed. Reg. 4901 (Jan. 22, 2009). This

effort is a Government priority. *See* Holder Decl. ¶ 3.

Pursuant to Executive Order 13,493, the Government is undertaking "a comprehensive

review of the lawful options available to the United States with respect to the apprehension,

detention, trial, transfer, release, or other disposition of individuals captured or apprehended in

10

connection with armed conflicts and counterterrorism operations, and to identify such options as
are consistent with the national security and foreign policy interests of the United States and the
interests of justice." Exec. Order No. 13,493, § 1(e). Fully developing the Government's
prospective detention policy implicates important national security interests, including
diplomatic interests. Exec. Order No. 13,492, § 2(b); Holder Decl. ¶ 11. Because the detainees
are citizens of foreign countries, these detentions and their legal justification necessarily affect
the United States' relations with other nations. Cooperation of the country's international
partners is central to the United States' anti-terrorism efforts. And detention policy raises
important national security and humanitarian issues. *See id.* Such issues are also being
considered in connection with Executive Order 13,492, pursuant to which the Government is
examining "the factual and legal bases for the continued detention of all individuals currently
held at [Guantanamo Bay]" on an ongoing basis. Exec. Order No. 13,492, § 2(d). Highlighting
the urgency and importance of the Review, the Executive Order required that the Review process
"commence immediately." *Id.* at § 4(a); *see also id.* at §§ 2(b), 2(d), 4(c)(1), 4(c)(2), 4(c)(4).

The Government commits to apprise the Court of any relevant results of these ongoing
processes.

## CONCLUSION

For the foregoing reasons, the Government's new explication of who may be detained in
this armed conflict is consistent with the AUMF and the laws of war that inform the scope of
"necessary and appropriate" force the AUMF authorizes the President to use. If the judges of the
Court desire oral argument relating to the scope of the Government's detention authority in these
cases, the Government urges the Court to consider conducting a single argument in a
consolidated manner before the Court and that the Court endeavor, to the extent possible, to
reach a common ruling regarding the framework to apply to these cases.

11

UNCLASSIFIED//FOR PUBLIC RELEASE

Dated: March 13, 2009                  Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
Assistant Branch Director

DAVID J. ANDERSON
Counselor to the Assistant Attorney General


/s/ Christopher Hardee
PAUL AHERN
CHRISTOPHER HARDEE (D.C. Bar No. 458168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 305-8356
Fax: (202) 616-8470

*Attorneys for Respondents*

12

UNCLASSIFIED//FOR PUBLIC RELEASE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____ |

## DECLARATION OF ATTORNEY GENERAL
## ERIC H. HOLDER, JR.

1. I am the Attorney General of the United States. I submit this Declaration in connection with Respondents' Memorandum Regarding the Government's Detention Authority Relative to Detainees Held at Guantanamo Bay.

2. I am informed that there are habeas petitions pending in this Court involving more than 200 individuals detained by the Department of Defense at Guantanamo Bay, Cuba. The Supreme Court in *Boumediene v. Bush* has instructed that these petitioners are entitled to a "prompt hearing." Mindful of the Supreme Court's admonition, the Government is submitting herewith an explanation of its detention authority upon which it intends to rely in this litigation, notwithstanding its continuing intensive efforts to develop fully its prospective detention policies.

3. Promptly determining the appropriate disposition of those detained at Guantanamo Bay is a high priority for the President. On January 22, 2009, the President issued two Executive Orders – Executive Orders 13492 and 13493 – initiating reviews to determine the appropriate disposition of the detainees held there and to develop prospective detention policy.

4. Pursuant to Executive Order 13493, an interagency Special Task Force on Detention Policy has been created to "conduct a comprehensive review of the lawful options available to the Federal Government with respect to the apprehension, detention, trial, transfer, release, or other disposition of individuals captured or apprehended in connection with armed conflicts and counterterrorism operations, and to identify such options as are consistent with the national security and foreign policy interests of the United States and the interests of justice."

5. This Special Task Force consists of participants from the Department of Justice, the Department of Defense, the Department of State, the Department of Homeland Security, the Office of the Director of National Intelligence, the Central Intelligence Agency, and the Joint Chiefs of Staff. Officials from the Department of Defense and Department of Justice are serving as Co-Chairs of the Special Task Force.

6. Executive Order 13493 gives the Special Task Force approximately six months to complete its consideration of these complex issues, requiring the Special Task Force to provide periodic preliminary reports to the President, and to present a final report within 180 days of the date of Executive Order 13493.

7. Executive Order 13492, also implicating the proper scope of detention authority, directs the closure of the detention center at Guantanamo Bay and orders a legal and factual review of each detainee's status, with a view toward determining whether the detainee can be transferred or released, prosecuted for criminal conduct in an appropriate forum, or subjected to some other lawful disposition.

8. Section 3 of Executive Order 13492 provides that "[a] review of the status of each individual . . . shall commence immediately. The review shall determine whether the continued detention of any such individual is lawful and in the national security and foreign policy interests of the United States and the interests of justice."

9. I have appointed Matthew Olsen, the former Acting Assistant Attorney General for the National Security Division, to lead the interagency Task Force involved in the review mandated by Executive Order 13492. That Task Force also includes participants from the Department of Justice, the Department of Defense, the Department of State, the Department of Homeland Security, the Office of the Director of National Intelligence, and the Joint Chiefs of Staff. The Task Force is obtaining information pertinent to the disposition of individuals currently detained at Guantanamo Bay. Based on its review of that information, the Task Force will provide recommendations to a Review Panel consisting of senior-level officials from the Department of Justice, the Department of Defense, the Department of State, the Department of Homeland Security, the Office of the Director of National Intelligence, and the Joint Chiefs of Staff, regarding appropriate dispositions of the detainees.

10. The reviews addressing the disposition of detainees at Guantanamo Bay and the vital issue of detention policy are ongoing. In conjunction with these reviews, the Executive Branch has refined the Government's position with respect to the detention authority to be asserted in this litigation, as stated in Respondents' Memorandum Regarding the Government's Detention Authority Relative to Detainees Held at Guantanamo Bay.

11. The Task Forces will continue to deliberate regarding these issues as part of their work. The development of detention policy requires consultation and coordination among all of the agencies involved in the Executive Order reviews. Important and difficult legal, diplomatic, and national security issues are at stake. As they continue

UNCLASSIFIED//FOR PUBLIC RELEASE

to consider these significant issues pursuant to the President's directives, the Task Forces will advise the Civil Division of any policy developments that may affect the petitioners in the habeas litigation.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2009.

Eric H. Holder, Jr.
Attorney General of the United States

- 3 -

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

■

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

## FACTUAL RETURN FOR ABU ZUBAYDAH (ISN 10016)

1.      Zayn al-Abidin Muhammad Husayn, more commonly known as Abu Zubaydah

("Zubaydah"), is a Palestinian currently detained at the United States Naval Base in Guantanamo

Bay, Cuba. As described below, and based on the materials submitted with this Factual Return,

Zubaydah was a part of and substantially supported al-Qaida and associated forces, including

based on evidence that he facilitated travel for and provided other assistance to recruits so they

could receive terrorist training; facilitated at least one large financial transaction for terrorism

activities; maintained a close relationship with and actively supported Usama Bin Laden

("UBL"); actively associated with enemy forces and directly aided enemy forces engaged in

hostilities in Afghanistan after the United States invasion; facilitated the retreat and escape of

enemy forces out of Afghanistan after the United States invasion; was captured harboring several

terrorists; and plotted future terrorist operations. Consequently, for these and other reasons,

■

Zubaydah is lawfully subject to detention pursuant to the Authorization for the Use of Military Force and the laws of war.

    2.    The following Narrative and attached materials set forth the factual bases supporting Zubaydah's lawful detention. This Narrative is not intended to be a complete explication of the information in support of Zubaydah's detention in those materials.

    3.    In the attached materials, there are materials reflecting interviews conducted by law enforcement and intelligence personnel, as well as information derived from other sources and methods. Information received from these sources and methods is typically reproduced in reports created by the collecting officer. Such information is also commonly analyzed by law enforcement or intelligence personnel and used to produce other intelligence products. *See* Decl. of ▮▮▮▮▮▮▮▮▮▮▮▮ *Background Declaration, Intelligence 101* (Sept. 19, 2008); Decl. of Robert H. Holmes (Aug. 22, 2008).

    4.    As with all detainees at Guantanamo, Zubaydah has been assigned an Internment Serial Number or ISN. The ISN is an administrative code assigned to military detainees. Zubaydah's full ISN is US9GZ-010016DP, in which the number "10016" is Zubaydah's unique identifier and the "GZ" designation indicates that he is a Palestinian. Source materials attached as exhibits to this Narrative may refer to Zubaydah by name, alias, full ISN, or various short forms, such as "10016" or "ISN 10016." Likewise, other military detainees may be referred to in source materials and this Narrative by name, alias, or full or short forms of their ISN.

    5.    It is common for those engaged in terrorist activities to use an alias, commonly known in Arabic as a *kunya. See* Decl. of ▮▮▮▮▮▮▮▮▮▮▮▮ *Background Declaration*

*– Names, Aliases, Kunyas and Variants* (Sept. 19, 2008). Zubaydah has used several *kunyas*, including, for example, Tariq. *E.g.*, Tr. of Ahmed Ressam Trial Testimony at 546-47, *United States v. Haouari*, No. S4 00 Cr. 15 (JFK) (July 3, 2001) ("Ressam Trial Test."), excerpts attached; June 2002 Deposition of Ahmed Ressam at 61, *In re: Int'l Letters Rogatory* (dated Aug. 27, 2001) ("Ressam Deposition"), excerpts attached; (Ressam 302 10/18/2001); (Al-Suri Diary                                              In addition, names and aliases are sometimes spelled differently when transliterated to Latin characters. For example, Tariq could be transliterated as Tarek, Tareq, or another form. There are numerous transliterations of the same names and aliases in the attached materials and, where obvious, this Narrative does not note such instances of transliterations.

## GENERAL BACKGROUND

6.      Al-Qaida ("the Base") was founded by UBL and others around 1988 or 1989 for the purpose of opposing certain governments and officials with force and violence. THE 9/11 COMMISSION REPORT 56 (2004); Decl. of                         *Background Declaration – Al-Qaida* (Sept. 22, 2008) ("Al-Qaida Background Decl.").

7.      UBL is recognized as the emir (prince or leader) of al-Qaida. THE 9/11 COMMISSION REPORT 56; Al-Qaida Background Decl. at 2

---

[1] Ahmed Ressam has identified photographs of Zubaydah on multiple occasions. *E.g.*, (Ressam Deposition at 60-62); (Ressam 302 4/19/2002); (Ressam 302 1/19/2002); (Ressam 302 6/13/2001).

8.      A purpose or goal of al-Qaida, as stated by UBL and other al-Qaida leaders, is to
support violent attacks against property and nationals (both military and civilian) of the United
States and other countries. THE 9/11 COMMISSION REPORT 59-61; Al-Qaida Background Decl. at
1-2.

9.      Since its founding until 2001, al-Qaida established training camps, guesthouses,
and business operations in Afghanistan, Pakistan, and other countries for the purpose of training
and supporting violent attacks against property and nationals (both military and civilian) of the
United States and other countries. THE 9/11 COMMISSION REPORT 64-67. Guesthouses in the
Afghanistan/Pakistan region provided insurgents and terrorists fixed locations that served
numerous training and operational functions, and many guesthouses specially served as training
camp facilitation hubs, meeting locations for senior al-Qaida leaders, and way stations for
frontline fighters associated with al-Qaida and the Taliban. Decl. of _____ *Background
Declaration – Guesthouses* (Sept. 19, 2008), ("Guesthouses Decl.").

10.     In 1996, UBL issued a public "Declaration of Jihad Against the Americans." This
declaration called for the murder of U.S. military personnel serving on the Arabian Peninsula.
THE 9/11 COMMISSION REPORT 48.

11.     In February 1998, UBL and Ayman al-Zawahiri (UBL's second-in-command)
issued a fatwa (purported religious ruling) requiring all Muslims able to do so to kill Americans –
whether civilian or military – anywhere in the world. THE 9/11 COMMISSION REPORT 47; Al-
Qaida Background Decl. at 2.

12. Since its founding, members and associates of al-Qaida, known and unknown, have carried out numerous terrorist attacks. These attacks have included, but are not limited to, the attacks against the American Embassies in Kenya and Tanzania in August 1998, which killed approximately 200 people, THE 9/11 COMMISSION REPORT 68-70; the attack against the USS COLE in October 2000, which killed 17 United States Navy sailors, *id.* at 190-93; and the September 11, 2001 attacks, which killed approximately 3,000 people. *See id. passim*; *see also* Al-Qaida Background Decl. at 3.

13. Most but not all of al-Qaida's inner core swore allegiance (or *bayat*) to UBL. Other operatives were committed to UBL or to his goals and would take assignments for him, but they did not swear *bayat* and maintained, or tried to maintain, some autonomy. THE 9/11 COMMISSION REPORT 67; *see also* Al-Qaida Background Decl. at 2 (describing al-Qaida as a loose global network that includes several thousand members and associates; the associates, although they may not pledge allegiance to al-Qaida, support its ideology and methods).

14. The Taliban (students of Islamic knowledge) is an Islamic fundamentalist group that was formed in Afghanistan in 1994. *See* The Taliban in Afghanistan, *available at* www.cfr.org/publication/10551. After two years of violent conflict that included the capture of Kabul (Afghanistan's capital), the Taliban took control of Afghanistan's national government in 1996. THE 9/11 COMMISSION REPORT 65. Although never formally recognized by the United States, *id.* at 124, the Taliban controlled Afghanistan's national government from 1996 until the United States-led military campaign ousted the Taliban from power in 2001. *Id.* at 337-38. During the period in which the Taliban controlled Afghanistan's national government, it

UNCLASSIFIED//FOR PUBLIC RELEASE

provided safe harbor and support to al-Qaida and UBL. *Id.* at 64-67.

15.     On September 18, 2001, following the September 11, 2001 attacks on the United

States, Congress adopted the Authorization for the Use of Military Force. 115 Stat. 224 (2001).

Recognizing that the attacks of September 11, 2001 "render it both necessary and appropriate

that the United States exercise its rights to self-defense and to protect United States citizens at

home and abroad," Congress authorized the President "to use all necessary and appropriate force

against those nations, organizations, or persons he determines planned, authorized, committed, or

aided the terrorist attacks that occurred on September 11, 2001, or harbored such organizations or

persons, in order to prevent any future acts of international terrorism against the United States by

such nations, organizations or persons." Within weeks, United States military forces were

deployed in Afghanistan. THE 9/11 COMMISSION REPORT 337.

16.     The United States led the initial aerial bombing campaign of Afghanistan, with

ground forces composed of United States forces and Afghanistan militia opposed to the Taliban,

including the Northern Alliance. The Northern Alliance is an association of Afghan groups

opposed to the Taliban. The Northern Alliance has assisted the United States in its military

campaign in Afghanistan to defeat al-Qaida and the Taliban. THE 9/11 COMMISSION REPORT

330-34; 336-38.

17.     In December 2001, the United States-led military campaign removed the Taliban

from control of Afghanistan's national government. THE 9/11 COMMISSION REPORT 337-38.

Taliban and al-Qaida forces, however, have continued to operate in Afghanistan and attack

coalition forces.

18. Currently, two major military operations are underway in Afghanistan. First, Operation Enduring Freedom (OEF) is a multinational coalition military operation, led by the United States, initiated in October 2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces. *See* www.state.gov/r/pa/prs/ps/2006/60083.htm. OEF operations led to the collapse of the Taliban government and helped bring security and stability to Afghanistan. *Id.* OEF involves troops from over 20 nations, including about 19,000 United States forces and about 3,000 non-United States troops. *Id.* Second, the International Security Assistance Force (ISAF) is a United Nations-mandated international coalition operating under the command of the North Atlantic Treaty Organization (NATO). *See* www.nato.int/isaf/index.html. ISAF was established in 2002 with the goal of creating conditions for stabilization and reconstruction in Afghanistan. ISAF is comprised of approximately 50,000 troops from 40 countries. *Id.*

## ZUBAYDAH'S PERSONAL BACKGROUND

19. Zubaydah is a Palestinian who was born on ▮▮▮ 1971 in Saudi Arabia.

20. In approximately June 1990, at the age of 19, Zubaydah began to record detailed information in a diary. (Zubaydah Diary Vol. I at 1.) At the time of his capture, Zubaydah's diary comprised six volumes. (Zubaydah Diary Vols. I-VI.)[2] These volumes provide significant

---

[2] The Government has attached to this Factual Return English translations of all six volumes, which are cited as "Zubaydah Diary Vol. __". Zubaydah continued to record information in a diary after his capture. For purposes of justifying Zubaydah's lawful detention in this Factual Return, the Government relies only on statements Zubaydah made before his capture.

information about Zubaydah's Islamic extremist background before his capture. *Id.* In

particular, between Zubaydah's first arrival in Afghanistan in approximately early 1991, *e.g.*,

(Zubaydah Diary Vol. I at 28, 32-38), and his capture in March 2002, Zubaydah's diary entries

recount his continuing evolution as a dedicated terrorist, aspiration for martyrdom and hatred of

Israel and the United States. *See generally* (Zubaydah Diary Vols. I-VI).[3]

     21.    In the early 1990s, Zubaydah received extensive military training at numerous

terrorist training camps in Afghanistan, including Khaldan, Sada, al-Faruq, Jihad Wal, and al-

Sadiq.[4] *E.g.*, (Zubaydah Diary Vol. I at 39, 42, 66-68); (Zubaydah Diary Vol. II at 88-91,103,

105, 163); (Zubaydah Diary Vol. III Part 2 at 39, 60, 64, 70-71); (Zubaydah Diary Vol. III Part 1

---

[3] Although Zubaydah recorded detailed information in his diary, at times he indicated that
he could not reveal certain details to his diary in case the diary was ever read by other people.
*E.g.*, (Zubaydah Diary Vol. V at 18) (writing that he could not tell his diary about an issue
because the diary "might fall in[to] the hands of other people"); *see also* (Zubaydah Dairy Vol. II
at 118); (Zubaydah Diary Vol. IV at 92, 98-99, 115-17, 125).

[4] The Sada training camp served as a training facility for aspiring mujahideen from
around the world during the 1980s and early 1990s, most of whom were looking to join the war
against the Soviet Union in Afghanistan. ▮▮▮▮▮▮▮▮▮ many future
al-Qaida leaders cycled through the camp or acted as cadre. Sada, however, remained
operationally and organizationally independent of al-Qaida. Decl. of ▮▮▮▮▮ *Background
Declaration – Terrorist Training Camps* (Sept. 19, 2008) ("Training Camps Decl."). In the late
1980s or early 1990s, UBL and a close group of followers established an advisory council, which
divided military training into two parts, splitting general fighters from prospective al-Qaida
members. *Id.* The general fighters would go to Sada, and the prospective al-Qaida members
would go to a testing camp, with the best recruits chosen for membership in al-Qaida. *Id.* Al-
Faruq and Jihad Wal were al-Qaida testing camps opened by UBL in approximately 1990. *Id.*;
*see also* (244 FM 40 3/3/2004) (generally describing training at al-Faruq and Jihad Wal in the
late 1990s). Al-Faruq was al-Qaida's primary Afghan basic training camp, ▮▮▮▮▮▮▮▮
Training Camps Decl. at 2-3; *see also* (Zubaydah Diary Vol. II at 89). At least seven of the 9/11
hijackers trained at al-Faruq. *Id.* Al-Sadiq was also a training camp associated with UBL.

at 15, 31); *see generally* (Zubaydah Diary Vols. I-IV). This training included training on various

weapons (e.g., the Kalashnikov rifle, mortar gun, M16, RPG) and explosives. *E.g.*, (Zubaydah

Diary Vol. I at 38, 56, 64, 66); (Zubaydah Diary Vol. II at 88); (Zubaydah Diary Vol. III Part 2 at

66, 70); (Zubaydah Diary Vol. IV at 13); *see generally* (Zubaydah Diary Vols. I-IV). Zubaydah

knew that some of the camps were run by al-Qaida. (Zubaydah Diary Vol. II at 88, 91.)

22. For several months in 1991, Zubaydah served on the front lines in Afghanistan,

fighting on behalf of the mujahideen. (Zubaydah Diary Vol. I at 74-112); (Zubaydah Diary Vol.

II at 177-208).

23. While on the front lines, in approximately December 1991, shrapnel became

lodged in Zubaydah's skull. (Zubaydah Diary Vol. II at 172.) Following unconsciousness and

surgery, Zubaydah wrote in his diary that his speaking, reading and writing abilities were

impaired, and his ability to understand spoken language and some memory functions were

diminished. (Zubaydah Diary Vol. II at 170-173). Zubaydah described in his diary how he

regained much of his previous abilities, although he wrote that he suffered some residual

problems. *E.g.*, (Zubaydah Diary Vol. II at 168, 119, 107); (Zubaydah Diary Vol. III Part 2 at 66-

68); (Zubaydah Diary Vol. III Part 1 at 63).

24. During 1993, Zubaydah assisted the jihadist effort during the civil war in

Tajikistan by helping transport weapons from Afghanistan to Tajikistan, and by facilitating the

training of Tajiks at al-Faruq. (Zubaydah Diary Vol. III Part 2 at 5-9, 17-18, 38-39); *see*

*generally* (Zubaydah Diary Vol. III). Zubaydah performed administrative duties for the camp

---

(Ressam 302 5/29/01).

UNCLASSIFIED//FOR PUBLIC RELEASE

during this time, including readying the camp to receive hundreds of trainees and administering punishment. *E.g.*, (Zubaydah Diary Vol. III Part 2 at 5, 12-14, 18); (Zubaydah Diary Vol. III Part 1 at 34, 74, 76, 79); *see generally* (Zubaydah Diary Vol. III).

25.     In early 1994, Zubaydah made his way to Pakistan. *E.g.*, (Zubaydah Diary Vol. IV at 14.) Around this time, Zubaydah took over the guesthouse in Pakistan connected to the Khaldan training camp, a terrorist training camp in the Khowst Province in Afghanistan, and expended efforts to save the guesthouse and the camp from an "unnatural death." *E.g.* (Zubaydah Diary Vol. IV at 26, 30-31). Between approximately 1994 and 2000, Zubaydah facilitated the travel for and provided other assistance to recruits so they could receive terrorist training at the Khaldan camp; Zubaydah's primary role was operating the guesthouse in Pakistan that moved individuals into and out of Afghanistan for training at the Khaldan camp. *See generally* (Zubaydah Diary Vols. IV-V). Khaldan is discussed in detail *infra*.

26.     [REDACTED] Training Camps Decl. at 8; *see also* (Zubaydah Diary Vol. V at 10-11, 13). [REDACTED]

[REDACTED] Training Camps Decl. at 2-3, 8. Zubaydah went to Afghanistan and met with UBL on numerous occasions in 2000, including discussing Khaldan's closing and whether the mujahideen should unite under one person. (Zubaydah Diary Vol. V at 11, 13-14, 17). Khaldan never reopened.

27.     After Khaldan closed, Zubaydah continued to facilitate the movement of

mujahideen by engaging in passport fraud. (Zubaydah Diary Vol. V at 16-17). He also wrote in his diary in late 2000 that he wanted to dedicate his time to "two important issues": *first*, smuggling mujahideen who were specialists in remote-controlled explosives into Israel for operations; and, *second*, an issue he could not write in his diary because "this [diary] ... might fall in[to] the hands of other people." (Zubaydah Diary Vol. V at 18).

28.     After September 11, 2001 and until his capture in March 2002, Zubaydah joined enemy forces against the United States and Coalition forces ("Coalition forces"). He facilitated the retreat and escape of enemy forces out of Afghanistan. He also continued plotting attacks against the United States and other terrorist operations. Zubaydah's actions after September 11 are discussed in detail *infra*.

29.     Zubaydah was captured on March 28, 2002 during a raid of a safehouse in Faisalabad, Pakistan.

## ZUBAYDAH FACILITATED TRAVEL FOR AND PROVIDED OTHER ASSISTANCE TO RECRUITS TO ENABLE THEM TO OBTAIN TERRORIST TRAINING

30.     Between approximately 1994 and 2000, Zubaydah facilitated travel for and provided other assistance to recruits to enable them to obtain terrorist training at the Khaldan camp, a basic and advanced terrorist training camp in the Khowst Province of Afghanistan. Zubaydah's role as a terrorist facilitator is most clearly demonstrated by his operation of the guesthouse in Pakistan through which terrorist recruits moved into and out of Afghanistan to receive training at the Khaldan training camp. *See generally* (Zubaydah Diary Vols. IV-V); *see also* Training Camps Decl. at 7. Zubaydah stated in his diary in 1996 that when he took over the

guesthouse, "the work became integrated into one; the house means the camp, and the camp means the house." (Zubaydah Diary Vol. IV at 81.)

31.     The Khaldan training camp was not controlled by UBL, and was operationally and organizationally independent of al-Qaida. Training Camps Decl. at 7. According to Ressam, however, Zubaydah coordinated and cooperated with UBL in the conduct of training and trainee movements between their camps. (Ressam 302 5/22/2001).[5]

### Background on Ahmed Ressam

32.     On April 6, 2001, a jury convicted Ahmed Ressam on various terrorism-related charges based on his plan to bomb the Los Angeles International Airport (LAX) at the start of the millennium. Tr. of Ressam Re-Sentencing at 5-8, 12, *United States v. Ressam*, No. CR99-666JCC (Dec. 3, 2008) ("Tr. of Ressam Sentencing"). Ressam has provided detailed information about the aid he received from Zubaydah to arrive at and depart from the Khaldan training camp (including staying at Zubaydah's Pakistan guesthouse) where he studied for his terrorist operation. *See infra* ¶ 34.

a.     Ressam was arrested in December 1999 at Port Angeles, Washington, after arriving on a ferry from Victoria, British Columbia. *See* THE 9/11 COMMISSION REPORT 176-9;

---

[5] There are at least two examples of trainees being exchanged between the camps. First, Ressam describes how a member of his terrorist training cell at Khaldan was sent to one of UBL's camps while Ressam was there because he was selected for leadership training. (Ressam 302 5/24/2001). Next, when Mohamed al-'Owahali's (*see infra* ¶ 41.b.) Khaldan training was complete, he was given an audience with UBL "because of his good progression in the training." Tr. of FBI Special Agent Stephen Gaudin Trial Test. at 1997, *U.S. v. Bin Laden*, No. S(7) 98 Cr. 1023 (Jan. 8, 2001). Thereafter, Owahali took UBL's advice and obtained advanced additional training at al-Qaida's camps. *Id.* at 1997-98.

Ressam Trial Test. at 605-06. Among other things, Ressam had materials for making a bomb including explosive substances, materials for making explosives, and four sophisticated timing devices that Ressam manufactured himself in Canada. (Ressam Trial Test. at 575-76, 607, 615-17); (Ressam 302 5/10/2001); Training Camps Decl. at 6; Decl. of *Background Declaration – Casio F-91W Watch* (Sept. 19, 2008).

        b.     In June 2001, Ressam entered a cooperation agreement with the Government. (Ressam Cooperation Agmt.) Ressam provided highly detailed information to investigators and testified under oath about his training for, and participation in, Islamic extremist activity, of which his plot to bomb LAX was only a part. Ressam's criminal defense counsel was involved in his interactions with the Government throughout Ressam's cooperation.

        c.     On December 3, 2008, the United States District Court for the Western District of Washington re-sentenced Ressam to 22 years in prison and 5 years supervised release. Tr. of Ressam Sentencing at 41.[6] During the hearing, Ressam recanted all of his previous statements. *E.g., id.* at 10 ("I retract all. I repeat, all of the statements that I made in the past and do not want my word counted in my trial. So sentence me to life in prison or as you wish."). Ressam had previously sent letters notifying the United States Attorney's Office that he wanted to withdraw all of his statements and notifying the district court that he wanted to withdraw statements he had made against another suspect, Hassan Zamiry. (Letter from Ressam to Joe

---

    [6] For the reasons explained in the transcript of Ressam's sentencing, the Government opposed a downward departure. *See* Tr. of Ressam Sentencing. The Government has filed a notice of appeal. *United States v. Ressam*, No. CR99-666JCC (Dec. 30, 2008) (dkt. No. 428).

Bianco dated March 28, 2007); (Letter from Ressam to Judge John C. Coughenour dated
November 23, 2006). At Ressam's December 2008 re-sentencing, Judge Coughenour stated that
Ressam had provided valuable intelligence to law enforcement that assisted in the fight against
international terrorism. Based in part on this cooperation, Judge Coughenour granted a
significant downward departure from Ressam's advisory sentencing guideline range. *See* Tr. of
Ressam Sentencing.

### *Zubaydah Was The Facilitator For The Khaldan Training Camp, Working Primarily From The Guesthouse in Pakistan To Move Recruits Through Terrorist Training At The Khaldan Training Camp.*

33.    As described by Ressam and Zubaydah's own diary, Zubaydah was the key
facilitator for the Khaldan training camp. *E.g.*, (Zubaydah Diary Vols. IV-V); (Ressam 302
5/22/2001) (describing Zubaydah as "a facilitator"); (Ressam Trial Test. at 547); (Ressam
Deposition at 58). According to Ressam, Zubaydah was the "top guy" and was "in charge" for
moving persons who came to Pakistan/Afghanistan for training and for assisting with their
papers, money or providing safe harbor at a guesthouse. (Ressam Deposition at 58, 69); *see also*
(Ressam Trial Test. at 547); (Ressam 302 5/22/2001). Indeed, according to Ressam, Zubaydah
went so far as to employ an "artist" to do visa and passport stamp forgeries. (Ressam 302
8/3/2001). Zubaydah was also responsible for the Khaldan training camp expenses. (Ressam
Trial Test. at 547); *see also* (Ressam 302 8/3/2001); (Zubaydah Diary Vol. IV at 35, 74).[7]

---

[7] Ressam gave differing statements about whether he believed that Zubaydah was the
overall leader or "emir" of either the Khaldan training camp, the Derunta training camp, or both
camps. Regardless, he consistently indicated his understanding that Zubaydah was a significant
person with respect to at least the Khaldan training camp. (Ressam Deposition at 64, 69, 101,

UNCLASSIFIED//FOR PUBLIC RELEASE

34.     Ressam's own story of how he arrived at the Khaldan training camp from Canada
and subsequently returned to Canada is but one example of the primary facilitator role played by
Zubaydah.

        a.      A friend and jihadist who trained in Afghanistan arranged for Ressam to
meet Zubaydah. (Ressam Trial Test. at 546); (Ressam Deposition at 32-34, 42-43, 45-47);
(Ressam 302 5/16/2001); (Ressam 302 5/29/2001); (Ressam 302 11/28/2001). Ressam arrived
in Karachi, Pakistan in mid-March 1998 and called Zubaydah. (Ressam Trial Test. at 546);
(Ressam Deposition at 44-47); (Ressam 302 5/16/2001); (Ressam 302 5/29/2001).

        b.      Zubaydah instructed Ressam to find his way to Islamabad and to call him
again from there. (Ressam 302 5/29/2001); (Ressam Deposition at 46-47). In Islamabad,
Ressam stayed for one night with Zubaydah who then told Ressam to travel to Peshawar and to
meet another associate, Abu Jaffar. (Ressam Deposition at 48-49, 57); (Ressam 302 5/29/2001).
Zubaydah gave Ressam a letter of introduction to Khaldan. (Ressam Trial Test. at 547-48).

        c.      Ressam then traveled by bus to Peshawar and met with Abu Jaffar who
brought Ressam to Zubaydah's guesthouse. (Ressam Deposition at 49-50); (Ressam 302
5/29/2001).

        d.      Ressam stayed at the guesthouse for two to three weeks, growing his beard
and preparing to enter Afghanistan. (Ressam 302 5/29/2001).

---

105, 293); *see also* (Ressam Trial Test. at 547) (Ressam called Zubaydah the "person in charge"
of the camps); (Ressam 5/10/2001); (Ressam 302 5/23/2001); (Ressam 302 5/24/2001); (Ressam
302 11/29/2001).

e.    Some of the others that Ressam interacted with at the guesthouse included three Saudi men who had attended either the al-Faruq or al-Sidiq al-Qaida training camps. (Ressam 302 5/29/2001); *see also* (Ressam 302 6/12/2001).

f.    Ressam left the guesthouse and was guided through the mountains and into Afghanistan by an Afghani assistant of Zubaydah's. (Ressam Trial Test. at 547-48); (Ressam Deposition at 50-51, 53-54); (Ressam 302 5/29/2001). After traveling through the mountains to Afghanistan, Ressam stayed at another guesthouse operated by Zubaydah in Jalalabad. (Ressam Deposition at 54-55); (Ressam 302 5/29/2001).

g.    Ressam arrived at the Khaldan training camp in late April 1998. (Ressam Trial Test. at 548). He stayed there for approximately 5-6 months. (Ressam Trial Test. at 548).

h.    After training at Khaldan, in about September 1998, Ressam was also trained at the Derunta terrorist training camp. (Ressam Trial Test. at 554-55) (the Derunta camp is referred to in this part of the transcript as "Toronta"); (Ressam Deposition at 101, 104); (Ressam 302 5/29/2001) (Ressam explained that he was able to train at Derunta based on a letter provided by Zubaydah authorizing Ressam to take explosives manufacturing).[8]

i.    After Ressam's training, he returned to Zubaydah so Zubaydah could facilitate Ressam's return to Canada. (Ressam Trial Test. at 557); (Ressam 302 1/17/2002).

35.    Ressam discussed his planned operation with Zubaydah in "general terms" while Ressam was in Pakistan. (Ressam 302 1/19/2002). Ressam specifically informed Zubaydah that

---

[8] Ressam has indicated that it was Ben Sheikh who actually sent Ressam to Derunta. (Ressam 302 5/24/2001).

- 16 -

UNCLASSIFIED//FOR PUBLIC RELEASE

Ressam's target would be the United States, but he did not tell Zubaydah the exact target or date.[9] (Ressam 302 1/19/2002); (Ressam 302 5/22/2001). Zubaydah advised Ressam to proceed with any terrorist operation in the United States slowly and carefully. (Ressam 302 6/12/2001).

### Khaldan Training Camp Provided Terrorism Training Including Operational Planning

36.     Zubaydah's key facilitator role for the Khaldan camp substantially contributed to the terrorist recruits' ability to engage in Islamic extremist activity. *E.g.*, (Ressam 302 11/19/2002) (stating that the purpose of training at Khaldan was for jihad); Training Camps Decl. at 7 (noting that some Khaldan trainees ultimately became integral to al-Qaida training and operations following Operation Enduring Freedom in October 2001). According to Ressam, one of four options available to trainees after training was to travel to a "high profile" country, like the United States or United Kingdom, to plan a terrorist operation. (Ressam 302 6/12/2001).[10]

37.     The training, which lasted four to six months, included multi-week courses in weapons training (e.g., assault rifles, anti-tank grenade launchers), explosives training, military tactics (e.g., sabotage and assassinations), urban warfare and operation security. (Ressam Deposition at 66, 374-75); (Ressam Trial Test. at 548-52); (Ressam 302 5/29/2001); (Ressam 302 1/17/2002); (Ressam 302 6/13/2001); (Ressam 302 5/17/2001); (Ressam 302 5/10/2001); (Ressam 302 11/28/2001); Training Camps. Decl. at 7.

---

[9] During one interview, Ressam told interviewers that he did not tell Zubaydah that his cell was planning an attack in the United States. (Ressam 302 5/29/2001).

[10] Zubaydah himself harbored deep hatred for the United States, as well as Israel. *E.g.*, (Zubaydah Diary Vol. III Part 2 at 7); (Zubaydah Diary Vol. V at 16); (Zubaydah Diary Vol. VI at 20, 25-26, 36, 38-39).

UNCLASSIFIED//FOR PUBLIC RELEASE

38.    In addition, trainees learned by discussing past terrorist attacks (also known as "operations") both successful and not, and why those operations succeeded or failed.  (Ressam 302 5/29/2001).

39.    The tools for training – weapons – were obtained from the Taliban.  (Ressam Trial Test. at 549); (Ressam 302 5/29/2001).

40.    Khaldan had several regular instructors, but some others associated with al-Qaida and Egyptian Islamic Jihad (EIJ) also came and addressed trainees.  (Ressam Deposition at 65); (Ressam 302 5/22/2001); (Ressam 302 5/29/2001); *see also* Decl. of ▮▮▮▮▮▮▮ *Egyptian Islamic Group* (Oct. 17, 2008).  When instructing the recruits, the trainers indicated that viable targets were American interests anywhere in the world, but specifically included United States consulates, United States warships, hotels holding conferences of important individuals, barracks of United States military personnel, commercial/economic targets, petroleum targets, and information/technology centers.  (Ressam 302 5/10/2001).  At least one Khaldan instructor also strongly encouraged suicide missions. (Ressam 302 5/29/2001).

### The Khaldan Camp Trained Numerous Islamic Extremists

41.    Numerous Khaldan trainees have fought against the United States or engaged in acts of terrorism.  For example:

       a.    Khalid al-Mihdhar, the pilot of American Flight 77 which crashed into the Pentagon on September 11, 2001, trained at Khaldan in the mid-1990s. ▮▮▮▮▮▮▮

- 18 -

b.       Mohamed al-'Owahali was one of four individuals convicted of the al-Qaida bombings of the American Embassies in Kenya and Tanzania in August 1998, and sentenced to life in prison. *See In re Terrorist Bombings of U.S. Embassies in East Africa v. Odeh*, 549 F.3d 146 (2d Cir. 2008). The attacks killed approximately 200 people, including 12 American citizens, and injured some 5,000 more. 9/11 COMMISSION REPORT 70. Al-'Owahali trained at the Khaldan camp. Tr. of FBI Special Agent Stephen Gaudin Trial Test. at 1995-96, *U.S. v. Bin Laden*, No. S(7) 98 Cr. 1023 (Jan. 8, 2001).

c.       Current Guantanamo detainee Saad Muhammad Husayn Al Qahtani (ISN 200) served with the Taliban on the front lines during Operation Enduring Freedom. ISN 200 received some of his military training at the Khaldan camp. (IIR 6 034 0151 05); (IIR 6 034 0308 04); (IIR 6 034 0781 04); *see also* (ISN 200 SIR (March 10, 2005)).

d.       Mohammed Ahmad Ghulam Rabbani (also known as "Abu Badr") (ISN 1461) and his younger brother Abdul Raheem Ghulam Rabbani (also known as "Rahman") (ISN 1460) worked for Khalid Sheikh Muhummad and had significant contacts with and knowledge about al-Qaida leadership. The Rabbani brothers both told interrogators they trained for jihad at the Khaldan camp. (1460 SIR 10/5/2004) (ISN 1460 stated his older brother recruited him for jihad and he received weapons training on multiple weapons at the Khaldan camp before being kicked out); (1460 FM40 6/7/2004); (1461 FM40 6/4/2004) (ISN 1460 stated that he trained at the Khalden camp on two occasions, including training on weapons, mountain tactics, and urban warfare); (1461 FM40 6/10/2004); (1461 FM40 6/12/2004).

UNCLASSIFIED//FOR PUBLIC RELEASE

42. In addition, Khaldan training camp trained other Islamic extremists from numerous and varied extremist groups and nationalities, including al-Qaida, Egyptian Islamic Jihad (EIJ), Armed Islamic Group (GIA), Salafite Group for Preaching and Fighting (GSPC), Hamas, and Hizballah. (Ressam 302 5/22/2001) (al-Qaida members were present at Khaldan while Ressam was there training); (Ressam Trial Test. at 548); (Ressam 302 5/23/2001); (Ressam 302 5/29/2001); *see also* Decl. of                    *Background Declaration – Algerian Terrorist Groups*; Decl. of                    *Egyptian Islamic Group* (Oct. 17, 2008); Al-Qaida Background Decl. at 1 (al-Qaida merged with EIJ in 2001 and GSPC in 2006).

## BEFORE SEPTEMBER 11, 2001, ZUBAYDAH FACILITATED AT LEAST ONE LARGE FINANCIAL TRANSACTION FOR TERRORISM ACTIVITIES[11]

43. Zubaydah traveled to Afghanistan in 2001 carrying $50,000 for operations against Israel, and he planned on returning to Afghanistan for additional money for other jihad operations and operations against Israel. (Zubaydah Diary Vol. VI at 12).

---

[11] Before September 11, 2001, a committee of the United Nations Security Council had identified Zubaydah as an individual belonging to or associated with Al-Qaida. *See* The Consolidated List established and maintained by the 1267 Committee with respect to Al-Qaida, Usama bin Laden, and the Taliban and other individuals, groups, undertakings and entities associated with them, *available at* http://www.un.org/sc/committees/1267/consolist.shtml (Zubaydah, entry number QI.H.10.01, was listed on January 25, 2001). Shortly after September 11, 2001, Zubaydah was also listed in the Annex to Executive Order 13224, which blocked assets and prohibited transactions with certain entities and persons who support terrorism. Exec. Order No. 13224, 66 Fed. Reg. 49,079 (Sept. 25, 2001). Zubaydah remains a Specially Designated Global Terrorist as listed on the Treasury Department's Office of Foreign Assets Control list. See http://www.treas.gov/offices/enforcement/ofac/sdn.

UNCLASSIFIED//FOR PUBLIC RELEASE

■

## ZUBAYDAH WAS A CLOSE ASSOCIATE OF AND ACTIVELY SUPPORTED UBL

44.     Zubaydah closely associated with and actively supported UBL and al-Qaida. For

example, Zubaydah met with UBL on numerous occasions. (Zubaydah Diary Vol. V at 11, 17)

(identifying meetings in 2000); (Ressam 302 5/22/2001) (Zubaydah did not have to report to

anyone above him and he was an associate of UBL, equal to and not subordinate to UBL).[12]

Some of the meetings involved discussions about Khaldan's closing and whether the mujahideen

should unite under one person. (Zubaydah Diary Vol. V at 11, 17-18). Zubaydah, for example,

mentioned in his diary that he "met with Shaykh Bin Laden to resolve the case. Which case? Of

course, I did not tell you [the diary] about [it] …. The Shaykh [UBL] is proposing unity between

us and the other [illegible, crossed out] groups for some time now." *Id.* at 18; *see also*

(Zubaydah Diary Vol. IV at 92) (writing in his diary in August 1997 that UBL "re-submitted his

offer of unity to us[,] and the brothers inside requested me to deliberate the issue").

45.     Zubaydah coordinated and cooperated with UBL in the conduct of training and

trainee movements between their camps. (Ressam 302 5/22/2001).

---

[12]   Zubaydah knew where to find UBL even when UBL was in hiding. For example, one
of Zubaydah's meetings with UBL occurred in November 2000, shortly after the al-Qaida attack
on the USS COLE, and Zubaydah remarked that UBL was in an undisclosed location because of
the attack. (Zubaydah Diary Vol. V at 17). UBL was in Kandahar, Afghanistan when news of
the attack on the USS COLE arrived. (ISN 1457 FM 40 6/15/2004); (ISN 1461 FM 40
6/12/2004). According to ISN 1457, everyone – including UBL and his security detail –
evacuated Kandahar and fled to Kabul, Afghanistan because they feared retaliation for the attack.
(ISN 1457 FM 40 6/15/2004); (ISN 1457 FM 40 9/28/2004); (ISN 1453 SIR 10/1/2004). They
believed that the United States would retaliate because of the United States' previous reactions to
the 1998 bombings of the embassies in Kenya and Tanzania. (ISN 1457 FM 40 9/28/2004).

■

46.     After the September 11 attacks, Zubaydah made a propaganda video that was

seized from his personal briefcase at the time of his capture. (FM40 20081212); (AZ Video).

The video plays for approximately thirty minutes, and includes different outtakes of propaganda

speeches by Zubaydah. (AZ Video); (AZ Video Translation). Zubaydah states that, "[a]s for our

relationship with [UBL], he is our [S]heikh and our Emir, our example, may God reward him

well." AZ Video Translation. He also states that "We and the [S]heikh are one. We have been

working together for almost 10 years, but we were hoping to keep this work secret ... hidden."

*Id.* With respect to various well-known terrorist operations connected to al-Qaida such as the

1998 United States Embassy bombings, 2000 USS COLE bombing, and September 11 attacks,

Zubaydah also states: "Regarding the question ... concerning our relationship with the[se]

terrorist operations .... I hereby say that this accusation is an honor for us and a pride for us for

God was with us, and if we had not participated by money, reconnaissance, by individuals or by

ideas, then we ask God to forgive us." *Id.*; *see also id.* (stating that "God commanded us to do

[terrorist operations]"). Indeed, Zubaydah states that "I am one who supports [these operations]

wholeheartedly[,] [b]ut as to our participation in them, this is a matter between us and God." *Id.*

47.     In February 2002, Zubaydah, while denying that he was technically a member of

al-Qaida, expressed unity with its purpose: "[The enemies of God's] problem is in Islam itself.[]

In the doctrine of Islam and Jihad, and if they kill Bin Ladin, or kill me, (and I resent myself), or

destroyed Al-Qa'ida and all the Mujahidin now, the cause will not end." (Zubaydah Diary Vol.

VI at 86).

UNCLASSIFIED//FOR PUBLIC RELEASE

48.    Abu Kamil al-Suri, a close associate of Zubaydah who traveled with Zubaydah at least during part of the time from approximately January 2002 until Zubaydah's capture, wrote in his diary approximately two days before Zubaydah's capture that "Sayf al-Adl and Abu Muhammad al-Masri and those with them are trying to take over [Zubaydah's group], especially [Zubaydah], and benefit from us and lead us to join [UBL]. [Zubaydah] told me that if anything happened to him, we should join [Adl] to be under his wing and that of al-Qa'ida." (Al-Suri Diary                          ). And Zubaydah wrote in his diary on approximately January 1, 2002 that "the group that remains with [UBL] does not exceed six, and they are all well in a very safe location, thank God[,]" which indicates that Zubaydah had knowledge of UBL's whereabouts and entourage after the Battle of Tora Bora. (Zubaydah Diary Vol. VI at 68).[13]  *See also supra* at n. 12.

---

[13]  Zubaydah did not have a singular affiliation to any specific terrorist group. *See, e.g.,* (Ressam 302 5/22/2001). He has repeatedly denied that he was a "member" of al-Qaida, which appears to be based on the fact that he never pledged *bayat* (oath of allegiance) to UBL. *E.g.,*                       (Zubaydah Diary Vol. VI at 82, 85-86); (April 2007 10016 LHM at 5) (stating that one has to swear *bayat* to UBL to become a member of al-Qaida).

For example, Zubaydah wrote in his diary in 1998 that UBL had declared jihad against the United States, but he did not have "any [further] information except what the Americans report in the newspapers.[]" (Zubaydah Diary Vol. IV at 111). In February 2002, Zubaydah wrote in his diary that he "hope[d]" the news organizations knew that "I am not even a member of al-Qaida," but less than a week later he made clear that he was "with [al-Qaida] in Ideology and body, etc." (Zubaydah Diary Vol. VI at 82, 85-86). Zubaydah has also stated that, in 1993, he submitted the requisite paperwork to join al-Qaida and pledge *bayat*, but his application had been rejected.                       *see also* (Zubaydah Diary Vol. III Part 1 at 15) (writing in his diary in 1993 that he was "thinking of joining" al-Qaida, and he "might present my desire to the officials there"). And in early 2000, commenting on news reports that he was in charge of communications and foreign relations for UBL, Zubaydah wrote "[I don't know who told them



a.    According to his diary, Kamil al-Suri traveled to Afghanistan on October

28, 1999 through the Torkum Gate (a crossing point between Peshawar, Pakistan and Jalalabad,

Afghanistan), and did not return to Pakistan until he crossed the Afghanistan/Pakistan border

with Zubaydah around January 24, 2002. (Al-Suri Diary

). Al-Suri refers to Zubaydah throughout his diary as "my friend" and by his

well-known alias "Tariq," (Al-Suri Diary

And

like Zubaydah, al-Suri maintained a deep hatred for the United States. (Al-Suri Diary

) (noting that he wanted to "satisfy my desire to kill American men,

women and children.").

---

th[is] wrong information; there is no relation between us and [UBL] except Brotherhood in God]." But this sentence was between brackets and crossed out. (Zubaydah Diary Vol. V at 9).

The Government provides the information in this footnote as background solely to make clear its position. Specifically, the Government does not assert for purposes of establishing Zubaydah's lawful detention in this Factual Return that Zubaydah swore *bayat* to UBL. Rather, irrespective of whether Zubaydah swore *bayat* to UBL, he was clearly "part of" and "substantially supported" al-Qaida and associated forces based on, at a minimum, the materials submitted with this Factual Return.

b.

## AFTER SEPTEMBER 11, 2001, ZUBAYDAH ACTIVELY ASSOCIATED HIMSELF WITH ENEMY FORCES AND DIRECTLY AIDED ENEMY FORCES IN HOSTILITIES AGAINST COALITION FORCES

49.     In response to the September 11, 2001 attacks, Zubaydah wrote that, "[as] for the

inside, happiness was not enough, as soon as the news came out on the radio, lambs were

slaughtered, and juice and sweets were distributed for several days, and then, preparations started

for the counter attack." (Zubaydah Diary Vol. VI at 14); *see also id.* ("we were in a state of

elation that only God knows"); AZ Video; AZ Video Translation at 1-3 (calling the September

11 attacks the "magnificent operation on the island of Manhattan in New York [and]

Washington").

50.     After September 11, Zubaydah unequivocally associated himself with enemy

forces and participated in hostilities against Coalition forces. Within weeks of the September 11

attacks, Zubaydah wrote in his diary that he was in Khowst, Afghanistan working in UBL's

military and security plan to confront an American counterattack. (Zubaydah Diary Vol. VI at

15); *see also* (Map). Zubaydah described that the "[w]ork is at its highest degree, buying

weapons, arming those without a weapon, storing weapons, preparing locations and lines of confrontation, and preparing ambushes." *Id.* He further noted that, while those outside of Afghanistan were "at the peak of anger, fear, and preparation," those inside Afghanistan were "preparing our matters calmly, with loud laughs from time to time." *Id.*

51. By November 2001, Zubaydah had relocated to Kandahar, Afghanistan. (Zubaydah Diary Vol. VI at 27); *see also* (Map). As in Khowst, Zubaydah participated in defensive preparations. He observed that "[w]e are still at the same center (collecting weapons and then distributing), and the brothers are distributers [sic]," and that "[w]e have nothing else other than preparation as much as possible, then patience, and God will make his servants victorious." *Id.* at 30. On two separate occasions, he wrote about serving in a security position. *See id.* at 42 (writing on approximately November 14, 2001 that he "went out on a security patrol around the city, until dawn, inside a vehicle"); *id.* at 47 (writing on approximately November 19, 2001 that "we almost finished our long guard duty, from dinner until midnight, getting ready to surrender guard duties to those after us, so we heard the sound of the airplanes, did not stop guarding, and continued with the other group.").

52. In early November 2001, Zubaydah stated that he "had decided not to leave [Kandahar,] Afghanistan now, while we were in a war environment[,]" and that "God might grant us martyrdom." *Id.* at 29. Several days later on approximately November 13, 2001, while "awaiting the American enemy and whoever is allied with it," Zubaydah wrote that "I wish for martyrdom, even though I do not want the Americans to rejoice, by killing one of the Mujahidin.[]" *Id.* at 36, 39. And, Zubaydah wrote, "I wished to see America's fall and

UNCLASSIFIED//FOR PUBLIC RELEASE

destruction, and the destruction of the State of Israel, and I wished to torture and kill them myself with a knife." *Id.* at 36; *see also id.* at 38 ("God is my witness that I want to fight and quench my thirst from [all of the enemies of God], especially the Americans and the Jews at the time being.[]"). Indeed, Zubaydah made clear in his diary that he was part of the forces fighting Coalition forces. *Id.* at 64 (expressing that he felt "sad" for Afghanis who were killed in the Coalition invasion, but not those "amongst us" because the fighters – including Zubaydah – were "ready [to die], and we came for nothing but that, and we are expecting that.").

53.     In addition to Zubaydah, numerous other well-known terrorists were present in Kandahar in November 2001, including Adl, Abu Hafs al-Masri, Abu Mus'ab al-Zarqawi, and Khalid Sheikh Mohammed. (Zubaydah Diary Vol. VI at 42, 51);

a.     Abu Hafs al-Masri ("Abu Hafs") was a senior al-Qaida military commander who participated in planning the September 11 attacks. Zubaydah described Abu Hafs as "the commander" and "the second man in [the] Al-Qa'ida Organization[.]" *Id.* at 42; Training Camps Decl. at 4. Abu Hafs was killed in Kandahar in November 2001 by an American bombing. Zubaydah, who was in Kandahar at the time, wrote that Abu Hafs was "killed along with a number of our brothers," and his death "devastated us[.]" (Zubaydah Diary Vol. VI at 42-

14.

44); ████████████████████████████████████████

(Zubaydah Diary Vol. VI at 51).

        b.    Abu Mus'ab al-Zarqawi ("Zarqawi") relocated to Iraq after the Coalition

invasion of Afghanistan where he became emir of al-Qaida in Iraq. *See* Al-Qaida Background

Decl. at 2. He was killed during an American bombing mission in 2006. *See* Zarqawi killed in

air strike, *available at*

http://dr15.ahp.dr1.us.army.mil/index.php?option=com_content&task=view&id=344<emid=130.

        c.    Khalid Sheikh Mohammed, commonly referred to as Mukhtar or KSM, is

a high-level al-Qaida leader currently detained at Guantanamo Bay and has been charged with,

among other things, attacking civilians, terrorism, and murder. In December 2008, he indicated

his desire to plead guilty to having had a role in planning the September 11 attacks. In a recent

filing in his military commission's case, KSM (along with four others) stated that "killing

[Americans] and fighting [Americans], destroying [Americans] and terrorizing [Americans] ...

are all considered to be great legitimate duty in our religion." (The Islamic Response To The

Government's Nine Accusations).

    54.    While in Kandahar, Zubaydah heard rumors that the Taliban would surrender the

city, which undermined the morale of the forces on the front lines and in security protection

groups for Kandahar. (Zubaydah Diary Vol. VI at 51-52, 54-55, 58, 62); ████████████

████████ The leader of the Taliban, Mullah Omar, denied the rumors. (Zubaydah Diary Vol. VI

at 55). Several terrorists, including Adl and Zubaydah, attended a meeting in late November with

---

[15] Abu Hafs was also known as Muhammed Atif. Training Camps Decl. at 4.

representatives from the Taliban to discuss the situation. (Zubaydah Diary Vol. VI at 51-52, 58);

Ultimately, the Taliban decided to withdraw. (Zubaydah Diary Vol. VI at 51-52, 61);

55.     Zubaydah was very angry about the Taliban's decision because the Taliban's sudden withdrawal caused many deaths among the mujahideen. (Zubaydah Diary Vol. VI at 58). Zubaydah made clear that he and the other mujahideen were prepared to "fight until the last one," "[b]ut the Taliban's shameful behavior truly put us in [an] embarrassing situation.[] And we were compelled to leave the city." (Zubaydah Diary Vol. VI at 59); *see also id.* at 61 ("We have no choice but to fight, or flee, for those who want to flee, and nobody wants to flee. There is no choice, except fighting, but even this, the students [Taliban] might not give us the chance to do so.[]"); *id.* at 73 ("The people were crying when we left Kandahar, because we were the only ones who were ready to die for the sake of keeping it safe and rule by the Shari'a.").[16]

56.     To Zubadyah, the problem with the Taliban's withdrawal in part stemmed from the fact that Zubaydah and the other enemy forces only had two days to evacuate, which was not enough time to "evacuate all the Arabs from the city" let alone the "Arabs" from the "front lines." (Zubaydah Diary Vol. VI) at 61; *see also id.* at 62 (observing that "only our brothers are at the front lines"); *id.* at 72-73 ("The people know that we [the mujahideen] alone were at the front and secondary lines ... in Kandahar.").

---

[16]

57.   Around approximately December 7, 2001, the enemy forces fled Kandahar. *See* (Zubaydah Diary Vol. VI at 56-58, 61);

*see also* (Zubaydah Diary Vol. VI at 61) (writing that, since approximately December 8, 2001, "we are in a location near the mountains of Khost"); *see also* (Map).[17]

**ZUBAYDAH FACILITATED THE RETREAT AND
ESCAPE OF ENEMY FORCES FROM AFGHANISTAN**

58.   After the fall of Kandahar, Zubaydah switched from participating in hostilities to fleeing from Afghanistan with other mujahideen. He played an important role in facilitating the retreat and escape of enemy forces.

59.   Zubaydah wrote in his diary on approximately December 8, 2001 that, after the withdrawal from Kandahar, his "role was to quickly send a certain number within my capability to (Iran), through smuggling" without Iran's knowledge. (Zubaydah Diary Vol. VI at 62).

60.   In addition, Zubaydah wrote extensively about his efforts to facilitate the retreat and escape of enemy forces out of Afghanistan and into Pakistan. *E.g.* (Zubaydah Vol. VI at 61-63) (Dec. 8, 2001 entry); *id.* at 69-71 (Jan. 1, 4 and 8, 2002 entries); *id* at 74 (Jan. 19 and 20, 2002 entries); *id.* at 77-78 (Jan. 27 and 28, 2002 entries). For example, on approximately January 8, 2002, Zubaydah wrote about his facilitation efforts over the previous month:

> The issue of smuggling the brothers outside Afghanistan is still continuing, with God's grace, through [illegible] many roads, under my supervision, and with the support of a lot of loyal Pakistanis and Afghans, may God reward them with

----

17

goodness. And maybe since about a month, we are in this project, and a lot have exited without problems, thank God.

We have arranged with the Pakistani and Afghan Mujahidin brothers, in order to take them in Pakistani cities, and then send out those who want to travel, and arrange with other brothers for those who want to go for foreign operations, and a specialized group might remain in Afghanistan, in special, hidden locations, in order to support any movement by the students [Taliban] or the loyal ones.[]

....

In the recent past (measured by years), I used to wangle in order to bring or smuggle the brothers into Afghanistan, by all means, even with women's clothes, for the blacks and blondes, or those whose faces are not similar to the faces of the Afghans. And today, I wangle to bring them out of Afghanistan, all of Afghanistan, and by all means....

(Zubaydah Diary Vol. VI at 71); *see also id.* at 69 (diary entry from January 1, 2002 in which Zubaydah states that "as I am sneaking the rest of the brothers and families out, I will be following them out of Afghanistan, in order to keep them safe, and then I will proceed to my work, as my zeal and insistence to work has increased"). And he wrote on approximately January 4, 2002 about where much of his facilitating the retreat and escape of enemy forces took place: "I arrived to Barmal [Afghanistan] again.[] I [] had traveled to Miram Shah [Pakistan] and Bannu [Pakistan] to make sure of the movement there, smuggling." (Zubaydah Diary Vol. VI at 70); *see also* (Map). Zubaydah was so dedicated to smuggling enemy forces to safety that he told a companion in late January that "he has to stay behind to ensure that all the brothers have successfully withdrawn from the battlefield," and that he "will be the last person to leave because this is the law and no military, legal-or jurisprudence action can change it." (Al-Suri Diary ▇▇▇

▇▇▇▇▇▇).

61.     In late January 2002, Zubaydah was also involved in arranging a ransom for the release of two groups of mujahideen (one group consisted of 17 mujahideen and the other consisted of 37 mujahideen) captured by Pakistani or Afghani tribal members. (Zubaydah Diary Vol. VI at 77, 79-80); (Al-Suri Diary █████████████████).

62.     By the end of February 2002, Zubaydah had relocated to Lahore, Pakistan, and by late March 2002, he relocated to Faisalabad, Pakistan. (Zubaydah Diary Vol. VI at 83, 94). During this time, Zubaydah moved from safehouse to safehouse with different groups. *E.g.*, (Zubaydah Diary Vol. VI at 83-84, 88, 94); (Al-Suri Diary █████████████████

████████████ (discussing movement between various houses); ██████████

████████████████████████████████████████

████████████ Decl. of █████████ *Background Declaration – Lashkar-e-Tayyiba*

(Sept. 29, 2008) ████████████████████████████

████████████████████████████████████████

████████

## ZUBAYDAH WAS CAPTURED HARBORING SEVERAL TERRORISTS WHO ACTIVELY SUPPORTED AL-QAIDA, THE TALIBAN, OR ASSOCIATED FORCES, AND WHO WERE TO FORM A FUTURE TERRORIST CELL

63.     On March 28, 2002, Zubaydah was captured in Faisalabad.

64.     Many of those residing at the safehouse where Zubaydah was captured had actively supported al-Qaida, the Taliban, or associated forces. For example, the following individuals were residing at the safehouse:

- 32 -

a.                                        also known as        is Saudi Arabian
and admits that he is a terrorist and has vowed that if he is ever released from Guantanamo he
would immediately return to Afghanistan to fight the United States.        302 8/6/2002);
302 9/11/2002); (1458 FM40 7/28/2004); (1458 FM 40 7/27/2004). Al-Quhtani is currently
detained at Guantanamo, and has a pending habeas petition. *Al-Quhtani v. Obama*, Civil Action
No. 05-2837 (D.D.C.).

     i.    With al-Qaida's assistance,        traveled to Afghanistan
after the September 11 attacks to fight the United States and the Northern Alliance.        302
8/6/2002);        302 9/11/2002); (IIR 6 034 1399 04).        admits that he received
military training near Kabul, which included instruction in the use of Kalashnikovs and PK rifles,
RPG launchers, pistols, and hand grenades.        302 8/6/2002);        302 9/11/2002);        302
12/12/2002); (696 MFR 4/24/2003); (696 MFR 4/25/2003). After completing his training, he
went to the front to fight the Northern Alliance.        302 9/15/2002);        302 12/12/2002). He
then retreated to the Saber mountains.        302 12/12/2002); (696 MFR 4/25/2003).

     ii.    Subsequently, al-Quhtani stayed at a madrassa in Barmel,
Afghanistan, where he met with Abd al-Hadi al-Iraqi and Zubaydah. Hadi al-Iraqi had tasked
Zubaydah with finding recruits to send to Hadi al-Iraqi in Afghanistan, where the recruits would
train others on how to build improvised explosive devices (IEDs) for attacks on Coalition forces.
To that end, Hadi al-Iraqi and Zubaydah met with al-Quhtani, Binyam Ahmed Muhammed (ISN
1458), and Ghassan al-Sharbi (ISN 682) at the madrassa in Barmel, where they were chosen to
participate in the IED plot. Training Camps Decl. at 8; (1458 FM40 7/27/2004); (1458 FM40



7/28/2004); (1458 FM40 7/31/2004); (Al-Suri Diary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮).[18]   ▮▮▮▮▮▮ then crossed the border into Pakistan, where he travelled to Lahore and

then finally to Faisalabad. ▮▮▮ 302 9/11/2002); ▮▮▮302 12/12/2002); (696 MFR 4/25/2003);

(696 MFR 4/28/2003); (IIR 6 034 1126 03); (Al-Suri Diary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮). ▮▮▮▮▮▮ admits that, while he was at the safehouse where he was captured,

Zubaydah tasked him with constructing circuit boards, which were to be used as timing devices

in bombs to be deployed against Coalition forces in Afghanistan. ▮▮▮▮▮▮▮▮▮; *see also*

(Al-Suri Diary ▮▮▮▮▮▮▮▮▮▮▮▮▮ (stating that ▮▮▮▮ identified by his alias

▮▮▮▮ and al-Sharbi, identified by his alias Abdullah al-Muslim, were "undergoing training …

on electronics" and would leave to go back to Afghanistan to work with "explosives and

electronic[s]" for "operations against the Americans" with the "brothers").[19]

---

[18] Al-Quhtani has claimed that he met Zubaydah in Pakistan instead of Afghanistan. According to al-Quhtani, a man named Solomon told him to go to see Zubaydah, whom he referred to as "Doud," in Faisalabad, Pakistan, to have his passport fixed. Al-Quhtani stated that he traveled to the safehouse in Faisalabad, where he met Zubaydah and waited for him to fix his passport. (696 MFR 4/28/2003); (IIR 6 034 1126 03); ▮▮▮302 9/11/2002). Al-Suri, however, wrote in his diary that ▮▮▮▮▮ was part of Zubaydah's group traveling to Faisalabad since as early as February 7, 2002. *E.g.*, (Al-Suri Diary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). ▮▮▮▮▮▮ has also claimed that he knew of no linkage between Zubaydah and any terrorist group. ▮▮▮▮
▮▮▮▮▮▮

[19] ISN ▮▮▮ has told different stories at different times, including in some interviews denying that he went to Afghanistan for training or that he was a bomb-maker; he also claimed that he first learned of the presence of electronics at the safehouse in Faisalabad when attempting to escape from being captured. ▮▮▮302 9/11/2002); ▮▮▮302 12/12/2002); ▮▮▮302 5/13/2003); (IIR 6 034 1399 04); (IIR 6 034 1126 03); (IIR 6 034 1226 03).

▮▮▮▮▮▮

iii.     Hadi al-Iraqi ran three al-Qaida guesthouses in Kabul, which were financed by both al-Qaida and the Taliban and used by al-Qaida members. Guesthouses Decl. He was also an al-Qaida military commander who worked for the Taliban. *E.g.*, (753 SIR 12/8/2003); (753 FM 40 Sept. 10, 2003);     302 8/11/2003);     302 7/30/2003); (753 SIR 5/21/2003);     302 1/8/2003);     302 1/6/2003); (IIR 6 034 0355 04); *see also* (Al-Suri Diary                          ). For example, Hadi al-Iraqi was deputy commander of the 22nd Division, which received all of its funding and logistical support from the Taliban, was composed of all non-al-Qaida foreigners, and, at its peak, included over 1,000 soldiers. (753 SIR 12/8/2003); (753 FM 40 Sept. 10, 2003);     302 7/30/2003); (753 SIR 5/21/2003) Hadi al-Iraqi was also the accountant in charge of al-Qaida funding for the Northern Kabul region,     302 11/4/2002), and he helped fund operations against Coalition forces. (753 FM 40 Sept. 10, 2003);     302 8/11/2003);     302 1/2/2003);     302 10/29/2002). Hadi al-Iraqi is currently detained at Guantanamo.

b.     Barhoumi Sufyian (ISN 694) is an Algerian national, who is also known as Abu Ubaydah. (1458 FM 40 7/28/2004); (IIR 6 034 0200 05); (IIR 6 034 0286 05). Sufyian is currently detained at Guantanamo, and has a pending habeas petition. *Berhoumi v. Obama*, Civil Action No. 05-1506 (D.D.C.).

i.     In 1999, Ubaydah received terrorist training at Khaldan camp and at other camps near Jalalabad, Afghanistan, where he trained in weapons, military tactics, and a variety of land mines. Training Camps Decl. at 6-7; (IIR 6 034 0200 05); (IIR 6 034 0286 05); (694 ARB Testimony (January 2008)). Subsequently, he trained other terrorists at a camp

outside Jalalabad for six or seven months during the winter of 2000-2001. Training Camps Decl. at 6; (IIR 6 034 0286 05). After the Coalition invasion in October 2001, Ubaydah fled Afghanistan to Pakistan on foot through the mountains. (IIR 6 034 0286 05); (694 ARB Testimony (January 2008)). He ultimately arrived and took up residence at the safehouse where he was captured. ▆ 302 11/5/2002); *see also* (Al-Suri Diary ▆).

       ii.     As the resident explosives expert, he was chosen to provide explosives and electronic detonation training to others at the safehouse, including ISN 1458, ISN 682 and ISN 696.[20] Training Camps Decl. at 6-7; (1458 FM40 7/27/2004); (1458 FM40 7/28/2004); (Al-Suri Diary ▆). When he was captured, Ubaydah had a Casio watch, model F-91W, in his possession, ▆

▆ Decl. of ▆ *Background Declaration* – Casio F-91W Watch; (FBI/ITD, Casio Watch 18 Stage Intervalometer Eletronic Analysis Report); (694 Pocket Litter Record 6/18/2002); (694 F-91W Watch).

       c.     ▆ is Saudi Arabian, has two engineering degrees, and knows UBL personally. ▆ 302 6/18/2002); ▆ 302 10/19/2002); ▆ 302 10/21/2002); ▆ 302 1/10/2003). Al-Sharbi is currently detained at Guantanamo. His habeas petition was dismissed on March 16, 2009 at his request. *Al-Sharbi v. Obama*, Civil Action No. 05-2348 (D.D.C.).

---

[20] Ubaydah has denied having experience with, or being an expert in, explosives. (694 ARB Testimony (January 2008)).



    i.     After September 11, 2001, al-Sharbi was in a madrassa in Barmel, Afghanistan, where he met Zubaydah and was chosen to participate in the IED plot. (1458 FM40 7/27/2004); (1458 FM40 7/28/2004); *see also* (Al-Suri Diary ████████████████)[21]

    ii.    During his detention, al-Sharbi has unequivocally proclaimed that he has taken up arms against, and is an enemy of, the United States. (April 27, 2006 Tr. Of Military Commissions Hearing); (March 6, 2009 Tr. Of Hearing Before Judge Sullivan).

    d.    Noor Uthman Muhamed (ISN 707) is Sudanese and lived and worked at the Khaldan training camp from approximately 1994 until it closed in 2000.[22] (707 302 11/21/2002); (707 302 10/15/2002); (IIR 6 034 0657 02); (IIR 6 034 0694 02); ████████████ Muhamed is currently detained at Guantanamo, and has a pending habeas petition. *Halmandy v. Obama*, Civil Action No. 05-2385 (D.D.C.).

    i.    Muhamed received training on weapons, artillery, and mountain warfare, and became a weapons instructor at Khaldan, where he trained hundreds of recruits on the use of small arms, RPGs, mortars, and artillery. (IIR 6 034 0657 02); (IIR 6 034 0694 02);

---

[21] ██████ has denied having a close connection to Zubaydah. ████ 302 6/18/2002). He has also claimed that the only reason he traveled to Pakistan and resided at the safehouse in Faisalabad was to explore the possibility of getting a master's degree at a Pakistani university. ████ 302 4/15/2003); (IIR 6 034 0978 03).

[22] Muhamed was also known as Abu al-Hareth, Ikrima, and Farouq al-Kamari. (IIR 6 034 0657 02). During his CSRT, he stated that Zubaydah was the "second man in charge" of the Khaldan camp. (ISN 707 CSRT Stmt.).

███████

[23] Muhamed later became the on-site director (or "emir") of the Khalden training camp. ███ 302 3/2/2002); (371 FM40 6/30/2004); (IIR 6 034 0869 04).

     ii.     When it was time to close Khaldan, Muhamed met with Zubaydah and others to discuss its closure. (707 302 11/21/2002); (IIR 6 034 0694 02); (IIR 6 034 0657 02). After Khaldan closed, Muhamed claims he went to Kabul, where he had frequent contact with Zubaydah. (IIR 6 034 0657 02).[24] Muhamed claims that he left Kabul shortly before it was liberated by the Northern Alliance in November 2001. *Id.*

     iii.     Although he claims his service was involuntary, Muhamed was a Taliban commander who retreated from Kabul to Khowst, then to Zormat, and then to Barmel (all locations in Afghanistan).[25] After two weeks in Barmel, Muhamed and others traveled across the Pakistani border at night to Bannu, Pakistan, where Zubaydah was waiting for them with transportation. (707 MFR 8/29/2002); (IIR 6 034 0822 04); (IIR 6 034 0827 04); (IIR 6 034 0657 02); (IIR 6 034 0827 04); *see also* (Map). From Bannu, the group traveled to Lahore and then to the safehouse in Faisalabad. (IIR 6 034 0657 02); (IIR 6 034 0755 02); (IIR 6 034 0827

---

    [23] At times Muhamed has sought to minimize his role as a trainer and even to claim he was assigned supply, not training, duties. (707 302 11/21/2002); (IIR 6 034 0694 02); (707 CSRT Stmt.). And, at other times, he has denied being an al-Qaida or Taliban member or that he even knew any such people because he was just a nomad. (707 302 2/9/2003); (707 MFR 1/17/2003); (707 CSRT Stmt.).

[24] ████████████████████████████████████████████████ Moreover, at times, Muhamed has claimed that he met Zubaydah only once, (707 CSRT Stmt.), or twice, (707 302 11/21/2002).

    [25] In another account, Muhamed denied being a Taliban commander. (707 CSRT Stmt.).

███████

UNCLASSIFIED//FOR PUBLIC RELEASE

04). While at the Faisalabad safehouse, Muhamed observed people coming to the house to pick up their passports and other travel documents, which Zubaydah handled for them at the safehouse. (IIR 6 034 0755 02).[26]

65.     The inhabitants of the Faisalabad safehouse where Zubaydah was captured were to play a special role in Zubaydah's future as explained in his own words. In early January 2002, Zubaydah wrote in his diary that, even though he was going to be delayed for a while in Pakistan until "the issue of the travelers is done," the "future program" for him and Zubaydah's group would be to create a cell in Iran "and meet the group which will work in Palestine, without the knowledge of the Iranian government." (Zubaydah Diary Vol. VI at 70); *see also id.* at 79 (entry from late January 2002 in which Zubaydah notes that he "should have met some brothers in Iran, in order to work against the Jews in Palestine.[] But, I did not go.[]"). He was more general in an entry from mid-January 2002: "With me are some brothers, some of them were instructors at Khald[an] Camp, and I chose some of them myself, and some were moved by their circumstances to follow me .... A lot of ideas and projects, and we ask God for success." (Zubaydah Diary Vol. VI at 76).

66.     In February 2002, Zubaydah wrote that he saw himself as "Noah," creating a cell for his "future work":

> I have chosen some brothers, cadres, for the military matters, especially explosives (making it), and detonation from a distance (remote control).[]

---

[26] At another time, Muhamed said he was unaware of Zubaydah's connections in Pakistan regarding obtaining visas and arranging for accommodations for Arabs traveling through Pakistan. (707 FM40 11/29/2002).

UNCLASSIFIED//FOR PUBLIC RELEASE

I took them with me, away from the flood, one or two individuals from each military science, just like Noah, peace be upon him, did, two pairs from each being.[] And instructor or two from each military subject, they are the nucleus of my future work, and I am starting from zero, I would not say another time, maybe it is the tenth.[]

I took them out of the flood in the rescue ship, and I kept them with me.[] And I am now preparing a safe location for us, so that we can start, and God is sought for assistance.[]

(Zubaydah Diary Vol. VI at 85).

67.    Al-Suri confirms Zubaydah's long-term plan. In February 2002, al-Suri noted that Zubaydah was trying to find a location to house "the entire group," where that group "could work on our small projects until we leave Pakistan to where we could work on our main projects and kill the enemies of God." (Al-Suri Diary                              ). In March 2002, al-Suri wrote that "Work is underway in electronics, computer, internet and English language as well as preparing and training people (cadres) for martyrdom operations and to destroy America soon," and "[t]he day will come when I will offer my soul for him inside America or Palestine." (Al-Suri Diary                         ;                              (entry from early March 2002 in which al-Suri states that Zubaydah "announced to us that soon our program will begin (specializing in electronics, English language, computer and internet)."); ("Our group thus far, the one that [Zubaydah] dreamt of, is made [up] of cadres, commanders, cells (individual cells since they are members) (special Islamic viruses to the world)."). Two days before Zubaydah's capture, al-Suri wrote the names of 15 individuals he considered part of Zubaydah's core group. (Al-Suri Diary                          ).

UNCLASSIFIED//FOR PUBLIC RELEASE

68.     As stated above, at least two of those with Zubaydah's group were sent to him by
Hadi al-Iraqi for "training at this time on electronics by Ubaydah al-Jaza'iri" (ISN 694).  (Al-Suri
Diary ███████████████████).  After completing the training provided by Zubaydah,
they would "leave us to go inside (Afghanistan) and to work with explosives and electronic –
illegible – for the brothers inside.  The brothers will depend on both of them in the future for
operations against the Americans inside of Afghanistan."  Id.[27]

69.     The "brothers inside" were likely part of Hadi al-Iraqi's approximately 70
"brothers" who decided to stay and fight.  (Al-Suri Diary ███████████████████
███ see also (Zubaydah Diary Vol. VI at 74) (noting that his smuggling operations were not
yet but, and that "[a] group of brothers that do not exceed 100 have decided to stay no mater
what.[]"); (Al-Suri Diary ██████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

## ZUBAYDAH PLOTTED TO ATTACK THE UNITED STATES AND ENGAGE IN OTHER TERRORIST OPERATIONS

70.     Zubaydah long plotted to attack the United States.  For example, before Ressam
departed Pakistan for Canada, in the winter of 1998-1999, Zubaydah told Ressam that he wanted
Ressam to acquire at least five genuine Canadian passports and send them to Zubaydah.  (Ressam

---

[27] Al-Suri noted that ISN 1458 – referred to by his alias "Talha al-Afrika" – and another
person referred to as "Abdullah al-Amiriki" had "left permanently to work[.]"  (Al-Suri Diary
██████████████████████).

Trial Test. at 557); (Ressam 302 1/19/2002); (Ressam 302 10/18/2001); (Ressam 302 8/6/2001);
(Ressam 302 5/29/2001). Zubaydah wanted the passports for himself and a team of his
assistants. (Ressam 302 1/19/2002); (Ressam 302 5/29/2001). He explained that he wanted the
passports to enable his team to come to the United States and conduct a terrorist operation,
"possibly several bombings in several cities." (Ressam 302 5/29/2001); *see also* (Ressam 302
10/18/2001); (Ressam 302 9/12/2001); (Ressam 302 8/6/2001). Every month or two, Ressam
would use pay phones in Montreal or Vancouver to telephone Zubaydah from Canada to see how
Zubaydah was doing and discuss the passports. In telephone conversations, Ressam referred to
passports as "books" or "precious things." (Ressam 302 1/19/2002); (Ressam 302 6/13/2001).
Ressam, however, was never able to acquire the requested Canadian passports and thus never
provided passports to Zubaydah. (Ressam Trial Test at 558); (Ressam 302 1/19/2002).

71.     Ressam stated that Zubaydah's "idea" was to conduct "simultaneous terrorist
attacks on U.S. soil and then wait for a period of time (approximately three to four months) when
law enforcement would become complacent, then strike again," and to use "multiple cells
operating independently ... that could execute ten (10) operations simultaneously or in sequence
that would produce a big impact on the United States." (Ressam 302 10/18/2001 at 5); (Ressam
302 9/12/2001). Zubaydah told Ressam that, even if this operation took a year or more to
arrange, it should be carried out. (Ressam 302 5/29/2001). Zubaydah made clear to Ressam that
targets on United States soil were "of more value than American targets overseas." (Ressam 302
10/18/2001). And Zubaydah further stated that the objective of the operation would be to

influence the United States Government policy to release The Blind Sheikh. (Ressam 302 5/29/2001).

72.     In November 2000, Zubaydah also wrote about a similar potential terrorist operation in the United States, stating that he wanted "[t]o bring America down to its knees" and asking God for help "in executing my plan that I have been contemplated for the last three years, a plan with three dimensions ... (Remote controlled serial explosions, Serial assassinations and burning forests and farms)[.]" (Zubaydah Diary Vol. V at 17).

73.     And in February 2002, well after the September 11, 2001 attacks, Zubaydah wrote in his diary that it was the "right time[] to wage a war against America." (Zubaydah Diary Vol. VI at 89). Zubaydah described what this war meant to him:

> We do not only carry out an operation or two, wait, and then an operation and wait. Waging a war means to work on many dimensions, four or five dimensions, and in successive and continuous manner.[] An example of that, I am saying an example, not specifically work on many dimensions
>
> 1. Instigate a war between [ ] the races ...
>
> 2. Prepare timed explosives, in various sizes, and different locations with various importance, a number of explosions in each state, and it will be detonated at the right time, by remote control
>
> 3. Start (timed) fires at the time that we see fit, to burn in the forests, wheat fields, buildings, factories, schools, companies, public stores ...
>
> 4. Simultaneous explosions at banks, in the trains, buses[]
>
> 5. Simultaneous explosions at gas stations[]
>
> 6. Simultaneously burning fuel and gas trucks (or hijacking and blowing it up in front of residential complexes).

- 43 -

And so on, *if nuclear is available, no problem.*

A general war, *non stop and without mercy.*[] It contains all sectors of life [water, electricity, fuel, and food.] The most important thing in it is to prepare for it ahead, and weave its threads from abroad.[] Such as detonating by remote control, from a country to another ... so the detonation would happen in America.[]

....Again, *I say if nuclear is available, no problem*, rather, it would be a lot better.[] Another thing is to retaliate against those who stood with American (Pakistan is first, Britain is second), without forgetting America, of course, and the other countries that will get its share at the right time, if that is suitable. So, will we do that or not? This is what fate will decide.[]

We might prepare, start, but not continue.[]

We might not start to begin with, due to the lack of this work suitability to what is required or suitable at this stage. God knows best.[]

(Zubaydah Diary Vol. VI at 89-90) (emphasis added). Zubaydah was captured approximately

one month after this diary entry.

## CONCLUSION

For reasons described above and in the attached exhibits, the petitioner is lawfully

detained by the United States.

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

### EXHIBIT LIST FOR ISN 10016

Decl. of Robert H. Holmes, *Operations 101* (Aug. 22, 2008)
Decl. of ███████████             *Intelligence 101* (Sept. 19, 2008)
Decl. of ███████████             *Background Declaration – Names,*
*Aliases, Kunyas and Variants* (Sept. 19, 2008)
Decl. of ███████████      *Background Declaration – Casio F-91W Watch*
(Sept. 19, 2008)
Decl. of ███████████ *Background Declaration – Guesthouses* (Sept. 19, 2008)
Decl. of ███████████ *Background Declaration – Al-Qaida* (Sept. 22, 2008)
Decl. of ███████████ *Background Declaration – Egyptian Islamic Group*
(Oct. 17, 2008)
Decl. of ███████████ *Background Declaration – Algerian Terrorist Groups*
(Sept. 19, 2008)
Decl. of ███████████ *Background Declaration – Lashkar-e-Tayyiba* (Sept. 29, 2008)
Decl. of ███████████ *Background Declaration – Terrorist Training Camps*
(Sept. 19, 2008)
████████████████████

English Translation – Zubaydah Diary Volume I
English Translation – Zubaydah Diary Volume II
English Translation – Zubaydah Diary Volume III (Part 1 and Part 2)
English Translation – Zubaydah Diary Volume IV
English Translation – Zubaydah Diary Volume V
English Translation – Zubaydah Diary Volume VI
Zubaydah Video
English Translation – Zubaydah Video

SECRET//NOFORN

Ressam 302 5/10/2001
Ressam 302 5/16/2001
Ressam 302 5/17/2001
Ressam 302 5/22/2001
Ressam 302 5/23/2001
Ressam 302 5/24/2001
Ressam 302 5/29/2001
Ressam 302 6/12/2001
Ressam 302 6/13/2001
Ressam 302 8/3/2001
Ressam 302 8/6/2001
Ressam 302 9/12/2001
Ressam 302 10/18/2001
Ressam 302 11/28/2001
Ressam 302 11/29/2001
Ressam 302 1/17/2002
Ressam 302 1/19/2002
Ressam 302 4/19/2002
Ressam 302 11/19/2002

ISN ███ 302 3/2/2002
ISN ███ 302 6/19/2002
ISN ███ 302 10/19/2002
ISN ███ 302 10/21/2002
ISN ███ 302 1/10/2003
ISN ███ 302 4/15/2003
ISN ███ 302 11/5/2002
ISN ███ 302 8/6/2002
ISN ███ 302 9/11/2002
ISN ███ 302 9/15/2002
ISN ███ 302 12/12/2002
ISN ███ 302 5/13/2003
ISN ███ 302 10/15/2002
ISN ███ 302 11/21/2002
ISN ███ 302 2/9/2003

ISN ███ 302 10/29/2002
ISN ███ 302 11/4/2002
ISN ███ 302 1/2/2003
ISN ███ 302 1/6/2003
ISN ███ 302 1/8/2003
ISN ███ 302 7/30/2003
ISN ███ 302 8/11/2003

SECRET//NOFORN

FM 40 (Re: Zubaydah Video) 12/12/2008
ISN 244 FM 40 3/3/2004
ISN 371 FM 40 6/30/2004
ISN 707 FM 40 11/29/2002
ISN 753 FM 40 9/10/2003
ISN 1457 FM 40 6/15/2004
ISN 1457 FM 40 9/28/2004
ISN 1458 FM 40 7/27/2004
ISN 1458 FM 40 7/28/2004
ISN 1458 FM 40 7/31/2004
ISN 1460 FM 40 6/7/2004
ISN 1461 FM 40 6/4/2004
ISN 1461 FM 40 6/10/2004
ISN 1461 FM 40 6/12/2004

ISN 200 SIR 3/10/2005
ISN 753 SIR 5/21/2003
ISN 753 SIR 12/8/2003
ISN 1453 SIR 10/1/2004
ISN 1460 SIR 10/5/2004

ISN 696 MFR 4/24/2003
ISN 696 MFR 4/25/2003
ISN 696 MFR 4/28/2003
ISN 707 MFR 8/29/2002
ISN 707 MFR 1/17/2003

IIR 6 034 0657 02
IIR 6 034 0694 02
IIR 6 034 0755 02
IIR 6 034 0978 03
IIR 6 034 1126 03
IIR 6 034 0308 04
IIR 6 034 0355 04
IIR 6 034 0781 04
IIR 6 034 0822 04
IIR 6 034 0827 04
IIR 6 034 0869 04
IIR 6 034 1399 04
IIR 6 034 0151 05
IIR 6 034 0200 05
IIR 6 034 0286 05

SECRET//NOFORN



10016 LHM (April 2007)
Transcript of FBI Special Agent Stephen Gaudin Trial Testimony, *U.S. v. Bin Laden*,
 No. S(7) 98 Cr. 1023 (Jan. 8, 2001)
Transcript of Ressam Re-Sentencing, *United States v. Ressam*, No. CR99-666JCC
 (Dec. 3, 2008)
Transcript of Ressam Trial Testimony, *United States v. Haouari*, No. S4 00 Cr. 15
 (JFK) (Excerpts)
Deposition of Ressam, *In re: Int'l Letters Rogatory* (Aug. 27, 2001) (Excerpts)
Ressam Cooperation Agreement
Letter from Ressam to Joe Bianco (March 28, 2007)
Letter from Ressam to Judge Coughenour (November 23, 2006)
The Islamic Response To The Government's Nine Accusations
ISN 682 Transcript of Office of Military Commission Hearing (April 27, 2006)
ISN 682 Transcript of Hearing Before Judge Sullivan (March 6, 2009)
ISN 694 ARB Testimony (January 2008)
ISN 694 Pocket Litter Record (June 18, 2002)
ISN 694 F-91W Watch
ISN 707 CSRT Statement
Map

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

# PART 1 OF 4

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

       Petitioner,

      v.

ROBERT GATES,

       Respondent.

Civil Action No. 08-1360 (RWR)

Decl. of Robert H. Holmes, *Operations 101* (Aug. 22, 2008)

SECRET//NOFORN

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

Use of Intelligence Products in the Targeting and Operational Cycles in Operation Enduring Freedom (OEF) (U//FOUO)

I, Robert H. Holmes, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1. (U//FOUO) This is in response to the request from the Office of General Counsel for a declaration for Habeas Corpus litigation regarding the current procedures used to employ intelligence to locate and capture persons of interest on the Afghanistan battlefield. As the Deputy Director of Operations for U.S. Central Command, I am responsible for overseeing the operations of both special operations and conventional forces within the U. S. Central Command (USCENTCOM) area of operations (AOR), to include Afghanistan. From the initial stages of Operation Enduring Freedom (OEF), U.S. special operation forces (SOF) have located and disrupted terrorist networks through the use of intelligence. While the particular tactics, techniques and procedures have changed over time, the process under which OEF operators acquire and utilize battlefield intelligence remains relatively constant.

2. (U//FOUO) General. Intelligence is critical for all military forces, to include those capturing unlawful enemy combatants in Afghanistan. Ground commanders in support of Operation Enduring Freedom (OEF) in Afghanistan employ a FIND, FIX, FINISH, EXPLOIT, and ANALYZE (F3EA) process to target the leadership, supporters and key nodes of terrorist networks. The F3EA process is driven by intelligence products of all types, to include Intelligence Information Reports (IIRs), Telegraph Disseminations (TD)s, FBI 302s, FM 40s and Summary Interrogation Reports (SIRs). Commanders use multi-source and corroborated intelligence products to provide the clearest possible picture of the operational environment. This is critical in the fight against a highly compartmentalized, savvy and network-based enemy. In this fight we must be able to rapidly identify members of the network to disrupt and defeat their operations. Critically, we must then exploit the final results of that operation to lead us to the next individual inside the network before the network can react and adjust its form to become invisible again. The following explains how intelligence is used throughout this continuous cycle to drive operations and ensure we are removing the enemy from the battlefield with the highest degree of accuracy possible.

Classified By: MG Scaparotti, USCENTCOM J3
Reason: 1.4 (a)
Declassify On: 22 Aug 2018

SECRET//NOFORN

r    r

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

3. (S//NF) Find, Fix, Finish, Exploit, Analyze (F3EA). The F3EA targeting cycle was developed in order to rapidly operationalize intelligence products. This rapid integration of intelligence products enables the maneuver commander to get inside the enemy's decision making cycle and disassemble the network. Below is a description of each phase of the process and the types of intelligence products used to drive operations:

    a. (S//NF) Find. During this stage information from all intelligence disciplines is analyzed to identify an initial vulnerable node or individual. These vulnerable nodes (e.g. a safe house, meeting location, or a courier drop) and individuals (e.g. leaders, financiers, cutouts and religious advisors) are identified through methods such as a Signals Intelligence (SIGINT) developmental reporting (i.e. an individual(s) identified using a particular communications device), a report provided by a walk-in or casual Human Intelligence source, a significant location identified during Geospatial Intelligence (GEOINT) surveys; or more complex operations such as information resulting from deliberate intelligence interrogations, or the technical exploitation of a piece of equipment. Once identified the individual/node is then verified. Ideally this is done through a second intelligence discipline or a second independent unassociated source. While verification and validation is ongoing, the cycle moves into the second phase.

    b. (S//NF) Fix. This phase begins immediately after identification of a valid potential target. During the fix phase, available intelligence assets are brought to bear against the target in order to develop a pattern of life and identify points of vulnerability where the target can be trapped for the next phase: finish. Ideally, this is a multi-asset layered process involving manned and unmanned full motion video and ███████████
██████████████████████████████████████████████████ clandestine
and overt HUMINT sources and multi-spectral GEOINT products. These products are analyzed and a series of named areas of interest (NAI) are developed. Now additional collection is dedicated to further refine and validate the targets' presence and indicators of the targets' presence in a given NAI. This phase of the cycle culminates with the development of a trigger that enables the commander to make the decision to dedicate forces to one of the NAIs now renamed to an objective on which the target can be found. This trigger could be as simple as watching an individual move into a building, ███████████████████████████████, a technical device, or even a HUMINT source that confirms the location of the target.

2

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

c. (S//NF) Finish. This phase is the combat operation to detain, neutralize or disrupt the target individual/node or seize the target location. Intelligence support during this phase centers around guiding the combat force to the objective and positively identifying the target individual or location. These intelligence products consist of ███████████████████████████ ███████████ HUMINT sources to guide forces to the objective and to positively identify the target individuals; full motion video support from airborne platforms to guide in forces and maintain situational awareness and early warning of outside threats; and the collection of material of intelligence value from the objective (sensitive site exploitation or SSE).

d. (S//NF) Exploit. This phase is the extraction of all usable information from the target individual, his personal belongings and the target location. All material removed from the target location during SSE is subjected to technical exploitation (in-depth analysis) and translation to collect information of intelligence value. Additionally, the target individual and all associated individuals detained from the objective are questioned to collect intelligence information about the enemy network and future operations. During this process great care is taken to rapidly identify individuals who are not associated with the enemy network and release them. As information is developed during this phase, it is pushed into the analysis occurring in the next phase, which may in turn direct further refinement of the exploitation of the target individuals or the material seized from the objective, thus creating a cycle of exploitation and analysis until a clearer picture of the enemy network is obtained.

e. (S//NF) Analyze. During this phase all the information extracted in the Exploit phase is compared to what was developed in the Find and Fix phases as well as to other related targets along the line of operations to identify the next set of key vulnerable individuals and nodes. This confirms or denies the information that led us to a given objective and shapes our picture of the enemy network. As new vulnerable nodes and target individuals are identified they return to the Find phase and the process begins again. This phase culminates with a new assessment of the enemy network.

4. (U//FOUO) Unlawful Enemy Combatant Status Determinations. The intelligence products developed and validated during the F3EA process form the foundation upon which commanders make

3

SECRET//NOFORN

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

determinations of the actual involvement of a target individual in
the enemy network and therefore ultimately lead to targeting
decisions.  Intelligence products and physical evidence from the
objective are useful tools with which to determine a detainee's
status as an unlawful enemy combatant, and, when subjected to
thorough review and analysis by the commanders making the actual
determination, generally form the factual basis for that legal
determination.

5. (U//FOUO)  Intelligence and information produced through this
F3EA process are also fed into the broader intelligence analytical
cycle, which combines this data with existing information and
intelligence to further task out for additional intelligence
operations.  The information or intelligence derived from both the
analytical cycle and the operational cycle (F3EA) are disseminated
to higher, adjacent and subordinate commanders through existing
intelligence systems architecture to assist in developing targets
and driving operations.

6. (U//FOUO)  Conclusion.  The process described above illustrates
the ideal with no resource constraints placed upon the process.  The
practical realities of the battle field often constrain the time and
resources available to execute the F3EA cycle; however, the same
principles can be applied even with very limited assets to develop
the same effect.  Additionally, the sensitivity of the target may
also drastically reduce the decision making cycle.  The F3EA process
will never generate a 100% solution; however, the quality and
veracity of the intelligence products remain the cornerstone of the
ground commander's decision making process and the key to its
success.

Signed this 22nd of August, 2008

ROBERT H. HOLMES
Brig Gen, USAF
Deputy Director of Operations

4
SECRET//NOFORN

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

        v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

Decl. of ███████████████  *Intelligence 101*
(Sept. 19, 2008)

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~



Defense Intelligence Agency

*Background Declaration – Intelligence 101*

███████████████████████████████

███████████████                                    19 September 2008

**(U) The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.**

(U) I, ████████████████████████ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

**(U) Intelligence**

(U) Intelligence is information essential to the security of the United States and U.S. interests, especially information that is not easily, readily, or publicly known. This information is collected in a variety of ways by different members of the U.S. Intelligence Community (IC). The type of intelligence gathered is identified by the method in which it was collected. The five main types of intelligence are:

- **HUMINT**- Human Intelligence, information derived from a person(s)
- **SIGINT**- Signals Intelligence, information derived from foreign electromagnetic signals transmitted for the purposes of communication
- **IMINT**- Imagery Intelligence, information derived from photographs and other types of imagery.
- **MASINT**- Measure and Signatures Intelligence, information derived from sensors.

~~SECRET//NOFORN~~

████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

- ███ OSINT- Open Source Intelligence, information that is derived from public sources such as news media.

████ Intelligence gathered using these methods is classified to protect the sources and methods used by the IC. The level of classification depends on how sensitive the information is and the impact the release of the information would have to U.S. National Security.

- ███ Confidential- Release of Confidential information could reasonably be expected to cause *damage* to U.S. National Security

- ███ Secret- Release of Secret information could reasonably be expected to cause *serious damage* to U.S. National Security

- ███ Top Secret- Release of Top Secret information could reasonably be expected to cause *exceptionally grave damage* to U.S. National Security.

████ In addition to these classifications, intelligence may be further restricted with a Sensitive Compartmented Information (SCI) caveat. In order to gain access to SCI material, a person must be "read-on" to the program that sponsors the collection of that material, reading a description of the uniquely sensitive nature of the protected information and signing a commitment to be held accountable for the program's security. SCI information is dependent on specific methods of collection; therefore, release of that information would compromise U.S. intelligence collection sources and methods.

### ███ The Intelligence Community (IC)

████ The IC is defined as a federation of executive branch agencies and organizations that work separately and together to conduct intelligence activities necessary for advising foreign relations and protecting the national security of the United States. Such activities include:

- ███ Collection of information needed by the President, the National Security Council and the Secretaries of State and Defense, and other Executive Branch officials for the performance of their duties and responsibilities;

- ███ Production, analysis and dissemination of finished intelligence assessments;

- ███ Collection of information concerning, and the conduct of activities to protect against intelligence activities directed against the U.S. by foreign powers, organizations, and their agents, as well as by international terrorists, narcotics traffickers or other hostile foreign elements;



- ███ Administrative and other support activities within the United States and abroad for the performance of authorized activities; and

- ███ Other intelligence activities as directed by the President.

████ The threats to the United States that the IC works to mitigate take several forms. In addition to military threats that challenged the community in the past, other transnational problems exist: terrorism, proliferation of chemical, biological, radiological, and nuclear (CBRN) materials to

2

SECRET//NOFORN

SECRET//NOFORN

potentially hostile elements, information infrastructure attacks, narcotics trafficking and foreign intelligence penetrations of sensitive programs.

## IC Members

The IC comprises 17 organizations, led by the Director of National Intelligence (DNI). Each member of the IC has its own expertise, mission, and area of responsibility. However, the IC collaborates in various forums, from informal communications, to joint interagency task forces. As of Executive Order 12333, July 2008, the community includes the following organizations:

- The Office of the Director of National Intelligence;
- The Central Intelligence Agency;
- The National Security Agency;
- The Defense Intelligence Agency;
- The National Geospatial-Intelligence Agency;
- The National Reconnaissance Office;
- The other offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs;
- The intelligence and counterintelligence elements of the Army, the Navy, the Air Force, and the Marine Corps;
- The intelligence elements of the Federal Bureau of Investigation (FBI);
- The Office of National Security Intelligence of the Drug Enforcement Administration (DEA);
- The Office of Intelligence and Counterintelligence of the Department of Energy;
- The Bureau of Intelligence and Research of the Department of State;
- The Office of Intelligence and Analysis of the Department of the Treasury;
- The Office of Intelligence and Analysis of the Department of Homeland Security;
- The intelligence and counterintelligence elements of the Coast Guard; and
- Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director and the head of the department or agency concerned, as an element of the Intelligence Community.

Although several offices of federal agencies are members of the IC, the agency itself may not be a member of the IC. For example, the Department of Justice (DoJ) as an entity is not a member of the IC; however, the intelligence elements of the FBI and the DEA, which fall under the DoJ, are members of the Community.

## The Intelligence Cycle

The intelligence cycle drives the day-to-day activities of the IC. It is the process of developing raw information into finished products for use by the President, military, policy

3

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

███████████████████████████████████████████

### ████Collection

████Once intelligence requirements are assigned to the appropriate organization based on their collection assets and mission, the IC begins, or continues, to gather information to satisfy those requirements. The collection specialties of the IC members are as follows:

- ████HUMINT- CIA, DIA, Military Services
- ████SIGINT- NSA, Military Services
- ████IMINT- NGA, NRO, Military Services
- ████MASINT- DIA, Military Services
- ████OSINT- Open Source Center (under ODNI)

### ████Processing

████Once intelligence is collected, it is typically processed by analysts at the collecting agency who determine its relevance to existing validated requirements. This involves converting the vast amount of collected information to a form usable by analysts through decryption, language translations, and data reduction. This data or "raw" intelligence reporting is then reported electronically or in printed form to customers and to the all-source analytic organizations throughout the IC.

### ████Analysis and Production

████The analysis and production step, which occurs at intelligence production centers throughout the IC, includes integrating, evaluating, and analyzing all available data to determine topics of interest to IC customers. Analysts consider the information's reliability, validity, and relevance to standing requirements. They integrate data from multiple sources into a coherent whole and form judgments about its collective meaning. The result is finished intelligence assessments intended to inform policy makers of the implications of the information. All-source analysis may be performed on topics of long-term interest and broad scope, or topics pertaining to ongoing events of immediate interest to policy makers.

### ████Dissemination

████Dissemination is the final step in the intelligence cycle. In this step, finished intelligence is communicated to the intelligence consumer, to include those decision makers whose needs initiated the intelligence requirements. The most highly protected finished intelligence is hand-carried daily to the President and key national security advisers. However, most finished intelligence products are stored in computer data banks that allow consumers to retrieve them electronically as needed. The IC constantly strives to disseminate its products in a manner and form that best suits its consumers. Where necessary, it will tailor support to meet the needs of individual users. The recipients of finished intelligence products then make decisions based on

~~SECRET//NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

the information. These decisions may lead to the levying of more requirements, thus triggering the intelligence cycle.

### ▆▆▆Intelligence Reports

▆▆▆All-source analysts utilize a variety of "raw" intelligence reports to write finished intelligence (FINNTEL) products. Many of these reports are placed into various databases that analysts regularly access. The accessibility of these reports depends on their classification; in some cases, reports may not be available to all analysts in the community. Reports disseminated into the reports databases are referred to as "message traffic." Some examples of reports by the different agencies are listed below.

### ▆▆▆DoD Human Intelligence Reports

- ▆▆▆**Intelligence Information Report (IIR)**. The IIR is the main DoD reporting vehicle for the HUMINT information used by DIA and military services. It is the only report listed here that is broadly available in message traffic. DIA, as the proponent for these reports, has also issued reported numbers to a number of executive branch departments and offices. These include:

  - Department of Commerce
  - Department of Energy
  - Department of Homeland Security (DHS)
  - Department of Justice
  - Department of State, Bureau of Intelligence and Research
  - Department of State, U.S. Aid to International Development
  - Department of the Treasury
  - Drug Enforcement Administration
  - Federal Bureau of Investigation
  - Immigration & Customs Enforcement (ICE), DHS
  - National Infrastructure Protection Center
  - National Reconnaissance Office
  - U.S. Coast Guard
  - U.S. Secret Service

- ▆▆▆**Tactical Interrogation Report (TIR)**. This report consists of intelligence derived during interrogations of detainees. These reports are later converted into IIRs if the information has intelligence value. TIRs are restricted in dissemination, and are not available through traditional reporting databases.

- ▆▆▆**Field Intelligence Report (FIR)**. Raw report written by a HUMINT collector in the field that contains information on the source, details of the meeting, information discussed, etc. FIRs are not available in record message traffic.

6

UNCLASSIFIED//FOR PUBLIC RELEASE

- ████**Draft Intelligence Information Report (DIIR)**. These drafts may be disseminated to a limited audience before their publication, if warranted. However, not all drafts are published and disseminated into message traffic.

- ████**Summary Interrogation Report (SIR)**. This report is written by the interrogator after an interrogation session. It contains all the details of the interrogation session, including, date and time, language used, interrogation approach, and an evaluation of the detainee regarding his deception and cooperation. This report also contains all the intelligence gathered from the session. If enough intelligence is gathered, an IIR is written on the information gained. Information for an IIR may be gathered over the course of several interrogation sessions. SIRs are not available in message traffic.

████**CIA Intelligence Reports**



████**NSA Intelligence Reports**

████NSA intelligence reports are most commonly issued as EGRAMs, electronically transmitted reports that convey only one issue or event. They are distinguished by an alphanumeric serial number. Additional handling instructions may accompany the serial to provide additional safeguards or to protect sensitive, fragile, and/or perishable sources and methods. Access to SIGINT reporting, in addition, requires approval for access to Sensitive Compartmented Information.

████**Law Enforcement Forms**

- ████Field Document (FD 302)- FBI agents fill out this to summarize an interview. This form contains the notes from the interview on the information that is collected. The forms are often used in court as evidence.

- ████Form 40 (FM40)- The Criminal Investigation Task Force (CITF) uses this form to record investigation activity, such as witness interviews, lab results fingerprint analysis, results of modeling, research results and suspect interviews. This form is used to record information relevant to how a crime was committed as well as the logical and factual basis for any deductions about guilt. CITF conducts investigations of war crimes and to determine if any persons captured in the War of Terrorism are responsible. CITF prepares cases according to the Military Commissions Act for trial by a military tribunal for war crimes and/or acts of terrorism.

████**Intelligence Analysis**

████Intelligence analysis is the process of dissecting and compiling ambiguous information to determine a truth. Intelligence analysts undergo rigorous tradecraft training. Analysts use various methods and employ specific analytical tools to assist them in sorting and organizing the

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

various pieces of information. Analysts are trained to recognize and mitigate biases, not only in the information presented to them, but their own cognitive biases as well. The DNI issued the Directive for Analyst Standards in 2007, to ensure that all intelligence analysts in the IC use the same standards of excellence, integrity and objectivity in their assessments.

---

**████Analysis: Building an Analytic Argument**

**1. Establish a baseline assessment:** What do we know is going on, what do we think is going on, and what do not we know that we need to figure out?

**2. Vet new information for consistency with the baseline.** Is it in the ballpark of the baseline? Does it say the same thing or does it reveal new developments? Does it add new details about something we already know? Does it say something outlandish or contradictory to reports from sources that are more reliable?

**3. Revise your baseline as necessary to accommodate new information.** If there is contradictory reporting of equally good quality, acknowledge this and explore ways it might be reconciled. If there are no good sources or reports with which to establish a reliable baseline, acknowledge the weakness of the reporting and make your best estimate.

**4. Follow-up information gaps as they become apparent.** Learn about and task collection resources as appropriate across the IC to generate new information. Work closely with collectors whenever possible.

---

## ████Evaluating Sources

████Intelligence analysts must consider the source of intelligence while reading intelligence reports. Several factors help determine the credibility of a HUMINT source, most importantly placement and access to the information, and the motivation for reporting. Much like informant reports received by law enforcement official, HUMINT sources are carefully screened and subsequently rated on their reliability, both on the source themselves and the information provided. Intelligence reports include a source line that gives a description of the source and their assessed credibility by the reporting officer. Further, the analyst uses this information in their overall assessment of the intelligence provided and how it relates to other available intelligence on the same problem set.



SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

- Source's motivation (inform or influence)
- Wittingness of the source, and their knowledge that the U.S. government will receive the information provided

2. A context statement which provides details regarding the circumstances in which the source obtained information in the report. .

(U) Intelligence analysts take additional steps to determine source reliability, including:

- Verification of intelligence by other means
  - › Other HUMINT sources
  - › Historical reporting
  - › Other intelligence disciplines (IMINT, SIGINT, MASINT, etc)
  - › Review of captured documents and electronic media
- Collaboration of intelligence from other members of the Community
- In some cases, a HUMINT source may be polygraphed

Interrogators are trained to recognize non-verbal cues from the source that will help them determine the credibility of the information provided. Interrogators are also trained to take cultural dynamics to understand the unique psychological issues dealing with sources based on cultural norms. This provides the collectors and interrogators additional insights into deceptive behaviors.

SIGINT, and more specifically communications intelligence (COMINT), is derived from the exploitation of cryptographic systems or other protected sources through the application of specific methods or techniques. In general, SIGINT reporting is deemed reliable since the information comes directly from the communicant(s). However, the information may be deliberately misleading if the communicants suspect they are being monitored and deliberately give false information, or they may be deceptive with the individuals they are communicating with, or they may have a history of providing inaccurate information.

Before a finished intelligence product is disseminated, it goes through a rigorous coordination process, both in the producing organization and with peers throughout the IC. The coordination process ensures there is a consensus on the assessment, and any credibility issues are addressed.

**I have read this declaration and concur with the findings and conclusion.**



Enclosures:
1. Appendix A. Special Regulations and Designations for Terrorists
2. Appendix B. IICT NIPF Counterterrorism Priorities, June 20008

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

3.  Appendix C, NIPF CT Priorities Terrorist Support Entities June 2008

SECRET//NOFORN

Appendix A.——Special Regulations and Designations for Terrorists

## Specially Designated Global Terrorist (SDGT)

Executive Order 13224, empowers the Department of State and the Department of the Treasury to place both groups and individuals on the Specially Designated Global Terrorist list, which defines terrorism as: an activity that 1. involves a violent act or an act dangerous to human life, property, or infrastructure; and 2. appears to be intended to intimidate or coerce a civilian population; to influence the policy of a government by intimidation or coercion; or to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage taking. This also includes any activity that provides financial, material, or technological support to acts of terrorism or entities designated in or under the Order.

## Foreign Terrorist Organization (FTO)

A Foreign Terrorist Organization (FTO) is a foreign organization designated by the Secretary of State in accordance with section 219 of the Immigration and Nationality Act (INA), as amended. FTO designations play a critical role in our fight against terrorism and are an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business.

The Office of the Coordinator for Counter Terrorism in the State Department (S/CT) continually monitors the activities of terrorist groups active around the world to identify potential targets for designation. When reviewing potential targets, S/CT looks at the actual terrorist attacks that a group has carried out and whether that group has engaged in planning and preparations for possible future acts of terrorism or retains the capability and intent to carry out such acts.

After a target is identified, S/CT prepares a detailed "administrative record," which is a compilation of information, typically including both classified and open sources information, demonstrating that the statutory criteria for designation have been satisfied. If the Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, decides to make the designation, Congress is notified of the Secretary's intent to designate the organization and given seven days to review the designation, as the INA requires. After the expiration of the seven-day waiting period and in the absence of Congressional action to block the designation, notice of the designation is published in the Federal Register, at which point the designation takes effect. By law, an organization designated as an FTO may seek judicial review of the designation in the United States Court of Appeals for the District of Columbia Circuit not later than 30 days after the designation is published in the Federal Register.

Until recently, the INA provided that FTOs must be re-designated every two years or the designation would lapse. Under the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), however, the re-designation requirement was replaced by certain review and revocation procedures. IRTPA provides that an FTO may file a petition for revocation 2 years after its designation date (or in the case of re-designated FTOs, its most recent re-designation date) or 2 years after the determination date on its most recent petition for revocation. In order to provide a basis for revocation, the petitioning FTO must provide evidence that the circumstances forming the basis for the designation are sufficiently different as to warrant revocation. If no such review has been conducted during a five-year period with respect to a designation, then the

11

SECRET//NOFORN

SECRET//NOFORN

Secretary of State is required to review the designation to determine whether revocation would be appropriate. In addition, the Secretary of State may at any time revoke a designation upon a finding that the circumstances forming the basis for the designation have changed in such a manner as to warrant revocation, or that the national security of the United States warrants a revocation. The same procedural requirements apply to revocations made by the Secretary of State as apply to designations. A designation may be revoked by an Act of Congress, or set aside by a Court order.

**Legal Criteria for Designation**

Under Section 219 of the INA, as amended:

- 1. It must be a foreign organization.

- 2. The organization must engage in terrorist activity, as defined in section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3)(B)),* or terrorism, as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2)),** or retain the capability and intent to engage in terrorist activity or terrorism.

- 3. The organization's terrorist activity or terrorism must threaten the security of U.S. nationals or the national security (national defense, foreign relations, or the economic interests) of the United States.

**Legal Ramifications of Designation**

- 1. It is unlawful for a person in the United States or subject to the jurisdiction of the United States to knowingly provide "material support or resources" to a designated FTO. (The term "material support or resources" is defined in 18 U.S.C. § 2339A(b)(1) as " any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who maybe or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(2) provides that for these purposes "the term 'training' means instruction or teaching designed to impart a specific skill, as opposed to general knowledge." 18 U.S.C. § 2339A(b)(3) further provides that for these purposes the term 'expert advice or assistance' means advice or assistance derived from scientific, technical or other specialized knowledge.''

- 2. Representatives and members of a designated FTO, if they are aliens, are inadmissible to and, in certain circumstances, removable from the United States (see 8 U.S.C. §§ 1182 (a)(3)(B)(i)(IV)-(V), 1227 (a)(1)(A)).

- 3. Any U.S. financial institution that becomes aware that it has possession of or control over funds in which a designated FTO or its agent has an interest must retain possession of or control over the funds and report the funds to the Office of Foreign Assets Control of the U.S. Department of the Treasury.

**Other Effects of Designation**

- 1. Supports our efforts to curb terrorism financing and encourages other nations to do the same.

12

SECRET//NOFORN

- ████2. Stigmatizes and isolates designated terrorist organizations internationally.

- █████3. Deters donations or contributions to and economic transactions with named organizations.

- ████4. Heightens public awareness and knowledge of terrorist organizations.

- ████5. Signals to other governments our concern about named organizations.

████ **Current List of Designated Foreign Terrorist Organizations**

1. Abu Nidal Organization (ANO)

2. Abu Sayyaf Group

3. Al-Aqsa Martyrs Brigade

4. Al-Shabaab

5. Ansar al-Islam

6. Armed Islamic Group (GIA)

7. Asbat al-Ansar

8. Aum Shinrikyo

9. Basque Fatherland and Liberty (ETA)

10. Communist Party of the Philippines/New People's Army (CPP/NPA)

11. Continuity Irish Republican Army

12. Gama'a al-Islamiyya (Islamic Group)

13. HAMAS (Islamic Resistance Movement)

14. Harakat ul-Jihad-i-Islami/Bangladesh (HUJI-B)

15. Harakat ul-Mujahidin (HUM)

16. Hizballah (Party of God)

17. Islamic Jihad Group

18. Islamic Movement of Uzbekistan (IMU)

19. Jaish-e-Mohammed (JEM) (Army of Mohammed)

20. Jemaah Islamiya organization (JI)

21. al-Jihad (Egyptian Islamic Jihad)

22. Kahane Chai (Kach)

23. Kongra-Gel (KGK, formerly Kurdistan Workers' Party, PKK, KADEK)

24. Lashkar-e Tayyiba (LT) (Army of the Righteous)

25. Lashkar i Jhangvi

26. Liberation Tigers of Tamil Eelam (LTTE)

27. Libyan Islamic Fighting Group (LIFG)

13

████████████████

SECRET//NOFORN

28. Moroccan Islamic Combatant Group (GICM)

29. Mujahedin-e Khalq Organization (MEK)

30. National Liberation Army (ELN)

31. Palestine Liberation Front (PLF)

32. Palestinian Islamic Jihad (PIJ)

33. Popular Front for the Liberation of Palestine (PFLP)

34. PFLP-General Command (PFLP-GC)

35. al-Qaida (al-Qa'ida)

36. al-Qaida in the Islamic Maghreb (formerly GSPC)

37. Real IRA

38. Revolutionary Armed Forces of Colombia (FARC)

39. Revolutionary Nuclei (formerly ELA)

40. Revolutionary Organization 17 November

41. Revolutionary People's Liberation Party/Front (DHKP/C)

42. Shining Path (Sendero Luminoso, SL)

43. Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (QJBR) (al-Qaida in Iraq) (formerly Jama'at al-Tawhid wa'al-Jihad, JTJ, al-Zarqawi Network)

44. United Self-Defense Forces of Colombia (AUC)

14

SECRET//NOFORN

SECRET//NOFORN

Appendix B. Interagency Intelligence Committee on Terrorism NIPF Counterterrorism Priorities, June 20008



15

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



16

SECRET//NOFORN

SECRET//NOFORN



17

SECRET//NOFORN

SECRET//NOFORN



19

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



21

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



22

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



23

SECRET//NOFORN

SECRET//NOFORN

Appendix C, NIPF CT Priorities Terrorist Support Entities June 2008

Priority 1:

(S//REL)

(S//REL)

Priority 2:

(S//REL)

(S//REL)

24
SECRET//NOFORN

SECRET//NOFORN



Priority 3:

(C//REL)

(S//NF)

25

SECRET//NOFORN

SECRET//NOFORN



26

SECRET//NOFORN



SECRET//NOFORN



28

SECRET//NOFORN

SECRET//NOFORN

Priority 5:

(S//REL)

29
SECRET//NOFORN

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) | |
| Respondent. | ) | |

Decl. of ███████████  *Background Declaration*
– *Names, Aliases, Kunyas and Variants* (Sept. 19, 2008)

SECRET//NOFORN

~~SECRET//NOFORN~~



Defense Intelligence Agency

*Background Declaration – Names, Aliases, Kunyas and Variants*
Defense Intelligence Agency

█████████████████████████

███████████                                    19 September 2008

*The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

I, ███████████████ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.



~~(U)~~ Worldwide:  Using Names, Aliases, Kunyas and Variants

Arab migration and the spread of Islam around the world intermixed with local ethno-linguistic traditions and cultural practices produce regional variations in the way Arabic names are constructed, pronounced and spelled.  These variations, along with differences in standards for the transliteration of foreign names by U.S. military, intelligence and law enforcement organizations, present challenges for the collection, reporting, and analysis of intelligence.  The lack of a direct correlation between Arabic and Latin alphabets, combined with these complexities, is of particular importance to analysts while in today's Counterterrorism environment.  While using aliases and other forms of multiple identities is not unique to these groups, this declaration will limit itself to providing a basic primer on Arabic-related issues to address the detainee population at Guantanamo.

~~SECRET//NOFORN~~

~~Derived from Multiple Sources~~
~~Declassify on: Subject to treaty or international agreement~~

SECRET//NOFORN

## (U) Elements of Arabic Names

(U) Traditionally Arabic names are comprised of five elements: ism, kunya, nasab, laqab, and nisba. This naming convention is widely used by Muslim populations and in countries with significant Muslim influence around the world, although varying depending on the country or region.

- (U) **Ism**- The ism is the proper name given at birth. This part of the name is considered the most personal of the elements. In some areas, it is impolite to call an elder by their ism, yet in other areas; it is common to call people by their ism.

- (U) **Kunya**- The kunya is traditionally an honorific, which denotes that the person is either a mother or father, and is constructed using the name of the first-born son or eldest daughter if the person has no sons. The kunya for a man is Abu, meaning father of, plus the name of the first-born; while Umm is used for women, meaning mother of, with the name of the first-born. For example, Abu Ibrahim means father of Ibrahim. Addressing someone by his or her kunya is a sign of respect.

- (U) In addition, there are several nicknames that use an "Abu" construction, that are not true kunyas. Much like the name Jack is used as a nickname for John, many commonly used kunyas are used as nicknames that do not bear direct resemblance to the given name. For example, Abu Sadeq is a nickname for Jafar, and Abu Ali is a nickname for Hassan.

- (U) Insurgents, radicals and terrorists commonly use kunyas as assumed names or pseudonyms. Kunyas used in this manner are often chosen, or given, without regard to the children's names or regard to whether the individual has children. In this case, using the kunya conceals the individual's identity. Further, it is often used as a security, denial and deception measure. The reasons for an insurgent choosing a certain kunya varies widely. It could be the region they are from such as Zarqawi (from Zarqa), Suri (the Syrian), or al-Masri (the Egyptian). It can be derived from the early heroes of Islamic conquest, like Abu Ubaydah, one of three who led expeditions against Byzantium. It can be derived from past historical or Militant Islamist leaders like Abu Azzam, named after the spiritual founder of al-Qaida Abdullah Azzam.

- (U) **Nasab**- The nasab is a pedigree, which denotes the family lineage on the father's side, and can go back several generations. In many countries ibn or bin, is used for males (the son of) and bint for females (the daughter of), while in other countries the names are simply listed in sequence. For example, Hasan ibn Faraj, would mean, Hasan, son of Faraj. Another example using multiple generations would be Hasan ibn Faraj ibn Ahmed ibn Mohammad, meaning Hasan, son of Faraj, who is the son of Ahmed, who is the son of Mohammad. In some regions, that same name may appear as Hasan Faraj Ahmed. A true name usually consists of the ism, nasab and the nisba.

SECRET//NOFORN

- **Laqab**- The laqab is a combination of words that describe some religious or admirable quality of the person and is used as a secondary name. In some cases, it is used in place of the ism. A common laqab includes one of the 99 names of God and "Abd," or servant of, for example, Abd al Rahman, or servant of the Merciful. There is no such name as "Abdul" in Arabic, even though we commonly see this in English. This is a mis-translation of "Abd," which is followed by the article "al." Laqab can also connote a person's profession like Samir al-Haddad, which means Samir whose family members at one time were blacksmiths. Another popular laqab of course is Hajj or Haji, meaning the person has made their pilgrimage to Mecca, like Hajj Amin al-Hussein.

- **Nisba**- The nisba is another secondary name that describes the occupation, descent, tribe or residence of the person. It can be used in combination with any of the above elements, but will always be the last part of the name. For example, Mohammad al Masri, means Mohammad from Egypt, or using several elements, Mohammad al Husayn ibn Harun al Qahtani means Mohammad the beautiful, son of Aaron, from the Qahtani tribe. The nisba can tell you much of the persons ancestry and geographic origins, for instance al-Zawahiri although from Egypt, comes from the Zawahir clan of the Hejaz region of Saudi Arabia. Ayman al-Zawahiri attempts to bolster his Arab lineage by making these connections.

- The following example uses a title and all five elements of the naming convention: Mullah Mohammad Abu Nasar Abd al Rahman, bin Ibrahim bin Hasan al Makki; Mullah (title) Mohammad (ism) Abu Nasar (kunya) Abd al Rahman (laqab) bin Ibrahim bin Hasan (nasab, 2 generations) al Makki (nisba). This name would translate to the teacher Mohammad, father of Nasar, servant of the Merciful, son of Ibrahim, grandson of Hasan, from Mecca.

## Spelling Variants

Because Arabic and English have several letters representing sounds that do not correspond directly, several letters or letter combinations are used interchangeably to represent the same sound. This often generates multiple English spellings representing the same word or name in Arabic. Other differences in practice, such as whether to use double or single consonants to express a single sound, further increase variation. It is common to see intelligence reports referencing an individual with several different name spellings. Although, most organizations have established naming standards for common names, this is not consistent throughout the Intelligence Community (IC)and has changed over time.

- Other spelling variables include capitalization, and the use or non-use of dashes, apostrophes and spaces. In some cases, apostrophes replace a letters that doe not translate into English, such as the Arabic letter "ayn," which has a distinct sound not used in English. For example, the name Mohammad has over 20 variations and alternate spellings of al-Qaida include al Qaida, al Qa'ida, and al-Qaeda.

- Some commonly interchanged letters include:
    - K, KH, GH, and Q such as: Kandahar, Khadahar, Ghandahar or Qandahar

SECRET//NOFORN

- O and U, such as: Mohammad or Muhammad
- A and E, such as: Ahmad, Ahmed
- OO and U, such as: Noor, or Nur

- Some commonly interchanged words and spellings include:
    - Al, Ul and Ur, as in: Mohammad al Rahman, Mohammad ul Rahman or Mohammad ur Rahman
    - ul Din, and Uddin, as in: Nasar ul Din, or Nasaruddin
    - Abd Ul and Abdul, as in: Abd ul Rahman or Abdul Rahamn

Various titles may be added to the beginning of the name, similar to titles used in Western traditions. Although these specific titles are more common in the Arab world, similar titles are used in Afghanistan or Pakistan, from where many fighters are recruited.

- Mullah- Religious leader
- Imam- Religious leader (as in clergy)
- Hajji- Someone who went on a pilgrimage to Mecca
- Shaykh- Title of high respect, usually a leader of some kind (tribal, etc)
- Qari- Someone who can recite the Quran with a specific rhythm
- Qazi/Qadi- Lawyer or judge (on Sharia)
- Ustad- teacher or professor
- Talib- student (Afghan)
- Malim, or Malauwi – religious leader (Afghani)
- Akhund- lawyer (Afghan)

The challenges of spelling and translating the use of Arab and Muslim influenced names is further complicated for individuals originating from countries with conventions based in other cultural traditions, especially when combined with significant differences in pronunciation as well as the use of other local languages and alphabets.

The source of the reporting can also have a significant impact on how names are spelled. Sources may have a regional dialect, which may complicate the transliteration of the name phonetically, or misunderstanding the name completely. Some reporting originates from foreign sources using different letters to represent Arabic sounds. For example, in Spanish, the "h" is often substituted with "j," thus Mohammad would be spelled "Mojammad." In French North Africa, Sherief is Cherief.

## Aliases

Aliases can take multiple forms, from part of a true name, to a something completely unrelated to the true name. Like a nickname, some aliases are descriptive of physical traits, such as Nasar al Tawil (Nasar the Tall). Aliases can also be just a single word, such as Tareq. Terrorists do use multiple aliases, often changing them in different locations. Nicknames also provide a degree of "cover" or operational security. In addition to theses aliases, many individuals will use "call signs" for security purposes. A call sign is simply another name that is

4
SECRET//NOFORN

~~SECRET//NOFORN~~

only used during indirect communication. These call signs may change depending on with whom one is communicating, or where they are located.



**(C) Confidence Measures for Identification**

(U) Intelligence analysts consider all of these factors when making assessments about a specific individual or group. The biggest asset to an analyst is an understanding of the complexities of this particular problem set. Through training, experience, and drawing on the expertise of senior analysts, subject matter experts and linguists at their disposal, analysts learn the many variables they need to take into account. Analysts use many tools and processes to make confident assessments, some of these include:

- (U) Database programs generally include features allowing the user to search on variants to account for different transliterations or reporting conventions. These tools may include wildcard or pattern matching searches, fuzzy word searches, and phonetic matching algorithms. In addition, some databases have macros, which employ a list of name variants based on historical search results. Analysts then use additional known details and other reporting to make confident assessments.

- (U) Through research and analysis of multiple reporting sources, analysts are often able to determine the various names used. Corroboration and collaboration within the IC helps analysts confirm identities.

- (U) Documents and media recovered from the detainee at the time of detention, and from other sources can help confirm identifications and/or provide further avenues of assessment. Some detainees have forged documents, such as fake passports, that allow analysts to determine alternative identities of a detainee.

SECRET//NOFORN

- (U) Photographs, taken during the detainee's in-processing and those captured with the detainee, provide an additional resource to determine identity. Analysts show these photos to multiple sources in order to get a consensus on the individual(s) in the photograph. The photo identifications (PID) can verify the identity of the detainee and his associates, as well as validate suspected relationships.

## (U) Conclusion

(U) Detainees often use aliases and cover stories to hide their actual activities; however, it is difficult to maintain these cover stories over time. Interrogators note any changes in details in the story, which occur when the topic is reviewed multiple times over a significant time period. Analysts compare these stories against other detainee reporting as well as other sources of intelligence to find inconsistencies and vulnerabilities in the cover story, develop further lines of questioning, as well as to corroborate the reliability and validity of truthful information. The IC mitigates the challenges that foreign language and cultural practices cause in this complex environment. Through advice provided by foreign area specialists, experience, education, and specialized tools, analysts are able to identify—with confidence—persons of interest or concern, including detainees.

**I have read this declaration and concur with the findings and conclusion.**



SECRET//NOFORN

SECRET//NOFORN

## APPENDIX A

### Common Country and Tribal Names

| Arabic Geographic Adjectives in Names and Equivalents | |
|---|---|
| Al-Adani | From Aden, Yemen |
| Al-Afriqi, al-Afriki | The African |
| Al-Ajami (actually al-'Ajami) | Literally "the foreigner" but almost always pertains to Persians (Iranian, but it could also apply to any Persian speaker—Iranian, Tajik, or Dari-speaking Afghan). |
| Al-Ajnabi, al-Agnabi | The Foreigner (i.e., not from "here", or "not one of us." NOTE: If "Agnabi" the "g" may imply an Egyptian context.) Al Ajnabi is unlikely to be part of a terrorist nom de guerre, but may be considered an indication that the person so named is considered a "foreigner" or "an outsider" by those using the term. |
| Al-Almani | The German |
| Al-Amriki | The American |
| Al-Andalusi | From Andalusia (southern Spain) |
| Al-Anfirsi | The man from Antwerp |
| Al-Ansari | Literally meaning "the supporter" and originally referring to persons in Medina who aided the Prophet Muhammad, al Ansari as now used among jihadists typically means "local jihadist"—as opposed to al-Muhajir, which means "foreign fighter." |
| Al-Arjantini | The Argentinean |
| Al-Armini | The Armenian |
| Al-Asiri (actually al-'Asiri) | From southwest Saudi Arabia |
| Al-Ayrlandi, al-Irlandi | The Irishman |
| Al-Badawi | The Bedouin |
| Al-Baljiki, al-Biljiki, al-Balgiki | The Belgian |
| Al-Banghali | The man from Bangladesh |
| Al-Banghladishi | The man from Bangladesh |
| Al-Baritani, al-Britani | The Brit |

7

SECRET//NOFORN

SECRET//NOFORN

| Al-Bedoui | The Bedouin |
|---|---|
| Al-Brazili | The Brazilian |
| Al-Britani, al-Baritani, | The Brit |
| Al-Burtughali | The Portuguese |
| Al-Danmarki | The Dane |
| Al-Emirati, al-Imarati | The man from the United Arab Emirates |
| Al-Englizi, al-Inklizi, al-Inglizi, al-Injalizi | The Englishman |
| Al-Faransi, al-Faransawi | The Frenchman |
| Al-Farsi, al-Farisi | The Persian, the Iranian |
| Al-Fasi | From Fez, Morocco |
| Al-Filastini | The Palestinian |
| Al-Filibini | The Filipino (from the Philippines) |
| Al-Fiyatnami | The Vietnamese |
| Al-Ghani | The Ghanaian |
| Al-Gharbi | The Westerner |
| Al-Hadrami | From the Hadramat region of Yemen |
| Al-Halabi | From Aleppo, Syria |
| Al-Hijazu | From western Saudi Arabia |
| Al-Hindi | The Indian |
| Al-Hulandi | The Hollander, from The Netherlands |
| Al-Ifranji, al-Ifrangi | The European |
| Al-Ighriqi | The Greek |
| Al-Ilji (actually al 'Ilji) | Pejorative Iraqi slang for a Westerner |
| Al-Imarati, al-Emirati | The man from the United Arab Emirates |
| Al-Injalizi, al-Inglizi, al-Englizi, al-Inklizi | The Englishman |
| Al-Inklizi, al-Injalizi, | The Englishman |

SECRET//NOFORN

| al-Inglizi, al-Englizi | |
|---|---|
| Al-Irani | The Iranian |
| Al-Iraqi | The Iraqi |
| Al-Irlandi, al-Ayrlandi | The Irishman |
| Al-Isbani | The Spaniard |
| Al-Iskutlandi | The Scot |
| Al-Islandi | The Icelander |
| Al-Isra'ili | The Israeli |
| Al-Janubi | The Southerner |
| Al-Jawfi | From the Jauf region of Yemen or Saudi Arabia |
| Al-Jazairi | The Algerian |
| Al-Kamiruni | From the Cameroons |
| Al-Kanadi | The Canadian |
| Al-Karibi | From the Caribbean |
| Al-Kashmiri | From Kashmir |
| Al-Khaliji | From the (Persian) Gulf |
| Al-Khawaga, al-Khawaji, al-Khawagi, | Literally meaning "Sir." or "Mister" (used especially for Christians and Westerners, with or without the name of the person so addressed), khawaga/khawaji has a street slang meaning, especially in Egypt, similar to calling someone a "gringo." "Al-Khawaja" is unlikely to be part of a terrorist nomme-de-guerre, but can be considered a likely indication the reference is to a Christian or Westerner considered to be "foreign" or "an outsider" to those using the term. |
| Al-Kini | The Kenyan |
| Al-Kubawi | The Cuban |
| Al-Kuri | The Korean |
| Al-Kuwayti | The Kuwaiti |
| Al-Libi | The Libyan |
| Al-Libiri | The Liberian |
| Al-Lubnani | The Lebanese |

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

| Al-Madani | From Medina, Saudi Arabia |
|---|---|
| Al-Maghribi | The Moroccan |
| Al-Majari, al-Magari | The Hungarian |
| Al-Makkawi, al-Makki | From Mecca, Saudi Arabia |
| Al-Masri, al-Misri | The Egyptian |
| Al-Miksiki | The Mexican |
| Al-Muhajir | Literally "the emigrant" and originally referring to a person who fled from Mecca to Medina with the Prophet Muhammad, al Muhajir as now used among jihadists typically means "foreign fighter." |
| Al-Muritani/Mauritani | From Mauritania |
| Al-Nabulsi | From Nablus, in the West Bank, Palestine |
| Al-Najdi | From central Saudi Arabia |
| Al-Nasibi | A pejorative for Sunnis used by Shi'a |
| Al-Nimsawi | The Austrian |
| Al-Nubi | The Nubian (from area near border between Egypt and Sudan) |
| Al-Nurwaji | The Norwegian |
| Al-Parsi, al-Farsi | The Persian, the Iranian |
| Al-Qamari | From the Comoros Islands |
| Al-Qubrusi | The Cypriot; from Cyprus |
| Al-Qudsi | From Jerusalem |
| Al-Rafidhi | A pejorative for Shi'a used by Sunnis that literally means "rejectionist" |
| Al-Romani | The Romanian |
| Al-Russi | The Russian |
| Al-Sa'idi | From Upper Egypt (i.e., the upland area of southern Egypt) |
| Al-Safawi | Pejorative for Persians (typically today meaning Iranian, but it could apply to any Persian-speaker—Iranian, Tajik, or Dari-speaking Afghan). |
| Al-Samarra'i | From Samarra, Iraq |

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

| Al-Saudi | The Saudi |
|---|---|
| Al-Shami | The Syrian, or from Damascus; the Northerner (esp. when North Yemen) |
| Al-Sharqi, al-Sharuqi | The Easterner |
| Al-Shili | The Chilean |
| Al-Shimali | The Northerner |
| Al-Shishani | The Chechen |
| Al-Sini, al-Sinani | The Chinese |
| Al-Sinighali | The Senegalese |
| Al-Skutlandi | The Scot |
| Al-Sudani | The Sudanese |
| Al-Sumali | The Somali |
| Al-Suri | The Syrian |
| Al-Suwidi | The Swede |
| Al-Suwisri | From Switzerland, the Swiss |
| Al-Ta'ifi | From Ta'if, Saudi Arabia |
| Al-Tabuki | From Tabuk, Saudi Arabia |
| Al-Tanzani | The Tanzanian |
| Al-Trabulsi, al-Trabelsi, al-Tarabulsi | From Tripoli, either Libya or Lebanon |
| Al-Trinidadi | The Trinidadian |
| Al-Tshiki | The Czech |
| Al-Tunsi, al-Tunisi | The Tunisian |
| Al-Turki | The Turk |
| Al-Umani (actually al-'Umani) | The Omani |
| Al-Urduni | The Jordanian |
| Al-Urubi | The European |
| Al-Uzbiki, al-Uzbeki | The Uzbek |
| Al-Yabani | The Japanese |

11

SECRET//NOFORN

SECRET//NOFORN

| Al-Yamani | The Yemeni |
| Al-Yunani | The Greek |

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                         )
                                     )
      Petitioner,              )
                                     )
    v.                           )    Civil Action No. 08-1360 (RWR)
                                     )
ROBERT GATES,                        )
                                     )
      Respondent.              )
_____)

Decl. of ████████████ *Background Declaration – Casio F-91W Watch* (Sept. 19, 2008)

~~SECRET//NOFORN~~
UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



Defense Intelligence Agency

*Background Declaration – Casio F-91W Watch*

19 September 2008

**The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.**

(U) I, ██████████ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

**Terrorist Use of the Casio F-91W Watch**

SECRET//NOFORN

SECRET//NOFORN

### Background

Mainly manufactured in Malaysia by the Japanese firm Casio, the F-91W is an inexpensive quartz digital watch with the following specifications:



- An accuracy of ± 30 seconds per month.

- A timekeeping capacity for month, minute, second, AM/PM differentiation, date and day.

- A calendar system that does not adjust for leap years.

- A daily alarm mode.

- An hourly time function.

- A 1/100th of a second stopwatch capable of measuring net time, split time, and 1st-2nd place times with a measuring capacity of 59 minutes and 59.99 seconds.

- Powered by a CR-2016 lithium battery with a lifespan of approximately seven years.

- A level of water-resistance that equates to being splash proof.

The Casio F-91W Watch

(S//REL TO

### Instructional Material on the Casio F-91W is Readily Available

(S//REL TO

SECRET//NOFORN

*Instructional Material is Available Online*



*The Proliferation of Instructional Material in Soft and Hard Copy*



**Recovery of Casio F-91W Watches**



- When apprehended at Port Angeles, Washington, on 15 December 1999, Ahmed Ressam possessed timing devices containing modified Casio F-91W

3

SECRET//NOFORN

SECRET//NOFORN

watch.  He purchased two of these watches for U.S. $22 apiece on 1 September at a store in Montreal, Canada.

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████

**(U) Operational Use of the Casio F-91W Continues to the Present**

(S//REL TO ████████████████████████████████████
████████████████████████████

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- (S//NF) ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- (S//REL TO ██████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- (S//REL TO ██████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

4

SECRET//NOFORN

SECRET//NOFORN



**Conclusion**



I have read this declaration and concur with the findings and conclusion.

5

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

Decl. of ███████ *Background Declaration – Guesthouses*
(Sept. 19, 2008)

SECRET//NOFORN



SECRET//NOFORN

Defense Intelligence Agency

*Background Declaration —Guesthouses*

19 September 2008

(U) The Defense Intelligence Agency produced the following document for the
Department of Defense Office of the General Counsel to utilize in federal court
litigation.

(U) I, ████████ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of
perjury that the following is true and correct to the best of my knowledge, information,
and belief.



## (U) Afghanistan/Pakistan Guesthouses

(U) Guesthouses in the Afghanistan/Pakistan region provided insurgents and terrorists
fixed locations that serve numerous training and operational functions. While most
guesthouses functioned as bed-down locations, a number of guesthouses served as
training camp facilitations hubs, meeting locations for senior al-Qaida leaders, and way
stations for frontline fighters associated with al-Qaida and the Taliban. Al-Qaida and the
Taliban used several guesthouses including the al-Ansar Guesthouse, the al-Nebras
Guesthouse, and a number of senior al-Qaida-associated guesthouses in Kabul,
Afghanistan.

## (U) Al-Ansar Guesthouse

(U) Al-Ansar was a name assigned to multiple suspicious guesthouses in Kabul,
Afghanistan; Kandahar, Afghanistan; and Peshawar, Pakistan. However, the majority of
references to the al-Ansar guesthouses describe guesthouses in Kabul and Kandahar.

SECRET//NOFORN

Derived from: Multiple Sources
Declassify on: 1 January 2034

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

- (S//NF) In 2001, an al-Qaida operative ran the Kabul-based al-Ansar Guesthouse, also referred to as the Kabul Guesthouse and the Arab Guesthouse. Between 2000 and 2001, the guesthouse housed as few as 5 people during the summer and more than 100 people during the winter. For example, recruits used a training camp near Kabul after spending time at the al-Ansar Guesthouse. It is highly likely the guesthouse was significant in the recruiting and facilitation efforts of al-Qaida and its associates.

- (S//NF) Like the Kabul-based al-Ansar Guesthouse, the al-Ansar Guesthouse in Kandahar (also referred to as the Kandahar Guesthouse) had strong connections to al-Qaida.

- (S//NF) During the late 1990s to early 2000s, the al-Ansar Guesthouse in Peshawar, also known as the Beit al-Ansar and the Saudi House, was one of multiple guesthouses trainees traveled to after completing military training

(U) Al-Nebras Guesthouse

(S//NF) The al-Nebras (variant al-Nibras or al-Nabras) Guesthouse was located in Kandahar, Afghanistan. In 2000 and 2001, foreign fighters were sent to the al-Nebras Guesthouse before attending training at the al-Farouq Training Camp. Individual would stay at the guesthouse for four to seven days, during which time their passports, luggage and money were confiscated and they were required to fill out biographical information sheets. After completing the training at al-Farouq, graduates returned to the al-Nebras guesthouse to collect their personal possessions. From there, they traveled to other training camps for additional training or went to fight the Northern Alliance on the front lines.

(S//NF) Abd al-Hadi al-Iraqi Controlled Al-Qaida Guesthouses

(S//NF) In addition to bin Ladin frequently visiting the al-Ansar guesthouses, al-Qaida controlled multiple guesthouses in Kabul, Afghanistan. Al-Qaida operative Abd al-Hadi al-Iraqi ran three guesthouses in Kabul, Afghanistan: the Kutaiba Guesthouse, the Azam Guesthouse, and the Ashara Guesthouse—previously operated by Abu Faraj al-Libi. Both al-Qaida and the Taliban financed the guesthouses. Al-Qaida members from Iraq, Libya, Yemen and Saudi Arabia used these guesthouses. Although the reporting is unclear, Hadi al-Iraqi likely operated the Ashara Guesthouse before Abu Faraj al-Libi took over its operations.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

**(S) The Arab Guesthouse in Kandahar**

- (S//NF) In 2001, the Arab House, also known as the Haji Habash House, functioned as a Taliban-sponsored guesthouse for Arab mujahedeen in Kandahar. As was the case at the al-Nebras Guesthouse, the Arab House was used as a transition point and in-processing location for individuals going to train at various training camps, including al-Farouq. Additionally, all personnel staying at the Arab House were required to turn over their luggage, passports, and any money they possessed. Those items were recorded in a logbook and placed in a safe.

- (S) An individual who claimed he stayed at the Arab House in Kandahar one week before 11 September 2001 reportedly overheard several Arabs discussing a future attack against the United States. If true, the Arab Guesthouse in Kandahar may have been a prominent location for senior al-Qaida operational planners before 11 September 2001.

**(U) Afghanistan: Processing Procedures at Al-Qaida Guesthouses**

(S//NF) The standard operating procedures when entering al-Qaida and Taliban-associated guesthouses, before attending a training camp, was to surrender any passport, identification, money, or other travel documents. The documents in most cases were put into a box, labeled with a number or kunya (alias) for the trainee. The trainees were informed that the documents were being collected for "safe keeping." In addition to "safe keeping," collecting trainees' passports also allowed the camp and guesthouse administrators to sanitize the passports by erasing any entry or exit stamps. In doing so, once a trainee graduated from a training camp, he could travel in and out of Afghanistan and Pakistan without any indication as to the purpose of his travel, how long he had been in Afghanistan or Pakistan, or his country of origin. Additionally, collecting passports also gave camp and guesthouse administrators greater control over the trainees during training, as it prevented trainees from easily leaving without administrator knowledge or approval. A trainee attempting to leave a training camp and return home would first have had to retrieve his passport from the guesthouse. Maintaining positive control over the passports therefore gave the guesthouse facilitator an additional opportunity to dissuade the trainee from leaving, thereby providing al-Qaida and Taliban with greater leverage over future frontline fighters.

**(U) Conclusion**

(S//NF) Al-Qaida-operated or -associated guesthouses offered al-Qaida, its associates, and its recruits safe venues to meet, liaise, and transition between training phases. These guesthouses were not available to the public, but rather were restricted to individuals with specific definable connections to al-Qaida. Individuals who spent time at these guesthouses likely interacted with al-Qaida senior leadership.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

I have read this declaration and concur with the findings and conclusion.



4

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                       )
          Petitioner,                  )
                                       )
     v.                                )     Civil Action No. 08-1360 (RWR)
                                       )
ROBERT GATES,                          )
                                       )
          Respondent.                  )
                                       )

Decl. of ▓▓▓▓▓▓▓ *Background Declaration – Al-Qaida*
(Sept. 22, 2008)

SECRET//NOFORN



Defense Intelligence Agency

*Background Declaration – Al-Qaida*

22 September 2008

~~(C)~~ *The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

~~(U)~~ _____ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.



### ~~(U)~~ Al-Qaida Background Declaration

~~(U)~~ In 1988, Usama bin Ladin established al-Qaida in secret to unite Arabs who fought against the Soviet Union in Afghanistan, and the organization helped finance, recruit, transport, and train Sunni Islamic extremists for the Afghan resistance. Since al-Qaida's founding, bin Ladin's overall goal has been re-establishing the Islamic Caliphate, unified by a common militant-Salafist ideology rooted in a violent rejection of apostasy and characterized by fervent opposition to Western influence in traditionally Islamic countries. Al-Qaida still seeks to expel U.S. and Western influence from Muslim lands, defeat existing and burgeoning apostate regimes, unite the Ummah and garner Muslim popular support, and continues attempting to carry out future attacks against the United States and its worldwide interests. Al-Qaida merged with the Egyptian Islamic Jihad in 2001 and the Group for Salafist Preaching and Combat (GSPC) in 2006. The merger with GSPC resulted in the creation of "al-Qaida in the Lands of the Islamic Maghreb." Al-Qaida also announced a merger with the Libyan Islamic Fighting Group in late 2007.

1

~~SECRET//NOFORN~~

Further, al-Qaida in Iraq is considered a component of the larger al-Qaida, not a separate entity. Overall, al-Qaida serves as an umbrella organization for a worldwide associated movement that includes many Sunni Islamic militant groups.

(U) Al-Qaida has several thousand members and associates. The associates, although they may not pledge allegiance to al-Qaida, support its ideology and methods and are referred to as the al-Qaida-associated movement or al-Qaida affiliates. Al-Qaida remains a loose global network, broadly defined by its strategic objective of re-establishing the pan-Islamic Caliphate, unified by a militant-Salafist ideology rooted in a vehement rejection of perceived Islamic apostasy and characterized by violent opposition to Western influence in traditionally Islamic countries. While many may view this goal as aspirational rather than realistic, bin Ladin and his supporters believe it is attainable. Since his 1998 fatwa issued under the World Islamic Front, bin Ladin has urged Muslims and directed al-Qaida to attack the United States and its allies wherever possible. However, bin Ladin has taken a more pragmatic near-term approach to apostate regimes and Islamic sects, allowing strategic interests to dictate al-Qaida's policies rather than ideological compulsion. Ayman al-Zawahiri articulated al-Qaida's contemporary strategy in his July 2005 letter to the now-deceased emir of al-Qaida in Iraq, Abu Musab al-Zarqawi. Al-Zawahiri framed peripheral battles in Afghanistan and elsewhere as the vanguard for ultimately establishing an Islamic state in the Levant, Egypt and neighboring states in the Arabian Peninsula and Iraq.

(U) Al-Qaida leadership is best analyzed from a functional perspective. Duties often overlap and individuals can be assigned to several functions by matching skill sets, contacts, and other resources with the present needs of the network. Al-Qaida's structure on multiple levels includes an overall emir-leader, a spiritual wing, multiple shura councils, leaders for interdependent functional arms (i.e. media, finance, logistics, etc.), and regional emirs or mid-level operatives who are given control and responsibility for specific areas of operation. Al-Qaida's leadership core is largely, but not solely, Egyptian, and functions around personal relationships and historical connections, many of which were formed during the anti-Soviet jihad. Much of al-Qaida's leadership is well educated, has some form of prior military service in their home country, and prior jihad experience in Afghanistan or elsewhere.

(U) Usama bin Ladin (Saudi), as the overall emir for all of al-Qaida, holds supreme executive decision-making authority. Dr. Ayman al-Zawahiri (Egyptian) is his second-in-command and likely his most trusted strategic advisor. While bin Ladin maintains overall control, al-Zawahiri is likely most involved on a day-to-day basis and holds the most responsibility for al-Qaida's basic operation. Despite losing numerous senior leaders because of U.S.-led efforts since 2001, al-Qaida has demonstrated an ability to replenish key operatives, usually by promoting from within or adding external operations responsibilities to a senior figure's existing portfolio. It is assessed al-Qaida will continue relying on a cadre of trusted and experienced lieutenants to develop and advance Homeland attack plots from the Federally Administered Tribal Areas (FATA) safe haven.

(S//NF)

2



(U) Al-Qaida's most notable terrorist attacks against the United States and the West are the 1998 bombings of the U.S. embassies in Nairobi, Kenya and Dar Es Salaam, Tanzania; the October 2000 attack on USS COLE in Aden, Yemen; the September 11, 2001 (9/11) attacks on the New York World Trade Center and the Pentagon in Washington, D.C.; and the July 2005 attacks against the London transportation system.

(S// ▮▮▮▮▮▮▮▮▮▮▮ Al-Qaida's activities, successes, and ability to generate worldwide press coverage have turned it into a primary recruiter for the global, Sunni militant movement. Key to al-Qaida's longevity and effectiveness is its system of augmenting its members and operations with the resources of affiliated groups as well as "self-recruited" cells that operate independently. Most al-Qaida members operating in Afghanistan/Pakistan are based in Pakistan. Because al-Qaida's senior leadership resides within the Afghanistan/Pakistan border region, local support to the group is critical to its operations and thus facilitates the threat it poses to Western interests throughout the world.

(S// ▮▮▮▮▮▮▮▮▮▮▮ Recruiting for al-Qaida occurs in mosques, Islamic and secular schools, universities, prisons, sports clubs, non-governmental organization projects, and refugee camps. While imams, family members, friends, and jihad veterans are important assets in the recruitment process, al-Qaida reaches a broader pool of potential recruits by disseminating information through audio and video tapes through radio, television, publications, and the Internet. Recruiters exploit an individual's sense of religious duty; ongoing regional conflicts; social alienation and anti-U.S. sentiment; and the attraction of belonging to a jihadist group.

- (S// ▮▮▮▮▮▮▮▮



- (S//NF) ▮▮▮▮▮

- (S//NF) Personal relationships and face-to-face interaction—which give greater control over the vetting process—remain the preferred modus operandi to recruit terrorist operatives for attacks.

I have read this declaration and concur with the findings and conclusion



4

SECRET//NOFORN

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

        v.                           Civil Action No. 08-1360 (RWR)

ROBERT GATES,

        Respondent.

Decl. of ██████████ *Background Declaration – Egyptian Islamic Group* (Oct. 17, 2008)

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~



Defense Intelligence Agency

*Background Declaration – Egyptian Islamic Group*

Defense Intelligence Agency

███████████████████████████████

████████████                    17 October 2008

███████████████████████████████████████████████
███████████████████████████████████████████████

*The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

I, ████████████ pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████

**Egyptian Islamic Group (IG)**



~~SECRET//NOFORN~~

Derived from: Multiple Sources
Declassify on: Manual Review

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

**History of IG**

The IG formed in the late 1970s and gained strength in the 1980s, recruiting members and preaching on Egypt's university campuses. During this period, the IG targeted Coptic Christians and Egyptian security officials. In October 1992, the IG expanded its actions against the Egyptian government by targeting the tourism sector, believing it could deprive the country of valuable revenue and undermine the government.



**Conclusion**

I have read this declaration and concur with the findings and conclusion.

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

Decl. of ▮▮▮▮▮▮▮ *Background Declaration – Algerian Terrorist Groups* (Sept. 19, 2008)

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



Defense Intelligence Agency

*Background Declaration – Algerian Terrorist Groups*

19 September 2008

*The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

GIA

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

(U) GSPC

(U) AQIM

(S//NF)

(U) Conclusion

(S//NF)

I have read this declaration and concur with the findings and conclusion.

2

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

   Petitioner,

  v.         Civil Action No. 08-1360 (RWR)

ROBERT GATES,

   Respondent.

Decl. of _____ *Background Declaration – Lashkar-e-Tayyiba* (Sept. 29, 2008)

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE





Defense Intelligence Agency

*Background Declaration – Lashkar-e-Tayyiba*

29 September 2008

The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.

(U) I, ▮▮▮▮▮ pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

(S//REL TO ▮▮▮▮▮

(S//REL TO ▮▮▮▮▮

(S//REL TO ▮▮▮▮▮

SECRET//NOFORN

Derived from: Multiple Sources
Declassify on: Manual Review



SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN



SECRET//NOFORN
UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

- (S/NF) ████████████████████████████

I have read this declaration and concur with the findings and conclusion.

4

~~SECRET//NOFORN~~

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
      Petitioner, )
)
   v. )      Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
      Respondent. )
)

Decl. of ███████████ *Background Declaration – Terrorist Training Camps* (Sept. 19, 2008)

SECRET//NOFORN

~~SECRET//ORCON//NOFORN~~



Defense Intelligence Agency

*Background Declaration – Terrorist Training Camps*

███████████████████████████

███████████

19 September 2008

*The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

I, ████████████ pursuant to 28 U.S.C. § 1746 hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**Afghan Training Camps: 1989 - 2001**

**Overview:**

Throughout the 1990s and until the 11 September 2001 attacks, the Taliban hosted over 40 known terrorist training camps of various tactics, techniques, and procedures in Afghanistan. Trainee intentions ranged from a personal desire to expand the knowledge of jihad and return to their home country to participating in a transnational terrorist attack ordered by al-Qaida senior leadership. In order to understand the degree of Islamic extremism partaken by a particular Guantanamo Bay (GTMO) detainee, DIA assesses with high confidence that jihadist intentions and ambitions can be extrapolated by analyzing the training camps attended by the detainees.

**Camp Breakdowns**

The camps in Afghanistan where foreigners trained from 1990 to 2001 can be divided roughly into two categories: those serving relatively broad clienteles or agendas, and those – often smaller ones – chiefly dedicated to preparing fighters for local jihads. Significant interconnections existed between the two types of camps, particularly between camps designated

~~SECRET//ORCON//NOFORN~~

Derived from: Multiple Sources
████████████████████████████████████

SECRET//ORCON//NOFORN

specifically for al-Qaida recruits and "freelance" jihadist camps that would train anyone that could afford the "tuition".

## Al-Qaida Camps

In 1988, after bin Ladin gained notoriety among "Afghan Arabs," and after victory for the Afghan jihad with the beginning of the Soviet withdrawal, he and his mentor, Abdullah Azzam, grew apart in their philosophies. Specifically bin Ladin wanted to focus on a global jihad while Azzam desired to remained focused on Afghanistan. On 18 August 1988, bin Ladin and a close group of followers established an advisory council, which divided militant training into two parts, splitting general fighters from perspective al-Qaida members. The general fighters would go to the Sada Camp. The prospective al-Qaida members would go to a testing camp, with the best recruits chosen for membership in al-Qaida. In 1990, bin Ladin opened the al Faruq and Jihad Wal training facilities in Khowst and Jalalabad as his testing facilities.

## Al-Faruq Training Camps

Al-Faruq was al-Qaida's primary Afghan basic training facility, providing ideological indoctrination and training on small arms, mortars, rocket-propelled grenades, anti-aircraft artillery, topography, map reading, explosives, mines, hand grenades, ambush tactics, suicide training, and antitank weapons.

- Al-Faruq training camp was named after the second caliph, Umar Bin Khattab who was also known as "al-Faruq." Al-Faruq was created in the 1980s so bin Ladin's new organization, al-Qaida, could have a training infrastructure independent of Abdullah Azzam's Maktab al-Khidamat. Bin Ladin's organization sought to fight insurgencies against apostate Muslim regimes in the Middle East and Central Asia following the Soviet-Afghan war.

- Al-Faruq was al-Qaida's flagship training camp that admitted Muslims of all nationalities. Al-Qaida used basic training to vet recruits for membership in the group and, by the latter part of the 1990s, emphasized a global anti-U.S. agenda rather than local jihad insurgencies.

- 

- 

- 

2

SECRET//ORCON//NOFORN

SECRET//ORCON//NOFORN

- (S//NF) ███████████████████████████

- (S//NF) It has been estimated that 10,000 men have been trained at al-Faruq since the group was established in 1988.

- (S//NF) Al Faruq was also utilized to train select operatives when it was relocated to Kandahar. In April 2001, Tarnak Farms explosives and poisons expert Abd al-Rahman al-Muhajir trained select al-Qaida operatives for specific █████████████████ at al-Faruq in Kandahar. The training was separate from basic training and the operatives ████████████████████████

(S//NF) According to The 9/11 Commission Report at least seven of the 9/11 hijackers who provided "muscle" for the attacks went through a basic training regime at the al-Faruq camp, and one of the pilots, Hani Hanjour, was identified for inclusion in the plot while training at al-Faruq. The Commission concluded this particular camp appears to have been the preferred location for vetting and training the potential muscle hijackers because of its proximity to Usama Bin Ladin and other al-Qaida senior leaders.

(S//NF) The al-Faruq training camp was a "basic training" al-Qaida camp used to establish a large pool of trained extremists from which al-Qaida could select the most capable for advanced training and operational use. Many of the al-Qaida senior leaders and operational cadre graduated from the al-Faruq program before advancement, and the idea of establishing a military college at al-Faruq was a precursor to a global agenda. If the jihad in Afghanistan were to end, graduates of the college could go anywhere in the world for violent jihad.

(U) Mes Aynak

(S//NF) ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

(U) Tarnak Farms aka Abu Obeida Training Camp

(S//NF) Tarnak Farms was an al-Qaida training camp that was located near the Kandahar Airport and ████████████████████████████████ and offered more advanced training


- (S//NF) Former 20th hijacker of the 11 September 2001 attacks, and current GTMO detainee, Muhammad al-Qahtani (SA-63) attended advanced training at Tarnak Farms following basic training at al-Faruq. Al-Qaida chose Qahtani for the mission during his training at Tarnak Farms.

3

SECRET//ORCON//NOFORN

███████████████████

███████████████████████████████

- ████ Current GTMO detainee and al-Qaida bomb maker, Tariq al Sawah (EG-535) was one of the primary explosives trainers at Tarnak Farms. After receiving two months of training at al-Faruq, he received training in TNT and bomb-making from now-deceased explosives expert Abd al-Rahman al-Muhajir at Tarnak Farms. Sawah then approached now-deceased senior al-Qaida commander Abu Hafs al-Masri (aka Muhammad Atif) and volunteered to be an instructor at Tarnak Farms between July and August 2001.

- ████ While Sawah was teaching explosives training at Tarnak Farms in the summer of 2001, senior al-Qaida operative Abu Muhammad al-Masri instructed Sawah to design a new way to use explosives. Sawah developed a shoe-bomb prototype that could be used to bring down a commercial airliner in flight. Sawah was instructed to teach the construction of the shoe-bomb to others. This design matches the design of the shoe-bomb used by failed suicide operative Richard Reid.

## ████ Camps Utilized by al-Qaida and Others

████ Many training camps were utilized by other terrorist organizations other than al-Qaida. Many trainees were cross-trained between flagship al-Qaida camps and camps that were organizationally independent. Some independent camps were taken over by al-Qaida and some shared training regiments with al-Qaida. The primary camps of focus that will shed light on the hierarchical and operational differences are the Khaldan camp, the Derunta training complex, and the Sada camp.

## ████ Derunta Training Camp Complexes

████ The Derunta training complex, located 15 miles from Jalalabad, Afghanistan, was a set of advanced terrorist training camps offering training in various explosives, poisons, and chemical warfare agents. Coalition forces destroyed the camp in October 2001.

- ████
███████████████████████████████████████

- ████ Senior al-Qaida facilitator and operative Abu Zubaydah was a senior operative and facilitator at the Derunta training camp in the late 1990s.

## ████ Derunta: Curriculum

████ A handwritten document recovered near the Derunta camp in Afghanistan is assessed as a training manual written by Abu Khabab as a guide for terrorist organizations to synthesize various poisons and chemical warfare (CW) agents. This document contains well-developed tutorials, detailed preparation instructions, tables, drawings, and dissemination sections;

4



SECRET//ORCON//NOFORN

although, the production recipes for more advanced CW agents such as nerve agents contain errors.

- The first half of this training manual is divided into two courses: "special" and "poisons." The special course discusses the concentration of the primary substances sulfuric acid and hydrogen peroxide, as well as the preparation of nitric acid, hexamine, chlorates, and explosive compounds. The poisons course is further divided into four sessions: non-chemical poisons, chemical poisons, poisonous gases, and methods of use.

- The second half of this training manual is titled "A Lesson on the Production of Poisons and Poisonous Gases." It provides detailed instructions for producing/ synthesizing carbon monoxide, sulfur dichloride, ethylene gas, mustard, nerve gas (sarin, and VX), and for the mixing of VX with dimethyl sulfoxide to facilitate absorption through the skin. The manual also provides a detailed introduction, complete with physical properties, lethal dosages, symptoms of exposure, and handling methods, for most of the described synthesis routes. Although the physical properties, symptoms, and handling methods presented are accurate, the lethal doses given in the document are not in agreement with accepted dosage required to kill 50 percent of the targeted population.

Although some contents of the training manual may be the result of Abu Khabab's laboratory research, the information likely was obtained primarily from openly available books and manuals, such as those found on the Internet. Some of the various chemicals, as discussed by Abu Khabab, would not be very effective for their intended use.

**Derunta: Students of Abu Khabab al-Masri**

(S//NF) Thousands of Islamic extremists from numerous countries received explosives training in Afghanistan from master bomb makers such as Abu Khabab. At the conclusion of basic training, these trainees had three options: volunteer for advanced training, go to the front and fight, or return home to train others. The tactics, techniques, and procedures and experience gained in training and in combat were exported to the extremists' home countries. Students of Abu Khabab al-Masri were not necessarily members of al-Qaida, but many were, or later became, members or close affiliates.

- (S//NF)

- (S//NF)

5

SECRET//ORCON//NOFORN

SECRET//ORCON//NOFORN

- (C/NF) ▓▓▓▓▓▓▓▓▓ convicted millennium bombing suspect Ahmed Ressam went to the Derunta training camp ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(S/NF) In addition to acting as force multipliers by training a new generation of bomb makers, the Derunta training camp played a direct role in major terrorist attacks worldwide. Many terrorist operations in the past decade depended on explosives fabricated by an explosives expert trained in the Derunta training camp. In support of an extremist train-the-trainer paradigm, Abu Khabab students continue to proliferate their skills in a number of countries and regions including Afghanistan, the Horn of Africa, Iraq, Pakistan, and Southeast Asia. Although some Derunta graduates may have been utilized in al-Qaida operations, its trainers did not take operational guidance directly from al-Qaida senior leadership before the 11 September 2001 attacks.

(S/NF) Graduates of these camps might attend Abu Khabab's camp on their own to receive additional training. However, senior al-Qaida leadership would not formally task him to train al-Qaida operatives.

## (U) Sada Training Camp

(S/NF) The Sada training camp (also called the Masada training camp) was operated by Shaykh Abdallah Azzam's Maktab al-Khidamat organization in Pakistan's Federally Administered Tribal Area (FATA) during the 1980s. The camp served as a training facility for aspiring mujahidin from across the world, most of whom were looking to join the war against the Soviet Union in Afghanistan. Basic training on light weapons, artillery, and physical fitness was provided at Sada, as was basic indoctrination into radical Islam.



- (S/NF) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- (C//REL TO ▓▓▓▓▓) Many future al-Qaida leaders and members cycled through the Sada camp, or acted as cadre. For example, current GTMO detainee Adil bin Hamlili (AG-1452) attended the Sada camp several times between 1986 and 1991 and went on to

6

SECRET//ORCON//NOFORN

SECRET//ORCON//NOFORN

become a high level al-Qaida courier and facilitator between bin Ladin and other al-Qaida operatives.

- (C//REL TO ▓▓▓▓) Current GTMO detainee and 2001 Sarajevo Embassy bomb plot conspirator Boudella al-Haj (AG-10006) was an instructor at the Sada training camp in the late 1980s.

(S//NF) Following bin Ladin and Azzam's differing philosophies on the future of the jihad, on 18 August 1988, bin Ladin and a close group of followers established an advisory council, which, divided militant training into two parts, splitting general fighters from perspective al-Qaida members. The general fighters would go to the Sada Camp. The prospective al-Qaida members would go to a testing camp, with the best chosen for membership in al-Qaida. In 1990, bin Ladin opened the al-Faruq and Jihadwal training facilities in Khowst and Jalalabad as his testing facilities. Khaldan camp was later opened in Khowst and provided both basic and advanced training for general fighters.

- (S//OCON) The Sada and Khaldan camps were operated by Azzam's Maktab al-Khidamat organization and remained operationally and organizationally independent of al-Qaida.

(C//REL TO ▓▓▓▓) Sada was not an al-Qaida training camp, although many future al-Qaida leaders and members trained or taught at the facility. While some reporting indicates the Sada training camp remained open until 1992, other reporting indicates training continued there through the mid 1990s, well after Abdullah Azzam's death in 1989. Regardless, during its entire existence, available information indicates Sada was an open jihadist camp whose leadership was not dedicated to supporting any particular extremist or terrorist organization.

## (U) Khaldan Camp

(S//NF) The Khaldan Camp was a basic and advanced training camp in the Khowst Province.

(U) While the Khaldan camp was not an al-Qaida facility, Abu Zubaydah had an agreement with bin Ladin to conduct reciprocal recruiting efforts whereby promising trainees at the Khaldan camp that they could join al-Qaida if desired.

(S//NF) Khaldan offered basic training such as weapons familiarization as well as advanced courses on assassination, abduction, and explosive devices.

(S//NF) Some Khaldan trainees ultimately became integral into al-Qaida training and operations following Operation Enduring Freedom in October 2001.

- (S//NF) Current GTMO detainee Barghomi Sufyian (AG-694) originally trained at the Khaldan camp for five months where he received training on light arms, mines, mortars, communications, and tactical movement. He also trained in two others camps and became a trainer at an unknown camp near Jalalabad, none of which were directly tied to al-Qaida.

7

SECRET//ORCON//NOFORN

SECRET//ORCON//NOFORN

- (S//NF) In early 2002, senior al-Qaida commander Abd al-Hadi al-Iraqi tasked Abu Zubaydah to recruit trainers to enter Afghanistan and train local Afghans how to build improvised explosive devises (IEDs) for attacks on Coalition forces. Zubaydah recruited Sufiyan and current GTMO detainee Ghassan al Sharbi (SA-682) to train Binyam Ahmed Muhammad (ET-1458) and Jabran Sa'ad (SA-696) in explosives at a safe house in Faisalabad, Pakistan. Following the training, Binyam and Sa'ad were to enter Afghanistan to train local Afghans in IEDs.

(S//NF) ███████████████████████████████████████████████

**Abu Yahya Camp for the Libyan Islamic Fighting Group**

(S//NF) The Abu Yahya Camp was a training facility designated specifically for the Libyan Islamic Fighting Group (LIFG). ███████████████████████████████

(S//NF) Although the Abu Yahya Camp was not a flagship al-Qaida camp, trainees from Abu Yahya often had close affiliations with al-Qaida leaders. ███████████████████████

- ███████████████████████████████████████████████

I have read this declaration ███████ with the findings and conclusions ███████

UNCLASSIFIED//FOR PUBLIC RELEASE
SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

# English Translation – Zubaydah Diary Volume I

UNCLASSIFIED//FOR PUBLIC RELEASE
SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



2111 W. Roosevelt Road
Chicago, Illinois, 60608-6700

| | |
|---|---|
| File Number: | ███████████ |
| Task Number: | ████ |
| Language: | Arabic |
| Translated By: | █████████████████████ |
| Reviewed By: | █████████████████████ |

### VERBATIM TRANSLATION

### Abbreviations:

| | |
|---|---|
| IL | Difficult to read due to quality of the handwriting |
| Italics | English |
| [TN] | Translator's Notes |

**[TN: This document is a diary; however, it does not appear in its chronological order. In order to have continuity and the proper sequence of events, the translation starts from the last page (276) going backwards to first page (001)].**

UNCLASSIFIED//FOR PUBLIC RELEASE

A picture of me at five or perhaps six years old; if only I could wipe out all my past since the moment I was born until this moment, by God, I will not hesitate one bit.
Hani
8-7-1990 AD
[TN: Bottom of page has crossed out words].

Dear Hani 2,

Finally… and after lengthy hesitation, I decided to write to you in spite of my belief that whoever talks to himself or writes to himself – as I am doing right now – is nothing but crazy. However, after feeling that my world is closing in on me and that I have given up on finding a sincere and faithful friend, whom I can confine in; one who will be faithful to me just as I will be faithful to him….

Also, after I got tired of people and became fed up with all the friends; friends of the moment, leisure, and mutual benefit, I decided finally to write to you; to myself, after ten years.

It is, I mean; this diary is a letter from "Hani" to "Hani." From Hani1 (1990 AD), that is me now, to Hani 2 perhaps the year (2000 AD), that is, when I become 30 years old; which is you, Hani2.  [Crossed out word] So, I am not sure if you can accommodate my worries!

Dear 30 years old Hani, [Crossed out word]

Today is *June* 7, 1990 AD, corresponding to, Dhu l-Qa'dah 14, 1410 AH. Today, I have decided to write my memoirs and these words are to you. So, this will be the letter in which I complain to you, get things off my chest, and cry in your arms whenever I feel the need to share my burden, from this silly world, with someone.

Yet, I am planning on not reading what I write until I reach the age of 30; that is ten years from now, perhaps. So, I will be you; the 30 years old Hani, provided that I get to live to meet you. But, I don't believe that I will keep this diary closed. I am certain that I will read it thousand and thousand times before I get to you.
Then, not [read it] even once when I get to you; that is, if I get to you.

Dear,
These memoirs are a complaint against the period between Hani1 and Hani2 (you).

✱Note:

I am not a schizophrenic, which is a split personality disease; rather, I am trying to divide myself into two parts because; I believe that everything changes with time, even human beings. Therefore, it is inevitable that you Hani2 at 30 years of age are different than Hani1 (I)..Me.. at 20 years young.
Excuse me, I meant 20 years old.

Hani 1

[TN: The bottom of the page has crossed out words that are illegible].

█████████████████████

*June* 8,
Dhu l-Qa'da, 14

Dear Hani... Hani2

I believe in one thing that is; bad memoirs in a beautiful setting are beautiful, rather, they are fabulous.
Beautiful memories in a bad setting are undoubtedly hell. But, my memories are all awful and my surrounding, up till now, is miserable . . . miserable.
I am not sure how do you evaluate bad memoirs in an awful surrounding.
I am neither a pessimist nor I am resentful, but that is the truth. It is to the extent that if I were able to wipe off my past, all of my past since the moment I was born until this minute,

█████████████████████

-the minute of writing these words, believe me that I will never hesitate one bit.

Well, I'm not sure if you still feel the same way ten years from now? Is it still the same? I mean; when I reach Hani2, you, will I be thinking the same way? Or will I leave out some periods of time between Hani1 and Hani2 that I will not wipe off?
Any way, as for me now, I do not deny that I have seen moments of happiness; yet, I always, constantly, and with time discovered that this happiness was nothing but illusion and false impression.
Likewise, it is the case with friends; whenever I say, "yes" I find myself with someone; time will prove that I was wrong and what a mistake I have made!
I have been stabbed in the back over and over again and by a many, many swords, and by many friends. Hence, I cried out of sorrow and pain thousand times. Friendship is a fantasy, friendship is false.

█████████████████████

[Drawing]

███████████████

*June* 8,

Dear Hani, I don't know why I feel like I want to discuss my father with you!
[Crossed out words].

A huge gap between my father and me was growing bigger over the days. In fact, we were not in harmony. Both of us don't understand one another and have no appreciation of each other's circumstances.

The problems between us began as I graduated from high school, rather, long before that. I am not exactly sure of when I began raising my voice at him or when I began objecting to his decisions [cross out word] concerning me.
Our disagreements were always about minor matters that meant much to me, as a teenager. But he never appreciated things and I never did as well; yet, I did not attempt to understand him.

He always asked me in a screaming, reprimanding and mocking manner to fully integrate into the society I'm living in – the Saudi Society – by the way I dress, eat, appear, talk, behavior, and observing its traditions like he did. However, I constantly refused; simply because, I believe in the importance of my self-independence of everything even of my father himself.

███████████████

I also believe in the importance of adjusting to the surrounding and the society one is living in or I am living in, for that matter; especially, when it is a Palestinian like me with no homeland, no passport and no identity.
One who was destined to be born in a country that is not his and live among people who viewed him primarily as a refugee, and sometimes their looks utter words and show feelings such as; "a burden on my country"… while the Jews are running loose in my country…

That look used to bother me ever since I was little. I used to ignore it but it is a fate that can not be escaped.

Sure it was! I used to adjust to my society but not to the extent that would reach full integration. For example, it is hard for me to look like a Saudi in appearance and in the way I talk; I am not like that. Moreover, the one who is talking to me can sense that I'm not and that I am mimicking a Saudi. Why is that? There is no reason to begin with. I have the right to wear whatever I want, eat whatever I want, and befriend whomever I want; not the one imposed on me by my father or due to circumstances. … and here is the problem.

███████████████

I used to dread being looked down upon by the society; stateless and displaced, especially at school. Yet, sometimes I used to face it in great audacity and often I understand it and rise above it.

The important thing is my father…

Of course, I don't hate him and had never hated him. I also know that he doesn't hate me. Rather, I sometimes feel regretful for everything I said about him, any situation where I was rude to him, and caused him embarrassment before his acquaintances in order to prove my independent personality. I did not sense these regretful moments until after I migrated – once again – to go study in India, these are the moments during which I'm writing these memoirs to you.

For example, when I think about what my father goes through in order to pay for my education here in India, my brother's in Pakistan, for my family in Saudi Arabia, and perhaps his own family; my grandfather and my grandmother in the occupied Palestine, I say that I feel remorseful when I think about all these things and I resent myself and my rudeness and I almost cry.

However, even here in India, his letters to me were sometimes-

-overwhelming. He even sent me more than one letter explaining his discontent with me for studying computer science, which can be studied in a form of courses. So, what is the use of being away and the expenses? So I curse him and sometime [his letters] are kind and make me happy; so, I can do nothing but sigh and oh what a life!

He will always be my father and I will be his son; besides, in any disagreement between the father and the son, the father is always right and the son is at fault even if the truth is quite contrary. So, the father is the father [the authority] and son is the son [submissive].

[TN: A drawing appears at the bottom of the page].

*June 9,*

Do you remember Muhammad Shams-al-Din Tahir? Abu 'Asbah or Sawalha. He was not just a friend; rather, I believed in friendship because of him. However, I ended up disbelieving in it because of him.

I know more than a thousand individuals and I have a thousand friends; yet, not everyone you know leaves an impression on you. That is how my friendship with

Muhammad Shams-al-Din. I knew him since early childhood, perhaps as a brother of my brother's friend. His oldest brother is the closest friend to my brother Mahir.
Also, Muhammad was an ordinary person in school; first in grade school, we never cared for each other. Then, in middle school it was like hello, hello.
However, in high school, he is no longer an ordinary person that I know; rather, he became a close friend and so I was to him, perhaps…

The years went by; sophomore year in high school, junior year and senior year – final year in high school.

█████████████

During the week, on school days and every Wednesday evening, there had to be a meeting. Often times, he used to visit me while I fell behind because my father did not like me to go out more often or for other reasons.

High school was over and I have a low GPA whereas he had a very good GPA, and praise be to God; I don't mean to envy him. He joined one of the Saudi universities, perhaps language Arts major, while I was waiting for an opportunity. My GPA will not admit me to any of the Saudi universities. This was not carelessness as much as a purposeful carelessness.

In the beginning, I was determined on a study that will have a good future such as; computer, cosmology, electronics, and satellites. Yet, these fields are specific to those nationals [Saudi Nationals].

After a period of time has elapsed, after I had been sitting for a while without studying in college; I began making every effort to study and not be wandering like that. As a matter of fact, ever since in junior year in high school, I knew that I have no [cross out word] future here and I cannot study computer in Saudi Arabia-

█████████████

-even if I had a high GPA because; it is specific to Saudis. Therefore, I began procrastinating; there is no need to work hard for nothing. It sure was a tough phase in my life. I say that he joined – my friend Muhammad – a college and stayed behind waiting for my fate.
Our friendship was growing, day after day, only him and me… We were considered a fun clique. Then, I began introducing him to some of the old friends, if you still remember those names; Ra'id Fayyad and Ra'id Al-Masri. Slowly but surly, the clique grew bigger. So, the four of us only go out together; rather, Wednesday night was a set official rendezvous and those who violate it are punished by scolding and reprimanding.
Why Wednesday? Because, Thursdays and Fridays are the days of the weekend in Saudi Arabia.
Up until the [cross out word] end of high school, the clique consisted of Muhammad, Hani, Ra'id Al-Masri and Ra'id Fayyad. When we finished high school, the group

expanded to gradually include other members who used to be a part of another clique; so they [crossed out words] were consolidated-

███████████████

-through great efforts. So the fun and carelessness clique became comprised of; Muhammad, Hani, Ra'id Al-Masri, Ra'id Fayyad, Tariq 'Ati, Yazid Abu Jabal, Muhammad Abu Madi, Ra'id Al-Shurbaji, and Rami Miqdad.

Truly, I used to look forward to Wednesday night, I hardly hear the sounding horn, especially from Ra'id Al-Masri's [car] and sometimes Ra'd Fayyad, I jump for the escape. But, I used to go back home around mid night or later. I was beat and always wondered to myself, how long will this routine last? I had no hope then to continue my college study. I was trying to submit applications to universities in America, Philippine, India, Egypt or one of the Saudi community colleges; yet no hope.

With time, our families began getting upset with us and our gatherings at one of the homes. Even we, ourselves, began to be fed up. We used to meet at the house of one of us then we go out wandering around-

███████████████

-in the shopping areas and nothing new.

Discussions among the guys about politics, art, and sometimes literature like Muhammad and I used to do in the past. However, with the group becoming the size it is, there was time only for jokes, laughs and silly criticism of one another.

There was no place in Riyadh, the capital of Saudi Arabia, which will accommodate us. Rather, there is no place there to work but houses for video, playing cards, empty talk and boredom; however, we were diligent in having those meetings.

At the beginning, Al-Ghutah Park, do you recall it? It was the weekly gathering spot which Muhammad and I used to go to, then Ra'id Fayyad and Al-Masri, Hamza Al-Tabish, another person.

Then, we gave up the park for house gatherings or wandering in the shopping malls. (The role of television in arousing fantasies with no way to act them out; the solution is not by suppressing freedoms, rather, it is by banning television). Anyway, in one of the month of Ramdan's nights, we had gathered at Abu-Madi's house: Muhammad, 'Alaa' Muhammad Abu-Madi – of course – Rami Miqdad, Ra'id Al-Masri, I and who else? I don't know…

███████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

The gathering was on the roof. It started at, perhaps, nine or ten at night with few pushes, tackling, karate, dancing and laughs. Then a discussion started between "Muhammad Abu-'Asbah" and I about jihad in Palestine.

My view point states that jihad and the path to Palestine has to be strictly Islamic. Yet, he was saying that the main thing is liberation; regardless of the leader or the army even if they were not Muslims. The discussion intensifies and became a debate; each wants to prove his conviction to be right.

He and I used to argue in a civilized manner, but today, our argument became yelling then temperament and anger, then, I shouted.

I began screaming as I became fed up, "That's it, *ok.* End the discussion! We both are adamant about our views; so, I will not convince you and you will not convince me."

So, we were quiet for a bit; yet in the same-

███████████████████

-gathering, we would go back to the same discussion then we argue and yell until the gathering is over.

Then, it was high time to leave; we rode in Rami Miqdad's car. Ra'id Al-Masri sat next to the driver. Two other persons sat between Muhammad and me in the back. Muhammad was still making comments about what I said while I'm being sarcastic and playing with his words until he blasted out of anger, and in the midst of everyone's surprise, he left the car as if he refuses to be with me in the same car. He insisted to go back home even on foot instead of riding with me in one car. I was truly shocked. It is an insult and what kind of an insult; but, I didn't talk, I was speechless!

The others began calming him down so he returned to the car sighing. There were moments of silence; finally I said to him, "I don't know the reason for the anger! There is no reason for this rage. *Ok!* I am stupid and what I said was wrong." I am satisfied so long as you insist that I have to have your views.

He remained silent until the car got to his house. When he left the car, he said, "I'm sorry." But it came in late.

███████████████████

I am not sure why ever since that day I don't feel that Muhammad Shams-al-Din Tahir is just a friend like the rest; the impression he left in my heart is fading away.

This episode was not the only reason for my pain; yet, this incident was the reason for removing the last impression he left in my heart.

Although, I have read a poem which he wrote about me in a personal diary, and that he was apologetic in his tone for what he did and described me as the best friend. However, I read it too late, perhaps seven or eight months after that episode during which I sensed

that our relationship is fragile and can be destroyed by a silly discussion that either party is ignorant in.

Ever since that day, and despite the fact that things returned to normal, whereas we resumed our routine meetings in a normal fashion as if nothing had happened;
But since that day I feel, rather, I am certain that I am lonely without friends; although, there are many in theory. Oh God!

*June* 13,

This date makes it almost a year for me here in India or perhaps more than a year. Ever since the first day I arrived in this country to study computer science, I have been trying to turn a new page in my life. But, the winds always expose for me pages from the past. I try not to read them; however, I recall them very well. And as they say: "One with no beginning has no end."

[TN: At the bottom of this page there are crossed out words and the following note]:
"I cannot tolerate more roistering or fool myself and others."

*June* 14,

Today, the grades of the finals will be announced. It is the first year in computer science and it includes the following subjects: Computer, Math, Physics, Arabic, and English. Yesterday, the names of those who passed all subjects were announced and my name was not among them. So, I might have failed only one subject.
Although I have thought, God willing, that I will pass the first year and go on to the second one without having to repeat the first year, yet, I am worried.

It is the student's life, and may God help me.

*June* 15,

A crazy idea is going through my mind, but it is very tough to make a decision on it. The idea appears to be excellent, rather, very clever; but, the circumstances… who can guarantee the circumstances?

*June* 17,

Bad luck is accompanying me as my shadow, and up till now, life refuses but to frown at me.

I come out of one problem to get into another; financially, mentally, and socially. Of course, they are not problems in the sense of the word "problem." I have always been able to find the solution, praise be to God, an I can adapt to it and try to adjust the circumstances accordingly. However, I become tired and about to explode.

My nerves can not take much pressure and I am not sure when will life smile at me. I also don't know if it is blessing that I am lacking in everything I do or is it the abundant bad luck that is following me.
I say, thank God for everything and perhaps gratitude exists in crises.
I sometimes feel that this very last phrase is among a group of words that I comfort or console myself with so I don't actually explode.
Oh God!

████████████

*June* 22,

Dear Hani,
Do you know that…

For me, watching a movie on TV or on video was not just an incidental fancy or a way to pass time. As a matter of fact, it was an escape. I live the events of that movie as one of its characters, until the movie is over. That's when I feel down in the dumps and depressed; my escape is over with the end of the movie.
That period was the one between my high school years and the time I joined one of the Indian universities..

I used to stay up alone at night watching the movie; which was often on TV, and after the movie ended, I usually stay up objecting the fact that it ended so quickly.
I always thought that due to my miserable reality, especially for being delayed in finishing my university education, I used the movies as a tool to run away from reality. However, I am a university student now and don't feel-

████████████

-insecure about education. Yet, I get the same feeling whenever I watch a movie here, in the theater.
I feel depressed when it is time to leave and get scared as I am leaving. But scared of what, I'm not sure; perhaps because I hate the outside world as it pressures me or because I sense its filth and timeserving.
I was as if I wanted to stay in the movie theater forever, escaping my world to the world of the movie I am watching, even if it is a silly one.
I am not sure how long will I be running away or even what is it that I am escaping from.

Oh my world!

I believe that the society I'm living in is an ignorant one. It is as ignorant as the people of the two villages; before the Prophets' time, perhaps even way before.

[TN: bottom right corner of this page has crossed out words that are illegible].

And I don't disclaim that I'm not ignorant, but what is the answer and what is the salvation.

*June* 25:

Insanity is a pleasure in itself. I believe that one, anyone, has the right to take time for insanity – legal insanity – away from courteous behavior, routine, etiquette and no etiquette; a period where he is perceived as a lunatic in people's eyes and, even, his own eyes. A short period, even if it is 15 minutes per day, should be sufficient to maintain his sanity.

As for me, I live insanity; sometimes I feel the urge to sing out loud, break the furniture in the room or even scatter it around; so I can relax, not giving much care about people, society or anything; do whatever I want without any restrictions.

I can be crazy so I don't grow to be crazy, because I have a pressing urge inside of me for insanity; thus, I give it its share so it doesn't revolt against me and stab me.

So, it is quite my right to wear shorts and run in the street even if I have exceeded a hundred years old. For example, I care less if someone says, "An old man pretending to be young" or "Does he even have the energy?" The hell with them! As long as I have the energy, I will do it; and if I choose to do so, I will.

However, sometimes I feel that I am truly crazy and the proof to that is I talk to myself; I talk to my future through my memories book and through the 30 year old Hani2 personality. That is not all, even my usual behavior rules for my insanity.

If I like someone, I become insanely truthful to that person. It is insane to love all people and not hate anyone; however, everyone hates everyone…
It is crazy to trust someone by more than 60% even if that person was my father.
It is crazy to believe firmly, beyond doubt, in something. It is crazy; except for believing in God. It is the only thing that cannot be doubted and praise be to God for that, and I feel that that is my safety belt and thank God!

The true problem lies in life's intricacy among sane people; you're the only insane one among them, and vise versa!
But the problem will be easier if I find me an equal who will share my insanity with me; but, where, how and when? Thus far, I have not found this equal.
How about you, Hani2? Have you found him yet? Or are you still waiting??

Life is tough in a society that is close to paganism; if I say the truth, I am considered crazy. Well, let me be crazy then; don't you think?

Hani

[TN: bottom left of this page has crossed out words that are illegible].

███████████████

*June* 27,

Dear Hani,

Sometimes I feel a pressing urge to cry but I don't cry. Although my tears fall so quickly sometimes for a ridiculous situation; yet when I am alone, I try to cry and my tears hardly fall down.
I try to cry a lot, yet, it seems that even the tears do not want to submit to me and they oppose to my wish; just like everything in my stupid world.

Up till now, my only friend is the cigarette. Although I hate it, it is the only truthful thing to me and the one that is always by my side in my time of sorrow.
When I smoke, I feel that I need to burn something; so I burn my cigarette and, in turn, it burns me.

Dear Hani,

Nothing new in my life so far; but I am in dire need to talk to someone, anyone, talk to that someone about nothing.

███████████████

Since you are the only one in my world; the one that I can complain to and cry in his arms; the one I cry to without being embarrassed or worried that he might misunderstand me or tell on me. Therefore, you will definitely put up with my silliness. Sometimes, if I note down a plain memory one day, that is a couple of words like; good morning or good evening and that's all.

I feel a deadly isolation although I am surrounded with many. It is loneliness that makes me wish that I can meet someone to greet or say good morning to or even smile at sincerely; yet, I don't find that one.

11

Do you know that if it weren't for my belief in God, I would have been faded away! I know that He is with me, watching over me.

From *June*, the twenty seventh

The time is 8:00 pm now; so, good evening.

It is *June* 27, 1990 AD which corresponds to Dhu l-Qa'dah 5, 1410 AH. The Adha Holiday is around the corner – the grand holiday – So, many happy returns!

███████████████

*June* 28,
Dhu l-Qa'dah 6,

India, the land of wonders! Visit it now! These were the airlines' special ads in the newspapers, the magazines and TV as well.

Here I am now, in India, for almost a year or a bit over a year and I have truly discovered that it is the land of wonders.

Everything in Indian is amazing in a sickening way. However, there are few facts that can not be ignored. Truly, the sceneries in this country are breathtaking, in spite of the fact that it is neglected in some areas, it could possibly be the most beautiful tourists attractions; provided that, it receives appropriate care... but...

Moreover, I cannot deny that I owe it to this country for allowing me to continue my college education after I have lost all hope to have college education.

However, the system here, the people, and the living; all of these things here make you truly sick to your stomach.

███████████████

Friendship here is based on personal interests, especially with the foreigners. Although, an Indian youngman from Mysor, in particular, the city where I'm at right now, perceives a foreigner, a person from another country, as better class, richer, and cleaner. Yet, if he has the chance to betray you, he will not hesitate at all.

There are many religions here, and languages are perhaps more.

Every religion has thousands and thousands of sects, and every language has thousand and thousands of dialects. There are Muslims but no Islam, there are Christians and the majority are Hindus.

Diverse races that are piled on top of each other; everyone cheats everyone and interests are the most important thing and above everything.

The stars here are "goddesses." Alcohol and cinema are things that an Indian person cannot live without; even if he doesn't have food to eat, he has to drink and watch a movie in the theater; especially the poor class or as they call it "Third Class." And the favorite sport is Cricket.

The truth is, up till now, I couldn't adjust-

-properly to this country or to its people. But, it is the fate that I cannot deviate from and the path it drew for me, yet we seek refuge in God.
(The conversation is missing. There has to be more discussion about India from all aspect.)
The time is 12:00 pm; so, good night!

Dear Hani,

Did I tell before about how sometimes I feel so stupid? I do not learn quickly from the lessons that life imposes on me. I will continue to be stupid until I can get rid of the extra love which I cherish for all people and the blind trust that I give to all those I love.

Here is a fine story for you:
About, perhaps, five months ago, I bought a motorcycle or as we call it "Bike." For some reasons, I – willingly – had to register the bike in the name of an Indian friend of mine, Yasir 'Arafat Badr Al-Zaman. His family is my neighbor; nice family, I have good relation with them, his father visits me daily, and we exchange food and sweets. He has an older brother, Tawkhir, he is quiet.

My friendship with Yasir was good; he was the one who taught me how to ride a bike. I always gave him the key to use the bike, whenever he needed it. He used to use it more often, quiet more often than I did. I always did that happily and joyfully.

Five months elapsed and our relationship was fine; but, recently I was obligated to sell the bike for financial reasons. Obviously, I had to get Yasir's signature because the bike is in his name. A little bit before that, there was a minor clash between us over him not committing to schedules and taking advantage of the kind of person I am. So, he believed that the bike is his and not mine and I began asking him for it when I needed it.

Anyhow, a minor clash took place between us when it was time to sell the bike; he sent me a verbal message with another guy stating that I have to pay him 1500 Indian Rupees for his signature. I was shocked by his request and his rudeness.

I tried conferring with him but he declined the meeting. So, I asked to speak to his father since he was my friend as well. When I related the issue to him [the father], I sensed carelessness in his tone and he didn't seem to be surprised, touched or even slightly disapproving of his son's behavior. He promised me to talk to his son and get back to me with his findings.

13

Today, at eight in the morning, the father, Wajid, and his son, Yasir, came to make me realize how I was misled by both of them; not only the son, rather, BOTH. Yasir denied to his father that he demanded the 1500 Rupees for his signature and the father took his son's side; he had no faith in me and believed his son.

Then, the father tried to make it dramatic and told me as he was leaving, "Anyhow, thank you for everything and as of now; we are no longer friends." So, everything ended between us; and end of story.

Yet, there is more to it...

What do you think? Do I look stupid??

Yes, I do believe so and here are the reasons:

████████████

First, I trusted Yasir and registered the bike in his name simply because; he was a friend whom I knew only few weeks before I bought the bike.

Second, I didn't understand how his father, Wajid, valued the friendship between his son and me and the one between him and me. It was nothing but that he wanted a gain from this Arab guy who came to study in India.

Third, I took the matter lightly; I didn't yell or cause problems because of the son's attitude; rather, when I was taken aback by the father's attitude; I tried to solve the issue peacefully and calmly.

This means that I am truly an idiot.

But the story has more to it...

When I was stunned by the father's attitude; who was an ex-policeman officer, I told him, "You are an ex-policeman, how do you judge that? Just because your son told you, you believed him!" He said, "I am not a policeman now, I am a dad; a father."

████████████

Besides, the story did not end right here. When I realized that it is a game between the father and the son, perhaps, over the 1500 Rupees; I helped one of the Indian friends to forge a signature on the papers and I sold it to him without paying them one single Rupee. But after this incident, we stopped being friends; each in his way, we even stopped exchanging greetings.

Finally I tell you, I am not sure whether I should have made a big deal out of it and exposed them to all the neighbors so I come forward as the one who has the right. It is a style that I am not good at, however, people like it; so, should I do something I hate?

Also, I want to ask you; do you still look at people through a stupid loving eye? Meaning; are you still stupid Hani2, even though you reached 30 years of age?

PS. The help to forge the signature came from Faruq and his brother 'Adil, do you remember them?

███████████

*Jul* 2,
"A man is the woman's toy and the woman is the devil's toy" - Victor Hugo –
No comment.

That crazy idea which I have discussed with you before on *June* 15, do you recall it?
Circumstances came between me and carrying it out.
That is fine though; perhaps there is good reason for that.

[TN: Drawing below the text].

███████████

*Jul* 10,

Dear Hani,

Greetings!

     I'm tired because I have images in my memory that cause my tears to fall the
moment I start going through them. Indeed, she had a hard life; I myself have wronged
her often.
My father was harsh with her, although he had tendencies to be gentle. He is like that
most of the time but….
I don't think that you will forget what I will write to you, but I like to rest my memory so
let me tell you a story and I am certain that you might tear up if you read this letter of
mine to you. Also, I will cry now as I am writing it.

The beginning,
I believe that we were a happy family, no problems and my parents never had any
conflicts or perhaps because I was little, seven or eight years only; so I didn't notice
anything.

We traveled on vacation from Saudi Arabia to Jordan then to Palestine, by car. We spent
a short period in Palestine then returned to Jordan where my mother's relatives were. My
father's sister, aunt Kamilah, was with us this time and she was supposed to go with us to
Saudi Arabia to finish-

███████████

-her education.
Anyway, in Jordan, problems between my mother and my aunt Kamilah started and we
returned to Saudi Arabia. After a while, Aunt Kamilah came, I was the one who opened

the door for her. When I saw her, I rushed inside without greeting her; I have hated her ever since the problems she caused in Jordan.

Gradually, change began taking place in our life and suddenly we heard screaming in the guestroom; my mother was screaming for help. My siblings and I, who were all very young, ran to the guestroom to see my mother and aunt Kamilah engaged in fist fight. My mom had aunt Kamilah's hair in her hand and aunt Kamilah had mom's hair in her hand. My mom leaned over the chair and almost fell down and my aunt still holding on to her hair + something else... My father sided with his sister; he was beating up my mom with a heavy shoe while she was screaming, perhaps out of anger more than it is pain. My father was beating her so she would let go of his sister's hair while his sister was pulling away my mother's hair and pushing her so she would fall on the floor.

We were watching what is taking place and screaming softly and fearfully while Mahir, my older brother, is jumping and screaming: NO! NO!

███████████████

This was the first scene and the curtain went down.

Few months or perhaps years following this incident, I can't recall the time period clearly, the curtain was lifted. I was hiding behind the curtain, the guestroom curtain. This time, my mother was sitting with one of the neighbors whispering together. The neighbor took out a small amount of money and gave to my mother.

This scene had a short prelude. My father made my aunt Kamilah in charge of the house expenses and if my mom needed to buy anything, she would have to ask aunt Kamilah, her rivalry, even if it were something for herself. My mom will not ask, of course, but we were little and we don't know any better; we asked for everything. Would she, as a mother, keep silent towards our screaming or would she ask her worst enemy so she would account her for how much she wants, why, and where is the change? Provided that, it is my mother's house and she has the right to that money.

I was behind the curtain, I almost cried but I was little then and I knew that one would cry only if he is beaten by someone else or when he demands something such as candy and the adults do not grant him his request.

███████████████

But, for a child to cry because his pride is injured, I didn't know the meaning of injured unless there are wounds associated with it; furthermore, I didn't know what pride meant.

Ever since that, we haven't witnessed a happy day; yelling, crying, and weeping. Also, my father had painted on the guestroom wall a picture depicting the Al-Aqsa Mosque, an oil painting that took up the entire wall area and it was truly beautiful.

One day my mom and dad who has just came out of the bathroom after a hot bath, they were whispering and laughing. My father went into the guestroom and my mother sat next to him. My aunt Kamilah was studying.

The wall painting of Al-Aqsa Mosque was slightly splashed in black thing as if a coke bottle was shaken then opened to splash over the painting.

16

My dad looked furiously at the painting and began yelling, who did this. He kept quiet for a moment then he told my mother, "Are you trying to do witch craft in my house?" He meant that my mom-

███████████

-had spelled black magic on him or something like that. A supple discussion took place between them. As a result, my mother went to the kitchen to wash some dishes and I was next to her.

I asked her about something, I can't recall what it was; all I recall is that she looked at me, as I was yapping next to her, with her eyes [cross out word] full of tears.

Perhaps I was ten, and for the first time I see my mother crying like a child as she was telling me things that I didn't understand; her tears and weeping prevented me from making sense of what she was saying.

To be a child and see my mother crying, that was so tough for me; I couldn't sustain myself and I threw myself crying in her arms. However, I felt that she was the one who threw herself in my arms; she was crying and I was holding her tight, digging my head in her chest crying and bellowing. Mom! Please don't cry, I beg you; please don't cry mom! Don't cry mom, don't cry mom, don't cry M O M! P L E A S E...DON'T.

███████████

This last image stayed inside of me waking me up, spoiling the good times, and forcing my tears to fall and fall and fall.

I grew up and became a teenager; a sophomore in high school. We traveled once again to Jordan to visit relatives, and there my father had his fantasies.

My aunt Kamilah was married then; no more of her but the problems still existed. She left the house to her husband's house and my mother got divorced two times, she had one more episode of that left before she is divorced for good.

Anyway, we traveled without aunt Kamilah. Over there, different problems began surfacing; new kind of problems between my mother and I this time around. I insulted her once, hit her once and pushed her once. Up to this date, I deeply regret that. Even if she smiles at me or asks God to bless me and forgive me, I will never forgive myself.

███████████

Now, I don't cry when I remember my dad beating up my mom. As I matured I began perceiving things differently not emotionally or purely childishly. I don't cry when I remember her crying like a child in my arms when I was a child; I don't cry when I remember all these things as much as I cry when I remember that I offended her. I don't say that my mother was not at fault towards me just like my father was; but, she is a mother and I am her son.

17

Even though her mistakes against me were hurtful; yet, she is still my mother. Now, how I wish for the years to go by quickly so I can finish my study and return to make up for everything that might have hurt her.
I ask God to give me the power to do that, and we seek refuge in Him.
Oh God!

PS. Although the words cry, I cry and such are mentioned; yet the truth is completely different. I never cried, unfortunately; even if I actually cried, I never let out deep sighs and my face maintained harsh features [IL]. This is not a good quality, rather, it is shameful... tears are nonsense; but....

███████████████

*Jul* 18,

I have an urge to cry and I don't know why I want to cry for a little bit, yet at the same time I don't want to.
I feel that I am crushed in this world; I am not, of course. Thank God, my life is very normal and better than many that I know; however, in my own opinion, I feel crushed.

My dreams are big, my ambitions are bigger and I am on my way to fulfilling them; God willing. But, I'm not sure if I will walk the walk or if I will be crushed half way there. My urge to cry is not stemming from being afraid of the unknown or the future. Even though I am fearful of them but something, I am not sure yet what it is, every now and then makes my tears almost fall in the midst of happy moments; as if the tears are trying to prevent me from laughing. Is it a weary conscience? But why is that? I haven't committed anything that makes me feel remorseful. I don't know, and oh my world! Is it the sins?

███████████████

The time is 8:00 pm.

I am definitely going to end up with a heart attack; life is contradicting me, I'm even thinking about committing suicide.
I have tried once, rather, I have actually decided to quit my study in India – I haven't been in it for a long period of time – after I gave up on life, its problems and its contentiousness towards me. I decided to travel to [IL] or I have convinced myself so; but the truth is that it was [TN: the following sentence is crossed out in the document; however, it is legible and it reads]: "For death reason, it was not for martyrdom." Also, I tried to convince myself and everyone around me, but... The truth is [TN: the following words are crossed out in the document; however, they are legible and read]: "it was "for death." [TN: The rest is illegible].

Don't misunderstand me, no one can mess with me, nothing tangible or intangible can change the problem mentally. I am not happy or satisfied with myself or the foul societies; everything is against me and wearing me out.

I am tired, tired, tired. I tell it to you thousand times and I shout it out at the top of my lungs through my voice, the one that cannot be heard on paper; I am tired, tired, and Ah!

████████████████

*Aug* 1,

Happiness! I am making every effort searching for happiness. I am looking for it inside of me, in my head and in every dark corner of my memory. I try to find a slight light, yet, I don't.

Is it circumstances or the moment? I'm not sure which is responsible for my lost happiness! Or will I even find it, if circumstances change or the moment I'm living in smiles at me?

Is it the place or the time or the time/place, according to "Einstein?" I'm not sure. I miss happiness just as I miss oxygen in a glass box void of oxygen filled air.

Where do I find happiness and when? Is it a substance?

I don't think so, although the substance is a path or at least the way to get there. But also, it might not be that.

I am craving a true laugh coming from my heart, a pure one that cleans its [the heart's] rust, washes away its sorrows and removes the spider web-

████████████████

-off its corners, opens its valves to a pure breeze; fresh breeze sends signs of life to it and revives the still skeleton covered by muscle and skin inside of it, pumps blood so it bestow life upon it; thus it will become like a living being.

Perhaps happiness is illusion.

Many have chased the essence looking for happiness, yet, I don't believe that anyone found it there; among the piles of gold. As an Arab national; especially as a Palestinian, I'm forced to adore sadness and sometimes I sense mental happiness hidden in the folds of my sorrows.

As they say, "Perhaps the crises exist where there is gratitude." Or the opposite as well, maybe happiness lies in the utmost sorrow and pain. More over, they say that creativeness is the product of pain.

Creativity is a level of a refined sensibility that is closer to happiness than to sadness. Thus, perhaps my sorrows are nothing but loud cries emerging out of me in the form of tears and painful sighs.

Oh my world…

I am still waiting for this happiness.

▮▮▮▮▮▮▮▮

*Aug* 30,

*Hi, hello* Hani, hello!
Sorry my dear Hani, I have not been in contact with you for some time; but, today I feel that I want to talk to you.
I feel as if I am in a boat at the see shore, however, the shore is departing the boat. The shore is departing and not the boat. The boat is not departing, it is not moving, yet the shore is departing and so is everything else; the people are getting smaller, the buildings, the beach cabins, and the anchored boats. Everything is moving away and growing smaller and smaller until it disappears and nothing remains but the water and the high tides.

I am truly tired.
I try hard not to smoke. I have cut down on the number of cigarettes I smoke to two or three at max, daily. However, I am incapable of quitting altogether. Whenever I decide to do something, something else comes between me and what I intend to do; thus I become desperate to the point where I will explode. Then I recall my strength-

▮▮▮▮▮▮▮▮

-to set up phony hopes that I sweet- talk myself with...and nothing but waiting; either I fulfill my desire or … I explode.

It is 8:00 pm and I am studying a poem by Shakespeare: *"LET ME NOT TO THE MARRIAGE OF THE TRUE MINDS."* And all I need is some bugs to mess around with me as well as something more annoying than bugs; that is the memories and the hopes that become visible to me and prevent me form neither comprehending nor being able to read.
If you still recall these dreams that occurred to you when you were me now, I will ask you, rather, I will tell you something: If you have not realized yet, I mean when you get to be 30 years old, I suggest that you throw yourself off the highest building in the town where you live as soon as you read these memoirs… goodbye.

▮▮▮▮▮▮▮▮

*Oct* 6,
Rabi' Al-Awwal 17,

My Only Friend Hani,

I feel lost, I'm not sure why, I have not reach emotional stability yet. In the past – when I was waiting to start college education – I used to believe that as soon as I start my college life, I will feel settled; yet, up till now, nothing like that.

20

I am lost, erratic, completely distracted and unsettled. I don't know for sure what I want and what I'm missing. Undoubtedly, I have dreams that I aspire; but, are they the answer or should I realize one dream until another dream comes to life and I chase after it to accomplish it and once I'm doe, a third one will come around and so on and so forth.

Also, I don't know why I adore sadness! I sometimes like to lock myself up in the darkness of my room and sit alone chasing the sorrows and the painful memories so they snap at me. However, I am not a Munchausen; that is someone who loves pain and inflicts it upon himself.

Do you know that I don't feel at ease with you although we are one person "Hani," but in two different time frames-

-and perhaps two different worlds also?.

I say, my memories are sometime like a nightmare; rather, they are always a series of nightmares that cram and emulate my brain until they are about to explode it. Not one beautiful memory that is not muddled by a bad one connected to it.

Sometimes you find me laughing and joking and you would believe that I was born to laugh, purely. The truth of the matter is that my laugh and my jokes are nothing but an attempt to escape my reality and it is obvious sometimes; like when I laugh hysterically over a silly joke. My laugh astonishes everyone and I am the one who is perceived silly, not the joke and not the one who said it.

Sometimes I feel that I'm an atheist, rather, it is the truth; I am truly an atheist! I don't believe in anything except in God, of course, my trust in God cannot be doubted at all. The percentage in which I believe in anything doesn't exceed 50%, but my belief in God, His angels, His books, His messengers, doom day, and destiny in its good and evil exceeds 100%. Praise be to God.

I don't know if I had talked to you about that before.

Anyhow, you are here to bear with me whether I have told you before or not. You are here to hear or read what I say to you. Yet, if you don't like that my dear Hani2, and you get sick of me and my complaints to you; all you have to do is throw out this memoirs in the nearest garbage can, and bye...

[Signed] Hani
[Crossed out words below the signature].

*Oct* 18,

It is 12:30 am; Friday is over and it is Saturday now.
Chris De Burg sings softly for me; however, I am sleepy. Although I want to sleep at any cost, I am thinking about the future.
The nightmare of fear and the future is killing me. I am afraid of failure, not that I don't have confidence or such; perhaps it is being uncertain of the capabilities. I don't believe so....
Fear and all of the fear is because of the circumstances, I neither trust life nor the circumstances. Up till now, I am walking on shaky ground that is all muddy; any move that is not well calculated might cause me to fall on my head.
I am waiting for the moment where I feel that I am walking on a solid concrete ground, confidently and fearless. The hell with "Chris De Burg" in spite of his soft and beautiful songs, yet they bring sadness and anxiety to the soul ~~anxiety and sadness~~ (beautiful anxiety but it is anxiety).

█████████████████

*Oct* 29,

Dear Hani2,

Yesterday, a police officer charged us as well as a sergeant who works under him, at the house where I live in Mysor, India. As a foreign student, I had with me "Muhammad" my friend from Yemen and a guest of mine for four months: Muhammad Al-Jilani, a fine young man. Do you remember him?
The police came responding to a complaint by one of the neighbors who is a silly Hindu young man. The charge was "disturbance" and that we bring call girls who dance with us naked, and that all the neighbors are not happy about us being here." Another stupid neighbor had joined in with him on the complaint; that is Yasir's father; he is still resentful over the bike thing.

The people gathered in front of the house while the officer was talking roughly to us about the complaint and everyone is looking surprised and puzzled.
After the officer left, he called us to the police station, and all the neighbors assured us that they know nothing about the issue and that they are not disturbed by our presence and that the stupid Hindu neighbor and Yasir's father are the only ones-

█████████████████

-who filed the complaint and tried to collect the neighbors' votes, but no one agreed. So the witnesses were from another area. They were paid few Rupees, perhaps.

Yet, the police came, the people gathered, and it was humiliating. Yasir's family was watching from their house; they seemed smiling. The father was inside watching

22

through the window, he did not dare to come out. The rest of the family walked up to the fence whispering happily and the stupid young man's wife was watching from her house.

The matter was wrapped up with the officer leaving; provided that, we have to go to the station. However, that is not the end of the story. The desire to take revenge began building up inside of me and that I will not be satisfied until I do act upon my desire. Just as hatred blinded them and made them make up accusations that are not true, it is the same ill will that will make me take revenge the best way.
Yet, that is the right thing.

[Signed] Hain1
[Crossed out words below the signature].

████████████████

*Nov* 3,
Rabi' Al-Thani 16,

Revenge is an ugly feeling; rather, it is the ugliest feeling that can poison a human being's mind and heart. It flows through his body and contaminates his blood. I am heading towards that feeling now; my blood is boiling out of hatred towards the one who wronged and humiliated me.

Today, perhaps at 11:00 am, we were escorted by an idiot sergeant to the police station; my maid Flumina and I. She was included in the complaint as well.
At the police station, Nizarabad Police Station, as they call it, I felt disgusted; the station is filthy.
First, they brought a drunken man into the station and threw him on the floor. He was screaming and cursing. Stone like hands were beating him and blood came gushing out of his head. He was hit with a thick stick until he lost conscious.
Indeed, they are animals! The police here are nothing but beasts who assault people with no respect to humanity.

████████████████

Second, we stood before the officer in charge of our case; the same one. His name was Ravnish, he looks like a thief and he is disrespectful.
Before we attempted to speak, the friends who were with me and me, he ran his dirty mouth calling us names that affected everyone in my family.
The son of a bitch, idiot, "*mother fucker,*" "*sun of bitch*" and "*Bloody fool;*" the spelling might not be correct but I believe that you know what I mean.
Anyway, I and everyone with me were humiliated and disgraced, yet Yasir's father and those with him felt ravishment.
A lengthy discussion went on with the officer who was extremely unfair to us without having evidence to the credibility of the charges against us. However, the way he was talking sounded like he was asking for a bribe. Sure enough, that day in the evening and

after I have signed a promise, I asked for help and there comes the respectful officer; the honest and angry one because of immorality, he asked for 1200 Rupees to withdraw the case and the promise [I signed]. So, I paid him and he kept quiet. Yet, every bit of me-

███████████

-shouted out loud demanding revenge!

The problems did not stop. These two neighbors continued to bother me and the officer hasn't yet fulfilled his promise to stand by my side.

Anyway, I say, "Patient Yasir's kin! Your date is in hell!"

---

That last sentence is originally from a saying by the prophet, God's prayer and peace upon him, when he saw the suffering of Yasir's kin, may God be pleased with the, he told them. "Patience, patience o Yasir's kin, your date is in heaven."
But Yasir's kin here are different people; my date with them is in hell.
It is coincident that his name is "Yasir ('Arafat) Badr Al-Zaman" and his father's name is "Wajid." Originally, I hate the name Yasir 'Arafat because I hate the original holder of the name.

███████████

*Nov* 21,

Two days ago, I left the house I was living in; I got sick of problems. Also, I received a police order to evacuate the house. Yasir's father had contacted a senior police official, in his capacity as a retired officer; he talked to him about the problem as he views it. Without any investigation or proof, orders to evacuate the house were issued against those reckless foreign students; because they don't respect the deep-rooted Indian traditions or the Indian families living next to them.
So be it. I left the house and I could see the sadness clearly on the faces of the other neighbors. I had good relations with them and they all liked me there; but, no one asked them to testify so they can testify to my advantage, everything happened as they were surprised.

Anyway, I lived in a different area, a simple house, no electricity and no water; fulfilling the wish of an Indian friend of mine "Faruq" that I live next to him temporarily until I find a better house, for about less than a month. Tentatively, the house is fine; I have a room for me, a kitchen, and a small living room. It is a detached house somehow, except the bathroom is shared between me,-

███████████

-Faruq, and his family – my neighbors – their house is attached to mine; meaning, the same building.

As I told you, I am here temporarily and perhaps I will stay until I finish my study in Mysor; I liked the place.

This is an opportunity to tell you about Faruq and his family. He is an Indian man, perhaps in his thirties; he worked in Saudi Arabia for seven years then he returned to India with very little money he wasted it on his siblings weddings, his relatives, and some unsuccessful projects. Now and for three years he has been jobless. He is married to beautiful wife, Shamim, and he has three cute daughters, the eldest is four years old; Hanan, Saniyyah and Amrin. He speaks Arabic fluently and always says that he came back from Saudi Arabia with nothing but a wealth of the Arabic language. His mother is a simple woman, I don't understand her language; she speaks Urdu and few Indian languages.

██████████████

I only speak Arabic and English; besides, my English language is not that great.

Anyway, this day marks two full days for me here and truly I cannot see. Although, there is no electricity here; which means no fan, no recorder, no light, going to bed early, no staying up, no nighttime reading, no music, and I cannot even listen to recitation of Qur'an.

Also because water is scarce, except for a number of pitchers that are filled daily for drinking and washing, this also means; nothing cold daily, no standing under the shower for a full hour while singing, "Qad mat shahidan ya waladi, man mat fida' lil mahbub and no ini aghraq, aghraq that al maa'." [TN: This is a transliteration of the lyrics for a famous romantic Arabic song].

In spite of all that, I feel happy in this place.
PS. My friend Muhammad Al-Jilani offered me to live with him; he found a good house, but I refused and preferred this simple place. So, perhaps I find rest here.
Oh God!

██████████████

*Nov* 24,

Beside me, the heart throbbed as a slaughtered animal
And I say, O heart, persevere yourself.
But alas! The tears and wounded bygones reply
When we returned, I wish we never did
When we returned, didn't we forget about infatuation
And poured out the yearning and the pain

And headed toward peace and tranquility...
And ended in the emptiness of non-existence

Poem by, Ibrahim Naji

I don't know why I wanted to write you these verses; although, I am not certain that I
have committed it to memory. Anyhow, I apologize to Ibrahim Naji if I made an erred in
reciting his poem.
Bye...

████████████

*DEC*-31, 1990 AD.
Jumad Al-Thani 14, 1411 AH.

    Tomorrow is the first day of the New Year 1991 AD. Happy New Year to you!
1990 AD went by so fast, I didn't feel it; it started yesterday and will end tomorrow.
Nothing new in my life and I have not yet accomplished one of the things I am striving
after. My projects were huge during this year but I didn't execute them.
I haven't taken one step up the ladder of my own life, not even up the ladder of life in
general.
Furthermore, I have not aged one year; I have grown a thousand years younger.
The circumstances are to blame, although; one who is incapable blames everything on the
circumstances. Just as the proverb goes, "a sloppy worker blames his tools." *"A bad
workman blames his tools."*
Also, there is no one that can do it better than the achiever; he justifies his success and
brags about his hard and diligent work.
Additionally, no one can do it better than the looser; he justifies his failure and blames it
on luck and circumstances.
Yet, I failed in an extremely embarrassing way trying to accomplish any of the goals I
have set for myself during 1990AD. But, that is the truth and the circumstances alone are
the reason; they made me incapable of taking a ~~stepping one step~~ stepping-

████████████

-forward. But, on the contrary, I have taken few steps backwards and still going in that
regress mode not knowing where to and until when! [cross out word].

However, here is a detailed explanation as to how I assess my situation up till now;
My psychological situation/
I mean by that; how I evaluate myself or how I describe myself. From a strictly
psychological standpoint, I am 60% *ok*.
I am generally optimistic; although, pessimism has a place in my heart. I am sociable by
nature; although, sometimes I love misery and loneliness. I am not too serious and
sometimes I am too funny. Also, I try to get rid of some psychological complexes that
have to do with childhood remnants, age complex, society and upbringing.  One more

thing, I am not inferiority complexes free; but, I understand them pretty well, put up with them, and accordingly get rid of them because they are imaginary.

My psychological state/
Perhaps 40% *ok,* I am not settled; therefore, psychologically, I am not stable. Sometimes I feel utmost happiness, or at least so I convince myself, and sometimes I feel utmost-

-misery or I give such impression.
My financial state:
Perhaps [crossed out word] 40% *ok;* the financial situation is not stable, as well. Also, money is between me and other things.
Socially:
Perhaps [crossed out word] 50% *ok*; I don't believe that, rather, I hope that no one finds me boring. My relations with people are superficial, most of the time transparent, and they are rarely meaningful. However, if I dig into them deeper, I discover their transparency.
Sexually:
I do not have sex for religious reasons, although, thank God, I am confident of my manhood. No particular relations with the other sex except for touching, hugs, and hot kisses. But I am afraid of going forward for the fear of God.
Religiously:
Perhaps 30% *ok*; up till now, I have not sensed that I have attained-

[TN: The following note appears at the top of this page, in English]: *"NUMBER SKIP IS OK."*
[TN: Perhaps the previous not is referring to the fact that the next page is not in the sequential order; it skips few pages in order].

-God's approval of me, I am still trying; however, the devil is much smarter. Just a week ago I began waking up to perform the dawn prayer in time. However, I stopped the Al-Witr Prayer [TN: None compulsory prayer/ an extra prayer with no definite number of Rokaa's]
It seems as when one cup gets full, in my life, another one becomes empty, and "God damn this life!" But I never miss a prayer or a fasting season, regardless; and praise be to God, only.
Physically:
I weigh between 75 and 80 kg. My belly is tiny and it is beginning to bulge. I am healthy, thank God; however, I look pale and I'm still trying to quit smoking but I cannot do it.

As you can see, this is my situation since I arrived in India or since I realized that I became a young man. Everything is the same; nothing had changed at all. Tomorrow is

a new year in the Georgian Calendar; I will start a new page and ask God to bless it, Oh God!

PS. I forgot to mention my educational status. It is; computer is the most important thing I know, thank God. For me, it is very easy; thus, my educational status is perhaps 60% *ok*.

███████████████

*Jan* 6, 1991 AD,
Jumda al-Thani 20, 1411 AH

[TN: A note at the top of the page reads: "There has to be an explanation as to why and what is the objective."]

Yesterday, and only yesterday I decided to go to Afghanistan. I believe that I have talked to you about a plan to go to Afghanistan before, which was unsuccessful. [TN: The following sentence is crossed out; however it is legible and reads]: "Because the objective was not developed or pure."
However, this time it is different. [TN: The rest of the sentence is crossed out and illegible]. I have decided to visit the place, receive training and come back to conclude my education. The intent is bona fide, God willing. Almost everything is ready except that I am scared of the circumstances. Yet I trust in God, and we seek refuge in Him.

PS. It is my friend Amin's idea, and he will accompany me in the trip, God willing. [TN: Amin's full name appears here; however, it is crossed out and his last name is illegible]. Do you remember him my dear Hani?

███████████████

*Jan* 9,

Dear Hani, [crossed out word].

        Here is a short story, yet, before I tell it to you, I will introduce you to its personalities. I believe that I have talked to you about them; but I'm going to remind you of them one more time because the story calls for that.

Faruq: A good Indian friend; I am his neighbor now in same building which houses only our two homes.
Sahmim: His wife; beautiful, noticeably skinny, tall, white (her white skin is an important thing to Faruq, as he had told me), she doesn't talk much, always smiling and is about 27 years old. She is the mother of three little girls.
Flumina: My maid since last year; she is 33 years old, short, black, petite, a mother of three children, a widow, Christian, cheerful, she serves me loyally and faithfully for twenty four hours, she sleeps at the same house with me so she can wake me up to perform the dawn prayer and prepare breakfast for me.

28

And... no one else remember.

███████████████

The story began when I moved to live next to Faruq and his family. I have met Faruq six months earlier during which we became close until I moved to live next to him; I became his neighbor.

In the past, before I left my first house and after "the problem" and before he even came to the current house, I used to visit him at his old house and I met his brothers, his mother and his wife. I truly loved his children as if they were mine, indeed. Let's say that they are too young for me.

Anyway, when I moved to live next to them, Faruq brought me into his family as one of them; we used to eat together and stay up together. It went like that for about a month until Faruq suddenly decided to go to Bangalore; which is three hours away from Mysor, by bus.

The decision was sudden and without introductions; also, Faruq seemed jumpy and upset. He decided not to return to Mysor with his family. Also, he had promised me in the past to stay with me in Mysor; to be my neighbor until I leave it. That is because; I preferred being his neighbor over going to live in another house that is decent for me, as he puts it. Anyway, I tried to figure out the reason for this decision; yet, because of his anger-

███████████████

-he told me that is a matter of a conflict between him and his relatives. I tried to better understand the issue but he evaded it. I had a feeling that it has something to do with me and when I spoke out frankly about my feelings, he said no more than he promises to let me know just few hours before his departure.

And why is that? He responded with a sad smile. Well, I will wait; but, few hours before his travel, I was not feeling well and he bid me farewell and left. He took his entire family with him and left his furniture, provided that; he will return after a short while and pick it up, and then he will tell me.

After a whole week, he returned to pick up the furniture. This time, I told him seriously; now, I have to know the story from the very beginning.

Forgive me for I will interrupt the story to start another point that is somehow connected to it. I will return to the story after that.

The second story is about Flumina, my maid; my faithful maid, the one whom I cannot adapt myself without. She is good at what she does and I was not harsh on her.

███████████████

On the contrary, she always told me her problems and her children's problems. I used to tease her and make fun of her.

I will tell you the story without beating around the bush:

Flumina was demanding sex from me, meaning; sleeping with her. I used to take the matter jokingly because; I was the one who taught her not be timid and to be impudent. Our relationship was limited to hugging and kissing; however, sex was on hold for me; I don't resort to it in spite of my dire need for it and not to mention the many temptations I am subjected to.

Additionally, I have decided long time ago not to have sex except in the rightful manner and that is strictly for religious reasons.

Anyway, she was certain that I will not sleep with her for religious reasons but she did not stop her temptations and demands; rather, what she believes to be appealing to me. Flumina is not the type of woman who men find sexy, at all. She is petit and her body has no feminine curves. But she is a woman and women are temptation, per say. I am a young man and sex is being defiant inside of me. In spite of that, nothing that is worth mentioning happened between us except for forbidden kisses or big hugs or her sharing my bed with me until I run away scared of the forbidden to happen; for fear of God.

███████████

Furthermore, when I moved next to Faruq and his family; the crazy maid began having suspicious thoughts about my relation with Shamim, Fruq's wife, a full sexual relationship.

One day, Faruq was on a business trip or a visit outside Mysor, I'm not sure what it was. Flumina went to visit her mother and came back few hours later. I had taken a cold shower then and coincidently; Shamim had taken a shower as well, either before me or after me. The bathroom is common between us. Flumina came back and noticed that both of us had taken a shower almost at the same time; that made her suspicion grow. So, she began blaming me jokingly and said, "How do you make love to her and not to me?" At the beginning, she was hinting to an affair with a woman outside and I used to make fun of her and tease her. Yet finally, she explained that Shamim is the one she was referring to. At that point, I became furious and I hit her, rather; I slapped her and remained angry with her the entire day. At night, when the issue was visited one more time, I almost kicked her out of the house but things calmed down and nothing happened.

███████████

Finally, she apologized; however, she is a woman and suspicion and jealousy are virtuous seeds that grow inside the woman without being cared for, so how about when these seeds are given water and proper care!

She continued being suspicious as she was hinting from time to time and I continued ignoring her in an attempt to avoid problems. I can also understand her feelings as a woman and I think that she is dull.

Her doubts didn't go away until one day; she brought up the subject, she was talking furiously not realizing that she is the maid. Yet, she knew how much I liked her as a faithful maid and I couldn't do the house matters without her; she is the one who does everything and thus, she was talking with confidence and no fear. "If you are having sex

with women outside, why don't you have sex with me; is it only forbidden when it comes to me?"

I am smoking my cigarette calmly, yet her freshness is shocking me. Nonetheless, she tried to be calm somehow so I don't get upset with her. She began, and I promised her not to get mad at her, she began proofing to me with evidence that I have had sex with Shamim, Faruq's wife; my dear friend's wife.

That day, I didn't get mad at her. I took her to my room and held the holy Qur'an in my hand and told her, "This is our holy book as Muslims; that is first, and second: I don't care about you and your stupid ideas and the suspicions that occur to you. So, think whichever way you please; however, don't slander the honor of a respectful woman and a wife of my friend. This is our holy book and I will swear to God that nothing happened between us."

Sure enough, I swore to her that nothing ever happened between me and Mrs. Shamim; the idea doesn't, even, cross my mind.

She was startled by the situation. I'm not sure how but as soon as I took the Holy Qur'an in my hand, she seemed frightened. When I swore, she began sobbing and screaming as she was apologizing [cross. This woman has a belief; she is a crusader – Christian – she knows what Holy Bible means, and ever since that day, she never talked about Mrs. Shamim in a bad manner; although she expects me to have girlfriends that I make love to. This concludes the second story.

Now, I will go back to the first story,

I told you that after a week, Faruq came back to transfer the furniture to his house in Bangalore. I told him seriously this time, "Now you have to tell me about what happened between you and your relatives. The thing that had to do with me and forced you to leave with your family to Bangalore; it seemed as if you were running away.

Once again he tried to evade the issue, but finally, he told me the story; which was told to him by one of his friends who was sitting among Faruq's relatives. They were talking about Faruq and when the latter found out, he confronted one of his relatives who couldn't answer. At that point, Faruq gave it to him quietly and left; not only he left the gathering, but, he left Mysor altogether.

The story is that one of Faruq's relatives said, "I don't know how Faruq can manage to provide for his family when he is not working? How does he support his family when he is not the bread winner? Also, he always has money."

Another one said in philosophical tone of voice, "He has an Arab young man living next to him, meaning I,-

The word Arab in India and many places means fortune and the one who owns it is only looking for sex and leisure.

Faruq's friend who was sitting with them said, "What do you mean he has an Arab young man?" The relative replied, "He has an Arab young man and his wife is beautiful."
Only here, as Faruq uttered his last sentence, I felt as if someone had slapped me on the face.
He had stopped for a second before he said it… "I can't tell you." He said that smiling and embarrassed of me and himself. I insisted; so, he says it and I was certain 100% that he would say it.
"He has an Arab young man at home and his wife is beautiful." I was speechless; I was quiet for a moment and so he was. He was smoking his cigarette voraciously and I was doing the same. I couldn't look him in the eye so I wouldn't make him uncomfortable. A teardrop almost ran down my face, but the important thing is that; her husband, "Faruq," trusted her, his wife, and he trusted me, as well, and praise be God for that.

Moreover, when his wife, Mrs. Shamim, found out; she insisted to her husband that I don't know about the issue until they leave Mysor.
Indeed, it was and here I am finding out right now; by God I am as innocent as could be and so is she.
All dependence is on God; Who is the best Guardian!
Oh my world!

Hani1.
{TN: The bottom of the page has a drawing}.

*JAN* 12,

Today is Sunday, It is 11:00 am and today is the day to leave Mysor to Afghanistan; I have a long way but I seek refuge in God.

I have arranged everything and I will be leaving to Bangalore in two hours, by bus. After that I will be heading to Delhi; two full days by train, then to Okara at the Pakistani – Indian border, then to Lahore/ Pakistan , then to Peshawar and from there to Afghanistan, God willing.

My companion in the trip is Amin.
The time is going slowly and I am waiting for it to be one o'clock so I can perform the noon and afternoon prayer [TN: The word afternoon is crossed out yet is legible; however, the sentence following this is crossed out and illegible] the bus stop…

I am writing my memoirs and Flumina, the maid, is cleaning the room very well; I might miss teasing her. Yesterday she was she was crying because of the farewell and I was trying to joke and be funny about it.
It is exactly 11:10 now, and Oh God.

████████████████

*JAN* 13,

*The time is 6:00 pm at the train station. A friend made the reservation for us and we are asking around trying to find where to go and each employee sends us in a direction....
And up till now...

* The time now is 6:05. I am inside the train now; I am still not certain that the seat is mine. I feel disgusted and still not sure if I can take up the seat to sleep on it or stay up the entire trip from Bangalore to Delhi, approximately 42 hours. My companion in the trip is taking a seat in a car further away from me and he is trying hard to switch seats.

PS. May be because I feel disgusted of the trains here I feel like I need to cuss, curse and scream. But I can't because people are competing with me over my seat and you will notice that I will write to you, even at the moment when I feel the need to curse and yell; I will write to you and cuss and curse on paper.

████████████████

*It is now 8:00
 The train moved and I'm still not sure if the seat will be mine to sit and sleep on. The other person who is competing with me over the seat is sitting close by smiling; he is in the same cabin with me, that is if the name cabin applies here. With me also is a nice Indian- Hindu person who has a smiley face. Another person is a Muslim with a beard and soothing features, he has a young man with him who is a Muslim as well. Also, there is an oily looking man with a maid; additionally, there is a European man with a yellow girl. I mean she is Asian. Then, there is an Indian guy wearing glasses, quiet and seems to be educated. The train is moving slowly and stops every now and then. I am feeling disgusted already; yet, I will definitely like the place with time.
* It is 8:30.
The conductor finally showed up and I was able to change the ticket for a little bit more money and have the seat *ok* for sitting and sleeping. The other person was sent to another seat. We got to know our friends in the cabin and we talked until it was time to sleep. Have a good night.

████████████████

*Jan* 14,

It is our second day in the train.

* It is 8:30 now. The train is still moving slowly and I am smoking avidly. I have reduced the number of cigarettes to one or two daily in a desperate attempt to quit; yet it is useless. I have gone through a whole pack since yesterday; ten cigarettes and more to come.
The time is passing slowly also. The European man's wife is a Filipino and her husband is from Sweden; he is an atheist and doesn't believe in a God or a religion. Anyway, she is giving me strange looks and smiles; I am pretending to be careless. Perhaps I am just assuming.

* It is 9:30 pm. almost everyone in the cabin is sleeping. The weather is becoming colder as we head further north; everyone is shivering. Yet, I love the cold weather, I enjoy the chilly breeze when it touches my face and freezes it where I cannot move it. One moment, the atheist's wife is awake and she is steeling looks at me!

████████████████

*Jan* 10,

* The time is 10:10.
We are about to arrive in Delhi. By the way, today is the last chance given by the UN Security Council to Iraq and its leader, Saddam Hussein, to withdraw from Kuwait. So far, there is no news. I am worried about the family in Saudi Arabia if there should be war; God is the guardian.

* The time is 12:30.
We arrived in Delhi. We are at the Pakistani embassy right now trying to get a visa to enter Pakistan. We arrived late and we are trying to talk to the employee from the outside, but his ~~reception~~ reception was not welcoming and so is his face.
No problem; we will come back tomorrow, God willing.

████████████████

*Jan* 16,

It is 9:30 pm.
Today is Tuesday and we are, Amin and I, are in the train to Okara and then to Pakistan, God willing, then to Lahore and later on Peshawar.
The train is really filthy and a foul smell fills the place. I have in the same cabin with me; three nice Pakistanis; next to them three Muslim African men with their wives covered in black from head to toe; a Pakistani family; and two beautiful girls.
Do you know that sometimes I feel that I am a devil?
Now, I'm on my way to train in jihad for Allah's cause; yet, I am still looking at this one, and that one arouses me and, and, and...
I am trying to have a bona fide intention but, oh my God. I have to abide by what pleases God in all aspects of my life.

[Signed]

34

Hani1

███████████████

*Jan* 17,

\* The time is 3:00 pm now.
Now, we are in the train that will take us to Pakistan. We have completed all the
procedures in Okara, the Pakistani – Indian border; all we have left is for the train to get
moving.

\* It is exactly 3:00 pm Pakistan time. The time here is half an hour behind India time.
Although we haven't observed the time difference except when we were in Okara;
however, we changed our watches to reflect the time in Pakistan.

Within few minutes we concluded additional procedures inside the Pakistani land, during
which a Pakistani employee delivered to us news that shocked us; the war had erupted in
the Gulf Region. The Iraqi forces on one side and the American forces and their allies on
the other side. We were worried of what we heard. We were wondering what might have
happened to our families; mine in Saudi Arabia and Amin's in occupied Kuwait.
My friend Amin walked away as soon as he heard the news and took a corner where he
sat not believing what he was hearing.

███████████████

While I remained listening to the rest of the news in details as the officer was telling it
with fervor and enthusiasm.

\* The time is 11:30 pm.
We are on our way to Peshawar. We have stopped in Lahore by few friends, specifically
at, the "Muslim Students Union" in Pakistan then we left to Peshawar.

It is very cold and we each are layered by four or five pieces of clothing and oh God!

[TN: The bottom of this page has scribbles and a signature that reads "Abu Zubayda."
Next to the signature there is another signature that is done by a different pen and reads
"Hani" and next to it is Abu-Zubaydah. Also to the left from the crossed out, there is
writing that reads, "Sorry o [IL]"].

███████████████

Jan 19,

The time now is 10:30.
We arrived yesterday morning; we are in Peshawar now at the "House of Martyrs." The
system here, as I have learned later on, is as follows:

First: the services office; it is an office that handles jihad matters and Arab Mujahideen's organization as well as support to both Arab and Afghani Mujahideen. From that office branches many houses for the incoming mujahideen from outside Afghanistan, Arabs and others. These houses are: Al-Fatiheen [The Conquerors], Al-Shuhadaa' [The Martyrs], and Al-Ansar [The Supporters] where all the Saudis, Yemenis, Algerians and Palestinians are. It is for distribution of the organization and not for any other purposes such as; discrimination or nationalism. God willing it will be.

I was destined to stay at the "House of Martyrs" for the mujahideen from the Great Syria and there are few also who are not from there.

The spiritual atmosphere here is good; youth and elderly have given their souls to Almighty God, they traded off life and everything in it for jihad.

Some came to train for a short period and go back just to be prepared, others are here for jihad and until God decides for something to be done.

████████████████

Some are young; their beards or mustache have not appeared yet. Others are old in their fifties or more.

And all are looking, God willing, at God.

Also, the idea of settling here is enticing me and I cannot seem to control it.

The time now is 7:30 pm. Do you know that the Afghani people are good people? It seems that I see that through some of the Afghani brothers who work here at the house. In spite of the presence of some hypocrites and Shiite here; yet, God is with his faithful worshipers.

[TN: The bottom of this page has writing that has been crossed out and is illegible].

████████████████

*Jan* 20,
Rajab 5,

Dear Hani; the 30 year old Hani, provided that you are destined to live this long or for I to live and give you a pleasant greeting from yourself Hani1; of course, this is me now.

Then,

No doubt that you have witnessed that I began to write down the time when I write any memory.

Perhaps that is when I made the decision to come here to Pakistan and then to Afghanistan; possibly because every moment represent a memory for me.

Anyway, all I wanted to tell you today is that my determination to settle here goes on and off. I get excited for moments during which I am emotional and romantic to the max, and soon enough I cancel the idea.

In my mind, I cannot seem to find stability at all. Initially, I am here for a short period then I return to where I came from; Mysor, India. There, I will decide whether I want to

continue with my education and get a bachelor, masters or even doctorate; or at least this is what I am planning. Or else, I will sell my belongings, give things back their owners and return to the land of jihad.

[TN: The top of the page has the words "As they say"].

The situation right now is; a war in the Gulf Region, perhaps signs of a third world war around the corner. There seems to be no future and even if there is one; nothing is better than jihad for Almighty Allah's cause.

However, the guys here, especially the mujahideen among them and not those who are like me that came here to train and go back, are in a perplexing situation. I am not talking about the wounded among them; there are those whose leg is amputated and those who are handicapped because of mines. All of those things do not drive them away from the will to involve in jihad, God willing, except that I am actually scared. Not of a bullet or a shell, rather of the future itself. If I decide to settle here, it means that I will cancel my education and there is no harm in that, God willing; jihad is a good thing and I will stay. But, I am scared that I'll be left high and dry in the future, God forbid. At that point, I will have no contingent plan to resort to, a degree or a job to lean on. I mean a college degree, of course. I desire becoming a martyr and God knows that I love that, because of all of its rewards and forgiveness of all sins. Yet, if I don't become a martyr, no one will lead me to the bathroom, for example. Here, I mean martyrdom for Allah's cause; that is, to be a martyr.

If I become handicapped such as; my leg will be amputated, God forbid, or any other type of retardation. Also, what would I do if the party is over and there is no more jihad in Afghanistan! Where would I go when I have no job and no college degree? Oh what a life!

I come back and say that if I decide to stay here, it would be for Allah's cause and God will do His will; whatever God allows for, it will happen. But, have I decided? No, not yet; I am still hesitant, maybe I am thinking.
And [IL]

*Jan 26,*

Yesterday, and only yesterday, the guys moved. We left Peshawar about approximately at 7:30 in the morning. In the beginning, the trip was normal. We were five guys from Palestine. They are my group, that is; the first group I begin to train with. In addition to my friend Amin, there is also; Abu-Awwab from Jordan, Abu-'Azzam; he finished his

masters in Assisted Medical Science from the United States and Abu-'Ubaydah Al-Bakri Al-Muhajir; he finished Electronic Engineering study from the United States as well.

There was another group consisting of five brothers from Somalia then we were joined by six from the Comoros Islands. Excuse me, the Somalis were six individuals.

We all left from Peshawar to Khaldan Camp and that is its name; from one city to another until we arrived inside Afghanistan. Of course, there are no delineated borders between the two countries, Pakistan and Afghanistan.

The weather was very cold to the extent that we were not able to move our fingers, especially when we were in the trunk of a transport truck in the midst of a mountain road that is unpaved and very bumpy.

███████████████

We have settled, after going from one car to another, in a new built camp that is considered the backline for one of the military fighting fronts; it was called Bari [sic] Camp. Its emir is Abu-Turkiyyah; a Libyan man, he is very nice and personally like him a lot ever since I met him and up to this date.
The camp consists of caves and caverns inside the mountains. The mujahideen dug them to be training centers.

Today, the time is seven exactly. The sun is hardly up and the coldness is freezing everything. There is light fog, thick clouds, on and off rain and my skin is breaking up from the coldness.
Originally, [crossed out word] I like cold weather but not in these lousy circumstances; there has to protective gears, hot water and, and… also, Nivea and warm air conditioning. Don't I sound like a spoiled child? Perhaps I am; but, I have to adapt myself and we seek refuge in God.

███████████████

Jan 27,

So far, we are still here at Bari camp. The road to Khaldan Camp, our original destination, is still muddy and bumpy and it is very hard for a car to cross that road.
Therefore, with instruction from Emir Abu-Turkiyyah, we began training here at Bari Camp until we can easily be transported to where we want.
The first weapon we trained in was the Kalashnikov and Abu-Al-Nur from ~~country~~ Palestine was out trainer and the one supervising us.

Now, I can easily, praise be to God first and foremost, I can disassemble the machinegun into parts quickly, rather; with my eyes closed as well, all of that within an hour into the class. We took shot with the gun from different positions then we left.

Today from four until five in the morning, I had the guarding shift; collectedness in Allah's cause, God willing. I carried my weapon on my shoulder and took my spot next to a soviet truck that was one of the loots and began guarding.

███████████████

As a matter of fact, I can only relate the events to you without being able to express my feelings. Believe my dear Hani; I still don't comprehend them yet.
Everything around me is; cold, rain, clouds, weapons, mountains, mental comfort and feeling God's acceptance or an attempt to get closer to him; and o God!

---

One more thing I want to tell you about. *Jan* 29,

During the time I spent in Bari, Abu-Al-Nur; [ crossed out words]our trainer, may God reward him with goodness, he is twenty five years old. With his help, I have fired perhaps my first gunshot ever. I might have fired a BB gun, a gun used for birds; but it was a matter of kids plying type of thing.

The proverb goes:    I am enslaved to the one who taught me one letter of the alphabet.
                         I am enslaved to the one who taught me a lesson in religion.
                         Whoever gives me a lesson in life, I respect him.
                         Whoever taught how to use a gun to defend my religion, my honor and myself; … What? I don't know what to say; however, I will never forget him; may God bless him.

███████████████

~~Jan 29,~~
Jan 30,

We arrived at Khaldan Camp yesterday. We left Bari Camp in the morning before we eat breakfast and Abu Turkiyyah was the one who gave us a ride in the Soviet truck. After a tough and harsh trip due to the road condition, perhaps took five hours, we arrived at Khaldan. The emir here is Abu-Binan; do you still remember this name? He is from Algeria; assertive leader and soft at the same time. Both camps, Bari and Khaldan, are associated with the mother camp Sada [TN: The camp name means "Echo"] led by Abu-Rihan from Syria.
Anyway, our group, the quintuplet, is missing one person who is Abu-'Azzam; he preferred to return to Peshawar for private circumstances. However, other individuals joined our group and they are; Abu-Waqas from Egypt, Abu-'Ubaydah Al-Qamruni also from Egypt, Abu AL-Fatih from Sri Lanka, [crossed out word] Abu-'Abdallah from Sudan, Abu Al-Jarrah from Yemen, Abu Al-Yusr from Algeria and I. My name was; Abu-Hurayrah [crossed out words]. Every person had a nick name for secretive reasons; the place here is structured. Also, there is electricity through an electric generator and there is a very cold water stream that runs through the camp.

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████

We took our spots in a roomy tent at the bottom of the mountain that surrounds the camp,
I mean; at the bottom of one of the mountains that surround the camp. We ate and went
back to the tent.

The order here was as follows:
Dawn prayer shortly followed by a sports line-up until ten o'clock; then breakfast,
military lessons, noon prayer, lunch, rest till the afternoon prayer followed by the
afternoon prayer, continuing lessons or field application, evening prayer, dinner, dinner
prayer dismissal and bed time for whoever wanted to; except for Friday which is a resting
day.
Hani,
I feel happiness… and oh God!

_____

*Feb* [crossed out word] 5,

Our friend Abu-'Ubaydah A-Bakri Al-Muhajir; the electronics engineer was requested,
by name, to make use of his expertise in his study field; thus, one more person is missing
from the group and Oh God.

███████████████

*Feb* [crossed out word] 7,
Rajab 23, [crossed out words]

The time is 7:30.
From Peshawar, once again and due to circumstances related to paperwork associated
with traveling, residency in India, the approved stay in Pakistan, and other things, we are
on the way to return to India; Hindustan as the Hindus call it; that is the Land of the
Hindus, the worshipers of the cow; [TN: the following is crossed out, yet it is illegible
"God's curse be upon them"] and his curse be upon the tyrants.

_____

*Aug* 9,

One word gave me peace and made me decide without hesitation to return to Afghanistan
(returning to Afghanistan for good); "Jihad is an ongoing act from now till doomsday and
God will reward any one who leaves his country and abandon the luxury of life in the
path of God."
Praise God; my heart is at peace and I have made my decision.

_____

40

PS. I heard these comforting words from Sheikh Muhammad Yusif 'Abbas, head of the Mujahidin Services Office, in his speech at the House of Martyrs.
And oh God!
He succeeded Sheikh Al-Jihad 'Abdallah 'Azzam's in heading the office, after he was killed.
[Signed]
Hain, *Aug* 9.

███████████████

*Feb* [crossed out word] 14,

Mysor, India; I am here again for one week, God willing. Then I will return to Afghanistan; this is the decision and we seek refuge in God.

———————————————

Feb [crossed out word] 17,
Dear,

I am at a give and take state with life; the devil is skillfully manipulating my feelings.

———————————————

*Feb* 18,
Do you know that since I went to Afghanistan, I have not smoked! Truly, I have quit smoking completely and praise be to God. Also, since 10 years or more I haven't eaten rice or anything cooked out of being disgusted and dislike; I don't like, I don't like… until I got only grilled or fried things, but now, I eat everything even you; so be careful! And praise be to God thousand times.

███████████████

*Feb* 28:
Sha'ban 14,

Dear Hani,
In the train, excuse me; in the bus from Mysor to Bangalore one more time. Yet this time is the last time, God willing. Bangalore – Delhi – Okara – Lahore then Peshawar/ Afghanistan.

———————————————

*Mar* 3:

I am in Haydar Abad now, although I am supposed to be in Delhi but God will is prevailing.

———————————————

*Mar* 5,

On the train to Delhi from Haydar Abad; however, this time I'm all alone. I have
prepared a detailed letter to my family telling them about my determination and my
decision to involve in jihad and ask them for their consent; however, I haven't been able
to write it as a final draft in order to send it to them. [crossed out words]

*Mar 9,*

In Okara, I have two brothers from Sudan who came to perform jihad for Allah's cause. I
have met them at the Pakistani embassy.

*Mar 11,*

I am in Peshawar now at the House of Martyrs.
Our friend "Abu 'Abdallah Al-Sudani" [The Sudanese], my friend in the tent at Khaldan
Camp, from the first time; do you remember him? The brothers told me that he became
martyred, he was killed. A huge rock fell on our tent exactly where he was sitting
applying coconut oil on his skin. I really felt sad but he is a martyr. One of the guys said
that he smelled of musk; may God have mercy on his soul. I should feel sorry for myself
because I didn't precede him. "You are a rowdy guy, Abu Hurayra!" Abu 'Ubaydah Al-
Sudani told me this phrase before he died; before I left the camp for the first time. May
God bless his soul and may we all follow him to heaven, God willing.

PS.    The word "Zawl" means 'Man' in Sudanese dialect
       "Inta daiyr shinu" means; 'What do you want' in Sudanese
       "Dayir Jaddad." Means; 'Do you want chicken?' in Sudanese
       "Bizzaf" means 'A lot' in Algerian dialect.
       "Aruh" means; "Come here" in Algerian dialect.
       "Dialu" is 'His' and "Walu" is 'Not at all, or never' in Algerian.

Mar 15, 1991.
Sah'ban 29,

Now I am and since two days ago at Khaldan Camp for the second time but not in the
same tent and not with the same previous group. The previous tent was destroyed when
Abu-'Abdallah Al-Sudani martyred, may God bless his soul, "You are a rowdy guy, Abu
Hurayra!" Also, I am not Abu-Hurayra this time, rather; I am Abu-Zubaydah. I have
changed my nick name, as well, my original family name. The previous group finished
their militarily lessons and left and I am with a new group now.
I am trying hard that my immigration is honest; new life I plan in the land of the blessed
jihad, and oh God!

_____

I have mailed the letter from Peshawar; the one that I have told you about previously. All I have to do is to wait. Well, are they going to answer me? Only God knows.

████████████████

Ramadan 1, 1411 AH
*Mar* 17, 1991 AD

Blessed Ramadan and many happy returns! May it be a blessed month for you; it is Ramadan, finally!

Perhaps this will be the first Ramadan in my life that I spend perfectly in a place such this; the land of jihad. It is inevitable that the reward will be doubled, God willing; sincerity will be abundant and carrying out religious duties will be more effective. God willing, everything will be perfect, purely to God and away from sins.
The rain is falling softly outside the tent, the weather is somehow cold. Everyone in the camp is sleeping and I am trying hard to strengthen myself physically by doing few exercises.
During the morning exercise line-up, I am always at the end of the line. I get exhausted half way through and I switch from running to walking or I leave the line.
I don't know why I get tired so fast! I cannot keep it up, but God willing, during this blessed month and even if were fasting, I will work hard to get used to running and exercising without getting out of breath or tired.
We seek refuge in God.

████████████████

Ramadan 11,
Mar 26,

Dear 30 years old Hani,
Yesterday, the running problem has been solved. Finally, thank God, I was able to run for quite distance without being tired or get out of breath.
I have been struggling with this problem for a long period if time. I used to try running at seven in the morning, but, I used to get tired quickly and go back disappointed and feeling incapable.
Even here in Afghanistan, when the morning line-up gets going for training, perhaps, I was the only one who got tired fast and stopped. I don't know why; but finally, the problem is solved and praise be to God!
The credit goes to Almighty God and Him alone; I have asked him frequently to give me the strength to run and to become strong as to prepare for jihad, "Against them make ready your strength to the utmost of your power." [TN: An excerpt from the Qur'an; Surat Ah-Anfal verse 60].

43

Also, the credit goes to Almighty God first and second to a mujahid friend from Algeria in my new group at the camp. He showed me and instructed me about the proper war of running without getting tired; regular breathing and steady movement; one running pattern that is slow at first until you warm up then you increase the speed, and so on.

Note: The effects of smoking are the main reason for what I'm suffering from.

█████████████

Sure enough, praise be to God, with his guidance, I was able to run. Initially, I wasn't tired until after a short distance. Now I participate in the morning exercise line-up with much confidence and thank God. Let's see, what else, what else, nothing but we seek refuge in God.
[Signed] Hani1

---

Do you know that the music and the songs which the human being resorts to for enjoyment and happiness; give an adverse feeling of misery, sadness and pain.
Since I arrived in Afghanistan, first time and up till now, I promised God not listen to music or songs and since I abandoned them, I feel a great relief. I no longer feel that same illusive feeling of invalid pain that is created by the songs and music.
I am free from it and I am truly happy for that. Although I miss it sometimes; yet, I am very happy; same as my joy for quitting smoking.

█████████████

Praise be to God! I have gotten rid of the sadness and the illusive pain by deserting listening to music and songs. I even got rid of the deceptive remedy for this unreal pain; that remedy was smoking. Indeed, praise be to God. Nevertheless, the true sorrow and pain still exist and what is the actual remedy for them? Definitely there is an actual remedy and so long as it is true, I will find it; God willing, because it is [IL] and not illusive.

Ramadan 12,

High and powerful tides are hitting the rocky beach stoutly and cruelly as if they are spiteful, revengeful and want to grind it down. The waves start forming in the middle of the sea, almost. Perhaps they start out small and slow then they grow bigger and bigger moving quickly and roaring loudly, beating the rocks at the beach so vigorously almost shaking the earth so the rocks speak out and scream from aches and pain. Also, it is possible that a voice begins form as the wave begins shaping. At the beginning it talks softly unintelligible words as if they are coming from the bottom of the sea. Gradually, it grows louder and louder until it becomes a loud reverberating cry of one whom by the way he talks seems very angry and resentful of everything; however, as soon as the waves in its aggressive assault hit the rocks, the voice turns into one rumbling cry. Another voice; an odd, jumbled, and stretchy voice begins the ascending count in a loud

voice; one, two, three up to ten. As soon as these waves hit the rocks that roaring voice cries "TEN;" strong, loud and trembling at the same time.
Many other varying sounds interpose all of those events as if they are the voices of people fighting or they are parts of different conversations.

█████████████

Nevertheless, all these voices and noises start out quietly but simultaneously; soon enough they become loud as the waves begin to move, and as they hit the rocks a loud cry erupts; one that combines all these sounds in one strong intonation that shakes the existence; "NO"… And another reverberating "NO;" that wakes me up panicking, pinching breaths and hardly retaining them, as well as heavy pressure on my chest keeping my speechless! The echoes of this nightmare continue to deafen me even after I'm awake.

That was a frightening nightmare that continuously stayed with me for over a four years period. I would witness this nightmare daily, maybe. Sometimes before I go to sleep, these reverberations begin to echo in my ear and frighten me; I became terrified of the night, scared of the darkness and hate sleeping.

Gruesome nightmare that made my life stressful; I became hateful of everything and fearful of everything until three years ago; the frightening dream gradually stopped, finally I cherished the night.
The tribute goes to God; "O my Lord! I seek refuge with Thee from Thy anger and Thy punishment and from the evil of Thy servants-

█████████████

-and from the suggestions of the evil ones and lest they should come near me"
That is a supplication I repeat three times before I go to bed then I sleep like a little kid feeling nothing but that I'm sleeping. I never felt a sound sleep until I have learned of this supplication; so, I'll never abandon it and praise be to God.

Yet, I'm not sure why I have told you about this nightmare? Perhaps because I couldn't find anything better to tell you; so I told you about it just for the sake of talking to you.
Bye

_____

Note: Not on the topic, of course.
Today, I have announced being bankrupted; I don't have a penny, I mean a Rupee. There is no source of income except for aids from the house that I belong to; the House of the Martyrs, obviously. I ask God to save my face; I sold everything and asked my father not to send me any money as long as I have quit studying, all of that is for the sake of Allah and we seek refuge in Him.
Hani1.

██████████████

Ramadan 17,
*Apr* 2,

A minor emotional turmoil is storming through my feelings; I cannot define the feelings I'm experiencing. I am not depressed and I am not very happy either. To begin with, I am not confused psychologically; perhaps I feel settled down due to being mentally determined to engage in jihad. Jihad is the future and my future is jihad; but simple difficulties are befalling upon me and I am not trying to adapt. And we seek refuge in Allah!
[Signed] Hani1.

─────────────────────────────

Ramadan 23, 1411 AH
*Apr* 8, 1991 AD.

Martyrdom for Allah's cause! I become dreaming of it because of all I hear about its virtue and standing by Almighty God; also, for disinterest in life and fear of changing of the hearts. O Lord! The changer of the hearts, keep our hearts set on faith and jihad. Sometimes, I wish for a bullet or a swift shell to take me to meet my Lord as a martyr; especially during guarding hours at the camp. Not out of fear but to expedite the meeting with the Lord.
But is it permissible for me to expedite the martyrdom while I haven't offered anything to my Islamic Nation; besides, the true purpose of jihad is-

██████████████

-usually lifting the words of "No God but Allah" or spreading His religion; however, up till now, I have not fired a shot at Allah's enemies.
Some of the new mujahideen brothers whom I train together with say that they don't want to become martyrs now, rather, they want to see the Islamic Caliphate return then martyrdom in Jerusalem or any other place.
But, I cannot wait; I want to be martyr for Allah's cause quickly. I, and God is my witness, am longing to see the face of the His Almighty God, His gardens, and what He had promised.

I become so disinterested in life, I don't want it; its living doesn't entice me, even its women – clay virgins- became a passing evil thought that excite me for a moment then disappear or a wet dream that I shower after having it while I am hateful of it. So, those with the lustrous eyes – virgins of heaven – are the aspiration and purpose.

I am also dreaming of the return of the Islamic Caliphate for a while, even before I arrived here; although that I believe that I will not be among the group or the generation who will witness it. Rather, we, Al-mujahideen will be the here in Afghanistan; that is if God approved of me and considered me a mujahid. I say that we will be the bridge or the

road to establishing an Islamic Caliphate once again, God willing. Or (the road) to
Palestine; the road to it is mined with treacherous Presidents.

███████████

Therefore, and God only knows, we will not see that day when Islam and its people
reclaim their pride fully. That alone is an honor, meaning; to be [IL]. To give our lives for
the glory of this religion is the honor itself, and I am giving it at a low cost and ask God
to grant me patience, strengthen me and keep my heart steadfast in the faith and jihad for
his cause and to endow martyrdom upon me; which is all the future and all the hope right
now.
And we seek refuge in Allah and oh God!

[Signed] Hani1.

───────────────────────

Note:
If I am not destined to witness Palestine conquered, that is after the conquer of
Afghanistan and the establishment of an Islamic state in it, and if I am not destined to live
and witness the return of the Islamic Caliphate in spite of the difficult path, Lord! I
wonder if I am destined to live and see Hani2.
[Signed] Hani1.

███████████

Ramadan 25,

Dear Hani2,

It time is 8:03 am, I will go back a couple of hours then I will return to this time; I will go
back to 4:00 am.
Few moments ago, we finished eating the Suhur meal [TN: The meal that precede the
fasting day]. It was still pitch-black dark; the white string of dawn did not appear yet.
At4:30 I had guarding duty of the camp gate.
Before that, perhaps at 2:30 this morning also, I woke up upon a strange dream. I had a
dream of my family; my mother, father, and my brother Mahir. Three nights in a row, I
have been having dreams of my family but in a form of a hoard of events and different
personality; so I don't understand a thing. Yet today, the vision was different.

I have dreamed that I have been getting my stuff ready, my brother and I, perhaps I am
bidding them a farewell; I want to migrate to jihad. My brother went to school, which
school I don't know, anyway; I am bidding them farewell and they are angry, a dark road
in the night and I don't remember anything else.

I woke up surprised at 2:30 and the brothers at the mask were praying all through the night at the mosque. Out of nowhere the martyrdom idea occurred to me; since they are saying goodbye to me, does that mean I am going to become a martyr today?

████████████████

I rushed to the stream, performed ablution then I joined those praying. I prayed four prostrations, the all night prayer, and the Witr prayer [TN: Non compulsory prayer; extra prayer and prostration as long as they are more than one] and that is for the first time during Ramadan. (I am making progress in my relationship with God as I take steps forward in submission and commitment according to shari'ah dictates).
I cried during than and I sensed that martyrdom is near. I asked God that it is the case and that I have interpreted the vision the right way; farewell means that, God willing, I will become a martyr.
Then, it is four in the morning; I have finished my Suhur meal with high hopes to become a martyr at any cost before I eat my Suhur, the Suhur food. I am all enthusiastic in a mixture of tears and a big smile; will I become martyr today? "He may take to Himself from your ranks martyr-witnesses." Will God take me as a martyr?
Joy continued filling my heart and I was all hopeful of what I was thinking of, until it became time for the guarding duty. I performed the dawn prayer with the group and the guards' emir read surat "Perish the hands of the Father of Flame! Perish him!"
At that point I took a moment for myself as I shivered; I saw myself saying goodbye to them and they are angry, then the dark road. The happiness turned into fear, I don't know why! And suddenly I felt scared of the dream.

████████████████

Perhaps I didn't interpret the dream as I should. Perhaps it doesn't mean martyrdom; maybe it is such as; God is angry with me and something similar, I seek refuge with God from that. I collected myself in confusion, not knowing what this dream meant. Is it a silly dream with no meaning!
My guarding duty ended at six in the morning; I surrendered the weapon and the ammunition. I almost went to the mosque; to ask for God' forgiveness and to cry and wash my heart, then I would return to you and talk to you about my feelings, through this notebook of course. Yet, someone called me for exercise; to run.
During the last ten days of Ramadan, the exercise line-up is cancelled in the camp, but; I practice on my own.

It is 8:03 now, rather; it is 8:25. I just returned from my morning exercise. I don't feel tired but the strange dream is still bothering me.
But then I go back to think that I have not done anything that is worth me becoming a martyr in Allah's cause; my sins are great, I am working hard in it and ask God for forgiveness and health. Oh God! Please make it a blessing, oh Lord!

One more thing, during the all night prayer, I was crying hard but with a big smile all over my face that I could not hide.

Hani1

████████████

Sahwwal 1, 1411 AH
*Apr* 15 or 16,

Dear Hani2,

Today is the 1st of Shawwal; the first day of al-Fitr Holiday, many happy returns or
pardon me! First: It is not the usual many happy returns, rather; I ask God that I will be
among those martyrs before the next Fitr Holiday come upon us next year or even before
the next Ramadan or before the next morning. I am yearning to see the Almighty Allah's
face and I ask His Almighty for his approval.
Anyway, many happy returns and victory to the Muslims!
Also, the main thing is that there is really nothing knew that I can talk to you about
except for few memories that I will mention successively despite their varying times and
locations. Some memories might be earlier than others in time but they are listed at late
time in my writing; however, I will try to list them and please forgive me if I make
mistakes.
Actually, I don't know why I felt the need to talk to you about these following memories
or the memories I am going to specifically mention and exclude others. Or the ones that I
will employ my ability to extract them out of my memory just for the sake of talking to
you; perhaps out of love to you or to spend longer time with you.

████████████

* Second grade; a little child, of course, I came home carrying my report card and I had
two circles in red over mathematics, excuse me, it is called arithmetic at that grade, and
Qur'an.
I entered the house scared, sad or perhaps stagnant; I can't tell. The main thing is that I
entered surrendering, and to fail in school, is sufficient reason for you.
* Once again I returned home with my report card; second grade also, but it was the one
after I retook these two subjects. I believe it was about a month after the actual official
test in which I failed arithmetic and Qur'an. This time I was succeeding; I passed both
subjects, and my mother was very happy that I won't have to retake these subjects.

* My mother, my father, uncle Yusif, Aunt Kamilah and we; I mean my brothers and I,
all are standing tall.
The event: My mother divorced, for the first or the second time; I can't recall, she is
divorced twice now and she has one more time, and we ask for God's blessings, before
she is considered completely divorced.
What I mean here is that my mother is divorced and is getting ready to leave with my
uncle Yusif to another area in Saudi Arabia called Al-Baha, where he lives with his wife
and children.

49

██████████████

My brothers are crying, my father is quiet, my uncle is quiet, my mother and aunt
Kamilah (May God forgive her) are having minor skirmishes and I am in the bathroom.
Before my mother left, she told us, "Don't eat from aunt Kamilah so she would not
poison you." Kamilah and my father, who was angry at the situation, heard her.
Then, my mother left and all that remained was crying and sorrow for a whole month,
maybe. Then, she returned once again and that's it.

* This incident is perhaps prior to the one before it, I'm not sure, anyway; here it is.
We are in our small apartment in Al-'Amarah Al-Qadimah. I believe that the address was:
Al-Salam Building, across the street from Al-Hijaz stop, apartment no. 14, and second
floor.
In the guestroom; the guests were sitting where Al-Quds painting was, which my dad
painted on the wall. Anyway; I think that Sheikh 'Ali Al-Tantawi was on TV and my
mother was listening with much attention, we are around her and aunt Kamilah was
holding a book as she was a student.
My father came in from outside and he was agitated and yelling loudly objecting to
inconveniencing aunt Kamilah with watching TV. My mother was trying to convince him
to finish this program and then Kamilah will have an opportunity to study. But my father
turned off the television.
My mother was upset for being insulted and said goodbye.

██████████████

She wore her black aba and left, I don't know where to!
My father did not talk and we entered the inside room frightened as to where she went, I
mean; our mother, we were little and our oldest was only in intermediate school and…
and that's it.

Continued,
* Prince bin Dayil's family… "Wife Latifa" called us few hours after my mother left
asking us to join them in a small trip. Everything happened so fast and we ended in the
huge farm that "Bin Dayil" owns. My mother was there; when she left the apartment, she
went to them and I don't know why.
Later, it was time to return; after lunch at the farm. Our father yelled at us to get in the car;
it was a red Buick, as I recall. Anyway, my brothers and aunt Kamilah have gathered and
my father was about to get moving and didn't care, I think. But my mother asked Latifa,
Bin Dayil's wife; his second and young wife, to walk her to my father's car so she will be
the mediator. So, she brought her and told my father, "Abu-Mahir! Seek refuge with God
from the devil." So, my mother returned and we returned home and nothing else related
to this story except oh my!

██████████████

Shawwal2,

Dear Hani:
I am still with you in memories series which I have started with you yesterday. As I told
you, they are raiding my memory all of a sudden without permission; so, I wanted to
relate them to you successively.
By the way, many of the memories that occur to me now are those that I have told you
before and I will only mention to you the things that I haven't mentioned before.

* Her and I, may God forgive me, in the same bed. I aroused her instinct and desire by
my kisses and my fingers touching her here and there. When she became unable to
endure it and so was I, it was inevitable that we have sex; it was a must and we both
became wild. Suddenly, I stopped; I was at the apex of excitement and I turned my back
to her before I commit what's forbidden while she was clinging onto me begging. Her
and I, may God forgive me, are in the same bed; my need for sex is killing me, my
excitement is to the max and she, in my experience and God forgive me, is going crazy.
But, I turned around at the last moment and began reading surat Al-Kursi to hold myself
from adultery. While she, as a Christian, began begging me in Jesus' name, Peace be
upon him, to have mercy on her-

███████████████

-and to have sex with her. But, Thank God, I didn't do it. I restrained myself at the very
last moment, as I am usually with her. I begin arousing her in my special way until she
and I become crazy for sex, then I suddenly stop for fear of committing the worst sin;
despite my belief that even a kiss to a woman other than the one whom God permitted for
me, is a big deal and cannot be underestimated. But my evil side was stronger in that
respect until we both reach a degree where I stop and the devil cannot beat me, and praise
be to God, and I commit adultery; I do not commit the major one for being fearful of the
maximum [punishment].

As a matter of fact, I used to enjoy watching her begging me to have sex with her when
she becomes fully lustful not aware of what she is saying. She was, rather; my arrogance
or my narcissism were both getting satisfied. I would feel proud of my manhood as she is
begging me; while I, myself, almost want to beg her to stop because I am at the climax of
lust and desire for sex. But I fear God, so, may God forgive me forget my sins and
[crossed out word] thank God that I didn't do.
Also, she told me one day, I was a student in India then, I swear to you; if you have sex
with me, I will bring you my 14 year old virgin daughter so you can have sex with her. I
don't care if you don't, she is yours anytime you want except that I am yours first.
My pride and manhood were at climax of narcissism; but, praise be to God, I didn't do it.

███████████████

I am laying in bed, she is, forgive me God, uneasy and her breathing is growing louder;
she is unbuttoning my shirt and unzipping my pants as she is shaking and unquiet. Her

kisses are hovering over my hot submissive body as I am reciting suart Al-Kursi so I don't commit the grand one. I don't know how shameful of me; two opposites: reciting surat Al-Kursi from the Qur'an while a whore is touching my body, I ask for God's forgiveness. Excuse me; she is not a whore in the traditional meaning of the word.

* This picture precedes the one before it, maybe by a long period of time. My father, I, a TV program about drugs, and then a huge problem between us; he looked at me, I was pale and mentally exhausted around the period following high school and before going to college in India. He told me, "If only I found out that you were one of those;" he meant those on drugs. I became furious; screaming then becoming quiet then I added, "Even if I were to do drugs, I will not be blamed; given the life I am living amongst you." He said yelling, "Why, what is that you are missing? You are living the best life." Followed by screaming, [crossed out words] "I need many things that you don't seem to care for. Also, as for education, you seem to close all the doors on me if these doors were not in the field of medicine and only medicine! Your behavior towards me and everything; I don't like anything with you." Then yelling and he took off his head cord and began beating me with it.

████████████████

I kept yelling, "I don't care!" His beating was getting to my fake pride before reaching my body.

He was tired also; I have wronged him so many times and made him angry. I got dressed and left. Before I step outside the room, he told me as he noticed that I was about to step outside, "get out and don't come back to my home!" Indeed, I left and decided never to go back home. Yet, one step outside the house and I felt the world spinning around me; where would I go, I don't have a penny! Truly, it was a sure feeling of being lost; a feeling of being erratic.

I don't know where my feet lead me; I walked for a long distance. If you still recall; I walked from AL-Shamisi where we used to live to Manfuha where many friends are. This was the neighborhood were we originally lived. My frail feet with the ripped shoes lead me to Abu-Madi's hous. We sat down as I was in pain; we talked and laughed as if nothing had happened. I smoked voraciously; I borrowed money for the cigarettes. It was time to return, it is somehow cold and the distance is far; yet, the distance to where? I don't know. Then, I spent the night by them and I told them about what happened. In the morning, I returned to Al-Shamisi; walking of course. Form one friend to another for a period of a week, I believe; I was borrowing money for food and cigarettes which was the most important this, especially at that time.

████████████████

Until one day, my father walked on me and the respected clique. We were in a vacant apartment across from my friend Ra'id Al-Masri's apartment. The apartment had no furniture but some wood, trash, dirt and a simple gear that I used as a mattress and blanket at the same time and for few days after I left home. Ra'id's family didn't know, only Ra'id himself knew.

My father walked on us; my mother received a phone call from Ra'id's mother telling her where I was. My mother had called every number in my phonebook asking if anyone saw me.

My father walked in smiling, I was not surprised. Muhammad Abu-'Asba and Tarq 'Ati left to give us an opportunity to talk and Ra'id Al-Masri stayed and brought tea. I have told them earlier that I will never go back home no matter what; life is impossible between my father and I. If he happens to discuss going back with me, I will talk to him about many things that he should not forget so I will not have a heart attack from his attitude towards me or he will not have one from my attitude towards him!

However, when he came, we talked about nothing. He came with my mother; they sat for some time. My father sat with Ra'id and I, and my mother sat with Ra'id's mother at their house across from us. Then he stood up and I stood up, he said nothing and I said nothing; and oh my!

Sometimes I compare myself outside the house; careless, barred and feeling of being lost, to my mother's position when she left the house that day; did she feel lost? No doubt that both of us were thinking; where to, but, how and when! And oh my!

████████████████

* The car is moving fast swallowing the road; almost swallowing the sidewalk or other cars in front of it, as well. Who is the driver? I don't recall; is it Ra'id Al-Masri in his car or Ra'id Fayyad in his father's car? Or is it Tariq 'Atti in the black Honda? I don't remember exactly but I believe that all of those were in the same car, in addition to Abu-'Asbah and Yazid Abu-Jaball, maybe.

Laughing and screaming, the tape recorder is at highest volume, the windows are open and I am unusually quiet, especially when I am with the clique.

But, I have a hiccup in my heart that is restraining my mouth and almost making me cry. My dear Hani2, do you remember those moments? This moment in particular; what type of pain was I feeling? The puff I was taking from my cigarette; very little of it I let out but the rest I retain inside of me so it burns me, and feelings that I became used to; depression, distraction, feeling of loneliness and loss, in addition to a new feeling that began to befriend me along with all the rest; it is a feeling of insecurity, a feeling of being a stranger and unsecure. That feeling was among the most felt ones; I became afraid of being lost outside the house again where I was kicked out once and might be kicked out once again. So my group of feelings got bigger; a new one that is the greatest and most difficult, and oh my!

████████████████

Dear Hani,
Today is third day of the holiday; Shawwal 3, 1411 AH and *Apr* 19, 1991 AD.
Although the calendar states that today is Aril 18, anyway, today is Thursday and tomorrow is Friday, of course.
I am still with you on the quick memories' series, old and new; a month ago, a year ago, ten years ago or sometimes ten hours ago. Any way, they are quick pictures that pass my

53

memory at the speed of lightning without an actual occasion or even without anything thing that prompts my memory of it. However, they come and go; some of them make me happy, some make me sad and some make scared of His Almighty God and I was rude during them.

But, but memories are my provision; I do need joy and sorrow, and since most of these memories took place before I decide to write to you these memoirs; I like to write them now even if they were quick so you Hani two at thirty years of age will read them and thank me for writing them. Perhaps they will be old by then, your memory had lost them or time had forgotten you; Hani2.

███████████████

* I am in grade school; sixth grade. I returned from school with money in my pocket; five Riyals only. It is not only, it is a lot of money for a little kid; especially me.

Well, first, my mom was roasting some whole wheat for us and I wanted to take some to school to eat it during recess. Some of my classmates tasted it; they liked and asked me to bring some more.

The following day I brought some more but this time I sold it to them and this way I made five Riyals. On my way back from school, there was this incident. A cab driver is yelling at a guy from Sudan; the cab driver is asking him for five Riyals and the guy is complaining that the distance was not worth more than what he had given him. Besides, he doesn't have more than what he gave him and he doesn't have five Riyals. The Sudanese guy is yelling out of embarrassment. I gave him the five Riyals happily. The driver took them and left cursing all the customers who are like the Sudanese guy. The other guy told me while being embarrassed, "Thank you man," although; I am a child and not a man.

* I am in bed at the hospital, a needle, a syringe a tube and a bag of blood; I was giving blood for exchange of three hundred Saudi Riyals. My father is well off but not being in harmony forced me to sell my blood and get spending money as pocket money.

███████████████

* Then the more recent picture; it was on Ramadan 25 and I have told you about it, but it is still stuck in my memory and I surprised by attitude at that day.

I am praying all night with a group, my tears are falling heavily and I am having a runny nose as the tears are falling, my heart I shaking; I'm not sure if it is out of fear or out of happiness, a big and full smile that is not allowing me to read with the imam or even praise. A smile that has swallowed most of my facial expressions exposing my teeth and I cannot stop it, it is indeed a strange thing; tears and a full smile!

Tears are necessitated by the situation and my feelings towards being the presence of God; fear, desire, awe and a smile that is caused by that dream, the one I have told you about, and I felt that His words, "He may take to Himself from your ranks martyr-witnesses," are applying to me and today I am a martyr, no doubt! However, I did not become a martyr yet and I am still with you and perhaps you are with me.

54

[Signed]

By the way, the idea of jihad for Allah's cause in its meaning and perception is revealing itself to me and becoming more refined. Also, the supplication of, oh God! I ask you for martyrdom after a long life and good deeds, is developing in concept and becoming; oh God! grant us martyrdom in Jerusalem, defining a goal almost. Then, we still have the Islamic caliphate in Palestine and Rome according to the prophet's promise and oh God!

████████████████

Shawwal 10,
*Apr 25,*

Dear Hani2,
I have received a letter from my father yesterday; it was in response to the letter I have sent them to inform them about the issue of "Hegira and Jihad."
And... Hani...? ...? ...! ...!? How are you? And why did you become? That was how he began his lengthy letter to me, and by this kind of beginning, my dear Hani2 you can speculate on its contents; the shock that struck them, anger and indirect sympathy, advices, and "Hani! You know that I can bring you here forcefully, but I don't want to do anything that you will not like and I don't want to be the one who will put you in jail." Threatening... then with words that he tried to make them touching, he told me that he is accepting condolences for his death from people and that he is considering me dead and missing.
Many things he wrote in his letter that hurt me a little, and then he concluded his letter with the phrase "Sender; Muhammad." He didn't say your father as it is usually the case in his letters; as if he is indicating that he is no longer my father.
The letter ended and I was not affected much by what he wrote or said; I expected that and they have their excuse. It is hard for them to imagine me quitting school when I am close to getting a bachelor degree and to go where to? To jihad, war, fire and being a stranger! That is their opinion.

████████████████

Everything he said or wrote was fine and I forgive them and adapt to it. But he said, "Your brother Hisham has cancer and he has gone through a urinary system surgery; he is s skeleton with no hair or eyelashes even. At this point I felt crippled. I took a pause for few moments away from the letter to think of my beloved brother Hisham. Then I wrote a 28 page letter to send to them. I told them about my persistence and Hisham is still concerning me a great deal, but we seek refuge in God and oh God! I ask you to keep me steadfast.
Goodbye.
Hani.

55

PS. My dear Hani2, I don't think that you forgot my father's previous letters and "My engineer son, Hani," "To the computer engineer," "Hani, esquire," and, and... Used to be nice introduction to his letters, but! Praise God the One who is capable of changing things around.

Also, I explained to him in my 28 page letter, just as I did in the first letter, that jihad now is an individual duty and in that case the mujahid son has the right to leave without his father's approval; "The servant without his master's approval, the woman without her husband's permission, with a Mahram, for jihad and hopefully he will be convinced.

███████████████

Apr 29,
Shawwal 15,
It is not Shawwal 14; during the past days of this month, I was making mistakes about the calendar conversion between the Georgian year and the Hegira year, my dear Hani. So, please forgive or don't forgive me.

Anyway; nothing new, I am about to be done with weapons course, the simplified one of course. Now, I am studying along with a group the "mortar gun" and the "82 mm" gun. Also, we have been told that we will be going to one of the most modern fronts; "Gardez." for practical applications; perhaps in the rear lines and to construct the front sites with the mujahideen and maybe not. The information is not definite because; it is still a new front. The prophet; God's prayer, peace and mercy be upon him, said to the extent which "Whomever wanted an honest martyrdom in Allah's cause, it will be granted to him."

There's an opportunity here to go to one of the jihad fronts; an opportunity to get ready for martyrdom and to make every effort and hopefully His words, "He may take to Himself from your ranks martyrs," will apply to us.

Oh God! I ask that you make me a martyr;" a supplication that goes through my mind and fill me with joy while I am aspiring for what my God has. And oh God! Martyrdom, martyrdom!

███████████████

Shawwal 16,
*Apr* 30,

Today... only a little bit ago perhaps half an hour ago and during the military class of the 82 mm gun, an individual came up to my trainer and asked him if he could have few words with me, alone and outside the class.

He was one of the brothers who were responsible for the "Zakuyak or to be correct; the Dimitrov anti aircraft at the top of the mountain overlooking the camp, thus the wireless communication between camps or between our camp, Khaldan, to any front is done through them because of their high spot which allows for better communication.

Anyway, the brother came and excused himself to tell me that they had received a wireless call asking specifically for me from Bari Camp stating that Mahir, Abu-

Zubaydah's brother, wants to see him urgently either in Bari or in Peshawar and that he
[my brother] is expecting a phone call from me in the evening.
I was surprised by the new; what is my brother Mahir doing in Afghanistan? Maybe my
father had asked to convince me change my mind about the hegira and jihad due to their
lack of understanding for its true meaning and sublimity and nothing else.
I am waiting until it is the evening so I can call him; I might angry and might scream in
his face through the wireless apparatus; but, I don't know what to say, he will not
understand and will not be able to.

Anyway, until it is the evening hour, I have time to tell you about my brother Mahir. You
might be Hani2 or you became Hani2 and forgot about some incidents that took place
with Mahir, your brother who is one year older than you, and about two years ahead of
you in school because he had an early admission to school. That is in addition to me
being behind after high school. Anyway, he is Mahir Muhammad Abu-Zubaydah, of
course.
As a child, he was lively and active and in spite of him being skinny he loved assembling
and disassembling electrical apparatuses and toys that he comes across. Most of the time
he used to fix any electric damage at the house, while I was cold; didn't like to interfere
in things that I don't about like assembling and disassembling or even electricity.
Moreover, I wouldn't change a bad light bulb even once it's out.
At one time, my dad prevented us from leaving the house when we were little, not even
to play with the neighbors' kids. He used to go out a lot when my father is not home, he
will play with kids or walk away from the house with them. My dad will punish him
harshly; he used to apply the way he treated his students at school, as a grade school
teacher, on us. I used to get harsh punishment over other things. Frequently I broke the
house furniture, the hanging pictures or the widows and such [IL].

Besides, the two of us used to fight as two little kids and then as two boys in middle
school then as two teenagers and as two young men.
We used to fight, yell and disagree but we remain two brothers. This was the case until
we separated when he left to Greece then to Pakistan to study medicine and I went to
India to study computer.

PS. His interests were in western music especially the one that his friends enjoyed, and
also assembling and disassembling like I have told you; in addition to other things. I used
to enjoy other things like reading illustrated stories (he enjoyed them as well) reading
books, any type of books and any field; psychology, philosophy and Parapsychology
books. I also had interests in sports and body building without being able to practice it
except for a little bit. Also, I enjoyed war games.
So, he ended up studying medicine which has nothing to do a screwdriver, pliers,
assembling and disassembling and electricity; while I studied computer, a strictly

scientific field that involves assembling, disassembling and math with no room for poetry and liberal arts in it. Praise be to God!

Also, we were little then; our dad asked, as he was taping what we were saying on a tape recorder, about our future aspirations.

Mahir said, "A doctor" and I said, "An engineer." We were four and five years old that day. And praise be to God; he became a doctor and I almost became a computer engineer. But thank God! I became mujahid... I do not promote myself in the eyes of God but suppose I am and I ask God for acceptance

Anyway, we separated since two years or less and I haven't seen him except for once, when I returned home after being kicked out of it. He was there visiting that day and to take care of some procedures concerning Saudi residency from Pakistan.

Also, suddenly I remembered a situation; my father and I were standing by the counter, my father was trying to pay the electric bill and talking to the employee and the statement is in his hand, I am next to him, tiny; can hardly reach up to his knee or his belt. Suddenly, the electricity was disconnected from the electric main. I stepped away from my dad and Mahir took my spot. The electricity came back, my father looked around and saw Mahir standing next to him; he commented laughingly and telling the guys, whom he was talking to about different things, that as soon as I walked away the electricity came back and that I am a bad luck and I jinx everything (there was a TV series that talked about a guy who is a jinx) and that Mahir was a good luck.

This is not an incident that indicates anything in particular towards my older brother Mahir; however it just occurred to me as I was talking and I mentioned it.

Also, I have often refused to obey and was defiant; while he was almost obedient, praise God, until my father chose for him to go to medical school and he did study it and may God bless him.

He chose medical school for me as well, but I refused and insisted not to study medicine at all and praise God.

Anyway, I will call Mahir in Bari in few hours and find out what he wants.

The time right now is eight in the evening. Two hours ago, I made the phone call thru the wireless on top of the "Zakuyak" mountain; the Dimitrov.

The call lasted five minutes, all he said was that he came from Pakistan with a friend in order to see me and make sure that I am doing well; after he learned about my hegira and jihad thing. He also came to check out the place and that he will return to here; to Afghanistan to train fully but that is after he is done with his finals in Pakistan. I believe it is his last year in school. However, this time around he is here just to visit and check on me and he brought me some canned food and news-

-from my family (your mother is worried about you) and nothing else. Yet, when I asked him about Hisham and whether he is truly ill or it is a technique that my father used to affect me? He was shocked and got worried. He then asked me if I could go there to meet him in Bari. When I told him to return to his studies now and to your finals because it is hard for me to get to leave the camp and for him to come to see me is not an easy matter; especially that I might be leaving the camp in few days to go to one of the fronts. When I told him, he said that he will try to come to Khaldan no matter what even if he has to pay for his own transportation.

I felt from his tone that he had received instructions from my dad to influence me and my thinking. I didn't answer him with more than, fear God and go back to your study and one day I will try to visit you.

The call was disconnected! And I will quit writing because the light is about to go off and it is bed time at the camp. Today I don't have guarding duty; so, I will have a long sleep. I have bothered by my dad's letter; the one I have told you about and have not slept well since then. Yet, today I will sleep well, God willing. Perhaps Mahir would come here and maybe not. Goodbye Hani2.

███████████

Shawwal 17,
*May* 1,

My brother, Mahir, came finally. In short, we sat together and talked. He talked about many things that are somehow frustrating; the mother, the father, the brothers, Hisham, and parents' obedience and, and… in addition to few quick fatwas created by his emotions. Anyway, we both do not and will not understand each other.

Also, dear Hani2,

We sat by the river or the stream that runs through the camp. I was reading the letter that I have sent to the brothers in Peshawar so they would send it to my family in Saudi Arabia. The 28 page letter and he was reading my father's letter to me; I gave it to him to read it. He said, "Read your father's letter; it is better for you." He meant what they are suffering from because of me. I smiled and ripped it before his eyes while he is shocked and hurt and his face became gloomy. I tried explaining to him the importance of sacrifice for the sake of the religion and he tried, may God bless him, to explain to me the importance of having the parents' approval for jihad.

Anyway, nothing important took place.

However, two situations have affected me before he came and after he came.

███████████

First: Before my brother comes.

After the morning exercise line-up, I talked to someone, a friend, who knows my brother Mahir from Pakistan and by accident; he learnt that I am his brother and that the Mahir he knows is my brother. So, we talked about his arrival; the discussion continued for a period of time and another person joined in. The conversation turned into a joke and he

UNCLASSIFIED//FOR PUBLIC RELEASE

commented, "You are a looser; your brother is a doctor and what are you? You evaded school and he is a doctor now, praise be to God."

I didn't comment much although he degraded me, may God forgive him, and considered what I did; leaving school to join jihad is being a looser, and that my brother Mahir is better now because he is a doctor.
Anyway, that person has his own views and they are not strictly jihadi views; he came to train and leave. He doesn't believe, God knows, in sacrifice for the sake of the religion is a must.

Second: After the arrival of my brother Hani. I have introduced him to the mujahideen brothers in my group. We talked and then we joked. One of the brothers said to my brother jokingly, may God bless him, "Take your brother away from here and you come here. You are a doctor and we need you, as for him, we don't need him at all."
May 2nd, Mahir left to go to his study and may God be with him and Praise be to God.
Hani.

████████████

Shawwal 18,
*May* 2,

These are few quick and short conversations that went between me and my brother Mahir. Because I don't have anything to talk to you about, although I am in dire need to for that; so read what I will write to you. I might be very brief if you don't understand or don't remember.

✱ Hani, your mother is ill.     Mahir said that
        I ask God to heal her.
She is very sad and sounded tired when I talked to her over the phon on the third day of the Holiday.
        May God be with her.
That's it! God be with her! That's all? This is your mother.
        What about the Umma; the Islamic Nation?

✱ Hisham, isn't he your brother?     Mahir is saying.
        Even if I go visit him, what's going to happen?
This is your brother and he is ill.
        I will pray for his recovery.
If the words in your father's letter true; God help us.
        Even if Hisham dies, may God have mercy on his soul and hopefully he will be
        among the birds of heaven or its [IL] because he hasn't reached puberty yet.

████████████

✱ .....

UNCLASSIFIED//FOR PUBLIC RELEASE

       May God cure him.

✳ .....

✳ Hani, wouldn't you do anything for your parents?       That was him.
       What can I do?

✳ A degree; get a college degree, just for their sake.
       I have made my decision and I will be here until God destines me for something.
       Studying and college degree are over.

✳ You have one more year left, just finish it and send them the degree.
       It is over.

✳ Hani! Why are you so harsh?
       ....

✳ I don't remember that you were obedient to your parents now or before.
       The thing is that jihad is an individual duty and to leave even without their
       permission is a duty now.

✳ But, God said... The Prophet said... and, and...
       Fear God and don't issue fatwas. The sheikhs and jihad scholars know better than
       you do and, "Those who dare to issue fatwas are those most bold to be thrown in
       hell."

██████████████

✳ Do something for them.
       When I will be their mediator, God willing, if I become a martyr, which will be a
       great favor.

✳ Hani, I don't know what to tell you.
       Listen to me my brother, fear God and go back to your study; you are in you last
       year in medical school. Later on if you choose to come here to the land of jihad,
       to provide services in your field; God bless you. Then you will return to be the
       support for your parents that is second to God because He is their guardian, you
       can do that.

✳ .....
✳ Hani! Have you seen the movie "Dil?" It is an Indian movie that inspires the heart.
       Yes.
It was truly beautiful, I loved it.
       Yes, beautiful.
Its songs are beautiful, I have recorded them.
       ....
It was truly impressive; I have been influenced by it. I have replayed it many times on
the video when 'Abdallah and I rented one.

██████████████

       Mahir! The story has scenes from a love story by the British or American writer;
       I'm not sure, Eric Segal.
     Anyway, the movie was wonderful!

....
.....
Do you listen to Chris De Burg and [IL]?      I asked him.
Oh Chris De Burg; especially the song "Sailor."
....
While he sings parts of it,
Mahir! Isn't it time that you fear God and quit all these things (songs and movies).
........
Isn't it time for you to get back to God, Mahir?
........
✱  Aren't you going to do something for the sake of your parents? He said.
I seek refuge with God from the devil.
Oh Hani!
Listen! You have advised me and may God bless you. I have the right to accept or decline and I decline; I will not give up jihad as long as I'm living.



Shawwal 18,
It is still the 18th of Shawwal but; dear Hani2 -the 30 years old- Do you remember Rami Miqdad? All of a sudden and every now and then, his picture jumps to my mind to mess with my memory or the corners of my brain causing mischief; God forbid.
As soon as I remember him I smile and a little bit of joy and sadness raid my heart. Rami Miqdad, a petite and skinny young man; he is short somehow, a black mole with ling hair on his right cheek that is visible because there is no beard to hide it. He jokes a lot and sometimes his jokes are not funny to some people; however, he was so sweet; not just sweet, very sweet and dear to my heart.
Rami Miqdad, You don't remember him! Dear Hani, he jokes with his tongue and his hand and do you remember his small car as well?
I don't know why I haven't told you about him before! Although he is worth mentioning and remembering all the time; I knew him during junior high year or even sophomore year, but during senior year we began visiting each other and since then we have not stopped.
Until he traveled to India to study, a little bit before I did. He and I as well as two other guys have sent our applications to Bona/India with some friends to get college acceptance to study. His acceptance letter arrived before mine.



So he traveled and my acceptance letter was late. We have decided to travel together and we planned and, and, and... But he traveled first and later I received my acceptance and followed him.
Only for a period of one month, we lived together in Bona. I was unable to get into computer in college and I left Bona to Mysor and he stayed in Bona with the other guys. Six months later, we met in Saudi Arabia and have not seen him since. But right now I miss him a lot and only God knows if I will see him.

62

Now, if I were to tell you about him, I honestly don't know where to start. Should I list and mention few incidents or situations; but I don't think that it would be sufficient. Actually, I appreciate him more than I did before.

As for the first clique; Muhammad, Al-Masri, Fayyad, Tariq, Yazid Abu-Jabal and 'Ala' Abu-Madi, they view Rami as trouble and might not be liked by some. Yet, among the clique; Rami, God bless him, always looks for me and accompanies me. Perhaps he was pushed on them.

But as for the other clique, Muhammad Abu-Madi "the golden heart," and Ra'id Al-Shurbaji, the inconsistent friend that I have not come to understand him yet, to them, Rami was a wonderful friend and if the clique was limited to Muhammad Abu-Madi and I, the description "wonderful" might be correct. I didn't understand Ra'id Al-Shurbaji because he was inconsistent.

Anyway, I used to be embarrassed somehow between the two parties; the first clique being the first party and Rami being the second party. He wants to be with me and so do I, but they don't want him except for Muhammad Abu-'Asbah; Rami was acceptable to him and he is ok. For the rest, Rami presence means bad evening. I myself might have upset him many times or at least embarrassed him by evading him so I don't ruin their evening in the event he is there.

But today, I am in dire need for someone like Rami; he loved me truly, and so did I but I was negligent towards him.

Shawwal 19,
I am still on the topic of Rami Miqdad. Indeed my dear Hani2, I don't know what I would tell you about him. I just have a desire to talk about him and remembering him but how to start, I don't know.

Anyway, I tried for an hour or more to know where to start; yet, I couldn't. Therefore, there is no need, at least today, to talk with or about my friend Rami. Perhaps one day, if I remember, I will tell you about an incident or such.
Bye.

Moreover, don't forget to talk about Muhammad Abu-Madi; provided that I remembered something about both of them.
Bye.

Today is Thursday; Shawwal 25, 1411 AH.
May 9, 1991 AD.

Dear Hani2,

Finally, with God's grace, I have finished the weapons course; Thank God! The course included; the Kalashnikov, Degtyaryov, RPD, Bruno, heavy Girinov, English Riffle GR, M17, Doshka, M16 machinegun, Dimitrov, RPG launcher, Mortar Gun, 82 mm Gun, and two more guns; BM1 & BM12 of the 12 cylinders.

Now I am taking a simplified and quick first aid course. Then, God willing, the group and I, I have told you before about some of them rushing to go to the fronts, will enter a course in explosives and bombs. So it was written, and so it will be done according to God's will.

As a matter of fact, I have decided with God's will to stay at the training camps; from one camp to another and from one course to another, so I will be fully prepared. From weapons to explosives to tactics, to, to, to… until I become effective in jihad. His Almighty said, "Against them make ready your strength to the utmost of your power, etc…" Also, it is the advice of Abu-Binan the camp emir, the veteran and experienced guy; the one who keeps his word. And we seek refuge in God.

███████████████

Also, there is something I want to tell you about, that is; Asadallah or 'Abd-al-Rahman Abd-al-Sabur, an American Mujahid. His brother and he are the only two from America that I have seen in jihad or I know about.

He is a man in his thirties who came here with his young brother Sayfallah, a twenty three year old, from their homeland to here in order to perform jihad for Allah's cause. The older brother, Asadallah, believed in Islam first then he presented it to his brother and convinced him it; so his brother believed. Then the younger brother Sayfallah came to Afghanistan for jihad and when he returned, he convinced his older brother of jihad; so, the latter came to Afghanistan.

Honestly, I like this person, Asadallah; there is a strange charm about his faith. His belief is pleasant and you feel it when he talks about Islam and how he believed in it.

That's why I loved him in God, God willing, and my dear Hani2; I wanted to tell you about him a little bit.

He had told me earlier about how he believed in Islam in America and how he returned home quickly and frantically to present Islam to his wife; whose parents were strict Catholics and she hated religion. When her husband came home so enthusiastic, she refused it; he made her choose between Islam and divorce, and so it was divorce.

███████████████

Also, he told me about how he was searching for a Muslim wife until he found 'Aziza, his current wife, who is in Peshawar, as we speak, waiting for husband to return every now and then.

Furthermore, how he changed his Christian name into a Muslim name; 'Abd-al-Rahman 'Abd-al-Sabur, he told me many more things. I saw a beautiful passion for Islam in every word he said.

Praise be to Allah! How was he able to dig out this beautiful outlook on Islam from the ugly American society that is not forgiving!

Also, I have told him once about Heaven and the virgins; he was listening with enthusiasm, and when he asked me about the fate of his wife whom he loves so much, I told him what I know and only God knows if she will be the most beautiful virgin, as beautiful or their queen.

He yelled WOW in a loud voice that drew everyone's attention. He told me that he would like to tell 'Aziza about this information because she asks him about it all the time and he doesn't know what to tell her; he loves her a lot.

So when he traveled to Peshawar then to Jibbah for some time then back to Peshawar then to here to finish training; he told me, "Thank God you are here! I expected not to find you and was praying all the way here that I find you."

Thank you (I said), I appreciate this kind feeling towards me.

When I asked him if he had told his wife, he told me, "I told my wife 'Aziza that she will be the queen of virgins in heaven if I become a martyr." She said happily, "Good! I will have enough power over your virgins as their queen and will order them to keep away from you so you will be mine and mine alone."

Praise God! Also, one time I was talking to him about martyrdom for Allah's cause; he said, "I don't want to become a martyr here in Afghanistan." He said it in English. I told him surprisingly, "Whay?" [sic] Why? He said calmly and in Arabic, "In Palestine my brother; in Jerusalem." He continued in English, "Martyrdom there is considered twice." I did not find an answer; Two martyrdoms for fighting the Jews.

As a matter of fact, I felt ashamed of myself; I am originally from Palestine, the land and the country where Jerusalem is, yet I am asking to become a martyr over here in fear of changing my mind, sin, or becoming tired and weak.

I am rushing becoming a martyr for Allah's cause; thus, I have not given anything to the religion and to making it victorious yet. Prais be to Allah the sustainer of the worlds. Only God knows and He is the most Merciful to me and him, Peace be upon you.

Note:

He also told me once that he wants to have kids but his wife, the one he loves, cannot have children and he wants children to raise them to be mujahideen; besides, the Prophet urges him to have children, so what can he do?

Today, right after dinner, he told me suddenly, "Do you have a sister? Does she wear the head scarf? How old is she?"

After I answered his questions, I asked him, "Why?" He said, "If I ask to marry her, would you agree?"

I laughed for a bit and told him, "I will be happy to have him as my sister's husband; especially the one who refuses to marry but a guy with a beard. [crossed out words] But, it is almost impossible for me to see my sister now that I have migrated away from them; so, how could you want her as a wife?"

He laughed, rather, he smiled and said, "Anyway, I'm not young; I am 27," or perhaps he said 37, I don't recall.

Anyway, praise be to God!

It is only 27. This note is a week later.

████████████

Dhu l-Qa'da 3,
*May* 17,

Yesterday, the group and I began a special course in explosives. It seems that we are up to a tough course; the trainer is insisting to make it a course in explosives and preparation for another course in tactics.
The morning exercise line-up begins at 6:00 am; jogging, fast pace running, mountain climbing and special exercises. Another exercise line-up and so on. The military class is after the after-noon prayer, and we seek refuge with God.

Hani
Signature
As you notice, most of the ideas I'm dealing with now at the jihad level are practical and they were the same ideas but unorganized and not fully clear. Perhaps, life's stress and order prevented from enhancing them practically or even from thinking about them; such as martyrdom, caliphate and Islamic principles. Do you recall my disagreement with Muhammad Abu-'Asba about jihad and fighting with Yasir Arafat?

████████████

Things are clearing up more over here; they are the very same ideas I had, however, they were lost and now they found a place to land in my brain and fitting them in reality.

Dhu l-Qa'da 16,
*May* 30,

I am still at Khaldan Camp; I thought that the war front will be soon, but the explosives' course is not done yet. We, the group, are still going between training theoretically and hands-on, explosion, making, constructing, dirt, mud, barriers, barbed wires, etc…
But there is one thing that I would like to tell you;
First: in spite of the physical fatigue that I am experiencing, I am mentally relaxed. I have never been so exhausted in my life before and for Allah's cause; yet, God willing, Allah will accept that from me.
The phrase, "Whoever doesn't like it can pack and go back to Peshawar," is repeated frequently by the Camp emir and sometimes by his deputy and also by the trainer in charge of the group occasionally.
In addition to that phrase, certain conduct by the temporary emir and the trainer make me feel degraded.
And the question is; will there be a day where I find myself denied training or declined Jihad for a mistake I have made? If it happens; what? Why? How? When? But!

I seek refuge with God from evil; all these are delusions from the devil and oh God! Keep
me steadfast, patient and then the martyrdom.

███████████████

Dhu l-Qa'da 18,
*June* 1,

Dear Hani,

Do you know that sometimes I feel sorry for poor Pluto; because he used to dream of the
perfect city where angle-like people live in it?

Definitely that is impossible for people or for a city inhibited by people. Even I find
myself sometimes among angels but the truth comes out and the weak points surface;
which brings people back to the reality that they are weak human beings and they are not
perfect and only angels are angles and no one else.
As for human beings; they are made up of the mean ingredients of inferiority, weakness,
fear and anger and…

He was born to be scared sometimes, and other than that occasionally and an hour by an
hour. Truly; poor Pluto! And you too Hani1 & 2, are poor.

Bye.
[Signed]
Hani Abu-Zybayda.

███████████████

Dhu l-Hijja 4,
*Jun* 16,

The time is approximately 10:15, the day is Sunday.
Place: So far Khaldan Camp, Afghanistan; nothing new under the sun light, as of yet.
But the yearning for the battlefront is overpowering all other emotions; the longing to
Gardez. Although the work there, God willing and we go there after concluding the
explosives course, will consist of digging and building (constructing the back line) until
further notice. And we seek refuge in God for that.
However, I am running out of patience, almost, and the yearning is great and when will
we go there? When will we leave Khaldan?
Another thing dear Hani,
A six month military course at another camp, "Echo" weapons, explosives, tactic and
survey which is the most important along with the tactic; it will begin soon and which
one will I choose? Gardez Front which is in dire need for us, according to the current
camp leader, Abu-Binan who is in charge of constructing the back lines then the front
lines of Gardez Front.

███████████

Or the military course which will qualify one who graduates from it to be a trainer, of course I have no aspiration for that, but I am just giving you an idea about its importance and the advantage for one who trains there in terms of physical fitness and military experience. Also, the study of survey; which is a course that deals with sites, correction, and precise shooting at the enemy's targets and etc..

So, which one would I choose? I aspire to have great physical fitness and good military experience to be effective in the battles and in the war front.

But, I go back to say, if Gardez is in need now, God willing, I will go there.

If I am destined to live, and I ask God that I don't return but a martyred, but if God did not allow for that and I was destined to live, the course will be repeated and I will join it later or another one; whichever one God allow for. Oh God!

Hani.

███████████

Dhu l-Hijja 9, 1411 AH
*Jun* 21, 1991 AD. Today is Friday.

It is 'Arafa day [TN: Mount 'Arafa in Saudi Arabia; the day the pilgrims congregate at mount 'Arafat in Mecca], and a fasting day of course.

Tomorrow is Al-Adha Holiday. Many happy returns to the Islamic Nation and hopefully it will be witnessing good and victory and I don't know what to say.

Anyway, bye, sorry, be safe.

---

Saturday; Dhu l-Hijja 10,1411 AH.
*Jun* 22, 1991 AD.

Blessed Holiday Hani1, Hani2 and Hani ∞ infinity!

Today was much fun; shooting, snipping, I hit the center of the target with one bullet out of six. Then we had swimming in the pool close to the camp.

Note: It seems that I didn't tell you that I have learned swimming here and that I am a first class swimmer now. Not the first of course but maybe among the first ten or twenty.

Anyway, praise be to God; I know how to swim well now.

And once again; blessed Holiday.

███████████

Dhu l-Hijja 15,
Jun 27,

Dear Hani2,

Today or tomorrow, maybe, we will leave to Gardez, God willing. Everything is ready and we only have to read the "Riding Supplication" as we are riding the transportation vehicle or the car that is going to take us to Gardez, and we seek refuge in God.

A memory note from some brothers whom I might not see again; but, [IL] I don't know. Anyway, if their names are still in your memory, try to remember their pictures.
1. It is handwritten by each one of them:
* Your brother Abu-Usama Al-Tabbuki – Abu-Al-Dahhak Al-Faqir,
Expatriate for Allah's cause, I ask the Almighty God that our paths will cross again; just as He made us meet in this camp. Please forgive me and may God bless you,
Your brothet Al-Dahhak Al-Faqir [signed]

*My dear Hani2, do you still remember Abu-Usama? He is from Yemen and lives in Saudi Arabia, chubby, dark skin and likes fun and joking; try to remember him.

███████████████

Your brother Samarqand Al-Jaza'iri,
Thursday; Dhu l-Hijja 16, 1411 Ah,

2. In the name of God, Most Gracious, Most Merciful
Praise is to Allah, we praise Him and seek refuge in Him and ask for His rescue. And we seek refuge in him from our own evil and our bad deeds. One who is not guided by God has no gain and one who goes off track has no guide. I attest that there is no God but Allah and that Mohamed is his servant and Prophet.

My brother in God, Abu-Zubaydah, first: I love you! Excuse my bad handwriting. I advise you to, while we forget, fear God and obey His commands; there is joy for the Muslim but in following God's orders. Your brother Samarqand whom you've met at Khaldan Camp and he told you that you have a resemblance to one of the friends in my city "Al-Jalfa" in Algeria and he used to call you "Subhi."
My brother, in short; I ask Almighty God that we meet in His Gardens and that He will unite us in Jerusalem as conquerors, God willing.
I love you in God and I ask for you and ask God to grant you martyrdom in his cause.

███████████████

3. My dear brother Abu-Zubaydah,
I remind you of Almighty God's words' "And fear the day when ye shall be brought back to Allah. Then shall every soul be paid what it earned, and none shall be dealt with unjustly."
My dear brother,
When it comes to money, be a strict man,
With traits of forgiveness and generosity
May God grant you success in whatever you desire and don't forget us in your prayers
Your dear brother, Abu-Timiyah

4. My dear brother Abu-Zubaydah,

Please be aware that I love you in God and ask the Almighty God, the Lord of the great throne, that our paths cross in the shadow of his throne in a day when there is no shadow but His and to keep you steadfast along this path until you meet Him as a martyr and that he keeps you strong in His faith.

The [Prophet] may God's prayers be upon him said,

"The prudent is the one who judges himself and works for the hereafter...and the feeble is the one who follows his basic instincts while hoping that God would forgive him."

Brother, I recommend that you maintain your piety in privacy as in public...and adhere to the acts that help you to steadfast in the land of Jihad, recite the Qur'an, pray at night, fast the extra non-compulsory days, and commit acts of goodness. Do not be flattered by being portrayed as a Mujahid...you should realize that a so-called Mujahid will be the first to feel the fire of hell "A Mujahid who is killed in the path of God"."

Also, I recommend that observe five things that Sheikh 'Abdallah Al-'Azzam used to recommend to the guys; they all start with the same letter, "Sad" [In the source language] Honesty, Prayer, Fasting, Charity, and Silence.

My brother, don't forget us in your prayer; your brother in God, Faysal Al-Jabri, (Abu-Ghazi). Riyadh, Tel. 2314561

5. In the name of God, Most Gracious, Most Merciful.

Praise be to God, the sustainer of the worlds, prayer and peace upon the prophet, those who follow him and the caliphates.

My honorable brother,

I don't have anything to say to you other than this quotation from a person who adheres to the right path,

"Perform your prayers, recite the Qur'an, and adhere to the teachings of the traditions of the prophet. It is not the time to talk, so watch your tongue, and do not reveal your whereabouts, and act at night, adhere to what you know and abandon what you don't."

And peace, God's blessings and mercy be with you.

Your brother, the meager and poor in God's forgiveness,

Siraj Al-Dunia Al-Wahhaj.

6. In the name of God, Most Gracious, Most Merciful,

Praise be to God Whom had gathered us for his cause and mad us available in Him. He gathered us at Khaldan Camp, so we met without prior arrangement and He brought us together in harmony; thus, we became one hand for Allah's cause.

The thing that I remind you of is the day when you hade guarding duty and I was the guards leader; we talked about the Virgins and Heaven. I ask the Almighty God that we are among the faithful ones in His religion and the ones who will be saved from His punishment. My brother! I recommend that you be faithful in the work and reading the

70

Qur'an and peace be upon you. From your loving brother Abu-Sirin Al-Jaza'iri [TN: The last name means; The Algerian]

▬▬▬▬▬▬▬

7. In the name of God, Most Gracious, Most Merciful,
May God's prayers be upon the Imam of the Mujahideen [TN: Prophet Mohamed], the leader of the courageous and the dignified?
From your humble and feeble brother who yearns for God's forgiveness, Praise be to Him, Shahidallah, Khaldan Camp.
Brother Abu-Zubaydah, I am at lost to express, what!!!
You are my brother in God's [eyes] and what can I say to you..
I love you in God and ask the Almighty God who gathered us in Khaldan to gather us in paradise under His shade when there is no shade save His. I ask myself and you to fear God…and ask you to pray for me at dawn and don't forget us. Praise and thanks be to God.
Your brother Shahidallah, "Your phrase along with not bad"

---

The last words of the martyr in God's path [Shahidallah]
Your sentence that had the phrase "not bad" is in local dialect of Al-Aqwat in Algeria.
My dear Hani2, I used to say it to my brother Shahidallah whenever I met him and he would respond by, "You miserable, may God not harm you." Which is a phrase, I used to repeat without knowing its meaning.

▬▬▬▬▬▬▬

8. In the name of God, Most Gracious, Most Merciful,
May God's prayers and peace be upon the most dignified among messengers.
Peace be upon you, I have nothing but to join your hand with mine and promise God the following:
   1. To give my life at a low cost to the Almighty God so I will win Heaven.
   2. Not to abandon jihad as long as I am living in Afghanistan; however, if I do leave here to go to another country and then to my country, where the machineguns and artilleries.
   3. To be truthful to God in my; prayer, fasting and words; for when God believes me, I will win Paradise.
   4. Not to make enemy, be angry and make rivals save in God; even if that will cost me my life, my money and my family.
   5. My country is the country of jihad; my father, mother, family, brothers and sisters are from all over the world and those who are in my path and with me in the land of jihad. I realize that when I hear the news of their martyrdom.
These are the recommendations of your brother Abu-Dhakir. If your faith is shaken, remember the auth of Abu-Dhakir.

▬▬▬▬▬▬▬

If you agree, I promise you to pray to God during my prayer to unite me with you in Heaven along with Mohamed, God's prayer and peace be upon him and his companions. From your brother, Abu-Dhakir.
[Signed]

Abu-Dhakir is the camp's deputy emir and the emir during the entire training period; may God reward him with goodness.

---

9. In the name of God, Most gracious, Most Merciful.
Praise be to Allah, The Cherisher and Sustainer of the worlds. God's prayer and peace upon our master Mohamed, God's prayer and peace be upon him.

Well,
My brother in God, Abu-Zubaydah, I love you in God and ask God to provide us and all the true mujahideen believers with when there is no shade but His shade.
Also, I ask God to keep you and me steadfast along this path. This nation has no means to being saved, getting rid of its disgrace, and reclaiming its rights.
I know that you have signed a sales contact with Bakr Al-Karim to sell goods from him and he will buy it from you for the price of heaven; His Almighty says about him,
"O ye who believe! Shall I lead you to a bargain that will save you from a grievous penalty? That ye believe in Allah and His Messenger, and that ye strive (your utmost) in the cause of Allah with your property and your persons: That will be best for you, if ye but knew! He will forgive your sins, and admit you-

-to gardens beneath which rivers flow and to beautiful mansions in Gardens of Eternity: that is indeed the supreme achievement."
Except that God's goods are expensive; however, God's goods is Paradise.
Peace be upon you; your brother in God, Salah-al-Din

---

Salah-al-Din Al-Maghribi [TN: The last name means; The Moroccan], do you remember him?

10. In the name of God, Most gracious, Most Merciful.
Praise be to Allah alone. God's prayer and peace upon the last Prophet, Mohamed, God's prayer and peace be upon him and his companions.

My beloved brother in God! I beg and ask the Almighty God to unite us under his shade where there is no shade but save in His, that we go to heaven together by His mercy and to grant us the standing of martyrs; for praise be to Him, He is capable.
My beloved brother,
It is known that the Messenger of God is out model and our premier example in this life and that his companions, may God be pleased with the, are the best example next to God's Messenger, God's prayer and peace be upon him. Let this be our insignia and let us try to make it a true living example in this futile time where-

██████████

-it became difficult to follow the example of the Messenger, God's prayer and peace upon him, and his noble companions. I seek refuge in God, the All Hearing and The All Knowing, from Satin. Mohamed and those who believed with him are merciful amongst themselves and intense against the infidels. You see them prostrating and praying hoping for the forgiveness and satisfaction from God. Their looks reflect their characters through the signs of prostration on their foreheads… Just like the believers in the Torah and the New Testament. They are like a plant that emerged and stood straight [crossed out words] and its grower is admired by it so he can anger the infidels. God promised the believers and the ones who do good deeds a great forgiveness and reward.

We will meet the beloved ones, Mohamed and his companions, tomorrow.
The sorrow of my heart will not be eliminated until I get the good news of acceptance
And see my book [Qur'an] on my right side and my eyes are blessed by the sight of the messenger [Mohamed]

Your loving brother, Abu-Dijana Al-Ansari, Afghanistan/ Khaldan.

➡ "Abu-Dijana" from Egypt. Try to remember him.
Hani.

██████████

Thursday, Dhu l-Hijja 15, 1411 AH.
Jun 27 1991

11. In the name of God, Most gracious, Most Merciful.
God's prayer and peace upon our master, Mohamed, God's prayer and peace be upon him and all his companions.

My brother in God, I love you in God; therefore I recommend you to worship God openly and secretly, and to read the Holy Qur'an every day and to serve your brothers because it is a trait of a martyr. I wish that God will unite us under the shade of His Throne on the day where there is no Shade but His shade.
This is all I have and don't forget me in your prayers.
You brother in God, Abu-Al-Nasr.

---

12. In the name of God, Most gracious, Most Merciful.
Peace, God's mercy and blessings be upon you from your brother in the Almighty God and the one who loves you in God, Abu-Bilal Al-'Abbasi. I recommend to you and myself that you fear Almighty God, be at the required level in the battlefront, be firm with the enemies of God, humble with your brothers, be in attack position against God's enemies and not in the retreat position, and don't forget us in your prayers at the front. I

73

ask the Almighty God to grant you martyrdom as soon as possible and peace, God's mercy and blessings be upon you.
[Signed]
Abu Bilal Al-'Abbasi.

███████████

Jul 3,
Dhu l-Hijja 21,

Today is [crossed out word] Wednesday; I, rather, we the explosives group are in Gardez now at the back line since last Friday.
Airplane shelling, and one of the shells landed in the heart of the camp; but praise God, no on was injured.
Continuous artillery shells, digging ditches, carrying rocks from the mountain, dirt, sweat and exhaustion; a true mental relaxation, God willing and oh God!

Note:
Because the right pen is not available, you find me writing in different pens and different color every time. Dear Hani2, please accept my apology.
Right now, I don't possess one penny, rather, one Rupee, praise God, to buy a good pen. But I night be able to get a good pen from one of the brothers, and oh God1

███████████

Dhu l-Hijja 25,
*Jul 7,*

Today is Sunday and the time now is perhaps 12:30 pm.
Place: The big tent which houses more than 15 people, I am one of them, at the back line in Gardez front. The planes are hovering around us every now and then; they strike one time and other times they don't; however the artillery shells are continuous and they alternate the shelling.
Running to the ditches and face down on the ground, but I am relatively cool and don't run to the dugout and don't even go face down on the ground sometimes; as a matter of fact, I don't know why.
The important thing is that: oh God! We seek refuge in thee to spare us their evil and make it reflected to their bosoms.
Although I sincerely ask God to grant me martyrdom, I even say, "I seek refuge with God's perfect words from the mischief of the created things except for one thing that will cause my martyrdom."
Hani

███████████

Dhu l-Hijja 27,

*Jul 9,*

Today is Tuesday, approximately 12:35.
The messenger of God, may God's prayer be upon him, said:
God has granted the martyr six characteristics:
*He is absolved [of his sins] the minute he starts to bleed.
*Has a guaranteed seat in paradise
*Will be spared the tomb's torture.
*Would have the dress of faith.
* Will be married to the divine nymphs, and
* Ask for forgiveness of seventy of his relatives.

That is a Hadith that I love a lot and truly, I don't know why I decided to write it to you
Hani2! Also, ever since I came here, I don't mean Gardez rather here to Afghanistan, I
have been listening to the stories of the brothers who are with me. Every one has a
lengthy story specific to him, and each one of them came here as an emigrant sometimes
they share a dark past and other times sharing white castles.
Yet, one thing unites them in addition to migration for Allah's cause; escaping reality,
life after it turned all dark and full of sins and temptation, and even from the
imprisonment.

███████████████

Dear Hani, I will tell you few stories that some of their owners have told me in Khaldan
Camp or here in Gardez; just for the sake of memory.
First: "Faris Al-Jihad," a skinny tall guy, somewhat handsome, fair hair and beard, and he
is from Algeria. He is kind and he was working as a nurse or such at a military hospital, I
think, he called it the prison. He entered the field for family reason but he hated it. His
dream was; fortune, a car, a beautiful wife, a good monthly salary, an impressive home, a
cup of coffee, a cigarette, etc...
However, the circumstances were nothing like what he wished for. He tried business but
due to his inexperience and people's savageness, "foxes" as he says it, he lost and lost.
He tried one more time in Europe and still he lost.
He had a girlfriend, a hooker I believe; but, this time she was his dream girl. She became
close to him and he wanted her for a wife; but, once again nothing but failure that was
going after him until it almost chocked him.
He also tried commitment; committing to Islamic life, the mosques' life and the minarets
and it was the best for him.

███████████████

It saved him from a heart attack, perhaps.
Then he left this hooker girl, rather, his dream girl, and for his feeling of the bitterness of
failure, he cancelled all his dreams of fortune; money, car, wife, and the "Foofoo" life, as
the Algerians call it.

75

Nothing was left but prostration at the mosque, few hours in prayers, his Qur'an, a cigarette and a cup of black coffee. Up to the last minute he was swayed by getting up there, where to, I don't know! Anyway, he committed while he was still trying. Then he left work at the military hospital, excuse me; "The Prison" as he calls it in his own memoirs. He is still trying, then he gave up, renounced worldly pleasures and came for jihad with me at Khaldan Camp first then to Gardez. He reads the Qur'an delightfully; sometimes he is quiet and other times he is talkative, he runs to the dug-out here in Gardez as soon as he hears the airplanes noise. He interrupts his prayer sometimes to run to the dug-out as soon as the plane begins hovering, yet he used to escape laughingly without fear in his heart, as it appears.

Amd... Question: Had God opened up the doors for him, would he commit? Answer: By God, I believe 'Yes".

Question: Would he be here? Answer: Only God knows, but, I don't think so.

███████████████

Second: "Abu-Al-Bir" An athletic guy with a thick beard and light mustache. He practices Kong Fu and Manshaku and looks like a Chinese Karate trainer. He looks small in spite of his firm muscles, he moves his hands while talking as if he is having a Kong Fu show. He is from Algeria also; simple hearted, quiet and sometimes not so quiet. His story is somewhat sad. He used to work as a shoemaker, rather, he owns a shoe making machine that he operates. His middle brother is perhaps the only one who is committed; as for the rest of his brothers, we seek refuge with God!

One day he told me how he was oppressed in his family for being religiously committed and how he suffered from that.

His mother is in her forties and his father is in his seventies or eighties. The age difference was the barrier around which conflicts evolved in his house and his mind. Finally, he came to Afghanistan, to Khaldan Camp. There we met and then we got to know each other until the first course ended, the weapons course; he insisted on returning to Peshawar with a friend of his called 'Abd-al-Hannan, and from there to Kandahar or as he says, "The land of destruction and fire."

███████████████

I have tried and so did others to change his mind; the explosives course is around the corner and it is the first so the preparation will be complete. Yet, he insisted on going to the battlefront; breakthroughs and fighting, as he tells me with passion. Yet, after being gone for a week in Peshawar, he returned to Khaldan. He returned with signs of fear [crossed out word] in his eyes and on his face. What happened? He told me what happened to him in Peshawar.

[crossed out word] It was determined that 'Abd-al-Hannan and him go to Peshawar and then to Kandahar to the battlefront with a third person. But, in Peshawar things went west; all of a sudden, 'Abd-al-Hannan and the third person decided to return to Algeria. But! The battlefront... Jihad... Kandahar? Continuous yelling, I was picturing it coming out of the heart of my friend; the green eyes Chinese, Abu-Al-Bir.

Also, Abu-Al-Hannan, may God forgive him, and the third person tried to convince Abu-Al-Bir to return with them by talking him into it, screaming, and getting angry. After a fierce battle with the devil, I think,

-with those friends who broke the oath and with the broken soul which was wounded at the homeland; Abu-al-Bir returned, but not to the homeland, not to Algeria, rather, he returned to Afghanistan, to Khaldan.

He returned with his serene smile and strange gestures during conversations. We then finished the explosives course, and right now we are in Gardez.

I only see him as Abu-Al-Bir; same quickness, nimbleness and briskness during the exercise line-up. Now he runs to the dug-out laghing as if the plane is throughing cold water, only.

My Dear Hani2,

When you remember Abu-Al-Bir one day, remember his conversation about 'Abbasi Madani, the well known scholar in Algeria, and how he used to get so excited when talking about that man and about Sheikh Kashak and his speeches.

Note: Abu-Al-Bir read what I wrote about him and he smiled; when I asked him, "Was I wrong?" He said, "No, it's correct."

Note# 2:

A situation in which I forgot to tell you about Faris Al-Jihad; one day, the bombing was in full swing then things calmed down, everyone returned from the dug-outs to the tent to sleep and rest. Faris slept next to one of the brothers, Abu-Sirin. The latter told him, "If you hear the airplane noise, wake me up so we both can escape to the dug-out.

Faris Al-Jihad replied, "No dear! When you realize that you have no cover, you should know that I ran away to the dug-out and that's when you run after me" Jokingly of course.

Third: Salah-al-Din's true name is Nur-al-Din. He is 27 years old, maybe, from Morocco. He came to Afghanistan from America; he came from the land of temptation and enticement, he sold everything and came for jihad. He also has a story that is not strange maybe; but it is a story on its own and I will mention it to you.

I met him first time in Khaldan; the Moroccan guy with big smile, mustache, skinny, and pleasant sometimes. He used to call me "Idiot" jokingly, when I used to impersonate the preachers and the anchors, and he would laugh at that.

The story is as follows:

He is a Youngman who used to work in country of "Uncle Sam," America. I am not sure if the country of Uncle Sam is America or not? Anyway, as he said it, he is successful in his job as a manger of a store or something similar. His friends use to give him massages

at the store and the girlfriend was one of the reasons of mastering the English Language. He wasn't praying; if someone would advise him to pray, he would put his hand on his forehead and say, "This one will not touch the ground [in prostration] for no one," until the day when he become at the hump in jihad and Islam. He told me that one day a Moroccan friend came to me where I live and he always advised him to pray along with another guy from the Arab Peninsula who was kind hearted and kind in his approach. So, when it was time to pray, they went to pray and I was laughing. They prayed in the kitchen and I was having remorse; they are praying and I have this attitude. Few days later, I went to my friend after having a confrontation of the mind and soul; I asked him, "How do I perform ablution? And how do I pray?" and it was the first step to the mosque then true Islam then jihad after a committed life and somewhat conservative in America with committed and sensible youth.

███████████████

He also told me about his private life and that American girl whom he was about to get married to. As they were on their way to the place were they would declare their marriage, suddenly something happened; which changed the whole plan, Salah-al-Din didn't explain how things have changed but he described to me how she began screaming and breaking everything that she could lay her hands on as she was begging him to give her the reason. I also asked him why? All he said was, "Believe me, I don't know!"
Then, all of a sudden, he moved out of that city to another one in *USA*; it was a swift decision.
He moved to another job, another house, other committed friends and another life until he came to Afghanistan, Khaldan then Gardez.

Fourth:
Asadallah, the American, or 'Abd-al-Rahman 'Abd-al-Sabur as he called himself as soon as he became a Muslim; he declared himself a Muslim in America, I have talked to you about him earlier. Yet, my dear Hani2, I didn't talk to you in details about his story; which he told me with great excitement I don't know the reason behind it, we were going down the Zukiak Mountain at Khaldan Camp.

███████████████

He told me about his early days in Islam; he believed in Islam at the hands of a group of people wearing white turbans, according to him. He added that the white turban was what drew his attention to them; because he saw, rather when he was little he used to see, people wearing turbans on TV in cartoon shows; people wearing turbans and holding magic lamps. Slowly, he became to know Islam and became a Muslim.
He told, "When I learned about Islam, I rushed to my atheist wife, whose parents are Catholics and who hated every religion, I rushed to her and told her about Islam. She met me with humiliation. Then there was a conflict followed by the divorce."
After that, his knowledge of Islam grew bigger and bigger and he began looking for a Muslim woman.