During that time, his brother became a Muslim at his hands and with God's grace. He is now in land of jihad also and under the name Sayfallah.

Anyway, he told me that he was looking for a Muslim wife until he found a woman, he said that lives in the mountain and I didn't understand. He said he saw her and asked her, "Would you allow me to talk to you?" The meeting was at the sea shore. She told him later that the minute she saw him, she hoped that he would talk to her and you did.

He said, "I talked to her for about three or four hours at the sea shore-

-about my desire to marry a Muslim woman and about Islam. So, she became a Muslim until the day came in and they got married. Then, it was his brother who convinced him for jihad. He accompanied her to Peshawar and left her there; and from a camp or front will return to her as visitor ...glory to God.

Fifth: "Qurbanallah;" from Tunisia, a young man, 37 or 38 years old, he doesn't look his age, he is dark skin, small built, relatively active, very talkative and he comments a lot. As for him, his story is actually strange or rather complicated and lengthy. He told it to me one day as I was sitting next to him during guarding duty outside a room by from Khaldan Camp's side and near a stable for horses and mules and which was the place where we sleep.

The story began in Tunisia. He used to live with "Voice of Palestine" radio station everyday. It was echoing in the room with speeches and sounds of swift gun shots coming out of a fire arm and that they used to prompt enthusiasm in his heart. Also, Palestine was a bleeding wound in his heart as a teenager, first and as young man second. Until one day, he decided to migrate to Lebanon and from there to Palestine; "carry out operations there." He was not a committed young man then, and God knows that he may not have known his God at that time. All it was; resentment, zeal and anger.

Anyhow, from one country to another until he ended in Syria on his way to Lebanon; in Syria, he was faced with the first and biggest problem in his life. To leave out the introduction, in his first week in Syria, the poor thing was taken by the vicious Syrian Intelligence. I didn't understand how it happened exactly, but he talked to a guy, who was dressed in raggedy clothes and dirty looking, who was talking angrily about the Syrian Ba'th Party and Hafez Al-Asad as to force him to admit that he is a God or something like that.

Anyway, the poor Qurbanallah was taken to jail; he was beaten, and disgraced without knowing why. Then [crossed out word] he was brought to the officer who charged him with the big offense "You are a Palestinian." When he said that he was from Tunisia, the officer showered him with punches and insulted him; "You son of ...., don't lie to us. You are a son of ... Palestinian. Tell us what organization you work for?"

Then from one jail to another and from one beast to another; Qurbanallah faced the worst kinds of torture at the hands of the beasts of Ba'th soldiers using brutal techniques until

he ended at an underground prison that had more than 100 prisoners; 75% of them are Palestinians whose bodies have been disfigured-

-as a result of beating and torture. They were sleeping on top of each other and sharing a piece of bread and a bowl of lintel filled with dirt. The poor thing remained like this at the ground prison until the intelligence officers verified his identity, although he presented them with the papers that confirm his identity.

He was beaten, insulted, kicked with the feet, and fainted several times [crossed out word] from torture until the Tunisian ambassador came and confirmed his innocence of the charge put against him as a Palestinian. Then he was released without a word of apology from the Syrian officer in charge or the Tunisian Ambassador then, and he was supposed to leave within a week.

The poor left "Syria" hating it, then a new phase in his life began; the phase of struggling to make a living. So, from one country to another, from one ordeal to another, and from one job to another; one day he is starving and another day he eats from the strange land. He even told me that one day he was forced to hunt a crow at one of the public parks in one of the European countries. He cut it with a broken piece of glass and tried cooking it in a dirty pan; yet, useless, the crow meat doesn't cook, he is fading from hunger and the cold weather is pounding his frail body.

Thus, God opened up doors for him and he settled on a job in one of the European countries; I believe it was Austria. There, he became fully committed; yet, he was being challenged by the devil until God guided him and he committed to his true religion [Islam]. Then, he met an [crossed out words] Austrian girl and he married her; she is a Christian and he is a Muslim. He lived with her for a good period of time, happily and comfortably. According to him, she was doing her best to please him and they had a beautiful girl together. At this point he insisted that his wife act on her promise and study Islam. Problems started because she hates religions and he [crossed out word] wants a Muslim wife and mother to his daughter. So disagreements began, then divorce and then the court that [crossed out word] ruled for the mother's right to have custody of the daughter.

So, he was forced to leave the wife and the daughter. He migrated from here to there and finally he arrived at the Land of Jihad. When I first met him at Khaldan, I judged him to be an experienced man, talks a lot about many things and imprudent; you feel that he is an attorney or a prosecutor. He likes joking and doesn't like it, loves everyone and doesn't love them and somewhat kind hearted.

He has a strong idea about the "need to fight and launch war against the enemy" and he believed in it. But that was at the time when he left his country to join the fighter factions

of the Palestinian Organization. His idea was; war, Arabism, honor, zeal, anger, and other similar things.

After he traveled to more than 20 countries in the world and committed to his religion; the idea became clearer and he began separating between the tribal/nationalistic war and jihad. He had the seed planted in him but its direction was not correct until he found the way and rushed to join in Afghanistan and perform jihad for Allah's cause.

With that, there are many things that are similar to what I myself used to think about. The need for war and fighting, but at an Arab nationalism level, a fake one, a zeal that is not directed and misleading emotion; until I realized the truth and that it has to be a war at a Islamic level strictly that will lift the words of "There is no God but Allah," and being partial to Islam not to Arabism or a nationalism that is meaningless. Also, there has to be a zeal for the religion and its dignity as well as pure Islamic passion; so praise be to God! Oh God!

_____

Note: this story is in accordance to what he told me; but only God knows the truth, I don't believe some of its parts as he told them, perhaps he might have exaggerated.

███████████████

Dhu l-Hijja 29,
*July* 11,

Yesterday, few rocket shells were aimed at the camp and resulted in huge explosions that shook the hearts and prayers to God increased and Him for rescue.

Faris Al-Jihad, the one I have told you about previously, is the first to run to the dug-out as soon as he hears the rumbling of the airplanes, he is the most hateful and fearful of the missiles, he is most conscious person in the camp; he constantly takes necessary and unnecessary precautions protecting from debris or the effect of the explosions.

Yesterday, Wednesday, when we were performing ablution for prayer, a guided missile exploded inside the camp and produced a very loud boom sound and a lot of debris. Faris Al-Jihad was hit by a small fragment in his left shoulder. We gave him the necessary first aid, although we didn't know how and he was transferred quickly to the nearest center to save him and remove the debris from his shoulder.

███████████████

Praise be to God, truly being careful doesn't save you from your destiny.

Today is Thursday and the time now is 12:00 pm. Nothing happened but few airplanes were flying by so fast and throwing some bombs; big explosions that are not very far from the camp, face down, hiding in the dug-out and supplication and we seek refuge in God. Goodbye my dear Hani2.

Dhu l-Hijja 29,
*July* 11,

[TN: crossed out words and a drawing]

███████████

July 13,
Muharram 2, 1412 AH,

Lamented are my fate and my days
I found none who tried to rush to my rescue
Time has been antagonistic to me; even the person I have offered myself to
Has deprived me of basic necessities
And sold me for the cheapest price
I have always been his helper in any calamity
I lament those I thought would support me
Someone whom I thought would rush to my aid
He made me swallow the biter sadness
And I feel its blaze in my throat and from within
What shall I tell him and the flame is inside of me?
Should I say: my own son is the one who inflicted pain on me!
Should I say: my sorrow and sadness have been caused by him!
As he made me the talk of the rascals
That is too much; however, I will wait for him
Even if all who are envious of me will gloat over this
He is my son and he will definitely return
And he will know that obeying me is the best Jihad

███████████

This was the ending of the letter that my sister Wafas' sent me; it is coming from my
mother.
The letter consisted of tears in red ink that my mother sent me along with a plastic box
that has Ma'mul [TN: Middle Eastern pastries stuffed with nuts] in it which I love. She
then concluded the letter with this poem that is puzzling me; where did she find these
words that seem to be written specifically for me.
Anyway, the letter is very depressing but, I seek refuge in God and will throw it in the
fire, God willing, so I don't read it again.
Hani

His Almighty God said, "Say: If it be that your fathers, your sons, your brothers, your
mates, or your kindred; the wealth that ye have gained; the commerce in which ye fear a
decline; or the dwellings in which ye delight – Are dearer to you than Allah, or His
Messenger or the striving in His cause – then wait until Allah brings about His decision:
and Allah guide not the rebellious." This is verse 24 of Al-Tawbah Surah.

  → This will be the answer to my mother's letter, God willing; but, perhaps I might
     add a phrase or two. [TN: crossed out words at the bottom and they are illegible].

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████

Today is Wednesday.
I don't know the date; the calendar pages are all used up and I don't know where to get another one, oh my God1
Anyway, it is Wednesday, July/Muharram; 1991 AD/1412 AH.
Nothing new so far, it is the same; shelling by air and nothing…
The work is almost done here and we have nothing to do but pray, mentioning God's name, eating and going to the bathroom.
And they are all [IL] of our jobs as stationed individuals, God willing.
Anyway, we might move to the first line within a short period and we seek refuge in God.
Hani

███████████

Today is Thursday and I don't know the date; neither the Islamic calendar nor the Georgian calendar.

Anyway, following the dawn prior directly, we headed to the frontline today. The car took us to the area where the car couldn't proceed any further. Then we walked the remaining distance; however, we kept distance between us so that the enemy would not notice or advancement. We were very careful. Now we are at the frontline facing the enemy, and we seek refuge in God.

Note: Today is Friday. We are not at the frontline exactly, as I was expecting; we are at the secondary frontline. Although the enemies positions can be seen with the naked eye and its movements can be observed by a telescope, yet, there is still a point in the front that is exposed completely to the enemy; it is considered the main frontline at the battle front.
Yesterday, I had guarding duty with another person at one of the openings from the building or the destroyed buildings which we took as a place to position ourselves during that hour; from 1:00 to 2:00 pm. The shelling and bullets didn't stop sounding everywhere and the yelling. The enemy is combing the area for fear of infiltration; so, praise be to God!

███████████

Today is Friday.
Dear Hani,
Do you know? There is something; an important matter, that I have never felt the need for, I didn't think of it although it is important for me: it is the faithful friend. I was looking for one for a long time and even before I came here to Afghanistan, do you remember that?
Up till now, I haven't [crossed out word] found myself with a person, and every time I tell myself that I found him; my life friend, the faithful friend, the one who is sincere to

83

UNCLASSIFIED//FOR PUBLIC RELEASE

me ands the one I can be with continuously; I realize, also as usual, that I am wrong and
that we both are not fit for each other as a permanent friend or a companion that you open
up to and he does the same.

At the beginning, in Khaldan, I found too Moroccan guys but soon they got tired of the
camp and went to Peshawar and after that I have no news. Later on came news, bad news
about them and their morals. I wasn't very comfortable because of much joking and
kidding around when they were here, but we were inseparable even at guarding
sometimes.

Anyway, they left and there was Faris Al-Jihad and quickly we became very close friends;
he opened up to me and so-

██████████████

-I did with him, until we came to Gardez. This time around, his mattress was far from
mine and not like in Khaldan; next to each other.

In Gardez, I felt that we were busy; no time for each other, and actually it was the case.
We only said hello to each other and nothing else. Now I am in the secondary frontline
and he is at the backline and he might catch up to us in few days and perhaps tomorrow.
Anyway, I am still lonely in spite of the many people around me. I like all of them and
they like me despite insignificant difference in ideas, treatment, approach and other
things; however, we are all united in everything.

Anyway, once again, I am still lonely and looking for a friend; a friend that is other than
you, Hani2! Another friend who is not you but just like you; one who will bear with me
and I will bear with him, truly understand me and I truly understand him, [crossed out
word] doesn't leave me and I don't leave him and just like you in everything but tangible
and imaginary. I have searched, still searching and will search!

But, I don't believe that I will find a person with such characteristics except for you;
Hani2, so, when will we, you and I, meet? Although that it is impossible and I know; but
I have the right to wish for and dream even if the dreams were logically impossible.
Hani.

██████████████

Today is Sunday.

Dear Hani2,

What did I talk to you about last Friday? Do you remember the issue of friendship? Do
not optimistic and believe that I found what I was looking for; I just wanted to talk to you
about a similar subject.

Najm-al-Din, the explosives trainer, whom we spent a fairly long period of time with at
Khaldan Camp; the exercise line-up and the lessons in explosives, mines and bombs, my
impression of him was that he is a harsh guy who jokes sometimes but he is rough, as
tough as his arm and chest muscles. He doesn't respect his trainees as required and so on.
But, I sat with him yesterday for a long time, the entire siesta period; I changed my view
of him completely.

He suggested that I show him what I know about computer because it is helpful for
military surveying.

84

Anyway, we sat and talked about programming in "Basic" language for few seconds. Then the course of the conversation changed and he opened up; he was somewhat tired of the temporary leadership responsibility of the current camp, the secondary frontline, until Abu-Binan, the original leader comes. Subconsciously, or maybe he meant it, he told me about himself-

████████████████

-in all honesty. Then, the meeting ended; it was interrupted by four BM shells not far from us. Some debris were scattered around us, he laughed and praise be to God, we returned to work at the camp; but my opinion of him changed completely.
Although I sat with him frequently and we talked and joked; however, our conversation was with intermittent dry jokes. But yesterday, I discovered that Najm-al-Din is a very sensitive human being; his feelings are delicate and transparent, extremely polite as if he were a shy young man.
He told me about his life and how began working in steel and prefabricated construction or something similar, since he was at the age of eighteen. He loved his work and was creative and made designs of things he loved. Thus since he was eighteen, he was giving his monthly income to his father and he will give him his allowance and buy him clothes and such. This was his life until he turned 25, he wasn't feeling any stress or embarrassment, and then the mosque group and the annual group trips came into play until the idea of jihad appeared.

████████████████

He was a committed young man all along; he wasn't into nonsense or messing around. Then it was the speeches at the mosques, video tapes and the friends until he was convinced of the jihad idea; so, he decided to move and since then he stopped giving the monthly income to his parents, why [The parents as], a project, a project was his answer until he saved the required amount for the air fare and he came here two years ago.
He also told me about some situations that he had been through which reflected his gentleness and sensitive.

Today is Monday. Abu-Binan, the emir, came. Sorry, I had to interrupt my conversation with you yesterday because Abu-Binan, the emir, gave orders to me and another person, Jamal-al-Din, to go to the backline where we were first, "City Kando" as it is called. And he gave us instructions [IL] or what he calls himself, to carry out a simple assignment. So went there on foot and we returned by car half-way, we then continued carrying stuff to here, the secondary frontline.

████████████████

Today, I will talk to you about Najm-al-Din.
Sorry, Today is Tuesday.
Excuse me once again, continuous work that is keeping me from you my dear Hani2; but, God willing, I will finish up today.

The last thing I told you about Najm-al-Din is that he talked to me about some situations he went through that exhibited his delicate feeling and that he is very sensitive. The last situation was when he was distributing fruit to us after dinner; he asked a person sitting far away to take his share of the delicious fruit but the other person waved his hand carelessly and turned his face away. Najm did nothing but smiled, though, he told me that he is still thinking about this incident; he even couldn't fall asleep one night thinking about it, praise be to God.

Now we are working here together as if I am with a different Najm-al-Din than the one I knew before. A completely different Najm-al-Din, and from that I learned not to judge anyone by their appearance and that the tongue is the key to the person's secrets and writings like mine here will expose my secrets and [IL].

And peace be upon you.

Today/ Sunday

Yesterday, the Communist Forces advanced to the Mujahideen positions; A sweeping attack by artillery and heavy weapons, but thank God, nothing happened.

What happened was a minor chaos and then two persons from the advanced divisions, in the direction of the enemy's centers, came to us asking some of our mujahideen to help them in guarding.

So, it was I and two from Algeria who went to guard and there were five men, simple weapons and an old man whom I loved, I don't know why. We helped them with the guarding and we returned today. Nothing to be said except for; [crossed out word] unconfirmed news about a sweeping attack and advancement that the enemy will carry out, and we seek refuge from God.

Hani1.

Today is Monday.
Safar 2, 1412 AH
August 12, 1991 AD.

Perhaps more than a week since the last day I wrote to you my dear Hani2.

Anyway, I have received or was able to obtain a calendar for the New Year; therefore and with God's grace, I can write down the date. However, the right type pens didn't arrive and that's why I write to you in a different pen every time; sorry about that.

There is nothing important I can talk to you about except that winter is around the corner or at least, it seems like it; despite that this month is usually hot. Yet, here in Gardez, the weather is different; during the cold months, the snow accumulates on the ground up to two or three meters high, and we seek refuge in God.

One more thing, the leaders of jihad are about to arrive here to begin the military operations and a widespread attack or resisting the enemy. However, nothing as of yet but waiting, surveillance and be on the look out. And oh God!
Hani

█████████████

[TN: The page begins crossed out words. Hani1 writes down "excuse me" as if he is apologizing for the scribbles he made].

Safar 11, 1412 AH,
August 21, 1991 AD.

Today: Wednesday.

Dear Hani,

I'm having an intense feeling that is affecting my mental strain; there is no reason and no specific problem. However, I don't know exactly what is going on!
Maybe it is the friend that I am still in search for and a sudden feeling of depression came upon me, and nothing but OH!

Also, Love whomever you choose for you are going to separate. Today I will be separated from one of the friends; he will go to Peshawar and might not come back, and praise be to God!

█████████████

Safar 14/ August 24.
Today is Saturday, the time is 12 noon.

Nothing specific to talk to you about my dear Hani2 except; a tiny bulge in my belly that made me decide that I will not eat dinner as of today.
Although the work here is hard at times and other times there is no work at all; however, there is waiting and positioning until the days of attacks against the enemy centers "Posts".
Therefore, the system is food and work or reading and surveillance; and because there is no exercises like the morning line-up, for example, or specific exercises in addition to rice which I never ate before until I came here, because; I didn't like it and don't like any cooked food. So rice is an efficient factor for developing a belly. Due to all of the above, my belly began to bulge more and more and it has to be controlled immediately; because I hate bellies. So, the decision, after God's will, is that: I swear by the almighty God not to eat dinner here as of this day, except for fruit or in case of fasting on Monday and Thursday, of the week or if I need to have it provided that I don't over eat.

█████████████

87

That is for two months from now and until I see the result; in addition to some special exercises, and the punishment is:
- If I eat accidentally, I will fast the following day.
- If I eat carelessly, I will fat the following three days.

I ask God that this will not be considered as "Why holdest thou to be forbidden that which Allah has made lawful to thee," rather it is some type of self-training and to protect the body from becoming flabby and lazy. And we seek refuge in God for that.

Note: Two months from now will be Rabi' Al-Thani 13, 1412 AH/ October 20, 1991 AD. And I exempt special occasions from the decision I have stated; so that I don't embarrass anyone and vise versa, and we seek refuge in God.
Hani
[Signature]
Safar-14
█████████████████

August 27,
Safar 17,

Dear Hani2,

A pleasant and suffocated greeting, that I have no one to give it to but you.
Do you my dear Hani that sometimes I experience strange feelings; for moments I wish that I have a wife and children and the word "Papa." Don't laugh at me, I am laughing at myself now; a chocked laugh. Excuse me, choked doesn't mean anything in particular; thank God I am doing fine with God's grace.
But [crossed out word] moments pass by and wafts go through my memory and thoughts; they remind me, burn me once and once do nothing. Some different situations and different discrepancies that blow out hot exhale from deep inside and oh; yet, soon enough they pass through.
Anyway, the momentary affection that I get every once in a while for a good wife and a child, a son for me, my own son; [crossed out word] play with him, be kind to him and even spank him. Yes! Spank him, why not?
That type of affection, I often experience it as a passing impulse-

█████████████████

-and sometimes it feels as a nightmare and a devilish fever that deprive me from sleep; makes my day similar to a sad Indian movie, and praise be to God; I sometimes experience it a s a beautiful dream, I smile at it deeply and eagerly; in addition to other similar things.
Then, I come back to say, "My God! I swear that I am yearning to see Your fine face, what You have and for martyrdom," Oh, God! A martyrdom that is sooner than later.
In spite of my yearning for sooner martyrdom, yet it is the truth that I am not denying; I am longing to a good wife, a small house, a child and the word "Papa." But I leave this to

88

God and to God only and I don't care for it, and oh God! My compensation in You. Oh
God!
Hani

███████████████

Wednesday:
August 28,
Safar 18,

Dear Hani,
Only yesterday I talked to you about a wife, a child and the word Papa. Praise God, today
a group came to visit our site and there was a child among them. Perhaps he is about the
age of my brother Sultan. My brother now is a cute child, his father is mujahid that was in
America and he left it to come for jihad; he is Palestinian originally and his wife is an
American.

Anyway, it is the little one that I felt excited to see, I don't know why! Quickly I greeted
him and kissed him eagerly. Besides, the machinegun he was holding makes his
appearance even more beautiful. He is walking in feeling a bit heavy. I could only watch
him and the emotion almost swarming out of my chest and choking me.
I truly don't know whom do I see in this child, Adam, that is his name; do I see Sultan in
him? My brother whom I almost cry longing to him or do I see my child in him, the one
whom I wish is next to me and I that am playing with him and breathe the fatherly love
that I feel, in him.

███████████████

Or do I simply see in him a beautiful little kid and I love him for his childhood? I don't
know exactly and I don't want to know. The short of it is that this kid had wiped off the
tiredness and exhaustion feeling I had, from digging a dug-out, few minutes before I saw
him this morning.
There is nothing else, bye, Hani2!
[Signature]

✱ Thursday,
August 29, 1991AD
Safar 19, 1412 AH

Yesterday was a spectacular day with the Adam, little one; as if he is my brother Sultan.
But today they are supposed to leave; he left sad as he was clinging onto me. Yet, he left
and I am hurt for his departure; but we seek refuge in God, and no other important things.

███████████████

September 2, 1991 AD

89

Safar 23, 1412 AH
Wednesday, I beg your pardon; today is "Monday".
The time is probably 6:00 pm.

And I feel a little bit of fever, a headache and complete failure; but, a cold shower was a good idea and now I am, thank God.

Anyway, this is not why I decided to talk to you today, my dear Hani2. However, I found myself telling you without meaning to. The actual introduction I am about to finish preparing it; at a short distance from the enemy's "posts," meaning its fortified sites, and we seek refuge in God.

Once again, this is not the topic; yet, the truth is, I don't know what to tell you except that I need to talk to you. Therefore, you find me writing regardless of what I write to you.

Do you know that I miss my mother a lot, although, I don't remember her or my dad much. I don't know why. Even sometimes I realize that I don't pray for her as I should; honestly, I don't know the kind of a heart I carry inside of me.

Nevertheless, I miss my mother's smile, my father's laugh, the yelling of my younger siblings, and the look of my sisters sitting at their study desk or arguing or kidding around as innocent little children; although, they are at the ages that qualify them as mothers. I also miss eating from my mother's cooking.

All the years I have been with my family, I have been deprived eating with them a good bite; I always ate my food alone simply because, rather, it is silly that I only eat particular foods. I eat grilled or fried foods or preserved and canned foods, leaving all cooked meals and cooked meats and such.

Now, things have changed; ever since I came to Afghanistan, I have been eating any food and do not discriminate between foods; I like everything.

However, where is my mother's food and my mother's cooking! Truly, I miss it quite a lot and I don't know why I wish to eat some of her cooking, just for once; not that I am hungry, edacious or such; but a type of compensation or a feeling that I have neglected her by not eating a full meal that she cooked, as far as I can remember.

I get the same feeling when someone mentions Hajj in front of me. To be in the Arab Peninsula yet I don't perform the Hajj duty; Holy Mecca is not too far from me, it is a tough thing! People all over the world are yearning to visit The Kaa'ba [TN: It is a cubical shaped structure in the middle of the Holy Sanctuary in Mecca] though, I am close from it and I don't visit it; which is quite a nerve!

My dear Hani2, in both cases; eating my mother's cooking and performing the Hajj duty or, at least, performing 'Amrah [TN: Minor Hajj] you find me, every once in while, experiencing feelings of regret, remorse and negligence.

I only ask God for forgiveness; life closed my eyes and was unable to see my way until God guided me and I was graced with jihad.

90

Praise be to God, and we seek refuge in Him; Oh God!

Hani.

███████████

Today is Friday
Safar 27 * Sep 6.

I am still looking for a friend and I don't find the person that I can understand him and he can understand me completely.
Yesterday, I dreamt, I saw in my dream, Amin Al-Jamil, do you remember him? My first friend at the first time I came here and my friend or my companion in India.
In my dream, he was with me in Afghanistan; he talked to about something or a specific incident, I don't recall it or I didn't understand what it was, that made him come here.
I am very happy to see him. However, too many things happening and intertwining in that dream; wild pigeon, better yet, a duck in the color of dirt that I caught and a colorful parrot that I caught as well and that's it.
I woke up happy not knowing what my busy dream meant; but, seeing Amin reminded me of him and wish for his presence or wish that he is a friend in this beautiful path of jihad. Oh God!

███████████

Monday,
Rabi' al-Awwal 8,
Sep 16,

Today as well as yesterday, few artillery bombs hit our camp, rather, they hit our camping center. Yesterday, the planes hovered and this morning they threw cluster bombs at us. Yet, praise be to God; nothing happened. Thus, few hours from now, at five o'clock, the enemy sent some artillery and mortar shells our way; but this time around, a person was injured. He is Abu-Sulayman, the Palestinian, do you remember him dear Hani2? The poor guy was studying in India as well; yet, originally, he is a resident of the United Arab Emirates; he left his family, studies and came for jihad.
Also, he, other brothers and I were helping our emir Abu-Binan since yesterday. We were digging a trench in the mountain or the little hill, the one overlooking or the one obscuring our location from the Communist enemy. Later, everyone ate their lunches While I rested a little bit because I was fasting then we returned to work.
Suddenly and without introduction, the shelling and explosions started-

███████████

Then suffocated voice repeating, "God is Great." It was Abu-Sulayman. He was repeating it as his skinny body was bleeding; he was injured!

91

His injury was serious; the tank's shell exploded next to him and his left hip and the left side of his stomach were hit by small debris that came out of his back, as well as a substantial injury that almost cut his left hand, but God had saved him.

The brothers and I helped him and gave him first aid although everyone here knows nothing about it; however, God saved him and we did all we could do.

His injury was visible; the poor guy bled a lot before we moved him, with the help of two Afghani brothers near us, to a deserted village where a car can reach it to carry him to the nearest emergency center.

Because his wounds are visible, the hole in his hand exposed his bones and his slashed veins, some where moved by the scene and cried; also, his words were sad and touching. He was saying God is Great, he was praising God, and he was stating his wishes in the event he is dead; all around him were crying, and all I could comment with was: praise be to God for everything and God willing is fine and we seek refuge in God.

[Signature of Abu-Zubaydah].

███████████

Rabi' Al-Awwal, 9

Sep 17,

Today is Tuesday, the time is probably 7:00 pm and the place is this small room where I sleep along with three other brothers; two of them from Algeria, one from Egypt and I am from Palestine or from Saudi Arabia or from India, as some of them like to comment sometimes. Of course things do not stay the same in the room; normally, my roommates will change while I have been in it since I arrived here in Gardez; the secondary first line. Anyway, we concluded the afternoon and evening prayer communally and collectively (together and ahead of time) and everyone waited inside the trench for the dinner while I slipped out to my room, as usual, to pray a little bit [crossed out words] without eating dinner as I have decided earlier. Then I lay in bed or on the sleeping bag so I can fall into a deep and serene sleep that I don't wake up from except to [crossed out word] hear "Abu-Zubaydah! Wake up my brother for guarding." So, I wake up quickly to get dressed and put a weatherproof jacket, and then I carry my weapon the *R.B.K.* which is an enhance Kalashnikov or a little bit heavier. I have traded my original weapon for it with one of the brother.

███████████

Anyway, I carry my weapon and I perform guarding duty for an hour or an hour and a half based on the instant, time and place which the emir determines.

Then I wake up the guard who comes after me, Wake up my brother! It is your guarding duty time." I then pray two prostrations and one Witr prostration. After that, I go in a deep sleep that is very cold due to the cold weather, various dreams that are intermingled sometimes until it is the dawn prayer time.

After I finish praying, I ask for God's forgiveness and read the morning praise of Allah [TN: A Sufi ritual consisting of the repetition of words in praise of God] then I take a hot shower then I go to the toilet.

After that I sit next to the burning fire to prepare tea and breakfast covering myself in my clothes sometimes shivering from the cold.

Then, Abu-Al-Muhannad and Abu-Al-Qasim, my dear Hani2 do you remember this person's original name, Abu-Al-Muhannad is the one in charge of the kitchen and food preparation; he warms up the dinner or whatever is left from it and warms up a loaf of bread. So I eat my food as an alternative to dinner because I eat it in the morning and sit by the burning wood exchange conversation-

███████████

-with Abu-al-Muhannad until the brothers, who went back to sleep after the Morning Prayer, wake up.

Breakfast for them, and sometimes for me as well, with tea. All gather at the designated location and we eat our food [crossed out out] quietly and jokingly in spite of the shells that are falling near our camp, left and right.

And, "Look were it exploded," "That is a mortar shell," No dear; it is B.M." "Perhaps it is a tank," "Listen, they will launch one now," and "Oh! There is God," in addition to various supplications uttered by some of them: "Oh God! You deal with them as You please," "I suffice with God, and who is a better Guardian."

After that will be the constructing and digging of a trench; provided there is a job and so until the Afternoon and Evening Prayers and the same thing again.

It is 7:30, perhaps. I beg your pardon; it is 8:00 and I am sure this time. Because I am alone in the room until the brothers are done eating dinner, I preferred to talk to you before I go to bed; so, I wrote what I wrote without controlling the pen, as if it writing on its own. ~~So, excuse~~ so excuse me and goodbye!

Hani.

███████████

Friday; September 20,

Rabi' Al-Awwal 12,

Dear Hani2,

It seems that the mujahideen had finally decided to begin working. Since yesterday and the news we're receiving from the Mujahideen state that the artillery will begin working for a period of attrition, intimidation, confusion and destroying the enemy followed by attack and direct breaking through and from a close distance with Kalashnikov and Bika; face to face attacking the posts which are the enemy's fortified positions. We seek refuge in God.

Dear Hani2, the trials are around the corner and I ask God for martyrdom; sooner not later while attacking and not escaping. I call upon His mercy not to allow an injury that doesn't take my life away as a martyr immediately. I also seek refuge in Him not to become a prisoner, handicapped or be turned away for jihad in His cause; however, God will do what He chooses to do.

So, if we are victorious, God willing, and I am not among the ones that God selected to go to Him; the decision, God willing, is the following:

███████████

With God's permission, I will stay at the frontier or at the battlefronts for this year until there is a new course next year at "Camp Echo." Then, God willing, I will join (the course) because of what I have learnt about its benefit; military survey and retaking the weapons and explosives in a better and more meaningful way now that I understand the situation better. Also, a course in the manufacturing of explosives in addition to good strenuous physical training during this year and within the frontiers not in the camps or in Peshawar.

I have to do the following:
- Try to memorize the entire Holy Qura'n, God willing.
- Maintain fasting on Mondays, Thursdays and the White Days"
- A serious attempt to raise my body's physical fitness level by doing daily simple exercises such as; pus-ups and hips exercises. In additions to two NOs; no dinner and no sleeping after dawn [prayer] which are the things that are dictated by the guarding and camping situation in the battle field until the zero hour or the raid.

So, my dear Hani2; I ask God for nothing but to help me achieve my decisions, in the event I sty alive, in this miserable world, until next year when the military course begin. Although, martyrdom is the hands of Almighty God and God knows it is the most important and significant thing I am looking for [crossed out words] anything less is null.

███████████

Yet, Only God knows about the fate. Will? Perhaps; but!! Why? Many questions that God Only has the answers to them, He knows what is hidden. So, if I stay in the at the frontiers for the next year, will I do what I have decided or circumstances, rather, fate will come between me and what I decide?

So, will? Perhaps, but and why?

And oh God!

[Signed]
Abu-Zubaydah (Hani)
3/12
1412 AH

███████████

Friday
Rabi' al-Awwal 19, 1412 AH
Sep 27, 1991 AD
The time is [crossed out word]
 2:40 pm.

Dear Hani2,

The weather outside, outside the room, is wonderful. Since two days, the clouds are masking the sun and the moon. We even had light rain, drizzle and strong heavy rain and

mud; however, the weather is very refreshing. It is cold somewhat, light wind comes and goes quickly to leave the weather as not sunny, not rainy, not hot, and not cold.
The green tree leaves are turning yellow and red then they fall announcing the fall season; the best season to my heart, I don't know why despite the fact that most people don't like it and prefer spring.

[TN: The page has hand drawn pictures on it; one depicts a hand with finger nails that look like claws and the other on is a flower. Above the flower the name "Hani1" is written].

But .. I love it .. madly ..
Anyway .. the autumn, in return is declaring a fierce winter is ahead of us
And great amounts of snow that might reach four meters .. This is in "Gardez" ..
Anyway, " it is "autumn" one more time .. The weather makes me feel refreshed and happy, so I see myself as a dreamer .. transparent .. empty from everything.  I put my hands in my coat pockets and walk slowly only to receive .. the cold mist .. and the air breeze mixed with the scent of .. rain on the ground .. and it is a scent that I like .. It puts a spell on me until I am almost able to hold some dust mixed with rain water and smell it continuously, just like the people do with roses emitting amazing scents and .. the scent of the oily cologne that the brothers use here .. I found out that it has an awesome impact on me .. In the morning after the dusk prayers .. I sit down next to the fire, embracing myself ..it's not sunrise, yet, and I smell the aromatic smell .. on my right hand - and the scent of the wet wood logs as they burn – even though it's wet..
And the scent that is more experienced in playing with my feelings in a strong, professional way .. - the scent of the ground and the rain water.

So I cannot, but breathe in the collection of scents, violently, deeply and .. strongly..
I breathe in to the capacity of my lungs..
I breathe in .. till drunkenness ..
And I breathe and I breathe and I breathe.

Hani1

7/19  H.H.G.G

Always searching for you .. running after your shadow .. and the mirage ..
Searching for himself through you .."through himself" .. and the surreal and through it .
Your only friend apart from you .. Who has nobody in this nasty world except God, his lord
Your friend .. Who does not know you, except through .. a pen and a sheet of paper ..

And illusion

Your friend

Hani

████████████

The day is:     Thursday \
        3 - Rabi' Al-Thani - 1412 AH
        10- October - 1991 AD

And dear Hani2 .. A scented greeting .. and:
First\ Sorry for not communicating with you for about two weeks.
But .. truth being told.. I had no chance to meet you
through this notebook because both of us - myself and the notebook - were in two
different places .. And here is the story from the beginning: meaning two weeks ago
to my best knowledge and understanding:
-Everything was as it was - The place: "Najm-al-Din Center"
And we are waiting for the complete offensive, as the Afghans call it
And .. suddenly everything started, and without the least amount of "verbal
introduction" ..
Suddenly, the Mujahidin moved to the front lines which they started to prepare
a short while ago- and we were placed with one of these groups.
The Afghans moved and our group moved from our location and along with them
And quickly everything was accomplished, and the weapons and ammunition were
transferred even though the place is dangerous and was being hit by artillery in addition
to firearms "with Zkuyak-Dimitrov" which used to cross over our heads if we were to
make an unstudied move..

████████████

And quickly also .. The second step was: The Mujahidin moved
from the other direction - against the common enemy - and they were able
to control some of the enemy positions "posts" on the first line or the enemy's security
belt around the city ..
Then .. news about martyrs and individuals whose legs were cut off
because of the land mines that the enemy plants around its posts .. and
when the time came .. the Afghani Mujahidin moved from our location and our
group moved , and the enemy "fled", escaping and leaving its posts surrounded by land
mines ..
And it resulted in the post being taken by the Mujahidin , by the grace of God, with
much ease .. and .. one of the brothers from our center "Abu 'Ubadah" stepped on
a land mine disk .. so his left leg was blown away from the heels ..in addition to
his other injuries ..
Then .. "Najm-al-Din ..Al-Jaza'iri" .. dismantled a decent amount of land mines
around the "post" . Until destiny spoke and the explosives and land mines trainer steps on

a planted land mine and .. his left leg flies away, also from the top of the heels and with it flies his huge and thick shoe.

Then the injured two were transferred to the nearest center to aid them .. and I

███████████

.. and I "could not believe that even "Abu 'Ubadah .. and .. "Najm-al-Din"
have lost their .. feet .. But I say nothing except .. glory to God ..

Then .. later on, the news broke in:

"Najm-al-Din" is in good shape and he is now in a good condition and his spirit is high even though he seemed to be in a terrible shape when he got injured

As for "Abu 'Ubada" .. who seemed alright.. in spite of his injury .. his condition has deteriorated and he is still completely unconscious and God only knows his condition and his destiny ..

A Day later ..

"Abu-Binan" came over .. He re-organized the group and distributed the responsibilities among the individuals .. This one carries the "R.B.J." [R.P.G.] with its special vest and that one carries this other weapon, and this .. and that ..

As for me .. I carried the "light Krinov" or what we used to call "the Bika" ..

Then everyone got moving, and we were about 20 individuals ..

And we walked in a certain path behind "Abu-Binan" to catch up with a group of Afghani Mujahidin whom we work with to coordinate the work ..

So we spent that night in one of the "posts" that was open for the Mujahidin until evening time the other day when great numbers of Afghans from "all shapes and colors" moved and from

███████████

.. the other Mujahidin from "different nationalities" and from Arabs and we were part of them. Everyone moved towards the city in a fast and unorganized pace.

Everyone was carrying his weapon on his back and running towards the city,
In addition to the posts surrounding it.

And in an unbelievable manner.. and amazing speed, the Mujahidin have reached the gates of the city that was fortified with more than three security belts, each of which had "so many" posts and every post had lots of weapons and ammunition ..

And in spite of the great bombardment, the flying bullets and the land mines which would have sent an individual a few meters in the air and severed his legs once he stepped on.. that is if he would not die instantaneously from being torn apart by the land mine.

Anyway .. in spite of all this and that and after the long run across the trees, tall grass and across the water stream .. we fall to the ground sometimes and crawl some other times and we walk normally some other times .. and everybody has his heavy weapon on his back and his tongue does not stop calling upon God.

And after all this: we reached .. "the group of Abu-Binan .. and some individuals from the Afghani group that we work with" .. to a small village that is almost deserted from its inhabitants at the edge of the city ..

The farthest point we could reach at the moment until we see what can be done.

One of the leaders .. among us .. went to knock on the door of one of the houses in the village

and after a short conversation .. that was emotionally charged .. and full of screaming .. the owner of the house opened the door for us .. and we all entered into his house, cautiously and quickly .."Abu-Binan had kept a few of us in the back by the front point of the Mujahidin Group's launching spot. and he took a small group .. perhaps ten individuals and five Afghans who were chosen by their leader"

Anyway .. the 15 individuals entered the home .. with the weapons,their shoes and the noise that accompanied their entry .. and the barking of the dogs which was not interrupted even for a moment while we were there ..

In addition to the sounds of continuous explosions outside

So .. as soon as we went into the house ..the place was filled with screaming and the weeping of the women inside .. and the head of the house .. the old man .. leads us into an interior room inside to sit down ..

Everyone was fearful.. so the Afghani leader calmed him by saying that all we need is "bread, a glass of tea and water, only", and that we will neither hurt you nor your women because we are Mujahidin and not bandits ..

At that time .. it was about 11 o'clock at night ..

So we drank tea and ate some bread .. we drank a lot of water ..

And the old man stares at us with a fearful smile even though I was trying to demonstrate friendliness and gratitude to him but the "Pashto" Language was a barrier, so my simple attempts to tranquil him somewhat did not work ..

and "Shukrayat mama" which means, "thank you, uncle."

I mentioned it to him but he didn't understand me ..

Anyway ..

We spent about an hour in his house - He felt safe for our presence during that time and so did his women. - then we left and the poor man was in disbelief since we did not hurt his women at least as the bandits usually do - and as he was looking at us and as soon as we left the door, he started shaking hands with us all, planting a kiss that carried " several meanings on the cheek of everyone of us as he called for victory for us against the tyrant government" - or this is what I understood-

And in a vacant house .. we placed our baggage in order to  have some "sleep"

And as soon as we started falling asleep, we heard the Afghani leader shouting, "Abu-Binan".. "Abu-Binan" ..

And in a few moments, we were awake, and we carried our weapons and moved quickly to return ..

And on our way we understood that there was an order from "above" to the Afghani leaders to withdraw immediately since the enemy is advancing..

And quickly, we hit the road that leads to the beginning of the road

98

███████████████

Asphelt road, which we took to the city .. "back".
And in another village .. we put our baggage one more time .. and in spite of the
extensive bombing and fear which overwhelmed everyone since the enemy was
advancing with its "tanks" .. I went into deep sleep .. like a child ..once we put our
belongings in an old mosque in that village
But suddenly .. another voice went up: "Abu-Binan" .. we have to move ..
So we moved quickly .. It was pitch dark and that means that we did not spend the night ..
But I felt as if I slept for long hours .. peacefully in spite of the shelling .. satisfying in
spite of the fear ..Beautiful in spite of the extreme cold .. gratifying in spite of the small
size of the place ...
... And we moved quickly behind "Abu-Binan" .. our leader ..
We were in a "retreating" motion .. which means going back .. so we walked a long
distance ..
We were passing by open posts .. But on a paved road this time .. and at our pace .. and
heading back ..
So we walked and walked and exhaustion took its complete toll on us.. until we reached
the "bridge" where "Abu-Binan" kept half of the group which was launched from the
front line, after "Najm-al-Din" and "Anu 'Ubada" were injured.
And there .. we performed ablution and "dawn" prayer quickly so that we do not run out
of time .. then the ones who wanted to sleep did so..while others sat by the fire
As for me, I put the "Bika" off my back ..which was in pain [due Bika weight].

███████████████

Then .. I covered myself with a light sheet.. and went into a deep sleep .. for half an hour
only
I woke up afterwards .. dosing .. to start .. "the second round" .. .. ..
The news that reached us from the leaders were: the enemy is advancing with great
strength, and was almost able to control the line.. or the first security belt around the city ..
So "Abu-Binan" prepared the group one more time. And we moved, but this time we
used a vehicle, since the paved road became under the control of the Mujahidin .. as well
as the posts overlooking the road .. no trouble there since they are also under the control
of the Mujahidin ..
Also: "Abu Treika" the Libyan .. the leader of the "Bari" camp came this time to
participate with the youth who were trained under his command .. on the attacks . So the
group moved .. with two vehicles .. until the last point that was still under the control of
the "Mujahidin " ..
And we gathered there in an old building which was in itself like a post for the enemy for
"storage, sleeping and recreation as well" but for us .. it was .. like a trench .. against the
missiles and flying fragments ..
And above us there is a small mountain overlooking the enemy positions and towering
over the city from behind .. We were using it to keep an eye on the enemy .. and monitor
its movements ..

█████████

And so it was .. "Abu-Binan" ordered a group to stay put with the mortar cannon plus "cannon 82" .. and "cannon 77" .. and a group by the weapons, food and sleeping quarters.. in the old post .. and a small
group .. on the mountain .. with other groups of Mujahidin distributed on the mountain for surveillance and observation.
And the work was organized and in shifts .. So, sometimes I would be on top, and some other times at the "post" and by the artillery at times.. and my personal weapon was the "Bika" as well .. -> and how beautiful the "Bika" is.
The first day passed safely.. and the enemy blazes us with the flames of its artillery
And a few injuries amongst "Arabs and Afghans" because of the shrapnel that is like burning coal moving fast as the shells explode..
Plus the artillery .. as well as the artillery coming out of the airplanes and there were some groups which were advanced a little bit who were hit by the bullets or hand grenades ..
Anyway: I spent my night .. the second perhaps .. there on the surveillance mountain  and from there, I was able to have a clear picture of the city .. or the place in general terms ..
The enemy had advanced a little towards the village that we reached finally and had tea with the old man who's afraid for his women ..

█████████

And with the binoculars .. I was able to clearly see seven tanks
in one row .. pointing their  turret guns towards the mountain which
I was on .. This is in addition to the armored troop carriers and some individuals from the enemy side..
And under the mountain .. from the enemy's side .. there were some Mujahidin grouped together waiting for any movement from the enemy .. or any orders from the leadership .. three days passed over there .. and the artillery shelling did not stop ..
And there were scores of martyrs.. I was able to recognize four of the Arab youth .. not to mention the injured ..
... Those days passed.. and I expected death in any given moment..
Either by a passing shrapnel ..by a complete shell .. or by the collapse of the post building on us by a powerful missile shell.
 .. Those days passed .. and we were advancing with weaponry to locations that are close to the enemy .. But we got stuck in an agricultural area and we froze in our location ..
falling to the ground while bullets passed over our heads .. we heard their whistle sound..
And if we do not hear the sound, then we get the red glow that comes out of the bullets "the painter" which the enemy intentionally uses to terrorize and warn.
We froze for about two hours when the bullets were all over us, missiles exploding around us and we were worshiping and ..asking forgiveness

█████████

And there ..in spite of the fear that overwhelmed everyone .. and in spite of how cold the ground was beneath me and the air around me .. I felt sleepy .. and for about half an hour, perhaps, I fell asleep .. not caring about bullets or missiles..but.. this time also..withdrawal orders were received, so we returned fast while shells were whistling above our heads and the worship filled our mouths .. - we returned to our new center, of course .. the post and the mountain .. and we were not able to do anything but to wait. This, in addition to the artillery work and .. surveillance .. and (waiting for the shells above us) ... and we expect the enemy offensive in any minute with great force to reclaim his centers which fell at the hands of the Mujahidin ..

And "our leader: Abu-Binan the Algerian" .. was organizing the work and controlling the situation in a good way whereas he keeps a simple group with him to work on the artillery cannons or to guard and survey the mountain  and puts a group back to the rear centers which were front lines for us in the past.. "and so on, in turns"

And thank God I remained for the length of that period in the front and I did not receive any order from "Abu-Binan" to return for the duration of that period in spite of the group rotations and the return of my own group ..

Until the destined day arrived ..

A small group arrived to use the mortar artillery .. then return to "Sti Kandu" and this is the first center indeed which

███████████████

we started from there, initially, to "Najm-al-Din" Center .. then to the front line, then to the "post and the mountain" location..

The group arrived, and it was made up of the following:

-Abu Al-Jarrah who is a young man who has no beard or mustache ...has a weak and fragile body.. from Algeria .. and is afraid a lot from shell sound which made him subject to some remarks from the brothers .. * "Do you remember him, dear Hani2?"

-Abu Khalid Al Sumali and he is from the group that was ahead of me in training at the "Khaldan" Camp, and also arrived before me to"Gardez" ..

And he is a kind young man, speaks Arabic with a sluggish and beautiful Algerian accent, since he mingles with the brothers from Algeria .. * "Do you remember him, dear Hani2?"

-Tubba' .. a handsome young man from Algeria .. very calm and this is rare among young men from "Algeria" whom are known to be edgy, and in spite of their kind hearts, they get angry quickly because of their excessive coffee drinking "and God is most knowledgeable"

Anyway .. he is "Tubba'" .. since I have known him, he always adds mascara to his eyes, which reflects its beauty more than before.

-In addition to another two young men "older in age than the others" I did not know them before coming here and I do not remember their names .. From Algeria, also ..

███████████████

Everyone had arrived along with .. a quantity of American made mortar shells

So when it was time to work, the group, along with "Abu-Binan", and I was with them, and "Abu-Dijana Al-Ansari" .. from Egypt ..

-He, also, had to make cannon shots - as for me, I was a companion to "Abu-Binan" only ..

And so it was .. The group lobbed a good amount of shells, and the watchman " from atop the mountain" was telling us, through his wireless communication device, whether the shots were precise, and was also correcting our mistakes..

Until "Abu-Binan" told "Abu-Dijana Al-Masri": to go and prepare food ..since enough shots were made..

So "Abu-Dijana" went to the old post which is not far from the artillery center.. and I went with him, while "Abu-Binan" was preparing another quantity of American shells to be launched..

As soon as "Abu-Dijana" and I arrived at the post so that he prepares the food while I guard the weapons, we were received by "Khalid Zubayr", who is a young man from "Iran", a Sunni Muslim, of course. And he was angry because he had been away by himself where the weapons are stored for a long period of time, and that he could not even go to cleanse for prayers in the water stream adjacent to the cannons. So, we apologized to him and he went fast. And not even more than a few moments.. or more precisely "minutes" ..an explosion roared

████████████████

that was "silenced" .. Neither I cared nor did Abu-Dijana..since explosions don't stop, But when I focused on the artillery location, I saw smoke coming out of there. So I rushed to the place only to be dumbfounded with what I did not expect at all ..

The gun barrel had exploded because of an American artillery shell that had been "doctored" - meaning prepared especially to blow up the shooter as soon as it is placed inside the gun barrel -

The mortar had exploded violently, and anyone near it was fatally injured..

I rushed, with some of the brothers from the neighboring center, to the injured, but there weren't any injured .. everyone was martyred .. "I guessed"

"Abu Al-Jarrah", the shrapnel filling his tiny body and his bones are shattered from the legs down... his facial features reflect a surprise

His eyes are open and his mouth is open and he has fallen on the ground in a ..terrible shape ..

"Abu Khalid Al-Sumali" .. The huge shrapnel hit his head and penetrated into his skull .. His arms are severed and his abdomen is open, and his face reflects the features of a sleeping person .. asleep ..

"Tubba'" .. He was on a " stretcher" ..blood filling his face and his body .. and his beautiful face is as it is, if not more beautiful as if he was looking at me ..

████████████████

As for the other two young men who are older in age, one of them had his abdomen torn apart, and his intestines were out, in addition to other injuries in the area under the belt .. He was still screaming powerfully and his intestines were out ..

And the other one .. ??? .. Glory to God he was alright .. God willing, he was not harmed, not even one scratch in his body even though he was close to the location of the explosion ..

"Khalid Zubayr" the Iranian .. who always used to tell me that he wants to get married to "Hur Tin" .. as we call the women of the world comparing them with "Hur Al-Ain" the women of heaven ..and he wished for a child who would be a Mujahid in the future .. and he says that he doesn't wish "martyrdom" now until he's done fighting the heathens all over the planet ..

The poor man .. He left us at the post .. went to the water stream and made ablutions then he went were "Abu-Binan" was with the young men and the guns

He went to "his destiny" so the shrapnel hit him in his legs, so they were severed

And in his abdomen .. so he died immediately .. God rest his soul ..

I was .. like a mad man not believing what happened .. For, glory to God, I was with them moments ago .. but my destiny put me away from their location and brought Khalid Zubayr .. so that he gets martyred  for the sake of God .. I consider it like that

███████████████

and I do not need to commend anyone to God.. He is .. As for me, I stayed put..

Despite the difficult situation.. and the ugliness of the sight .. My beloved ones in God are strewn on the ground .. Soaked in their blood and their organs were severed, But I controlled myself and mentioned God's name a lot ..

But .. "Abu-Binan" ..Where is Abu-Binan? .. I asked about him only to find out that he was also injured ..

His left arm was severed and he got hit in his abdomen, so his intestines and his kidney were exposed .. I looked at him from afar because the brothers were completely surrounding him in addition to the person who was aiding him and aiding the others..

I looked, but I could not distinguish his features .. I was busy afterwards removing the "martyrs" body parts .. I consider them as such and I do not need to commend anyone to God ..

Until the vehicles arrived .. in spite of the random but continuous shelling on the road ....

The vehicles arrived and transported everybody ..

So I stayed behind along with a few brothers to guard the location and the weapons, till the news came in.

Everyone has passed away - and this was what I was sure of .. But "Abu-Binan" .. our leader .. he, also, passed away .. without saying a word, or even moaning, except: take care of the weapons ..

And another word that he said in French, for humor, it seems .. despite his wounds .. And it is: I am dead ..or ..death .. "La mort" "LAMORT" .. When some people tried to alleviate it [his grave situation] or comfort him ..

███████████████

.. .. !! .. ?? .. "Abu-Binan" has died .. or more precisely was martyred .. I consider him so and I do not commend anyone to God.

The poor man is gone..his sad and departing looks while he was on the stretcher speaks a volume.. his weary eyes due to weakness were screaming.. even though his tongue did not even say: Ah, except for what he said about the weapons ..

Abu-Binan was gone .. And only God knows the amount of love and respect I had for him. Because he was not only my camp leader or my commander on the front line .. But he also was a friend ..if you added together the intermittent and dispersed amount of time that I had spent with him..it wouldn't add much.. but we shared a special mutual respect .. I do not understand it ..

.. Abu-Binan was gone .. small figure .. not tall .. white complexion .. with little redness on his cheeks and nose .. with curly hair .. you feel from the first instant that he is edgy .. but he is not like that even though his temper reaches its limits sometimes from the pressures facing him .. very active .. He cannot stay put in one place for a long time and since we were in "Sti Kandu" .. and also in "Najm-al-Din Camp" he could not, the poor man, stay with us for a long time .. day in and day out, you couldn't find him.

Where is he? .. He went to Khaldan .. He went to get the weapons ready .. He went to "Peshawar" for some errands .. or more correctly, for some problems .. He went to arrange for supplies and food .. one day here and next one there.

████████████

So if he comes by .. you would see him exhausted, on the verge of collapse.. the communication device is in his hand .. He would speak through it ..with more than five centers .. about their problems

And if he extends his stay in one of the centers, he starts preparing special food himself - He fixes it, himself, with a special taste. Everyone would witness and attest that he was a professional cook and prepared it artistically..

One day .. he asked me if I needed anything from "Peshawar" or from "Khaldan" .. So I did not ask for a thing ..

So he told me: Don't you want a "Pepsi"? .. And he knew .. as everybody over here knows, how much I love "Pepsi Cola" .. And how much I used to indulge in drinking it .. I could not control my laughing, so he swore to me that he would bring me "Pepsi Cola" .. and that I would drink it here in "Najm-al-Din Center"

And so it was.. He brought me "two bottles" of refreshments, and for his great taste, I was speechless out of bashfulness and shyness ..

But destiny did not allow me to drink it.. as I was fasting on that day .. Then we moved to the front line, and from that day I did not return to "Najm-al-Din Center" before today .. since "Abu Treika" the Libyan is in charge, and our group was ordered to return with its weapons to "Najm Al-Din Center" until further notice so that reorganization and distribution would take place anew.

████████████

And today:

Everybody retreated backwards a little .. so I returned with them .. We,"Abu-Binan" Group left our place.. while the other groups of "Arabs" and "Afghans" remained in their places facing the enemy ..

Today: I am in "Najm-al-Din Center" .. But there is no "Najm-al-Din" because he is now at the "hospital" .. and with one leg .. God help him ..

And the first thing that I did was .. to open the Pepsi bottle and I drank it deeply and forcefully.. and .. May God bless you "Abu-Binan" and place you to live in his vast heavens .. and accept you .. you and whoever is with you from the brothers, as martyrs in his path and the path of raising the word of this  Islamic religion

today \ I drank the Pepsi Cola bottle .. after its owner departed life

Then I opened my bag which was covered with dust .. And I got this notebook out of it and I held the pen and started writing you .. dear Hany2

So.. sorry for my delay in writing

And sorry for the long writing

And greetings to you

<div style="text-align:center">Hani1</div>

<div style="text-align:center">3/4/1412 AH<br>10/October/1991 AD</div>

██████████████

"A follow-up" Note:

The brothers smelled an aromatic scent and "aroma" in the accident site "cannon site"

But: I did not smell this odor over there

So when I returned to the "Najm-al-Din Center"

One of the brothers brought me the "bullet vest" belonging to: Khalid Al-Sumali .. which he was wearing on his chest the day he was injured .. and was martyred - I consider him so and I do not need to commend anyone to God -

Anyway:

The vest had blood that was still crimson red in color .. and it had an aromatic scent

Really: I smelled the scent myself and I cannot deny that: it is the smell of "aroma"

Originated from the blood of a martyr.

<div style="text-align:center">And God is great and to God be the Glory<br>Hani1</div>

██████████████

The day: Is "Monday"

Seven - Rabi' Al-Thani ..

The time: 4.13 .. in the evening

The location: "Najm-al-Din" Center ... The room

The condition" The sky is dumping snow outside .. suddenly the clouds gathered .. and a little hail came down then it was the white snow ..

The sky is pouring as if a person is holding a pillow stuffed with cotton, soft and fluffy, and spreading it in each direction.. the cotton would then fly into the air, only to fall down on the ground so quietly and softly.

And in a few moments the ground was completely white, covered with a fragile snow in such a beautiful way which makes it hard for a person watching the scene to distinguish

between the sky and the ground.. since everything is white in color across the small plateaus or the huge mountains where their whiteness meets the whiteness of the clouds so one cannot tell where the mountain ends .. or even where it starts ..

And now: I write you .. from inside the room "where its condition has deteriorated rapidly..while I was away, it became

███████████████████

stuffed with ammunition .. and dust"

Anyway .. Now .. I write you .. and it is quite hard to do so because of my inability to even have a grip on the pen to write.

So you find me warming up my hands for a while .. then I quickly write a line or two .. and truly:

I, by nature.. do not recognize cold .. or so I try to be .. So you find me walking around with a short-sleeved shirt covering my body .. during coldest days in "Riyadh" .. - Saudi Arabia .. While people put all the winter clothes they own on their bodies .. And you see them shivering with cold from behind the windows of their vehicles.. because the climate in "Riyadh" is a desert climate .. hot during summer .. very cold in the winter ..

And it was the first time for me to admit that it was cold .. while I was on my way from "Mysor" to "New Delhi" ..in "India" by train ..

Then I felt it even more at the "Bari Camp" ....then during my guard duty..in "Khaldan" , during its semi-frosty winters.. and today .. in the morning .. I found out that my teeth were clacking from cold ..

And .. something else ..dear Hani ..

███████████████████

Sometimes - the cold or the feeling of being cold in my body is a sensation.. and not a feeling ..

- I don't think you understood me: What I mean is that the cold penetrates into my sensations sometimes and my body shivers as if I was placed inside a very cold refrigerator ..

When I think of a certain topic .. or if I remember a specific event, I get .. the cold "sensation" .. even though the sweat is dripping from my forehead.

And sometimes .. I shrink into my clothes .. the light summery ones .. and I wish to put my hands in the pockets of .. a jacket that I am not really wearing ..I feel cold all of a sudden and because of a thought or a fleeting..memory .

And now: I feel both conditions
    My body is cold
        And cold in my sensations
        With a cold feeling.. and a cold sensation

                                          Hani2

Notice\ On the next day

-The snow melted away quickly .. and the sun returned again "scorching"..!!??
        So glory to God ..

███████████

Thursday: 10-Rabi' Al-Thani - 1412 AH
              17-October-1991 AD

Truly .. there is nothing new to write you .. But I wanted to write you anyway!!
 .. the situation now: is to wait for the right time to attack the enemy positions once
again ..

It should be noted that the Mujahidin from the other side of the city are now playing an
effective role and the continuous attacks .. And the plan seems to be this ..  storm through,
which is a comprehensive attack from more than one direction, until the commandment
of God is being fulfilled .. and we are now ..awaiting the orders ..

And it was - that short period of turbulent serenity - it was a chance for me to "organize
myself once again! .after more than a month and a half of not having a shower other than..
"rough and quick washes" ...

After this long period of .. filthiness.. a black layer has formed on my skin, especially my
hands. What made it worse was the cold weather and the water, which created this layer
of "dry skin" atop the skin..

And the ditch that I was digging in ..dirt.. and sweat from inside .. ... etc. until I became ..
a germ ..

So an opportunity presented itself in this serenity .. in the "Najm-al-Din" Center so I
cleaned myself .. a bath that took longer than an hour and a half ..

███████████

And I wore a new suit which was given to me by one of the brothers. So I looked like a
"bridegroom" .. as the brothers hear had labeled me -

Then .. I had to .. wash my clothes .. and this is the problem! [IL] now .. and God knows,
because I do not know, or more correctly, I am not good at washing clothes .. and I face a
huge problem when it's time to wash my clothes .. you would find me puzzled as to what
to do .. I still remember "my mother and the washing machine" ... or I remember
"Flomina" my servant from "India" ..

And you find me sometimes wishing that the dumb .. "Flomina" .. would do these tasks
instead of me, because it really continues to be a problem for me .. So I cannot but "heat
up the dirty laundry in hot water with some soap then I squeeze it and hang it on the
trees ... and whether it's cleaned up or not .. no problem

.. And usually .. clothes are not cleaned like that .. but God have mercy ..

"The end!" .. Part one of my dialogue with you today

.. Another thing .. I will tell you about .. so I can be with you .. dear Hani2 .. for a longer
period of time..

Do you know .. every now and then .. I find myself undecided somehow .. I would have
read .. the daily  flowers from the holy Qur'an .. I would have read whether it's morning
or night .. depending on the time .. I ate my food ..

███████████

The day \ Thursday
The calendar says:      17 - Rabi' Al-Thani
                        24 - October
But "the moon" says it is the 16th of the month of Rabi' 2 and regardless.. of what the
calendar says, I have "fasted the white days 13-14-15 of the "AH" month .. relying on the
moon [fasting month of Ramadan in Islam] and ended it only yesterday .. And today I'm
fasting: "Thursday" - "Monday" and "Thursday" - and this means .. dear Hani2 that I,
thank God, started moving according to the program that I had designed for myself ..
even though I did not commit to it literally .. because of the unstable conditions ..
And the program is: - of course ..currently it is not implemented in its entirety-
-Fasting - On the days of "Monday" and "Thursday" + the three whites in every month
- No supper at all .. -  even though I did finish the determined time -
- Maintaining the exercises, especially: "chest" pressure in an intermittent pattern (10-10)
until one hundred .. in the morning after the dawn prayer or before going to sleep
And pressure for the "abdomen" .. before sleep .. or late evening.. "depending on the
situation"
Daily flowers from the Qur'an "ending - memorizing" ..
                        Seeking help from God ..
Another thing: The weather today is moderate and the sun is "being brutal"
And .. "Gardez" bled many martyrs and wounded till now
And it is still not being conquered.. in spite of the good news - seeking help from God
                                        and .. greetings to you


███████████████

The day \ Saturday:    19 - Rabi' Al-Thani
                        26 - October
The time: eleven .. in the morning
The location:  my small room inside the "Najm-al-Din Center"
And yesterday we moved .. myself and some of the brothers .. to the front a little ..
where .. the new artillery location is situated, which we supplied after the murder of
"Abu-Binan" .. based on orders from .. our current leader: "Abu-Treika" the Libyan -
Unfortunately .. we did not settle in our location for a long time .. because of some events
that took place and the ensuing orders.. for partial retreat, as the communist enemy forces
advanced .. with their tanks to control positions that were in Mujahidin hands. .. They
also gained control of some of the high hills that exposed to them a long road that is
considered the only road for the Mujahidin or more correctly the easier one.. to the front
line of the confrontation .. That is why .. a few Afghani Mujahidin groups have retreated ..
as well as our group from a location it had where it became exposed to the enemy. So the
movement in it became impossible because of the concentrated bombardment and the
missiles that caused a few injury cases in our group ..
The important thing is \ in spite of the retreat of some groups of the Mujahidin, a few
other groups of Arabs, Bengalis and Afghans remained


███████████████

concentrated in its place despite the dangerous situation..

Therefore ..our group did .. withdraw or retreated from one of its locations .. and fortified another location by staying in it at the battlefront.

I was ordered to return to "Najm-al-Din Center" until new coordination is in place..

So we seek help from God: even though the enemy advanced and controlled a few locations using this method.. a frustrating and annoying event, except that God chooses and he does what he wants.. Also, war is - attack and retreat - and one day is "for you and the other day is against you .. so we seek help from God" ..

Note \ in one day .. one sees death more than 100 times here ..no sooner the airplanes stop their raids than they start dropping cluster bombs which are made up of " an exploding barrel of which hundreds of bombs or parachute bombs come out, it fell a while ago on one of the Mujahidin trenches and it destroyed it with whomever was in it .. because of its weight and its severe impact .. almost leveling it to the ground .. so more than "30" people were killed in one instance.

--> and on the way .. the  B.M missiles "surface to surface" or the tank shells comb the place ..and if you escape them, you would not escape the combing fragments that are sharp and severely incendiary, and it produces "shrapnel" upon impact.

--> And in the front .. the tank and the artillery and much more turn this place to

A garden of fire and smoke ..

--> and if that wasn't enough .. the hypocrites are on the watch.. and they are individuals who claim to be with the Mujahidin but they help the "heathen state" and receive ..

money .. or they corner the individual to capture him and present him to the Communist Government in lieu of large sums of money, especially if the captive is an "Arab" then his price is very expensive ..

--> And if it wasn't this or that .. the land mines that are planted everywhere which are planted by the hypocrites - Almighty God curse them - are sufficient to get one of your legs - if not getting you in full, all of you ..

Anyway ..\ what I meant .. is that death walks with every person here .. like his shade .. meaning his own shadow .. awake or asleep .. even in "a place of solitude" or in the bathroom - to do the necessary .. I do not by God dear Hani2 .. I do not go to the bathroom-to do the necessary- or go to "a place of solitude"  unless I ask God that I do not die in such way.

.. The shells .. and the shrapnel .. and the hypocrites - all these things are considered forms of sedition which we ask God to make us firm in its face..

And anyway --> for the sake of God's path, everything becomes easy .. to raise the word and the dignity of this religion ..

And by God .. the ghost of death .. which is feared by many people

Became to us as if it did not exist .. And only God knows that I did not come onto this land .. Afghanistan .. except to .. die .. to get killed for the sake of the almighty God .. to protect "my religion" with my soul and blood ..
And I ask God .. the martyrdom for his sake .. sincerely ..

So, God ..

|---->   and .. zindbad Islam .. zindbad Mujahidin
|        which means - and God is most knowledgeable -
|        that he cheers for the Islam or victory to Islam
|        So, God is great and to God be the thanks
|                                          And greetings ..
|
|               Hani2
Will I not bribe you with these final expressions?
Retarded emotions
here

███████████████

Saturday: 26 - Rabi' Al-Thani - 1412 AH
Corresponding to 2 - November - 1991 AD.
Location: "Najm-al-Din Center"
And there is nothing new except some varying news that we receive about different posts being opened on the other side of the city which helps in tightening the grip around it and the "conquest" would be easy.. God willing ..
And our group .. its tasks are limited to - until now - the guns .. B.M and the mortar gun and everyone has a special post.. under one of the bridges .. or in one of the old buildings And until further notice .. we do not do anything other than shooting from afar and targeting enemy positions and their gatherings with "artillery" ..
The time now is: 9:30
And I am writing you, dear Hani2 ..and it is difficult .. because of a health illness that I am going through which caused me to stay here in "Najm-al-Din Center" and not to advance to one of the artillery posts, either the "mortar gun" or the "B.M" until I have a clean bill of health and we seek help from God ..
Another thing: This journal notebook is almost filled, and I asked one of the brothers to bring another notebook from Peshawar where he went for some errands .. So I hope he brings me a notebook to become part two of my memoir or my letters to you Hani2 .. But if he does not bring it .. God is our help .. I may get disconnected from you and I hate this a lot .. I cannot be without

███████████████

you .. Hani2 .. or without writing ..
And as I told you before .. you, Hani2 .. are the kind heart that I can come to .. you are my refuge - after blessed almighty God of course - and I vent out my worries and my sorrows to you .. I share my feelings with you .. and tell you about what pleases me

And about what is happening to me through the path of my life until I reach you .. or perhaps after that ..

Anyway ..  May God protect and bring me - that person - with a proper notebook so we do not depart,  me and you ..

And greetings.

* On Sunday:

The other notebook had arrived .. but unfortunately it is not what I had requested..
Therefore I might do some adjustments to it then I would continue writing you through it .. And I may not do this until further notice .. So, I am sorry ..

So, God is our help .. the events here do not give me the luxury of selection or choice .. even if they do .. right now I do not have the means to buy anything .. and thank God for everything ..

███████████

The day \ Saturday:

  16 - November - 1991 AD

  10 - Jamada Al-Awal . 1412 AH

The time now is: 9:30

And the location:  is Najm-al-Din Center

And the situation: the place is almost vacant except for a few individuals. Because the time to vacate the place completely from "people and items" is nearing due to snow which causes all windows to close when it accumulates.

That is why we have nowhere else but .." the Sti Kandu" as a rear center then the locations of the "B.M" and the "mortar gun" in the front, which are not far from each other

And currently, and since the last day I wrote you, I have been in the BM location which is an old, stony structure.. damaged by the shells except for two large rooms which we have used for sleep and ammunition ...

And because .. I am on the side .. I had to return here .. Najm Center for washing .. because it is impossible to do this over there.

And .. there is nothing new I can tell you about .. except that, thank God, I was able to obtain another notebook ..a writing book .. for the second part of my memoir book ..
And I may finish this notebook.. today .. then I continue with you in the other book ..

███████████

Note\

A unit from the enemy forces consisted of about "ten" tanks in addition to the infantry and personnel carriers have advanced towards the Mujahidin Centers.

And since yesterday evening the shelling has been continuous. And the stony structure is on the verge of collapse on top of whoever is in it "us" because of the violent shocks which the shells cause to the ground around us.

And today .. we prayed in the morning, expecting a shell to level the building with whoever is inside it ..

But, thank God, the Mujahidin were able to stop the enemy's advances and, with the grace of God, they were able to blow up three tanks.

One was with an 82 shell .. and the other was with a "Milan" Missile

As for the third, it was ours the "BM12: group

So thank God and "When you shoot, God makes the shot, not you"

And truly, that was the case.. because we were continuing to shoot on the B.M with the directions being given by one of the brothers from the surveillance location where he corrects the distances and the directions for us remotely using the wireless communication device.

And it was one of the missiles which was launched erroneously

We did not calculate it - on the turret view point "exactly" and "precisely"

So it hit the target at the top of the tank exactly ..

And it was a stray missile. So, God is great.. and thank God ..

And .. dear Hani 2,

Day:   16 --   November 1991 AD
       10 -    Jumada Al-Thani 1412 AH

Today, I will finish up the first part of the book of my memoirs to you..

So thanks be to God, prayers and peace on his honest prophet Mohammad, God grant him

This picture reflects an old reality for me. Almost [IL]

Sultan and "Inas".

He is in his first year (in the picture).

And she [IL] (on top).

Two pictures that grill me with yearning for both of them. (1[IL] - Dhu Al-Qi'da-1411 AH

I may not see them again "and God is most knowledgeable". 2 [IL]-MAY-1991 AD)

[A notebook cover with a picture having two truncated words in Latin letters. The first partial word is,"...yalaks..." The second partial word is, "SUPE ..."]

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET//NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,      )
     )
     Petitioner,      )
     )
v.      )      Civil Action No. 08-1360 (RWR)
     )
ROBERT GATES,      )
     )
     Respondent.      )
     )

# English Translation – Zubaydah Diary Volume II

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET//NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



2111 W Roosevelt Road
Chicago, Illinois 60608

File Number: ███████████

Task Number: ████

Date of Document: ████

Source Language: Arabic

Target Language: English

Translated by: ████████████████

Reviewed by:

**VERBATIM TRANSLATION**

**Abbreviations:**

IL                          Difficult to read due to quality of the original handwriting
Strike through              ~~Strike through.~~

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████

| | |
|---|---|
| Standard Font: | Arabic hand written in original document |
| *Italics* | English [except for pages 214-223 see note below] █ |
| **Bold:** | **Printed text in original document** |
| H: | Hijjra, Islamic calendar year. |

**[TN: This document is a diary; however, it does not appear in its chronological order. From page 214 to page 223 of this translation, the content is an exact copy of English notes of unknown origin that were found with the original document (pages 219-228 of the source document)]█**

UNCLASSIFIED//FOR PUBLIC RELEASE

Jujitsu        *JIUjITSU*
The attack can be thwarted by a series of effective strikes or by swift movements.

The Aikido

Kendo / The way of the sword.
*Kendo*
The fighter has two swords
The long [sword] for ordinary uses
and the short one for close quarters.

*Kyudo*
A bow is used here

The Ninja
Shorinji Kempo
*Shorinji Kempo*

3

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Bravery is to undertake a risk, for a specific goal, which might have an adverse effect on you only.

As for recklessness, it is to undertake a risk, with or without a goal in mind, which might have an adverse effect on you as well as others.

Shukri/ the father of [IL].

4

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]
[IL]

However the poems
(-) The shuttle
(The short and fat)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

The American

It was in 1941

The law of gold reserve
1937
[IL] during the reign of Franklin Roosevelt

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

The poet said?!
Let those who are ruling the Arab land hear
About the ordeal of the truth while humans are in deafness.

Those whose sense of honor died in their chests
Nothing will resurrect them from nothingness.

As if they are devoid of feelings, wow be unto them
Like hitting a rock or hitting a [IL].

7

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

A good looking female slave [IL]
I went to the Prince of believers "Al-Radhi Billah" and he told me: Where were you until
now. So I explained it to him, and he ordered some of his servants – meaning his young
men – so he went ahead and purchased her and took her to my house, and when I came
[home] I saw her and I figured out how the whole thing happened. [*sic*]

So I told her: Stay upstairs until I sheltered you-or to become clear to me that you're not
pregnant by getting her menstrual period. And I requested an issue............. [*sic*]

That got me baffled so I followed my heart rather than my knowledge [head], so I told the
servant: Take her to the slave merchants as it is not her fate to keep me away from
knowledge by occupying my heart. So the servant took her and she said to him: Let me
tell him two letters [words] she said you are a man with position and brain...................
[*sic*]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

(The Paranoid) [Paranoia]
An oppressive psychological illness where one misinterprets the behavior of others.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

**Greetings from**
**SABIC**
**Saudi Arabian Basic Industries Company**
**and the companies ancillary to it.**

10
UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

## The Arabs say

The Arabs say in relation to the absence of clothing ad weaponry:

Hafi:  Someone with no shoes.

Aryan:  Naked.

Hasir:  Bare-headed.

A'zal:  Unarmed.

Akshaf:  Someone without a shield.

Amyal:  Someone without a sword.

Ajam:  Someone without a spear.

Ankab:  Someone without a bow.

## Sayings… in respect of wealth.

'Umara said:

UNCLASSIFIED//FOR PUBLIC RELEASE

**UNCLASSIFIED//FOR PUBLIC RELEASE**

Even if people know him as a thief, he is an honorable and respected man until he's
caught, then they curse and [IL] him.
The thieves and the crime
Even the infamous thieves [IL]
Those who are known to be [IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

Everyone in this [IL] is a thief my dear, starting from a little child who stole sugar from home or a candy from the store.  Or the mayor who gets bribes to the police officer, and the honorable here my dear is the one who knows how to [IL] crime.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Harbor
(Pearl Harbor)
The Japanese attack

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

These are the written numbers
[IL]
[IL]
[IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

Bermuda Triangle
It stretches from Bermuda and Fort Lauderdale, Florida from the North and South
then heads south to Cuba past Puerto Rico.

UNCLASSIFIED//FOR PUBLIC RELEASE

The inventor of the writing for the blind (Braille Luis
(1780)
The inventor of the wireless [communications] (Guglielmo Marconi) [*sic*]
The inventor of the Radio 1937


[IL] Restaurant..
The manager has a theory, for the young men he sends the most beautiful waitresses and
for the young women he sends good looking (waiters) and if it was a couple, he sends an
old ugly woman or a fat ugly man.  [*sic*]

(Thomas Edison) the inventor of the light bulb.

UNCLASSIFIED//FOR PUBLIC RELEASE

(Friedrich Wilhelm Nietzsche)
Christianity deprived us of the harvest of ancient genius.  Later, it deprived us from
Islam.  That great culture, the culture of Moorish Andalusia was trampled down, why?
Because it was raised from superior roots and noble instincts, yes from male instincts.
That culture did not deny life but responded to it in a positive way and opened its heart to
it.
Later, the Crusaders fought that culture instead of kneeling down on the turf and
worshipping it.  Our culture in the 19th century is poor and [IL] compared to the Islamic
culture in that time.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

O 'Umar those who we love have left

And we remained [IL] like swords

Those were the days O Bin Ma'adh that God [IL]

From the people Thamud and 'Ad

(Valentine's Day) the celebration of love in the west

2/14

| 21 | March | the Theater International Day |
|----|-------|------------------------------|
| 29 | April | the Dancing International Day |

[Crossed out words]
~~How so and you were~~
[Crossed out words]

(Antarctica)
It's located near the South Pole
And it's uninhabited

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[Crossed out words]
Greetings…
[Crossed out words]
[Crossed out words]
May God reward you with goodness.
On Thursday, after dusk
1/11/95

UNCLASSIFIED//FOR PUBLIC RELEASE

*Iclohcl  HTH* [*sic*]
Sodium Hypochlorite for laundry
Medicine
He confessed; [declared] in front of the judge, to ten times the amount which created
confusion to the government, and got out.

A million million (tri
A thousand million (billion)
[IL]= 10 Million
The unrhymed poetry (balanced poetry that does not rhyme)
Prose does not rhyme.

A series of international novels
A story/ translated by/ Sabah Al-Juhaym
You are [IL] of a woman
An outer garment of a woman

**UNCLASSIFIED//FOR PUBLIC RELEASE**

The uniqueness' of Islam or its problem in some people's view ~~that it does not leave~~
Does not give to Caesar what belongs to him and what's God's to God, rather it gives
everything to God.
And [IL]
United News
[IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]
[Crossed out]

UNCLASSIFIED//FOR PUBLIC RELEASE

The Normans or the Normand are the Viking people
Norway
Sweden
[IL]
(Paraffin) injection makes the lips thick
The succession of truth
Love
Hate
[IL]
Muhammad Shah

█████████████████████

█████████████

Important dates

Uprising
*Uprising*

(The BC date) Before Christ
4000 BC/ the beginning of the inscription

977 BC          (David, peace be upon him,) conquest of Jerusalem.
963-923 BC     The reign of (Solomon, peace be upon him)
608 BC          The occupation of the Kingdom of Judah and then the Kingdom of Israel
                by the Egyptian Pharaoh.
630 BC          The Romans capture Jerusalem.
287-212 BC     The life of Archimedes the physicist.


(The Hijra date- H)
1 H/
2 H/            Fasting Ramadan becoming a religious obligation.
3 H/            The raid of (Uhud).. _ Lion's Hamra' raid.
4 H/
5 H/            The raid of (Al-Khandaq).
6 H/            Al-Hudaibiya peace treaty.
7 H/            The raid of (Mu'ta) – the raid of Khaibar.
8 H/            The raid of (Hunin)-The conquest of (Mecca) the 17th of Ramadan.
9 H/            The raid of (Tabuk) the month of Rajab.
10 H/           The farewell pilgrimage.
11 H/           Desertion [Islam] wars.
12 H/           The conquest of Iraq during the reign of Abu Bakir, may God be pleased
                with him.

**UNCLASSIFIED//FOR PUBLIC RELEASE**

█████████████████████

█████████████

| | |
|---|---|
| 13 H/ | |
| 14 H/ | Al-Qadisiyah battle against the Persians. |
| 15 H/ | Muslim's conquest of Jordan by Sharbil Bin Hasnah. |
| 16 H/ | |
| 17 H/ | The conquest of Jerusalem during the reign of 'Umar, may God be pleased with him. Al-Ramada [IL] year.  Al-Hijaz [IL] world. |
| 31 H/ | Collecting the Holy Koran in one book. |
| 34 H/ | _____ Dhat Al-Sawari battle between the Muslims and the Romans. |
| | |
| 91 H/ | The Conquest of Samarkand and Bukhara… |
| 42 H/ | The fall of Jerusalem in the hands of the Christians after a siege of 40 days and the fleeing of the Fatimid, Shiite leader (Iftikhar Al-Dawla) on Friday 23rd of Sha'ban, during the reign of the Fatimid Caliphate Al-Musta'li Billah. |
| 583 H/ | The surrender of the crusaders in Jerusalem after being besieged by the victorious king Salah Al-Din Yusif bin Ayyub on Friday/ the 27th of Rajab, which corresponds with the Al- Isra' incident of the prophet Muhammad, May God's prayers and peace be upon him. |
| 857 H/ | The conquest of Constantinople under the leadership of Muhammad Bin Murad Al-Fatih. |
| 897 H/ | The fall of Granada which marks the end of the Muslim ruling in Andalusia. |
| 92-95 H/ | The Muslims entered Andalusia. |
| 1334 H/ | First World War. |
| 1343 H/ | The abolition of the Islamic Caliphate system. |
| 1386 H/ | The establishment of Abtal Al-Awda Organization [The Return of the Heroes]. (A nationalist [organization] which later merged with the Popular Front) |

██████████████████

██████████

(Anno Domini).  AD.

| | |
|---|---|
| 570 AD [UI]. | |
| 711 AD/ | The conquest of Andalusia. |
| 1871 AD/ | The war between France and Prussia. |
| 1897 AD/ | The first Jewish convention which took place in the city of (Basel) Switzerland. |
| 1914 AD/ | The beginning of World War One.. (Turkey-Germany-Austria against France-Russia and Britain). |
| 1915 AD/ | Turkey joining Germany. |
| 1917 AD/ | The Inauspicious "Balfour" Declaration.<br>- The destruction of the Czarism rule and the emergence of Communism. |
| 1918 AD/ | The end of World War One. |
| 1923 AD/ | The beginning of the British mandate over Palestine on behalf of the "League of Nations." |
| 1924 AD/ | The end of World War One, officially. |
| 1931 AD/ | The emergence of the Arab movement aimed at freeing the Arab countries from foreign rule under the command of the Druze leader (Shakib Arsalan) .. |
| 1933 AD/ | (Hitler's) taking over the rule in Germany. |
| 1935 AD/ | -The rising of Al-Qassam movement. |
| 1936 AD/ | -The great Palestinian revolution..<br>- The German occupation of the (Rhine) River. |
| 1938 AD/ | The German occupation of Austria.. Prelude to war 2.. |
| 1939 AD/ | German occupation of the Czech capital. |

███████████

███████

| | |
|---|---|
| 1941 | The order to occupy Russia and the declaration of war against the United States of America. |
| 1943 AD/ | The beginning of World War Two. |
| 1945 AD/ | The [detonation] of Hiroshima and Nagasaki [nuclear] bombs. |
| 1947 AD/ | The establishment of the state of Israel. |
| 1948 AD/ | The year of the catastrophe: * January- the Arab armies entering Palestine. That's (Egypt-Jordan-Iraq-syria-Lebanon) *March- the massacre of (Dir Yasin) *May- (Britain's) abandonment of its mandate of Palestine. |
| 1949 AD/ | The truce between Israel and (Egypt-Jordan-Lebanon- Syria) |
| 1948 AD/ | The assassination of (Imam Hasan Al-Banna) February, 12th (May God bless his soul) |
| 1956 AD/ | The tri-partite aggression against Egypt (Britain-France-Israel) |
| 1957 AD/ | -The Soviet Union's launch of their first satellite. - The withdrawal of (--) from Egypt due to pressure by the American President (Eisenhower) |
| 1964 AD/ | The establishment of the Palestinian Liberation Organization (FATAH) |
| 1967 AD/ | -Israel begins its military occupation of the West Bank, Gaza, Sinai, and the Golan Heights.. (The occupation of Jerusalem) - The six day war in Egypt. |
| 1968 AD/ | Al-Karama battle with Israel in Jordan |
| 1966 AD/ | August/29th the execution of Sayid Qutub (May God bless his soul). The establishment of the Return of the Heroes Organization. |
| 1969 AD/ | The landing of the first American astronaut on the surface of the moon. -August 21st- Setting the Al-Aqsa Mosque on fire. |
| 1973 AD/ | The Glorious October 6th- during the reign of Al-Sadat. |
| 1970 AD/ | The death of Jamal 'Abdul Nasir. |
| 1980 AD/ | Camp David accord. |
| 1978 AD/ | The birth of the [world's] first test-tube female child.  Louise Brown. America. |

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]

| | |
|---|---|
| 1982 AD/ | - The invasion of Lebanon by Israel.<br>- 14 September - The invasion of West Beirut after the withdrawal of the Palestinian opposition.<br>- 17 September - The massacre of (Sabrah and Shatilah) |
| 1917 | During the First War, the Germans succeeded in wireless transmission of voice and music. |
| 1920 | The first broadcast in the world from Pittsburgh. |
| 1922 | Establishment of the British Broadcasting Corporation, BBC. |
| 1923 | Beginning the broadcasting in Czechoslovakia. |
| 1923 | Beginning of the German broadcasting. |
| 1950 | The transistor. |
| 1886 | The invention of the phonograph (Alva Edison). |
| ~~1925~~ | |

Jacques-Mande Daguerre, 1839, invented photography.

| | |
|---|---|
| 1850 | The beginning of filmed reports. |

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

1876    Important, Alexander Graham, with the help of Thomas Watson, produces the first model of the telephone.

1878    The establishment of the first central chamber of communications in America.  One year after that, the chamber of London was established.

1889    Almon B. Strowger produced the automatic telephone.

1892    The transformation of the communication system from manual to automatic in the American city [state] of Indiana.

1909    The first European automatic communication network established in Munich.

1897    The first broadcasting station established near Livernuk [PH].

1894    Guglielmo Marconi, an Italian, transmitted the wireless signals..

1912    Impact of the ship (Titanic).


[IL]

America

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

| 1714 | Invention of the typewriter. |
|------|------------------------------|
| 1880 | It was not common to see a girl in the office district of London.. |
| 1794 | First telegraphic communication line (telegraph), between Paris and Lille (by signals). |
| 1809 | The Austrians invade the City of Munich, and six days later, Napoleon repelled them. |
| 1844 | Telegraph line in London. |
| 1838 | Morse alphabet [code]. |
| 1848 | Germany lays the first telegraph line between (Hamburg and Kuksha [PH]). |
| 1858 | The laying of the Trans oceanic telegraph line between England and America. |
| 1861 | Phillip Rice calls his voice device (telephone).. |
| 1895 | First movie theater.  Paris. |

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

| | |
|---|---|
| 1957 | The age of space exploration, when a Russian missile carried a small satellite. |
| 1959 | A Russian space craft landed on the moon.. |
| 1969 | The Americans succeeded in the first moon landing with astronauts [names crossed out] (Neil Armstrong - Edwin Aldrin |
| 1450 | Johanes Guttenburg produced the first printing machine. |
| 1609 | The first newspaper in the City of (Strasbourg). |
| 1622 | The Englishman Nathaniel Butter published his first weekly newspaper (Weekly News). |
| 1812 | Steam printing machine was invented by the German Friedrich Koenig. |
| 1963 | Use of the computers in printing, in America and Britain. |

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

1916        Germany produced [IL] ships [IL].

1959        The first ship that was powered by nuclear power, the Russian ship Lenin.

1961        The first American nuclear ship (Savanna).

19.3        The airplane [IL], connecting Europe with America [IL], except after the
            end of the Second World War.

1947        The first airplane that was able to break the sound barrier is the American
            airplane (*Bellys-1*).

1941        The first helicopter (*XR-4*), American made..

1950        Approximately, the American (Edwin Land) invented the instant camera.

1963        Polaroid Corporation invented the color photo camera.

33

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████

██████████

| | | |
|---|---|---|
| 1870 | The steam road roller (to pave roads), Thomas Aveling | *Thomas Aveling.* |

1830      The opening of the railroad between Manchester and Liverpool.

1861-1865      American Civil War, and after it the railroad started.

1879      Establishment of electric railroads.

1890      The first line of tunnel metro was opened in London.

1904      The first line of tunnel metro was opened in America.

1902      The first line of tunnel metro was opened in Berlin.

1912      The first line of tunnel metro was opened in Hamburg.

1932      The first line of tunnel metro was opened in Moscow.

1813      The beginning of the bicycle in Germany, Baron Karl Friedrich, and it was a running device only.

1894      The first steam auto racing (Paris).

1893      First American car running by benzene.

1896      The first car of engineer Henry Ford [IL].

1819      The first steam ship [IL].

         [IL] (Savanna).

1900      First ship [IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

| | |
|---|---|
| 1826 | Lighting by gas started in Berlin. |
| 1828 | Lighting by gas started in Frankfurt. |
| 1833 | Lighting by gas started in Vienna. |
| 1839 | First oven working with gas was produced and assembled. |
| 1889 | The first electric generation station in London. |
| 1891 | The first electric generation station in Frankfurt. |
| 1898 | The element of radium was discovered (Marie and Pierre Curie, *Marie and Pierre Curie*). |
| 1905 | Albert Einstein (*Albert Einstein*) announces his (Special Theory of Relativity). |
| 1938 | Otto Hahn, *Oto Hahn*, the German, discovered the nuclear fission, which is (the uranium nuclei breaks down if it is bombarded by neutrons). |
| 1942 | The first nuclear reactor was established by Enrico Fermi, *Enrico Fermi*, an Italian immigrant in America, in a soccer field. |
| 1952 | The Americans were able to detonate the first thermonuclear device in the Pacific Ocean.  Few months later, the Russians detonated their Hydrogen bomb in the Arctic Ocean.. |

UNCLASSIFIED//FOR PUBLIC RELEASE

█████████████████

████████████

| | |
|---|---|
| 212 BC | The Romans conquer Syracuse (the day Archimedes was killed). |
| 100 BC | Probably the date of waterwheel (water collector). |
| 1300 AD | The German (Berthold Schwarz) *Bertolt Schwarz* invented gunpowder. |
| 1675 | The Frenchman (Denis Papin, *(Denis Papin)*) invented the steam digester. |
| 1789 | The French Revolution. |
| 1763 | The Scottish (James Watt, *James Watt*) invented the separate condenser, which developed into the steam engine. |
| Late 1700's | Invention of the cotton gin (Eli Whitney, *Eli Whitney*), an American. |
| 1600 | |
| 1700 | The Englishman (Francis Hawks, *Francis Hawks*) succeeded in generating the pyramid light. |
| 1756 | [IL] Davis invented the lightning rod..  And then the American, Benjamin Franklin, the man of the kite and the key, 1752, until the first lightning rod was assembled on the chamber of commerce in Philadelphia, in 1760. |
| 1800 | The Volta Road (first electric battery), the Italian (Alessandro Volta) *Alessandro Volta*. |
| 1825 | The design of the first, original electric engine, Joseph Henry, *Joseph Henry*, an American. |
| 1879 | Thomas Alva Edison (*Thomas Alva Edison*), an American, invented the first light bulb. |
| 1882 | The age of electricity started in New York. |

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████

████████████

[Incomplete parts of duplicates contained in the products ████████████ and
████████████ .

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

| | |
|---|---|
| 1922 | Three Germans, Engel - Massole - Vogt, produced the talking film. |
| 1925 | Transmitting picture from place to another place (television) (Logie Baird). |
| 1929 | The Reich Postal Agency (Germany) started transmitting test television programs. |
| 1936 | The first regular television transmission in England. The first American television network started during the Second World War. |
| 1950 | Regular television programming. |
| 1950 | First color television transmission (America). |
| 1960 | First color television transmission, Japan. |
| 1967 | First color television transmission, England. |
| 1961 | Russian cosmonaut Yuri Gagarin made the first orbit by humans around Earth. |

UNCLASSIFIED//FOR PUBLIC RELEASE

[See the next page]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Archimedes lived 75 years, 287 BC – 212 BC.

- (Paraffin) injection makes the lips thick.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

League / Three miles
Mile / One thousand paces, in language, it is the extent of vision
Pace / Four cubits
Cubit / Twenty-four digits
Digit / Four pinnules [IL]
Pinnule / Six hairs from the tail of a mule

- Injection with (the scopolamine) truth serum, as whoever is injected with it tells the truth only.

- [IL] level of hunger, the need for food.. Hunger, starvation, negligence, starvation, [IL], and then bulimia.

- *Testoderm*, stickers that contain the (Testosterone) Hormone.

- A capsule of "cyanide poison" for suicide, used during wars, in case a soldier fell in captivity.

([IL]) ointment to treat premature ejaculation. The penis is anointed with it fifteen minutes before intimacy.

The Heroin: Diamorphine - Hydrochloride

Dr. Arthur Conan Doyle, the creator of (Sherlock Holmes) character.

Dogs from the (Labrador) species are the species internationally specialized to guide the blind.

41
UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

* The Second World War:

- The German forces conquered Austria, by order of "Adolf Hitler" 1938 AD, and then he demanded for "Sudetenland," so the European powers agreed on the demand, fearing war.

- The German forces conquered the capital of the "Czechs" in 1939 AD, then the German forces invaded "Poland." "Britain" and "France" had treaties with "Poland," so they declared war on Germany, and World War Two started.

The German forces were able to spread throughout Poland - Denmark - Belgium - Holland - and Luxembourg - In 1941, the British were forced to withdraw from Europe, so France fell. With the Germans, there were: Italy - Hungary - Romania - Bulgaria.

Germany had a peace treaty with the Soviet Union, but he ordered the invasion of "Russia" in 1941 AD, and in the same month, Hitler declared war on the United States.
- In Europe, Switzerland, Sweden, Spain, and Portugal, stayed "neutral."

- Surah Al-Ana'am, was revealed in Mecca, contains the sentence "Around it are seventy thousand angels, roaring around it with praise.."

- Surah Al-Fatih, the Messenger of God, Peace and God's prayers be upon him, said about it "It is more lovable to me than what the sun has risen upon." Sahih Al-Bukhari.

- Mu'adh Bin Jabal - Zayd Bin Thabit - Abu Zayd Qays Bin Al-'Askar, Abi Bin Ka'ab, in the story of Abu Al-Warda'.. (They are the ones who compiled the Qur'an during the time of the Messenger of God, Peace and God's prayers be upon him.. As it is written in Sahih Al-Bukhari.

- (The Fifth Column) it was first used during the Spanish Civil War, when the general divided the army into five divisions, the fifth one was within, and they were the supporters of the enemy, from the people of the homeland..

UNCLASSIFIED//FOR PUBLIC RELEASE

**UNCLASSIFIED//FOR PUBLIC RELEASE**

- Nitrous Oxide (gas) - laughing gas.

- (Cobalt Chloride) - writing with a diluted solution of this element will not leave a trace, but will appear near a kerosene lamp or a flame, and if you blow on the paper afterwards, the evaporated water present in the air will make the writing disappear again.

- V - the symbol or motto of the opposition unity against Germany. *Victory* in English - *Victoire* in French. In the Morse code, it is (three short strokes and one long stroke) "..._", and with time, it became the symbol of assembly, internationally. Even the Germans used it in their celebrations and victories.

The hormone of [IL] will cause [IL] as [IL].

Two Surahs from the Qur'an are called Al-Zahrawayn, they are (Al-Baqara and Al 'Imran) as it is written in Sahih Muslim.

The Seven Long Ones (Al-Baqara, Al 'Imran, Al-Nisa', Al-Ma'ida, Al-Ana'am, Al-A'araf, and Yusuf), are the Surahs that the prophet was given in place of the Torah. Each Surah in it contain the story of Adam and the Devil, and they are all Makkiya [revealed in Mecca], except for Al-Baqara, which is Madaniya [revealed in Medina]. Kings are called ("Hameer" - Taba'), (Persia - Kisrah), (Roman - Caesar), (Habasha [Ethiopia] - Nijashi), (Turk - Faqan), (Copt - Pharoh), and (Berber - Jalut).

The science of [IL], is the science of extracting water from the ground, through some sign of its presence.

**UNCLASSIFIED//FOR PUBLIC RELEASE**

Ages of the prophets and messengers...peace be upon them all... approximately
Adam- (1000) years or (950)
Idris-(83) years..
Noah- (950) years from (3900-2900) BC
Hud-(His age 150 years) (from -2500 BC-2200 BC)
Salih- His age (58) since (2000-1900) BC
Lut [Lot]- His age (175 years) from (1861-1686) BC
Ibrahim [Abraham]- (175 years) from (1861-1686) BC
Isma'il [Ishmael]- His age (143 or 120) years from (1781-1638) BC
Ishaq [Isaac]-(180 or 178) years from (1761-1581) BC
Yacub [Jacob]- His age (147) years (1800-1653) BC
Yusif [Joseph]-(110 years) from (610-1500) BC
Shu'ayb / His age?
Ayyub [Job]... (92 years)  - Between the (16) or (15) centuries BC approximately.
Du Al-kafl - ((75 years)
Harun [Aaron]– (122 years) from (1439-1317) BC
Dawud [David]- (70 years) from (1043-973) BC
Sulayman [Solomon]– (53 years) from (985-932) BC
Musa [Moses]– (120 years) from (1436-1316) BC
Issa [Jesus]– (33 years) from (AD 1- AD 33)
Ilyas [Elijah]/?
Ilisa' [Elisha]/? - Around the ninth century B.C.
Yunis [Jonah]/? ... Around the second century B.C.
Zakariyah [Zechariah] / His age (120) years (100 BC- AD20)
Yahya [John the Baptist] / His age (30) years (1-30)
Muhammad God's blessing and peace be upon him/ - His age (63) years from (571 AD-632 AD)

The altitude where the gravity wanes
<u>3200KM</u>
The body which its speed is 11.2 KM/ second          information …on the go
7 miles/second, can escape from earth's gravity..
Age of the earth (approximately)… (4.5) billion years
Its weight (6) sixtillion metric tons (which is, number -6- with <u>21</u> zeroes
The earth's agglomeration is estimated to be $5.8 \times 10^{21}$ tons half diameter of the earth
(6400) KM
 The speed of light ($3 \times 10^{10}$ cm /second) - 300,000 KM/second.
 The speed of sound (340 meters/second-).
The speed of a tornado is 340/second (144KM/hour)
Substance (~~Valerian~~ Valerian) a substance which attracts <u>cats</u>
- Squash is ~~the favorite~~ the favorite food for God's messenger, God's blessing and peace
be upon him
- Melon with dates.
-Yellow melon- Al-garbaz-equals [IL] in dates.
                                     ↓
                    Arabicized from Persian
-Nonexistence of Oxygen percentage from the altitude of 67 miles.
But
-Glucose is the food for the brain and the size of the blood it needs a day should not be
less than one thousand liter.
-The food of the heart is glucose sugar or lactic acid.
- In the tongue, there are (9555) taste buds to distinguish the sweet, sour, bitter and salty
flavor.
-A single male sperm gush contains three hundred million spermatozoon.
The color and psyche / yellow revives the activity in the nervous system.
The purple indicates stability. The blue color makes the person feel cold.
The red makes him feel ~~warm~~ warm. The green revives happiness inside the person and
arouses the causes of joy and love of life.

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank]

UNCLASSIFIED//FOR PUBLIC RELEASE

**UNCLASSIFIED//FOR PUBLIC RELEASE**

[IL]

He is the person who tries to explain general matters
with difficulty and intellectual methods
While it is general, <u>known and understood</u> easily.

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

48
UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

[Crossed out words].

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

((Elba)) is the name of the island in Italy where the Emperor Napoleon Bonaparte was sent into exile.
Perestroika (rebuilding)
Glasnost (openness, publicity and transparency).

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Names and particulars from history..

*(Yusha' Bin Nun (Peace be upon him)) / the heir of Moses' (Peace be upon him) prophecy and he is the boy mentioned in Surah Al-Kahf. ~~And he~~ entered Jerusalem with the rest of the Israelites after the wilderness..

* (Jalut) / or (Goliath) he is most prominent of the Palestinian pagans in the battle ~~with them~~ between them and (the Israelites), united under the command of (Talut), he was killed by (David, peace be upon him).

*(Judea or Jerusalem) / The two parts of the kingdom of Sulayman peace be upon him after his death and it was (Judea) and its capital (Jerusalem) [crossed out word] the southern kingdom – and the northern kingdom ( Israel) and its capital ( Nablus) or (Shchakim).

 The northern state is wider.

* (Sargon) / king of the Assyrians who wiped out the kingdom of (Israel) in the year (721 BC)..

* (Nebuchadnezzar)/ he was the king of Babylon. He marched towards Palestine, the two sections (Judea and Israel). He defeated the Pharaoh of Egypt (after the latter occupied the two kingdoms) and he retook the two kingdoms and he destroyed the Al-Aqsa Mosque on (587 B.C.) and that was the first destruction for the temple.

* (Qurush Al-Ikhmini)/ King of Persia, invaded the land of Babylon and controlled the land of Judea [Crossed out word] and showed favor to the Israelites and called them (Jews) and their religion (Judaism) and he returned them to the land of Judea..

*(Emperor Titus)/ he is the one who burned the holy city and destroyed the Mosque and no brick over brick was found, as Issa, peace be upon him, warned the Israelites, and that is the second destruction on (AD 70).

*(Adrianus))/ He came after Titus and wiped out the landmarks of the Holy city and removed the ruins of the structure in year (AD135) and built in its place a  pagan temple and named it (Jupiter), after the name of the (God of deities) with the Romans.

* (Constantine)/ he is the Christian Roman Emperor, he is the corruptor of Christianity and introducer of the trinity belief in it. During his rule, the Christians destroyed the pagan temple (Jupiter).

*[Crossed out words]

UNCLASSIFIED//FOR PUBLIC RELEASE

((Linguistic meaning))

The restrainer/one that holds back his urine

The restrainer/ one that holds back his stool

The ripper/ one that tears up his foot, means squeezed it and pressed in wearing tight shoes

Erection/ lustful desire for sex

Erectile/ one that has lustful desire for sex

To live in celibacy/ discontinue from marriage willingly

 The scarecrow/ what is put up in the field as man's shape to frighten the birds which destroy crops.

[IL]/ dates mixed with oil and cheese and knead very hard.. and may be [crossed out word] became [IL]

[IL] A type of basils which grow up in the stagnant water.

Sackcloth/ clothes which have delicateness in its weaving and its threads are thick.. Made from scrap of hemp.. Dressed in the hot at sleep..

[IL]/ Sadness

Slave traders/ traders of the black and maid slaves..[IL]

Tinkling/ a hold back in man's tongue or hastiness in his speech

The accent and [IL] / knot in the tongue and ambiguity in the statement

[IL] to speak from the end of throat

The fragment/ curving the tongue during the speech

Stumbling/ situation where the sound of accent and [IL]

[IL] The letter R to become L during the speech

The repetition of letter F/ to repeat the letter F

The repetition of letter T/ to repeat the letter T

Folding up/ where there is [IL] in the tongue

[IL] not to bring out the speech

The rattling/ where there is insertion of the speech in some of the disjoint/ to talk with himself.

Particulars and expressions

-AIPAC/ (*AIPAC*)/  the American-Israeli Public Affairs Committee

-Schizophrenia/ A psychical disease- schism of personality

-Catatonia/ a psychical disease followed by a muscular contraction and the person suffering neither responds to the talker nor to any outside influence.

*[Crossed out word]

((Hiya Nina)) A small bird from India that speaks with fluency that surpasses the parrot.

- The Encryption/ it is a method to arrange the whole alphabet by using numbers or changing letters..[It is better to use "certain key"  ... and a special key at [IL] from its image

-transfer every letter one place as if it is one to the length of the letter

-transfer every letter, number of the squares even a certain letter, the transfer becomes to the back with a certain number of squares and differs from the first transfer

-Put the numbers in the place of the letters to fit the alphabet order

-Put the numbers after transfer one place or a number of squares

-Proletariat- the working class

-Bourgeoisie- The capitalist class

-Imperialism it is the oldest capitalist state, it is strong and imposes its control on other state through the economic, political and military strength..

-Aristocracy- power of special people.. He, she to rule the people class [IL]

-Melodrama. In French (*La Feerie*) ((Show of the paranormal fantasy))

((([IL] tragedy is exaggerated.))

* Al-Jihad
Language/ The utmost energy a person can sacrifice to win a noble
Or acting to push every evil
Legally/ Fighting and assistance within it.
- 'Udhra:  A tribe in which Al-Hejaz is its homeland and is known for its pure love and to
it the pure love is attributed.

███████████████

███████

*2* Linguistic meanings

-[IL]/ Is the female of Ibex

The pumpkin tree/ the squash tree

The [IL]/ a sweet made by spreading the dough and lying on its top crushed almond and fine sugar, mixed together with rose water, and then it is folded, rolled and cut to small pieces, and then the crushed pistachios are spread ..

-"Ju Jitsu" Japanese Wrestling..

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

[Crossed out words].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

-As long as the earth moves and evolves around itself once a day and around the sun once a year..

Then, we can not say the earth moves in a speed [IL] after the speed switches [crossed out words] speed/ [IL]

[IL phrase]

Annual speed

And divided by 2

___   and becomes the original speed:

___   Theory/ If the atomic bomb [crossed out words] is the result of the splitting nucleus..
Then the sun's nucleus [IL] and the judgment day awaiting then the explosion is universally general

UNCLASSIFIED//FOR PUBLIC RELEASE

[REDACTED]

[REDACTED]

The sun [IL]

[Different sketches]

‖ The human being [symbol]
    The Jinn [symbol]

(The world)
 The crazy one said
The sun is round and the rest of the planets are flat and it circulate around it selves only
[crossed out words] once a day and never revolve around the sun
The human beings live on the surfaces of planets and the Jinn lives in the bottom.
They [crossed out word] walk in reverse    The Jinn visit the humans' places and walk on
the roofs
The rest of the planets, some of it are occupied with smart human beings and some do not
have Jinn and some its Jinn is smart and its human beings are evil and some are only
animals..

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████████

███████████

[Blank].

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]

Three different signatures.

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

████████████

First test tube baby (Louise Brown)

America

Year 1978

[Three different signatures of Ahmad 'Abdallah].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[TN:  A portion of the previous page appears on this page.]

Three things that can not be taken such as having to leave a country that you admire and being away from syblings and losing a  beloved one.
Fathers might be good for the young; however, they will not be when they are old…
I keep myself hopeful.  How hard it is without the space of hope.
I was not content with life and the days are upcoming.
How would I be content with what had passed in a hurry.
Seeking  safety impacts one's determination for loftier goals and it makes him lethargic.
So, if you move towards it, dig a tunnel or ascend a ladder to the sky and retire.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

He loves me more than any of my brothers…He agrees with me in everything I wish and he keeps me safe. So, what do I have with him? How did I love him. I would share with him all my …[IL]…I …[IL]..brothers…[IL]…tell them…[IL]…

If a person divulges a secret and he blames others, he would be considered a fool.

If someone's heart is tight to keep a secret, the heart of the person that gets the secret is even tighter….[crossed out]

-Death is like a door and all people would go through it. I wish my poem: there is no home beyond the door. The house is paradise if you please God and if you disobey him, hell is awaiting you. There are only two places for a person. So, you should choose which one to have.

70

UNCLASSIFIED//FOR PUBLIC RELEASE

[TN:  a portion of the previous page appeared on this page]

The British make fun of the French for they eat frogs.  They even call them…[crossed out] frogs.

And the French transferred it to Lebanon.

Luck would have it that  they invited the Lebanese poet Amin Nakhla, who is a long time friend of  Ahmad Rami, to eat a frog.

 He told him: " He invited me to a delicious feast.  He told me he would feed me a frog. How would frogs be good while they call the night home; with a walk that resembles a bear that walks on four legs; with a skin that look like an old leather…So, I will not have that hated food and…[IL]..o frog.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Not every fat man is healthy…[IL]…

I see the kings who are believing in the lowest values and they are not content to live moderately

So, seek the faith instead of the world of the kings just like the latter sought palaces rather than their faith…

- Every stranger longs and he remembers the family, neighbors and homeland.
- And I don't have a homeland to recall except the graveyards for they have become a homeland.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Some of the poem…[IL] that is difficult to mention.
…[IL]…with worrying…[IL]..Had I kept the love secret as we were and you were; however, that did not happen.

If you like to live, you should seek the center…[IL]…Conviction is treasured and look at those who owned the world altogether…Have they left without cotton and a shroud…And don't seek high hopes for they are the traits of people who lie.

-Mohamad Bin Dawood heard…[IL]…If you have an opinion, be proud of it…Being hesitant is what spoils an opinion.  He said:  If you were determined to do something, do it sooner for losing determination is due to …[IL]…

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████████

████████████

The four who have inside them the spirit and who were not normal men and women [Adam, Eve, Saleh's she-camel and…[IL]…Israel
- The man who is fatherless [Chesus, peace be upon him]
- The man who is motherless [Adam]
- The grave that…[IL] …its occupant [Hot Yoonis, peace be upon him]
- …[crossed out] the spot on which the sun shined once again [the sea opened for the people of Israel with Moses]

A- …[crossed out]  Let us hope for the rain from God…

-O king, don't ask the people and sun.  It is suffice for you the help of God.
- And if you ask the people for a drink, they would almost do it if he agrees to …I

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

With a symbol for a language…And the speaker has the meaning…

It was said that someone was ruling and in control while about to die…
It was said that I have not seen anyone unless I hit him on his lung…
I have not seen an infidel or immoral…The infidel is…[IL]…Or the farmer who houses the immoral, who is naked.
-I have not seen anyone who was prostrating and praying…The one who was prostrating is the…[IL]…his face.
The one who is praying is the one who focuses…

The worshipper comes after the former…

Tell the one who is distracted with love and tomorrow for him is not certain…[IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

Yes. They envy my death. Even with death, they don't like me....

And if someone, who is lacking, speaks ill of me, it is a testimony that I am complete.

Don't look at the origin of an individual; rather, look at his deeds and then judge him...

...[IL].

P- So, you should honor yourself and don't let life ruins it.
You have so many friends; however, few are worthy of you...[IL].
Q- I used to seek refuge with them to relieve my anguish, but they represent my agony.
So, to where should I flee...

R- The morals of men render a nation ill and there is a cure for every sickness except foolishness, which sickens those who attempt to cure it.

UNCLASSIFIED//FOR PUBLIC RELEASE

G- The intelligent man seeks abdundant life with his wisdom while the ignorant…[IL]…

H- …[crossed out "the intelligent one']

O God, I cried because of him and when I got away, I cried on him.

   I-   We molded him in silver and he displayed his iron meaness…Seeking knowledge
        is a good deed …[IL]..

K- The affairs worsened and had they not become worse, they would not have
straightened out.

L- I admonished 'Amro, but when I left him and tried other people, I cried on 'Amro.

M- All of them are not people of faith and the rich is …[IL]…except …

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████████████

██████████████

[TN: A portion of page ████████████ appears on this page]

Some of the sayings from…[IL]…the lexicon…

A-
Like any abundance, food is perishable without a doubt…The people who are not careful will get lost…[IL]…Even if the enemy seems peaceful, he would attack you if you are weak…[IL]…
Knowledge is source of pride for those who seek it; however, extensive experiences lead to wisdom…

B-
We straighten out what we fear to change by salt.  So, how would a jealouse man do it

C-
The lizard scattered around a bush and who knows what bush…[IL].

D -…[IL]

E- My  beloved…Love is hard to fall in and the strong people…[IL]…

Your image is within my eyes and your memory is inside my mouth and your home is within my heart…[IL]…

UNCLASSIFIED//FOR PUBLIC RELEASE

'Abdullah bin 'Abbas, may God is pleased with him, said:   God, the exalted, created 40,000 scholars…[IL]…They don't know it except him.

[TN:  A portion of the previous page appears on this page.]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

████████████

[TN:  A portion of the previous page appears on this page.]

The psychology expert William James says:  God will forgive our mistakes, but the mental system will never do it.

'Ali, may God honor him, said:  knowledge is a river and wisdom is a sea and the scientists can roam around the river whereas the wise can dive into the sea and the knowledgable are rescued.

…[crossed out "say"]…It was said before:
O you the teacher…[IL]…the education is like prescribing a medication for the sick and you adivse us  while you are wise.  So, start with yourself and when you are done with it, you will wise up.   There are those who accept what you utter and is guided by you…Don't misbehave for you will be greatly ashamed.

Al-Fadhil said:  if the knowledgable people honored themselves and care about the science and maintained it like God did, the great ones would follow them as well as the people; however, if they humiliate themselves and changed their knowledge for the people…[IL].

Five thousand years before Christ, the Greek philosopher, said: "Everything alters except the law of change for you don't create a river with two springs…The river changes every second and so is the man for life is in constant change. The only certain aspect of this life is the moment that we live in. So, why should we distort the beauty of this moment and day by concerning ourselves with the worries of the future that is subject to the law of change."

-The fame Indian author Kadisa: "Take a look at this day. It is the life and the essence of life.
The miracle of your existance will be manifested in few hours…The miracle of evolution, the glory of endeavor and the magnificance of production for yesterday is not but a dream and tomorrow is merely a fiction. As to today- and we lived it as it is supposed to be- it renders yesterday a joyous dream and tomorrow a fiction that is copious with hope.

This is how we should we salute the dawn…

UNCLASSIFIED//FOR PUBLIC RELEASE

[TN: a portion of the previous page is appearing on this page.]

The statement of Abdullah Bin Al-'Abbas to Abdullah Bin Al-Zubir when he took pride in being close to the Messenger of Allah: [I take pride in whoever is proud and I become exalted because of him, the exalted].

Every morning...
I turn on the faucet while tired and wash with the water of ...[IL]...So, the water pours on my hand and as soon as...
And when I am forced to sit down  and eat, I see around me skulls an skulls...

The poet:  Amal All-Danqal

- Said bin Al-Musayab said:  The hand of God is supreme as far as his worshippers [So, when someone put himself..."crossed out 'God places'" God places ...[IL].] the people are placed under his protection and  take care of their jobs and if God seeks to expose someone,  the worshipper would be removed from his protection and he would be exposed before the people...and your God is not unjust with the worshippers...

- The happiest man...The happiest man is the one who take pride in his day and who says with pride,:  O tomorrow...Be whatever you would like to be for I have live the day never mind yesterday or tomorrow.

The Roman poet Horas came thirty years before Chesus Christ, peace be upon him.

UNCLASSIFIED//FOR PUBLIC RELEASE

...[IL] said:

O man with a lot of concerns, don't be distressed and be patient...

The patience of a Muslim, it is harmful to...[IL]...
You might get a solution...[IL].

The commander of the faithful 'Ali bin Abi Talib, may God have mercy on him:

I tell myself that is troubled and crying to be patient during harsh times for God will help us go through them...

About Abi Bakr Al-Sadiq, may God be pleased with him:

- Darkness number five elements and the light has five elements...
- Life is dark and light will conquer...
- The sin is dark and light is more powerful
- And the grave is dark and the light calls for "There is no deity but Allah.  Mohamad is the messenger of Allah."
- And the hereafter is dark and light is based on pious deed.
- And ...[IL] is dark and the light ...the certainty.

UNCLASSIFIED//FOR PUBLIC RELEASE

The prayer of...[crossed out]...the hated...He performed ablution and he prayed four times and he said  during the last prostration: O beloved...O with the pious throne...O the doer of what he wishes...I ask your mightiness that is unmatched and your kingdom that can not be matched and with your light...[crossed out] that...[crossed out] fill the pillars of your throne to end the evil of this theif...O  helper, save me...O helper save me and he said it three times...

-O the exalted...O mighty...O the knower...O the knower...Praise the Lord!...There is no deity except you...If I was an oppressor...

- Our Lord, who is in heaven...His throne is in heaven...Our Lord who is in heaven...Your name is blessed...Your  word is supreme on earth and in heaven and just like your mercy in heaven, have it on earth.  Forgive our sins...You are the forgiver and merciful...O Lord, have mercy on us and cure our pains- From the narrative of ...[IL]...

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

-'Abid Allah bin Abdullah bin Mas'ud...If you wish to meet...[IL]...I am tired and the purity is not abundant...

- A message of Abdullah Al-Mubarak and...[IL]...to Al-Fadhil Bin 'Ayadh and both are some of the great scholars of Al-Salaf.

O worshiper of the two noble sanctuaries, if you see us, you would know that you are abusing worshiping....[crossed out]...

Whoever was crying, our swords are dripping with blood...
Or those who get their horses tired on an unjust issue for our horses get tired in the morning...
The wind of the scent is for you and our scent is in the air...

-The poet said after articulating a description of heaven and etc...
He said: o you, the seller...this is greed as if you are not aware what you will learn...
If you are not aware, that is a dilemma and if you are aware, and that is a deeper predicament...

...[crossed out...]"the...[IL]...said...[IL]...about writing...[IL]...spirits...[IL]"]...

-...[crossed out]...
- o man who is worried...
-If you are troubled, think about your pain...[IL]...easily, don't leave.

UNCLASSIFIED//FOR PUBLIC RELEASE

[The truth itself when you delve into it, you will discover that it is not devoid of deception and lies so don't be fooled by the joy of...]

The specialist in Psychology Solto Marstin said: The ability to focus on the thoughts is normal with any prominent person from any aspect of life.  At any certain moment, the superior...[crossed out] individual focuses his all thoughts in a unilateral action that he is assigned with and most of us lack this capability to focus and are confused by the fluctuations and preoccupation and conflicting interests...

-...[IL] human becomes an amazing and efficient tool if he focuses greatly on...[IL].
- ...[IL]...requires patience for moving...[IL]...and then you throw yourself at the end...You are able to  focus with your will...[IL].

- And the best thing that would keep you away from wandering and circling and to prevent disintegration is that body and brain should operate together.

Hafez Ibrahim said:

Don't you think that education alone will suffice unless it is guided by the lord.

The poet said: the days drills your body and death calls upon you o you awake.

It will not be good for the people...[crossed out] ...They are not innocent and there is no innocense  ...[IL]...

And now...Me and the group ...To be more precise, we decided to soon...[crossed out]...
Stay for a week over here at this camp...[crossed out]...We review light
weapons...[crossed out]...[machine guns]...during...Then, we move to another camp -
nearby-run by Al-Qaeda too- to take part in a special session for explosives...

As you know, I have decided  - from the outset- to prepare for all types of preparations -
as special sessions and not specialized...etc and my group share with me this decision or
to be more precise, some of them....End.

[crossed out lines]

- Today is Monday, 4 Rajab
Excuse me, today is Tuesday and I did not have a proper time to write you yesterday...
And today...I will complete the subject of last Tuseday.

[crossed out lines]

And pardon me, I see that the time is not appropriate to inform you of those opinions for I
will tell you some day...Greetings.

[crossed out lines]

and I await for your statement regarding " relative viewpoints" or "fourth dimension
opinions].

[TN: a portion of the previous page is on this page.]

Today is Tuesday...corresponding to 29 Second Jamadi, 1413 H; Dec. 25, 1992...

Do you know that I have a certain opinion as far as some issues...
I believe that I should make you aware of this and that is my lung and that is relative and relating to the four dimensions especially the time and place and in some matters...I ...[crossed out]...become  attached more and more ...[crossed out] with time and place-timing place or placing time...

You might think that since you are assuming the personality of Hani 2...It is silly to interject or introduce special relativity or...or...the fourth dimension....or any of theories of ...[crossed out "Physics and Mathematics'] ...[Physics or Mathematics or Physics, Mathematics or Physics, Mathematics or Chemistry...etc.]

And it is really silly to interject or introduce Eienstein or any of the scientists when expressing a certain viewpoint...especially if it was the type...[crossed out "that'] you will read it, God willing...And you were destined to live and it will not....

* Note:

Today is Friday
1 Rajab, 1413 H
For two days, me and the group have been inside Al-Faroq Camp and we joined on the basis
of " newly arrived guys on the scene"; however, some trainers realized that ...[crossed out] we are familiar with weapons and he was surprised that we came to the Faroq Camp itself, which is geared toward beginners with  basic session...

and both of them are veterans of Jihad...at least...
...[crossed out] ...They are more senior than me in terms of age and Jihad
and the third person, who was supposed to accompany us, was delayed. So, we had to leave without him...And he might come later on... and he is Abu Abdullah Al-Tablighi...The holy fighter...
And nothing else except...

Praised be to Allah...We returned to Afghanistan...[crossed out] for preparations and training and both are good. As to sitting in Peshawar...[crossed out "it was']...[crossed out]...It was not good and Allah is the knower...At least, as far as me...

Greetings.

Signature

Note: The Holy fighter Abu Abdullah came and the group is complete....[crossed out].

UNCLASSIFIED//FOR PUBLIC RELEASE

[TN: a portion of the previous page is included on this page]

Today is Sunday..
And almost...Praised be to Allah

I am...[crossed out] to go...[crossed out "for you'] to one of the training camps...It is Al-
Faroq, which is a camp of Al-Qaeda
Note: Al-Faroq Camp is ...[crossed out "basic...are you aware of Al-Qaeda'] basic...

I might tell you later about "Al-Qaeda"...Bin Ladin's group.

Greetings.

Today is...[crossed out "is"]  Monday, 27 Second Jamadi...
- and I am not fasting today...because of the trip...I might not have told you.

Finally, I left Peshawar.
Now.. The time ...[crossed out] is 7:30 P.M. and since four hours ago, I and my
comrade...and in...[IL]...[an exhausting day] for him on the road to [Khost], where the Al-
Faroq Camp is.

Now, I am at one of the receiving centers...[crossed out]...Al-Qaeda receiving center and
tomorrow, God willing, we will head for the camp and may God help us succeed.

Note:
My comrade:  [Did you write it...Correct or no?]
They are the Egyptian Abu Yahya Al-Misri, called the King of Hawn and the other one is
the Palestinian Abu Imad. ..

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Friday/ the same date of the previous page...
The time is almost 7:30...
Praised be to Allah...[crossed out]...We prayed the Al-'Asha...[IL].
And...
I have decided today not...[crossed out]..to go to Bosnia for the issue and the road that I took was not  appropriate and...[crossed out]...
[zandabad] or long live Afghanistan and...without a comment.

Greetings

And I will let you know of what I will decide--------important

The faithful to Hani 2

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]. May God's mercy be upon 'Abdullah 'Azam…
Dear Hani 2, I advice that you go back to his books and his tapes. God, be He exalted, will not cast us astray. [IL].

Certainty in God and certainty in God's promise is the solution… God knows best, but trial is a must and this is God's way with His worshiper. Trial and Testing require belief which, in its way, leads to certainty; they require trust and patience…so the pledge is to God, to the Lord.

████████████████████

████████████

Today is Friday…Prayers be upon our Prophet (Prayers and peace be upon him.) I do not think that there is a need to mention the date but I think the time is important but not to that extent. It's 10:00 o'clock in the morning…Today, in the evening, I will, or will not, have made my decision regarding jihad in Bosnia and Herzegovina. [IL].

~~But there is another thing~~…
~~The issue of the young men (Al-Ansar) now is indeed a burden on me.~~ [IL] ~~accept them~~ [IL] ~~where to live. Too many of them can not go back to their homeland countries because they have been documented as terrorists in every state with no exception~~ [IL]. ~~And the default is not in Islam, rather it's in them. The truth is that all the rulers of the Islamic and Arab, especially Arab, states are traitors who work against religion. That's the reason that there is Fundamentalists who demand for the Islamic law to rule.~~ [IL] ~~the threat to the thrones of those idols~~ [IL] ~~There will be long questions in their minds~~ [IL].

At that time, I will be Hani *2*...As for Hani *1*, he died (He died time wise, not body because the body is one and the soul is one too) It's only a name, a nonsense that I may have named myself so that Hani *2* can talk and confide to it... (I repeat, to begin with, I don't believe in reincarnation and I make fun of those who believe in that illusion.

What do you think now...?
Should I go to Bosnia to do Jihad there in God's path? Or should I prepare myself militarily here in Afghanistan and then decide later?

- Any answer...?
- Tell me, dear Hani *2*. I need an answer.

Sincerely, Hani *1*

A person believing in reincarnation…

He is always thinking about the future of his (soul) after it leaves his body. He is afraid that his (soul) will occur in a worn or a poor body that lacks wisdom and knowledge. For this reason, he tries to control (relatively) his soul after death through spiritual exercises, so that when this (soul) ends up in a certain body, [IL] It wakes up early from the spiritual coma because of the hard spiritual transportation. The soul leads the new body to where it stopped in the old body. It may lead him to the treasures (knowledge or gold or any other treasure) which the former body had buried so that the second body, with the same soul, will benefit from it.

But what if the second body happens to be a cow or a cat, for example?

Dear Hani *2*, I hope that you understand what I mean, in a way that I am the first body and you are the second body…It is one soul (although the two bodies, 1 and 2 are separate) and the spiritual transportation age is the 30th which I marked you to be Hani *1* at the begging of writing these portfolios where after age 30, Hani 2 receives them.

96

And now, after I clarified the case for you…Can you give me answer? Can you advise me? Can you say something?

I know that you will not answer me nor will you advise or speak. You are like an idol but dear Hani, I will not worship you. The only thing…My way of talking to you while you are silent with no answers, in spite of my repeated pleas, reminds me of the attitude of the silly idolater appealing to an idol made of stone while the idol, even sillier, keep silent. To call the idol "silly" is a glorification of that inanimate body which perfectly resembles you.

My example and your example are like he who deals with reincarnation where the soul transfers from one body to another and although I don't believe in these beliefs, yet it's an expression of my relationship, (Hani *1*) with you (Hani *2*). The situation may get clarified with this story.

UNCLASSIFIED//FOR PUBLIC RELEASE

[Crossed out sentence]

Moreover, I have associated with too many young men from Islamic groups. I have also associated with too many Islamic groups as the …group…I have seen that the upbringing to which they are joyous, is short until they engage in wars and Jihad for God's sake and only then the disciplined souls will get promoted to their best where they will execute their  duties perfectly.

This is what I have seen with some by myself, in a way that some had risen, may be, to the peak but they might sink down too. Some had learned from Jihad the military experience and some other simple things only. Too many had acquired martyrdom in Jihad.

Dear Hani *2*, Sorry for making it long but as I told you before: it is only here that you read and listen to what I say. Sorry…

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

There…
There, we may face a trained and malicious army… [IL], I mean the Serbian army, so we have to be in a better level or the level that we can be.

I don't think that I can find a training field like Afghanistan.

Moreover and for the sake of telling the truth I would say that: the time I spent in Afghanistan, especially inside the fronts under the horrible shells with their sound which by itself is an announcement that at least someone will die or will get hit, the sublime meanings evolving from being close to God more and more during the times of fear and the times of hope. I can say that the time I spent in Afghanistan during those situations, had a great effect on me. In fact, I can say that I have nurtured from the right source. I believe that the best places and the best situations are in Jihad where one can find the practical application of his theoretical studies.

But as for me, I still need more of this learning until I reach the required level from myself to myself.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

I have taken whatever I have taken…
In addition…simple memory loss…

And now:
[IL].

I was asked to provide travel air tickets and other expenses to continue my Jihad in Bosnia, [IL] ~~from some of the brothers~~.

And now I'm confused…
I need more and more military training, especially that I may train some of the (Bosnian) brothers…
But I may not find a suitable opportunity like this one especially that I want Jihad indeed.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Tuesday…
21 Jumada 1413 H
10 December 1991

Dear Hani 2,
May be I didn't speak about Bosnia and Herzegovina issue and Jihad in that country.
Since the Conquest-no Conquest for Afghanistan- and the news of ~~Jihad, rather~~, the
Serbian Christian attack on the Muslims in Bosnia and Herzegovina… My heart drips
pain and hatred toward the enemy of God.
But now, thank God, Jihad seems to have been stared and the fighting is tense. Too many
Arab young men traveled there to support their Muslim brothers against the common
enemy- Turkish brothers as well and other brothers from [IL].

And now I'm confused…
I was suddenly offered to travel there. I was trying to join one of the camps to re-train to
increase and gain more of the experiences available in this Jihad field, especially in the
camps.
In fact I did not benefit from the Jihad field regarding special trainings; most of my time
was in the fronts [IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████

███████████

Today is Sunday.
12 Jumada T-Tania 1413 H
6 *DEC* 1992
~~Do you know~~ [IL].

Today is Friday
17 Jumada T-Tania / 11 *DEC.*

The weather changed suddenly. Only a week ago or more, the sun was burning the horizon, but just one day prior to that, bodies were shrinking from dry cold. Today, and after it rained along with the chilliness and no sun, the weather suddenly became more than wonderful.
In fact, I passionately adore this kind of weather, and for that, I send you only a… not worm greeting.
Dear Hani *2*, from Hani *1*.

UNCLASSIFIED//FOR PUBLIC RELEASE

In fact, I am in a hectic situation, rather, I am hesitant. My last decision after Peshawar era, which is ending shortly God willing, ~~is returning~~ is returning to Afghanistan, to the "inside" for training again but in a better way this time, a serious military training. I ask God for help.

Regarding my very private situation:
I feel that I am very negligent toward my parents, but we ask God for help, for the issue in question is Jihad, which is an obligatory ordinance upon me. It's not playing or [IL]. Dear Hani, with the time passing, I will let you know about other resolutions, plans and specific schedules. We ask God for help.
Hani.

Note:
[IL] Tell you [IL]. My opinion about the Islamic groups, especially in Afghanistan arena and my relationship with them.

Good bye.

8 Jumada T-Tania 1413 H
2 *DEC* 1992

Dear Hani *2*...
Warm greetings...
[IL].
The truth is...I don't like this situation in any way- my own status and that in
Afghanistan, even the status of the Jahadists who are confused...without [IL].

First, as for the young men, I can only say, "God's mercy be upon sheikh 'Abdallah
'Azam."
Second, as for Afghanistan, we ask God for help and no other comment. [IL].
As for me,

**UNCLASSIFIED//FOR PUBLIC RELEASE**

Today is Sunday and I think it is 5 Jumadat T-Tania 1413 Hijjri which is 29, God knows best, of November 1992. Today I am writing to you to tell you about my decision to leave "Peshawar" after four or five months outside the much-loved Afghanistan. Now I am preparing myself for military re-training but in a better way than before (God willing it will be as I expect) …
Nothing else…
Peace be upon you.
[IL] [Signature].

**UNCLASSIFIED//FOR PUBLIC RELEASE**

--The remnants of the former Communist regime...

Inside (Kabul), sheikh (Rabani) and Commander (Mas'ud) think that the government in Kabul is an Islamic one and that (Dostum) and his forces can be controlled, furthermore, Dostum himself has dissolved and joined the Islamic Government in spit of his cruel history against Jihadists.

So, the news which is coming from the Arab brothers is according to their affiliation with the Islamic Party (Hikmatyar) or Islamic Society (Rabbani), the current president of the state for a short time.

Everyone has his own opinion about this matter: the Afghani Jihadists, the Arabs, other nationalities [IL], the Islamic view political analysts and the sheikhs... (Turmoil or not). As for myself, I'm still hesitant. [IL] (done). Has Jihad ended in Afghanistan?

**UNCLASSIFIED//FOR PUBLIC RELEASE**

~~Today is Tusday~~
~~23 Jumada l Ula~~

Today is Sunday
Sorry...
You will notice a bad handwriting in the recent pages. I'm sorry [IL]. When I write quickly, my handwriting gets bad to the extend that it becomes unreadable, and in addition to that it is different from what it used to be before the injury, let alone the spelling mistakes (scribble), disorganizing and fragmented thinking and so forth.

Anyway,
More than a week ago or so, I decided / thought to go to Kabul to take up a position with the Jihadists, but there's still fear in my heart, not fear from the enemy, but fear that the whole matter might be a schism: a power struggle among Jihadists or Muslims. It might be a mere difference or having different views over things or, to that matter, over persons.

(Hikmatyar), the head of the Islamic Party believes that it's necessary to get the militias (Uzbeks), headed by Dostum, out to rid the new government in Kabul of--

UNCLASSIFIED//FOR PUBLIC RELEASE

Now I have two choices:
1. To go to Kabul and nothing else.
2. To stay here in Peshawar for several things:
   A. The second surgical operation (fill the opening).
   B. Exercise program which might last for one month, including (jogging and Swedish style exercises + body fitness).
   C. Until the situation in Kabul becomes clearer (although the news coming from there indicates improved and worriless situation).

In fact, I prefer the second choice; it's more practical, especially it lasts one month only, but who knows, I may go with the first choice in spite of everything.  In both cases, I have to abide by the last program or by some of its sections (depending on the available circumstances).
Nothing else...
And I'm sorry for the bad handwriting. I'm a bit tired because of the constant traveling to Islamabad.
Good bye.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

First: The beard has become a symbol of religious extremism for those who are religiously illiterate; therefore a bearded photo on the passport could be an (obstacle) for me in case I want to perform an operation, for example, or travel for Jihad. If I would be bearded, I might draw attention but without a beard, I won't be thought of as a (sheikh or extreme young man who might hijack a plane or assassin an important figure, to them but not to me). (My photo in the passport is with mustache connected with a goatee without the rest of the beard in addition to the Saudi or Gulf States head dress along with the ring) and that might be helpful.

Regarding the opening in my head, Doctor Ahmad, who did the first operation, did not come and I don't prefer other than him to handle the second operation in spite that the ~~third~~ second operation may only need bone transplant in opening in the skull.

Emotionally, (hell) there's no [IL] need to gap it, especially…but regarding the operation, I have to do the second operation as the opening might have future consequences that I don't feel it now [IL]
Now: What now…?

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

--Directed to my head, more accurately, to the small or somehow large opening which is causing pain.

Sometimes I'm more passionate than what I can bear, or precisely, reliant (without considerations), therefore I say, "(hell) with the passport (travel document), go to Kabul and seize the opportunity. God will help you later if your passport (Document) gets lost" and "(hell) with the opening in your head as long as it doesn't hurt or harm you, rather it seems to be very normal, Thank God!"

Yet, sometimes I tend to think practically...

-No- you have to carry a passport. What if you need to travel somewhere (for Jihad, for example) then you won't find a (passport) to travel with it. Thank God, that's what I did. I finished renewing the passport and I used a (photo) without "beard" and that was for reasons--

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Monday
1 Jumada l-Ula 1413 H.
26 October 1992

Dear Hani 2, the truth is that I'm strongly and continually holding myself accountable for
the times I'm spending in Peshawar. By God, I didn't come to stay in Peshawar to sleep,
eat and talk; I'm talking only about myself.

I didn't leave the world to come to Peshawar, rather to Afghanistan, where Jihad is. And
in spite of what has been said that Jihad is "Over" or finished, yet deep inside I strongly
believe and feel that I and everybody else have a roll in Kabul that's not over yet.

Indeed, I feel guilty when I look at my private, Gregorian and the Higri calendar, and
calculate the long time I spent in Peshawar without digging a trench, without working on
artillery guns or without attacking the enemy of God. I'm embarrassed and ashamed of
God and of myself…What am I doing here?

Problems with the passport and the surgical operation…? A strong (to hell) erupts from
deep with me, but for the sake of the truth, I say, I'm challenging my self:

- Are you enjoying the relaxation?
- Are you afraid of the frequent sounds of guns and bombs hovering around
  you in the fronts?
- Are you…? Are you…? Are you…? And are you…?  (Strong) and painful--

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Friday.

I didn't mention to you that I'm following a program with no restricted time or place schedule [COW] ...I have also joined a fitness club which includes body building, morning jogging and the rest. Some other things [UI] to focus on, as:

1. Fasting (Monday and Thursday) + the three white days of each month [13th, 14th, and 15th of the Islamic months].

2. Morning jogging + Swedish style exercises: repeated (Push ups for chest, abdomen and legs).

3. Exercises (Body building) through weight lifting in the club.

4. Maintaining, at least, the two Ruk'as of the sunrise prayers after jogging. Maintaining the 11 Ruk'as of (Intercession and Separate) prayers until the Down prayers either before [IL] sleep or when waking up.

5. Keeping up with Wird Qura'ni verses [TN: Verses recited in some occasions], one chapter everyday (Either memorizing or reviewing) – Friday for reviewing and memorizing.

6. Keeping up with (Sleeping verses) along with Qur'an chapters of Al-Sajdah, Al-Dukhan, Al-Waqi'ah and Tabarak.

Note /

I did not assign a starting or stopping time, but I will let you know later.

No [IL] and no penalties.

Today is Thursday
21 Rabi' ath-Thani
22 October

Dear Hani *2*, do you know that (my father…and my mother) used to tell me, "You are (stubborn)?" They meant that I didn't listen to them and didn't take their advice. In fact, sometimes or… precisely I was often the way they described me. So, I would never go by whatever I was told or advised if I didn't like it or if it didn't suit my circumstances… and I would never make excuses. That's why I often heard that word or description from both my father and my mother.

I remember that my father had aspired for me and my brother Mahir to become doctors, but my ambition was to become (Either Computer engineer) or communications or electronics or satellite or anything in those related fields as long as I would become an engineer. While he was trying to enlist me and my brother in one of the medical schools either in Egypt or Pakistan or the Philippines, I was on my own pushing my paper through government offices and embassies [COW] [IL]. When the day came, I faced him with what I did, he became angry and started yelling and cursing. I didn't say anything except, "I don't want to study Medicine." While infuriated, he said nothing except, "you are stubborn." My mother also kept telling me, "You are stubborn."
I laughed without showing it and said to myself, "You are stubborn, indeed"
Now and at this moment, I remember that and smile: Am I stubborn…? I don't think so.

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is ~~Monday~~…Sorry, today is Thursday.
19 Rabi' ath-Thani * 15 *OCT*.

I am still in "Peshawar" until now. Thank God, I am done with the passport issue, or more accurately, the Palestinian document for "Gaza" residents. It was renewed easily, except waiting approximately two months for it.

Regarding the surgical operation, it looks like the doctor is still in [IL].
Now, I [IL] read whatever books available [IL], magazines and newspapers. I also don't forget to exercise.
[IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[Bate stamp ████████████ is missing in the original document]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████

[Bate stamp ████████████ is missing in the original document].

116

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Sunday
8 Rabi' ath-Thani / 4 *OCT.*

The situation in Afghanistan is still the same as before and I think that the situation will
have its cycle through time. In addition to the developments in Peshawar, the pressures
from Pakistan and from outside are increasing on the supporters (Arabs and non-Arabs).
We seek God's help.
[Signature]
[IL]
Hani 1
3/9/1413 H.          [Signature]
                     3/1413 H

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████████

████████████

Today is Wednesday
(19 Rabi' al-Awwal) * (*16 SEP*)

Today is Thursday
20 Rabi' al-Awwl
*17 SEP.*

Dear Hani *2*,
There are too many things that I can not tell you about…
[IL]
Nothing specific…

5 Rabi' ath-Thani 1413 H
1 *OCT.* 1992

Dear Hani *2*, peace be upon you. I'm still in (Peshawar) until now. I didn't finish my business yet.
The passport (travel document) is still in the embassy and the doctor who operated on me did not come yet. I am just waiting. [IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

The psychological instability or the fear of the future as before was due to the lack in the "reliance on God" principle and due to the pagan society. Indeed, I don't see the difference except from certain positions; otherwise I'm as I am, sometimes optimistic and sometimes pessimistic. Although I sometimes adore loneliness, not the silly way that you think, yet I have a very good relationship with people…

Nothing else…

5. Health wise:

I weigh (80) Kilo Gram. Praise be to God,  I'm in good health (except the effects of my injuries on talking, ~~which is~~ and writing…and the small opening in my skull), other than that, I "exercise" from time to time.

Also, don't forget that smoking cessation clearly has a positive role. The short time in Afghanistan (I mean living in the mountains) has its role too. Also,  (a small "fracture [IL]" ~~which I'm still concerning~~ [IL] which is still bothering me) [IL]. Although it is small, yet I'm…

[IL]

That's enough for this "year." I'm tired of writing the report.

Good bye.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

--And confide to each other, yet I still believe that it is a superficial relationship and I truly don't know how I want the right relationship to be. I also believe that the relationship I'm looking for ~~with a person~~ is represented in my search or in waiting for a person (a comrade) of whom I told you…or may be represented in (a wife) regardless, However the relationship with people is still transparent.
[Words crossed out].

Regarding my psychological situation…
Praise be to God, it's far better than before and I ~~don't do anything~~ but please the Lord and that suffices for my soul to settle.
~~And in spite of the societies being full of pagans~~

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

3. The social...4. Psychologically, or psychological situation:
First: You have to know some things...The flow of the crowds to the Afghani Jihad were un-organized. They came from everywhere...every color and every Islamic group...even those who weren't members of the Islamic groups and even the newly committed ones. Arabs and non-Arabs gathered and their hearts filled with high hopes. The following phrases and words in brackets express the hopes of the crowds: [Martyrdom in the path of God, elevate God's word, establish the rule of God on earth, the return of the Islamic Caliphate and the immigration of the pagan societies] and too many more things. [IL].

Anyway...With the given situation you have to forget the ideological differences among the Islamic groups and also the differences of the sectarian and personal views. Don't not forget the external efforts aimed at sabotaging Jihad. Socially, thank God, I'm doing very well with all of them and because I'm familiar with the ideologies and concepts of the Islamic sects and groups, I understand the point of views of each one of them and I deal with them on that basis. To begin with, I believe that every Islamic group has a role in serving Islam and that every group has its own way. I also believe that each one of them has defects, shortcomings and features. So, on the social side, I'm like before. I have superficial relationships with others, even if a person stays with me 24 hours a day and even if we go about laughing and spending good time together--

121

I didn't grow my beard or even my mustache until I came to Afghanistan (first time). I knew its legal consequences but I kept shaving them regularly. (Not. I shaved it, I mean my beard, sometime ago and I didn't leave anything of it except the (goatee), I mean the tip of the beard, attached with the mustache and that was for reasons related to passport, ~~political reasons~~ and other things which one day I may tell you about. Too many other things have improved on the religious side [IL] (Educationally, thoughtfully, actively, [IL] practically…and so forth) [IL]. But until now I don't feel that God is well pleased with me. For that reason I'm trying to always organize myself but sometimes the rope slips out of my hands because circumstances, situation and place change which require the need to reorganize and reschedule again to reach… [IL] but God is the One to be asked for help.

[IL].
Today [13 Rabi' al-Awwal 1413 H]
~~Regarding~~
   2.  The financial situation
   As before, the financial situation is not stable and although that there's no fixed income source to depend on… after God, yet God, indeed, gives to whom He pleases, how He pleases and where He pleases. Praise be to God.

UNCLASSIFIED//FOR PUBLIC RELEASE

--Love and understanding of the person he is writing to, especially when the author is writing for himself and for his future self.

<p style="text-align:center">Hani <em>1</em><br>Sorry…</p>

Anyway, here is the personal report…

First / There are things that I have to admit, namely: my, relatively, short period of time- close to one year and a half- which I spent in Jihad God' path, had a great influence on my character on the [religious, psychological, belief, social, educational, health and other things] side.

1. On the religion side, I have to admit also that I have frankly been negligent, before Jihad and even now.  Society and [IL], television…especially television. Al these things had a big influence on my ~~education~~ religious education which was based on the principle: (An hour for the Lord and an hour for yourself). This was clearly a wrong principle but it was the reality. I used to pray and fast and ~~fear~~ fear God in good and evil, yet I made errors and mistakes, sometimes intentionally, but praise be to God I didn't do great sins (I may have roamed around them) so I ask God's mercy and forgiveness. Praise be to God, the situation now has changed to the better. There is a huge difference between the current situation and the past but I'm still "negligent." In spit of my continuous efforts to make more commitments to my relationships with the Lord, the illiterate society did not allow me. Also, don't forget the role of the human soul which instigates evil… and the role of Satan too.

UNCLASSIFIED//FOR PUBLIC RELEASE

[redacted]

[redacted]

~~My psychological situation~~ [IL].

Notice /
I will not write today's report like last time…
[My psychological position, my psychological situation, my financial situation, social, sexual, religious, health and learning] are frozen. I will try, God willing, to write any subject that I talk to you about, in a way that it will include most of the personal situations. I may compare between the past, before Jihad, and the present.

I am sorry as the circumstance prevented me from completing the subject in the same day.

Today is Monday
10 Rabi' al-Awwal
7 *SEP*.
In the name of God, the Beneficent and the Merciful,
Dear Hani *2,* Peace be upon you and God's mercy. Worm greetings…I hope to see you, shake hands and encourage you, but of course that will not happen. How could a person shake hands with himself let alone encourage himself unless he suffers from a [IL] strange and new "schizophrenia"- split mind, or he flatters or exaggerates in showing--

████████████████████

██████████████

Today is Friday
8 Rabi' al-Awwal
5 *SEP*. 1992

Recently I came to Afghanistan for the second time, precisely in [11 March 1991 * 25 Sha'ban 1411 H] but this time is to settle down in…or for Jihad. Since then, I have been in Afghanistan close to one year or one and a half.

I have written you a personal report about my own situation at the beginning of 1991, but because I was hit in my head at the beginning of 1992 in Gardez , I resumed writing my diaries only during last month. I had decided to write ~~the personal report~~ my own situation in the personal report at the beginning of every "Hijjri" year rather than the beginning of the Gregorian calendar year as before. For that reason, God willing, I will write the report for that period (one year and half) today or tomorrow or (I may not do it) so the beginning of the personal reports will be with the beginning of the Hijjri calendar year. If you didn't read the first report before Jihad, you will definitely find "difference" when you read today's report.  I will also use this report to explain several things [IL] in the past or for this current matter… (Or I may not do it).

--I will wait for the outcome of the current situation in Kabul, and since I believe it's a schism, I may be wrong, I'll wait until my passport application is done, which could take one month from today's date.

-I will wait for Doctor Ahmad to come in order to consult him about the operation I intend to do regarding filling the opening in my skull bone, then I will return to the ~~center~~ training camps, overseen by the Arab Jihdists inside Afghanistan, to begin military training again but in a stronger spirit, God willing.

After that I will decide:
[IL].
Moving to Jihad in the path of God, in Algeria where Jihad had already started [IL] and still on, or in the Philippines, even before Afghanistan. Or, or, or... but it could go differently, God determines however He pleases.  Thoughts...Also thinking of: Kashmir, Bosnia and Herzegovina, Eretria and Burma.
God will grant success.
Hani.

UNCLASSIFIED//FOR PUBLIC RELEASE

--But that could be only my view...
God does whatever He pleases.

Regarding the situation in "Peshawar" I mean the situation of the Arab and non-Arab supporters (Supporters of the Afghani Jihad). This is a [IL] problem too. Relatively, a feeling of disappointment and confusion as if they have forgotten the words of God Almighty: [IL] "We are your protectors in this life and in the Hereafter"

As for myself, thank God, I'm pleased even if Jihad ends in an unexpected way, we ask God for good. Even if an Islamic Government, Islamic State or Islamic Caliphate or any name used in Afghanistan will not be established, I've committed myself to God and I ask God that I don't die except killed in His path.

The narration of the Messenger of God, prayers be upon him refreshes me when he said: (Of the men he lives the best life who holds the reins of his horse ever ready to march in the path of God, flies on its back whenever he hears a fearful shriek, or a call for help, flies to it seeking death...and so forth).

Now and for the time being but not permanently I decided the following:

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Wednesday
28 Safar 1313 H.

Dear Hani 2,
In this very sad situation, I truly don't know what to say neither to myself nor to you,
Hani 2, let alone if I was asked by one of those whom I used to argue with about Jihad!?
The deterioration of the Afghani Jihad- which used to be a renewed hope in the hearts of
those who loved things like (Islamic Caliphate) or Islamic State, establishing the rule of
God and the path of his honored Messenger, prayers be upon him.

The communist regime is now collapsed in Afghanistan. What is the outcome? Fighting
among the Jihdists... In the past, we thought they were only simple difference among the
Jihadist parties.

The Qur'anic verse is clear: "And fall into no disputes, lest ye lose heart and your power
depart"
Will there be an Islamic State in spite of the conspiracies, in spite of the differences?
 Without exaggeration, the pessimistic answer is, of course no, but the very optimistic
answer is, may be...not sure.

UNCLASSIFIED//FOR PUBLIC RELEASE

But some questions have to be asked:

Q: Did the Communist regimes in Afghanistan collapsed…suddenly?

Q: Is it a plan, is there a conspiracy?

Q: What's behind all these victories, rather the surprised surrenders?

Q: Are they victories at large, surrenders at large or conspiracies at large?

Q: Is the Qur'anic verse, "And enough is God for the believers in their fight." Strangely coming to be true?

Q: Is it a power struggle?

The current situation in Kabul:

Q: Is it a fight between the Jihadists, a Muslim against other Muslim, or not?

Q: Is it a fight against the Shiites and the militias?

Q: Do we, non-Afghani supporters, Arabs and non-Arabs, have to participate in the current fighting in Kabul?

Q: Will there be an Islamic state established here?

And the final question, is it a schism, or more accurately, is it its time? Silence!

God knows best.

That's all. I have no desire to write about this sad subject.

Hani.

UNCLASSIFIED//FOR PUBLIC RELEASE

First: "Mujaddidi" was assigned president for two months. "Sheikh Rabbani" came after him and the Jihadists agreed on some of things and disagreed on too many others. ~~But first, he didn't welcome getting the militias outside of Kabul~~.

When the Shiites interfered in the situation problems started: "Uzbek militias", Chilm chim" militias and the issue of the remnants of the former Communist regime and many other things.

The current situation in Kabul is as follows:

Fierce fighting among the "Jihadists" or may be not, "Sheikh Rabbani" – the Islamic Society- with "Ahmad Shah Mas'ud" , the top commander in the north inside Kabul and the Islamic Party, Hikmatyar from outside. Shiites and other militias along with other Jihadi parties also have their role in the game.

It is really a sad situation. There are only few steps between victory and no-victory [IL], and the dream of a Caliphate, the dream of an Islamic state gets lost in the contradicting news and slips out of the veins of my injured brain.

--That some areas have surrendered to the Jihadists.

Applauding and cheering, "God is great." Day after another, rather hour after anther, and the news reached: [Jalalabad surrenders to the Jihdists, Midan surrenders to the Jihadists and other news that we couldn't tell the right from the wrong] and then communications between Sheikh "Haqqani" and the communist leaders inside the city stared….Negotiations, communications and agreements…. But then nearly suddenly the surprising resolution came, "no fire…the enemy will surrender, God willing." Suddenly on 19 Shawwal 1412 H, 22 April 1992, the Jihadists and the non-Jihadists entered the Gardez city. We entered with the victorious. We wondered in the city. We saw the military posts where the Jihdists took control of the city. We returned back to our positions in the rear lines, thank God, "And enough is God for the believers in their fight."

With the time passing, we started to fee that the situation in all Afghanistan wasn't normal.

To make it short, I told you and I tell you now, the Jihadists entered Kabul, the Afghani capital and the stronghold of communism in Afghanistan, where difference among the Jihadists started to occur.

--Happened to be assembled out of the vast numbers of Algerian young men in Khaldun camp and I was with them.

"Khaldun" is usually filled with young men, Yemenis and Saudis, so when we came to "Gardez", we found several numbers of Jihadi organizations, each has its own front, ~~in addition to the Arab fronts~~. Anyway, the situation was as follows:

- The Islamic Party group-Hikmatyar. We were comfortable with them. We also co-ordinate with them (we, Abu Binan's group). Our trenches were closed too.
- Sheikh Haqqani's group, from which, "Abu Al-Harith Al-Urduni" stems- an Arab ~~only~~ front with the co-operation of Sheikh Haqqani. It is a multinational front [Saudis, Yemenis, Algerians, Palestinians and other nationals]. It is likely an old front.
- Sheikh Sayyaf group, from which a special front for Arab Jihadists from Libya stems.
- The Afghani students group. It has the best of the morally and the educated Jihadists. The group also has Arabs among its members and other nationals along with other Jihadi and non-Jihadi groups.

Regarding "Abu Al Harith" himself, [The leader, the brave man and the human] I may tell you about him one day or I may not.

However, while the situation in "Gardez" city was the same, we started getting news (through the radio or through people)--

UNCLASSIFIED//FOR PUBLIC RELEASE

Note / 26 Safar

I did not find traces of wet dreams or full sexual intercourse, so thank God. She tried but she couldn't do all what [IL] she wanted. For that reason, the issue of "forbidden", as I see it, is [based on an old legal ruling which says, he who willingly adulterates with a Jinni is an adulterer, and that engaging in adultery with a Jinni is adultery]. I don't remember the religious scholar.

Thank God Almighty for saving me from angering Him by engaging with a "human female" as it happened long time ago which I've told you or with a "Jinni" as it happened in this story.

Today is Wednesday
28 Safar * 26 *AUG*.

<div align="center">"Victories at large"</div>

I did not tell you fully how were the situation in "Gardez" in the past. I have told you about the circumstances of the fighting front "Abu Binan Al-Jaza'ri front" which I belong to. Most of its members are from Algeria, rather, all of them except me and another person from Somalia who was killed along with Abu Binan, [They are martyrs] and a third person from Syria. The rest are from "Algeria" [IL]. That's only because the fighting front under Khaldun camp in Gardez--

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

It was only five minutes later when the guard whispered by the door of my room, "Abu Zubaydah, Abu Zubaydah, wake up; it's time for your guarding shift"
I got up lazily and put my jacket on my back. I hanged my "Kalashnikov" rifle to my shoulder. I was still feeling that sexual urge but it was normal this time.

During my guarding shift, I remembered that "before evening prayers" I sat with a group of brothers and that we talked about the black-eyed virgins first and then with the time passing, we were drawn by Satan, so we talked about the "clay-eyed" [IL], I mean women, and we talked about marriage. Jokingly I told them that one wife will not be enough for me, rather, I need four wives. We all laughed and  then everyone went to his bed. I was so tired, so I went to bed without reciting the sleeping invocation.
Question: Did she exploit me for not reciting the invocations and tried to play [IL] with me after she heard the talk about women and marriage? Is that the reason? May be! God knows best.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

This time I felt that quite a woman was playing with my body-a shameless woman who has stolen my ability to control my crotch area. It was the same sexual excitement, rather, it was stronger: a non-figurative woman was raping me. My hands were tied but no one was tying them. My neck was tied too. I felt shameless kisses; as if another tongue was sucking mine. I knew that I fall an easy prey to a woman from the Jinn but how to break off with my tongue even under her control.

I felt a chest of a woman, two full breasts sticking to my mouth. I kissed them knowing that they were the most important week points of a woman. My tongue nearly loosened and. I expressed an interest for another kiss; my tongue was completely free, so I seized the opportunity and I recite Al-Kursi verse and suddenly everything ended. Again, I felt as if I was falling from high above, the same feeling I had the first time. I straightened my position and shook off my heavy blanket. Panting for breath, I recited Al-Kursi verse, until I calmed down slowly.

I remained in my place to calm down the nervous tightness in my highly excited body.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

--Seemed to be close. Everything around was normal except for the sexual excitement which was still creeping into my body and into my veins. [IL] I looked at my watch which had a faint light that enabled me to see the time in the dark, it was approximately twelve –thirty, so I still had half an hour "to sleep." I prayed for the protection of God from the evil ones. I laid down on my bed reciting Al-Kursi verse. I didn't [UI] stumble while reciting its lines but I was so sleepy. In seconds I reached the fifty-second degree of the sleeping meter. [IL] I didn't even complete Al-Kursi verse and couldn't even control the weird sexual excitement which was "tying me."

25 Safar [27 June].
[IL].
I woke up suddenly, suffocated and tied once again, but this time I felt that the tie was squeezing me pressing on my chest. I was barely able to breathe – Note, my tongue was tied this time- I tried to resist but I couldn't. I couldn't even recite Al-Kursi verse.

UNCLASSIFIED//FOR PUBLIC RELEASE

**UNCLASSIFIED//FOR PUBLIC RELEASE**

20 Safar [27 June].

--He was mistaken [IL]. Very embarrassed, he said, "Abu al-Zubayr" not Abu Zubaydah. He apologized and went looking for a replacement for guarding while I came back to my bed smiling.

During that full hour "from the time I return to bed to my shift time at one o'clock at night" I returned to sleep right away. I woke up …suffocated. I tried to move but I couldn't, as if someone had tied me and pressed on my neck.  This condition often happens to many people. It lasts for several minutes, rather, several seconds. One wakes up terrified as if from a nightmare, then it ends.

But what happened to me is that I woke up with that condition and a person was really tying me but I couldn't see him. The room was really dark but that wasn't the reason for being unable to see him, but because he didn't exist to begin with.

I was really about to get suffocated and this "nothing" allowed me only to move my neck. I also felt someone plying with my crotch area. I felt an abnormal sexual excitement flow into my body.

I felt angry, so I couldn't control myself except for resisting it. I recited Al-Kursi verse with difficulty and all of a sudden everything ended then. It looked like as if I was falling from high above. I sat down panting. I looked around and saw everybody was. The step sounds of the guard--

137

**UNCLASSIFIED//FOR PUBLIC RELEASE**

UNCLASSIFIED//FOR PUBLIC RELEASE

--That mine was a pathological condition. The subject ended there, but during those sessions I told them a story that happened [IL] to me in "Gardez, Najm al-Din center" thinking that the story might benefit them in my treatment. Since the story is ended, why not telling it to you especially that I didn't tell you about it at the time when it happened which was (approximately in Rabi' al-Awwal 1412 H). [September 1991]. From the beginning [IL] the story was a mistake [IL] in Najm al-Din center. We were rotating the night guard shift one hour or sometimes one and a half for every person. My shift was [IL] at 1:00 o'clock after midnight [IL]. While I was in a deep sleep in the quite and the very cold room in the center, I was awakened by a whispering voice, "Abu Zubaydah, Abu Zubaydah, the guarding!" My habit is I usually wake up for any whispering that hits my ears. I quickly put on my worm jacket and took my weapon and left...and ..."Peace be upon you"... "Peace be upon you and God's mercy and blessings" I replied, then I said, "But it is still 12:00 o'clock!" He looked at a paper he was holding then he smiled--

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████

████████

Today is Saturday
17 Safar 1413 H

Dear Hani *2*,
I am still in the "story telling" subject…

"The Jinni who loved me"
I have told you that I had a unique story with Jinn which took place in Gardez before my injury [IL].
 The story from the beginning is that the large size man asked about my condition. When he learned that I wasn't able to speak [IL], he said he treated, with the Qur'an, a case of someone who was possessed [IL] where the patient wasn't able to speak because his vocal cords, "vocal cords" [IL] were tied by a Jinni. But the brothers told him that my condition was due to a direct head head-on my memory. He said, "We don't lose anything if we recite on him because the devils exploit cases like these to better position themselves."
 I agreed just for the sake of participation. That was how the special treatment to expel the Jinni started. I was given some sessions which included investigation session, dream interpretation session, perfumes and black seed session, reading Qur'an session and a complete session for all of the mentioned, but after several meetings they realized and I realized too--

139
UNCLASSIFIED//FOR PUBLIC RELEASE

Note / this program is canceled [IL]

Any way and as I told you, this is the program for a "whole month" ~~starting today~~ [IL].
"In the name of God, the all powerful, and the all strong, from Whom I seek help"

1. Fasting "Monday, Thursday and the three whit days. [TN: the 13th, 14th, and 15th of every Islamic calendar month].
2. No sleep after dawn until I pray ( the two Ruk'as of the sunrise prayers).
3. Repeated light exercise [Jogging, legs pushups, chest pushups, and abdominal pushups].
4. Maintaining [the two Ruk'as of forenoon] [11 Ruk'as of Intercession and Separate].
5. Keeping up with the Wird Qur'anic verses [TN: Verses recited in some occasions] one chapter everyday after the evening prayers. Friday, after the evening prayers, will be dedicated to review and memorizing. [IL].
6.  Keeping up with the sleeping verses [IL], the chapters of Al-Sajdah, Al-Dukhan, Al-Waqi'ah and Tabarak.

Penalties:
1. Fasting three days for every failed day.
2. Fasting one day.
3. Jogging will take place at dinner time so there will be no dinner and the pushups will be doubled.
4. Doubling the forenoon Ruk'as while Intercession and Separate will be performed the next morning along with fasting for one day.
5.  Doubled on the following day.
6. Fasting the following day.

This program will start on (   /   / 1413 H, until   /   /  1413 H).

UNCLASSIFIED//FOR PUBLIC RELEASE

Recently, may be less than a week ago, and after he spent a whole month there, he told me about the condition of the family. I realized that he was sent and ordered by my father. I told him that I am firm in my decision for Jihad in the path of God. He got tired of convincing me, and then we bade farewell and departed. [IL]. He went to his school in "Faisalabad" and I came back to "Peshawar" after I completed my business in the embassy and with my brother.

[IL].

A day or two after, in Peshawar, my father called from Saudi Arabia. No comments and no describing emotions. I talked with my father, mother, Julnar, Wafa', Ibtisam, Hisham and Inas also. We talked on the phone, may be, more than one hour. All of them were telling me, "Aren't you coming back to your family?" I wasn't saying anything except, "of course I won't leave Jihad"

<p style="text-align:center">"The end"</p>

Note: I knew that my brother Hisham had cancer, but thank God that he is doing well now. He underwent a surgical operation [IL]. Thank God for everything.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Praise be to God. I have almost completed my business in Peshawar-Islamabad. I gave my passport to the Egyptian embassy in Islamabad for renewal and that will take a month, or sometimes two, to receive the new passport. These are the problems [IL] with the "Document."

Regarding the surgical operation [IL], I did not find "Dr. Ahmad who did the first operation; He is outside Pakistan now. He will come back after one month, God willing."

That's why, as you can see, dear Hani *2* that I have a  whole month with nothing to do except for waiting, therefore I decided to do the program which will last one full month.

Regarding issue number (3), [IL] I have met with my brother Mahir in Islamabad. We hugged and talked. He tried to convince me to go back. He told me that he has arrived from "Saudi Arabia." [IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████

███████████

Today is Thursday
15 Safar 1413 H
13 *AUG*. 1992

Dear, Hani *2*, I am sorry. I will not continue the story telling of what had happened before the injury during the seven months until today, and that's, at least, because of an important incident and because of the unorganized situation which makes me tired, therefore I have to set a daily comprehensive program as I used to do in the past.
Note that the current situation [IL] is:
I am in Peshawar, Pakistan now since sometime, [IL] May be three weeks and the reasons are:

1. Applications related to passport "the Egyptian document for Gas strip residents."
2. To do a follow up surgical operation after the first one was done to my head after the injury. There's still a rounded opening in my skull, although it does not appear unless touched.
3. To feel reassured of the family affairs especially that my brother Mahir came to visit me in ~~Pakistan~~ in Bayt Al-Shuhada' [TN: The house of the martyrs], but he didn't find me. He tried to come after me inside Afghanistan but he couldn't so he went back to his school in "Faisalabad", Pakistan and then he went to visit the family in Saudi Arabia.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

- as he was smiling.

I said nothing [IL]; rather, I kept quiet and a bit surprised. [IL] The large guy said, "Who is this Abu-Zubayda?" They pointed at me and I greeted him without saying [IL] a word.

As one of the brothers leaned over and told him about my situation and that, currently, I cannot talk [IL] because of a head injury; he nodded his head without commenting while I smiled and that was the end of the story, sort of.

However, I have [IL] a story that happened in Qardiz [PH] and it is related to the jinn. I find it [IL] appropriate to talk to you about it, yet, not right now.

[TN: The bottom part of the page has a drawing of two palm trees].

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████████

████████████

As for me, I was unable to understand anything from this Muslim sheikh and from the infidel.

Perhaps, it is a matter of insanity or some of it is about jinn and this young man sees things that we cannot see.

The young man said, "The Muslim sheikh says that you read Surat Al-Baqara. The large guy paused for a moment and sought Allah from Satin, the rejected one, [IL] and then he began [IL] reciting verses from Surat Al-Baqara. The rest of the crowd and I were watching until the young man screamed that he was burning, he was burning. The young man was silent for a little bit then he said, "Thank God! The crusader jinni was burnt." Every one [IL] began saying, "God is Great." The large guy said, "Ask the sheikh, [IL]what is he seeing right now?" Once again the young man kept silent, then he said, "The Muslim sheikh says to you: May God reward you with goodness; you have helped us against our enemies and your enemies." The young man added, "We are praying for your silent brother, Abu-Zubayda; so pray for him. Also, pray that God protects [IL] your brothers from the jinn; your brothers [IL] are fighting with the [IL] Christian jinn inside Afghanistan and peace, God's mercy and blessings be upon you."

The young man opened his eyes then and began looking at all of us.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

███████████

They entered quickly [IL] and shut the door behind them. [IL] I stayed in my place [IL] and the other patient didn't move [IL] from his bed; he has injury in his right foot and cannot move.

[IL]

[IL] Anyway.. . .

The young man began talking [IL]  as his eyes where still closed and the large guy was [IL]  reading the Qur'an over his head and walking [IL] all over the room, "It is him! I can see him clearly."

The large guy said [IL], "Where is he? Point at him"

The young man [IL] said, "He is [IL] here; in this [IL] corner."

There was a bed for one of the patients in this corner. The large guy ordered that this bed be taken out of the room then he told the young man, "Is he present?"

The young man said, "[IL] Yes; he is sitting in the corner over here. Read from the Qur'an."

[IL] The large guy began reading from the Qur'an while his hand was still on the young man's head.

Without opening his eyes, the young man said, "The Muslim sheikh is telling us that the infidel jinni is going to escape, burn him with the Qur'an.

UNCLASSIFIED//FOR PUBLIC RELEASE

The session concluded with the following supplication: Glory to Thee oh God! We do praise You and we bear witness that there is no God except for You; I ask Your forgiveness and I turn to You in repentance\[IL]."

Everyone left, yet, [IL] we agreed to continue the Qur'anic sessions for one of the brothers; he is the same brother who was screaming at the beginning of the jinn story. The date is tomorrow, and how do you know what tomorrow will be?

When tomorrow come, as was agreed upon, [IL] I was in the patients' room reading my memoirs helping me memory to recall everything.
As I was doing that, I heard annoying voices and chaos outside [IL] the room. I didn't pay attention and continued reading [IL] until the big guy's voice caught my attention as he was reading the Qur'an aloud.
All of a sudden, the door opens [IL] forcefully and the big guy entered  [IL] as he was uttering the Qur'an and the words were reaching the ears; rather, his voice was prevailing and disallowing any other sounds [IL] from being heard.
He entered [IL] with his huge hand on top of a young man's head. The young man who was walking with his eyes closed while the big guy [IL] was reading the Qur'an, as he was moving things away from the young man's way.
He had the same three guys with him like the previous time, when he entered.

UNCLASSIFIED//FOR PUBLIC RELEASE

The Jinni which inhabited the body of the patient brother was talking through the patient tongue and it was controlling his body too therefore resisting the Qur'an recitation.
Then the conversation between the reciting sheikh and the patient, or more accurately between the sheikh and the Jinni through the patient tongue started. The sheikh asked questions and the Jinni answered him and appealed not to recite the Qur'an because it was burning him.
The Jinni admitted that he was a Christian Jinni and that he inhabited the body of the patient brother ordered by the Christian "Pope" in the Vatican Rom, Italy.
The audience was surprised; what has the Christian Pope to do with this matter?
The Jinni said, "The Pope conjured huge numbers of Christian Jinn who work with him and ordered them to harm the Jihadists and ruin their Jihad in any way possible".
After the large size man ended his story, one of the brothers commented saying, "The Christian Jinn are behind too many cases like this one."

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]
Today is Tuesday
~~The large size man said~~ [IL].
The large size man told us. He said, "When one of the brothers was reciting the Qur'an on a possessed person here, in the Jihad arena, the patient shook off and produced strange voices, not to those who were familiar with the issue [UI]. The reciting person then continued his recitation and focused on the verses of torment and punishment. The patient tried to run away and resist but the brothers held him and were barely able to tie him in spite of his small and tired body but the possessed has the power of ten people [IL]. [IL]The voice became higher and wilder [IL] until the words he was uttering became clear. [IL] But the voice wasn't that of the patient at all.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

And "Samarqand", do you remember them? "Dear hani 2" and both of them are sick or injured. Also, both of them are helping the large-built man in the process of casting out the madness.

All of them shook [IL] my hand and sat down [IL] talking about Jinn and devils in the hall. short conversation – not short on frightening- and laughter as well. [IL]

I would have liked to participate in these subjects specially [IL] that I have "little" experience and I also know about the subject.
[IL] I stayed [IL] silent, only listening and sometimes laughing [IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

And we are now trying to cast him out [the demon] so that it doesn't hurt your brother. Now, please [IL] only pray for us". Everyone became silent since his words were relatively convincing, then he went inside the "library room" and [IL] slammed the door behind him.

No one said anything, for [IL] they understood the story. [IL], then the recitation became loud one more time [IL] and it wasn't too long until the other sound started groaning like someone calling for help [IL.]

After some days: in the patients' room in Bayt Al-Shuhada' [House of Martyrs] [IL] and while I was sitting on my bed reading a book [IL]

Today is Friday

I told you after some days in the patients' room and while I was reading a book on the [IL] bed, [IL] the door opened "the door of the patients and injured room" and suddenly the large-built man [IL] himself "Broad shoulders as they usually say" said with a smile: Peace be up on you, in a very tender [IL] voice not proportional to his built, and praise God.

Three persons [IL] entered with him, two of them reside in the patients' room with me, and "Abu Salih"…

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

...Who is inside? and when he [IL] didn't get a reply, he started screaming. The door was opened and the person who was reading Quran was still reciting the same [IL] verses from the book [IL] of "Ants", as far as I can tell [IL].

He opened the door a little, enough to allow his head to get through. What happened is that a light conversation went on between whoever inside the library and whoever was outside its door... "one person versus twenty on the outside."

- [IL] What happened...What is that sound?
- [IL] Please don't disturb us.
- We want to understand, did something happen?...Open the door, we want to see everything and who is screaming?  [IL]

"All this and the sounds still coming from inside, they are becoming more [IL] terrifying" [IL] Also the grumbling increased and words became louder, everybody want to understand.

Suddenly, [IL] the ~~Quran~~ reader voice is silenced [IL], but the cat's sound is still coming form the mouth of a person [IL].
 [IL]
Then the  door was completely opened this time and the person who was reading Quran came out  [IL]with his large built body and said in an irritable way trying to mix it with pleading:

What do you want? Please, one of your Mujahideen brothers is [IL] "possessed by a demon"

[IL]…With time, [IL] news and event spread [IL] across the Afghani Jihad landscape and everyone started to know. Some know, some fundamentally deny the issue, some only listen, and some work to confront the enemy that recently appeared or their involvement was recently known.

Today is Thursday.

The story started, with respect to me, [IL] with a powerful scream echoed in the whole house, [IL] unknown where it came from, then a short period of silence. [IL] Then successive screams lower than the first one, then silence followed by continuous groaning [IL] similar to the sound of a cat in fight.

I quickly went towards the sound [IL], lo and behold, I find that the most of those people in the house were gathered in the same place. And the same question is on everyone's [IL] tongue "What happened? What happened?" The place where the sound came from was the house library. The door is closed and sound keeps coming until it seemed frightening, then the sound of someone reading Quran in a high [IL] pitch. And the groaning sound that is similar to the sound of a [IL] cat gets louder and louder as the sound of Quran gets louder.

This seen was not interrupted until someone tried to open the door by force [IL] and was not able to do so…So he started to call out …

UNCLASSIFIED//FOR PUBLIC RELEASE

...And this is not what the enemy likes [IL], "non-Muslim Jinn and humans."

But "Peshawar" is considered to be a transit station from the "camps" to the battle fronts and vice versa, and from one battle front to another."

Of course everyone knows that there is a media and actual war fare against all the workers of the Jihad movement "Mujahideen or administrators" Especially Arabs and the non-Arab supporters. And that [IL] the conspiracies against Jihad and it people are non-stop "Day and night" in fear of Jihad.

[IL] Everyone knows [IL] that we have to many enemies
- The communist enemy in Afghanistan- and the communist supporters in and out of Afghanistan.
- The Christians and especially their evangelists and their organizations.
- The intelligence agencies of the Arab nations and their masters [IL] and the enemies of the Islamic Jihad...And many people.

Every one knows that, but for the "Jinn" to get involved in the struggle [IL] that's what not every one knows, but [IL]...

UNCLASSIFIED//FOR PUBLIC RELEASE

The day \ Wednesday

The subject topic in brief:

A large campaign of "Jinn" .. non-Moslems .. are conducting a secret offensive against the mujahideen in "Afghanistan, especially those who are in the Pakistani "Peshawar" since it is considered [IL] the launch point into the interior of Afghanistan [IL], and it is were the administrative and management offices for the [IL] Afghan mujahideen parties exist.

And it is where there are houses that are designated to welcome the supporters and the cohorts [IL] of the Afghani jihad. And of these houses is the Bayt Al-Shuhada' -Bayt Al-Ansar .. Bayt Al-Muhajerin - Al-Mujahideen ..etc.

Also, most of the jihadi periodicals "Afghani-Arabic - E exist in "Peshawar" ..

[IL]

Like the Jihad magazine .. Al-Nayan Al Mansus .. etc..

This is in addition to the emergency hospitals for the Afghans, mujahideen and immigrants .. [IL] This is in addition to the relief organizations and the Islamic Arabic schools

And about "Peshawar" I have a long discussion with you .. What is important in all this that you find there is a huge number of Moslem supporters working on the Jihadi domain. This is in addition to

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████████

████████████

The day \ Tuesday
4 / AUGUST / 1992 .. .. AD .
6 / SAFAR / 1413 Hijri

<div align="center">

*

[IL] *      *  "The war of insanity"

*                                [IL]
</div>

The events of this story happened in my eighth month in "Peshawar" [IL]  .. after my injury .. which means the [IL] end of the month of "Rajab-1412 Hijri" and until I left "Peshawar" to "Qardiz" to spend the month of Ramadan inside Afghanistan in the battle fronts .. "And since then, I return to "Peshawar" to continue my treatment – This, had I decided to, but something else happened.

[IL]                              And the day is "Wednesday" 6 / Safar / 1413 Hijri
And as you notice I do [IL] not continue the topic with you till the end, but only to my capacity to write ..
Anyway ..
I started hearing many news and stories on the same subject in the last period in the month of "Rajab" .. [IL]
And all these stories are almost the same
.. In the beginning [IL] I used to hear only .. then .. I saw by myself .. [IL]

<div align="center">

156
</div>

Of the diligent student .. "and all the brothers agreed"

[IL] So his face showed signs of confusion .. and he said, "come on, go ahead."

So I told him – "try to say two words[IL] only.."

So he said – let-let-let-let .. Let us hear "and he was remarking on my way of talking – jokingly of course –

So I said – [IL] Say "Czechoslovakia" and "Constantinople."

So, when I said my last words, he rushed to get them out of his mouth, and his words seemed actually funny.

At that point, the laughs went out loud from the brothers, especially when "Julaybib" tried to repeat the exact two words after each other [IL] and he was not able to produce their letters .. or their complicated letters "almost ..

[IL] The brothers could not do anything in the "flood of laughter" except [IL] to throw all the pillows and cushions that are insider the trench towards "Julaybib" while he was laughing, out of embarrassment from me and from the brothers ..

<div align="center">

The end!

Sorry about the spelling mistakes

They are definitely many, but God is our help

</div>

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]

I would say: "Julaybib Al-'Ar'ari" who is a young man [IL] with a good sense of humor as I told you .. We, he and I, spent not days .. but beautiful months in Qardiz with the rest of the brothers before the injury .. and we would sit down for nice moments in the "Najmul Din" Center then in the first line, together until I was injured.

And today "I mean the day of the story" is not our current day, the day of the writing of these words ..

So today:

"Julaybib" started by choosing difficult [IL] words for me. So when I try to pronounce them, the laughing voices get louder, coming from the brothers. [IL] So I know I did not say it right ..

And so on: he says the difficult words and I repeat them in a childish way, until I stopped, on the verge of passing out from laughter.

The I suggested on him that [IL] I take the role of the "teacher" and he would take the role [IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Anyway:  When the brothers gathered around me to ask me [IL] about my news .. and about the progress in my injury ..I tried as much as possible to explain to them my current condition .. and of course I was hesitant in my speech and I stuttered a lot. And I stay for a long time sometimes just trying to get the letters of a word out - [IL] not knowing an alternate word for it.

[IL]

And with time, the brothers understood that I am not suffering [IL] from any disorder or an embarrassment if I make errors in speaking a word or a name. Because the laughter of whoever speaks with me or who listens to my mistakes "really triggers laughter."

And so the story rebounded [IL] (which is: when I pronounce a word in a wrong way they would try to * help me get out its letters right ..

"Exactly like when a person tries with the young children in the start of their speaking.

And it actually happened that we played "the game".

And my speaker, or more correctly "my teacher" was a nice person with a good sense of humor "and he is Julaybib Al-'Ar'ari"

[IL].

UNCLASSIFIED//FOR PUBLIC RELEASE

This incident was in the second month after the injury, meaning in the month of "Rajab, 1412 Hijri" "January 1992 AD".

And after that .. and after a lot of time, perhaps another month in Peshawar - so the time that I spent in Peshawar is close to two months .. and a half .. After that in about a month "Ramadan" was approaching, so I decided to spend it in the special front "Qardiz" .. even if I did not complete [IL] my treatment .. -

So, what I wished for, it happened ..

I quickly prepared myself and I quickly rushed.  I was in "Qardiz" on the first day of "the moth of Ramadan"

Anyway, [IL] the story of "Czechoslovakia"..

[IL]

When I came to "Qardiz" - and after the greetings, hugs and welcoming - other brothers [IL] were not expecting to see me still alive.

And the news came to them from "Peshawar" to "Qardiz" that [IL] they thought I became insane.

- The day: 1 / *AUG* / 1992 ..AD

        And sorry - for the interruption [IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

I am trying with signals .. without no use ..   [Drawing of a flower]
But, thank God .. all this does not exhaust me ..
Because I am [IL] secured in God's destiny and his ability ..And all [IL] this is just a matter of time .. almighty God willing.

Anyhow: we continued the .. game .. He says and I repeat as much as I could until the turn came for the word "Czechoslovakia"
So I kept quiet, "how difficult that word is" ..
          And he said another word: Constantinople
So I sighed and said [IL] "Yadi Al-Nila [TN: Oh Crap, in colloquial Egyptian dialect]" as the Egyptians would say"
Almost an hour passed while I was trying to speak these two words [IL] until they came out of my mouth. And as soon as they came out of my mouth, I got awestruck and so did whoever were with me.

Because as soon as I said, "Czechoslovakia," every one stood up out of joy, and I quickly followed it up with the other word, "Constantinople." So they could not stop themselves from cheering " What a pro what a pro." [IL]
Until someone told me, "say it one more time." So I said it, filled with joy, to be surprised with a number of pillows and cushions being thrown on my face .. and the words of criticism support them.
Questions - What happened? Did I make a mistake this [IL] time! .. perhaps ..

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

[NO TEXT]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

█████████████████

████████████

The day\ Thursday
- And two days ago while I and the group in the Siddiq camp were in a special session
..and .. nothing else ..

And the book of memories *3*
We shall meet, you and I, in it
Or more correctly .. through it

And greetings to you
And the grace of God
And
His blessings:
The day --------->
14/Rajab/1413 Hijri
Corresponding to:
7 / *JAN* / 1992 AD

UNCLASSIFIED//FOR PUBLIC RELEASE

The day: Thursday 30/JULY/1992 .. AD ..

[IL]
I told you: one of the brothers suggested a method for me to respond to some of the words "which is a nice method that causes laughter especially when the one who was [IL] teaching me as a "16" year old young man, whose beard is not out, [IL] neither is his moustache, while I repeat the words and make mistakes in its letters or the method of [IL] pronunciation.
[IL] Then the laughs come out loud "older and younger" and I laugh out loud out of embarrassment .. perhaps", and I cannot do much but to scratch my beard
-And truly .. I did not feel [IL] this embarrassment that you might understand .. because, thank God .. I had adjusted to my injuries and committed my condition to God. And I learned that what injured me was not to [IL] miss me .. It is the destiny and to God be the praise ..
[IL] Also: I would not have embarrassed myself here because of the laughter of the brothers when I err in the words, or when I want something and I cannot distinguish
[IL] I try and try, and the person speaking with me cannot understand a thing

UNCLASSIFIED//FOR PUBLIC RELEASE

Anyway: with time [IL], I got acquainted with a few of the brothers ..
I would speak with them as much as I could .. one word or two words ..
A "non-comprehending" sentence .. or ..two sentences .. and so on
While they make remarks on my erroneous words [IL] quickly..
And with time ..also .. we would sit down in the patients' room for a long period, and they would be talking [IL] or listening to one of them chanting some Islamic chants .. with his beautiful voice ..
And I would enjoy their company or read in my book "as much as I could read "
So it [IL] happened that everyone put his attention to correct an erroneous word that came out of me, and of course "I meant another word" .. So when I said it,  [IL] they laughed out loud, and tried to help me in getting the letters of this word out .. But every time I was to speak out this word, another word comes out of "my tongue" .. so they would laugh and I would laugh as well .. and so it was until I was able to get the letters of that word out .. completely ..
[IL] And one of them suggested that he would speak out some of the difficult words .. or easy ones "and I would repeat it after him .. and so it was . [IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

*27 / JULY/1992 AD*
And the day is Monday:
And .. Dear Hani *2* ..
I will start today with you about:

Chicok .. Chikiyo .. Chick ... !
"Really, I cannot write it down and it is the first title of my memory .."
[IL]            *
                    *    *                  Czechoslovakia
                         *                  and .. Constantinople
- When I finally left the hospital .. to the "house of martyrs" .. or the hospitality of the
Levantine lands " even though there were a lot, thank God, of nationalities that were in it,
which is a good thing .. "
I entered with a party .. I was the only deaf one in it "as the proverb says" a deaf person in
a party", meaning in a wedding party
I went in distributing "silly" smiles which express nothing .. and I took my place in "my
bed" in the patients' room' .. much to the surprise of the patients [IL]
There were those who look at me, not expecting that I am a patient at all .. And my cold
smiles [IL] make the other person facing me think that I am full of myself .. but I was not
trying to explain because, so simply, I am unable [IL] to talk .. to explain ..

UNCLASSIFIED//FOR PUBLIC RELEASE

26/July/ 1992 AD ..

The time now is" eight .. in the evening ..

And I am still with you in presenting the past so that I remind you or remind myself "you and I are the same" ..

And so you do not forget 'every small and big thing during this period of " seven months" ..

And truly .. this period was full of many "important" events which may even be decisive in the [IL] future [IL] of the Afghani and Islamic jihad, ..

And through the story telling you will be able to .. understand .. and the issues will get clearer more and more ..

But this time I will put .. titles to every situation of memory.

And I will try to place every subject with the date that it happened in it.

<div align="center">Hani1</div>

[IL]

Sorry: The lack of cohesion of the words and sentences in addition to the spelling mistakes and .. the frequent writing-offs exhaust me .. [IL] But I do not say God, oh Lord:

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

*26/ JULY / 1992 ..AD ..*

Note:

* The memory .. I got it back "or most of it" thank God ..

But .. I still cannot remember much of my "computer" studies "

* The speech .. Thank God, I now speak in a way that is almost normal [IL], " but .. I am still stuttering and hesitating in my talking "sometimes" .. And sometimes the words [IL] that I intend do not come out

So I try to get similar ones out [IL], or something like that ..

.. And I think it is [IL] a matter of time .. God willing ..

* The writing .. As you see [IL] I am facing some [IL] difficulties in writing "so I try to write  a sentence or a word so I have to write it "sometimes" on another sheet of paper as a notebook" .. That is apart of the terrible spelling mistakes .. So help is from God I do not observe [IL] the many scribbles" .. And this is in the Arabic language or in English so i do not think that I can [IL] write well now ..

* As for reading .. thank God .. from [IL]

and I read [IL] in a good way and thank God ..in Arabic [IL] As for the *E* language .. help is from God .. [IL]

This also is in addition to: a small gap in my skull that is still "not [IL] closed ..

Even though the hair covers it so the injured skin [IL] does not appear

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Then I sit on my bed .. and do the prayer movements while "sitting" without speaking a word except " forgive me and my father" [IL]

And truly I do not know why this sentence came out and not any other- and I repeat it in every prayer and prostration .. prostration and bowing ...

- And with time .. I left the hospital .. to the street to be surprised [IL] with the crowded conditions.. The cars and the annoyances and scary numbers of people men, women, children and old people .. So I was as if I did not see a city before ..

And perhaps it felt like that because of the short period, truly, inside Afghanistan between the mountains .. and between .. the men .. men only .. "no women or children"

And myself being finished up, almost ..

[IL]

This is a summary [IL] of this period and I will follow it up, [IL] God willing .. [IL] with some stories .. and small events .. the way I remember ..

[IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

The hospital garments .. Are blue ..
And in spite of the people around me shivering to death from cold [IL], I seem refreshed with the cold temperature.
And even though [IL] the male nurses advise me to rest [IL] in my bed .. I used to answer them with a smile [IL] that expresses nothing..
[IL]
And with time, I discovered that in addition to losing my .. speech [IL] "I had difficulty pronouncing some letters"..
And .. My inability to read
I discovered that I am, also, unable to write [IL]!! [IL] (did you: notice how I write to you, now)?
-In brief .. the injury seemed to be [IL] in the memory .. "or parts of it"
In the beginning: I used to hear the voice calling to prayers ... I do not feel except that there is something that I should do .. .. without doing anything .. .. just .. a feeling ..
[IL]
And little by little, I decided to pray .. but .. That day I couldn't
remember anything at al from the prayer
-I made a dry ablution with a rock "because there was no [IL] dust in the hospital ..

UNCLASSIFIED//FOR PUBLIC RELEASE

...And from center to center, then to the [IL] town of "Khost" which is the city that God opened for the Mujahideen last year after It took [IL] so many martyrs, " [IL] Afghans, Arabs and other nationalities.".

More importantly: The situation stabilized in "Peshawar"- Pakistan- and briefly, [IL] I had a surgery in my head and the shrapnel was removed".

- I woke up from my unconsciousness [IL] and with time passing by-a day or two- I found myself unable [IL] to speak. I tried [IL] to read one of the news bulletins, and I was unable to do so, or more correctly, I was unable to understand anything. ..[IL] I tried to read a paper in the *E* language, I was unable to understand anything as well. "In Urdu, which I don't speak ...Of course, I didn't understand anything"

Few days went by [IL] and I am still in the hospital, I don't speak, not even a word., walking in the hospital corridors [IL], with my head bandaged, moving with difficulty [IL], and putting both my hands "left and right" in my pockets.

UNCLASSIFIED//FOR PUBLIC RELEASE

More importantly:
What happened is that I had a "head" injury [IL] a mortar shell exploded suddenly near by us…"Smoke, dust and terrifying sound." [IL] But thank God, nothing happened, and we returned to our locations [IL] laughing and making comments.

I held the ablution pitcher and I started laughing and making comments myself. But suddenly I could no longer see anything [IL] and I could no longer hear a sound. I even was no longer able to move, as if I were an electric device and the electricity is disconnected from it!!

Suddenly again a second rocket shell exploded at the same distance or even closer "I knew these information [IL] latter" I was hit by a sharp and hot shrapnel that traveled to the depth of my scull [IL]. "Very small [IL], the size of a fly…I didn't feel anything except darkness.

More importantly.. The brothers transported me quickly to the rear positions and at each position [IL] I got an anesthetic injection [IL].

Later I knew [IL] that the person injured in the head shouldn't be injected with anesthetics especially the "Sesegon [PH]". God is the helper.

172

UNCLASSIFIED//FOR PUBLIC RELEASE

"It's a small building for sleeping. Insulated against the cold…[IL] Anti sharpnels.." – I think I told you about it previously.

Suddenly…And without any introduction…It went all dark…I was no longer [IL] able to see anything [IL]…I also couldn't hear any sound…I was even unable to move, any longer…Suddenly, as everything started, it all ended. I saw, as if in a dream, the guys were in a prostrating position…Smoke and dust…many noises…Then, I felt that I was falling down, then I couldn't see anything…But "I was hearing the sounds"

I regained my vision once again, lo and behold, [IL] I am in the room…Many sounds…This time, [IL]  I can see clearly as I was lying down on the floor while the brothers were examining me…Turning me around, and I don't know what's going on…Everything happened suddenly and I am unaware of anything…But I was unable to talk…I tried to speak but my tongue couldn't carry the words out, and I don't know why?

I saw on of the brothers [IL] padding cotton on my head…"was he wiping my sweat?"…I don't think so!! And I saw one of the brothers preparing  [IL] a syringe…I realized that it was "Sesegon, *SeSegon*" "It seems that this injection is given to the injured for sedation and as a pain killer. [IL]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

And therefore because it's a new start…

[IL]    -In the name of God the most compassionate the most merciful-
Deer Hani *2*,
Greetings

First: on this date, "and I am not sure [IL] about this date"…Anyway it is :
16/ Jumada El-Thani/412
22 [IL] /December/1992 AD

On that day and while….

 *28/July/1992* AD

More importantly: I told you that on 22-December/1992 AD…On that [IL] day: while –
And I have not told you yet:-

So:

While I was performing ablution, "The place: observation mountain, first line [IL] facing
the enemy where [IL] only "1" Kilometer or [IL] even less, and God knows separates
between us "Mujahideen and the enemy" where we can see them and they can see us
[IL]. And we shoot at the enemy individuals with "Kalash" [Kalashnikov], while [IL]
they are shooting [IL] at us [IL] with "the tank" [IL] and other things.

So, while I was performing ablution for the afternoon prayer, and a group of Arab youths
close to our center….

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Today is Thursday
23/*July*/1992 AD. "I don't know what is the Hijri date today"

The time now is approximately Eight O'clock.

I still try…[IL] Try hard to write to you…But!!! "Look at the signs of the torn pages [IL] before this page"

[IL]
Also I will try if it is God's willing, to organize the subject by dates. [IL] and through telling the story you will understand [IL] everything [IL] if it is the will of God the almighty.

* First: The reason that I was gone away from you since "*14*/December/1991 AD" until "*27*/Shawal/1412 Hijri- 30/May/1992 AD" then till "*20*-August-1992 AD" to today "23/*July*/1991 AD"

Note: I apologize for writing the dates once in Hijri and another in Gregorian, the "calendar" controls [IL] that.

- More importantly, the period I was gone till today is "seven months"

* Second: The reason of disorder and scratches. And the reason [IL] the continuous monotone narration, and beside the "Syntax mistake." I am no longer able to control my pen or even myself. And other things, I will tell you about it and I will try to be brief "unintentionally"

UNCLASSIFIED//FOR PUBLIC RELEASE

[IL]

Thursday: 27 or 28/Shawal/1412 Hijri
Corresponding to  30 or 1/May/1992 AD

Dear Hani *2*,

Finally after "unintentional" hesitation which lasted for too long since I wrote to you a
last ~~xxx~~ paper on "Eighth of Jumada El-Thaniyah/1412 Hijri" "*14*/December/1991 AD"
[IL]

i.e. nearly "4" months or more [IL] during which, I have not written to you a single word
[IL]
in this notebook "Diary notebook." Because [IL] I simply couldn't write to you [IL] or
anyone else

*Monday: *20*- August- 1992 AD.

Pardon me, dear Hani 2:

Pardon me…Pardon me for the "unintentional" delay once more. [IL]

But I am still unable to write. Pardon me for too much scratch marks. If you know, you
would have [IL] excused me.

...Which is taking shape in the horizon.
Although I learned not to trust three things:
1. Winter Sun
2. The tears of a woman...~~and alligator~~
3. The smile of [IL] an enemy [IL]

Beside the calmness of the sea...Although I have never experienced the latter, except through stories, books and television.

More importantly- And nothing is actually important-
I still have brief dreams of a wife and a child from time to time, even when I am here on the battle front line [IL] and under fire.

Actually I ask God for Martyrdom and to fight for his cause, but it's also a fact, I don't deny that sometimes I picture my child and my wife especially when one of the brothers came form "Tunisia", he's married and has a child and used to live in England.

He used to tell me much about his young son, his naughtiness, his beautiful gestures, etc.
. . Etc

Note: I say...my child... Although I don't have a child. And I say ..my wife... Although I don't have a wife either...It's merely a casual expression.

And nothing else.

Hani [Signature]

Saturday/
*8*/ Jumada El-Thani or El-Thaniyah according to the calendar.
*14*/ December

Greeting, without an occasion, to you dear Hani *2* who I really long to see although it is better that I don't see you.

More importantly- And nothing is really important- But I can make something out of nothing and say it's important, it could be like that only through my blurred vision. Pardon me, this is only an attempt to take you lightly, in fact I found the diary notebook next to me, and I only like to be peevish towards you. I don't have anything to say to you and because I'm idle now; it's siesta time. Thank God I read my recitation of Quran, carried out the scheduled physical exercises and did all what I am supposed to do. Additionally the situation is quiet now, nothing other than the enemy is conducting light random shooting. Therefore I have free time and since you are here, only to bear with me, so I decided to let my burden rest on you.

The time now is: two and fifty three minutes *2:53*, the place is: a small room, the weather is very good to the extent that I took off my cotton undergarments which is usually used to protect against the cold; only my Afghani outfit is good enough to cover my skin. The wind is completely quiet, and the sky is clear, except for some small clouds. The snowy mountains are visible from a distance, I am at the climax of ecstasy and there is a strange tranquility filling the place, uninterrupted except by a sound of a sudden explosion coming from a tank [IL] mortar shell, perhaps this is the calm preceding the storm. Also the sun is present just to complete the splendor of this painting…

UNCLASSIFIED//FOR PUBLIC RELEASE

But now, and thank God, things are going well.

The small rooms have roofs reinforced against cold, rain, and shrapnel of course, although a mortar shell form the enemy is enough to make the room, and whoever is in it, history. But praise God, He's the ~~protector~~ [IL].Also there is a washroom and you can wash up from impurity. With regard to water, we are forced to descend down to the water stream, once or twice every day and thank God, we fill special containers and then bring them up.

Nothing but waiting...Either the enemy advances to our positions or we will advance to theirs.

We ask God for forgiveness and health
And Oh Lord.

Hani [Signature]

Note...
Pardon me for the bad luck
And lack of order, because the light from  the oil lamp is faint and I am waiting my turn for the guard shift. . . in a sort while.

And Peace.

The Protector: is not one of the 99 attributes of Allah.

UNCLASSIFIED//FOR PUBLIC RELEASE

Friday/
7- Jumada El-Thani
13- December
Time: Eight thirty PM.

And Now I write to you from the observation mountain perfectly facing the enemy i.e. the first line…The line of fire in Qardiz [PH]. About [IL] two days ago, I left the *B.M.* center to advance to the first line passing the mortar shell center that belongs to us, on the way here.

Currently the situation is: centering the position on the mountain inside these small rooms and receiving the fire of mortar shells, tanks and bullets, and leaving after that.

The enemy is [IL] directly in front of us with their twelve tanks and does not cease to blaze us with their fire, with shrapnel falling left and right, beside the buzzing bullets above our heads or at our feet.

Despite the difficulty of the situation and the location, the brothers had prepared a special place as a bathroom "restroom" where a person can use it, to relieve himself, and to "wash up" but in haste and anxiety- I mean washing up from impurity of course-

Actually I don't know how the Afghanis do they respond to the call of nature in the mountain. In the past, I mean when we were on the mountain for the first time and during the life of "Abu-Bannan", we used to sleep in the open, just by the side of the big rocks to protect ourselves from the shrapnel. One had to wait until nightfall to respond to the call of nature, because the place is completely uncovered, so you can't go to the "open" during that time… You have no choice but to be patient..

Anyway/ That's not what I wanted to talk to you about.

Note that today is "Monday" I was distracted from completing the writing yesterday and today I am doing so…."I am now in the *B.M.* center"

What I wanted from you is to tell you about some developments in this regiment that is scheduled till "Ramadan." After these few days of trying it, I found that it's possible to complete it, or more accurately, adding to it so it becomes as the following: The previous oath and "binding" is also applicable.

1/ Fasting- Mondays and Thursdays- and the three "White Days" of every month
- A' [first letter of word "retribution".].→ Fasting 3 days for skipping a day without excuse, and carrying out the 3 "White Days" if skipped with an excuse.

2/ No dinner meal even if the following day is a "fasting" day
- A'→ No Breakfast for the day if I had dinner, , and if it's a fasting day, don't break the fasting with a rich meal in that day. - Occasions are exceptions-

3/ Observing [4 Forenoon Prayer] [Shafa' and Witr after Nightfall Prayer, and after daily guard duties, 11 prostrations] [Nawafil Prayer before and after obligatory prayers]
-A'-→ Forenoon prayer in the following day-With or without excuse- Shafa' and Witr to be carried out on the following day, like 12 prostrations with an excuse. If there is no excuse, they are to be carried out in addition to fasting the following day.

4/ Physical exercise [Legs pushups30-30] [for Chest -10-10 to 50 and up] [for the abdomen 50] + morning jogging in addition to try to perform the same exercises in the evening
-A'-→ double them if there is no excuse.

5/ Keeping of Quran recitation- One part- After morning prayer and recitation for memorization in the evening- Between sunset and nightfall- And Friday for reviewing. As for the –A' → doubling on the following day.

And Praise God.

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████
███████████

Sunday:

     2/Jumada El-Thani
     8/December
Time: 10:00 AM.

Yesterday I and one of the brothers had advanced to where the mountain overlooking the enemy is. This mountain is where the Mujahideen are centered on its top in mud rooms they built recently because of the weather changes. Four individuals from our group- The late Abu Banan's center- had prepared for themselves a simple room to protect them from rain, shrapnel and other things.

Anyway, I and one of the brothers moved forward with the car carrying the necessary rations for them. We had to go through a distance on the asphalt road exposed to the enemy's tanks fire..

However, the thick veil of darkness and fog was very useful. Thank God, we advanced very fast despite the continuous shootings on the road where the shells are spread left and right and the flying shrapnel hitting the car violently. Until we arrived at the foot hill of the mountain and the driver had to drive to the middle of the mountain which is also entirely exposed area and vulnerable to the shelling of the "PK" and "Zikoyak" [heavy weapons.]

When the enemy assailed with their lethal weapons in our direction, it's as if they suspected the presence of a car, so the bullets chipped in the rocks next to us. We moved the car with difficulty due to the roughness of the road in addition it is being a rugged uphill. During these moments we were laughing…If the bullets missed you they were not going to miss the car, but we were laughing. I swear, if the enemy knew what we were doing, they would have died with a head stroke from their fury.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

...From "Kabul" The capital of Afghanistan and where is the communist governing center. Although the asphalt road between "Qardiz" [PH] and "Kabul" is seized by the Mujahideen, they keep it under their control for a while until the city is blocked and then it is quickly regained by the enemy...And so on.
And God is the one to be relied on.

Nothing else...At least for today.

Hani [Signature]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Wednesday/

* 28/Jumada El-'Ula * 4/December *

-Pardon me…Nothing….
I felt a non urgent need to write to you, but I couldn't find what to say…As if the pen declared disobedience, so I have no choice but to concur so that it doesn't get angry. Peace.

----------------------------

Thursday

     29/Jumada El-'Ula
      5/December
Location: *B.M.* center inside the sleeping quarters
Time: Six AM

The weather is somewhat cold, dark clouds covering the horizon, and everyone here is sleeping.

We had prayed the morning prayer a little while ago. As soon as we finished prayer, everyone went back to bed and got wrapped up in their heavy covers.  Cold always gives you the feeling of the need to hide and sleep. But for me, cold gives me the feeling of the need to love and perhaps creates a romantic mood.
- Ridiculous thing in a place like this…Isn't it?

Anyway! Today is Thursday and that's the day we were told to be completely ready to advance one step forward. But it seems that something has changed because it is "stand still" and this is of course a chance for the enemy, "Dashmin" [PH] as the Afghans call it, such that the enemy fortifies their position and receives Military provisions….

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

…Without any roof, and in the open…Even if you were in a trench on some great mountain, so at least there is no door…You are in the open.

And nothing else.

And peace be upon you.

From Hani *1*

[IL[

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

████████████

Sunday: 25/Jumada El-'Ula
          1/December

Time: Seven and nine minutes in the evening

And one of the brothers is "calling to prayer" from the top of the semi-destroyed building of the *B.M.* for the Nightfall prayer….One moment please so I can join him in his call

Yes Dear Hani *2*,
Until today I kept the regiment despite that the circumstances got suddenly mixed up because of the heavy work in collecting wood from the adjacent destroyed villages. Other jobs control the time, it is not time can't controls them.

More importantly,

My condition now is strange. A thick layer of filth covers me…My hands are completely black, but my arm under my wrest watch is still, some what, clean. My clothes are dirty and unfortunately I am not good in cleaning them, even if I were good at it, I will not find the right time.

Although we have built a special place for bathing and "particularly wash from ejaculation" [Ejaculation is a major ritual impurity in Islam]. And this was of course based on my suggestion and because of my repulsion as well. I often face this problem of washing because of ejaculation, at least more than others which bothers me a lot since it is not the appropriate circumstances.

I would say, despite having this place [for bathing], I still can't take a decent and complete bath to remove the built up filth as I used to do previously in "Najm Al-Din" center from time to time.

And God is the one to be relied on. We now live close to being nomads or the live of the people in the jungle…Sometimes it's a good feeling…You feel that you are living …

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

4)As for physical exercise, If I skip it in negligence, I would double it the following day. i.e. I do them, in addition to what's for that day
5) If I skip Quran recitation in the morning, I do it in the evening. Or I read it along with the recitation of the following day i.e. two parts not one part only.

As for memorization of Quran, Whether I neglect it or not, Friday is for complete review for all of what I memorize and to affirm the memorization.

Of course these retributions are also for self control and to avoid defeat as it happens often. After the night guarding shift, the dread of cold water prevents me form Wudu' [Ablution]- Where there is no hot water- So I don't wash and pray whatever is left of the Shafa' and Witr prayers.

This program starts tomorrow [IL] Thursday (22/Jumada El-'Ula) (27/November) God almighty willing.
And will continue, bound with oath, till Wednesday
[IL]
(30 Sha'ban/1412 Hijri) (4/March/1992 AD) if I live to do it God almighty willing.

And of course binding myself to this with oath means that I adhere to the regiment and it is a retribution not as an atonement for an unfulfilled oath if I didn't do it due to weakness or neglect.

And based on that dear Hani *2*, I solemnly swear to God the almighty that I shall adhere to this regiment to the best of my abilities and that I shall carry it out and bind myself to it unless there is an excuse [IL], out of my control, which prevents me from executing it. At that time the oath is not applicable.

Praise be to God the sustainer of the worlds, peace and prayers be upon his faithful profit Muhammad, God's blessing and peace be upon him.

Thus, there is a program, I told you about it, dear "Hani 2" but I didn't adhere to it because of many reasons I told you about several times. There is another reason I didn't mention, or more accurately, I didn't confess about it to you; that is my weakness [IL] and following the desires of the soul, which incites to evil.

Therefore I added some changes or supplemented it to be "in compliance",
so the program is:

1- Daily fasting "Mondays and Thursday" + The White Days of every month "13-14-15."
2- Continue with "No-dinner"
3- Observe the following Sunnahs [Prophetic customs]→ Prayer of Dhuha, Shafa', like:
(6) prostrations after Nightfall prayer and Al-Qiyam, like: (4) prostrations and one Witr
prostration after the "Guarding shift"….And the Sunnahs of Noon, Afternoon, Sunset and
Dawn of course.
4- Physical exercise: 1) Legs pushups- At least (40) 1 or 2 T
                       2) Chest pushups- At least (10-10) – (50) continuous
                       2) Abdominal pushups- At least (40) 1 or 2 T

Where 1: Morning      2:After Forenoon      3:0 before sleeping.

5- Keeping Quran recitation by reading "1[IL] part" every morning, trying to memorize
[IL]or at least review of memorization every Friday.
"And this is by God's will and Praise to God"

Punishments are as follows:
1) Fasting three days for skipping "a day" without an excuse.
2) "No Breakfast" if I had dinner the night before "except days of fasting."
3) Prayer of Forenoon: Double it on the following day
Shafa' and Witr "11 prostrations" becomes "12 prostrations" on the morning of the
following day.
+ Fasting the following day "If it's not a day of fasting originally."

There are periods that pass by I worry about my self from a change of heart, so I ask God for "Martyrdom". And another moment passes by with strange asceticism towards the world, belittling it, hating it and not caring about it accompanied by hope from God and beautiful dreams about meeting Him, Glory praise to Him. So I hasten martyrdom whatever it might be…A tank shell, a guided missile explodes near by me or even flying bomb, a bullet from a "Kalashnikov..Zikiuyak [PH]..etc." What's important is the martyrdom for the cause of God.

But sometimes, I get enthusiastic to serve Islam, I harbor hatred in a dark way against the enemies of the religion so I wish to do to them what has not been done before. I get enthusiastic to do work which serves Muslims, so you find me drawing plans and wish that I don't die until I do something, provide something and to be effective for my true religion [Islam.]

Thus, I have been between push and pull. I wish, you wish and God does what he wishes. Glory praise to God, whatever he wills it will be. But if it the will of my Lord the almighty and if have a part in it,, I will try my best to do something "Almost decided."

One more thing/ Sometimes I set out some things for myself so I force myself to take an oath for it, so I don't leave any room for my weak self to neglect it. So as to tame this "soul"…As it happened previously in the subject of "dinner meal" which I still keep its special program, that is: "no dinner" despite the end of the period of "adherence" and oath.

UNCLASSIFIED//FOR PUBLIC RELEASE

Wednesday: 21/Jumada El-'Ula
          27/November
Time/ Two O'clock PM
Pardon me….The time now is six in the evening. . .

First I got busy, but now I come back to you…in the evening.
Nothing in particular, only thoughts, dreams or ideas…Or perhaps, and more correctly,
"Semi decisions."

Suddenly and without any introductions, I started thinking about "The Shari'ah
Training." It's training in the science of Da'wah [Calling] and for heralds. It Is taught at
the "Sada" [PH] camp in addition to the other training, and independently from the first
one, "The military training". I don't know why the following was drawn in my mind:

- The Shari'ah Training, then the Military training on Tactics, then a training in "close
contact fighting" I dream about it and try to take it even in the "Philippine." with the
Mujahidin of the Philippine over there,  where I heard from a Philippino brother, who is
now in "Afghanistan", that the Mujahidin in his country train hard, to the extent that the
person who has been trained for three months is able to handle a professional "Karate" or
something like that in these real wonderful Marshal Arts.

As you can see dear Hani 2,
From my conversation with you yesterday and today, you can notice that there is a
contradiction, or more correctly, perplexity.
Sometimes I wish "Martyrdom for the cause of God" hastily,  and sometimes you find me
dreaming of big projects to reform myself and completely prepare to serve Islam in all
possible ways.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Tuesday: 20/Jumada El-'Ula
        26/November

Dear Hani 2,  I will convey to you a few lines from the words of martyr "Sayid Qutb" from his message "The rejoicing of the spirit" to his sister, a woman of letters, "Aminah Qutb"...I write it to you, perhaps it will freshen you up.

- I'm no longer frightened of death even if it comes to me at this moment! For I have received much in this life, I mean: I have given!!
Sometimes it's difficult to distinguish between giving and receiving because both have the same significance in the world of spirit! Every time you give, you receive. I don't mean that someone has given me something, rater that I received the same that I gave, because my joy for what I gave is no less than that for those who received.

I'm no longer frightened of death even if it comes to me at this moment- For I have done as much as possible! There are many things that I would like to do if I would live longer but regret will not consume my heart if I couldn't; Others will do them; they will not perish if they were good enough to survive. "So I take comfort in the care taker of this existence that he would not let any good idea to perish."

I'm no longer frightened of death even if it comes to me at this moment! I tried to be charitable as much as I could. As for my sins and mistakes and wrongdoings, I am regretful, I trust God with them and hope for his mercy and forgiveness. As for his punishment, I am not worried about it. I am comforted in that it will be a rightful punishment and a just retribution! I have already gotten used to bear the consequences of my deeds, good or bad. So, I will not be displeased if I get my retribution for my sins, on judgment day.

"Finished"

And dear Hani 2 ...No Comment. Peace.

UNCLASSIFIED//FOR PUBLIC RELEASE

Monday: 19/Jumada El-'Ula
            25/November

Time: Six thirty, in the evening.

Do you know, dear Hani 2 → And I think I talked to you about this before, that's if I had not given you a headache because of it, that from time to time; I have these sweet and beautiful dreams...Daydreams of course.

I see myself in them with a wife [IL] conversing, and a naughty, as it should be, a young child, a boy or a girl and I am playing with him...My wife and my child of course.

I see myself, how ridiculous I am, fighting with my wife- for a reason I don't know. One of us is angry and the other is trying to appease him/her→ why the anger guys?

I see my son or daughter playing with something and break it, I want to punish him but I am careful with him. I don't want him a coward, afraid of punishment, so what do I do with him? I don't know.

Let him break whatever he wants...The important thing is that he becomes a "man" and huh....huh.

Later on, after this sequence of dreams end, which may be ridiculous, you find me, suddenly and for no reason, laughing. So whoever is around me are surprised...Why I am laughing??  He asks, and I say, as usual, "nothing! I just remembered a joke."
- Tell us the joke so we can laugh with you.
- No need, these are "Military Secrets" – or "Confidential Islamic work" and nothing else is important. So forgive us dear Hani for this absurdity  But you are here only to listen, whether you like it or not. And excuse me.

And Peace be up on you.

UNCLASSIFIED//FOR PUBLIC RELEASE

I was surprised indeed when they found that my joking is unusual  until one of them said to me: is the case over?

And another said: Thank God, Abu-Zubayda went back to normal.

And then a third said: The place became dark for the last few days.

Actually I would say: I was pleased by their nice complements.

However, when they asked me about the cause, I couldn't find anything but avoiding to answer because I don't know myself and I don't want to know…So thank God for everything.

Anther thing…I still insist on following this program which I planned for myself despite the state of instability…It's neither the place nor the conditions. For I, Dear Hani 2, believe and even love order, to the extent that I get a headache when situations are in disorder.

But life here, in Afghanistan, especially on the battle fronts, forces on you the lack of stability and lack of order.  For war is attack and retreat, one day for you and another one against you.

Nevertheless, and despite that as well, I insist. Therefore I will try my best…So If I can, let it be then, and Thank God, but If I couldn't adhere to it – Completely or partially-, then God is the one to be relied on. And thank God as well.

And Oh my Lord.


Hani [Signature]

UNCLASSIFIED//FOR PUBLIC RELEASE

Monday: 19/Jumada El-'Ula/1412 Hijri
           25/November/1991 AD.

Climate conditions…The weather outside is not bad…Somewhat cool but bearable or
avoidable with the aid of some clothes, not too heavy-. Although the snow and ice have
not really started yet, it is obvious that we will keep the city under siege and remain
stationed around it during winter season, which is deadly around here…Unless God wills
something…

But dear Hani *2*, that's not what I would like to talk to you about. There is another
"climate" or "weather", I feel a strong urge to describe to you. It's the morale climate:
I don't know what the reason is, but for the past three days I was not normal according to
brothers, here in the "*BM12*" center. I was completely silent, thinking a lot, looking into
the fire of the burner and dive within it in a different world. Or suddenly I get pinned to
the ground looking at the far snow mountains, watching them, not laughing or even
smiling in the face of whoever is talking to me. And indeed this is what happened with
me, and the brothers noticed it…But what is the cause? Actually I don't know myself.

Days before that and all of a sudden, I opted to be silent, I had no desire to speak
whatsoever, and this is not usual for me, I didn't even want to smile- And that also was
not the look which I made others get used, furthermore, being distracted for long periods
such that I don't hear whoever is talking to me.

What was I thinking about?? → I don't know, or more correctly, nothing specific at all.

More importantly/ And also all a sudden, this morning, I go back to joking once more,
amidst the surprise of everyone.

Another thing/

During the period we were in the first center, "Najm Al-Din" center, which is now completely empty because of the weather conditions as I told you, I say that he, "Najm Al-Din", always recited: "O Lord bestow upon us martyrdom for Your cause, after we had a long life and good deeds."

If I tell him that I personally seek hastily the martyrdom for the cause of God, he would belittle it saying: And what did you offer for Islam and Jihad so that you want to leave as soon as you reach the land of Jihad?

Today, his message says in his own words:

"I knew the meaning of martyrdom" and he invited me to it "Sooner than later", So I really don't understand.

But I don't ask God anything but steadfast for me and him.
God is the one to rely on.

Hani *1* [Signature]

------------------------------------

Note/

Some of the brothers visited "Najm Al-Din" at the hospital and told me that his morale is very high and that his state of mind is the same as before, as if nothing happened.

Sunday: 18/Jumada El-'Ula
            November, 24

Nine O'clock in the morning.

Yesterday evening, one of the brothers woke me up since I went to sleep very early. He was carrying a message and two cans of soft drinks "Pepsi Cola."

The message was from "Najm Al-Din" from Peshawar.
Its text is as follows:
In the name of God the most compassionate the most merciful.
Brother "Zubayda", peace and Alla's mercy and blessings be upon you.
- O brother, after being injured, I knew the true meaning of "martyrdom" and we ask God to bestow upon you the martyrdom for His cause sooner than later and don't forget me in your supplication.
- Also don't forget to extend my greetings to all the brothers, one by one, if you can.

Your brother/ Najm Al-Din
Peace and Alla's mercy and blessings be upon you.
Then he signed

The message was short and quick, but he, May God rewards him with goodness, tried to make it look elegant. You can notice that in the embellishment he included around "Al-Basmalah" [The utterance of "In the name of God the most compassionate the most merciful".]

Furthermore, The two cans of soft drinks "Pepsi Cola"…Most people around me know how much I love "Pepsi" or at least exaggerate loving it.

And she pictures herself as one of those movie stars waiting for the chance to knock and break her heart, as usual, so she becomes sad and cries a little, then tries to commit suicide to become a star in the eyes of the people.

More importantly, she is playful…No religion to restrict her from what she wants…But she doesn't allow anyone to make improper advances towards her on the streets!!

Therefore, and throughout my last days in "India"- I started thinking that some unlawful relationship must develop between the two and I, rudely enough, is the cause for it.

But I got distracted with the preparation for travel and to escape from this vain world in a disparate attempt on my side to save whatever I can of my religious life.

I didn't wake up until later after things went out of my control and "it was too late". At that time I was almost in a shock, what did I do? I, inadvertently, brought two things closer to each other in an unlawful way, although both of them are drenched in the filth of the unlawful from head to toe. But I am the reason for it, no, and one thousand no. That's not what I wished, but it happened, and only I, no one else, am directly responsible for that.

I the past I was happy that I got rid of her and that my friend was happy wit her as well. Nevertheless, how didn't I question the matter, indeed I am stupid. What kind of cloud blurred my vision, what a pity on the work of my hands. By God, I plead much forgiveness from God alone…For what do you want from any one but Him or who is greater than Him?

And you dear Hani *2* I ask you to plea for forgiveness.

And that is how it went:

I used to command her to respond to him, play along and complement him. And I used to try hard to bring them together and the poor thing, at the beginning, used to comply unwillingly to please me. But as time went by she has started to feel comfortable with "Muhammad"

At that point I exploited the situation and charged up "Muhammad" with a set of advices to captivate her. And I coached him on the vulnerabilities of women and particularly this poor one.

Subconsciously, I was disinclined to her, turning away form her… Belittled her. Until I got what I wanted, so it came to the point where I would come home from the university to find them talking and laughing. At that point I took a deep breath; finally I got rid of her without breaking her fragile heart, the product of Indian movies which she constantly watched…And without pushing her to commit suicide as she tried before in a previous relationship.

However, my friend "Muhammad" was not a responsible young man. His favorite hobby is to make improper advances towards girls and to try to making them fall for him. Having a "car" helped him much in catching these lowly disreputable college girls and others. But he showed a special interest in this poor girl. As for her, she was a flirtatious woman, perhaps in her thirties although she appears to be only in her twenties.

The Indian movies with it exaggerated display of romance had an extraordinary effect on her emotions. Like all Indian girls, she makes a love story out of any casual relationship or even a short-lived encounter.

UNCLASSIFIED//FOR PUBLIC RELEASE

Glory praise to Him, the Almighty ....May my Lord forgive me.
- Suddenly as I started, I abruptly stop and withdraw while the poor thing [IL] breaks down.

I too almost do the same thing so I break down, but a few Quran verses are the best support and help for me and thanks to God alone.

And now: I mean the time of writing these words, you find me, Hani *1*, looking strangely at this rudeness from "Sub-Zero Hani" i.e. or "I" during that period.

My fear from God stopped me from diving into what's not lawful "Sex". However, I should have feared God from the beginning...For even the look to anything but what God made lawful is in itself unlawful [forbidden] and I will be judged for it, let alone a "kiss" across the lips...And not to mention the other things "before the point of no return".

One more thing, my rudeness in that period through "Sub-Zero Hani" did not stop only at that point. There is more to the story, so listen and ask for forgiveness from God.

I told you that the poor thing feared to turn down a request from me. And it was so, to the extent that sometimes I used to scold her loudly if she acted in a cold manner with my friend, and the third person in this story, "Muhammad" who was in turn trying hard to gain her acceptance. Nevertheless, she didn't give him any attention.

As if every time he tries to joke with her, he is received with total rejection, so he gets angry.

Therefore I used to play the role of the match maker; first, to get rid of her, and second to please my friend ....

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

The poor thing lived a love story that was not far from the Indian movies which is much exaggerated to the extent of absurdity.

When I upset her, she would drown herself in alcohol all night, in her own home. Then she comes to tell me about it might I sympathy for her. She is afraid to disobey me lest I get angry.

As for me, I actually used to pretend "Ice-like emotions" with her. I was trying to avoid being weak in front of her or to take a liking into her, even mere liking...For I knew the consequences.

I always tried to not show emotions in our relationship. I was afraid that the poor thing would fall in love- And I was fully aware of how sensitive she is to that- I always tried to escape because I am not ready to dive into a ridiculous "Indian movie."

And I am not ready to dive into a muddy unlawful sex, of course fearing God.

Sometimes I used to get intoxicated from her weakness before what I call my manliness which is not weakened yet [IL] and sometime I used to fear for her heart from my coldness or from a day destined to arrive when we are going to separate.

The poor thing, she sometimes would resort to crying and hoping that I just kiss her...across the lips of course, so I would have no choice but to respond...In astonishment, but kisses like these, especially if I start fondling her delicate body and her feminine bodily features as a complementary or unintentional move following the kiss, I say: kisses like that will open the door widely to the devil. And suddenly as I started, she finds me abruptly stopped. Not out of fear from the consequences, but He is my witness, out of fear from God....

UNCLASSIFIED//FOR PUBLIC RELEASE

She's my daughter, whom I had divorced her mother.

I came back to the gathering place carrying my beautiful daughter, rejoicing. So the brothers started playing with her and kissing her, and. . Nothing else....The "dream" ended.

But what does that mean?
I originally believe that good visions are windows to the unseen and it is one among the prophetic branches. Or as reported on the profit "May God's blessings and peace be upon him."

God only knows if I will part of this vision. If so, what is the meaning of the young girl and "my daughter"? Who is he mother?? My divorcee? ? God knows.

Second/ Dear Hani 2 I would like to talk to you about something else...It's painful memory. I am ashamed before God the exalted when I remember it. However, you ought not to forget it yourself so that you continuously regret and ask for forgiveness.

Do you remember that poor woman...Who was asking for your love [IL] everything in "India"....Forcefully, using tears which is women's more effective weapon....And with reason- from a ridiculous stand point- ...She always tried to please me, or to impress me, but I always despised her, and belittled her. I used to highlight the flaws in her wardrobe, although she is elegant and I don't deny that and highlight the flaws in her appearance, although she was not lacking in beauty which was apparent and she showed it very well.

And through his words one can find treatment.

Then he may write a "prescription"…Gives some pills…Or recommends them, even if it was "Aspirin" to give the patient the false impression that it is an effective medicine so the patient is convinced. Thus, his treatment is "fictitious" since he is "delusively" sick in the first place. Or if he is convinced with the medication, then he is actually cured although there is no relationship between the diseases and the medication. It's all nothing but illusion.

[IL] you dear Hani, you are a failed physician who needs physician himself. But I, thank God, do not suffer from any psychiatric disorders. Even if I did, not even the best and the greatest psychiatrist will be able to find a cure for me because I simply know in advance what he will say or do. In Other words his tricks are known for those who know the rules of the game. Further more, you are neither fit nor suitable to be psychiatrist, dear Hani *2*, pardon me!

More importantly, once more, there are mixed things I would like to talk to you about so that you don't forget, although they are not particularly of actual importance.

First/ I will tell you about a brother who saw a "dream" [IL] and told me about it.

- That brother saw as in a vision during his sleep…That I was sitting chatting with him and a number of the brothers and friends in a large gathering place, until a loud call came from inside…It was my mother. I went in answering her call, and then I came back with a beautiful young girl with me.

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

████████████

Today / Friday
(16 Jumada Al-U'la [PH]  *  November 22)
   1412 H -                    1991 AD
The time: Almost seven in the evening

The place: The semi destroyed building…Next to the desert asphalt road leading to the
city of "Qardiz"which is now under siege by the Mujahidin…The building is one of the
"*BM12*" centers which belongs to us, who survived the battlefront group of Abu-Bannan"
Al-Jaza'iri's [The Algerian]

Situation: "Relatively" calm…No sound of missiles or the likes nor even the sounds of
cars going back and forth on the road. But the brothers from the *BM* group in the other
room of the destroyed building, which we used it as a kitchen and storage for provisions
and ammunitions, are now around the brick oven. They are chatting after supper with a
glass of strong green tea as the brother from Algeria like it.

What's Important/ Although nothing is important…At least for the time being!!
I am now in the sleeping quarter, I write to you dear Hani 2 on the oil lamp with it's
distinct smell.

In fact, and as usual, I don't know what I'm writing, but definitely as the time goes, I will
write to you, until you get bored from me or I'm bored from you, because you always
listen…Listen to my complaints without answer, objection or even agreeing. Excuse me,
but you are with all honesty, mute. Like a psychiatrist, you treat me. You listen and listen
until I say everything, I confess to you with everything. But the psychiatrist himself,
always talks at the end

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

So I don't do anything except I let out a strong and burning sigh, it almost puts out the fire of the burner which I usually sit next to after the Morning Prayer to worm up and wait for a strong glass of "tea"…To get my fix.

Then I repeat it again…I take a deep breath of air mixed with smoke coming from the burning firewood…Like the firewood in the brick oven. And I sip on the glass of tea till I take in the air and the memories.

Note/ I have built my imagination of the situations of my siblings and what they might be doing currently, based on the last image I have for them since I left them- Before traveling to India for the second time-

Where "Jilnar [PH]" was in her third year in secondary school [Senior in high school.]

"Wafa`[PH]"- Second year in high school [Junior in high school.]

"Ibtisam[PH]" -  Third year in middle school [Freshman high school]

"Hisham[PH]" Second year in middle school [eighth grade]- "Nisrin[PH]",  perhaps sixth grade and "Kamal[PH]", perhaps fifth grade and "Sultan[PH]" in second grade…Perhaps, God only knows.

But now they definitely must have gown up…God bless.

..Perhaps one of my sisters got married…Or a couple of them…Perhaps they are currently in the "university".

I don't know…And it's not important that I know, but I wish I could know…So I know their news and be comforted that they are okay. But, dear Hani 2, I don't say anything but…

<div align="center">God is the one to rely on.</div>

UNCLASSIFIED//FOR PUBLIC RELEASE

Horror movies for the tenth time, as usual.

Or perhaps he is now doing his school homework with strong enthusiasm. Or is he now with "Hisham and Kamal" on the Atari…I don't know…And it's not important that I know. What's important is that I am strongly yearning for him in particular.

→ "Inas" :- As for Inas, because I didn't know her except as an infant, It's not possible to predict what she could be doing currently. But, God knows, that I am yearning for her although I don't know what she looks like now except for a picture "affixed to the first diary notebook."

For God's will was that Inas to be born while I was studying in India. When I visited my family- After six months of travel- she was born and grew a little such that she used to cry when she saw me. After that I went back to India to finish my studies and I haven't seen her until now…My little sister of "one year" of age now - I think-…"Inas."

And then…/ My brother "Mahir" and his fights with me, and my quarrels with him when we were young…And my father and my mother…→ all these persons, suddenly and without any introductions, their images are rushing into my mind…Their voices echo in the dark corners [IL] of my mind…And they echo more and more until I could no longer hear whoever is speaking next to me.

And memories of being together, the good ones and the bad ones, are undulating in my heart as if they were sea waves when the moon is full, so the "salty" water overflows across my eyes in the form of burning and abundant tears, strong and violent. However, I neither see it nor do I feel it, as if I fantasize crying but I don't actually cry.

**UNCLASSIFIED//FOR PUBLIC RELEASE**

Day/ Thursday (15-Jumada El-'Ula- November, 21)

And…Actually Dear Hani 2  I don't know what to tell you or how to say it…

All that it is… I am in greatly yearning for my siblings and especially the young ones
among them. Their images didn't leave my mind since yesterday.
→ "Jilnar" [PH] :- As if I see her behind her study desk buried in school books trying
    hard to be at the top of the class.
→ "Wafa`'" :- As if I see her playing with an "unclean" little cat, for she loves cats- As I
    do too- even if they are not clean.
→ "Ibtisam" :- I seriously feel that she is behind or in front of the mirror  combing he
    "Indian" long hair with Indian hair oils.
→ "Hisham" :- He is now definitely with the "Atari" on the TV and his eyes are moving
    franticly with the game.
→ "Nisrin" :- I think that my mother had told her to take a bath, and as if I see her getting
    out of the bathroom after she took a shower with hot water and soap, collecting her
    stuff and protesting that she is being told to take a bath.
→ "Kamal" :- It seems to me that he is, as usual, sitting next to Hisham watching how he
    plays and waiting for his turn…As soon as it is his turn, he gets a hold of the Atari
    device and if he makes a mistake and someone tries to guide him, you see him
    quickly mentioning his famous phrase – "I know" or "Iknow, Iknow". That's to say,
    no need for advice because I know everything.
→ "Sultan" :- As for him, I really don't know where would he be…Is he by the
    "Television". I mean watching cartoons…Or in front of the VCR watching one of the

UNCLASSIFIED//FOR PUBLIC RELEASE

This is how the days pass by around the city of "Qardiz" [PH]…And the "weather" will give warning after warning that a harsh and cold winter is knocking at the doors, perhaps it will even pass through the door to the inside of the house. The mountains around us turned white and the ground is covered by frost so we think that it will not go back to normal until the summer comes. However, as soon as the sun rises, it melts the frost on the ground…But the mountains are still as they are white and grandiose…The snow covers them in a magnificent way, it makes it more beautiful, magnificent and grandiose.

For God is the one to rely on.


Note: *1*- Flaying has not stopped today, firing missiles that land next to us in the semi destroyed building which we are taking as a "*BM*" center. The cluster bombs cover the place along the road with its frightening and successive roaring. For God is the one to rely on.

Note: *2*- This system that I previously talked to you about…As you can see, circumstances are not permitting me to completely adhere to it, but I will try and God is the one to rely on.

And Peace.

[Signature]

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

Day/ Monday
12-Jumada El-'Ula
November, 18

The situation is the same…Attack and retreat. As for the place, it is "*BM12*" [BM12 is a Soviet Missile Launcher] center and the news seem to be a mix of radio broadcasts that are interfering with each other so that they are hardly distinguished apart- on the radio set- .

The enemy advances, some times with their tanks and soldiers' carriers, then the Mujahidin open fire on them with Mortar shells or "*R.B.J*" [RPG] so they go back where they came from picking up the wounded  or to transport their dead. Other times, the Mujahidin sneak-in in small groups only with small personal weapons, PK [Pulemyot Kalashnikov, a Russian Automatic Machine Gun] and  *R.B.J.* [RPG]. So they control some site, then not before long, they retreat from it because of the intense firing towards them.  So some times the site would be under their control and other times it would be under the control of the communist enemy. And it goes like that until it is predestined by God that the information, about the locations hit by missiles when we are targeting enemy positions [IL], arrives to us from the observer, on the "Radio communication set", thus we correct our aiming accordingly.

Sometimes his voice becomes louder shouting and announcing that a tank was hit either by us or by another *BM* site and it is not before long that we exclaim and shout [Allah Akbar] and we praise God. Sometimes he cries out- you prepare  the shells quickly, the enemy is advancing to the sites of the Mujahidin…Quickly…Quickly. The mode grows tense and the movement is troubled and the supplications are not ceasing…Then the shells are fired and the voice of exclamation [Allah Akbar] almost prevails over the noise of the firing moment.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

and more importantly I tell her about a situation which I encountered, or a thought that preoccupies my mind, or any story of that sort. As soon as I start telling, and then comes the turn of that part that has been split from one's own self and personified in Hani 2…yourself. then the letter directed to you becomes a group of lessons or the like…Experience that may benefit you, or mistakes which I, indirectly, warn you from so you don't fall in them again, while I've already fallen into them before you…Or a lesson you may want to consider.

Additionally, these situations [are for you] so you don't forget the past….For whoever doesn't have a past, doesn't have a future.

Dear Hani 2, these stories may sadden you so you shed tears. By that, you prove that you are a human being and that you have tender feelings. Or they, I mean these stories, may cheer you so you smile. By that, you prove that you are a human being and that you have distinct emotion. Or perhaps, dear Hani 2, it makes you laugh so you prove that you are me…Hani 1.

The giver of outstanding love, respect and peace.

Hani  [signature]

Jumada El-'Ula, 11, 1412 H.
November, 17, 1991 AD

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

In a figurative or imaginative way.

Otherwise, if my Lord's will is not to meet with you, then apologies, apologies, apologies and apologies for God does whatsoever he wills.

Moreover, dear Hani *2*,
There are things which I like to confirm it to you at the start of this second notebook of my diary so that the vision becomes clear to you, and to avoid misunderstanding…

First: I still repeat my saying- as it was in the beginning of the first notebook-
→ (If it was in my hand to erase all my past, from the moment of my birth up to this moment, the moment of writing these words, by God I would not hesitate for a second.)

* Note:- I don't deny the happy and beautiful moments, and some situations, I would like it to retain without erasing from my memory. Additionally, I have major stakes in the Jihad landscape, I strongly refuse that it would be erased or even forgotten; to the contrary, I insist that it should be engraved violently in my memory.

Second: I would like to assure myself which is represented by Hani *1*, and myself which personified in Hani *2* that I am not "Schizophrenic" …"Split personality disorder". To the contrary, I split my own self willingly, to talk to it, to judge it if it errs, to complain to it if I get tired, so it doesn't tell my secrets to any one. I program it with whatever is good for it, religiously and worldly, I organize all matters that concerns it. Moreover

UNCLASSIFIED//FOR PUBLIC RELEASE

"In the name of God the most compassionate the most merciful"
"Peace and prayers be upon his faithful messenger, Muhammad, God's blessing and peace be upon him"

Dear Hani *2*,
Peace and God's mercy and blessings be upon you
Greetings full of "fancy" yearning to you
Now,
This is the second notebook of my diary or accurately the message of my complaint towards the world and this age..From me Hani *1* to you Hani *2*.

These diaries are my only way and method to relief myself...Through it, I complain to someone, so I can ease the burden on my soul, my nerves and my mind...So I lighten Its heavy burden of what preoccupies it, from a short-lived memory, an impacting event, or a certain problem. Or even the slightest thought which its effects, sometimes, settles in the soul, strikes the cords of the nerves, sticks to the corners of the mind, or even as what is mostly going to happen; Aching the heart.

So accept my sincere greeting and bear my complaint. Who knows, we may meet each other, although we are, Hani *1* and Hani *2*, nothing but one person, that's "Hani" i.e. I ...And you as well, but in two different times and to different ages. The more I get closer to you in time..."one year"...you also move away from me in time by the same amount, one year only. But if God allows me to live long enough, you will read what I am writing right now, and then we will meet each other at least....

UNCLASSIFIED//FOR PUBLIC RELEASE



This is a picture…
Doesn't reflect reality..

picture…
it is…..

Beard
The goatee

1412 Hijri [1992 AD]

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET~~

## US DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



400 S. Tryon Street, Suite 900
Charlotte, North Carolina 28285

| | |
|---|---|
| File Name: | ███████████ |
| Job Number: | ████ |
| Date: | 10/25/2007 |
| Type: | Full Translation |
| Requesting Office: | █████████ |
| Requesting Official: | ███████ |
| Classification: | SECRET |
| Document Name: | █████ |
| Number of Pages (Input) | 94 |
| Number of Pages (Output) | 62 |
| Source Language/s/: | Arabic, English |
| Translator: | ███████████ |
| Reviewer: | |

**Abbreviations**

| | |
|---|---|
| [TN] | Translator's note or Noise notations |
| [IL] | Difficult to read due to quality of the original or the handwriting |
| [ICST] | Intelligence Community Standard of Transliteration |
| [PH] | Phonetic Spelling |
| *Italics* | English |

Underlined text does not denote any special emphasis.
It is used exclusively for foreign language identification.

SECRET

2

SECRET



3

SECRET

4

SECRET

**[Beginning of translation]**

The Day / Wednesday

Before me are two decisions

Either to stay here in this military camp as an executive administrator for the military camp,

which is the person upon whose head fall some problems and the concerns of the military camp.

One finds me in the mornings visiting all the tents at military camp to catch all those who are

escaping from the physical training. Some of them claim to be ill and some of them truly are ill.

And most of them take a nap after the prayer…So, I catch them and I punish them either

physically or with the administrative duties of the military camp, such as transporting water and

digging, and, etc.

Also I am in charge of the group serving to prepare the dining table and prepare the plates and

the tea and the bread and to organize the lines to start eating.

Then I examine what is missing from the necessary kitchen request items and the military camp

in a complete way.  Then I send these requests with the military camp's special car to bring these

requests. And then examine the military camp and writing things

5

SECRET

SECRET

Also, among them there is a wonderful type but they need to have the banner clarified for them. They do not know the differences between the Sunni and the Shiite and they do not know the methods of dealing with the democrats, because the enemy is the same but the ideology differs and the target differs.

Fifth, I believe with absolute certainty that we in this military camp are either increasing the numbers of the Mujahidyns for the sake Allah or we are adding individuals...the past...from Tajikistan.

And until another time latter, peace

6

SECRET

And now the military camp is full of young men…

And my situation with them as in charge of the administrative duties of the military camp and the first to meet the first groups…and the previous administrator for them…even the one in charge of the military camp, who is he that I may comment about some things. I offer you some suggestions…and I express some observations…

First – the majority of those who came to the military camp are unfit for jihad…may be they are fit to be a soldier or a warrior, but for them to be a warrior for the sake of Allah…I do not think so…

Second – the communist ideology still controls their behavior, even if they deny that.

Fourth – most of them, such as the Afghans, know their enemy to be the communists, but they do not know the enmity of the brother, which is America or the idea of democracy.  Some of them love "America" as a symbol of freedom…and this is the most awful thing.

SECRET

But, my dear Hany,

I…also…am afraid…

May be you will tell me, is it the same feeling as the days of Afghanistan…?

And I will tell you … almost.

I am afraid, however, of a direction that I sense to be other than the one that I was looking at, not Afghanistan…

…Now…more than "250" person from Tajikistan are here to train on weapons. They arrived from "Kunduz", the city of their pilgrimage, to Afghanistan…

And based on an agreement with the "Al-Nahdhah Party", which is the only Islamic party in Tajikistan, they are here to train …as groups…the first group is 350 persons and may be larger or more, to be more accurate, and they have not all arrived until now.

Then, once they have finished, they will be ranked. And the ones who will qualify for the special training will remain and the remainder will return to "Kunduz". Then another group and so on...

8

SECRET

SECRET

The day is…"truly, I don't know!"

Because the calendar has finished…

Any way, the ink has ran out of the pen, just as the days of the year run out that another [year] may replace it…and the pen similarly if it runs out of ink…I get another pen…or fill it with ink…

Any way, the soil of the "Al-Farouk" military camp has become alive all over again.  It was a symbol of terrorism according to the Western newspapers as a military camp which graduates fundamentalist terrorists…just like all of the military camps of Afghanistan.  When the numbers of the newcomers to it declined…it's [the military camp] voice was silenced…and now you no longer hear the sound of shooting except seldom.  And you no longer see in it any of the young men…because the dream of Afghanistan has ended, or as some call it—the nightmare of Afghanistan…and no one attends the training and the jihad any longer – except a few.

But today…you only see troops of people all over the military camp; and you can no longer sleep well neither at night nor during the day because of the noise from shooting the Bazooka [PH] or the Zokiak [PH] or even the distinguished sounds of the RPG [sic].  And praise Allah who quickens the dead.

9

SECRET

SECRET

And until now…

Dear Hany 2…

I am still in the Project of Tajikistan

The day / Saturday

29th Dhu l-Hijja                                          19th *JUN*

1413 Year A.H.                                          1993…AD

And…dear Hany

Greetings,

As a new Hijjra year approaches, I am waiting for the permission to enter and start a new year in

my life and a new year in time. A new year with regards to the pilgrimage of the apostle of Allah,

peace upon him

And will my destiny allow me…

Allah knows…

And tomorrow I will know if I will be lucky, or more accurately, or if I have destiny to

enter…but what about completing? I mean to complete a new year in this life in this world…this

is what I don't know, and no one knows other than Allah, praise to him.

And peace…

10

SECRET

The materials necessary for work is late…

Nevertheless…praise to Allah…

And…now…I am waiting. Destiny will drive me…as I have not decided until now…until the proper time arrives…and peace…

With my best wishes,

Hany

11

SECRET

And a sweet greeting…dear Hany 2

And praise  Allah…I have completed the mission…almost…and this is from the goodness of my Lord, because Al-Farouk military camp is ready…almost to receive (400) Tajikistani brothers …and everything went according to Allah's will, in spite of the conditions that took place during the work.

And now…in truth, I don't know what now…

Because there has been a disagreement between some of those in charge of the "Tajikistam" Project…that has resulted in the withdrawal of some of those in charge of the project, and among them …"Abu-al-Harith"…

Because when he came here…to "Al-Farouk", he proposed to us the matter and said, you have the choice either to continue the project with the remaining brothers or…we leave…

And I will not say anything except…I have no hope or strength except in Almighty Allah. Nevertheless, I choose to remain until I complete the mission, that is the responsibility for the arriving groups from Tajikistan and the establishments. And until the person who will take from me the responsibility for the individuals…and he has arrived…

And regarding the establishments …they are almost ready, except for some necessary bribes. And the reason for the delay is

12

SECRET

And in spite of the circumstances, which includes the large scarcity of my fellow helpers who will assist me in building the places of residence (tents and buildings), and the change in the work groups, yet everything is going well. Praise Allah.

And…

And for…

As I told you previously

I no longer find in you the person who

I feel the need to say to him what's on my mind …and therefore, I will not finish with you today…at least.

And peace, for …

13

 SECRET

SECRET

The day is – truly I don't know –

However, what I do know is that today is the Feast of Sacrifice.

And lately I have written document for you.

And the responsibilities and the jobs are pilling up on my head, that I barely read the Qur'an which is helpful...

Because the mission is /

To prepare the places and the residence for 200 or 300 or 400 or 500 and this is the number they guessed to send from the Tajikistani brothers from Kunduz to the Al-Farouk military camp, which since that time can no longer hold 100 persons...

And as you've noticed, I have told you that in the beginning the number was only 200 persons. But after a little while they said it was 300, then, then...

Even 400 we said enough, stop...we cannot receive any more numbers. And especially in these circumstances; the facilities are not ready at all and the time is too short...

14

SECRET

The day / Monday

And peace to you, dear Hany

– I sometimes think it is necessary to write my diary for you, and sometimes I worry thinking of

burning all of it…to rest from it, from its past and from its present and from the recollections and

from the ideas and from all of that.

I wonder what I should do…

Allah knows…

Today / Saturday…

The 24th of Dhu l-Qa'da 1413th A.H.

Do you know, dear Hany?

I don't know why, but I no longer find in you the person that I need to speak with…usually if I

am at my wit's end, or if something has happened to me…or a situation.

I no longer find you to be that person…who is faithful…to me…

And not because I am – to be truthful – a more faithful friend than you are.

However…this is the truth…

I didn't find you to be the friend, the one whom I used to tell about my desire to find him to be

companion along the path…until now…

Also, you yourself no longer please me…

There is no fault in you…rather, the fault is in me…longing for…may be…for loneliness…

15

SECRET

SECRET

The day: Thursday

The 28th of Dhu l-Qa'da

Apr 29

And dear Hany 2

A sweet greeting…and…

(The brothers from Tajikistan) are good but this doesn't preclude what I think may happen,

which is (due to their jihad, it may be like the jihad in Afghanistan)

Keeping in mind, that it is not finished in Afghanistan yet.

And I don't mean the fighting of the Mujahidyns or the organizations among them, but I mean

(the Islamic government), or their jihad is not reflecting the real meaning of

"There is no god other than Allah".

And "Sayyid Qutb" was correct…that people are not cognizant of, or do not comprehend, the

meaning of "There is no god other than Allah"

…and I say they will not…and even if the people did understand the meaning of this phrase, they

will not give it its fair share…and if there are those who are not able, what about those who are

not able.

And…however, this is not what I wanted to tell you at the start of my speech, but it's alright.

What is important is I have spoken with you.

And peace.

16

   SECRET

SECRET

The day / Friday…pardon it is Monday

5th of Dhu I-Qa'ada

I and the Tajikistan group are at Al-Farouk military camp in training and transporting weaponry…

Until now I have with me five individuals from them…and the other five I sent them to Khost to assist the brothers there, since there are no persons or individuals to help there except the first brothers, and they are few and there is a lot of work.

And…nothing…new.

And peace.

SECRET

Dear, and most dear…

Hany 2…

The Day / Thursday

The arrival of the "Tajikistani" brothers has commenced, and the time has drawn near for the

planes to land…to transport the weapons…

Until now – and a group of them has arrived – the Tajikistanis – only in

That they first receive the training…in the military camp – Al-Farouk – and now it is being

readied to be…our very own.  And for the "Tajikistan" Project.

And…your brother…or should I say…or your friend…

He is in charge of them now…– and…may be also of "Al-Farouk" military camp…

…And Allah is my helper…and I don't think I am good enough for this responsibility.

Before Allah at least, and He is certainly the most important one.

Nevertheless, the duty must be performed.

And peace,

Hany

18

SECRET

And...what I wanted to tell you...

Is that Afghanistan was as the first "Global Jihad" after the fall of the Islamic Khalifat...there were attempts but however in countries especially and stemming from the people of the country, even if there were wars that were called Islamic, it wasn't so, or, or, or...

However, Afghanistan has a collection from all the countries.  And what binds them together other than jihad for the sake of Allah because He is a Muslim.  Hence, it is the first experience...we gain from it and even from our homelands...and we move on to another jihad...as a second stage, or a third, or a fourth...

Because jihad has now become as a spark that will burn whatever falls in it...

And...pardon, I am tired of writing

And even though the subject was not finished

And even though I was not precise in all that I have written to you, and in spite of everything...because I believe that you have understood me.

And peace

19

SECRET

The arena has its faults and mistakes either from the Arabs and the supporters or from the Afghans themselves…as Mujahidyns or leaders or organizations, but in spite of it all, it does have its advantages and unique traits which do not exist, or have not existed, and will not exist— and Allah knows–for groups and for individuals and for organizations that seek to restore the rule of Allah…

As about me…as I have told you previously, I greatly benefited from Afghanistan, and I shall not forget, and I will reiterate again…"the loved one" as a description, or that which is described of that which preceded it…and the word will be from the heart entirely as…"Afghanistan the loved one" in spite of everything → Yes, the awaited Islamic state has not been established yet, even if the Khalifa does not exist – and I don't nominate anyone at all – never mind that the phrase of "There is no god other than Allah" is not fully understood. Even some of the senior jihad leaders…those whose words used to ring in the ears, explaining the meaning of "There is no god other than Allah"…their actions now prove that they are only words and slogans to gather money and men

- Observation / this observation is not too general at all and also not specific of an individual… As I believe that it is correct, and very correct, to say to one who has done well, "well done" and "mistaken" to whomever has made a mistake. After all he is ….human.

SECRET

Let's go back to our original subject …

I believe…I will not even deny, and no one denies – except a few – that Afghanistan was – I mean the jihad in it – was an instigator and an invigorator for the people in a visible way…

The Afghanistan experience (in spite of its shortcomings and these shortcomings are few by the will of Allah)…a pioneering experience from which Muslims have immensely benefited – but until now the Afghanis themselves have not benefited from it. -  And we beseech Almighty Allah for nothing other than that which is good for us and for them…in this world and in eternity.  The jihad from "Egypt" which is represented in Al-Jama'a Al-Islamiyya … may Allah reward them with that which is good …The picture will not become clear, and one's eyes will have not be opened, until living the Afghanistan experience…

Likewise, the Algerian attempts did not explode except after the young men of Afghanistan returned to it.  I mean the young men who lead the Afghanistan experience…

There is a great merit to this arena and this merit cannot be denied except by one who doesn't appreciate…from the training point of view, at least it has made up for the freedoms which the Islamic groups did not expect to have in their countries at any place…

Furthermore…it is correct that we are not, or that I am not, either emotional to the max or practical to such a degree that there are no emotions in my heart.

21

SECRET

SECRET

Also…soon – if it is Allah's will – I'll finish for you…and may be to complete.

For one minute I didn't speak with about the advantages of jihad and its benefits, and the benefits that the Muslims have gained are great…not only the Afghanis.

The Day / Sunday

26th of Shawwal 1413 A.H.

And dear Hany 2…

Until today, nothing is new in the "Tajikistan" [sic] Project…all the circumstances are working to fail this project…

Because it was decided originally that "Khost" airport would be the starting area, where the plane would come – the weapons are shipped in it to that land.

However, U.N. Organization had previously landed in the airport, in spite of the efforts made to repair the airport before us or by individuals belonging to us. So, their airplanes landed and then they left…only to fill our hearts with anger. For they are none other than the followers of the movements who want to convert others to Christianity. And this is what we fear will happen to Afghanistan…and if it does not mean literal Christianization, then at the least this is globalization of others – from "globalization…and unfortunately, the people do not know its role…except that they [U.N.] help the afflicted ones with money and projects…etc…the first among them. Peace to you.

Date: October 25, 2007        SECRET

SECRET

And many other things…are accounted unfortunately with the mistakes of this arena. [There are many other things that I didn't mention along with these errors but may be one day, I will mention along with things that are lacking which did not find interest in the arena.] And these errors are only examples, and not statistics.

I say…these weaknesses, either from the Afghanis themselves or from the supporters of jihad– "amongst whom Arabs are the majority as well as the foreigners"– would clash frequently…or that their enthusiasm would turn to being lukewarm. Or their enthusiasm may turn to negative enthusiasm, meaning against that which they enthusiastic about initially. And it may be demoralizing for the jihad here or for any jihad.

And this has reasons:

Amongst which are – emotional thinking – and not being aware of the surrounding reality  - and not understanding human nature…and lack of experience – and not knowing Islamic jurisprudence or,  more accurately, its fundamentals at least…

* Pardon…today is Saturday, 25th of Shawwal…

Even though I did not complete our conversation, yet I am today in city of Khost – and not for anything except for the orders came to me and to Abu 'Imad to join the brothers there…

And today there is improvement here in "Khost" and

Date: October 25, 2007                    SECRET

SECRET

Also…

Many…"and to be accurate…they are not too many"…are individuals who have come to this arena…with recent commitment…some of them recent to Islam originally…which means very new in the religious commitments or new to embrace Islam…

And this is not a problem at all, but the problem is that, there is no one who sees these types in the correct manner.  And their hearts are sentimental…and Allah knows that the majority of these…they are…

Also…the disagreements of the Islamic groups, which were among them in their countries…all of them came with them…to this arena…and these disagreements found an atmosphere or an environment that is encouraging for it to multiply…and to increase…

–Also, the existence of the destructive elements from [the Arab intelligence – every Arab from its own side] and [the foreign intelligence] not to mention the Zionist and the Mossad and, and, and…etc.]…

–Also, conflicts within the Afghani Mujahidyns  themselves… and their words against each other.

–Also, let's not forget that not everyone killed during jihad that he was killed, or at least wounded, in the service of Allah…

There are things spoken of by the prophet of Allah, peace upon him.  Among these things are [the spoils of war, and, and, and…etc.]…

Whoever fights—that the word of Allah is above all—that person is a martyr.

Date: October 25, 2007          SECRET

SECRET

–And I do not deny all of the honors for the martyrs and the Mujahidyns to please Allah, and especially from Afghanistan

–Neither do I deny the service of the sheiks and the Afghans with regards to jihad…or more accurately…some of them

–Nor do I deny at all the role of the media to advertise for jihad; rather, I welcome it. But "truth is truth if it said."…

What I wish to say…is most [of the Mujahidyns] came [to the camp] based on false foundations. (And it is not wrong to make a mistake,  but failure to admit a mistake is wrong. And to continue in doing what is wrong is wrong…and to not attempt to correct the mistake is a mistake.)

–It is a big mistake for one individual to judge…jihad in its entirety just because individuals committed mistakes…because jihad will continue until the hour of judgment. And it is commanded by Allah.  But with respect to individuals, they are humans who both make mistakes and who get it right.  And if there is a fault, then it is in individuals, not at all in jihad itself… And this is foundation which I've believe…

For this reason I am not shocked at all from the mistakes of individuals, even if they were leaders with long beards wearing large turbans.

SECRET

~~SECRET~~

I say / many came here based on reason, even if it is that he will wage jihad with angels...and in their hearts and minds they had the images of elderly sheiks, with long beards and large white and black turbans...

And long lists about their jihad and their battles with the Russians, and the unbelievers and their subordinates and their threats to the tyrants...

And even longer lists regarding the miracles that took place, and the martyrs, and the al-houri eyed, and...and...and...etc...

So when...this came...many of the people...found circumstances unlike what they expected...and as I told you...what was their destiny...

If you ask me about my opinion, I will tell it to you after saying "In the name of Allah, most gracious, most compassionate"...

First / I am not...an expert of jihad...especially from Afghanistan...may Allah forbid this...rather faithful to it with all faithfulness...but the truth must be clarified.

Date: October 25, 2007   ~~SECRET~~

SECRET

Expected much…young men and old men as well…when they arrived in the arena of jihad…they…immigrated to…an Islamic society or to a small society ruled by individuals such as the companions of the prophet of Allah… prayer and peace upon him…

Some of them thought that they would come to perform jihad with Afghani angels and with their brothers who had preceded them to jihad…

And when they saw reality differing from their expectations…

They were shocked…some got acclimated with the conditions…and some were angry and turned against it entirely. And some of them returned as if nothing had happened. And some learned the following lesson…not to be emotional and act without thinking.

However, as about me…

I was expecting everything [less some things]…

And I immigrated for Allah's sake, may He be praised, to grow in the path of Allah…

Therefore…I was not shocked…and I was not affected in a big way if something strange or unexpected took place in the arena at a time when the earth was shaking under the feet of many…and many.

–This is only the introduction. Latter, if it is Allah's will, I will clarify to you the conditions of the Afghani arena with its negatives and its many positives…but without details.

27

SECRET

Additionally, just because one has a nice beard and carries the prayer beads doesn't mean that he is a true sheik...and giving praise to almighty Allah...

–Did you understand...? I don't think so...but maybe you will understand more when you continue to read what I will write to you latter...

Man is never an angel...because an angel is an angel, and a human is a human ...

Furthermore, we as Muslims... are not the same as the companions of the prophet of Allah, Allah's prayers and peace upon him.

And we never achieve their degree of preeminence...

Note / may be all I wrote to you is about the same subject today.  On this day...only to improve the level of my writing, spelling, and to get used to write more.  Maybe it will become more and more excellent...may be...

*Do you know, dear Hany – 2 –

Many of the Mujahidyns ...or more accurately the brothers who came to this arena – the arena of Afghanistan – to carry out jihad for the sake of Allah...Many of them came from different places and in their imagination they were going to find...angels carrying out jihad...and I am not one of them...

Do...you understand what I mean...?

28

SECRET

~~SECRET~~

(1) I believe that Muslims – be it Islamic movements or individuals…sometimes…are not on the necessary level, but this does not preclude that they are  good and have a strong influence…

(2) It is incorrect for a strict Muslim to treat…his strict Muslim brother…as a strict Muslim…in everything.

(3) Everything in this world…and may be in the universe in its entirety…is subject to relativism with due respect to "Einstein".

(4) With respect to believing in anything, my faith doesn't ever exceed "70%".  Likewise, my confidence in any person doesn't exceed the same percentage.  However, my faith in my creator and the creator of everything and my faith in the prophet of Allah Muhammad, Allah's prayers and peace upon him…and the Qur'an, Allah's book…exceeds the (100%) to infinity…and we attribute to Allah…the stability.

(5) It is a mistake to be fooled by appearances

   Just as a young woman needs to watch out from an individual who resembles her father, thinking that he would treat her just as if he were her father…After all, he is a man and she is beautiful.

Date: October 25, 2007                    ~~SECRET~~

SECRET

And dear Hany 2

There are many opinions [perhaps they are not relative and perhaps they are] which I previously used to believe in and speak about with friends…But I have decided not to speak about them since I came to Afghanistan to wage jihad for the sake of Allah, may He be praised…not for any particularly important reason…even with you. And since the time has come for you and me to wrestle, and since many things in this arena specifically have proved my opinions and made me more committed and increased my criticism for it…[without having the absolute faith which I do have – believing in something or in someone that's been appointed – of this my certainty exceeds one hundred percent (100%)]…And another thing has increased my sense of commitment in it. It is some of what I've heard, i.e. the opinions of some of the arena sheiks, who are trustworthy, and have extensive life experience in the same subject…

–Some of these opinions I had mentioned to you earlier consisting of "relative opinions" and some of it I will mention now, if it is Allah's will.  And some of it…when Allah wills it…and there is another reason for this which I shall mention in due season…

…Furthermore / It's not important for you to understand now, my dear Hany 2, everything that I write…But what is important is that I write just to say what's on my heart and take off some pressure.

30

SECRET

However, a person who is financially poor can get money using money itself. By comparison, a person who is spiritually poor, and even if he had all the treasures of the world, will not be able to obtain one moment of spiritual excellence.

[Knowing this, what happens to a sinner who is pursuing spiritual excellence, pursuing it in appearance only…this person is really poor. However, he is less poor than a person who cannot achieve it even for a moment]…

Q. Do you understand…I don't think so…? Neither is it important for you to understand. …Islam is the apex of excellence…

Because Islam is the most grand of the heavenly religions…which came down from Allah…may He be praised…and He delayed it, and Allah accepts it alone. Praise to Him. And following any other former heavenly religions is blasphemy, but it was … delayed to follow and assume preeminence…

With regards to the non-heavenly religions, they certainly are uncivilized – yes, even at the height of backwardness and barbarity.

Q. Did my dear Hany understand…? Do I sound as a fanatic for Islam, the true religion? Note / If you are not this way, then you must be relatively backward…I am sorry to say so. Noting that / not everyone who says he is a Muslim is truly a Muslim – Likewise, not every Muslim feels the excellence of his sole and the excellence of himself in being a Muslim.

–Among Muslims there are those who feel proud in their Islamic religion, and feel proud of their religion and in a love with their creator…May He be glorified…even if one is being trampled on by feet…

31

SECRET

* On backwardness and advancement or [being backward and being advanced]

I believe that these are relative measurements (as is everything in this world)

(And I shall not forget to have exceptions of things and matters)

Any way…it differs from individual to individual…and their understanding differs likewise from individual to individual and from society to society.

As for me…I believe…and Allah knows best…if this question itself is relative even in the same individual…do you understand?...

I mean by this that any given person…may be backward in thinking in some matters and sophisticated in other matters…So what would you call him?  Is he backward or sophisticated?... This is not inconsistent in a person in these matters themselves…for some see this matter as a result of backwardness and some see in that individual to be sophisticated…or an advanced matter…and this is not what is important…

What I think is that a committed Muslim lives in the highest utmost of the sublime amongst humanity…and in everything, even if he is not clear to some…

However, this is proportionate among themselves [between one individual and another] with the exclusion of others…and this type, meaning the "non-Muslims"…they are absolutely and doubtlessly less developed or advanced than the spiritually committed Muslim…materially as well…based on this I say that true backwardness is in fact the lack of understanding of spiritual values as well as jurisprudence.  Material things have to be considered as well …

32

SECRET

SECRET

...Additionally, the word "appropriate" doesn't mean "perfection" at all...because errors exist, and at times they may be...deadly...ideologically...[and varying from individual to another...relatively speaking also...

Q. Did you understand me, dear Hany 2...? ...I don't think...so...

Note / I believe that every group that serves Islam, even if they are mistaken in some areas...in a big way or a small way...nevertheless, each group has...a "role" even if simple one...

–At least, you'll understand this from some of their ideas...however, practical reality and application may not agree with mere words – but may actually be contradictory...

I believe, and Allah knows best...

The Islamic Brotherhood used to, a long time ago...and recently...call for a fundamentally correct understanding of Islam...and may be...May be that was their right.  However, now...from within the movement itself...[meaning from some of them]...for they are in urgent need for one to revive and point the Islamic Brotherhood in the right direction...

Q. Allah knows better, and I may be mistaken...but should I be speaking in relative terms?

Note: I singled out this group because of how long they've been around...approximately...and because of its large audience...approximately as well...and being considered the mother for other groups that have separated from it due to disagreements in some issues...which are simple sometimes...

33

SECRET

SECRET

I believe, and Allah knows better, that every Islamic group in this arena or in other arenas, in which they are implementing their program or their quest...

Because every group has its own weaknesses...and its own strengths [and these weaknesses and strengths vary in a relative way]..."Each party is happy with what they have." Take for example...at the present..."Al-Da'awa Al-Salafiyya" and "Al-Jama'a Al-Islamiyya" and what has come out of it, and those who oppose them on some issues...and "Hizb Al-Tahryr" and "Al-Taly'a"...and we shall not forget another group "Jama'at Al-Tablygh". Pardon, I neglected to mention "Al-Surooriyoon". Additionally, let us not forget to mention the idea of non-sectarian and their supporters...what else? ... Are there still additional groups or ideologies? I believe they are many...

Do you also notice the fourth dimension here?...but to clarify to you, let's say Group "J" for example...is very appropriate to this city at this exact period of time and will be completely unacceptable in another place at another time...Also, it may be completely unacceptable in the same first city if the time is inappropriate ...

34

SECRET

And dear "Hany 2"...

A sweet greeting to you,  Allah willing today's conversation will be about "relative opinions" or "opinions from the fourth dimension"

– Review what I wrote you on the 29th of Jumada t-Tania, 1413, A.H., which coincides with December 23rd, 1992 A.D.

Keep in mind that you did not notice the existence of "relativity" in these opinions, or at least in some of them...then know that you did not understand what I meant...

* I believe...in the person of "Hany 1" that before trying to gain victory or to restore "Palestine" from the hands of the Jews...first, we must achieve victory and restore in the Islamic countries, and the Arab ones in particular...and confrontation for sake of Palestine from the hands of the rulers...who are apostates from Islam, and to first fight the apostates is of greater importance than fighting the Jews and the Christians...and God knows best...Also true education will be to wage jihad among sinners: death, and fear, and hope, and certitude, and life...for in fighting them education will occur.  The day will come when we enter Palestine after we've become true believers.  And it wouldn't be a stretch to think at that time that "a stone or a tree would say...there is a Jew behind me; come and kill him."  This is according to the sayings of the Prophet of Allah.  Allah's prayers and peace upon him...– For this is an honor for a Muslim who believes...to arrive at such a stage that "a stone or a tree would say" to him...and Allah knows better.

– Do you notice – the fourth dimension – which is the time-place, or the place of time, or the time of place...dear Hany 2...??

SECRET

SECRET

And praise to Allah...

For no one was hurt...except for minor bruises, and big bruise on my right foot which was my luck.

So, praise to Allah

What's important is...I had my foot checked.  In the jihad and the [IL] "Khost".  And praise Allah, that it was only bruises and twisting ...and now...and praise Allah...you'll see me leaping on my left foot, to avoid standing and walking on my right tightly bandaged foot...

And if it is Allah's will...it'll only be a couple of days or may be even less, and I'll be just like I was...

Hany 1,

Who is sending you

Greetings and peace

36

SECRET

SECRET

The day is Saturday…Pardon, it is Sunday.  And Allah knows better.

Only yesterday…we had an accident…

We were in the car – I and an equipped group of "Tajikistanis" and there were six

individuals…and while passing through the bumpy mountainous road in the area, the car rolled

over, then it settled in its place, as if nothing had happened…

Before arriving at the downhill slope and my brothers were afraid of, or expecting, the accident.

And what they expected took place…

As about me and a brother from Turkey, we did not jump out except right before the car was

about to turn upside-down…

The Turkish brother jumped out and made it alright, just as I jumped out.  However, the edge of

the car leaned on my right foot when it turned upside-down the second time.  And I felt in pain

from its pressure…

However, the brothers in the front of the car – they stayed in the car until it settled on the edge,

barely holding on from falling to the bottom of the mountain…

Turning upside-down and falling apart to pieces as well…

However, the mercy of Allah is what caused the car to stop, because three brothers and I were

sitting in the back which does not have a cover.

Date: October 25, 2007          SECRET

SECRET

Today is Thursday / the 16th of Shawwal 1413 A.H.

April 8th, 1993 A.D.

The time now is…almost (9:30) in the evening…

Nothing new…just a few jobs dealing with the weapons that are intended to transport to "Tajikistan"…or Tajik Istan [sic], or Tajik Stan [sic]…however it is written

Only yesterday we did complete the audit and the review and the analysis…and nothing's left except to wait for additional orders.

Note – the news from Peshawar are getting worse, either from…for the Pakistani police is tightening the grip on the brothers there and imprisoning them…

And there are still conspiracies surrounding the supporters of jihad everywhere, aiming to erase the word "jihad" from the minds

"However, they plot and scheme, but so does Allah. Allah is the best schemer."

And…nothing else to say except

That I say to you: peace to you and mercy from Allah

Hany 1

SECRET

The Day / Tuesday

6th or 7th or 8th of Shawwal

The time – may be ten

And may be…and Allah knows best…we will leave the place today…for some urgent jobs.

"Abu 'Imad and I"…to…"Jihadwal" or may be to "Al-Farouk"…

And these jobs, of course, belong to the operations to transport to "Tajikistan"…weapons and ammunition.

And Allah is the Helper.

And Peace


The Day / Monday

29th – Ramadan –

And the blessed month of Ramadan…is about to wave its hand bidding farewell – Peace "and whosoever has gained during it, he has gained; and whosoever has lost, has lost."

The time now is: – 12:30 – noon

And I am now waiting for – siesta – the nap taken after the prayer.

And since my diary book was close to me, I thought I should greet you.

Peace upon you and the mercy of Allah and his blessings…hello.

And then…good bye

Peace upon you and the mercy of Allah and his blessings.

Hany 1

SECRET

SECRET

And without being a smart aleck – people are imperfect "and this is without comparing them with others", as they have their limitations "mental, or physical, or spiritual, or…, or…, etc."

And these cannot be overcome

And enough…of "happiness" what lacks will restrict the eagles…meaning limitations.

And…destiny shall suffice – my dear Hany 2 –

And truthfully, I didn't write you all this except:

- To express all that resides within me from the past…

- And to increase my writing, hoping that the quality of my writing will improve, or spellings, my handwriting, after some of these things have gotten poor.

- Sorry, I will not give you the medicine…because I am not a doctor.

And forgive me for speaking too much.

And peace…

With my sincere regards to you,

He who is your sincere person,

Hany 1

40

SECRET

~~SECRET~~

And this made me want to cry…but from exasperation this time because…a human being…is bound "with human limitations"…and time does not nurse his ambitions – neither does a place, nor does the place-in-time "the time-of-place".

Furthermore, circumstances are what they are…

Additionally / feeling inadequate at times…

Notice in his first personnel report for you, as one who is dear to him…Hany 2

Because he says, at the end of his remarks about the psychological condition – Of course, I am not without some elements of weakness…but I understand them well, or I acclimate myself towards them…"it's over"

May be he thinks that the inadequacy which exist in people in the first place…to be his own inadequacy…this, in spite of being inadequate in the first place simply for being human.  And this is a natural inadequacy.  Rather, it is not considered an inadequacy, in the first place, as far as people are concerned – when it comes to decision making and evaluation between them.

Example about that: a group of men with healthy bodies…but the foot of one is amputated. Hence, he is inadequate in appearance by comparison – and they are complete by virtue of having their limbs.  However, when it comes to comparing them in contrast to other types "the non-human for example", it is possible to say that they are lacking in some specific way "in intelligence, or abilities, or…, etc.".  Aren't they inadequate?…

41

SECRET

This is in addition to languages (the ancient ones and the ones still in use), which one would love to learn...

And all of that – I want (he wants) to be equipped with...especially in matters of education.

You'll find that I love to read about all, or most, subjects. So I enter a library and choose a group of books, on a variety of subjects. So, when I finish reading a specific book, I decide that I must read several more books on the same subject...And when I read the following book, the same things happens...and so on...but I don't find the time. Because I still have the college books, for example.

I then perform physical fitness training for one of the combat techniques, as an example, I want to have time and...energy, to perform another combat technique...which has particular advantages.

Additionally, my ambition regarding – the sport of body building and...gymnastics, so you'll find me to be wondering what to do...

Even while I choose a particular sport and pursue it in a regular way; however, the problem is I'd continue to be wanting to practice another sport along with the sport which I am practicing at that time...and so on...– Pardon, I've referred to myself as "Hany Qaf".

"Hany Qaf" just has a problem of too much ambition...

And while he tries to balance these ambitions, yet at the end he concentrates on one ambition. Sorry about the human decisions which he cannot avoid...

Date: October 25, 2007     SECRET

SECRET

But life is rebellious…and one is weak…and authentic faith in it…is inadequate…so the same tragedy…repeats itself…

Something else…this wasn't the only thing that used to make him cry,

Or more accurately, makes him feel the urge to cry…

But the extra ambition—in of itself—would fly him up towards heaven,

Even to the highest heaven of the seven heavens,

That he would almost enter Paradise,

Passing by the fire,

Without it touching him

And he would relish the bliss of the Garden,

While he is disregarding what he had done on earth.

Just as if there were no Reckoning or Punishment.

And you will find him – speaking of Hany Qaf – to be developing a program, just like a computer program, which he loves and has studied with love and esteem.

And he was ambitious for the two: this is part of ambition.

–   Three years – no more – one can get a Bachelor of Science university degree Magna Cum Laude – it doesn't have to be Summa Cum Laude – and then he leaves – India – as an example. His situation before going to India – leaves India and he's obtained a Bachelor of Science degree, plus a certificate in one of the self-defense disciplines, plus a certificate in body building, plus financial profits from a given business, plus additional courses in computer languages, plus, special courses in engineering or computer repair, plus, plus, plus, plus.

He then moves to another location to continue studying for a Master degree or a Doctorate, etc…etc…etc…

43

SECRET

Don't forget the elements that help him in his error...among which is

1.  From the age of him who has lust and excess for sex – I say it's attributed to his age...he was twenty-nine years-old.  Among them – beauty that turns him on – relatively – and other things which are left over from puberty – understanding – they had an affect...

And praise to Allah, who forgave him – and forgave us – which is more than mere kisses, and long hours rolling around in bed and..."the mud" – to be more correct –

Anyway / ...

These attitudes which made him feel guilty – hence, crying.  But tears weren't coming by themselves...that he might be relived...but were delayed until the time he was hasty to pray, begging his Lord to forgive his guilt, and hurried in turn to suicide...and silenced himself...his eyes were looking at the ground, from his heart which was beating out of fear from his creator...sacrificing his existence, which was not alive to revive this heart.

SECRET

Especially in matters dealing with women...which he approached as if he has was undoubtedly going to do it. But he – in spite that within himself Satan himself was burning to do it – yet he, and praise Allah – for Allah was keeping him from that – and fornication – satisfied with apostate kisses burning his body and her body, and moaning and heavy breathing in certain places...which he knows would light up his heart...and how he would kiss her...and he would not forget to move his hands without restriction, fooling with the screaming body that is before him until he would be...

Do it, but don't kill me...

But he would continue...fooling around...and concentrate his kisses, until he almost pulled out her tongue which was screaming in his face – do it please...do it, I ask. By Allah, who showed you how to pray out of fear from his punishment...

And he would say, whispering – and by Allah nothing would keep me from "doing", other than my fear of Him. Praise Him. But a voice in his conscience: and what are doing now does not anger Him?...or, do you not fear Him?...

And the discussion or the argument would start between him and his good soul. His deceitful soul would help him. And just as in any of his discussion...he was the winner...even against his...good...soul. So, the good soul rejoices within him. And it cheers him...in his evil...and he yells against it – damn! I know that she's right "the good soul"...but I do not admit to it...stubbornly...and I ask Allah for His forgiveness....

45

SECRET

He twists truth to falsehood and falsehood to truth – sometimes – taking advantage of the lack of education of the person speaking with him about the subject – Or, if the person speaking with him is knowledgeable in the subject but not knowledgeable in other subjects – "our friend", Hany...Qaf  will bring up more than one subject for discussion until the person arguing with him would feel that he couldn't take it anymore before him, and he would win the battle...while he is convinced that the person who is arguing with him is the one who is right...but he – sometimes – is stubborn, and doesn't want anyone to win an argument against him...

But he – I mean "Hany Qaf" used to listen to others and agree with what they say – even if he wasn't convinced of it...

[And this arguing or discussion would be about different subjects, even about matters of religion – then he would sometime issue Fatwas [opinions] without knowledge – I ask for forgiveness from Allah from that matter. – ]

And / sometimes you'll find him close to his demon consort, where he would seduce his consort and not the other way around, which is what usually happens...

And sometimes you'll find him awake at night calling upon Allah, publicly, or secretly, just because he committed something so very small against Allah or against another human being. And he would feel as if he were the worst tyrant on earth, and he would seek refuge with His Almighty Lord, hoping that He would forgive Him his guilt...or just because he feels distant from His creator...may He be praise and uplifted...

46

SECRET

And regarding writing, there still are – as you can notice – misspellings.  And he mixes up so much with inaccurate sentences – Additionally, he lost a small part of his skull bone.

Other than that, praise Allah…I…or the Analyst…is doing well.

So, don't be afraid – dear Hany 2 – the arrival of inaccurate reports – or unscientific…to you…

*. The psychological report – which is not done according to psychological basis and analysis of the patient: (Hany Qaf)…

– First, his psychological condition is instable by reason of the instability of his circumstances – and his psychological condition differs from his psychological status – Sometimes, you'll find him – hardhearted…and sometimes ever so gentle.  So, you'll see him feeling tears well up in his eyes just from observing a situation that affected him.  This doesn't mean that he would cry or get teary.  Because some particular things would keep him back – like an internal voice – are you this tender?

Or another voice – this is shameful…a man and you're crying?…"Wrong for men!" and things or voices from the residues of societal understanding, regardless if they're right or wrong.  Or if the situation does not permit him to get teary-eyed, if he is in the presence of other people or among those who know him…So cruel at times…

– Sometimes, you'll find him to deem it wiser to keep silence and suffice  by blowing the smoke of his cigarette in the face of a situation…without speaking or knowing…

And sometimes, you'll find him arguing – embarrassing those he's with during the discussion or the argument.

47

SECRET

SECRET

And I'll write you a report about "Hany 2000"

Being psychologically ill, I try to analyze his condition and status and how he's doing in a way that has no basis as it is apparently done in the world of psychology...

Also...this report differs from the report that I write you...once...every year – Yet, I will reference it and consider it as a self-written personnel file, written by an ill person who wrote it in his personal diary – Because today I write a report about a specific person, and he is "Hany...Qaf", not about myself.

One more thing, before I start the report or the analyses...don't forget...

– The ill person, or the one complaining psychologically is – Hany Qaf –

– The psychological analyst – who seems to be a failure – and that's me – Hany 1 –

– The one who cares about the ill person – who is responsible for him or his guardian – is you, dear Hany 2...the one to whom I am directing these words. And I offer you some suggestions – for his condition – which is not curable, if it is Allah's will.

With the following observation: That the "Analyst" himself can barely write well...and notice the spelling mistakes and all the scratching off.  So, pardon, and pardon, and pardon...

And this is not to make fun of the psychological analyst – how can I make fun of myself? – He has only lost something, or part, of the ability for verbal "expression" – because he still makes no sense, or hesitates of saying things.

48

SECRET

SECRET

I said to you, or actually I wrote you the following:

(A pressing urge to cry is overcoming me…I don't know why?...

I want to cry a little…and at the same time I don't want to…

– I feel as I've been devastated in this world…and I'm not that way, of course.

And praise Allah, because my life is very ordinary, and better than many I know…

But in my own eyes…I am devastated…

My dreams are grand, and my ambitions are larger…and I am on the way to achieve them, if it is

Almighty Allah's will…But ! ! ! …

"I don't know if I really will or if I will be devastated halfway through…

My fear—from the unknown or from the future—is not the reason that I feel like crying…– Yet,

I do fear both – But something, and yet I have to figure out what it is, makes me feel—even in

the middle of overflowing joy or amidst pandemonium—that my tears are about to fall…

Just as if the tears want to keep me from laughter…And, I sigh—oh—from the world.

I have nothing else to say at that time…

And now, I'll start to explain…or actually…to analyze…and you may add "psychologically".

And to make it easy for you, dear Hany 2, to understand what I'll say, by the will of Allah.  So,

I'll consider, or I will express, myself at that time – the time of writing the previous lines – with

"Hany Qaf" and will refer to him as a third person, neither (you nor I).

   SECRET

SECRET

And regarding the fear of the future which I feel…here…it is a feeling of fear from…turn to apostasy from the true path after having been guided by Allah…and "Oh, Allah, you are the one who overturns the hearts and that which we see, do establish my heart in your religion – and I add to my prayer by saying – Oh, Allah, establish me in the Jihad in your path"…until You accept.

– Regarding fearing the unknown, I do not know what the reason is for it.   This is, but now I will fear no one other than my creator, may He be praised.

– And this of course doesn't contradict with the natural fear of the Dear One – and Allah knows better.

And I do ask my Lord, may He be praised, usually when I call upon Him: "Oh, Allah, do not let there to be a nucleus of fear from any one other than you, Oh, Allah."

– Also, regarding the matter of constantly wanting to cry…without me actually crying

– Pardon, for the "cutoff", because today is Sunday, coinciding with the 28th of the month of Ramadan…

And to finish the subject to you…

– The matter of this repeating urgent desire to cry, which used to overcome me previously…–

And it still has its current effects – before I clarify it or get philosophical about it to you, or to reveal its reasons, and explain what I see—I'll write to you a few lines from the past that I've written to you about the same subject that you may see for yourself – or I for myself –

50

SECRET

Regarding true happiness: it is the happiness of the people of paradise regardless of their level

And it is not necessarily limited to those who've arrived at the "peak of joy" in the world…but it

is felt by everyone who enters paradise…whereby we do not forget that in paradise there are

levels. The difference between one level and another level is like the difference between earth

and heaven …Because amongst men, there will be those who will be confined along with the

prophets, those who were good, and the martyrs…and among them are those who will be

confined at a lesser than that…And Allah knows better.

And we ask Almighty Allah, for the sake of His kind face, for paradise and for whatsoever draws

us nearer to it. And we call upon Allah to keep us from hell and what draws to it…

And…Dear Hany 2

Also…the subject of my fear of failure was caused by me feeling guilty and sinful when I do

what angers Allah, even if I was out of the flesh – which is the innocence of faults – and I was

afraid that my Lord would punish me for my sins in the form of future punishments…such as

failure in a particular work, or of unsuccessfulness…

Likewise, my fear of the future was caused by my admission of aforethought sins which I've

committed, knowing about the punishments for them from Allah yet insisting to commit them, or

actually being lax about them on the basis that Allah is forgiving and merciful…and I was

forgetful that Allah is terrible in punishment

– Or I may repent of it then return to it. Then, I'd repent and return. And I'd feel as if I'm

someone that's deceiving Allah I'm really deceiving myself.

51

SECRET

SECRET

Even if human beings achieve the height of happiness (which is not possible to exceed, or more accurately which he is unable to exceed in the world), yet

– Meaning the human being who's achieving it – there is no guarantee he'll achieve true happiness—or, more accurately—genuine happiness, which is entering paradise and to escape hellfire.

For to enter it is not by the works of him who worships, but by the mercy of Almighty Allah…

And…dear Hany, did you understand what I mean…?...I don't think so…

And to help you to understand my words, then examine the meaning of these words, or actually the sentences…which are not meaningful

– (The apex of happiness): for me is the degree which cannot be surpassed by human being in feeling true happiness in this world…and he would have lived in happiness.

– (True happiness): is to feel that one is pleasing to Almighty Allah, the Creator, praise Him. And to be in the world and to feel it on the path to "the apex of happiness"

– (False happiness): is a deceiving feeling for one, who is not seeking to please the Lord, praise Him, may He be uplifted.

52

SECRET

However, I did not know what was missing…or may be I knew and forgot.

Keeping in mind that the apex of happiness in the world is the happiness that is incomplete…because the world is a home of misery and trial…and happiness is relative…or not perfect, in the sense that it would fill or encompass all avenues of the person…

And without being philosophical: I feel that I am not happy, even if the sound of my laughter fills the place.  Nevertheless, this is false happiness, not genuine.  And until now…in my current time and immediate circumstances…I have not arrived to the degree which human beings do not exceed…in the world at least…and I will call it "the apex of happiness in the world for human beings"…

I say / I have not achieved this apex until now…yet I feel as if, or perhaps to be more accurate, I am gradual on the ladder of happiness…and no matter how close to Allah I may be, yet I am excelling more and more…for when I get off the straight path because of the disobedience and philosophy, then I quickly feel…downcast and falling off the steps of the ladder to reach the "the apex of happiness in the world for human beings"

Keeping in mind / that Allah—may he be praised—that He alone knows he that is closest to Him and he that is not that way…also keeping in mind / that I am at least better than I was in the past somewhat, because the ladder is long, and the winds are strong from both sides and from above…

And we ask Allah for success and for steadfastness.

SECRET

The day / Friday…and I shall increase my prayers on the prophet of Allah – Muhammad – May Allah's prayers and peace upon him.

26th of Ramadan /

And dear Hany / a sweet greeting

Go back…to the previous pages…before the jihad…through the pages of memory

And the pages of the diary book and you will notice many things which you rarely understand the way they truly are…and from them are these examples…

– Me not feeling – at that time – happy

– My fear of the unknown…and from the future…and from failure…

– My constant feeling: with the urge to cry…internal…

And, of course, for every reason there is that which causes it, but I didn't use to understand it…and don't even understand myself.  And how would I know what the treatment for this problem

And truly, the problem was me being distant from Allah…don't say that I was praying and fasting, nor did I commit adultery and other things…

The truth is: I was far away from Allah, may He be praised and uplifted…In spite of my fasting and prayer at that time, yet I didn't give myself its fair share of sincere worship of my creator…And how would I demand happiness, while there was deceit within me…And if I felt happiness for periods during that time, it was utterly incomplete.

54

SECRET

The weather here in the city of Khost … is hotter, despite of the cold breeze in the morning and evening…However, it is entirely not the same as it was at the two previous military camps…while the distance is close…"approximately three whole hours on a rugged road that does not allow for speed."…

Also, the situation is different…because there are no sounds of mountain animals, such as wolves…or jackals…

Here there are only sounds of birds, those that are beautiful and those that are not…

And the sounds of dogs are scarce…

And the sounds of the cars and the trucks…

And…nothing important…

And the feeling of happiness …is being renewed…

And missing you…in the person of Hany 2

Peace

55

SECRET

The day / Sunday

21st / Ramadan / 1413 A.H.

The Time: The time now is five in the evening

The Place: The city of "Khost" – in a small room, in the fortress of "Takhtabika" [PH]

The situation: I had decided after seeking what's best and consultations to organize a way to

"Tajikistan" for Abu al-Harith – to wage jihad in the path of Allah. And we have arrived only

before half an hour roughly – I and…Abu 'Imad alone of the group- we arrived to "Khost" and

then to this "the fortress"…or as he calls it "fortress"…fortress of "Takhtabika" [PH]

And…nothing else.

I may speak with you latter…

And peace…

– The day / Monday

And my dear,

Apparently…and Allah knows best…we will remain here in "Khost" a short while…perhaps

until the end of Ramadan, and perhaps until after the "Eid"

Eid al-Fitr of course…if it is Allah's will…

Then, some necessary jobs…then to… → …

Wherever is Allah's will…

And peace ~

Date: October 25, 2007          SECRET

SECRET

With the note that we will leave this military camp…may be today at noon, to…"everyone on his own way"

And…today it is rainy…and the sound of rain fills the place…and the military camp is almost empty now from – the group – and two individuals…because a group of the brothers has departed to Peshawar yesterday, and we stayed until today.

…The time now: even though this is not important for you, yet it is important for me

The time: Eight in the morning…

The place: The mosque made of mud that is covered by a green tent

And because it is spacious, we also use it for sleeping and to rest between lessons…– do you remember it?  My dear Hany 2.

I don't think so…

And peace to you.

With a sincere greeting

Hany 1

57

SECRET

And I noticed the signs of Islamic movement – very small – to these areas…at least it is to this arena…

The global media is now concentrating on the subject of – Bosnia and Herzegovina. So is the Islamic as well as the Arab media…through all the methods or more correctly the outlets. What is important…also…is that you have not given me an answer.

It's possible to understand from him the certain approval…In spite of our meeting with the man – and the group – I and "Abu Yahiya" in the evening – and "Abu Abdullah al-Tablyghy", and "Abu 'Imad" – until now, even though the course has ended – we have not yet made the choice…either to continue in the path of preparation – "even though the news is becoming clear that most of the Arab military camps in "Afghanistan" have been closed, or most of them. And only few remain…This is because the conspiracies of the world and Arab leaders would not die down, as well as the current situation in Afghanistan.

And the second choice for us is to join the "caravans" toward the new jihad with Abu al-Harith (may Allah reward him and the others with that which is good…)

Regarding me…until now, I have not sought that which is best for Allah in the matter…and if I decided something, I shall keep you informed of it, if it is Allah's will…

58

SECRET

\* Another subject

Abu al-Harith – have I told you—or more correctly wrote you—?

Leaving aside…that he is the prince of one of the Arab fronts that were around the city of

"Khost"…Then, after achieving victory there, he was the prince of the front around the city of

"Vardiz" [PH]…—His group, or more correctly most of it—joined the fighting around

Kabul…with "Hikmatyar"…while he stopped, refusing to participate in the – heretical mutiny –

Now he is married – recently, to be precise, after the commencement of fighting around Kabul

among the Mujahidyns –

And what's important in this subject – a week or so ago, the man brought us news, or a letter,

calling us – the group and me – to join him under this command, in order to build the start of the

path to the "Islamic States" which were under the control of the communist Soviet Union…and

the "jihad in the path of Allah" has commenced in one of them against the communist

government…

And truly – I myself used to think about the subject of the new jihad in these places.  And the

news of the Mujahidyns has spread there, even though the media is silent about this – and this

thinking was about more than five months…

59

SECRET

SECRET

Today is Saturday

Coincides with the 20th / Ramadan / 1413 of the pilgrimage of the apostle of Allah Muhammad, Allah's prayers and peace upon him

And by the goodness of Allah, the course has ended well – and I ask Allah, may He be uplifted – that this will count for us, not against us...on the day of standing before Him, may He be praised and uplifted.

And truly...and to be truthful, I shall say:

After this course in this – secret – military camp and the previous course in the previous military camp – "Al-Sadyq" – I truly feel that I have benefited enormously...

Both courses are important and compliment one another...

And... are necessary...for jihad...and I ask Allah to be established in this path – with the observation: In both courses, some of the subjects, I will need to get deeper knowledge, and to be convinced of, and to obtain any missing information...

Therefore, if I can get two more courses similar to the previous courses...I will not hesitate to join them, until I can attain the highest degree of being fully confident..."And there is no complete confidence in anything, however...this is relative.  And now, by the goodness of Allah, I can be trained in both subject matters of both courses.

But degree-wise...they differ...and "praise be to Allah for everything."

60

SECRET

SECRET

…and…a grudge against the killer, noticing that until now I do not know who is right

Another question, is it really a riot, or fighting among the Mujahidyns.

I don't know what to say except, peace be on you.

<div align="center">Signature</div>

P.S.

Some strange news about Afghanistan and the fighting around Kabul

- Maybe in the near future I will give you the details

- And if I do, I might tell you about the old subject "relative opinions" or "opinions from the fourth dimension". I postponed talking about it because I was afraid that I might be rushing to propagate these views or ideas, however in the near future Allah willing, everything will become clear.

Date: October 25, 2007

SECRET

SECRET

The stories of their martyrdom – or even injury only- make me charged, jealous, hold grudge and feel sorry.

- Charge, that fires up through my entire body and shakes it vigorously that each cell and, nucleus and even little hair on my chest cries out: Are you content with life away from the front lines. I try to cool down and apologize – (they say it is a riot- and now I am trying to get ready …then…but…and…). Some of the cells calm down and some of the nuclei stop screaming as if I convinced them with my words. However, some little hairs on my chest continue to scream (we refuse to be anywhere except on the chests of men). In turn, I cry out myself (I use my mind first, and then I see my heart's vision. If you want my heart to take over my mind like women, then I do not want you to be hair on my chest) and they shut up.

Those stories about their martyrdom or even their injury stir up in me jealousy and grudge. Jealousy, because (the destruction of heaven and earth would be lightly taken by Allah than the destruction of a good soul). This is evidenced by the correct Hadiths of the prophet of Allah.

SECRET

SECRET

Today/ Saturday

It is not important – at least for today- writing the date in the A.H. or A.D. format…but what is important is:

The news that comes to us from Kabul or to be precise the front lines around the city of Kabul. Mass killings and mass injuries….familiar names that are known to my ears and to the ears of those who listened to the teller of the news. Each name opens in my mind a new dimension of my memory. It knocks on its doors first, and then destroys it mercilessly without waiting for permission or answer to accept or to refuse. The rejection gives it a better reason to destroy and to enter forcefully.

And each name I hear whether a martyr or an injured is like a password that opens doors once pronounced. The name starts to unfold letter after letter through my ear to the inside of me and as magic, it opens all doors. Then the picture of the person who has this name is drawn before my eyes and around him I see the circumstances or the story, but his face does not depart from my sight. I understand his facial expressions based on the situation I remember him in; therefore, he might be mad, laughing, smiling or sad, and maybe crying. Each name makes me sigh for the days which we spent together..or even the hours or moments. I sigh once more, but this time forcefully, and I breathe heavily because he beat me to martyrdom and to meeting with Allah –may He be uplifted -I consider him a martyr and I do not recommend anyone to Allah.

63

~~SECRET~~

Monday/

1/Ramadan/ 1413 A.H.

*22/Febreuary/ 1993*

P.S. Right now, I and the group are in a good camp for a new military rotation..private..and secret and sorry

And…congratulations on the blessed month and Happy Season for the entire Islamic nation


To follow

And, I will talk to you Allah willing

And sorry once more

       Signature


About myself, I feel that I understand the material completely till now and all I need is to organize my papers and that is only a matter of finding enough time, or to be correct the right time and nothing else.

Except: The month of Ramadan is around the corner and I ask Allah – may He be uplifted- to enable us to fast in a way pleasing to Him and to give us the power to do it. I also pray that it will be for remission, rescue and mercy. Praise to Allah the Lord of all and peace.

       Signature

SECRET

But ahead of all of them, thanks to Allah there is no strength without Him. Even the brother who is in charge of training, orders me sometime to take his place during those days if he is sick or tired. You might remember those first days in Afghanistan and how I used to be the last person in the physical training, praise to Allah, and Allah is great.

Another thing: The physical training program in this camp covers the requirements for a special physical training program, so I will not need a special physical training program except for few simple additions as much as time allows.

Regarding the military classes, this rotation is very good. The material we study is very detailed and accurate and this is the second thing which makes me happy here. Also, you might recall my first rotation with the explosives -compared to the present rotation- would be a basic one. Therefore, I pay special attention to this rotation regardless of some simple obstacles – Allah willing- which remain due to the injury: writing; recording the important information which needs accuracy and focusing also the mathematics and other things.

And despite of that, I sense the satisfaction and approval from the brother, the trainer – the one who explains the subject- and verbal commendations.

SECRET

SECRET

Too cold, and too hot and here we are between both of them. One day we take all our clothes off due to the excessive heat and we can not breathe. On another day we put all the clothes we can find on our bodies due to the extreme cold weather and wind…very cold

And in both conditions we say: Allah, the only life that counts is the afterlife.

- Third subject:

Praise to Allah, the rotation is going well

(Today/ Friday/14/ Sha'ban/ 1413 A.H.)

As you may have noticed, I do not write to you or meet with you except on Friday because it is the only day we're allowed to get rest from the military lessons concerning the explosives and we also get rest from the morning exercises which could be strenuous sometimes.

Truthfully, in spite of the limited time and the vigorousness of the morning exercises, I love it and I am happy to do it. The morning exercise is long and we jog a lot till we feel the pain in our joints and muscles in addition to some other exercises. Praise Allah, because although some of the brothers stop in the middle of the road, I'm always among those who continue

Date: October 25, 2007          SECRET

SECRET

Today/ 7- Sha'ban- 1413 A.H.

*29- January - 1993*          Today-Friday

More than one full year since the injury

Thank Allah for everything, until now I find some difficulty in pronouncing certain words

and I am a little dyslexic and I stutter very little, sometimes. Thanks to Allah, things are a lot

better than they used to be. Also, as you have noticed, I make a lot of mistakes while writing

and as you can see that I cross a lot of words. Moreover, I try to avoid writing the words or

sentences that I have doubt to write correctly. About the memory, thank Allah, I think it is

better than it was before the injury. Physically, thank Allah; my health is better than it was

before the injury as well. The little hole in my skull remains open and I do not think I will

undergo surgery to have it closed.

-    Another subject

The sun started to dominate the place announcing the arrival of summer, the very hot summer

in this region, so rejoice. But, the presence of certain areas where there is ice indicate the

presence of controversy-it could be noble or not noble- between the two modes

SECRET

And dear Hany 2

Some remarks that should be watched and acknowledged in Hany 1

- Deficiency in getting up at night since this last incident in Peshawar

- Deficiency in my personal physical training program although the program here is very
  strong

- Deficiency in remembering what had been memorized of Allah's Book and I had
  forgotten it after the injury

- Deficiency in writing to my father, and I have not wrote to him since the injury until
  today. Today, thanks to Allah, I can write a good letter Allah willing.

Therefore and due to other reasons, this matter is to be addressed firmly because the soul

tends to do wrong..except from my Lord's mercy

Accept my greetings

The one who longs to see you

Signature

Hany1

68

SECRET

Thirdly/ the presence of some animals and birds in the camp, gives it a beautiful countryside view. There is a group of regular chicken with its rooster. Also another kind of chicken is the Roomy [Ph.] and sometimes called Habashy [Ph.] and it has its own Roomy [Ph.] rooster who likes to mess with everyone. There are two beautiful ducks that hardly leave each other – some beautiful rabbits..doves of different shapes, two black goats and two foolish small dogs.

Fourthly/ the weather here is cold and for the past two days, ice is everywhere and all you see is covered with white. This kind of weather brings to memory the wonderful days we spent in (Vardiz) [ph.] and all I can say is:

Oh, Vardiz, how I love you

Vardiz, and how would I love to be buried under your soil. This is the pure soil, is it [IL]

Of course, I can not find an answer except silence, and there is nothing better than silence for an answer. There are many other things that made me like this place, and I might mention them to you but later.

Another thing (out of the subject)

For a while, and Pakistan has been threatening to evict the Arabs who are either Mujahidyns or workers in rescue organizations in Peshawar. Also some Afghani organizations using the Jihad excuse, Allah helps us.

69

SECRET

SECRET

In the name of Allah the Merciful and Compassionate

Praise to Allah, we thank Him, ask for His help and forgiveness

Prayers and peace on the last Prophet (Muhammad and his family and friends)

Dear Hany 2

Peace, mercy and blessings of Allah upon you

[IL] period full of love and loyalty to yourself

Anyhow, this is a new memoir, and this is a new period Allah willing, I ask Allah to bless it for me.

Today is Friday

And it has been more than one week where I and the group are in "Al-Sadyq" camp for combat for an explosives' special rotation.

Praise to Allah, the place is nice and the participants are few, decent and funny. Also the material that we study is needed and this camp is good from many angles. To mention some is its location – which a lot do not like- but to me it is great, because it is located on a slope surrounded by mountains or to be accurate hills and that makes it more beautiful. Also the way the camp is set, run and the military transactions in it are very good and completely differ from those in "Al-Farouk" camp.

13 [in red ink]

Date: October 25, 2007    SECRET

SECRET

In the name of Allah the Merciful and Compassionate

*Prayer and peace on the prophet of Allah Muhammad*

Memoirs

* 3 *

*

In "Al-Sadyq" camp for combat

From letter 3 from Hany the participants are few- decent

Today/ Friday the material we study is needed

22 /Rajab/ 1413 looks good from many angles

*10/January/ 93* a lot of people do not like it, but to me it is good. Slope that is surrounded by

mountains or to be accurate hills

The camp and the way it is run and the military transactions in it

completely differ from those in "Al-Farouk" camp.

1413 A.H. [in red ink]

Blue book or notebook cover

**[End of translation]**

[TN: it seems like page 166 and 167 were wet and the words on them are scattered words from the previous two pages 164 and 165]

SECRET

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



935 Pennsylvania Avenue
Washington, D.C. 20535

| | |
|---|---|
| CASE TITLE: | Personal Diary |
| CLASSIFICATION: | Secret |
| REQUESTER: | ███████████ |
| CASE ID: | █████████████ |
| LANGUAGE: | Arabic |
| JOB #: | ██████ |
| DOCUMENT NAME: | Personal Diary |
| TRANSLATED BY: | ████████ |
| OPERATIONAL REVIEW | █████████ |

**Abbreviations:**

| | |
|---|---|
| Arabic in source document | Standard font |
| English in source documents | *Italics* |
| [  ] | Translator's notes or explanations |

SECRET

Today is Saturday

5 Rajab 1414 Hijra [corresponds to 19 December 1993]

After *3* days the instructor of this [training] course came from Kabul. The order of coming or leaving was up to the general supervisor…almost responsible for that issue who is Abu-al-Walid. The duration of our camp has been over since approximately a week ago, and the youth remaining are organizing their information in their books and waiting for    the new developments or the orders.

The brother in charge of them, or who is their trainer, came from Kabul after spending *3* days with Abu-al-Walid who in turn went back to Kabul *4* days ago to discuss the issue with the Tajik executives (Tajik do not have executives to start with) or that is what it looks like

What is important is that Abu Bashir, or that's what he calls himself during this course, had told me that the camp might get shut down and he along with the trained youth will move to Kabul. They might keep me to another course with other youths while keeping the first group.

I Hani *1*; my role is almost over; another time and may be not. God knows.

My brothers' book of diaries is finished. But, till when?!

I send you my dear Hani *2* a book (in the form of letters). But you don't send me any, not even one letter

Even if going back to the past is impossible and I am your past I would not blame you either, [You] my unknown future

Hani *2*

With sincere regards of Hani *1*

SECRET

Or the hole is in my head

I did not feel any pain and continued the explanation and the topic was completed and he warned them from a new round that night.

But when I returned to the administration tent I felt pain in the area which I fell on and when I examined it, with help of the mirror, I found a little swelling in the bone surrounding the hole.

When I examined it carefully as if I felt a tiny cut also coming out from circumference of the hole

Now I feel slight pain when I chew food and I thought that this cut might be getting more and bigger.

And God is the helper

And my sincere wishes to you my dear with the injured head.

From,

Hani *1*

SECRET

29 Jumad Thani 1414 A.H [corresponds to 13 December 1993]

My dear Hani *2* with the injured head.

Today, the cut in my head increased…

Yesterday evening I was testing the guards where I slipped in closely then surprised them to see if their reaction is appropriate or not

Does he apply the combat movement he learned or does he forget them when under fear, surprised, or when gets nervous

Then I examine his method in security and his carefulness; is it possible to deceive him, trick him, or even kill him easily without noise

I informed the Tajik youths and allowed them to apply the combat movements with me without fearing that I might get mad. It is all considered training.

And, sometimes I would surprise the guard; I would start with a light strike so the response would be light as well. Or I would suddenly hold him from behind; I would either hold him or act like I had killed him with a knife if he surrenders in his reaction.

SECRET

And I used to sneak in and use small rocks to scare him or to drive him away from walking close to me or from coming towards me where I would be laying down, crawling, or hiding.

Yesterday I held a guard from behind; his response was to flip me over and throw me to the ground and lay on my chest. Without any resistance from me, for I was testing him. And he did well.

This morning, and as usual, I was telling the youths their mistakes in guarding and the places where I was present during their shift, and being near them without them being able to detect me, that they said that I am like a Jinn.

But the truth is that they are not used to this method of infiltration.

Then I told them of the good accomplishment by their colleague who flipped me to the ground and I wanted to apply what had happened one more time so that they become encouraged to do the same or somewhat similar to it. So, when the youth flipped me over this time I fell on my head and exactly on cut spot..

One more thing...

Q: Why don't I send even one letter to my family?

A: I do not know...

Q: Why has it been a long time since I got a letter from them? Did they forget about me?

A: I do not know...may be they did

One more thing:

I would like to study the military survey or Topography...it plays a big role in combat

[A drawing]

SECRET

SECRET

Tuesday, 23rd Jumad Thani 1414 A.H. [corresponds to 7th of December 1993]

Since yesterday I started a new program or let us say it's a continuation of a previous program. It is a program which progresses or in which commands or "In Pout", progress.

Till now, it is:

1- Fasting on Monday, Thursday, and the three bright days from every month; the 13th, 14th, and 15th.

2- Exercising: morning jogging around nine in the morning because the sun rises late and it is cold before that time. This takes place on (Saturday, Sunday, Tuesday, and Wednesday). That's it.  Because Monday and Thursday are set aside for fasting. And, Friday is for its dues..

The End.

 So far this is what it is, and God willing I will add to it new commands. And we seek help from Allah.

SECRET

Sunday, 21 Jumad Thani 1414 [Corresponds to 5 December 1993]

Sweet-smelling greetings Dear Hani *2*

You know, during the last two months I was on a fitness program, and despite that it was slightly

interrupted, by things which separated me from the things I wanted to do, it was almost a

successful program.

I am only saying this to you to make a program…without writing to you…a program with

penalties, rewards, and a time-frame.

And this has a critical indication….

Do you know what it is?

It might be that I am getting disinterested in you…and indeed I had mentioned to you previously

that I get bored from you sometimes despite of my great love and need for you.

This is not because I found a replacement; I mean the friend whom I can talk to openly. No, I did

not find him till now.

The issue appears as if I have not even found that friend in you.

And peace.

SECRET

17 Jumad Thani [Possibly corresponds to: 1 December 1993]

Dear Hani *2* I apologize for a long period of no communication…but, nothing had happened to tell you and I also did not feel the need to talk to someone.

But today despite that nothing had happened, I insisted to write to you. And to write to you regarding "The Nothing."

This "Nothing" is the Palestinian State, the news of which are heard a lot despite that it's considered nothing.

This commercial agreement between the Israelis and their brothers; Yassir 'Arafat and his group sounds like a game or a joke, but, you do not hear the voices of those in the grave. And I say nothing but that the day of the great battle, which the faithful Muslims, the knowing Christians, and the confident Jews are awaiting, this day, and the day of Armageddon is near. And on that day we shall know who is truthful and who is a liar.

Christians talk about it, the Jews talk about it, and we Muslims talk and have a promise for it.

Every team is assured that this day is their day

But to us as Muslims, I am confident and believing that this day is the day when Muslims will fight the Jews and the rocks and trees will talk and say: "You Muslim, there is a Jew behind me come and kill him", except the tree of Al-Farqad since its one of their trees. And as the Prophet, peace and blessing be upon him, said: "We wait for this great day" Khaibar, Khaibar oh Jews,Jaysh Muhammad shall return" [Muhammad's army shall return] [Khaibar was a battle where the Prophet Muhammad conquered the Jews]

<center>O God…</center>

SECRET

*14 November 1993*

20 Jumad al-Awwal 1414 A.H.

May be there is a month left for our course to finish.

There might or might not be another course coming, it all depends on circumstances, or decisions, or first and foremost on destiny.

So they understood what I meant to say

And I insisted in saying the word "thief" to them and to the Tajik brothers who participated in the operation. [TN: i.e. stealing the canned food]

But they also did not agree that they are guilty. So we told them…the issue is over with. And indeed the issue was over by them leaving and the regret of the al-Tajik brothers for what they did impetuously.

The story ended

And peace

SECRET

…and as if nothing had happened, I went back to my bed between being awake and asleep…till the morning of that day came

Brother Salah-al-Din entered secretly to where they spent the night and kept on watching till he saw them throwing away the empty can of the canned food. He surprised them and gave the first thief the punishment he deserved. Then he took them back to the camp after they have all confessed that the decision was made by all of them. He then met with all of them, and their heads were bowed down from shame and embarrassment, they almost cried, as a matter of fact some of them actually cried. That was a lesson to them.

One more thing:

[UI] brothers from Pakistan …one of them are a Sunni Iranian a member of a Pakistani jihad movement. They joined our course to receive training they were included in the tough message, and one of them objected to the punishment of the thief sympathizing for him and decided to leave, and the other two carried the bags [luggage] with him.

SECRET

So when the files were taken from them, one of them objected on the basis that it was not fair. He did not speak Farsi, the language in which the course was given, but he was relying on the interpretation of the Persian brother.

He said: why? This is not fair?

I responded in the English language, which they could slightly understand: "You did not finish the course and left willingly, and this is the rule of the course, because it is a very special one".

He answered: "And why would you take the files?"

I replied: "because you are a thief of food, where I meant to say "you are [UI] the others are "thieves" and did not stay to receive the punishment you deserve.

The word I said, in their language which I did not understand, meant "a bastard", so they got mad, and one of them started swearing but I contained the situation. Then I said: "have not you participated in the robbery? Then you are a thief...a thief of provisions". I meant by provisions: "The food" which is what it means in the Arabic language.

So, one of them who understood what I meant to say said to me: "Your word does not mean that, it means "A bastard"!

So, I sincerely apologized to them. The words were misinterpreted since I do not know their language. It was a word which I heard from one of them and I thought it meant a thief of food.

SECRET

Saturday, 15 Jumad Awwal 1414 A.H. [corresponds to 31 October 1993]

Winter is coming in hesitancy…in the morning, regardless of what you put on of cloths or armors, made of cotton or wool, you must still feel the cold even if a little bit.

But, once the sun shines, you feel like even taking off your under-garments from how hot it is. Amazing contradiction. Right after we pray the sunset prayer we can no longer sit outside our tent…cold weather is like the guard guarding the doors of the tents.

Yesterday the Tajik brothers getting trained had to spend the night outside of the camp as a punishment and as training in the form of punishment, to apply what they have learned for a while and to get acclimated. They left after the noon prayer and did not eat supper, and they thought they will have to spend two full days outside without food or shelter other than having the military gear and two blankets. Right after we finished the night prayer me and brother Salah-al-Din, the course instructor, went to our tent and the cook came secretly and said: "one of the

SECRET

Youth sneaked into the kitchen and it might be that he took food without a permission" "so when I responded to the voice in the kitchen he went out running"

We got mad, me and him, for this insubordination.

And the decision was that, (or in other words that's what I had suggested especially that the camp was without its daily security), I sleep, along with my long stick, in the kitchen in order to know who the criminal is, despite the weather was a little cold today unlike the other days where its very cold in the evening and the [early] morning.

Despite the many dogs which go around the camps seeking food, especially when the guard is not present they increase in number around the kitchen where I sleep.

Anyway at exactly ten thirty three of the trainees slipped into, some of the best ones we had, one of them entered the kitchen, they were not seeing me but I was seeing them because the good moonlight that night, so when he entered and tried to take some of the preserved food, I screamed at him: "Stop where you are", and he ran away scared, and the other two hid among the short thorny bushes.

Anyway, I recognized him and called him by his name but he continued running from being scared.

And my apology

And peace be upon you…

SECRET

*October 26*

11 Jumad Thani

Dear Hani:

What should I tell you…I am fed up…life is getting worse in my eyes

I know its sweet for a while but humans are all like animals, and you can not live proud in the jungle unless you are stronger than its king; the lion.

…The crimes of the Christian Serbs in Bosnia make me explode but what is the way for revenge and victory? The whole world is plotting the destruction of Muslims and it's enough to see one being slaughtered and the other watches and this makes him a participant in the slaughtering.

Another thing:

I feel hopeless and "going no where" in my Jihad, and many other things that just writing them makes me want to vomit.

And God is the one to seek for help

And peace

SECRET

Day: Sunday

10 Rabi Thani 1414 A.H. [27 September 1993]

I would like to tell you some good news

The brothers in JihadWal decided to carry out a military training for their going over weapons. It might include a lot of heavy and light weapons and this is very appropriate for me

I will participate – Allah willing - with them and coordinate between my responsibilities that I have in the special camp and participating in the course.

<center>Peace</center>

I am thinking of Joining "al-Qa'ida". [TN: The Base Terrorist Network of Usama Bin Laden] and this is a thought that I had for a long time possibly since I came to al-Faruq for the first time 8 months ago or more.

Now I might present my desire to the officials there.

And God is the one to seek for help

SECRET

Monday…

Regretfully I am not fasting

[TN: most of the page is UI only the eligible words to read were translated; no intentional omission]

I did not fast Monday nor Thursday nor did I the three bright days of the month

Today's date is 11 Rabi Thani

And as you see my dear Hani

Putting a daily, weekly, and monthly program for myself

Is what's better for me and what's most appropriate for devotion especially for fitness and exercise.

And as you also notice putting a non-restrained program is a failing process with no commitment especially we change places and my health situation and …and…

Then I have to program my time and my work

And restraining this program with penalties and having an oath [of commitment] to myself

And you must have noticed that I have decided to put a lot of programs during this past period but the unstable condition and the piled-up work and the health fatigue all these things became obstacles between me and programming, but with having an oath and penalties the program will be applied by the will of God the most high despite of the circumstances

SECRET

This is my second special letter

To "The flower which has not blossomed."

I am sorry I can't right an honest letter to you today my dear "The flower which has not

blossomed", but I would tell you:

I do not combine poetry to you

Nor write prose to you

I, my dear, write you a letter, which I diligently try to make truthful, so that the response might

be truthful, and know that I fear lying.

And peace

SECRET

Today Saturday

Time: Ten thirty in the morning

 Location:  A new location like a small camp. A new one.

 And till now it is called "9"

And it is for special course for the Tajik, only some Tajik their number does not exceed ten

individuals and three from Pakistan and two from Uzbekistan

And this is a special course which includes many issues.

The rest of the Tajik are in al-Faruq camp.


Management

-   Brother Salah-al-Din al-Irani [TN: The Iranian] : ~~The instructor and Course supervisor~~

-   Me: The administrative officer. [TN: a word scratched. Possibly: kitchen]

-   The brother, the Afghani Chef.

SECRET

Monday,

26 Rabi' al-Awwal

*September 13*

Nine o'clock in the morning

The weather is more than wonderful

Which I resemble to the weather in Paris, which is called the city of fog and dreams.

According to me, I call it the city of fog and no morals. But here today in "JIHAD WAL" it is in deed the region of fog and poetry

The mountains make you dream and fly with the poetry. No high-rise or expensive structures or buildings.

Even small water fall, parasitical grass, weeds, and tiny bugs which usually dance ballet by the little swamps, all these things make you dream.

But there in Paris, by God, what is poetic or lead you to dream in this city crowded by people, cars, buildings, and even dog pets which leave their wastes every where and there is not even some sand

SECRET

Which the dog could use to cover up its waste. Even the dog got used to laziness and carelessness.

Day and night screams, screams; screams of humans, screams of factories, screams of cars, and screams of dogs including the delicate ones.

And I am surprised at the existence of poets in places like these.

The poet is the dreamer hung in between the truth and fact, the imagination and the impossible.

Paris over there is a symbol of materialism, a symbol of the non-poetic and unromantic imaginations. And, the existence of such individuals in Paris is unfairness to them and to their art.

But if one them would had left Paris and choose a rural area of France, he would had certainly found his art developing and improving.

The more the material culture the less the spiritual and romantic culture and the less are the principles, the standards, and the imagination.

And whoever can combine the two of them is the true Superman".

SECRET

And this is a special letter

A sweet-smelling greeting to you, and then:

Sometimes I think when I sit by myself in a dark place to send you my dear a gift.

Sometimes I think to [send you] a perfume bottle but an empty one.

The most valuable, most beautiful, and most expensive perfume bottle in the world, but also as an empty one. And, you ask me and in silence

I respond: How can I give perfume to a flower, even if it has not yet blossomed. How to offer a flower what it offers.

That is why I think to offer you a perfume bottle, an empty one, as symbol for my desire to contain this flower. So be mine, mine alone.

Be a sole symbol…for my selfishness. Come into the perfume bottle and I will come in it

Me and you in the perfume bottle

The most valuable, most beautiful, and most expensive perfume bottle in the world. But this time not an empty one

From Hani *2* to "The flower that has not blossomed"

SECRET

With all respect, and my own and complete belief in the team work but where can you find such a type

I support working with the Jam'ah… Islamyya, of course the mature one. I do not see or I can not find this type or to be more correct I have not found it till now.

The situation demands more patience, patience, then patience.

O God

O God, changer of hearts and visions, fix my heart on your religion. O God, Jihad for your sake.

O God, you turn of the hearts and visions, turn my heart to your obedience.

Remark:

I might participate in a special course for the Tajik with special privileges for the participants as trainers.

But my participation as the administrative official

May be outside al-Faruq camp or may be *10* days from now, and may be, and may be, and may be.

And peace

SECRET

Today-Wednesday

And till this day I have not began or started the program I am intending to start. Nothing specific stopped me except the effects of some fatigue or weaknesses that are showing up, or seem to appear with the sunrise of a new day, + the laziness factor which is the real cause for not starting it till now.

Comment: I neither used Pascal nor even Basic.

Do you know…and not because of a specific incident I say this:

Sometimes I think and see that it is better for me to work alone! Why? , and how! And when!

I am thinking of obtaining the appropriate military training, even outside of Afghanistan, at the foundations which operate, for example, in America, if you pay for it.

And the military training would not be a traditional one but would include many things that I am in need of

Then I operate alone, I decide on my own, and execute solely via almost well studied methods and for guaranteed results and [TN: See page 29]

So sometimes I need to write about something and I do not need to go back to it till after a long time, so when I go back to it I find that most of what I previously wrote had disappeared.

And and and many things stop me from enjoying this nuclear head…a long time and…

SECRET

And you might ask me what is with the pens and its shortage that causes you trouble. Why don't you use the lead pencil which available everywhere and you are from the kind who appreciate it I would tell you; yes I strongly do appreciate the lead pencil. But the problem or the problems which face me with it are:

1- That I use this pencil and enjoy using it more than my enjoyment of sleeping with the most tender and beautiful women in the universe, not just including the ones on the earth planet. As long as it's a lead head or as our people call it. And I call it "The nuclear head".

As long as this head is sharp. And I feel disgusted and nauseated if using this pencil when its sharpness or youth lessens. The same way I would feel disgusted when I am offered the ugliest and roughest woman in the universe, especially after I would had already had sex more than [TN: incomplete sentence] determined my potency that day so I abstained from it, and stayed away from him and from her.

With my confession that I sometime respect its non-sharpness

SECRET

SECRET

███████████                                    ███████

Specially in drawing on paper and in the shadows

And no shame a man sometime is compelled to sleep with the ugliest woman the harshest

woman in her treatment the most ridiculous woman in taste and sensibility. And he does this

following the silly wisdom which says: "All women are the same in darkness."

    *2* The other problem and which is affiliated with the former is that when the nuclear head

    looses its sharpness I waste a lot of time searching for the sharpener or the tool which

    sharpens, or strop, the pencil, and if it is near by still the process of restoring the nuclear head

    to its former shape takes time, so then what if it broke during the sharpening process.

    Lots of time is wasted and along are lost lots of thoughts, emotions, and feelings that are hard

    to write down after the time of feeling it had passed by, and the feeling sometimes takes less

    than a second. So it must be expressed quickly once it is felt so that the feeling or the

    expressing of the feeling is cold

    *3-* Also the writings of this nuclear head are non-lasting. It is short

SECRET

Today is Saturday

17 Rabi al-Awwal

*September* 4

Do you know my dear Hani *2*?

That the pen, the pen's kind, or type (if it is lead [TN: pencil], ball-point pen, or an ink pen) also

the kind of its nuclear head, all that affects my soul and even [TN: the quality of] my

handwriting.

For example if I wanted to write a letter to a friend (which I do little or to be accurate, I rarely do

write to a friend)

So then the pen - along with the psychological factor- is what determine the splendor of the

letter, its method, and how much I approve of it.

The lead pencils specifically have an amazing effect and let's say it is a magical effect. So, I find

myself and I wrote what's close to a magnificent prosaic masterpiece.

At least in my own evaluation and which might be incorrect

Also, I believe that if I get imprisoned in a cell, God forbid, without papers or a pen

SECRET

I will die from sadness or get out after the completion of the sentence with a psychological disorder or retarded.

And may be nothing of this will happen.

But if I find the right pen, and I stress on the word "right", along with papers then I will be of the most romantic poets and the most happy with the solitude. Solitude with my papers and pens or my pen that does not run out.

But, if the pen was not the right one then I might not write anything because of being depressed, the kind of depression which does not produce from the soul or in the soul but psychological complexes. But it is a depression which [UI] the heart elevating the mind temperature and produce poetry and groaning, and might not produce but spits on the beautiful prisons' walls.

I apologize, I wrote all of this, and this introduction to tell you that I got a set of pens [TN: or pencils] which are possibly appropriate; _3_ pens [TN: or pencils] with different colors and this is a gain.

SECRET

| | |
|---|---|
| Day | Wednesday and more correctly the Wednesday evening -Thursday morning |
| Location | JIHAD WAL Camp |
| Time | Ten o'clock exactly |
| Status | Till now I feel resting |

And right now I feel rested and psychological relieved away from the accumulating responsibilities

And in this status, time of recovery or resting , God willing, I will start a thorough program which would start in the morning with physical exercises then time branches out to include the daily [UI] from the Noble Qur'an and reviewing what I have memorized from the Qur'an.

Fasting is on Monday and Thursday and three bright days. And other simple things we ask God to help us through it, and I would not forget the night prayer program.

And God willing I will start the program, written in the Pascal language, on Saturday, for one month for now, and certainly penalties are included.

And I will let you know of the programs' details later.

Please note: I might have to write in the Basic language and not in the Pascal language that would be better for me and for you.

Certainly, this is a joke.

SECRET

But I am not going now to al-Faruq camp, my role is over…but I am going to "Jihad Wal" camp

And God willing, I write to you from there.

Do you know I noticed that the month of Jumad Thani A.H. is usually a special month that it is

either an end of a phase or a start of a new phase from my life?

Pay attention to me on this:

In Jumad Thani I decided to go to Afghanistan

In Jumad Thani I got injured in the forehead

And a year passes by and I am leaving Peshawar to the camps

And now *3* months are remaining till Jumad Thani and it's the time specified for the special

courses for the Tajik in al-Faruq

What is suppose to mean

Knowing that I do not believe in that stuff

SECRET

I keep on saying: Then what…meaning what now or what's after that

In Riyadh I was saying that waiting for my enrollment to be accepted in one the collages. But here I say it waiting on the unknown

And nothing else

Remark

When I went to the physician to eradicate the Malaria, that's what I call it, the physician after the laboratory blood work told me, that test came back clear from Malaria!?!?!?!?

But what about the previous examinations which proved the presence of Malaria? What about the cases and symptoms which say that I am infected with it.

Honestly, I did not go to another physician I have no time but I got the medicine which eradicate this Malaria (Sorry: which treats it does not eradicate it as I desire)

Despite of that being non-scientific or non-medical I will use it as needed and being certain.

SECRET

Day:   Monday

12 Rabi al-Awwal 1414 A.H. for the migration of the Prophet, God's peace and blessings be upon him

*30 August 1993* from the birth of the Christ, God's peace be upon him

Exactly eight months ago

Me and a small group of four individuals which I am their fifth, came to "Miram Shah" so as a route to get to Al-Faruq Camp or to any other Al-Qa'ida camp for training or to re-do our military training or to receive special military courses. And certainly you know the rest of the story.

We did not take but the Bombing and Destruction course, then a course in the making of explosives [TN: Improvised Explosive Device]

And all that was finished before the blessed month of Ramadan was over. That time "me and the group" split and only "Abu Imad" remained with me with "The Tajikistan project"

And since that time and we are in the project

Till recently I went to Peshawar and here I am on my way to the camp one more time. Today I am in "Miram Shah"

Regarding Abu Imad, it looks like he went with the trucks which transport the heavy weapons and ammunitions to "Qundus" till it gets distributed or the Mujahidin brothers in charge allocate it

SECRET

The sentenced with the Malaria [TN: does not respond] then headache and vomiting is like the cops rod. If all that does not work then the Malaria will use an effective weapon, which is considered its enemy, but it will use for its own purposes, which are "The imposing of fatigue and laziness"

And this weapon is the physician treating you from the Malaria who himself impose on you complete rest so he helps the Malaria to imprison the infected in bed

And we ask God Almighty that it would be atonement for sins which I committed and how great I consider it.

And peace

Today is Friday

And do you know my dear and very dear Hani *2*

When I go out to the garden of the house "The House of the Martyrs" [TN: literally: Bait-al-Shuhada'] and everybody is already asleep and the lights are turned off, or most of it except the lights of the small, the very small garden

When I go out to inhale all the regions' oxygen hoping it will open the clogged or the semi-clogged arteries and veins

Then I remember our house in Saudi [TN: The Kingdom of Saudi Arabia] when everybody use to fall into deep sleep except me, the night hours passes by and the television broadcasting is finished. Then I do not find a way to sleep so I go out to the house garden, which is also small, very small.

At that time, I mean in Saudi, I would go out to get rid of each molecule of carbon dioxide chocking me and rejecting to get out of my chest, so that I might exchange it with some oxygen. In both cases, in Riyadh and in Peshawar, I was going out because of being chocked from thinking about the situation and the future. And peace be upon you

SECRET

SECRET

Since yesterday I am in the city of Peshawar, Pakistan and precisely in the House of the Martyrs

[TN: Bait-al-Shuhada']

And I have some things to on my to do list are honestly simple to-do things and some important

visits to make

And some that are really not important

One of the most important things is to meet "The Doctor". Nothing but an attempt to eradicate

the "Malaria", if the verb "eradicate" fits with a real disgusting sickness like "The Malaria"

And during less than two months I was the prisoner of the bed for three or four times in addition

to the symptoms associated with the sickness like the complete loss for food appetite, shivering

and feeling cold

And between bed imprisonment and another I would move a little in fear and apprehension of the

next imprisonment.

Malaria makes you hate work, food, talking, reading, and sports which you should not forget

about. But it makes me fervent in sleeping and groaning, which are contrary to my nature, but it

is an obligatory sentence rejected by the high body temperature, so if there is no response.....

[TN: See page 41]

SECRET

And we ask God for forgiveness and health

Also….

I will tell you later, peace

- I asked the permission of the Emir [TN: Islamic term used for a leader of a group] of Arabic

section of "JIHAD WAL".

Since I might not be coming back to al-Faruq as the administrative officer or as the officer in

charge of the military disciplinary actions or …or, not even for training.

The upcoming courses are special and good, and some of the bothers might join them to benefit

Both options would not fit me, at least psychologically. I need to rest.

And I believe "JIHAD WAL" camp is a proper place, at least to refresh what I have memorized

of the Qur'an.

Then to regain my fitness in a special way after a long break where I did not do the exercises,

except light touches to the muscle tendons, and also to organize my papers, my thoughts, and

even my decisions

And peace

SECRET

Tuesday

6 Rabi al-Awwal 1414 A.H. [corresponds to 24 August 1993]

may be, and God knows, that today would be my last day in the al-Faruq camp, and may be, and

God knows, I will go to Peshawar, may be to eradicate "The Malaria", which consumed "8"

kilos out of my weight in two months, or may be a month and half, besides the other illnesses,

we ask God for help.

And also the other things

But remains the problem of the Pakistani Border Patrol. The word "Arabiano" meaning Arabic

[TN: or an Arab] it means a lot of things to the guard. But to me it might mean the prison with

the rest of the procedures that Pakistan takes against the existence of al-Ansar al-Mujahidin [TN:

Supporters of the fighters] especially the Arabs. God is the helper

And peace

The location where I will later write to you from will be according to where I am going either

Bait al-Shuhada' [TN: The House of Martyrs] or may be the prison.

SECRET

Also

Abu Rashid al-Pakistani [TN: the Pakistani] was with me in the course of "Explosives and Destruction". And was of the best youths morally and had the best smile.

He as well stepped on a mine, the mine did not only cause him to lose his leg but it ended his life. God has mercy on his soul.

He died for the sake of his creator and for the sake of his religion, we consider him a martyr, and we favor nobody above God

And may God be praised.

And the martyr's doves still hover above the heads looking for the martyr who they will accompany into heaven and helping carrying his good soul to its creator.

SECRET

26 Safar

*August 14*

Some brothers came to us today, with the project, from "Qundus" where the Tajik immigrants to Afghanistan are.

An Arab brother, Abu Hussein, and a Tajik brother were among the first group which came first to the camp.

And the news came with them

First, they confirmed the previous news regarding the battles regarding the Arab, Afghan, and Tajik martyrs in some of the operations.

Then the new news came

- Muhammad Bashir al-Turki [TN: or the Turkish], he was with us in Khost associated with the project, in operation, then he was here in JIHAD WAL transporting weapons then he remained for sometime with me, then he left.

Did you forget that you are the one who ordered the departure from the camp to "Khost" because of some sort of misunderstanding regarding the timing of the job but he insisted going to "Qundus", so he left and joined the Mujahidin [TN: insurgents or freedom fighters] Today's news states that he was killed in combat after he did well. We consider him a martyr, and we favor no one above Allah, may God be praised.

SECRET

And, he suggested that "Abu-al-Walid", who is in-charge, to ask "Abu Burhan" for me, that

he might accept me with them.

He also suggested that I remain in my job in al-Faruq camp

My Dear Hani, there is no strength nor might but by God

I cancelled the idea all together

And I hope my Lord will make a suitable path for me

And no other comment

And peace


News: a little bit afterwards Abu al-Walid, the direct supervisor of the project in the camp,

told me that:

- Changes took place in the camp's system and administration, what do you suggest

  regarding your situation.

- What do you see appropriate

- Brother "C" [TN: or "S"] might probably switch over from administration to training and

  the other brother too.

….and the situation remained hanging.

SECRET

Which is to carry out a special class covering the issue of weapons from beginning to end where I would graduate this class and I'm almost an expert in that weapon, and some of the important military issues in survey studies.

And that is not necessarily limited by a time, the most important thing is to benefit and remember the lost information.

And that is because this camp's situation does not allow that. The instructors or the teachers speak Farsi. Also they have a busy schedule and my time never coincide with their time; also they work on Salary and through an agreement.

So when I decided that I would dedicate myself to retake my special training with the brothers, destiny brought to me "Ibn al-Sheikh" [Son of the Sheikh], do you remember him?

Now he is one of the leaders in Khaldin Camp

And he came to us as a delegate of "Abu Burhan", who is the direct leader of Khaldin Camp, and before that he was over the popular "Sadri" camp and also "Bari" camp. But now only "Khaldin" camp exists.

Anyway, came the brother, the son of "The current" sheikh to discuss with us the issue of transferring their camp to be next to us because they are the only ones left in these area with no other camps around them at all, different than what it used to be, and the attacks of the Bedouins and their problems.

And he came looking for a suitable place

So I took advantage of the opportunity after he remembered the good days of us together in "Qardiz" and "Khaldin" and I finally told them about my idea and he welcomed it and encouraged me.

So after he finished his business here he left on the basis that one of us would tell the other of the proper time for attendance

And two days ago I received a letter from him telling me of ….apologizing.

And mentioning some reasons and some suggestions. One of the reasons is that they might host some of the Tajik youths in order to train them. So the situation would be different than where it would be a must to take permission, or may be he meant the approval, from "Abu Burhan",

SECRET

*Thursday, August 12 1993*

I do not know my dear Hani *2* if I previously told you about my idea regarding Khaldin camp. If I told you already then that are good, if not, then be advised that the issue is as follows:

After the first course for the Tajik was over and honestly we do not consider it a course, its problems came in between us and what we should be giving to the trainees. But now and during this short break and the few number of the Tajik trainees, we restored the issues to their proper standing; we recognized our mistake and the mistakes of the brothers and officials from al-Nahda Party, who send the youths over to us.

Anyway, the next course will be more successful God willing than the semi-course or the incomplete course, which is the previous one.

Also what's important, I decided during the break, or before it started, to go to "Khaldin" on the basis that I know brothers there, who are officials or instructors in the camp and I thought that they would welcome what I wanted to present to them

SECRET

Remark:

Belonging to the same day

Only to try things out, I now follow or God willing will follow a simple program which will develop and grow with time and according to circumstances

But

I will not record it in this book till its effectiveness on me is proven considering the new situation, the suitable time, and the psychological condition.

If I don't decide it's the one, then I will change the situation and myself to accommodate it.

Then I will record it here, and also restrain it with penalties and rewards

And peace

Remark:

A program likes previously, not a program or my life style but just programming the time of fasting, exercising, and [UI] only.

SECRET

They send the chosen kind with certain qualities focusing greatly on the individual considering his Islamic perspective, [UI], and his membership in the party, so that he would not be a competitor and an enemy which cause Tajikistan to loose an important privilege which is having only a one party

Then we receive these kinds and the focus this time is certainly on "quality and not quantity" and that is the better policy that must be practiced in this specific region because of its political and social status

So they receive a special kind of training where one [UI: possibly "individual"] would be equivalent to ten from a training perspective, expertise and military information

This is the policy which Israel followed, a small community facing a large number, who are the Arabs, at least from the perspective of numbers.

And we do not also forget to focus on the religious aspect of them. Then we deliver them to al-Nahda Party as a special quality or as an Army in the Jihad, and then [to] the country

SECRET

And certainly this is a big advantage of the camp, the graduated person from the camp if not with the party then he will be against it and if he is against it, it is a big loss to them and against them

And this way we would be avoiding some of our mistakes in Afghanistan or more correctly we recognized some of the things we should had done in Afghanistan

But "Afghanistan" was a huge game and was not characterized with skillfulness, and there were a lot of traitors who sold the truthful Jihad. "But God applies patience and never forgets" and days will prove the truths


And if [UI] the program, if this was the policy of the camp then its tempting to continue and the issue becomes more organized and away from chaos,

And if they were just words...?

I will advise you of the latest decisions

And we seek God for help

Peace

SECRET

But us

Our policy in the camp was to primary trainers, [who] then trained as officers

And with the change in circumstances and situations, our position changed.

In the beginning I was not approving some things but I was waiting on some information and some results so what I previously expected happened.

What happened as I have told you before is that a big group came to the camp but in a way as close to being chaos. It was not a selected group at all

Some of them had minimal Islamic education and the rest were gathered from the streets as we knew before, so it's natural that they collide with reality which imposes discipline on them especially Islamic then military and we were shocked with the some who were completely inefficient for Jihad.

These groups needed first a legal [Islamic] course, and then a political one, then they would come here for a military one. Other than that hey will be like a disease

And my opinion from the beginning after I hang out with the good kinds and the gangs kind, that in this camp if the situation remained the same as it was and we train them we are going to either increase the number of the Mujahidin or the number of bandits

The majority of them do not even know what, how and why is the Jihad. Most of them do not belong to the party which sent them

Then [UI] which would be opening a door against him with those who oppose him and they would be against him not for him, or more correctly with him.

Now, we recognized the errors, our errors, and the errors of the Tajik Party, the only Islamic one in the Jihad field there. So now the decision or the practiced policy will be the following....

SECRET

The situation is as follows:

First, regarding al-Nahda Party

I think that its ideology is a preaching one in its core since the Russian and Communism ruling of their country.

I can say that it's an ideology close to the Muslim Brotherhood without getting into the issue of Jihad and other similar things.

 Also, close to Jam'at-al-Tabligh without going out for preaching.

Now the situation is imposed on them, after the migration, the idea of Jihad, with the Afghani influence.

But the cadres are not ready at all; they are now like someone who is just starting and not someone who is changing the strategy [based] on the circumstances.

What is important, the situation right now is that they see or decided on Jihad

With noting that:

There are things they are not aware of

The existence of Democrats among them

The existence of Shi'a

[redacted]

[redacted]

And both parties (the democrats and the Shi'a) have Muslims [among them]. Don't they pray and fast?

Important to say that he is not just a communist [TN: he could have meant to say: Shi'a]? It appears to me that, and I might be mistaken, but days always proved what I expected or thought or what I knew about

- Let's say it is the policy of the common enemy…or may be not.
- And now, Ahmad Shah Mass'ud, the lion of the north, with the interference of the Islamic Party (Hikmatyar) and other parties, included in them are the Arabs, and among the Arabs are us; al-Faruq's Camp.
- But not to all the Arabs taking part in the issue follows us, but to each have its own direction and a policy.
- What I want to say that all these parties got involved in the issue and each had a goal, an intention, a policy of course, and interests as well.
- Example: Ahmad Shah trains a large number and lager number graduates each month, and he has a policy in this.

[redacted]

[redacted]

Day:

13 Safar 1414 for the migration of the Prophet, God's peace and blessings be upon him

Corresponds to

*1 August 1993* for the birth of the Christ, God's peace be upon him

Sorry, there is nothing.

Peace

[redacted]

17 Safar 1414 A.H.

*5 August 1993* A.D.

And my dear Hani

There are things, and truths that must be said

The issue is regarding the al-Nahda Islamic Party, the Tajiki one of course, and about our relationship with it, and about our camp; al-Faruq Camp

- Through my research, this might fall short and not giving the issue what its worth completely, and through my view towards the general and specific policy. I mean the global one, and the specific one regards Afghanistan, then Tajikistan, then Russia

Also the period I spent with the Tajik, of which were officials, those who knew the location, and the youths receiving training

I had found or reached information based on which I see the appropriate policy for their specific situation, and with time I found all that I had expected came to pass, and with time I fond that what I foresee is what's preferable or what is better

SECRET

Day: Friday

I have been hoping for a long time to read a book with the following title "The greatest 100 men in history", and I hoped that I myself would write that book. And I would imagine the characters of that book and what their order would be from first to last.

And I was thinking to put the Prophet, God's peace and blessings, be upon him, as the first one in recognition of his greatness.

And at that time, I did not hear of a book which carry that name and never read such one.

I was only hoping or thinking if there was a book with such a name it would be an excellent book. And why wouldn't I be in the future the writer of that book. And I was discussing it with friends who like to read biographies as if it is a book that I had previously read and I discuss it with them to see what they think of it.

Lately I read a report, a critique, or advertisement, for a book named "The Great 100 in History" for Michael Heart which he wrote in 1978 A.D. and the author choose Muhammad, God's peace and blessings are upon him, to be the first of the great.

So I rejoiced and did not rejoice, is it a coincidence? Or is it destiny. God knows

And peace

Remark:

Certainly now I will not write a book titled "The greatest 100 men in history" Michael Heart had preceded me and wrote it even before I thought about writing it

But that does not make me not to look for it and read it

And peace one more time.

SECRET

So I get tough with him and pressure him so he writes the letter and it would have dictation errors that make me feel embarrassed, and partially disappointed, so I tear it angry at my mind being unfaithful in what it does.

So I strongly blame him, so he responds: "Are not my hurts enough that you add affliction to my embarrassment", so I respond and I developed compassion towards him: "But there are duties and demands which must be done, especially towards the family". Then he responds and he got tired that made me get a headache: "God does not commission someone with more than his capacity".

I am still dealing with my hurts

I am still hanging on. The hopeless is close to the edge of the grave which I got thrown into

"Closer to the living than the dead"

All of me am rejecting: I want to get out

All of me am rejecting to die before time

And I do not actually know when my time is due

Despite of that and all of that I am trying

And despite that people through dust on me

SECRET

And they say while they are looking for the cost of burial:

Miserable man, he died prematurely. Truthfully, they are the miserable

I am still alive resisting and will resist

Then, how would they know that my time came

My mind went silent

And I went silent in surprise

Despite you are sick I still have to admit to you that you are a moral attorney

He went silent and I went silent

Now, my dear father

My dear mother

My beloved siblings

Did you excuse me

Only now I can write without dictation errors

And only today I can send you all a letter

Then…I might not send it

At least for now

And in deed, my dear Hani *2*, I did not send it for a while

And peace

SECRET

15/Safar/1414 A.H.

*29/July/1993* A.D.

Today I wrote a letter to the family and it was as follows

"In the name of God the Mort Merciful, Most Gracious"

Praise God, and peace and blessings upon God's Messenger and who followed him

To my dear father, my dear mother, my beloved brothers

God's peace, blessings, and mercy, be upon you....

Sweet-smelling greeting, full of love, sincere from the heart specially to you:

And then,

I am extremely extremely sorry for sending few letters which is for a reason...and it's a compulsory one...the pen doesn't go along with my hand which writes, and if it goes along with it, it would obey it. The mind rebelled against me and I can not control it unless the injury is healed up and clear, which to my brain was like a way out to break loose from my authority. When I use to order him to tell me a message to write and send to you, it would reject strongly, so when I force him he then speaks out but "with no desire", so when I command him to write it on papers via the hand and the pen he would reject even stronger than before, like a laborer who demands overtime for his additional work.

SECRET

Then with another individual at another time…[UI] with the path of the heart…to the

remembering  of the nation and the country and the streets of the country and the rains of the

country and the romantic moments more than anything else and which passes by the individual.

The rain drops falling strongly on the roughs of the vehicles speeding on the wide asphalt road

which is vacant from people at that late time of the night.

And what is it about the nights in the homeland?

And what is it about the family there?

And, and …..

And a day full of emotions moved by beautiful, cold, slight breezes mixed with the little drops of

the rain, and it would not have an effect nor that it found the fertile soil where the seeds of

emotions, rain, wind, and love would grow

And peace

SECRET

Day: Friday

And my dear it is like the day of emotions

With how wonderful the weather is today the emotions even became wonderful and beautiful

And me and another person became, or this is what I have noticed, associate each situation,

event, or issue we go through accidentally, to be an emotional issue.

We were talking about the camp's orders of food and regarding the kinds that should be

presented to the instructors and trainees, and the additional and luxurious things and which

makes the food more pleasant and tasty…

So we started being emotional and remembered the family and passion duties and situations. We

started groaning for the period we have been away from these situations which food or a kind of

food made us remember.

Then with another individual we started talking and with no introductions talking about the

passions of marriage, women, and children, and the burning groaning, being away, and the

alienation.


And that's why its possible now to slip away a little bit and leave the opportunity for others

And I would have the chance to take care of my personal matters including, or most importantly,

repeating the military training

And I will let you know the news later

That's if there is new news

And peace

SECRET

Day: Friday

Do you know

I respect the person who respects and honor the person whom he works with, even if he was flattering.

And this is my method in working as long as the person who works with me or even for me respects his job then he must be respected and honored

The camp's scope expanded to include other individuals with an effective role in camp's activity. They participated with me in the administration responsibility. This took place a while ago, and honestly they made things easier so the nervous tension decreased and I am less weary till I finally breathed again after I was alone responsible for everything related to the Tajik youth. But after the camp's scope had expanded,  and expanded till it went beyond me till I found myself out of the scope, and lets say that it went beyond me and got me out in "almost" a "a voluntary way"

SECRET

You feel thirsty and you know that water is not going to help even if you drink five bottles of Pepsi Cola consecutively and successively

Also, there is another consequence, you have to sweep the place where you broke the bottles or otherwise someone is going to get hurt

Dear Hani *2*

Do you notice the degree of mental distraction I have today… and then what does the "Pepsi Cola" and the "Ice Cream" has to do with the issue? I have no idea.

Anyway, may be God willing, after *4* days the first course will be over

Then…

Then what?

God knows and peace


Today: Thursday

And since yesterday and the heavy rain is pouring out so it forces the earth to take a bath but without "soap"

What would I tell you? I do not know

You certainly notice the mental distraction which hits me sometime.

The continuous thinking in a certain thing or in many things or thinking in everything, and it deepens, and certainly it causes the head to spin and one may fall, and wouldn't become sober until he smells an odor, for example, the odor of onion

And talking about onion I started eating a large quantity of it daily with food in an attempt to help the body against diseases which started to increase with the heat, the weather, and the water. So when I was advised [to use] the onion, I used it and I do not know if it really helps the body to resist disease

SECRET

Anyway let's go back to the subject of mental distraction

I am currently suffering from it... (The symptoms usually stay with me for a short period like I lose my temper for a day) I become nervous

But, this time I felt mental distraction...but today I am very calm; colder than "Ice-cream". The Ice-cream is the cream frozen and chilled.

And since I mentioned it lets' talk about Ice-cream

An ice-cream stick in this very hot weather (today is moderate actually excellent but usually its very very hot)

I am saying an ice-cream stick in this very hot weather is very suitable to cool down the temperature even if I suffer inflammation of the tonsils the next day.

Also, what about the Pepsi Cola...five chilled bottles of the Pepsi Cola or the Coca-Cola is a very amazing thing especially when you drink the bottle as a one shot...if only two and you throw the bottle far away then you have another one and continue with the same process till you completely finish the five bottles...then what is the result?

SECRET

Adding to that the conflicting Arabic Jama'at [TN: groups]. And some of elements from the

Pakistani Jama'at [TN: groups] entered… (I am saying elements because of the preparation of

the Jama'at [TN: group] to enter and announce its participation and win, may be, more votes.

Also, we do not forget the invasions of the charitable or government relief foundations.

And also individuals entered who did not belong to anybody, and we entered as a Jama'ah [TN:

group] cooperating with everybody so we established a training camp for them

Do you notice Dear Hani *2* the level of non-coordination. Each is working on his own even if he

had a Jama'ah [TN: group] to which he belonged…it's a Jama'ah which works alone

And if it cooperated with other Jama'at [TN: groups] as we operate, however the cooperation is

limited, restricted, and incapable. For instance, there are no issues from our side however the

cooperation from the other party is restricted and vigilant

SECRET

And if all the efforts were integrated

And if to benefit from all the expertise distributed among the Jama'at [TN: groups]

And if the disconnected expertise were exploited

And if we learned from the mistakes including the mistakes of others

And if…if…if

And all that was attained; we would establish a state.

But the question now…

Are we going to establish a state? [TN: possibly talking about an Islamic State, for instance The Islamic State of Iraq and what they are trying to achieve there of an Islamic State]


[A drawing]

SECRET

Even if many opposed me and even if you yourself oppose me…it is the truth

Someone might say: it is the truth from your point of view but nobody can see the truth except that one who knows it.

So I respond by saying: stop playing with words, I am saying the truth not to point out the defects or because I am jealous or envious but I am saying the truth to myself. I am afraid to reveal it so I would not be against the Islamic work "which is non-cooperating with each other" In general, the writer writes to the people but I write to myself in the person of      Hani *2*, who is unreal, at least now, or an imaginable person, or…or…

Whatever it is I still write to myself [UI] and [UI] thus I am not concerned with the people's opinions, I say the painful and sad truth

There is no cooperation or trust, in the Islamic work, among its individuals or its conflicting and opposing groups; in their origin and in reality.

And a reality like this makes work harder and wastes efforts, despite my belief that God does not let the efforts of a hard worker be wasted,

SECRET

Still this would not lead to the required goal in the required method.

And this does not mean hopelessness at all nor standing having the arms folded or ever retreating from the wrestling ring, this in my opinion and in my own evaluation, which might be incorrect, it's a failure and what a failure it is.

For instance, Tajikistan legislator, and and let's name it Tajikistan "Project".

Because Tajikistan as a project every group or network or even as individuals about to join the project with a deliberate plan, "but not complete or even semi-complete", sometimes recent developments and circumstances rule so that deliberate programs do not govern [TN: the project] any longer.

What is important is that, I think if the efforts were united they would produce a result or they would give birth by all standards to a successful result

The Afghani parties got involved with the issue , or more correctly speaking: the project, very prominently so Ahmad Shah joined from one side and the Islamic Party Hikmatyar interfered [TN: entered] from another side.

SECRET

Day: Wednesday

2 Safar 1414 A.H.

*July 21 1993* A.D.

Nothing new my dear Hani *2* except that I wanted to tell you that I feel bored "this also is not a new thing"

You most probably will say this phrase "You always get bored fast from everything or every job you stay in for a while"

I would reply, my dear Hani *2*, and say to you that the current situation is different. Now I feel bored but not from a specific thing but this time I am rather bored in general.

Do you know that I am bored, or tired, from "The Islamists". The lack of unity makes me lose confidance in victory. There is no cooperation what so ever between the Islamists as individuals or groups, and the non-cooperation between the Islamic groups is more obvious and clearer to the one watching, on the other hand the non-cooperation between the individuals is not obvious or more correctly speaking, it cannot be seen. You can get deceived by some fake external appearance or some of the non-continuous cases or some unusual cases

Dear Hani *2*, these words I am saying are facts

SECRET

I am about to cry being impressed, sometimes and proud the others considering a line of poetry especially these verses which shows how genius the poet is in using the terms of the Arabic Language, which is a magnificent language to start with, and how to create from that a necklace more precious than Diamond

And some of them, I mean the verses, their evaluation differs from one person to the other. I look at it from a different perspective

Days pass by you quickly                        but leave your body affected greatly

And death calls you with an honest call        you who are alive I want you

Like this verse of poetry makes me smile or may be impressed especially by the second verse

And many other things has a significance in my heart other than the rain and the poetry, however the many grammatical mistakes and the inability of my hand to hold a good grip of the pen [TN: or pencil] that I can't write well make me settle for these two things till God bless me and I come back better than I was before the injury

And peace.

SECRET

Day: Wednesday

Do you my dear Hani *2*

There are some things that has an amazing effect on my insensitive emotions that I even resist

getting weak in front of it as much as I can and might not be able [to resist it] because of it being

stronger than me

Some of these things are

Perfume: the smell of perfume sometimes kills me that I want nothing but to smell that perfume

even if I have to give up oxygen during inhaling the perfume. Sometimes it takes me to a

different world; one that is more amazing and more beautiful that I soar up high till I am scared

of falling. If the perfume bottle is taken away from my nose I feel the sudden fall so I grab it

back toward my nose. So I grab it back then I bring it close and keep on doing this till I balance

my emergency landing. So when I reach the ground I would have learned to bring the perfume

bottle to my nose till I am holding on to something fixed which would stop me from soaring to

the moon sometimes. And at that time if I take it away from my nose or I keep it close to my

nose then I am flying anyway or I am soaring, in both cases there is no gravity that brings me

back

SECRET

The earth and make me scared of a strong fall.

But at that time I would be scared to remain wandering in the infinite space without gravity or even oxygen

And at that time also I would not sense the smell of the perfume even if I put the perfume bottle inside of my nose; there is not air to transfer the smell. So I lose in both cases

That is why I have to take advantage of the romantic moments which the perfume creates in my non-sensitive emotions. At the same time not to give up reality even in the peak of passionate romance.

Second:

The poetry:

The heart fluttered in my side like a slaughtered      and I shouted [UI] O heart

He responds it was the tears and the wounded past   why did we return wished we did not

Why did we come back and we were not done with our passion

And we are done


Sorry, I forgot the rest of the poem

Anyway, the poetry had a great effect on my heart to the extent of

SECRET

24 Muharram 1414 A.H.

may be a weak or two and the first course will end, in which we have suffered till its almost over with, soon, God willing.

But a group of almost *40* individuals will stay for the special courses, and they are the ones who will truthfully benefit indeed. Only, they have to be patient or have been patient..

But regarding me I might not continue with them to even finish the two remaining weeks then may be to "Khald" [TN: possibly "Khaladan" Camp in Afghanistan]

My main goal is the training for myself first

I always think I will leave Afghanistan without even garbanzo. "Leaving the birthday without garbanzo" [TN: This is a saying which means to leave the occasion without even receiving what's' usually accustomed to receive there. i.e.: getting nothing out of it]

O God

And peace

It became [TN: his emotions] like the game of the parties, networks, and clubs as well. Each club or party seeks to add individuals to help it in the elections and may be

And I am [UI] Islamic movements about that nonsense.

And peace

SECRET

Day: Monday

Date: I think, and maybe, I expect it to be 22 Muharram 1414 A.H. [corresponds to: 12 July 1993]

One of the defects of the Islamic movements in Afghanistan is that they did not include a military battalion...they trained individuals and they said that they or one of them has a battalion, but that did not turn out to be the case

Not even one real battalion joined any of the movements. May be they did not know what a military battalion or squad means. And if they tried they did not do accordingly or did not apply it.

May be it included a semi-battalion but with the end of the training they were disbursed or they forgot everything as if they have done nothing.

Also they were lacking, I mean the movements, the discipline of its members...in a military way

They were trained on combat in the Afghani way, and despite of its advantages it is incapable

SECRET

It would be better to continuously try to benefit. They themselves might respond to this by saying: there are things that not everybody knows

But the truth is what I am saying; that we the Islamists are competing among each others as movements and everybody think they are the best and show they are the best, and every party is happy with what it has

And God knows who is right

And God also knows that I am not saying that for any reason other than out of care and sadness.

But people become prejudice and admit to their faults to avoid the glee of the other group over their misfortune.

Loyalty and favor are given to the group and not to God

It is the truth

Despite of the excellence of each group the defaults sometimes exceed over, and the Legal excuses, or correctly speaking: the Legal frauds, are ready in the computers [TN: to be distributed around] as if they are fatwas [TN: Religious Decrees].

And here the standard is lost so you do not know Islam from something else: "Islam or state of illiteracy" [Illiteracy is a term that refers to the condition of Arabs in pre-Islam era]

SECRET

From after sunset and for about three or four hours

They returned to the camp crying with blood running down from feet, their chests and backs from crawling and running barefooted and from passing through thorns and from other things

And today after the morning group exercise I presented to them breakfast then there was no tea as a punishment for being late getting it in line. It was executed by the brother in charge of the camp

All of them, or most of them, left in objection to the action, and went to their tents.

That does not represent a problem to management but the big problem was at the time of gathering for classes because no one showed up. No one [showed up], except for an Arab person who participated in the course. This person has a different story…

Anyway, they rebelled

So management and instructors got together and they contacted brother Abu-al-Walid who is in charge of the project and works with us

SECRET

So the decision as it was determined before

The expulsion of the group unwilling to work.

In deed the expulsion took place

And only *51* individuals remained

They were still under examination and testing

Would even one person last till the end of the course

Despite that the course is very simple and the examinations are very simple

God knows

But according to the individuals' strong will strong results will be achieved

And peace

And about the Tajik let me tell you

SECRET

Another question

Why the Afghans did not like the Arabs?

And

And if we ignore the issue of ignorance, then what else could be the reason

Sorry, I might continue the topic with you later

And peace

SECRET

Day: Saturday

And I think the date is

20 Muharram 1414 A.H.

*15 July 1993 A.D.*

The line of expulsion and the of punishments

Did I tell you that in the camp we [UI] the number of escapees. We gathered all the attendees in the camp and told them that this is jihad and not a compulsory army, and whoever does not want the training and the Jihad should leave…a large number left.

Last weak we needed a group of youths from the camp to go to Khost and work on weapons.

So when the time came to leave to Khost I searched them and found a large number of cigarettes and Al-Niswar [something like chewable tobacco] which are things prohibited to them in the camp, and they wanted to smuggle it into the camp

Despite the search we conduct on them when they arrive to the camp.

Anyway the accused were ten. So after we returned to the camp I made them form a line; a line of punishment.

SECRET

Day: Wednesday

And sweet-smelling greeting

Dear Hani *2*

There is a question which the answer to it is really embarrassing, and it might be made of only one word or a kick "I mean a kick to the rear-end"

And the question that I ask myself, or more correctly I asked to myself over and over again…and which was asked by individuals related to the subject and individuals who are not related to the subject at all other than them being audiences

The question originally introduced itself prior to the people presenting it.

And it is a Q: Why do the Afghans hate the Arabs who helped them in their Jihad??!!...

And which one is at fault??..

And the Answer is: God knows…honestly I do not know…

But there are issues that should be presented

  *1-*  the issue of Wahhabism

  *2-*  The method of preaching

  *3-*  The Arabs finances

  *4-*  The issue of spoils

  *5-*  The jihad of the Afghan and the Jihad of the Arabs

  *6-*  The supporters of the government from the Tribes

  *7-*  The issue of grudge and envy, does it exist?

  *8-*  Uniting the hearts

SECRET

Day: Sunday

Today a new group of Tajik brothers will arrive to be trained on military Jihad and on some doctrine.

And I told you that I feel sometime…

Sorry,

I had to stop writing that day to work on something urgent, and today I do not see what I was going to write to you, so I apologize.

In prison and I tie his hands behind his back then I pull upward so the prisoner would remain in a standing position and cannot sit possibly for the whole night. Adding to this the cold water and delicious food, but from every kind half a spoon so he did not eat, or enjoyed, or remained hungry.

And also other things which cause him to collapse so he confesses…and if he is innocent then he got his punishment and also got trained to endure.

And today afternoon, we announced to the Tajik youths getting trained that whoever cannot endure the military life or doesn't want to be trained to start with, should leave to "Qundus" there is no good in him remaining in the camp, and there is no need at all to escape, we are in Jihad not in a compulsory camp

More than "40" individuals left. We transported them to Khost then to Qundus.

Some of them cried and wanted to come back after riding the truck which transported them to Khost

SECRET

But it was too late.

And during their departure I said in Farsi Baqshish which means I am sorry or I apologize and some of them almost cried even the prisoners and those whom I expected them to have something against me, however they were looking for me to say good-bye and to apologize which I did not expect...honestly I was harsh but the situation required so.

Praise God, the way we exchanged the good-byes indicated something beautiful; that the hearts were pure toward each other; certainly they know that this was for their benefit not for my own And now the camp is doing better, and praise be to God.

And peace

SECRET

Day: Friday

It happened previously that two Tajik individuals escaped from the camp toward Khost, so when we learned about their escape we followed them with the car but did not locate them till in Khost, so we returned them back to the camp. And after interrogations they were imprisoned, meaning they were put in narrow rooms as jails for them.

Originally we knew that a group from G.J.B [sic]: the Russian intelligence which responsibility was to kill the Jihad leaders in Tajikistan, that's why we behaved in a tough manner with them. One of them was twenty two years old the other one was hardly eighteen years old

Anyway, there situation is now normal in the camp but they actually possess some the best morals around.

Today two escaped whom we did not find regardless of searching, and two others escaped as well whom we found and imprisoned, we put them in jail. And certainly because I am in charge over the administrative, so I took the role of the harsh jailer.

The person whom we doubt his commitment we put him in

SECRET

So what I heard or what I was lately became sure about is that a large number of military courses are held for those who want them, and this is my opportunity so I would not be like I had entered the birthday and left it without garbanzo, as the proverb say "Left the birthday without garbanzo" means with nothing

And this is my opportunity to benefit, so that if another [TN: opportunity to carry out] Jihad comes by I would be effective and helping even if it would be in "Tajikistan", if I have a clear vision [TN: about it]

I need to pray the prayer of asking God for proper guidance

And peace be upon you my dear Hani *2*

SECRET

Related to leadership, the banner, and the goal to the same group which you deal with

I do not like to mention it unless I am sure about it and I was sure of its legitimacy or the opinion of law about it.

So if this project is good to us, to them, and to Islam then it is good, and if it is evil to us and, to them and to Islam then I would not like to participate in it at all.


And nothing in specific for sure which discourages me        from that other than I am scared from repeating the mistakes of Afghanistan and other countries

The other choice then… or the other decision is going to Kunjak, there is a group of brother who stopped fighting along side with the Afghani parties which are fighting amongst themselves in Kabul and decided on the training of the brothers remaining on the ideology of Jihad for the sake of Allah [TN: God]

SECRET

Which requires repair, installation [TN: also "Assembling"], digging, or transporting, and all these things, etc.

Then the lunch meal before noon. Then I gather the military work group to do repair, installation [TN: also "Assembling"], digging, or transporting during siesta time till the afternoon prayer

We examine the sick and injured

Adding also the responsibility of the storage of cloths, shoes, sheets, and blankets. Peace.

Adding also the responsibility of distributing the files, the pens, the socks, and the soap….etc.

Also, transporting the sick individuals to a close physician and…and to…and to

And other things…I am not bothered by the work or the exhaustion it might develop if it was of benefit but…slowly and gradually I refrain from my support to the Tajikistan project

Not because of people but because of other reasons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
            Petitioner,        )
                               )
    v.                         )        Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
            Respondent.        )
                               )

# PART 2 OF 4

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,       )
                   )
        Petitioner, )
                   )
    v.             )       Civil Action No. 08-1360 (RWR)
                   )
ROBERT GATES,      )
                   )
        Respondent. )
                   )

# English Translation – Zubaydah Diary Volume IV

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET//NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## CHICAGO DIVISION



2111 W. Roosevelt Road
Chicago, Illinois

File Number:          ██████████████

Task Number:          ████

Source Language:      Arabic/English

Target Language:      English

Translated By:        Pages from original PDF file:

  

Reviewed By :

## VERBATIM TRANSLATION

[Translation follows the sequence of events, from higher to lower bate numbers.]

### Abbreviations

| | |
|---|---|
| IL | Difficult to read due to quality of the original or the handwriting |
| *Italics* | English |
| [ ] | Translator's notes |

**[TN: throughout the diary, the subject crossed out many words because he misspelled them. The correctly spelled words followed the crossed out words. The linguist did not note such occurrences and carried on with the translation. In cases where the subject had crossed out a series of words and changed his course and the crossed out words were still legible, the linguist translated and ~~crossed out the words~~.**

UNCLASSIFIED//FOR PUBLIC RELEASE

████████████████        ████████████

**In cases where the crossed out words were illegible, they were denoted as [crossed out].**

████████████████

[Arabic calligraphy] Al-Nuri diary for the year 1988 .
[Hand written vertically on the side]: Diary # 4, (Done)


[Page 2]:

*Translator note.*
*Abu Zubaida Diary.*
 *SCANNED* [inside a rectangular]

████████████████

Scribble.
Crossed out words.


████████████████

Book (4 ) from the diary
In the name of Allah, the Merciful, the Compassionate.
Praise be to Allah, and peace and prayers be upon the prophet of God, and upon those who are loyal
to him until judgment day.

Sunday.
6/Rajab/1414 H.[Islamic calendar]
19/DEC/ 1993 A.D.

And this

A new memoirs notebook
And a good meeting with you

Dear Hani *2*

~~When transferring, set the letters [IL].~~

████████████████

The Forth.
4
 And said [IL]/

██████████████      ██████████

██████████████

[This page is blank]

██████████████

[IL] / Rajab

And since three days. I with others who were from a special patrol unit
Making [crossed out]- Secret news.
And for example I had learned making [it] but in a hasty way.
[IL]
The comprehension and the benefit. will
be better, thanks be to God.
I was inside a camp. I and the person who was directly responsible for it transferred the
administrative responsibility to the Tajik youth who graduated from it.
[IL]
[IL]
And God is sought for assistance.

██████████████

Sorry/
I couldn't but tell you
But I don't know how to do that.
But with my tongue divulging verses of poetry spontaneously, as it may be apparent to
you even though, dear Hani 2, it may not be quite understood, but with passage of time
you will definitely come to grasp.
[Starts a poem] [IL] to me now with a friend to whom I will confess
The sighs and groans roaming inside myself.
Or a friend I am not afraid of his deception with time passing by
Although the betrayals of friends speaks in my body loudly.
Ask me what type a man is, and I will inform you.
And how did my soul leaped forward with other souls.
So I was certain that no friend is true
until he reaches to whatever his soul has longed for.

With my best regards to you
Dear Hani 2

From your friend [illegible signature] 1

██████████████

3

3/ Sha'ban/1414 H. ..

And nothing new till now..
But I liked to speak with you..
And nothing else that I may talk to you about. . But. .
A verse of poetry I would like to say it to you
- If you are generous to an honorable man, you can posses him
But if you are generous to a vile man, he will rebel.

7/Sha'ban/1414 H..

It has been days since. . We were able to fabricate [crossed out] .
Originally this method. . Is widespread in this area.
But as far as I know, no body was successful with the brothers, in fabricating the *RDX* in spite of the long trials. .

But because of an unexpected error in the fabrication, a dangerous error could lead to an explosion during the process of preparation; we were able, by the grace of God the Supreme to remove out the explosive material which activates the other material to explode.
We were able to take it out and fabricate it.
And by using it, in addition to another material, we could explode a mold of the [crossed out word]
And I think it is the first time that you are able explode using a detonator, made completely by the brothers. .
The inductor + the activator ([crossed out]) [crossed out]

And praise to God the Supreme...

8/Sha'ban/

May be after a short [crossed out word] time I will go to "Alfaruq" .
My role here in camp (9) is over.
And back to Alfaruq..
And oh, God

20/Sha'ban/1414 H..

The human being is a strange creature. .And the more you try to dig deeper in studying this creature, from whatever aspect, the more you go astray and get lost. . And from my

position here, I do announce my challenge to whoever says that he is knowledgeable in issues concerning the human being..

We only know little amount about ourselves and that amount is tainted with distort, then how about knowing the others. . .

Let us try once. . Let us observe an emotion, a sensation or a feeling, one of that which afflict this strange creature, the human being. . Let us contemplate this emotion or sensation; whatever it is called or whatever the name may be. . .we are going to consider it a person or a human being inside the merchant's cage. . .and let us monitor his behavior. .

I am certain that millions of diaries have been written and there will be no clear result. This emotion is a mere one single emotion among millions of emotions and feelings that assail this human being . . .And the human being is one among millions of people..And this observation is from one angle (the psychological angle), so what about the other angles. . .

The human being is really a strange creature, and I am one of those people who stands astonished at people's behavior, or more correctly at the person whom I deal with, and sometimes I stay amazed at that behavior . .Considering him a person whom I lost, as usual, in the cage of experiments. . And I keep observing and monitoring this behavior, and as usual I don't get a clear result too, or I come out with an erroneous result, I find out, with time that it was a mistake...

And what about you ...Dear Hani 2
Are you still collecting memoirs and notes...
Or have you broken the cage of experiments? And my regards

Today is Friday
23/Sha'ban/1414 H....

Do you know my dear Hani 2. . That the time distance, or to put correctly, the time period between me, Hani] 1, and you Hani 2...You will stay for ever, even if I catch up with your time then you will be away at ten years distance . .
So, there is no hope that we can meet. . .

Oh, God /

I am now waiting for the car which is going to take me to Jihadwal camp. . .
I already asked for my God's forgiveness and consulted some brothers and the supervisors. . That I can stay there during the month of Ramadan. .

And the reasons for that-
1- The brothers over there pray, every year, the night-prayers during Ramadan. . And this is exactly what I want
2- I will try to learn the science of surveying, military topography from anyone of the brothers.
I ask God for success.

Day of / Tuesday

21 / Sha'ban / 1414 H.

And my dear Hani :
[IL]

I have the same feeling which was enticing me in the past. . .
- I am still in need. . very much indeed. . to a friend
. . . But this time I prefer that he is dumb. . .
He only listens to me, and never talks. .
A dumb person [IL]. .  Like you. .
. . As long as I am talking. . Yet you don't answer. . .
I ask you. . But you don't respond
I ask for your advice. . You are contented with silence. .


. .
I am listening to you dear Hani 2. .

In case I tried, or to put straight, I needed to hear your voice, then I will need a device that can move thru time, or thru the barrier of time. . So I will reach your era and reach you. .
But. . .Even that. . Can't be. . .
But those who are anticipating something like the barrier of time, or moving thru time. . They themselves. . don't match the two pictures connecting the same person. . The picture of the past, and the picture of the present or the future.

Then. . . there is no hope. . .
Then, basically, you don't have a need. . . And good bye


The day / Monday /
26/ 8/ 1414 H.

██████████████      ████████

Before I leave the last camp, camp ((9)). . And before I come to "Jihadwal"
An incident took place. . I thought I should tell you about it. . .

  Incidents are too many. . But the last one . . I am going to tell you about it. .

  We, I and the man in charge of the youth as a trainer, warned them of lying. . About past
events. .    where they committed mistakes. . .

  Anyway. . .We were getting tired of that. .

  what made us be patient is nothing but that ((70 years under the Russian rule was not an
easy thing))

One of them has lied. . So the supervisor punished him. . A harsh punishment. . . Then he
ceded talking with him. . And so did I. . To make him feel that there is a mistake, and the
situation lasted for a while till the young man was unable to bear. . he even was on. .   the
brink of crying . . And while doing some administrative work, I made him feel that any
work which he is involved in is not blessed. . because of his sins and too much lying,
because sins steal away the blessing, but this put him under more pressure which made
one of them ( of his pals) meet me during the work, saying ((isn't it not allowed to hurt a
Muslim. . . Have some mercy))

 So when I questioned about who is being hurt...He said pitifully: my friend. .This one. .
He is almost crying. So when we discussed the issue, also during the work, I, the
punished brother, and the advocate fellow. Then the disciplined said that he didn't lie that
day, despite his confession of lying previously. .

 But that day. . .He was embarrassed, unable to defend himself (and this is his nature as I
have known him)

So when I realized the issue, I told him, apologizing: you should have come to the
administration, and explain the issue. . We are Muslims not tyrants and oppressors
despite the military regime. Justice is the foundation of government.

 Then I apologized to him. . .

After that their trainer who speaks their language met with them, and they discuss issues
that were piling up in their hearts. He made them feel contented, and explained the
situation for them. .

███████████████

Then later he met with aggrieved brother, and apologized to him, and told him that he is
ready to consider punishing him on the basis that his punishment has been afflicted. . He
responded with humiliation only. After that and during the night of the same day, I met
with him, and told him the story of Bilal [PH], may God be pleased with him, and what
happened with his companion who said to him [Bilal] that he is the son of the black
woman  [crossed out word], . And how was Bilal's stance, may God be pleased, in front
of 'Umar. . And in front of the companion who apologized and insisted that Bilal should
put his foot on his head . . .But Bilal refused. . Then I told him to forget that I am a
supervisor or a professor, as he is used to call me, and to go ahead and punish me the way

he wants because I mistreated him when I said to him that he is not blessed. So the brother was impressed with what I had told him, and said to me / Are you really ready for the punishment

I said, yes

Then he said / get up professor (and we were both sitting in the training square, in the dark. . .

So when I stood up, he threw himself between my arms, and I only said (may God grant you success). . And the case was over. . .

But it had a sequel. .

When the call for  Dawn Prayer came . . I entered the tent where the group holds its prayer. . And even before the muezzin [a person who calls for the prayer] finishes his call. . .

I entered and found him praying alone, starting at night, yet the rest of them had left for ablution, even the muezzin, so I waited until he finished praying. . He stood up, and I grabbed him from his hand, and kissed  him on the cheek and that only made him feel more humiliated, blushed his small face with red. . .And then I was certain of what I was thinking of earlier. . That the camping duration, military training, and the religious lessons which the Tajik were taking it here. . Lifted up their Islamic hopes and dreams and this is what we thank God for

They have changed the image which they came with, like the hippies, punks, and others. .

Greeting.

 The day is .. Sorry, it is night /

 1/Dhu Al-Q'adah [PH]/. . .
[Crossed out] So this morning will be first day of the blessed  'Id [Islamic holiday], and as you notice, since the beginning of Ramadan. .
I did not write to you. .
Why? . .I don't know
Although, during this month, I was in dire need . . to talk. . to someone. .

But . . I didn't write. .

Why?.I don't know. . . !!!

I tried to complain to my God. .
Maybe He [IL] will have mercy on me. .

And God is merciful on his subjects. .

Dear / Hani. . .
Tomorrow morning. . is the blessed. . 'Id al-Fitr
Although I have prepared the white outfit and the turban. .Of course, the Afghani dress. .

The white. . .And the white jacket. .

But my heart is still. .  colored. . Not pure white. . And pure black, and red. . And yellow. .

[Crossed out] And since fast breaking. . And the sound of bullets is booming in the place. .

. . Sorry. . .
 I didn't mention to you. . I went to Peshawar and came back. . To Jihadwal. .

I needed some. . Items. .
 And God provided with its coast. . So I bought them. . Thank God. .

 And [crossed out word] till we meet again.

 [Illegible signature]

The day. . 12 / Shawwal

23-24 / [IL] MAR. 94. .

Did I tell you earlier about Abu "'Imad". . . . Who was captured while he was [crossed out word] traveling with the weapons which we were transporting to the Tajik, and just because he is an "Arab", and those who captured him are "Al-jalam Jam" [PH], or the Uzbek militia

Anyway . . He has been in jail for 7 months, and just yesterday. . He came to  Jihadwal, after we had received the news that . . .He was released, only 3 days ago, yet among the reasons that was behind his long imprisonment, like ( being an Arab helping the Mujahideen- the Wahabi- helping Hikmatyar [PH], and, and, and. .

The day is. . . ? !
The main thing. . . Dear Hani 2

[IL]

[hand drawing]

But he. . .
After Hikmatyar allied himself with Dustam [PH] commander of the Uzbek militia,
working with Hikmatyar became an advantage not shameful deed (according to them)

  Greeting

 Sorry / When he came we hugged, and I found, or I felt, that he (even though he is older
than me) is the one who

Threw himself crying in my arms. .

I was going to cry. . But maybe my pride stopped the tears from coming down my eyes,
(shame on men if they cry) as the southern Egyptians say.

Bye

Sorry for the good hand writing

From Hani(-3) to Hani (2)

Diary

 Fundamentalist- Terrorist

██████████████████      ████████

Muslim

███████████████

[Hand drawing]

███████████████

30/MAR /1994..

Dear Hani 2/

Sometimes I notice that the drawback is with me, if there is a problem. .

But sometimes . . . I see the problem; it is really in the person who is on the opposite side, or in persons who are on the opposite side. . of the problem. .

Did you understand me? .

[IL] Note / Maybe . . I am going to leave this camp. .

Not to the Faruq. .

But maybe I will leave the issue of Tajikistan. altogether.

At least. . [Crossed out] With whom I started with. .

With others it is possible. .[ Crossed out] who are working on the same issue "Tajikistan". .

But maybe not. . Dear Hani/

This is not because of concrete reasons, or maybe for intangible reasons. .
[Crossed out]

███████████████

Today is Sunday. .
MAR/ 27 [Crossed out]

Dear Hani. . .

Sometimes I decide to write to you in the diary. . But, when I open the diary notebook. .

And I hold the pen. .

11

███████████████        ██████████

I don't know what to write . . . As if I am opening the notebook to read, not to write. .

Also. . Sometimes I see a situation. . Or something happens to me. . So I decide firmly to write it to you when I am in [crossed out words] + my room.

But as soon as I open the notebook I disdain the situation. .

So I don't write anything at all.[underlined]

███████████████

The truth is as follows /

Since I came to Jihadwal . . The first time from the Farooq. . After the severe attack with malaria. . Until now. . .

Going through camp *9* . . The special one. .

Then coming back to "Jihadwal" for the second time since Ramadan. .

And I notice too many things going on without my knowledge..

Especially in "the Faruq"

Which I am supposed to go back to, since Ramadan. . But. . for reasons. .

Some of the reasons. . The brother's policy, who is now the Emir [commander] is different.

And maybe being here is in contradiction (from my perspective) with the policy of those who are in disagreement

Do you understand?.
.
And then since that  [IL]time . . .
I can observe that I really

███████████████        [continuation of ████████████████

Don't understand anything. .

Individuals . . Had nothing to do with the project. . They knows things . . That I don't know.

███████████████████     ████████████

Beside that there are things and news that I should not know myself. .

Do you notice. . .

Dear Hani,. . That a situation like this does not suit me. .and so (maybe I will not continue)

Later we will know more

And bye

Hani 1

███████████████████

May peace be to you, or upon you. .

Dear Hani 2 /

Starting today, I joined a short course. . about firearm sound silencers, made by the brothers. .[crossed out word] May God reward them. .

But. .  This is not the important thing. .

But. .
[Crossed out]  . . The truth is. . I myself. .I am very patient

And frankly. .A situation like this does not satisfy me
I can not continue, that much, going from a place where I don't have any role to play in it. . .
More correctly, when I become completely marginal. .

Not looking to become a big boss or something like that. . But to get better, or I prefer to be more useful .

I think I have to decide . . .

But. . .
If my role here is over, then I should look for a place where I can serve the cause of myalmighty God. .

But. . there must be a decision. .

███████████████████

1 /    /

Today I faced the brothers with this situation. .

My decision was either, one has to be candid or I don't have a place here with you . .

Therefore . . . when I realized their situation, and we agreed on the issues . . .it was over.

I will stay here God willing
 Until we meet. . I swear by God.

30 / Shawwal. . [Crossed out]

Today is / *11 / APR / 94*

The time now: *7:15* . . .

The place : Peshawar . . House of Martyrs. . .

And maybe . . you will be surprised dear Hani *2* . . I am from this place. . .

The truth is, in case I didn't tell you, that the mistake was mine. .

What happened:
 Is that. . I asked for God's forgiveness. . ,And decided to leave the place. . ( Jihadwal ) or
( Al Faruq), or (Camp *9*), and decided, at least for now, to leave the issue (Tajikistan
project) . . and with the brothers ((with shaykh Abu Al-Walid [PH] )).too . .At least. ..
And praise be to God, on what was destined for me . . .And. .
With. .No specific plan. . .That I planned for myself. . .
But I will find out what is the best to be done. .
But . . There are possibilities

((Khaldun [PH] camp))

((Konjak camp))

And may be not. . .
Oh God I am here, as long as God allows

~~The revolution- Syria independence anniversary~~

With this note /
Some problems did take place in Al-Faruq which I did not know about them. .
Maybe that is what caused two important individuals, within the project, to stop working
with the Tajik . .But regarding myself . . . I see that work is to link the issue. . .They do
need more than discipline only. . .
But. .. . I was not in a position or have a chance to do anything. . My position was just an
observer, or. . .I even didn't have the right to be an observer.. . Therefore, I left. .

█████████████████████████ continued]

It is possible that . . Out of embarrassment, the brother who is in charge, is scared to hear
that ((he wasn't able to keep the camp under control)). . .That is why he preferred. that I
know nothing. . .maybe he was afraid of being disappointed. . But. . That was never my
aptitude . . .Or maybe he was afraid of someone to interfere in his policy. . Because I was
the one in charge before him. . .But I also respect the system. .
Anyhow. . Whatever happened is gone now. . And God willing, the issue is over...

And Oh, God.

[Crossed out]
Today is / Dhu Al-Qa'da, *5* / Year 1414 H.. . .
And the time now is / *9:40* in the morning

The place /

Maybe you will be amazed. . ((Khaldun)) camp. . Kaldun, one more time. . .
And maybe you will notice. . How fast things are going, and while they are in rush, I
don't talk to you. . So you know the news about me.

[Crossed out]
And bye.

The day is/ Monday

7 / Dhu Al-Qa'da

The place / Peshawar. .

In Khaldun, I was only a visitor. . .

But. . . Perhaps I go back there as a trainee. . .

15

Maybe. .

And bye. .

A note /

When I was here, in (Peshawar). . During Ramadan. ..I already had visited " Abu Burhan"[PH] who is in charge of "Khaldun" camp. . .And he is the military commander of the Services Office, which was established by Shaykh 'Abdallah Al-'Azzam [PH]. . .

. . .And I had suggested to him -thru a person who is now working with him in the camp- that I go to the camp for training. .

But. . Without knowing who is the individual who wants to be trained, which is me. . . .
He told the middleman brother, we don't accept the veterans . . . why?  I don't know

So I did not comment.

And why did I go to Khaldun this time. . ..I went as a visitor. .

But . . when I discussed the issue with the brothers who are there, they said. .

We will talk to him about your case, and they apologized, in a kindly manner, for not accepting me. That is why I went back to Peshawar, on the basis that I will come back to them one more time

Greetings.

Monday 7 Dhu Al-Qa'da

*May 18,*

Peshawar, house of martyrs. .

The time is approximately 8:30 . .

And there are news about an extensive raid that will be launched by the Pakistani police, in order to put pressure on Arab extremists who are in Peshawar , and whom the Arab countries had suffered from them, especially Algeria and Egypt.

I was also labeled and described as being extremist, and as an extremist terrorist . . . A brutal fundamentalist, as we are being labeled by Arab and Western media machines, so I am waiting to be captured too as one of them. .  And the unbelievers plotted and planned, and God too planned, and the best of planners is God.

And beside me is a small cage, and a beautiful canary with light orange color, semi white, and gray stripes running through. Is a prisoner inside the cage.

And his lovely voice sounds like a music band an experienced music orchestra as if you were listening to . . .

   Sorry...Bye

Today is. . .
*27 / May / 1994*

Nothing new for the day. . .

No news from "Khaldun" camp. .

Nothing new. .

And bye

*May / 2*
21/ Dhu Al-Qa'da. . .

 Dear Hani. . Warm greetings. . .

 . .The news came from Khaldun camp. . That / Come in please, but. . .I have some work to do. .

(I am trying to apply for political asylum. . through the United Nations) . .Or to put it correctly, to get an official identification card which allows me to stay in Pakistan legally, isn't that strange?

But. . I am doing that wisely. . .The way the official documents are here, for better maneuvering

* *May / 3*

 [IL] 22 / Dhu Al-Qa'da. . .

████████████████████        ████████████

I didn't tell you yesterday that the issue is not that much important, but it is a win-win situation.

And God help us all.

████████████████

- Dear Hani *2*

Don't you notice that I don't write to you with any sincerity, or maybe lacking

honest expression

. . I feel I am cheating you or. . I am cheating myself. .

Whenever I write, I write to you without any true feeling, without any need to go into details . . As I used to do.

Is it the end of our relationship . . .I. . And you. .

But when I think with more pragmatic way, I find out that there is no difference between us, because I am Hani, and you are Hani, but. . .After 10 years

████████████████████████████   continued]

Something else /
The issue of the ten years has definitely changed, the conclusion that I write to Hani who is 30 and I am Hani 1, the person who is 20 years old . .

But many years have gone by since I started writing to you . . . Therefore, the ten years issue is a wrong estimate. .

Did you understand? . If you don't understand then I will suggest that you commit suicide that is better for you. You don't have any luck in this world because you are definitely a backward person. .

████████████████████████████   continued]

. . . Of course you exist only here, in the note book. . So listen to what I am going to say. . Because you are an imaginary person, I have the right to make fun of you, and to torture you. .

Do you have any objection..?

Of course, not.

Because you can not reach me to take revenge. . Or at least, to express your opinion. .

████████████████████        ████████████

Because my dear. . . You are an imaginary person, and you can't enter the realty circle, which I live in.

████████████████████████ continued]

Or maybe you are a real person, but after years, you will still exist
. . You are not born yet. .
(The person does exist, and it is I)

But the person exactly in that age is not born yet

Did you understand?. .

- It is not important that you understand. .

 The important thing, I let out what was inside me and feel relaxed by making fun of you, so forgive me.

████████████████████████ continued]

Yet if you don't forgive me, there are too many walls, which you can hit your head against.

 And bye

I think that passing a judgment on any person with any decision is certainly a deficient judgment, that is. . Because tempers and spirits, differ in the same soul. .

Because maybe he becomes a noble man for some moments, and maybe during other moments he becomes [IL] any person who likes to experience agony. .

████████████████

*May* / 11 [IL]

I have three issues. .

1   A very special course near Kabul. . Where I will be as a trainee. . For (6) months. .
    [IL]

2   The subject of political asylum, or more clearly, the issue of "a foreign passport" and this will absolutely take a long time. . Perhaps two or three years. .  ~~And God willing~~.. So I can work for Jihad, and prefer [IL] without good pay for movement.

4   Enter, with money, into a commercial project

19

And another Iranian project which I will assume his name [IL]. .
So I will be dedicated to my other affairs. .

Also, Finally it is possible that I will return to Khaldun at the end of the trip, so I can finish what I need from them. .[ Crossed out]

I ask God for success, until the course starts . . [Illegible signature]

And God willing I will keep you posted with all the details.

*May* / 26

16 / Dhu Al-Hijja

Until now, I didn't leave Peshawar . . except for two trips, one of them to Khaldun. . And another one to Islam Abad for certain issues and I returned here. .

The current situation. . The Services Office is trying to get the young men out of the house of martyrs. . .but to where? To the street. .

The important thing is to make the house

And the explanation varies among the brothers . .

Some say that there must be an order from the Saudi security apparatus which controls [IL] the office.

Others say that it is fearing for the life of the young men from the Pakistani police.

 Jun [sic]/ 31

What happens now is [IL]

Then extending the time for [IL] one more month . . . without the knowledge of the office. [IL]

 [Blank page]

 Dear [IL]

█████████████████      ███████████

███████████████████

Dear officer. .
 I know that you know. . That this world will not last for any individual. .
And that its people became beasts or [IL] beasts

And this is never a problem for me . . .But. . The problem. . Is for the others. .

We can play the role of the beasts. . So even the big guy can not touch me.. But when I
see the beasts preying upon the weak ones. . .And this is what disturbs me. .

 I normally don't beat the weak ones, and thank God for that. .

████████████████████████  continued]

Yet they see nothing but [IL] the weak

*Jun / 1*

Hi. . Dear officer. . .Hani *2*

[Hand drawing]

 The human being and the rock bottom.

████████████████

6 /

Yesterday I received a letter from my father. .

And a week before that, he called me . . .And I noticed the gentleness of his words. . So I
realized his support for me. .

. . I already asked him for some documents that belongs to me but remained with them. .
So he sent them yesterday with a letter. He started the letter by saying, "My son, you are
a piece of my heart. . And the reason behind my existence. . " . .So I couldn't. . I couldn't
wait until I give him an answer, I told him in my letter, "I know that I opposed your order,
because I was a committed man, in my prayer ( and I quoted some manifesting Quranic
verses)"

He then wrote. . "And however, God is more dear to me than you. . .And  your command
is a waste compared to when I follow God's command."

Then I wrote the letter. . And I put it in an envelop without even editing it, leaving it with
all the errors and scribbles. .

▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮

Bye
Dear Hani 1

▮▮▮▮▮▮▮▮▮▮

11 /

. . Do you know dear Hani. .

I feel that time has stopped around us . .

And also the space has stopped. .

. . More correctly, the spatial time. .has stopped. .

The time is . . Time of entering Peshawar.

And the place is. . Peshawar. . And there is no improvement. .

The world around us is moving in its natural course. .

But . . . here. . It is something else. .
. . Here in Peshawar .  We are jailed in a melting pot of the spatial time. .
Time around us is moving fast. . On the strings of space. .

Einstein was right. . .there is no time without space, and no space without time. .
So, the real dimension is the spatial time. . Or the temporal space.

. .Time is running inside the melting pot of the spatial time. .in a circular motion. .
Around itself or around the space. .
. . But . . The people surrounding us are outside the melting and they pot do not
understand our situation, They are still figuring out our ages. .

But the truth is that time . . lifetime [IL]. . Notwithstanding the space..

Although time has stopped inside this pot. . So we can come out of it. . But it didn't stop
around us. . Our melting pot itself is moving with time. . Time which does not control us. .
No, but it controls the pot. . The pot of spatial time. . It is not up to us that we wish to
leave this pot. . Everyone is against us. . And getting us out of this pot. . . To get rid of
us. . And the one who is sentenced to death in his country. . I  means that time has
stopped .completely. In relation to him. . Since the hanging  noose was around his
neck. .

▮▮▮▮▮▮▮▮▮▮

███████████████      ████████

Do you know dear Hani *2*.

I adore the science of espionage. .
I hope that I will be employed in that field.
I think in this way I can serve Islam better this way.
I suggest. .  Egypt
. . I need special training to complement the deficient aspects. .
…Espionage is a strange world. .

The Islamists must enter it from its broadest perspective.

But . . whom are you talking to?. .

  Oh, God


 Sincerely yours
 Hani *1* [signature]

███████████████

Dear Hani 2 . .
There are no news until now. .
Regarding the *UN* documents . . I still receive papers from them, addressed to whom it
may concern, saying that the brother  " I "is a refugee with the *UN*. . [crossed out] [IL]
for one month. .And should not be confronted. . This is according to the police; the one
who is in charge of special residencies . .
And every month this document is renewed until I get the [crossed out word] the *UN* card,
and it is an excellent document which can establish [crossed out word] my status in
Pakistan, and can't be expelled from it as being a terrorist.
And the process to obtain this document started after a political maneuvering. . When I
presented myself as a person with political opinion. . Who defends Democracy. . .(my
number one enemy). .

 But. . .
And after some easy efforts .
Praised be to Allah I was able to get what I was looking for, as a first step. .
And until I obtain the *UN* card. . I will be still waiting. . So this document, the original
one plus other faked documents prove that I belong to the *UN* and make things a lot
easier for me. . Which is not available to a Mujahid [Holy warrior]

But. . .I will fight them with their own documents. .

  Oh, God !

███████████████

Dear Hani . . *2.* .

It is the year *1994* AD. .

And I am still running after a mirage. .
The ambition was a mirage . Or the hope was!

Until now I am looking forward to accomplish many things. . Since I started dreaming, I
dream about it, and as I have noticed [Crossed out] the ups and down of life and of my
position prevented me, as usual, from achieving what I wanted to do. Of course I don't
regret the years that I spent in Jihad, not only that but Jihad gave my ambitions a higher
dimension, but it has not yet materialized ..
  …Oh, God…

  Bye

Oh, God make us stand on the path that You chose for us. .

Today is / Wednesday
19 / Safar

July 27

The place / Peshawar. . Of course . .The house of martyrs, of course. . .My room which is
not private, and which makes me join more than six other brothers during sleeping time. .
and three brothers during day time. .

The time / is 8:30 in the evening.
[Crossed out]

The scene / A gloomy person. . Wearing a black Afghani dress. .He is sitting on the
ground, writing in his diary notebook leaning on diplomatic briefcase which is broken at
one side. .

The situation / [Crossed out]

[Crossed out] The gloomy person wrote some lines in his notebook then he decided to
stop writing without starting any subject or finishing one,

  He actually stopped. . definitely.

8 /
1 / Rabi' Al-Awwal. .

A week ago. . The Pakistani police raided the house of martyrs.

And in a brutal manner . .  The police entered holding up their weapons . .It was a whole
group. . And they arrested seven brothers. . Without showing any reason. . The rest
escaped. .

Then we worked on the issue. . The brothers were released after arduous efforts. .

Anyway/ The police is disturbing everyone. .

We can turn Peshawar ~~a little~~ on its people.

But. . How can we fight other Muslims?

Forget about the police. . But what about the people

We received the news through a piece of paper that we call a newspaper or a magazine. .
which is issued by those who are still fighting Hikmatyar[PH] in Kabul with against
Rabbani [PH]. .

The news came in. . "Siraj-al-Din" is killed.

And whenever I remember Siraj-al-Din I also remember his dreamy voice which does not
need tickets nor visas to reache the hearts of others. .  It does not need even a travel
passports. .But if there were any need for that then it will enter into the hearts with
diplomatic travel passport. .

I still remember his voice and his figure. . When he used to sing for us . . ((I love the
yearning of the Pika [PKM] )) , and the automatic machine gun.

And his quiet smile coming out through his light moustache very peculiar, and his thick
beard. . A smile that obliges you to answer with another smile. . . And why not if smiles
are the language of hearts. .

[Illegible signature]

16 / Rabi' Al-Awwal ]

August 27

The situation is tense in Peshawar . . Orders from U.S. , Saudi Arabia, and Egyptian to the Pakistani government, against the Afghani Arabs. . Are limiting the severity of the tension. .

Despite all that. . Arabs are still in Afghanistan. .

Regarding myself / I am waiting for the UN card, but. . The special course in Kabul . . Is attracting me. . And I have not decided yet. .

September 15, *94* [crossed out]

The place is the new martyrs' house- the administration room. .

And the time. . It is a sunny morning on Thursday, at 10:00 o'clock. .

. . And I am greeting you my dear Hani. .*2* . . I am in charge of the work temporarily, despite illnesses which started to wear me down, until the person in charge comes back from his marriage vacation. .
Or. .

[Hand drawing]

I am lonely like you. .
[A poem follows]
Oh, tree of yearning and of thorns, I am lonely as you are. .

Although I know in my loneliness, I am not the only one

Too many like us are joined by loneliness . .
And nothing joined us but a unique group. .

Many events passed me by. . But I didn't write about any. . I don't know why. .
A gap exists between me and you. .

. . Too many positions. .

Swelling emotions need to come out, even on paper . .

But . . I will not seek refuge with you anymore. . Or with anybody else. .

Dear Abu Zubaida. .
Sorry. . Hani *2*
I almost forgot that my name is Hani. .
Nobody calls me Hani . . . Except I call you, who is myself, Hani. . And I add number 2
to the name.

[Crossed out]

Anyway. . You get the latest news. .
[Crossed out]

*Don't play with may*
There is no need for that

 And sorry

Do you notice that I am fed up with you

 [Illegible signature]

Today is / 9 /27

Sometimes when I sit alone. . Thinking with sadness

.. .Thinking of my current situation. .

Peshawar. . And the Jihad battlefield . . Are almost empty of its own people. .

And I mean by the word "its people" the Mujahidin and the Al-Ansar. . Everybody is
leaving. .

Some of the brothers traveled . . and some didn't, got married now, and had families. .

My sisters from *K.SA* got married. . And my brother, Mahir [PH], got married. .

And everyone settled in his own way. . I am not settled down yet. . .

I might travel to Afghanistan after a few days

     And bye . .

 [Hand drawing on the right side of the page]

27

██████████████████████████        ████████████

████████████████████

[Blank page]

████████████████████

Today is the sixth of October
Corresponding to 1 / Jumada Al-Ula

And my dear Hani *2*. [IL]

And as usual. . I am coming back to chat with you
And nothing is new, except that the new is only tiring. .

I mean this routine. . ((Though everyday is different from the previous one. . And every
problem or solution is different from the previous one)) But it is [IL] a bleak routine life
and it will stay that way because the routine ~~because~~, here. . Is not the repetitive work. .
Or in being constant. .But it lies in the dimness of space, and the dimness of time. . In the
dullnes of space, and the dullness of time. .

Did you understand.. ? And didn't I tell you yet what was my feeling when I called the
family in Saudi Arabia, and how surprised I was when hearing the voice of Hisham . .
That was probably before ((4)) months.

I was expecting that Hisham and Kamal are still as I left them. I was expecting the
childish voice of Hisham saying to me, "How are you Hani?"

But I was shocked to hear his full, robust and masculine voice saying, "How are you
Hani?"

████████████████████████████████        continued]

I said surprisingly, "Who is this? Mahir? Or who?"

He said, "Hisham."

I said , " God almighty! You are a man with a harsh voice."

He said to me, "were you expecting that I will remain the same person since you left
me?"

And when the call ended. . I walked in the street thinking about his last phrase.

Really! Did I think that when I will go back, I will find them the same as when I left them?

█████████████████████        ██████████████

Anyway: this is the frozen time. .

[IL]

The dullness of [IL]

Oh, Einstein below zero

. . Then there is something else /

Sometimes I think that the world [IL] can not bear me any more . . So what can I do? I am afraid that the day will come when I am not going to find a place to live. .God forbid..

 Greeting

██████████████████████

Anyway, I will probably  be in Afghanistan during this week, God willing. .

And maybe I will leave the issue of the U.N until I come back from my long trip, and in that day I will bring back to them a decent story that will justify my disappearance


Today is Saturday.

Because the road to Jalalabad is rough. . I did not travel today, and the roughness is symbolic, but what I mean is that the police is there, they are now blocking the entrance to Pakistan, and even blocking the exit on that road unless you spare no effort and pay bribes. .

Anyway, I was supposed to travel using a car which belongs to the Islamic Party (Hikmatyar [PH] ) . .

But because it is carrying regular people, not Kozanat [PH], meaning leaders or people in charge, it makes them vulnerable to the same rough road conditions. . Beside that, the presence of the Arabs might make things worse . . . Anyway .

I went to their main office. .and the person in charge who was an Arab explained the situation to me and said, "Take a risk". .

So I preferred to take another route. . Because I don't have time to be delayed by the ignorant police, and there is no need for me to pay bribes. .

. . And maybe soon I will take the same route. . But with different people. . Or God help

 [Crossed out]

*November 6, 94*
3 Jumada Al-Thani [PH]

I just found out that I did not finish the subject to you. . I told you that I will be traveling to the inside. .

Then. . . I tried. .

But, what happened is that I did not travel. . Because of some certain circumstances I decided to stay in Peshawar as the person in charge of the Martyr's House [crossed out]

Anyway. . We are still trying to save the Martyr's House and Khaldun camp from unnatural death, and God is with us. . And this is the main reason that prevented me from traveling to Afghanistan. .

And now after all this time let me tell you again. . That as soon as I leave you I start feeling your importance, and because, as you know, I don't find the friend who can replaces you, so I must come back to you. .

Evacuation day
Easter (Gregorian, Julian)

November/27
Boredom is creeping into my soul. . And dampness is besieging my heart. .

I know, quite well, that this area is infiltrated, in general, by the American, Pakistani, and Arab intelligence services. . And I also know that a number of swindlers are profiting or to put it in a better way they made profit in the name of Jihad and the Mujahideen. .

I know all that, and I also know that these circumstances are destroying this area. . Or what is left of it

[Crossed out]

Sorry I am tired of writing. .
Then I will stop writing.

And. .

Greeting

The former supervisor. .

 Between the hardship of the current circumstances. .

And the fact that he is married and has a family now

And that their Jihad

Is giving up the responsibility

Because the conditions are very difficult

And the police is everywhere.


Today is *1/15/95.* .

The place . .The Martyr's house. . Peshawar. . Pakistan of course

I am [crossed out] sitting on the revolving chair. . Behind the office desk. . In the administration room. .

Being the prince of the house; the Martyr's house. . The center of terrorism, as it's called. .

~~I think~~       And praise be to God. .
I think. . Tomorrow, , Or maybe after tomorrow. . God willing.

I will receive an official U.N card, as being a refugee in Pakistan. . Under the protection of the United Nations. .

And I say to myself . . If these people knew that they are now helping the prince of the Martyr's house, they would have drop dead from anger

Thank God . . I was able to deceive them. .

And now, with their own documents. .A lot of interactions with the police and with the ignorant border guards will become easier. .

[Blank page]

And God willing I will continue my unstained game. .

Until I get from them [crossed out] Financial aids as being the poor and oppressed reporter who is calling for democracy and fighting dictatorship. .And if they knew that I am [crossed out] the number one enemy of each one of these heretic labels, they would have killed me. .

> And oh, God
> Oh, God
> [crossed out]

[signatures]

In the name of Allah, the most Gracious, the most Merciful

Praise be to Allah, peace and prayers be upon the prophet of God. .

Dear / Hani *2* . .

Peace and God's mercy and blessings be upon you . . My warmest greeting. .

. . I am writing to you this letter, and it is almost nine o'clock in the evening, on the ninth night of the blessed month of Ramadan which is the ninth month in the Arab calendar to say to you dear Hani *2* . . .

~~Days are passing~~   · I am still yearning and longing for you. .

Because I am still looking, and looking for a friend whom I can tell the truth. .

[Blank page]

~~Today is Thursday~~
~~Coinciding with 3/2/95.~~
~~3/2/95~~

~~Today is Thursday. . and the time is nine o'clock in the morning~~

[Hand drawing]

[Illegible signature]

[Blank page]

What can I tell you. . . Dear Hani. .

Today is . . The first days of the blessed 'Id Al-Fitr [Fast breaking feast]

And these are the early hours. . I am still secluded, overwhelmed by Ramadan, I am still secluded wearing my black clothes. . And I have no feeling for the 'Id, not even a little bit. .

The conditions in Afghanistan are strange, since three months. .

A group or an organization or what can I say. . Named "Taliban" headed, formally at least, by a group of students and Mawlubiyya [PH] (or religious scholars) who are

Afghani and who were able, in the tinkling of an eye, to control [crossed out] one third of Afghanistan without any effort. .

Everyone is providing them with aid, from weapons to military equipment and sometimes they engage in small battles which goes their way. .

Even Hikmatyar himself withdrew from "[IL] " the area in which he was positioned around Kabul to fight the forces of Rabbani's government. .

[Blank page]

In the name of God the most compassionate the most merciful

Thank be to God, peace and prayers be upon the prophet of God. .

Dear / Hani 2

Even though [crossed out] my position is in (Martyr's house. . . ) which is almost full of Arabs and young men from Chechen, even though the police is after my minor position. . But every thing is fine, and praise be to God alone.
And Oh, God
 [Illegible signature]

Today is *8/30/95*. .

And today I almost finished two months since I had left the prison where I stayed more than three months, maybe you will be surprised. . .But here is the whole story, or what could be all the story. .

Today ~~0/5/ 95~~, I will finish the story for you. . And I will talk about a period which is before six months from now. .
I started, or to put it correctly, we and the people of Peshawar [IL] started to expect that a raid by the  police could be imminent soon. .
The information or even the rumors began to flow. .

34

That [IL] the police is in constant search for the Martyr's house, indicated that I must act. .

At the end of the blessed month of Ramadan [crossed out] I transferred the young men from the House to the village of "Babi [PH]" to they can stay by one of the brothers, considering them as guests with all their expenses. .(I will tell you all about it later). . .

25 /9 /95

I brought them back to the house, and in another incident I sent them to Babi; to a private house, the brothers used to call it the house of exile to distinguish it from the rest of the houses. .It is a large house and at a distance from the main street. .

continued]

After that, I moved the brother's belongings to that place, and they were the most important items in the house, these were their own passports, documents and money, other than the house and camp money. . .

The decision was made to end the house contract, which was, in any case, coming to an end during the same month, ,

And nothing was left in the house except the furniture, plus the administration office. .

And during the last stage of our move from Peshawar to Babi, and I was carrying the brother's packages in two cars; our own car (the Suzuki), and another car from the service office. . We traveled till we came to the checkpoint of Babi which was a new one that we have not seen before until recent days when the news about the raids started to spread . . The police stopped us there. I didn't say a word, The police said to me, while pointing at me to come down, in a broken English, as if the Arabs are English speaking, he said, "your Jihad is over."

Damn it! How did he know that I was an Arab even though I am wearing the Afghani white turban. .

Perhaps, due to my dark color.

~~However, many Afghanis are similar in color.~~

Anyway, I tried many different ways to get rid of him, I even gave him the United Nations card, but he couldn't understand anything, and said, "You can tell them inside the post.", and there was an officer who was watching the scene which made a bribe out of question. . And there was no chance to use force or escape, I am with the United Nations after all. . So there is no problem, or that is what I thought.

Then I walked with the soldiers to the post, meanwhile my hands were probing for some seals I used it to fake the Afghani passport, and which I took with me recently, and decided to leave it with the rest of the belongings in Babi (house of exile)

We reached the check point and kept waiting for the person in charge. .

I tried to look for a bathroom in order to get rid of the seals, but they didn't tell me where it is located.

So I thought, maybe they use the toilet, the Afghani way, by urinating in the public street in front of the people without feeling any shame or embarrassment.

[Crossed out]

Note. . Today is *7 / 2 96*, and today I am finishing the story after a long interruption which lasted for 10 months.

Anyway, is that the officer in charge showed up (in a civilian dress) and a warm smile, I and my companion (a tough young man from Saudi Arabia ' a Yemeni ') showed him our papers; I showed him the United Nation card, and my companion showed his a Yemeni passport. .

In other words we are legal. .

He said we must go to Peshawar, to the main office. .

And he tried to confiscate both cars, but after some soft compromising words (diplomatic) words he released the cars and then he took us with three of the guards, excluding the driver, to Peshawar. .

And here inside the main office ([IL] Qura Qabrastan [PH] and this office is located exactly on the opposite of the Christians cemetery.

They decided to search us before being presented to the person in charge, and I was scared that they might discover the faked seals that I was carrying with me, so I said, I need to go to the bathroom (to urinate) but they didn't allow me before doing a search.

But I insisted that I can't stand it any more, and that I will urinate in my pants.

So they had to take me to the bathroom. .After I closed the door, and get rid of the plastic seals, and left the wooden parts in the upper window.
Then I pulled the flush, and all the seals disappeared in the toilet. ..
So I went out cheerfully because I don't have a problem now.

And when they searched me they didn't find any banned items except a small seal which imprints (Asia, Europe, America) and I utilize it in the Afghani passports, but I didn't pay any attention to it laying inside one of my pockets, otherwise I would have gotten rid of it with the rest of the seals in the toilet. .

Anyway. . . They presented us to the officer in charge.

His name was Safwat Ghayur [PH]. . (as I learned that later)

A huge man with silver features and a big mustache that covered his face was sitting at his desk in front of him, in direct contrast to the person in charge; a slim nice looking young man with a cunning smile on his face.

I sat in front of him while he was watching me and his hands were playing with whatever they took from me after the search; some papers, a lot of money, the remaining [crossed out] seal, a handful of keys, and the United Nations card.

While the huge man was sitting close to me, pop-eyed and focusing into my small eyes . .

Then they started the investigation immediately.

And after all that amount of questions which they faced me with, I realized that all what they wanted to know was my identity.

Am I one of those Afghani Arabs, and what is my position? .

In the beginning, after they recognized or saw the United Nation card that I was carrying with me. .

The young officer said that the card meant nothing to him, . . I said to myself (we are finished). .

Anyway, I told them the same story which I had reported to the United Nations. .
When both of them were not convinced, the huge man initiated his first crude words
saying, "(Fuck you) don't try to bluff". .

But when I insisted on my position . . They took me down to the prison that was attached
to the main office. . Accompanied by the young fellow who was with me, but they
separated us later. . And that was my fear. . I tried to talk to him through

continued]

The partition wall (he was able to hear me) trying to make our statements
identical . . .Although he does not speak English, the language they used to converse with
us. . They told us to keep our mouths shut. .
Then they interrogated us one more time, and I kept insisting on my position. . But they
didn't interrogate my friend because he didn't speak English, they said that was only a
notification, and that he had a legal passport, beside, he is new to the country. .

Then they tried to know my house address. . And this was the problem. .

But I refused; claiming that they are going to steal it, but the fact is that I was troubled, in
case they found the brothers inside, beside there were some other items inside the house

continued]

Which made me worry if they were found by the backward Pakistani police. .
Anyway, they tried to scare me, and I insisted on my position. . Then they turned to use
force, but that also did not change anything. .

They brought a police car (packed) with soldiers. . And an officer was sitting in front by
the driver. . While I was handcuffed in the back of the car with the soldiers. .

They took me around most of the places in the city (at night), and showed me to
whomever they encountered, but no one could identify me. . (Thank God) until they got
near, so they beat me up in the street and in front of the public while I was tied up. I
could only push them back or scream in their faces. .

continued]

They kept driving around while I was inside. . In their car, until they really came close to
the house, I noticed that through the openings in the cover of the car, and said to myself
that I will admit about the location of the house. . So they stopped the car, and the officer
took me with him to the front, so I can guide them to the place, and in fact I did guide
them to a distant place across from the United Nations building to confuse them, and to

drive them away from the house, and at the same time to notify them [U.N.] so they may intervene, but the wicked officer kept me inside the car with the guards, he stopped the car far from the place, and went alone, he knocked on the door. .Stayed for a while, and came back looking very irritated (morally)

He spoke to me trying to hide his anger. (Are you trying to deceive me? I'll show you). . then he sat next to me and was very nervous; shaking with anger, and I said [to myself] (we are finished)
And in fact the beating started using shoes as soon as we arrived; kicking, and slapping on the back and on the face. I was trying to defend myself but to no avail. .

Then they took me to the upper floor and threw me down on the ground. .
After that.two of the men

continued]

Grabbed my feet while the officer started flogging, using a heavy stick.
I was screaming, cursing them, spitting in their faces too. .
And when I lost my strength and the officer kept saying that he will not leave me until he knows the location of the house ((which they think it is a house for Arab Mujahidin, so they must know about it and raid it, as they used to do)). .
I was saying, after I lost my strength I turned to deceit. . So I played a theatrical role; I cried loudly while pointing to my head with my hand, then the beating stopped, and he wanted to check out what happened, so I held his hand and put it on the wound toward the opening.

He was shocked when he felt the wound, and became worried. He asked what happened to you. .
I said, "The beating will leave me in a state of nervous shock." I opened my right hand keeping two of my fingers twisted, and said, "I can not control them." He became more scared, left the room and lighted a cigarette hoping that smoking will calm down his anger. . (Extinguishing the fire with fire; fire of anger with the fire of the a cigarette) and I took some rest for 15 minutes.. .
The officer came back. . And started the beating again, saying, "I am not going to let you go even if you die, where is the house?"

*7 / 3* ... this is the date of writing, not date of the event. .

I only answered with a few words trying to show that my nervous had an impact on my tongue. .
But he started beating again more forcefully while I was shouting at them in English, "you animals!" but I. was stumbling when pronouncing it.  So he became frightened one more time and he left the room.
One of the soldiers spoke, saying in his Pashto language, "I don't care even if you die.". .And he began beating me at random while watching the hallway, so the officer will not come by surprise and sees him violating his limits in using force. . So when he hit me I kicked him, he went mad and tried to retaliate, but. .

The sound of the officer footsteps made him stop and go back to his place. .

The officer came in and gave them an order to take me back to the prison, at this time I said, "Thank God". . But this prison doesn't even have a toilet. .Except for one big and dirty bucket which stinks of urine and made me want to throw up. .
I slept for one hour. .The officer returned and ordered that I should be tied up to the high bars so I can't sit down or sleep during the night, and in fact that was what happened. . So I cleaned myself with earth and did not pray. . But before, when they arrested me . .

And tied me up. . I prayed to myself. . Hours passed by during the cold night and I was feeling the pain in the bottom of my foot (The location of the beating). I. also felt the pain in the calf, and the thigh, because of standing a long time.
And I started to realize their intention, they must be trying to make me reach a nervous breakdown so I will confess with everything I know at the time of the interrogation. .
So then, I must adapt myself. .
And in fact I did that. .
I relied on my determination and rested against the bars and tried to sleep, and I really slept while standing, and when the pain increased in one foot, I woke up and leaned on the other foot, so I could sleep. . Until it was morning. I only knew. .

It was morning by looking to the watch because the prison was like a cellar under the ground with high humidity, and I cleaned [for prayer] myself against the (dirty) prison wall. And gave one more prayer using my eyes.

The officer came and took me while I was reciting, "God is great. . God listens to those who praise Him." But he didn't understand, and started talking to me, but I kept saying,

██████████████        ████████

"God is great. .Glory be to almighty God and praise be to him." three times, then he
spoke to the soldiers in his own language, "Does he pray like this?", but no one of them
responded until I ended the prayer with, "Peace and God's mercy be upon you. . .Peace
and God's mercy be upon you.". .

███████████████                                    Lesser Bairam

He waited for a while and said, "What were you doing?"
I said, "I was praying."

He said, "Atchah [PH]" which means in the Urdu language: Is that right, or something
like that, then he pulled out, from a bag which he was carrying, some wooden pieces,
they were the same pieces that I plucked out the faked seals from them.

He said to me, "Are these yours?"

I said, "Yes"

He said, "what are they for?"

I said, "I use them to trace squared shapes."

He said, "Atchah"
 Then he pulled out a picture of a woman (a whole picture)
And said, "and is this yours?"

█████████████

I told him, "No"

He said, We found it with the pieces of wood."

I said, " I put the pieces of wood in the bathroom window, and maybe the picture was
already there."

He said, " No! it must be a photo of a girl whom you are using for some other purpose."

I said, "First of all, this is a photo from some newspapers."

He said, "Atchah, atchah!"

I said, Even if it was mine, that is none of your business, but it looks to me that it belongs
to one of your soldiers who use it for masturbation just like teenagers who are (the
deprived ones)

He said, surprised by my impudence, "Atchah, atchah!" then he left.

I spent more than two days in this situation, standing on my feet, almost torn down, but God gave me help because as long as I am thinking of ((the brothers who are outside the prison, I don't feel the pain, but when I stop thinking of them , then I think of pain.)). .

Anyway..

After all that, the general officer ordered to see me. (The handsome, gentle young man)

So they took me there. He didn't talk to me. .

He just looked at me and then released me. . . They took me to a bus with my friend and two other young men. .

From Libya, whom they had arrested. . And our destination was to the office of (The Special branch) - as I realized later-

And there they made us sit in some place, and from the opening in the door we were revealed to -or we can see at the same time- a veiled person. . He answered, in a subdued voice the questions of the huge man, and then he was dismissed. .

They took us back quickly to the bus. . (The truck) then back to the same office, Qura Qabrastan [PH], and to the cell. The thoughts were swirling around in my brain in an attempt to penetrate it. .

Who was that person?

I thought, maybe he is ('Abd Al-Shakur [PH]). .Who is a young. .

 Pakistani, Baluchi, who lived most of his life in Kuwait. .Participated in the final stage of the Jihad in Afghanistan, during (the fighting around Kabul with the groups supporting Hikmatyar). . He was arrested some time ago carrying explosives, by the police while he was in a train going to Karatchi . . And we learned from the newspapers, that he admitted that the explosives were intended to kill the prime minister, Benazir Bhutto, and since that time he has been detained.

So is he that person? And what could he has told them about me, if he was that person?

I knew all about it, that same evening.

They made me wear a cloak that covers my head completely, tied me up very well, and took me to the person in charge [crossed out]

That gentle handsome young man. . And they made me stand exactly in front of the office table. .I knew that with my own feeling, because my eyes were covered, and also by my feeling. alone .

I could tell that the room is crowded, and I heard the huge man breathing, I also heard fainted English words, coming from someone at close the side of the person in charge. .

The huge man started with a question which I was expecting. .

He said, "What do you know about the House of martyrs?"

He spoke the words "House of martyrs" in Arabic, and the rest in English.

I said in a very cool manner, "I heard about it."

And suddenly a strong direct hit fell on the upper calf, just in the back of my left knee. .

I said angrily, "What happened?"

He posed another question, "And what do you know about the (prince of the house of martyrs)?"

I said angrily, "I don't know him."

He repeated the beating on the same spot forcefully.

So I said to him, almost losing my balance, "If the interrogation will continue

In this manner, then go ahead and write down all the answers that are appropriate for you, then I will sign, and everything will be over."

But he hit me the third time using more [IL] force, on the same spot.

I shouted loudly, "Write down that I am the one who killed 'Ali Bin Abi Talib, and I will sign it for you."

7 /4, (this is the date of writing, not the date of events)

And when the rate of beating increased

I said/ "What exactly do you want?"

He said/ " We know every thing about you."

I said/ "And what do you know?"

He said ((and that was my one chance)), "We know that you are a Mujahid and was wonded in Afghanistan, and of course you had training on weapons, you were in Al-Faruq camp. . And you are the prince of the house of martyrs."

I told him/ "why do you ask then?"

He said/"I want you to talk about your life for the last ten years."

I said/ "Fine, I was in Saudi Arabia, and moved to India to study, then I came here, and later to Afghanistan. I had training on weapons. . "

He said, "In Khaldun?"

I said, "Yes."

- "What kind of training?"

- "On the Kalashnikov and hand guns only."

He said, "Good, continue."

I said, "After that I went to (Qardiz [PH]) where I was wounded and lost my memory. . I am unable to remember anything."

He said, "Then what?"

I said/ "I came here to Peshawar and was treated."

He said/ "What about the House of Martyrs?"

▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮

I said, "I stayed there for a while, I was sick, I don't remember who I am, I was being treated."

He said, "What about the Faruq?"

▮▮▮▮▮▮▮▮▮▮

- "I went there for a month or two."

- "What kind of training. . Who is your trainer?"

I said, "My teacher's name was Mahmud [PH]"

He said, "Mahmud, who?"

I said, "Mahmud Al-milaiji [Egyptian actor]"

He said, "What nationality?"

I said, "Bangladesh."

He said, "Good! what kind of training?"

I said, "My teacher said that I was not fit for training, because I am unable to comprehend. He also said that it is better for me just to regain my fitness and that's what happened."

He said, "Then what?"

I said, "I returned to Peshawar again

▮▮▮▮▮▮▮▮▮▮

- and it happened that the police came in and arrested the Brothers, and after that the Brothers, who are in charge, decided that this House should be closed because the Jihad is over. And that was really what happened"

He said. "Who was the person in charge?"

I said, " 'Abd  Al sami' Al-Lami'"  (A name of theatrical character)

He said- "What's his full name?"

I said, "I don't know"

He said, "but according to the information we had, his name is Hayara or Habara [PH]"

I said, "Yes. . It is called Al-Hayara [PH]" (considering that it is a very large family, I think there will be no problem)

He said, "And how did you become a prince?"

I said, "I am not a prince, or anything else. What really happened is. .

that five or six of the brothers who remained and wanted to travel back to their countries, but needed some money and some documents, so they stayed in a small house until they are done and then to leave"

He said, "And you are their boss."

I said, "All the story is that I do the translation for them because I speak English, and they don't."

He said, "is it that, really?"

I said, "That is all.                    *7 / 6* This is the date of writing this, not the incident.

the house of martyrs is finished a while ago, we are only helping each other until we leave the country"

He said, "What about Khaldun or Khaldin?"

I said, "Am I the prince of that place too?"

He said, "This is what I need to know."

I said, "I am a sick man, and I am still taking medications. . .

For my memory case, do you think that any one is going to rely on me to run a camp."

He said, "Good!"

██████████████████     ███████

All this was taking place while I was blindfolded. .

And the handsome young man intervened at this moment

I couldn't hear what he said, but I said, "I feel suffocated"
He said, "Wait a minute!"

I heard and felt that some people are leaving the room quietly, and I learned later that
they were Americans who came to watch the interrogation with the one who is supposed
to be the prince of the house of martyrs. . .

Then they removed the cover off my face. .

And I saw the handsome young man sitting in his chair behind the desk, and the huge
man waving

██████████████

His big baton, apparently it is the one he used to beat me, with a smile of victory on his
face. .

I said, "God damn your face!"

Then I stood up (because I was sitting on the ground when he started trying to hit me on a
location under my belt. I sensed that when I felt that he was using his baton to spread out
my feet, I knew his intention and sat down quickly.)

I stood up, and the handsome one said, "Come and sit here!", then he noticed that I was
holding my fingers.

He said, "What is wrong with you?"

I said, "I have a nervous breakdown, and all this beating today, or the previous one may
paralyze my fingers."

I noticed his fear

██████████████

And he quickly called someone whom I realized after half an hour that he was a doctor,
he came and came fast, he checked me up and tried to stretch my fingers, but I acted like
screaming loudly, he was scared and lifted up his hand and touched the open wound in
my head, and he was surprised to find out that.

At then I knew he lacked experience.

He wrote a prescription and one of the soldiers brought the medicine fast, but when I wanted to take the medicine he said, "You must have some food before you take the medicine."

I said, "I didn't have anything for five days." (and in fact I only had tea with milk which they used to offer in the morning)

Then the handsome young man who was in charge said,

With increased fear, "Why? Are you trying to embarrass us?"

I said, "I am not an animal so you can beat me in the morning and let me have fodder in the evening."

He said, pleading and begging, "I will bring you any food that you want. . Do you want chicken?"

I said, "I will not eat, even if I die here."

The more he tried the more I insisted, and I realized the benefits of what I was doing. . . He sent me back to the prison, and I left the medicine on the table.

Next morning they moved me to (special branch) apparently to get rid of the problems that I brought with me.

I stayed there for three days without eating anything

Then the person in charge came to me begging,

"You are a Muslim! Why do you create problems to other Muslims?"

48

I said – in brief –, "I want to call my house!". . . They already have the number, as the huge man had said when we were in the former main office, and that is exactly what he mentioned to me. . .I thought maybe 'Abd al-Shakur [PH] gave it to them.

Anyway, he tried to apologize, but I did not respond, it was the fourth day. . And then it was the fifth day when he showed up, and took me to make that call from his office without the knowledge of the rest of the supervisors, so that they will not object. Now the main thing is that I did make the call, and there were two persons in the house.

I told them, "No one stays there, it is possible that they will know about the house, and they will arrest you."

I said that in Arabic of course. . And between each other word I used to utter a couple of words asking about their well being, similar to what they use in the Pashto language, and also to make him think I am checking on my wife. .

He kept saying, "hurry up, hurry up, before someone comes in!"

So I told my friends, on the phone, "Today! you have to leave the place today."

When I finished my call, he said to me, "Don't tell anybody! Especially the interrogator! .. Don't create any problems for me!"

Then he took me to another place and offered me food. I ate quietly, trying to show my fingers.

paralyzed fingers.. (God forbids) . .

After I finished the food, he took me to the hospital to be checked by a doctor who gave me some medicine; I only took one pill in his presence and the rest went into the toilet. .

The main thing; the interrogation here was taking place quietly and with all the respect. . For fear of my nervous and that I may resort to hunger strike. Then they brought me before the court. .

The case was that I am one of those Arab Mujahideen who has been left behind with no residency permit.

████████████████████         ██████████

I said, "I carry the United Nations card for the refugees, and it is signed by the Pakistani interior ministry. .

████████████████████

Which allows me to stay in Pakistan, until the Infidel Nations, (not the United Nations) can transfer me to another country, but the judge decided that I should leave the country, so they took me to the central prison, where many stories took place which I like to talk about later, not now.

Anyway, I spent more than three months in (The very much backward) prison, and I was released in the month of *6* or *7, 95* . . .

But the United Nations made every effort regarding the issue, they tried their best, and even offered their apology to me for the delay, and they didn't know anything about the story except that it is some kind of a Pakistani game (And lack of coordination among government agencies).

Thank God, when I left the prison, I stopped by them

████████████████████

And they paid me (6000) for the months that I was supposed to be paid (the monthly payment or aid which I get from them) during that period.

Then I began trying to recover the money from the police (the money I had with me), and the good thing is that I did . . .They were all surprised how did I managed to get out of the prison, they said he must have an important connection.

I started working to take out (the stuff from inside the house)

The police had already seized my house, and arrested one of the brothers, and two Afghanis who came to work in the house after I was moved to the central prison, but they kept inside a small military force.

████████████████████

To arrest any Arab individual who might knock on the door. . But all that did not work because any one person they arrested was able to go free later on because he either was legal or paid a bribe to the judge, and released and so on

Anyway, I was able, by God's help, to take some items out of the house except for a television, a video and large recorder which wasn't mentioned in their list, so I couldn't prove its ownership, and thus they were lost inside the belly of one of the officials; most likely (the huge man)

During the time when I was under arrest, my deputy; Abu Al-Darda' [PH] was running things after me, so may God reward him with goodness. Abu Al-Darda' had a special case, I am going to tell about it with the following issues, but later, not now:

1- Elie Cohen of Peshawar- (Ahmad Hilmi Al-Misri [PH])
2- My days inside the backward prison; the prison of Peshawar
3- Abu Al-Darda' Al-Falastini [the Palestinian] General deputy for non military forces.

Anyway, when I left the prison, my deputy, Lieutenant Colonel Abu Al-Darda' [crossed out] was moving from one brother's house to another, he was completely exhausted. So we rented a simple apartment for the two of us only in a building ((all the building was occupied by Al-Farswan [PH] (people of Kabul)), it was close to the Kuwaiti Hospital; the place where they performed the surgery on my head at time of the injury, the rest of the young men were from the village of Babi [PH].

From there I began to steer the show one more time regarding the youth affairs and Khaldun affairs, by a sole initiative from Abu Al-Darda'.

Then we moved to a more secretive and more concealed place away from the police and even away from the rest of young Arab men. . Because the more visits, just for the sake of visiting will expose the place. .

And from that place. .
Maybe after two months since my release from the prison, I traveled to ((Karachi)); the old capital of Pakistan I am now in Karachi...(To do something important)

There were three of the brothers who traveled or tried to travel to (Azerbaijan, and from there to Chechen) in order to participate in the fighting against the Russians there, but they were arrested because they didn't carry all the documents, and their Afghani passport they used for traveling were discovered to be forged, and they were arrested ( before I left the prison), and they stayed in the prison in Karachi since that time, and there was an individual who was following up the case but the news were vague

So I decided to go, and look into the matter by myself, and since that time till now, or (7/6/96) which is today, that means I am still in Karachi for almost more than seven months, but thank God, two of them are out of prison, and I took them to Peshawar, by myself, then came back to Karachi. There was also a third person who was arrested while I was in Karachi, he was also released and went back to Peshawar.

I returned to Karachi three days ago, coming from Peshawar, because one of the three persons (the first ones) is still in prison, and I am still following up his case. God is the One sought for help.

And this is an outline of the story.

But still, there are too many stories which I need to tell you about, it took place later on, at the time when I was staying in Karachi. .

1-  The explosion in Al-'Alya [PH], Riyadh, in Saudi Arabia
2-  The explosion in the Egyptian embassy in Islamabad.
3-  The explosion in Peshawar.
4-  The explosion in Khobar. (the second explosion in Saudi Arabia).
5-  Days in Karachi. .

But before I start talking about that, I should mention some previous issues in Peshawar. .

So. . . . (I might cover that period of time when I was away from you; in the prison, or in Karachi, whereas I didn't carry the diary notebook with me or even during the period in which I became fed up with you, and I didn't talk to you about every thing, I mean the time period prior to imprisonment.

So, I might add to the issues which I am going to talk to you about according to what I remember or according to whatever I deem fit. .

*7 / 7 / 96*

No! It is not necessary that I comply with that sequence, regarding the issues. . The important thing is that I should include it in my coverage. .

I start by the name of God, and I seek His guidance. .

Today is still *7 / 6 / 96.* .

The time is: ten thirty in the evening.
And the place is: Karachi, of course, inside the room that I had occupied, in the house mister 'Arif [PH] as a heavy [unwanted] guest since six months. (and maybe more). .

And as far as who is mister 'Arif, and what is the story behind having me as a guest, I am going to tell you about it –my dear Hani *2*- at the time, in detail. .

As for now, I will go back in time, abstractly, for more than one whole year, to the time when I was still in prison, in Peshawar, to talk a little about it. .

(*Months in the Peshawar prison)

I entered the central prison wearing what was originally a white dress, but the days that I spent at the center prison of (Qura Qabrastan [PH]) and after that in the center prison of (the special branch) were enough to change the white color of my dress into [IL] color or spotted.

They took me to one of the officials whom they called (The chief) , the one who is going to decide where I am going to sleep, and because I was in a dirty condition and still bearing the signs of torture on my feet (visible red and black colors) he decided that I sleep in the (hole) which is the kitchen, ~~and that~~ is the place where I am supposed to be working in, all ~~night~~ day from morning prayer until evening prayer.. .

As I was also told by Arab prisoners who were imprisoned for different reasons before me, one of them was sentenced for five months, another one for a year, and another for two years. .and the charges against them were ((crossing the border between Afghanistan and Pakistan illegally, and he hasn't been sentenced yet)), another one was arrested for

finding a hand gun and hand grenades in his possession, and so on – honorable charges- praise be to God- compared to charges of stealing, killing, drugs, killing the mother, and so on which filled the prison- Anyway, I worked two whole days in the prison; mixing dough, and I must use the flour to make a large amount of it, and then take the food to the rest of the prisoners, and, and, and, . .

Until an Arab (of old times) interceded for me with (the Sheriff) who then changed my location to a better one where there is no more hard work, or anything else; it is wing (9) which considered to be for the politicians, although I didn't find any one politician.

And finally it was my chance to take a bath, and change my clothes. When I came out of the bathing place-I used a whole bar of soap on my face and body- some of them were surprised to find the wide difference between the persons. . (Before and after bathing) . .

Anyway, after a while they arrested the house guard, he was brought to the prison with another Turkish man who happened to be visiting the house and was arrested. .

And by acting quickly from inside the prison combined with money from outside the prison – the brothers began visiting me- we were able to put up bail, and as a result they were released peacefully. .

The guard  / already had told them about my deputy. .

His name was Abu Al-Darda'. . a tall man with prescription glasses, a long thick beard, and with a wounded right hand [crossed out] he even can't move some of his fingers although he could move the whole hand easily, he also mentioned that he is only a guard and doesn't know anything about the house of martyrs, and thank God, they didn't torture him as they did with another person (An Afghani) who came later on and was released by bail also.

Then came eight of the brothers whom the police had arrested while they were in the house, by one of them; some of them were Mujahideen and the others were employed by the relief agencies, they were arrested because one of them was accused of supporting Yusif Ramzi financially.

And he is the same young man who was arrested by the Pakistani police with American instigation, and then handed over to America; charged with bombing the world trade center, in America, in *93*.

Anyway, there is no evidence in this case, these are allegation only. .which was established in Pakistan without any proof or legality, but could keep you in jail for life. .Why not! And the law here is written in the books with the English language, but implemented by the Urdu language. . and what is missing between these two is forgotten. . The law here is the money. .

The worst murderer can be released if he paid the right amount of money, and waited for the right time. . Or as someone in the prison said, "I paid half the required amount now, and after my release, in two or even one year, I will pay the rest, and of course, one or two years. .

Are nothing, compared to the twenty five years I have been sentenced, it is a vacation from work."

Anyway/ at least I know who these brothers are? Three or four of them are (Mujahideen) and the rest are employees; one of them is the manager of an agency, but the other one is Mujahid too.

Let me tell you their nicknames: Abu Al-Qasim Al-Libi [PH] [The one from Libya], Muhannad Al-Libi [PH], and Hanzala Al-Falastini [PH] [The one from Palestine] and Abu Talha Al-Filistini, [crossed out] and the rest were three Libyans and one from the "without" who are not Kuwaitis nor Iraqis, and their status is still undecided yet.. .

Before their presence. . I had moved from the kitchen to wing 9 which had some strange models; two from Ireland who were arrested with a truck loaded with Hashish., a subject, Pakistan exploited by publicizing through all available media to prove. .

Their commitment and their efforts in the fight against drugs. .

A proof, which bring them closer, especially, to America.

And this is exactly what one of the them had said; one of the Irish men , he was slim, not tall, wearing glasses all the time, he was funny, and joking with everybody, and tried more than once to approach us, and joke with us. (He had visited many Arab countries, and established friendship there, and he liked that, according to him).

Another type was three of Afghani Shi'a individuals. . They were from the KHAD [PH] (The Afghani intelligence) and were arrested during the reign of (Najibullah of Afghanistan) charged with setting up explosives in Pakistan against Afghani leaders and refugees. .

And we had some issues with them,
The old prisoners told us about them. . and we had a meeting with them when I asked one of them, "Are you from Kabul?"
He said with embarrassment, "No!"
I said, "How did you learn Persian?"
He said, "A lot of people speak it in Afghanistan."
I told him, "Your accent is exactly like the people of Kabul."
He was surprised, and he knew that I learned about his status from the rest, then we had fun talking together (because here is not a place to fight.), he started talking about his adventures during the war, and how they were afraid from the presence of Arabs in the battle fronts where they received orders to storm through.
He said/ "The Afghani person fights for money, or other things, but we know that you are here to die for the sake of God, we used to fear a black man when we see one ."
(In the sense that according to their belief; Arabs are all black and were all Wahabis, and when they caught

Arab young men; blond, red, brown, or white, they started to realize that they were not all black. .

He said/ "Most of the commanders handed the Arabs over to us in exchange for money."

Of course I didn't get the information to make up a ~~third type~~ [IL]. .
One thing is certain; it was just to waste time, he talks and I listen. .Especislly/ when he said, "we are Muslims, we pray, we fast, and we know that the leaders deceived you to come and fight against us!"

I said/ "We are fighting communism, or atheism."

He said [IL], "It is only a name. Anyway we are all Muslims!"

I said/ "The communist is an atheist, and we must fight him even if he prayed and fasted. . . And the country which adopts communism or anything else except the law of God; mostly if that country is an Islamic one, then the government is a renegade one, and we will fight whoever doesn't apply the law of God, and replace it with any name like: Communism and Democracy in any Islamic country, and first and foremost our Arab countries."

He said, "Any how! We are in jail forever."

I said, in Persian, "That is right!"

And when the eight brothers came in we paid a certain amount to person who is in charge of the prison, and paying him a bribe is something very normal here, easy, with no embarrassment, so we moved to a different location in the same prison which is two adjacent cells mainly for us; no noise, no annoying or backward music [crossed out] as it was the case inside the wing where we used to be. .

But the problem was: there was no bathroom (to answer the call of nature) in it. .

The system here: they open the small cells and large wings (which holds more than twenty individuals) and even more than forty in some cases, and the prisoner is allowed to go around freely inside the prison yards, from the morning prayer until the sunset prayer, then it is closed before sunset to everyone, and because the small cells don't have any bathroom, using the toilet is very embarrassing especially if the person had diarrhea which is

Quite spread because of the dirty food and water. (We discovered that yogurt is the best fast, effective cure). Even the bathrooms that were used to answer the call of nature ~~in some wings~~ consists only of two high bricks to step on, and the dirt piles up with no disposal, until it becomes impossible to sit in order to answer the call of nature unless the

person keeps standing up while doing it, or he will become soiled with the dirt underneath him. .

But in some wings, the bathrooms are good, and have doors which we consider the most important thing, although they are not considered as such, with the rest, as we noticed.

Anyway, the brothers told me how they were arrested while they were invited by one of them for dinner. .The police surrounded the house completely and then knocked on the door. .

One of them tried to escape (he was the tallest one), so he jumped over the fence to find the police with their guns pulled out and pointed at his face. The brothers didn't suffer a lot while in prison (at the interrogation centers), on the contrary, their treatment was very normal until they were transferred to the central prison, (the police was watching the place for a while) and they were arrested but one person whom the police was looking for him (the American police of course) and that is .. ! ?  However, the police don't know him, all what the police knows is that he is the same person who supported (Yusif Ramzi [PH]) financially. . . But who is he? How does he look? They don't know that, thank God for that,,

We spent our days in the prison with quietness mixed with tension and subdued noise; everyone of us is on the brink of exploding ~~from~~ the amount of thinking, and sometimes loud voice of thinking comes out to become later real noise. .

During the debate about the solution. .

As far as I am concerned, I said to the brothers who came to visit me in the prison to tell the United Nation that the police had arrested me. Let me start making fun of them, that is why I got the card; for a day like this.
The United infidel nations started its job by contacting the ministry of interior to establish my right for residency as it was stated before, so I was expecting to stay two months in the prison ( as it happened with other people who were carrying the same card and were arrested by the police, but later were released from prison).

That is why I was untroubled, and the brothers kept bringing me political and literary magazines and newspapers, and I used to spend my time in reading them, quietly. . So quite that nothing would interrupt the silence. .

Except the thinking about the conditions of the brothers outside the prison, but relying on God first, and then my confidence in my unofficial deputy, Abu Al-Darda' [PH] , relieves me a lot. . Because the man has been here in this field before I came, and he has more experience in administering the house; he was deputy prince in one house and a prince (I think) before that, in the same house. .

Then there will be no problem, God willing. .

As far as the eight brothers, there are too many brothers, from outside, who are working on their case. . That is why they receive different and sometimes conflicting news; someone says, "you will be released after one week." And the other one says, "After (three months)." And so on.

So they come back from their (disputes) or meeting whoever came to visit them [crossed out], then they turn to a furious argument and thus we passed the days by. .

Well! Even (the Libyan ambassador came to visit them and with both diplomacy and politeness (required by his position) tried to show good intentions, he promised them that if they were to leave to Libya, no one will cause them any harm. . and so on. . )

The ambassador's visits were becoming more frequent, and their effect was like adding injury to insult. .

But thank God . . . there is no law in this country . . . Otherwise they wouldn't have left peacefully. .

(the Italian official) from the United nations, came to visit me, he was joined by a Pakistani official from the same organization. .

From the beginning he tried ask about the rest of the Arabs. .

I said, "I am scared from them; they are fundamentalists."

He said, "Good! Be aware of them!"

I said, "Some of the Arab Mujahideen offered to help me in the visitors area to help me get out of here. .What do I do?"

He said/ "No. . If they offered to assist you, then they will ask for something in return; and the price is to become one of them."

I said/ "God forbid! I hate terrorism."

I also said to him/ "And what about you. What is the status of the case?"

He said/ " if you were in Islamabad, you would have been released . .

In one week, but in Peshawar it is a different situation. It is similar to tribes region. . The government organizations do not have any coordination among them. . But anyhow, the interior ministry promised to release you soon."

I said to him/ "Thank you, (mister Ferlando [PH]." (and that is his name.)

Then he left, after he told me, "You look like a terrorist, but I know you well."

(Apparently he meant my beard)

I said to myself, "Only if you knew!"

Anyway, thank God. .

That period of time passed by, and the news came through one of the prisoners who helped the police inside the prison. (Usually those are sentenced for a long time, and the person in charge. .

Of the prison uses them in some administrative matters in exchange for discounting some years from the time period of their sentences, and they are called here: Al-Shanbushi [PH] who are usually walking around the (Chief) following him like dogs waiting for a piece of bread, and in case he ordered to flog one of the prisoners one of them will do it, and if the Chief became angry at one prisoner (Al-Shanbushi) will then slap the prisoner in the face. . .

Al-Shanbushi came asking for some money in exchange for the news about my release . . .I was taking a nap. . .

I gave him fifty Rupees [crossed out] and I put together my papers (A notebook which I used for drawing and writing; some poems, stories, or thoughts and ideas.) beside the archive that I collected from the newspapers and magazines which I used to receive all the time. .

██████████████      ████████

██████████

I left the prison after I said good bye to my friends. [IL] the police took me to (Al-Special Al-Branch) or (the special branch). . Where they promised to give me back my card within two days. . So I left [IL] not to be watched. . .Thank God alone. .

It is getting closer. .
One more week and they released all eight brothers also after they paid large amounts that reached half a million Rupees, and thank God they left safely. . Although another police organization tried searching for them one more time . . . But. . !! It is harder to catch them one more time. . Thank God alone

██████████████

⊗        Elie Cohen of Peshawar. .
Ahmad Hilmi Al-Masri [PH]

I think, it is appropriate not to talk about him now until I gather all the sides of the story, then I will present it to you, dear Hani *2*. . Completed, unabridged!

⊗        Abu Al-Darda' Al-Falastini

General deputy for non-military forces.

(I am going to postpone this subject also until I am done with story of Karachi). . .
(~~perhaps~~ it is going to be one whole story comprising all five subjects that I mentioned to you. . . That is better)

Today is *7 / 7 / 96*

The time is 12:30 in the morning. .

I am in my room, in the house of Mr. 'Arif [PH]

The story of Karachi started more than eight months ago. . (I can't tell exactly). .since I came here. .

██████████████

I rented a modest house, close to the airport, but also close to a mosque for the followers of the Prophet's companions, and its Imam is a jihadist brother from Libya, assisted by a Pakistani brother who is really a unique individual in this country for his self-sacrifice, and the time he dedicates to help the jihadist brothers.

After a while we learned that a fourth person had been arrested , and when we looked into the issue we learned that he was 'Abasi Al-Jazai'ri [PH], he was on his way to Britain to apply for political asylum, and to escape from pressure of the Pakistani police which they were exerting on Arabs, and especially without any Jihad activity, and he carried Swedish (faked) passport, and his appearance fits for that ( he was a little bit blonde with green eyes) which helped the Swedish passport to do the job, but the police arrested him due to because the photo replacement in the passport was. .

Not skillfully done which made the supervisor suspicious about him, and sent him for investigation, and from there he was transferred to the central prison with the brothers. . (He already confessed, carelessly, during the interrogation that he is an Algerian. . I was informed that he is a Jihadist, or something like that)

Anyway. . The brothers in the prison are now four individuals. .

And I started the chase after the four issues. .

And on one day, in the month of November, *95,* we heard about a shocking explosion in Saudi Arabia. . In Riyadh-al-'Alya, [upper Riyadh] in a center, or a building which belonged to the military forces, and related for its improvement by the Americans, and after some time, we learned that the result was *5* Americans were killed.

We were really surprised by the news because it's Saudi Arabia. .

And conflicting reports started coming in about who the perpetrators are. . Until Saudi Arabia and the United States Government announced high rewards for anyone who with information, three million dollars, in the mean time it was announced, -according to news agencies – that two groups took responsibility – each one separately- for the incident; the group of Numur Al-Khalij [The Tigers of the Gulf], and the group of: "The Islamic group for reformation and change." This is as far as I can remember.

⊗   And after some short period of time another explosion took place in the Egyptian embassy in Islamabad, and different groups declared their responsibility; "the group for global justice" which I never heard about before, but it is an Islamic group as I

Noticed from the letter which was sent to the media, and which I read it in an Arabic magazine.

Another two groups declared their responsibility; I think they were: Jama'A Al-Jihad [The Jihad Group], and Al-Jama'a Al-Islamiya [the Islamic Group]

But the thunder of this explosion was nothing compared to the thunder that took place in the media in comments reacting on the incident . . .Thus started the raids of the police in Islamabad, Peshawar, even Lahore and Karachi, and reaching even the students and the relief agencies. . Accusing and interrogating everyone, to the extend that a special investigating team arrived from Egypt and participated in the whole process of the interrogation, they even took part in the torture to speed up extracting the information.

Here in Karachi, the police came as civilian looking for Arabs. . reaching the Mosque, and close to where I live. .

So, I left the place quickly, especially that the brother, the Imam of the Mosque, also left and took, in a hurry, his family with him to Peshawar.

The police also interrogated the Pakistani brother, who used to help us, they terrorized him deeply inside to the degree that any action would scare him even after the situation settled down.

Anyway, I moved quickly to a house of one of the Pakistani brothers, he already had offered us a vacant room to stay in until I resolve my problem.

And he was an honest man, in his fifties. .

He was trying to observes the religion according to the teaching of the Prophet's companions. . By helping the Jihadist brothers, with all his capacity, due to his love for Jihad. .

And since that time and until now I am staying in his house, and since I feel that I am unwelcome guest, he always shows his appreciation for me because I am staying there. .

He says that his father was (Baryuli [PH]) which means a Sufi, and as I understood from his conversation, it is considered a polytheist trend, even though he kept looking for the good people, and he travels quite a distance searching for a guest to stay with him for a while in order to receive God's blessing. God guided Mr. 'Arif now to Sunni teaching and away from polytheism. So now he likes to help the Jihadists. This was the situation.

As in Peshawar; the Pakistani army surrounded the village of Babi [PH]- it is under Sayyaf's [PH] responsibility-and the police rallied with a special team from Egypt to search for Arabs.

But thank God, they didn't catch anyone except two Pakistani women and they were the wives of two Jihadist brothers.

What exactly happened was; they were afraid of suicide operations where the Afghani Arabs blow themselves up. . .that is why when the Egyptian commander ordered to have the two women arrested, the Afghanis refused on the ground that it is a disgrace, but the Pakistani did exactly that in Islamabad.

They took them to Islamabad, where they were interrogated, they didn't even hesitate to use force, but finally they returned them to where they took them from, after some days.

And I learned that the brothers were preparing themselves for battle using live ammunition in case the police dared to and raided any houses, but the police didn't take that step, and thus the problem ended by the retreat of the army and the police. .

~~Even though~~

And the crisis was almost entirely over after a long period of time.

And the majority of prisoners (but not all of them) were out, after using middlemen and bribes, and, and, and

((Some were forced to leave, and some were able to stay))

And after that, probably during the blessed month of Ramadan, A booby trapped car exploded in Peshawar. The first to be accused were the Arabs, but it became obvious they were pro-government Afghanis. (At least this is what the people in charge had said, which didn't make the situation any more clear to me. .)

[Crossed out]
[Crossed out]

As for the brothers who were prisoners / in the month of (May) *96,*

('Abasi Al-Jazai'ri [PH]) was released from the prison after hard efforts, he was the last one to be arrested, but thank God he was released. His case was the most difficult one, but thank God he was released too, after we made agreements and deals we changed his documents to an Afghani, and indeed the orders from the ministry of the interior came, that he should move to Peshawar, and from there to Afghanistan, but also it took some deals and agreements. . He exited here in Karachi to spend with me almost a week, then later I made him travel to Peshawar. . .

(Saudi Arabia announced that it had arrested four individuals; charged with Al-'Alya [PH] bombing . . . They were executed.)

But many questions remain ambiguous and unanswered. .

And nearly in the of *6 /25 / 96*

Another explosion in Saudi Arabia shocked the world; Al-Khobar, where 18 Americans were killed excluding the wounded and the others. My own heart was filled with joy to the release of my brothers, my two brothers (Khashi' [PH] and Hamza [PH]) at the end of this sixth month, after too many problems and rejection from the Interior Ministry, but thank God, things turned good lately, and the decision was made to move them to Afghanistan via Peshawar. .

The lawyer came to me (Tariq Sadiqi [PH]) . . .and this man has a special story, he came at the last moment and said, "In spite of all the attempts, I couldn't keep them." I said, "You and I will travel to Peshawar with them, Are you ready?"
He said, "In the name of God.  [Sure]. ."

He called his family (his parents) and took their permission. . And we traveled with them. . and there was one man from (The Special Branch) present with them to hand them over. . .

Sorry! The time now is 11: 30 in the evening

(There were some interruptions while I was writing to you; I had to do some work, or read newspapers, or go to sleep, after which I will return to write something. . )

And now! I think it is the right time to go to sleep, so allow me. . - or you may not allow - Good bye. .

Today is *7/ 9 / 96*

The time /11: 30. . ..

Let me finish the story for you; it is almost coming to an end.

(( And in Peshawar every thing went well, despite the case became more complicated, but was resolved at the end. .

We accompanied the brothers ( Hamza and Khashi') and we were all happy for their release. .

I spent, probably, one week in Peshawar; I managed to finish some issues concerning myself and the brothers: My deputy, Abu Al-Darda', and his deputy, Abu Sa'id [PH], and also the prince of (Khaldun) camp: Ibn Al-Shaikh [The son of the Shaikh]

After that I went back to Karachi [crossed out] to finish working on the rest of the case, I mean: Abu Salman Al-Jazai'ri [PH] . . . Al-Falastini [The Palestinian] who will be transformed only by the power of Almighty God – If God the Exalted is willing- into an Afghani. . (Notice the speed of telling the events although it is originally taking a longer period of time)

I returned to Karachi. . The hot, humid coastal city. .  The disgusting city. . Let me talk about it, and give you my impressions, here, very quick  . .
⊗     Note: We must show the virtues of people of a country as well as their evils.

The first thing in Karachi that will draw your attention is. .. :The Indian music and posters of Indian movie stars, there is also the (Paan) a stuff or group of ingredients including nutmeg and maybe tobacco (depending on the request) beside other ingredients that I can't recognize, they put them all together in a leaf of a special tree, then press on it and roll it and then they put it in the mouth and chew on it or suck its juice, thus you'll see, most of the people you'll see, regardless of their class, appearances, or ages, with their mouths closed and one of their cheeks is swelled, an indication that they are using the (Paan) and in case they have to speak, then they will have difficulty in doing so because that will make the juice leak from their mouth, and every once a while they spit a large quantity (red colored) of saliva, wherever they happened to be, in a disgusting manner, I even heard someone who said, quoting someone else who said about this region or the regions surrounding India, "Their men menstruate from their mouths.". .

And indeed you feel that he is menstruating from his mouth. . .

You can notice the effect of this (Paan) on the mouths where most of the teeth had fallen down, and the mouth, the tongue, and even the lips are stained with red color.. (Even some women use this stuff.), I sometimes even wonder how a man can kiss his wife from her mouth, and how can he suck on her tongue, where just by taking a look at the mouth (In some cases, not all of them) makes you feel you are going to throw up. .

When you walk around in Karachi you will notice the signs of spitting the Paan on the asphalt, on the streets, and in the corners, even most of the government offices place buckets for spitting the Paan fluid, and encircled with insects dancing the ballet. .But the person who is spitting does not aim accurately due to the large amount of spittle already there making it easy to splatter around the bucket, and to create more groups of the ballet dancing insects. . Although I had spent sometime in India (where it is supposed to be,

I think, the origin of this hobbit)  But I didn't notice that love for it as much as they do here in Karachi, despite most of them are originally immigrants from India. .

Anyhow, there is one kind of this Paan which does not contain any dyes, but does contain sweets- I used it myself after I was sure it was free from tobacco and other dirty stuff, they call it "Meetha" with sugar. .just for the sake of trying.

I am still talking about the people of Karachi . . . dear Hani *2*

But where do I start from, after I finished the subject of the Paan?

I will talk to you about how they sanctify the English language. . Even the attempts they make to print their houses with English words, as much as they can, and considering it to be civilization, and everything else (which means here their native language) to be backwardness, you can notice (the inferiority complex) in comparison with foreigners . .

 Very clear and obvious, and in this situation its common among all their classes (the uneducated and the educated) (the poor and the rich) (the one with an open eye on the world [open minded] and the one who keeps to himself, and keeps a distance from others) Although it is supposed that the open-minded (in a true sense) will give and take or treat the people according their stature, but not as I see here in Karachi and also in India. The

American Hippies and Punks are so much treated with regard and respect and to a degree they didn't dream about in their own societies, not only because he is American, but just because he is a foreigner, not (Indian).

*7/15/96*

I also noticed their disrespect to their own origins, I don't know why? If someone dressed like foreigners (including the Arabs) the pant, and the shirt, or dressing like the people in the Gulf, with sweater. . . That person will be respected, especially if he spoke

in language other than their native language (and this is especially true if the language is English) but if a non-Pakistani put on their popular dress and tried to speak in the Urdu language, then he shouldn't expect that much of a respect, except what the traditions will imply in this case; to respect the guest.

As for women (any woman) they receive a special respect. .

And this respect differs. . [crossed out] in according to its category; as a wife, a sister, and so on . . It differs according to person's family, tribe, or society. . .

I mean by that the following:

You can find respect towards women here by observing how she is treated in the market place, the bus, and work place, and it is a rude act to shout in the face. .

Of a woman, or someone who refuses to yield his seat to a woman who just stepped in.

Or someone trying to sit beside a woman or a girl without her permission, and she cannot give the permission unless he is a relative, or someone like that. .

Then the shape of respect is very clear in all aspects of life here. .

As in the case of women's category, as I mentioned earlier. .
The respect for the wife or the sister is going to be different also, as I said, according to the person. If he is religious (He knows that Islam imposes the respect of wife and treat her with kindness). . If he is trying to become (civilized) in order to be called like that, he gives her the freedom and liberty regarding the issues concerning the house

And perhaps in his own life [IL] . . (a son). ..

Or the family traditions dictate that, and he's very protective of her, which is something normal, but the contrary is not normal.

And you notice, from time to time, that someone is showing his full respect to women, in general, in the market place, work, or in the bus, he even gets angry at whoever behaves indecently toward a woman or a girl, to the point that he might start a fight with someone who shouted at a woman, or refused stand up in the bus and give his seat to standing woman. . .

But you also notice, that same person, might hit his wife at home, and doesn't show any respect to his sisters, or he might punish them (if he is responsible for them), he punishes whomever he finds fit, disregarding the girl's innocence which Islam emphasizes and considers it as a duty. .

And of course, all these observations (definitely) are not complete. .

It doesn't take in consideration the society as a whole. . Because I didn't experience all the aspects of society, or all of its groups. . . But these are observations that I am emphasizing and recognizing because they are most common. .

And I am not asserting they are [crossed out] 100% correct. I am, also, not trying to make a judgment on the people here by picking their mistakes. .

I olso noted the good and kind habits, because the right example is this room where I am living until I finish my business, and the owner of the house, Mr. 'Arif, is not charging me even one single Rupee, not for the lodging, food , or drink (although there is some mutual interest, between us), one more example is the lawyer who helped all along this

Case, the brother's case (and his name is Tariq), who refused decisively to take one single Rupee for the work he did, on the contrary, he is the one who paid from his own pocket, he is an Islamist (brother) and who had participated in the Jihad for Afghanistan. .

He did that work for me as a duty, not charging even one single Rupee, just like the rest of the brothers in Peshawar, in the house, in the camp, or in all the camps (work for the sake of God) they don't take money even a single Rupee. .

This is the case even though the work is 24 hours a day. This is what was going on in the House of Martyrs, or in the camps, because whoever works with me is ready for work all the time even if we waked him up from his soothing sleep.

They don't look at the work, even if it was

Exhausting at times, similar to regular work, which is enforced by the authorities. .

All day long we are busy working which includes; leisure, rest, entertainment, and fun, beside the original work. .

Let us go back to the subject of Karachi. .

I noticed one more thing. . (It is something that has been imposed by a certain class or group) and does not involve everyone. . It is only an observation. .

It is about the use of words of respect, politeness, or taste, even love words, in most cases, English expressions are used, not their own language, like: "excuse me!", "I beg your pardon!", "sorry!", or "thank you!", and other expressions, like: "I live you.", or "I hate you."

You can feel, even if they were not telling the truth, that these people never new what morals are, good taste, or even love until the arrival of British colonialism. . Or may be they feel that their language is not suitable. .

For something like that or it is not efficient. .

(The media plays a very big role and influence on them. . and on others). .
 I have to note here that the (Urdu) language is a combination of other languages: Arabic, Indian, Persian, and English [crossed out], and because English prevailed over all the rest of languages that formed the language.  But those words which I mentioned to you, or the expressions have corresponding words or phrases in Urdu language or in other existing languages in Pakistan, like: Sndhi, Punjabi, and Balouchi, and so on. .

But as I told you; they don't like it as much as they like an English word, indicating they are ahead (just because they speak it)

And as you can see, it is a problem stemming from psychological inferiority. .

And even the political movements or parties, raising national slogans which they don't believe in, utilized for political gains, and does not reflect the real situation. .

(Or at least this is what I noticed, but I could be wrong)

Truly! I pity those people. .

If a person does not have pride in himself, his origins, his history, his people, and his religion- without fanaticism, of course- then that person does not deserve any respect.

In other words, how can you respect a person who does not respect himself, his roots, his own history, his own people, and his religion, what ever that religion may be. .

I hope they reach to the point of stability (psychological stability), which is missing because of these high storming waves coming from the west. .

And not everything coming from the west is bad. .

And it is not a shame to take science from the West, and the civilization of the west .

And whatever good the West has to offer, but at the same time does not contradict the religion, values, and the principles, especially if this civilization is not the product of their hands alone, but we as Muslims are big partners in the making of that civilization, and history is a major whiteness: because civilization is a product of gradual accumulation which they (The West) inherited [crossed out] and they improved it; and it is unfair to deny that. .

So it is not a mistake to grasp from them the scientific civilization in particular. It is shameful to try to get rid of the ones roots and follow them, and even imitate their dirties actions. . (And hence, the sense of inferiority as I have noticed with many people). .

[Crossed out]
It is as if someone who is getting rid of his own roots and clinging himself to other branches, like someone who is hanging in the air, and swinging between the two of them

~~He clings to his friend's food while his friend clings to his~~
He is unable to reach either one of them, he is neither in the West nor in the East.. .

A person who is psychologically, intellectually, and ideologically unstable, as I may assume.

(These conclusions are not about the Pakistani people but rather about whoever can carry these features, they are compressive and involves not only the Pakistanis but others too, Arabs they may be or foreigners)

And good bye

Dear Hani. .

About the other subjects- I will find the right time  to talk about it, , (The subject of Abu Al-Darda'. . and others)
As for what I remember and consider to be appropriate to talk to you about, during all that period of time, . .  .I will talk to you about it, when I will remember. ..

*7 / 13 / 96* A.D.

I am still waiting. . ( I am not waiting for Um Kalthum [Egyptian singer] lover)

I am waiting for the answer from the ministry of the interior to our attempt to manipulate the case of Abu Salman [PH] . .To release him from the prison as being an Afghani despite his confession that he is a Palestinian.

[Crossed out]

The case is hanging between the Special Branch and the interior ministry, and brother (Tariq) the lawyer, is doing his best, may God rewards him. /

I am also waiting for other things. .

All previous cases have financial obligations toward some lawyers and some government organizations (*FIA)* [*sic*]  . .
I am still trying to get an amount  of (*10*) thousand to (*20*) thousand from one of the lawyers.

And (*15000*) from a man who is from (*FiA*) before they all promised to have the brothers released, but they couldn't, and when I asked for the amount of money I had already paid them, they evaded the question. And when I pressed them hard (with threats sometimes or with other means)

I could get back have of that from both of them.

 But the rest is still there and I am still trying. .
I pull the rope toward me without leaning on any real support, and ease off when they pull.
The problem is that it was paid in an illegal way, to do something illegal (And what is illegal here, is the law itself, which runs the business, usually and frequently) so I only can take my money back with illegal means. .

But because I can't get back even by using illegal means, then I have to resort to cheating (Which is illegal and legal at the same time).  Did you understand?

<div align="center">You don't need to understand!</div>

*7 / 13.* .

Three million Jews control the world. .
Three million Jews, they are American Jews, they must be taken in consideration (by any president whether he is an incumbent or contender for the presidency) in America.

They are the ones who have control over America, indeed. .

And of course they morally belong to the pampered dog of America, I mean (Israel), and if the husband (America) cannot anger it, even if it had bitten him, to satisfy his wife (the three million Jews) otherwise, she will not share the bed with him . . .

Praise be to God

. . . Same day. . .

The time is *9:03* in the evening. .

I have to buy a roasted chicken to send it to Abu Salman tomorrow . . . That is why I watch the time once a while, in the meantime, I finished reading the daily newspaper. . .
And when I read about the victories of (Natanyahu)
The new Israeli president. .
And the humiliation of Arabs. . and Muslims. .

I will say some poetry that I have heard from someone who said that his father had said it. . . And the time has come to mention it. .
(Oh! Nation, when time molested her, and suffered humiliation and unconsciousness)

*7 / 14 / 96*

Dear Hani *2*.

I am now going through a boring, tiring, and killing situation

My mind is distracted completely. .

Half of it is with me and the other half is in Peshawar. . .

I ask God to finish the case of Abu Salman soon. .

I want to go back to Peshawar very soon. .

I like to rearrange financial matters one more time. .

The resources are shrinking . . . We must have a secured financial source, so it will not come to an end (the camp)

[Crossed out] .. What can I tell you, dear Hani?

> Nothing is certain
> Oh, God!

*7 / 14*

The time is nine o'clock in the evening plus some minutes. .

These, extra minutes, make me tired when they pass by. .

I notice that time goes really fast when you don't want it to pass. . .And becomes slow in motion when you are begging and hoping that it should move faster. .

The truth is that it is moving with the same speed, but our interaction or psychological reaction with time movement changes with continuous change of our psychological conditions. .

I can't wait until I see (Peshawar)

(No Layla [PH] ! [Arab classical female idol]) . . .

But what I can do if I am not done with the case of Abu Salman Al-Jazai'ri [The Algerian] . . .Al-Falastini [The Palestinian] . . and Al-Afghani [The Afghani]

[Hand drawing]

*7 / 16 / 96*

The time is *11:14.* . At night

(And tomorrow is Thursday . . . I have to visit Abu Salman in prison)

Let me talk to you today, dear Hani *2,* about Abu Al-Darda'

The real, and semi-official relationship started when Abu Al-Darda' came from Tajikistan . . where he spent quite a while, on the fronts, there. .

He came (While I was in charge of "house principality") with his beautiful smile; clearly visible through his beard (His moustache did not allow an old wound to be visible thru his long distinguished beard). . And his eyeglasses, which keeps on until his sleeping time. .

I didn't have any deputy, so whenever I had to leave the house to do some work outside, the work would stop. . Except one brother who used to supervise the Afghani cook, so I

had the chance to give him a copy of keys for the administration room and the car [crossed out], so he helped me to run the business, especially that he has been a Prince once before, and he was an assistant, for many times, with other brothers who held the position of prince of the house.

(But he did not accept to carry a copy of keys for the security safe which held the passports). . !! I don't know why. .

And we both slept in the administration room. .

I noticed even that he was always smiling and engaging in good relations with everybody else, but he had some moments when he doesn't hear what others are saying due to his anger.

I also noticed how quick he gets emotional if no attention was paid to his opinion or was not taken in consideration.

That is why he did not express his opinion if he anticipated that no one will take his opinion in consideration. .

Some normal and simple disagreement did take place between us, and I hoped that it never happened, even if they were trivial but he used to emphasize that disagreement in opinion or behavior is very normal, at the same time when I was demanding that we become united as one person, and if there must be any differences, then let be between us only, and should never be taken outside our own circle, regardless how trivial these things were, I used to emphasize to him not to air the dirty laundry outside the room or the office.

Days went by and we shared the troubles of work, [crossed out]. . .

In the meantime he had his own personal grieve, that didn't let him sleep. .Because he tried ((after being released from captivity. . because he was a prisoner in Kabul for almost more than two years)) to renew his passport so he can travel to Jordan, that was three years from now. . But the Jordanian embassy, which was directly responsible for his Jordanian passport,

(his father is Palestinian, and his mother Syrian), refused to renew his passport. .
They even refused to let him travel to Jordan, so he stayed without an official passport, at least to stamp on the residency permit for this country, or for any other country he wants to travel to . . . So he kept trying his best, and when he became exhausted without being desperate, he started trying to get another passport (Official) from another country but in an illegal way, and I was helping him, in many ways, but couldn't find the proper way. .

(Dear Hani *2* . . The time now is twelve, so let me go to bed, and bye)

*7 / 17 / 96* . . .Thursday

*11:10* in the morning. . .

I couldn't visit Abu Salman in the prison today because of the backward conditions existing in the prison. .

Anyway/. . Let me finish the story for you. . .

I was saying that/ things were moving fast for us, and I started moving the young men in the house from place to another trying to evade police raids. .

Until I moved them to ( the house of exile) as they used to call it, despite being a big complete house with all the utilities and isolated from the rest of the houses in the village of (Babi [PH])

During the last moving operation, Abu Al-Darda' was not in the house, he had left to Babi for a week or more, and when I got arrested during that last trip and whatever happened to me after that . .

Abu Al-Darda' took over the situation and started supervising the young men's affairs in a comprehensive manner, and even though he used to take my advice in some issues, while I was still in prison, (through his visits) he was the real driving force; I told him, "Do whatever you think is right, I don't know the facts by you (outside the prison) So you should, absolutely, act freely without any orders or advice from me)

And that was exactly what happened. .

And I was in deed very pleased, 100% as long as Abu Al-Darda' was doing the job

*7 / 20 /96*. .

And when I left the prison, I surprised them inside the mosque, and soon he gave me the keys of the car saying, "take them, I had enough."

I said, "Keep the keys you will remain the person in charge while I catch my breath."

And within a short period of time (one or two weeks) we rented a modest apartment in the Building of Kalilyin [PH] or honey market, although the building is indeed a modest market for honey shops and traders who occupy the lower part of the building, yet naming it by honey market has nothing to do with that, but rather for different considerations; one of them is the presence of girls from Kabul who never leave their houses without full makeup and wearing a cover, which doesn't really cover that much, but they come with obvious overall makeup intended for everyone to see. The building has a bad reputation. .

Which we didn't hear about until after we became residents. .

We (really) suffered from short sightedness. .

Anyhow/ I tried to return the stuff that was in the house and possessed by the police (despite Abu Al-Darda's' opposition, which stemmed from his concern about me personally), but thank God, I was able with God's help and with the assistance from a Pakistani brother who used to cooperate with the office (Service office) to retrieve most of the stuff except some of it (a television, video, and large recorder) . . That was from period of (Kabul building). . and during this period; the period of Kabul building which was transitional, and limited in time until we could find appropriate residence, some standings between Abu Al-Darda' and me took place. .

I was handling all of the issues again (Not entirely), because the presence of Abu Al-Darda' in that period and the period before it (the days of prison) was very important, and the status quo was based on mutual cooperation, especially, he was still handling some issues. .

And I was contended on the ground that he is helping me to carry the load and that he once carried all my responsibilities which I shouldn't forget, he and Ibn Al-Sheikh [the son of the Sheikh]  (the prince of the camp) during my stay in jail, and he did a good job at that.
But it happened with passing of time that I opposed some of his actions. .

(I don't claim they were wrong actions. .

But they were not the actions that I preferred- being the prince or the first person in charge. –Maybe not wrong actions- but I am the one who can initiate something like that)

But even though I expressed my opposition in a very quiet manner, I was surprised when he reacted with much anger, and I tried calmly to explain to him but he didn't give me any chance, instead he kept screaming in anger and threatened to leave the car (which he was driving) and leave me alone in the dark of the night (it was night) and I don't know how to driver. .

And when I tried to use logic with him saying, "Am I not the prince?  and supposedly . .

I am the one who decides"

He said, "You are not the prince, the principality is eliminated at the time of arrest according to the Islamic law"

I told him, wile still reserving my coolness, although I was getting worried from what he was saying, "Listen! Abu Al-Darda', if you want the principality, then you can have it. I swear I am not happy with it."

He said, "Okay then! I am the prince."

((I wanted to explain to him the Islamic view on this question, which says-according to my modest knowledge- that the principality, or to be precise, succession [rule], is void in case the caliph is captured, and it is not expected that he will be released soon, and of course this does not apply in my case, but I am not greedy to insist on this big responsibility. .

And God is my witness, although it comes with a lot of spiritual advantages- but of course, not materialistic ones-. .

And I didn't want to defend and prove to him legally, my claim to the principality and overstate the issue just for the sake of argument which does not establish anything except what I am going to approve, sooner or later.)) . . .

What happened after less than five minutes (which is the period to be known as "the anger of Abu Al-Darda'") He said, after a short silence and breathing out a short sigh, and while he was still driving, "I don't want the principality, I don't want all this work". . .

I said to him, "Abu Al-Darda' I swear by Almighty God, that if you want it, and I know that you deserve it, I am going to give it up to you very calmly. . (It is a trust, not a privilege. . . It is a responsibility before God) . . .

He didn't say one word at the time . .We returned to the apartment, and everything was very normal.

Then another incident took place which made him burst in anger, when he decided to do something, and I said, "No [crossed out]
-I think he wanted to purchase some stuff for the apartment, while I was trying to retrieve the stuff that were held by the police, and I said, "It is better for us to wait until I can get these items out, from the police possession . . So there is no need to buy it" but he insisted- gently- I told him in a gentle manner also, "No! Abu Al-Darda'.". .[crossed out] he burst in anger saying, "I am the prince!"

I said to him/ "Listen, we have to settle this question. I do appreciate all that you did, and what you are doing, but we have to be more decisive in matters like these,"

"If you want the principality my brother, then take it and let us be done with it, and if you don't want it, then I am the prince, then I am the one in charge, and everything is up to me, and to whatever I see fit. ."

He said, "You mean it is a dictatorship"

I told him, "No, Abu Al-Darda'. . .I am entrusted before God to be responsible, only, for the house, the young men, and the camp. . and I will consider your opinion, but the situation has to be handled by a prince, and the boat which has more than one captain will sink. .
So what happened when I left? Before I was imprisoned you were not in that position. . everything was under my full control, and you even refused to take keys for the safes,"

"and you were opposing me, but you didn't try to impose your opinion  as I see you doing it now. . If you were not a former prince; responsible for the house,"
A note:- All the work concerning the house (the house of martyrs) was completely separate from the camp, except some required coordination for the brothers to go there- But when I took over the principality, the work became integrated into one; the house means the camp, and the camp means the house.-
And. . if you were not a former (prince) in charge of the house, then I would have said that you started enjoying the principality while I was in the prison, but the truth is that you were a prince for quite a while before me, and you tried it and you got tiered of it so what happened, Abu Al-Darda'?

He said to me, softly, while the tone of my voice was getting louder, "If I took over the principality, do you agree to become my deputy or my assistance?
I said, "No"

He said smiling, "Is it arrogance?"

I said, "No, I swear it is not arrogance, it is not arrogance toward you, but I feel it is like a betrayal. . And it is only a moral stand; I am not going to get angry, or anything like that, I will let you become in charge, in a complete quiet manner. ."

He said, "Why is it a betrayal?"

I said, "You be the judge.  When I took over you were my assistance, or my deputy, then you took over after me, until God decides something that was already done. ."

So, when God willing, I returned to my responsibility…
He said:  Listen, Indeed, I am tired…[crossed out].  I don't wish to be a prince in the first place…I am attempting to travel as you know.
And now…[crossed out]…relieve me from the responsibilities…
Take the car keys and house and youth center…in Babi.

I told him:  O Abu Al-Darda' I need your help.

███████████████          ███████████

He said: I can not.
I attempted to convince him...He told me with an obvious uneasiness...
Leave me now...Don't talk to me when I am tired, till I am comfortable, then you talk to me.
And Indeed, this what happened [crossed out] and him too

███████████████

Abu Al-Ward... [As he says...(crossed out) when I am angry or tired, don't talk to me till I am relaxed] and the state of anger or tiresome  does not require more than five minutes or an entire day. He reverts to as he is smiling always...laughing and making comments...and working actively [crossed out].

And indeed, he returned and everything returned to normal. He returned as my deputy or assistant; however, unofficially and I adapted myself to that although I respect order while working and I value the assignment of responsibilities; however, there was a necessity to adapt to the situation

███████████████

His work with me helps me a lot...
[Crossed out "therefore"]... and in appreciation of his stand as far as working during my incarceration as well as being the oldest civilian in Jihad.  Therefore, he feels very free to work and that does not upset me whatsoever. On the contrary, he has appropriate and effective interpretations.

As long a she does not exceed the boundaries [crossed out] that are related to me as the one who is primarily responsible for the work [crossed out] So, let him take his freedom as long the work is effective; but, from time to time when he is upset with me or someone else or when he is psychologically tired [crossed out] when thinking of something-mostly, the issue of his passport...He quits work...

███████████████

Suddenly, even if we were in a dire need for him to spend one, two or three days in the village of Babie in order for him to regain his full energy and his drive to work.
So for this reason only.... I had to seek help from another brother [Abu Said Al-Kurdi] as a second deputy or a first deputy when the [situation] comes to Abu Darda` Al-Falastini, the deputy of the un-armed forces.

82

On the same day…Time now is 10:41 P.M.…

I would say/I had to use another brother that is Abu Said Al-Kurdi…[Although, I don't like to widen the circle of responsibilities; but, what should we do? The work has to continue and I can not disrupt my work and myself when Abu Al-Darda` is not present.

I am not upset over his action; I even appreciate his stand completely.  I excuse him

Most importantly, when I went to Karachi and left Abu Al-Darda` once more to assume full responsibility [I did not leave until the situation and work were stabilized and I arranged with the "locations" to avert what occurred before].

I did…[crossed out] expect to stay  only a week or two in Karachi and then I return…

Let's consider the issue [the issue of the three brothers' imprisonment and the fourth one who followed]. I took some time long enough to strain my nerves and during the explosions and troubles that took place here and abroad, that were reflected in the police campaigns against the Arab Afghans…He was contacting me and rushing me…And I would tell him:  I can not abandon the cause o Abu Al-Darda`…Do what you believe

is appropriate…

And after the conditions stabilized… [Crossed out] and I was still in Karachi…The commander of the camp suggested to Abu Al-Darda` to go Mecca for pilgrimage.

The events accelerated and he indeed went there and he left Abu Said as his replacement to run the affairs…then, he returned victorious and safely.

He managed at the end to obtain an approval from the Jordanian Government to go there…and up to now, he is yet…[crossed out "in these"] to depart…although he decided…[Crossed out] to make it a single trip.

This month…[and the situation over there…[crossed out "work"] in Jordan] He depends on taking care…His departure is not dangerous, God willing although it was expected that he would be imprisoned for a

Short while and then he would be released, God willing.…

Or this is how it happens usually with the brothers notwithstanding their importance on the scene.

It is the policy of the government..an attempt not to clash and provoke the situation…

Rather, monitoring and being cautious…

In contrast to the policy of the Egyptian Government for anyone who engaged in Afghani Jihad was sentenced in absentia…

…. clashes between the Jihadist groups and government continue…

Therefore, we don't anticipate he would be endangered even if they recognize him…However, they will not know everything about him of course and what is destined…and God is the one who decides.

To obtain his passport and then return to his assigned program and o God!

7/22/96

Yesterday, Abu Al-Darda` called me on the phone…He said he would come to here…to Karachi and then to Jordan…

And thus…quickly…Didn't you say that you would leave at the end of this month….There are still eight days…He said on the phone: I will come and talk to you.

[Crossed out] the time is 1:30

He has not yet come…
I kill my time reading some literature magazines and it is an opportunity to tell you a word…

Dear Hani/ I am not emotional and I examine the face and I am not pragmatic 100 % and there is no place for emotions with us…Rather, I am between the two conditions…Although I was…

Emotional 100 % in certain situations and it goes away and I become…[crossed out] pragmatic % in situations and it goes away and I return to where I was…between the two conditions…

████████████████        ███████

Although, I [Crossed out] I find myself in a condition that is greater than emotional like reading a balancing poem [morally] and unfortunately, I don't know how the poems were interpreted..

As to knowing how the poems were balanced [morally], you will find me mesmerized by them [I would almost alter the complexion of my face] like they say and my eyes might tear up in admiration and interacting with the meaning…

Although, I write poem or what I call a poem; however, I don't know its rules…

I just put down my feelings in a poetic manner and with a rhyme [and balanced] [crossed out] and this balance is what I

████████████████

Would like to know how to balance poems [and I have many of them]…[crossed out].

████████████████

August 2, 96

Dear Hani 2

- The deputy left and the last deputy remains in Peshawar
- The last brother is still in custody in Karachi
- Another brother and his wife both came for treatment …. and he is at the same house [`Arif's house] I am helping them in translation matters in hospitals…

A news bulletin for you [crossed out "this"].

[Crossed out]

████████████████

August 15, 96

Praised be to Allah, Abu Al-Darda` called few days ago…He is in…IL…the family…Therefore, no problems…

And Salman is still in custody

[Crossed out "and Abu Du'a...IL...and his wife...He is still there"]

 [Crossed out "his wife will endure the scheduled surgery"]

[Crossed out "she tells you"]

The brother who came for treatment [he returned] to Peshawar along with his wife.

August 17, 96

Things or to be more correct [thoughts] that I have not told you during the tedious narration ...[crossed out] of the last year's story [From Prison to Karachi]..Thoughts that were transformed into decisions [Crossed out "becoming clearer"]...They await another [decision] to initiate the implementation and application...decisions that have meaning to me during the imprisonment and others during [the Karachi period]...

So, at Peshawar Prison and after being reassured about the brothers outside the prison...An old idea started to formulate [Crossed out "shaping"] [Crossed out]...

[Crossed out "the way culture is developed over here indicates [IL]"]

Today/Thursday

August 22

[Crossed out]

The war in Chechnya is fierce
I have not yet confirmed the news that Dodayiev is still alive.  They have reported his death a while ago.

Sept. 5

'Arif = 'A

I feel greatly humiliated which overwhelms and overcomes me.
The mere fact that my presence as a guest throughout that period at `Arif's residence makes me uncomfortable.

██████████████████████    ████████████

Although I am staying at a private room that is away from the rest of the house and despite my normal dealings with 'Arif....

However, my presence in a house that is not fully committed to the ethics and instructions of Islam…[crossed out] embarrasses me from time to time…[They admire the holy fighters and Islam, but their adherence to the formalities of life and inability to discard non-Islamic habits constitute a barrier…

████████████████████

Between them and what I tell you…

Or between them and what they should become…

[and they admit their shortcoming, but they can not or do not make a real attempt]

`Arif's oldest daughter. And a university student. She does not wear a head scarf although she fasts and prays and she fears God according to her father.

But, as soon as I see her [in the market or when she drives the caron the road], I tell her father that this is not right…He says that she will learn some day and I always urge him to talk to her and convince her and..and..and…

Until he started talking and the girl realized that I am the reason. So, the relationship strained between me and her although there is no connection in the first place…however, her attempt

████████████████

[Crossed out "~~the way culture is developed over here indicates that [IL]~~"]

He prevented her [youngest sister] six years from [Crossed out "~~coming~~"] coming to my room where I play with her and tell her stories.

Her brother [12] years old too.

As to the brother who is a bit older [16], you can not do with him because of his age. He is tough.

As to young ones, she attempts to convince them or force them or threaten them if they come to see me or play with me.

Despite that, I don't care. I continue to advise and urge her father not to give her full freedom for the issue of [her showing off] does not only concern her but it concerns the

father, the brother and society…There must be some strictness and convincing in the mean time. Woman is a statue of honor.  I even told him once: Don't you get jealous…without a sense of honor…

And the echo of my statement reaches her. So, I think so she becomes angrier.

I am speaking about what I think it is the truth…I even talk about the older brother [16] years old. So, I tell the father not to give him full freedom too so he won't be corrupted. And he is a youngster who has a lot of characteristics, but his surroundings might change him if he is not watched [IL] for the father because some boundaries are for me and you and her and to him…This is better for all of us…[Crossed out "even"]…and for the society and there would not have been corruption which Islam fights…If I commit an adultery concerning any matter, I would like a…[Crossed out "human being"] [IL] or by coercion…and I think I am free…[Crossed out "and this"] impact the reform of the society for not all…[crossed out "liberated"]…freedom is advantageous; rather, it very harmful too.

All must be stopped at their limits even by force…

[Crossed out "the way culture is formed here indicates the committed individual"]

And `Uthman spoke the truth, may God be pleased with him…

[ God conceals by authority [power] what he does not hide from the Quran]…

Not all people fear God and are honorable and adhere to the wisdom of the Quran, but by the power of law and authority…people are deterred for the goodness of the society…

Convincing is important, but if an individual is not convinced…Should we let him do whatever he desires till we reach the level of animalistic societies in some. European nations...and their decay…As to their [IL] bodily and psychological… to crush their freedom who they started now to realize its harm and fight it.

The issue [is that, now I stop telling the truth].

But, the big problem is that I attempted to look for a house to end the case and return. But, I did not.  I was very tired…Some are afraid of the bearded Arab [after the embassy explosions] and focus on Arab Afghans.

And some requires inappropriate conditions whatsoever.

And thus [Crossed out "I"] I remained there at the residence of ['A]

I believe [Crossed out "that"] the problem is the oldest daughter…her decadent girl friends…They push her toward immorality.

If only God provide her [Crossed out "brothers"] committed sisters…who are proud with the head scarf and resist showing off on the basis it demeans the woman.

I say if God manage to provide her with such sisters, possibly for her own good…

The way culture is formed here indicates that the committed man and committed woman to faith…They are not necessarily educated.

Therefore, all are trying to be [Crossed out "educated" ] like the educated ones…The influence of cinema and television and even books implies that…Although, many committed men and women here in Pakistan are educated and hold high degrees and they declare their Islamic faith; however, those who acquiesced to become [wither or to be free]. So they cherish by their delusive freedom.
I would only say they are naive …May God guides them…

[BLANK]

Sept. 15

Praised be Allah, the lord of the worlds…Abu Salman was released from prison today.

He was finally released…

And my assignment has almost ended in Karachi…and I will have a trip to Peshawar soon, God willing…

And over there, there are three brothers at Peshawar Prison or to be more precise at an interrogation center…They were arrested at the borders and two brothers at the prison of the tribes…So, may God help us…

However, everything will be fine by being calm, God willing.

Note/ I will tell you later about some issues of the prisoners at Peshawar Prison and Karachi prisons that are disgraceful so you would see the extent of injustice

Sept. 27

I have been in Peshawar for few days.

The situation is turning toward [better or worse] Afghanistan.

The Taliban Group almost controls everything.
Ostensibly, they are [religious law students] but Pakistan, supported by America...

Later, I will tell you further about them.

And...

The Taliban entered Kabul today...the battles are fierce...
I started to be concerned about [Crossed out "camp of [IL]"] the Arabs inside...

The Taliban hanged Najibullah, the Communist President who was protected at the U.N. building ever since the holy fighters occupied Kabul few years ago.

No one dared to touch him and the Taliban did it.

Oct. 4

Dear Hani

[Crossed out]  There are issues that I have not told you about that had repercussions...they are the events of...

and issues that are...

The four brothers, who were apprehended on the Pakistan-Afghanistan borders...

March 3, 97

Dear Hani 2

Peace be upon you and Allah's mercy

I return to you today after a brief interruption [intentional]

Or not intentional...

The issue is that I am preoccupied.
I should have reverted the matters to...[crossed out]...[IL]

And after an absence for nearly one year...[crossed out] from work

In the name of Allah, the most compassionate, the merciful
April 16, 97
The time is 12:30
...[crossed out]...and tomorrow...excuse me today [the Day of 'Arafa]

4

Today is April 27, 97

Dear Hani 2

Today June 25, 97

Greeting...Dear Hani 2...and forgive me for this interruption.
And as usual, I am all about apologizes and you are all about [forgiveness]
Although there are many issues that I need to document; however, I don't do it...I don't
know why? Am I busy or preoccupied?

Most importantly, let me tell you...God willing, I am about to realize a modest goal...
I will tell you about it later on...As to now, I need to sleep...IL...Hani 1

[BLANK]

June 28, 97

██████████████████        ████████████

July 11, 97

2

Hani ….

[Crossed out]

July 19

Ever since talk has increased about the Islamic Armed Group in Algeria, some scholars and Jihadist movements declared their repudiation of it and refusal to support it.

And ever since, I am puzzled.  Where is justice?

And if the matter was simple, I would have become merely a supporter.

But, the matter is [IL] difficult. If I would have trained individuals, they might….

████████████████

August 13, 97

Dear Hani [IL]

I have finally separated the issue of the Islamic Group [Crossed out…"~~although the previous decision was issued however~~"]…Abu Abdullah Bin Laden re-submitted his offer of unity to us and the brothers inside requested me to deliberate the issue.
Therefore, I might get in within days…
But, I will begin with the subject of the Group…
If they agree would with me to teach its individuals. So, be it.
[crossed out…"~~and~~"]…or….I might quit work for his sake…
I am not ready to shed the blood of a Muslim and I am ready to abandon all these responsibilities so that [Crossed out "~~to be and until~~"] my record shall be clear before God.

Greetings.

████████████████

…IL.

[I have become afraid of writing you things that you might hold against me and this book will be against me as evidence.

Sept. 28, 97

I decided to leave…and here I am. I have left.
I have withdrawn myself from work in general…
Possibly, starting next week a new page of my life will be opened, which is all about regretting what happened in the previous page.
I have set for myself grand wishes [the Martyrs' Organization]; however, I dicovered that I will not be able to accomplish them.
And I have pulled myself from a rewarding endeavor; however, the presence of those blasphemous individuals prevents me from working.  SO, no power and no strength, save in Allah.

I might possibly end my association with the entire work in less than a week. Only few activities relevant to the youth…and I will carry my bag and leave. Possibly to the translation center which I run.

Sept. 25, 97

What should I tell you…

I have not quit work [Crossed out "let me tell you"]…let's say we agreed on a solution formula…
Any deficiency in it means separation, God forbid…I am awaiting any news…and greetings

[Crossed out "the better"]

Feb. 7, 98

Dear Hani
[IL] is my note about…[IL]…If it means anything…[IL]…

10:30 at night

I am sitting behind the table [IL] and Saklana sits in front of me. He is Abu-Dajan the Egyptian.  [IL] he is only a thief [IL] or at least what I heard [IL] therefore, his name is Saklana and I don't know what It means…

93

██████████████      ███████████

But, it might mean a person who [IL] a lot [IL] and I and he are in [IL] equal and now, I don't have anything to tell you…
I am writing you this from the standpoint of [IL]

██████████████

Almost, I have exceeded or finished some of what I decided to do.
And with a [IL] movement, I have ended and with God's help [IL] what I have decided to do.  As to him [IL] doubt and greetings.…

██████████████

Feb. 15, 98 AD.

The Taliban are still in control in Afghanistan, but not all of Afghanistan.

Ahmad Shah Mas`ud is still acting like a bone in their throat…They are the only remaining ones…with their Dostum Ya`quv that.…

██████████████

The time is 9 P.M.

Today is Monday…and I was not fasting as we used to be or like the Egyptians say:  This was long time ago.

The date:  Feb. 18, 98

And forgive me.  I don't know the Islamic date.
-Do you know dear Hani…
I am not nowadays seeking that friend, about whom I split your head by talking and asking about him…For I lost hope till …

But, I am asking at least for a person that I trust him only…a person that I trust…I am not asking him to play the role of the faithful friend who…[IL]…
God…No…just to trust him…

And let him be what he can be…just to trust him.

██████████████

But I don't even find it.  So, listen to me my dear Hani.

I refer you to a poem that I wrote previously…Hopefully, this poem will explain what I intend to tell you.

I tell it to you.

Time has stinted me for a friend, I ary…. For What is rambling within me of groaning and whining.
Or a friend, and with the passage of time, I betrayed him…
And the [IL] of body say…
Ask me about the quality of people and I would tell you and how often myself was …[IL]…
Till I realized that no…[IL]…believes me till he reaches what he desires…

Did you understand my dear Hani..

Please understand…Please.

Please, appreciate and talk with me, your appearance [IL]. This world is strange.

Praised be to Allah, I am not 100 % emotional.
Otherwise, I would have been gotten a complexity, but I am a pragmatic humanitarian.

Also, I put aside all my concerns till I complete all my tasks.

But…When I go to bed, I recall the memories of the events…So, I grief and suffer in pain…But, I quickly…I put it aside…
But, the issue is that they don't learn from this.

Some issues remain outstanding

-We ask for steadfastness…Nothing here will help you to resist.
But, praised be to Allah, insisting on the principle is what motivates you to work for the sake of Allah.

This [Crossed out] it seems from the first instance is a desperate statement…But,

This is not the truth…I said, O Hani2, I am not desperate whatsoever and praised be to Allah.

But, the truth that I tell you [Crossed out]
Reality surrounds me.

████████████████      ██████

████████████████

My dear Hani 2

In order for me to have full trust in a person, it means that I fully entrust him…

But, that is a very difficult matter.
Some people [IL] over a secret, but not over money…
Some over money over a secret.
And some over nothing…

Have you noticed my dear Hani how much I am in need of a faithful friend ..

And do you know why I said that today? And I say a lot, but not on the occasion of the [IL].

Dear Hani. Today…

I found out that I [Crossed out "~~fell a victim of a swindle~~"]
Let me [Crossed out "~~I tell you~~"] I tell you I was deceived…The story from its beginning.

████████████████

Possibly, four or five months…I met Abdul Rashid…
Do you recall him my dear?

He is your fat friend in India. A dentist or a medical student in Maysour.

He joined Jihad a while after I came.

I met him after the injury or possibly prior…I don't recall or afterwards…Most importantly, I barely was able to talk at that time…
We talked very zealously about serving this faith through Jihad and then we parted away.
Then after a full circle, we met once again four or five months ago…
At that time, he said that he would leave the regiment [and I learned afterwards that the regiment is in a bad shape in the first place and it is about to disintegrate].

And again, we talked about endeavoring for the sake of Allah
And …and…and…He spoke about how much he wishes to work and serve Allah.

To [Crossed out] my dear....

[IL] on the basis that he desires to work and serve
For the sake of Allah.  But, I was concerned about his interpretations that I had expected.
And, indeed during work, he provided some interpretations and I held him accountable
over them.

Most importantly, he betrayed me and disobeyed me...but financial betrayal only...
Most importantly, I apologized to him.

He will not work with us anymore.

But, he learns of us what is not appropriate for a person to have knowledge of.
Allah is the most trusted.

Not statements, the same verses that I composed one day and I don't claim that they are
pleasant; rather, they are feelings that are rhymed reflecting the reality and bitter
sentiments from [IL].

Time has stinted me for a friend, I cry.... For what is rambling within me of groaning and
whining.

Or...refer to the pages of an immigrant...

Today is April 7, 98

And it 'Eid Al-Adha

And only a week ago, we moved to [crossed out "place"] a new home, which is more
suitable for us, and more spacious.

[Crossed out]
And at any rate, I returned O 'Abd...

The time is 12:30.

The same day…
I can not sleep. Isn't this insomnia?
But, everyone at home would like to sit with me and reveal to me his concerns and I need
someone to speak about my worries in the first place.
And during chatting, I would almost tell.  Make Hani2 your second person to reveal to
him about the memories book like I do with Hani 2.

[Crossed out]

Sometimes, I am afraid of you or to be more precise, I am fearful of writing you or to be
even more precise, I am concerned that someone would read what I write you.

And this is the reason for distancing my self from you sometimes. These are issues that I
can not tell you.
And as you see, sometimes, you become useless.
So, should I need Hani 3.

God knows…Possibly, it would be better to have [IL] foreigner…

My dear Hani

It would be tough to be alone and it is hard to feel itself.…Betrayed or not concerned
about or mistrusted…

And let's look at these feelings [Crossed out] one after the other…

In the first place, being lonely is an issue that I told you about a lot and I feel that it is
present.  The subject of [IL].
I hate talking about it.
As to [IL] praised be to Allah.
As to the issue [Crossed out] I don't [IL].
So, forget about the issue [IL].

My dear Hani 2

I can barely withstand the pressure on my nerves.

I suffer from a morale headache…

….and emotional endurance. Not just by being cold.
And the situation in Afghanistan is that the Americans started to join the Afghani game once again after disavowing it and [Crossed out] after the fall of the Soviet Union.

July 23, 98

My dear…Some issues took place during my absence from you…I thought I should tell you about them when…When [and what took place earlier and other matters] effects on a decision that I took.

So, before I tell you…I will conceal from you that I tried during the absence from you to speak about my concerns to some people and with time, I felt remorse for I thought that my chat was like revealing secrets [IL].

August 9, 98

I don't know where I should start to talk for there are many issues that I did not tell you about.

But, let me tell you about the most distinct and possibly during the narration I will tell you about other matters before or after…and possibly I shorten [if I can] and thus I am committing a disservice as far as the event.  Forgive me I just received a news item that made me halt speaking.  Possibly, this book is taken by someone who will use it against me [Crossed out].  Therefore, I will talk to you later on and in details when I ascertain that it is safe [Crossed out].

The anniversary of October War, the liberation

And I was moving to Islamabad for some commercial jobs…etc during my brief stay at this house.

And during one of these trips and while I was sitting with a friend, a business friend, at a restaurant, a business dinner, if it could be called. My assistant [Abu G the "'A"] called me… He said, in a tense, but quiet manner: Come back quickly. We are being watched. I gathered my breath and I was placing my hand on my heart in a theatrical way….and I told him: Put your trust in Allah and be quiet and God willing, nothing but good will happen…I finished my dinner in a hurry without displaying….

….anything around me…except the driver who joined us for dinner I leaned on him and I told him: what time is it/he said: 11 P.M. I told him: can you drive at night [now] to Peshawar…

He said surprisingly: We came from there few hours ago.
I told him: Are you tired?
He said: No.
I told him: Okay. Put your trust in Allah.
And quickly, we got rid of the people and headed quickly for Peshawar and struggling with my thoughts…

[Crossed out "we arrived"] and we had departed at 12 o'clock or 11:30…I am not certain…What I know is that we arrived at 2 A.M….I contacted Ja'afar…I understood the issue and returned home. [He said that a taxi and a companion of the driver is chasing us with the other car –Suzuki-transport, wherever we go and throughout the day.

I returned home after circling around it more than once…on foot…and then by car.

Until I heard the voice of the guys –normal-
I knocked on the door and I entered and the car…
I washed-very normal- and I prayed-very normal and…I slept…very normal…

I wanted to understand exactly what does it mean before taking any action and I had to act calmly and indeed [IL].
Most importantly, I verified the news…Indeed, we are being watched. Wherever our car goes, a taxi drives behind it very closely and strangely enough, they are letting us know we are being watched.

So, why? And who are they?

The police, of course.

So, why are they making it clear that we are being watched?

Quietly and with cold blood.
I noticed that they are watching the white car, used for with work and movements.  As to
Suzuki, it is used for business and shipping… They are not watching us now; therefore, I
decided first to send the injured inside and then send the rest of the brothers except those
who were about to depart or three, four brothers only…I kept them with me…

In addition to a small boy or child, 12, from Sweden.
His mother had put him with us for a special situation, which I will let you know about
later.
Most importantly, I used to take the white car, which they expected was in and the
Afghani's mother circle around Peshawar…Indeed, he moves and the taxi follows
him…and we observe that from a hidden place and after making sure that there are no
other surveillance, I sent the car [IL] with the sick to where cars that will take them to the
borders and then to Jalalabad.

Thus…a day or two days…I did send all of them with the same method or different one.
I started moving my goods to the old house, which we keep as a precaution.
And after completing the transfer…
I talked to the landlord of the new house and paid the rent.
And since we still had time till the end of the month, I placed one of the brothers and his
family…
And thus, they were watching the brother going to the mosque and then to vegetables
market and so forth…
Nothing important…

And after taking full precaution and making certain that there is no surveillance around
the house and they did not know him.

I completely ended my association with the new house and I returned to the old house,
where the bathrooms were empty and shared and there must be a [Crossed out "send"]
place to put my clothes in… Most important, I decreased my movement within the
following week or two. I did not move out of the house and I ran the tasks via the
telephone or through dispatching the brothers to jobs and so forth…

Till the day came…

I dispatched my Iraqi assistant [G] and some guys to some jobs with the White car [Crossed out] on the basis that it will be used for the last day then to be sold because it has become known by the Intelligence…and the wait continued till it became…

The time is 7 P.M. and they have departed in the morning…

So, when I started to worry, I moved quickly to the residence of Abu [G] before my arrival. I noticed a signal from some of the brothers on…IL…motorcycle. So, when I stopped the car, they told me [Crossed out]: Be careful…the residence of [G] was raided by the police…and he was taken along those who were with him plus the car and the Afghani driver.

It is o dear…There is no power, no strength save in Allah.
I returned home quickly…This means that they did not know about the house that I am at. So, when they [IL] for them, they did not find other than the house of my assistant [G].

And en route, it darned on me that they might discover even the house that I live in through torture. Therefore, I have to move.

I quickly returned to the guys and I explained the situation and we quickly removed the money and young men from the house and I disbursed the young men to[Crossed out "places"] other locations…A German brother…[crossed out "brother"] and the Swedish child and a brother from Algeria remained with me. As to the rest, they know how to handle themselves and I went to the residence of one of the brothers to first get some sleep and drink a cup of coffee and then…[Crossed out] start to ponder as to how I would solve the dilemma with God's help.

[Days passed…I don't know the brothers that were apprehended were arrested on the theory that I was their commander…and they stormed the house and searched the house of [G] assuming that I was there…I…I…am wanted as a person and appearance.

And I commenced my contacts to release the brothers through bribes before the case is closed…

And I quickly made telephonic contacts, but not all communications are feasible by telephone and not everything could be said on them…So, I have to move…I

shaved my beard and moustache and dyed my hair blond and discarded my Pakistani attire to be able to move without the car. The Suzuki which is familiar too…Nothing, just walking or the bus…

-a situation- when I got out of the bathroom and I had completely shaved my face and dyed my hair blond and I changed the frame style of the eyeglasses and I wore pants and a shirt…. I went out smiling, and here is the Swedish child, who didn't recognize me, So when I talked to him, he recognized my voice, he became astonished…

And he opened his mouth staring at me at length. He took a long look at me.  I told him to ease him:  I liked your blonde hair and I decided to dye my hair with the same color. He said, while still astonished, I like the black color like yours…I mean as it was before.

He was speaking with me in English and little Arabic, and then he said:  It is forbidden to shave the beard…

I attempted to explain to him for he is neither a small child nor a grown young man who understands everything. His age does not exceed 12 and he is a recent convert to Islam…He might not know the plan of necessities and the jurisprudence of Jihad…And I am in a psychological state of mind that does not allow me to elaborate and I am in rush to finish the job.

So, I touched his hair and smiled while I was telling him. How would I explain it to you dear? And the …[Crossed out "Afghani"] German brother who took him to explain to him, while still looking at me in a strange way and wondering how did I change abruptly within an hour or so…Anyway, days have passed till they secured an appropriate source and sum as a bribe.

And this is a bribe for them, but for us it is not a bribe [Crossed out] but [Crossed out "the time"] it needs time and I learned that they [the police] are still searching for me.

I observed the fear of my friend whom I staying. My presence constitutes a problem to him…

and [IL]... Especially he is a newly married and I noticed from his statement that he is afraid although he tried to convince me that he is concerned over me...Therefore, there must be a movement...But where to? I don't know.

And I learned that there would be no problem with receiving the German young man and the Swedish child...As to the Algerian brother, he moved to a suitable location...Anyway, I had to move and I asked him to take care of the small child as a trust and if his mother would have known what might have happened to us. She might have feared about him. While he is still playing with the ants...He kills the flies by a shoe and give it to the ant groups and he watches how they carry them and he spends hours in this manner...As if nothing had happened...

And I watch him till I my eyes get tired from reading the newspaper...And then I go back to my newspaper reading it with a passion

And I ask him sometimes, have you seen flies before? He says: There are plenty in Sweden.

Therefore, you might not have found ants before...
He said: They are present.

Then why do you play with them a lot and soil your hands, and, and, and then you will get sick.

He said, the Pakistani flies are strange, fast, but stupid...Look how fast I catch them... And the ants are strange too...like the Pakistanis...

Then he said, Are Pakistanis Muslims...And you are Muslim holy fighters...Why are they chasing you...I could not complete reading my newspaper...For the child or the young man is smart...And he is aware of issues and unaware of issues...

So, I told him, come here O [`A]...

I sat him next to me after hunting the last fly and presented it to the ants...And before he left them, he said something in Swedish...So, I told him: What did you tell the ant...He said: I told them, at least say thank you...I smiled and then I told him: you have forgotten that they are Pakistani ants and they don't understand except Urdu or Pashto [Crossed out].

Anyway, I was at a loss as to what I should tell him and whether he would understand. He said, to start the conversation...

And now tell me, aren't the Pakistanis Muslims? Isn't singing and music forbidden? And aren't women obligated to wear head scarf…Some of the women are not covered…My

mother is Muslim and she is devoted completely, because Islam dictates that…and…and…

I told him: O [`A] it is an issue that dates back a thousand year or let us say at least [100] years…

These events take place in all Islamic countries. Arab and non-Arab countries. Are you ready to listen and understand? He said/ of course. I would like to understand, however, as to listening, I would not promise you that.

The German brother came and sat with us. He said/ o my dear, the issue of corruption, showing off and prohibited conducts, which are being done by Muslims despite that they are forbidden. They either do it out ignorance or leniency or insistence on perpetrating the forbidden actions. All Muslims are not faithful to a similar degree. Likewise, you add to them those who desist from forbidden actions.
As far as those who are lenient or ignorant, their situation is different.

If only you detect the forbidden action because of this.
And the devil, don't forget…He swore by almighty God, that he will not get into hell alone and he will attempt to mislead the worshipers of God.
Likewise, the situation with the women…It is either an ignorance or leniency or indifference or a desire to imitate the West or a longing for the alleged liberation.

The issue of Muslim imitating the West is an old problem ever since the Muslim were defeated and the Christian West triumphed. The defeated started to imitate the victorious…and many extensive issues.

Most important, let us address the most important subject. Why Pakistani people are being chased and also Arab or the Islamic nations…

As to our governments, they have abandoned Islam. In other words, they have accepted the Western conventional laws or its circumstances without the law of God, which should

govern. We consider that a blasphemy and apostasy. We declare that and threaten with Jihad until the rule comes back to God only.

Our enmity is toward the governments and their supporters. As to the people or Islamic peoples, their ruling is different. We don't deal with their blasphemy; rather torture them.

O God, our hostility is directed at the mercenary and traitor governments that support the Jews and Christians. In addition to the original enemies, the Christians, Jews and the Twathees [PH]. The enemies of Islam who...

occupied our lands and humiliated us and they are intransigent to our religion.
Look at Israel, whatever they do, no one talks and If we attempt to defend our land and ourselves, they would say that we are terrorists. Therefore, we are terrorists.

This in short. Did you understand me?

He asked...He asked...He asked and I replied and the German individual who at one time asks and another time he responds and so forth.

Until the little one said and the Pakistanis
I said, the ruling of the government is similar to that of the apostate Arab governments that condemns Islam and do not abide by it, but, they rather be subordinates of the West, namely America.
This explains their campaigns on the holy warriors under the pressure of Arab and Western nations.

And so forth.....
Importantly, I had to leave the friend's house because of his fear of me or he was concerned about me as he said.

I took with me one of the Afghan individual who was working with me...
- The young one tried to accompany me, he even cried - but I did not take him with me. I don't even know where to go...and the danger that I will face. The mere fact that I go out on the street which is trapped with intelligence that are looking for me is a problem; however, God willing the disguise will be effective and they will not recognize me.

What happened is that I moved from a location to another one and I did not find an appropriate location for me until night came and I was puzzled over where I should go.

All are afraid of the responsibility especially that most brothers are employees or merchants and their relationship with Jihad had ended.

As soon as the Afghani Jihad collapsed due to the battles between the Party and Front and their security situations are stable as employees at the Arabian agencies.

I became depressed.  Even the locations- that I frequent in these circumstances- were monitored as I learned.
So, I said: O God/ I became depressed [IL]. Then I [IL], which I use at official matters with the authorities such as entry and exit documents.  Of course, the official side...What we have is the unofficial side which we use as a complete embassy.  We used this individual also as a mean of bribery and so forth.

Most important/ I went to him to make my brother aware of the matter and to say what I can not say over the phone for they might be monitored.  So, when we discussed and ended our agreement.

I told him, isn't there a place for me for a while?

He became aware of the awkward situation that I am in and with known Pakistani magnanimity, he offered me the house of one of his brothers...He was

I was received in a modest room and I shared it with one of their relatives, who was the same as my age or younger than me.  He was studying at the university.  I noticed a big welcome of me especially on the part of the owner of the big house who is an old man.  He adheres to the religious obligations and he has a noble Islamic fervor and nationalistic to some extent.

The university student was very polite.  Although, he has a beard, his beard is...[IL].  Although, my friend did not tell him that I am a holy warrior who is being chased by the government and despite the fact that I am clean shaven; however, they told me on the second day in English: You are a holy warrior.  While being amazed, I told him: is there a Mujahid [holy warrior] who is clean shaven? Even the Sunnis don't follow it....

....like I do. So, how would Jihad...IL...Islam.
He said/ that signifies that you are a Mujahid.
I didn't respond to him except with a smile.

-The situation here is much secured for the entire family admires the Mujahdin. ..
Praised be to Allah, he [IL] with his noble face.
I didn't suffer any thing throughout my stay there.

I did cancel my mobile service a while ago as a precautionary step for fear of being
monitored.
Now, I have opened an appropriate line.
Thus, I managed to follow the case and thanks to my Pakistani friend who was visiting
me consistently to update me on the latest developments.

….and after two weeks, I had to leave the location for an urgent matter.
So, I moved to a house, owned by a Uzbek individual.  He was one of the most ethical
non-Arab individual and from there; I arranged the departure of the German brother.  All
what was left is the Swedish minor...To spend on the brother that I left him by... I took
the minor to my side....The Uzbek brothers allocated for us a room for me and the
Afghani and the Swedish minor.
May Allah bless them - I was overwhelmed with their hospitality.
And from there, I started to communicate till God intervened and my assistant [M] was
freed after paying a bribe.  Praised be to God, he was released from prison and I did not
meet him because it was difficult to do so.

However, I contacted him and we agreed that he would initiate the case of the remaining
brothers and I had to take off quickly.  I replaced my car with that of the Pakistani
brother...
I arranged my departure to the capital - Islamabad.

Prior to that, I had ordered one of the brothers to secure a proper house for us so I would
go there to initiate the action once more.
They did not get tired and we will not get tired.
The exalted said: [If you ask, they would ask and ask God what they don't ask.]
Indeed, I produced an ID of my new look.

I accompanied the Swedish minor with me as my son.  Both of us have a blond hair, at
least till my black hair grows back, which I prefer.  The car moved from Peshawar to
Islamabad.  The Afghani was driving us.  As soon as the police stops us, I would present
my ID and shout at them: I am in a hurry and I have urgent matters to attend to.  I took
advantage of the Swedish minor's innocence, who knows how to pretend to be sick or

asleep at every police stop and the police stops between Islamabad and Peshawar are plenty because Peshawar is....

a center for drugs or weapons...smuggled from Afghanistan.

Thus, we arrived in Islamabad and I am perplexed although my appearance is that of a foreigner due to my blond hair; however, they have troubled us en route for they stopped us every short distance and search the car. Then I realized that most foreigners come to Pakistan for the purpose of drugs to either use or smuggle to their countries.

My God refrain us from their backwardness.

And we entered the house and I commenced a serious period.

The child said, Now, there are no problems. I must go to the amusement centers and parks...

I am tired of the room imprisonment.

So, I carried him as a small child although he is tall and he might be a few years of age but he is taller than me. I asked him to look over there. Thanks God, our new house was very near a big park which has amusement installations. He almost yelled like a cowboy from the room. I smiled for he was expressing his joy in a manner that he learned from the American movies.

I told him: You are still influenced by the movies.

He said: What takes place here resembles the movies.

I told him: This reality while the movies are about fiction.

He said: That is true. What matters is that I am happy because of the park and are you happy?

I said: Yes. I am happy for having a park but not for the reasons; rather, for it is a suitable location for morning exercise, which I had discontinued for a long time.

Thus, this is the way it went...

The days passed and the remaining brothers were released from prison...Things returned to normal. We returned to our job and praised be God, who does not have a partner.

Till the day came about......

109

...We heard abruptly via the radio that the U.S. embassies in [Kenya] have been blown up and the building was almost destroyed and victims were killed and Americans and local residents

It requires providing Pakistan with all assistance and sacrifices for America and...
And, indeed this took place...

The Americans launched air attacks against some locations in Afghanistan for suspecting to be Bin Ladin's.

They accused him for the incident...They shelled a medical factory in Sudan.
But, praised be Allah, nothing happened in Afghanistan.

The shelling did not impact anything.
Some new brothers were killed in...[IL]., which was shelled and some Pakistani holy warriors.
However, this is not the problem for they are, God willing...[IL].

Their ...[IL]...and we don't recommend them, in other words...[IL].
Work returned to the camp as if nothing happened.  The training returned like before.
But, America merely expressed her childish anger without any use.

In the mean time, the issue of the idiot Clinton with Monica .was occupying the attention of the U.S. public opinion and even the world's.  Some observers within the U.S. indicated that they [attacks] were possibly meant to divert attention from Clinton's scandals...

They said: We don't need a war for the sake of Monica.
How dumb the Americans are - people, nation and leaders.

[A drawing of a bottle]

[Crossed out "Do you know"]

[Crossed out "And it"]...
[Crossed out "And it"]...
[Crossed out "And it"]...

And the news followed...

...IL. A Pakistani brother was coming from Kenya with a Yemeni passport as indicated by the print media...Pakistan returned him to Kenya to hand him over to America in a shameful stand for a state that is reported to be Islamic; however, it is nothing but a dishonest dog to his master following the west at the lowest ways.

The clouds of troubles started to return quickly.  The Pakistani intelligence, out of their stupidity, is trying to bring any person as if he is involved in the operation and present him as a sacrifice toward the rapprochement with America especially after the international sanctions on the part of the Americans against Pakistan and India because of the nuclear tests that took place less than three or four months ago.

Ever since, in both countries...

And this is a matter that I don't doubt unless...It was obvious that Pakistan's subservience to the West against the holy warriors and even Islam; however, in a manner that is not obvious.

I am about to laugh over their dumbness and...[IL].

Do I look as if I tolerant?

I am not like that... I have the right to laugh over their silliness and it is not incumbent on me to be tolerant at a stupid person.

Most importantly

This too, ended well.

But, the threats are still being made by Bin Laden against the Americans and he declared Jihad against them.

There might be things against them as it seems.

I don't have any information

except what the Americans report in the newspapers; however, he must avenge...Will he do it?

Maybe !!!

10/9/98
19 of 2nd Jumada
And today is Friday
It is 10 o'clock at night.
The signs of winter are coming to bring this season that I love [beloved winter season]
during which I have beautiful memories and rejuvenated reality.
I don't recall from summer except its heat and perspiration and its lack of hospitality [IL]
although they were courteous with [IL] smile.
As to winter, I always recall myself being covered with long coat or short jacket and
wrapped a soft scarf around my neck that is pulled up to the level of ....

...my mouth...sometimes...to watch the ascending smoke that is vacillating from my
mouth through it.

I recall the fragrant which has its value in winter.

As to summer, the flagrant transforms into... [IL].....unless it has a delight value.
Not all good fragrant are suitable in Summer.
As to Winter, every fragrant is good and it has... [IL].. providing it is good.
Of course, Winter does not improve the quality of the fragrant.
Most important, I am awaiting this Winter to breath its scent although I get many
illnesses.....because of

page: 55

Life...but... Don't prevent...via ...in...Marriage....

...IL...his...
....[Scribbles]

I don't ignore the morning washing even if the weather is cold espically if I sleep on my side or if I engage in sporting activity.

Have I told this before a month ago or a year ago or years ago.

I think that I had told you something like this and maybe no.

However, I believe my feelings did not change.  They did not change during the years of Jihad.....i.e....ever since I left India.

Do you know that life, even though, it is copious with activities or troubles and whether it is good or not good and whether it is warm or cold, it seems difficult without the other part...I mean, woman...

I don't mean sexual aspect...No...Many issues as well as the sexual aspect lead to search for my other half to feel living with her.

Of course, this feeling is not new to me...

But, I might not have told you about him or I might have told you before.

I did not elaborate or I did elaborate and I did not explain...

I am approaching 30 now...I might have reached to what I know about myself...

I did not exceed it up to now.

I think that I am late in reaching my other half...I am late in having a child...but, providing...

[scribbles]

Will this prevent me from working for God.

10/13/98
23, 2nd Jumada

I believe that I did not provide you with all circumstances of my previous issue...the escape from Peshawar.

Now, I have almost completed four months and ever since that time, I have been a prisoner at home.  I seldom go out except at night.  I run the entire work from home.  I used one of the brothers to move to take care of the activities and receiving, sending and so on.  I also use Afghan brothers to send to the interior that worked previously. The work is complete...It is commencing from here

- Do you know that I feel that I am afraid...Tell me the reason of my concern...and the worry and tension that I experience from time to time.

I get nervous when I bring one of the brothers into the interior (Did he arrive safely)
Did the police arrest hime?

Did...Did..What... [IL].....What does he know?
Did he arrive..What... [IL]..?

I get nervous when I ask a brother from inside to travel or to work in Peshawar or here.
I remain worried and tense till he arrives.
Is the work on daily basis...every week at least.

One or two get in and one or two get out.  They cross the borders.
My nerves almost burning till I hear.

I get tense during police raids for fear of myself and the brothers.
I am always tense whenever I do something.
Am I being monitored?
Do they know the house?
Will they search the house?
Will all brothers...and...and...
As soon as one of the brothers leaves abroad via airports with original or fake passports, I become worried.
Will they be caught?
Will they know that his passport is not original?
Will...Will...
To call from abroad

He usually is late and during every hour, my pressure goes up and down.
When one of the brothers is late, I get worried.  I ask myself: What happened...What will happen...and....and...and...
I am constantly apprehensive. Despite this, the activity goes on.  It did not halt except for short periods out of being precautionary.

But, such action made me worried about my heart for fear of getting ill..
And many things...I can not engage in appropriate sport to maintain my heart

What is the secret of worrying and tension..
As soon as I start a program, I must finish it because of the extensive work or tension that
prevent engaging in sporting activity.
Therefore, I always decide to practice a certain sport, so this heart will not be stressed.

Do you o dear...
I almost rush things more than necessary.
What I plan for requires lots of time...And a lot of effort, money and patience.
However, I almost can not wait...I rush things and consequences. Rushing for results.
Especially, if an obstacle develops, which prolong the time.
I try to be patient and I barely become patient...There are many issues that I can not
disclose even to the nearest  people...Not because of their not trustworthy, but because
there is no need to divulge not out of concern for what they might do or...or...or...

My secret is well kept.  I can not even divulge to you for it is very wrong that in my
situation, I should have a diary for all its contents are traceable to him.There is no need to
make matters worse.

* My ambitions are almost killing me in terms of my being in a rush.
And...And...And O Hani, I wish you find a person to appear before me so I would open
my... [IL].....this book...A person that sits with me

on the table across  me or he would sit next to me around the bag that I write on it inside
on the ground...A person that would share my heavy morning coffee or tea after an hour
or two following the lunch as my personal instructions tell me.
To chit chat with you person directly with no a pen or a piece of paper.

A person that I would kill right away as soon as I divulge to him.  I choke him to death
within this book...So, he won't expose my secrets...The most important of them.and what
is not important...the private and general

[Blank]

11/11/98

I think that I watched an American movie ten years ago called "Rambo in Afghanistan" or "First Blood 3" Back then, I was astonished over the extent of blood, explosions and excitement in that movie like most American movies and I used to have doubt about the relationship of America with Afghanistan...

And now, after the elapse of all these years...
By fate, one of the brothers gave us the same movie to watch after deleting the music and the corrupted scenes from it consistent with our human convictions.

Today and after all these years...I watched

...this movie and I laughed loudly...I laughed...I laughed...My eyes became teary because of the deep laugh, I laughed at

.............[Blank]

6/  / 1999 AD
20/  /  Hijra

Dear Hani..
...[crossed out word]...You notice that...[Crossed out "from"] from time to time I stay away from this book so, I provide you with any thought.
once because of [IL] with you and talking to you..
and once because of numerous problems and preoccupations.
and once because of the prison..
and once because of my trip to Karachi..
Or because of me being away from the region and being unable to carry this book that contains many accusations...
As to this time, I am keeping this book away from my residence for fear of having...

any problems which will make this book an eyewitness in the first place...I am...I am...I am...After my name became a problem in itself...and secondly because it is an eyewitness proof to my sole crime that I seek to engage in a holy war for the sake of God.

What matters, I resort to this book from time to time to record some notes or pages for remembrance... [IL].....
But, when I meet and this book...I find myself not wishing to write and not to talk...
It is not always appropriate to talk...and talking...

Call our latest news
I am still in my voluntary house arrest. It is the house which I manage business by phone every now and then with the Arabs and Afghans who work with me. I am still not making any movements except rarely outside the house until God ordains something and it becomes effective.

And since I don't have much more to say, I am ending my conversation with you and returning the book to its storage place.

4 / Muharram /
4/19/99

It is now ten thirty AM and I am sitting in my office writing to you while sipping coffee as if I am sipping elixir - not the one that preserves youth and prevents death but the elixir that reincarnates people and here I have returned...

Back to life from the first sip... and since I am greedy, I went on drinking and sipping until I finished my cup. And when I was sure I was alive, I came back to you - by fate. This diary was with me and actually it shouldn't be to begin with because it's a charge in itself. But I needed some items and documents so that I can forge them. These items came to me and I seized the opportunity to write to you...

Dear Hani ... I am letting you know that I am still as I was managing business from home and do not move around much and clandestinely especially after my original name and surname

appeared more than once in the newspapers .. and I am sure that the search for me as wanted by America and my own sources the Pakistani intelligence  have informed me that they are looking for me.  That is why I don't move around much but praise be to God only, work is ongoing and has not ceased a day as if nothing has happened.... and this is God's bounty, and is getting from good to the better and better.  Soon, I shall move to next point...after the period of voluntary house arrest is over.  In fact, I did not suffer at all during this period.  Imagine the sports program until I grew a belly.  Usually, I consider this belly is on its way to disappearing shortly as I go back to exercise.

As for other things, I have found a good opportunity for reading...reading the books I had wanted to buy but my work leaves me not much spare time.  And even if I find the time, I lack the proper aptitude for reading, I couldn't absorb much information.  As for this period, I have perused a lot of books and arranged my documents in total quietness for the upcoming phase - the post- voluntary house arrest phase that you dislike a thing which is good for you.  Now, I am in another house following the same routine...We have left the house where we started (a whole year of isolation) ...not (one hundred years of isolation) like in the story of Marquiz ...
Page 157 (36)Note:

As I told you, I read a lot of different books during this phase I was in dire need for buying them.  I requested books from the one who [IL].  I even did not think of requesting them from the Arab countries as we have only a certain category of books in Arabic..  this time, I need them especially the literary works.
[TN: The page has eight struck through lines with alternating with somewhat legible lines.  There is no Bate Number.]

What's important is the situation has not changed up to now.  Anyway, praise be to the Lord and may we seek refuge with God from the hellfire people. [TN: eight lines of [IL] struck through lines.]

I don't deny ... Dear Hani, sometimes I .. rush and rush to reach the goal ... even I don't control myself.  Occasionally, ambition almost... kills ...  me since my efforts were not successful.  Now I am going through this period when sometimes I am nervous and almost outrace time in order to get what I want but ... for everything there is a time and it is not [IL].  Then there are times when I become disinterested in all those ambitions or I think of them as inaccessible or they have a long way ahead ... and then I cool off or more precisely, I quiet down until the right moment comes.

[Blank]

███████████            ████████

████████████

3/5/

Muharram / 18

Dear Hani .. Maybe a whole year has passed since my voluntary house arrest. God
willing, relief is at hand. I want to tell you something that could spell the end of what
was between us because I will be [IL]. Did [IL] I am sorry I can't explain ... For the same
reason is my fear that it might fall into the hands of those who follow me or in non-local
hands.

A short period remains and I shall close this file

████████████

Your file ....

to start another book.... I will write in it as another person to his future. I may not be as
open with him as I was with you because he will be my new companion and usually the
only companion. And now, I shall leave you and we'll meet again once or several times
before the final farewell. Peace, Sa'id

████████████

5/12/99 ..

Even though the rendezvous was postponed ... the rendezvous between you and me or
precisely postponing the issue or work after which I cannot meet you unless as a different
person for a fourth person. But this week is the final meeting and after that ... we part
ways ... or no ...according to the success of this work on which this team depends. And
before [IL] we shall meet.

5/26/

God willing God predestined that the issue was not taken care of until now. It may be
postponed for some time and God willing, I want to talk to you regarding some issues

████████████

I will have lived in Islam Abad for almost a year. (Precisely, after ten days, I shall finish
the year here.)

In Islam Abad ... in my voluntary house arrest where as I told you, I don't move outside
the house except very rarely and to you. As I told you, I move the work forward and
manage it through the facts (or different phones) from the Afghan team that works with
me ... one of the Arab brothers is with me and his family is with him.)

[redacted] [redacted]

Thanks God the year passed peacefully without any mentionable problems (it is not free of natural problems: they were natural problems no matter [IL].
As I told you I am passing the time by reading and reading and reading and thanks God I never felt distressed or psychologically fatigued unless also ...

[redacted]

Now, I am in the transition [IL] to another phase. I have to make comprehensive change (or semi-comprehensive) in work. I encountered some problems.
I had to, or more precisely, I decided after reviewing the situation to change the house. Then this is the second home during this year and to change the car (and of course, our car. We had stopped using it and we put it for sale. Ever since, we have been using a motorcycle or rarely taxis to continue the work.
Now, I have decided to buy a new car for the new phase.

[redacted]

I have also decided to replace the Arab brother who works with me with another (better for the phase in many aspects). Note that the agreement that was between the Arab brother and my self from the beginning of work- he won't be with me for a year or six months.

But... now that time has come for change (or before that for a short time) problems arose when I was ready to go. They are not problems as expected. They are disputes or [IL] or disagreement or others....A simple incident occurred. He became furious and saddened without any cause. When I sat down to understand the situation. We talked about several distant, old, and new issues [IL]. I understood that it was an objection to change.
When I told him or reminded him of the agreement between us,

[redacted]

....he quieted down but he threw at me a lot of issues that were about objections to issues that had nothing to do with our topic. Some were [IL] while he mentioned others twice. I answered them quietly because I respect his sadness for quitting the work. I appreciate his attachment to this place as compared to the place where he had to return i.e. to the local (Afghanistan). To me, to work for the sake of the action has priority over everything else.

What matters now ... a year after the incident, I noticed that he still felt susceptible about everything that brought him closer to leaving. Once something happened (also minor), he became infuriated, angry, sad, and then he objected.
We sat down to clear the issue once more.

Just like the other time, we spoke about miscellaneous issues unrelated to the topic (because they are sound disputes. He said these disputes are the reason for his anger but I wasn't convinced with what he said because these issues which we witness now are jurisprudence violations that take place between us since and before he arrived here.. He himself was doing that. (Note: He had a brother who worked with me in managing the work but he had to return to his country. I could not find a better one than the current brother..

What matters is he hasn't yet talked about these jurisprudence disputes

as he claims. But when he encountered a personal problem, he submitted all matters on the basis they were the reason for his anger. However, that did not stop me from talking to him until he was pacified. I stressed the fact that it is something inevitable and the other person who would replace him was coming soon and that he had to be prepared and not cover. He should put the welfare of the work above his interest and those of his family. (Of course, he, his family, and his small children stay with me. May God safeguard them for him and for Islam.)

What matters is I feel better but it is [IL] for the soul.

As for the brother to Pakistan initially to enter Afghanistan to settle there. (Note: He is in fact an old brother and one of our good colleagues at the front. But he traveled to [IL] to participate in the embargo in Algeria. Many events took place and even more problems until he decided to return here.)

I say: He originally came to settle in the local but I asked him to help me for a year only because I was going through hard times. Once the year was over, he had to return to Afghanistan.

After the situation stabilized here in Islam Abad (despite the fact that it is not the growing city, it is the best city here in Afghanistan

At least everything seems available to him and his family and many other things.)

Now, he has to return because we cannot sponsor more than one family here to be able to continue the work.

Here's what happened: We sat down and discussed one issue after another. We started with the issue of change and he spoke calmly about legal matters also (new). I am [IL] with them. They have nothing to do

with our topic.  However, I went along with him and listened to him. They are the same issues: general issues [IL] which he finds contrary to the jurisdiction. Then he spoke about actual jurisprudence errors that sometimes occur at work.  I agreed with him but I told him the errors weren't mine.  Nevertheless, he put them in my head and I stare at him in wonder and astonishment and think it is the anger.  Then he talked about the money that keeps the work alive and made some totally impractical suggestions.  As for this case, when he realized I did not consider his opinion, he regarded that as contrary to jurisprudence and other issues not his specialty.  I was laughing and crying inwardly and there is no strength nor power save with God.

During these discussions with him, I was very calm except occasionally when he croosed the threshold and then I regain my calm because I do not want to lose him since he's a brother

save in Allah.  I have through all these discussions with him. I was very calm with him unless he overstepped his boundaries, then I return to my calmness because I didn't wabnt to lose him, he is nice and pleasant.

Also, I don't want to determine....[crossed out]...and so I give...[IL]...

...[crossed out.."that"] I am usually firm in these issues and It does not matter to me who speaks or...[IL].....as long as the work and the interest of the work is above everything...

However, the issue with this brother is different...

So, I don't deny his right.....and service.
So, may Allah reward him.  This in addition to being a noble brother and I know that his justification is...[IL].....It makes him believe that he is more suitable for the job than the other brother.

But, I have another point of view that I arrived at based on my experience and assessment of the situations.  And also, this brother arrived a year and half ago...I might...[crossed out]...have to return to this...He did not experience the latest troubles that took place and he did not witness fear.  He didn't experience the methods of the Pakistani Intelligence. Even, when I escaped from our house and after a ....[IL].....chase...He was inside....

Therefore, he is ... [IL].....

with his experience with the Moroccan and [IL] intelligence is very ...[IL]....from the standpoint of their experience in terms; rather, in terms of the nature of the participation in it...The Moroccan Intelligence is aware of your affairs.  It benefits a lot from the ...[IL]..... that Algerian holy fighters are calling for a new state.  As to here, the situation differs.

And this what I know through...[crossed out] as well as other considerations that I place in ...[IL].....as the one who is in charge of the activity over here.

Most importantly, the substitute came and the old brother started helping him in getting familiar with the  work and locations...

With great heartiness, God willing.

Up to now, we are in the transitional period which will take a month from now, God willing.

[crossed out...]"up to now"]...My situation is running smoothly despite some difficulties that I had  to be strict...I observe...[crossed out]...sadness with the brother...or his anger...But, I don't wish to  do it.
I have to be strict despite him so the ...[crossed out] religious boat ...[crossed out] smoothly.

God willing, he would appreciate my position later and he won't be angry due to my firmness with him.

or my harshness with him [...[IL].....I won't lose it like I lost many brothers...[crossed out] for the sake of the endeavor.

Most importantly, Do you recall what I was telling you previously...and that is my need for a sincere friend.  And then, I talked to you also about my need for a  wife and child,

without of whom, my life is missing something.  And, now I am in a dire need for a dedicated brother so I would rely upon him to help me in work-related matters in the event of my absence or presence.

[the dedicated brother means someone who works for God, the exalted, who is not after worldly gains... [IL].....]..Unfortunately, I did not find anyone of this quality...So, how long will I wait....I don't know...I don't know...No...

Also, I prefer... [IL].....and God is my witness...

Today is Friday/20/...[IL]...
The time is 5:50 minutes

The smell of coffee is spreading deep into me and even to ... [IL].....about the illusion that you live...
[IL] an extra amount of sugar to the cup of coffee..
I am in favor of black coffee with no cream as long as this world is black in my opinion.
I am not weird or with a black attitude like you think; however, this is the truth...
We are in the shroud life in the casket of the mourners...
Truly,   How many times [Crossed out] what resembles this phrase.
Nothing is better than this darkness.

First Rab'i

I am still waiting..
To be correct, the activities are delaying me but [not always...Sometimes, not being punctual with the work...the other party or the other party...[crossed out]...postpone the appointment...

The appointment?
Do you recall that issue that makes me another person...
I often...IL...[single] on the basis that I am one and you are second and the third person is the second and he writes to the fourth person...
Did you understand?

Don't worry?
Time will make you understand, but the issue is with me...

As I told you, I can not be patient.
Yes...This matter could be or not to be
In both cases, the wheel will turn and turn, God willing.

But, It happened...
[Crossed out "I reviewed"]...I reviewed the beginning of these memoirs.
Since I told you back then that my situation. I am Hani 1, it has been twenty
years... I am writing you, Hani 2 at thirty years...and now, I am actually approaching
thirtieth year.

And since I will discontinue talking to you. It is an assumption for I will start my
statement as I told you.

To write from Hani 3 at thirty years old [but, not in the same manner]...He assumed
another name...Hani 4[Crossed out "and he is"]...forty years old...[...IL...another fourth
one]...

And this...I would not have betrayed [Crossed out]... my promise to you...
These memoirs are for you [Crossed out]...reach 30...I am now in ...and if have reached
if [IL] ...to Hani 2,  So, the matter is closed..

And I will encode all memoirs in one time ...Then...[crossed out]...I will hide
them...[crossed out]...because they contain things that could convict me and have me
arrested by the police and intelligence service...

I will encode your long message now o Hani...
During ten years [encoding]
And then I will start anew...
...[crossed out "does not"]...It will not harm me if seized by the Intelligence...

Pakistani or Arab or Western...
I will write to you in a way that will not be understood by anyone except Hani 4
consistent with the new situation..
I will not elaborate further...What will happen….or what will not happen...
So, these memoirs  won't be a curse on the other or leading to me.

125

██████████████       ████████

But, I do realize that I..I..I have not changed and I will not change, God willing and I ask God to make me steadfast ....[crossed out]...

And in conclusion...

Let me bid you farewell...

And I will communicate with you via the memoirs...

...[crossed out..."~~Hani 2 who is almost 30~~"]

But before saying farewell...I will now start reading this message and memoirs that took 15 years to write.  I will record my notes and then burry them until God disclose a matter that was... [IL].....So, these  memoirs would be combined with others [from Hani 3 to Hani 4]..I will record my notes in the same place that I will read them without encoding...I promise you.

I will record some of them over here...[crossed out]...the conclusion of the memoirs if there are notes.

Today is 9 of Frist Rabi'i/ 1420 H
June 22, 1999...[crossed out "H"]...AD

Today, I will conclude  with you the memoirs after I repeated reading all of them because of you possess of feelings of [...crossed out "love and admiration"]...and feelings and events and a history of memoirs whether sweet or bitter.

I read it as a story or novel which I don't ...[crossed out]..its events and I don't know its heros or stars...

As soon as I commence a stage, I start predicting what it will feature...


████████████████

As if I am not a fan of patience.
Most importantly, no observations except that I need to write it once more in a single book, but should I...[crossed out] keep it and I read it completely and I deduced from its experiences and benefits....

As to today, I will burry them morally in a place that is far from me...for shortly, I will become a person in....or maybe I won't be...the dream

Peace be upon you

... [IL]..

... [IL]..

A person with love toward you....

[crossed out "excuse me"]

[not yourself...So, he becomes human]

... Hani 2

Note /
The subject that I talked to you about, which depends on it...

Most importantly,/ It did not work out
Therefore, the situation has not changed over here

[Blank]

[Blank]

I am sure, as if millions will be written clearly and there will be clear results.

This emotion is merely a single one out of millions of emotions and feelings that are
within this individual.
To a human being out of millions of people
And this balance in terms of one side [psychological aspect]; how about the [Crossed out
"rest"] the rest. [IL].

Human being is indeed an amazing creature and I am one of those who are amazed at the
behaviors of some people.

And to be more correct, as far as the person that I deal with and sometimes, I am
surprised at that  behavior.

So, the lesson...And I place it as usual in a box of experiences...

And I remain watching and monitoring this behavior and as usual, I don't arrive at a clear result.

Or I arrive at an erroneous result which I discover it later.

And what about you...My dear Hani 2..

Are you still collecting the memoirs and observations..
Or you have broken the box of trials?  And my regards...


[134]
...IL...This is a news bulletin...
And......[crossed out]...and good-bye.

Hani...the money ensures life


....[crossed out]

I need money

....[crossed out]

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET/NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
    Petitioner,            )
                               )
    v.                     )    Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
    Respondent.            )
                               )

# English Translation – Zubaydah Diary Volume V

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET/NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### CHICAGO DIVISION



2111 W. Roosevelt Road
Chicago, IL. 60608

| | |
|---|---|
| File Number: | ███████████ |
| Task Number: | ████ |
| Language: | Arabic |
| Translated By: | ██████████ |
| Reviewed By: | █████████ |

**VERBATIM TRANSLATION**

**Abbreviations:**

| | |
|---|---|
| IL | Difficult to read due to quality of the handwriting |
| Italics | English |
| [TN] | Translator's Notes |

**[TN: This document is a diary; however, it does not appear in its chronological order. In order to have continuity and the proper sequence of events, the translation starts from the last page going backwards to first page].**

███████████████████

Page Number [1]

*AZ Diary # 5*                                             ████

*09/27/99 - 04/01/01*                                      ████████

Page Number [2]

*5* [TN: Encircled]

In the name of God the most gracious and the most merciful
(Praise be to God, sustainer of the worlds and peace and prayers be upon the prophet of
God)

Page Number [3]

Today is Friday *5*/Jumada I/*1420* H that coincides with September/*17/1999* AD.

Dear Hani *2*, this is my 5th Diary Book that I'm writing for you . . . I will not write the
same introduction explaining why I'm writing my memoirs to justify my need for you. I
would only say that this diary is yet another way to communicate with you, because until
now, I have no one else but you to talk to; therefore, open up your chest for my grief and
my joy that I will be writing for you . . . even though . . .reluctantly.

I intended to start this part with you at the beginning of a new interval, but that wasn't
possible even though some changes took place.

Now, I'm in a new house . . . with me at work is another person other than Abu 'Abdallah
(J) . . . (His agreed upon time was six months or a year and it has expired), But as soon as
he quit working with me, he revealed all of our private secrets, the important and the
ordinary ones as well.  This is on top of his input into that.

As a matter of fact, he did not have any shortcomings while he was here, but once he
realized that I'm preparing some other person for the next juncture after the expiration of
the agreed upon time, he had a behavioral change, and even silly things angered him and
he became sensitive. Even though I sat

UNCLASSIFIED//FOR PUBLIC RELEASE
SECRET

Page Number [4]

with him [TN: Illegible, crossed out] more than once and explained the security needs for such a behavior, but he was thinking of his personal interests, may God offer him guidance.

He tried to defuse [TN: Illegible, crossed out] the new replacement but he failed. When time came, we moved quickly to the new house with the new person so he would finish his work and then enters "Inside" or he will travel abroad, as he said.
But now, as soon as he sits with anyone, he starts explaining that he quit working with me due to reasons or religious wrongdoings that he disliked, and that I try hard to narrow down my circle by not socializing much with the brothers and people in general other than workmates. He was talking and I couldn't respond or at least express or defend.
It is okay, because I don't care about people's gossip, but that saddened me, and Abu 'Abdallah Al-Jaza'iri's [TN:Abu'Abdallah the Algerian] behavior shocked me, may God guide him, I never expected that from him and God knows, I always tried not to anger him since he started having problems, out of respect for an old friendship between us

Page Number [5]

, and for the days that we spent together "Inside", but he had no respect for that, and placed his personal interests above work interest and above our old relationship, and he said what he said about me disregarding the agreement between us and the pledges we made to each other.

I say, when the argument worsened and he kept talking more and more [TN: Illegible, crossed out], I sat and settled the account with him in an arduous manner, and reminded him by God that the issue is settled as of this meeting . . . I considered all the issues are something of the past after the meeting, and started blaming myself for all the trust that I had placed in him, as I did previously after lending.
And here I am, while I'm writing these words to you, I pray to God to bless me with someone who is devoted to God, so I would not fear his treachery and to rely on him in business matters and not be afraid of his betrayal.

Oh God [TN: Encircled]

Note /
These memoirs are a continuation of complaint letters from Hani *1* to Hani *2*.
But Hani *1* (Who has Thirty Winters)

UNCLASSIFIED//FOR PUBLIC RELEASE
SECRET

To Hani *2* (Who has Forty Autumns)

Page Number [6]

*16* / Jumada II
*26* /

The time now is (*5:22*) in the evening, I'm alone in the administration room [Office], reading a History book . . . until I got bored. The history is just like the Present and like the Future; full of treason and conspiracies, and praise God, but who is learning? And as for myself, how many times I have been bitten, and how often I've been back-stabbed, but I rebound as time passes by . . . I need their trust and I end up placing my trust in one of them, only to feel sorry for my act later on.

Let me remember (Yasir Arafat Al-Hindi [TN: Yasir Arafat the Indian], 'Abd -al-Rashid Al-Falastini [TN: 'Abd -al-Rashid the Palestinian] and Abu 'Abdallah Al-Jaza'iri [TN: Abu 'Abdallah the Algerian] and at last . . . Who else . . .? I don't remember now . . .

Previously, I always wished to find a trustworthy friend that I could praise before you, but I couldn't find one [TN: Illegible, crossed out] and I became content with you.

But I'm drowned in [TN: Illegible, crossed out] work now, I need someone to depend on, someone who is devoted to God as I wrote to you previously . . . but thus far I couldn't find..

Page Number [7]

Anyway . . . this is not the issue with you, and I didn't open my Diary to discuss the same subject, but to write down some information for you . . . Now, I'm going back [TN: Illegible, crossed out] to study English Language, because I need it. . . (in the Evening). At the same time, I joined a modest Sports Club for Bodybuilding (in the Morning) to put my body's muscles to work . . . (for few months only), and both issues are considered holy for two more important reasons: The English, because I decided to return to the world of Computers (Late . . . isn't it?) but it's all right with bodybuilding, so I would return to sports in a consistent way and I might sign up (later) to train on one of the combat games . . . God willing . . .

. . . Perhaps it would've been more appropriate had I started earlier, but now that I have, almost, reached the age of thirty, it seems that I am  kind of late. But as you noticed that

████████████████████

my situation is not settled yet and it's still [TN: Illegible, crossed out] shaky until now . . .
But that's not a problem, I will try my best to coordinate between all the issues . . . And
will seek God's help . . . Greetings.

Page Number [8]

[IL] / Jumada II

*10/7*
Nothing specifically . . . Dear Hani . . . except my longing for you . . . not out of love for
your personality as much as it's the need that I have to converse. My Dear, the loneliness
is killing me . . . Thank God the guest house is filled with young men and as soon as it
clears out, it fills up with an influx of young men and young travelers . . . and so on. The
time is filled with things to do, but . . . despite all that, the loneliness is killing me.

No friend and no lover . . . Thank God anyway . . . The friend, I frequently expressed my
need for him and the reasons for that . . . And as for the lover, I do need someone whom I
would settle with . . . to feel at peace with myself and to implant in him the seeds of my
progeny.

Greetings. . .

Page Number [9]

Time is one o'clock after midnight . . . same day . . .

You might ask me, why am I not getting married . . . so let me answer, even though, the
answer [TN: Illegible, crossed out] might be incomplete and I'm not in a mood to talk
about it.

First\ I believe, and God knows, that it's my duty to present first the brothers with more
seniority in the line of Jihad . . . (in my sphere of work) . . . meaning the military camp . . .
and the oldest, too . . .

Secondly\ Being the person in charge of managing the money that we spend on work . . .
(in business or collecting donations or any other way) . . . doesn't mean that I have to
start placing my own affairs before the others who are worthier of honor . . .!!!

5

████████████

Third\ The issue is not easy financially, socially and security wise too, even though the issue has no alternative, and despite all the obstacles I'm still enduring, or to be more exact, I have waited until [TN: Illegible, crossed out] the marriages of most of the brothers who are with us have been facilitated, thank God. I'm still managing the others (Trainers in military camp) . . . Now, after all these years my turn has almost come . . . but . . . but what . . .? Nothing!!

Greeting

Page Number [10]

1 / Rajab /
*10/11/*

It's been a while since I reverted to reading history.  I started reading the Islamic history . . . since the beginning, since the birth of the Prophet of God, God's blessings and peace upon him, before and after him, then the Prophetic Mission, followed by the Death, and lives of the Caliphates, the Umayyad Caliphates, the Abbasids and the Ottomans and what happened during their time. Now, I'm collecting books on the history of the countries and people . . . praise God, it's as if I'm reading from the Present, it's true to say that the past is the mirror of future [TN:  Mirror of the past provides images of the future] . . .

I have noticed . . . nothing . . . now . . . Dear Hani . . . peace be upon you.

Turn the page over . . .
I became weary of writing despite [TN: Illegible, crossed out] what's going on in my mind.
Anyway / Greeting . . .

Page Number [11]

*12/24/1999*
Ramadan/16/1420

Today I contacted my family . . . One of the brothers has searched and spared no effort until he got their private telephone number . . . and when it happened and I talked to them, it was a very joyous moment. At last, and after all the years of separation, I found them and talked to them and became at ease for hearing their news . . . (to be more accurate, I

6

learned about them . . . but I'm not at ease . . .), over all, thank God, their situation is good and pleasant, all the girls got married except their youngest, Anas who's still young, really. The boys studied and reached university levels or are on their way to reaching that goal except Hisham . . . !! This is [TN: Illegible, crossed out] the summary, but the details made me somewhat sad and  . . .
Anyway, I will talk to you later.
Greetings

Page Number [12]

*12/*Dhu Al-Hijjah/*1420* H
*3/18/2000*

First, I apologize for desisting, or to be more accurate, the continuous desist from contacting you . . .  I believe that even the previous phrase has been repeated too many times whenever desistance was augmented and lasted longer.

Anyway, whether you are forgiving or not, you have no choice but to listen to my grief. I contacted my family in Saudi Arabia again, and as you notice, I didn't contact them other than the occasion of Eid [TN: Feast day]. (I neither talked nor did I write to you ever since that time, today [TN: Illegible, crossed out] is the third day of the Greater Bairam [TN: Eid Al-Adha] . . .
Anyway, one more time. . . this time around, some issues that I did not understand previously became clearer to me. Last time, they only said that they are doing well and that the situation is good, and in the midst of greetings and longing, the important issues got lost. But this time, I understood their real conditions.

Page Number [13]

 Thank God, they are doing well and in good health. But my father has left his job as a school teacher, thus, losing a steady and good monthly income (they dismissed him, to be replaced by a young native teacher, as part of a Saudinization program, which means replacing all foreigners with young Saudi's (the non-Saudis) . . . and the long service and experience did not help my father in any way.

Anyway, he relies now on his savings that he kept for dark days, in addition to some light trading activity.

Mahir, [TN: Illegible, crossed out] and after long years [TN: Illegible, crossed out] of studying, was able to obtain his [TN: Illegible, crossed out] Bachelor's Degree [TN: Illegible, crossed out] in General Medicine . . . and then he specialized, I believe, in [TN: Illegible]. My father took upon himself the responsibility of all his, his family and his wife's expenses and they were burdensome expenses. He is back now and he is working; however, he is of no use as I know him or as I learned about his life style in that he spends all his salary on himself without giving one penny to his father

. All the girls got married to good people, thank God, and they adhere to the religion. . . except Ibtisam whose husband was a bad person . . . she got divorced and she has two children.

Hisham is in America, he works [TN: Illegible, crossed out] in a gas station, after a long battle with [TN: Illegible, crossed out] Cancer, God cured him, and by then, he had missed two years of school . . .

Page Number [14]

And when he tried to return to class, he couldn't acclimate himself . . . therefore, he quit school and . . .into . . . the streets . . .

He got tired of this emptiness and couldn't find anyone who would understand him, and those were the factors that pushed him to migrate . . . therefore, he traveled to America. When I contacted him, I learned that he is unhappy, very tired and his financial situation is bad . . .he's living illegally [TN: Illegible, crossed out] in the country. He's married to a liberal American. . . she is three months pregnant with his child. They did not get along well so he left her; his marriage to her did not help him to obtain legal documents or citizenship [TN: Illegible, crossed out].

Anyway, his condition is very hard and I'm thinking of helping him financially. . . But, how? . . . And I'm thinking of bringing him here with me, but also how? He is not committed religiously and barley prays. There is no power or strength but by God. Also, he does not possess legal documents. . . also his child is a problem but I will try, with God's help, to help him get rid of her . . . As for Kamal . . . he is studying [TN: Illegible, crossed out]

Page Number [15]

Medicine in Yemen, he is asking to get married to avoid sinning [TN: Illegible, crossed out], but my father's situation doesn't help, if he managed to secure wedding fees, then what about the expenses . . . ! I'm also trying to help monetarily in this regard, but also how?. . .! As for Sultan, he is in middle school . . . he said, he wants to be by me after school . . . after contacting the family, (I called my father's house, Mahir was there, I got in touch with all the girls and Hisham in America . . . and Kamal in Yemen) I quenched my longing for them . . . but . . . another fire erupted in my mind . . . mystifying fire and hell fire.  How could I help? [TN: Illegible, crossed out] I have left them a long time ago [TN: Illegible, crossed out] and I felt that I let them down and didn't fulfill my obligations towards them.

Of course, this doesn't mean that I have to quit what I'm up to just because I was negligent towards them. . . and the cries of my mother [TN: Illegible, crossed out] vanishes in the face of my nation's cries [TN: Illegible, crossed out]. The Islamic Nation's worries are greater than those [TN: Illegible, crossed out] . . . of the mother and the family. However, we must help even from far away, especially [TN: Illegible, crossed out] Hisham and Kamal . . . But, how? I don't know! God help us . . .

Page Number [16]

It's nine o'clock in the evening – the same day . . .

It has been a while since the news papers and Magazines . . .keep publishing my name from time to time (complete) or the last name which is the family's original last name. Lately, about a week ago, my name was mentioned by a Washington Radio Station as the person in Charge of Communications and Foreign Affairs for Bin Laden . . . ?  My security situation became worse, [TN: the following sentence, between brackets, was crossed out, but it was Legible] [~~I don't know who gave them these wrong information; there is no relation between us and Bin Laden except Brotherhood in God~~]. This is first. Secondly, I worry about Hisham who's in America, he bears the same family last name and this issue might affect him . . .

And . . . nothing
And . . . O' God
Greetings

Page Number [17]

*5/27/2000*

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Safar/*22/*

The time is one forty after midnight . . . sorry, at Dawn, only few hours left for the Dawn Prayer.

Place / Lahore

Situation / [TN: Illegible, crossed out] After the increased media pressure on the poor servant -Accusations- I had no alternative but to move before falling [TN: Illegible, crossed out] into enemy hands, But I had too much work that piled up on me. I tried my best, thank God, to finish it all or most of it. . .then I finished the work at home quickly and moved hurriedly after transferring my belongings to different places for some time.

This was briefly, and I might provide you with details in a subsequent letter, at least, the important ones . . . or I might not write it . . . Greetings.

[TN: Illegible, crossed out]

Page Number [18]

*5/29/2000* AD

*2/24/1421* H

Thank God, we arrived in Karachi.
*2/25* H
*5/30* AD

Do you know . . .It's different  when you're the one who's calling the shots [TN: Illegible, crossed out] than being a wheel [disc] that's moving mechanically with other wheels as part of a specific machine . . .

. . .It has been a while, maybe close to a year since the Taliban (the Government that's in control of Kabul) are trying to restrict the movements inside the military camps . . . the pressure is mounting on them . . . for the sake of Bin Laden.

Page Number [19]

*6/* [TN: Ilegible]

10

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Rabi' Al-'Awwal /*12*/

Place / Karachi . . . It has been a week or a little more which I spent, for the most part, with 'Arif' family, and in fact they did not spare any effort in trying to accommodate me [TN: Illegible, crossed out] . . . but . . . they didn't change . . . [TN: Illegible, crossed out] Their eldest daughter was the problem . . . today even the oldest son had slipped away [TN: Illegible, crossed out] from God . . . He used to sit with me and confess and then promise that he will reform himself even though he admitted that that's going to be hard. . .

I expect that even the second son and the youngest [TN: Illegible, crossed out] daughter will slip away as well.

The society facilitates [TN: Illegible, crossed out] this slippage . . . I tried to reform [TN: Illegible, crossed out] through advice . . . but . . .to no avail . . . I know that as soon as I leave them, they will get back to their normal life . . . and God is the help.

God knows that I hope they will pursue the right path, but the issue is in God's hand alone . . . I love them but what could I do other than praying to God to guide them to the right path.

Anyway,

Page Number [20]

The latest news from inside

The Taliban have decided to close all the military camps except Al-Shaykh Military Camp.

Indeed, they closed our military camp. . . There is no power and strength but by God . . . Anyway, I'm on my way in to see into that and consult with the son of the Shaykh and with the Shaykh himself.

The commandment of God must be fulfilled.

Page Number [21]

It's Ten O'clock
(Same day)

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

After all these years, Karachi is more of a decomposed city. . . and drifting far from God . . . young men and women and even the [TN: Illegible, crossed out] elderly are moving along a sole, predetermined path that alleges progress . . .as if Progress is decadence, and with a call for [TN: Illegible, crossed out] globalization, or to be more exact, Americanization. Everybody is drifting more and more from God . . . .and God is our help.  As far as I'm concerned, I feel I'm at a crossroads now. . . I have more than one choice (General and Private), but I will not decide, God willing, until after entering [TN: Illegible, crossed out] and sitting with the Brothers and consult with them and . . .

The commandment of God must be fulfilled.
Greeting


Page Number [22]

*3/ Rabi' II / 1421*
*7/5/2000* AD

I'm still in Karachi . . . It was better to finish some of the work myself . . . better than relying on others . . . thank God, most of it is done, just a little of it is left, then I will enter, God willing, as I told you, there is no specific plan, after entering and consulting with the [TN: Illegible, crossed out] brothers, and we will determine future plans . . . God willing. I don't want to hide from you the state of confusion that I'm in now, because most of the choices and decisions are in my mind, but I will not settle on any of them until I have a better understanding of the situation, and then I will seek advice on it . . . otherwise, it's . . . known and determined . . . almost . . . and that's the source of the confusion . . . which one I should decide on?. . . and which one to forget about.  I don't want to hide from you the fact that the situation is very cold and needs to be warmed up . . .enough patience.

This might [TN: Illegible, crossed out] be my opportunity to implement my thoughts and my plans against the enemies of God.
So . . . O' God help me.


Page Number [23]

Today /

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

The time is 8:30 at night, and the nights of Karachi are semi humid, hot even though the wind [TN: Illegible, crossed out] is toying with tree branches.  People here are very happy with the weather, but me, I'm very annoyed by the heat. The ceiling fan moves the hot air but as soon as it stops even for one minute, that means swimming in devil's lake (drowning).

But [TN: Illegible, crossed out] the situation is not very bad, [TN: Illegible, crossed out] and our time is filled [TN: Illegible, crossed out] with joy. A month ago, Pakistan started conducting police raids against the Brothers in Peshawar, and they arrested several of them and threatened to extradite them to their native countries. . . to please the Americans.

Praise God, how despicable the rulers of Muslim countries are . . . [TN: Illegible, crossed out] Despite the humiliation they suffer at the hands of America, they still go back to her; obedient and humiliated . . .

As for Pakistan, it's very easy to deal with, we do not respond to their abuses for the sake of mutual interests, because we are still benefiting from it as a passageway and shelter too . . . [TN: Illegible, crossed out] but if the pressure keeps mounting, Pakistan will be desecrated to avenge for the ones that were extradited by the Pakistani Government to their native lands. . .

Page Number [24]

*7/19*
I arrived to Qandahar two days ago . . . through Kotah, it surprised me how easy and safe the roads were . . . despite the rugged terrains. I knew this thing long time ago . . . But I was [TN: Illegible, crossed out] surprised also when I tried it.

[TN: Illegible, crossed out]
So, despite the succession of governments in Pakistan; Benazir Bhutto, Nawaz Sharif and General Musharraf . . . their standpoint towards Mujahidin Brothers was humiliating . . . (after the murder of Zia-ul-Haq), who stood by the Afghanis, a stance that was one of the reasons that led to his murder . . .
~~And the current government~~ . . .

I would say that Pakistan as a Government takes an obvious hostile stance against the Supporting Mujahidin and does not refrain from arresting them and extraditing them to their native countries . . . and creates [TN: Illegible, crossed out] obstacles to prevent them from entering Afghanistan for training. And from time [TN: Illegible, crossed out] to time, it conducts raids against Houses and Guest Houses, with evidence in their possession [TN: Illegible, crossed out] and jails [TN: Illegible, crossed out], and exerts too much pressure on the passageways that lead to Afghanistan; the route of Peshawar – Turkham – Jalalabad . . .

13

Page Number [25]

(Urgent Remark)
[TN: the following paragraph is between large brackets]
In regard to (Khaldun Camp), it has been shut down completely
There is no power or strength but in God . . . [TN: Illegible, crossed out] but something
good might come out of this . . . God knows . . . until the Brothers agree unanimously on
one person . . . even though that is [TN: Illegible, crossed out] hard in reality. . . God
helps us.

[TN: An arrow is drawn] Thank God, despite all that, we are still receiving tens of young
people and we admit them to Afghanistan [TN: Illegible, crossed out] for training and to
participate in fight with Taliban against Mas'ud . . .

And we smuggle whoever wants to get out and travel abroad and so on, thank God . . .
despite all the restrictions, God opens for us other paths to smuggle, even the regular
paths.

Anyway. . . despite all these restrictions here, the other route, Kota-Qandahar route, is
widely [TN: Illegible, crossed out] open, and the government is aware that the Arabs,
especially, Bin Laden's Group or whoever enters for training in his military camps uses
this route . . . but they don't do anything and if they capture one of the brothers, they will
release him.  They don't arrest them and send them to jail as is the case with Peshawar
route . . .  and this is what surprises me [TN: Illegible, crossed out]? . . . Are they fearful
of Bin Laden or is it a strategy that I have no knowledge of? . . .

Page Number [26]

*5/5/1421* H

Thus . . . Dear Hani . . .
I'm now in Khost, after spending a short time, may be a week, in [TN: Illegible, crossed
out] Kabul,  and  two weeks before that in Qandahar even though I'm not a new-comer to
Afghanistan . . . but I felt as a stranger in the country [TN: Illegible, crossed out]  and
even to the Brothers . . . (Islamic Groups [TN: Illegible, crossed out] who are currently in
Afghanistan) . . . even though [TN: Illegible, crossed out] I didn't sever my ties with
these groups and maintained it through[TN: Illegible, crossed out] letters or through
specific individuals that visit me to finish some business, but when I visited them, after
all these years, I [TN: Illegible, crossed out] didn't recognize most of them . . . even

14

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

though they were very generous with me, may God bless them, to the point where I started feeling shy of them . . . I would say . . . despite all that, I felt like a stranger in the country and even to the Brothers, I don't know why? . . . Truly, I don't know why . . .?!

Page Number [27]

*9/1/2000*, In the name of God the most gracious and the most merciful

Dear Hani . . .
The vast universe couldn't contain us; would the graves contain us?

After Khost, I returned back to Kabul a week ago or more, and then I took off to Jalalabad . . . I spent one week there with the Brothers to finish some business, and now, I returned back to Kabul two days ago.

Now, I'm in Kabul in an external room of the house that belongs to one of the Brothers. I may not stay more than a week here and then I will return back to Qandahar, God willing, and then . . .

And (The commandment of God must be fulfilled). . .

Page Number [28]

*9/5/2000*

It's almost seven o'clock in the evening

(And a country, such as this one, has no respect [TN: Illegible, crossed out] for time, such as years, so what if it's minutes [fraction of an hour]?) . . .

Anyway, do you know that I'm depressed? Yes, you might not believe that, but that's the truth [TN: Illegible, crossed out], what can I tell you . . . and how?! . . . Anyway . . . did you know . . . [TN: Illegible, crossed out] you should, and I might talk to you about a subject later, and I might not do it-as usual-
I can not [TN: Illegible, crossed out] talk to you about everything . . . [TN: Illegible, crossed out]

15

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

███████████████

Page Number [29]

*9/15/2000* AD

Today / Friday, the time / is 6:30

The place / I'm still in Kabul until now . . .
News from Afghanistan indicates that after Taliban took over Taloqan city, few days
ago . . . there isn't much left for them to control the whole country of Afghanistan.

The Brothers are hoping for the best,
Me too, but . . . I feel frightened. . . somehow . . . I don't know why . . . I'm afraid for
the government that has decided to implement the Islamic Laws . . . and the rule of God
on earth, (as it's obvious and God knows what's hidden), from conspiracies! . . . And
from the ones who preach ignorance . . . and their lack of experience [IL] if they're to
face the International Community . . .

Anyway, God is the help . . .
When the dust settles, you will know if you are riding a mule or a donkey [TN: Time will
tell] . . .
God is our help.

Page Number [30]

*10/18/2000*

I'm in Jalalabad again for the past two weeks . . . to oversee the process [TN: Illegible,
crossed out] of seeking the release of the Brothers who are imprisoned in Pakistan, and to
falsify a number of Passports for the Brothers who do not follow any of the groups . . .

And since a week ago or more, the revolt [Intifada] in Palestine intensified against the
enemies of God, the Jews.

And the demonstrations are on the rise in most Arab countries in support of them,
especially after the number of Palestinians that were killed at the hands of the Jews
reached 140 . . .

A huge explosion took place in one of the American Naval ships in the Gulf [TN:
Illegible, crossed out], specifically, in Yemen (Aden) in a suicide mission carried out by
two brothers in a boat or a small yacht killing 17 Americans and injuring 33.

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

███████████████

[TN: Illegible, crossed out] Praise God,
I pray to God to help me in executing my plan that I have been contemplating for the last
three years, a plan with three dimensions . . . (Remote controlled serial explosions, Serial
assassinations and burning forests and farms)

Page Number [31]

At a specific time, I pray to God to help us in this even though the technical aspect of it is
incomplete as of yet . . .

To bring America down to its knees and make it fall down on it's noise.

Page Number [32]

*11/15*

I'm still in Jalalabad . . . God is our help

Work doesn't end but I have to travel quickly for some more important work.
The brothers' work is the problem and what delays me . . . because most of them are not
affiliated with any group here . . . and my presence here was an opportunity for them to
finish their work through me . . . to purchase Passports for them and to do the Passports
and the Tickets . . .
To help in releasing the Brothers who are in Peshawar prisons and many other issues.

Anyway, I'm late . . .
But during the [TN: Illegible, crossed out] last few days, I met with Shaykh Bin Laden
one more time. . .Where, he is staying now in an undisclosed place unknown to anyone
since America is expected to avenge for the destroyer's explosion [TN: Illegible, crossed
out].

Page Number [33]

Sunday (*11/19/2000*)

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

████████████

Now, I'm in Kabul, awaiting the last meeting with Shaykh Bin Laden . . . and it's better to stay one day in Kabul and then I will head to Qandahar to travel abroad.
But Shaykh Bin Laden has sent a letter saying that we have to meet in Kabul within a week; therefore, I might stay here one full week or less until I meet with him.

Today *11/23*
Today I met with Shaykh Bin Laden to resolve the case. Which case? Of course I did not tell you about . . .

The Shaykh is proposing unity between us and the other [TN: Illegible, crossed out] groups for some time now.

Page Number [34]

Today is the thirteenth day of Ramadan
Or, the twelfth day of Ramadan in Pakistan

Now, I'm in Karachi . . . for the past three days . . .
Things are normal, security-wise. . . and I had to be in Lahore because that's what I came for, but it seems that the issue [TN: Illegible, crossed out] will take some time here, maybe a week [TN: Illegible, crossed out], and then we will see.
I don't want to hide this from you, and I would like to tell you that I will start a new phase after the closing of the military camp . . . may be temporarily . . . or permanently . . . so that I would dedicate my time for two important issues . . .

First . . . is [TN: Illegible, crossed out] an attempt to [TN: Illegible, crossed out] to smuggle some of the Brothers, who are specialized in Remote Controlled Explosives, into Israel . . . to open the door and to direct the rudder toward them . . .

And as for the other issue . . . I will inform you about it, or I might not, and as I told you [TN: Illegible, crossed out] before, I don't trust you, or to be more precise, I don't trust this notebook because it might fall in wrong hands. . .

Page Number [35]
*1421* H
Ramadan/*16*/1421H

The time is 7:30, and we just finished our breakfast[TN: eating after we fasted] meal, after fasting and after the prayer we drank (Dud Batea) Tea with Milk made Pakistani

18

way which they adopted from Britain . . . In the evening there's dinner . . . God willing . . . contrary to the norm . . . usually we break our fast and then have dinner after dusk, and the coffee comes after the nightly prayer, that's how it is . . . But what's important . . . that after a week, God willing, I will be in Lahore to start the task that I went back to Pakistan for.

And I would like to be honest with you that the topic, regardless of its nature, needs an effort and God's blessing at all times in order for it to stand on its feet . . . and that is the subject that I talked to you about last time around.

Page Number [36]

Ramadan/ [TN: Illegible, crossed out] *22/*

I'm still in Karachi . . . at the same place . . .
And tomorrow, God willing, I will travel to Lahore . . . but praise God, last night the security situation deteriorated badly. . . one of the Brothers traveled to Britain with a [TN: Illegible, crossed out] fake passport. He, his family [TN: Illegible, crossed out] and his two young daughters, one way [TN: Illegible, crossed out] or another, left Karachi easily.

But the Plane made an unexpected stop in Dubai, and they asked all the passengers to switch to another plane, our brother refused to go down [TN: Illegible, crossed out]for fear of document inspection. . . and when they asked him to get off the plane, he tried to reach the cockpit, as the Pakistani Newspapers indicated that he had Hijacked the plane or he wanted to force the pilot to takeoff to London, but they were able to capture him and was returned to Karachi, Pakistan.

The crime: An attempt to hijack a plane.
The problem: The new mobile phone number that I have acquired to finish my business through . . . The number of the person in charge of receiving the Brothers who come from abroad and taking them to the routes that lead to Al-Shaykh Military Camps.
Both numbers are with the brother . . . So I quickly terminated the contract, or to be more exact, we broke the Sim Card

Page Number [37]

That is being used to make the calls.
And God is our help.

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

████████████

Page Number [38]

Greetings      *2000* [TN: written sideways and there is a vertical line next to last zero 2000¹]

We are in *2/25/2000*   Dhu Al-Hijjah/1/? H

As usual, I did not talk to you until some time had elapsed.

I don't want to conceal from you the fact that I feel frustrated . . . when you have a dream and then you try to accomplish it but you are not able to, or more correctly, you fail, that will make you feel as defeated. . .
. . . Ouf . . .
But with the big dream and not with the big case . . .

I tried to do a simple thing . . . but I failed . . . that bothered me . . . but that's okay . . . life goes on.

I have [TN: Illegible, crossed out] too many projects . . . and ambitions.

But . . . things are moving very slowly . . . I might try the issue again . . . I won't be discouraged.

God is the help.

Page Number [39]
April/*1/2001* AD

The time is 10:30 in the morning.

I returned back to Lahore . . .

Even though I never told you that on the first day of the blessed Eid Al-Adha, I took off to . . . Afghanistan . . . for an important call . . . that I received from there. They said, you have to come today and immediately . . . and it was a feast day.

Anyway / I stayed there for about a month (Qandahar-Kabul), I finished few things, some of it was important and some of it was not necessary. Then I returned back here . . . peacefully with God's help.

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
**SECRET**

And I might go back "Inside" again, God willing, after a month. We pray to God to help me [TN: written sideways] finish the task that I have to finish during this month.

**The end**

UNCLASSIFIED//FOR PUBLIC RELEASE
**SECRET**

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1360 (RWR) |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |

# English Translation – Zubaydah Diary Volume VI

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



2111 W. Roosevelt Road
Chicago, Illinois, 60608-6700

File Number: ███████████████

Task Number: ████

Date of Document: Multiple Dates

Source Language: Arabic

Target Language: English

Translated By: ███████████████

Reviewed By: ███████████████

**VERBATIM TRANSLATION**

## Abbreviations

IL          Difficult to read due to quality of the original or the handwriting

*Italics*          English

Underlined text does not denote any special emphasis; it is used exclusively for

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

foreign language identification.

[TN: throughout the diary, the subject crossed out many words because he misspelled them. The correctly spelled words followed the crossed out words. The linguist did not note such occurrences and carried on with the translation. In cases where the subject had crossed out a series of words and changed his course and the crossed out words were still legible, the linguist translated and ~~crossed out the words~~. In cases where the crossed out words were illegible, they were denoted as [crossed out].]

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

In the Name of God, the most Beneficent, the most Merciful
Thanks be to God, Lord of the worlds, and prayers and peace be upon the messenger of God

1

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Dear Hani..

For a while, I want to speak to you about a matter..  I postponed it more than once, due to embarrassment within.

The matter pertains to the Libyan Islamic Fighting Group.  I do not know how to start.  I am one of the people who are against publicizing the dirty laundry in front of the public, I mean our scandals. At the same time, I see that there is still goodness in the brothers or the group, no matter what they did.  However, no problem, as long as I am talking to myself, meaning you, of what I feel.
What I mean is..
I used to see a lot of goodness in them.  The earlier brothers from them where the best of people in character during the period of the front lines, against the communists.  I used to admire their [IL], as they were with Mr. Sayyaf, and when they declared the establishment of their group, I examined their doctrine, I [IL] and felt that they took a lot from the doctrine of the Egyptian Islamic Group and the Egyptian Jihad Group.

I wish a lot of the brothers working in the arena, and a lot of the Sheikhs were following this written doctrine.

And I wished from the bottom of my heart, from their start, that this written doctrine be a daily living and implemented method, especially after the fall of the Armed Islamic Group in Algeria, in the talons of deficiency, then charging of infidelity, and other problems.

2

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

I became shocked with their behavior when they returned to Pakistan, after most of the groups returned to the Afghan arena, after they left it for a while, then they returned upon the return of Sheikh Bin Ladin to the arena.
(What I mean by "They left it," meaning they shifted their work to the outside of the arena, although some of their personnel were available..)...

I say: when they returned, I was almost alone, there were no public guest houses, except for the Martyrs' House, and no public camps, except Khaldun..

God knows best, I did not neglect them, in whatever they needed.

In short, with the return of the deals with them, let us say their personnel, so that we would not include the whole group, for I sensed how intensively materialistic they were, and their attempts to obtain their own interests, on the account of others' interests, and by "others" I  means me.

I noticed that they are trying to use cleverness, or to be precise slyness, in matters.  I deal with them with brotherly manner and loyalty, while I do not lack cleverness, or even slyness..  So this offended me.

And while the other party that opposes them in Libya (the Martyrs Movement) was trying its efforts to contact me and Khaldun, to prove its presence in the Libyan arena

3

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

I used to ignor the matter, so that a dispute would not happen, or a rivalry, such as the rivalry of the parties in Afghanistan.

They used to send me their reports, and I would not try to publish them, so that it would not be seen as two groups trying to obtain [missing text] in Libya, and that they are rivals.

I heard and read about their attempts [missing text] operations, (the Martyrs Movement) members said that they are operations [missing text].  Through the following years, I heard and read about problems [missing text], rather the background, and, and, and, with their members and others [missing text].  But I did not speak or talk to anyone, because I was [missing text] see that there is still goodness in them, for they are a group [missing text] the apostate rule in Libya...

However..!!

When I left Peshawar, I used to avoid them the best I can, so that problems would not happen between us and them [IL].

When I settled in Islamabad, I decided not to deal with them, except from a distance, in simple matters, such as a breaking the fast meals for families and simple assistance that came for families in general, especially after a specific incident..

They asked me to recommend brothers from within them to some brothers or Sheikhs in Kuwait, in order to present their group's situations, so that they can assist them financially, and I did, indeed.  I provided them with addresses and telephone numbers of brothers who can help them with that..

4

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Months passed afterwards..

I noticed that the brothers in Kuwait who used to assist us in the matter of Khaldun have stopped doing so, so when I asked them, one of them told me that "The Libyans whom you introduced and recommended to us said that Khaldun is useless [missing text] Ibn [son of] Al-Sheikh are training the people and then leaving them, so what is the benefit.  [Missing text]..

[Missing text]..  Such and such.
[Missing text] and no strength, save in God..

[Missing text] the matter..  I forgot them and got busy with my own problems [missing text] (Khaldun and the Martyrs House)..

[Missing text] our activities were getting better, thanks be to God..  [Missing text] one of their officials to meet me, and at that time and ever since, I was [IL], and I would not meet any of the groups, except by telephone, or I would send someone on my behalf.

So when I met him, he called for cooperation in some matters, including financial matters.  I told him frankly that I would not like to deal with them, for what I noticed in them, or in some of them..  He admitted to it and said that any group does not lacks such matters and mistakes, etc..., and that he will deal with me in a brotherly manner, anyway. we agreed to cooperate.

So when Khaldun was shut down, I had to enter Afghanistan, to assess the situation..  [Crossed out words read:  and I had cooperated with them in equipping]

5

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Before I did [missing text], so he promised to assist [missing text].  So when I entered [missing text] and their daughters (it includes the grade [missing text]) controlling my thought.  Especially that [missing text] his life in Afghanistan, but he first sees [missing text] without attaining the appropriate education.  At the same time, one of the brothers, who is in charge of a relief agency in London, who cooperates with us, came and did the project himself, in collaboration with a number of the groups' officials who are present in the arena, and he established a board of trustees of the school, comprised of all the groups, so that none of them would have the monopoly to his own group, without the other parties or opponents..

With the grace of God..

The school was established without anyone's knowledge of its link to us, such as Khaldun.  Some of the matters, we did not want our relationship to the brother and his relief agency in London to be known, such as Khaldun, (as a precaution from the future and its uncertainties)..
Secondly, we did not want to carry the responsibility of the school, or more precise, its problems, as long as the brothers (school board of trustees) from all the groups took that role, so may God reward them with goodness.
We do not have the time to devote to it, neither I in the outside, nor Ibn Al-Sheikh [the son of the Sheikh] in the inside.

The school was established, and months passed, and I was surprised with publications or [missing text] bearing photographs of the school, some of its students, and bearing the name [missing text]..  I know it belongs to the fighting group..

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

[Missing text] because I do not want anyone to know [missing text] in London, which supports the school, rather, it is [missing text] and it spends on it from A to Z..

So when.. When I left Afghanistan [missing text], I contacted the brother, who is in charge of the board and the school, to ask about the matter.. Is it a deal between them to bear part of its expenses.  I was surprised when the brother denied it completely, rather, he answered with anger towards their behavior, as he himself was shocked from this matter..  [Crossed out words read: and I found out that he heard about the matter from other sources].

He told me that he knows about the matter, and that this behavior affected him, as the donors feel that there is some kind of game in the matter.  He says that he is the only financier of the project, then they inform him that other parties collect funds for the same project, and present to him the fighting group's flyer, using their organization as a front...

I kept the matter to myself so that I can deal with them when I go to Afghanistan..

Another matter, I contacted the donor who [IL and missing text] they Libyan group, and I admonished him [IL and missing text] as we agreed, and I was surprised with what he said.  He said that he [missing text] the Libyans (the fighting) and asked about me [missing text] where I was??!!

7

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

[TN:  pages 8 and 9 are out of sequence, so page 9 is translated here before page 8]

.. He said that he gave them the assistance that would be enough for them for a while, and gave a large sum of money for the Arab orphans, just as him and I previously agreed upon.  He apologized for giving it to them when he did not find me..  I said (no problem, God willing they will distribute the money to the orphans who deserve it).  But strange how they said that they do not know my location..?..

Anyway, I returned to my previous convictions about them, especially through my first entry into Afghanistan, I met with a lot of brothers who left their group and heard their problems, but I did not respond to them.  They attempted to make me stand with them, in order to expose the group or to obtain their stolen rights (as they claim), but I apologized and promised to give an advice and try to correct..

And I did not inform them any of my personal convictions about the group, so that they would not use it against the group, even though I truthfully felt that some of their statements conform with what happened with me, or correspond to what I feel about the group.

So when I returned to Afghanistan again, I spoke to one of their officials (he is the same person who previously spoke to me about cooperation), and I was compelled to tell him that the organization that established the school and spends on it belongs to us, so there is no need for you to act inappropriately, such as collecting donations in the name of the school.

9

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Otherwise, it would have been the right of any of the other groups to do the same thing, especially that they collaborate with the (board of trustees), rather, they are members of it, which manages the school.

He apologized and said, justifying that they did that, fearing that the assistance for the school would cease.

Regarding the brother, the donor, he said that they really did not know my location..

As for the orphans' money (I did not ask them about it until those in charge of the orphans asked me, as they said not even a rupee was received from the fighting [group])..
They said that they distributed it on the Afghan orphans..?..
I said that the Afghan orphans receive assistance from many sources and it is not confiscated, as for the Arabs and their assistance, they are prohibited from any assistance and from any agency, even if it was Islamic, because they are terrorist, as it is said, in the event of a siege against Islamists in Afghanistan.

When I returned, I called the donating brother.  He said that he stopped the money for the Arab orphans only, and that it is nobody's right for interpretation..  So I said "Ugh.."

Anyway, due to other matter later, I found out that it is better to stay away from them.

Rather, I also noticed that a lot of the brothers reached

8

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

the same impression.. I do not speak to anyone, especially the new brothers, trying not to publicize the dirty laundry in front of the public. However, I used to hear the brothers' statements, so I used to sigh and become sad for them, but, what can I do..?..

When I advised, rather, more precisely, when they came to me for the sake of advice in the same matter, which is their reputation, which started getting worse on the Jihad arena in Afghanistan.. I promised that I would [IL] from them, and I advised them to end the simple problems with those who oppose them, if the problem was merely a simple sum of money, a passport, or any such thing, and not to persist on doubts. However, with time, I found out that they had the same impression that I have about them (about some of them, not all), is present with a lot of brothers, and regrettably, the same impression about them is present with a lot of groups working in the field.

Everybody says, and I also say, with all honesty, may God guide them.

But I used to advise them, and tell others "Why don't you talk to them when you hear something, to verify it from them, they might be unjustly treated.." They would say "We do not want problems." When you give advice, some will oppose you.

Here, I attest that they are good and devoted brothers; however, some of their behaviors need to be reexamined, and they need to deal with people with more loyalty. And oh Lord.

10

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

And I also assure, that maybe a small group that leads in some matters, ruins the reputation of the whole group..

And nobody denies that it is a group that was established to support the religion of God, and to fight the apostate ruler in Libya..  And within are the best of people, a lot of brothers, and the work of an individual or two, or a small group, in fact does not represent all, even though it ruins its reputation.

We ask God to guide us and them.  I, and God is my witness, ask for all the goodness for them, but..

When I used to advise them, they thought that I was [IL], and when I used to avoid them, they said "He is talking against us."

So what can I do?..  I seek God's assistance..

11

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

9/28/2001 AD
7/9/1422 H
Greetings..  Dear Hani..
And..  Sorry for the abandonment..

Before I start, let me go back and retract with you in time, to tell you the details of what happened with me during the months that I did not talk to you through a book or daily memoirs..

So..  Maybe four or three months ago, I entered Afghanistan through Quetta - Kandahar, carrying 50,000 dollars as a lacking effort, meaning an amount that is not much to participate in any Jihadist operation against the Jews..  Before this, and during my previous entry, I have agreed to work with a number of groups or members.  When I visited [IL], I started my contacts with the brothers and Sheikhs, and thank God, I received good responses, and some [IL].  I received the amount and proceeded this time [IL] promises of other (bigger) amounts..  God willing, for other (Jihadist) operations against the Jews as well, rather, specifically for the Jews, the enemies of God, especially at this time as the intifada in Palestine is at its extreme (operations inside or outside Palestine, wherever they are found)..

Anyway:  I entered Afghanistan, and as usual, whenever I enter, I lose track of time, as time has no value there, therefore, you find me unsure when I entered exactly, four or three months ago.

12

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**
12

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

And I do not know what day it is, Saturday, Sunday, or Friday, nor did I know in what month, in both Islamic and Gregorian calendars..  (And I did not write the date of these pages until I asked the brothers around me).

I entered and the people were waiting for the new operation, which Sheikh Bin Ladin announced..  By "people" here, I mean the brothers inside, and even the enemies, the Americans and their allies outside.

The state of high alert around the American embassies were started in every country, and the American war ships sailed the high seas, fearing that its fate would be the same as (the Destroyer Cole), in which God took the revenge of the faithful by its hit.

But the first operation previously declared was delayed..  One, two months [IL] I am still waiting for it, in the inside, of course, fearing its reaction outside [IL], especially in Pakistan..

During [IL], I found more than one of the research results [IL] Palestine, or operations within it..

On the 11th of September, a passenger airplane hit one of the giant towers of the World Trade Center in Manhattan Island (New York), and people were surprised by something that was unimaginable..  As soon as they caught up their breath, another airplane hit the other tower, so screaming and crying was heard and the surprise was magnified.  A third airplane hit the American Department of Defense building (the Pentagon).

13

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Then, the fourth airplane tried to hit the White House, but it did not hit the target, so it swerved away from its target, then we heard later that it crashed or was downed in another location, and news kept coming..

One of the two buildings, or towers, as some call it, collapsed, and was followed by the other tower.. Other buildings around the location collapsed.. Aside from the international uproar that prevailed in the whole world..

People expected (50,000) dead individuals, even though only hundreds were declared dead. Analysts declared that such an operation in this magnitude cannot be carried out by a group, a state, or even few states together, due to the precision and calculation, but through the days, they declared that Bin Ladin is the first possible suspect.. Then America declared that it will retaliate, and started mobilizing the countries with it.. Whoever is not with it is with the terrorists, and it started preparing for action against Afghanistan..

This was outside..

As for the inside, happiness was not enough, as soon as the news came out on the radio, lambs were slaughtered, and juice and sweets were distributed for several days, and then, preparations started for the counter attack..

News on the radio reflected American threats and preparation, close to a world war, while we were in a state of elation that only God knows.

(This is a summary, and with narration, I will write about matters that happened during this period..)..

14

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

As for now, I have been in Khost since a week ago, in the setting of the security and military preparation platform which Sheikh Bin Ladin is doing, to confront any American military landing..

Work is at its highest degree, buying weapons, arming those without a weapon, storing weapons, preparing locations and lines of confrontation, and preparing ambushes..

As I said before, the people outside are at the peak of anger, fear, and preparation, while we are preparing our matters calmly, with loud laughs from time to time..

And the fear of some, rather most of the Arab families in Kabul, from the possibility of a revolt by the Shi'ite or Mas'ud supporters in Kabul, that any anticipated problem happens, such as missile strikes or landing, so they would revolt against the students [Taliban], or they would try to take their revenge against the Arabs, after they became sure that who killed their leader or hero (Ahmad Shah Mas'ud), were two brothers from the Mujahidin who blew themselves up with him, in order to end his problems..

This was only one day before the explosions of America, so happiness spread among all the Afghans from the Taliban and their supporters, and even those who disagree with them from the Pashtun, and sadness spread among the Farsawan or those who support the Northern Alliance..

The idea of killing him was to end the objection of the Taliban (their officials) on the Jihadist actions outside Afghanistan, and they used to justify their objections by being preoccupied with fighting Mas'ud

15

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

So if he is killed or his incompatible and opposing role ends in Afghanistan, no problem.  But Mas'ud's thorn was intense and huge, right in the throat, and so many years the Taliban, rather Hikmatyar before them, tried his efforts to end him, but it was not feasible.

So the brothers in Al-Qa'ida Organization decided to get rid of this traitor, so the idea of killing him was a supporting idea [text missing] the original one in America..

So two of the best brothers were sent as journalists [missing text] a long and precise arrangement), and blew themselves up [missing text] with Mas'ud..  So thank God..

This was a sign to start [missing text] the martyrdom and the power symbols [missing text] in New York [missing text], so thanks be to God alone.

And regards.

16

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~
16

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

9/31/2001 AD
Rajab/12/14221 H.

The matters here are still very calm..

We are still awaiting the reaction of the Americans, while I am awaiting for operations [missing text] against them and the Jews, before or after their reaction.

We are completely certain that even if America and its enslaved followers [missing text] a special missile for him, we will only get the feeling of a pinch [missing text] the messenger of God, peace be upon him, if we are killed, we would be martyrs.

[Missing text] and the enemies against us, and we seek death [missing text] the enemies against a foe who loves death more than life [missing text and IL].. And we will not stop, as the burden has been too much [missing text] to conquer them as we used to before.

[Missing text and IL] rather from the countries [missing text and IL] the Arabs, and the Islamic states [missing text and IL] such as Pakistan, which [missing text] and offered itself as a slave.

17

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

11/14/2001 AD [TN:  writer wrongly wrote November instead of October]
Rajab/26/1422 H

The aerial strikes are still ongoing on Afghanistan, and more victims from the civilians are falling, even though in small numbers compared to the amount of the missiles used.

And until now, none of the Arab terrorists, as the Americans and their allies call them, are killed., and none of the Taliban officials..  The dead are within the poor populace.

The fright from a biological (germ) war in America started spreading and overwhelming the people there.  So far, one person has been killed and eight or seven have been infected, so thank God.  The fear of flying in an airplane in America is threatening the aviation industry and the airline transportation business..

What aggravated the situation is the announcement of Sheikh Abu 'Abdallah Bin Ladin, who advises the Muslims in America not to use the airlines, which is a meaningful message that pertains to all, so that all would be afraid and nobody would use the airlines, thus the losses of this sector increases..

18

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Friday, Sha'aban/1/1422 H
10/19/2001 AD

I am now in Kabul, since two days ago.

Since I entered Kabul, the missiles have not calmed down.. Explosions continue, and with each explosion, the house shakes, and you would think the explosion is by your door or the next room. At night, I would wake up ten times on the sound of explosions and say (For me, God is sufficient and He is the best disposer of affairs), and then return to bed.. And so on..

Until now, the situation is normal. None of the Taliban officials have been injured, nor any of the Arab Mujahidin.. Unfortunately, the injuries are in the ranks of the populace..

A missile struck a village in Jalalabad, annihilating everyone in it.. And then the Americans declared that it was an unintentional mistake..

Injuries in Kabul and Kandahar, women, men, and children.

And the anthrax germ is spreading in America. Fear is overwhelming the people's thoughts there, even though I do not expect it to be that effective [IL]. Everyone there expects Jihadist or terrorist operations, as they call them.. That it would happen in America..

Today is your turn, America.

19

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Today, your turn has come, America..
Today is your day, America
Cover yourself with your flag which [IL] the soldiers
Hide behind the airplanes
Behind the submarines, behind the borders
Hide behind the missiles and nuclear weapons..
Hide behind yourself [crossed out words read "Behind nuclear weapons"] [IL]
Take all the security procedures..
We have sworn that you would not enjoy
And swear today to fulfill the promises..
We have thrown away the sheath
And today raise a reaping sword..
[Crossed out words read "Scream as loud"]
[Crossed out words read "Today is your day, America"]
Scream as loud as you can
Run as fast as you can..
Cry your eyes out..
Today is your day, America..
History is writing a memorable day..
[IL, crossed out words]
[Missing text, IL, crossed out words]
[Missing text] the witnesses

20

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Today is Sunday..

We are in Jalalabad since yesterday afternoon..

[Missing text, IL] the enemies of God showered  us by a heavy bombardment [missing text] today.  Nothing until now (we ask God for safety) [missing text] on high alert and high morale [missing text] fighting America.

[Missing text] Basar Al-Masri, one of the good brothers from the Islamic Group [missing text] was killed by mistake..

[Missing text] the brothers a small bomb from a cluster bomb [missing text, IL] one of the brothers at him, so when he threw it, it exploded [missing text] brother Abu Basar.

Radio stations started saying that he is one of the top assistants of Bin Ladin, etc...  Boasting.

But the brother is not as such, he is big in our hearts, but he has practically no connection to Bin Ladin..

They are exaggerating the incident in order to feel some type of false victory ecstacy.

Few days ago, America launched a land assault, using [IL, missing text] commandos on Kandahar..

This is how we heard the news on the radio..  And we heard through communication and from the brothers [IL, missing text] that the helicopters which [missing text]

21

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

as soon as it landed on the ground, the Afghans of Kandahar popped out from under the ground and showered them with armored piercing bullets.. And then..

On the radio, we heard.. An American helicopter went down in Quetta and two American soldiers were killed??

As for the Afghans and the Arab brothers there, they said "We downed two American (helicopters).." And more than 20 soldiers were killed..

And we noticed that the bombardment decreased for one day and then resumed as it was..

Anyway/ [crossed out word reads "Still"] the situation is good.

And we ask that He make us victorious against them.

22

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

In my trip, God afflicted me with a group that is uncoordinated and not homogenous. An individual who has sensitivity, even towards himself, washes his hands a hundred times every day.. If he shakes hands with a man, he would wash his hands, feet, and maybe his nose and mouth.. If an individual hugs him, he might wash (might also [IL] with soil.. I am not saying that he is obsessed with cleanness, as he is not clean, his hand is up his nose all the time.. Anyway, he is very annoying..

Another one whose nickname is Washwoosh, I do not know what to tell you about him, he is maybe 38 years old, but he is younger than that by centuries, a human being who is not stupid, rather, sometimes you feel that he is a genius, but sometimes he is like a child of a very simple human being.

This simpleness of his makes him subject to sarcasm and comments, and he is not spared from my own insolence..

The third is a brother whom you know!  He is 23 years old, married, and has two children.. Even his daughter does not call him daddy or father, maybe because she is not convinced he is a man or father..  He also likes playing and fighting with his friends at the [missing text] and [IL] with all, who is stronger than him and [missing text] (his body is small and somewhat short), but he is [missing text] with all and jokes with all.

23

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

And the fourth is Abu 'Ayid (Al-Dik), he is like the angry smurf.. He has a negative opinion about everything.  I am not saying that he is repulsive, on the contrary, the brother is kind, respectable, skilled with the computer and internet, and loves to work, but...

He has opinions that are not wrong; however, his insistence that they are right and whoever opposes it is wrong.. That is wrong.

As for the actions and opinions of others, he must find a negative thing in it, and this is where his negativity is..

And I, the weak servant..

I do not vindicate myself.. I might be a group of homogenous things mixed together in the form of a human being..

And here, I do not lack criticism..

24

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

10/29

Time is now seven o'clock in the morning.

Since yesterday evening, I have been in Kabul..

The American bombardment is increasingly audacious in killing the civilian population, and the bombs are exploding in the residential neighborhoods, but there is a comment:
World news, radio and satellite channels, are imagining that Afghanistan has been destroyed..
And millions of dead, etc...

But the matters are very normal.

The brothers in Kandahar are worried about the brothers in Kabul and other locations..  And we in Kabul, being affected by the news, expected Kandahar to be gone..

But Kabul is well, the brothers and Taliban there are well, Kandahar is well, and the brothers and Taliban are well.

Praise be to God, although of the missile and bomb strikes, the Taliban is still controlling the matter very well, and the matters are good.

Poor America.  What can America do in front of Afghanistan?

Nothing, except for a nuclear bomb [missing text]

25

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

And by then, we can do the same thing..  If God enabled us.

26

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

11/3/    AD

I am now in Kandahar, since yesterday.

The situation is good..  Only there is no electricity..

News from the brothers and Taliban say that an American airplane was downed at (Mazar-e-Sharif) by the Taliban, and the news on the radio say that it crashed due to bad weather..

Other news say that two other airplanes crashed, and (40) Americans died on board..

Radios only said that they were injured, then it said that they were killed.

Thank God..

27

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

11/4/    AD

.. The marriage issue.. It appears that it started to become feasible.. Thanks be to God alone.. But, in these circumstances, it might not be appropriate.. I really don't know, but, truthfully, maybe I cannot wait any longer.. Life without marriage, more precisely, without a wife, is hard, without children, sons and daughters, is really hard..

It was inappropriate for me to get married before the older brothers in Khaldun Camp, and more senior in the Jihad..

I am the person in charge of arranging the financial matters for them. I was - as I told you, it is very difficult to start with myself before them.

Now, thank God, all of them are married.

And those who did not get married, [IL, missing text].

Anyway/ I am on a trip [missing text] Samira, if God predetermined it, [IL, missing text] and also for the Taliban, [IL, missing text] if God eased it, in this blessed month [missing text] coming Ramadan). We will try to sharpen the determination of the people, we ask for success from God..

[Missing text] marriage, but, another time.

28

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

There is another impediment..

I had decided not to leave Afghanistan now, while we were in a war environment..  At least during the blessed Ramadan.

And.. God might grant us martyrdom, but, the need to obtain money at the present time made me move..  And

May God assist..

Regards..

29

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Today is Friday
11/5/2001 AD

We are still at the same center (collecting weapons and then distributing them), and the brothers are distributers..

A group in Takhar (the North), of course with the Afghans, and they have been there for a while, before the strike against America in its own homeland, and even before the martyrdom operation that the brothers executed against Mas'ud..

And an old group on the Kabul (Bagram) line for many years, and news groups that came, as I told you, in order to open protection and fighting lines in [crossed out word reads "Kabul"], Khost, and Jalalabad.. And what is expected now, the frail international alliance commanded by America might support the fighting lines in the North, and in Kabul, with money and ammunition, and might help the opposition movements inside the lands controlled by the Taliban.

Maybe the allied army will come, or at least attacks from Pakistan, through Khost or Jalalabad, or both, and the possibility of shelling only, or shelling and landing, etc..., and a lot of possibilities, all of them are possible..  We have nothing else other than preparation as much as possible, then patience, and God will make his servants victorious..

30

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Initially, I thought of staying here, as long as the battle is predictable, so if God saved us, or more precisely, God did not choose us as martyrs in it, I have a long plan that I postponed, I might carry it out in Pakistan or through Iran, in order to work against the Jews inside Palestine.

Although the situation in the world and even in Pakistan has changed completely after the operation, especially after America announced the names of those wanted by her, accusing them of international terrorism, and my name was within them, of course with Sheikh Abu 'Abdallah Bin Ladin, Abu Hafs, Sheikh Ayman Al-Zawahiri, and others.  Those names were distributed internationally, and my movement afterwards might be difficult, but, no problem, at that time, I will see the right solution, God willing.

31

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

11/8/2001 AD

Yesterday, at 9:30 at night, Afghanistan's time, maybe before that ~~day~~, the international alliance led by America, shelled Afghanistan.  Missiles were sent to Kabul, Jalalabad, and Kandahar.  We are in Khost, and nothing has happened so far, and they said even Herat and Gardez.  But, as soon as we heard the news, we carried our weapons and ammunition bags, and spread around the location, full of zeal by God (not fear), and eagerness to kill the enemies of God..

But, nothing happened..

And today, we learned that Kabul was bombed more than once by airplanes, maybe three times, God is sufficient to us, and He is the best disposer of affairs, and (50) cruise [missiles], we ask God to make our brothers successful here, or to give success to our brothers from whom we are awaiting the new operation against America.

Oh God amen.


11/9

Yesterday again, at ten, maybe before or after, the airplanes bombed again, and they said:  15 cruise [missiles]..  [Missing text] this time, only Kabul and Kandahar..

[Missing text] the previous one, before dawn, we hear the sound of an airplane [Missing text, IL] returned to Pakistan (on its rulers [missing text] from anger and wrath..)

[Missing text] may God reward him with goodness, and this is for clear justice, since

32

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

the first strike, and he rises in loud demonstrations, but, if only demonstrations transform into Jihad.

If only the populace, rather, even the scholars break the barrier that impedes the people from movement, which is that the policeman who is fighting him, or the ruler who is ruling him, is an infidel, or in the ranks of infidelity, so there is no offense in killing him..

America distributed quantities of biscuits and other food items by airplanes, on certain tribes, so what the people did was to gather the scattered quantities and burned it.

I did not tell you, the tribes in Afghanistan and the combined tribes with Pakistan ~~and the tribes of Pakistan~~ have declared Jihad. The American threats had a role in the solidarity of these tribes and to agree on one thing, which is to kill the American infidel..

God is the greatest and thank God..


11/11

Time now is eight o'clock in the morning, and we just ate breakfast?!

We were talking about yesterday's strikes on Kabul and Kandahar, as the treacherous strikes are still going on [IL, missing text] and we are still waiting for the new operation..

33

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

November/13

News continue..

.. Indeed, (Mazar-e-Sharif) fell two days ago.  Today, Kabul fell...

The Taliban withdrew miraculously.

(Oh God, the ruler on every ruler, the best one who is called upon to uncover the [IL])
(The worshiped king [IL], the universe and the world and Has no [IL])
(He had no beginning and has no end, He does whatever He wants with His dominion)

The situation was normal, but suddenly, they withdrew, and the line was broken..

In Herat, the Shi'ite enemy carried out a surprise movement and controlled the location..

Some of the Taliban withdrew and some were killed..

A group of Arabs were surrounded by the Shi'ite in a guest house made for them there?..

[Missing text] the Shi'ite from them to surrender, so the brothers refused [missing text, IL] that
they, meaning the Shi'ite, like to [missing text, IL] and that they are not enemies, and they are

34

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

promising not to kill them..

So the brothers refused..

So they threw grenades and the (*RPJ*) [*sic*] on them.

Anyway, the governor of Herat, who is an old Afghan Jihadist brother, swore to rescue them.. Indeed, he did, he went out with a number of vehicles (pickups), with full equipment and weapons.

He stormed the location and killed whoever he could, and rescued the brothers.  Sorry, this is a quick summary, without any details, and I will talk to you later.  And regards.

35

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Sha'aban/28/1422 H

Time is 10:30 and Kandahar is in a state of alert..

One of the brothers saw a dream, he saw that I was being killed, so I rejoiced with that..

But, will I really get killed.. Really, after all these years and I was wishing martyrdom in the sake of God, He would give it today or tomorrow..

(The brother saw me being killed before Ramadan) and Ramadan is tomorrow or the day after..

Maybe it is just a vision or dreams.

Anyway...

I swear to God that I wish for martyrdom, even though I do not want the Americans to rejoice, by killing one of the Mujahidin..

And I wished to see America's fall and destruction, and the destruction of the State of Israel, and I wished to torture and kill them myself with a knife..

[Missing text, IL] the Muslims waited and the infidels fell [missing text] in the sake of God, and God would bless me with paradise.

36

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

[Blank page]

37

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Another thing..

If we got out of this battle safely, and we ask God not to get out of it, except with the medal of martyrdom, it is enough for us..

God is my witness, I would like to torture the enemies of God.. All of God's enemies, from the Christians, Jews, Idolaters, and the apostates, rather, even those sects that are astray, which swerved from the Islamic Shari'a [law], such as the rejecters, [Shi'ite] etc...

God is my witness that I want to fight and quench my thirst from them all, especially the Americans and the Jews at the time being..

And I want to serve this great religion, with all my ability, and to serve Jihad, until a strong and modern state is established for Islam, implementing God's law entirely, that terrorizes the enemies of God, so nobody dares, whether a state, individual, or a filthy group like the Zionist Jews, to harm a Muslim.

[Missing text, IL] I want all of this, but, martyrdom [IL, missing text], and what harm is there for me if I am killed in the sake of God.  [Missing text] a martyr, before all of this..

38

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Anyway/ What I mean, and sorry for the digression, I say: if we came out of this battle with America safely, I have long plans against the Jews, we ask God for success. Actions against them in the inside, inside Palestine, and actions against them outside, wherever they are found..

(I have told you about that previously..)

But, my extreme zeal for that ruins the pleasure being tied up [here], awaiting the American enemy and whoever is allied with it..

Nine o'clock at night
I might travel tomorrow or the day after, God willing, to Kabul, passing through Logar, then to Jalalabad, then Kabul again, then Kandahar, and then Herat.

Letters came from brothers in Iran, who arranged certain required matter for us [crossed out].

Regards.

39

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~
39

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Anyway/..

We believe that there will be no enablement without affliction..  And that even if we lost Kandahar itself, God forbid, God will [missing text, IL] on us (hearts would jump out of the chests).

Whatever the affliction might be, we ask God to help us keep the faith..

We will not leave the enemies, the operations on coming, thank God, and if we are killed, Jihad remains, thank God.

40

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

[Blank page]

41

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~**SECRET**~~

Sha'aban/29

Yesterday, after dinner, we went out on a security patrol around the city, until dawn, inside a vehicle, fearing internal movements, with a number of other, scattered vehicles.

One hour before dawn, airplanes fired many missiles, and we did not determine the location of its explosion..

Anyway, we returned at dawn, prayed, and slept deeply, but I only slept two or three hours..

I woke up to really bad news, it devastated us, by God.

Sheikh Abu Hafs Al-Masri (the commander), the second man in Al-Qa'ida Organization, was killed along with a number of our brothers..

A filthy thing that one of the hypocrites definitely did, as he pinpointed the location in a certain way, with electronic chips thrown at the location, so the airplanes detect its frequencies, or something like that.

No problem, there will be no enablement without affliction.

And we ask for forgiveness, health, and steadfastness.

42

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

Ramadan/2..

Praise God..  When they took out the bodies of the brothers from the rubble of the building, which the American airplanes struck with 12 missiles, and the body of Sheikh Abu Hafs Al-Masri was in it..

The bodies were completely whole, not torn to pieces as usual..

The deep craters caused by the missiles reached many meters, but in spite of that, all the bodies that were unearthed were whole and all the brothers looked like they were asleep.  And Sheikh Abu Hafs looked like he was smiling, praise God..

The Afghans thought that was strange (how come the missiles did not tear them apart..)..

Some of them were bleeding from their ear, nose, mouth, or all of it..

While digging to take out the bodies, some Afghans were helping us.

The next day, an old Afghan man came

43

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

with an axe and started digging in a certain location, so one of the brothers asked why he is digging here, we have searched and there are only four bodies which we did not find yet..

He said that he saw in his dream that and Arab was calling him to help him, so that he would not be buried, and he is under this location exactly..

So the brothers dug until they found the missing body, and the Afghan asked, is his name.. (Mansur).. They said: yes, how did you know?..

So he said: I saw that in the dream, an Arab named Mansur.

Praise God..

They searched near him, so they found the other missing body.

Within the debris, they found one of the brothers (Hamza Al-Suri), waving with one of his hands, so they got him out and he was completely unharmed and not hurt, except for some bruises, although it was strong, but he did not even have one cut, however; he was stunned.. He was the only survivor, and we found out later on [IL] found him in the hospital, he forgot what happened completely, without forgetting anything else.. He remembers everything, except the day of the incident and the day before only..!

44

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Ramadan/2

Twelve o'clock.

Yesterday, Mulla Umar, the Emir of the country and the faithful, announced his decision to fight until death, and not to surrender Kandahar.

He gathered the commanders who support him to death, in order to return whatever was taken by those hypocrite and apostate Afghans.

Regards.

45

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Ramadan/4..

Yesterday, three o'clock at dawn..

Two missiles were fired at Al-Wafa' Organization for humanitarian services headquarters (which is an Islamic organization dealing with Afghan relief as a whole, children, orphans, widows, digging of artesian wells, distribution of food, etc...), and this is the second time that Al-Wafa' Organization has been hit by American missiles..

The first time, five new brothers were killed and this time, another brother was killed.

Anyway, due to the scary sound, the brothers ran out of their homes, anticipating it would be bombed..

Indeed, the home of one of the brothers was bombed, with a number of Arab women and their children inside, but none of them was hit, and the brother who owns the house was killed.

And in a nearby village, where the brothers leave their families (their wives and children), the brothers went out, too, each one in his personal car with the wife and children..

Midway [crossed out] between Kandahar

46

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
SECRET

and the close one, three cars of the brothers met, so they stopped for a discussion, while the sound of the airplanes was all around them..

I and the group, with other groups responsible for security protection of the city, in case any emergency happened, we almost finished our long guard duty, from dinner until midnight, getting ready to surrender guard duties to those after us, so we heard the sound of the airplanes, did not stop guarding, and continued with the other group.  The brothers were in a state of emergency and ready with all of their weapons, until we heard the sound of the bombing on Al-Wafa' Organization, and we did not know that the explosion was there..

So when we found out at six o'clock in the morning, groups went out for assistance.

When everybody was done from assisting Al-Wafa' and reassured of the safety of the others, while the sound of airplanes and explosions ongoing, we went out searching for a place to sleep at, after staying up for the whole night..

Suddenly, we heard a call for help on the radio

47

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

saying, help us, [crossed out] there are brothers who are killed and injured, so we went out to the location quickly..

The American airplanes ([IL]) took advantage of the stopping of the cars that left the city and village, and started firing at them with missiles from the helicopter and machine gun fire.

From three o'clock until five o'clock, firing was continuous on the brothers, so one of the injured brothers had a chance and called us, while we were hearing the sound that was far from the city, without determining its location.

When we arrived there, we found out that the three cars were completely destroyed, 4 brothers were killed and 6 sisters were killed in the cars with their children, and a number of injured, having various injuries..

Within the dead was (Hamza Al-Suri), who was in the house where Sheikh Abu Hafs was killed, and he was the only survivor that day, and the first to be killed today.

Praise God, his fate came to him, but nothing happened to him that day, although the house was completely destroyed and 12 strong missiles hit it, and he was not killed, but today, he was killed by a simple bullet, praise God.

48

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

I might tell you about this young man, Abu Hamza Al-Suri, later.  However, whether I told you later or not, I must record a special memoir about him later, which is (this young brother was attached to me in a strange manner, I myself was amazed by it..)  He really used to [crossed out] as it is said..  May God has mercy on his soul..

[Crossed out words]

~~Note~~:  When we arrived, the brothers had already rushed to the location and carried the dead.. [crossed out] one of them told me:  "When we arrived, we saw what hurt our hearts."  A number of women, wives of the brothers, faithful with their veils, and mixed soil and blood was all over their clothes, creating a sticky mud with strange color..

Some of them, we did not know that they were women, except by their long hair, so when we cleared the soil from them, we found out that they were women..

He said:  "I carried a number of children feet with my own hands, while the beautiful shoes were still attached to them.."

A small foot or hand, this is all we found from the children from the cars that were completely destroyed..

We carried the flesh that was spread from the burned iron, and sometimes, we were scraping the flesh off the remaining car pieces..

49

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Ramadan/6/1422 H

It appears that suspicious movements are beginning now against Kandahar.  One of the leaders who oppose the Taliban, from the side of (Herat), the city that recently fell from the hands of the Taliban, decided, or he was pushed to attack Kandahar, or started preparing for that..

Now, nothing is left in the hands of the Taliban except for the Province of Kandahar, and Kunduz, where the Taliban and Pakistani fighters were going and getting near it, after the fall of Takhar and Mazar-e-Sharif.

As for Khost, Logar, and Jalalabad, news are not clear until now, latest being that the Taliban surrendered them to the tribes, in order to protect them, or that the tribes met and requested or revolted against the Taliban, and, anyway.. Nothing is left except for Kandahar.  In the North, Kunduz, even though bands of Arab brothers are still present there, and it appears that their situation is are very difficult there..  News about the failure of some brothers, [crossed out] or their clash with some communist tribes..  Missing families.

Today, that Taliban and the Arabs moved for a counterattack against the movement of Isma'il Khan, the opposing commander from the side of Herat..  And..

Regards

50

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~**SECRET**~~

Ramadan/14

Unfortunately, the Taliban did  not move to Herat until now, so when the opponents groups came near Kandahar, the Taliban were forced to repel them.. Indeed, they did and turned them back to Herat, and a group of tribes blocked the road to (Buldak), which leads from Kandahar to Pakistan..

The situation is still complicated..  Whenever the Taliban stormed against the opposition and are about to defeat them, the airplanes start bombing them, until they annihilate them, and the rest would retreat.

Yesterday, we heard that an Arab blew himself up with a small hand grenade, along with the leader of the tribes that controlled the road leading to Pakistan..

The brothers decided to actively enter the battle.  In the past, if the Taliban said "Retreat," all would retreat, even the Arab and Pakistani brothers, while not approving.

Yesterday, I and Sayf Al-'Adl, the military official of Al-Qa'ida, and other brothers, were in a meeting with Al-Tayyib Agha, Mulla 'Umar's secretary, so that we can meet Mulla 'Umar, in order to understand the situation..

Will the students [Taliban] actually fight well or

51

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~**SECRET**~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

withdraw, as they did in Kabul and Herat, without even any fight..

Anyway, without any introduction, a missile (airplane missile) fell among or around us, and the ceiling fell on us.  I came about and the dirt was all over me, so I stood up straight and did not feel anything but I felt I was dying..

I moved quickly in order to see any of my friends, did the dirt cover them, meaning, did they die as martyrs, we would count them as such.  Before I leave the location, I heard someone calling me "I am here, I am alive, help me..."

Indeed, I found one of the brothers and another brother, half of them buried under the rubble.  I tried to remove the dirt and iron from their backs, but I could not, due to its heaviness.  I told them "I will bring someone to help me, be assured."

When I got out with my strange look, with the dirt all over me, like someone who got out of the grave, I asked for someone to help me.  People said "Be patient, they might send another missile, as usual."

I did not listen to them, so I went back to find the brothers and people followed me and came to help..

Thank God, we took the two brothers out, feeling pain for the others, so we started looking for their bodies between the rubble, when one of the brothers said "All are well, they are outside.."

Indeed we found all were well, none of them was hurt,

52

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

except for some bruises on the two brothers who were under the rubble..

On the same day, some brothers were driving towards the airport, where our brothers are positioned, Arabs and Taliban, while an airplane was roaming around them.  They stopped the car a little bit and proceeded towards a water stream.  Before they even drink one sip, a missile directed by the airplane struck the car, turning it into a pile of rubble.

Praise God..

53

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Ramadan/18

The night before yesterday

~~Penetrated~~ the groups of Pashtun opposition forces advanced to Kandahar, and in spite of America assuring that it is controlling Kandahar Airport for a week or more, the airport is completely empty.  The American soldiers and the Pashtun opposition tribes are trying to infiltrate the city, depending on the intensive American bombardment..

Despite the hideousness of the bombardment, the brothers first confronted and forced them to withdraw.  The Taliban forces came late, but they came in large numbers, and they were able to cause many deaths in the ranks of the opponents.  The Arab brothers tried to surround, capture, or kill all of them, however, the Taliban stopped by an order from their commanders, not to chase the opponents..

Here, the helicopters intervened to end the battle in favor of the opponents, without affecting their advance..  They fled, but the brothers were hit, and the result was 4 Arab martyrs and an unknown number of the Taliban, and 6 Arab injuries and another number of the Taliban..

A while before that, maybe a week or more, we have been hearing that the Taliban might surrender the city (Kandahar) to some tribes that are loyal to them, and then withdraw..  Of course, news like these undermine

54

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

the brothers, as most of them are in the front lines around the city, and the rest are in security protection groups for the city..

And..

Anyway, Mulla 'Umar stressed that it is not true, but, will the Taliban listen to him when the battles start.  Their problem is that they - meaning the Taliban - have no experience against the airplanes, and the airplanes completely scared them..

Whenever they scored a victory in a certain location, the American Air Force came in to twist the balance against them, killing many of them..  Their officials, some of them are connected to Pakistan, preferred to surrender, after taking money to keep their mouth shut.

Anyway, God is sought for assistance.

Sometimes, hearts jump out of the chests, and God is with us, and we ask God for victory..

55

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

Out of Kandahar,
but where to?..

To Khost, or more precisely, to various locations in the high mountains of Khost, and the very cold mountains of Gardez, where our brothers who came from Kabul and then Logar are stationed..

(Did I tell you about the conditions in Khost, Gardez, and Logar, or not?)

Anyway..

This is the only location, besides the mountains of (Tora Bora) in Jalalabad, where the rest of the brothers are entrenched..

Since Jalalabad is far and the roads to it are in the hands of the opponents, the only true option is the mountains of Khost..

And because we have no role now, the brothers are arranging for the others as much as possible. They asked me to take my group and withdraw quickly, on the basis that they will withdraw tomorrow, God willing..

Indeed, we proceeded.

A long, tiresome road, close to a (rally) [crossed out].  The roads of Afghanistan are completely damaged.  A short road hardly lacks holes, resulted by trucks, tanks, or artillery bombardment, the bridges are broken and demolished, with a lot of dirt which we are moving in..  This is another road for smuggling or to stay away from the main roads which are controlled by the opponents, so how could it be?  Worse and uglier, of course, besides the kilos of dust which

56

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

must inhale..

Anyway..

We might have proceeded at ten o'clock at night.  We cannot carry but a sleeping bag, weapon, and bullet pack.  We arrived the next day at three in the afternoon..

We barely performed ablution and prayed.

On the way, we met the band of brothers rushing in their cars..  We passed some of them, and others passed us..

Anyway, we arrived along with three or four cars, and one car belonging to Pakistani Mujahidin brothers..

Those of us who can break their fast did it on the way, and those who were fasting continued.  At last, we spent the night in a Taliban religious school, so that we would be sent to the mountains in the morning, where our brothers are stationed.

Today in the morning, a group proceeded there, and I stayed with the others, until we are sent.

During the last night, groups arrived from Kandahar and when I met them in the morning, I found out that the withdrawal from the lines was very difficult on the brothers, as the enemy advanced when it felt it, and the airplanes carried out its filthy role, so some of the brothers were injured and some were killed..

57

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

But, the position of the students [Taliban] was unclear.

The Prince of the believers [commander] said that he will resist and not surrender the city.  An order was delivered from him to the officials, they play around, say something, and change it the day after..

It looks like the Pakistani lobby in the princedom was really effective..

So, when they decided to surrender the city, it was difficult for the brothers on the front lines to move and withdraw.  Yesterday, I found out that a large number of our brothers was killed, and the injured are a lot..  All of that is because of the Taliban's sudden decision.

Kabul before it, the same thing, the Taliban officials withdrew first, then the Taliban who were positioned on the lines, without our brothers' knowledge of anything.  When the Pakistanis noticed the Taliban's withdrawal, they withdrew quickly..

As for the Arabs, the victims of the Taliban's surrender and weakness, they found out late and their withdrawal was difficult, too.  The prisoners and dead were in large numbers.

This weakness and fear of the students [Taliban] created a domino effect, so the cities and provinces quickly fell one after the other, in an unexpected manner.

58

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

The current situation is very difficult

Brothers in Jalalabad, in Tora Bora Mountains, aerial bombardment is intense on them, and fighting groups might be advancing toward them, and those who are fighting them are the traitorous tribes.. And until now, they are under siege in the mountains, and we are here, in Al-Waldiyan [TN: possibly misspelled Al-Widyan, meaning valleys]. Our fortifications are very weak and any bombardment might lead to our death. In order to make our preparations.

The groups that fled from Kabul and Logar, and lastly us, those who came or fled from Kandahar. We did not flee, and we were ready to fight until the last one. But the Taliban's shameful behavior truly put us in embarrassing situation.. And we were compelled to leave the city..

Some are ready to storm through or attack Logar, and then Kabul, but is it right for us to do that [crossed out] alone, as Arabs..??..

Some in Kandahar were ready not to withdraw until they are killed, and kill some of the enemies of God..

But they were told this is an order from the commander of the faithful, so they said "Yes sir."

59

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~
59

UNCLASSIFIED//FOR PUBLIC RELEASE
**SECRET**

The brothers in Kunduz

I heard about this matter from informed brothers..

The enemies have threatened to kill 15 thousand students [Taliban] in their custody, if the Arabs and Taliban did not surrender there, so the brothers surrendered..

The enemies broke the deal and killed those in their custody.  The brothers carried out a violent revolt and took control of the fort they were imprisoned in, and killed Americans who were there and killed their guards.  However, the American Air Force bombarded the location and leveled it with the ground, so everyone in it was killed, a group that refused to surrender, vowed to die, and fought until they were all killed..  But they killed a decent number of their enemies, and they are a small group, maybe 15 brothers, and the enemy was surprised that this small number killed hundreds of them..  Praise God.

Other stories I hear from the brothers who were in the locations of the events..

Everything indicates that there is a betrayal in the matter, buying, selling, and dollars.

And, etc...

60

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Ramadan/23

...And... Kandahar fell..

There is no means nor strength, save in God.

Since yesterday, we are in a location near the mountains of Khost.. I am saying mountains, not the city..

Only two days ago, the Taliban met with the Arab officials and informed them that they decided to surrender the city (Kandahar) to one of the tribes.. And... After two days only. What is the weakness for? Why all this fear and cowardice? It was a shock for us.. Two days are not enough to evacuate all the Arabs from the city, and what about those on the front line?

And then, why did they tell us that the surrender order is not true.. And, and, a lot of questions without answers..

We know that as soon as a student [Taliban member] takes off his black turban and wears (pakol), a special Afghan headgear, he has no problem, so what will we wear?

We have no choice but to fight, or flee, for those who want to flee, and nobody wants to flee.

There is no choice, except fighting, but even this, the students [Taliban] might not give us the chance to do so..

We tried to get extra time to arrange the matters, so that what happened in Kabul would not happen here..

Most of our brothers were taken prisoners, others were killed, and a lot of them were lost,

61

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

due to the sudden withdrawal of the Taliban there.. Or what was arranged without our knowledge..

And now, only our brothers are at the front lines.. And very few of the Afghan Talibans are with them, maybe not more than the fingers of one hand.. What is happening to them?

The Taliban said.. This is what we are telling you, two days only..

Quickly, I met with the officials, so that we can offer what we can. My role was to quickly send a certain number within my capability to (Iran), through smuggling, without the knowledge of the rejecters [Shi'ite] government there.. Or, more precisely, the matter is already arranged, I only have to gather and distribute the brothers..

We finished the issue quickly, and returned to them few hours later, to offer what I can, too, just to find them trying their efforts to withdraw the brothers from the fronts calmly, and with the least injuries possible.. In spite of the dangerous situation, as any mistake might be a disaster, coming from the opposing enemy. This is besides the problems from the airplanes.. Just to find out that they sent groups of brothers to the outside [of the country].

62

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

My program in Pakistan is not clear now.. Or until now.

Some brothers might be with me, they increase and maybe decrease [in number].. Anyway..
The situation reminds me of the days Kabul was liberated [IL] eight years ago. The campaigns
of the Pakistani police started with widespread arrests from the ranks of the Arabs and other non-
Afghan Mujahidin, in order to take them out of the game, so that they can control it as they
wish..

The brothers used to come from Afghanistan to find out that the services office was shut down
and the police was chasing them.. They had no one to assist them.. At that time, the Martyrs'
House was trying to absorb them, just until they can travel..

We used to collect money with the utmost difficulty, sending out one or two individuals..

I remember that I used to forge expired travel tickets, so that they can travel..

I used to beg the donors to send money for the brothers' travels, some of them to their own
countries, some to Bosnia at that time, and others to the Phillippines..

Anyway, the situation now is similar. The brothers are getting out of Afghanistan in groups..
The Afghans started to fear the presence of an Arab near them, as the hypocrites are profusely
available, and they quickly inform the Americans about the presence of terrorists, and the
airplanes carry out

63

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

their roles.. Once it bombs the brother's house, and sometimes it hits the innocent neighbor..

The Americans killed large numbers of civilians, they were neither Arabs nor Taliban..

They destroyed complete villages thinking that Bin Ladin is in it..

Us, we do not feel sad for whoever is killed amongst us, rather, we feel sad for whoever is killed from the people of Afghanistan, who had nothing to do with the battle.  We are ready to for that [to die], and we came for nothing but that, and we are expecting that.

As for them..?!..

Anyway, we had to leave Afghanistan, not out of fear from the American airplanes, as much as it is a fear from the problems of the hypocrites..  Even the good people cannot stand with us, out of fear from a missile..

The hypocrites are a very small number and not homogenous, but the American airplanes support turned the balance of the battle to their benefit...

But the disagreements amongst them is very huge and intense.

64

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Ramadan/28

We are still in our place..

The American airplanes are intensely bombing Jalalabad.. (Tora Bora), and the hypocrites and apostates from the tribes that are cooperating with the enemies of God ~~the news are coming~~ are launching continuous attacks..

The brothers are steadfast there and are fiercely resisting.  The news admitted their fierceness and their refusal to surrender..  Some news say that they will surrender..  When we become sure of the news, we know that they are mere false news.

Did I tell you about the role of the news in this war, to an extent that I call it the *BBC* War..

I think I told you..?

Anyway, if I did not tell you, know this, *BBC*'s false news about the surrender of the Taliban in certain locations was affecting the morale of the Taliban fighters in other locations..

They get scared and withdraw..

Like this, besides the betrayals that happened..

God is sought for assistance.

65

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Afghanistan.. went back to its old situation before the Taliban..

Bandits are widespread, and kidnaping, kidnaping of girls, rather, even boys (the disease of sodomy is widespread here)..

And stealing cars, and the ropes that stop the cars [missing text] the roads to collect taxes and levies from all.

Afghanistan has become a strange jungle..

The government of Karzai, which is assisted by America, is trying its efforts to control the place, but, how impossible it is..

Anyway.

If we, or some of us leave, the battle is not over.  I am about to laugh, do they really think that Jihad ends like this..

He who said this is truthful:  killing thoughts and beliefs is much harder than killing people.

I say:  the blood that is shed when [missing text] individuals carrying those thoughts and beliefs are killed, it will nourish and feed the tree of those thoughts and beliefs.

[Missing text] one of us killed now, ten will replace him..  Our stupid enemies do not learn..  No matter how many of us as Muslims they kill

66

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

and no matter how long we delayed in our retaliation, and for many years, we will avenge and kill ten of them for each one who is killed from us.. The events of September proves that. They said that the dead were (5,000), but the truth, maybe (100,000), give or take..

And now, they killed what they can from our brothers, and from the Taliban and the Afghan people..

If we do not retaliate now, our retaliation is coming, God willing, and with God's help.. I would not say soon, and I think it is later. But, whatever they do, no matter how many they killed, the Muslim does not forget his vengeance, and let them wait..

67

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Tuesday (1/1/2002 AD)

Let me dip my pen or quill in my eyes and fill it with tears, not ink, to write you a thing to remember today.

Today:  as (Princedom State of Afghanistan) fell since a month ago, maybe.

Today:  as we were forced out of Afghanistan, not by the American bombardment, as much as it is the fear of the people from this bombardment, which is targeting us, but is afflicting them, and because of those violators who neither have the strength nor a thorn, except the fear of the Taliban from the airplanes, from the betrayal of some of them, and from our fear on the lives of the Afghan families, due to our presence.

Today:  as no one is left around Sheikh Abu 'Abdallah, except for a few individuals in the mountain, even if millions are around him in the outside, rather, inside Afghanistan. [crossed out] I would not say that his group is finished, for they still have their strength and complete organization.  The American strikes did not affect them, except a few of their members and officials were killed,  but that did not affect them a bit.  The organization still exists by its beliefs, not individuals, but, due to their spreading, the group that remains with Sheikh Abu 'Abdallah Bin Ladin does not exceed six, and they are all well in a very safe location, thank God..

The rest (officials) are spread around the world

68

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

in an organized manner, which makes them more dangerous to their enemies.. Thanks God.

Today:  as I am sneaking the rest of the brothers and families out, I will be following them out of Afghanistan, in order to keep them safe, and then I will proceed to my work, as my zeal and insistence to work has increased, especially, my work has developed to the better, thank God. Poor Americans, all they did was to topple the state of the Taliban.. And bringing it back to power is easy, God willing.. So, what did they do? They just delayed their rule, for a while only, as their organization is still existing and firm.  They found out who is the traitor within, who is a follower of Pakistan, and they knew how to distinguish between their friend and foe.. They found out how much animosity the infidel government of Pakistan has towards Afghanistan, no matter how their interests are shared.. Infidelity is one nation, if the balance is in favor of the infidels, the rulers change their positions toward their interests..

69

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

1/4/2002

Yesterday night, I arrived to (Barmal) again.. I have had traveled to Miram Shah and Bannu to make sure of the movement there, smuggling.. Thank God, the road has become easier, with the grace of God alone.. Not much is left, God willing.

~~Although that news.~~

1/4/2002

Regarding the future program, for me and those with me (which is a small group), I might be delayed in Pakistan, in spite of the dangerous situation there, until the issue of the travelers is done, and until we look into the issue of the rest, or those who do not have passports to travel.. Anyway, the original program.. Create a point in Iran and meet the group which will work in Palestine, without the knowledge of the Iranian government.

70

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

1/8/2002

The issue of smuggling the brothers outside Afghanistan is still continuing, with God's grace, through [IL] many roads, under my supervision, and with the support of a lot of loyal Pakistanis and Afghans, may God reward them with goodness. And maybe since about a month, we are in this project, and a lot have exited without problems, thank God.

We have arranged with the Pakistani and Afghan Mujahidin brothers, in order to take them in Pakistani cities, and then send out those who want to travel, and arrange with other brothers for those who want to go for foreign operations, and a specialized group might remain in Afghanistan, in special, hidden locations, in order to support any movement by the students [Taliban] or the loyal ones..

So praise God..

In the recent past (measured by years), I used to wangle in order to bring or smuggle the brothers into Afghanistan, by all means, even with women's clothes, for the blacks and blondes, or those whose faces are not similar to the faces of the Afghans. And today, I wangle to bring them out of Afghanistan, all of Afghanistan, and by all means. Praise God..

71

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Dhu Al-Qi'da/4/1422 H
1/16/2002 AD

And.. Dear Hani..

As I informed you in the past, we might proceed to another location soon..

The American airplanes are roaming in force.. The hovering airplanes (helicopters) will participate in this scary chaos..

The people, even those who support us, were terrified.. The mere presence of the Arabs means that the Americans will bomb the people's houses, kill women and children, and say "Sorry, sorry, we expected that Bin Ladin was in it," just as it happened many times before, in Jalalabad, Khost, and Kandahar. The people here love us a lot, they cry for our situation, while we are laughing and joking, as if nothing has happened.. Since the beginning of the American bombardment, the martyrs have exceeded (600) martyrs (we count them as such), because we only believe with the destiny of God and victory..

As for the people, they have found out and saw what happened.. Betrayals upon us and the students [Taliban], from the ranks of the students themselves, and from the collaborators of the Northern [Alliance] and the Americans.. [Crossed out words].. And how the students completely withdrew from Kabul, without informing us, until we found ourselves face to face with the enemy forces, while Kabul was completely empty of the students. The people know that we alone were at the front and secondary lines, and all of it

72

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

in Kandahar.. (I do not say Arabs [only], rather, there were other groups of Turkish, Africans, and foreign Muslim brothers present)..

The people know that Kandahar was protected all the time since the fall of Kabul until it was simply surrendered by the students [Taliban], not even one student was with us.. (I do not blame them, as fear from the airplanes was stronger than them.).. And [IL]..

The people were crying when we left Kandahar, because we were the only ones who were ready to die for the sake of keeping it safe and rule by the Shari'a..

Today, the news itself says chaos is widespread in Kandahar, security is completely lost, killing, theft, and banditry. Kabul as well, killing and kidnaping of women, it has become their habit. Praise God..

Everybody acknowledges the security and justice during the rule of the students (with some violations that cannot be neglected], and everybody, even the violators, are lamenting the lost security, and cannot deny what the students have done.

Anyway..

73

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Dhu Al-Qi'da/5/1422 H

I am still telling you, we will finish soon.  Until now, I am not done.  A group of brothers that do not exceed 100 have decided to stay no matter what..

But the people of the country do not want [IL], fear has taken control of their hearts..  The airplanes are roaming around and their hearts are jumping out of their chests..  [IL] the groups staying is what delayed us..  As soon as we place them at a certain location, the people of the house welcome and accommodate them, however, if they stay longer than one day, it means bad things..  Bombardment..

Anyway, during the past days, we have been in negotiations with them, without a good solution, but, as a compromise, we have agreed to reduce the number to a minimum, and thank God.  The remaining number might not exceed 60 or 70. God willing, they can place them in a safe location, with their weapons and equipment., for a while.  As for the rest, they will be sent out..


Dhu Al-Qi'da/6/1422 H

Today, we moved to another location, closer to the travel route, and work is done..  Only one wounded brother..  Nothing of his treatment was done, so that we can take him with us..  Just this issue, and it is over, God willing..  Some news say that the road might worsen, or more precisely, guarding by the army and militias will be intensified on it..

74

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

[Duplicate of previous page]

75

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~
75

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

From now, I am thinking about tomorrow [IL] tomorrow, tomorrow.. [IL] a lot are leaving [IL], we only ask God for success. [IL] to help in sending the brothers abroad. [IL] mountainous, where pine trees are growing, [IL] mountains [IL] God willing, or a visit.

Anyway, I am starting from zero again, second, third, or fourth time, as the issue requires some effort and caution. With me are some brothers, some of them were instructors at Khaldun Camp, and I chose some of them myself, and some were moved by their circumstances to follow me.. And with them, I will start, God willing, and God is sought for assistance.. A lot of ideas and projects, and we ask God for success.

76

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

1/27/

The matters are not over, although we are really done, but..

I do not know if I informed you, some are doing business with our brothers whom they caught..

Anyway, whether I informed you or not, now, we have an offer to buy a brother from his captors for (200,000) Pakistani Rupee or (150,000) Rupee..  Other brothers are still in captivity, and until now, the offer is for (17) brothers on one side, and (37) on another side, with the Afghan or Pakistani tribes, or with the drug dealers, and of course this is a chance for them to profit, without fear from the exalted God or being ashamed from anyone..

Anyway, the matter is still ongoing..


1/30
Dhu Al-Qi'da/18/1422 H

Yesterday, and after many messages and contacts, we found one of our brothers who came from (Tora Bora), and he was with one of the (Mawlawis), may God reward him with goodness. When we corresponded with him, as if (a stroke of fate) has opened up for him after a full month of waiting there, not knowing anyone, and not knowing whom of his Arab friends is left, or..

77

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Anyway, when he knew us and the arrangement that we are carrying out, with the help of the Pakistani brothers, in order to get the brothers into Lahore or Karachi, and from there arrange for their travel or stay, he felt good and admitted that he did not expect to be saved..

When he told us his story (or the story of Tora Bora), it made me very sad, what the situation has become there, due to the betrayal of some tribes and apostate commanders, such as (Hadhrat Ali), may God afflict him with what he deserves..

But, once again I say thank God anyway..

These will be motives and nourishment for the anger and hatred in [missing text] against the enemies of God, so that we will not rest until we take our revenge..  And tomorrow is not too far.

I might write to you the details of what our friend who came from Tora Bora told us, when I find out other details from other people..

But, praise God, as the news were praising the aggressiveness of the fighters in Tora Bora, saying that their number might exceed 3,000 fighters, our friend said that the highest number our brothers reached was (300 brothers only)..  Praise God.

78

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

I am late..

I should have met some brothers in Iran, in order to work against the Jews in Palestine.. But, I did not go..

I am against any Jihadist work with the knowledge of any government, especially Iran.

The goal was to meet them there only, without the knowledge of the government, as they are brothers from Palestine, but they left their group, due to the control of Iran over them, or their decisions..

I was hoping to establish a group from them, active in the inside, but the circumstances that happened in Afghanistan delayed me from catching up with them..

But, no problem, as soon as I end my work here, I might delay a little bit in Lahore or Karachi too, and then catch up with them..

Here, communications are still coming to me about some brothers here and others there..

Or a number of captives with the tribes, or with others, and I am trying my effort not to lose anyone..

Praise God, God saved them from the heavy bombardment in Tora Bora, just to fall into the hands of (Muslim) tribes, or you would expect it to be Muslim, while it is closer to infidelity than it is to

79

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

Islam..

How could Muslim tribes assist the infidels against the Muslims?  How can the Muslim tribes capture Muslims who sought refuge with them?

This test proves to them how they are the furthest people from Islam..

Is Islam prayers, fasting, and [IL]...?

Anyway..

Whoever participated in this battle will get his reward, and whoever imprisoned a brother of ours, he will get his punishment.

It is not a problem if we control ourselves until we gather our brothers, even if by money, no problem, then we will see how we can work, God willing.  Behaving calmly, patiently, and wisely, is the best solution for now, until we gather ourselves, and then attack again, God willing.

But, strangely, another thing bothers me..  Some weak souls took advantage of the disasters and problems that happened to us..  During these problems, some loyal Pakistani brothers came to assist us, may God reward them with goodness, and they stood

80

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

with us in a noble position (as individuals, not groups).. But, some groups, the Islamic ones to be precise, found a chance for themselves in these problems, in order to collect large sums of money from the Pakistani people, or from abroad, from the Arab religious Sheikhs, claiming to help and accommodate us, and to pay money in order to free our prisoners, without even helping, not even with one Rupee.

Of course, I am not implying all, but this is exactly what happened, and the problem is that they are well known Islamic groups (no need to mention them), and it is strange they did this shameful act against us..

And here, I am wondering..

What is the difference between the Afghan or Pakistani tribes that assisted in the war against us, and against the Taliban, or the ones that captured our brothers on the road or those who sought refuge with, and between those groups that used us to collect large sums of money and did not offer anything, or it offered a little bit just to show its presence, or to take advantage of what it offered for its own media advertisement, in order to obtain more money..

(They belong the same category) although the thief or cheater is not punished the same as a killer.

81

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

2/4/2002 AD

The Pakistani newspapers are chasing me.. The matter is not new, as for five years it has been attempting to connect me to anything, and the matter is growing bigger, until they lately said that I am the heir of Bin Ladin for the leadership of Al-Qa'ida Organization.. I hope they know that I am not even a member of Al-Qa'ida, so how can I become their leader..

Anyway, these matters are not important to me, however, its effects on the security situation makes the matter worse, and I need to be more cautious.

The problem is that some of them know me, I mean some Pakistanis whom I deal with in the smuggling of the brothers, and exchanging money in order to free the brothers from their captors.

82

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

2/8/2002 AD

I am now in Lahore since two days ago.

We are now in a temporary house with the Pakistanis (brothers).

Although they are nice brothers, trying to help, they try their best to conceal, however, the nature of their work in Pakistan as Mujahidin was overt, they did not need the secret work, therefore, they do not master it.  The Pakistani Intelligence knows everything about each Mujahid who fought in Kashmir, or joined one of the Jihadist groups, and even the Islamic ones in Pakistan.

And now, as the deceitful government started to bare its teeth in their face, under the command of Parvez Musharraf, may God dishonor him, they started to become cautious..  They knew who is their enemy..

Rather, until now, most of them do not know who their enemy is, they still do not see the infidelity of the government..  (A lot of them call it immoral and corrupt..)  And those who see it as infidel do not perform Jihad against it or work against it..

Very few of them, as individuals, think of working against the government, but do not know how or when...

Anyway, their fear for us, I mean from us being with them, they are trying not to show our presence with them, but in an overt way, as if they are saying "We have terrorists with us.." (The prudent is almost saying "Take me.")

83

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

2/9..

News came from Karachi that the Pakistani Police raided one of the houses which had a number of our brothers in, and it arrested 20 brothers.  Two hours later, a group of Americans came and photographed the location, or they photographed themselves with their weapons, at the location.. (Rambo)..

Just like in Afghanistan, at the end of the movie, the American soldier appears and films the movie..  (I am saying after the end of the movie)..  And he would be the hero, Rambo..

Anyway..

These news made our situation shaken, so we divided the roles for the possibility of repeating the same situation here, especially that moving to another location quickly was very difficult.. And we divided the guarding..


Today, 2/10/2002 AD

We moved to another house, or more precisely, two houses, divided ourselves in it, also (temporary_..

And in order to arrange our matters and split from our Pakistani brothers, rather the Arabs, too, in another house, completely independent and isolated..  And even at that time, we will stay this way, unsettled, we cannot start any program..

84

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

I do not know whether I informed you, or maybe with the hectic work, I did not inform you..

I have chosen some brothers, cadres, for the military matters, especially explosives (making it), and detonation from a distance (remote control)..

I took them with me, away from the flood, one or two individuals from each military science, just like Noah, peace be upon him, did, two pairs from each being..  An instructor or two from each military subject, they are the nucleus of my future work, and I am starting from zero, I would not say another time, maybe it is the tenth..

I took them out of the flood in the rescue ship, and I kept them with me..  And I am now preparing a safe location for us, so that we can start, and God is sought for assistance..

The Pakistani newspapers are saying that I am in Peshawar, trying to reorganize Al-Qa'ida Organization, for war against the Americans, and that I am the heir of Bin Ladin, and Time is saying that I know the Organization and those collaborating with the Organization more than Bin Ladin himself..

I wish they know that I am not with Al-Qa'ida, to begin with, and that I am with them in Ideology and body, etc...

85

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

The fools do not know, or they do know but forget or ignore.  The problem is not in Al-Qa'ida Organization, or any organization, no matter how big or small, old or new, and the problem is not in Bin Ladin, nor it is in any other individual, in the past or currently.

Their problem is in Islam itself..  In the doctrine of Islam and Jihad, and if they kill Bin Ladin, or kill me, (and I resent myself), or destroyed Al-Qa'ida and all the Mujahidin now, the cause will not end..

It is a matter of infidelity and Islam..

Neither Islam nor Jihad ended after the death of the messenger himself, prayers and peace be upon him..

So how could it after him, the noble companions, it made them tough against the enemies of God, their followers, and whoever followed them until now..

Their problem, the enemies of God, is in Islam itself, and no matter what they do, they will not destroy this great religion, until they become monotheists, or stay infidels, but humiliated.

Let them do whatever they want, let them kill whoever they want, the problem will not end, with a note, whoever is killed, one who would avenge his death will appear, no matter how long it takes..  But, I wish the enemies of God would learn..  Today, their strength is tempting them, but they know that all this strength and might will not be useful for them..

What would they do against someone who is seeking death for himself.

What would they do against someone who sees, rather believes that if he

86

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

blew himself up against the enemies of God, that he first does not feel the pain of death, except the feeling of a pinch..

And secondly, that he will go to God as a martyr.

The matter is very simple, but they complicate it and do not understand it, and they insist on hurting the Muslims..  Let them do that, and we shall do..

87

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

Today is the second day of the blessed Eid Al-Adha, but for the Pakistanis, it is the first day.

I have a remark here, isn't the day of 'Arafa the holiday of the pilgrims, and our holiday is the day that follows it..

So what is wrong with the Pakistanis here, celebrating two days after, not the day that follows it..

The moon watcher has nothing to do with it, God knows best..  So why the disagreement?.

Anyway, since yesterday, I moved to another house, with another group..

(My group) are in another location since a week ago, I visited them yesterday, and then left them, until we arrange a location that gathers us (also temporary).

88

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

Today, Dhu Al-Hijja/?/1422 H

I see, and God knows best..

That the operation, no matter how strong or sizable it was, it is a declaration of war against America.. Only a declaration of war, not a war.. As for waging a war against America, the issue is different.. I also see that this is the right time, to wage a war against America.

We do not only carry out an operation or two, wait, and then an operation and wait. Waging a war means to work on many dimensions, four or five dimensions, and in successive and continuous manner.. An example of that, I am saying an example, not specifically work on many dimensions

1. Instigate a war between ~~blacks and whites~~ the races (killing a black one and accusing a white one) (black, white) ([IL] - Spanish) (black, Spanish)

2. Prepare timed explosives, in various sizes, and different locations with various importance, a number of explosions in each state, and it will be detonated at the right time, by remote control

3. Start (timed) fires at the time that we see fit, to burn in the forests, wheat fields, buildings, factories, schools, companies, public stores, ~~cars~~

4. Simultaneous explosions at banks, in the trains, buses.

5. Simultaneous explosions at gas stations..

6. Simultaneously burning fuel and gas trucks (or hijacking and blowing it up in front of residential complexes).

And so on, if nuclear is available, no problem.

89

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

A general war, non stop and without mercy..  It contains all sectors of life, (water), (electricity), (fuel), (food)..  The most important thing in it is to prepare for it ahead, and weave its threads from abroad..  Such as detonating by remote control, from a country to another, by telephone, by mobile, by other means from abroad, we just call the number and another number (for security), only, so the detonation would happen in America..

They would search and investigate while we're abroad, and so on, at the right time, we would call the number..

And...

Waging a war is supposed to be at this stage, however, is it going to be eased or become difficult, God knows best..  Again, I say if nuclear is available, no problem, rather, it would be a lot better..  Another thing is to retaliate against those who stood with America (Pakistan is first, Britain is second), without forgetting America, of course, and the other countries that will get its share at the right time, if that is suitable.  So, will we do that or not?  This is what fate will decide..

We might prepare, start, but not continue..

We might not start to begin with, due to the lack of this work suitability to what is required or suitable at this stage.  God knows best..

90

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
~~SECRET~~

I do not know the date today..

Anyway, we are definitely in the month of Dhu Al-Hijja, as Eid [holiday] was few days ago, and the end of the year 1422 H.

What is more important, it appears that the Pakistani Intelligence intends to carry out policing campaigns and raids of houses that it suspects contain Arab Mujahidin..

And although I did not arrange a suitable, secure location for myself yet, and make a secure cover, or any such thing, but God is sought for assistance..

The shadow of Ibn Al-Sheikh [the son of Sheikh] is still around me, may God release him from captivity.. God only knows how sad it made me that they caught him, imprisoned him, and whoever is with him.. May God enable us to release them from captivity and avenge them.. The responsibility, responsibility of those alive, or free, is great, we ask God to ease it and make us successful.

91

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

3/12..

Since two weeks or maybe longer, strong battles have been ongoing inside Afghanistan, in Gardez and Zamt (where a group of our brothers and Uzbek brothers remained).

The Americans and their Afghan dogs (Pashtun and Farsawan) on one side, and the remnants of Taliban and Al-Qa'ida (as they say in the news) on the other side..

.. Fierce battles and the American airplanes are intensely bombing..  American and Afghani casualties.

.. The American leadership decides on the withdrawal of the American Army from the area..

.. Request of reinforcements of the Afghan groups from the government of Kabul..

.. Groups of Americans are fleeing from the battles..

.. Finally,

American prisoners in the hands of the brothers.  (Secret negotiations were held for the sake of releasing the American prisoners).  They said 18, and they said 28..

News keep coming.

Our contacts with the brothers inside (the groups that refused to leave and hid in safe locations

92

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

until the time  is suitable to proceed).  The contacts with them reveal that they are the ones participating in these battles, with the modest groups that are in (Zamt)..

But it appears that it started before its suitable, determined time..  And..

God is sought for assistance..

93

UNCLASSIFIED//FOR PUBLIC RELEASE
~~SECRET~~

**UNCLASSIFIED//FOR PUBLIC RELEASE**
**~~SECRET~~**

3/20/2002 AD..

Nothing new..

I do not know whether I informed you.  We have left (Lahore, my group and I, and after a brief separation), we met in ~~Lahore~~ Faisal Abad, in a suitable, big house, but it does not lack security gaps..  The brothers who arranged it for us fell in it, but no problem, as long as the house is temporary.

I am still trying to find the suitable person (as a cover), and then determine the suitable location..  The house in the suitable city (to stay for Winter)..  So that I can arrange our special programs.

Anyway/  two or more days ago..

Two bombs or more (hand grenades) exploded at a church in Islamabad..  Many parishioners were killed, including two American women, and those who carried it out escaped..

Praise God..

Some expected that this is the beginning of Al-Qa'ida's revenge in Pakistan..

Poor ones, this is not how revenge is, or will be, whether from Al-Qa'ida or from others..

94

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. )        Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )

# Zubaydah Video

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

Ex. 18 - Zubaydah Video (PH).txt
Ex. 18 - Zubaydah Video

PLACE HOLDER

Page 1

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

## English Translation – Zubaydah Video

SECRET//NOFORN

**CERTIFICATION OF A COMPLETE AND ACCURATE TRASLATION**

My name is ▆▆▆▆▆▆▆ I am of sound mind, capable of making this certification, and personally acquainted with the facts herein stated:

I understand the Arabic and English languages; I graduated from the Defense Language Institute Basic Arabic Course in March 2001 and audited the Defense Language Institute Intermediate Arabic Course in from March through May 2001 with a 3.2 GPA on a 4.0 scale and a 3/2+/2 in listening, reading, and speaking. I currently work as a translator for ▆▆▆▆▆▆▆▆▆▆▆ I have continued with formal study of Arabic at the Foreign Language Training Center Europe, (Marshall Center), University of Texas master level program for dialect and several other DOD sponsored language courses to maintain and enhance my professional abilities as an Arabic interpreter.

I certify that to the best of my knowledge and ability, the attached document in the English language titled "Abu-Zubaydah Video" consisting of four (4) pages which I have initialed, is an exact translation of the corresponding video.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the undersigned date:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

_3 December 2008_
Date

**County of** _Fairfax_
**State of Virginia**

**Given under my hand this**
_3rd_ **day of** _December_ _2008_

▆▆▆▆▆▆▆▆▆▆▆▆▆

**NOTARY PUBLIC**
**My Commission expires:**
_Aug 31, 2011_

▆▆▆▆▆▆▆▆

Video Number: F3-2002-804692
Linguist:

[TC: Video begins with views of a mountainous area and the interior of an old building]

**[2:44]** [Two unidentified males speaking], Did you tape the fire? No I taped the light. The light in the mountain. Was it clear? Yes, It was clear. Lift the......

**[6:47] Bearded male** begins speaking under beam of flashlight:

In regards to this question that you asked: We and the sheikh are one. We have been working together for almost 10 years, but we were hoping to keep this work secret...hidden. We began in 1991, or almost 1992. In 2000 or 2001, the matter lost its secrecy. We were forced to make ourselves known because of what took place in Afghanistan and thereafter.

For the past 10 years, God be praised, we have not been in the picture. But, as I said before, the events that transpired forced us, with the advice of our brother advisors, to come into the picture so that our labors in fighting the enemies of God would not be claimed by individuals or organizations that had no hand in them.

**[8:28]** To return to your question about our relationship with the sheikh: We and he are one. We cooperated from approximately 1995 to 1996. God granted us success in our endeavors to serve the interest of the Muslims.

**[9:15] Bearded male** speaking again, this time during daylight hours. He begins speaking, makes several mistakes, then the film cuts away and he begins again, saying the following:

In the name of God the Merciful and the Compassionate. God be praised and may prayers and peace be upon God's Prophet.

To be honest, I am not among those in favor of these press interviews, and I never saw any point to them. Our enemies know why we kill them and our friends know that we are right, for we follow that which God and the Prophet have said regarding killing the enemies of God: Jews, Christians, Apostates, Hindus, Athiests...all of them. All enemies of Islam are our enemies.

**[11:03]** However, to return to the question you raised about terrorist operations, as you call them and as we also call them: God commanded us to do them. God Almighty said "Strike terror into the enemies of God and your enemies, for they are our enemies." Therefore, when we terrorize them, we implement that which God has commanded. As to the events that transpired from 1990 to present, of which we have been accused of having a relationship by virtue of most of the martyrs [TC: being Arabs] by the security apparatuses or the unfaithful states or apostate states or by the Jewish nation: blowing up the commercial center, which was undertaken by Yusuf Ramzi, God bless him; then, the operations in the Kingdom of Saudi Arabia in Khobar and 'Ulayyah; then, the operations set up by the Sheikh—Bin Laden—in Kenya and Tanzania; then, the Cole operation; then, the truly magnificent operations at the Trade Center on Manhattan Island and in areas around Washington and New York. Truthfully, I am one who supports [TC: these operations] wholeheartedly. But, as to our participation in them, this is a matter between us and God.

**[13:25]** We ask God Almighty to accept us for any support we gave, whether financial, strategic, or through implementation. And we ask him to accept those of our brothers who did them.

**[13:48]** Yes, acknowledge and affirm that we are with any group that asserts the unity of God by means of operations and that supports God in word and deed and in thought. We support them with money, with effort, with ideas, with coordination; we are with them. Enemies of God shall not rest, God willing.

**[14:24]** Truthfully, I belittle myself before our elder sheikhs. I see myself as nothing more than a small child before them. But everyone must contribute his effort. And I, as a person, or those who I represent in the organization of martyrs, we are all servants of those who serve this religion.

As I said, I never approved of these interviews, except to inform the wise that our enemy should know why we do what we do: the Jews, the Christians, America and all who ally with her. Some say: "We are extracting revenge." Yes, we are extracting revenge for every Muslim [male] and every Muslim [female]. In my view, a Muslim who delays in reacting is an apostate, without exception. But, we must not kill Muslims. We must never kill a single Muslim, by the will of God Almighty.
**[16:10]** As to the other matter… [TC: video cuts out]

**[17:00]** Sheikh Abu-'Abdullah [UBL] is our Sheikh and our example, may God reward him well on our behalf and on behalf of all Muslims. As they say in the media that we participate with him in some operations, this makes us proud and is an honor for us and we pray to God to grant him and us success……

[18:00] As for the accusations of our security forces, our participation in terrorist organization, as we also call it, because God has ordered us to do what he says: " to strike terror into (the hearts of) the enemies, of God and your enemies." The accusation of the security agencies regarding our participation in the trade center attack carried out by brother Yusif Ramzi, (may God reward him well on our behalf and on the behalf of all Muslims), as well as the participation in the operation that followed in al-Khubar, al-'Ulayia in the Arabian peninsula, and other operations such as the blowing up of two American Embassies in Nairobi and Tanzania, the [USS] Cole operation and the magnificent operation on the island of Manhattan in New York and Washington which was carried out by the Sheikh, (may God reward him well). In addition to their accusation of our participation in the following operations that followed during these two years, they also accused us of the martyrdom operations using explosives and martyrs inside Palestine. If we truly participated then I swear that it is our pride. We leave that to God because he is all knowing. May god reward well, all those who participate through financing, or exertion, and to who has offered himself as a martyr in the name of God. Their accusation is an honor for us, and we ask God to reward us if we were participants.

[21:00] In the name of God the most benevolent and merciful,
As for the questions presented by the brother journalist [as to what is] our relation with the terrorist attacks, as you may call it, and we also call it terrorist attack, because this is

God's order, as he says: "to strike terror into (the hearts of) the enemies of God and your enemies".

As for their claims regarding these terrorists operations which took place during the ten years starting 1990-1991 including the attack against the World Trade Center, which was carried out by Yusif Ramzi, al-Khubar, al-'Ulayia on the Arabian peninsula, and other operations in Kenya, Tanzania, the [USS] Cole operation and the magnificent operation of New York and Washington which was carried out by al-Sheikh, (may God reward him well). Regarding the operations that took place afterwards inside and outside America, as well as inside Israel or against the Jews abroad, as well as our relationship to the martyrdom operations that took place in Palestine from 1990 until our present time, 2004. I say, if we did participate in these operations then truly I swear that this is our pride and if we did not participate then we truly say that we still support these operations and support whoever works against the enemies of God and serves Islam and Jihad.

[24:15]

Regarding the question of our relationship to Sheikh Abu-'Abdallah Yusif Usamah Bin Ladin, (Excuse me), Sheikh Bin Ladin, He is our Sheikh and our example, our brother, and our Emir for many years, thank God and we cooperate with anyone who serves his religion........

[25:12]

In the name of God the most merciful and benevolent.....praise to God, prayers and peace of God and his prophet be upon you.

To be honest, I am not among those in favor of these press interviews, and I never saw any point to them because, our enemy knows why we fight them, and our friends know that we are justified in fighting the enemy, because we are following what God says. We are fighting the enemies of God including the Jews, the Christians, and American and its Arab allies and their apostate rules including European, African, Hindus or Islamic countries ruled by apostate rules who do not apply the Shari'a law. I do say that we are fighting them in compliance with the order of God.

Regarding the question that was presented concerning our relationship with the terrorist operations starting 1990-1991 including the attack against the World Trade Center, which was carried out by Yusif Ramzi [Ramzi Yusif], al-Khubar, al-'Ulayia in the Arabian peninsula [Saudi Arabia], and other operations in Africa [Kenya, Tanzania], the [USS] Cole operation and the magnificent operation on the island of Manhattan in New York, Washington, the martyrdom operations inside Palestine, I hereby say that this accusation is an honor for us and a pride for us for God was with us, and if we had not participated by money, reconnaissance, by individuals or by ideas, then we ask God to forgive us. As for our relationship with the Sheikh (UBL), he is our sheikh and our Emir, our example, may God reward him well. I truly say something to let the enemies of God know that no matter how long it may take Muslims will never forget to avenge their enemy. The subject which

UNCLASSIFIED//FOR PUBLIC RELEASE

28:53

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

      Petitioner,

      v.

ROBERT GATES,

      Respondent.

Civil Action No. 08-1360 (RWR)

Ressam 302 5/10/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     05/10/2001

Interviewing agent and the United States Attorney for the Western District of Washington (USA/WDWA) ███████ attended Seatac Federal Detention Center for the purpose of interviewing Ahmed Ressam.

Also present during the interview were Assistant Federal Public Defender ███████████ Defense Investigator ██████ and Arabic translator ██████.

The interview lasted from approximately 10:15 am to 12:25 pm, and Ressam has agreed to participate in additional interviews. Ressam is willing to testify against ████████████; however, no questions were asked in regard to ██████ pending an interview of Ressam by the Office of the U.S. Attorney for the Southern District of New York (SDNY) and FBI New York Office.

Ressam provided the following information:

**TARGET:**

On December 14, 1999, Ahmed Ressam attempted to enter the United States at Port Angeles, Washington for the purpose of placing one explosive device at the Los Angeles International Airport (LAX). The timing of this attack would coincide with the millennium.

**THE PLAN:**

Ressam intended to clear U.S. Customs at Port Angeles and drive to the Best Western Hotel in Seattle, Washington. Once in Seattle, he planned to telephone ████████████ and meet up with him. Ressam telephoned ██████ on December 14, 1999 prior to boarding the Tswassen Ferry from Vancouver to Vancouver Island.

████████ had been sent by ██████████ in Montreal to assist Ressam with reading road signs, speaking English at hotels, and assisting Ressam with moving the explosives to Los Angeles. Ressam had told ██████ that he needed someone for a very important operation and was told by ██████ that ██████ had a desire to attend jihad training in Afghanistan.

05/10/2001     Seattle, Washington

████████████████████████████████ 05/10/2001

████████████████████

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████          Ahmed Ressam                    05/10/2001        2

Ressam intended to return the rental vehicle to a nearby
Thrifty Car Rental, either downtown Seattle or at the airport. Ressam
was hoping no one would notice the missing spare tire when he returned
it to the rental agency.

Ressam intended to then take ████████ and the explosives to
Los Angeles via the train. Once in Los Angeles, he would develop and
fine tune the location to place his explosive device at LAX. Los Angeles
was chosen by Ressam because it was a large airport and he felt there
were many foreigners and he would be able to slip in and out unnoticed.

## THE DEVICE:

Ressam planned one explosive device, using three time and
power units (TPUs) for redundancy/back-up purposes. The fourth TPU was
just a spare (extra).

Ressam was going to nitrate the urea to a mixture of 40% and
mix in the aluminum sulphate. He planned to rent an efficiency motel
room where he could "roast" the nitrated urea, thereby drying it, after
first spreading it out on cookie sheets/pans and heating the mixture.
He planned to first use a cloth to squeeze out the excess moisture.

Next, Ressam would pour the ethylene glycol dinitrate (EGDN)
into one large glass container, place the hexamethylene triperoxide
diamene (HMTD) and cyclotrimethylene trinitramine (RDX) in pill bottles
connected to the TPUs, then tape and seal the pill bottles, placing
it into the EGDN.

## DEPLOYMENT OF THE DEVICE:

The EGDN would be placed inside the nitrated urea. The entire
explosive would be placed in a suitcase or travel bag. Ressam intended
to put the bag onto a cart upon arrival at the airport and camouflage
it with other bags.

Ressam's intent was for it to be left before the security
checkpoint on an unattended luggage cart. He had not yet identified
where, but planned to do reconnaissance and a practice mission before
attempting to do the actual explosive act.

Ressam intended to use the Sony camcorder as part of his
reconnaissance as well as for a decoy to make him appear as a tourist.
Ressam did not intend to film the explosion. Ressam stated
he would try to leave the device in an area wherein a minimum amount
of people would be hurt.

Ressam did not have any friends or associates in Los Angeles
to help him; he was going to rely on ████████ to assist even though Ressam
knew that he (Ressam alone) would be the only one who knew how to make
the explosive.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

                        Ahmed Ressam                    05/10/2001          3

## SELECTION OF VIABLE TARGETS:

Ressam had studied an operation such as leaving an explosive at an airport while training at the Khalden Camp in Afghanistan. At Khalden, various scenarios were presented and targets were discussed: U.S. consulates, U.S. interests in Asia, the Middle East, generally U.S. interests anywhere in the world.

Trainers at the camp indicated that viable targets included U.S. warships, hotels holding conferences of VIPs, barracks of U.S. military personnel, commercial/economic targets, petroleum targets, and information/ technology centers. Ressam stated that the United States is against the Islamic Movement and Islamic countries, and therefore it's interests are viable targets.

## SELECTION OF LAX:

Ressam transited through LAX in February 1999 on his return from the training camps in Afghanistan after first traveling from Islamabad to Karachi, Karachi to Thailand, Thailand to Seoul, Seoul to LAX, LAX to Vancouver, British Columbia using the Benni Antoine Noris identification.

In the summer of 1999, Ressam (while in Montreal) thought back to LAX and started identifying it as a target for reasons identified earlier. Also important to him was to do the attack just before or after the new millennium.

## ESCAPE ROUTE/LONDON CONNECTION:

Ressam referred to his plan to place explosives as an "operation" and planned to head back to New York with ▆▆▆▆▆▆▆▆▆▆▆ Once in New York, Ressam intended to rejoin his associates ▆▆▆▆▆▆

Ressam does not remember making airplane reservations to London, but was suffering from malaria and not thinking clearly at the time of his attempted crossing. However, rejoining his associates in London was his ultimate goal.

Ressam stated that ▆▆▆▆ had studied the plan (to place an explosive at an unspecified airport) at the Khalden Camp in Afghanistan and was aware that Ressam was going to do a terrorist attack, but did not have the detail of the date and actual target.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, was to be part of the operation, but could not make it to Canada in time because of passport problems.  Furthermore, ▆▆▆ was with Ressam at Khalden Camp in the Fall of 1998 where the plan to commit an "operation" or terrorist act was hatched.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

Ahmed Ressam                                   05/10/2001            4

This operation, which was interrupted with his arrest in Port
Angeles, Washington, was the attempt to commit an act of terrorism in
the United States as formulated in the camp.

### INCEPTION OF RESSAM'S OPERATION:

Each cell at Khalden was organized to create a group that
would conduct an "operation" somewhere in the world. █████ was part
of Ressam's cell at Khalden. Though at this point, the specific target
was not picked, the group trained together so that when they decided
on a target, they would all work together.

Ressam was shown the back of a Kita Travel card with the number
█████████████ and identified that telephone number as ████████████
███████████ And it was with ████████ that Ressam was in contact
in regard to his "operation".

███████████ Also aware of the "operation" was ██████, who's number ████
appears on the same Kita Travel card and was identified by
Ressam as belonging to ██████ Once the "operation" was complete, Ressam
would telephone ██████ in Pakistan so that an act of jihad would be known
and credited to Ressam.

### RESSAM'S CELL:

Ressam trained with a large group of several cells in Khalden,
but was specifically part of a smaller cell. The cell in which he trained
was to go to Canada to help Ressam, but they didn't arrive from Europe
because they were stopped relative to passport problems. It wasn't
apparent whether they had been turned back because of their passports
or hadn't attempted to travel because they lacked the passports.

That group is identified by their Khalden names
(noms-de-guerre) which everyone at Khalden used. For example, Ressam's
Khalden name was "NABIL". Those individuals in Ressam's cell in
Afghanistan who were to assist Ressam in his operation are phonetically
████████████████████████████████████████████████████████████

This cell was formed in the Fall of 1998 to commit a terrorist
act. No specific target and date were chosen, but this group would train
together and then deploy at some point in time to commit the terrorist
act. Trainees were instructed that the specific information regarding
targets and dates should always be closely guarded within the cell.

### OTHER CELLS AT KHALDEN:

Ressam was aware of a Jordanian cell at Khalden that was to
attack Israelis and/or Americans in Jordan.  Ressam denies specific

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

⬛⬛⬛⬛⬛⬛⬛⬛

Ahmed Ressam                                05/10/2001            5

         knowledge of an attack on the USS Cole, but states such
objectives as U.S. warships were presented by instructors as viable
targets.

## RESSAM'S ITINERARY IN AFGHANISTAN:

         Ressam attended a total of three camps while in Afghanistan.
He arrived in Pakistan in March 1998 and entered Khalden Camp in April
1998. At Khalden there were many forms of training: light arms,
explosives, equipment, artillery, topography and tactics. Ressam did
not receive training in artillery.

         Khalden Camp is near the town of Khwost in Afghanistan, run
by a Palestinian named ⬛⬛⬛⬛. It is one of many camps operated by the
Emir ABOU ZOUBEIDA. Ressam stayed at Khalden approximately six months
before being moved to a second camp.

         The second camp Ressam attended was a Kurdish camp that
trained in the manufacturing of explosives. Though he went there to
learn how to manufacture explosives, he instead spent two weeks at this
Kurdish camp handling and shooting pistols.

         The third camp Ressam attended was a very specialized
explosives manufacturing camp near the town of Toronta. Ressam was
instructed by ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
wherein he learned not only about chemicals which would be used in
explosive devices but electrical aspects of the devices as well.
Students were taught to locate fertilizer plants to find the ingredients
for their explosives.

## MATERIAL SUPPORT TO ESTABLISH CANADIAN CELL:

         Before leaving to come back to North America, Ressam received
$12,000 U.S. from ⬛⬛⬛⬛⬛, the leader of the Algerians in Jalalabad,
Afghanistan. Ressam was to use this money to set up a house, buy supplies,
receive and support the rest of his cell formed at Khalden as they arrived
in Canada.

         Ressam brought with him from Afghanistan to Canada, via the
United States, 500 milliliters of glycol in a shampoo bottle and several
hexamine tablets which he later used to make the EGDN, HMTD, and RDX.

         He transported the glycol and hexamine in his
medicine/toiletry bags, along with the written formula for these
mixtures aboard the aircraft. He was not searched by authorities upon
entering the United States or Canada. Ressam later burned the list
of formulas in the bathroom at the 2400 Motel in Vancouver, British
Columbia.

         However, upon returning to Canada, Ressam was without his
fellow cell members and decided to start putting the plan for his

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

Ahmed Ressam                                      05/10/2001          6

operation together. Ressam felt that it was important to commit a terrorist act during "the millennium" because of the "economic and political impact it would have at that time of transition."

While Ressam was not interested in targeting symbols of Christianity or Catholicism, other acts of terrorism coinciding with the millennium were discussed at Khalden by attendees.  This includes the actions/plans of the Jordanian cell to attack Israeli and/or Americans in Jordan during the millenium.

**NACER ███████:**

Ressam arrived in Vancouver, British Columbia in February 1999, and stayed with ████████████ at ███████'s house. It was at ████████'s house that Ressam received his mail under the alias BENNI ANTOINE NORIS. ████████ was aware that Ressam was using a fake name, and allowed Ressam to continue receiving mail under the that name while in Vancouver, B.C.

**████████████:**

Ressam next enlisted the help of ████████████ because Ressam knew ████████ to be someone he could trust and someone interested in Jihad.

Ressam directed ████████ to find an apartment and transport equipment and explosives.  It was ████████ who helped Ressam prepare the chemicals (RDX, HMTD, EGDN) at the 2400 Motel in Vancouver, B.C. ████████ knew Ressam was going to strike a target within the United States, but Ressam never divulged the specific target.

**CONSTRUCTION OF TPU's:**

In September 1999, Ressam went to Montreal and purchased the components of the TPUs, assembling them in his apartment at ████ apartment. After assembling the TPUs, he gave the tools (including the soldering gun) to ████████. Ressam also confided in ████████ that he (Ressam) had been to the training camps in Afghanistan and had an operation to complete.

At this time Ressam expected ████████████████ to come from Bosnia and join him for the terrorist operation Ressam was planning.

**████████████████████████████ THE LAPTOP COMPUTER:**

In late October or early November 1999, while in Montreal, Ressam and ████████████ went to a computer store to buy a laptop for ABOU ZOUBEIDA. ████████████ asked Ressam to buy the laptop, and ████████ informed Ressam that the laptop would be sent with a young

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

Ahmed Ressam                                    05/10/2001                7

man who was headed to the Khalden Camp and would courier it
to ABOU ZOUBEIDA.

Ressam was not able to purchase the laptop at the first store
at which they attempted to make a purchase. Ressam later bought a used
laptop from ███████████ for $600 Canadian, paid for with cash. Ressam
gave the used laptop to ███████████; ███████████ is a close friend of
███████████.

## BURGLARY AT EVERGRO FERTILIZER COMPANY:

Following his time in Montreal, and after constructing the
TPUs, Ressam returned to Vancouver, B.C.  Ressam and ███████████
discovered the location of the EVERGRO fertilizer company in Delta,
B.C. after reading the address on a box of fertilizer. The fertilizer
(urea and aluminum sulphate) was purchased at the Gardenworks retail
store.

Ressam and ███████████ drove in a Chrysler Cirrus rental car
to the EVERGRO company in Delta, B.C. during business hours. They walked
around the outside storage yard and located the sulfuric acid, nitric
acid, and hydrochloric acid after first entering the main gate just
to the right of the administration building. Though they saw several
employees, they were never confronted.

Ressam and ███████████ drove back to EVERGRO later that night
and entered the complex from the rear gate after traversing a grassy
field. The gate was locked, but they were able to squeeze through the
opening between the gate and the fence.

Ressam brought with him a glass container and a white plastic
container for the sulfuric and nitric acids. Ressam added that he should
have used his purple container because it would have prevented the
sunlight from interacting with the chemicals.

Ressam first attempted to obtain the sulfuric acid from a
car battery that he purchased at Canadian Tire in Vancouver but was
unable to obtain the quantity of sulfuric acid he required. Ressam and
███████████ mixed the chemicals at the 2400 Motel.

## RESSAM AND ███████████ SEPARATE ON DECEMBER 14th, 1999:

On December 14, 1999, ███████████ and Ressam departed for
Victoria, where Ressam would take the M.V. Coho ferry to Port Angeles,
Washington. ███████████ stayed with Ressam until he boarded the ferry.

███████████ became very nervous and Ressam did not want to risk
compromising the operation. Ressam knew ███████████ would be
waiting to help him in Seattle, and opted not to let ███████████ come
with him.  Ressam indicated it was not pre-determined that ███████████

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

Ahmed Ressam                                      05/10/2001            8

and Ressam would part company at Victoria, but Ressam made that decision in Victoria.

## MEMBERS OF OTHER TERRORIST CELLS IN GERMANY, SWEDEN, JORDAN, ITALY:

Ressam identified the following individuals by their Khalden names that he met at the Khalden Camp. They are cell members located in the following cities trained to carry out terrorist attacks:

### Frankfurt, Germany:

French citizen of Algerian origin, physically fit, approx 34/35 years of age
Algerian, approx 26 years of age
- Algerian

### Sweden, possibly Stockholm:

Algerian, married to Swedish national, son aged approx 6-7 years of age
- Moroccan, Swedish citizen
no further information, Ressam just heard the other members of the Swedish cell talk of          and that          had been in Afghanistan a longtime, and in Algeria prior.
Swedish national, non-arab, Swede origin.
Swedish national, non-arab, Swede origin.

### Jordan:

the trainer at Khalden Camp

- a dentist
- physician from Syria
- Palestinian

### Italy: (operates in Germany and Italy)

The cell is comprised of approximately 60 persons, the majority of whom are Tunisian and fought in Bosnia. Their Emir resides in Yemen.

Tunisian
fought in Bosnia

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

05/10/2001          9

CONCLUSION OF FIRST INTERVIEW:

      Ahmed Ressam agreed to testify against ▮▮▮▮▮ and
to continue providing information. Ressam will meet again with FBI
Seattle, and has agreed to meet with SDNY and FBI New York relative
to questions surrounding ▮▮▮▮ ▮▮▮.

ressam302

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,  )
)
Petitioner,  )
)
v.  )      Civil Action No. 08-1360 (RWR)
)
ROBERT GATES,  )
)
Respondent.  )

Ressam 302 5/16/2001

SECRET//NOFORN

~~PROTECTED INFORMATION – FILED UNDER SEAL~~



FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

Date of transcription     05/18/2001

On May 16, 2001, AHMED RESSAM (RESSAM) was interviewed at
the Seatac Federal Detention Center in Seattle, Washington. Present
for the interview were SA ███████████ (FBI ████████ SA
███████ FBI ██████ AUSA ████████████ Southern District
of New York), Assistant Federal Public Defender ████████████
Assistant Public Defender ████████████ Defense Investigator
████████, and Arabic translator ████████ The interview was conducted
in Arabic.

RESSAM stated that he knows ██████████████████." RESSAM
advised that he knew █████ very well in Canada and that he came to include
█████ in his group of friends. █████ was not at the training camp with
RESSAM.

RESSAM met █████ in Montreal in approximately 1996. RESSAM
met █████ through █████ and ████████ and RESSAM were
neighbors. █████ knew █████ very well. RESSAM stated that RESSAM
was also friends with █████.

█████ was a teacher about Jihad and Islam, and was a person
who people in the Islamic community went to for information regarding
Jihad. █████ studied Islam and fought and was trained in Bosnia. RESSAM
discussed his desires to attend a training camp with █████ █████
discussed his fighting in Bosnia at length, including his training and
the different operations in which he had participated. During one
operation, █████ was hit in the stomach by a bullet. █████ fought in
Bosnia from the beginning of the fighting until approximately 1994.

The leader of █████'s group in Bosnia was █████ (LNU). █████,
an Egyptian, lived in Italy. He was a mufti and a military leader in
Bosnia. █████ and five members of his military group were killed in
an ambush in Croatia. Following █████'s death, █████ (ph) took
over the leadership. █████ (ph) was another military leader
in █████'s group.

█████ has both a Bosnian passport and a Canadian passport.
█████'s Canadian passport was fraudulently obtained and is in the name
"████████████████████" (ph). █████'s genuine
Bosnian passport is in the name █████████████████.

05/16/2001     Seattle, Washington

05/18/01

~~PROTECTED INFORMATION – FILED UNDER SEAL~~

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                                    05/16/2001            2
     When RESSAM returned to Montreal, Canada, he contacted ████████
during the summer. RESSAM believes he may have told ████████
███████) that he was attempting to contact ██████ in reference to an
operation.

     RESSAM informed ██████ that RESSAM had an operation to do and
asked if ██████ was interested in assisting him. RESSAM advised that
██████ knew what an "operation" was because ██████ asked RESSAM to come
to Europe and said that they could undertake "operations" there. ██████
told RESSAM that ██████ was not ready to come, but ██████ never told RESSAM
the reason that he could not come. RESSAM is aware that ██████'s wife
was pregnant and was having complications, and RESSAM believes that
was the reason that ██████ could not travel to Canada to assist RESSAM
with the operation.

     To communicate with ██████ RESSAM would leave messages for
him at an office located in a mosque in Bosnia. ██████ did not have
his own telephone. RESSAM advised that the phone number that he used
to contact ██████ is in RESSAM's telephone book. RESSAM was shown a
photograph of FBI Laboratory item number ██████ and indicated that the
entry "██████████████████ was the phone number for ██████.

     RESSAM would call the mosque and leave messages asking
to call RESSAM on RESSAM's cellular telephone. ██████ never called RESSAM
back. On occasion, RESSAM would leave messages for ██████ specifying
a date and time for ██████ to be at the mosque. RESSAM and ██████ would
speak when ██████ kept the appointments.

     ██████ was involved in an operation in which he smuggled arms
and weapons from Spain to Morocco.

     RESSAM traveled to Canada in 1994 to live and work. RESSAM
stated that he wanted residency in Canada.

     RESSAM's change in beliefs was based on his conversations
with ██████. ██████ is the one who convinced RESSAM that he wanted religion,
fighting, and Jihad.

     Before RESSAM went to Afghanistan, he asked ██████ to help
him get to Algeria. RESSAM wanted to fight in the civil war in Algeria.
RESSAM was not familiar with the specific groups in Algeria, but ██████
knew about the various groups there. RESSAM wanted to fight against
the Algerian government. RESSAM advised that he was aware of the GSPC,
GIA, and FIS, but that he was not part of any of these groups. RESSAM
never found a way to get to Algeria, so he went to Afghanistan instead.
RESSAM's travel to Afghanistan was arranged by ██████████████████
██████████████████ made contact with ABU ZUBAIDA on
RESSAM's behalf and recommended RESSAM to ABU ZUBAIDA.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/16/2001                    3

███ was supportive of RESSAM's desire to train in
Afghanistan. ███ gave RESSAM the telephone number for ███'s brother,
███ (ph), in Belgium so that RESSAM could contact ABDUL SAMAD
upon RESSAM's arrival in Pakistan. ███ would convey the message
back to ███ that RESSAM had arrived safely in Pakistan.

███ was deported from Canada to Bosnia in approximately
October 1998.

RESSAM used his own money to travel to Pakistan.

███ and ███ discussed the training camps with
RESSAM. They told RESSAM that the camps were difficult and there was
a lot of work to do there. They explained that he would meet many people
from different areas and backgrounds. ███ and ███ attended
the training camps for approximately five months. They had less training
than RESSAM.

At this point in the interview, questioning regarding ███
███ resumed.

Before RESSAM traveled to Vancouver, he obtained a visa for
travel to Pakistan. RESSAM explained that the visa was for ███'s
friend in the United States who wanted to go to Pakistan to go to
Afghanistan for training. To obtain the visa, RESSAM first called ███
███ an associate of his in Pakistan.

RESSAM described ABU ███ as an Algerian who is involved
in Jihad ███ receives people in Pakistan and channels them
to the training camps. ABU ███ and ABU ZUBAIDA are in charge of
almost all of the logistic matters for the camps.

RESSAM contacted ABU ███ from a pay telephone in Montreal.
RESSAM advised that he used many different calling cards, including
Globo calling cards and others. RESSAM purchased these cards at many
different places. RESSAM typically used many different pay phones.

When RESSAM called ABU ███, ABU ███ told RESSAM to call
███ in Britain. RESSAM called
███ from a pay phone. RESSAM thinks he contacted ███ immediately
after calling ABU ███. RESSAM doesn't remember if he used the same
or a different pay phone.

███ informed RESSAM that it would not be a problem to get
him a visa because he had visas available. ███ said that he would
give the visa to "MAHDI." "MAHDI" is the camp name used by ███
███ said that ███ would send the visa to RESSAM.

RESSAM then recalled that, in the above-described incident,
he wanted to obtain two visas, one for ███'s friend in the United

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                                05/16/2001        4

States and one for ████████████ agreed to send two visas, and told RESSAM that he would ask ████ to send the visas to RESSAM.

During RESSAM's conversation with ████, RESSAM asked about his associates.

RESSAM spoke with ████ about the visas possibly on the same day or one day later than he spoke to ████████. RESSAM advised that he had ████'s telephone number. RESSAM told ████ that RESSAM had spoken with ████ regarding the two visas, and RESSAM wanted to insure that ████ would send the visas to RESSAM. RESSAM gave ████ the address for ████ on du Parc.

Approximately four or five days later, the visas arrived at ████'s address by regular mail. RESSAM does not know the name that was on the outside of the envelope because, when ████ gave RESSAM the visas, they were in a piece of paper, so RESSAM never saw the envelope in which the visas were mailed. Although one of the visas was for ████'s use, ████ gave both visas to RESSAM because they needed to be fixed.

The visas which were sent to RESSAM were real visas that had no names on them. RESSAM believes that ████ obtained the visas from people who had been in Pakistan. RESSAM explained that there is a chemical process which is used to remove the ink from the visas so that they can be reused. The two visas that RESSAM received would have to be filled in by either ████ or RESSAM.

After RESSAM received the visas from ████, RESSAM called ████ and told ████ that RESSAM wanted to meet ████ to provide him with the visas. RESSAM met ████ at the Metro station on St. Laurent and gave him the visas. At that time, RESSAM and ████ also discussed the fact that ████ would have to make a stamp or seal for the visas. RESSAM believes that he told ████ that one of the two original visas was for either ████ or "for a good friend." At the time that ████ prepared the visas, he would have been given ████'s name. RESSAM stated that the name that would be placed on the visa for ████ was to be his real name.

RESSAM believes that it was two (2) or three (3) days prior to his departure to Vancouver that he gave the visas to ████.

After RESSAM spoke with ████ about the visas for ████ and for ████'s friend, ████ asked RESSAM to obtain a third visa. The third visa was for ████'s cousin who also wished to travel to Pakistan. To order the third visa, RESSAM again called ████.

████ told RESSAM that ████ would send the third visa. RESSAM spoke with ████ and gave ████ an address to which he should mail the visa. This address had been provided to RESSAM by ████. RESSAM believes that the address was on Sherbrooke in Montreal. RESSAM

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/16/2001          5

████████    recalled that he ordered the third visa prior to meeting
████ at the Metro station.

RESSAM never saw the package containing the third visa and
does not recall ████████ ever telling him that the visa had arrived.
RESSAM stated, however, that he knows that the visa was sent because
████████ told RESSAM that ████████ had given the visa to ████ and that
████ had mailed it.

When RESSAM met ████████ at the Metro station, RESSAM told
████████ that RESSAM had already ordered the third visa.

RESSAM advised that he has heard the name ████████████ (ph),
but that he doesn't know him. RESSAM believes ████████ is in Britain.

RESSAM advised that ████████ and ████ knew each other. RESSAM
recalled that, on one occasion during the Summer, 1999, RESSAM,
and ████████ were all together at ████████=s house. (RESSAM previously
identified ████████ as ████████.) While they were at ████████ =s
house, ████ stopped by to visit. RESSAM does not recall what they
discussed on this occasion.
[During the interview of RESSAM conducted on May 15, 2001,
RESSAM explained that he had attempted to lease a store in the name
NORIS for ████████ and ████████. At this point in the interview, the
interview returned to this topic.]

RESSAM explained that the attempt to lease the women=s
undergarment store in the mall on Jean-Talon Street by Saint Leonard
was not successful. After attempting to lease the store, RESSAM and
████████ met at a café and ████████ told RESSAM that ████████ found another
location to lease.

████████ arranged for RESSAM to meet with ████████ (RESSAM
previously identified ████ as SAID ████████) and ████████ and approximately
one (1) week after visiting the mall, RESSAM went with ████████ and
████ to a shop located on Lacordaire in East Montreal. RESSAM traveled
to the shop with ████ and ████ in ████ =s green van.

The shop was a vacant food store which RESSAM and his
associates called ████████. The owner of the store was named AYOUNG@
(ph). (████████████████████████.) At the shop, ████
negotiated the terms of the lease including the cost and the length
of the lease. ████████ asked for two (2) co-signers for the lease. ████
provided his information to ████████. ████████ gave his name as ████████

████████ Approximately two (2) days after meeting with ████████ ████
and ████████ at Marché Benni, RESSAM returned to Marché Benni to sign
the lease. ████████ and ████████ were also present when RESSAM signed the
lease.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                    05/16/2001            6

  While the lease was pending, RESSAM established a commercial
bank account. ▍▍▍▍ accompanied RESSAM when RESSAM opened the account.
RESSAM believes that the account was opened at the Bank of Montreal
at the intersection of Papineau Street and St. Laurent.

  RESSAM and ▍▍▍ also filed papers at the courthouse regarding
the lease of Marché Benni.  RESSAM stated that he used the name NORIS
for all of the paperwork connected to the lease of the store.

  RESSAM believes that the store was to be run by ▍▍▍ and
that ▍▍▍ was to be in charge of the business. ▍▍▍ and ▍▍▍
were to work with ▍▍▍ at the store.  The store was leased to facilitate
the fraud business. ▍, ▍▍▍ and ▍▍▍ informed RESSAM that
the store would use both debit cards and credit cards.  RESSAM is aware
that credit card and debit card machines were in the store, but RESSAM
is not aware how these machines got there.

  RESSAM never heard any discussions regarding the splitting
of proceeds from the store, but RESSAM advised that he was supposed
to receive a percentage of the store=s proceeds.

  RESSAM is not aware if any money from the store was sent
anywhere, but he believes that a percentage of the proceeds would be
sent to Muslim movements. ▍▍▍ and ▍▍▍ discussed sending money
to different groups in general terms.  RESSAM does not know how much
money, or to which groups the money would be sent.  RESSAM believes,
however, that some of the money would have gone to Algeria.

  RESSAM stated that ▍▍▍ contacted different companies about
providing products for the store.

  At one point, a van was registered to RESSAM in the name NORIS.
This van was transferred from ▍▍▍ =s wife to RESSAM.  To change the
ownership of the van, RESSAM and ▍▍▍ went to the Department of Motor
Vehicles. ▍▍▍ and ▍▍▍ were aware of the transfer of the van.
The van was to be used for the business and was registered for commercial
use.

  RESSAM is aware that ▍▍▍ was planning to obtain documents
for himself in the name BENNI ANTOINE NORIS for use after RESSAM left
Canada. ▍▍▍ intended to use the name NORIS to keep the business going
after RESSAM departed.  RESSAM recalled that he had given ▍▍▍ a Costco
card and a checkbook in the name NORIS.

  While RESSAM was in Vancouver, he did not communicate with
▍▍▍ ▍▍▍ or ▍▍▍.  RESSAM was contacted, however, by ▍▍▍
regarding something related to the store.  RESSAM had provided ▍▍▍
with his cellular telephone number prior to RESSAM=s trip to Vancouver
and RESSAM told ▍▍▍ that he would contact him upon his return.  RESSAM
advised that the number he gave to ▍▍▍ was the number of the cellular



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                               05/16/2001            7

telephone found in his apartment on du Fort ▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆ Prior to his trip to Vancouver, RESSAM
told ▆▆▆ that he was going to Toronto.

RESSAM stated that he told ▆▆▆ that he was going to
Vancouver but that he did not tell ▆▆▆ why he was going there.

RESSAM contacted ▆▆▆ the day after RESSAM returned to
Montreal from Vancouver at the end of November, 1999 and RESSAM visited
▆▆▆ at the store on Lacordaire. Also present at the store were
▆▆▆ and ▆▆▆. While RESSAM was at the store, he signed a check
for the rent and gave the check to ▆▆▆.

RESSAM asked ▆▆▆ to inform ▆▆▆=s friend that RESSAM
was interested in meeting him in approximately one (1) or two (2) weeks
in Seattle. Only RESSAM and ▆▆▆ were present when RESSAM and ▆▆▆
discussed ▆▆▆=s friend. At that time, RESSAM did not know ▆▆▆=s
friend=s name.

RESSAM told ▆▆▆ to tell his friend that RESSAM=s name
is REDA. RESSAM explained that he wanted ▆▆▆=s friend to know him
as REDA so that the friend would not know who RESSAM was if there were
any problems. RESSAM also told ▆▆▆ to tell ▆▆▆=s friend that
RESSAM would explain the details of their work once RESSAM and the friend
met. RESSAM does not recall asking ▆▆▆ to have the friend get a
cellular telephone for RESSAM.

RESSAM did recall that, in an earlier conversation with
▆▆▆, RESSAM asked ▆▆▆ if the friend had a driver=s license and
if the friend could rent a car. RESSAM was planning to rent his own
car for his trip from Vancouver to Seattle, but RESSAM did not want
to use a car rented in the name NORIS for his operation. RESSAM planned
to travel from Seattle to Los Angeles by train and to have ▆▆▆=s
friend rent a car for their use in Los Angeles.

At this point in the interview, RESSAM was shown several
photographs. RESSAM was asked if he knew any of the individuals depicted
in the photographs. RESSAM stated that he only recognized the individual
depicted in the photograph labeled as A4b@ but RESSAM advised that he
does not know who the person is. The photographs were labeled as:
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (The
photographs are not of any individuals discussed in this FD-302.)

RESSAM recalled that, on one occasion, ▆▆▆ told RESSAM about
a representative (NFI) of SHEIK ▆▆▆. ▆▆▆=s representative, who
was in charge of finances, used to live in Naples, Italy, but went to
Canada after the war. RESSAM believes that the representative is still
in Vancouver. ▆▆▆ used to contact the representative and ▆▆▆ met
with the representative in 1996 or 1997. The representative is Egyptian.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                        05/16/2001           8

        RESSAM also advised that a representative (NFI) of ████
████ resides in Germany. This representative has German citizenship.
In 1996 or 1997, this individual attempted to enter Canada but was
returned to Germany by the Canadians.

        [At this point, the interview returned to the subject of the
Benni Marché.]

        RESSAM advised that he spoke with ████ and informed
that he would be leaving Montreal. RESSAM planned to provide
with his phone number in Britain. RESSAM was also planning to instruct
████ to send RESSAM=s portion of the proceeds from the store to RESSAM
in Britain. RESSAM stated that he changed his mind, however, because
████ was not interested. RESSAM gave the information to ████
instead.

        RESSAM told ████ to send RESSAM=s money to one of RESSAM=s
associates in Britain. RESSAM told ████ that RESSAM=s associate
was named ████ (RESSAM previously identified ████ as ABU DOHA).
████ was to transfer the money to ████. RESSAM gave ████ the
telephone number for ████.

        RESSAM stated that ████ would have kept most of the money
████ received from ████ and would have only given a small amount
to RESSAM. The majority of the money would have gone to the Mujahideen
in Afghanistan and a portion would have gone to Algeria. ████ sent
money with the people who traveled and via Western Union. ████ also
had a bank account in Pakistan with which he would transfer money.

        Approximately one (1) week later, RESSAM was with ████
and ████ at a Dunkin= Donuts store near the Cadillac Metro station
at the corner of Cadillac and Sherbrooke. RESSAM called ████ in
Britain from a pay telephone located near the Dunkin= Donuts. RESSAM
told ████ that when RESSAM is absent, ████ would speak on RESSAM=s
behalf. After RESSAM spoke with ████, RESSAM put ████ on the phone
with ████. RESSAM told ████ that ████=s name was OMAR. RESSAM
is unaware if ████ and ████ had any conversations after the initial
phone call at the Dunkin= Donuts.

        After ████ and ████ spoke, RESSAM asked ████ to contact
ABU ████ and tell ABU ████ to receive the people that RESSAM had
told ████ about.

        RESSAM gave ████ the telephone number for ████ but
RESSAM is not aware if ████ ever contacted ████. RESSAM does
not recall if he wrote ████=s telephone number for ████ or
if ████ wrote the telephone number himself. The telephone number
that RESSAM gave for ████ was not a coded number.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

AHMED RESSAM                                05/16/2001          9

RESSAM advised that he purchased the electronics for the
timing devices in September, 1999.  RESSAM first said that all of the
timing devices were completed in September, 1999, but RESSAM then
recalled that he purchased and assembled the timing devices up until
one (1) month before he traveled to Vancouver.  RESSAM took the timing
devices with him to Vancouver in his checked baggage, during his first
trip to Vancouver.  When RESSAM purchased the electronics for the timing
devices, he traveled alone via Metro and bus.  ████████ never traveled
with RESSAM when RESSAM made purchases for the operation.

RESSAM stated that only ██████ knew about RESSAM=s planned
operation.

RESSAM stated that ████████████████ had an apartment on
Sherbrooke in Montreal.  RESSAM was present in ███████████=s apartment
████████████████████████████████████████████████████████
went to ██████████=s apartment, RESSAM left from a rear door. ██████
██████ was also present in the apartment. ██████ and ████████ remained
in the apartment ████████

RESSAM traveled to Vancouver approximately four (4) times
during 1999.  His first trip was from Afghanistan to Karachi, to Thailand,
to Los Angeles, to Vancouver.  RESSAM stayed in Vancouver for a few
weeks and then traveled to Montreal.  A few weeks later, RESSAM returned
to Vancouver.  RESSAM remained in Vancouver until the middle of May
when he again returned to Montreal.  RESSAM returned to Vancouver the
third time in November, 1999.  His final trip to Vancouver was in December,
1999.

RESSAM recalled that, approximately one (1) or two (2) days
after he met with ██████ at the shop on Lacordaire, RESSAM and ██████
met at ███████=s house.  Only RESSAM and ██████ were at the house.
RESSAM believes that it was on this occasion that ████████ informed
RESSAM that ██████=s friend=s name was A████████.@

██████ showed RESSAM a passport photograph of ██████ so that
RESSAM would recognize ██████ when RESSAM arrived in Seattle. ██████
informed RESSAM that ██████ had ██████=s photograph so that ██████
could make a passport for ██████. ████████ did not give the photograph
to RESSAM.  During their conversation, RESSAM asked ████████ to tell
██████ to bring money with him to Seattle.  RESSAM believes that ██████
wrote the name ██████ on a piece of paper for RESSAM.

RESSAM was questioned regarding a piece of paper found in
his possession following his arrest.  The piece of paper was a business
card for Kita Travel.  The name ██████@ and three (3) telephone numbers
for A██████@ were written on the back of the Kita Travel business card.
RESSAM believes that ██████ may have written the name ██████@ on the
card as well as some of the numbers.  RESSAM thinks he may have written
other telephone numbers himself at a later date.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of

On

, Page

██████ ██████ AHMED RESSAM                    05/16/2001        10

         ██████ told RESSAM that ██████ =s cellular telephone was a
new telephone which would allow him to place telephone calls from all
over the United States.  ██████ told RESSAM that ██████ needed a new
cellular telephone because ██████ =s previous cellular telephone would
not permit him to place calls outside of New York. ██████ also told
RESSAM that ██████ was unable to contact ██████ when ██████ traveled to
the United States because of a problem with ██████ =s cellular telephone.

         Between the time that RESSAM met ██████ at ██████ =s house
and the next time that the two (2) of them met at the store, RESSAM
called ██████.  RESSAM called ██████ from a pay telephone located at the
Metro station on Cadillac Street.  RESSAM used a calling card to call

         RESSAM advised that he and ██████ spoke a little in English.
RESSAM introduced himself to ██████ as REDA.  RESSAM told ██████ that
RESSAM would explain the entire matter when they met.  RESSAM told
that RESSAM would contact him again.  RESSAM does not recall when he
told ██████ that he would call him, but RESSAM believes that he may have
told ██████ Anext week.@

         The next time that RESSAM contacted ██████ was while RESSAM
was at the waiting area for the ferry from Vancouver to Vancouver Island.

         RESSAM then recalled that the first time he spoke with ██████
was the same day that ██████ had given him ██████ =s telephone number.
The first time RESSAM called ██████, ██████ stated that he was too busy
to talk and asked that RESSAM call him back later.  RESSAM called
back later the same day.

         RESSAM advised that he was delayed in traveling because he
had to finish preparing the chemicals.

         The next time that RESSAM saw ██████ was at the store on
Lacordaire.  ██████ and ██████ were all at the store.  ██████,
██████ and ██████ were placing items on the shelves.  They had general
conversation and did not discuss RESSAM=s plans.  RESSAM has no
recollection if he told ██████ about his telephone conversation with
██████.  RESSAM believes, however, that, at one point, he did tell ██████
about his conversation with ██████

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
            Petitioner,        )
                               )
    v.                         )          Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
            Respondent.        )
                               )

Ressam 302 5/17/2001

SECRET//NOFORN

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

05/20/2001

On May 17, 2001, AHMED RESSAM (RESSAM) was interviewed at the Seatac Federal Detention Center in Seattle, Washington. Present for the interview were SA█████████ (FBI █████████ SA████████ (FBI █████████ █████████ AUSA█████████ (Southern District of New York), Assistant Public Defender █████████ Defense Investigator █████████ and Arabic translator █████████. Also present for a portion of the interview was Assistant Federal Public Defender █████████ The interview was conducted in Arabic.

At the outset of the interview, RESSAM was shown two (2) items known to the FBI as █████████. █████████ is a photograph depicting the front of a business card for Kita Travel. RESSAM had this business card in his possession at the time of his arrest in Port Angeles, Washington. RESSAM indicated that he was familiar with the business card depicted in the exhibit.

█████████ is a photograph depicting the back of the Kita Travel business card. RESSAM identified the back of the Kita Travel business card and indicated that █████████ contained handwritten telephone numbers for █████████.@ █████████)

During an interview of RESSAM conducted on May 16, 2001, RESSAM stated that he believed that █████████ may have written the name █████████ @ on the card as well as some of the numbers. RESSAM thought that he may have written other telephone numbers himself at a later date. Upon a review of █████████, however, RESSAM identified the handwriting as his own. RESSAM recalled that █████████ originally wrote the numbers. RESSAM believes that RESSAM may have re-written the numbers on the back of the card after █████████ wrote them on a different slip of paper.

RESSAM advised that he had the Kita Travel business card with him when he went to visit █████████.

RESSAM read three (3) telephone numbers in █████████ as:

█████████

05/17/2001       Seattle, Washington

█████████                                05/20/01
█████████

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                        05/16/2001          2
          One (1) of these three (3) numbers appears along the left-hand
side of the card.  The two (2) other numbers appear in the middle of
the card.  RESSAM advised that all three (3) of these telephone numbers
are true numbers and that they are not coded.

          RESSAM was then asked to read another one of the telephone
numbers on the card.  RESSAM indicated that the number was either
A███████████████ @ RESSAM was not certain about the first
three (3) or four (4) numbers because the writing was not clear to him
but he believes that the number is ████ .@ RESSAM stated that the ██
stands for ████████ .  The telephone number is for
████ =s cellular telephone in Britain.  RESSAM also advised that this
number is a true number and that it is not coded.  RESSAM recalled that
the country code for Britain is ████ .@

          RESSAM was then shown another telephone number written on
the back of the card.  RESSAM read the digits as ████████ @ RESSAM
indicated that this number is the telephone number for ████████ in
Pakistan.  This number is ████████ =s cellular telephone number.  At
first, RESSAM stated that the number is not coded.  RESSAM later advised,
however, that he is not certain that the number is not a coded number.
 RESSAM is certain that this number is for ████████ in Pakistan.

          RESSAM advised that he did use codes in some of his telephone
numbers.  RESSAM coded numbers by changing the first few digits in a
telephone number.  RESSAM would either subtract a number from the first
number, or he would take the square root of the last digit in the
telephone number and add it to the end of the telephone number.

          As an example, RESSAM was asked to code the telephone number
████████ .@ RESSAM indicated that, using the square root method
of coding, the telephone number would become ████████ .@

          RESSAM advised that he learned how to use codes while he was
in Afghanistan.  In Afghanistan, RESSAM learned a complex code which
he intended to use to communicate with his friend ████ (ph) in Britain;
however, RESSAM never used this code.
          RESSAM never used or understood the coding system used by
████ .  (████ is known to the FBI as ████████ .)

          The day after ████ gave RESSAM the telephone numbers for
████ , RESSAM saw ████ in the shop on Lacordaire.  Also present at
the shop were ████ (previously identified as ████████ and
████████ ).  RESSAM does not recall
what was discussed at the shop that day.

          The following day, RESSAM saw ████ at the Dunkin= Donuts
shop.  (RESSAM previously advised that this Dunkin= Donuts shop is
located near the Cadillac Metro station at the corner of Cadillac and
Sherbrooke.)  It was during this meeting with ████ that RESSAM called
████ in Britain and introduced ████ to ████ (This conversation

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                               05/16/2001        3

        was discussed in the interview of RESSAM conducted on May
16, 2001.)  While at the Dunkin= Donuts, RESSAM informed ████ that,
the following day, RESSAM would be traveling to Vancouver.  RESSAM never
told ████ the reason for his trip to Vancouver.

        The day that RESSAM was scheduled to depart for Vancouver,
RESSAM, ████, ████, and ████ (████) saw each
other at a pizzeria.  RESSAM described ████ as an Algerian.  This
meeting was not planned and RESSAM did not discuss anything of importance
with ████.

        [At this point in the interview, an effort was made to clarify
the sequence of events leading to RESSAM=s trip to Vancouver.]

        RESSAM advised that he traveled to Vancouver on either
December 6, 1999 or December 7, 2001.  RESSAM traveled to Vancouver
via airplane on Air Transat using the name BENNI ANTOINE NORIS (NORIS).

        RESSAM was questioned why the records for Air Transat indicate
that he purchased a ticket to travel on one day, but that he actually
departed to Vancouver on a different day.  RESSAM stated that he forgot
the time of his scheduled departure and that he missed the flight.
RESSAM then purchased another ticket at a travel agency on Atwater Street
and traveled the following day.

        The day that RESSAM missed his flight was the day the RESSAM
met ████ ████ and ████ at the pizzeria.  RESSAM explained
to ████ that RESSAM missed his flight and informed ████ that he
would be leaving the following day instead.  RESSAM does not recall
if he discussed ████ with ████ while they were at the pizzeria.

        RESSAM recalled that the order in which he saw ████ is
as follows:

        1.  At the Marché Benni
        2.  At ████=s house
        3.  At the Dunkin= Donuts shop
        4.  At the pizzeria

        On the day that RESSAM saw ████ at the Dunkin= Donuts shop,
RESSAM also saw ████ at Marché Benni.  RESSAM and ████ went
together from the Marché Benni to the Dunkin= Donuts shop.

        During RESSAM=s last week in Montréal, RESSAM received a
driver=s license in the name MARIO ROIG (ROIG) from ████.  RESSAM
received the driver=s license from ████ at the shop on Lacordaire.
RESSAM does not recall if he received the driver=s license on the same
day that he was in the Dunkin= Donuts shop with ████ ████ did
not provide RESSAM with the driver=s license in front of other people.

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              05/16/2001          4

RESSAM did not tell ██████ what he intended to do with the
driver=s license and RESSAM never actually used the license.  RESSAM
had no other identification or credit cards in the name ROIG.

RESSAM advised that he never told ██████ anything about what
he intended to do in the United States.

RESSAM advised that he had discussed with ██████, in general
terms, his training in Afghanistan.  RESSAM informed ██████ that the
training in the camps consists of training in tactics, light weapons
and explosives.  RESSAM told ██████ that the camps are made up of people
from all nationalities.  RESSAM also told ██████ that the camps are
difficult but that you adjust to the difficulties.  RESSAM does not
recall telling ██████ about RESSAM=s specialized training in
explosives and chemicals.

RESSAM stated that he had seen ██████ playing soccer in
Montréal.  ██████ played soccer at a hall located on Ontario Street
and Saint Denis.  RESSAM saw ██████ playing soccer before RESSAM went
to Afghanistan.

RESSAM advised that he had been to ██████=s house
approximately five (5) times.  RESSAM had also been to ██████=s store
on Saint Laurent, but not often.

RESSAM stated that he never went to ██████ house.  ██████
had never been to RESSAM=s house.

RESSAM does not recall if he ever discussed his views about
the United States with ██████  RESSAM does recall, however, discussing
his views about the United States with ██████ at ██████=s house.
(██████ has been previously identified as ██████)
was also present for these discussions.

RESSAM recalls one (1) occasion when he was at ██████=s house
with ██████ ██████, and ██████

RESSAM stated that he is not sure if ██████ knew that ██████
was assisting RESSAM with the operation.  RESSAM advised, however, that
RESSAM never told ██████ about ██████ assistance.

RESSAM also never told ██████ that ██████ was assisting RESSAM
in Vancouver, but RESSAM thinks that ██████ knew about ██████=s
assistance.  RESSAM explained that he had told ██████ that, when ██████
visited ██████, ██████ was to give ██████ the visas and the stamps.

RESSAM advised that, in total, three (3) visas were sent from
Britain.  On the day that RESSAM gave two (2) of the visas to ██████
RESSAM told ██████ that one (1) of the visas was for RESSAM=s friend.
██████ does not believe that he told ██████ that the friend was ██████
On a later date, however, RESSAM informed ██████ that one of the visas
was for ██████

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/16/2001          5

RESSAM stated that the original plan for his operation was
to have ▮▮▮▮ accompany him to the United States. The plan changed,
however, when ▮▮▮▮ was introduced into the plan.

RESSAM originally thought to use ▮▮▮▮ for the operation.
(▮▮▮▮ has been previously identified as ▮▮▮▮) RESSAM then
thought to use ▮▮▮▮ Finally, RESSAM decided to use ▮▮▮▮. RESSAM
explained that he thought it was better to use an individual from the
United States than from Canada.

Following RESSAM=s decision not to use ▮▮▮▮ the plan was
that, after RESSAM went to the United States, ▮▮▮▮ was supposed to
contact and visit ▮▮▮▮ in Britain and then travel to Pakistan. RESSAM
gave ▮▮▮▮ the name and telephone number for ▮▮▮▮. RESSAM had
assist him in finishing RESSAM=s preparations in Vancouver. ▮▮▮▮
remained with RESSAM until RESSAM boarded the ferry destined for the
United States.

▮▮▮▮ was supposed to leave Canada as soon as possible. RESSAM
informed ▮▮▮▮ that ▮▮▮▮ would be visiting him. RESSAM thinks that
▮▮▮▮ was to travel from Vancouver, to Montréal and then to Britain.

RESSAM recalled that, prior to introducing ▮▮▮▮ to ▮▮▮▮
on the telephone, RESSAM told ▮▮▮▮ that ▮▮▮▮ was a person with
good contacts in Afghanistan, Pakistan and Algeria. (In an interview
of RESSAM conducted on May 15, 2001, RESSAM explained that he called
▮▮▮▮ in Britain from a pay telephone located near a Dunkin= Donuts
store near the Cadillac Metro station at the corner of Cadillac and
Sherbrooke.) RESSAM told ▮▮▮▮ that ▮▮▮▮ would be able to tell
▮▮▮▮ where to find RESSAM.

RESSAM advised that, once he traveled to Vancouver, he had
no contact with ▮▮▮▮. RESSAM=s conversation with ▮▮▮▮ at the
pizzeria was their last conversation.

On the day before RESSAM left on the ferry leaving Victoria,
BC destined for the United States, he used a pay telephone to call ▮▮▮▮
on ▮▮▮▮=s pager. The pay telephone was located near the harbor. RESSAM
explained that he was near the harbor to dispose of some of the papers
related to his operation. The papers were papers RESSAM had used to
cover a table on which RESSAM had mixed various chemicals. RESSAM used
a calling card to call ▮▮▮▮=s pager. RESSAM usually used Globo calling
cards, but RESSAM is not positive that he used a Globo calling card
on that occasion.

RESSAM left a message for ▮▮▮▮ referring to himself as
AREDA.@ RESSAM told ▮▮▮▮ not to worry because RESSAM was going to
join ▮▮▮▮ in Seattle. RESSAM told ▮▮▮▮ that RESSAM would call him.

On the night before RESSAM left Vancouver, he stayed at the
2400 Motel in room 118. ▮▮▮▮ stayed with RESSAM that night. RESSAM

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              05/16/2001          6

left the hotel at approximately 10:00 am or 11:00 am the
following morning.

RESSAM went to a travel agency identified as ACanada 3000.@
At ACanada 3000" RESSAM purchased an airplane ticket for ████ to travel
from Vancouver to Montréal. The ticket was for Air Canada. The ticket
was paid for in cash.

RESSAM then took ████ to a Travel Lodge so that ████ could
reserve a room for the night. RESSAM believes that, at the Travel Lodge,
████ possibly stayed in room 2425. ████ was to depart the Travel
Lodge the following morning for his return trip to Montréal.

RESSAM and ████ next went to the ferry terminal for the ferry
from Vancouver to Victoria. At the terminal, RESSAM used a pay telephone
to call ████ on ████=s cellular telephone. During their conversation,
RESSAM asked ████ how ████ was doing and RESSAM told ████ that RESSAM
would either meet him or would call him later that evening in Seattle.
RESSAM and ████ did not discuss a location at which they would meet.
RESSAM does not recall calling ████ again after they spoke from the
ferry terminal.

RESSAM and ████ then boarded the ferry to Victoria. RESSAM
advised that he did not have a reservation for either the Victoria/Port
Angeles ferry, or the Vancouver (Tswassen)/Victoria ferry.

Once RESSAM and ████ arrived in Victoria, ████ used RESSAM=s
cellular telephone to check the schedule for the ferry from Victoria
to Port Angeles. The phone which ████ used was the same cellular
telephone that RESSAM had with him at the time of his arrest.

In Victoria, RESSAM and ████ also went to a large hotel (this
hotel is known to the FBI as the Empress Canadian Pacific Hotel) from
which ████ called the Best Western in Seattle to reserve a room for
RESSAM. The room was reserved in the name NORIS and RESSAM gave ████
the NORIS credit card to make the reservation. RESSAM advised that
a room with a refrigerator would have been good for the EGDN, but that
if the temperature in the hotel room was moderate, there would not have
been a problem.

RESSAM also went with ████ to the bus station in Victoria.
At the bus station, RESSAM purchased a bus ticket for ████ to return
from Victoria to Vancouver via the Tswassen Ferry. The bus ticket
included the charge for the ferry.

RESSAM advised that he never communicated with either ████
or ████ after his arrest.

RESSAM is not aware if ████ ever received the visa to Pakistan
from ████.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                                    05/16/2001              7

        RESSAM stated that he believes that the United States is an
enemy of Islam and that the United States should be punished.  RESSAM
believes that the bombings of the American Embassies in Africa were
justified actions.

        RESSAM advised that he never told ██████ any of the details
of his planned operation except that the planned operation was very
serious.  RESSAM did, however, discuss his feelings about the United
States with ██████     They also discussed Afghanistan and the United
States' attack of the training camps.  RESSAM does not recall expressing
to ██████ his belief that the bombings of the American Embassies in
Africa were justified actions.  RESSAM believes that he and ██████
may have discussed the situation in Algeria, but RESSAM is not positive.

        RESSAM does not recall ever discussing Jihad with ██████.
RESSAM advised that he and ██████ were not very close friends.

        RESSAM advised that he had applied for a permit for a company
called Benni Import/Export in Vancouver.  RESSAM applied for this permit
because he considered preparing his paperwork, including his driver's
license and credit card, in Vancouver.  RESSAM also told ██████ that
RESSAM owned Benni Import/Export.  (During an interview of RESSAM on
May 16, 2001, ██████ was identified as the owner of a vacant food store
located on Lacordaire in East Montréal.)  ██████, ██████ and ██████
had no connection to Benni Import/Export and no one asked RESSAM to
use Benni Import/Export in any way.

        RESSAM does not recall ever receiving any documents from
██████ except for the ROIG driver's license.

        RESSAM does not recall ██████ with any credit cards except
for the credit cards RESSAM saw ██████ mail to the United States.
(During an interview of RESSAM conducted on May 14, 2001, RESSAM recalled
an occasion in October, 1999, when RESSAM, ██████ and ██████ were
in a car together.  The three of them went to Cathedral Center.  At
Cathedral Center, RESSAM observed ██████ place five (5) or six (6)
credit cards in a manilla envelope.  ██████ took the credit cards,
in the envelope, to a Company Express store.  RESSAM described Company
Express as a shipping or mailing service store.  ██████ advised RESSAM
that ██████ mailed the credit cards to the United States.)

        Following RESSAM's arrest, his apartment was searched
██████████████.  During the search, ██████ found
a gun.  RESSAM advised that the gun was given to him by ██████  RESSAM
had asked ██████ to get RESSAM a gun for RESSAM's personal security.
The gun given to RESSAM by ██████ was a used gun.  RESSAM does not
know where ██████ obtained the gun.  RESSAM advised that he never told
██████ about the gun.

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
            Petitioner,         )
                               )
     v.                         )        Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                   )
                               )
            Respondent.         )
                               )

Ressam 302 5/22/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

05/23/2001

On 05/22/2001, Ahmed Ressam was interviewed at the Federal
Detention Center in Seatac, Washington. Present at the interview were
Special Agents ████████ (FBI ████████ SA
████ FBI ████ AUSA ████████ (Southern District of New York),
Assistant Federal Public Defender ████████ Defense Investigator
████████ and Arabic translator ████████. The interview was
conducted in Arabic.

Ressam provided the following information:

### ABOU ZOUBEIDA

ABOU ZOUBEIDA was the overall leader of Khalden and Deronta
Camps, though each camp had a separate leader present at the camp. ABOU
ZOUBEIDA rarely traveled outside Pakistan, and generally remained in
Peshawar to receive the young Muslim men heading to the camps in
Afghanistan.

ABOU ZOUBEIDA, a naturalized Palestinian, welcomes young men
from all groups such as the Armed Islamic Group (GIA) and the Egyptian
Islamic Jihad (EIJ) who have the desire to train in jihad though ZOUBEIDA
himself has no singular affiliation.

There is no one to whom ABOU ZOUBEIDA must report in terms
of a superior; he is "emir" and from RESSAM's perspective, equal to
and not subordinate to USAMA BIN LADEN (UBL). ABOU ZOUBEIDA is an
associate of UBL and coordinates and cooperates with UBL in the conduct
of training and trainee movements between ABOU ZOUBEIDA camps and UBL
camps.

ABOU ZOUBEIDA is ultimately informed in regard to the
"operations" his camp graduates attempt, but it is not for him to approve
of the operation. For example, ABOU ZOUBEIDA knew about the Jordanian
cell's "operation" and RESSAM's own "operation", though not
specifically the date and exact target.

Nor was it ABOU ZOUBEIDA's place to approve or disapprove
of the operation. ABOU ZOUBEIDA is a facilitator. RESSAM uses the term
"operation" for terrorist attack.

05/22/2001       Seatac, Washington

████████████████████████ 05/24/2001

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                    05/22/2001          2

## JORDANIAN CELL

The Jordanian cell was comprised mostly of Jordanians and
one Syrian. Their "operation" (terrorist attack) was to be carried out
in Jordan around millennium celebrations.  The targets were Americans
and Israelis, either VIPs at hotels or companies located in Jordan.

During training, cells will meet and receive lessons. At these
sessions, each unit discusses the kind of terrorist attack ("operation")
that the unit will do, though not specific targets or dates.  RESSAM
explained that at the camps "someone will lecture about operations
outside".

Each unit has a leader; the leader of the Jordanian cell is
█████████████ is a Palestinian trainer and has experience fighting
in Lebanon and Afghanistan. The other members of the Jordanian unit
are:

██████████████ Palestinian; veteran who fought in Afghanistan.

███████████ Jordanian; led the prayer.

██████████ Jordanian; dentist.

████████ - Physician.

██████ No further information.

## CELLS/TRAINEES/GROUPS PRESENT AT KHALDEN

The approximate number of individuals in each cell will range
between 6-14 members. The attendance at Khalden Camp varies between
approximately 60-110 trainees at any one time as groups matriculate
through the camp at various times.

GIA, GSPC, HAMAS, HIZBALLAH, AL-QAEDA, EIJ and other
organizations of people interested in Jihad from various countries train
at Khalden.

The GIA studies how to compile forces and makes contact with
individuals at the camp who will serve ██████████████. According to RESSAM,
████████████████ role is to reorganize and reconsolidate the fractured
organizations in Algeria, along with ██████████. (████████ was married
to a Swede and both lived in Afghanistan prior to ██████ s death.)

## AL-QAEDA

AL-QAEDA members (many of whom are from Yemen) were also
present at the camp at the time RESSAM was there. Others associated

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

AHMED RESSAM                              05/22/2001          3

with AL-QAEDA sometimes visit the camp to give political
lessons and lectures:

███████████ Tunisian; associate of UBL.

████████████████████████████████████████████████
███████████████████████████████████ lectures and incites Jihad
in the Arabian Peninsula and the Gulf States.

███████████████████████████████ from the Yemeni cell; consultant
to UBL; fought with UBL in Afghanistan/Soviet War; also identified by
RESSAM as missing part of a leg; visits the young fighters in the camp.

█████████████████████████ Egyptian Jihad (EIJ)/ AL-QAEDA member.

████████████████████ - UBL/EIJ associate; according to RESSAM,
EIJ/UBL are "interwoven".

## USAMA BIN LADEN

UBL is respected but not viewed as a hero among those at
Khalden Camp, but as another "normal" trying to coordinate and organize
the overall efforts of those conducting jihad. Every Islamic extremist
group present at Khalden and outside of Khalden has a direct relationship
with UBL, including the Algerians represented by ABOU ZOUBEIDA, █████

In September, 1998, RESSAM was present when a servant of UBL
came to ██████████ home. This servant brought a summons from UBL to
█████████ and ████████████████ to meet with UBL in Kandahar.
RESSAM witnessed both ████████████ and ████████ at ███████ home in
Jalalabad when this summons occurred.

RESSAM was present at the ████████ guesthouse in Jalalabad
in December, 1998 and remained there during Ramadan. RESSAM knew that
████████ and ████████ departed by car to Kabul, planning to then fly
to Kandahar to meet with UBL.

On their way to meet with UBL, there was some trouble (NFI)
while transiting through Kabul, and ████████████ returned to Jalalabad
while ████████ proceeded to Kandahar and met with UBL on "cooperation
and operational issues". RESSAM uses the term "operation" to refer
to terrorist attacks.

████████████ told RESSAM about ████████████ meeting after ████
████ s meeting, and that the cooperation matters concerned cooperation
between the Tunisians and Algerians.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                                    05/22/2001        4

███████, ███████ and ███████ are very "interwoven" and
discuss all things. While each group operates independently, those
things discussed among ███████, and ███████, including the
"operations" are and were briefed to UBL. In this instance, UBL was
briefed by ███████.

These "operations", while not specific in exact targets or
dates of attacks, are shared with UBL. They are the same operations
discussed in the training at Khalden; operations such as placing bombs
in airports, attacks against U.S. military and U.S. warships, bombs
against U.S./Israeli interests (companies), and operations against
embassies.

RESSAM believes it is probable that the Algerian operation
which RESSAM and his cell members were to carry out from Canada, and
that RESSAM's operation would be performed in the United States, was
shared with UBL in very general terms during ███████'s meeting with
UBL.

Based on the conversation between RESSAM and ███████,
RESSAM knows ███████ told ███████ that ███████ had such an exchange
of information with UBL along with the functions of each group/cell,
and the discussion of RESSAM's Canadian cell and their American targets.

███████ is the individual previously identified by RESSAM
as the individual who gave RESSAM $12,000 (U.S.) to set up the cell's
safehouse in Canada. ███████ received this money from European
donations and contributions from armed robberies, and organized groups
in Sweden.

These financial contributions are used to finance training
at the camps and for financing terrorist attacks. RESSAM also believes
that UBL provides financial support to the camps, though RESSAM has
no proof of that support.

No approval was apparently sought or needed from ABOU ZOUBEIDA
for the meeting between ███████ and UBL. To RESSAM's knowledge, ABOU
ZOUBEIDA corresponds with UBL mostly by writing and by sending letters.
From Pakistan, ABOU ZOUBEIDA does all his correspondence in writing,
rarely using the telephone except for calls outside the
Afghanistan/Pakistan region.

In a seemingly contradictory statement, RESSAM stated that
ABOU ZOUBEIDA does not use a computer to communicate, but does use e-mail,
though it is unclear with whom he communicates by e-mail.

ABOU ZOUBEIDA's "vice" (meaning deputy), ███████ is also
summoned at times by UBL. RESSAM believes all of these individuals
are treated equally by each other, though there is a hierarchy in the
assignment of duties and responsibilities and their roles in
facilitating and coordinating resources for the cells.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/22/2001          5

## APPROVAL OF OPERATIONS

Cells are independent and do not need the approval of leaders such as ▮▮▮▮▮, ABOU ZOUBEIDA or ▮▮▮▮▮ for their terrorist attacks. The cells are taught at Khalden those targets deemed valid and proper by clerics and individuals such as ▮▮▮▮▮.

▮▮▮▮▮, son of SHEIKH ▮▮▮▮▮ and the other clerics justify acceptable terrorist operations under Islamic law. ▮▮▮▮▮ is almost always in Khwost and is married to the daughter of ▮▮▮▮▮.

## ABOU ZOUBEIDA'S DEPUTIES

▮▮▮▮▮ibyan; veteran of Afghan war and Chechnya, in charge of communications and movements and daily operations of Khalden and Deronta Camps; provides authorization for movement of trainees to other camps under ABOU ZOUBEIDA's control as well as the Kurdish manufacturing camp and UBL's camps - SIDDIQ and FAROUQ. ▮▮▮▮▮, ABOU ZOUBEIDA and ABOU ZOUBEIDA's camps, USAMA BIN LADEN and UBL's camps are all "interwoven" and mutually supporting.

▮▮▮▮▮ stationary leader in charge of Khalden Camp.

▮▮▮▮▮ Palestinian; trainer at Khalden Camp.

▮▮▮▮▮ was past "emir" of Khalden Camp 'a very long time ago" from what RESSAM had heard. "A very long time ago" was unspecific.

▮▮▮▮▮ Algerian; Deronta Camp Decision maker; missing left hand from explosion; NOT to be confused with ▮▮▮▮▮, the son of SHEIKH ▮▮▮▮▮.

▮▮▮▮▮ Moroccan; Deronta Camp; high degree of chemical and explosives training; has resided in Morocco and Spain.

▮▮▮▮▮ Algerian; Deronta Camp; former Intelligence officer in Algerian Army; veteran of Afghanistan/Soviet war.

▮▮▮▮▮ from Saudi Arabia; ▮▮▮▮▮ deep cuts in his legs; veteran of Afghanistan/Soviet War; in charge of kitchen; chemicals/explosives background.

▮▮▮▮▮ Algerian; very specialized skill in electronics; served in Bosnia.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/22/2001          6

██████ - Algerian; lives with his wife and
children in ABOU ZOUBEIDA's guest house in Jalalabad to provide a "cover"
for the reception house; house is two stories with a garden; house is
established to receive young men going into and out of the camps.

██████ Algerian; lives with his wife and
children in ABOU ZOUBEIDA's guest house in Islamabad to provide a "cover"
for the reception house; ██████ knows how to alter passports and visas
to make it appear as though one has been in the country for a month;
keeps property for trainees on their way to the camps in Afghanistan;
issues Afghani style clothing to trainees on their way into Afghanistan.


## ABOU ZOUBEIDA, a.k.a TAREK

        ABOU ZOUBEIDA studied in the United States at a university
unknown to RESSAM during the 1980's. He married and later divorced an
American woman. He is a naturalized Palestinian citizen originally from
Saudi Arabia. He is the son of wealthy Saudi parents.

        As stated previously, ABOU ZOUBEIDA uses the telephone to
communicate with the outside world and communicates in writing within
Afghanistan and Pakistan.

        ABOU ZOUBEIDA receives money brought by couriers and banks
in Peshawar and at least one other bank, possibly a Swiss bank.

        ABOU ZOUBEIDA married a Swede as he transited through Sweden
before arriving in Pakistan around 1989/1990.

        ABOU ZOUBEIDA also in known by the name TAREK, and this is
the name that RESSAM used with ABOU ZOUBEIDA whenever the two would
speak.

        ABOU ZOUBEIDA received field experience from fighting in
Tajikistan and Afghanistan. He receives newcomers (those transiting
through Pakistan to the camps in Afghanistan) from any and all groups
interested in Islamic jihad.


## RESSAM'S RETURN TO CANADA - FEBRUARY, 1999

        On 02/07/1999, RESSAM arrived at the Los Angeles
International Airport (LAX) on Asiana Airlines from Seoul, Korea. RESSAM
remained at LAX for approximately 4-5 hours while awaiting a connecting
flight to Vancouver, British Columbia (Vancouver, B.C.) on a U.S.
carrier, the name of which he cannot remember. RESSAM never left the
terminal area and did not meet anyone while at LAX.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

<span style="background:black">     </span>  AHMED RESSAM                                    05/22/2001          7

RESSAM arrived at the Vancouver International Airport and telephoned ██████████████ to obtain the telephone number of ████ ████ gave ██████████ number to RESSAM and RESSAM then attempted to telephone ████████.

██████████'s wife answered the telephone and informed RESSAM that ████████ was not present. RESSAM then took a taxi to the Hotel Vancouver in downtown Vancouver, B.C. The taxi ride took approximately twenty minutes.

Upon arriving at the hotel, RESSAM again attempted to telephone ████████. ██████████ answered and came to the Hotel Vancouver to retrieve RESSAM. RESSAM then spent two nights at ██████'s house.

Following the stay at ██████'s home, RESSAM next went to stay with ██████ ████ during the months of February and March, 1999. ████ was residing near 12th Street and Oak in Vancouver, B.C. with two other unidentified Algerians; one possibly being ████ (known to the FBI as ██████████.

██████████ known to RESSAM as ██████████ was not one of those roommates. RESSAM knew that ████ and ████████ lived together in 1995/1996, though at this time RESSAM was living at the Delorimier address in Montréal.

██████████████████ departed for Dublin, Ireland sometime in 1999; RESSAM never saw ████ in 1999. RESSAM does know ████ to be an expert engineer with combat experience.

Around the middle of March, 1999, RESSAM returned to Montréal for approximately two to three weeks. At a point in time either before or after this trip, RESSAM, ██████████, ██████████ and ████████ drove to the Department of Motor Vehicles (DMV) in Vancouver, B.C.

The four individuals were in ████████'s car, described as being a white, four door vehicle (possibly a Mazda) with a red/brown interior, driven by ████████. Their purpose in going to the DMV was to determine the requirements for obtaining a B.C. driver's license.

MONTRÉAL - MARCH, 1999
████████████████████████████████████████

While in Montréal during March, 1999, RESSAM visited ████████ ██████████ and stayed at the Sherbrooke apartment (known to the FBI to be 2525 Sherbrooke ████████████████████████████████████████

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/22/2001        8

While in Montréal, RESSAM visited ████████████████████
████████████████████████████████████████████████████████
████████████████████████████

████████████ asked RESSAM to describe the conditions of the
camps and the young men training at the camps. ████████ told RESSAM
that ██████████ had been to Bosnia and RESSAM asked ████████ about
██████████████████████ was doing.

RESSAM did not enlist the assistance of ████████████ for
RESSAM's operation because RESSAM felt that ████████████ was too
well-known by the authorities and in the Islamic movement. RESSAM feared
that would compromise RESSAM's operation.

RESSAM was trained at Khalden not to pick high-profile
associates, those who attend mosques or those known in the Islamic
movement, as such individuals would be known to authorities.

RESSAM met with ████████ and provided ████████ the names and
telephone numbers of Tunisians RESSAM had met in Peshawar.

VANCOUVER, B.C. - APRIL, 1999
          ████████, ROYAL BANK, BINNI IMPORT/EXPORT, SEARCHING FOR
          CHEMICALS

In April, 1999, RESSAM returned from Montréal to ████████'s
12th and Oak Street apartment in Vancouver, B.C.

RESSAM went to downtown Vancouver with ████████████ ████████,
and ████████ to apply for a commercial license in the name of BINNI
IMPORT/EXPORT. ████████ assisted RESSAM in this matter as ████████ had
a commercial license for his moving company and knew where to take RESSAM.

████████ knew the location and procedures on applying and drove
the group to the licensing facility in his car, described previously.

RESSAM wanted the commercial license for BINNI IMPORT/EXPORT
so that it would furnish RESSAM with a "cover", providing customs and
immigration authorities with a purpose for his travels. RESSAM chose
an import/export title as the title itself suggests traveling
internationally.

The business would also be used for fraud and altering other
documents based on the appearance of a legitimate business - BINNI
IMPORT/EXPORT.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                              05/22/2001        9

████████ then drove RESSAM to the Richmond, B.C. branch of
the ROYAL BANK.  RESSAM opened a personal account and returned a few
days later to open a commercial account at this same branch of the Royal
Bank. In opening the accounts, RESSAM believes he used ████████'s address.

During March and April, 1999, RESSAM started visiting stores
in and around the downtown Vancouver, B.C. area looking for acetone
and products used in cleaning and polishing metals. RESSAM also visited
paint stores looking for aluminum powder.

RESSAM sometimes went alone or with ████████, walking or
taking the transit system. RESSAM also visited a military surplus store
on Hastings Street in Vancouver, B.C. looking for hexamine tablets which
RESSAM  referred to as "fireballs".

████████ provided an address of the EVERGRO fertilizer
company in Delta, B.C. and ████████ wrote the name and address in
RESSAM's address book. ████████ may have written the address and name
as early as February, 1999.

**DISCUSSIONS IN CANADA OF JIHAD AND RESSAM'S AFGHANISTAN TRAINING**

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

RESSAM stated that he discussed his training in Afghanistan
and jihad in general ████████████████████████████████████████

was uneducated and not well-informed on these matters.

RESSAM also had conversations on this matter with ████████
████████████████████████████████

**CALGARY, ALBERTA - END OF APRIL, 1999**
        **ALBERTA DRIVER'S LICENSE,** ████████

At the end of April, 1999, RESSAM flew to Calgary and checked
into a hotel for one night. The next day RESSAM telephoned a Lebanese
individual named ████ (NFI) and set up an appointment with ████ to obtain
an Alberta driver's license.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/22/2001        10

RESSAM stated that ████ telephone number is in his address book, seized by the French authorities in the October, 1999 search of the ████████ apartment on Sherbrooke in Montréal.

## MONTRÉAL - MAY/JUNE, 1999
### ATTEMPTED CELL ACTIVATION IN CANADA:

In May, 1999, RESSAM returned to Montréal and again stayed with ████████. While there, ████████ visited and stayed one night at the apartment and RESSAM visited with ████████ at this same apartment.

It was during this time frame that RESSAM attempted to call his associates in London: ████████████████

████████ in Germany.

RESSAM was calling his London associates/cell members to determine when they would arrive in Canada to assist in the operation. RESSAM learned that ████ had not yet returned from Afghanistan and that the rest of the cell did not want to travel until ████ arrived and ████ was ready to travel to Canada.

In a later conversation with the London members of RESSAM's cell, RESSAM learned ████ had been stopped by authorities either while he was entering or attempting to leave the United Kingdom.

████ had tried to get to Canada in December, 1998 but was stopped by authorities and arrested. ████ was to follow ████, but didn't travel in light of ████'s arrest.

RESSAM also called ████████ numerous times, but only spoke with ████ on three occasions. RESSAM would have to arrange times to speak with ████, as RESSAM had only the number for a mosque in Bosnia that would serve as a message center for ████.

RESSAM had informed ████ that RESSAM had an operation for which RESSAM was seeking ████'s assistance in Canada.

RESSAM also attempted to telephone ████████ in Germany and left a message with ████████ that ████████ should inform ████ that ████ should come to Canada because RESSAM is "in urgent need".

RESSAM learned that ████ could not come because ████ had lost his French passport in Pakistan.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████

AHMED RESSAM                                    05/22/2001          11

     In response to the unavailability of RESSAM's cell members to come to Canada, ███████ encouraged RESSAM to come to Europe and do terrorist attacks in Europe.



MONTRÉAL - AUGUST, 1999
     LOS ANGELES MAP, SPECIFICITY IN TARGET, CIRCLES ON THE MAP

     In August, 1999, RESSAM purchased a Los Angeles map (the same map ███████████████████████████ at the du Fort apartment and the same one on which the FBI discovered circles around three airports). The map was purchased at or near the intersection of Ontario and Berri Streets in Montréal.
     RESSAM purchased the California Tourism Guide in the French language at Presse Interationale on St. Catherine Street in Montréal.

     The L'Almanach Catholique (Catholic Almanac) was purchased near the Berri Metro Station in Montréal for the purpose of a "documentation prop" to go along with the BENNI ANTOINE NORIS identity.

     RESSAM made the three circles on the Los Angeles map: Ontario Airport, Long Beach Airport, and Los Angeles International Airport (LAX). RESSAM circled the three airports because they were international airports.

     RESSAM considered possibly placing explosives at multiple targets, but thought this might be too difficult when confronted with the reality that his cell members would not join and assist him. Multiple targets for one or two people would be too difficult.

     RESSAM did consider the possibility of two suitcases, each with an explosive device placed on top of each other at the same airport.

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                         05/22/2001        12

RESSAM also thought it would be too difficult to place an explosive on an aircraft.

Before placing an explosive device on a luggage cart near baggage claim or ticketing, RESSAM would first place a suitcase without explosives and leave it to measure the response of authorities. The actual device would probably be set to detonate within thirty minutes of placing it.

RESSAM selected LAX as an economic and political target. While stating his primary purpose was not to kill people, RESSAM did say that "in any war there are civilian casualties".

Other targets briefly considered by RESSAM were an FBI office, police station or Israeli embassy within the United States, to be timed as closely as possible with the changing of the millennium and other attacks around the world, such as Jordan. Though the attacks would coincide with the millennium, there was no plan to coordinate the exact timing of the attacks.

ressam.005A

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | )    Civil Action No. 08-1360 (RWR) |
|  | ) |
| ROBERT GATES, | ) |
|  | ) |
| Respondent. | ) |
|  | ) |

Ressam 302 5/23/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

### FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription          05/25/2001

AHMED RESSAM (RESSAM) was advised as to the identity of the
interviewing agents as well as the purpose of the interview. Present
for this interview, held at the Seatac Federal Detention Center in
Seattle, Washington, were SSA ███████████, SSA ████████████,
SA █████████, SA ████████████, AUSA ███████████████,
AUSA ████████████ Assistant Federal Public Defender ██████████,
Assistant Public Defender ███████████, Defense Investigator Jennifer
Davis, and Arabic translator ████████████ This interview was conducted
in Arabic.

RESSAM stated that his formal education was up to and
including completion of high school in Algeria. Courses completed were
basic science courses, to include biology, chemistry and physics along
with philosophy classes. RESSAM revealed that he did obtain specialized
training in chemistry and electronics while being schooled at the camps
in Afghanistan.

RESSAM advised that he planned on making a bomb with Aurea
nitrate®, a Adynamite® (EGDN) booster and an improvised paper detonator,
filled with Aperoxide explosive® (HMTD) and RDX. RESSAM stated that
he obtained some of the necessary chemicals while training in
Afghanistan. RESSAM added that upon his departure from Afghanistan he
had in his possession a shampoo bottle containing five hundred (500)
milliliters of glycol and a number of items which he referred to as
"fireballs" (80 - 100 grams). He added that the "fireballs" were a
common term given to solid tablets, wrapped in wax paper, which contain
hexamine. RESSAM advised that the Afireballs® are used to heat Amilitary
lunches®. These tablets were concealed in a pill bottle and placed inside
his carry-on bag.

RESSAM acknowledged that he had manufactured the peroxide
explosive, hexamethylene triperoxide diamine (HMTD), while in Vancouver,
Canada. He added that the following three materials were required for
the manufacture of this explosive:



RESSAM stated that he would manufacture his own concentrated
peroxide solution by combining several containers of approximately ███

5/23/2001          Seattle, Washington

5/25/2001



SSA ██████████████, SA ████████████████
SSA ████████████   SA █████████

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                    5/23/2001        2

"concentrated" peroxide solution (approximately 35%).

RESSAM advised that he also manufactured RDX while staying at the 2400 Motel in Vancouver, Canada.  The materials required to manufacture RDX, as stated by RESSAM, were:

Both HMTD and RDX were dried in a desk drawer in a back room of the hotel in Vancouver, Canada.

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of
On
, Page



AHMED RESSAM                                    5/23/2001        3

RESSAM advised
that he was Abusy in Canada@ and was waiting until the Abomb@ was
completed to make the detonators.  RESSAM explained that it was easier
to get Ahelp and materials@ in Canada, and that making the improvised
detonator was an easy task.

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    5/23/2001          4



    RESSAM stated that the burns he had on his body at the time
of his arrest were obtained while performing this procedure of
concentrating nitric acid.  Specifically, they were obtained while
transferring the acids from one container to another without the use
of a funnel.  RESSAM also advised that he Ascarred@ the kitchen table
of the 2400 Motel while attempting to pour Aconcentrated Nitric Acid@
into the "purple" bottle.



FD-302
Continu

On
, Page

AHMED RESSAM                    5/23/2001        5



　　　　RESSAM advised that he manufactured these explosives in
Canada, rather than the United States because he had more resources
in Canada.  He also advised that he was hoping to get help from several
friends who are currently living in ALondon@ to help him with the
manufacturing of the urea nitrate. RESSAM indicated that over the summer,
he learned that they had "passport problems" and wouldn't be able to
join him in Canada.  RESSAM decided that he would proceed with making
the explosives and carrying out the operation in the United States by
himself. RESSAM advised that his friends in London know much more about
the use and manufacture of explosive devices than he does.

PROTECTED INFORMATION – FILED UNDER SEAL



FD-302
Continu

On
, Page

AHMED RESSAM                          5/23/2001            6

        RESSAM stated that the explosives were to be placed inside
of a suitcase.  At this point RESSAM provided a drawing of the devices
he was to have used and pointed out that the explosion was to be initiated
on the inside and progress in an outwardly direction, meaning the home
made detonator was to be placed within the EGDN which was to be placed
within the urea nitrate/aluminum sulfate mixture.

        RESSAM explained that he was taught not to take any explosive
material with him through airports because they would be detected.
He further stated that the type or class of explosive was immaterial.
He was instructed that if he had explosives on his person at an airport

FD-302a █████████ checkpoint, they would be detected. RESSAM said that the
Continuation of FB-302 of airports have "machines that look for explosives, not chemicals".
On
, Page

AHMED RESSAM                                5/23/2001              7

     RESSAM also indicated that the "tactics class" trained them
to blow up a device and hide another one close by. RESSAM explained
that the second bomb would "get the detectives". He was unaware of this
type of tactic ever being utilized in any actual attack. RESSAM claimed
that he had no intention of doing this type of attack because he did
not have the "means" to do it.

     He further advised that he was trained to blow up a bomb,
then wait three to four months and initiate a second bomb. RESSAM advised
that this type of attack would be used if a "country" refuses to respond
to the bombers' demands. He explained that the demands are usually
to "free prisoners". RESSAM explained that after the first bomb attack,
the country would increase their security, but after three to four months,
things would go back to normal.

     RESSAM stated that he was present at a camp during the bombings
of the African Embassies, in August of 1998. RESSAM explained that
there was talk within the camp of the Bin Laden group being responsible
for the bombings. RESSAM added that talk within the camp centered on
the bomb being primarily composed of trinitrotoluene (TNT) and being
initiated with a large quantity of commercial detonators.

     RESSAM detailed his training with electronic circuitry by
describing his two weeks of instruction at a camp. He added that most
of his training in this area was self taught with hands on applications.
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████ He indicated that he does not know the specific function of the
items used in his fuzing system, but was trained how to put them together
to make a time delay fuzing system. RESSAM then began to draw the
circuitry he used in making his timing devices. He stated that the
initial CASIO watches he purchased were difficult to "connect to the
alarm", so he obtained a different type of CASIO watch which was much
easier to modify. RESSAM added that the initial CASIO watches which
were not used were discarded and thrown away.

     RESSAM was shown pictures of devices recovered in Russia and
Uzbekistan which utilized a Casio watch and a transistor as the time
delay fuzing system. These devices did not employ the use of integrated
circuits. RESSAM acknowledged the absence of the integrated circuit,
and stated that he was unfamiliar with this approach to the design of
timing devices.

     RESSAM stated he would check to see if his circuit was correct
by using the "white" test boards. RESSAM indicated that once he was
satisfied that they were correct, he then began soldering the components

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 8-19-95)

On
, Page

Continuation of FD-302 of (the) other circuit boards. He stated that the red light emitting diode (LED) was added to the circuit board to verify that the circuit

AHMED RESSAM                    5/23/2001           8

     was working properly. RESSAM explained that if the circuit was working properly, the diode would light signifying that the electrical current would have been delivered to the explosive detonator(s).



     RESSAM suggested that the Casio watch was the easiest to implement as a timing device, however, other items could be used for the same purpose. Examples given by RESSAM were pagers and weekly alarm watches, or data banks. RESSAM indicated that his fuzing system could only use a delay of twenty-four (24) hours.

     RESSAM stated that he purchased the electronic components himself at various Montreal stores, to include "Active" and Radio Shack. RESSAM claimed that he constructed the time delay fuzing systems in his Montreal apartment during the month of September. He advised that ████ was aware that he was making the fuzing systems. RESSAM indicated that upon completion of the time delay fuzing systems, he gave the tools, i.e drill, soldering iron, clamps, "test meter", etc., to his friend ████████. RESSAM said that he thought ████ could use the tools with his job. At this time, RESSAM was shown a photograph depicting two (2) phone numbers which were found amongst his pocket litter. One of the numbers had the letters "AB" next to it and the other had the letter "M". RESSAM advised that the writing was his, but he doesn't recall the number or who "AB" referred to. RESSAM was asked if he knew an individual by the name of ████████, to which he replied that he did not. RESSAM then stated that it was possible the number was associated with ████████ and ████████ He was asked to recite the number aloud. RESSAM stated that the telephone numbers were "████████" and "████████".

     RESSAM proceeded to describe the procedure he was going to use in arming his improvised explosive device ███████████

PROTECTED INFORMATION – FILED UNDER SEAL



AHMED RESSAM                    5/23/2001        9

RESSAM disclosed that his intention was to place the suitcase
laden bomb on a luggage cart in the baggage claim area of Los Angeles
International Airport (LAX). RESSAM advised that he was going to conduct
a surveillance of LAX using the stolen video camera he possessed. RESSAM
indicated that the exact placement of the bomb and the "get away" time
would be determined after he scouted the area. RESSAM advised that
he chose LAX because it was a large international airport. RESSAM said
that he flew through LAX on his return from Afghanistan and knew that
he could blend in with other travelers, despite being a foreigner.
RESSAM further advised that he would look like a tourist because he
intended on carrying the video camera when he placed the bomb.

RESSAM stated that all of his timing units were going to be
set to go off at the same time. He explained that this was for redundancy.
He was going to have one detonator for each timing device (fuzing
system). RESSAM advised that in case one detonator did not work, one
of the other detonators would hopefully function, detonating the
nitroglycol and urea nitrate.

RESSAM was then asked if he knew the difference between series
and parallel circuits. At first, RESSAM stated that he did not fully
understand the electronics, only that he wanted to make sure that his
bomb would still explode if one of the detonators failed to function.
He claimed this is the reason he made duplicate timing devices.

In regard to the camps in Afghanistan, RESSAM said that there
are two (2) camps that deal with the manufacturing of explosives and
explosive devices. RESSAM advised that there is a "Kurdish" camp and
a Deronta camp. RESSAM claimed that the Deronta camp was run by ABOU
ZOUBEIDA. He also indicated that the two (2) primary trainers at Deronta
were an Egyptian known to him as ██████████, and ██████████. He stated
that while he was training at the Khalden camp, there were people from:
Chechnya, Turkministan, Tajikistan, Uzbekistan, Turkey, North Africa,
and the Gulf Arab states, i.e. United Arab Emirates and Qatar. RESSAM,
who was known as ██████ in the camps, further advised that people residing
in France, Italy, Germany, Sweden and Jamaicans with British citizenship
were also at the camps in Deronta.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                        )
                                   )
          Petitioner,              )
                                   )
     v.                            )      Civil Action No. 08-1360 (RWR)
                                   )
ROBERT GATES,                      )
                                   )
          Respondent.              )
_____)

Ressam 302 5/24/2001

SECRET/NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

05/24/2001

On 05/24/2001, AHMED RESSAM was interviewed at the Seatac Federal Detention Center in Seattle, Washington.  Present during the interview were SA██████████ (FBI ██████████ SA ██████████ (FBI ██████████ AUSA ██████████ Southern District of New York), Assistant Federal Public Defender ██████████ Defense Investigator ██████████ and Arabic translator ██████████ The interview was conducted in Arabic.

RESSAM provided the following information:

██████████

██████████ is an imam at the Finnsbury Park Mosque in London who is either a Jordanian or Palestinian. ██████████ gives lectures on religion and politics and assists young men in traveling from London to the camps in Afghanistan via ABOU ZOUBEIDA and ██████████

Before carrying out terrorist attacks ("operations"), the operatives will consult with ██████████ who can sanction a fatwah. Young men in the camps and the mujahidin movement speak well of ██████████ and recognize him as being well-educated in the principles of religion.

██████████ was well-connected with the first Islamic Movement and is now connected with the Armed Islamic Group (GIA) in Algeria. ██████████ is in direct contact with young men located in Great Britain who have been trained for jihad.

██████████ is an associate of ██████████ and is in direct contact with ██████████. ██████████ is also involved with a new movement of ██████████ and the very well-educated ██████████.

To RESSAM's knowledge, ██████████ would not have been aware of RESSAM's "operation" prior to RESSAM's arrest.

██████████

Also at the Finnsbury Park Mosque is ██████████ (the Egyptian) who now lacks two hands and one eyeball. ██████████ lost his

05/24/2001        Seattle, Washington

██████████

05/24/2001

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████

AHMED RESSAM                          05/24/2001          2
hands and an eye while conducting explosives experiments in
Afghanistan.

RESSAM heard from others that while mixing chemicals, it
became apparent that an unexpected chemical reaction was quickly getting
out of control. ████████ attempted to carry the chemicals out of the
building with his hands when the mixture exploded.

████████████ is well-respected for his fighting in Bosnia and
in Afghanistan.  RESSAM believes that ██████████ was incarcerated in
1998 (possibly in London) while RESSAM was training in Afghanistan.

██████████████ was not aware of RESSAM's operation; ██████████ was
neither an instructor nor a teacher.  Nor was RESSAM aware that
████████ would be briefed on other operations, but noted that ABOU ZOUBEIDA
would have knowledge of the Jordanian plot before it was foiled as well
as the plot against the U.S.S. Cole prior to the actual attack.  RESSAM
did not imply that the U.S.S. Cole would have been targeted by name,
but as an American warship.

**YEMENI CELL, UBL AND THE U.S.S. COLE:**

As stated in the preceding paragraph, ABOU ZOUBEIDA had
knowledge of the operation against a U.S. warship in Yemen.  The young
Yemeni men in Khalden Camp were very excited about doing a terrorist
attack ("operation") in Yemen. These attacks included hitting U.S.
military or American VIPs in hotels, U.S. warships, and American
companies.

The Yemeni Cell is described as very enthusiastic and was
comprised of the following individuals:

████████████ Yemeni citizen; fought in Bosnia; lead the prayer
in Khalden Camp; and went to visit USAMA BIN LADEN in the summer of
1998.

████████████ Yemeni citizen; fought in Bosnia; Kalashnikov
(AK47) trainer and physical training instructor at Khalden Camp.

████████████ Yemeni citizen ████████████████████ brother
(who has a leg amputated below the knee) is a consultant for USAMA BIN
LADEN and resides with USAMA BIN LADEN.  This UNIDENTIFIED brother of
████████ visited Khalden Camp while RESSAM was at the camp.  This same
brother of ████████ served with USAMA BIN LADEN during the Soviet-Afghan
war and it was during the fighting that this brother of ████████ lost
his lower leg.

████████████ - Yemeni citizen with a deep understanding of
Islamic religion.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
Page

████████

      AHMED RESSAM                      05/24/2001     3

████████

RESSAM had no knowledge of this individual except that he
had heard the name ████████ as an alias of ████████ When asked about
the address of ████████ London (RESSAM was shown the
address in RESSAM's address book seized by French authorities in October,
1999), RESSAM stated that it was the address for ████████.

████████

████████ is a friend of ████████ and RESSAM knows that
████ visited ████ but RESSAM doesn't know ████ himself.

████████:

RESSAM did not recognize the name ████████, but knows
an ████ (the Algerian) who is an associate of ████

████████ lost a hand at Khalden Camp while
trying to hammer on a mortar during training. This mishap occurred in
approximately November/December, 1997, a few months prior to RESSAM's
arrival in Pakistan in March, 1998.

████████ was trying to clear a malfunction
on the mortar, the tube of which was being recycled and tamped with
TNT. In hammering on the round, the firing tube exploded and ████████
lost his hand.

████████ received medical treatment and
returned to London. While not having graduated from Khalden Camp,
████████, despite his handicap, would still be in a
position of influence on a proposed operation.

████████

RESSAM did not recognize nor did he have any information in
regard to ████████.

████████

RESSAM knew ████████ as ████ in Khalden Camp. ████ was
given this nickname because he was from Algeria and always spoke of
an actor in Algeria named ████████.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████

AHMED RESSAM                              05/24/2001              4

RESSAM was not familiar with the name ███████████████, nor
███████. RESSAM stated that RESSAM's cellular telephone found in the
search at his du Fort apartment was under the name ███████ but he knew
no one else named ███████.

Likewise, RESSAM never heard of the name ███████████████.
RESSAM opined that it must be a name someone has used on a passport.
███████████████████████████

RESSAM did not recognize these names nor was he able to provide
information regarding these names.

███████████████████████████████████████████████████

RESSAM did not recognize these names nor was he able to provide
information regarding these names.

███████ is also known as ███████████. ███████ is one of the members
of RESSAM's cell at Khalden Camp and ███████ was supposed to join RESSAM
in Canada to assist RESSAM in carrying out the terrorist attack that
RESSAM planned in Los Angeles.

After arriving in Canada, RESSAM telephoned the following
cell members in London, asking them to come help him in his terrorist
attack: ███████████. When RESSAM spoke to the London-based members of RESSAM's
cell, he believed the other members were present at the house during
the conversation.

The London-based members of RESSAM's cell were waiting for
███████ to arrive from Afghanistan in the summer of 1999 and wouldn't
depart until ███████ arrived.

RESSAM also telephoned ███████████████ who was in
Bosnia. RESSAM spoke with ███████ at least three times to encourage ███████
to come help him in RESSAM's operation.

In November/December, 1999, RESSAM realized that his cell
members would not be coming and telephoned them to ask how they were
doing and then informed them that he would rejoin them soon.

During those phone calls in November/December, 1999, RESSAM
did not tell him his specific target or date or that he would be joining
them after doing an attack.

RESSAM did not see the need to inform them of his impending
operation since he realized they would not come to Canada. This was

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              05/24/2001          5

for security reasons in case they were questioned or caught and thereby expose his operation.

In addition to those three, RESSAM telephoned ████████ in November/December, 1999 to tell ████████ to prepare for RESSAM's arrival in the near future and that ████████ should prepare passage for RESSAM to Algeria.

Once in Algeria, RESSAM intended to join an unspecified jihad group in Algeria. RESSAM also felt his security would be better guarded in Algeria after conducting his terrorist attack in the United States.

RESSAM stated that after a terrorist attack, one is safe inside Afghanistan, Algeria or in the network in Europe.

RESSAM did not recognize the name ████████, but he does know two ████████s from Khalden Camp:

████████ is an associate of ████████ in Great Britain. ████████ has more training than RESSAM in chemicals and explosives and received this training at Deronta Camp prior to RESSAM receiving his bomb manufacturing training at Deronta.

An example of "more" training in manufacturing would include a more comprehensive understanding of chemical compositions of substances such as glycol. As well, ████████ would know more ways to build more powerful explosives.

████████ is also from Great Britain and an associate of ████████ as are all Algerians involved in Jihad. ████████ studied two years of manufacturing training under the tutelage of ████████ at ████████ camp during a special session of training.

This training session focused on allowing students time to do their own research and experiments and included not only chemical explosives, but biological agents such as toxins (ricin) and chemical agents such as cyanide.

RESSAM believes ████████ returned to Great Britain and would be employed to help in creating weapons for terrorist attacks.

████████ / UBL GUEST HOUSE / FATWAH:

While in Jalalabad and at the ABOU ZOUBEIDA camps, RESSAM saw many paper leaflets with a picture of ████████ (known to the FBI as the BLIND SHEIKH) behind the bars of his cell. The leaflet was a "public relations" pamphlet informing the reader that a fatwah

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                          05/24/2001          6

had been issued by ▮▮▮▮▮▮▮▮ against the United States from
his jail cell.

RESSAM also saw this leaflet when he spent one night at the
USAMA BIN LADEN guest house in Kabul.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ / **LAPTOP**
**COMPUTER**:

RESSAM did not recognize nor does he have knowledge in regard
to ▮▮▮▮▮▮▮▮. Nor does RESSAM know or remember any Mauritanians
either at Khalden Camp or elsewhere.

In a previous interview on 05/23/2001, RESSAM was asked to
identify the phone numbers ▮▮▮▮▮▮▮' and ▮▮▮▮▮▮▮ found on piece
of paper in RESSAM's possession at the time of RESSAM's arrest in Port
Angeles, Washington.

RESSAM stated that ▮▮▮▮▮ was a number that ▮▮▮▮▮▮
▮▮▮▮ gave RESSAM to contact ▮▮▮▮ and that this number was not
at ▮▮▮▮'s house. RESSAM didn't know the address or subscriber
information for this phone number. RESSAM believes the "AB" stands for
the "AB" in ▮▮▮▮

RESSAM identified ▮▮▮▮▮ as possibly ▮▮▮▮▮▮
phone number. The "M" represents the "M" in ▮▮▮ or the "M" in the
french word "maison" (house) and, in that case, refers to a phone number
at a house.

RESSAM remembered that ▮▮▮▮ asked RESSAM to obtain a
"good" laptop computer for ABOU ZOUBEIDA. ▮▮▮▮▮ told RESSAM that
a young man was going to leave from Montréal to visit ABOU ZOUBEIDA
and could courier the computer to ABOU ZOUBEIDA.

RESSAM believed this piece of paper with the above described
phone numbers pertains to this transaction that RESSAM conducted in
the last week of November, 1999 or the first week of December, 1999.

RESSAM bought the laptop from ▮▮▮▮▮▮ for $600
(Canadian). ▮▮▮▮▮ did not specify any software programs, but said
it should be a "good" computer with a CD port and lots of memory.

**CHEMICAL/BIOLOGICAL WARFARE TRAINING**:

While at Deronta Camp (previously identified as Toronto Camp)
operated under the leadership of ABOU ZOUBEIDA, RESSAM conducted
experiments on dogs under the instruction of ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                        05/24/2001        7

        In these experiments, dogs would be placed in a box with a
cyanide container.                                                    and
the person pouring the acid would have to move away very quickly. A
dog placed within the same box would be dead in a matter of seconds.

        RESSAM wore a protective mask similar to a doctor's mask,
but also present at the camp were protective masks with filters. There
were no self-contained breathing apparatus (SCBA) styled respiratory
devices present at the camp.

        The operational use of cyanide would be to place it near the
air intake unit of a building.

        RESSAM also used syringes to inject dogs with cyanide and
would then observe their impending death within a short time.

        Toxin experiments were also conducted at Deronta Camp. These
experiments were oriented towards assassination of VIPs, and
intelligence officers.

        These toxins and "traditional poisons" could be mixed with
an oil-based or oil-like based substances and smeared on doorknobs.
 The victim would touch the doorknob and the toxin would permeate through
the skin into the bloodstream and kill the victim.

        RESSAM was asked whether he was aware of any attacks or
operations wherein biological or chemical agents were used. RESSAM's
response was only the attack in the Japanese subway (Aum Shimriko).
 Although no Japanese students were at the camps, Chinese students were
present.


**RESSAM'S SELECTION TO ATTEND DERONTA CAMP:**

        RESSAM was selected to train in chemical/explosives
manufacturing at Deronta as a result of the recommendations from his
friends within his cell at Khalden. They asked the security emir, BEN
SHEIKH, to recommend RESSAM for the training.

        BEN SHEIKH was described in an earlier interview as the person
responsible for communicating and coordinating between ABOU ZOUBEIDA's
camps (Khalden and Deronta) and USAMA BIN LADEN's camps (Siddiq and
Farouq).  If a trainee wanted to go between camps, they had to have
approval and the recommendation of BEN SHEIKH.

        BEN SHEIKH also provided the money to finance their training.
It was not apparent whether the money was BEN SHEIKH's or whether BEN
SHEIKH released funds from a budget for the training.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/24/2001        8

**USAMA BIN LADEN /**  ██████████████████████████ **BEN SHEIKH** ████
**& FAROUQ CAMPS**:

In the summer of 1998, two Algerians were sent to one of USAMA
BIN LADEN's camps, Siddiq and/or Farouq near the town of Khwost; OSAMA
(NFI) and, from RESSAM's own cell, ████████████

OSAMA and ████████████ were selected for leadership lessons
at BIN LADEN's camps by BEN SHEIKH, who arranged it through ████████
(a Tunisian) and ████████████████████

████████████████████ **/ USAMA BIN LADEN**:

RESSAM stated that prior to RESSAM's departure for Pakistan
and Afghanistan in March, 1998, he had a conversation with ████████████
████████████████ is known to the FBI as having dual citizenship
– Sudanese and Canadian; ████████████ advised RESSAM on the Afghanistan
training camps prior RESSAM's departure in March, 1998.)

████████████ informed RESSAM that ████████████ visited USAMA BIN
LADEN at BIN LADEN's camp near Khwost, and that BIN LADEN's camp was
more comfortable than Khalden Camp.

████████████ found USAMA BIN LADEN to be a very humble
individual who led a simple life with his wife.

**RETALIATORY U.S. MISSILE STRIKE**:

RESSAM stated that after the retaliatory U.S. missile strike,
USAMA BIN LADEN relocated to Kandahar.

While RESSAM did not see or hear the attack or view the damage
afterward, RESSAM understood that the missiles hit one of the camps
and at least eight men died. RESSAM did not know, nor could he approximate,
the total number of men wounded.

In response to the U.S. missile strike, the men at RESSAM's
camp took defensive positions in the hills around their camp in case
more missiles were fired.

**THAILAND, FEBRUARY 1999**:

RESSAM stated that no one assisted him in Thailand; that he
only transited through Thailand and remained in the airport for
approximately 4–5 hours.

**FRANKFURT, GERMANY, MARCH 1998**:

RESSAM stated that when he transited through Frankfurt,
Germany on his way to Pakistan, he did not leave the airport. RESSAM

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                    05/24/2001          9

did leave the passport control area.  RESSAM's BENNI ANTOINE
NORIS fraudulently obtained Canadian Passport was stamped as he left
passport control and stamped again as he re-entered passport control.

RESSAM walked around the shops and made one phone call to
his family in Algeria and one phone call to ███████████ in Montréal.
RESSAM left a message on the message machine saying, "████ wake up!".

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
              Petitioner,             )
                                      )
       v.                             )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
              Respondent.             )
                                      )

Ressam 302 5/29/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

06/03/2001

On 05/29/2001, Ahmed Ressam was interviewed at the Federal
Detention Center in Seatac, Washington. Present at the interviews were
Special Agents █████████ (FBI New York) and
██ (FBI Seattle), AUSA █████████ (Southern District of New York),
Assistant Federal Public Defender ████████, Defense
Investigator ████████, and Arabic translator ████████ The
interview was conducted in Arabic.

Ressam provided the following information, including all
aliases of individuals discussed:

████████

████████RESSAM first met ████████ in 1994 at the apartment of ████
████ RESSAM, while in the custody of Canadian Immigration, met
████████ provided RESSAM with the telephone number
and name of ████████ and told RESSAM that RESSAM should call
████████ upon RESSAM's release from custody.

████████ s apartment was near the intersection of Papineau
and Henri-Bourassa Streets in Montréal. Also present at this apartment
were ████████████████ and ████ s
cousin, ████████; ████████ and a Moroccan named ████████
and ████████ Italian girlfriend (NFI).

████████ was married to a French-speaking Canadian woman
from the Province of New Brunswick, Canada. ████ has an associate named
████ in Sweden who ████ knew in Afghanistan and Bosnia.

████████ was traveling back and forth to Bosnia and RESSAM
described ████ as the middleman in the transfer of money and information
for mujahideen members along with UNIDENTIFIED individuals from Germany
who procured money. The money went to ████, an Egyptian in Italy
(possibly Naples).

████████ was the logistics chief who acted in support of the
Mujahideen Battalion fighting in Bosnia. ████████ issue fatwahs and sent
the money, passports, and young men to Bosnian-based Islamic fighters
led by ████████

05/29/2001          Seattle, Washington

████████

06/03/2001

SA ████████
SA ████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

██████████████████ AHMED RESSAM                              05/29/2001        2
█████████████████ acquired and moved false papers to Europe to
assist Mujahidin members leave Bosnia and come to Canada. Individuals
███████ assisted include ████████████████████ and ██████████ , a.k.a.
███████ .

These Bosnian veterans came to Canada usually to rest, relax,
reorganize and reconsolidate before resuming fighting or undertaking
a jihad operation.

████████████ , AHMED RESSAM, █████████████████ stole,
"found", and forged documents such as residency cards and Canadian
passports from the Moroccan community in Montréal.

These documents were funneled through █████████ and █████
███████ who would find couriers to get the documents to Europe and Bosnia.
These documents permitted Mujahidin and Islamic militants to travel
with forged/stolen identities throughout the world, conducting acts
of armed aggression.

████████ a.k.a. ████████ ████████████ **PORT ROYALE METRO BOMBING**

RESSAM states he does not have "enough information" on the
Port Royale Metro bombing in France, but believes HAMID ████ is connected
to that incident. RESSAM's knowledge of the Port Royale Metro bombing
comes from a conversation between █████ at the Delorimier apartment in
Montréal and from discussions at the Khalden Camp wherein past
"operations" were discussed.

█████ was sent to Europe from Algeria to "represent" the GIA
(Armed Islamic Group). █████ initially received jihad training in
Afghanistan and is an "engineer" for Islamic jihad. █████ left
Afghanistan for Yemen where he was a student of Islamic studies under
the tutelage of a doctor of astrology, █████ (NFI).

From Yemen, █████ went to the Sudan where █████ became involved
with the EIJ (Egyptian Islamic Jihad) movement and remained in the Sudan
until he returned to Algeria. After returning to Algeria, █████ headed
for Europe.

█████ achieved a very high level of military training in regard
to explosives and was taught by █████ . █████ fought in Bosnia under
the 'nomme de guerre' ████████ █████ was █████ s Bosnian name.

After Bosnia, █████ was in France, but left possibly in
1993/1994 for Belgium where █████ stayed with █████ s close associate
██████ a.k.a. ████████ was with █████ a.k.a. █████ in Yemen,
Afghanistan and Belgium. RESSAM is not sure whether █████ was in France
during the Port Royale Metro Station bombing. █████ left France because
█████ felt the French authorities were beginning to focus on him.

RESSAM believes [redacted] (approximately 35/36 years of age, Algerian) is currently in Australia and quite possibly in the custody of Australian Immigration authorities. [redacted] also resided in Turkey.

In a conversation between RESSAM and [redacted] at the Delorimier apartment in Montréal, [redacted] told RESSAM that [redacted] "represents the EIJ in Europe".

At Khalden, RESSAM learned that [redacted] built the bomb used in the Port Royale Metro Station bombing and that [redacted] was killed by the French.

**ROUBAIX GANG - FRANCE 1996**

The Roubaix Gang was comprised of Islamic jihad veterans of Bosnia led by [redacted]. RESSAM stated that [redacted] was possibly a physician because [redacted] was referred to as the FRENCH DOCTOR.

[redacted] RESSAM had been told by [redacted] [redacted] and [redacted] (NFI) that the Roubaix Gang was comprised of Bosnian vete

RESSAM was later told by [redacted] (a.k.a. [redacted] that the French authorities invaded the Roubaix Gang's home under the suspicion that these individuals were terrorists and "attacked banks and money institutions".

[redacted] (a.k.a. [redacted]), based in France, had come [redacted] éal to take the forged passports from [redacted], a.k.a. [redacted]. [redacted] (a.k.a. [redacted]) was going to then courier the passports to France. [redacted] (a.k.a. [redacted]) did this frequently, but was stopped by French authorities in 1996 or 1997.

**NON-GOVERNMENTAL ORGANIZATIONS IN BOSNIA AND TURKEY**

[redacted] (a.k.a. [redacted] eventually couriered some of the documents to Turkey through the cover of non-governmental organizations (NGOs), possibly in Istanbul.

In Turkey the documents would be forged or altered for the different Mujahidin fighters. RESSAM stated that [redacted] a.k.a. [redacted], knew how to alter the documents and was in Turkey at the time.

[redacted] and [redacted] were also knowledgeable in altering documents on the Bosnia end of the operation. Islamic militants would exfiltrate Bosnia through Turkey, then head to Canada.

RESSAM was unfamiliar with the following NGOs: Internationale Hilfsorganisation Humanitaire and Benevolence International.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

                    AHMED RESSAM                          05/29/2001        4
          RESSAM did state that many NGOs are present in Turkey and
Bosnia and are used as covers, such as Islamic Information Centers.
Money from Saudi Arabia and the Gulf States is channeled through such
NGOs. Both money and passports are funneled through these various NGOs.

               ████████████knew█████(a.k.a. █████) and would assist Bosnian
veterans returning to Canada by supplying the false documents. Canada
was chosen because the immigration procedures are very lax and easy.

          Once in Canada, the Islamic militants would prepare their
next operations and prepare paperwork (false documents and papers).

               █████████████encouraged young men in jihad and opened the path
to them by providing contacts.  RESSAM once observed █████preparing
and sending a young man to Turkey with a view to perform jihad in Bosnia.


**LIONEL DUMONT**

          RESSAM did not recognize this name, nor did he have any
information to provide regarding ███████████████


**DAVID COURTAILLER**

          RESSAM did not recognize this name, nor did he have any
information to provide regarding ███████████████

███████████████

          RESSAM recognized this name as an alias of█████████mentioned
previously, who was the courier between the Montréal based cell of █████
█████and█████████, of which RESSAM and █████████participated
in stealing and providing "found" documents.

               █████was stopped in 1996/1997 by French authorities while
transporting some of these documents.  █████also told RESSAM about
the ROUBAIX GANG.

███████████████

               █████was in Turkey with █████(a.k.a. █████) and
possibly spent time in Japan.  █████is now in what RESSAM describes
as the Malaysian "region", studying at an Islamic university, possibly
in the Philippines.  █████is married to a Bosnian woman.

               █████has the capability to incite jihad movements and is
considered a "caller" to jihad.  RESSAM used the Arabic word "da'iya",