FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

███████████

AHMED RESSAM                              05/29/2001        5

explained by the translator as "incites/provokes" and in the
context of as an Imam would "call".

## FILIPINOS IN AFGHANISTAN CAMPS

████████ (NFI) and ████████ are Filipinos who were present
at Khalden. ████████ was a trainer and had experience in Chechnya and
Tajikistan. No further information.

## CHINESE PRESENCE IN AFGHANISTAN CAMPS

RESSAM stated he had specifically observed Chinese
individuals at camps in Afghanistan. No further information.

## KURDS AND THE KURDISH CAMP

Unlike Khalden and Deronta, the trainers and cadre at the
Kurdish camp are stationary. The focus of the Kurds is to go back to
Turkey and conduct operations, as opposed to fighting in Iraq.

## RESSAM'S DEPARTURE FROM CANADA AND HIS MATRICULATION THROUGH THE CAMPS, MARCH 1998 - FEBRUARY 1999

### CANADA TO PAKISTAN:

████████ (a.k.a. ████████) and
████████ (a.k.a. ████████ held a group meeting at
RESSAM's Malicorne apartment to encourage a group of young men to attend
jihad training in Afghanistan.

████████ and ████████ also spoke at the mosque in Montréal,
encouraging young men to participate in jihad training.

RESSAM expressed his desire ████████ and ████████ to attend
jihad training with a view to fighting against the government in Algeria.
████████ telephoned Pakistan and prepared RESSAM's way to the camp.
████████ gave RESSAM the telephone number for ABOU ZOUBEIDA.

The night before departing for Pakistan/Afghanistan, RESSAM,
████████, and ████████ spent
the evening together. ████████ purchased pizzas for the group and drove
████████ and RESSAM to the bus station in Montréal.

████████ and RESSAM traveled by bus from Montréal to Toronto.
They spent the night in a hotel and RESSAM departed the next day from
Toronto to Karachi, via Frankfurt, Germany and Dubai, United Arabs
Emirates (UAE).

RESSAM opted not to fly out of Montréal's airports because
RESSAM was worried that he would be observed by the "████████
████████".

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/29/2001          6

RESSAM arrived in Frankfurt and waited at the airport for approximately 5 hours, never leaving the airport or visiting anyone at the airport. RESSAM made two telephone calls: one phone call to his parents and one phone call to ▇▇▇▇▇▇▇▇ in which he left a message on the answering machine.

RESSAM did go out of the passport control zone at the airport and had to re-enter it prior to catching his connecting flight to Dubai and Karachi.

Once in Karachi, RESSAM spent one night at an unknown hotel and telephoned ABOU ZOUBEIDA the morning after his arrival. This was the first time RESSAM spoke with ABOU ZOUBEIDA. ABOU ZOUBEIDA instructed RESSAM to fly from Karachi to Islamabad.

In Islamabad, RESSAM went to another unknown hotel. He telephoned ABOU ZOUBEIDA the next morning. ABOU ZOUBEIDA was in Islamabad and asked RESSAM to call him later that evening.

RESSAM called ABOU ZOUBEIDA that evening and ABOU ZOUBEIDA asked RESSAM for the address of the hotel, and told RESSAM that ABOU ZOUBEIDA would meet him that evening in the reception area of the hotel.

One half-hour later, ABOU ZOUBEIDA, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and a Pakistani doctor (NFI) arrived at RESSAM's hotel and took RESSAM by car to ABOU ZOUBEIDA's guest house where they stayed for the night.

The next morning, RESSAM traveled by bus to Peshawar. Once in Peshawar, RESSAM took a taxi to an unknown pizzeria on the second floor of a building. ▇▇▇▇▇▇▇▇▇▇▇ met RESSAM, and RESSAM went to ABOU ZOUBEIDA's guest house in Peshawar. The next morning, ABOU ZOUBEIDA visited the guest house.

At the Peshawar guest house, RESSAM met other young men. RESSAM was given Afghani clothing and RESSAM's belongings were placed in a storage area. RESSAM arrived with approximately $1000 U.S. that RESSAM obtained prior to leaving Canada by pickpocketing. RESSAM had exchanged the stolen money into U.S. currency.

RESSAM and the other young men remained at the guest house for two to three weeks, allowing their beards to grow and preparing to enter Afghanistan. The men were instructed not to speak with anyone.

At the Peshawar guest house, RESSAM met the following individuals:

▇▇▇▇▇▇▇▇▇▇ - NFI

▇▇▇▇▇▇▇▇▇▇ - Algerian; member of Algerian Jama'al; injured from mortar training accident in which he lost his hands; convalescing at the house.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                              05/29/2001          7

███████████, a.k.a. ████████ - Tajikistan; member of Tajik
Jama'al); severe injury to his heel from same mortar training accident
in which ████████████████ was injured, now limps.

████████████████ - Tajikistan; injured from hand grenade
shrapnel, convalescing at the guest house.

████████ - Saudi; attended USAMA BIN LADEN (UBL) camp - either
Farouq or Siddiq.

████████ - Saudi; attended UBL camp - either Farouq or
Siddiq; resides in Great Britain.

████████ - Saudi; attended UBL camp either Farouq or Siddiq;
**left for the United States to join his brother who is a student studying
at an unknown American university**.

████████████████ · Algerian; security officer for ABOU
ZOUBEIDA at the Peshawar guest house; 'softly' interrogates new arrivals
and goes through their belongings; **one of the individuals for whom ABOU
ZOUBEIDA asked RESSAM to gain a fraudulently obtained genuine Canadian
passport so that** ████████████ **and ABOU ZOUBEIDA could travel
to the United States to conduct a terrorist attack**.

████████████████ - servant for ABOU ZOUBEIDA at the
Peshawar guest house; NOT the same ████████████ in Afghanistan.

**UNKNOWN** · Saudi; new arrival from Great Britain; went to train
under ABU KHABAB's tutelage for manufacturing chemicals and explosives.

While at the Peshawar guest house, the residents would sit
in a circle in th mornings for class. During these sessions, the
residents would talk and share about why they had come for jihad
training.

████████████████ would elicit intelligence from the
residents, asking about the Islamic movement back in the countries from
which they came. The residents were not required to sign any documents
or pledge allegiance to any person. Nor were they required to pay any
money at the house.

**PAKISTAN TO AFGHANISTAN**:

There are two ways to enter Afghanistan; go with a crowd and
push through with them or go through the mountains. Pakistani
authorities at the border are suspicious of persons leaving, so RESSAM
chose to go over the mountains.

An AFGHANI came to get RESSAM and the UNKNOWN Saudi from
Britain. They were driven from Peshawar to the border in a pick-up/van

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                    05/29/2001        8

          type cargo truck at night. They passed some check points
and gave 'bakshish' (translated as small bribe money) to authorities.
They continued to a small unknown tribal village on the border where
they spent the night in a house.

          The next morning they climbed a mountain road on foot (still
on the Pakistani side) until they had passed two or three mountains.
They looked down and could see the border of Torkhum in the valley below.

          Their route allowed them to circumvent inspection leaving
Pakistan and they only had to enter Afghanistan through the gate at
Torkhum.

          Once in Afghanistan, they boarded a motorcycle with a sidecar,
and motored to Jalalabad. In Jalalabad, RESSAM met                    a
Palestinian and        at ABOU ZOUBEIDA's Jalalabad guest house.

          The Jalalabad guest house had four sleeping areas upstairs,
a kitchen, an office, a suite for the person who ran the house, and
an inside garage. The house could handle between 20-30 individuals and
is described as very large.

          At the Jalalabad guest house, RESSAM met the following
individuals:

                              - from Frankfurt, Germany; resting between
training at the camps.

                    - member of RESSAM's cell;              trained at
UBL's Siddiq camp; while a member of RESSAM's cell formed at Khalden,
          did not train with RESSAM's cell at Khalden.
                    - Algerian; resting between training at the camps;
NFI.

          RESSAM and the UNKNOWN Saudi from Great Britain separated
and the UNKNOWN Saudi went to                  s explosives training, and
RESSAM was taken to Khwost by an Afghani.

**KHALDEN CAMP**

          In the City of Khwost, RESSAM proceeded to a large mosque
supported financially by USAMA BIN LADEN. Then RESSAM was taken to the
food store of an Afghani. At the store, RESSAM met              , Emir
of Khalden Camp.              was purchasing food supplies to take to
the camps.

                    asked RESSAM how RESSAM was feeling, how RESSAM
was doing, how RESSAM's trip had gone so far, and asked how
          and                        were doing.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████

AHMED RESSAM                                05/29/2001        9

**Reception at Khalden:**

████████████ then took RESSAM to Khalden Camp, where they entered unchallenged as they were in ████████████ s vehicle. They proceeded to an administration building located near the physical center of the camp.

Upon entering, RESSAM's belongings were searched for contraband such as cameras and recording devices or other such "detective devices".

**Rules at Khalden:**

RESSAM was given a written list of rules and conditions of the camp, such as obeying and listening to the trainers and the Emir ████████. These rules applied to conduct both within and outside the camp.

**Accommodations at Khalden:**

RESSAM was housed in a shared compartment; several individuals were housed as in barracks with their mattresses on the floor. Some of the barracks were stone buildings, and others were large tents. Housing assignments in the barracks were mixed; cell members were not housed according to cell membership.

The tents housed five to six (5-6) individuals while the stone barracks housed about eight (8) individuals. There were approximately four tents and four barracks, housing an approximate total of sixty-two (62) individuals.

RESSAM had previously indicated that the camp population ranged from sixty to one-hundred and ten (60-110) individuals, depending on the matriculation of trainees in and out of the camp.

Each morning they were called to prayer as the sun rose. They would then gather in the main courtyard in formation separated by sessions/classes. ████████ (NFI) led the formation and attendance would be taken.

After formation, each session would separate and head to their designated training and their respective training areas for the day. Physical fitness training occurred each day.

Training was held Saturday through Thursday. After Friday morning prayer, trainees were allowed to relax, but were not allowed to leave the camp to go to town unless given permission by the Emir. This was rarely requested and rarely authorized if requested.

**Weapons Training at Khalden:**

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                        05/29/2001        10

          and          from the Jordanian cell taught weapons
training on the following weapons: AK-47 (7.62mm) assault rifle; Simonov
(7.62mm) rifle for sniper training and single firing, magazine held
about six rounds; PK Machine Gun wherein RESSAM learned to change the
barrels as one would become overheated; RPG anti-tank grenade launcher;
and various pistols.

          Weapons training lasted about one month. RESSAM stated that
he did not gain great proficiency in marksmanship.

          The camp received their military supplies, such as RPGs and
ammunition, from the Taliban.

**General Explosives at Khalden:**

          RESSAM next learned about explosives from          , a Tunisian
trainer from the Tunisian Group/Cell. RESSAM trained with TNT and C4
plastic explosives.

          RESSAM trained for one month, learning how to make shape
charges with C4 for different purposes such as entering buildings or
cutting metal pipes.

          Training materials also included CORTEX detonation cord,
booby traps, techniques to penetrate metal and steel, hand grenades,
placing C4 explosives in series with detonation cord, and including
shrapnel in explosive devices.

          RESSAM trained with Italian made anti-personnel and anti-tank
mines, mine emplacement and mine removal (both mines with pressure
plates and those with toggle sticks placed in tall grass with trip wire).
These mines were supplied by the Taliban.

          RESSAM also learned how to place peroxide and acetone in light
bulbs by drilling tiny holes through the glass, inserting via syringe
the peroxide and acetone, then covering the hole with gum.

          Trainees were taught tactics and terrorist applications of
placing explosives on the following targets:

          -near gas tanks on vehicles such as buses;
          -identification of the mostly aluminum and plastic
structure of aircraft and location of their gas tanks;
          -blowing up railroad tracks;
          -examining schematic diagrams of turbines at electric
generating stations and gas facilities for the best        placement of
an explosive device;
          -buildings where statistics or records are stored;
          -vulnerable areas on warships and tanks;

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    05/29/2001        11

        -using pagers to send an electric pulse to initiate
detonation of a device, then call the pager to initiate;
                -use of magnetic attachment of a bomb to a target's frame
                or gas tank.

        RESSAM was taught to camouflage the device so that it is not
discovered before the desired time of detonation.

**Tactics at Khalden:**

        RESSAM next learned military operations in urban terrain also
called city fighting.  This was taught by        the Palestinian.  The
group broke down to 15 man teams and they practiced operations in city
fighting.

        The trainer would go with them and correct and critique their
actions. Students learned rappelling and the use of light weapons to
enter and clear buildings.

        Also trained was the use of heavy weapons against the cities.
This included a "fire and forget" style weapon that RESSAM referred
to as an "IBM".  This weapon would be aimed first, then fired without
any ability to correct. RESSAM described a device similar to a Multiple
Launch Rocket System (MLRS) wherein missiles in a box fire in sequence
out of the housing unit towards the pre-aimed target.

        Also taught in the tactics session were security issues such
as passwords, codewords and that the use of religious terminology should
be discouraged in case of wiretaps.

        Students were discouraged from attending or going to mosques
in case they would be surveilled entering by authorities. Similarly,
trainees were told not to be involved in Islamic parties, politics nor
should they frequent Islamic centers.

        RESSAM was trained how to plan an operation in terms of
reconnaissance of the target, filming the target, identifying
surveillance and security personnel such as those at embassies, airports,
and military bases. RESSAM was instructed that using non-Arab looking
individuals dressed in business attire is an important aspect when
conducting surveillances against targets such as embassies.

        The operations were taught by theory and by discussing
examples of past operations that were either successful or ended in
failure, and why those operations succeeded or failed.

        Examples given at the camp were the assassination of former
Egyptian President ANWAR SADAT and the foiled assassination attempt

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                        05/29/2001        12

of Egyptian President HASNI MUBAREK; and the PLO kidnaping
of Israeli athletes at the Olympics.

RESSAM stated that the attempted assassination of President
MUBAREK failed because of a well-known systemic malfunction of the
AK-47.

Another example of a successful operation was the bombing
of the United States Marine barracks in Beirut, Lebanon.

RESSAM and the other trainees were instructed in how to
evaluate media reporting to analyze the effectiveness of their terrorist
attacks such as in the attempted assassination of the Syrian President,
wherein the President wasn't killed and the plot failed.

In assassination operations, two cells will be activated to
complete the mission, but each cell will operate independently and
unaware of the other cell. This will prevent the disclosure of the other
cell should one cell be compromised and interrogated by authorities.

Within the cell, only those members actually involved and
having a need to know will be briefed on the operation. Their information
will be limited to what they need to know to accomplish their portion
of the operation.

**Suicide Missions:**

                        affiliated with the EIJ (Egyptian Islamic
Jihad), strongly encouraged suicide missions to the young men at the
Khalden camp, citing Islamic references.

**Weekly Meetings of RESSAM's Cell:**

                 who was killed by the Taliban in September, 1999,
was involved in the formation of RESSAM's cell at Khalden. Based on
RESSAM's explanation, it appears that the formation of the cell appears
to be partly dependent upon the timing of different trainees as they
arrive for their sessions in Afghanistan.

On Fridays, during the day for resting, the cells get together
and would speak of problems in Algeria, how to make contacts in Algeria,
ways to build cells in Europe, various operations, and how to raise
money to support jihad.

**RESSAM'S Selection for Explosives Manufacturing:**

After tactics training, RESSAM remained at Khalden until
ready to leave for explosives manufacturing training. Based on the
recommendations from RESSAM's peers and cell members, BEN SHEIKH

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                    05/29/2001        13

prepared a letter for RESSAM to attend chemical and explosives manufacturing training and provided the financing for RESSAM's training.

BEN SHEIKH did not provide the money out of his own pocket, but authorized the use of funds received from worldwide Muslim donations.

The money doesn't pay tuition, as such, but is given to the married men who run the camps. At Deronta Camp,                is given the money for two purposes: one fund is to help with his family and a second fund to keep the camp maintained and equipped.

## KURDISH CAMP

RESSAM left Khalden in September, 1998 and went to ABOU ZOUBEIDA's guest house in Jalalabad. From there, RESSAM waited for the Kurds to take RESSAM to the Kurdish Camp to learn explosives manufacturing. Also in September, 1998, RESSAM knew that left for Kandahar to meet with USAMA BIN LADEN.

Upon arriving at the Kurdish Camp, RESSAM learned that the manufacturing course RESSAM wanted to take was not available due to a limited number of trainers. RESSAM spent two and one-half weeks (22) at the Kurdish Camp training with pistols.

At the Kurdish Camp, RESSAM learned that the emir of the Kurds was in Turkey, and met the following individuals:

                    - in charge of the Kurdish Camp.
                    - Not the                    in London; no
further information.
**DAOUD**   -  no further information.
                    - no further information.

Across a stream from the Kurdish Camp was a Libyan Camp that was still in the process of being established by

## DERONTA CAMP

At the end of September or the beginning of October, 1998, RESSAM returned to ABOU ZOUBEIDA's guest house in Jalalabad.
s people from Deronta Camp came to Jalalabad to take RESSAM to Deronta Camp.

RESSAM explained that RESSAM's letter from ABOU ZOUBEIDA authorizing him to take explosives manufacturing was still valid, as the Kurds could not tr*ain him at their camp.

**Deronta Staff:**

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page



AHMED RESSAM                                   05/29/2001          14

The staff at Deronta included ████████████████:
(NFI); and ████████, another Algerian, NOT the same ████████ as
the son of ████████████.

RESSAM met another student, ████████████, who trained under
████████.

## Deronta Studies:

RESSAM's instruction lasted 40 days.  RESSAM learned
electronics and security issues, studied gunpowder, and made more
lightbulb bombs such as the acetone/peroxide devices he first learned
at Khalden and chemicals.

## Chemicals/explosives (igniters/encouragers):

RESSAM's chemical training included "igniting" chemicals,
described by RESSAM as lead nitrate, silver nitrate, and mercury nitrate.
 RESSAM then listed what he described as "encouraging" chemicals:
peroxide/acetone, hexamine, peroxides, RDX, "titrai", and "cabritic".

## Alcohol compounds:

RESSAM also studied the following alcohol compounds: nitric
glycol, nitroglycerine, nitrobenzene, nitro starch, satolite,
hedrazine.

## Explosives:

RESSAM also experimented with TNT, urea, aluminum powder,
aluminum sulphate, and ammonium nitrate. RESSAM stated at this point
in the interview that he was unable to find ammonium nitrate at the
fertilizer stores in Canada.

## Formula:

RESSAM provided the following equation for the mixture he
would best have wanted to make:

(46g urea + 4g Al) + (46g nitrated ammonium + 4g Al)

RESSAM further stated that the aluminum powder would have
been concentrated with peroxide, but at present, RESSAM does not
remember the formula for that process.

## Toxins/chem/bio:

At Deronta, RESSAM also studied poison such as cyanide and
conducted numerous experiments with it in gaseous and liquid form;
either gassing dogs or injecting dogs with cyanide.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                   05/29/2001        15

RESSAM was unfamiliar with anthrax.

**Secret inks:**

RESSAM also studied secret, invisible inks "in theory". These inks require the application of chemicals or heat to uncover the invisible writing. These inks are used now inside of books that are mailed back and forth among many members of "Jama'al".

**Letter from ███ to RESSAM at Deronta:**

Towards the end of RESSAM's training at Deronta, RESSAM received a letter from ███████████ informing RESSAM that ███ and ███ were getting ready to leave Afhganistan.

In the letter, ███ requested RESSAM to be part of the cell and to visit ███ and ███ prior to their departure from Afghanistan. However, ABOU ZOUBEIDA did not allow RESSAM to leave Deronta for such a visit.

**RESSAM'S CELL MEETING IN JALALABAD - DECEMBER, 1998**

After his training in Deronta Camp, RESSAM returned to ABOU ZOUBEIDA's guest house in Jalalabad. ████████ rented a house in Jalalabad and brought together ██████████, RESSAM, and ███

RESSAM (with ███ and ██████████) discussed the sequencing of the cell members' travel into Canada. The cell would arrive in three "waves". The first wave would be the arrival of ███ and ███ The second wave would be ██████████ and AHMED RESSAM. ███ would come some time later as the third wave.

The plan was that upon arriving in Canada, the cell would set up a safehouse, then embark on a series of operations such as armed bank robberies to finance their terrorist attack, similar to how the ROUBAIX GANG operated in Paris, France.

Also discussed at this meeting was the type of terrorist attack to be carried out within the United States.  They discussed targets such as an unnamed airport, unnamed military base, unnamed government building, and the Israeli Embassy as opposed to Israeli consulates.

███, RESSAM, an ██████████ decided the attack should take place inside the United States. The plan was not limited at this time by geographical locations such as the west or east coast, the Midwestern, southwestern or southern region of the United States. The attack should, however, coincide with the new millennium.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                    05/29/2001        16

        RESSAM,        , and              agreed that the members of the
cell must always remain in contact with one another, and that upon
successful completion of the terrorist attack, they would all head to
Algeria and regroup.

        RESSAM is certain that            in London, England was aware
of the issues discussed at this meeting. RESSAM stated that
        , and            are "interwoven".            knows how cells
operate and            would share the details with            .

        RESSAM explained to            that RESSAM planned a terrorist
attack in the United States. It was not            's place to approve
or disapprove of the operation. RESSAM explained that cells operate
independently.            is a facilitator.

        RESSAM further explained that            's role is to facilitate
the needs of cells in terms of training and coordinating their safe
movement across borders and in safehouses.

**TUNISIAN CELL**

        RESSAM stated that the membership of the Tunisian cell (some
names of the members were previously reported) is very numerous and
should not be underestimated.

**NEXT POSSIBLE TERRORIST ATTACK**

        RESSAM believes the next terrorist attack will most likely
occur in either Spain or France, targeting either American or Israeli
embassies. RESSAM believes these are viable, credible targets in these
particular countries because of the proximity of the Algerian, Tunisian
and Moroccan cells, and because of their numbers.

**ABOU ZOUBEIDA'S THREAT TO LEAD A TERRORIST ATTACK ON U.S. SOIL**

        In December, 1998, ABOU ZOUBEIDA informed RESSAM that ABOU
ZOUBEIDA wanted RESSAM to acquire fraudulently obtained genuine
Canadian passports (passports similar to RESSAM's Canadian passport
in the name of BENNI ANTOINE NORIS) for the following individuals:

        **ABOU ZOUBEIDA**



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
_ Page

AHMED RESSAM                                    05/29/2001        17

ABOU ZOUBEIDA informed RESSAM that ABOU ZOUBEIDA wanted to
bring this team to the United States and commit a terrorist attack
("operation"), possibly several bombings in several cities.

ABOU ZOUBEIDA explained to RESSAM that "it is good to do this
type of operation, even if it takes a year or more – as long as it is
successful."

The goal for this attack would be to influence the American
government to release SHEIKH            , the BLIND SHEIKH.

RESSAM did not tell ABOU ZOUBEIDA that RESSAM's cell was
planning an operation in the United States.

### – MONTRÉAL, CANADA

Toward the end of the interview, RESSAM stated RESSAM met
an individual named            , a.k.a.            , while
in Afghanistan.

RESSAM stated that this individual is approximately 30 years
of age and attends the University of Montréal. RESSAM believes that
           a.k.a.            is a name that will be
recognized            .

### KNOWN TERRORISTS FROM KHALDEN CAMP PRESENT IN THE UNITED STATES

RESSAM, to his knowledge, is unaware of the presence in the
United States of any trainees from Afghanistan training camps, including
Siddiq, Farouq, Khalden or Deronta, except for            .

           was identified previously as a Saudi who attended
Siddiq and was en route to the United States to visit his UNIDENTIFIED
brother who attend an UNIDENTIFIED American university.

Ressam.008

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                                    )
                                                )
                    Petitioner,                 )
                                                )
           v.                                   )     Civil Action No. 08-1360 (RWR)
                                                )
ROBERT GATES,                                   )
                                                )
                    Respondent.                 )
                                                )

Ressam 302 6/12/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

06/15/01

AHMED RESSAM (RESSAM) was interviewed at the Federal
Detention Center in Seatac, Washington.  Also present during the
interview were Assistant United States Attorney (AUSA) ███████
██████ Assistant Federal Public Defender ███████████, and Arabic
translator ███████████  The interview was conducted in the Arabic
language with ████████ serving as translator.  After being advised
of the identity of all individuals present at the interview, and
advised of the purpose of the interview, RESSAM provided the following
information:

RESSAM was shown a photo book which consisted of a black
binder with no writing on the outside.  RESSAM was asked to look
at each photograph and to identify any of photographs he recognized.
Futhermore, he was insturcted to provide all information relating
to that person.  No propmting or suggestions were made prior to RESSAM
reviewing each photograph.

RESSAM advised that he recognized the individual in
photograph #1.  However, RESSAM was unsure of photograph #1's name.
(Photograph #1 is known to investigators as ████████████████████
██████████████, aka, █████████████ aka,
██████████, █████████).  RESSAM further advised that the individual
in photograph #1 was known by the camp name █████ and he is the cousin
of someone that RESSAM trained with at the KHALDEN camp in Afghanistan.
████████ visited the KHALDEN camp while RESSAM was undergoing training.
RESSAM did not speak with ████ but he did see him ████ in the
kitchen area and at the Mosque inside the camp.  RESSAM speculated
that ████ was a member of USAMA BIN LADEN's (UBL) organization.
RESSAM heard other trainees at KHALDEN talking about ████ as someone
who was with UBL.  When ████ arrived at the Khalden camp, he was
with an individual named ████.  RESSAM believed ████ was also a
member of UBL's organization for the same reasons he thought ████
was a member.

RESSAM described ████ as approximately 36 years old,
possibly from the Arabian Peninsula, dark-skinned, with a slight
build.  Additionally, ████ did not have any visible scars or missing
limbs.  RESSAM was not certain if photograph #1 was ████, the
individual he remembered from the KHALDEN camp.

RESSAM did not recognize the individual in photograph #2.

06/12/2001     Seattle, Washington

SA ████████████████ (FBI-NY), SA ███████████ (FBI-NY)
SA ████████████████        (FBI-Seattle)

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

Ahmed Ressam                                    06/12/2001          2
        (Photograph #2 is known to investigators as ████████
████████, aka, ████████).

        RESSAM recognized the individual in photograph #3, however,
did not know his name.  RESSAM indicated that the person depicted
in photograph #3 was the brother of a mujahadin named ████████ (ph).
████████ was the brother of a UBL organization member who lost part
of one leg fighting Jihad in Afghanistan.  Photograph #3 was also
from the Arabian Peninsula, specifically, Saudi Arabia.  The
individual in photograph #3 had no distinguishing features, scars
or marks.  RESSAM added that the individual in photograph #3 trained
in both the ████████ and ████████ camp ,and is a member of UBL's
organization.

        (Photograph #4 was intentionally blank)

        RESSAM did not recognize the individual in photograph #5.
(Photograph #5 is known to investigators as ████████████████████
████████

        RESSAM did not recognize the individual in photograph #6.
(Photograph #6 is known to investigators as ████████████████
████████).

        RESSAM did not recognize the individual in photograph #7.
(Photograph #7 is known to investigators as ████████████████████
████████.

        RESSAM did not recognize the individual in photograph #8.
(Photograph #8 is known to investigators as ████████████████).

        (Photograph #9 was intentionally blank)

        RESSAM did not recognize the individual in photograph #10.
(Photograph #10 is known to investigators as ████████████████████
████████).

        RESSAM did not recognize the individual in photograph #11.
(Photograph #11 is known to investigators as ████████████████████
████████).

        (Photograph #12 was intentionally blank)

        (Photograph #13 was intentionally blank)

        RESSAM did not recognize the individual in photograph #14.
(Photograph #14 is known to investigators as ████████████████

PROTECTED INFORMATION — FILED UNDER SEAL

Ahmed Ressam                                    06/12/2001              3

RESSAM did not recognize the individual in photograph #15.
(Photograph #15 is known to investigators as ███████████████████
███████████████████████████████████████).

(Photograph #16 was intentionally blank)

RESSAM did not recognize the individual in photograph #17.
(Photograph #17 is known to investigators as ███████████████████
███████████████████████████████████████).

(Photograph #18 was intentionally blank)

RESSAM did not recognize the individual in photograph #19.
(Photograph #19 is known to investigators as ███████████████████
███████████████████████████████████████).

RESSAM did not recognize the individual in photograph #20.
(Photograph #20 is known to investigators as ███████████████████
███████████████████████████████████████).

(Photograph #21 was intentionally blank)
RESSAM did not recognize the individual in photograph #22.
(Photograph #22 is known to investigators as ███████████████████
███████████████████████████████████████).

RESSAM did not recognize the individual in photograph #23.
(Photograph #23 is known to investigators as ███████████████████
███████████████████████████████████████).

(Photograph #24 was intentionally blank)

(Photograph #25 was intentionally blank)

(Photograph #26 was intentionally blank)

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL



RESSAM indicated the individual in photograph #27 was a 4 person named ███████ RESSAM met ███████ at ABU ZUBAIDA's guest house in Peshawar, Pakistan. ███████ who had completed training at SIDDIQ and FARUQ camps, was planning to go to London, United Kingdom for unknown reasons. RESSAM resided at the guest house with ███████ for approximately one to two weeks. During this time, ███████ advised RESSAM that he had finished training in March of 1998 and was going to London.

RESSAM talked with ███████ about different Arab countries and their regimes. They also talked about "operations" and why they failed. RESSAM talked with ███████ about a failed hijacking of a French airliner in Algeria to illustrate his point. RESSAM indicated that they discussed "operations" only in general terms. ███████ did not provide any specific information why he was returning to London. RESSAM did not know if ███████ came from London before training or not. RESSAM speculated that ███████'s training specialized in the use of "pistols"

RESSAM never specified to ███████ what he (RESSAM) was planning to do following the completion of training. RESSAM did not know what he was planning to do at that time. RESSAM thought he might go back to Algeria and fight Jihad.

(Photograph #28 was intentionally blank)
RESSAM did not recognize the individual in photograph #29.
(Photograph #29 is known to investigators ██████████████████ ██████████████████████).

RESSAM did not recognize the individual in photograph #30.
(Photograph #30 is known to investigators as ███████████████ ████████████████).

RESSAM did not recognize the individual in photograph #31.
(Photograph #31 is known to investigators as ████████████ ███████).

RESSAM did not recognize the individual in photograph #32.
(Photograph #32 is known to investigators as ████████████ ███).

RESSAM did not recognize the individual in photograph #33.
(Photograph #33 is known to investigators as ███████████ ████████████████).

(Photograph #34 was intentionally blank)

RESSAM did not recognize the individual in photograph #35.
(Photograph #35 is known to investigators as ██████████ ████████████).

███████████████ gnize the individual in photograph #36.
(Photograph █████ is known to investigators █████████████ 5
██████████).

RESSAM had numerous conversations with ABU ZUBAIDA throughout 1999. They discussed several "operations@, including the bombings of the U.S. embassies in East Africa. ABU ZUBAIDA had newspaper articles collected about the bombings. ABU ZUBAIDA told RESSAM that he supported the idea of conducting operations in the United States (US) or against U.S. targets.

ABU ZUBAIDA and RESSAM only spoke in "general" terms about the his (RESSAM=s) operation in the U.S. ABU ZUBAIDA advised RESSAM to plan an operation slowly and take it step by step. In 1999, when RESSAM finished training in Afghanistan, he considered the US his enemy.

ABU ZUBAIDA used a cordless telephone to communicate. The telephone he used was activated by using a card, similar to a credit card. RESSAM indicated that ABU ZUBAIDA's telephone was coded and worked only while he was in Pakistan.

RESSAM was unaware if ABU ZUBAIDA used a computer to communicate with other mujahadin. RESSAM never saw a computer while he resided at ABU ZUBAIDA's Peshawar guesthouse.

RESSAM commented that a AFatwa@ was an order of a directive. He did not believe that just any Muslim can understand and interpret the Quran. So, it requires someone knowledgeable to interpret the Quran and put it into words that all can understand. RESSAM added that UBL was someone with enough knowledge to interpret the Quran and issue Fatwas. Also, SHEIKH ██████████████s son, ████████, who taught religion at the camps, was also knowledgeable enough to interpret the Quran and issue Fatwas.

RESSAM did not pledge Abayat@ (loyalty or allegiance) to UBL or ABU ZUBAIDA. RESSAM did pledge Abayat@ to the Algerian group he trained with.

Regarding the attack on the USS Cole, RESSAM had no specific information to proffer. However; RESSAM knew that the Yemeni group who were training at the Khalden camp were very excited about returning to Yemen for an operation. The Yemeni=s at Khalden were not specific about what the target of their operation was. The Yemeni cell was still in training in Afghanistan when RESSAM departed. RESSAM knew some of the individuals in the Yemeni cell as ████████, ████, ████████ and ████████. All the individuals in training use aliases, so, RESSAM was unaware of any other names the Yemeni=s used.

Regarding ABU ZUBAIDA's knowledge of the USS Cole attack, RESSAM did not think ABU ZUBAIDA had specific knowledge. ABU ZUBAIDA

knew there would be an operation in Yemen using explosives;

PROTECTED INFORMATION – FILED UNDER SEAL

████████████████████ n not know the target or the date of
the attack  Ahmed Ressam                        06/12/2001        6

     RESSAM advised that ABU ZUBAIDA was responsible for the
training of the cell in Jordan.  The Jordanian cell plotted an
operation in Jordan during the 2000 New Year=s celebration.  RESSAM
advised that ABU ZUBAIDA might have had some input into how the
operation in Jordan would be carried out and what target(s) might
be selected.  RESSAM did not think that ABU ZUBAIDA had any specific
knowledge of other operations.

     According to RESSAM, there are four options individuals
have when training is completed.  First, remain in Afghanistan and
fight Jihad against opposition forces.  Second, travel to Chechnya
and wage Jihad.  Third, return to their home country to wage Jihad.
And, fourth, travel to a "high profile" country, like the U.S. or
the U.K. to plan an operation.

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                     )
                                 )
            Petitioner,          )
                                 )
      v.                         )          Civil Action No. 08-1360 (RWR)
                                 )
ROBERT GATES,                    )
                                 )
            Respondent.          )
                                 )

Ressam 302 6/13/2001

SECRET//NOFORN

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

06/17/01

AHMED RESSAM (RESSAM) was interviewed at the Federal
Detention Center in Seatac, Washington. Also present during the
interview were Assistant United States Attorney (AUSA)
Assistant Federal Public Defender                     nd
Arabic translator               The interview was conducted in
the Arabic language with           serving as a translator.
After being advised of the identity of all the individuals
present at the interview, and advised of the purpose of the
interview, RESSAM provided the following information:

RESSAM was shown an investigative photo book and asked
to identify any photographs he recognized, and provide all
information relating to that person:

RESSAM recognized two of the photographs, numbers
and      Number    he identified as USAMA BIN LADEN (UBL), and
photograph number     as ABU ZUBAIDA. RESSAM indicated the last
time he saw ABU ZUBAIDA he was clean-shaven. ABU ZUBAIDA usually
has a full beard or a goatee.

ABU ZUBAIDA was a well built and styled his hair pushed
back away from his face. Sometimes ABU ZUBAIDA styled his hair
longer "like Jamacian". ABU ZUBAIDA always wore glasses.

RESSAM last saw ABU ZUBAIDA on April 7, 1999 after
completing his training. RESSAM last spoke with ABU ZUIBAIDA via
telephone from Canada during the summer of 1999. During
telephone conversations with ABU ZUBAIDA, RESSAM referred to
himself as NABIL; his operational name. RESSAM referred to ABU
ZUBAIDA as TAREK. RESSAM never referred to ABU ZUBAIDA as
anything but TAREK. RESSAM called ABU ZUBAIDA to see how he was
doing and to see if he needed anything. RESSAM did not discuss
his own operation with ABU ZUBAIDA over the phone. RESSAM felt
obligated to see how ABU ZUBAIDA was doing since he lived at his
guest house in Peshawar.

During telephone conversations with ABU ZUBAIDA, RESSAM
used code words to refer to certain items. For example,
passports were referred to as "books" or "precious things". An
explosive devise was referred to as dessert or a sweet. RESSAM
said the phrase, "Are you making cookies?" was a coded reference

06/13/2001    Seattle, Washington

e.  RESSAM said "shoes/lit referred to      2
someone going to Afghanistan for Jihad.  RESSAM provided the
following examples of coded phrases which referred to training:
"... do you want to play football?"... "do you have your shoes
ready?... "... let the prisoners be released..."

Using codewords and coded phrases was taught at Khalden
camp.  For example, mujahidin who were in trouble or arrested
were referred to as "sick" or as being "in the hospital."  Money
was referred to as "Kabia" which is a North African dish.  RESSAM
did not recall code words or coded phrases for operations
targeting the US or France.  However, RESSAM advised that going
to fight Jihad in Algeria was referred to as "playing with
balloons."  Afghanistan was sometimes referred to as Canada,
instead.

Other code words were female names which might be
included in letters.  For example, a letter might be addressed to
a female but the actual letter would be written using true
operational names.  The female names used for the address was
pre-determined by the individual writing the letter.  If there
was an operational reason to use code names inside the letter,
the code names were determined in advance before the letter was
written.

RESSAM advised that so far as he knew there were no
religious or prohibitions to use a women in an operation.  RESSAM
added that he did not plan to use a woman for his own operation.
 According to RESSAM, women are good to use for an operation,
since security forces and intelligence agencies tend not to look
at women suspiciously.

Discussing operations inside a mosque or using
religious phrases to communicate the plans of an operation were
discouraged. These kind of tactics were considered unholy.

During his training in Afghanistan, RESSAM had no
instruction on how to handle an interrogation.  Trainees were
instructed on how to avoid being appeased or intimidated by the
enemy into divulging operational details, targets and cell
members names.

RESSAM indicated there are many safehouses/guesthouses
for mujahidin fighters in Afghanistan and Pakistan.  RESSAM was
unaware of the specific locations of these guesthouses, including
ABU ZUBAIDA'S.

RESSAM advised that ▇▇▇▇▇▇▇▇▇▇ (ph) manages ABU
ZUBAIDA's guesthouse in Peshawar, Pakistan.  At ABU ZUBAIDA's
direction, ▇▇▇▇▇▇ obtained false travel documents or altered
 travel documents.  RESSAM did not know the identities of the
individual(s) who actually altered the documents.  ▇▇▇▇▇▇▇▇
altered documents which made it look as if one had been in

P█AA██B██ABu█ger████████o██7██d, and in some cases, ██el█A██01t look 3 like one had been a student in Pakistan.

RESSAM advised there was an individual, ███████████, in Peshawar, Pakistan who was the liaison between ABU ZUBAIDA and the Pakistani Intelligence Service. RESSAM was unaware of which Pakistani intelligence service █████ liaised with, but █████ did pay bribes for ABU ZUBAIDA to help gain the release of any "brothers" who were in jail or otherwise in trouble.

RESSAM was not aware if any of the Algerian groups had penetrated the Algerian Intelligence Services.

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                           )
                                       )
            Petitioner,                )
                                       )
    v.                                 )     Civil Action No. 08-1360 (RWR)
                                       )
ROBERT GATES,                          )
                                       )
            Respondent.                )
                                       )

Ressam 302 8/3/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

08/06/2001

On 08/03/2001, AHMED RESSAM was interviewed at the Seatac
Federal Detention Center. Present for the morning portion of the
interview were Special Agents ███████         ███████ and
                    ███████ Assistant Federal Public Defender
███████, and Arabic translator ███████    During the afternoon
session, Assistant Federal Public Defender ███████         and
Defense Investigator ███████         were present. ███████ was not
present in the afternoon. Both sessions were conducted in Arabic.

AHMED RESSAM provided the following information:

███████

███████         (henceforth referred to as ███ was
approximately 25 years old in 1999 and resided with ███████
(henceforth referred to as ███ . ███ was possibly studying a
mathematics related curriculum at the University of Montréal during
April, 1999. ███ subsequently moved to another apartment (off-campus)
with another university student. ███ is the brother of ███████
███████.

RESSAM stated he did not know the last name of these two
brothers; only their first names and that they were Moroccan (hence
"███████").

RESSAM asked ███ to look for nitric acid at the laboratory
at the university. In particular, RESSAM asked ███ to identify the
location of the nitric acid and to describe the "path" and directions
to get to it. RESSAM would then later try to obtain it.

███ told RESSAM that ███ would go to McGill University and
if he could find the nitric acid, ███ would bring it to RESSAM.
and another student went to look for the nitric acid at McGill University
and discovered that it was very difficult to gain access to the nitric
acid. ███ advised RESSAM that the nitric acid was very difficult to
access.

███ had a "good enough knowledge" as to why RESSAM wanted
the nitric acid. ███ also knew that RESSAM had been to the terrorist

08/03/2001          Seattle, WA

08/05/2001

SA ███████
SA ███████

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                    08/03/2001          2

        training camp in Afghanistan. ▉▉▉ had an understanding of
explosives and chemicals.

        Based on the level of difficulty in accessing the nitric acid,
RESSAM never attempted to enter the university to steal it.

        ▉▉▉ next looked on the internet to try and find aluminum
powder and nitric acid on behalf of RESSAM. ▉▉▉ and RESSAM were trying
to locate a business that sold either substance, with negative results.

▉▉▉▉▉▉▉▉▉▉▉

        RESSAM met ▉▉▉▉▉         ▉▉▉▉▉ (henceforth referred to
as ▉▉▉▉ through ▉▉▉ (a.k.a. ▉▉▉         ▉▉▉ while at the Malicorne
address. ▉▉▉▉▉ is the brother of ▉▉▉        ▉▉▉ and different
from another associate of RESSAM whose name is ▉▉▉▉▉
(▉▉▉▉▉ the Algerian).

        RESSAM did not tell ▉▉▉▉▉ about the target of RESSAM=s
operation or anything else about his operation, but RESSAM did ask
▉▉▉ to store the hexamine and glycol that RESSAM brought from
Afghanistan at ▉▉▉=s residence. RESSAM felt that ▉▉▉=s
apartment was a more stable place than that of ▉▉▉.

        RESSAM placed the items in a shaving kit bag and told
▉▉▉ to keep the shaving kit bag in an area where there would
be little moisture. ▉▉▉▉▉ was not told what was inside, nor did
▉▉▉ ask RESSAM what was in the shaving kit bag. ▉▉▉▉▉ also
knew that RESSAM had been to a terrorist training camp in Afghanistan.

        ▉▉▉▉▉ was living at a residence (unknown if apartment
or house) near the metro station of Angrinon (phonetic). ▉▉▉
was still living at the Malicorne address at this point in time, and
didn=t move to the Sherbrooke apartment until May, 1999.

        RESSAM entrusted his hexamine and glycol to ▉▉▉▉▉ at
the same time RESSAM was enlisting the aid of ▉▉▉▉=s brother
to find nitric acid and aluminum powder at McGill University and on
the internet.
        Around the fourth month of the year (April), ▉▉▉▉▉
traveled to Alberta, Canada to work in a farming community. However,
▉▉▉ travels back to Montréal periodically.

        RESSAM sent word through ▉▉▉▉▉ nd ▉▉▉ (whichever
would see ▉▉▉▉▉ first) that RESSAM wanted to retrieve his shaving
kit with the hexamine and glycol. RESSAM retrieved his shaving kit
at the end of summer, 1999.

        ▉▉▉▉▉ is married to a French-Canadian woman and has two
children. In 1999, ▉▉▉▉▉=s son was approximately one year of age

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████   AHMED RESSAM                                   08/03/2001          3

and ████████=s daughter was three.  ████████ was
approximately 30 years of age.

████████ and ASSASSINATIONS of ALGERIAN OFFICIALS:

        AHMED RESSAM met ████████ (henceforth referred to as ████
through ████.  RESSAM learned through ████ that █████=s father is
a high-ranking security official, possibly working as the security chief,
at HAOUARI BOUMEDIENNE INTERNATIONAL AIRPORT in Algiers, Algeria.

        RESSAM knew through ████ that ████ had an identification
card that allowed ████ to proceed through security, customs, and
immigration inspectors upon arrival at BOUMEDIENNE INTERNATIONAL
AIRPORT in Algiers.

        RESSAM instructed ████ to determine if ████ would assist
RESSAM in RESSAM=s efforts to enter Algeria, as RESSAM had decided by
this point that he ultimately wanted to return to Algeria after his
terrorist attack in the United States.

        RESSAM wanted ████ to meet RESSAM in Algiers and assist
RESSAM in passing through security and inspection upon arrival in
Algiers.  RESSAM wanted ████ to use ████=s connections through ████=s
father to pass easily through the airport.

        In summer, 1999, ████ initially approached ████ relative
to aiding RESSAM.  ████ informed ████ that ████ would help RESSAM
only if RESSAM was visiting RESSAM=s family, and that ████ would not
assist RESSAM as part of any jihad related act.

        However, by the end of October, 1999, ████ stated that he
would help RESSAM pass through the airport.  ████ changed his mind
because ████ had read a book by ████████  The book influenced
████ to change his mind and want to join jihad and assist RESSAM to
join the Jama=ah in Algeria.

        In 1999, ████ was approximately 25-27 years of age, living
with ████ near St. Léonard in Montréal.  ████ was looking for adventure
and wanted to fight in Chechnya.  RESSAM indicated that ████ was not
yet fully developed either as a jihad warrior or a source for information.

        RESSAM intended to groom ████ for intelligence purposes.
████=s family was connected to important government officials in
Algeria.  RESSAM intended to use ████ to gain information about the
officials and pass that intelligence to the Jama=ah to plan attacks
and assassinations on those upon whom ████ would report.

████████.

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    08/03/2001         4

███████████████ expressed interest in joining jihad, but RESSAM was extremely doubtful that ██████ would do it.  ██████ was aware that RESSAM had been to a terrorist training camp in Afghanistan.

████████████████  ████████████████, and ████████████

███████████████ (henceforth referred to as ██████ and ██████ (henceforth referred to as ██████ are both known to ██████ and ██████.

███████████ is known to both ZOUBEIDA and ██████████ as "██████".

████████████ is known to both ZOUBEIDA and ████████ as "██████".

████████████ asked RESSAM to find a laptop computer for ABOU ZOUBEIDA in December, 1999.  During this time, ████████ gave RESSAM the telephone number ████████ for RESSAM to contact ██████.  RESSAM knew this not to be ██████=s own phone number, and assumed it was that of a friend who would not be suspect and was used by ██████ as a security measure.

RESSAM provided the names of members of the Tunisian cell that RESSAM met in Peshawar and in Afghanistan.  RESSAM understands that the Tunisian cell members wanted ██████ for operations in Europe and Tunisia.  Most of these cell members had fought in Bosnia.

RESSAM remarked that ██████ is pleased with the current Islamic religious climate in Tunisia; that things are now stirred-up, and that before, things were "vegetating".

In regard to ████████████████ trained in an Afghani terrorist camp before heading to fight in Bosnia.  However, ██████ arrived too late in Bosnia to fight, so he headed for Chechnya. ██████ was not allowed to enter Chechnya.

In October/November, 1999, RESSAM learned from ██████ that ██████ had left for Chechnya for a second time and managed to make it there.  ████████ went with another Montréal resident, SAMIR EZZINE.

████████████ ABOU ZOUBEIDA, AHMED RESSAM LETTER, ██████, and the ██████ LETTER:

Prior to ██████=s departure from Afghanistan, RESSAM instructed ██████ to send RESSAM approximately $700 once ██████ got to Canada.  RESSAM wanted the money to buy a plane ticket, not knowing at the time that ██████ would give RESSAM $12,000.

RESSAM later learned in a telephone conversation with ██████ that ██████ attempted to leave Karachi, Pakistan on Lufthansa in the

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

AHMED RESSAM                                   08/03/2001          5

latter portion of 1998. However, Lufthansa officials became
suspicious of ████ and removed him from the aircraft, refusing to refund
or honor the unused portion of the ticket.

████ returned to ABOU ZOUBEIDA in Islamabad. (ZOUBEIDA moved
to Islamabad from Peshewar following the U.S. cruise missile attacks
in Afghanistan. ████ was given a ticket from Pakistan to London
(possibly on British Airways, possibly out of Islamabad).

████ sent word to ████ (████ to reimburse ABOU
ZOUBEIDA for ████=s ticket out of Pakistan. ████ had no way to contact
ZOUBEIDA and RESSAM opines that ████ became involved
as ████ knew and had contact information for ZOUBEIDA. RESSAM
opines that ████ sent the money for both RESSAM=s and ████=s
ticket to ABOU ZOUBEIDA, but does not know that for fact.

RESSAM pointed to this in the letter, stating this was the
reason ████ advised ████ to pay ████ $1,500 (U.S.) . RESSAM
states that RESSAM is the person listed as ████ in the letter.

In this same paragraph of the ████ LETTER. RESSAM identifies
████ as a possible alias of ████ of
Vancouver, British Columbia.

████ ████ and ████.

████ (henceforth referred to as ████ ) is the
individual who made the French passport that RESSAM used to leave France
and enter Canada in February, 1994. ████ brought the French passport
in the name of ████ to France and inserted RESSAM=s photograph
to alter it.

████ is a nickname, not a real name. RESSAM could not explain
the meaning of the nickname. ████ is the cousin of ████ with
whom RESSAM met in Paris in 1994.

████ has a "relationship" with the "brethren" in Europe.
RESSAM explained this relationship and brethren to mean that ████
works with supporting jihad/terrorist groups in Europe. ████ was
also a part of the ████ group in Montréal.

Both ████ and his cousin ████ were arrested and
incarcerated in Paris in either 1995 or 1996. The last time RESSAM
spoke with ████, ████ was in Germany and informed RESSAM that ████
████ was in jail in Paris for a second time and ████ advised RESSAM
to send mail to ████. RESSAM never did.

RESSAM sent $800 once to ████ while ████ was in
France and just released from prison. ████ was considering returning
to Canada, but went to Germany instead.

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              08/03/2001          6

███████ ██████ (henceforth referred to as ██████ was from
RESSAM=s hometown of ██████     The two knew each other as children.

RESSAM found ██████ in Paris through ██████=s mother.
██████ was assisting jihad members in France with money and passports.

## CODES, BANK ACCOUNTS, and AL-QAEDA:

██████ often made up codes and sometimes RESSAM could
understand them. ██████ also took a standardized, written code from
██████ prior to leaving Afghanistan in 1998.

This was a different code than the one FODAIL and RESSAM
devised in Jalalabad prior to their departure. This code was for
telephone numbers and an example was provided by RESSAM and will be
placed in a 1A envelope:

████████████████████████████████

██████ and RESSAM also left with the bank account number for
██████ They both possessed the account information in order to
eventually make deposits in the account. The purpose was to send money
to that bank account and replenish funds for the training camps and
jihad.

A percentage of money recovered during armed robberies would
be sent to these accounts. RESSAM provided, as examples, the ROUBAIX
GANG in France and RESSAM's own planned robberies in Montréal.

A portion would be sent to the bank account and money would
go to ██████ and ██████ in Afghanistan, and ultimately to the
training camps.

This money supported families of Algerian trainers at the
camps, safehouses, operating costs at the camps for the Algerians,
medical treatment for those wounded at the camps, and travel matters.

RESSAM explained that ABOU ZOUBEIDA=s resources are separate
from ██████ and USAMA BIN LADEN, and aren=t as plentiful as those
of USAMA BIN LADEN.

ZOUBEIDA runs a bigger network than ██████ and ██████
and ABOU ZOUBEIDA=s resources were focused on the two camps (Deronta
and Khalden).

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████        AHMED RESSAM                    08/03/2001        7

        USAMA BIN LADEN=s monies in AL-QAEDA cover the whole network,
including but not limited to UBL=s camps, Egyptian Islamic Jihad, and
assisting families in need in Afghanistan.

## ABOU ZOUBEIDA's "ARTIST":

        ABOU ZOUBEIDA employs a well-known Islamabad artist to do
the forgeries for visas and passport stamps for ABOU ZOUBEIDA. RESSAM
could not recall the name, but once knew it. RESSAM believes that the
"artist" title is a cover for this individual.

## NEW ALGERIAN CAMP:

        As RESSAM was leaving Afghanistan, he learned of the inception
of a new Algerian camp near Jalalabad. It had no name other than "the
Algerian camp". It was being created to streamline the course material.
There was a feeling among the Algerians that too much time was lost
waiting for different sessions.

        The Algerians hoped to open their own camp that would be a
combination of Khalden and Deronta, thereby teaching all phases and
courses. The training would be more intense than at the other camps,
and the graduates would be sent to Europe. The goal was to produce
a graduate in 6-8 months, and have trainees that were more closely bonded
with one another.

        In a conversation with ABU DOHA in the spring or summer, 1999,
RESSAM learned that the camp had begun operation.

## OATHS:

        RESSAM had baya=at with the following individuals: MUSTAPHA
██████, ██████ (a.k.a ████████, ████████, and ████████.
Once the cell was in place in Canada and operational, the cell members
would have made baya=at to ████. ████ was the chosen leader of the
group.

        RESSAM emphasized that this is an understood oath, not
formally taken such as raising one=s hand and ceremoniously making an
oath.

        RESSAM had no feelings of baya=at to the following individuals:
████████████████████████████████████  ████████████████████
██████████ ▪ ████████████████ or ██████████ (a.k.a.
████████.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                          08/03/2001            8

██████████      and BOMB PLOTS IN CANADA:

     RESSAM, ███████████ and ███████████ were driving near the intersection of Laurier and Parc streets in Montréal when ███████████ suggested that this would be a good place for a bomb because of the number of Jewish people present.  RESSAM described the Jewish people that ███████████ RESSAM, and ███████████ saw as those "Jews with the curly sideburns".

██████████      and the PISTOL SILENCER:

     ███████████ informed RESSAM that ███████████ had practiced shooting inside ███████ apartment in Germany with a pistol equipped with a silencer, shooting at a block of wood to stop the bullets.

     RESSAM wanted the silencer so that RESSAM, too, could target practice inside and for clandestine use of the pistol.

█████████      in the UNITED KINGDOM and "THE WATCH":

     During a telephone conversation between AHMED RESSAM and his London-based cell member ██████ in October, 1999, ██████ asked RESSAM "how=s the watch".  RESSAM realized that ██████ was asking about RESSAM=s explosives.

     RESSAM states that ███████ knew RESSAM was preparing explosives by using the word "watch". RESSAM believes ███████ deduced that RESSAM was making explosives because ██████ knew RESSAM was desperately trying to reach ██████ in Germany.

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

Ressam 302 8/6/2001

SECRET//NOFORN

~~PROTECTED INFORMATION – FILED UNDER SEAL~~

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     08/06/2001

On 08/06/2001, AHMED RESSAM was interviewed at the Seatac Federal Detention Center (FDC). Present for the interview were Special Agents ██████████ and ██████████ from the ████████ Federal Bureau of Investigation. Also present were Assistant Federal Public Defender ██████████ and Defense Investigator ██████████. The interview was conducted in Arabic with the assistance of Arabic translator ██████████.

RESSAM provided the following information:

### ABOU ZOUBEIDA and ██████████:

ABOU ZOUBEIDA uses the name of other individuals on his bank accounts, such as ██████████ who looks after one of ZOUBEIDA's homes and a Pakistani physician who regularly makes rounds.

RESSAM suspects that an unidentified Uzbek individual from Islamabad frequented the house and provided ZOUBEIDA with financial assistance.

RESSAM stated that ZOUBEIDA moved his residence from Peshawar to Islamabad for security reasons based on the U.S. missile strike in Afghanistan.

While still in Peshawar, RESSAM once noticed a green colored U.S. passport at ABOU ZOUBEIDA's house. RESSAM expressed his surprise at this during the interview because RESSAM believes all U.S. passports to be blue.

### FORMATION AND SEQUENCING OF RESSAM's CELL TO CANADA:

RESSAM indicated that he became aware of ██████ arrest in London prior to receiving the $12,000 U.S. from ██████. RESSAM explained that RESSAM was provided with the money because RESSAM was the only member of the cell with a genuine passport.

██████ was traveling on a forged Belgian passport and ██████'s identification was therefore "shaky", according to RESSAM.

██████ did go to Deronta Camp to train in explosives under the mentorship of ██████, but was only there a few days before being

08/06/2001     Seattle, WA

██████████████

08/06/2001

~~PROTECTED INFORMATION – FILED UNDER SEAL~~



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                          08/06/2001          2

dismissed because of an unidentified illness. In RESSAM's
view, █████ knew nothing about explosives and was only in the camp a
few days.

RESSAM explained that ████, ███████████ and ██████ were
already at Khalden before RESSAM arrived at the camp. The cells were
already formed and RESSAM was assigned to that cell.

RESSAM, while at Khalden Camp, planned to come to Vancouver,
Canada and obtain two houses. RESSAM, while insisting that he did not
have a specific target in mind at this point, planned to locate in or
near Vancouver, British Columbia (B.C.).

RESSAM, while still at Khalden Camp, knew that his target
and the cell's target would be in the United States.

Upon arrival in Vancouver, and after conferring with
█████████, RESSAM wanted to rent a house in Nanaimo on Vancouver Island.
RESSAM wanted a house out in the "jungle" so that it would be away
from the scrutiny of anyone.

In particular, ██████████ told RESSAM that "██████" (known to
the FBI as possibly identical to ██████████) had rented a house in
Nanaimo and that such a house would be desirable. However, this never
came to pass.

RESSAM stated that the presence of ████████████ in Vancouver,
B.C. played no role in his preference of the Vancouver area. In fact,
RESSAM wished to avoid a large pocket of "brethren", so that he would
be unnoticed by the local community.

RESSAM acknowledges that his circumstances changed once in
Vancouver, and that he began associating with many Algerians.

After ██████'s arrest while trying to leave London's Heathrow
Airport, ██████ (a.k.a ████████) wanted to wait until ████████ arrived from
Afghanistan before attempting to join Ressam in Canada. ████████ was
late because he stayed for the forgery course, and didn't arrive in
London until the summer, 1999.

████████ was also concerned because ██████, like ██████, also had
a forged Belgian passport. At this point in the interview, RESSAM
advised that ████████ also had a Belgian passport but was not involved
in this aspect.

According to RESSAM, ██████ and ██████ were more interested in
obtaining and using stolen European passports.



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              08/06/2001          3

███████ has an active role in the formation of cells, and knows how they are formed, but does not have control over their formation or operations.

███████

███████ is described as brown-skinned, strong-build, approximately the same height and age as RESSAM, but with more muscles. ███████ was a former boxer. ███████'s place of birth is Algiers, Algeria and he spent time in Bosnia and Spain.

RESSAM believes ███████ traveled to Afghanistan from Great Britain. RESSAM has no knowledge that ███████ ever traveled to North America.

RESSAM was again shown two photographs of ███████ and was unable to identify either photograph.

███████

███████ is described as light-skinned (white), similar in build to RESSAM, from Qaba'il in the Berber Province of Algeria. ███████ is approximately the same age as RESSAM, thirty-four years of age.

RESSAM is unaware if ███████ ever traveled to North America. ███████ was late in leaving Afghanistan because ███████ opted to stay in Jalalabad and take a course in forgery. This course was conducted in town because of the need for electricity.

███████, a.k.a. ███████

███████ is described as an Algerian from Algiers, white-skinned, reddish/rosy complexion, yellowish hair, athletic and larger that RESSAM. ███████ is approximately the same age as RESSAM.

RESSAM has no knowledge of ███████ ever traveling to North America and last knew ███████ to be in Great Britain and using a French passport.

### ABOU ZOUBEIDA's PLAN TO ENTER THE UNITED STATES WITH CANADIAN PASSPORTS and ███████

On 05/29/2001, RESSAM provided information to the FBI that ABOU ZOUBEIDA wanted RESSAM to provide ZOUBEIDA with genuine Canadian passports for a team of individuals ZOUBEIDA wanted to send to the United States to conduct terrorist attacks.

Those individuals were identified as ABOU ZOUBEIDA, ███████, ███████, and ███████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                08/06/2001          4

During one of RESSAM's trips to Montréal after his return
to Canada in 1999, RESSAM approached ██████████████ to obtain the
genuine Canadian passports for this team.

RESSAM told ████████████ that RESSAM had need of some
real Canadian passports for "brethren" without identifying who those
individuals were to ███████████.

████████████ had a connection inside the passport control
agency and could get these passports.  RESSAM said that once the
passports were "guaranteed", RESSAM would get the photographs from
ZOUBEIDA and the others and give the photographs to ████████████.
The passports would then be made with their photographs.

████████████ indicated he could get the passports and
would advise RESSAM when they were "guaranteed". ████████████ also
told RESSAM that the passports could be "doubled", meaning that two
people could be listed on one passport. RESSAM did not understand exactly
what this meant.

████████ is the former chief of the Deronta Camp and is now
retired. ████████ who is very well-known, became incapacitated from
an intestinal disease and ████████████ took over the camp.

████████████████ is also from the Deronta Camp.

**TARGETING:**

RESSAM was asked whether ████, ████, ████, ████, or
████████ had ever discussed or proposed the kinds of targets they
would like to strike, in addition to the cell's planned targeting of
an airport in the United States.

RESSAM only recalled that ████ had talked about doing
terrorist attacks on Jews or against any French interests; ████ had
talked of wanting to do a terrorist attack in Europe.

**USAMA BIN LADEN (UBL) SPONSORSHIP:**

RESSAM had asked ████████ to inquire whether UBL would like
to receive credit for RESSAM's operation. RESSAM advised that he could
not do a terrorist attack and give credit to UBL without UBL's consent.

RESSAM also indicated that any announcement would be made
by ████████ not RESSAM. RESSAM left it to ████████ to determine whether
UBL would like to receive credit for RESSAM's operation and left it
to ████████ to make the announcement. RESSAM was not waiting to hear
back from ████████ before going ahead with his operation.

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                      08/06/2001           5

## RESSAM's ATTEMPTED ARMED ROBBERY IN MONTRÉAL, AUGUST, 1999:

RESSAM stated that in August, 1999, RESSAM alone attempted to rob a currency exchange business on Sherbrooke in Montréal.

RESSAM entered the building through the main door, wearing a baseball cap, a goatee, and sunglasses, and pulled out the loaded pistol provided to him by ████████████. RESSAM yelled out in English, "Nobody move!"

RESSAM had difficulty seeing inside the store because of the lighting and the sunglasses, and his hand was grabbed by someone inside the store.

RESSAM pushed away from the individual and escaped without firing a shot. RESSAM was attempting to raise funds for his terrorist operation by committing the robbery.


████████████  **AND THE BOMBING OF BOUMEDIENNE AIRPORT:**

████████████ had a direct role in supporting his cousin ████████'s attack on the HAOUARI BOUMEDIENNE AIRPORT in Algiers. RESSAM understood this from ████████████ admissions and from those of other Algerians.

████████

████████████ identified by RESSAM as ████████ was a friend of ████████. RESSAM learned that ████ was in Ireland from ████ in 1999.

████████

RESSAM saw ████████ in 1999 in Montréal at the Malicorne address. RESSAM met him by "accident" and was trying to avoid meeting ████. RESSAM was afraid to tell ████ anything because ████ would talk to other people.

████████

RESSAM met ████████████ in approximately 1996 and saw ████ at the mosque in Montréal. Later, in 1999, RESSAM saw ████ while at ████████ du Parc apartment.

RESSAM advises that he did not really know ████ very well, never discussed the operation or explosives with ████ and does not know if ████'s brother ████████ ever talked about the operation or explosives with ████.

████████████

PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████

AHMED RESSAM                              08/06/2001          6

███████████ speaks English very well, speaks Qabili (Berber),
French, German, and Spanish. █████████ graduated high school, studied
accounting in Algeria, but had no college.

RESSAM does not believe ██████████ ever traveled to the United
States.

███████████s friends in Vancouver, B.C. were ██████ (believed
by the FBI to be ██████████) and ██████████, a.k.a. ██████████
██████████ had a fraudulently obtained Canadian passport,
similar to RESSAM's ██████████████ passport. ██████████ obtained
his passport through an unidentified black individual from Africa
(believed by the FBI to be ██████████.

██████████ actually took RESSAM's fraudulent birth
certificate and other items to the unidentified black individual to
process RESSAM's passport application.

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Ressam 302 9/12/2001

SECRET//NOFORN

PROTECTED INFORMATION — FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription    09/12/2001

On September 12, 2001, AHMED RESSAM was interviewed at the
Federal Detention Center located in Seatac, Washington. RESSAM was
advised of the identities of the interviewing agents and purpose of
the interview. Also present during the interview were Assistant Federal
Public Defender ███████████ and translator ████████████. The interview
was conducted in Arabic. RESSAM then provided the following information:

Prior to the interview, RESSAM was briefed by his attorney,
████████████, regarding the ramming attacks on the World Trade Center
in New York City and the Pentagon in Washington D.C. by hijacked
commercial jet aircraft.

RESSAM stated that he did not have any prior knowledge of
the attacks on the World Trade Center and the Pentagon. RESSAM further
stated that he doesn't have any specific knowledge regarding the
attacks.

Regarding prior statements made by RESSAM that airport
employees might be used in any attack on airports, RESSAM stated that
he has no knowledge that airport employees were used in the attacks
on the World Trade Center and Pentagon. RESSAM did reiterate that if
airport employees were used in an operation against an airport, they
could be expected to provide whatever support was needed for the cell,
even procuring weapons.  RESSAM also added that if airport employees
were used in an operation, that fact would be a closely held secret
within the cell.

Regarding any flight training that he was aware of or might
have received while at training camp, RESSAM stated that he was aware
of no flight training or aircraft systems training while at the camps
that he attended. While RESSAM was fairly certain that Abu Zubayda's
training camps did not have any type of flight training programs, RESSAM
could not say the same regarding Usama Bin Laden's training camps. RESSAM
explained that he has no knowledge regarding the relationship and
cooperation between Usama Bin Laden and the Taliban Government in
Afghanistan in regards to use of flight training programs.

While RESSAM had no prior knowledge of the attacks on the
World Trade Center and the Pentagon, RESSAM stated that the attacks
could have been a coordinated operation by Abu Zubayda and Usama Bin
Laden. RESSAM emphasized that the individuals attending the training

9/12/2001       Seatac, Washington

████████████████████████████████████        9/12/2001
SA ██████████████████████
SA ██████████████

PROTECTED INFORMATION — FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE
Case 1:08-cv-01360-UNA   Document 474-3   Filed 03/29/17   Page 43 of 141
PROTECTED INFORMATION – FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

Ahmed Ressam                                    9/12/2001            2

camps are very dedicated and very technically trained
individuals capable of executing complicated operations. RESSAM then
added that many of the trainees at the camps are former military officers
with a high degree of technical knowledge.

RESSAM then denied knowing any brethren living in Canada that
have received flight training of any kind.

RESSAM also did not recall any courses having to do with
hijacking aircraft while attending training camps in Afghanistan.
RESSAM did say that his explosives training could be used against
aircraft but did not involve hijacking the aircraft; although, hijacking
could always be an option.

RESSAM then recalled a conversation with Abu Zubayda where
Zubayda expressed an idea regarding attacking the United States. This
conversation occurred while RESSAM was at training camp. According to
RESSAM, Abu Zubayda's idea involved using multiple cells operating
independently in the United States that could execute ten (10)
operations simultaneously or in sequence that would produce a big impact
on the United States. RESSAM reiterated that this was only an idea
expressed by Abu Zubayda and was not an actual plan to the best of
RESSAM's knowledge. When asked if Abu Zubayda had the necessary people
positioned in the United States to carry out such as a plan, RESSAM
answered that Abu Zubayda has many contacts in the United States. RESSAM
then denied knowing any of Abu Zubayda's contacts in the United States.

At the conclusion of the interview, RESSAM stated that he
did recall one individual that visited the Khalden Training Camp that
was an aircraft engineer. While RESSAM did not recall this individual's
name, RESSAM described him as an older male from Yemen that had become
religious. RESSAM then explained that the Yemeni was introduced to the
trainees by the camp's religious instructor,

PROTECTED INFORMATION – FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                        )
                                    )
            Petitioner,             )
                                    )
        v.                          )        Civil Action No. 08-1360 (RWR)
                                    )
ROBERT GATES,                       )
                                    )
            Respondent.             )
                                    )

Ressam 302 10/18/2001

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     10/18/2001

On 10/18/2001, AHMED RESSAM was interviewed at the Federal
Detention Center in Seatac, Washington. Present for the interview were
Special Agents ██████████████ and ████████████████ from the
Seattle Division of the Federal Bureau of Investigation.  Also present
were Assistant Federal Public Defender ██████████████, Defense
Investigator ████████████, and Arabic translator ████████████.  The
interview was conducted in Arabic.

RESSAM provided the following information:

**FUEL TRUCK DELIVERY SYSTEMS FOR TERRORIST OPERATIONS:**

RESSAM did not learn nor did he ever discuss using fuel tankers
as delivery systems for terrorist attacks while he was in Afghanistan
or Pakistan.

The only time RESSAM ever discussed such a plan was with ████████
████████ when ████████ suggested the idea to RESSAM of driving a fuel
tanker into a Jewish neighborhood of Montréal.  ████████ recommended
the suburb of Outremont because there were a large number of Hasidic
Jews.

**ISRAELI TARGETS IN GENERAL:**

While targeting synagogues and churches was not specifically
discussed or targeted, instruction was given in the camps to target
"anything valuable, such as infrastructures and Jewish organizations
and businesses that provide funds to or collect funds for Israel."

For example, RESSAM provided the example of a
non-governmental organization (NGO) that would fulfil this roll. RESSAM
could not remember the names of such NGOs provided at the camp, but
was instructed at the camps that one could find them on the Internet
or through printed publications.

Israeli and American interests are equally viable.

**SHOPPING MALLS:**

10/18/2001      Seattle, Washington

██████████████████                                    10/18/2001
SA ██████████████████
SA ██████████

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████

AHMED RESSAM                          10/18/2001          2

No specific mention was made of targeting shopping malls,
however, any site of economic value is a viable target.

**OIL SUPPLY DEPOTS IN THE UNITED STATES:**

Oil storage facilities within the United States are
recommended sites for terrorist operations. The emphasis was on
destroying supplies of oil already within the United States.

Corporate headquarters for oil corporations are also viable
targets. RESSAM was asked whether that meant only companies such as
Exxon, Shell, and Texaco and replied that he meant all companies with
supply depots in the United States.

RESSAM stated that these oil corporations all have a link
to Israeli interests but could not explain how.

**DAYS OF THE WEEK FOR ATTACKS:**

RESSAM did not learn to focus on particular days of the week
for a terrorist operation, nor to differentiate a weekday from a weekend
by western standards (work week meaning Monday through Friday and
weekend meaning Saturday and Sunday).

**PHOTOGRAPHS OF THE MOST WANTED TERRORISTS:**

RESSAM did not recognize any of the photographs from the
recently published Most Wanted Terrorist list except for USAMA BIN LADEN
and AYMAN AL-ZAWAHIRI, each of whom RESSAM has only seen in photographs,
never in person.

████████████████:

RESSAM does not know ████████'s true name, family name, or
other aliases. As of this date, ██████ is between 30-33 years of
age, born in Algeria (unknown city), is single, and RESSAM can only
speculate that ██████ is a high school graduate.

██████ has resided in Algeria, Afghanistan, Great Britain,
and possibly uses a French passport. RESSAM opined ██████ has a French
passport because most Algerians in Afghanistan

had either French or Italian passports. RESSAM never saw ████████'s
passport.

████████'s associates in the United Kingdom are ████████,
████████, ████████, and ████████. In Germany,
████████ is associated with ██████ and ██████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████

AHMED RESSAM                              10/18/2001          3

        Other associates of ████████ include ████████ ████████,
ABOU ZUBEYDA, █████████████ at Khaldun Camp, and any of the other
people present at the camps and safehouses in Afghanistan and Pakistan.

██████████ had no distinguishing characteristics that RESSAM
recalled. ██████████ "looked normal".

**Biotoxins and Chemical Explosives:**

        ██████████ was trained in biotoxins and chemical explosives
at Deronta, prior to RESSAM's attendance at Deronta and after RESSAM's
departure from Deronta.

        ██████████ was initially trained at Deronta and then returned
to learn newer techniques of manufacturing chemical explosives and to
improve the base of knowledge he gained during his first attendance.

        RESSAM was unaware of a specific mission for which ██████████
was trained, nor did RESSAM know if any such mission would include the
use of biotoxins and chemicals.  RESSAM did agree that ██████████ had
a large "toolbox" from which to draw, metaphorically meaning that
██████████ had lots of training from which he could plan an operation.

**United Kingdom and Germany:**

        RESSAM is unsure whether ██████████ returned to the UK, but
the UK or Germany were very likely.

        While American and Israeli targets anywhere are viable
targets, RESSAM was doubtful that any terrorist operations perpetrated
by Islamic militants would occur on British soil.  However, U.S.
embassies, consulates and military bases in Germany were discussed.

        As well, the Algerian cells were interested in targeting
French interests in addition to U.S. and Israeli interests.

        RESSAM had no knowledge whether ██████████ returned to the UK,
but was confident that if ██████████ did return to the UK, ██████████ would
head to London and his associate ████████

        If ████████ headed for Germany, ██████████ would likely seek
out SOUHIB. ██████████ primarily communicates via telephone.

**ABU ZUBEYDA:**

        RESSAM is unaware of any other names used by ABU ZUBEYDA other
than TAREQ/TAREK.  RESSAM has never seen ABU ZUBEYDA's passport and

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 19-6-95)
Continuation of FD-302 of

On
, Page

not have any knowledge of it's origin. ABU ZUBEYDA is Palestinian
and speaks with a Palestinian dialect.

AHMED RESSAM                    10/18/2001        4

RESSAM has no knowledge related to ABU ZUBEYDA residing in
or visiting the country of Algeria.

ABU ZUBEYDA has no maladies to RESSAM's knowledge, but RESSAM
opined that almost everyone has malaria.  RESSAM was not sure whether
or not ABU ZUBEYDA has malaria.

ABU ZUBEYDA has no distinguishing characteristics, but RESSAM
understood ABU ZUBEYDA had suffered a head injury during the
Afghan-Soviet war. The injury is not visibly noticeable.

**Family:**

ABU ZUBEYDA's family resides in Saudi Arabia.  ABU ZUBEYDA
is very religious and his family must be pious by the fact that they
reside in Saudi Arabia.

RESSAM does not know the location within Saudi Arabia in which
ABU ZUBEYDA's family resides, nor the names of family members, nor does
he know the vocations/professions of any of ABU ZUBEYDA's relatives
or their approximate ages. RESSAM has never met any of ABU ZUBEYDA's
relatives.

RESSAM's believes ABU ZUBEYDA's family is prosperous, but
does not know if ABU ZUBEYDA receives funds from familial origins.

**Communications/Computers:**

ABU ZUBEYDA communicates outside of the Pakistan/Afghan
region via telephone and the Internet. Within the Pakistan/Afghan region,
ABU ZUBEYDA uses letters and couriers.

ABU ZUBEYDA is computer literate and has spoken in front of
RESSAM about computers and beyond RESSAM's comprehension of computers.
RESSAM stated that ABU ZUBEYDA is "well-versed" regarding computers.

RESSAM reminded the interviewer that ███████████████
had previously asked RESSAM to obtain a laptop for ABU ZUBEYDA. In
Montréal in December, 1999, █████████████ and AHMED RESSAM made
a failed attempt to purchase a laptop for ABU ZUBEYDA.

In the same time frame, RESSAM later purchased a laptop in
Montréal from █████████████ and turned it over to ███████████
who was sending it to ABU ZUBEYDA in Pakistan via a courier.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                              10/18/2001        5


          RESSAM was unaware whether ABU ZUBEYDA uses cybercafés, but
speculated that however ABU ZUBEYDA communicates through computers,
he most likely uses an encryption system.

**Finances and Money Transfers:**

          ABU ZUBEYDA gives his account numbers to many individuals
so that they can deposit money in his account. ABU ZUBEYDA has the
accounts in the names of other individuals who withdraw funds for ABU
ZUBEYDA as needed and directed.

**RE: Canadian Passports:**

          RESSAM believes that ABU ZUBEYDA's request to RESSAM for
genuine Canadian passports was for himself to travel to the United States
and the four others previously identified.

          Their purpose was to commit simultaneous terrorist attacks
on U.S. soil and then wait for a period of time (approximately three
to four months) when law enforcement would become complacent, then
strike again.


          No specific targets were listed other than to commit
simultaneous terrorist operations within unspecified U.S. cities. ABU
ZUBEYDA told RESSAM that "targets on U.S. soil are of more value than
American targets overseas."

**RE: USAMA BIN LADEN's 1998 Fatwah:**

          RESSAM never heard ABU ZUBEYDA speak of USAMA BIN LADEN's
1998 fatwah against the United States.

**RE: ABU ZUBEYDA's presence in the United States:**

          ABU ZUBEYDA was a student in the United States in the late
1980s. ABU ZUBEYDA is in contact with graduates of his training camps
who have entered the United States as students. According to RESSAM,
these individuals phone ABU ZUBEYDA frequently. One Saudi individual
was identified as          who joined his unidentified brother who was
already a student at an unknown university in the United States.

          RESSAM was unaware of ABU ZUBEYDA sending any pilots to the
United States or sending anyone to the United States to train as pilots.


UNCLASSIFIED//FOR PUBLIC RELEASE



FD-302a (Rev. 10-6-95)

Continu██████████████ and ████████████████ residing in Portland, OR; ████████
On
, Page ████████████████, aka ████████, ████████████, ████████, or
██████████████

AHMED RESSAM                                      10/18/2001              6

████████████████; or any ██████████ residing in the United States or Saudi
Arabia:

    RESSAM did not recognize these names nor did he have any
information regarding these individuals.

**ABU ZUBEYDA's contacts in the United Kingdom:**

    ABU ZUBEYDA's contacts include, but are not limited to, ████
█, ████████████████, ████████████████████████
████████ and anyone else who's trained at his camps and that now resides
in the United Kingdom.

    When RESSAM was with ABU ZUBEYDA, ABU ZUBEYDA's telephone
was always busy with people calling from the United Kingdom to provide
financial support as well as support through false documents and every
aspect of support.

██████████████, aka████████ (a Palestinian); ██████████, aka████████████
in London:

    RESSAM did not recognize any of these names nor could he
provide any information about them.

    RESSAM stated he knew a ██████████ who was an Algerian
(████████████).

**ABU ZUBEYDA's role in directing or motivating terrorism:**

    ABU ZUBEYDA and the instruction at his camps were "of one
mind". There were no jihad acts or targets that were more important,
but there were different directions to which graduates were focused.

    Some cells are focused for action on the Arabian Peninsula,
some cells in Europe, some cells such as Algerian-based cells are focused
against French interests, and RESSAM's cell was focused against the
American interests on U.S. soil.

**Training camps within the United States:**

    RESSAM was unaware of ABU ZUBEYDA or anyone else planning
to or establishing training camps within the United States.

**TERRORIST CONNECTIONS TO SPAIN:**

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On

, Page

RESSAM has never been in the country of Spain but believes
he fraudulently stated to Citizenship and Immigration Canada that he
had been in Spain in his refugee application.

                                    AHMED RESSAM                                    10/18/2001                7

          RESSAM did not have much to provide in regards to terrorist
links in which he was involved that were connected to Spain.

**RESSAM's cell members ███████████    ███████████ and ███████████ in
Spain:**

          RESSAM stated that ██████████████ ██████, aka ██████ and ███████
█████ members of his cell who were living in London in 1999, had
previously been in Spain prior to their training at Khalden.

          ████████████, in particular, had been in Spain in 1993 where
he robbed tourists. RESSAM could not be more specific in terms of which
Spanish city.  RESSAM was unaware whether ██████ had been involved in
the illegal transportation of vehicles or movement of identification
documents at that time.

**██████████████, aka ████████████████ at Khalden Camp:**

          While RESSAM was at Khalden Camp, ██████████████ visited
RESSAM described ████████████████ as a Syrian
(███████) and that he was over 40 years of age (in 1998) and
"full-figured".

          ████████████ is a veteran from the Afghan-Soviet War
and is entrusted with an unspecified "very high responsibility".

          RESSAM stated that he came from outside the camp for a visit
and it could be inferred that because he met with ██████████████ he
must have an important position within the hierarchy.

          RESSAM did not recognize or have any information regarding
█████████████████████████.  Nor did RESSAM
have any knowledge regarding routes of passage for Tunisian mujahidin
between Italy and Algeria or unknown individuals traveling to Spain
with the objective of handling false documents in connection with an
USAMA BIN LADEN support network.

████████████████████:

          Photographs of ████████████████ were shown to AHMED RESSAM;
these photographs are marked and identified as photographs 168-601,
168-602, 168-603, and 168-604 and will be placed in an FD-340b envelope.
RESSAM did **not** recognize nor could he identify the individual depicted
in these photographs.

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

AHMED RESSAM                                    10/18/2001         8

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
            Petitioner,               )
                                      )
    v.                                )          Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
            Respondent.               )
                                      )

Ressam 302 11/28/2001

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

12/04/01

On November 28, 2001, AHMED RESSAM (RESSAM) was interviewed at the Federal Bureau of Investigation, Seattle Field Office in Seattle, Washington.  Present for the interview were SA=s ███ and ███ (FBI New York), SSA ███ (FBI HQ), AUSA ███ (Southern District of New York), Assistant Public Defender ███ ███ Sergeant ███ (███ ), Corporal ███ , Corporal ███ , Defense Investigator ███ and Arabic translator ███ .  Also present for portions of the interview were SA ███ (FBI Seattle) and IOS ███ (FBIHQ).  The interview was conducted in Arabic.

The purpose of the interview was for the ███ to question RESSAM about his associations and activities in Canada. The questions were posed by the ███ .  RESSAM provided the following information:

RESSAM was shown a series of photographs by the ███ and asked to provide information on anyone he recognized.  RESSAM did not recognize the following photographs:

PHOTO BOOK #1:



- RESSAM stated that the photograph was not clear.

11/28/2001      Seattle, Washington

SA ███
SA ███

SSA ███        12/04/2001
SA ███

Ahmed Ressam                                    11/28/2001        2



RESSAM stated that the photograph was not clear.

PHOTO BOOK # 2:



Ahmed Ressam                                          11/28/2001          3



    RESSAM identified the individuals in the below noted
photographs (true names are noted in parenthesis after listed
photograph numbers) and provided the following information on these
individuals:

PHOTO BOOK #1:



    #3 (Two photographs of ▓▓▓▓▓▓▓▓) - RESSAM identified
this individual as ▓▓▓▓▓▓▓▓ ( ▓▓▓ . ▓▓▓ was in Khalden
Camp in Afghanistan during a portion of the period RESSAM had been
there. ▓▓▓▓ arrived at KHALDEN Camp prior to RESSAM and left the
camp earlier than RESSAM. ▓▓▓▓ was going to Canada after leaving
the camp, and RESSAM later saw ▓▓▓▓▓ in Canada. RESSAM did not
know where ▓▓▓▓ resided in Canada. RESSAM saw ▓▓▓▓▓ in Canada
on two occasions once on Sherbrooke in front of the University, and
another time at a barber shop. When RESSAM saw ▓▓▓R on Sherbrooke,
▓▓▓▓ was with another young male whom RESSAM had also seen in
Afghanistan. RESSAM did not know this individual=s name or the length
of time this individual had resided in Canada. This individual is
similar in appearance to ▓▓▓▓.

    RESSAM never told ▓▓▓▓ anything about RESSAM's planned
operation.



Ahmed Ressam ██RESSAM did not know what mosque ███ att██29/2004
associates included ████████████

RESSAM had no knowledge of ████ engaging in criminal
activity.

RESSAM had no knowledge of ████ planning to engage in
any terrorist act in North America. When RESSAM was asked if RESSAM
believed that ████ was capable of such an act, RESSAM replied
████ had the training, but RESSAM did not know ███ goal or
intentions.

There are two types of training which are conducted at
Khalden Camp: 1) Weapons and explosives; 2)General training.

#4 (██████████) - RESSAM identified this individual as
████████, ██ is Moroccan. RESSAM did not know if ████
had ever attended any training camps. RESSAM had no knowledge of
████ engaging in criminal activities in Canada. ███ came to
RESSAM=s house on Malicorne. RESSAM also saw ███ at the Salaam
Mosque on St. Catherine. RESSAM did not know how ███ supported
himself financially, but had heard that ████ has a pizzeria.

#5 (█████████) - RESSAM identified this individual
as █████████ had attended training camps, but not with
RESSAM. RESSAM is aware of this fact because ████ told RESSAM
that ████ had been to training.

████ did not provide RESSAM with any support for
RESSAM=s planned terrorist act. RESSAM did not tell ████ about
RESSAM=s planned terrorist act.

████ provided the recommendation for RESSAM to
attend the camps in Afghanistan. ████ knew that RESSAM had
an interest in attending the camps, and ████ contacted ABU
ZUBAYDA, who needed to approve RESSAM=s request to attend the camps.

RESSAM had met with ████ after RESSAM returned from
the training camps.

RESSAM speculated that ████ recruited (Translation
note: The word translated to RESSAM when referring to recruitment
was Atazkia@)

RESSAM was not certain if ████ collected funds for
jihad related activities. RESSAM recalled one incident where
████ asked for Afitra@ during Ramadan. RESSAM provided
████ with money and ████ stated he Asent it to Muslims@.
RESSAM was not certain what ████ meant by that comment. RESSAM
was also not certain as to where the money was sent.



Regarding ██████████ =s standing in the Muslim community, RESSAM believed ██████ ████████ to be a Anormal person@. RESSAM did not have much contact with ██████████.

██████████ has a brother whom RESSAM saw on one or two occasions. RESSAM believed ██████████ =s brother was involved with ██████████ =s activities, however, RESSAM had no real knowledge of this brother or his activities.

██████████ visited RESSAM=s Malicorne residence. ██████████ =s associates included ██████ and ██████████ RESSAM was shown photograph #1 from photo book #1 (██████████) and identified this individual as ██████████

#7 (Two photographs of ██████████ - RESSAM identified this individual as ██████████ ██████ RESSAM knows ██████ from Montreal. ██████████ fought in Bosnia. RESSAM saw ██████ in Montreal prior to RESSAM=s departure to Afghanistan, however, RESSAM did not see ██████████ upon RESSAM=s return to Canada from Afghanistan.

#9 (██████████) - RESSAM identified this individual as ██████████ RESSAM first met ██████████ in Montreal. RESSAM did not know if ██████ had attended any training camps.

#10 (██████████) - RESSAM saw this individual at a mosque in Montreal, however, RESSAM did not know this individual=s name or any other information about this individual.

#17 (██████████ aka ██████████ - RESSAM identified this individual as ██████████ who is also known as ██████████ RESSAM did not know if ██████ had attended any training camps. RESSAM knows that ██████████ has brothers.

#21 (██████████) - RESSAM identified this individual as A████® (phonetic spelling provided by translator). RESSAM first met ██████ on Sherbrooke near the metro and St. Hubert. RESSAM did not believe that ██████ had any connection to training camps. ██████ was not aware of RESSAM=s terrorist plot. RESSAM stated that RESSAM had no relationship with ██████. ██████=s associates included ██████. ██████ and ██████ lived together in a building on St. Hubert in approximately 1994.

#22 (██████████) - RESSAM identified this individual as ██████████ RESSAM did not have any kind of relationship with ██████████ associates with ██████ and ██████ RESSAM believes ██████████ financially supports himself by working.

#26 (██████████ - RESSAM identified this individual as ██████████ RESSAM first met ██████ in Montreal in approximately

1994. When RESSAM met ██████ upon RESSAM returning from

the training camps in Afghanistan, RESSAM did not tell ████ that
RESSAM had been at the camps, instead, RESSAM told ████ that RESSAM 6
had been in Germany.

RESSAM described his relationship with ████ as
superficial. RESSAM stated that he sometimes saw ████ in Vancouver,
but they did not meet often. ████ was with RESSAM when RESSAM applied
for a business permit in Vancouver. ████ accompanied RESSAM,
however, ████ did not assist RESSAM in obtaining the permit. ████
had no knowledge of RESSAM=s business in Vancouver.

RESSAM never entered ████=s residence.

RESSAM saw ████ in Vancouver in 1999, however, RESSAM
never told ████ about RESSAM=s planned terrorist act. RESSAM did
not believe that ████ had any sense of RESSAM=s planned terrorist
act.

████ is friends with ████

#28 (████) - RESSAM identified this individual as
████. RESSAM met ████ in a group setting in Montreal. Included
in the group was ████ RESSAM lived with ████ for a short
period of time at 7934 du Lormier in Montreal right after they met
each other.

████ had no knowledge of RESSAM=s planned terrorist act.
RESSAM remembered seeing ████ once in Vancouver in approximately
the summer of 1996, but could not remember if he saw ████ after
that period. RESSAM did not see ████ after RESSAM returned from
Afghanistan.

████ and ████ were friends and lived together in
Vancouver in approximately 1995 or 1996. ████ supported himself
in Montreal via Social Insurance/welfare. RESSAM did not know how
████ supported himself while ████ resided in Vancouver.

████ told RESSAM that ████ was an engineer, but RESSAM
could not recall in what area.

RESSAM recalled that ████ was in training in Afghanistan
during the Afghan-Russian War, however, RESSAM did not remember how
RESSAM was aware of this fact.

RESSAM had no knowledge of ████ wanting to engage in a
terrorist act.

████s travel route to Canada was Bosnia to Europe to

Canada.

PROTECTED INFORMATION -- FILED UNDER SEAL



#29 (                    ) - RESSAM identified this
Ahmed Ressam                    RESSAM first met            ) on        7
Sherbrooke in Montreal.

RESSAM had no knowledge of            having attended
any training camps.

RESSAM initially stated that he did not know how
            supported himself financially, however, RESSAM later
stated that            worked at            s store.  RESSAM did not
know what            =s position was at the store.

            had no knowledge of RESSAM=s planned terrorist
act.

            did not provide RESSAM with any financial
support for RESSAM=s planned terrorist act.

            =s associates included            and
            .

#31 (            ) - RESSAM identified this individual as
            .  RESSAM met            in Montreal approximately 1994-1995.
RESSAM did not tell            that RESSAM had been to the training camps.
However, RESSAM believes            knows that RESSAM had attended the
training camps because when RESSAM returned to Montreal,            knew
that RESSAM had been in Afghanistan.

RESSAM described the relationship between himself and
            as associates or friends.

            had never been to RESSAM=s apartment on Du Fort in
Montreal.

            had no knowledge of RESSAM=s planned terrorist act.
RESSAM did not believe that            had any Asense@ of the planned
act.

            never provided RESSAM with any financial or other
type of support for RESSAM=s operation.

#32 (            ) - RESSAM identified this individual as
            .  RESSAM met            in Montreal after RESSAM returned from
Afghanistan.            eventually learned that RESSAM had been to
Afghanistan.

            had no knowledge of RESSAM=s planned terrorist act.

            has never been to a training camp.

PROTECTED INFORMATION - FILED UNDER SEAL



████ did not provide RESSAM with any financial support
Ahmed RESSAM's planned terrorist act.                    11/28/2001        8

████s associates include ████████ and ████████.

At one point in time, RESSAM was planning on returning
to Algeria to engage in *jihad*.  RESSAM explained that RESSAM did
not intend to perform a specific terrorist act, but instead he
intended to join his brethren in *jihad*.

When RESSAM told ████ that RESSAM wanted to return to
Algeria, ████ offered to assist RESSAM in getting through the airport
in Algeria. ████ was under the impression that RESSAM was returning
to Algeria to see RESSAM-s family. When RESSAM told ████ that RESSAM-s
intention was to return to Algeria to do *jihad*, ████ no longer wanted
to assist RESSAM.

RESSAM believed that ████s father worked at the airport.

████ # 33 ██████████) - RESSAM identified this individual
as ██████ ████████ RESSAM first met ████ in Canada when RESSAM
was introduced to ████ through ████████ (ph.; another possible
spelling may be ████████.

████ had no knowledge of, was not involved in, and provided
no support for RESSAM=s planned terrorist act.

████s residence was by Malicorne and Sherbrooke in
Montreal.  RESSAM left RESSAM=s agenda/address book at ████s
residence.

████#34 ██████) - RESSAM identified this individual
as ████ ████████ RESSAM first met ████ in Montreal at the Faubourgh
(ph.) Market. ████ had attended the training camps in Afghanistan
at approximately the same time as RESSAM.  RESSAM met with ████
while they were at camp.  When asked if ████ had specialization
in any areas, RESSAM replied that ████ just received regular
training.

RESSAM stated that he had some ideas regarding ████
planning to commit a terrorist act.  RESSAM explained that one of
the objectives discussed in the training camps was establishing a
cell in Canada.  The plan was to organize a cell and have the members
reunite in Canada.  RESSAM and ████ were to be part of the same
cell along with ████ and ████.  There was also some
discussion of including ████ in the cell, but there was some
uncertainty as to whether or not he should be made part of the cell.

Since RESSAM and ████ were to be in the same cell, they
had a general idea of the other being interested in committing a
terrorist act. ████ was concerned with money. ████ and ████
were aware of what RESSAM wanted to do, but RESSAM did not engage



in thorough planning or the act with ███████.
Ahmed Ressam ██While at the training camps, RESSAM corresponded with   9
███████ via letters.

#35 (██████████████ - RESSAM identified this individual
as ████████████████ aka ████████. RESSAM had no knowledge of
████████ having attended training camps. RESSAM first met ████████
in approximately 1996-1997. RESSAM did not tell ████████ that RESSAM
was going to Afghanistan, and RESSAM never saw ████████ upon RESSAM=s
return from Afghanistan.  RESSAM had no knowledge of ████████ being
an Imam.

#36 (████████████) - RESSAM identified this individual
as ████████. RESSAM first met ████████████ in approximately
1996-1997 at Malicorne. RESSAM also met with ████████ upon RESSAM=s
return from Afghanistan. ████████ knew that RESSAM had been to
the training camps. ████████ did not assist RESSAM in getting
to the training camps.

████████ had no knowledge of, and did not provide any
support for, RESSAM=s planned terrorist act.

████████████████=s friends include ████████ ████████ and
████.

#37 (████████████) - RESSAM identified this individual as
████. RESSAM met ████ for the first time at Malicorne. ████ has
never been to a training camp. ████ knew that RESSAM had been to
the training camps.

████████ had no knowledge of, and did not provide financial
or logistical support for, RESSAM=s planned terrorist act.
████████ was a student at Montreal University. RESSAM talked
to ████ about ████ taking RESSAM to see the University. RESSAM was
interested in going to Montreal University in an attempt to locate
a laboratory where RESSAM could obtain nitric acid. When RESSAM
talked to ████ about taking him to the University, RESSAM did not
tell ████ the reason for the trip was so RESSAM could find nitric
acid. However, RESSAM later told ████ that RESSAM was looking for
nitric acid. ████ did not ask RESSAM why RESSAM wanted the nitric
acid, and RESSAM did not tell ████ why RESSAM wanted the nitric acid.
RESSAM never ended up going to the University with ████ ████ never
provided RESSAM with nitric acid.

RESSAM also talked to ████ about ████ obtaining a list
of companies that had aluminum since ████ had access to computers.

████ never provided such a listing to RESSAM.

████ supports himself financially by working at a pizzeria
by Sherbrooke and Park.



#40 ( ██████ ) - RESSAM identified this individual
Ahm ███████ , the brother of █████████ RESSAM2001 ████ 10
through ████ in approximately 1997 at ████████s home.

RESSAM did not believe that ████ was aware of ████
and RESSAM working on the planned terrorist attack, although RESSAM
was not certain about this fact. ██████████ never told RESSAM if
████████ told ████ about the planned attack.

RESSAM did not know if ████ had ever been to Vancouver.
When RESSAM met ████ it was by accident either on the street or
at ██████s apartment.

#43 ( ██████ - RESSAM initially stated that he did
not know the individual in the picture (hereafter referred to as
#43), but then stated that it was perhaps an individual RESSAM met
in Calgary.  RESSAM stated that #43 was an engineer who worked at
the office that issued driver=s licenses.
RESSAM had paid $400 to a Lebanese individual to
fraudulently obtain a Calgary driver=s license, and #43 was the
individual who actually tested RESSAM.  RESSAM believed the Lebanese
individual=s name was ██████████ RESSAM believed there was some
kind of relationship between ████████ and #43, but was not certain
as to the extent of the relationship.

██████████ took RESSAM to the driver=s license facility.
RESSAM filled out paperwork and then went with #43 to drive a car.
RESSAM received a passing grade on the driver=s test and received
a driver=s license.

#44 ( ██████████ - RESSAM believed this individual
worked at the Calgary driver=s license facility as well.  RESSAM
also believed that ██████████ knew this individual.

██████████ did not know why RESSAM wanted the Calgary
driver=s license. ██████████ knew RESSAM by the name BENNIS NORIS
and did not know RESSAM=s real name.  RESSAM met ██████████ through
██████████.

#57 ( ██████████ ) - RESSAM identified this individual as
████ , and had no other information pertaining to this individual=s
name.  RESSAM met ████ in Montreal in approximately 1994-1995 at
the Al Sunna Mosque. RESSAM had no knowledge of ████ having attended
any training camps.  RESSAM never told ████ that RESSAM had attended
training camps.

RESSAM last saw ████ in Vancouver in 1999 during the time
that RESSAM was planning RESSAM's terrorist act.  RESSAM met ████
when ████ came to ████████=s house at 12th Street and Oak in
Vancouver.

RESSAM did not tell ████ of RESSAM=s planned terrorist



attack. ████ did not provide RESSAM or ████████ with any money for RESSAM=s planned terrorist act.

RESSAM could not say how close ████████ and ████ were, except to say they knew each other.

████ knows ████████ ████ and ████

#65 (████████ - RESSAM identified this individual as ████ a friend of ████████=s in Vancouver. RESSAM first met ████ by accident with ████ at ████████=s residence in Vancouver in 1999.

████ had no knowledge of, and provided no support for, RESSAM=s planned terrorist act.

RESSAM did not know who ████=s friends were.

RESSAM did not know whether or not ████ had attended any training camps.

#73 (████████)- RESSAM believed the individual in the photograph was ████ (hereafter referred to as ████), the individual who introduced RESSAM to ████ in Calgary. RESSAM did not pay ████ for ████=s assistance in RESSAM fraudlently obtaining a Calgary driver=s license through ████.

████ did not know why RESSAM wanted the Calgary driver=s license and did not know whether or not BENNI NORIS was RESSAM=s real name.

RESSAM first met ████ in a group setting along with ████ and ████ RESSAM talked to ████ about wanting a driver=s license and ████ subsequently introduced RESSAM to ████. This introduction to ████ occurred in 1999.

RESSAM was again shown photograph #20 from photo book #1 (████) and asked if he ever met this individual in a camp in Afghanistan. RESSAM replied that by looking at the picture, he did not know.

RESSAM was asked if he recognized the name ████ when

associating the name with the individual depicted in photograph #20. RESSAM stated that he did not.

**PHOTO BOOK #2:**

#30: RESSAM identified the individual on the right side of the photograph wearing the white shirt as Said.

Upon completing showing both photo books to RESSAM, the
RUME diReessmewed RESSAM further.                    11/28/2001      12

RESSAM thought about emigrating to Canada while still
living in Algeria.  At that time RESSAM had Ano idea of religion.®

RESSAM=s first contacts upon entering Canada were other
immigrants including individuals named ███████ ███████ and
███████████████.  RESSAM first stayed at the YMCA and then found
a house on Papineau between St. Joseph and Morial (ph.).

RESSAM came to Canada by himself.  While in France prior
to coming to Canada, RESSAM met his friend ███████████ who
had been in Canada. ███████ left Canada in 1994, and RESSAM did
not believe that ██████ ever returned to Canada.

███████ provided RESSAM with a passport which ██████
had used before and fixed the passport so RESSAM could use it for
travel.  ███████ did not charge RESSAM for the passport. The passport
was already issued in the name of ████████████, so therefore, RESSAM
traveled under this name.

RESSAM did not know if ██████ ever assisted other
individuals in this manner.

███████ interacted with an African individual who could
obtain passports and RESSAM obtained the BENNI NORIS passport via
this individual.  RESSAM was again shown photographs #24 and #25
from photo book #1 (███████████ and ████████████████),
however, RESSAM was unable to confirm whether or not either one of
those individuals depicted in the photographs was ██████████=s
contact.  RESSAM could not recall the name of ███████=s contact.
RESSAM did not believe the individual shown in the video deposition
played during RESSAM=s trial was the person RESSAM dealt with in
order to receive the BENNI NORIS passport.

RESSAM paid $6000 (Canadian) for the BENNI NORIS passport.
RESSAM went to the passport agency with the African individual,
but the African individual held onto the passport. On a later date,
RESSAM gave the $6000 to ███████.  A day or two later, ████████
brought the money to the African individual and came back with the
passport for RESSAM.

███████ also received a fraudulent passport via the
above noted African individual.  ██████ knew this individual directly.

RESSAM was not certain about the location of ██████=s
residence, but stated he believed it may have been located on du
Parc. RESSAM met ██████ at ████████=s house. RESSAM described ██████
as Algerian, approximately 30 years old, dark skinned, medium height
and build, with a goatee. RESSAM did not know who ██████=s associates

were.
Ahmed Ressam                                    11/28/2001        13
        RESSAM was not certain if the African individual had a
contact within the passport agency, however, based on what RESSAM
heard from ████████ it seemed that the African individual had
a relationship with someone inside the passport agency.

        RESSAM believed $6000 was a high price to pay for a passport.
RESSAM had heard that the African individual was charging
approximately $3000-$4000, but then increased the price.

        RESSAM had no additional information pertaining to
individuals who were providing false documents and passports in
Canada.  RESSAM knew of no other individuals in cities other than
Montreal who could supply passports.

**THEFT**:

        When questioned regarding engaging in theft, RESSAM stated
that sometimes he engaged in theft alone, and sometimes he engaged
in theft with friends such as ████████████ ████████ ████████
and ████████.  No one particular person was the ring leader
of this group of people.

        RESSAM engaged in theft in Montreal, Toronto and Vancouver
and perhaps one time in Quebec City.  Most of RESSAM=s thievery
occurred in Montreal and Vancouver.

        RESSAM did not forward any of the money he obtained via
thievery to *jihad* related causes in Europe or any other region.
RESSAM spent his money by sending it to family members or
friends/associates who were in need of money.  This included people
in Algeria and Europe.  When saying Ain need of money@, RESSAM meant
for personal needs and matters.  RESSAM sent money on one occasion
to ████████ either via mail or Western Union.

**BANK ACCOUNTS/FINANCE:**

        When RESSAM arrived in Canada upon his return from
Afghanistan, he opened up a bank account at Royal Bank in Richmond.

        RESSAM also had a bank account in Montreal at Bank Montreal.


        There was no specific reason behind choosing Royal Bank
and Bank Montreal.

        ████████ and ████████████ assisted RESSAM in opening up the
bank accounts at Royal Bank.  RESSAM believed that either ████████
or ████████ helped with opening up the checking account.  RESSAM
believed, but was not certain, that only ████████ helped open up the
business account.



RESSAM could not recall if anyone other than ███████ and ███████ aware of RESSAM using the Royal Bank accounts.    14

███████ assisted RESSAM in opening up the account with Bank Montreal.

RESSAM recalled ███████ being with RESSAM when RESSAM used an ATM card.  RESSAM also recalled being accompanied by ███████ when RESSAM withdrew funds from Royal Bank.

RESSAM gave the Marche Benni business ATM card to ███████ and ███████.

RESSAM was asked if he opened up any bank accounts when he first arrived in Canada in 1994.  RESSAM replied Amaybe@ but he did not remember.

When RESSAM was asked why RESSAM used the ███████ address for the account, RESSAM replied that he used ███████'s address because RESSAM needed an address for the account.  ███████ knew that RESSAM was using his address.

RESSAM was asked whether the opening of the bank accounts was part of his planned terrorist operation.  RESSAM stated that the opening of the bank account was indirectly related to his planned terrorist operation.  RESSAM explained that he needed the documentation from the accounts as part of his operation.

RESSAM stated that ███████ did not know about any of RESSAM=s paperwork or his plans for a terrorist act.  ███████ did not know what RESSAM intended to do with the documentation from the account.

███████ knew that the account was not in RESSAM=s real name, but never asked RESSAM why RESSAM did this.

RESSAM told ███████ that RESSAM had been to Afghanistan, however, RESSAM never told ███████ what RESSAM did in Afghanistan.

RESSAM never told ███████ that RESSAM was going to carry out some type of operation.  ███████ had no knowledge of RESSAM=s

planned act of *jihad*.

RESSAM speculated that ███████ sensed RESSAM was going to commit a terrorist act, however, RESSAM never told ███████ the target.

███████ drove RESSAM to the Royal Bank branch in Richmond to open up an account in the BENNI NORIS name.  RESSAM used ███████=s address for the account.  ███████ knows RESSAM=s real name.



RESSAM told ▆▆▆▆ that RESSAM came back from Afghanistan, and that RESSAM had gone to Afghanistan for training in 2000. RESSAM did not know if ▆▆▆▆ knew RESSAM received training for *jihad*. RESSAM did not provide the details regarding his training to ▆▆▆▆.

RESSAM never discussed *jihad* or a specific operation with ▆▆▆▆. When RESSAM was asked if he had told ▆▆▆▆ that RESSAM needed the bank accounts and business license to conduct an operation, RESSAM replied that at no time had RESSAM told ▆▆▆▆ that RESSAM was intending to conduct an operation.

▆▆▆▆ knew that ▆▆▆▆ had been in Afghanistan.

RESSAM used the Paris address because he knew the address, however, RESSAM never lived at that address.

RESSAM never owned a safe deposit box.  RESSAM was not certain if ▆▆▆▆ owned a safe deposit box

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

      Petitioner,

      v.

ROBERT GATES,

      Respondent.

Civil Action No. 08-1360 (RWR)

Ressam 302 11/29/2001

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned
to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription        11/29/2001

On 11/29/2001, AHMED RESSAM was interviewed at the Federal
Bureau of Investigation's Seattle Field Office.  Present for the
interview were Special Agents ██████████████████████, ██████████,
██████████████. Also present was Defense Investigator ██████████,
Assistant Federal Public Defender ██████████████████, and Arabic
translator ██████████████. The interview was conducted in Arabic.

RESSAM was shown photographs XX1 through XX27, but was not
able to identify any of the individuals by their photographs. RESSAM
was then asked whether he recognized the names of individuals in the
27 photographs, but was unable to recognize any by name except ██████
████████████ (photograph XX3).

RESSAM identified the ABU ZOUBAIDH family name, but did not
know whether ██████████████████ was ABU ZUBEYDA's brother. RESSAM did
look again at ████████████████████ photograph (XX3) and opined that
██████ looked similar to the ABU ZUBEYDA that RESSAM knew in
Pakistan/Afghanistan as "emir" of the Khalden Camp.

RESSAM had no information relative to the non-governmental
organization (NGO) identified as HUMAN CONCERN INTERNATIONAL, but
acknowledged that several NGOs are fronts for supporting terrorist
networks.

The following color photographs (unless otherwise specified
as black and white) were shown:



        XX1:
        XX2:
        XX3:
        XX4:
        XX5:
        XX6:
        XX7:
        XX8:
        XX9:
        XX10:
        XX11:
        XX12:
        XX13:
        XX14:

        11/29/2001      Seattle, Washington

████████████████████████████████                        11/29/2001
SA  ████████████████████████████
SA  ████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



AHMED RESSAM                                    11/29/2001            2

XX15:
XX16:
XX17:
XX18:                                    a.k.a.
XX19:
XX20:
XX21:
XX22:
XX23:
XX24:
XX25:                            black/white photograph)
XX26:
XX27:                            (black/white photograph)

333fwh01.302

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
               Petitioner,            )
                                      )
       v.                             )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
               Respondent.            )
                                      )

Ressam 302 1/17/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

02/04/02

On January 17, 2002, AHMED RESSAM (RESSAM) was interviewed
at the United States Attorney-s Office, Southern District of New
York, 500 Pearl Street, New York, New York. Present for the interview
were SA=s ███████████ and ██████████ (FBI New York), SSA ██████
██████████ (FBI HQ), AUSA ██████████████ (Southern District of New
York), Assistant Public Defender ████████████████████████████████
██████████████████████████████████ and Arabic translator ████████.
The interview was conducted in Arabic.

The purpose of the interview was ████████████ to question
RESSAM about his associations and activities in Canada. ██████████
████████████████████████ RESSAM provided the following information:

RESSAM left Algeria in 1992 and arrived in Canada in 1994.

When questioned about why he chose to come to Canada, RESSAM
stated that there was no particular reason why he came to Canada.
The thought to come to Canada Acame to him@, and then he prepared
the documentation he would need to get there.

At the time RESSAM came to Canada, RESSAM did not know
any other individuals living in Canada. When RESSAM had his own
personal thoughts of going to Canada while he was still living in
Algeria, RESSAM had a friend name ████████ who was living in Canada.
However, ████████ had Immigration problems and was deported while
RESSAM was still in Algeria. ████████ had told RESSAM that living
conditions and employment opportunities were good in Canada. After
████████ was deported he had intentions on getting back to Canada,
however, ████████ never made it back to Canada.

RESSAM chose to go to Montreal because it is a city that
is known to people and it is a French speaking town.

RESSAM never had any problems with the Algerian authorities
while he resided in Algeria.

RESSAM was never involved in Islamic extremism before
arriving in Canada.

RESSAM was questioned regarding a previous statement in

01/17/2002    New York, New York

████████████████████████████████████ 02/04/2002
████████████████████████

PROTECTED INFORMATION - FILED UNDER SEAL

████

Ahmed Ressam                              01/17/2002          2

which he had said that ████ had influenced him with Islamic
extremism.  RESSAM responded that he was influenced by ████ from
a religious point of view.  ████ informed RESSAM more about the
Muslim religion.

RESSAM was never involved in criminal activity in Algeria.

RESSAM left Algerian due to living conditions being
Aa little bit hard@, unemployment and the unavailability of jobs.

RESSAM believed that his family is still living in Bou
Ismail, Algeria.

When asked to describe the different Abrethren@ in Algeria,
RESSAM replied that he had no contact with Islamic groups in Algeria.

When asked what knowledge he had of these groups, RESSAM
stated that he did not ask about these groups while he was in Algeria.

RESSAM had heard of a group called AL FIS.  RESSAM also
knew of a brotherhood movement called HAMAS.  NAHNAH MAHFOUD, the
leader of HAMAS, is very well known in Algeria.

RESSAM was asked if he knew of the GIA.  RESSAM stated
that he heard the GIA is a *jihad* movement that is fighting to establish
Islamic jurisprudence and an Islamic system.  RESSAM stated that
the GIA=s main focus is to challenge the authorities and government
system in Algeria.  RESSAM added that the GIA does not involve Canada.

When asked if he had heard about the GSPC, RESSAM stated
that he had heard about the GSPC, however, he did not know much about
it.  RESSAM stated that the GSPC was a new movement.  RESSAM also
stated that HATAB was a new movement.

RESSAM had never heard of EL BAQUOUN ALA EL AHD.
RESSAM stated that FIDA was the same organization as Al
FIS.  FIDA did not succeed in the election and became a *jihad* movement.
RESSAM stated that this movement and all related to Al FIS ceased
in operating.

When questioned if any of the above noted groups had members
in Canada, RESSAM replied that he did not know.

RESSAM was asked if ████, ████ and ████ were members
of any of the above noted groups.  RESSAM replied that ████ does
not have contact with any of those groups, that ████=s contact is
in Bosnia.  RESSAM did not know if ████ has contacts in these groups.
RESSAM stated that ████ had contacts in Ajama=ah@, however, after
1993-1994, ████=s association stopped.



Ahmed Ressam                                    01/17/2002          3

RESSAM was shown a photograph of ████████████ (a/k/a ████), marked as photograph #1. Copies of this photograph and any other photographs referenced in this report are being maintained as part of this file in an FD-340.

RESSAM identified the individual in the photograph as ████ a/k/a ████. RESSAM had no knowledge of ████=s recent relationships. RESSAM stated that ████ went to Europe and perhaps collected money and donations for the Ajama=ah@ in Europe.

When questioned about ████=s activities in Canada, RESSAM stated that while RESSAM was in Afghanistan, ████ told RESSAM that ████=s relationship with Ajama=ah@ stopped after ████ moved out of Europe.

RESSAM stated that the Ajama=ah@ activity in Algeria changed due to a collapse in leadership in 1993-1994, however, RESSAM was not certain as to how specifically ████=s Ajama=ah@ activities changed.

In 1997, ████ (previously identified by RESSAM as ████ told RESSAM that ████=s Ajama=ah@ activities did not continue. RESSAM did not know what ████=s activities consisted of in the period between 1993 and 1997.

RESSAM met ████ on two occasions in 1997, once at ████=s house and another time with ████ while on the street. During their first meeting, RESSAM and ████ made Achit chat@ and did not discuss *jihad* or religion. On the second occasion, RESSAM and ████ were walking and ████ was driving in a car. ████ stopped the car, greeted RESSAM and ████ and asked them if they needed a ride. RESSAM and ████ refused ████=s offer of a ride.

RESSAM stated that he had no relationship with ████.

RESSAM recalled seeing ████ walking in the distance on a street in Montreal during the summertime after RESSAM returned from Afghanistan. RESSAM did not talk to ████ on this occasion.

RESSAM had no knowledge of any individuals other than ████ who were living in Canada, but were involved with Ajama=ah@ in Algeria.

RESSAM was asked if he knew from his experience in Afghanistan whether Algerians attend training camps in Afghanistan for the purpose of engaging in *jihad* or terrorist type activities such as the one RESSAM was planning. RESSAM replied that everyone had their own choice or selection.

RESSAM was questioned whether he had heard of the Takfir

████████ Ahmad Ressam philosophy. RESSAM stated that he did not know 4 much about this philosophy, however, he knew it was some type of organization. RESSAM stated that it was a demonative/cult type of organization.

RESSAM did not know of any followers of Takfir Wah Hijra and did not understand the concept behind it. RESSAM heard Takfir Wah Hijra was a negative concept in religion which does not have a core in Islam. Takfir Wah Hijra considers others to be Acaphyrs® (ph.).

RESSAM attended the Salaam Mosque in Montreal. RESSAM knew Imam SHEIKH ████, however, RESSAM had no relationships with Imams of Mosques in Montreal.

RESSAM described SHEIKH ████s teachings as clean and directed towards the improvement of the quality of a human being. SHEIKH ████ never made a call to *jihad*. RESSAM stated that SHEIKH ████ is the Aexact opposite of that®. SHEIKH ████ focused on the principles of Islam, honesty, goodness, and teaching.

RESSAM did not know of any Imams in Montreal who made a call to *jihad*.

While in Canada, RESSAM had traveled to Quebec City, Montreal, Toronto, Ottawa, Vancouver and Calgary.

RESSAM was asked why he had traveled to these cities other than the trip he made in preparation for his planned terrorist act. RESSAM replied that he traveled to these cities for tourism and theft.

RESSAM had not been in Calgary prior to 1999.

RESSAM was in Ottawa prior to 1999 when he went with ████ (previously identified by RESSAM as ████ and ████ (previously identified by RESSAM as ████ for the purpose of stealing. RESSAM did not meet anyone else in Ottawa.

When RESSAM traveled to Vancouver for the purpose of stealing, he would meet ████ ████ and ████ (ph.; may also be spelled ████). All three of these individuals are Algerian.

████ lived in Vancouver by Robson. ████ came to visit ████ and then moved to Toronto. ████ left Canada in approximately 1997-1998 and RESSAM believed ████ may be in Europe.

RESSAM had no religious type of relationship with ████ or ████ When asked if any of these three individuals were involved in *jihad*, RESSAM replied that they had no association

PROTECTED INFORMATION -- FILED UNDER SEAL

████████████ religion.
Ahmed Ressam                                    01/17/2002        5
       RESSAM did not see ████   ██████ or ████████ in 1999.

       When questioned about his travel to Toronto, RESSAM
initially stated that he had been to Toronto in 1999, but then RESSAM
corrected himself and stated that he had not been in Toronto in 1999.
RESSAM stated that he had been in Toronto in 1998 because it was
his intention to leave for Afghanistan from Toronto.

       When RESSAM was asked if he had been to Toronto on any
other occasions, RESSAM replied that he would go to Toronto every
few months with ████████ and sometimes with ██████ for tourism and
theft.

       RESSAM was then asked if he would meet anyone who lived
in Toronto. RESSAM replied that he would meet ████ and ████ (not
the individual ████ who is also known as ████████). When provided
with the names of ████ AMARA and ████████ by ████, RESSAM replied
that he recognized those names.

       RESSAM met ████ and ████████ through ████████. ████ and
resided in Montreal for a short period of time but then returned
to Toronto.

       RESSAM did not know if ██████ and ████ were involved in
stealing.

       ████████ met ████ and ██████ through a friend who had come
from Switzerland. RESSAM believed the individual from Switzerland
lived in Toronto, but did not know his name and had never met him.

       No one in Toronto knew RESSAM was going to Afghanistan.
RESSAM never told anyone in Toronto about his trip to Afghanistan.

       No one living in Toronto knew of RESSAM=s planned terrorist
act in the United States.

       RESSAM had not been in contact with anyone who lived in
the United States prior to RESSAM going to Afghanistan.

       RESSAM was asked if anyone living in the United States
knew ██████ prior to RESSAM going to Afghanistan, and if ██████ was
in contact with anyone in the United States prior to RESSAM going
to Afghanistan. RESSAM replied Ano@.

       When RESSAM traveled to Ottawa to steal, he would stay
in a hotel in Ottawa, however, RESSAM could not recall the names
of the hotels in which he stayed.

       When RESSAM traveled to Toronto, RESSAM would usually stay

ever, if it was a short stay, he would sometimes stay
with ███ ██ named Ressam                    01/17/2002        6

When RESSAM traveled to Vancouver, he would stay at the
Ambassador Hotel.  On one occasion, RESSAM stayed at ████=s
residence.

RESSAM was asked if he had any contact with Algerian Embassy
officials during the time he resided in Canada.  RESSAM stated that
he had never met with Algerian representatives while in Canada.
On one occasion, in approximately September 1997, RESSAM went to
the consulate=s office with a friend named ██████████ (ph.).
████ had a mental condition and needed to return to Algeria.

RESSAM was not aware of Algerian intelligence or government
officials approaching or harassing Algerian people in Canada.

RESSAM was questioned regarding the use of the following
code words:

1) Soccer players or teams.  RESSAM replied that he had no knowledge
of the use of soccer players or teams as code words, however, numbers
could be used, although RESSAM did not know the purpose for which
these numbers would be used.  RESSAM then said that sometimes the
name of Ajama=ah@ would be associated with the name of a soccer team.
RESSAM explained that someone might say Ado you want to play soccer
with us?@ and it would mean Ado you want to join the jama=ah?@.
ADo you have the right shoes to play?@ would mean do you have the
proper documentation or paperwork to join.

RESSAM did not know if soccer players= numbers/names had
been used to pass information such as telephone numbers.

2) Meat.  RESSAM had no knowledge of this being used as a code word.

3) Pasta.  RESSAM had no knowledge of this being used as a code word.

4) Amana.  RESSAM replied that this word was used to relate to security,
however, he did not know how it was specifically used.  Amana has
two meanings in Arabic, one relates to security, and the other refers
to giving something to someone to take care of until you take it
back.

5) Kitab and Livret were used as code words for passports.

6) Tomatoes.  RESSAM had no knowledge of this being used as a code
word.

7) Coffee.  RESSAM had no knowledge of this being used as a code

word.

███████████ had no knowledge of this being used as a code word.
Ahmed Ressam                                        01/17/2002          7
9) Sugar.  RESSAM had no knowledge of this being used as a code word.

10) Marriage/Wedding.  AGot married@ meant someone died.

11) Potatoes.  RESSAM had no knowledge of this being used as a code word.

RESSAM did not know any Afghanis living in Montreal.

RESSAM had no knowledge of mosques in Montreal that were attended by Afghanis.

RESSAM did not know of any mosques in Canada which were sending people to Afghanistan or to jihad.

RESSAM did not know of anyone in Canada who was sending people to jihad or training in Afghanistan.

RESSAM was asked how and to whom someone would go if they wanted to go to Afghanistan from Montreal.  RESSAM stated that it would be through the mosque.  The person would go to the mosque and ask people about going to Afghanistan.

When asked if this meant people in the mosque were organizing sending people to Afghanistan, RESSAM replied that you might find someone at the mosque who can direct you to someone outside the mosque who can do it.

RESSAM was then asked Athe mosque would not send people to jihad or Afghanistan@?  RESSAM replied that he was not aware of the mosque itself sending people to jihad or Afghanistan, but perhaps someone could go to the mosque to talk to people who could perform such an act.

RESSAM spoke to ████████ about things like jihad and training in Afghanistan.  When questioned regarding ████████, RESSAM replied that ████████ would come to RESSAM=s residence, but it was ████████████, not ████████, who sent RESSAM to Afghanistan.

RESSAM had heard of INFO-ISLAM in Montreal.  RESSAM was shown a photograph of a store front, marked as photograph #2, and identified the store in the photograph as INFO-ISLAM.  RESSAM described INFO-ISLAM as an Islamic library/bookstore that sells books, videos and audio tapes.  RESSAM went to INFO-ISLAM to get books and tapes.  One of the books RESSAM purchased was titled APerseverance/Patience@ which was about obeying God and having perseverance and patience.  RESSAM purchased tapes by ████████████

a Kuwaiti Sheikh who discussed purified/clear intentions.

RESSAM could not recall if he purchased books and tapes

██████████ █, however, ██████ did buy some of these kinds of books and tapes████NFC████AM.                                    01/17/2002       8

RESSAM explained that tapes and books pertaining to *jihad* come from Sheikhs all over the world. The Sheikhs= sermons are taped and packaged for believers. SHEIKH ███████████ is one such Sheikh.

RESSAM has seen tapes pertaining to Bosnia and Afghanistan. RESSAM has also seen tapes showing jihad operations and some training. RESSAM never purchased these kinds of tapes, but he knew they were available, and ████ would bring them or borrow them from friends. RESSAM did not know if these tapes came from INFO-ISLAM.

RESSAM did not know if INFO-ISLAM asked for donations for *jihad.*

RESSAM stated that an individual named ██████ (ph.) worked at INFO-ISLAM. RESSAM was then shown a photograph of ██████████████ marked as photograph #3, and identified the individual in the picture as the person he knew as ██████. RESSAM believed that ██████ owned and operated INFO-ISLAM. RESSAM did not know of ██████s relationship with *jihad.*

A Filipino individual (NFI) also worked at INFO-ISLAM.

RESSAM did not know if INFO-ISLAM was involved in criminal activity.

RESSAM was asked if he had any knowledge of other North African groups from places such as Libya and Tunisia. RESSAM stated AThe Fighting Group of Libya® (TFGL) was a group whose purpose was to fight the Libyan regime and establish an Islamic regime.

RESSAM had heard about TFGL in general and then heard more about it while in Afghanistan. RESSAM knew people in Afghanistan who were involved with TFGL. TFGL has their own camp in Afghanistan and only Libyans attended the camp. The Emir of the camp was ██████████ and one of the trainers at the camp was ████████████. The camp was located on the outskirts of Jalalabad. RESSAM did not know the name of the camp and had no personal interaction with the camp.

Tunisians did not attend the TFGL camp.

RESSAM did not know of anyone in Canada who was involved with TFGL.

RESSAM had heard of the Tunisian Fighting Group (TFG).

While in Afghanistan, RESSAM heard the TFG=s main goal is to overthrow the regime in Tunisia. The Emir of the TFG in Afghanistan was a Tunisian who had been to Yemen, but RESSAM could not recall this individual=s name.

ARREST AReddid not recognize the name ██████████ (ph.). 9

RESSAM did not know of anyone in Canada who was related to the TFG.

RESSAM was asked if he was aware of anyone, other than ██████████ and ██████████, who was involved with false passports. RESSAM provided the name of ██████████ as someone who could forge passports.

RESSAM was shown a photograph of ██████████ (a/k/a ██████), marked as photograph #4, and identified the individual in the picture as the person he knew as ██████████.

RESSAM was shown a photograph of ██████████ (a/k/a A████ ®), marked as photograph #5, and identified the individual in the picture as ██████████ sells electronic devices. ██████ also buys and sells many things including passports. When asked if ██████ can modify passports or if he just buys and sells them, RESSAM replied that ██████ does not know how to forge passports, he just buys and sells them.

During RESSAM=s time in Montreal, he was not aware of anyone asking for money for *jihad* or training in Afghanistan.

RESSAM was asked if he had heard any discussion on how to raise funds, or received any directions on how to raise money for training camps while he was in Afghanistan. RESSAM replied that the trainees received some instruction on how to use large robbery operations to raise money. There was also discussion on establishing a trade, or using robbery money to set-up a business, to increase income in order to raise money for the camps. However, they did not seek donations as such.

There was some flow of donations from Saudi Arabia. In the early stages a large amount of money came from Saudi Arabia, however, this amount later decreased.

RESSAM was not aware of people being used as couriers to transport things from one country to another.

RESSAM did not know of anyone who carried things such as passports and money to other countries in support of *jihad*.

As part of his training, RESSAM received instructions

pertaining to the use of the telephone. Trainees were told to try to avoid the use of Islamic terminology, to try to have coded words, and to avoid discussions that would give hints. It was also recommended to the trainees that they use cellular telephones and change their telephone numbers frequently.

███████████ere told that it was better if the telephone is not
used inte██████ Ressam                              01/17/2002         10

        The trainees were told to use telephone booths with caution,
to avoid using the same booth, and to use booths located in places
where people cannot listen to their conversation.
When using a telephone booth, the individual would use money or a
phone card.  The phone cards should be disposed of after their use.

        RESSAM has heard of satellite telephones, but has never
used one.  RESSAM heard of an Arab, from the United Arab Emirates,
at the camps in Afghanistan who was using one.  RESSAM could not
recall this individual=s name.  RESSAM never personally saw this
individual use the satellite telephone.

        RESSAM was then questioned regarding instructions given
on the use of mail.  RESSAM stated that you should not send mail
to someone who is under surveillance or suspicion.  If you choose
to send mail to such an individual, you should try to use code and
send the mail to a place that is not under suspicion.  RESSAM also
said you should use the name of a woman or use secret ink.

        RESSAM never took a course on secret ink, but he heard
such a course exists.  A chemical is used that makes it appear the
page is blank.  Then a heat source, such as a lighter, is used to
heat up the paper and interacts with the chemical so that the writing
becomes visible.

        RESSAM did not know specifically if secret ink was used
in Canada, however, he was aware of this method being used.  RESSAM
did not know what chemical was used as part of this process.  RESSAM
knew that different kinds of inks are used in the process.

        RESSAM did not receive instruction on the use of couriers
such as UPS and FedEx.

        RESSAM did not know of anyone in Montreal who used courier
services such as UPS and FedEx often.

        The trainees did not receive training pertaining to the
use of e-mail.  RESSAM did hear that if you used e-mail, you should
use codes.

        When questioned regarding the use of internet cafes, RESSAM
stated that it was said it was good to use an external e-mail facility.


        RESSAM did not know of anyone in Montreal who was really
good with computers.

        Before RESSAM left for Afghanistan, no one knew RESSAM
was returning to Canada and he did not tell anyone he was coming
back to Canada.  While in Afghanistan, RESSAM did not call anyone

████████████ he was coming back to Canada.
    Ahmed Ressam              01/17/2002     11
    RESSAM explained that he was not sure if he was going to return to Canada. RESSAM might have gone to Europe and then to Algeria.

    When asked when he decided to return to Canada, RESSAM replied that his friends asked him and encouraged him to go to Canada. In the Fall of 1998, ████████ sent a letter, from the camp he was attending, to RESSAM, at the camp RESSAM was attending, and told RESSAM that RESSAM could find a job in Canada. At this point, the purpose of RESSAM returning to Canada was not to conduct a terrorist operation.

    It was after RESSAM met with ████████ and ███████ that he decided to return to Canada to engage in a terrorist operation. At that point in time, ████████ had already left Afghanistan.

    RESSAM did not communicate with anyone from Canada after his meeting with ██████████ and ██████.

    ████████████ knew RESSAM was living at the DuFort address in the summer of 1999. RESSAM believed ████████ may have also known that RESSAM was living at that address, however, RESSAM was not completely certain of this fact. ████████████ visited RESSAM at this address. RESSAM did not recall ADEL or anyone else visiting RESSAM at this address.

    RESSAM stated that ██████████████████=s brother ██████, and an Algerian lived at ██████████████. When asked if this individual=s name was ██████, RESSAM stated that he did not know. RESSAM stated that some Algerians lived there, but the only name he could remember was ████████████.

    When asked why he used Vancouver to cross into the United States, RESSAM replied that his operation was not thoroughly researched. Earlier when RESSAM=s friends were planning on joining him, they were planning on living in Vancouver.

    It was RESSAM=s idea to use Vancouver, ██████████████████████████████ RESSAM stated that Montreal was a high surveillance area. Vancouver would be a new town in which RESSAM and his friends were not well known, and the climate in Vancouver was also better. RESSAM and his friends

intended on getting a house on the outskirts of the city. RESSAM confirmed that by Afriends® he meant his fellow cell members who never made it to Canada.

    RESSAM purchased the electronic equipment in Montreal instead of Vancouver because he had more time available to him to assemble the equipment in Montreal. RESSAM stated that all the

███████████ ipment was assembled in Montreal and no one helped
him assembled the equipment.                            01/17/2002        12

        While RESSAM was in Vancouver preparing the chemicals with
████████, he did not have contact with anyone else.

        RESSAM was asked to explain the statement Abusy in Canada®,
which he had used in an earlier interview when talking about
manufacturing the explosives.  RESSAM stated that he did not know
what he meant by that statement.  RESSAM stated that he was thinking
a lot about how to do the operation and he was drained.

        RESSAM was asked is anyone else besides ████████████████
and ████████████ knew about his planning to go to Europe after
his planned terrorist act.  RESSAM replied Ano, they thought I was
going to Algeria.®  RESSAM did not give details about how he was
going to get to Algeria.  ████████████ was asked to arrange the path
for RESSAM to get to Algeria.  ████████ also knew this.

        RESSAM was questioned if there were any times when RESSAM
discussed or contemplated a robbery besides his previously reported
discussion with ████████ about an attempted robbery and then the actual
attempted robbery.  RESSAM replied Ano®.

        RESSAM was asked why he seemed to travel so frequently
to Vancouver from Montreal prior to 1999.  RESSAM replied that he
traveled to Vancouver for theft.  RESSAM chose Vancouver because
it was an easy town for stealing.  RESSAM believed Vancouver was
easier than Toronto for thievery.

        When questioned regarding the size of the Algerian
community in Vancouver, RESSAM replied there=s a small Algerian
community in Vancouver.  Montreal has the largest Algerian community
in Canada and Toronto the second largest.

        RESSAM chose the name ████████████████ based on individuals
named ████████ and ████████ whom RESSAM knew in Algeria.

        RESSAM did not recall any additional aliases he used other
than those which he had provided during earlier interviews.

        Besides RESSAM=s cell members knowing his cell name as
████████, RESSAM=s friends in Algeria and ████████ also knew RESSAM=s alias
of

        ████████.

Only ████████████ and ████████████████████ knew RESSAM as REDA.

        ████████ did not recall if ████████████████ gave him a livretto
to bring to someone else in the summer of 1999.

████████████████████████ never asked RESSAM to bring something to
████ ████ during the summer of 1999.                                   13

RESSAM carried the $12,000 he returned from Afghanistan
with in his shaving kit. RESSAM placed the money in between the layers
of the kit and then sewed the layers closed.  When RESSAM arrived
in Canada, he kept some of the money with himself and also gave some
of it to ████████ to keep.  RESSAM kept his money in his pocket
for spending money and kept the rest at ████████s residence.
RESSAM initially stated that he did not know where ████████ put
the money, but then stated he knew ████████ did not put the money
in a bank.  ████████ kept it at ████████s house.  RESSAM was
not certain, but RESSAM believed that ████████ kept the money where
████████s clothes were kept.

RESSAM gave the money to ████████ because ████████
was a friend, RESSAM highly trusted ████████ ████████ was away
from being watched and ████████ was removed from interacting with
the community.  In addition, RESSAM did not have an apartment at
the time and RESSAM was moving around, living with ADEL and
████████

RESSAM was asked if he had received any instructions on
handling the money.  RESSAM replied that he was told not to keep
the money at his house and to keep it in a safe place such as a friend
removed from being detected.  RESSAM was also told to rent a house
in a far away place under a false name.

RESSAM was also asked if any instructions were given on
how to carry money.  RESSAM stated that he did not have much
information on this.  RESSAM stated that he knows to transfer money,
a person should carry the money on themselves, but this is a dangerous
thing to do.  RESSAM stated that sometimes people would put the money
in luggage, in bags or on their person.

RESSAM=s cell did not consider any targets in Canada.

RESSAM never heard Canada being mentioned as a target
during his time in Afghanistan.  RESSAM heard of the United States
being a target.  RESSAM stated that Canada is not on the list of
targets.

RESSAM left Afghanistan after Ramadan.  RESSAM=s route
of

travel was Afghanistan to Pakistan to Thailand to South
Korea to the United States to Vancouver, Canada.  The trip from
Pakistan and thereafter was arranged by ABU ZUBAYDA.  When RESSAM
arrived in Pakistan, he met with ABU ZUBAYDA in a house in Islamabad.
ABU ZUBAYDA arranged for the tickets, visa and stamps that RESSAM
would need to complete his journey.

███████ asked if anyone other than ABU ZUBAYDA assisted him,
RESSAM replied that he received assistance from ABU ZUBAYDA=s    14
assistants, such as the Afghani individual who led RESSAM from
Afghanistan to Pakistan, and an Algerian named ABDULLAH who purchased
the tickets and arranged the rest of the trip, including a taxi ride
to the airport.

RESSAM traveled alone from Pakistan to Thailand.

RESSAM did not transit through Europe because he was
worried about having to check through Canadian Immigration in Europe.
RESSAM was worried because he was carrying money and other things
with him and Canadian Immigration would check an individual before
they boarded the plane.

RESSAM was asked why he was worried about Canadian
Immigration when he had a real Canadian passport with him.  RESSAM
replied that he did not want to go through Immigration because he
had money and chemicals among his possessions.  RESSAM added that
if he had been stopped in the Far East, he knew they would let him
through if he gave them some money Aunder the table@.

███████ and ███ were the only individuals
from Canada whom RESSAM met while in Afghanistan.

The following are individuals in Canada whom RESSAM is
aware of having gone to Afghanistan for training: ███████ (previously
identified in earlier interviews as ███████ ,
███████ (previously identified in earlier interviews as
███████ ), ███████ and ███████ (previously
identified in earlier interviews as ███████ .

███████ was in Bosnia but not Afghanistan.

RESSAM described ███████ as 40 years old, dark
skinned, medium build, approximately six feet tall, with no glasses.
RESSAM saw ███████ approximately one or two times when ███████
came as a visitor to Khalden camp. ███████ was visiting FAROUK,
the main person at the camp. ███████ was also checking on the
security of the camp. ███████ was a veteran of the Afghani war
and gave lessons in technical matters related to operations, such
as how to establish cells, performing operations, and security for
yourself and your cells. ███████ gave most of his lesson at Khost.

RESSAM did not talk to ███████ but RESSAM knew who
███████ was by discussions about him.

███████ was respected and was regarded as Acapable@.
███████ would be considered a leader.  RESSAM did not know the
standard of the classes given by ███████ .

████████ AM had no information on whether or not ████████ had
followersAhmed Ressam                          01/17/2002        15

RESSAM did not know if anyone in Canada knows of or has
contact with ████████.

RESSAM did not know if ████████ set up a camp for Tunisians.

RESSAM had never heard of a camp being set up in Afghanistan
especially for Tunisians.

RESSAM did not contact anybody in Canada while he was in
Afghanistan.

On one occasion RESSAM did ask someone to contact someone
in Canada on his behalf. Specifically, RESSAM asked ████████ to bring
a letter to ████████.

RESSAM never asked someone to telephone Canada.

RESSAM never mailed anything to Canada.

RESSAM did not see any nuclear/chemical/biological weapons
being tested in Afghanistan, other than the cyanide experiments he
had discussed in earlier interviews.

RESSAM had not heard of any Pakistani nuclear scientists
in Afghanistan.

When asked if he had ever met Somalian or Yemeni nationals
in Afghanistan, RESSAM replied that he had met Yemeni individuals.
RESSAM replied that there were many Yemeni individuals who came
for training and named ████████ and ████████ as examples. RESSAM did
not know of any Yemeni individuals who had lived in Canada prior
to their arriving at the camp.

RESSAM did not know of any of these Yemeni=s traveling
to Canada.

RESSAM did not take the Abig course@ on poisons. The
individual who conducted the cyanide training RESSAM attended was
an Algerian named ████████. RESSAM did not know what

████████ background was before ████████ arrived in
Afghanistan.

RESSAM was questioned about ████████ and
████. RESSAM stated that ████ is foremost experienced with
chemicals. ████████ came for training and took another course in
chemicals to improve himself. ████████ was interested in learning
and studying chemistry. ████ had his own camp which ████████
attended.

Ahmed Ressam training was not provided to everyone. A selected group of individuals was chosen to receive chemical training. These individuals were chosen based on their trustworthiness and their desire/tendency to learn. However, the most important factor was trustworthiness.

RESSAM did not know if there were any special sessions of chemical training.

RESSAM was questioned about previous statements in which he said Algerians and Arabs trained at different camps. Specifically, RESSAM was asked if the training was different. RESSAM replied that they all trained at Khalden. At the end, there was an effort to establish a separate camp, but this did not happen. Many nationalities were all trained at the same camp.

Training at the camp included lectures and practical applications. If the opportunity to do practical applications was not available, then more theory would be covered.

Although the trainees were never given written manuals, there were books available for reading. RESSAM did not know any of the names of the authors of these books.

Some training related to the health and safety issues of handling chemicals was provided. The trainees were taught such things as wearing a face mask and gloves, and leaving clothes worn while mixing chemicals at the mixing location and not placing them with other clothes.

Training was also provided on the transportation of chemicals. Students were told not to drop or shake highly explosive chemicals, and instructed that it is better to dissolve the chemicals in acetone for transport and then extract the chemicals after transport.

RESSAM did not recall any scenarios regarding the use of cyanide other than the previously discussed method of placing the cyanide by air vents.

RESSAM stated that toxins other than cyanide were also discussed but he could not recall the names of these toxins.

RESSAM did not recall being taught how to obtain cyanide or other chemicals. RESSAM knows how to obtain explosive materials.

RESSAM was asked if issues such as wind and weather affecting the use of things like cyanide were discussed. RESSAM replied it would be used in a place where there was a vacuum and no wind, such as a room with a door. RESSAM witnessed cyanide being

Ahmed Ressam                           01/17/2002        17

RESSAM was asked to describe the nature of chemicals that would be used in the assassination if VIP=s and intelligence officers. RESSAM stated that someone would use poisons such as cyanide and other poisons whose names RESSAM did not know. RESSAM only engaged in cyanide experiments. RESSAM did not know where the cyanide was obtained and speculated that it may have come from Pakistan.

RESSAM was asked if he knew if the method of using toxins on door knobs was ever used in an operation. RESSAM replied that this method was given in the camps as a theory, but it was not done as a practical experiment.

When questioned regarding how ████ removed the stamps from passports, RESSAM replied that according to what he heard, did not take the stamps off of the pages, but instead, ████ took the pages out of the passport and put new ones in their place. RESSAM did not know the method used by ████ to replace the pages.

RESSAM did not know if chemicals are used in the altering of passports.

RESSAM left Afghanistan with the Afireballs® he previously discussed instead of just trying to buy them in Canada, because it would be difficult to find them in Canada. ████ provided some information on how to carry them, and RESSAM came up with the idea of carrying the chemicals in bottles.

RESSAM was not aware of any other methods to transport chemicals of that nature.

RESSAM did not hear about anyone other than ████ conducting an operation in Canada. RESSAM never heard of someone discussing an operation in Canada.

RESSAM met ████ in approximately 1994, shortly after RESSAM=s arrival to Canada. The meeting occurred by accident at a building on St. Trubert. ████ ████ and ████ were there, and RESSAM was going to visit them. RESSAM described his

contact with ████ as casual, daily talk.

RESSAM made contact with ████ approximately one or two days after RESSAM returned to Vancouver from Afghanistan. RESSAM did not recall if RESSAM contacted ████ personally or if ████ called ████ RESSAM stayed at ████=s place and the rest of the time RESSAM stayed with ████ at ████=s residence at 12th and Oak.

████=s associates at that time included two young, Algerian men named ████ and ████ whom ████ was living with, a tall, Algerian male whose name RESSAM could not recall, and a few



████████ als who would come and go.

Ahmed Ressam                          01/17/2002          18

When RESSAM lived with ████, no one else lived with them except for guests coming to stay. These guests included ████ ████ and ████.

None of the individuals living with ████ knew RESSAM was in Afghanistan, and none were involved with *jihad*. RESSAM described their relationship with ████ as Athey shared the cost of the apartment@.

████ had a close relationship with ████ RESSAM did not know if ████ and ████ engaged in criminal activity together.

RESSAM did not know if ████ was involved with *jihad*, and RESSAM did not talk to ████ about *jihad*.

████ and ████ are not close to ████ ████ knew them as a result of them coming to visit ████ or the unidentified tall, Algerian male.  These individuals did not talk about *jihad*.

████ worked at a McDonald=s in Germany.  RESSAM did not know the name of the city in which the McDonald=s was located.  RESSAM did not know who ████ knew in Germany, and never really discussed this with ████.

RESSAM did not know if ████ ever saw ████████ in Germany.

While RESSAM did not believe that ████ was involved in *jihad*, RESSAM did not know this for certain, and stated that he had no information on this matter.

████ knew ████, however, RESSAM did know how close ████ was to ████.

████ talked to RESSAM about ████ and told RESSAM that ████ was in Germany, Algeria, and Britain and then came to Canada.

RESSAM did not remember ████ saying ████ was in Germany with ████, and did not know if ████ and ████ were in Germany at the same time.

████ and ████████ knew each other through ████ and RESSAM, but did not have a tight relationship.  ████ came from Vancouver to Montreal to see ████, got to know RESSAM and the others, and then got to know ████ faka ████.

RESSAM did not know how ████ and ████ knew each other.

RESSAM was living with ████ when ████ came to

PROTECTED INFORMATION -- FILED UNDER SEAL



███████ idence for the first time.

Ahmed Ressam                              01/17/2002        19

████████ knew ███████ however, they did not have a close relationship. ████ and ████████ would meet by accident on the street, in the mosque or at ████ and RESSAM=s residence. RESSAM did not know how ████ and ████████ knew each other.

████████ knows ████████ however, they did not have a close relationship. ████████ and ████████ would meet by accident.

███████ is not close to ████.

When asked if ████████████ was ever involved in *jihad*, RESSAM replied that he did not know much about ████████. RESSAM never heard about ████████ having a relationship with the Abrethren@ in Algeria. RESSAM never heard of ████████ training in Afghanistan.

RESSAM has met ████████████. RESSAM did not believe that ████████ knew of RESSAM going to Afghanistan.

RESSAM did not recall seeing ████████████ upon RESSAM=s return from Afghanistan.

RESSAM was not aware of ████████ traveling to the United States. According to RESSAM=s knowledge, ████████ never traveled.

In approximately 1997, RESSAM and ████████ discussed *jihad*. RESSAM and ████████ discussed Afghanistan and the training that occurred there, and ████████ showed a desire to go to Afghanistan for training. In the beginning, RESSAM and ████████ were thinking about going to Afghanistan together. RESSAM did not know why ████ did not go to Afghanistan. ████████ told RESSAM Ajust go and I=ll try to meet you there later.@ No one else was present when RESSAM and ████████ were having their discussion.

RESSAM chose to have ████████ help him in Vancouver because ████ was RESSAM=s best friend and RESSAM trusted him.

████████ did not have any knowledge of chemicals since ████████ did not have any training in this subject area.

RESSAM met ████████ in approximately 1995, in Montreal, as ████████ came to Canada from Germany. ████████ came to visit at RESSAM=s residence at Delorimier. ████████=s friend ████████ (not ████████ was with ████████. ████████ and ████████ knew each other from Germany and RESSAM believed that they came to Canada together.

████████ studied constructional engineering in Algeria.

████████ played soccer very well.



██████ ████ was not involved in *jihad* in █████████ 2000. 20██ was not involved with the Abrethren@.

When asked if █████ had ever received *jihad* training, RESSAM replied that ████████ had no relationship with *jihad*.

████████ never wanted to go to Afghanistan.

████████s associates in Canada included RESSAM, ████ and ████.

RESSAM stated that ████████ Achose his own path@. ████████ was a serious person, got married and worked on maintaining his life.

RESSAM had no knowledge of ████████s contacts outside of Canada, except for ████████s family in Algeria.

RESSAM had no knowledge of ████████ having a computer.

████████ is well educated and knows how to use a computer, however, RESSAM did not know ████████s level of computer knowledge.

RESSAM described ████████ as a Agood man@, a Afamily man@.

RESSAM was asked what ████████ was doing in Montreal prior to RESSAM leaving for Afghanistan. RESSAM replied that sometimes ████████ would steal. ████████ was living with his wife, receiving welfare and looking for a job to settle down.

RESSAM believed that ████████ learned of RESSAM=s intention to go to Afghanistan after RESSAM had already left for Afghanistan.

RESSAM initially stated that he guessed that ████████ told ████████ of RESSAM=s travel to Afghanistan, but then stated that he knew that ████████ was aware of RESSAM=s travel to Afghanistan because

████████ told RESSAM that ████████ told ████████. RESSAM believed that ████████ told RESSAM this while RESSAM and ████████ were in Afghanistan together.

RESSAM did not tell ████████ about RESSAM=s training in Afghanistan. RESSAM and ████████ nave not discussed Afghanistan.

RESSAM did not know if ████████ was involved in stealing while in Vancouver.

RESSAM did not believe that ████████ took money and provided it to *jihad* while ████████ was stealing in Montreal.

RESSAM did not believe that ████████ provided money



Ahmed Ressam                                01/17/2002          21
     When asked how he knew that ████ and ████████ never
provided money to *jihad*, RESSAM replied that he never heard of or
saw them providing money to *jihad*.

     The only person whom RESSAM knew was a friend/associate
of ████=s in Vancouver was ████████.

     ████ did not know that RESSAM had a Canadian passport
to use in his travel to Afghanistan.

     RESSAM knew that ████ had moved to Vancouver from
Montreal because before RESSAM left for Afghanistan, ████ told
RESSAM and others that he was planning on going to Vancouver.

     RESSAM did not know why ████ moved, but speculated that
perhaps ████ wanted to start a fresh life there.

     RESSAM did not remember how he received the mail that had
been sent to ████=s house under the name of ████.   RESSAM
received the insurance card, but did not remember if he went to
████=s house to pick it up.  RESSAM did not know how ████ knew
the card was for RESSAM.

     ████ did not have any information relating to RESSAM=s
operation.

     RESSAM never told ████ that RESSAM was going to the
United States.

     RESSAM did not remember how he explained the name ████
being on the letter that was sent to ████=s house.

     RESSAM did not know if ████ knew ████ was RESSAM=s
alias.



     ████ knows ████████, but RESSAM did not know if
████ and ████ had a close relationship.

     RESSAM did not know if ████ maintained contact with
████ after ████ was deported.

     ████ knows ████████ RESSAM met ████
████ through ████, and ████████ was
not aware of RESSAM going to Afghanistan.

     RESSAM did not know if ████ or ████████ knew people
who lived in the United States.

     RESSAM guessed that ████ knew ████████ but



_____ n of this fact. RESSAM stated that _____ and _____ did not have a relationship, but perhaps they know each other.

RESSAM met _____ at Delorimier. _____ took _____ to RESSAM=s apartment in the summer of 1995 or 1996.

_____ knew _____ through Bosnia, and RESSAM believed that _____ and _____ fought together in Bosnia. _____ and _____ had good relations, however, RESSAM could not tell the level of their relationship.

_____ resided with RESSAM and _____ for a short period of time in approximately 1995 or 1996. _____ had no place to go and _____ brought him over.

_____ stayed in Montreal for approximately two to three months and then went to Vancouver. While in Montreal, _____ stayed at RESSAM=s residence and Ascouted around®.

RESSAM did not know why _____ moved to Vancouver.

RESSAM did not know how _____ met _____.

_____, _____ and _____ lived together.

RESSAM, _____ and _____ maintained contact with _____ via telephone for a while once _____ went to Vancouver, and then the contact stopped. RESSAM believed that _____ may have had a verbal disagreement with _____.

RESSAM saw _____ one time in Vancouver in 1996. RESSAM believed that this was the only time he saw _____ in Vancouver.

_____=s associates in Canada included _____ and _____.

_____ had contacts in Bosnia and Europe, but RESSAM did not have specific information pertaining to these contacts. RESSAM guessed that these contacts were with Aal *jihad*®.

_____ had an associate named _____ in Australia. _____ was involved with *jihad* and Abrethren®, however, RESSAM did not know which specific group. RESSAM did not know anyone else in Australia with whom _____ associated.

RESSAM believed that _____ and _____ also knew _____.

_____ told RESSAM that _____ intended to travel to Canada. RESSAM stated that this was a long time ago. _____ was contacting _____ and trying to get him to come to Canada. _____ did not come to Canada. RESSAM did not know why _____ did not come to Canada. RESSAM did not know for certain why _____ was trying to get



████████ ▂▂▂ ada.
Ahmed Ressam                                          01/17/2002          23
        RESSAM heard that ████ had been in Yemen and Sudan.  While
in Yemen, ████ studied religion and received some training in military
or sports like karate.  RESSAM did not remember the year in which
████ had been to Yemen.  RESSAM did not know when ████ was in Sudan
and did not know what ████ did while in Sudan.

        ████ was involved in *jihad* while in Algeria.  ████ was with
jama=ah in Algeria, but RESSAM did not know exactly what ████ was
doing.

        RESSAM did not know what ████ did in Europe and did not
know if ████ had been sent there for an operation.

        ████ had stated that he received a high level of training
in Afghanistan.  ████ was trained on all levels, including ideology,
weapons and explosives.  RESSAM did not know the names of ████=s
trainers.  RESSAM did not know what camps ████ attended.  ████ received
his training during the Soviet-Afghani war.

        RESSAM confirmed that he had previously stated that ████
was in France and left due to problems, but RESSAM stated that he
did not know if these problems were due to the Metro bombing.  RESSAM
did not know what ████=s problems were in France.

        Although some discussion of the Metro bombing occurred
while RESSAM was in Canada, there was not much discussion on this
topic.  RESSAM heard no discussion of the Metro bombing while in
Afghanistan.

        While in Afghanistan, RESSAM heard talk of ████.  Some
Algerian and Tunisian individuals who were in Bosnia knew of ████.
 Two of these individuals were ████████████████ and ████████████

        ████████████

        RESSAM did not know if ████ knew ████████████.

        RESSAM believed ████ went to Ireland because ████ had some
trouble in Vancouver with the Canadian authorities.  RESSAM did not
know if ████ knew anyone in Ireland.

        Although ████ never told RESSAM why ████ came to Canada,
RESSAM speculated that ████ came to Canada to fix his paperwork so
he could get Canadian documentation in case he needed it for a
*jihad*-type operation.

        RESSAM could not recall if ████ discussed ████ with him.

        RESSAM did not know if ████ discussed going to Japan.



████████ AM did not know if ████ returned to Canada after going to Ireland. Ahmed RESSAM did not know when ████ left Canada. 1/14/2002 RESSAM 24 did not see ████ in 1999.

RESSAM heard, via other individuals, that ████ knew ████. RESSAM did not know how ████ and ████ met and he did not know the level of their relationship.

RESSAM did not believe that ████ knew ████████.

████ came from Europe with a false passport.

RESSAM did not know ████████████.

████████ activities in Montreal included collecting welfare and sometimes working when he could find jobs.

████████ associates included ████, ████, RESSAM, ████, and ████.

RESSAM described his contact with ████████ after RESSAM returned to Vancouver in 1999 as a Anormal relationship@.  RESSAM saw ████████ very remotely by chance and they did not do much together.

████████ was not in contact with ████ in Vancouver in 1999.

████████ did not assist RESSAM with RESSAM=s planned terrorist act.

RESSAM did not discuss RESSAM=s training in Afghanistan with ████████.  RESSAM told ████████ that RESSAM was in Germany

and Europe.

RESSAM did not believe that ████ told ████████ that RESSAM was in Afghanistan.

████████ was not close to ████.

████████ was not close to ████.

RESSAM did not know if ████████ had been involved in *jihad* in Algeria.

RESSAM never discussed *jihad* with ████████.

RESSAM did not believe that ████████ traveled outside of Canada once ████████ arrived there.

████████ never discussed going to Afghanistan.

Ahmed Ressam ime RESSAM met ██████ was in 0M0nV/8802 in       25
approximately 1995 or 1996.  RESSAM met ██████ through ██████ and
would sometimes see him at Al Sunna Mosque.

██████ knew a large number of people in Montreal, but RESSAM
did not know these individuals= names.

RESSAM did not believe that ██████ knew ██████

██████ knew ██████.

RESSAM did not know about ██████ =s activities in Montreal.

RESSAM did not have much contact with ██████ and when RESSAM
did meet with ██████ it was by accident.

RESSAM heard that ██████ =s mother lives in France.

██████ has brothers, however, RESSAM does not know ██████ =s
brothers or where they are located.

RESSAM did not remember when he first met ██████
RESSAM did not see ██████ in Vancouver in 1999.  RESSAM had
no knowledge about ██████ smuggling people in and out of Canada.
RESSAM was shown a series of photographs ██████ and asked
to provide information on anyone he recognized.  RESSAM did not
recognize the following photographs:

#6:
#9:      ██████
#10:

#12:
#13:     ██████
#15:

RESSAM initially stated that he did not recognize the
individual in photograph # 8 (██████), but then stated that
the individual in the photograph resembled the person ██████ who came
to the house with ██████

RESSAM identified the individual in photograph # 7 (██████
██████ as ██████.

RESSAM identified the individual in photograph # 11 (██████
██████ as ██████.

RESSAM identified the individual in photograph # 14 (██████
██████ a/k/a ██████) as ██████.



█████ ███████ ██ did not recognize the names █████████

or ████ ████████ ssam                          01/17/2002      26

RESSAM did not know anyone who engaged in smuggling via Vancouver.

RESSAM did not ask for help with smuggling people in and out of Canada.

RESSAM did not know if █████ ever asked for help in smuggling people in and out of Canada.

RESSAM first met ████ in Montreal in approximately 1996. RESSAM believed that ████ came to the house on Delorimier for a visit with ████ during Ramadan.

RESSAM did not know if █████ used the alias ████████.

████ used the alias █████████ RESSAM was not aware of anyone else using this alias.

████s true name is ████████.

RESSAM did not decide to live with ████. RESSAM was living with ████ and █████ on Malicorne and ████ came and started living with them at this location.

RESSAM knew that ████ was in Europe, but stated that he did not know much about ███s activities in Europe. RESSAM did not know if ████ was involved with the brethren in Europe.

RESSAM did not believe that █████ was involved in any operations in Europe.

RESSAM believed that ████ was in Belgium and Spain. ██████s brother lived in Belgium.

RESSAM did not know ████s contacts in Spain.

█████ had some family in France, but RESSAM did not know what specific family members were there.

█████ knew ████ in Bosnia.

When asked if there were any people in Canada who had been with ████ in Bosnia, RESSAM replied that he believed ██████ ██████ was in Bosnia with ████.

RESSAM did not remember if there was anyone near Toronto who had fought in Bosnia.



██████ AM could not recall if ████ had ever mentioned the name ████                                    01/17/2002        27

████ came to Canada from Bosnia by ship from Europe. RESSAM heard that ████ transited through Holland.

████ came to Canada because he was sick and needed medical treatment.

████ would call his friend ████ in Bosnia. ████ tried to help ████ get to Canada. ████ sent a passport to ████ through a French immigrant named ████ was living in France at the time but was originally from Algeria. RESSAM believed the passport was fraudulent.

████ was not able to get to Canada due to problems with Canadian immigration authorities who stopped him in Malaysia or Indonesia.

████ had contacts in England as a result of his contacts in Bosnia. ████-s contacts in England were Algerian, however, RESSAM did not remember their names.

RESSAM did not have much contact with ████ after ████ was deported from Canada. RESSAM tried to contact ████ but it was difficult to do so. RESSAM would call an office and leave a message for ████. ████ lived outside the city and would come and pick up his messages. RESSAM speculated that perhaps ████ and ████ also contacted ████

When asked if anyone from Canada ever sent anything to ████, RESSAM replied that he heard ████ talking about clothes being sent to him. RESSAM did not knew who actually sent the clothes.

RESSAM and ████ talked to ████ in 1999. ████ and ████ may have also talked to ████ in 1999. ████ said he would talk to ████ and tried to contact him.

RESSAM did not recognize the individual in photograph # 16 (████ a/k/a ████ .

RESSAM did not have any contact with ████ while RESSAM was in Afghanistan.

RESSAM did not hear anyone other than RESSAM-s cell talk about ████ while RESSAM was in Afghanistan.

████ did not talk to ████ while ████ was in Afghanistan.

████ and RESSAM sent a letter to ████ shortly after



█████████ al in Afghanistan. They sent one letter and did not send a picture. Ahmed.Ressam                                    01/17/2002          28

████ did not send anything to RESSAM while RESSAM was in Afghanistan.

RESSAM estimated that he telephonically communicated with ████ on approximately three occasions after RESSAM returned to Canada in 1999.  Sometimes RESSAM would call and ████ would not be there and vice versa.

RESSAM was asked when ████ asked him to go to Europe to conduct operations.  RESSAM stated that this was not what happened.  RESSAM=s understanding was that ████ had an idea to smuggle weapons between Spain and Morocco.  ████ told RESSAM that these were his intentions prior to ████ leaving for Bosnia. RESSAM was not certain if ████ was attempting to get weapons to the Ajama=ah® in Algeria or to help with something in Morocco.  RESSAM spoke to ████ in approximately the summer of 1999 when ████ was in Bosnia and mentioned RESSAM coming to Europe and brought up the idea of bringing guns.  The first conversation where ████ and RESSAM disussed smuggling weapons occurred prior to RESSAM going to Afghanistan.

████ had intentions of returning to Canada but he never did. RESSAM did not know if anyone else was aware of ████ =s intention of returning to Canada.

████ and ████ knew that RESSAM was talking to ████ in Bosnia.

████ was married and living with his family in Bosnia.

████ did not go to Afghanistan after he was deported from Canada.

RESSAM did not know if ████ went anywhere other than Bosnia after he was deported from Canada.

RESSAM proceeded with his planned terrorist operation without ████ because it was taking a long time for ████ to get back to Canada.  RESSAM had asked ████ to come back to Canada and ████ said he would try.

When asked who decided ████ would be part of the cell, RESSAM replied that ████ told RESSAM in a letter to look at the possibility of ████ being made part of the cell. However, no final decision was made on this matter.

████ knew ████ was being considered to be part of the cell because RESSAM talked to ████ about this matter. ████ said he would consider the issue.  The only people in the cell who knew



███████████ SAM and ███████████.

Ahmed Ressam                                           01/17/2002        29

RESSAM wanted ████ as part of his cell because ████ was a veteran and had extensive experience.

RESSAM did not remember if he ever heard anyone talk about ████ while RESSAM was in Afghanistan.

RESSAM was asked if his plan was to have ████ on the ferry with him. RESSAM stated that if ████ had been with him, he probably would have chosen another method of travel. RESSAM probably would have traveled to the United States with ████ and prepared everything in the United States instead of in Vancouver.

RESSAM did not specifically state to ████ that RESSAM wanted ████ as part of his cell. RESSAM kept the conversation general in nature and told ████ to come to Canada and they would discuss issues.

RESSAM would have used ████ in all aspects of his planned terrorist act, to include, thinking, preparation, and performance of the act. In RESSAM=s thinking, ████ would have come to the United States with RESSAM.

RESSAM believed that he told ████ about his intentions of using ████ as part of RESSAM=s planned terrorist act.

RESSAM told ███████████ regarding his intentions of using ████ as part of RESSAM=s planned terrorist act.

RESSAM did not recall exactly what he told ████ and ███████████ regarding RESSAM=s planned use of ████. RESSAM did not recall telling anyone else about RESSAM=s planned use of ████.

In approximately the same week as when RESSAM returned to Vancouver from Afghanistan, ████ informed RESSAM that ████ had been deported from Canada.

RESSAM did not know when ████ found out about ████=s deportation.

████ was not involved in *jihad* in Algeria or anywhere else before ████ came to Canada.

RESSAM did not know the exact time when ████ left Algeria, but stated that it was sometime in the early 1990's. ████ departed Algeria with other young men due to the economic crisis that was occurring in Algeria. ████ came to Canada for the same reasons as RESSAM.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                      )
                                 )
            Petitioner,           )
                                 )
        v.                        )        Civil Action No. 08-1360 (RWR)
                                 )
ROBERT GATES,                     )
                                 )
            Respondent.           )
_____ )

Ressam 302 1/19/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

PROTECTED INFORMATION -- FILED UNDER SEAL

02/20/02

On January 19, 2002, AHMED RESSAM was interviewed at
the offices of the United States Attorney, Southern District of
New York. Also present for the interview were AUSA ████████
████████ (Southern District of New York), ████████ (Assistant
Public Defender), ████████ and
████████ (Arabic Translator). The interview was conducted
in Arabic. RESSAM provided the following information:

RESSAM explained that all of the members of his
Algerian cell planned to travel to Canada. RESSAM advised that
it had not been decided if the cell would settle in Montreal,
Vancouver, or another place in Canada. The cell planned to
settle together as one group at one location.

The members of RESSAM's cell would communicate by
telephone. RESSAM advised that ████████ and
████████ both had cellular telephones. RESSAM planned to
either meet ████ and ████ once they arrived in Canada or
RESSAM would have given ████ and ████ his telephone number so
they could contact RESSAM when they arrived in Canada.

With the exception of ████ and ████████ the members of
RESSAM's cell did not know anyone in Canada.

RESSAM explained that his cell would rely on RESSAM to
get settled in Canada. Once the entire cell arrived in Canada,
they would all work together and cooperate.

RESSAM did not tell ████████ or ████████ that
RESSAM was hoping that ████████ would come to Canada to help the
cell.

RESSAM does not recall if anyone called Canada on his
behalf while he was in Pakistan to advise of RESSAM's planned
return to Canada. RESSAM did not ask anyone in Pakistan to call
anyone in Canada on his behalf.

When RESSAM first arrived in Pakistan he contacted
████████ brother, ████████ and asked that
contact ████████ in Canada. ████████ was in Belgium. RESSAM asked

01/19/02      New York, New York

████████                                       02/20/02

PROTECTED INFORMATION - FILED UNDER SEAL

███████████████ that RESSAM arrived and that RESSAM was      2
fine.  RESSAM referred to himself using the fake name "JAMAL"
when he spoke with ████████ RESSAM did not tell ████ that RESSAM
was in Pakistan.  To the best of RESSAM's recollection, this was
the only instance that RESSAM had a message passed for him.

RESSAM explained that RESSAM did not contact ██████████
house directly because RESSAM was aware that ████████ house was
being watched.

RESSAM is not aware if ██████ ever had messages passed
for himself.

RESSAM does not recall if he ever spoke to ██████ about
training camps but RESSAM thinks that ████ was aware that RESSAM
had attended training camps.

At the time RESSAM left Montreal to travel to Vancouver
prior to his operation, RESSAM told various people in Canada,
including Mr. ████ and ██████████, that RESSAM was
traveling to Toronto.  RESSAM explained that he did this to hide
his actual plans.  RESSAM informed these people that RESSAM had
business to conduct in Toronto.

RESSAM does not know if ██████ was involved in *jihad* in
Algeria or if ████ had any involvement with the brethren.
RESSAM does not know anything about ████████ activities in France
or if ████ had ever been arrested in France.  RESSAM does not
know if ████ has ever trained in Afghanistan.  RESSAM explained
that he does not know very much about ████████

RESSAM has no knowledge of ██████████ rother, ████████
but RESSAM heard that ████ had a brother in Algeria.
RESSAM heard that ████ had a brother in Algeria who was involved
in *jihad*, but RESSAM does not know with which group ███████████
brother is associated.  RESSAM does not know what type of
involvement ████ s brother has with *jihad* or the type of
training his brother had attended outside of Algeria.

During his time in Canada, RESSAM saw videos of *jihad*
training and of preparation for operations.  RESSAM recalled that
he saw some of these videos while he was at his Malicorne
apartment.  On one occasion, ████████ brought a video to RESSAM's
apartment.  The video depicted training and portions of an
operation, but RESSAM does not know where ████ obtained the
video.  RESSAM stated that he could hear the sound of gunfire on
the video.  RESSAM does not know who filmed the video and RESSAM
does not know where the video is currently located.

RESSAM advised that ████ also saw the video that ████████
brought to RESSAM's apartment.  RESSAM does not know who
else may have seen the video.

RESSAM had also seen a different video in Canada which



the Afghanistan-Russian War01/RESSAM         3
believes that ████████ possessed this video.  RESSAM does not know
who else viewed this video.

RESSAM was shown several photographs and was asked if
he could identify any of the individuals depicted in the
photographs.  RESSAM did not identify the following photographs:

2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

26.
27.
28.
29.
30.

33.

35.

38.

44.
45.

47.
48.
49.



01/19/02          4

53.
60.
61.
62.
63.
64. UNKNOWN
65. UNKNOWN
66. UNKNOWN
67. UNKNOWN
68. UNKNOWN
69. UNKNOWN

RESSAM identified photograph ▮▮ as ABU ZUBAYDA (ZUBAYDA). Other than ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ RESSAM does not know anyone else in Canada who has had contact with ZUBAYDA.

RESSAM does not know if ▮▮▮▮▮▮ or ▮▮▮▮▮▮ ever contacted ZUBAYDA via the Internet.

RESSAM discussed his planned operation with ZUBAYDA in "general terms" while RESSAM was in Pakistan. RESSAM advised that ZUBAYDA was aware that RESSAM's operation was to be conducted in the US. RESSAM specifically informed ZUBAYDA that RESSAM's target would be the US.

RESSAM did not telephone ZUBAYDA from Canada to discuss the operation, but RESSAM did speak with ZUBAYDA by telephone while RESSAM was in Canada to discuss passports. RESSAM telephoned ZUBAYDA from pay telephones in Montreal and Vancouver. RESSAM contacted ZUBAYDA once every month or two.

RESSAM stated that he and ZUBAYDA had "normal conversations" and RESSAM wanted to see how ZUBAYDA was doing. RESSAM did not telephone ZUBAYDA to keep him apprised of RESSAM's preparations for his operation.

For a period of time in approximately the end of the summer of 1999, RESSAM did not contact ZUBAYDA. RESSAM speculated that, at that time, ZUBAYDA may have been in contact with ▮▮▮▮▮▮ RESSAM believes that during this time frame, ZUBAYDA asked ▮▮▮▮▮▮ to find a computer for ZUBAYDA.

RESSAM advised that the last time he saw ZUBAYDA was in the beginning of 1999, in either January or February, in Islamabad, Pakistan. RESSAM does not remember what he and ZUBAYDA discussed during that meeting.

RESSAM believes that the five individuals for whom ZUBAYDA asked RESSAM to obtain passports were Algerians and Pakistanis. RESSAM did not receive photographs of these

█████████ M did not get them passport█l/1█R█SSAM    5
recalled that the five individuals were named █████████ ██████
█████████ and ABU ZUBAYDA.

These five individuals were in either Afghanistan or
Pakistan and they "belonged to ABU ZUBAYDA." RESSAM explained
that they were ZUBAYDA's assistants. RESSAM stated that these
individuals worked in operations both inside and outside of
Afghanistan. RESSAM defined operations as combat missions,
military consultations and matters such as finances.

RESSAM met █████████ when RESSAM was in Pakistan.

RESSAM does not know if the five individuals obtained
passports from anyone.

RESSAM has no details about ZUBAYDA's bank accounts.
RESSAM does not know if any individuals in Canada deposited money
into ZUBAYDA's bank accounts. ZUBAYDA never provided RESSAM with
bank account numbers and RESSAM never deposited money into
ZUBAYDA's bank account. RESSAM is aware that ZUBAYDA used the
alias of TARIK.

RESSAM does not know about █████████ activities prior
to the time that RESSAM met █████████ RESSAM does not know where
█████████ was prior to 1999.

RESSAM does not know if █████████ maintains contact with
any individuals in Canada besides █████████ RESSAM does not know
how █████████ and █████████ maintained contact.

RESSAM only provided █████████ 's telephone number to
█████████ and █████████ RESSAM does not know
if anyone else in Canada would have had █████████ telephone
number.

RESSAM believes that "cooperation matters" regarding
the Algerians were discussed during the December 1998 meeting
that took place between █████████ and USAMA BIN LADEN, but RESSAM
does not know details of these discussions. RESSAM does not know
if there were discussions regarding Tunisians. RESSAM did hear
that attempts were being made to increase the cooperation between
Algerians and Tunisians.

RESSAM stated that he does not know why he was asked to
obtain a passport for █████████ RESSAM recalled that the
passport he obtained was a French passport and that RESSAM
possibly obtained the passport from █████████ RESSAM
could not recall the name that was on the passport.

RESSAM purchased the passport from █████ in
approximately the summer of 1999 for approximately $150 to $200.
RESSAM does not know where █████ obtained the passport. RESSAM

██████████████ or this passport.  RESSAM stated that he did  6
not obtain passports from ████ frequently.

RESSAM was questioned regarding his previous statements
that ███████████ traveled to Turkey and met with ██
████ and ████ RESSAM does not know ██████ nationality
and RESSAM does not know if this ████████ is the same individual
RESSAM previously identified as the Emir of a training camp in
Afghanistan.

RESSAM was asked if he recognized several names.
RESSAM did not recognize the following names:





01/19/02          7

RESSAM does not know if ███████████ has ever traveled
to or maintains contact with any individuals in Canada.

RESSAM first met ████████ n Afghanistan.  RESSAM stated
that ██████ was a student at the Khalden camp.  RESSAM recalled
that RESSAM later met ████████ in Jalalabad in approximately
November, 1998, just prior to Ramadan.

At the time RESSAM met ████████ n Jalalabad, ████████
was a newcomer from Germany.  RESSAM had just completed his
training in Afghanistan.  RESSAM and ████████ did not discuss
operations.  RESSAM does not know if ████ knows any other
individuals in Canada.  RESSAM knew that ████████ was going to
Khalden camp, but RESSAM does not know what type of training

REBANY-28B260iRessamreceive.                           01/19/02                    8

RESSAM described ████ as an Algerian. ████ has never been to Canada and RESSAM does not know if ████ knew anyone other than RESSAM in Canada.

RESSAM does not recall if he communicated with ████ after RESSAM returned to Canada from Afghanistan. RESSAM last knew ████ to be in Britain.

RESSAM described ████ as an Algerian ████ has never been to Canada and RESSAM does not know if ████ has any contacts in Canada.

RESSAM described ████ as an Algerian. ████ has never been to Canada. RESSAM does not know what type of passport ████ was going to use to travel to Canada, but RESSAM thinks that ████ may have traveled from Britain using a French passport. RESSAM does not know if ████ knows anyone in Canada other than RESSAM.

RESSAM described ████ as an Algerian. ████ knew ████ RESSAM stated that ████ knows ████ from "a long time ago in Afghanistan." ████ once asked RESSAM how ████ was doing. RESSAM does not know if ████ knew ████ or ████

RESSAM stated that he does not know who else ████ knew in Canada besides RESSAM.

RESSAM first met ████ in a guest house in Islamabad. RESSAM has no knowledge about ████ contacts in Canada. RESSAM stated that ████ was in Afghanistan "a long time ago," during the time of the Russian-Afghanistan War. RESSAM has no knowledge of ████ travels, but speculated that he may have gone to Algeria.

RESSAM does not know an individual named ████ but RESSAM does know an Algerian from France named ████ RESSAM believes that ████ is from Algeria, but that ████ is a naturalized French citizen. RESSAM met ████ in Afghanistan.

RESSAM does not know any individual in Scotland by the name of ████

RESSAM advised that he knows a deaf, mute individual in Montreal, but RESSAM does not know this individual's name. RESSAM met this individual in either 1996 or 1997. This individual arrived in Montreal with a friend of his (NFI). The friend was also a deaf mute. Both of these individuals came to Canada from Europe and they are both Algerians.

RESSAM knows an individual named ████



██████ om Morocco ██████ and ██████████ re 9 friends of ██████ RESSAM met ██████ once at the Salaam Mosque. On another occasion, RESSAM met ████ at ██████ house. At the times that RESSAM met ████ RESSAM was living at the Malicorne address. RESSAM does not know if ████ is involved with the brethren.

RESSAM was asked if he is familiar with an individual named ██████ RESSAM stated that he knows an individual named ██████ but RESSAM does not know ██████ last name. ██████ is a friend of ████ and lives in Toronto where ██████ works at a restaurant. RESSAM does not know at which restaurant ████ works or who owns the restaurant. RESSAM is not aware of ██████ involvement with the brethren anywhere and RESSAM is not aware if ██████ is involved in criminal activity. RESSAM believes that ██████ knows ██████ RESSAM stated that he has never heard that ██████ is involved with the brethren.

RESSAM knows an individual named ██████████. RESSAM knows ████ from Vancouver. ████ is not friends with ██████ but RESSAM stated that ████ came by ██████ house to visit ██████ roommate. RESSAM believes that ██████ roommate is named either ██████

RESSAM believes that ████ resides in Calgary, but that ████ had traveled to Vancouver to interview with Canadian Immigration as part of ████ asylum application. RESSAM only saw ████ on this one occasion. RESSAM recalled that he met ████ before the summer of 1999.

RESSAM was asked if he knows an individual named ██████ RESSAM does not know an individual by this name, but RESSAM stated that he does know an individual named ██████ LNU) from Montreal. RESSAM does not know where ██████ lived before he arrived in Canada, but RESSAM is aware that ████ s from Algiers, Algeria.

RESSAM met ██████ at ██████ s residence on Du Parc Street in either 1996 or 1997. RESSAM does not know how ██████ knows ████ and RESSAM does not know about ██████ involvement with the brethren in Algeria.

RESSAM advised that he does not know an individual named ██████ However, when RESSAM was asked about ██████ RESSAM stated that ████ arrived in Canada with another person. RESSAM advised that he never met this person and RESSAM gave no indication that this individual may have been ████

RESSAM knows ████████████ from Vancouver. RESSAM met ████ at ██████ house, which RESSAM believes was located at Robson and Davey Streets. RESSAM believes that he met ████ in approximately 1996.

RESSAM did not see ████ again until approximately



██████████ ████RESSAM was in Vancouver to commit thefts.          10
RESSAM does not believe that ████ is involved with the
brethren.  RESSAM advised that ████ does not pray or follow
religion.

        RESSAM does not know if ████ is involved in any
criminal activities in Vancouver.  RESSAM advised that ████
worked as a chef.

        RESSAM advised that he met ████████████ one
occasion in Montreal.

        RESSAM identified the individual in photograph ██ as

████████        RESSAM was asked if he is familiar with an individual
named ████████ RESSAM stated that he knows and Algerian
named ████ (LNU) who resides in Vancouver.  RESSAM saw
once at a soccer practice in approximately 1996.

        RESSAM was asked if he knows an individual named
████████        RESSAM stated that he is familiar with ████ but
that RESSAM does not recall if he ever met ████ ████ an
associate of ████ RESSAM does not know how ████ and ████
know each other.  RESSAM stated that ████ is not involved in any
criminal activity with ████ RESSAM described ████ as
"elderly," stating that ████ is in his late 40s and that ████
has a family.

        RESSAM was asked if he knows an individual named
████████████████ RESSAM does not know an
individual who uses these names, but RESSAM does know an
individual named ████████████ also uses the name
████████

        RESSAM was asked if he knows an individual named
████████ RESSAM advised that he knows an individual named
████████ but he does not know ████████ full name.  ████████ is an
Algerian who RESSAM knows from the Fatima Mosque.  ████cleans
and opens the Mosque.

        RESSAM does not know if ████████ is a friend of either
████████ RESSAM identified photograph ██ as the ████████
he knows.  RESSAM does not know if ████ is involved with the
brethren.

        RESSAM knew an individual named ████████████
who lived in Canada on Saint Hubert Street near Sherbrooke Street
in either 1994 or 1995.  ████ was a refugee in Canada and he
was involved in committing thefts.  RESSAM does not believe that
████ was involved with the brethren.

        RESSAM last saw ████ in approximately 1995.  At that
time, ████████ had a problem (NFI) with either thefts or
immigration and ████████ returned to Algeria.  RESSAM does not know

█████ ██████ lived in Spain, but RESSAM does know that █████ ████   11
lived in Europe in either 1992 or 1993.

RESSAM knows an individual named ████████  RESSAM
described ██████ as one of his cousins who lived and worked in
Naples, Italy.  RESSAM does not know █████ full name and
RESSAM does not know where ████ currently lives.

██████ ███ worked in a restaurant in Italy.  ████ was
not involved with the brethren in Europe or Algeria.  RESSAM has
not spoken with █████ since approximately 1996.

RESSAM advised that he never met and does not know
█████ nephew, █████

RESSAM identified the individual depicted in photograph
████ as ████ LNU).  RESSAM had seen ████ in Montreal, Canada.
To the best of RESSAM's recollection, ████ is an Algerian with
blue eyes.  ████ is known to the FBI

RESSAM does not know if ████ has ever been to
Afghanistan and RESSAM does not know if ████ ever trained in
Algeria.  RESSAM does not know how long ████ has been in Canada
or if ████ is involved in criminal activities.

RESSAM is not familiar with ████ friends and RESSAM
does not know if ████ has any contact with the brethren in
Europe.  RESSAM had seen ████ at the Fatima, Al-Sunna and
Salaam Mosques.  RESSAM does not recall the last time he saw
████

RESSAM recognized the individual depicted in photograph
████ and believes that people in Canada called him ████  The
individual depicted in photograph ████ is known to the FBI as
████  RESSAM saw this individual at the Fatima, Al-Sunna and
Salaam Mosques.  RESSAM does not know what type of business
████ was involved with in Montreal and RESSAM does not know if
████ was involved with the brethren or with jihad.  RESSAM advised
that he did not know ████ very well.

RESSAM knew the individual depicted in photograph ████ as
████ LNU).  The individual depicted in photograph ████ is known
to the FBI as ████  RESSAM does not know if ████
knew ████ and RESSAM does not know if ████ had any type
of business.  RESSAM does not think that ████ had any training
in jihad.  ████ was "newly arrived in Canada."  RESSAM recalled
seeing ████ at the Salaam Mosque.

RESSAM was asked if he is familiar with an individual
named ████  RESSAM advised that he once met an
individual named ████ at ████ residence, but RESSAM does
not know ████'s first name.  RESSAM heard from ████ that
████ is an Algerian.  RESSAM does not know what type of
business ████ was involved with in Montreal.

asked if he knows an individual named ███████   12
████████ RESSAM believes that a person by the name of ████████
may have lived in ███████s building in approximately 1997.
RESSAM described ██████████ as a tall individual. RESSAM does
not know where █████████ worked and RESSAM does not believe that
███████ was involved in criminal activity.

RESSAM recalled that an individual who lived in
████████ building may have been named ████████

RESSAM was asked if he was familiar with several non-
governmental organizations.  RESSAM stated that he was not aware
of any of the following organizations:

Copies of all of the photographs shown to RESSAM will
be maintained in an FD-340.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

   Petitioner,

  v.

ROBERT GATES,

   Respondent.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 08-1360 (RWR)

Ressam 302 4/19/2002

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

### FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

Date of transcription ████████ 04/22/2002

On April 19, 2002, AHMED RESSAM, was interviewed at the
Federal Detention Center located in Seatac, Washington. Ressam was
previously advised of the identities of the interviewing agents and
purpose of the interview. Also present during the interview were
Assistant Federal Public Defender ████████████ and Arabic translator
█████████ RESSAM then provided the following information:

RESSAM was then shown thirty-one (31) color copies of
photographs that depict different individuals and asked if he recognized
anyone displayed in the photographs. (The photographs are attached to
and made part of this report.) In addition, the name(s) of each
individual was then read to RESSAM and asked if he recognized the name.

RESSAM did recognize a photograph containing two passport
pictures of ABU ZUBAIDA and indicated that the individual portrayed
in the photographs looked very much like ABU ZUBAIDA. RESSAM then
initialed the photograph. RESSAM did not recognize anyone else in the
other photographs or their associated name(s).

04/19/2002        Seatac, Washington

                                              04/22/2002
SA ████████████████████
SA ████████████  (DCIS)

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
|       Respondent. | ) |

Ressam 302 11/19/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

11/23/02

On November 19, 2002, AHMED RESSAM (RESSAM) was interviewed at the Seatac Federal Detention Center in Seatac, Washington. Also present for the interview were Assistant United States Attorney ████████ United States Attorney=s Office, Southern District of New York, Assistant Public Defender ████████ defense counsel, ████████ and Arabic translator ████████ was present for a portion of the interview. The interview was conducted in Arabic.

The purpose of the interview was to question RESSAM regarding information related to the United Kingdom. RESSAM provided the following information:

RESSAM was shown a series of photographs by ██ and asked to provide information on anyone he recognized.

-Photograph T (name associated with photo is ████████:

RESSAM stated that the individual in the photograph resembled the individual ████ who RESSAM had identified in earlier interviews as being part of RESSAM=s cell along with ████████ and ████████ was in Afghanistan and was also known as ████████ (possible variant spelling of ████). This individual will hereafter be referred to in this 302 as ████. RESSAM believed ████ used two different names for security reasons. RESSAM did not know if ████ used other aliases.

RESSAM first met ████████ in Afghanistan while RESSAM was training. RESSAM did not know ████=s past history. When RESSAM met ████████ was also engaging in training, however, RESSAM did not know what kind of training ████ engaged in or where this training was specifically obtained.

████████ was in a cell associated with RESSAM while RESSAM and ████████ were in Afghanistan. RESSAM and ████████ were not in training at the exact same time, but were at Khaldun Camp during overlapping periods. ████████ left Khaldun Camp approximately several weeks to one month after RESSAM arrived at the camp.

11/19/2002      Seatac, Washington

11/23/2002

SA ████████
SSA ████████

Ahmed Ressam                          11/19/2002          2

RESSAM stated that his training in Afghanistan involved Aeverything@, including military training. RESSAM did not have a specialty skill and did not know if ████ had a specialty skill.

RESSAM was to meet ████ in Canada at a later point in time.

RESSAM left Afghanistan in the beginning of February 1999. RESSAM described his contact with ████ after RESSAM=s departure from Afghanistan as Anormal@ and Anot frequent@. RESSAM estimated that he contacted ████ on three to four occasions after RESSAM=s departure from Afghanistan. RESSAM communicated with ████ who was in England (exact location unknown by RESSAM), via telephone. ████=s telephone number was written in RESSAM=s agenda which is now in the possession of the FBI.

The purpose of RESSAM=s first contact with ████ was to see how ████ was doing. RESSAM contacted ████ the second time to discuss ████ coming to Canada.

When RESSAM was asked if he and ████ had associates in Canada, RESSAM replied that he did not understand the question.

RESSAM was then asked if he could contact ████ through other members of their cell, and replied that his contact with ████ was direct. RESSAM knew that ████ and ████ both resided in England and interacted with each other, however, RESSAM did not know if ████ and ████ resided together. ████ and ████ were other members of RESSAM=s cell who resided in England.

████ and ████ were both supposed to come to Canada. RESSAM had heard that ████ tried to come to Canada, but his attempt did not work and then ████ decided not to come.

When questioned regarding the objective of his cell, RESSAM replied that from ████ RESSAM had learned that the main goal of the cell was to go to Canada to collect money which would then be forwarded to Afghanistan to support Muslims.

When RESSAM was asked if the cell was associated with any organization, RESSAM replied that they were a large group and under the leadership of an individual named ████ ████ is based in Afghanistan. RESSAM did not know if ████ is accountable to anyone else.

RESSAM did not know ████=s aims or political objectives. ████ was in charge of all the Algerians. ████ would lecture the Algerians and make them understand certain objectives such as: teaching them about training, telling them about the requirements

Ahmed Ressam                                11/19/2002              3

while they were there, and instructing them about how to build relationships with other camps.

The purpose of the training received at the camps was *jihad*. How *jihad* was conducted would be dependent on each person=s own Athinking®. When RESSAM was questioned about the Athinking® within his own cell, RESSAM replied that when the cell was formed they did not yet have a definite idea. RESSAM was then questioned about what ideas were being considered by his cell. RESSAM replied that he could only speak for his own mind and not others. RESSAM=s idea was to go to Canada and collect money to perform an operation in America. RESSAM confirmed that the operation he was referring to was his plot to bomb LAX.

RESSAM did not tell ████ about RESSAM=s plan to bomb LAX. When asked about the nature of his discussion with ████, RESSAM replied that he did not discuss this with ████.

RESSAM learned that the members of his cell were interested in coming to Canada to raise money via a letter ████ sent to RESSAM.

RESSAM talked to ████ regarding the idea of conducting an operation. RESSAM speculated that he may have talked to his other cell members regarding his planned operation if they had come to Canada. RESSAM also speculated that perhaps these cell members would have presented different ideas. ████ was scheduled to become the leader of this cell.

████ and ████ were both in Afghanistan during the same time period as RESSAM, and both were engaged in training. RESSAM stated that ████=s and ████=s training was different than RESSAM=s because everyone has their own training.

RESSAM was aware of ████ using the names ████ and ████. RESSAM was not aware of any aliases for ████.

RESSAM identified the individual in photograph AD (████ a/k/a ████) as ████.

RESSAM last saw ████ and ████ in Afghanistan sometime in 1998. ████ and ████ left Afghanistan prior to RESSAM.

Upon returning to Canada, RESSAM would contact ████ telephonically on ████=s cellular telephone. ████=s telephone number was written in the same agenda noted above as being in the possession of the FBI.

RESSAM was shown photograph A (████) and stated that the individual in the photograph resembled ████ a/k/a ████.

Ahmed Ressam                                    11/19/2002        4
    RESSAM described ███ as Algerian, medium in build and
height, and in his 30's.  RESSAM was not aware of ████ having any
scars or special skills.

    RESSAM had never seen ████ prior to meeting him in
Afghanistan.

    RESSAM went to Afghanistan for *jihad*, but he never
discussed this fact with

    RESSAM received chemical training while at Derunta Camp.
RESSAM did not know if ████ received chemical training.

    RESSAM did not see ████ or ███ while at Derunta Camp.

    When RESSAM was asked if any members of his cell received
the same training as him,  RESSAM replied that he believed
had received the same training.  RESSAM did not know if any of the
members of the cell who went to England had received the same training.

    Not everyone at the camps receives explosives training.

    RESSAM identified the individual in photograph AC
█ a/k/a ████ as ████.  RESSAM met
█ in Afghanistan. ████ was ill due to losing his
arms in an explosion.  RESSAM heard that a mortar shell had been
fired into the area where ████ was located.

    RESSAM could not recall if he spoke to ████, but
it was possible that he had spoken to him on one occasion in 1998.

    RESSAM was asked what he knew about an incident in Germany
in late 2000 and if he had heard reports of members of his group
having been arrested in Germany.  RESSAM replied Ayes, some®.  When
asked Awho?®  RESSAM replied ████ (a/k/a ████
(a/k/a ████, and ████ (a/k/a ████ (N.B.:
For the remainder of this report these individuals will be referred
to as Athe German cell members®).

    When asked what links existed between the German cell
members and ████ RESSAM replied that they knew each other through
Afghanistan.  RESSAM then clarified his statement by saying that
he knew that ███ knows ████ however he was not certain if
knew the other German cell members.  RESSAM did not know if ████
and ████ were in training together.

    RESSAM did not know if any links existed between ████
and the German cell members.

    RESSAM believed that ████ and ████ knew each other.

RESSAM did not know if █████ had ever been in Germany.

RESSAM knows █████ from Afghanistan.

The other above noted German cell members were also in Afghanistan.  When RESSAM was asked what camp these individuals attended, he replied that most people go to Khaldun Camp, however, he did not know specifically where these individuals attended camp.

The German cell members noted above were in Afghanistan in 1998 at approximately the same time as RESSAM████ and ████.  When asked if this was also the same time as █████████ RESSAM replied that █████ was out of there due to the injuries discussed earlier.

RESSAM could not recall if RESSAM left Afghanistan before ██████

When asked if it was the intention of ████████ ████ and ██████████ to go to Germany, RESSAM replied that he did not know.

██████ ████████ ████ and ██████████ were not part of RESSAM=s cell.

RESSAM did not know who was in charge of the German cell.

None of the above noted German cell members attended chemical training with RESSAM, and RESSAM did not know if these individuals received chemical training or explosives training.

When questioned as to how he earned money, and paid for food and a place to live upon his return to Canada, RESSAM replied that he had a little money with him from █████.  RESSAM did not know where █████ obtained this money.

█████ (known by the FBI to be ██████████) would also help RESSAM to support himself.

RESSAM stated that █████ had not been to Afghanistan.

RESSAM was not aware of any links between █████ and ██████

RESSAM did not receive training in Afghanistan that would have helped him gain employment in Canada.  This topic was not part of RESSAM=s training.  While in the training camps, RESSAM was taught that AGod is the only one®, and he received instruction pertaining to military, fitness, patience, perseverance, and security.

███████ AM also received training in electronics as it
pertained Ahmed Ressames. Such training was considered specialty
training and was not part of the normal training received at the
camps.

RESSAM was not certain which of the other individuals who
were present in Afghanistan during the same time as him had received
electronics training.

RESSAM does not have skills pertaining to credit cards.

At a period prior to RESSAM and ██████ leaving for
Afghanistan, ██████ would steal credit cards from his place of
employment and then use the credit cards in Canada.

██████ never send credit cards to RESSAM to use
in Canada.

RESSAM was shown a copy of a document marked as exhibit
IWN-53 containing the names ██████ and ██████. RESSAM
could not recall if he had previously seen these names. RESSAM was
not aware of any reason why individuals mentioned in this interview
would have been referred to by these names.

RESSAM could not recall if he had used female identities
for any reason. RESSAM could not recall if the training he had
received recommended using female identities.

RESSAM was asked to read a letter marked as exhibit JB-G/38
and then comment on it and say what he understood the letter to be.
RESSAM read the letter and stated that it was one person writing
to another, but he did not understand much of the letter.
RESSAM did not understand what the writer was asking of the recipient.
RESSAM did not know the individual AJARRY@ mentioned in the letter.
RESSAM believed that it was possible that the letter was coded.
RESSAM did not know if the letter and its possible coding was
consistent with the training he had received in Afghanistan.

When asked if the letter contained any names discussed
during this interview, RESSAM responded that the letter contained
the name ██████ RESSAM did not know if this was a reference to
the ██████ discussed above. RESSAM did not know if a reference to
Athe land of the snow@ contained in the letter was significant.

RESSAM was not familiar with the names ██████ and ██████
mentioned in the letter.

RESSAM did not know if the letter was a letter Acalling
the brothers together for some action@.

RESSAM was shown a diagram referenced as Exhibit MA/3,

███████████ t was a circuit diagram and then asked if it had any familiarity to Ahmed RESSAM.  RESSAM replied that the diagram was an electrical circuit.  When asked if this diagram signified anything, RESSAM replied Ayes, an electric circuit.@

RESSAM when then questioned about the purpose of such a circuit.  RESSAM replied that Ait would be used in the same method as I used mine, for explosives.@

RESSAM stated that the portion on the diagram marked with the number 2 circled refers to the way resistance works in a circuit.  RESSAM could not recall learning about the portion on the diagram marked with the number 3 circled.  RESSAM was not sure if he was aware of what the sketch on the bottom of the diagram signified.

RESSAM received his training in circuits in Afghanistan.

When asked if trainees would receive hand-outs to take with them once they left Afghanistan, or if trainees were required to memorize the information, RESSAM replied that different people did it in different ways.  RESSAM took notes with him when he left Afghanistan.

RESSAM believed that it was possible that someone who was in possession of the above noted diagram had received training in Afghanistan.

RESSAM was shown photograph exhibit 7 (unidentified) which contained two photographs of several males.  RESSAM stated that he believed the individual in the top photograph wearing the blue jeans was ███████.  ███████ knows ███████ and ███████.  RESSAM believed ███████ knows ███████ and ███████ as a result of all three residing in England, as opposed to all three of them having spent time in Afghanistan.  RESSAM did not know how well ███████ knew ███████ or ███████.

When shown photograph exhibit 8 (unidentified), RESSAM replied that he did not know anyone in the depicted photographs.  Upon further questioning regarding the photographs, RESSAM responded that the individual on the left side of the bottom photograph resembled ███████.

When shown photograph exhibit 20 (unidentified), RESSAM replied that he did not know anyone in the depicted photographs.  Upon further questioning regarding the photographs, RESSAM responded that the individual on the right side of the bottom photograph resembled the person whom he had previously identified as ███████.

While RESSAM and ███████ were in Khaldun Camp in

approximately April 1998, they did not discuss what operations either one might engage in after they left the camp.

████████████ did not make any plans to meet at a later time
while they were together at Khaldun Camp. ████████ did not ████ RESSAM 8
█████s intentions with regard to *jihad*.

RESSAM did not have any discussions with any other
individuals regarding what ████████ would do after ████████ left the
camp.

RESSAM did have discussions with ████████ regarding ████s
plans for *jihad* after ████████ left the camp. ████████ discussed
and others meeting in Canada with the purpose of collecting money.
When RESSAM was asked if ████████ told him why the money was being
collected, RESSAM replied that the money is to support Muslims in
a general way and also for the camps. RESSAM was then asked if the
money was to be used for *jihad* or to conduct an operation, and RESSAM
replied that was Apossible@.

RESSAM estimated that he and ████████ had talked
approximately one or two times while they were together at Khaldun
Camp. RESSAM did not recall their topic of conversation.

RESSAM did not have any contact with ████████ in the time
period between when they were at Khaldun Camp together and when RESSAM
returned to Canada.

In the time period between when RESSAM was in Khaldun Camp
and when he returned to Canada, RESSAM had conversations regarding
████████ with ████████. RESSAM and ████████ had general conversations
regarding a cell being formed sometime in the future which was to
consist of ████████ RESSAM, ████████████ and ████████ RESSAM
and ████████ discussed the initial purpose of the cell being the
collection of money along with the possibility of the cell also
conducting an operation. These conversations occurred before RESSAM
departed Afghanistan.

RESSAM believed that ████████ also discussed the possible
formation of the above noted cell with the other potential members.
RESSAM stated that what RESSAM got from ████████ was that ████████ had
discussed the issue of the collection of money with these individuals.
RESSAM initially stated that ████████ did not discuss the subject
of an Aoperation@ with these individuals. However, after additional
questioning on the matter, RESSAM replied that he did not know if
████████ had discussed the subject of an Aoperation@ with the other
cell members because RESSAM and ████████ did not discuss this issue.

At the time RESSAM was having the above noted conversations
with ████████, there was no leader for the cell. However, there were
discussions that if the cell was put together, ████████ would be named

its leader. RESSAM believed that it was possible that ████████
was the person who was putting the cell together.

PROTECTED INFORMATION -- FILED UNDER SEAL

█████████ AM stated that the cell was actually formed sometime in the faAhmed Ressamwhen RESSAM was absent.      11/19/2002      9

RESSAM did not have any conversations with ████ in the time period between when the cell was formed and when RESSAM returned to Canada.  However, during this same time period, RESSAM did have conversations with ██████ regarding ██████ RESSAM and discussed ██████ being Awith us® and joining them at a later date. ████ was the individual who informed RESSAM of the possibility of all of the cell members meeting in Canada.

RESSAM confirmed that his intent was to go to Canada and conduct an operation.  RESSAM expected to do this operation with his cell if they all had a Amutual understanding®.  It is possible for a cell member to refuse to be part of an operation.  Every cell member has a right to express their opinion as the cell is discussing an operation and a cell member cannot be compelled to participate in an operation.

RESSAM recalled having two conversations with ██████ after RESSAM returned to Canada.  RESSAM stated that he did not discuss much with ██████.  RESSAM and ██████ discussed ██████ coming to Canada. ██████ told RESSAM that ██████ would come to Canada when ████ arrived in Canada.  RESSAM expected ██████ to come to Canada to be part of the same cell.  The purpose of ██████ coming to Canada was to join this cell.

RESSAM did not recall having a conversation with ██████ while RESSAM was in Canada.

When RESSAM was asked if he had any conversations with any other members of his cell after RESSAM returned to Canada, RESSAM replied that he had also talked to ██████ who was also coming to Canada.  During these conversations, RESSAM and ██████ did not discuss why ████ was coming to Canada.  RESSAM and ██████ did not discuss getting money for the cell in Canada.  This was due to the fact that while RESSAM and ██████ were still in Afghanistan, ██████ had sent a letter to RESSAM in which ████ discussed ██████=s intention of coming to Canada Ato do some act related to money, an act of collecting money.®  ██████ did not discuss the reason why the money was being raised.

RESSAM was asked if he had any conversations about ██████ with anyone upon RESSAM=s return to Canada.  RESSAM talked to about ██████ but RESSAM did not recall the nature of their conversation.  RESSAM and ██████ did not discuss the topic of ██████ coming to Canada during the above noted conversations.

When RESSAM was asked if it was his understanding that ██████ knew that ██████ would be conducting an operation in Canada, RESSAM replied Aabout money, yes.®  RESSAM did not know ████ ß thoughts regarding the purpose of the money.  RESSAM knew that RESSAM

PROTECTED INFORMATION - FILED UNDER SEAL

████████████nada to raise money, some of which would go to support
RESSAM=s ████████████operation.                                11/19/2002        10

Before departing for Afghanistan, RESSAM was residing in
Montreal.

RESSAM was asked if he was the member of any organization
in Algeria, and replied that he has never been the member of any
organization.

RESSAM did not know if any of the members of his cell were
involved in any organizations in Algeria.

When RESSAM was asked what organization his cell Acame
under®, RESSAM replied that he did not understand the question.
RESSAM was then asked if the cell was affiliated with any organization
akin to the GIA, to which he replied Ano.®   RESSAM was then asked
if his cell was affiliated with any organization akin to the GSPC.
RESSAM replied that in the beginning there was no connection, but
later there were attempts to be connected to that group.

RESSAM was asked if the aims of his group were similar
to the aims of the GSPC, to which RESSAM responded Awhat are the
purposes of the GSPC?®.  RESSAM was told by a ████████representative
that the purpose of the GSPC is the advancement of the Islamic position.
RESSAM replied that he knew a limited amount of information
pertaining to the GSPC.  RESSAM stated that the main purpose of the
GSPC is to establish Shariah law in Algeria, however, he did not
know their purpose on an international scope.

RESSAM did not know if members of the GSPC trained with
him in Afghanistan.

RESSAM did not know anything regarding the arrest of ████████
████.  RESSAM learned about ████████=s arrest from the FBI. RESSAM
knew that ████████was arrested in England, however, he did not know
who was with ████████ when ████████ was arrested.

RESSAM did not know anything about the arrest of ████.

RESSAM did not know when ████ was arrested.

RESSAM was asked if it was correct to say that ████
planned to come to Canada, but could not because ████ had been
arrested.  RESSAM replied that this was not correct.  RESSAM stated
that ████ planned on coming to Canada but changed his mind. ████

and ████ were the individuals who had been arrested.

RESSAM did not know where ████████was arrested.

RESSAM did not recognize the following names: ████████

Ahmed Ressam                                        11/19/2002          11

RESSAM was shown photograph A again and told that the individual in the picture, whom RESSAM had said resembled ███, was recently arrested in London. RESSAM was then asked if he had ever heard of ███ being referred to as ███. RESSAM replied Ano.@

RESSAM was informed that there are links between ███ and the cell in Germany and was then asked if he knew all of the members of the German cell. RESSAM replied that the names he provided in relation to the German cell are the individuals who were with RESSAM and left to form a cell in Germany.

RESSAM was asked if the knowledge that there are forensic links between the individual in photograph A and the German cell assisted him in his identification of ███, and he was then asked if he was giving a Anon-determinant@ identification of ███ in an attempt to protect ███. RESSAM replied, ANo, what I know for sure I tell you, what I don=t, I won=t.@

RESSAM did not recognize the following photographs:





11/19/2002          12

        RESSAM was shown photograph B again and informed that the
individual in the photograph was recently arrested in London. RESSAM
was then asked if he was sure that he had not previously seen this
individual. RESSAM replied Ayes.@ RESSAM was informed that the
individual in the picture used the name ████████. RESSAM
responded that he did not know him.


        Copies of all the above referenced photos and exhibits
are being maintained as part of this file in an FD-340.

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
                                    )
ZAYN HUSAYN,                        )
                                    )
            Petitioner,             )
                                    )
      v.                            )      Civil Action No. 08-1360 (RWR)
                                    )
ROBERT GATES,                       )
                                    )
            Respondent.             )
                                    )
```

ISN ███ 302 3/2/2002

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

Date of transcription                 03/02/2002

Between February 24 and March 1, 2002 ███████████, a
Tunisian national, was questioned by Detective ███████
(NYPD/FBI JTTF), Special Agent ███████ (NCIS), and Special
Agent ███████ (NCIS). ███████ (ISN Number ███████)
was questioned at the interview facility located at Camp X-Ray,
Guantanamo Bay, Cuba.  Prior to questioning, the above agents
orally identified themselves to ██████.  He was informed the
purpose of the interview was to gather information so that a
judicial determination could be made regarding his status at Camp
X-Ray.  During each separate day of interviewing, ██████ was
offered a soft drink or water. ███████ speaks Arabic, French,
Italian, and English.  Therefore, he was interviewed without a
translator. ██████ willingly provided the spellings used in this
report for place names and the names of people.

██████ is 37 years old and was born on the ███████ 1965 in
Enfida Tunisia where he grew up.  He reported both his mother and
father are Tunisian. ██████ s father, ██████ died
approximately 4 years ago.  He stated his mother
resides in Enfida Tunisia with a street address of ███████
███████         The phone number at this address is
███████         He identified his six brothers in order from oldest
to youngest as follows:

███████   50 years old
███████   , born in June 1958
███████   born in 1960
███████   born in 1962
███████   born in 1967
███████   , born in 1973

██████ went to high school at the Lycees school of Enfida,
which is the only high school in Enfida.  He described Enfida,
Tunisia as a small village. ██████ related he never attended any
university.  He reported he had some difficulty in completing his
education in Tunisia.  He specifically stated he had a verbal
disagreement with one of his teachers, which caused him to
discontinue his schooling in Tunisia. ██████ claimed he stopped
going to school in 1985 and went to Italy in 1986.

2/24/2002       Guantanamo Bay

                                              3/2/2002
Detective ███████    NYPD/FBI
SA ███████    NCIS;SA ███████    NCIS

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002                2

████ reported the primary purpose for his decision to go to
Italy was to continue his education, however he never enrolled in
any school after he left Tunisia for various reasons. ████
reported he traveled to Italy alone and paid for this trip with
money he had saved from a seasonal job as a lifeguard at a beach.
████ stated he initially traveled from Tunisia to Mazzarrone,
which he described as a small village in Sicily. ████ commented
that this village is famous for the grapes that are produced there.
████ indicated he attempted to get work in Mazzarrone and
eventually got a job working in the grape vineyards. ████
related he was trying to save up enough money to fund the
continuing of his education but he was never able to save enough
money, because he did not earn much money and the work in the
vineyards was seasonal. ████ indicated that at this point in his
life he was not religious, though his mother and father were
practicing Muslims. ████ stated he lived in Mazzarrone until the
end of 1987. When asked he could not provide a specific address.
He explained he lived in several different places, which he
described as somewhat dilapidated or abandoned homes or shacks.

According to ████ he left Mazzarone at the end of 1987,
when he was 22 years old and traveled to Milan, Italy. He reported
he assumed there would be much greater opportunities for him there
and there might be a few Arabs there as well. He indicated he
still planned to continue his education and this was the primary
reason he moved from Mazzarrone to Milan. He indicated he
unsuccessfully attempted to contact a school that was attended by
Arabs when he got to Milan. ████ described that life was very
different for him when he moved to Milan. He described
experiencing a degree of culture shock due to the fact that he had
never lived in a large city before. He commented that it was
relatively expensive to subsist in Milan and he did not easily
adjust to this. ████ stated he slept in a youth hostel soon
after he arrived in Milan because he quickly spent the small amount
of money he had from working in Mazzarrone. ████ related he
heard in the youth hostel about a church for homeless people in
Milan. He described it as a Christian church located around Villa
Batastini. ████ reported that once he began staying at this
church, he began to look for a job and a solution to his situation,
which he described as being fairly bleak. He indicated he soon met
an Italian (NFI), who asked him to work for him selling flowers.
By 1988, his situation bleak, ████ stated he met some people who
worked with illegal drugs and he began to associate with these
people. ████ commented that he believed he could not return to
Tunisia because he considered himself a failure and he did not want
to go home under those circumstances. He advised he began to use
and sell illegal drugs on the street in Milan. He identified the
drugs he used and sold as heroin, cocaine, and hashish. He
explained he did not enjoy this lifestyle, but lived it because he

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002                    3

        was able to make a small living this way. He related he sold
small quantities of these drugs, between 5 and 20 grams per
individual sale. ██████ reported this activity was going on in
1988 when Italian authorities arrested him at his residence in
Milan. He explained he was arrested in conjunction with his
involvement in illegal drugs, but he was released after his initial
court appearance. ██████ advised he continued his lifestyle using
and selling drugs in Milan after he was arrested until 1991.
██████ again commented that the only reason he was involved in
illegal drugs was because it was the only way he could make a
living.

        ██████ reported his life went from bad to worse when he lived
in Milan so he decided to move away from there and return to
Mazzarrone at the end of 1991. ██████ indicated he began to be
slightly more religious at this time, but he was not attending any
mosque. ██████ advised he stayed in Mazzarrone for more than one
year and again worked in the vineyards and had no single residence.
He commented that he was able to send a little bit of money back
to his parents in Tunisia. He reported he became more religious
during this time and began to pray and read the Koran and other
Islamic literature, though he did not attend a mosque because there
was not one in or around Mazzarrone. He commented that he was
essentially self-taught as far as his religious instruction was
concerned. He indicated he no longer was involved in any illegal
drug activity.

        ██████ related he returned to Milan in the middle of 1993 and
began attending the most prominent mosque in the city. He
described it as being in the central part of the city of Milan with
a street address of ██████████ He had some difficulty in
translating the name of the mosque into English, however he
eventually identified the mosque as the Islamic Cultural Institute
of Milan. He commented that this mosque was commonly known as the
most important or most famous of the several mosques in Milan. ██████
██████ explained that Sheikh ██████████ was then the leader of
the mosque. ██████ indicated ██████ spoke frequently of the Jihad
then ongoing in Bosnia. ██████ explained Sheikh ██████ was
a very prominent leader who was later killed in the fighting in
Jihad in Bosnia. According to ██████ Sheikh ██████ was
something of a hero of the Jihad in Bosnia. ██████ recalled the
period of Sheikh ██████████ leadership at the mosque in Milan
was during 1992 and 1993.

        ██████ indicated he traveled throughout Italy from this time
until 1995. He specifically mentioned being in Naples and Foggia,
but advised his travels were more extensive. He reported he made a
living buying and selling clothing, but did not provide more
specific information about this.

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002          4

████ initially indicated he traveled back to Tunisia in
1995, but later clarified this by explaining that he was actually
deported by Italian immigration authorities.  At this point he also
clarified that in 1988 he was similarly deported back to Tunisia by
Italian authorities.  He advised he stayed at his mother's home in
Enfida, Tunisia for 11 months after his 1995 deportation.  He
indicated he did not possess a passport during this time.

According to ████ he returned to Milan in 1996 after his
deportation and once again began attending the mosque there.
████ recalled he did not attend a mosque or openly practice his
faith while he was in Tunisia.  He stated it is illegal to practice
Islam in his country.  He explained he shaved his beard and put
aside other manifestations of his religious belief.  ████
identified ████ as being the leader of the mosque in Milan
during 1996.  He suggested ████ was not as important a leader
as was Sheikh ████ who was already dead at this time.
████ advised he became stronger and more educated in his faith
during this time.  He indicated he read books and listened to
religious cassette tapes, which furthered his religious education.
████ claimed he could not provide the names of other people who
attended the mosque with him.  He advised he again traveled through
Italy during 1996.

████ reported that after hearing and learning about the
Jihad in Bosnia, he decided he wanted to go fight in the Jihad in
Afghanistan.  He explained he came to this conclusion in 1996.  He
identified two individuals who had a significant influence on this
decision.  The first was Sheikh ████, and Egyptian who spoke at
the mosque in Milan on a holy day in 1994, before ████ was
deported.  The second person who influenced him to fight in the
Jihad in Afghanistan was Sheikh ████.                He
did not explain if he saw ████ speak in person or if he merely
heard him speak on video or audiocassettes.  ████ advised once he
made the decision to join the Jihad, he began saving money and
intensifying his religious studies.  However, he reported it became
somewhat dangerous to go to the mosque in Milan after the Jihad in
Bosnia because the Italian government began to watch those people
who frequented the mosque.

████ indicated in 1997 and 1998 he lived in Varese, Italy, a
small city adjacent to Milan.  He advised he supported himself
doing odd jobs during this time.  He related he attended the mosque
in Varese, which was then being led by a Moroccan, whose name he
could not immediately recall.  He indicated he knew the Moroccan's
name, but was having difficulty recalling it.  He stated this
Moroccan was not a very important Imam.

████ claimed he was arrested by Italian police officials in
1998 for no reason.  He clarified this by stating he was arrested
and was imprisoned for 27 days for "Terrorism".  He explained the

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002          5

    Italian authorities arrested him before the 1998 World Cup
Soccer tournament, which was held in France.  He indicated the
Italian police accused him of being a member of the Algerian
terrorist group, GIA.  ████████ firmly denied that there was any
truth to the charges.  He stated he was not a member of GIA and he
did not know anything about any terrorist activity associated with
the 1998 World Cup Soccer Tournament.  He identified four
individuals that he knew, who were arrested at the same time in
conjunction with the same allegations.  He reported several others
whom he did not know were also arrested.  He explained he knew each
of the four from the mosque in Milan.  He provided no identifying
information other than their nationalities.  Those individuals are:

    ██████, a Tunisian
    ██████, a Moroccan  ████████
    ██████, A Tunisian
Egyptian (name unknown)

    In June 1998 ████████ met a Tunisian man named ██████ after his
release from jail.  He recalled meeting him at the mosque in Milan.
According to ████████ ████████ had recently returned to Milan from
Afghanistan.  ████████ explained he discussed the events in
Afghanistan with ████ and eventually asked ████████ to help him go
to Afghanistan, which ████ later agreed to do.  ████ related he
could not bluntly ask ████████ to do this for him, and it took some
time for ████ and he to establish a rapport so that ████████ agreed
to help him go to Afghanistan.  ████████ advised he soon got a fake
passport.  He recalled he knew people in Milan from his time in the
drug dealing business who could get a passport for him.  ████████
paid 400 Italian Lires for he forged passport.  He removed the
photograph and put his picture in its place.  He claimed he could
not recall the actual name on the passport.  He recalled only that
the person who provided the passport to him was an Algerian who was
a common thief.

    According to ████████ in May 1999 he bought a plane ticket to
Zurich, Switzerland and flew there with ██████, where they stayed
one day and one night before he flew alone to Islamabad, Pakistan.
He explained ████████ provided him with a letter, which essentially
stated that ████ was a good Muslim who should be provided
assistance and should be admitted to the Khaldan training camp.  He
reported ████ also gave him a mobile hone number to use once he
got to Peshawar, Pakistan to call ████████ a friend of ████'s.
████ related he drove from Islamabad to Peshawar in a taxi and
then called ████████.  ████ could not remember the phone number
he used to call ████████ advised ████████ met him and then
drove him to a house where only he and ████████ were present.
████ advised he stayed at this house with ████████ for
approximately two weeks.  ████████ inferred that part of the reason
he stayed at this house for two weeks was so that he could grow out

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002                6

his beard, which had been clean shaven while he was in Italy.
▮▮▮▮ indicated he and ▮▮▮▮ then drove by taxi to the
Afghan border, specifically to a town called Torkoham.  From there,
▮▮▮ described how he and some Afghanis took a taxi over the
border to Jalalabad, Afghanistan where he stayed one night in a
Tajik guest house.  He related he was there for the night with
another Tunisian ▮▮▮▮ whom ▮▮▮▮ asked to travel with him
the next day to Khost, which was near the location of the Khaldan
training camp, which ▮▮▮▮ had directed him to attend.  ▮▮▮
advised when he arrived in Khost he showed the handwritten letter
from ▮▮▮ to the person in charge of the Khost guest house,
▮▮▮ (NFI).  ▮▮▮ explained ▮▮▮▮ drove him the next day from
the guest house in Khost to the Khaldan camp and presented the
letter from ▮▮▮ to the leader of the camp, Emir ▮▮▮▮.
According to ▮▮▮▮ the letter from ▮▮▮ was specifically
addressed to ▮▮▮▮.  He advised it was still May 1999 when he
arrived at the Khaldan camp to begin his military training.

He described how his military training at the Khaldan camp
lasted approximately nine months, ending in February 2000. ▮▮▮▮
explained this nine months of training was not continuous because
the training would sometimes stop for a week or two because of
weather or other factors.  He explained the training was
interrupted once because the entire camp was moved approximately 2
hours away from Khost at the direction of the Taliban. ▮▮▮▮
indicated his first training was with small arms.  He remembered
receiving rifle training to include training with Kalishnikov and
other assault rifles and machine guns.  He did not recall the name
of the person who lead the rifle training.  He advised after this
portion of training he was taught how to use rocket propelled
grenade launchers (RPG) by ▮▮▮▮  He advised he was in this
training with five or six other men for approximately one month.
He identified four other men in the training as ▮▮▮ an Algerian;
▮▮▮▮ also an Algerian; ▮▮▮▮ a Yemeni, and a Tajiki,
whose name he could not recall.  ▮▮▮▮ stated he was next provided
explosives training by ▮▮▮▮ from Turkistan.  He reported the
explosive training consisted of the use of C-3, C-4, dynamite, and
electronic detonators.  He advised this training involved only the
use of these types of explosives, and had nothing to do with how to
make or manufacture explosives or explosive components.  When
specifically asked, ▮▮▮▮ commented that there was no discussion
at this point in any of his training of making war or Jihad against
Americans.  According to ▮▮▮▮ after his explosives training he
spent approximately one month training with mortars or small
artillery under the direction of a Palestinian named
▮▮▮▮  He specifically recalled being trained to use BM (NFI),
the SPG-9, and 75mm mortars. ▮▮▮▮ explained it was during this
portion of his military education that the Taliban directed the
movement of the entire Khaldan camp further away from Khost.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002          7

████████ disputed that the Khaldan camp was an Al Q'aida camp.
He explained that Americans do not understand that being an Arab in
Afghanistan is not necessarily the same as being involved or a
member of the Al Q'aida group. ████████ recalled after his training
with mortars he spent approximately 3 weeks in pistol training
under a Jordanian named ████████. He specifically recalled
receiving training using the Makarov and other Russian made
pistols. According to ████████ he next spent approximately three
days learning the use of Yaesu walkie talkie radios. He advised
this training was followed by approximately two months of tactics
training, which was taught by an Algerian, ████████.
related the tactics training was broken into two sections, the
first of which was city tactics training and the second part of
which was mountain tactics training. According to ████████ this
training concluded his training associated with the Khaldan camp.
He advised he traveled to Jalalabad when his training was complete.

████████ stated he received additional explosives training in
Jalalabad from an Egyptian, ████████. ████████ reported this
training lasted approximately 20 days and involved how to
manufacture explosives using fertilizer and ammonium. ████████
explained he was not satisfied with this training because he
thought it was not something he would be able to use. He indicated
he was not a good student at this training, because he did not
understand the subject. He commented there were approximately 20
men at this training with him. He could not recall the names, but
identified them as a very mixed group of Algerians, Yemenis, and
other Arabs.

████████ recalled he stayed at a guest house during the time he
was in Jalalabad. He reported he stayed there with a man he
identified as ████████. ████████ reported he was tired from nearly ten
months of training and he took some time to simply relax in
Jalalabad. He advised during the spring of 2000 sometime in April
or May, he left Jalalabad and went to Khandahar to relax there also
for approximately two weeks. He indicated he stayed at an Al
Q'aida guest house when he was in Khandahar. He identified a man
named ████████ as the person in charge of this guest house.
According to ████████ he left Khandahar after two weeks and went back
to Jalalabad. ████████ advised he stayed in Jalalabad until March
2001, when he went into the front lines to fight. ████████ explained
he again stayed with ████████ in the guest house in Jalalabad during
the months before he went into the front lines. He said he did not
do much while he was there. He commented that the weather was
very hot in Jalalabad and he spent his time introspectively
thinking about the Jihad and what he needed to do. ████████ related
he wanted to go to fight in Chechnya, but was not able to get there
because the roads into Chechnya were blocked. He claimed he got

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002          8

     tired of waiting to go fight in Chechnya and thus made his
decision to go to the front lines there in Afghanistan.  He advised
he did not ever get to know anyone during the time he stayed at the
guest house in Jalalabad.  He could only identify two other
Tunisian's about whom he could provide no other information.  Those
men he identified were ███████ and ██████.  He advised many
people came and went through this guest house.  He expressed his
opinion that nearly all of them were very committed to the Jihad.
████ stated he did not expressly ask any of those about their
commitment because it was presumed that everyone there was willing
to die for the Jihad.  He commented that dying in a holy war was a
great thing for someone with his beliefs.  He further explained
dying in a Jihad would insure a great reward in paradise for the
individual who died.  ████ stated he heard about the bombing of
an American ship (presumably the USS Cole) while he was staying at
the guest house in Jalalabad.  He indicated he only heard
superficial reports on TV and radio.  He advised he had no
information that there was going to be an attack on an American
ship before the attack occurred.  ████ advised that while he was
in Afghanistan, both in training and afterward, he was known by his
father's name, ████

     In March 2001, according to ████ he went into the front
lines at Karabel, which is close to Kabul.  He reported the
decision to send him to this particular place was made by the
Taliban.  ████ explained the Taliban makes this decision for
everyone.  He did not specify any particular Taliban official who
directed him to Karabel.  ████ recalled he was in the front lines
from March until June and was not engaged in any significant
combat.  He explained there was only very sporadic gunfire from a
great distance.  He advised he never engaged in any type of attack
or defensive action while at Karabel.  ████ reported he was moved
north from Karabel to Khwaja Ghar where he was again put into the
front lines.  ████ related he stayed in the lines at Khwaja Ghar
until August, ████████████████████████████████ He
explained ████████████████████████ which resulted in him
going back to Kabul ████████████████████ advised he
was in Kabul for about one week ████████████
████████ advised he wanted to go back to the front lines after one
week, but ████████████████████████████████
stated he went to Khandahar because he was fed up being in Kabul.
████████ related he was in Khandahar only one week before he became
fed up with that place and decided to leave to go back to the front
lines.  ████ commented that he liked being on the front lines
much better than being elsewhere because life on the front lines
was conducive to praying and thinking about the Jihad.  ████
stated his trip to the front lines took him first to Kabul and then
to the front lines at Bagram.  He explained he went to the front

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

2/24/2002          9

    lines at Bagram because this area allowed him to be in the front lines and still be relatively close to medical treatment for his ███████. ███████ stated he stayed in the front lines at Bagram until Ramadan (November 2001) when he went to Khost for about three weeks.  He advised the fighting was going very badly for the Taliban and the military was collapsing, so at this point and he decided to cross the border from Khost into Pakistan.  He explained he was captured by Pakistani authorities soon after he crossed the border.  He explained he was with a group of 31 men when he was captured.  He reported this group was a mix of Tunisians, Saudis, Yemenis, and others.  ███████ reiterated that he did not engage in any significant combat during the entire time that he was in the front lines.  He again characterized all of the fighting that he saw as being very sporadic fire from lengthy distances. ███████ stated he knew that the United States was fighting with the opposition against him because of the American air strikes. ███████ stressed that he was fighting against the Northern Alliance forces before the United States became involved in the war.  He stated it did not matter to him who his enemies were because he was fighting for his religion.  He advised he would fight against anyone, including his own brother, because the religious reasons were more important than the identity of his enemy.

    When asked, ███████ stated he did not have any significant contact with any westerners at any of the guest houses that he stayed in.  He indicated there may have been some British men at the Kabul guest house, but he was very uncertain of this.  He advised he only knew that there was at least one or maybe two men who were black who might have spoken English.  ███████ was either unable or unwilling to provide additional information about this topic.

    ███████ then reviewed photographic logs, which depicted each of the detainees at Camp X-ray, and also depicted other people of interest in the current efforts against international terrorism.  After reviewing the logs, ███████ did not provide any significant information about any individual depicted in the logs.  He was only able to identify a few individuals as having been imprisoned with him in Khandahar before he came to Cuba.

    Additional interviews of ███████ are planned.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
     Petitioner, )
)
v. )    Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
     Respondent. )

ISN ███ 302 6/19/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL
UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription        06/19/2002

On 6/18/2002, Special Agent ███████████ of the Federal Bureau of Investigation
(FBI) and Special Agent ███████████ of the Criminal Investigation Division (CID) contacted
████████████ Internment Serial Number (ISN) ████████ at Camp
Delta, Guantanamo Bay, Cuba. Also present during the interview was contract linguist
████████ in order to provide English to Arabic translation if needed. ████████████ was advised of
the identities of the interviewing agents and the purpose of the interview. He then provided the
following information:

████████████ is a twenty-seven year old Saudi Arabian national. He claims to have
been interviewed approximately fifteen times in Pakistan and Afghanistan by American authorities.
This is his initial interview at Camp Delta. He then provided the following personal background
information:



| | |
|---|---|
| Name: | ███████ |
| DOB: | ████ /4 █████████ |
| POB: | Jeddah, Saudi Arabia |
| Height: | 5'7" |
| Weight: | 150 pounds |
| Hair: | Black |
| Languages: | Arabic, English |
| Address: | ██████████████ |
| | ██████████████ (no street number). |
| Telephone: | ████████ (Jeddah, Saudi Arabia) |
| Employment: | None. |
| Military: | None. |
| Education: | B.S. in Science and Engineering, |
| | ████████ University, |
| | █████ Arizona, USA, |
| | (1998-2000). |
| | ████████ Community College, |
| | ██████ Arizona, USA, |
| | (1997-1998). |
| | King Faud University, |
| | Dammam, Saudi Arabia, |
| | (1992-1997). |
| Family: | |
| Father: | |
| Mother: | ████████████████ |
| Brother: | ██████████ 28 years old, |

6/18/2002        Guantanamo Bay, Cuba

                                 6/19/2002

SA ████████████        (FBI)
SA ████████████        (CID)

PROTECTED INFORMATION - FILED UNDER SEAL