FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

6/18/2002                    2

M.BA., works in Riyadh.

Sister:                                    24 years old,
          Computer Science student.

Sister:                                    22 years old,
          Accountant.

Sister:                                    18 years old,
          College student.

Sister:                                    16 years old

Brother:                                   14 years old.

████████ spoke English throughout the interview. He said he learned English in college in Saudi Arabia, but became fluent during his college years in the United States. He said both his father and brother ████ are also fluent in English. Both attended college in the United States. ████████'s father received a masters degree at ████████ University in 1974, and his brother graduated from the University ████ in 1997.

████████ arrived in the United States in 1997. He obtained a student visa and enrolled in ████ Community College in ████ Arizona. ████ said he picked this college based on the recommendation from a distant relative identified as ████████ (PH). ████ believes ████████ now lives in the ████ Oklahoma area.

After one year in ████ Community College, ████████ transferred to ████ University in ████ Arizona, where he studied from approximately 5/98 to 8/2000. There he obtained a Bachelor's Degree in Science and Engineering. ████████'s degree concentrated in Electrical Engineering as applied to aviation.

████████ stated there were no mosques in ████ so he would occasionally travel to the mosque at ████ University in ████ Arizona. However, he and his friends at ████████ University would usually pray at a classroom on the ████ campus. At these prayer meetings, he met an individual named ████████ (PH), a student from Lebanon. ████████ remembers ████████ because FBI Agents came to ask questions about him during the 2000 school year.

As ████████ claims to have told the FBI in previous interviews, ████ was only a casual acquaintance. He and other Arab speaking students at the university would often get together or stay in each others apartments, just out of comradery. ████████ knows that ████ once organized a demonstration on the ████ campus regarding war crimes against Moslem civilians in Chechnya. ████████ acknowledged he attended this demonstration at ████'s request, but he insisted this was a peaceful demonstration, conducted with the permission of university officials.

████████ advised he and ████ were only casual friends. ████████ stated he was a senior at ████ University while ████ was a freshman. He had no idea what ████████'s major was or what classes he attended. They did not have the same classes or go to school at the same times.

████████ claims he told FBI agents to the best of his knowledge, ████ was not affiliated with any extremist or fundamentalist groups. ████████ knew that ████ was

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

6/18/2002                3

affiliated with the AL-MUHAJIRUN (PH) organization, which is headquartered in
London, England. The goal of this group is the establishment of an Islamic state. However,
███████ said he believes this group wants to achieve its goal through peaceful and political means.

When ███████ finished his degree at ███████ University, he stayed in
Arizona and became a day trader in the stock market. He claims he was not employed with a
company, but made stock trades on his own. Using money sent to him by his parents in Saudi
Arabia, ███████ invested in the stock market. He still has two open accounts with Datek,
identifying the account numbers as ███████ and ███████ Unfortunately,
███████ lost a great deal of the money through investments that did not do well. He soon ran low
on funds, and had to return to Saudi Arabia.

Losing money sent to him by his parents put a great strain on their relationship. He
felt uncomfortable living in their home, and he said he wanted to earn money to pay his family back.
███████ had only $2000.00 left, so he decided to travel to Pakistan. ███████ explained
that in Pakistan, the cost of living is very low, and there are good schools where he could continue
his education and obtain his masters degree. He also considered getting into the clothing business,
buying leather cheaply in Pakistan and sending them to clothing manufacturers in Saudi Arabia.

In January, 2001, ███████ flew from Jeddah, Saudi Arabia to Karachi, Pakistan.
███████ picked Karachi because it was a large town and he thought there would be educational
opportunities for him there. He met a man in Karachi through the internet, known only as ███████
(PH). ███████ told ███████ he could help him get into a college in Pakistan, and that he
could stay in ███████ house while he waited. However, while he was living with ███████
███████'s laptop and check book were stolen. ███████ is sure ███████ was behind the theft.
He therefore decided to move out.

While living in Karachi, ███████ met an individual identified only as ███████
(LNU) at an internet cafe.. ███████ was an Arab from the Palestine/Jordan area. He offered to help
███████ find a new place to live in Pakistan. ███████ took ███████ to a house in
Faisalabad, Pakistan. He said there were a number of professional, educated people living in this
house, and that ███████ would feel comfortable there.

███████ did not own this house, but he did come by often. ███████ said
everyone living in this house were highly educated, professional people such as doctors, teachers,
engineers, etc. ███████ also met another person who stayed at this building periodically.
███████ only knew this individual as DAOUD (LNU). ███████ said he knew very little about
DAOUD, only that he would stay at this house every now and then.

About ten days after moving into the house, ███████ said a number of Pakistani
police came and arrested everyone inside, including ███████ There were a number of shots
fired during these arrests. One person was killed and several were wounded. ███████ and
eleven or twelve other people from house were arrested and taken to jail by the Pakistanis. This
incident occurred approximately three months ago (estimated March, 2002).

At the police station, ███████ was advised that he and the other people in the
building were arrested because of their possible association with the above mentioned DAOUD.
The police informed ███████ that DAOUD's real name was ABU ZUBAIDAH, a known
Islamic radical fundamentalist. ███████ stated he was shocked to hear this and said the person

FD-302a he knew as DAOUD "did not look and act like a fundamentalist". He said that living in the Middle East, he

Continuation of FD-302 of

On
, Page

6/18/2002                4

can usually tell a fundamentalist by the way they speak, their clothing, etc. ▆▆▆ said DAOUD did not give that indication.

▆▆▆ was taken to a jail in Lahore, Pakistan, where he remained for two days. He was then transferred to a prison in Islamabad, Pakistan where he was held for approximately two months. From Islamabad, he was transferred to the American prison in Bagram, Afghanistan for eighteen days, then to the U.S. prison in Kandahar for ten days. ▆▆▆ was then transferred to Camp Delta. ▆▆▆ said he has been interviewed a number of times by American Army representatives and FBI Agents in all these camps.

▆▆▆ insists he was not an associate of ABU ZUBAIDAH, nor did he have any knowledge of ABU ZUBAIDAH's background or affiliations with fundamentalist groups. He stated he has never received any military training. He has no affiliation with the Taliban or Al-Qaeda organizations, or any other terrorist groups in Pakistan, Afghanistan, Saudi Arabia, the United States, or any other country. ▆▆▆ cannot identify Taliban or Al-Qaeda members, training or storage facilities. He claims to have no knowledge of these groups' past or future operations, including the 9/11/2001 terrorist attacks in New York and Washington, DC.

▆▆▆ stated no individual or group has asked him to use his education or expertise in aviation engineering to help in any operation. He has not been asked to invest or transfer funds through his Datek accounts.

▆▆▆ repeated he traveled from Saudi Arabia to Pakistan for business and educational reasons. He had never been to Afghanistan until he was taken to prison there by the Americans. He said his passport will validate all the travel he has described in this interview. He claims his passport and his wallet containing all his identification were confiscated by the Pakistani authorities. ▆▆▆ claims to have never been arrested or under suspicion for any crime in Saudi Arabia.

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN ███ 302 10/19/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/19/2002

███████████ ███████████ Interment Serial Number (ISN)
██████ date of birth ██ 1974, place of birth Jeddah,
Saudi Arabia, was interviewed at Camp Delta, Naval Station Guantanamo
Bay, Cuba. Also present during the interview was Special Agent (SA)
███████████ Air Force Office of Special Investigations (AFOSI). The
interview was conducted in English with a translator on **standby**. After
being advised of the identity of the interviewing Agents and the purpose
of the interview, ███████████ provided the following information:

Upon being asked the first question, he initially stated that
everything investigators were interested in learning was already in
his file. However, after slight prodding by interviewing agents, the
questioning continued.

He was educated in Saudi Arabia and the United States,
receiving a degree from ███████████████████ University (██),
██████ Arizona. He spent the first five years of college in Saudi
Arabia before coming to the United States in 1997. He attended
Community College (██) for a short time first because a distant relative
(name not provided) of his was already going there.

Regarding his education, he advised that the Saudi Arabian
government pays for all expenses whether one goes to a college there
or elsewhere. In previous years, the government expected a citizen
to perform some kind of service to repay the college debt. However,
due to declining economics and high unemployment, the government now
does not require anything.

When asked why he went to Arizona in 1997 versus another U.S.
city (like New York or Washington, D.C.), he claimed that he had a
relative already residing in Arizona. ███████████ claimed that he had
not changed spiritually since 1997 even though he recalled initially
telling interrogators that he had been a partier. He now wished he
could take back those statements he previously made. Further, he
explained that "███████ was not always ███████; meaning that his
spirituality never changed but his actions did. He constantly struggled
with temptations which caused him to stray.

When asked why he is at Camp Delta, he responded that the
U.S. could not catch the big guys or UBL, therefore, they grabbed others,
including him. He knows he was in the wrong place at the wrong time
and he admitted to being with ABU ZABAYDA. However, the others he was

10/17-18/02    Guantanamo Bay, Cuba

███████████

10/19/2002

SA ███████████

PROTECTED INFORMATION - FILED UNDER SEAL

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/17-18/02      2

with at the Pakistan house were smart, professional people,
not terrorists.  In fact, he was in Pakistan to attend a college for
his Masters degree.  He further stated that he did not believe in
bloodshed.  When told that not all people fight, some give money to
fight, he did not respond.

When asked about conditions at Camp Delta, he responded that
the worst part is how staff members were treating detainees.  He
considered the guards to be a minor issue though because he understood
their psychology.  Other detainees know he (          is an educated
person; therefore they sometimes ask him for advice.  He recalled hearing
of another educated detainee (name unknown) while he (          was
on A-block.          spoke to this individual in English and discovered
he was an Aerospace Engineer who attained a master degree at ERAU.
He was moved to a new cell last night (O-block) and opined that this
was because he was thought to be a leader on A-block.

When asked if he considered himself to be a leader, he
responded that he is a self-confident, educated individual.  Furthermore,
while in college he took various classes in management.  However, he
was cautious not to vocalize his position as a leader with Athese
detainees®.  When asked to clarify, he explained that Athese® meant
members of AL QAEDA and/or TALIBAN.  He also explained that, unlike
him, most detainees do not understand the American culture.

When asked, he provided three things he enjoyed about the
United States (U.S.):  1) Power limitations because of the Democratic
form of government; no one group has all the decision-making power,
2) Everyone is accountable under the law and these laws apply to all
citizens regardless of their status, 3) People are more open-minded
and tolerant of different values and convictions.

Regarding the detainees, he opined there are varying degrees
of Islamic worship, practices and convictions among the Muslims.  He
preferred to associate with those who had strong fundamental beliefs.
While at ERAU, he also associated with similar individuals.  He
characterized murderers, gangsters and drug dealers as nasty people.

Regarding            he arrived in the United States
from the United Kingdom but was originally from Lebanon.
refused to say anything about        which would be considered negative.
He characterized            as over-enthusiastic and a noise-maker.
Moreover,        was quick to anger and excite; which he (
blamed on        =s young age (approximately 26 years old).  However,
       often enjoyed deep intellectual conversation with
       also had a bad reputation at the Islamic Community Center (ICC)
and they considered him to be a troublemaker.        was involved in
an organization committed to converting the entire world to Islam.
In        =s opinion,        =s biggest dilemma was residing in the
West while at the same time criticizing the West.  He felt that

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/17-18/02          3

should focus on cleaning his own house before attempting to clean the world=s.

Regarding █████████████████, he knew this individual to be a Yemeni pilot who attended aviation school in America. ████ did not consider him to be more than an associate. ████████ often recited the Koran during Islamic services and daily during Ramadan. ████████ was married with children, which led ████████ to deny any allegation of ████ =s position as a terrorist. Again, ████████ refused to make statements of a derogatory nature toward ██████████

Regarding ████████████ he characterized him as a fundamentalist who was attached to his beliefs. He requested to know if ████████ was still in custody. ████████ then became involved in a dialogue regarding the definition of fundamentalism. The Arabic word for fundamentals was said by ██████████ to be Ausooloi@.

He defined jihad as literally meaning "to strive or striving for Allah". These jihads may be individual, within oneself, or may be declared for a nation. He noted that many scholars are a part of making jihads in Saudi Arabia. A jihad can be accomplished by word, money or hand. Each individual may face various jihads during their life. For him, he has strived in finances (American stock market), in education, and in religion (converting others to Islam). His most difficult personal jihad has been becoming more submissive to God. When asked who would strive through the sword, he responded that there needed to be a community of followers before this could happen. He mentioned that ████████ is a good example of someone striving through protest. He would not comment on ████████████ or █████████████ strive. Moreover, when asked about the striving of the other highjackers, he commented that there was no use in answering these questions. However, he further advised it would be easy to say the victims were innocent people.

When asked, he opined that USAMA BIN LADEN (UBL) is considered a hero in the Arab world, but he would not give his personal views. The Arab people view UBL as the new ████████████ (phonetic), who fought against the Crusaders.

If the U.S. wants to fix the problems with the Arab world, the government representatives must review foreign policy. The U.S. must quit supporting Israel and pull military forces out of Saudi Arabia. With one speech in Saudi Arabia to call people to a jihad, a large group of people would line up to fight against the U.S. He refused to answer the question as to whether or not he would also be a fighter. During the presidential debates of 2000, channel 5 news in Phoenix, Arizona set up community cameras in various places around the city. ████████████ saw one of these devices in a Starbucks coffee shop and decided to answer a question about the greatest challenge for the new U.S. president. ████████████ claimed to have pushed the start button and

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

█████████████████████████████████                        10/17-18/02        4

provided an answer. His answer was that the greatest
challenge for the new president would be terrorism, terrorist acts and
UBL. Further, he made statements about his dissatisfaction with U.S.
foreign policy. Several of his friends later told him the whole segment
was televised on Channel 5 news. During the Afghanistan war with the
Russians, the Saudi Arabian government offered financial benefits to
Saudi citizens who fought there (NFI).

When asked, he defined 'Fatwa' was a religious decree made
by a priest or scholar giving legitimacy to or prohibiting a certain
act. These decrees are usually made pertaining to something not
addressed during the time of Mohammad. When asked about whether UBL
could declare a fatwa, he responded that this is appropriate because
of UBL's notoriety as a war hero and status as a wealthy Saudi. UBL
issued a fatwa to remove U.S. troops out of Saudi Arabia after the Saudi
government allowed them in during the gulf war. When asked how the
Saudi people view Americans, he, in turn asked for clarification as
to whether interviewers meant the people or the government. After
clarification, he proclaimed that the American people were viewed as
non-believers, in Arabic "Kuffar". Non-believers (non-Muslim) are
viewed as rejecters of Mohammad, which is sin to Muslims. █████████
particularly spoke of sins in America such as sexual promiscuity among
women and partying which are glamorized by the media.
████████████████ was then asked about his association with █████████
████████ and ████████████████, who were involved in the 11/99
plane incident in Cincinnati, Ohio. He claimed that this was a racial
incident and not terrorist related. He stated that these individuals
had been appropriately trained as to proper etiquette on board an
aircraft. Therefore, an airline employee was merely overreacting.
He further explained that the reaction to this incident was rational
paranoia. However, he guaranteed this incident was not related to the
9/11 attacks.

Regarding ████████████████, he knew █████ was involved in
fraud with baby formula. However, he initially felt ███████s business
dealings were legitimate. In fact, ████████████purchased approximately
10-12 cases of formula for █████because prices were cheaper in Prescott.
████████████████ was also a student of ERAU and was arrested with ████████

When asked if the term AL QAEDA ever came up among him and
his associates, he stated that he never knew the term before. He would
refer to these people as MUJAHADEEN and not AL QAEDA.

To █████████ the U.S. was just getting what they deserve
(attacks on 9/11) because of the current foreign policy. In fact, he
provided an Arabic saying, "The magic that you made is now working
against you."

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/17-18/02        5

When told that ████ and others told investigators that
████ went to an AL QAEDA training camp, he responded that they
were lies.  However, in response to prodding by SA ████ regarding
his attendance at this training, ████ responded that he could not
answer the question.  Moreover, ████ stated that before he could
answer SA ████ he would have to pray about it (the answer).  Based
upon ████'s non-verbal expressions, it was obvious he was hiding
the truth and could not legitimately back out of providing an answer.

████ was then asked about details of his capture.  He
was the first to be captured at the house in Pakistan when Pakistani
police arrived.  He recalled hearing gunfire coming from the second
floor although he was already blindfolded and secured.  It was
approximately 2:00 a.m. when the troops stormed the house.  An unknown
Syrian male was shot during the exchange of gunfire.

Regarding AL WAFA, he proclaimed that his only knowledge about
this organization was that it was a charity group unfamiliar to people
in Saudi Arabia.

At the conclusion of the interview, ████ attempted to
downplay the sincerity of the interviewing agents by characterizing
them as government pawns.  However, ████ agreed to speak again
with the same interviewing agents.

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) ) ) |
| v. | ) )    Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) ) |
| Respondent. | ) ) ) |

ISN ███ 302 10/21/2002

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/21/2002

Interment Serial Number (ISN)
███████████, date of birth ██████████ 1974. place of birth
Jeddah, Saudi Arabia, was interviewed at Camp Delta, Guantanamo
Bay, Cuba.  Also present during the interview was Special
Agent (SA) ████████████ Air Force Office of Special Investigations
(AFOSI).  After being advised of the identity of the interviewing
Agents and the purpose of the interview, ██████████ provided the
following information:

With regard to the question about his attendance at
terrorist training camps, which was left unanswered from the
previous interview, he was unable to answer this question.  When
pressed to answer, he advised, "It's in the notes".  While being
taken from his cell this morning, other detainees were mocking ████
████ and blaming him for cooperating with the U.S.  Therefore, he
was angry for being taken from his cell today.

In an effort to explain the differences between the
Islamic Cultural Center (ICC) and the Islamic Student Society
(ISS), he advised the following:

The ICC is the formal name for an Islamic Mosque where
people gather to pray in worship to Allah.  Many cities
have a Mosque and, to his knowledge, they are all
referred to as an ICC.  The ████ Mosque (ICC), which is
located near ████████ University, was built sometime
in the early 1980's.  Members for the most part are
citizens of ████ and ████, Arizona.  The ICC is funded
by private donations and rental income from an adjoining
building used by as a meat market.  Otherwise, he was not
certain of other funding.  The Saudi Arabian Embassy
provides free Korans, dates, and the like, but not money.
████████████ learned of this Mosque before coming to
████████ University ████ because he had a
relative already attending there (discussed in previous
interviews).  Most of the members of the ████ Mosque
were professional and well-respected members of the
community.  ████████████ (phonetic) was the Iman for
the ICC and prayers were held daily at the Mosque.
However, ████████████████ and ████████████████
████████ would assist in prayer worship, especially during

10/20/2002        Guantanamo Bay, Cuba

██████████████████

                                     10/21/2002

██████████████████████

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████████                          10/20/2002          2

Ramadan, because of their extensive knowledge of the
Koran and their nice voice for reading.  During Ramadan,
females and children also attended the Mosque, especially
on Friday.  Therefore, the Mosque was close to capacity
on those days.  Normally, ████████ and various friends,
especially ████████ would go to prayer in the evening.
They especially liked to go on Friday evenings.  There
were hundreds in attendance at the Mosque during prayer
time.  Besides the religious activity at the Mosque,
members would, at times, engage in business meetings
composed of board members.

Every Friday, following prayer, many of the Saudis would
decide on a place to gather for dinner and fellowship.  This
occurred every weekend or every other weekend.  ████████ called
this the Saudi club.  Some of the Saudis who were married would
often not attend, preferring to return to their families.  Some of
those who attended this gathering included: ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████ was a guard at the
Mosque for a time until the ICC fired him for an unknown reason.
████ was famous as a war hero in Chechnya and had lost a leg in
the war.  ████ was particularly close to ████████. ████████ never
attended the Saudi club gatherings or ICC prayer meetings. ████,
in spite of his historical problems at the ICC, was more accepted
at the gatherings of the Saudi Club.

The ISS was formed by ████████ and ████ in order to
provide a place for prayer at ████.  They formed the ISS
at the direction of an ████ advisor who was encouraging
students to form clubs which would add to ████ cultural
diversity.  This same advisor provided a list of all ████
Muslims to ████.  ████ first became interested in
the idea when he found a note on his campus mailbox.  The
message was authored by ████.  ████ chaired the first
meeting and it was at this time that those present signed
the ████ paperwork making it an official club.  ████
decided to make ████████ the leader of this club.  The
ISS was assigned a designated room in the student center
where Muslims could go and pray throughout the day.
There were approximately 10 to 15 student members of the
ISS.  The common name for the ISS was the Muslim Club and
there were never any expenditures.  ████ was more
active than anyone with this club.  He (████ set up
and manned stalls around the campus in order to recruit
people for the club and for Islam.  ████ handed out
Islamic religious material and other information at the
stall.

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/20/2002          3

Regarding ██████████████████, they first met while
████████ was attending college in ████████, Arizona.  They were
introduced by a mutual friend, ████████.  ████████ was attending
the University ████ ████ in ████████ Arizona at the time.  ████
visited ████████ at the ████████ Mosque and attended the
Saudi club with him there.

Other than the ICC in ████████ Arizona, ████████ also
visited the Mosques in ████ and ████ Arizona.  The ████ Mosque
was located on the second floor of a fitness center (NFL) while the
████████ Mosque was located North of Interstate ████ in ████████
Arizona.  ████████ sometimes went with him.

When asked, he defined the Arabic term 'Marua' as meaning
honor, courage and the like.  To further define the term, he stated
that not having 'marua' would be like someone saying "You're not a
man".

When asked, he defined the Arabic term 'Itjihad' as a
legal term somewhat related to the Arabic word 'Fatwa'.  Itjihad is
the process by which scholars release a fatwa.  The scholar strives
within as he reaches a decision about a topic.  Furthermore, the
ICC or Mosque could issue insignificant fatwas.  The example he
used was one in which the ICC in ████ decided to remove a physical
barricade normally placed between men and women during prayer.

In his opinion, Usama Bin Laden (UBL) had the authority
to issue a fatwa in direct opposition to Saudi Arabian scholars.
However, he was not clear as to why UBL had this authority.

████████████ denied that he ever had plans to return to the
U.S. after departing for Saudi Arabia in August 2000.  His Visa and
scholarship remained open at ████.  In fact, at one point he
considered continuing his education at ████ for a Masters degree.
However, ████████ offered that his father was having heart
problems at the time and he felt that he needed to be in Saudi
Arabia with his family.

When asked, he acknowledged sending an email request to
████████ requesting a list of ten electrical engineering companies in
the U.S.  He opined that this occurred after he lost a significant
amount of money in the U.S. stock market.  He needed a job in order
to pay back his parents for the lost money.

He could not deny the possibility that he submitted a job
application to Boeing Corporation sometime in the beginning of
2001.  He explained that he could have heard about Boeing from a
████████ campus recruiter or he may have visited Boeing's website.
While visiting the website he may have submitted a CV (Curriculum

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████████                    10/20/2002          4

        Vitae) or résumé to them.  However, he never received a
job offer from Boeing.

        Regarding his request for ████████ to forward a laptop and
diploma to him, he confirmed that this did occur but would provide
no further details.

        He did not feel that ████████ belonged to a terrorist
organization.  When asked, he denied having a commitment to protect
████████

        ████████████ refused to answer specific questions related to
his terrorist training or membership in the AL QAEDA.  When asked
these questions, he constantly instructed interviewing agents to
review the notes (previous interviews).  Moreover, he avowed that
all these questions had already been asked and he has answered them
before.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

       Petitioner,

v.

ROBERT GATES,

       Respondent.

Civil Action No. 08-1360 (RWR)

ISN ███ 302 1/10/2003

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on                          at
File #
by                                        Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

01/10/2003

ISN# ███████████, born on
███████████ in Jiddah, Saudi Arabia, was interviewed at Camp
Delta, Guantanamo Bay, Cuba, by Special Agent (SA) ███████████
United States Air Force Office of Special Investigations (OSI) and
███████████ Federal Bureau of Investigation (FBI). After
being advised of the identities of the interviewers and the purpose
of the interview, conducted on January 10, 2003, ███████ provided
the following information:

The interview began with discussions concerning the
interviewer's use of their first names. ███████████ believed that the
names being used by the interviewers were false. ███████ stated
he would falsify his name if he was in the position of the
interviewers, justifying his intention as a matter of personal
security. When assured that the interviewers were using their
actual first names, ███████████ strongly advised against the
practice, stating the interviewers were closely associated with the
government, the related terrorist investigations, and the
detainee's continued confinement at Camp Delta. As such, the
interviewer's personal safety may be jeopardized. To exemplify his
point, ███████ related a story he had heard concerning the attack
on a Saudi Arabian interrogator. According to ███████ the
government agent was attacked with hydrochloric acid as retribution
for conducting interviews.

███████████ provided this advice, not as a threat, but as
an example of why, if the roles were reversed, he would choose to
provide a false name to the prisoners he came in contact with.
Further, ███████ stated he had provided false identifiers to
other prisoners at Camp Delta after he realized he was "too open"
with other prisoners while jailed in Pakistan. ███████ remains
cautious when dealing with detainees he does not know well; his
stance motivated by a desire to preserve his present and future
personal security and to guard against spies and "hypocrites."

███████████ believes spies were used in the Taliban prisons
and that there are "five or six" spies currently housed at Camp
Delta. ███████ represented this opinion as rumor and did not
support his theory with specifics. According to ███████
hypocrites are worse than spies or non-believers and have the
potential to do more damage than a spy. ███████ defended his

01/10/2003     Guantanamo Bay, Cuba



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

01/10/2003          2

statement by saying "An open enemy is better than a
sneaky friend."

██████████'s self-described openness and proclivity to
meet with interviewers have caused him to be accused of cooperating
with the Americans. ██████ states these accusations have been
exacerbated by the fact that he has aided others who were labeled
as spies or hypocrites. As an example, ██████ recalled an
incident approximately four months ago in which an Iraqi detainee
had voiced anti-USAMA BIN LADEN (UBL) related views during a fit of
frustration and therefore, became the target of detainee suspicion.
██████ identified the outburst as more the result of
temper than true anti-BIN LADEN sentiment and offered the man his
sympathy and support in an effort to preserve a Muslim brother's
faith.

Regarding the labels that are sometimes associated with
him, ██████ states he will not ask detainees a lot of questions
unless he knows them well, he chooses his words carefully and uses
his reasoning skills to calm detainee fears, navigate through
potential suspicions, and place people at ease.

The discussions continued with ██████'s reference to
UBL's skills at placing various people at ease. Specifically, ██
██████ stated UBL could go to Riyadh and speak like someone from
Riyadh, go to Jiddah and speak like someone from Jiddah, and go to
Yemen and speak like someone from Yemen, that UBL can "speak just
like them." ██████ continued by saying UBL can makes them
(people of other lands) comfortable because he is charismatic.

When interviewers observed that UBL's social prowess
could be used to benefit impoverished countries, ██████ agreed
and added that UBL's family status, with regard to financial
potential, could further help various nations, particularly Saudi
Arabia. ██████ explained that UBL's path regarding his jihad was
determined through his (UBL's) experiences regarding Afghanistan's
conflict with the Soviet Union and has been further advertised
through speeches throughout the Middle East and Saudi Arabia.

At this point, ██████ commented on the interviewer's
note taking. Once assured that making notations was a routine part
of the interview process, ██████ segued to a discussion
concerning his belief that the interviewers are gathering their
opinions of him through words and ignoring sources of physical
evidence, fingerprints for example. ██████ stated he should not
have to tell the FBI how to do its job, that he had been accused of
working with "circuitry," and that his contact with electronic
components could be proven through fingerprint examinations. When
interviewers explained that the mechanics of obtaining fingerprints
from surfaces associated with some electronics made viable
comparisons unlikely, ██████ remained skeptical, asserting that

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

01/10/2003          3

American resources should have been able to find physical evidence that would prove of disprove his association with electronics.

█████████ continued with his recollection of the night he was arrested in Faisalabad, Pakistan, saying the Americans were at the house within one hour of his arrest. As a result, he questioned the belief that his detention was based simply on an association with ABU ZABAIDAH.

Interviewers reminded █████████ that his activities prior to and during his stay in ZABAIDAH's house were corroborated by several people and that he (█████████) must assist interviewers in identifying plausible, truthful explanations. In response, █████ acknowledged the existence of damning statements against him, including ZABAIDAH's statements, evidence derived from pocket trash, and the presence of fake passports within ZABAIDAH's house. In addition, █████████ recalls the fifteen minute period between the time the occupants of ZABAIDAH's house realized the Pakistani police had surrounded the house and the time entry was made. During that period, the home's occupants hid the aforementioned passports and "concocted" stories to tell the police.

Then, █████████ made reference to accusatory statements made by █████████ . █████████ stated he has been accused of helping █████████ with his bayat (pledge) to UBL, but that he only knows █████ from their time in prison together. █████████ recalled a time when prison guards referred to him as "Arizona" and █████ as "UK." The two were placed in a room together at one point and left alone. █████████ believes it is █████████ who is twisting the situation in order to gain favor with interviewers. Further, █████████ questioned the credibility of ZABAIDAH's statements and asked if interviewers considered the information accurate. Despite being assured that ZABAIDAH's statements are being corroborated, █████████ continued to question the "thoroughness and accuracy" of ZABAIDAH's statements.

At this point, █████████ leaned forward, placing his elbows on his knees, and stated his belief that it is the interviewers who make the determinations concerning the truthfulness of his statements. █████████ was assured that his assessment was true and that testimonial evidence and physical evidence formed the nexus of the interviewer's opinions. █████████ was reminded that interviewers had learned that ABU ZABAIDAH was tasking people who were staying at his house with specific assignments which included the purchase of materials; that various levels of trust were communicated to some of those he (█████████) had been arrested with. █████████ recalled the "trust" issues from previous interviews and opined that the fact he was not trusted should shine favorably on him.

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

01/10/2003          4

█████████ acknowledged teaching English to others within
ZABAIDAH's house and knows that these efforts could be interpreted
as providing assistance to terrorists. █████████ remembered when
the Pakistani police arrived to raid ZABAIDAH's house; that several
people fled to the roof and were beaten or shot by police after
they threatened to detonate a bomb and then fought the police with
bare hands. In contrast, █████████ did not resist arrest despite
his assessment that the Pakistani officers were obviously scared
due to the recent murder of several Pakistani soldiers following an
operation in Tora Bora. When asked if █████████████████████████████
██████████████████████ had fled to the roof also, ████████████
█████████ stated he did not recall.

█████████ acknowledged knowing UBL and admitted to
providing his (█████████'s) telephone number to other prisoners
while jailed in Pakistan, stating "these are things that can really
harm me." █████████ claimed to "open his chest," to be honest with
interviewers. Further, █████████ asked interviewers if continued
detention would occur if a determination was made that a prisoner
was not guilty but posed a potential threat if released. █████████
believes it is his association with ZABAIDAH that may influence his
placement within this category and asked the interviewers for their
opinion.

Hypothetically, interviewers theorized that those who
were not prosecuted may be released to their host countries and
subsequently monitored by that country's law enforcement service.

█████████ asked the interviewers how they would react if,
years from now, he were to meet them on the street while he was
being monitored; would the interviewers sit with him for coffee?
Assured that they would, █████████ grinned.

Discussions continued concerning the investigative
processes of determining truth relative to an investigation.
Following an extensive explanation that included assurances that
testimonial evidence is sought from a variety of sources to
corroborate its veracity and that physical evidence, to include
banking and various other business records, are considered, ██████
█████████ pledged to assist investigators in determining the truth,
going so far as to state he would sign any consent forms which
would allow access to his records. Specifically, █████████ was put
on notice that this effort, a careful review of the statements and
evidence relating to his associations with ZABAIDAH and █████████
would include the definition of specific time frames for which
specific details and explanations would be required in order for
the interviewers and █████████ to reach a truthful consensus.

PROTECTED INFORMATION - FILED UNDER SEAL

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 08-1360 (RWR) |
| v. ) | |
| ) | |
| ROBERT GATES, ) | |
| ) | |
| Respondent. ) | |

ISN █████ 302 4/15/2003

SECRET//NOFORN



FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

04/15/2003——

███████████████, ISN# ██████████ date of birth
(DOB) ██████████, 1974, in Jeddah, Saudi Arabia, was interviewed at
Camp Delta, Guantanamo Bay (GTMO), Cuba, by Special Agents ██████████
██████ Federal Bureau of Investigation (FBI), and ██████████ United
States Air Force Office of Special Investigations (OSI). After being
advised of the identities of the interviewers and the purpose of the
interview, ██████████ provided the following information:

        In August 2001, ██████████ left Jeddah by bus for Dubai, UAE.
██████ was in Dubai 10 to 12 hours. He then flew to Karachi, Pakistan
by an unknown airlines. After arriving in Karachi he went to motel
Dubai. ██████████ was referred to this hotel by someone on the airplane.
The motel was cheap and nasty. He only stayed at the hotel one day.
██████████ later found out motel Dubai was called "the terrorists hotel".
██████ then moved to another hotel (NFI) near motel Dubai. He stayed
in this hotel approximately 10 days.

        While staying at the second hotel, ██████████ would visit an
on-line chat room. While on-line, ██████████ met ██████ (phonetic).
██████████ told ██████████ he had seen his screen name before on-line,
but ██████ is not sure ██████ was telling the truth. ██████████
had never talked to ██████ before in Saudi Arabia. The second time
██████ spoke on-line with ██████, ██████████ obtained directions to
the Internet Café, and he came to the café to meet ██████.

        ██████████ told ██████ he was looking for a place to live,
and ██████ offered his parents house in Karachi. ██████████ stayed
with ██████ from September 2001 through February 2002. During this
time ██████ never saw ██████'s parents. ██████ charged ██████
a lot of money for food and rent, approximately 600 Rupees ($100 USD)
a month. This price was very expensive in Pakistan. When ██████'s
money ran out ██████ became mean. ██████ would not allow ██████
to use the Internet. Since ██████ would not let ██████ use the
Internet, ██████████ would go to a local Internet Café near ██████'s
house.

        ██████████ believes ██████ stole his ██████ laptop, two
Datek checkbooks, one AL Rajhi checkbook, an ██████████ certificate,
transcripts and catalog. Also stolen was a small bag of clothing and
toiletries. The items were stolen around Ramadan 2001. All of the
items, except the clothing, were in the laptop bag. The clothing was


        04/15/2003      Guantanamo Bay, Cuba


SA ██████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

04/15/2003          2

in a separate bag. ████ did not report the stolen items to the police because it would not help in Pakistan.

While visiting the Internet Café near ████'s house, ████ met ████ ████ knows this is false name, but does not know ████'s real name. At the café ████ and ████ talked about Saudi Arabia. ████ told him (████) about his problems with ████. ████ told ████ not to worry because he was an engineer, educated in the United States. ████ told him he could get ████ a job. ████ also knew the Dean of Admissions at Agricultural University in Faisalibad. This university taught medicine, business and possibly chemical engineering.

████ left with ████ for Faisalibad the same day he met him because he thought ████ would be kicking him (████) out soon. Also traveling with ████ and ████ was ████ (phonetic). ████ drove and did not speak English very well. During the 20 hour drive from Karachi to Faisalibad ████ slept a lot, and they (████ and ████) spoke about politics, religion, news, school and money. ████ described ████ as very intellectual, articulate, nice and educated. During their conversations, ████ was critical about the United States foreign policy. ████ also stated ████ knew his views on United States foreign policy before they left for Faisalibad. When ████ stated his views, ████ did not normally comment, but simply agreed with ████.

████ told ████ he was out of money and wanted to work on obtaining his masters degree. ████ and ████ also spoke about forming a business together selling various commodities in Saudi Arabia, after ████ obtained his masters degree.

After traveling to Faisalibad with ████, ████ was taken to the house where he was later captured. Upon arriving, ████ introduced ████ to ████ the doctor who was killed during the arrests on March 28, 2002. ████ and ████ would hang out quite a bit at the house. After arriving at the house ████ saw ████ two or three times. The last time he saw ████, he told ████ everything had been approved at the university.

████ also told ████ "it was wrong to kill innocents, and it was bringing a bad view on Muslims."

Looking back, ████ believes the people in the house did not show their true feelings. ████ also said, "If I said many United States people do not have anything to do with United States foreign policy, the people in the house would remain silent."

PROTECTED INFORMATION -- FILED UNDER SEAL



FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page                                                          04/15/2003        3

███████ advised it appeared ███████ ran the house, not Abu
Zubaidah." ███████ also said, "It is not right for people to grow
beards and do what they do and use their religion to hide behind."

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN ███ 302 11/5/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on                          at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

11/05/2002

               , also known as (a.k.a.) �the
Internment Serial Number (ISN) ▬▬▬ was interviewed during
a two day period at Camp Delta, Guantanamo Bay, Cuba. Also present
during the interview was Special Agent (SA) ▬▬▬ Air Force
Office of Special Investigations (AFOSI) and ▬▬▬ acting as
English/Arabic translator. After being advised of the purpose of the
interview, ▬▬▬ provided the following information:

    Initially, he pontificated his dissatisfaction about
continuing to provide the same information over and over again. He
insisted that he has been forthright and truthful throughout his
internment at Guantanamo Bay, Cuba. Moreover, he could add nothing
to what had already been recorded from previous interviews and opined
that it had been almost 45 days since he spoke with any interviewers.
However, after explanations of the necessity of the information
requested of him today, ▬▬▬ agreed to answer questions. It was
his opinion that if he told big lies he would be left alone; however,
if he told the truth, which he claimed was unimportant information,
interviewers would keep coming back. During the remaining interview
time, ▬▬▬ would often say that the information being sought was
already in the file.

    He recognized a photograph of ▬▬▬, whom he knew as
▬▬▬ at the guesthouse where they were captured. He claimed to be
unfamiliar with the type of training ▬▬▬ aka ▬▬▬ was receiving
at the guesthouse. In fact, he claimed not to know what was transpiring
at the guesthouse during the time he stayed there. Furthermore, the
accusation that he (▬▬▬ was assigned to train ▬▬▬ and
another individual in explosives was false.

**Faisalabad Safehouse**

    He arrived at the safehouse only ten days prior to his capture.
He was told by ▬▬▬ (last name unknown) (NFI), whom he
identified in a previous interview, to go to this safehouse. Again,
he explained that this information was previously exploited by
interviewers. He had already been moving around from house to house
in various other places in Pakistan before arriving at this location.
He denied ever providing explosives training to anyone while at the

    11/04-11/05/02   Guantanamo Bay, Cuba

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

11/04/2002        2

      house, nor was he ever asked to provide this instruction.
He was never considered to be a teacher to anyone and this, he advised,
had been verified.  When confronted with information about what other
Muslim detainees were saying about his role, he responded that they
were liars.  He did not have a response to an observation that most
people at the safehouse were educated individuals while he had only
completed high school.  During the ten days he was there he claimed
to have passed the time by eating and drinking.  He had casual
conversations with other occupants of the safehouse but nothing more.
He did not consider anyone at the house to be violent or dangerous.
He claimed to be a simple man with simple thoughts and did not constantly
observe the things going on around him.

## AFGHANISTAN TRAINING CAMP

      While at this camp,  ████████  received training in mines and
other weapons.  He opined that Westerners think that anyone who goes
to a training camp is a terrorist but this is not true.  He went to
this training to fight the war in Chechnya.

      When asked if he knew of any pending terrorist acts against
the U.S. or U.S. interests, he explained that nothing was going on.
When further pressed about a clearer answer, he became defensive and,
according to the translator, answered in broken sentences.

      When asked about the conditions at Camp Delta, he explained
that some guards are nice and some not so nice (NFI).  He proudly asserted
he and other detainees are learning from their captors (guards and
interviewers).  Additionally, he stated they are learning the techniques
which are being used against them during the interviews.

      On the second day of the interview,  ████████  would not answer
additional questions even though he agreed to continue from the prior
one.  This part of the interview was terminated with negative results.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,               )
                           )
            Petitioner,    )
                           )
      v.                   )          Civil Action No. 08-1360 (RWR)
                           )
ROBERT GATES,              )
                           )
            Respondent.    )
                           )

ISN ██ 302 8/6/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

### FEDERAL BUREAU OF INVESTIGATION

Date of

transcription

Investigation on                              at

File #

by

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to

your agency; it and its contents are not to be distributed outside your agency.

08/06/2002

On 08/05/2002 ████████████████████, was interviewed at
Guantanamo Bay, Cuba by Special Agent (SA) ████████████ of the
Criminal Investigation Command (CID). Also present for the
interview was contract linguist ██████████████
██████████████ The interview was conducted in Arabic and
translated into English. Present during portions of the interview
was SA ████████████ of the Federal Bureau of Investigation (FBI).
All words herein are spelled phonetically. After being advised of
the nature of the interview and the identity of the interviewing
agentx, ████████ provided the following information:

████████ a Saudi Arabian citizen was born in approximately
1977 in Tabuk, Saudi Arabia, (Azzain-Cadina neighborhood), which is
where he spent the first 12 years of his life. In about 1990, ████
████ moved with his family to Riyadh, Saudi Arabia and resided
in the Ar Rawdah neighborhood. Just prior to ████████████'S
detention, he resided with his wife, ████████ on Ibn Shaheen in the
Ar Rawidah neighborhood. Their home telephone number was █████████.
████████ attended the Khaled Bin Alwalid Mosque in his
neighborhood. ████████ does not have any children. ████████
graduated from the King Fahd High School in Riyadh and attended
the King Saud University, Riyadh. ████████ completed a five year
program and attained a Bachelor's degree in ████████████ ████████
████ graduated from college in
████. ████████ worked as a high voltage electrician in the
Operations Section of the Saudi Arabian Electric Company, Riyadh.
████ has not received any other specialized technical
training. Since ████████'S detention, his wife moved in with her
father, ████████████ ████████████, who resides in ████████████.

████████ S father is ████████ ████████ who resides in
Riyadh, Saudi Arabia, is about 70 years old and deals with real
estate. ████████ has 13 brothers, all of whom reside in Riyadh.
All of the brothers are identified as follows: ████████ teacher, 36
years old; ████████ chemical engineer, 35 years ████████ chemical
engineer, 34 years; ████████ electrical engineer, 31 years;
████████ chemical engineer, 29 years; ████████ petroleum engineer,
27 years; ████████ computer technician, 25 years; ████████ college
teacher, 23 years; ████████ computer instructor, 23 years; ████,

8/5/02        Guantanamo Bay, Cuba

████████████████████

8/6/02

████████████████████

FD-302 (Rev. 10-6-95)

### FEDERAL BUREAU OF INVESTIGATION

Date of
transcription

Investigation on        at

File #

by        Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

student, 21 years ████████ student, 15 years ████████
student, 9 years.

████████████, a known associate of Al Qaida, was shown the ████
███ photographic book dated 12 Jun 02 and identified the following
photographs: A003a- DAUD ████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████ also recognized the following photo's from
the same photographic book: ████████████ who were of the same
person whom ████████████ recognized from Muzuristan, Pakistan.
████████ also recognized ████████ as a "famous face" who appeared in
the newspapers after the September 11, 2001 terrorist attacks.

Around October 2001, after learning of the September 11
terrorist attacks, ████████████ desired to help his Muslim brothers
fight against the Americans. ████████████ believed the Americans
were coming to Afghanistan (AF) on a crusade of Christainity
against the Taliban and Muslims. ████████████ met ████████████ at a
coffee shop in Riyadh and obtained the cellular telephone number of
an individual in Iran who would assist ████████ in joining Al
Qaida. ████████ did not recall the cellular telephone number.

████████████ flew via Saudi Air from Riyadh to Damascus, Syria,
where he remained for two days. ████████████ then flew via Tehrani
Air to Tehran where he delayed his travel for a week because of a
Shiite holiday. ████████████ paid for his airfare with his own cash.
████████ hired a car and driver and drove to Mashhad, Iran.
From Mashhad, ████████ contacted the individual at the cellular
number earlier provided by ████████████ The individual took ██
████████ to a guest house in Mashhad where he stayed for about a
week with some other Arabs. The Arabs then moved to a different
house in Mashhad that had better security. The group of Arabs
rented the entire third and fourth floors of the guest house. ██
████████ stayed in Mashhad for about one month.

In early to mid November 2001, ████████ traveled from Mashhad
to Zabol, where he stayed for two days; then passed through Nimroz,
AF and Kandahar then went to Kabol, AF where he remained for about
a week. ████████ then moved through Jabal Saber, through Logar
where he stayed for about one day and then went on to Khost for
about 45 days. ████████████ believed he was protecting the children

     8/5/02      Guantanamo Bay, Cuba

████████████████████      8/6/02

██████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page ███████████████████████████                    8/5/02                    3

       of the city by remaining in the mountains, thus attracting the
Americans to the mountains rather than the city. ███████████████
departed Khost and traveled to Zurmut where he stayed for a month;
then to Waziristan, PK; to Banu, where he stayed for two weeks; and
on to Lahore, where he remained for six weeks.

       ████████████ attended a ten day military training camp north of
Kabul.  At the Kabul camp, █████████ trained on the Kalishnakav
machine gun, pistols, grenades and conducted physical training
exercises.  The camp facility was comprised of abandoned houses.
The leader of the camp was ███████████ (Yemini) and ███████████S
primary trainer was ███████████ (Yemini).  ███████████ also
trained at a camp in Faisalabad, PK.  The Faisalabad training
focused on the use and manufacture of electronic detonation
devices.  ███████████'S ultimate goal was to go with DOUD to
Palistan to train others on the manufacture and use of electronic
bomb detonators.  ███████████ said the electronic bombs were to be
used against the American soldiers.

       Prior to the September 11, attacks, ███████████ claimed he was
unaware of the existence of Al-Qaida.  When ███████████ initially
learned of the September 11 attacks, he suspected UBL or the Jewish
people were responsible for planning and executing the attacks.
███████████ claimed no prior knowledge or responsibility for the
terrorist attacks against the Americans.  ███████████ believed that
if UBL were responsible for the attacks, UBL would have to answer
to a higher power for what occurred.

       ███████████ said he did not know any Americans living in AF, nor
had he ever traveled to America.  ███████████ said he knows ███████
who had studied Aeronautical Engineering at the University of
Arizona.  ███████████ said he knows a Mexican man who uses the name
███████████ said he used computers during his travels to
contact his family.  He was aware there were secret codes and
symbols being used by Al-Qaida, but he never learned or used them.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN,<br><br>       Petitioner,<br><br>      v.<br><br>ROBERT GATES,<br><br>       Respondent. | Civil Action No. 08-1360 (RWR) |

ISN ▉ 302 9/11/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on                          at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

09/11/2002

████████████ was interviewed 09/11/2002 at Camp Delta,
Guantanamo Bay, Cuba by FBI ████████████████████.
Civilian Language Specialist ████████ provided contemporaneous
Arabic/English translation. ████████ stated he ate his noon meal
prior to the initiation of the interview. ████████ voluntarily
provided the following information:

████████ was born in 1977 in Tabuk, Saudi Arabia (SA).
He obtained a Bachelors degree in Electrical Engineering from Saud
University located in Riyadh, SA. ████████ worked for seven (7) months
as an electrical engineer before he left to join the Mujahadin in
Afghanistan (AF) as a fighter. ████████ believed participating in
the Jihad was his holy duty as a Muslim. ████████ had originally
planned on joining the Mujahadin in Chechnya to fight the Russians but
changed his mind following the events of 09/11/2001. ████████ stated
President Bush received the blessing for a Muslim/Christian Holy War
from the Catholic Pope. ████████ was further convinced it was a
Muslim/Christian Holy War when President Bush referred to the American
involvement in AF as a "Crusade". At that point, ████████ made the
decision to go to AF and fight the Northern Alliance and the American
Forces.

████████ left SA in September of 2001 to begin his personal
Jihad. He flew from SA to Syria, then from Syria to Iran. ████████
then traveled to an Afghan city near the Iranian border known as Nomuz
(phonetic). After approximately three (3)weeks, ████████ went to
Kandahar, from Kandahar to Kabul and from Kabul to an unidentified
training camp located north of Kabul. The training camp was newly
established but featured old, abandoned homes that the trainees used
for a variety of purposes.

████████ was then shown a map of known training camps in
AF. He immediately counted the camps and was observed studying the
locations of each. ████████ was asked if he recognized the names
or locations of any of the camps, he replied he did not. The map was
then removed from ████████'s hands but he continued to look at it
until it was placed out of view. ████████ then asked what news there
was of GULBUDDIN HEKMATYAR and his troops. ████████ was asked why
he was so concerned about HEKMATYAR. ████████ responded that if he
ever left the prison camp, he would return immediately to AF and fight

09/11/2002        Guantanamo Bay, Cuba

████████████                                    09/11/2002

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

09/11/2002          2

with HEKMATYAR against the Americans.  He was advised
HEKMATYAR's troops had been pushed out of AF and the current status
of HEKMATYAR was unknown. ██████████ was very interested in the current
political and military situation in AF and followed up with several
more questions.

████████ stated he received theoretical training in the
pistol, Kalashnikov Rifle, hand grenades, artillery and the PK Machine
Gun. ████████ actually fired the PK machine gun and AK47 on a 200
meter target range at square targets posted on the sides of abandoned
buildings.  The ten (10) day basic military training also included
physical conditioning but did not include training in the use of
communications gear. ████████ said the basic training was only a
foundation for additional training the Mujahadin recruits would receive.
He was disappointed and somewhat disillusioned with the lack of
professionalism he observed while at the training camp.

████████ stated he left the training camp and headed for
Faisalabad, PK at the completion of his training.  He traveled with
a group of men comprised primarily of Arabs. ████████ said he did
not know if the men were Taliban or Al-Qaeda and did not provide an
estimate for the number of men in the group.  The group was led by a
Pakistani man and passed through several Afghan villages on their way
to Lahore, PK ultimately arriving in Faisalabad.  A few men joined the
group when they passed through Lahore. ████████ believes
████████, GTMO ISN ████████, known to ████████ as ████████
was already at the safe house upon his arrival.  ZINE ABIDIN ABU ZUBEIDA,
known to ████████ as DAUD arrived approximately ten (10) days later.
████████ stated he was in PK illegally and was waiting at the safe
house for permission from the PK Government to leave.

One (1) Egyptian man and one (1) Syrian man accompanied
████████ to the safe house in Faisalabad but they did not stay.  The
Pakistani guide that had brought ████████ to the safe house also
introduced him to ABU ZUBEIDA when ZUBEIDA arrived.  Shortly after ABU
ZUBEIDA arrived, the men were all arrested. ████████ estimated there
were between five (5) and eight (8) Arab men staying at the safe house
when he was arrested.

████████ was shown a ███ photo book and identified photo
A030a ZINE ABIDIN ABU ZUBEIDA as DAUD. ████████
████████ stated he knew
all three (3) men from the safe house they were arrested at. ████████
also identified ████████ as ████████ a man who had come to Faisalabad to
receive medical treatment for his severely injured hand.  SHAFIQ was
a trainer at a camp and had knowledge of bomb making.

████████ stated he was honored to have been arrested with
DAUD, aka ABU ZUBEIDA and the other men at the safe house.  When told
the men had identified him as an electronics expert and bomb maker he
said "Bring them to me and I will spit on them." ████████ was then

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

██████████████████████████                          09/11/2002        3

reminded that he himself had provided statements which
corroborated what his associates said of him. ████████ proceeded
to recant his earlier statements and denied any involvement with
Al-Qaeda, other terrorist organizations or bomb making.

████████████ advised he felt his personal Jihad would be
successful if he could walk up to his enemy with a hand grenade, pull
the pin and kill both himself and his enemy. ██████████ also expressed
a desire to kill the President of Afghanistan, Hamid Karzi and King
Fahad of Saudi Arabia. This was his duty because "They were Americans."

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN ███ 302 9/15/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription
Investigation on                    at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to

your agency; it and its contents are not to be distributed outside your agency.

Date dictated

09/15/2002

███████████ Internment Serial Number
██████████ was interviewed at Guantanamo Bay, Cuba by SA
████ and SA ████████████ with Civilian Language Specialist█
███ providing contemporaneous Arabic/English translation.
██████ advised he was fasting for the day and prayed prior to his
interview. █████████ voluntarily provided the following
information:

███████████ advised that he purposely created a minor
disturbance in his cellblock. █████████ stated he intentionally
threw water in the face of a Military Police Officer in order to be
placed in the prisoner isolation cellblock. █████████ stated he
wanted to be placed in isolation so he could study the Koran.

███████████ traveled from Saudi Arabia (SA) to Afghanistan
(AF), via Iran. █████████ was traveling to AF to be trained with
weapons and fight, answering a call for Jihad (Holy War) against
the Northern Alliance. █████████ stayed in Iran for several days,
exchanging Saudi Riyals for U.S. dollars, buying food, clothing and
luggage before leaving for AF. █████████ stated terrorist
training within SA was prohibited by the government.

███████████ arrived at a training camp located north of
Kabul. █████████ advised that the camp provided all his essential
needs from clothing, food, bedding and other amenities. According
to ████████, there were approximately 40 other trainees attending
the camp at the same time. █████████'S training was supposed to
last 45 days, however his training was condensed to 10 days,
focusing primarily on weapons instruction. ███████████ identified
the leader of the training camp as █████████. █████████ stated
that ████ was rarely seen during his training.

███████████ described a typical day during the training
camp. At sunrise, the trainees would conduct their morning
prayers. After praying, the trainees participated in physical
training (PT), jogging and then have breakfast. Following
breakfast, the trainees went to classroom lectures for weapons
instruction. In the afternoons, the trainees would have lunch,
have hands on training, conduct chores, have their afternoon naps,
read manuals from the morning lectures and continue their prayers.
After finishing their evening prayers, █████████ and four other

09/12/02       Guantanamo Bay, Cuba

████████████████                              09/14/02

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

09/12/02                          2

trainees, would gather their belongings and sleep outside the camp compound. ████████ advised that this type of training was good for all types of circumstances, but was not what he expected.

████████████ and four other trainees were instructed to dig bunkers in an area north of the camp. After two days of digging, the group was sent to an unidentified village near Saber Mountain, which ████████ described as a 10 minute car ride from Kabul. According to ████████ several groups from the training camp went to the village, assisting other soldiers in trying to stop the advancement of the Northern Alliance. During the evening, ████████ was ordered to retreat. Approximately 100 soldiers fled the village and drove to Khost. While in Khost, ████████ and the other soldiers stayed at various houses for approximately 20 days. ████████ stated he had not fired his weapon during combat and characterized himself as a weak soldier.

████████ was staying at one residence with DAUD (ZINE ABU ZUBEIDA), ████████ and others. ████████ spent time with both men talking eating and praying. For exercise, ████████ and the other men would play soccer. The group played with a small, light-colored soccer ball using the doorways as goal posts. After 10 days in the house, Northern Alliance soldiers arrested ████████ DAUD, ████████ and the others. ████████ stated it was an "honor" to have been arrested with the others in the house.

████████ stated he wanted to fight on the frontlines against the Northern Alliance, so he could die a martyr faster. ████████ advised that he would prefer not kill someone through suicide bombing, however ████████ indicated he would commit Jihad against his enemies by approaching a target, and then exploding the grenade hidden on his body. ████████ stated that within Islam, the killing of oneself was against the teachings of the Koran. If an individual committed suicide because they were bored with life then this was a sin against Allah. If an individual killed oneself along with an enemy, then this was acceptable in Islam. ████████ advised he does not personally know anyone who has committed suicide bombing. ████████ then reiterated his burning desire for his Jihad in the war against the enemies of Muslims.

████████ inquired about the health of King Fahd and if ████████ was dead. ████████ was informed that King Fahd was still alive and governing Saudi Arabia. ████████ advised he would like to see King Fahd die because he views King Fahd as a companion and cooperator with the U.S.. According to ████████ individuals who have studied the Koran, are unhappy with King Fahd and stated USAMA BIN LADEN would have armed the Mujahadin, to overthrow the Saudi government. In addition, ████████ stated that USAMA BIN LADEN

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

███████████████                                    09/12/02              3

would have protected Saudi Arabia from Saddam Hussein
during the Gulf War.

████████ advised that during the Iraqi invasion and
occupation of Kuwait, SADDAM HUSSEIN stole 12 U.S. missiles and
brought them back to Iraq. ██████████ believes the sanctions
against Iraq are focused on retrieving the stolen U.S. missiles.
████████ stated that HUSSEIN has a strong army that will swarm
and destroy the U.S. military during the next U.S. invasion of
Iraq. ████████ advised HUSSEIN has been forecast to defeat the
U.S. during the next armed conflict. ███████████ could not site
specific writings or passages to substantiate his claims.

████████ began reciting a Hajitha, described as
prophetic verses and traditional stories of Islam. According to
████████ HUSSEIN was forecast to be defeated in war to a
coalition of nations. ████████ stated HUSSEIN will invade Kuwait
again and fight against a larger coalition of countries. HUSSEIN
would defeat the larger coalition during combat. ███████████ could
not site specific writings or passages to substantiate his claims.

The following is descriptive information about the
training camp leader ████████

            Name:                  ████████████
            Race:                  Syrian
            Approximate age:       35-40 years old
            Approximate height:    5'8 - 5'10"
            Hair:                  Lt brown
            Facial hair:           Moustache and beard (medium
            length)
            Build:                 Medium build (described as
            strong looking)

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ISN█████302 12/12/2002

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency; it and its contents are not to be distributed outside your agency.

Date of transcription        12/12/2002

███████████████████████████ ISN ██████
was interviewed at Guantanamo Bay, Cuba by Det. ███████████
FBI Task Force Officer. Also present during the interview was SA
████████████ Air Force Office of Special Investigations and
████████ Arabic to English language translator. ███████ was
informed of the nature of the interview and the identity of the
interviewing agents. The results of the interview are as follows:

████████████ said he would be willing to talk to the
interviewers and answer questions. The reason he refused to speak
during his last interview was because he was in a "mood". He would
not be more specific regarding this mood.

████████████ was told that he would be asked questions
regarding his past association with another person in the camp. He
said that he was responsible for himself and not for others. Others
know more about their story than he does.

████████████ was shown a photograph of ISN ██████████
██████████ and was asked if he recognized the
person in the photo. ████████ said the person in the photo was
"████. When asked to provide further details about ██████, he
replied that he had forgotten everything about the house and did
not remember where he met ██████. He suggested that the
interviewers bring ████████ into the room and ask him these
questions.

████████████ was reminded that he had given specific
information in the past about ██████. He replied that any
information or accusatory remarks he provided about ██████ in the
past was to get himself out of trouble at the Bagram Air Base. He
was being accused by the authorities of building circuits with
██████ and he believed he would be tortured if he did not agree to
the accusations. ████████ has never been tortured since being
taken into custody in Pakistan. He denied knowing how to or ever
trying to build a circuit.

████████████ was asked to provide a historical reference of
his travel from the time he left Saudi Arabia to the time of his
capture. He provided the following information:

12/11/2002        Guantanamo Bay, Cuba

█████████████████

Det. ██████████████████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

12/11/2002          2

███████████ indicated that he attended the ██████
University in Jeddah while he resided in Riyadh, Saudi Arabia. He
was trained to be a civil engineer, however, at the time he
finished his college education, there were few jobs available in
this arena in Saudi Arabia.

He left Saudi Arabia via aircraft in October 2001 and
flew to Syria. He does not recall how long he stayed in Syria. From
Syria he flew to Tehran, Iran and then took a taxi to Mushad, Iran.
He spent three days in Mushad at the Ali-Reda [sic] Hotel. He then
traveled via taxi to the border of Afghanistan where he was caught
by Iranian authorities who kept him in custody for a week because
they thought he was in the country illegally. Upon being released
from custody, ███████ convinced an Iranian soldier to assist him
in crossing the border into Afghanistan.

Once in Afghanistan, ██████████ saw several cars occupied
by the Taliban. The Taliban gave him a ride to Kandahar where he
stayed a few hours. He then went to Kabul where he stayed for one
week. Next, ██████████ attended a training camp outside of Kabul
for one month where he learned to shoot Kalishnikov and PK rifles
and use hand grenades.

After attending the camp, ██████████ went to the
battlefield to help fight the Northern Alliance forces. He
remembered digging a ditch with █████, the Syrian trainer of the
camp he attended. ██████████ estimated that he was on the
battlefield for a few days before retreating to the Saber [sic]
mountains. He left the mountain with 10 others at about eleven
o'clock at night and traveled to Loger [sic], just outside of
Kabul. He stayed one day at Loger and traveled to Khost where he
stayed for two weeks. ██████████ said he could not take the
constant "retreating" any more and he wanted to get out of
Afghanistan. From Khost, he traveled with a group that went to
Lahore, Pakistan.

██████████ learned in a phone call with his father in
Saudi Arabia that the government there had been informed he was in
Afghanistan. He remained in Lahore for two months attempting to get
his passport fixed fearing he would be arrested upon entering Saudi
Arabia for having an Afghanistan stamp in his passport. In the
meantime, he also learned that Pakistani officials were rounding up
Arabs. He met a subject named DAOUD (ABU ZUBAYDA), went to his home
in Faisalabad and stayed there waiting for DAOUD to fix his
passport. ██████████ and 11 others were subsequently arrested at
this house. He ran to the roof when the authorities raided it. He
did not provide specific information regarding how he met DAOUD, or
the events inside the Faisalabad home. ██████████ believes that his

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

█████████ ██████ ████████████████████            12/11/2002            3

      father made a mistake when he informed authorities in
Saudi Arabia of his travel to Afghanistan.

      Once in custody, ████████████ was taken to Lahore where he
remained for three days before he was transferred to Islamabad. He
did not know how long he was housed in Islamabad. He was
transferred to Bagram Air Base and then on to Cuba.

      ████████ expressed fear of being severely tortured if
he is ever transferred back to Pakistan. He does not believe that
any other detainees have been let go. He classified this story as
"just another American movie". ████████ said he was willing to
cooperate during future interviews and would speak to one
interviewer about Islam. The interview was subsequently terminated.

PROTECTED INFORMATION - FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN ███ 302 5/13/2003

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

05/13/2003

ISN# ███████ / was interviewed at Camp
Delta, Guantanamo Bay, Cuba by Special Agent ███████
Federal Bureau of Investigation, ███████ Air Force Office of
Special Investigations (OSI) and ███████ a U.S. Military person.
The interview was conducted in Arabic and translated by linguist
███████ provided the following information:

███████ identified a picture of ███████
ISN# ███████ and ███████ acknowledged ███████ was at the safe
house when both were arrested. Also at the house during the arrest
was ABU ZUBAIDAH. ███ arrived at the safe house approximately one
month before the arrest. ███ could not remember if ███████ was
at the safe house before or after he ███ arrived. ███ was
staying at the house while his passport was being fixed. ███
passport had an entry stamp for Iran, but not an exit stamp. ███
talked to ZUBAIDAH at the house about his passport; however, he did
not know if ███████ talked to ZUBAIDAH. ███ agreed that
ZUBAIDAH was an important person.

███ denied any knowledge of explosive devices in the
safe house. ███ said, "I talked in the past about some notes we
had over there. But that doesn't mean I wrote the notes. I found
them in the kitchen. I read them for about an hour, then I put it
back." The notes were in a notebook which was setting to the left
of the stove in the kitchen. ███ saw the notebook two to three
weeks before the arrests. The notebook contained circles with
writing about each circle. It explained how a person can get
electricity to work inside the circle.

On the night of the arrest ███ tried to escape. He
███ "When I tried to get out of the house the last night I was
there, I went upstairs. There was electronics. I saw an
electronic gun. There were electronic parts in bags." ███
further described the bags as small. When questioned why he would
take the time to look in small bags while trying to escape, ███
███ "I didn't look through the bags, I was surprised when I saw
them."

███ denied talking to ███████ very often. ███
advised ███████ asked him ███████ about his education, his father
and himself (███). ███████ would pray during the day, and ███

5/13/2003     Guantanamo Bay, Cuba

███████

SA ███████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

4/13/2003                2

did not see ▮▮▮▮ do anything unusual." ▮▮▮▮
explained he spent a lot of time to himself.  He would read the
Koran to re-memorize the it.

When asked what he ▮▮▮ dreamed of doing as a kid,
▮▮▮▮ advised he hoped to go fight in Palestine.  When ▮▮▮ was
asked why he did not do this instead of going to Pakistan or
Afghanistan he replied, "First of all I had no experience on
getting to Palestine.  Second, I had no experience on passports.
Afghanistan is different, you just go there and they give you a
gun." ▮▮▮ denied going to Afghanistan to obtain training, and he
did not know if ▮▮▮▮ received terrorist training.

When confronted with what other people were saying about
▮▮▮ and his purpose for being at the safe house, ▮▮▮ believes the
people are telling the truth.  However, ▮▮▮ surmised ZUBAIDAH was
trying to cover up for someone else and blaming him ▮▮▮ about
the purpose of being at the safe house.  ▮▮▮ could not explain why
he believed this considering his previous statements corresponded
to what ZUBAIDAH has ▮▮▮ was the purpose of ▮▮▮ being at the safe
house.

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN █ 302 10/15/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL



FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/15/2002

███████████████████████████████ ISN# ███████████████ was
interviewed at Camp Delta, Guantanamo Bay, Cuba by Special Agent (SA)
████████, Federal Bureau of Investigation (FBI) and SA ████████████
███████ (NCIS).  Also present during the interview was linguist ████
█.  After being advised of the identities of the interviewers
and the purpose of the interview, ████████ voluntarily provided the
following information:

███████████ was born in Sudan. He traveled to New Delhi, India
at the end of 1992, beginning of 1993.  ████████ stayed in New Delhi
for two weeks, traveled to Buna, India and stayed there for two weeks.
████ traveled with a group of Sudanese students and stayed at the
Tablili House in India.

███████████ traveled to Pakistan and into Afghanistan, where
he taught at Camp Khalden. The purpose of Camp Khalden was not to train
Al Qaeda, but to train the "normal Muslim" for future jihad.  It is
every Muslim's duty to train for future jihad.  There is no jihad
happening today.

████████ met Usama bin Laden at a camp called Jihad W'Ali,
but did not talk with him.  ████████ did not meet Ayman Al-Zawahiri,
but saw him walking on the street in Akbar Han District of Kabul.
████ knows Al-Zawahiri to be Egyptian.

████████ met Abu Zubayda in 2000 at ████████████
home.  ████ was the director of Camp Khalden, but Abu Zubayda never
visited the camp.  ████████ was at Abu Zubayda's house when ████
was captured, on March 24, 2002, with approximately ten other people.
████████ looked for assistance from Abu Zubayda in obtaining a legal
Sudanese passport for the purpose of returning to Sudan. His Sudanese
passport was stolen in Pakistan.

████████ is not a fighter and does not believe in fighting.
He does not agree with the fatwa issued by Usama bin Laden calling
for violence against America.  ████████ can't explain his views of jihad,
stating that one must become a Muslim as a first step, before being
able to understand jihad.

████████ does not know of any planned future attacks against
the United States or elsewhere, and states that if he did he wouldn't

10/15/2002    U.S. Naval Base, Guantanamo Bay, Cuba

█████████████████                              10/15/2002

SA ███████████ (FBI), ███████████ (NCIS)

PROTECTED INFORMATION - FILED UNDER SEAL

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

████████████████████
████████████████████                          10/15/2002          2


          tell.  ████████ then stated he would tell if he knew something
about a future attack.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET/NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

       Petitioner,

       v.

ROBERT GATES,

       Respondent.

Civil Action No. 08-1360 (RWR)

ISN 707 302 11/21/2002

SECRET/NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

FD-302 (Rev. 10-6-95)

PROTECTED INFORMATION - FILED UNDER SEAL

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription

Investigation on                     at
File #                                          Date dictated
by

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency. PROTECTED INFORMATION – FILED UNDER SEAL.

11/21/2002

        MUHAMMED NOOR OTHMAN MUHAMMED, Internment Serial Number
(ISN) US9SU-00707DP, was interviewed at Camp Delta, United States
Naval Base, Guantanamo Bay, Cuba by Special Agent (SA)
                    Federal Bureau of Investigation (FBI) and SA
                    Naval Criminal Investigative Service (NCIS).  Mr.
                    provided Arabic/English translation.  MUHAMMED
voluntarily provided the following information:

        MUHAMMED stated he lived and worked at Khaldan training
camp from approximately 1996 until its close sometime in the year
2000.  MUHAMMED advised he was a weapons instructor for the first
five (5) months at Khaldan.  MUHAMMED trained Arabs on the use of
the AK-47, PK and RPG.  These weapons were checked out of the
Khaldan armory by the trainees and were returned after completion
of their training.  MUHAMMED stated he did not provide any other
training at Khaldan to include sniper, explosives, demolitions,
poisons/toxins and/or artillery training.  MUHAMMED added that this
type of training was not available at Khaldan.  MOHAMMED advised
that Khaldan training camp was roughly the size of 1.5 soccer
fields.  This area served as the living and dining area for the
trainees and instructors.  Live fire training would be conducted in
the nearby mountains.  MUHAMMED added that the amount of trainees
at Khaldan would range from approximately twenty-five (25) at it's
summer peak to about ten (10) at it's winter low.  The trainees at
Khaldan would stay anywhere from a few days to a few months and
their training would be adjusted accordingly.  MUHAMMED added that
the instructors at Khaldan would change often.  Instructor service
was voluntary and there was no pay for their service.  In addition,
there was no rank or organizational structure among the
instructors.  MUHAMMED described Khaldan as a type of summer camp
where Arab males would go for weapons training.  These Arabs
would not necessarily stay in Afghanistan.  Some would go back to
their country of origin.

        MUHAMMED spent most his time at Khaldan buying food
for the instructors and trainees with money (Pakistani rupees)
provided to him by                         MUHAMMED claimed he made the
1.5 hour drive from Khaldan to Khost to buy food from various
merchants.

        11/21/2002      Guantanamo Bay, Cuba

                                        11/21/2002

UNCLASSIFIED//FOR PUBLIC RELEASE

-302a (Rev. 10-6-95)
Continuation of FD-302 of

PROTECTED INFORMATION - FILED UNDER SEAL

, On _____ , Page

Muhammed Noor Othman Muhammed          11/21/2002          2


██████████ was the primary financier at Khaldan, taking over
for ████████████ shortly after MUHAMMED arrived in 1996.
MUHAMMAD stated ████████ was in charge of a service office which
financed Khaldan's operations.  According to MUHAMMED, ████████ was an
alumni of Khaldan.  MUHAMMED added ████████ received money from
soliciting local mosques and receiving donations from trainees.

MUHAMMED identified ████████████████ and ABU ZUBAIDA
from photographs shown to him by investigators.  MUHAMMED stated
████████ was in charge of Khaldan training camp.  ████████ was
responsible for the daily training schedule for all the incoming
Arabs.  According to MUHAMMED, no one could train at Khaldan
without the personal approval of the Emir, ████████  Each new
trainee came to Khaldan with a written letter of recommendation
from ZUBAIDA.  ZUBAIDA was in charge of an Arab guest house in
Pakistan which served as an intermediary stop on the way to
Khaldan.  MUHAMMED could not remember the name of this guest house,
but stated it was not ████████  MUHAMMED stated ████████
████████ was a well known Arab guest house in Peshawar, Pakistan,
but did not know who was in charge of it.

MUHAMMED's relationship with ████████ was mostly business.
MUHAMMED knew that ████████ fought against the Russian army and was
at Khaldan long before MUHAMMED arrived.  MUHAMMED met ████████ when
he arrived at Khaldan in 1996.  MUHAMMED stated as Emir, ████████
had the power to remove trainees from camp but MUHAMMED never
witnessed it.  MUHAMMED claims to know nothing about advanced
training being offered by ████████

MUHAMMED advised he saw a man known as ████████
████ with ████████ at Khaldan.  MUHAMMED was shown a picture
of ████████████████ but did not recognize him.  MUHAMMED
added that he was mistaken when he identified ████████ as
████████████  In fact, MUHAMMED claimed that the man
shown to him today was not the same man shown to him back in
August.

MUHAMMED stated ████████ lived at Khaldan among the
instructors and trainees.  ████████ seldom left Khaldan, and when he
did it was never for more than a few days.  MUHAMMED did not know
for what purpose ████████ would leave Khaldan.  ████████ would
appoint one of the instructors to take his place and give that man
the daily training instructions to be carried out.  MUHAMMED was
selected by ████████ to take charge of the camp in his absence on at
least one occasion.

MUHAMMED advised ████████ and ████████████ (phonetic) were
close friends of ████████  MUHAMMED stated he has described these
two Arab males to investigators in the past. MUHAMMED stated he has
not seen any Khaldan instructors or trainees at Camp Delta.

PROTECTED INFORMATION - FILED UNDER SEAL

3

MUHAMMED stated that Khaldan was not an Al-Qaeda training camp and did not teach people how to smuggle explosives and/or weapons through airports.

MUHAMMED saw USAMA BIN LADEN (UBL) one time at the JIHAD WALI training camp located approximately 1.5 hours from Khost. MUHAMMED was instructed by ▇▇▇▇ to deliver a electronic communication machine (possibly a fax machine) to UBL. MUHAMMED was taken to JIHAD WALI by an Afghan driver. MUHAMMED could not provide directions to the camp. MUHAMMED stated JIHAD WALI camp was an AL-QAEDA camp because it was well organized and had established buildings. MUHAMMED traveled to JIHAD WALI this one time only.

MUHAMMED met ABU ZUBAIDA on two (2) separate occasions. The first meeting was at ▇▇▇▇ home located in ▇▇▇▇ Khost, Afghanistan on or about the year 2000. During this meeting, MUHAMMED, ZUBAIDA and ▇▇▇▇ discussed the closing of Khaldan camp. According to MUHAMMED, Khaldan was being closed because the Taliban regime did not want to keep it open.

The second meeting between MUHAMMED and ZUBAIDA came on or about March 2002 at ZUBAIDA's home in Faisalabad, Pakistan. MUHAMMED needed to get a passport in order to get back to Sudan. ▇▇▇▇ had told MUHAMMED that he, MUHAMMED, needed to see ZUBAIDA because ZUBAIDA was good at getting passports and other documents. ZUBAIDA supposedly had connections in Pakistan and was able to get visas and arrange for accommodations when Arabs came to Pakistan.

MUHAMMED stated his opinion of Americans has changed somewhat since his capture. MUHAMMED was surprised that Americans have been so kind to him and treated him so well. MUHAMMED expected to be tortured and mistreated while in American custody and this has not been the case.

The interview was terminated at this time.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN 707 302 2/9/2003

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

- 1 -
**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription: 02/09/2003

     MUHAMMED NOOR OTHMAN MUHAMMED, ISN US9SU-00707DP, was
interviewed by              Naval Criminal Investigative Service
(NCIS), and SA            Federal Bureau of Investigation (FBI)
at Camp Delta, Guantanamo Bay, Cuba. The interview was conducted in
Arabic and translated by linguist          MUHAMMED provided
the following information:

     MUHAMMED stated                  did
occasionally provided light training at the Kahlden Camp. MUHAMMED
described light training as training on weapons such as the Kalashnikov.
When asked as to how often      would train people, MUHAMMED stated
that sometimes      would not train anyone for a month.

     MUHAMMED refused to discuss       involvement in the camp or
a typical day at the camp. MUHAMMED also refused to discuss other
trainers at Kalden Camp. MUHAMMED stated he felt as if he was being
accused of Al Qaeda and he is not a member of Al Qaeda and has no knowledge
of Al Qaeda's operations.

       2/5/03         GUANTANAMO BAY, CUBA

                                2/9/03

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN███ 302 10/29/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription

10/29/2002

████████████ a.k.a., ████████ ISN# ████████ was
interviewed at Camp Delta, Guantanamo Bay, Cuba. Present during this
interview was Detective ████████████ assigned to the ████/FBI Joint
Terrorism Task Force. Sgt. ████████████, assigned to DOD and Language
Specialist ████████████. LS ████ translated the interrogation in the
Pushta language.

The following biographical information was provided by the
detainee:

| | |
|---|---|
| ALIAS: | ████████ |
| NICKNAME: | None |
| DOB: | Islamic Calender 1350 (1972) |
| AGE: | 31 Years Old |
| POB: | Kalai New, Hasark Village, Pul Alam, Province of Loger, Afghanistan |
| CITIZENSHIP: | Afghanistan |
| LANGUAGES: | Pashtu, Farsi, Arabic |
| TRIBE: | Stanic Ziy |
| RELIGION: | Suni Muslim |
| EDUCATION: | Primary School, Home Study Middle School, Shaheed Kamram, Kohat, Peshawar, Pakistan |

High School, Atehad Lycca,

Kohat, Peshawar, Pakistan
Arabic Language School,
Mahad Said-U-Shuhada Hamza
Kohat, Peshawar, Pakistan

OCCUPATION:        Brick Layer, Pakistan,
Teaching Arabic, Education
Center, Peshawar, Pakistan
Administrator for Education
Center, Peshawar, Pakistan
Host of Guest House, Qargha,
North of Kabul,
Afghanistan                       Translator at Arab Guest
House,

████████ Kabul,
Afghanistan

WIFE:              ████████ (27 years old)

10/28/02     Guantanamo Bay, Cuba

████████████

Detective ████████████

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/28/02          2

CHILDREN:            ████ (6 years old)
                     ████ (3 years old)
                     ████ (2 years old)

FATHER:              ████ (Deceased)
MOTHER:              ████ (55 years old)
BROTHERS:            ████ (24 years old)
                     ████ (15 years old)
SISTERS:             ████ (40 years old)
                     ████ (27 years OLD)

LAST KNOWN ADDRESS   ████

████ stated he was born in the year of 1350 of the Islamic calender in Kalai New, Village of Hasark, Pul Alam, Province of Loger, Afghanistan, where he was educated by his father at home during his primary years of school.

████ stated that his father then took his family to a refugee camp named Kahi Camp located in Kohat, Peshawar, Pakistan, in the year of 1364 of the Islamic calender. He attended Shaheed Kamram for middle school and Atehad Lycca for high school where he graduated one years early.

████ stated he then attended Mahad Said-U-Shahada Hamza which is a Arabic learning center located in Kohat, Peshawar, Pakistan, in the year of 1369 of the Islamic calender. He studied Arabic and the Qur=an, and had to leave his studies after his father died and had no one to support him.

████ stated at the age of twenty-one he got a job as a brick layer in Pakistan for two months but was unable to keep the job. He then worked at Darull Arqum, the Education Center in Syaff camp, Peshawar, Pakistan, where taught Arabic and did administrative work for the center for three and a half years.

████ stated that in the year 1374 of the Islamic calender he went to the Jalowzy camp located in Peshawar, Pakistan, and taught the third grade of primary school for one year.

████ stated that in the year 1375 of the Islamic calender, the Taliban took control of Afghanistan. He returned to Qargha, which is a military base located in Kolowla, Pushta, North of Kabul, where he met ████, whom he knew from the middle school in Peshawar, Pakistan, and who was involved in the Taliban.

████ stated that ████ got him a job at the GENERAL GADA Guest house in Kabul, where he worked for one year. He was asked by ████

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

10/28/02          3

who was ▓▓▓▓s leader in the Taliban, to work at a Arab guest house as a Arab translator and would be paid 1000 Pakistani rupees.

▓▓▓▓ stated that he then met ▓▓▓▓ who was Iraqi and a member of the Al-Qaeda. They met at the guest house and he worked with him as a translator for the next three and a half years until the Taliban fell.

▓▓▓▓ stated that he then returned to his home in Kalai New, Hasark Village, Pul Alam, Province of Loger, Afghanistan. He was arrested sometime in July of 2002 by the Americans with his brother ▓▓▓▓ and his neighbor ▓▓▓▓

▓▓▓▓ stated that he will cooperate with the United States in any way he can and will answer any questions that are asked now or in the near future.

▓▓▓▓ stated that he has never traveled to the United States. He does not know of any shipping companies in the United States or any one that uses any shipping companies. He stated that he has never been involved in smuggling any material used for weapons of mass destruction. He does not have a list of Western products that are used for combat training, nor any false documents used by Al Queda.

▓▓▓▓ stated that he is unaware of Al Queda issuing code names after attending training sessions at the training camps. He does not have any knowledge of how the Al Queda is funded only  stating that ▓▓▓▓ would get money and tell who to give it to.

▓▓▓▓ stated that he does not know if Al Queda is involved in illegal drug activity.

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

       Petitioner,

    v.

ROBERT GATES,

       Respondent.

Civil Action No. 08-1360 (RWR)

ISN ███ 302 11/4/2002

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

### FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription      11/04/2002



a.k.a., ████████ Internment Serial Number
(ISN) ████████ was interviewed at Camp Delta, United States Naval
Base, Guantanamo Bay, Cuba, by SSA ████████ United States
Customs Service; Detective ████████ FBI Joint Terrorism
Task Force; Staff Sergeant ████████ United States Army; and
Language Specialist ████████ LS ████████ translated the interview
in the Pushtu language. ████████ provided the following information:

████████ was initially shown a photograph of detainee ISN
████████ whom he recognized from the ASHARA guest house in Kabul.
████████ identified him as a Yemeni who possibly went by the name
whom ████████ claimed is an AL QAEDA member who traveled with ████████
throughout Afghanistan.

████████ stated he did not have any knowledge regarding the
Karachi guest houses, but did know all Arabs left their identification
documents and personal property at the Shar New guest house in Kabul.

████████ stated he had no knowledge of the USS Cole bombing other
than what was shown on the television news at the Ashara guest house
in Karta, Parwan, Kabul. He added that ████████ never mentioned the
matter either.

████████ was then shown a photograph of ████████ whom
he also recognized from the Ashara guest house in Karta, Parwan, Kabul.
████████ claimed ████████ was rumored to be in charge of the training camps
in Khowst, but that ████████ did not agree with some of the radical tactics,
such as bombings, used by AL QAEDA.

████████ confirmed ████████ was the central accountant in
charge of AL QAEDA funding for the Arab cell in Kandahar, Afghanistan.
████████ stated each part of the country had accountants who kept records
and requested funding from ████████ when they needed money for food
and supplies.

████████ stated ████████ was the accounting
representative for Northern Afghanistan. He further stated a Libyan
was the funding representative in Jalalabad, but could not recall the
Libyan's name. ████████ also said ████████ was the accountant for the
Northern Kabul region. ████████ went on to assert ████████ obtained the

11/04/02      Guantanamo Bay, Cuba

SSA ████████
Detective ████████

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

                                                    11/04/02          2

        funding from ██████████, an Egyptian who oversaw all
financial matters for USAMA BIN LADEN.

        ██████ confirmed the TALIBAN was supporting AL QAEDA in
Kandahar, and claimed that although ████████ obtained supplies, such
as weapons, from the TALIBAN, (FNU) ██████ could obtain additional
supplies for Arab troops. He went on to say that ████ used an old fort
named Murad Bik in Kalai to store weapons he received from the TALIBAN.
██████ said he thought the Americans had since bombed and leveled the
area used for weapons storage.

        ██████ was then shown the detainee photograph book in order
to identify other detainees known to him. Following is a list of the
detainees he identified along with any knowledge he has of them:

        ███████████              Yemeni AL QAEDA fighter under
█████.

        ██████████████           Saudi Arabian named ██████ who
        fought for AL QAEDA in Kandahar. ██████ claimed
██████ mostly             stayed with ████ while in
Kabul.

        ██████████              Libyan named ██████ who was
        training as part of the JAMAHAT      UL-ISLAMI AL
MUKATELA, a group                   dedicated to overthrowing the
                                    current Libyan government in
        order to replace it with an     Islamic regime. This
                                    headed by
group was                           and trained in Mirbachakot,
                                    north of Kabul. ██████ recalled
        ██████ stayed at the ASHARA      guest house on a few
occasions.

        ██████████              Algerian possibly named
        who stayed at the Ashara guest      house. ████████
stated this                     detainee stayed with a small
                                group of Algerians who trained
        in Jalalabad, but later moved to      Bage Dawood in
Kabul after the                 TALIBAN closed all training
                                camps.

        ████████████            Tentatively identified as Yemeni
                                AL QAEDA member whom he last saw
                                in Chamaelee located in the
        northern section of Kabul. ██████ recalled the
detainee also                   stayed at the Ashara guest
        house.

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
. Page

███████████████                                    11/04/02          3

████████        Identified as a Moroccan named
██████ who was an AL QAEDA ██████ instructor at the Khowst
training camp. ██████ presumed
██████ was an AL QAEDA leader ██████ based on the manner in
which ██████ treated him.
██████ recalled this training camp ██████ eventually settled in
the El ██████ Mind province after moving from
██████ Khowst to Charaswab to Hainak ██████ (Loger Province) to
Khandahar.

██████              Identified as low ranking AL
██████ QAEDA soldier from Yemen who ██████ stayed at the Ashara
guest ██████ house.

██████              Identified as ██████ from
██████ the Igor territory of Turkistan. ██████ is part of
the Islamic ██████ Movement of Eastern Turkistan
██████ led by
██████ claimed to have seen ██████ on ██████ several occasions
in the Ashara ██████ guest house, and
approximately ██████ 5-6 months ago ██████
██████ told him that ██████ was in
Lohor in Central Pakistan.

██████              further added the TALIBAN
██████ was protecting ██████ because ██████ the Chinese
government wanted ██████ him. According to ██████
██████ told him that at one point USAMA
BIN LADEN suggested turning
██████ over to the Chinese to ██████ improve relations
because the ██████ Chinese also dislike the
United ██████ States.

██████              Identified as one of ██████;
██████ AL QAEDA soldiers seen at the ██████ Ashara guest house.

██████              Identified as an AL QAEDA
██████ soldier from Yemen seen at the ██████ Ashara guest
house.

██████              Identified as an AL QAEDA
██████ soldier seen at the Ashara ██████ guest house.

██████ further recalled two Americans who trained at the camps
and stayed at the Ashara guest house. The first American's assumed
name was ██████, who left with the Arabs for Paktika, Pakistan
when the United States began bombing Afghanistan. ██████ claimed
██████ married a woman from Kabul or Bagram, but did not have any
children. ██████ is described as being a white male, approximately

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

11/04/02          4

6'1", medium build, green eyes, with a long hair and a beard.
████ said when the Arabs began teasing ████████ after the U.S.
bombing began, ████████ replied he was Muslim, not American. ████
added that ████ spoke some Arabic and was highly regarded by
for his devotion to Islam.

████████ stated the second American's assumed name was ████
██. ██████ was described as a young black male who recently converted
to Islam, and only spoke English. ████ was approximately 5'9", with
a thin build, and had an afro and beard. ████ had a reputation for
always having his weapon at the ready, and being short-tempered.
often argued and fought with the Arabs when they teased him about being
an American. ████ told the Arabs to ease off teasing ████ because
████ was a recent convert. ████ said ████ became more erratic after
the U.S. began bombing Afghanistan and fled to Kabul without permission.

After lasting over three hours, the interview concluded at
approximately 1245 hours with the agreement it would resume on November
6, 2002.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,
)
)
)
Petitioner,
)
)
v.
)   Civil Action No. 08-1360 (RWR)
)
ROBERT GATES,
)
)
Respondent.
)
)

ISN ████ 302 1/2/2003

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your
agency; it and its contents are not to be distributed outside your agency.

Date of transcription
01/02/2003



On Thursday, January 02, 2003, ███████████ A.K.A.: ███████
ISN: ███████████ was interviewed at Camp Delta, Guantanamo Bay,
Cuba by, SA ██████████ (AFOSI) and SFO ████████████ (FBI)
Also present for the interview was Language Specialist ████████████
██████████ provided translation from Pashtu to English.

█████████ last met with ██████████████ toward the end of
May 2002 in Peshawar, Pakistan (PK). ██████████ had summoned him
via letter. The meeting took place in a hotel ██████ was unable to
remember the hotel name). ████████ traveled from Logar, Afghanistan (AF)
to Peshawar, PK via automobile. He was accompanied by ████████.
████████ is described as an Afghan male from Ghazni, AF, approximately
5'10 tall, 20-25 years old, large build, short black hair, medium
complexion and a black beard. The two departed Logar, AF in the morning
and arrived in Peshawar, PK in the evening.

The meeting lasted one to two hours. The following people
were present: ███████████████████████████████ AKA (aka: █████
███████████████████████████ and MOHAMMAD DAWOOD.
████████ told ██████ he was to return fifty thousand dollars he had
been holding for three members of ███████s organization (███████████
██████ and ██████. ████ was instructed to give the money
to ████████ because █████ did not want to handle it directly. He was then
instructed to pick up a taxi (orange and white four-door Toyota Corolla)
from ██████████s home in Logar, AF (████████ temporarily residing in
Peshawar, PK). He was told to bring the taxi to ██████████s home
in Ghazni, AF. ████████ discussed giving ████ a letter authorizing him
to take the vehicle but decided to travel with him to avoid any problems
which might arise due to someone questioning the authenticity of the
letter. Following the discussion of these topics, the group had casual
conversation. ████████ acted in his usual manner during this meeting.
None of the other men attending the meeting were given assignments.

████████ related the details surrounding his acquisition of the
fifty thousand dollars which was discussed at the above mentioned
meeting.

He received $10,000 from ███████████ around the
end of November 2001 (near the end of RAMADAN). ████████ is described
as an Arab male, now deceased (was killed in a bombing during the American

| 01/02/2003 | Guantanamo Bay, Cuba |
|---|---|

██████████████

███████████████          01/02/2003

SFO

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

01/02/2003          2

led "Operation Anaconda"), from Somalia and had been employed as an assistant to ███████████ ████ received the money from ██████ around the middle part of March 2002 in SHACOOT, AF, which is near Zormat, AF. ████ gave this money to ████ for safekeeping. There was a lot of fighting in the area at the time and ████ was in the process of fleeing the ZORMAT area. He instructed ████ to turn the money over to ████ in the event that something were to happen to him. On several different occasions, ████ sent letters to ████ instructing him to give some of this money (unable to remember specific amounts) to ████ ████ is from Zormat, AF and worked there for ████ a Taliban Commander.

████ received twenty thousand dollars in United States currency from ████ is described as an Arab male from Lybia, 35-40 years old, tall, heavy, medium complexion, black hair, black eyes, black beard. lived in ZORMAT and a member of the Lybian organization, ████ which was aiding the Taliban government in Afghanistan. ████ received a letter from ████ instructing him to collect twenty thousand dollars from ████ in ZORMAT, AF. He met ████ for the first and only time near the end of November 2001. The meeting took place on the street in Zormat. ████ arrived in a four-wheel drive pickup truck accompanied by at least two other unidentified males. ████ showed him the letter he received from ████. ████ informed him that he had also received a letter from ████ instructing him to give twenty thousand dollars to ████ ████ then gave ████ the money.

████ received twenty thousand dollars from Taliban Commander, ████ described as an Afghan male, 30-45 years old, gray hair in his beard, long hair hanging below the shoulders, approximately 6'0" tall and of medium build. The money was given to him on diverse dates over a period of three to four weeks. The first of these meetings took place in Zormat, AF, a few days after the aforementioned meeting with ████ (late November 2001). Over the course of these meetings, he gave ████ Rupees and Kaldar, the sum of which was equivalent to twenty thousand United States dollars.

████ was shown a color picture of ████████ (black and white copy of picture placed into an FD-340). He did not recognize ████.

████ was then asked if pictures of "frogmen" bore any significance to him. He stated that they did not.

Finally, ████ was asked if he was aware of any plans to harm government officials or their family members in the United States. He said that he had not heard of any such plans.

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

)
ZAYN HUSAYN,                          )
)
            Petitioner,               )
)
        v.                            )      Civil Action No. 08-1360 (RWR)
)
ROBERT GATES,                         )
)
            Respondent.               )
)

ISN ███ 302 1/6/2003

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     01/06/2003

On Monday, January 06, 2003, ███████, A.K.A.: ██████
ISN: ██████████ was interviewed at Camp Delta, Guantanamo Bay, Cuba
by, SA ████████████ (AFOSI) and SFO █████████████ (FBI).  Also
present for the interview was Language Specialist █████████.  Also
provided translation from Pashtu to English.  ██████ voluntarily provided
the following information:

███████ said that he was introduced to ███████████ by
his high school friend, ███████.  ██████ was subsequently killed
while fighting with the Taliban against Dostum's forces in Konduz, AF.
██████ had been living in Peshawar, Pakistan (PK) with his family.
He returned to the Kart-E-Parwan Province of Afghanistan (AF) around
1998 or 1999.  █████ told ███ that he could get him a job working for
the Taliban as a translator.  He then introduced █████ to
████████ who hired him as his translator.  In addition to his duties
as a translator, █████ collected and dispersed money for █████████.
He paid this money out to those who worked for ███████████ and utilized
it for operational costs such as food and supplies.  He was given this
task because he was educated.  This enabled him to properly account
for the money and calculate exchange rates when dealing with the varying
currencies utilized.  ██████ maintained a ledger book detailing these
monetary transactions.  The ledger and a balance of approximately
$10,000 was in his home at the time of his capture.  He worked for ██████
██ in this capacity for three to three and a half years until his
(██████'s) capture in June 2002.

While employed by ███████, █████ primarily worked at the
ASHARA GUEST HOUSE, located in the Kart-E-Parwan Province, AF.  He also
worked at the QTAIBU and AZAM GUEST HOUSES in SHAENAW (New City) inside
Kabul, AF.

██████ describes ████████████ as an Arab male from IRAQ
(does not know which part of Iraq) and an Al Qaeda Commander who was
allied with the Taliban.

Once, while working for ████████, █████ traveled with him
from Logar, AF to Kandahar, AF via car.  The purpose of this trip was
to buy a car.  Upon arrival, they met with ███████ who is described
as an Al Qaeda member, Arabic male, Egyptian accent, fat, dark complexion,
black hair, black eyes, approximately 5'10" tall, and 40-45 years old.
During this trip, █████ and ████████ stayed at a madrassa in Konduz

01/06/2002     Guantanamo Bay, Cuba

██████████████
                                        01/06/2003

SFO ███████████████

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of

On

, Page

███████████████████                                    01/06/2002          2

       for 2-3 nights.  ███████ was unable to remember the proper name
of the madrassa but remembered that it was an Arabic name meaning "School
for Teaching Arabic".  This madrassa also served as a headquarters for
the Al Qaeda members in the area.  ██████ overheard a conversation between
██████ and ██████ during which the two discussed money that
██████ to be given.  At the conclusion of their stay, ██████
and ██████ returned to Logar, AF.  They traveled home in the same
vehicle they arrived in.  ██████ assumed that ███████ bought a car
and intended to have someone else who worked for him pick it up.

      ██████ advised that detainees in the camp were currently
planning to create disturbances and unrest.  He has heard talk of this
for the past three days.  He said that detainees are spreading the plan
around the camp through word of mouth.  ██████ thinks the Arabs are the
group organizing the planned disturbances but does not know names
because detainees pass the word by saying "The brothers say this" or
"The brothers say that".  The "brothers" are telling detainees that
those taken to isolation cells are being gassed and their Qurans are
being taken away from them.  As a result, the "brothers" are asking
detainees to fight amongst each other, primarily Arabs against Afghans.
The Arabs feel that the Afghans are becoming too much like Americans
because they are cooperating with the interviewers and are not
protecting the Quran.  ██████ has not heard of any plans to harm guards.

PROTECTED INFORMATION -- FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN ███ 302 1/8/2003

SECRET//NOFORN

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription    01/08/2003



On Wednesday, January 08, 2003, ██████████ A.K.A.:
██ ISN: ██████████ was interviewed at Camp Delta, Guantanamo Bay,
Cuba by, SA ██████████ (AFOSI) and SFO ██████████ (FBI).
Also present for the interview was Language Specialist ██████████
██████ provided translation from Pashtu to English. ██████ voluntarily
provided the following information:

██████ said that ██████████ (██) was an AL QAEDA
Commander who worked for the Taliban Government. He dealt with ██████
██████ the Taliban Defense Minister. ██ is unsure of the exact
relationship between ██ (speaks Arabic) and ██████████ (speaks Pashtu)
because the Defense Minister had his own Arabic translator who was able
to translate Pashtu to Arabic and facilitate conversations between the
two. ██████ does not know the name of the translator.

██████ describes Taliban Defense Minister ██████████
as follows: Afghan Male, Pashtun, comes from the southern part of
Afghanistan, 35-45 years old, heavyset, tall, long beard reaching the
middle of his chest, one crippled leg causing him to walk with a
pronounced limp (cannot remember which leg), dark complexion, wears
traditional Afghan clothing (long shirt and large pants), wore black
turban, black hair and dark eyes.

On two separate occasions, ██████ accompanied ██ to
██'s castle in Kabul City. They traveled by car and gave no
advance notice of their visit. ██████ is not aware of methods ██ used
to contact ██████. To the best of his knowledge, ██ would meet
with ██████ face to face when he wished to speak with him.
██████'s castle was located near the Presidential Palace in Shaenaw
(New City), a part of Kabul. Both visits took place during the EAD
(Muslim Holiday following Ramadan). They were social in nature and
no official business was discussed. ██ and ██ stayed for short
periods of time to show respect to ██████. They were part of a
large group in the living room area of ██████'s castle drinking
tea and eating sweets. Visitors were not allowed to bring their weapons
in to the castle.

When ██'s troops needed ammunition on the front lines, he
would write the type and amount in Arabic on a piece of paper. ██████
would translate this to Pashtu and then write it out on another piece
of paper. He would then send the request with some of the Arabic workers

01/08/2003    Guantanamo Bay, Cuba

██████████████

01/08/2003

SFO ██████████████

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of

On
, Page

██████████████████                                    01/08/2003        2

        to get the ammunition from ████████. This was done whenever
necessary.

        All supplies such as money, food, clothing and ammunition,
came from Defense Minister ████████ or his designee.
Employees from the guest houses were sent to the markets for food.
████ would give them money once a month to pay the balances owed to
the shop owners.

        ████ said that ████ did not have a phone at the guest house
or a cell phone. He used a handheld radio to communicate with employees
in and around the AASHARA GUEST HOUSE and his commanders on the front
lines. ████ carried this handheld radio (KENOD radio used by ████ and
ICOM radio used by the commanders on the front lines) with him at all
times. When reception was bad he would climb on to the roof of the
guest house. This was usually when he was trying to contact the
commanders on the front lines of fighting. The front lines were
forty-five to sixty miles from the guest house and the ██████████
mountain pass lay between them.

        ████ had four commanders under his direction positioned on
the front lines of fighting. Each of these commanders had ten to fifteen
soldiers under their command. The first was ██████████ ████ was
the senior commander in the field. ████████ s described as an Arab male,
from Yemen, approximately 30 years old, short- 5'4" tall, very skinny,
very dark complexion, visible scar on his forehead, a "████"- man
without a beard, he had only a small amount of hair on his chin but
no hair grew on the sides of his face, wore Afghan clothing and a black
turban.

        The second was ██████████ ████ is an Arab male, 30-40
years old, from Yemen, approximately 5'8" tall, very strong, muscular
build, short full beard, big round face, medium complexion, black hair,
dark eyes, always wore very thick glasses, wore a black turban, and
wore Afghan clothing.

        The third was ████████ ████ was an Arab male, from Yemen,
18-24 years old, approximately 5'6" tall, light complexion, black hair,
large dark eyes, small beard- not full-grown. ████ told ████ that
████ was a very brave man and a hero. The day he was captured and taken
from Konduz to Mazar-E-Sharif (MES) he walked the entire way under his
own power. This was in spite of the injuries he had received during
the fighting.

        The last was ████████ ████ is an Arab male, from Yemen,
20-30 years old, approximately 5'6" tall, beard- not full-grown, patches
of hair all around his face, medium complexion, small dark eyes and
short hair.

explained the command structure for 's men. was the leader, under him was (mentioned in FD-302 dated 01/02/2003 and killed in American led Operation Anaconda). was next in the chain followed by the three remaining field commanders, , and

traveled to Takhar with and his troops. The troops fought on the front lines while , and others remained behind them. was too high up in the Al Qaeda command structure to join in the actual combat.

was shown a black and white picture (original placed into FD-340) of Camp Delta detainee, , ISN: identified him as " from Lybia. He said that had a damaged eye (does not remember which eye). and were both Arabs with two distinct groups, Al Qaeda and Libyans. They often spoke to each other and sometimes their troops fought with one another. saw at the AASHARA GUEST HOUSE and at a guest house located in Shakardara (north of Kabul, Afghanistan). was not as powerful as but he did not report to . does not know who reported to. He said that he does not know how and met but they knew each other before began working for the Taliban.

said that the Arabs were more extreme in their Muslim beliefs than the Taliban. They often looked down on the Taliban members as being beneath them and were fighting with their own agenda in mind, not necessarily for the good of the Taliban. did not know what that agenda was or is.

was shown Photo Binder last updated 01/01/2003. He stated that Photo # photographs sent by resembled a detainee he has seen during exercise at Camp Delta, Guantanamo Bay, Cuba. He does not know the detainees name and has never spoken to him before. is not one hundred percent sure of this but states that the detainee looks similar to the person depicted in the photograph. He will attempt to determine the identity of this detainee. He was unable to identify any of the other photographs displayed in the Photo Binder.

PROTECTED INFORMATION -- FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                           )
                                       )
          Petitioner,                  )
                                       )
     v.                                )        Civil Action No. 08-1360 (RWR)
                                       )
ROBERT GATES,                          )
                                       )
          Respondent.                  )
                                       )

ISN ███ 302 7/30/2003

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     07/30/2003

On July 30, 2003, ████████████ also known as (a.k.a.) ████
████ Internment Serial Number (ISN) ████████ was interviewed
at Camp Delta, United States (U.S.) Naval Base, Guantanamo Bay (GTMO),
Cuba by Special Agent (SA) ████████████. A translation from Pashtu
to English was provided by Linguist ████████. ████ provided the
following information:

████████ use to teach elementary age school children before
taking a job to work as a translator. He commented teaching was the
job he was truly happy at performing. ████ only worked as a translator
to support his family. ████ taught language and mathematics course
to the children. ████ has never taught religion although he is
knowledgeable of Islam and its principles.

When the Taliban took control of most of Afghanistan, life
became difficult for most of its people. Many were forced to choose
between "A tiger on one side and a hole on the other." ████ choose
to work as a translator for a member of Al Qaeda for two reasons. First,
he wished to support his family; and second, he wished not to be seen
as a threat to the Taliban or Al Qaeda.

████ worked for an Al Qaeda leader who was in charge of the
northern section of Kabul, Afghanistan. ████ translated Arabic to
Pashtu so the commander could instruct Taliban forces. The commander's
name was ████████ ████████. trained Taliban forces in logistics
and tactics for fighting the Northern Alliance. ████ met with
numerous Taliban and Al-Qaeda leaders with whom he has described to
previous interrogators. Several Afghani translators acted in the same
capacity as ████.

████ was secretive about the members of Al Qaeda and
Taliban with whom he met and conversed. Many of the individuals were
referred to as "ABU" with a second name that was obviously factious.
Translators were scrutinized and cautioned against asking to many
improper questions about the identity of an individual or asking to
go places they were not allowed. An unidentified Afghani translator
was beaten and arrested for being a spy for asking to many questions.
Threats were made toward translators families frequently to insure
their cooperation.

07/30/2003     Guantanamo Bay, Cuba

████████████████████                    n/a

SA ████████████

US9AF-00753DP



PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page



07/30/2003          2

translated instructions from ▮▮▮▮ regarding the use
and maintenance of weapons and tactics for fighting against Northern
Alliance forces.   ▮▮▮▮ instructed Taliban troops that fought in
northern section Kabul.   ▮▮▮▮ told the troops how to clean and repair
weapons as well as shoot them.  He also taught them defensive and
offensive tactics for use in battle.   ▮▮▮▮ often times would put into
writing the instructions for ▮▮▮▮ who then provided them to Taliban
troops.

▮▮▮▮ has never travelled to the United States (U.S.).  He
has no relatives or acquaintances that live in the U.S.  He is not aware
of any Al Qaeda or Taliban leaders that have travelled to the U.S.
▮▮▮▮ advised he is not part of a terrorist organization.

▮▮▮▮ said he understands why he is being questioned regarding
the Taliban and Al Qaeda.  ▮▮▮▮ advised he would answer any further
questions posed by the reporting agent in the future.  He requested
the reporting agent contact him at a later date because he wished to
cooperate in any manner necessary.

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN ███ 302 8/11/2003

SECRET//NOFORN

PROTECTED INFORMATION -- FILED UNDER SEAL



FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be distributed outside your agency.

Date of transcription     08/11/2003

                also known as (a.k.a.) ███████ Internment
Serial Number (ISN) ███████ was interviewed at Camp Delta, United
States (U.S.) Naval Base, Guantanamo Bay (GTMO), Cuba by Special Agent
(SA) ███████ and SA ███████ A translation from Pashtu
to English was provided by Linguist ███████ ███████ provided the
following information:

            viewed color photographs of ███████
███████ identified the subject in the photographs as ███████
███████ viewed two sketches depicting an individual with and without
glasses named ███████ advised he did not recognize the
individual in the sketches. ███████ stated he did not know anyone by
the name of ███████ viewed a color photograph of ███████
███████ advised he did not recognize the individual. ███████ viewed
a black and white photograph of an individual named ███████
advised he did not recognize the individual.

            came to the guesthouse located in Kabul,
Afghanistan before the Taliban was attacked by U.S. forces. ███████
advised it was a long time ago. ███████ observed ███████ on at least two
occasions at the guesthouse. ███████ remembered that ███████ enjoyed
eating ice cream while he was taking a break from the front lines in
northern Kabul.

            also saw him along the front in northern Kabul near
Bagram. ███████ never spoke with ███████ because ███████ only spoke English.
███████ would frequently attempt to speak and learn Arabic in order
to communicate with other fighters on the front ███████ observed ███████
talking with ███████ a.k.a. ███████ who was an
AL Qaeda leader in charge of training Taliban forces how to fight against
Northern Alliance Forces. ███████ spoke English. ███████ also spoke
Dari, but he could not speak Pashtu. ███████ worked as a translator for
███████ described ███████ as only a foot soldier that was not
treated any different than the other troops. While on the front lines,
███████ saw ███████ carrying a long rifle with a telescopic sight mounted
on it. ███████ did not know if ███████ had been trained in the use of
explosives or other weapons systems.

            s commander was ███████ ███████ reported to
███████ commanded the units composed of foreigners. Units were
frequently separated into different ethnic groups. ███████ was from
Uzbekistan. ███████ usually traveled in the company of several

       08/11/2003   Guantanamo Bay, Cuba

███████████████████     N/A

SA ███████ and SA ███████ ███████

PROTECTED INFORMATION - FILED UNDER SEAL

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

08/11/2003          2

Uzbekistani guards. ████████ frequently traveled alone without an escorting security force. ████████ sometimes carried an AK-47 rifle for protection. ████ traveled with ████ and sometimes drove for him. ████ sometimes kept a weapon in the car when they traveled. ████ stated that everyone typically carries a gun for protection and they know how to use it. ████ commented that Afghan child first hear their fathers shooting guns in the air at news of their births.

████████ observed several Al Qaeda leaders meet at the Ashara guesthouse located in Kart-E-Parowan Province, Afghanistan. USAMA BIN LADEN met at the house on one occasion and ████████ (████) met at the house on several occasions. When leaders came to the house, ████ would meet with them. Extra security forces would guard the area during meetings and only Arabs would be allowed to attend. Afghan citizens were not allowed in the area during these meetings or visits. Arab guards were usually posted to prevent access. ████ ████ had his own office in guesthouse that he would not allow anyone into without him being present.

████████ usually traveled with a security force composed of five or six armed guards. BIN LADEN usually traveled with a large number of guards that occupied three cars. ████ did not know the purpose of the visits of BIN LADEN and ████████. ████ never spoke of their purpose. ████ said Arabs typically did not stay in the guest for long periods because they spent the majority of their time on the front lines.

████████ worked as a translator for approximately three and a half to four and a half years. ████ first year was spent translating at the guesthouse for whoever needed his services. After the first year, he then began work for ████ exclusively.

████ was aware that Taliban forces were in Pakistan. ████ never traveled to Pakistan with ████████ ████████ met with a.k.a. ████████ and ████████ on several occasions in Afghanistan. ████ was from an area close to Camp Sayyaf in northern Afghanistan. The area around Camp Sayyaf was surrounded and controlled by the Taliban. ████ worked as a translator for ████ ████ almost always traveled with ████ trusted ████ and he directed him to do many different task. ████ frequently translated for individuals that bought food and other supplies for the guesthouse. ████ would some times go with the cooks to assist them in buying food.

████ was asked if ever received or distributed money for ████ responded he had only one time. ████ was asked by ████ to distribute approximately $50,000.00 U.S. dollars. The money was to go to ████████ for support of the group of mujahideen fighting

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

08/11/2003                    3

in the area of Peshawar, Pakistan.  The group was fighting
against U.S. Forces. ███ was aware of this fact before he distributed
the money.

The $50,000.00 came from three different sources.
Approximately $20,000.00 in rupees came from ███████ ██ had
said the money was to cover a debt.  Another $20,000.00 in U.S. dollars,
came from an Arab named ████████ ██ had met this man briefly once
in Kabul.  The money brought by ███ was also to cover a debt.  The
final $10,000.00 in U.S. dollars was delivered by an assistant of ██████
by the name of █████████  All of this money was mostly composed
of U.S. one hundred dollar bills.

One three occasions ████ gave a man named █████████ money
after ████ presented a letter from ███████ which directed ███ to
provide money to the man.  This money was to be delivered to ███ in
Pakistan.  ████ gave this money out in the amounts of $7,400.00,
$5,000.00, and $3,500.00.

████████ gave $2,000.00 of the money to another assistant of
███ 's named ████████ a.k.a. Engineer █████.  This money also
went to ████ s group.  ████ had previously worked as translator for
the Wafa Committee which is a charitable relief organization.  After
leaving the Wafa Committee, ███ worked as a translator for ██.

██████ took approximately $3,200.00 of the money and purchased
a taxi for his own use.  This was not approved by ████████  ████ had
approximately $10,000.00 of the money when he was captured.  He does
not know what happened to the money.  ████ kept records of how he
dispersed the money in a small notebook.  The record was not written
in any special code and it was kept for his own accounting purposes.
████ does not know what happened to the notebook or the money.  He
told the soldiers who captured him about both of the items.

██████ is aware of two other individuals that transported money
for ████████.  The money was for support of ███ s group.  ████
was given a car worth 300,000 rupees and $10,000.00 in U.S. currency.
████████ was given $25,000.00 which is approximately 0.7 million
rupees.  ████ and ██████ delivered this money to ███ s group
approximately three months before █████ was given the $50,000.00.

█████████ only knew of money being sent to the group in Pakistan.
████ said most of the money sent was in the form of U.S. currency.
████ said he had not heard of weapons, supplies, or drugs such as
opium being sent to the group.

PROTECTED INFORMATION - FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

# PART 3 OF 4

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

      Petitioner,

      v.                    Civil Action No. 08-1360 (RWR)

ROBERT GATES,

      Respondent.

## FM 40 (Re: Zubaydah Video) 12/12/2008

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

| CRIMINAL INVESTIGATION TASK FORCE | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| EXCEPTION: FM40 20081212 - TRANSLATION OF ZUBAYDAH VIDEO - US9GZ-010016DP | | |
| 1. DATE OF INVESTIGATIVE ACTIVITY<br>12 DEC 08 | 2. PLACE<br>(See Narrative) | 3. ACTIVITY NUMBER<br>0812150904518S |

4. REMARKS

FM40 20081212 - Translation of Zubaydah Video - US9GZ-010016DP

Date/Place: 12 Dec 08

(U//LES) On 31 Oct 08, SA ▮▮▮▮▮▮▮ US Army Criminal Investigation Command (Army CID) assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF), Fort Belvoir, VA coordinated this investigation with ▮▮▮▮▮▮▮ Arabic Linguist, DoD-CITF, assigned to the ▮▮▮▮▮▮▮ McClain, VA.  This was in reference to a translation of a propaganda video of Abu Zubaydah, seized at the time of his capture. The video was found in his personal briefcase.

(U//LES) On 5 Dec 08, SA ▮▮▮▮▮▮▮ was provided an official/certified translation of the translation of the aforementioned video. The translation was completed by ▮▮▮▮▮ (See Enclosures for details). ///Last Entry///

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| Unclassified//Law Enforcement Sensitive | PAGE 1 OF 1 PAGES |
|---|---|

Declass by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN 244 FM 40 3/3/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

| CRIMINAL INVESTIGATION TASK FORCE (CITF) | | |
| --- | --- | --- |
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| 1. DATE OF INVESTIGATIVE ACTIVITY 10 Mar 04 | 2. PLACE GTMO | 3. ACTIVITY NUMBER 63992040780930 |

4. REMARKS

Subject Interview of: (UNK) ABDUL KABIR ABDUL LATIF NASIR

FM40 20040303-10-ISN US9MO-00244DP

(U//FOUO) ON MARCH 3RD, 4TH, 8TH, 9TH, AND 10TH 2004, ABDUL LATIF NASIR, ISN# US9MO-00244 DP, WAS INTERVIEWED AT CAMP DELTA, U.S. NAVAL BASE GUANTANAMO BAY, CUBA, BY SPECIAL AGENT (SA) ████████ NAVAL CRIMINAL INVESTIGATIVE SERVICE (NCIS) █ ████████ DEBRIEFER, DOD CONTRACTOR, AND █████████ INTELLIGENCE ANALYST, DOD CONTRACTOR. CONTRACT DOD LINGUISTS PROVIDED ARABIC/ENGLISH TRANSLATION.

NASIR WAS TOLD THE PURPOSE OF THE INTERVIEW WAS TO VERIFY AND CLARIFY INFORMATION PREVIOUSLY PROVIDED TO ABOVE-MENTIONED DOD INTERVIEWERS CONCERNING NASIR'S TRAVEL AND ACTIVITIES IN AFGHANISTAN. HE WAS REMINDED TO BE TRUTHFUL DURING EACH INTERVIEW.

(U//FOUO) ████████ DOD CONTRACT LINGUIST, PROVIDED ARABIC TRANSLATION ON 03MAR04 ████ ████████ DOD CONTRACT LINGUIST, PROVIDED ARABIC TRANSLATION ON 04MAR04. ON THE 3RD AND 4TH OF MARCH, NASIR STATED HE WAS UPSET WITH CONDITIONS AT CAMP DELTA. HE STATED THAT CONDITIONS IN THE CAMP WERE GETTING WORSE AND THE DETAINEES WERE LOSING, VICE GAINING, PERSONAL RIGHTS. NASIR PROVIDED A FEW EXAMPLES OF WAYS THE DETAINEES HAD BEEN DISRESPECTED, TO INCLUDE HOW THE GUARDS MISHANDLED THE KORAN AND HOW DETAINEES WERE PREVENTED FROM PRAYING. AS BACKGROUND ████████ IN CAMP DELTA WAS PROVIDED SHORTS, VICE PANTS, TO WEAR AFTER A DETAINEE IN ████████ ATTEMPTED TO INFLICT SELF-HARM WITH HIS PANTS. BECAUSE THEIR RELIGION DICTATES THEY BE COVERED TO BELOW THE KNEE IN ORDER TO PRAY, THIS PREVENTED THOSE IN ████████ FROM THEIR DAILY PRAYERS. IN RESPONSE TO THE CONDITIONS NASIR PERCEIVED AT CAMP DELTA, HE TOLD INTERVIEW TEAM THAT HE DID NOT CHOOSE TO COOPERATE WITH INTERVIEWERS AND CONTINUE TALKING ABOUT HIS CASE AT THIS TIME. ADDITIONALLY, NASIR STATED THAT HE FELT HE HAD ALREADY COOPERATED AND TOLD PREVIOUS INTERVIEWERS, TO INCLUDE ████████ HIS STORY AND HE DID NOT UNDERSTAND WHY HE NEEDED TO REPEAT IT. REPORTING AGENT EXPLAINED TO NASIR THAT THERE WERE INCONSISTENCIES WITHIN HIS ACCOUNT OF EVENTS AND EMPHASIZED THE NEED TO HEAR HIS STORY FIRST HAND. NASIR RELATED THAT HE WOULD THINK ABOUT WHAT THE REPORTING AGENT HAD RELAYED TO HIM OVER THE WEEKEND AND CONSIDER TALKING AT A LATER TIME.

(U//FOUO) ON THE 8TH, 9TH, AND THE 10TH OF MARCH, 2004 ████████ SERVED AS THE ARABIC/ENGLISH TRANSLATOR.

ON 08MAR04, NASIR ADVISED HE WOULD LIKE TO ANSWER QUESTIONS RELATED TO AMERICAN SECURITY BUT NOTHING THAT INCRIMINATED HIM. HE ADVISED HE WAS STILL UPSET OVER CONDITIONS IN CAMP DELTA AND HE DID NOT SEE HOW HIS HISTORY OF COOPERATION WAS GETTING HIS CASE CLOSER TOWARDS PROSECUTION. NASIR REITERATED HIS FRUSTRATIONS ABOUT NOT HAVING RIGHTS AT CAMP DELTA. AFTER A PERIOD OF DISCUSSING NASIR'S CURRENT SITUATION, HE AGREED TO GIVE A STATEMENT ON THE FOLLOWING DAY.

ON 09-10MAR04, NASIR WAS INTERVIEWED FOR A TOTAL OF TWELVE HOURS AND PROVIDED AN

PAGE 1 OF 10 PAGES

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

EIGHT-PAGE STATEMENT; ENCLOSURE (1) PERTAINS. THE STATEMENT WAS TYPED BY REPORTING AGENT BASED ON NASIR'S ORAL ACCOUNT. ONCE THE STATEMENT WAS COMPLETED, A COPY WAS PROVIDED TO NASIR TO REVIEW AND EDIT. THE LINGUIST TRANSLATED THE STATEMENT TYPED IN ENGLISH TO NASIR. NASIR MADE SEVERAL CORRECTIONS AND CLARIFICATIONS THROUGHOUT THE DOCUMENT. NASIR CONFIRMED THE STATEMENT WAS THE TRUTH AND PROVIDED VOLUNTARILY, WITHOUT COERCION OR THREATS. NASIR STATED THAT HE DID NOT WISH TO SIGN THE STATEMENT BECAUSE HIS CULTURE DID NOT ENCOURAGE SIGNING OR INITIALING LEGAL DOCUMENTS.

ON 09MAR04, NASIR VERIFIED HIS BIOGRAPHICAL DATA, TO INCLUDE HIS EDUCATION HISTORY. HE WAS UNABLE TO PROVIDE THE DATES HE ATTENDED SCHOOL OR EXACT TIMEFRAMES HE LEFT MOROCCO AND TRAVELED TO OTHER COUNTRIES. NASIR STATED HE LEFT MOROCCO WHEN HE WAS APPROXIMATELY 25 YEARS OLD, AND MENTIONED IT WAS THE SAME YEAR THE IRSHAD COUNCIL IN MOROCCO WAS CONVICTED (NFI). NASIR STATED HE WAS A MEMBER OF THE ISLAMIC FUNDAMENTALIST GROUP, JAMAAT ADL WA AL IHSSAN, WHILE HE WAS IN MOROCCO, AND WAS BEING INVESTIGATED BY MOROCCAN AUTHORITIES FOR THIS ASSOCIATION. NASIR STATED HIS ACTIVITIES WITH THE ISLAMIC FUNDAMENTALIST GROUP WERE TIED IN WITH THE IRSHAD COUNCIL BEING INVESTIGATED AND INDICTED. NASIR RELATED HE LEFT MOROCCO BECAUSE OF THE MOROCCAN'S INTELLIGENCE FILE ON HIM; HE WANTED TO SPARE HIS FAMILY INVOLVEMENT WITH THE AUTHORITIES. NASIR MOVED TO LIBYA, WHERE HIS BROTHER RESIDES. HE REMAINED IN LIBYA FOR TWO YEARS. HE DENIED BEING INVOLVED IN ANY FUNDAMENTALIST GROUPS AFTER HE LEFT MOROCCO. AFTER LIVING IN LIBYA FOR A LITTLE MORE THAN TWO YEARS, AND VISITING MOROCCO ONCE DURING THIS TIME PERIOD, NASIR ADVISED HE MOVED TO THE SUDAN BECAUSE IT WAS THE ONLY COUNTRY THAT RULED BY THE WAY OF ISLAMIC LAW. NASIR DENIED BEING RECRUITED TO GO TO SUDAN, OR KNOWING ANYONE IN SUDAN PRIOR TO HIS ARRIVAL THERE.

NASIR RELATED ONCE HE GOT TO SUDAN, HE GOT A JOB AS A PRODUCTION OVERSEER IN USAMA BIN LADIN (UBL'S) COMPANY, SHARIKAT WADI ALAKIK. AN ALGERIAN NAMED ABDEL HAQ, WHO WORKED IN THE ADMINISTRATION DEPARTMENT OF UBL'S COMPANY, HELPED NASIR SECURE A JOB. HE WORKED THERE FOR APPROXIMATELY TWO YEARS. DURING THIS TIME, HE FREQUENTLY SAW UBL RUNNING THE DAY-TO-DAY OPERATIONS OF HIS BUSINESS. WHEN ASKED IF UBL EVER SPOKE DIRECTLY TO NASIR, NASIR RELATED HIS ONLY INTERACTION WITH UBL WAS TO SHARE GREETINGS WHEN THEY WOULD PASS BY EACH OTHER. NASIR STATED THAT HE WAS UNSURE IF UBL KNEW HIS NAME DURING THE TIME IN SUDAN, HOWEVER HE WAS SURE UBL KNEW HIS NAME IN TORA BORA. NASIR STATED IT WAS NOT UNTIL THE END OF HIS TIME IN SUDAN THAT HE REALIZED UBL WAS ASSOCIATED WITH AL QAIDA. NASIR STATED THAT UBL HAD BROUGHT MANY MEMBERS OF AL QAIDA TO SUDAN AFTER THE FIGHTING IN AFGHANISTAN AGAINST THE RUSSIANS WAS OVER. NASIR STATED SOME OF THESE AL QAIDA MEMBERS WORKED IN UBL'S COMPANY; OTHERS WERE PAID A SALARY BUT WERE NOT EXPECTED TO WORK.

AFTER APPROXIMATELY TWO YEARS IN SUDAN, NASIR RELATED HE LEFT SUDAN IN ORDER TO PURSUE JIHAD IN CHECHNYA. NASIR ADVISED THAT WHILE IN SUDAN HE MET ABU SALMAN. ABU SALMAN WAS ONLY IN SUDAN FOR A SHORT PERIOD OF TIME. HE HAD COME FROM FIGHTING IN AFGHANISTAN AND WAS ON HIS WAY TO CHECHNYA. NASIR RELATED HE HAD A DISCUSSION WITH ABU SALMAN REGARDING JIHAD AND CHECHNYA. NASIR RELATED THAT ABU SALMAN ADVISED HIM TO JOIN A JIHAD THAT WAS STILL ACTIVE, VICE FIGHTING THE RUSSIANS IN AFGHANISTAN OR GOING TO BOSNIA, WHERE THE FIGHT WAS OVER. NASIR STATED THIS IS HOW HE DECIDED HE WANTED TO GO TO CHECHNYA. HE WENT TO YEMEN TO ARRANGE A WAY TO GET TO CHECHNYA. NASIR STATED HE WAS NOT RECRUITED BY ANYONE TO TRAVEL TO YEMEN OR CHECHNYA AND THAT HE PAID HIS OWN WAY TO YEMEN.

NASIR ADVISED THAT ONCE HE GOT TO YEMEN, HE REALIZED HE DID NOT HAVE ENOUGH EXPERIENCE

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

4. REMARKS (Continued)

TO FIGHT IN CHECHNYA NOR COULD HE FIND A WAY TO CHECHNYA. HE RELATED HE WAS IN YEMEN THREE TO FIVE MONTHS BEFORE HE LEFT FOR AFGHANISTAN. HE FLEW FROM YEMEN TO KARACHI, PAKISTAN, TOOK ANOTHER FLIGHT FROM KARACHI TO ISLAMABAD AND THEN TOOK A TAXI TO PESHAWAR (NASIR PRONOUNCED IT BICHAWARA), PAKISTAN. WHILE IN PESHAWAR, HE MET AN ALGERIAN NAMED TALHA (LNU). NASIR STAYED IN PESHAWAR FOR A WEEK OR TWO BEFORE TRAVELING BY BUS WITH TALHA TO JALALABAD, AFGHANISTAN. TALHA AND NASIR SPENT ONE NIGHT IN THE LIBYAN ISLAMIC FIGHTING GROUP (LIFG) SPONSORED GUESTHOUSE IN JALALABAD. NASIR DENIED KNOWING ANYONE IN THE GUESTHOUSE. FROM THE LIFG GUESTHOUSE, TALHA AND NASIR TRAVELED TO THE KHALDAN GUEST HOUSE. THE KHALDAN GUESTHOUSE IS ALSO IN JALALABAD. NASIR RELATED THAT WHEN HE FIRST MET TALHA IN PAKISTAN, HE TOLD TALHA THAT HE WAS FROM SUDAN AND RELATED HIS DESIRE TO JOIN JIHAD AND FIGHT IN AFGHANISTAN. NASIR STATED TALHA WAS A FIGHTER IN AFGHANISTAN BUT HE WAS NOT AL QAIDA. NASIR STATED THAT TALHA ADVISED HIM THAT KHALDAN CAMP AND GUESTHOUSE COULD NOT ACCEPT JUST ANYONE, A DOCUMENT KNOWN AS A TAZ KIA (TRANSLATES TO "BLESSING") WAS REQUIRED. NASIR STATED HE DID NOT KNOW WHY TALHA TOOK HIM TO KHALDAN GUESTHOUSE AFTER HE TOLD HIM THIS, BUT ADVISED THEY DID NOT STAY THE NIGHT AT KHALDAN GUESTHOUSE. NASIR ADVISED THEY WENT TO A THIRD GUESTHOUSE IN JALALABAD, THE "NAJIM AL JIHAD" WHICH TRANSLATES TO THE STAR OF JIHAD, AFTER LEAVING KHALDAN GUESTHOUSE. NASIR RELATED THEY STAYED THERE FOR TWO OR THREE DAYS. NASIR STATED THE NAJIM AL JIHAD GUESTHOUSE IS AL QAIDA SPONSORED AND IT IS OPEN FOR ANYONE. WHILE AT NAJIM AL JIHAD, NASIR OBTAINED A LETTER OF INTENT FROM A PERSON AT THE GUESTHOUSE THAT HE SAID, "YOU GO TO FOR ADVICE." NASIR STATED THIS INDIVIDUAL WAS EGYPTIAN BUT HE WAS UNSURE OF HIS NAME. THE UNIDENTIFIED INDIVIDUAL CONTACTED INDIVIDUALS IN KABUL AND KHOWST BY RADIO TO CONFIRM NASIR WAS IN SUDAN AND VERIFY THAT NASIR WAS WHO HE CLAIMED TO BE. NASIR DENIED KNOWING WHO WAS CONTACTED IN KABUL AND KHOWST, AND WHETHER THEY WERE ASSOCIATED WITH UBL OR AL QAIDA, BUT OPINED IT MUST HAVE BEEN SOMEONE WHO HAD KNOWLEDGE OF SUDAN. THE INDIVIDUAL AT THE NAJIM AL JIHAD GUESTHOUSE GAVE NASIR A SEALED ENVELOPE TO TAKE TO A GUESTHOUSE IN KHOLAMBATCHA, AFGHANISTAN.

NASIR ADVISED THE PREVIOUS INFORMATION HE PROVIDED ABOUT KHALDAN CAMP AND KHALDAN GUESTHOUSE IS INFORMATION HE LEARNED SECOND HAND FROM PEOPLE IN THE FIELD OR PEOPLE AT AL FAROUK. NASIR STATED HE LIED ABOUT ATTENDING KHALDAN BECAUSE HE WANTED TO APPEAR MORE ATTRACTIVE TO THE UNITED STATES. WHEN ASKED IF KHALDAN WAS RUN BY AL QAIDA, NASIR STATED IT WAS RUN BY BIN SHEIK AL LIBI WHO WAS NOT ASSOCIATED WITH AL QAIDA. NASIR OPINED THAT AL QAIDA WANTED TO RUN KHALDAN CAMP BUT THE CAMP WAS INDEPENDENT FROM AL QAIDA AND DID NOT RECEIVE ANY FINANCIAL SUPPORT FROM AL QAIDA.

AFTER NASIR LEFT THE NAJIM AL JIHAD GUESTHOUSE, A GROUP OF PEOPLE FROM THE GUESTHOUSE TRAVELED BY BUS TO KHOLAMBATCHA, AFGHANISTAN. AT THE KHOLAMBATCHA GUESTHOUSE, NASIR PROVIDED HIS LETTER OF INTENT HE RECEIVED FROM THE NAJIM AL JIHAD GUESTHOUSE TO THE PERSON IN CHARGE OF THE KHOLAMBATCHA GUESTHOUSE. THE KHOLAMBATCHA GUESTHOUSE WAS AL QAIDA SPONSORED AS WELL. IN RETURN, THE PERSON IN CHARGE GAVE NASIR A LETTER ADDRESSED TO ABU ATTAA. NASIR RELATED THAT HE LATER LEARNED ABU ATTAA WAS THE EMIR, OR COMMANDING OFFICER OF ALL AL QAIDA TRAINING CAMPS. HIS TITLE WAS EMIR AL QUITAA, WITH QUITAA REFERRING TO GEOGRAPHICAL AREA PERTAINING TO KHOWST, AFGHANISTAN. NASIR RELATED THEY STAYED A FEW DAYS IN KABUL BEFORE ARRIVING IN KHOWST. ON THE WAY TO FAROUK CAMP, THEY STOPPED BY JIHAD WAL, WHICH IS A SEPARATE AL QAIDA TRAINING CAMP IN KHOWST. NASIR GAVE THE LETTER TO ABU ATTAA, WHO DIRECTED NASIR TO FAROUK.

NASIR ADVISED THERE WERE TWO TRAINING CAMPS IN KHOWST RUN BY AL QAIDA: FAROUK AND JIHAD WAL. FAROUK PROVIDED BASIC TRAINING AND JIHAD WAL OFFERED ADVANCED TACTICAL TRAINING. THE PERSON IN CHARGE OF AL FAROUK WAS HAMZA ZUBAIR. SINCE FAROUK WAS AN AL QAIDA CAMP,

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE FBI. IT IS THE PROPERTY OF THE FBI AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

HAMZA ZUBAIR REPORTED TO ABU ATTAA, WHO IS IN CHARGE OF ALL AL QAIDA TRAINING CAMPS. ABU JUHAINA WORKED UNDER HAMZA ZUBAIR. ABU JUHAINA WAS A TRAINER BUT HE WAS NOT PERMANENTLY ASSIGNED TO FAROUK. NASIR ADDED THAT EVEN THOUGH PEOPLE WENT TO JIHAD WAL FOR TACTICAL TRAINING, HAMZA ZUBAIR ALSO TAUGHT A TACTICAL COURSE AT FAROUK. JIHAD WAL ONLY HAD ONE TRAINER, ABU ATTAA. NASIR STATED ABU ATTAA'S CLASSES CONSISTED OF 25-30 TRAINEES AT A TIME. NASIR STATED THAT FAROUK AND JIHAD WAL WERE A 20-MINUTE WALKING DISTANCE APART.

NASIR DETAILED THE TRAINING HE RECEIVED AT FAROUK:

WEAPONS:

| | |
|---|---|
| KALASHNIKOV | SVD |
| 9 MM MAKAROV | RPD |
| AK 47 | 9 MM TT |
| AKM | AKR |
| 7.62 RPK | UZI |
| 7.62 RBD | BEKA |
| AKS | J-3 |
| M-16 | RPG |
| SKS | |

EXPLOSIVES:

| | |
|---|---|
| GRENADES | C3 |
| TNT | C4 |

ARTILLERY:
82 MORTAR
HOWITZER (ANTI-TANK)
SPG9

ANTI AIRCRAFT:
ZUKIAK
DASHKA

SURFACE TO AIR MISSILES:
SA-7
STINGER

NASIR RELATED THAT THEY DID NOT HAVE THE CHANCE TO SHOOT ALL THE ABOVE WEAPONS; ON SOME THEY JUST RECEIVED INSTRUCTION ON HOW TO USE IT.

AT JIHAD WAL, NASIR RELATED HE RECEIVED BOTH THEORETICAL AND PRACTICAL TRAINING. THEORETICAL TRAINING CONSISTED OF DEFINING GUERILLA WARFARE. THE PRACTICAL PORTION INCLUDED INSTRUCTION ON MOUNTAIN TACTICS, TOPOGRAPHY AND MAPS, USING THE HAND-HELD RADIOS, CONDUCTING SURPRISE/AMBUSH ATTACKS ON MILITARY TARGETS, RECONNAISSANCE AND ADDITIONAL TRAINING ON WEAPONS USED IN GUERILLA WARFARE: THE KALASHNIKOV, THE BK AND THE RPG. NASIR CLARIFIED MOUNTAIN TACTICS WAS LEARNING HOW TO OPERATE IN A MOUNTAINOUS ENVIRONMENT WITHOUT THE USE OF A GPS.

NASIR STATED FAROUK CAMP LASTED APPROXIMATELY ONE MONTH. DURING THIS TIME, NASIR SLEPT AT THE CAMP. HE ADVISED THERE IS NO FAROUK GUESTHOUSE, THERE ARE TENTS AND BUILT-IN

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ____. IT IS THE PROPERTY OF THE ____ AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE 4 OF 10 PAGES |
|---|

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION - FILED UNDER SEAL

**4. REMARKS (Continued)**

ROOMS AT THE CAMPS. NASIR ADVISED HE STAYED IN ONE OF THE ROOMS AND STATED PEOPLE SLEPT IN TENTS WHEN IT WAS PART OF THEIR TACTICAL TRAINING. WHEN QUESTIONED WHY HE HAD PREVIOUSLY REPORTED HE HAD MET ABU SULIMAN AND ABDUL ABAS AT THE FAROUK GUESTHOUSE, NASIR CLARIFIED THE GUESTHOUSE IN KHOWST IS CALLED MUJAMAA AL ARAB, (AKA KHANA ARAB). NASIR STATED THIS GUESTHOUSE IS FOR FAMILIES ONLY AND ABU SULIMAN AND ABDUL ABAS RESIDED THERE WITH THEIR FAMILIES. NASIR RELATED HE STAYED AT THIS GUESTHOUSE TWO TO THREE DAYS ON HIS WAY TO FAROUK DUE TO AN EXCEPTION THAT ONE COULD STAY UP TO THREE DAYS AT THE GUESTHOUSE IF THEY WERE EN ROUTE TO FAROUK.

NASIR RELATED EVERYONE WHO ATTENDS FAROUK CAN AUTOMATICALLY GO TO ADVANCED TRAINING AT JIHAD WAL; HOWEVER, THEY DON'T HAVE TO ATTEND THIS TRAINING IN ORDER TO FIGHT ON THE LINES.

NASIR STATED THE TRAINING SCHEDULE FOR JIHAD WAL DEPENDED ON ABU ATTAA'S SCHEDULE. NASIR STATED HE WENT TO JIHAD WAL IMMEDIATELY AFTER HIS TRAINING AT FAROUK AND ELABORATED HIS TRAINING AT FAROUK WAS RUSHED DUE TO THE CLASS AS JIHAD WAL WAITING FOR NASIR'S GROUP TO FINISH BASIC TRAINING IN ORDER TO COMBINE THE TWO GROUPS INTO ONE CLASS AT JIHAD WAL. NASIR STATED THE TRAINING AT JIHAD WAL LASTED ONE AND A HALF MONTHS, SO HE HAD A TOTAL OF TWO AND A HALF MONTHS OF TRAINING AT BOTH CAMPS. NASIR RELATED HE WENT TO THE FRONT LINES IMMEDIATELY AFTER HIS COMPLETION OF TRAINING, PROTECTING THE KABUL POSITION. NASIR STATED HE WAS IN THE ARTILLERY SECTION OF THE LINE, WHICH WAS IMMEDIATELY BEHIND THE FRONT LINE. NASIR STATED HE SPENT A TOTAL OF FIVE YEARS IN AFGHANISTAN, INCLUDING HIS TWO AND A HALF MONTHS OF TRAINING.

WHEN ASKED IF HE WAS A WEAPONS OR EXPLOSIVES TRAINER, NASIR DENIED THAT HE WAS A "TRAINER" AT ANY CAMP, INCLUDING FAROUK OR JIHAD WAL. HOWEVER, UPON FURTHER QUESTIONING, NASIR ADMITTED HE PROVIDED TRAINING TO OTHER TRAINEES AT FAROUK AND JIHAD WAL IF THEY ASKED HIM HOW TO USE CERTAIN WEAPONS. NASIR FURTHER STATED HE TAUGHT THE MEN ON THE FRONT AND ARTILLERY LINE HOW TO USE THE WEAPONS AND EXPLOSIVES IF THEY DID NOT KNOW HOW OR HAVE THE PROPER SKILL. NASIR EXPLAINED HE HAD THE MOST KNOWLEDGE CONCERNING WEAPONS ON THE LINE AND ATTRIBUTED THIS EXPERTISE TO HIS TRAINING UNDER ABU ATTAA AND NASIR'S SENIORITY ON THE LINE.

NASIR STATED HE WAS IN CHARGE OF ARTILLERY ON THE LINE. NASIR ADVISED ANY DECISION CONCERNING ARTILLERY, SUCH AS WHICH DIRECTION IT SHOULD AIMED, CAME FROM HIM. IF HE WAS NOT THERE TO PERSONALLY HANDLE THE ARTILLERY, NASIR STATED OTHERS WOULD CONTACT HIM TO GET PERMISSION AND GUIDANCE REGARDING THE ARTILLERY. WHEN QUESTIONED ABOUT THE TRAINING HE PROVIDED, AND HOW THAT WAS DIFFERENT THAT BEING A "TRAINER," NASIR STATED HE WAS NOT CHOSEN BY ABU ATTAA TO BE A TRAINER, NOR DID AL QAIDA PAY HIM.

WHEN QUESTIONED ABOUT BEING ON AL QAIDA'S EXPLOSIVE COMMITTEE, NASIR DENIED HE WAS CURRENTLY OR EVER PREVIOUSLY ON THE COMMITTEE. NASIR STATED, "I'M TOO SIMPLE TO HAVE SUCH A POSITION." WHEN QUESTIONED ABOUT A STATEMENT HE MADE IN APRIL 2003, "IN AMERICA'S EYES, I AM A TERRORIST," NASIR DENIED MAKING THAT STATEMENT AND CLAIMED, "MY HANDS ARE TAINTED WITH NO INNOCENT BLOOD."

NASIR WAS MOVED TO CAMP 4, A CAMP THAT IS GENERALLY AFFILIATED WITH THOSE WHO HAVE COOPERATED WITH INTERVIEWERS, OR THOSE WHO ARE BEING SENT BACK TO THEIR RESPECTIVE COUNTRIES. WHEN ASKED WHY HE WAS UPSET WITH HIS TRANSFER TO CAMP 4, AND SUBSEQUENTLY DEMANDING TO BE MOVED BACK TO CAMP 3, NASIR ADVISED THAT HE WAS MORE GUILTY THAT THOSE WHO BELONGED IN CAMP 4. WHEN NASIR WAS ASKED WHAT HE WAS GUILTY OF, HE REPLIED " TORA

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ANY. IT IS THE PROPERTY OF THE [illegible]. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 5 OF 10 PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

4. REMARKS (Continued)

BORA."

ON 10MAR04, THE SECOND DAY OF TAKING NASIR'S STATEMENT, NASIR CONTINUED WITH HIS
EXPLANATION OF HIS TIME ON THE FIGHTING LINES AND THE CHAIN OF COMMAND ON THE LINE. NASIR
ADVISED HE JOINED A UNIT MADE UP OF NON-AFGHANIS. THE TALIBAN LEADER, MULLAH MUHAMMAD
OMAR, APPOINTED JUMA BIE TO OVERSEE THE OPERATIONS FOR THE NON-AFGHANI FIGHTERS. JUMA
BIE WAS LATER KILLED IN ACTION. JUMA BIE DELEGATED AUTHORITY TO FAROUK THE PAKISTANI, WHO
WAS RESPONSIBLE FOR THE MILITARY OPERATIONS ON THE BAGRAM LINE FOR NON-AFGHANIS. NASIR
ADVISED HE REPORTED TO FAROUK THE PAKISTANI. IBRAHIM THE AFGHAN WAS IN CHARGE OF THE
AFGHAN LINE AND IBRAHIM AND FAROUK COORDINATED WITH EACH OTHER. MA'AWIA WAS FAROUK'S
SECOND IN COMMAND AND ABU ABAIDA WAS RESPONSIBLE FOR THE ADMINISTRATIVE DUTIES. ABU
SALAM AL HEDRAMI WAS IN CHARGE OF THE ARABS IN THE NORTH, IN THE AREA OF KUNDUS. NASIR
STATED HEDRAMI WAS HIS COMMANDER DURING THE PERIOD OF TIME NASIR WAS IN THE KUNDUS
AREA. NASIR STATED HE STAYED IN POSITION PROTECTING KABUL UNTIL THE DAY KABUL FELL TO THE
NORTHERN ALLIANCE AND U.S. FORCES.

NASIR STATED HE WAS NOT AN EMIR, OR COMMANDING OFFICER, WHILE HE WAS ON THE FRONT LINE.
HE STATED HE WAS THE EMIR OF TRAVEL, WHICH HE DISTINGUISHED AS A HUGE DIFFERENCE. NASIR
EXPLAINED BEING AN EMIR ON THE LINE INCURRED A LOT OF RESPONSIBILITY AND WHILE HE COULD
HAVE HAD THIS POSITION IF HE WANTED IT, NASIR VALUED HIS PERSONAL FREEDOM TOO MUCH.
NASIR STATED ONE DID NOT NEED EXPERIENCE IN ORDER TO BE A COMMANDING OFFICER AND
STATED HEDRAMI AND KHRIB ASSANAANI, WHO TOOK OVER WHEN HEDRAMI WAS KILLED IN ACTION,
BOTH HAD LITTLE EXPERIENCE. THEREFORE, NASIR STATED BEING CHOSEN AS AN EMIR WAS BASED
ON THE RESPECT ONE COMMANDED, NOT EXPERIENCE. NASIR ELABORATED HIS GOAL WAS TO GET AS
MUCH EXPERIENCE WITH MILITARY WEAPONS AS HE COULD SO HE COULD TRAVEL TO CHECHNYA AND
FIGHT JIHAD THERE. NASIR STATED THAT WHILE HE WAS ON THE LINE, HE WAS IN CHARGE OF
ARTILLERY. HIS RESPONSIBILITIES INCLUDED DETERMINING WHERE THE ARTILLERY WAS DIRECTED,
MAPPING THE TOPOGRAPHY OF THE TARGETS, AND MAINTAINING THE BOOK. NASIR EXPLAINED HE
WAS NOT IN CHARGE OF THE MEN ON THE LINE, BUT RATHER IN CHARGE OF THE ARTILLERY THE MEN
USED ON THE LINE. THE MEN NEEDED TO ASK HIS PERMISSION TO DO SOMETHING WITH ARTILLERY.
NASIR STATED IT WASN'T NECESSARY TO BE RIGHT NEXT TO THE MEN WHILE THEY USED THE
ARTILLERY BECAUSE HE TRAINED THEM AND COULD ALSO EXPLAIN INSTRUCTIONS OVER THE RADIOS.
WHEN ASKED ABOUT WHAT BOOK NASIR WAS IN CHARGE OF MAINTAINING, HE REPLIED HE KEPT A LOG
THAT HAD ALL THE COORDINATES OF TARGETS AND THE PROPER POSITION OF ARTILLERY BASED ON
THE SPECIFIC ARTILLERY BEING USED. NASIR PROVIDED THE FOLLOWING EXAMPLE: IF A TANK IS
MOVED FROM POINT A TO POINT B AND WE ARE AIMING AT A MILITARY TARGET, I LOCATE THE TARGET
ON A MAP AND DETERMINE THE COORDINATES. IF WE MISS, I CORRECT THE COORDINATES FOR THE
TARGET. ONCE WE HAVE THE CORRECT COORDINATES, I'M IN CHARGE OF PUTTING THE COORDINATES
INTO THE BOOK SO THAT WE CAN REFER TO THESE COORDINATES NEXT TIME WE WANT TO ATTACK
THE TARGET.

WHEN QUESTIONED ABOUT HOW HE GAINED HIS LEVEL OF EXPERTISE, HE STATED IT WAS A
COMBINATION OF THE FOUNDATION HE LEARNED AT THE TRAINING CAMPS AND THE SKILLS AND
EXPERIENCE HE RECEIVED ON THE FIELD. NASIR RELATED ABU ATTAA WAS THE BEST AND WAS HIS
TRAINER, THEREFORE, NASIR FELT HE WAS WELL TRAINED. NASIR DENIED HE EVER RECEIVED ANY
ONE-ON-ONE TRAINING WITH ABU ATTAA.

NASIR STATED AFTER THE NORTHERN ALLIANCE BROKE THROUGH THE LINES PROTECTING KABUL, HE
WAS CHOSEN TO BE THE EMIR OF TRAVEL TO LEAD A GROUP OF MEN FROM THE FRONT LINES TO
KABUL. NASIR STATED THEY GOT LOST ALONG THE WAY AND WENT TO JALALABAD INSTEAD. NASIR
RELATED JALALABAD THEN FELL TO THE NORTHERN ALLIANCE AND HE LED HIS MEN TO TORA BORA,

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CID. IT IS THE PROPERTY OF THE
CRIT AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  6  OF  10 PAGES

Declassified by: km 15 April 2010

4. REMARKS (Continued)

AFGHANISTAN.

NASIR DESCRIBED THE LAYOUT AND CHAIN OF COMMAND AT TORA BORA. NASIR STATED WHEN THEY ARRIVED IN TORA BORA, TABIT WAS IN CHARGE OF WELCOMING THE FIGHTERS AND ASSIGNING PEOPLE WHERE TO STAY. TABIT WAS RUNNING THE CENTER. TALUT WAS THE COOK IN CHARGE OF THE KITCHEN. NASIR EXPLAINED TALUT WAS ALWAYS IN THE CENTER COOKING, THUS THE CENTER BECAME KNOWN AS TALUT CENTER. HOWEVER, NASIR DENIED TALUT WAS IN CHARGE OF ANYTHING BUT COOKING AND STATED TALUT DID NOT TAKE PART OF THE FIGHTING. ONCE THE FIGHTERS ARRIVED IN TORA BORA, NASIR EXPLAINED ABU KADUS TOOK CHARGE OF TORA BORA. ABU KADUS/QUDOUS WENT TO THE TOP OF THE MOUNTAIN TO RUN THINGS FROM THAT POSITION. NASIR RELATED MADE THE DECISION TO BE IN CHARGE OF THE FRONT LINES THAT DEFENDED TORA BORA. NASIR STATED, "I WANTED BE THE FIRST IN THE LINE IF THERE WAS A CONFRONTATION." NASIR STATED HE ALSO TOOK CHARGE OF THE CENTER, WHICH WAS PART OF THE FRONT LINE. NASIR STATED HE SENT TABIT TO THE TOP OF THE MOUNTAIN SO THAT TABIT WOULD BE THE POINT OF CONTACT FOR COORDINATION BETWEEN THE TOP AND BOTTOM OF THE MOUNTAIN. NASIR STATED HE CHOSE TABIT BECAUSE OF TABIT'S EXPERIENCE IN BOSNIA. NASIR STATED HE CHOSE ABU YAHYA TO BE NASIR'S SECOND-IN-COMMAND AND PUT ABU YAHYA IN CHARGE OF THE FRONT LINE. NASIR DESCRIBED A CHECKPOINT LEADING INTO TORA BORA, WHICH IS WHERE HE STATIONED ABU YAHYA. THOSE COMING FROM THE DIRECTION OF JALALABAD WOULD PARK THEIR CARS ONCE THEY CHECKED IN WITH ABU YAHYA AND THEN WALK THE REST OF THE WAY TO THE CENTER. NASIR EXPLAINED THAT ENEMY AFGHANIS BEGAN STEALING THE CARS AND THE CHECKPOINT HAD TO BE MOVED CLOSER TO THE CENTER OF TORA BORA. NASIR STATED ORIGINALLY HE HAD TEN MEN ON THE LINE UNDER ABU YAHYA, BUT ONCE THE LINE WAS MOVED CLOSER TO TORA BORA, NASIR INCREASED THE NUMBER TO 25-30 MEN. ADDITIONALLY, NASIR STATED HE MADE CERTAIN THE PEOPLE AT THE CHECKPOINT WERE ARMED AND PROVIDED WITH EXTRA AMMUNITION.

NASIR STATED WHILE ABU YAHYA PROTECTED THE FRONT OF TORA BORA, NASIR ASSIGNED ABU JUHAYNA AND ALI MAHMOOD TO TAKE CHARGE OF THE REAR OF TORA BORA, TO INCLUDE THE MOUNTAINTOP. MUHJIN WAS IN CHARGE OF AN AREA UP IN THE MOUNTAIN CALLED TURAN. NASIR STATED HE WOULD SEND PEOPLE UP THE MOUNTAIN TO MUHJIN AND MUHJIN THEN COORDINATED THEIR LOCATION. NASIR STATED THE MOUNTAIN BECAME CROWDED SO MUHJIN DETERMINED WHICH PARTS OF THE MOUNTAIN STILL HAD PLACES TO HIDE.

NASIR STATED THERE WERE APPROXIMATELY 200 MEN AT TORA BORA. NASIR ADVISED HE HEARD UBL AND THE ENEMY WERE EXCHANGING COMMUNICATIONS, VIA A MESSENGER, CONCERNING THE FIGHTERS STAYING IN TORA BORA DURING THE MONTH OF RAMADAN WITHOUT BEING ATTACKED BY THE ENEMY. NASIR STATED THE ENEMY AGREED IT WOULD NOT ATTACK TORA BORA UNTIL THE COMPLETION OF RAMADAN; HOWEVER, THEY BROKE THEIR WORD. NASIR DENIED EVER HEARING UBL MAKE A SPEECH PROMISING THE FIGHTERS THAT THEY WOULD BE SAFE IN TORA BORA DURING RAMADAN. NASIR STATED THE WORD FROM UBL WAS JUST PASSED DOWN SO THAT EVERYBODY KNEW OF THE AGREEMENT.

IN TORA BORA, NASIR STATED THE AMERICAN-CONTROLLED GANGS WERE TRYING TO MAKE THE ARABS AND AFGHANIS SURRENDER. U.S. FORCES AND THE GANGS PUSHED FIGHTERS TO THE MOUNTAINS TO CLOSE IN THE CIRCLE AROUND THEM, MAKING NASIR AND HIS MEN A SMALLER TARGET.

WHEN ASKED IF PROTECTING UBL WAS PART OF HIS MISSION IN TORA BORA, NASIR DENIED THAT HE WAS EVER THAT CLOSE IN PROXIMITY TO UBL. HE STATED THAT ABU JUHAYNA AND ALI MAHMOOD WERE CLOSER AND MAYBE THEY WERE GIVING SOME TYPE OF INSTRUCTIONS TO PROTECT UBL BUT NASIR STATED HIS FUNCTION HAD NOTHING TO DO WITH UBL. NASIR FURTHER ADVISED THAT AS FAR AS HE EXPERIENCE, UBL DID NOT PARTAKE IN THE DAILY OPERATIONS AT TORA BORA AND

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

SPECIFICALLY, NASIR RECEIVED NO ORDERS FROM UBL. NASIR STATED HE DID NOT SEE UBL, EXCEPT FROM AFAR, BECAUSE UBL WAS STAYING UP IN THE MOUNTAINS AND NASIR WAS RUNNING THINGS FROM THE GROUND. NASIR STATED THE ONLY TIME HE SAW THE TOP OF THE MOUNTAIN WAS WHEN HE WAS FLEEING TORA BORA. WHEN ASKED HOW LONG UBL WAS AT TORA BORA, NASIR STATED UBL WAS THERE AS LONG AS THE REST OF THEM. NASIR STATED HE WAS AT TORA BORA FOR APPROXIMATELY THREE WEEKS, TWO DAYS SHORT OF THE END OF RAMADAN.

WHEN ASKED HOW UBL WOULD KNOW HIS NAME IF THEY NEVER INTERACTED IN TORA BORA, NASIR STATED HE WAS SURE UBL HEARD HIS NAME OVER THE RADIO SINCE HIS NAME WAS CONSTANTLY BEING USED OVER THE RADIO. NASIR STATED THEY ONLY HAD ONE TANK, A HOWITZER, AT TORA BORA. NASIR STATED HE WAS NOT ACTUALLY ON THE LINE AND USING THE TANK, BUT HE WAS STILL RESPONSIBLE FOR DECISIONS CONCERNING MORTAR SUPPORT FOR TORA BORA.

NASIR STATED THE DECISION TO LEAVE TORA BORA WAS MADE AS THE RAIDS STARTED GETTING HEAVIER AND NO ONE WAS LEFT TO RUN THINGS. ABU YAYHA, MUHJIN, ALI MAHMOOD AND ABU JUHAYNA WERE ALL KILLED IN ACTION AND THERE WAS NO ONE LEFT TO LEAD THEIR MEN. NASIR STATED NO ONE ORDERED THEM TO FLEE TORA BORA, THEY JUST RAN OUT OF AMMUNITION. NASIR ELABORATED THEY COULD NOT PUT THE KALASHNIKOVS ON AUTOMATIC DUE TO THEIR LOW SUPPLY OF AMMUNITION.

NASIR ADVISED WHEN THEY DECIDED TO LEAVE TORA BORA FOR PAKISTAN, HE DEPARTED WITH THE REMAINING MEN IN TORA BORA, APPROXIMATELY 170, AND WENT TO THE BOTTOM OF BEDR MOUNTAIN, WHICH IS LOCATED IN THE BACK OF TORA BORA. ONCE THEY ARRIVED, NASIR STATED HE STARTED BREAKING THE LARGE GROUP INTO LITTLE GROUPS SO THAT SMALL GROUPS COULD TRAVEL, ONE AT A TIME INTO PAKISTAN IN ORDER TO AVOID DETECTION. NASIR STATED HE APPOINTED TABIT TO BE THE EMIR OF THE FIRST GROUP. NASIR STATED HE LEFT WITH THE FIRST GROUP IN ORDER TO HELP THEM FIND THE PATH THAT WOULD LEAD THEM TO PAKISTAN. NASIR STATED THE GROUP GOT AMBUSHED BY U.S. FORCES IN HELICOPTERS AND MANY PEOPLE DIED, INCLUDING TABIT. THE NEXT MORNING, NASIR STATED HE LED THE SURVIVORS TO ANOTHER VILLAGE, WHERE THEY MET AN AFGHANI WHO TOLD THEM HE WOULD BE WILLING TO HELP THEM. NASIR STATED THE AFGHANI "TRICKED THEM" AND TURNED THEM IN TO ALLIES OF THE NORTHERN ALLIANCE AND U.S. FORCES.

WHEN ASKED IF THEY DEFENDED THEMSELVES AT TORA BORA, NASIR STATED THEY NEVER GOT THE CHANCE; THE ATTACK WAS AN AIR ASSAULT. NASIR STATED HE WAS CAPTURED WITH AN AK-47, $800 USD AND A RADIO. WHEN ASKED WHY HE HAD SO MUCH MONEY ON HIM, NASIR ADVISED ONE OF THE MEN WHO WAS INJURED DURING THE RAIDS GAVE THE OTHERS HIS WATCH AND MONEY AFTER THE AFGHANI WHO CAPTURED THEM TOOK HIS PASSPORT FROM HIM.

NASIR STATED AFTER HE WAS CAPTURED, HE WENT TO FIVE DETENTION CENTERS OR PRISONS BEFORE ARRIVING IN GUANTANAMO BAY, CUBA. NASIR ADVISED HE SPENT A TOTAL OF TEN DAYS IN THE FIRST TWO LOCATIONS. NASIR STATED HE WAS FIRST IN CUSTODY OF HAJI KADIR, THE MAYOR OF JALALABAD AFTER THE FALL OF THE TALIBAN. NASIR ADVISED KADIR WAS ANTI-TALIBAN. KADIR WORKED WITH HADRAT ALI, WHO NASIR ADVISED WAS WORKING WITH THE U.S. AGAINST THE TALIBAN. NASIR AND HIS GROUP WERE TRANSFERRED TO HADRAT ALI FOR THE REMAINING TEN DAYS OF DETENTION BEFORE THEY WERE TRANSFERRED TO AN AFGHANI PRISON IN KABUL. NASIR STATED HE WAS IN THE KABUL PRISON FOR APPROXIMATELY TEN DAYS BEFORE HE WAS TRANSFERRED TO U.S. CUSTODY IN THE BAGRAM PRISON. NASIR WAS IN THE BAGRAM PRISON FOR APPROXIMATELY TEN DAYS BEFORE HE WAS TRANSFERRED TO THE KANDAHAR PRISON. NASIR REMAINED IN THE KANDAHAR PRISON FOR APPROXIMATELY TWO AND A HALF MONTHS BEFORE HE WAS TRANSFERRED TO GUANTANAMO BAY, CUBA, WHERE NASIR STATES HE HAS BEEN FOR THE PAST TWO YEARS. WHEN QUESTIONED ABOUT HIS TREATMENT DURING HIS DETENTION, NASIR STATED HE WAS TORTURED AT

SEE MINOR CLAUSE TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  8  OF  10 PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

KABUL, BY THE AFGHANIS, AND AT BAGRAM, BY THE U.S. NASIR DESCRIBED THE TORTURE IN KABUL, STATING THEY WERE TAKEN INTO A DARK ROOM AND HIT WITH CHAINS. NASIR STATED AT BAGRAM IT WAS VERY COLD, 15-20 DEGREES. THE DETAINEES WERE KEPT IN THE BAGRAM AIRPORT, AND WERE FORCED TO SLEEP ON THE CONCRETE FLOORS WITH ONLY TWO THIN BLANKETS WITH WHICH TO LAY ON THE FLOOR AND USE AS A COVER. NASIR STATED IT WAS TOO COLD TO SLEEP AND THE GUARDS WERE THREATENING THEM (NFI). NASIR STATED THEY WERE NEVER HIT, NOR WAS ELECTRICITY USED, AT THE BAGRAM DETENTION. NASIR STATED HE WAS FIRST INTERROGATED HIS FIRST NIGHT IN BAGRAM. NASIR STATED HE WAS QUESTIONED DESPITE THE FACT HE WAS SHIVERING AND IN A "BAD EMOTIONAL STATE."

WHEN NASIR WAS QUESTIONED ABOUT HOW MANY AL QAIDA MEMBERS WERE IN TORA BORA, HE REPLIED HE HAD NO IDEA. WHEN ASKED IF ANY OF THE PEOPLE HE SPOKE OF WERE AL QAIDA, NASIR REPLIED IN THE NEGATIVE. WHEN ASKED IF ABU ATTAA WAS AL QAIDA, NASIR REPLIED, "ABU ATTAA WAS IN CHARGE OF ALL AL QAIDA CAMPS, WHAT DO YOU THINK?" ADDITIONALLY, NASIR STATED HE REFUSED TO TALK ABOUT ANY OTHER DETAINEES OR PEOPLE HE FOUGHT WITH. NASIR EXPLAINED EACH PERSON HAS THEIR OWN RESPONSIBILITY TO TELL THEIR STORY AND CONFESS THEIR SINS AND HE WAS ONLY WILLING TO CONFESS HIS OWN SINS OR THOSE WHO WERE DEAD. NASIR STATED HE WOULD NOT ANSWER ANY QUESTIONS OR IDENTIFY ANYONE ELSE.

WHEN ASKED IF HE WAS THE HIGHEST-RANKING DEFENDER OF TORA BORA AT GUANTANAMO BAY, CUBA, NASIR REPLIED, "THAT IS UP FOR YOU TO DECIDE." WHEN QUESTIONED FURTHER, NASIR REPLIED HE WAS PROBABLY NUMBER TWO BECAUSE ABU KADUS WAS HIGHER IN RANK THAN HE WAS AND FURTHER ADDED ABU KADUS WAS NOT, HOWEVER, IN CUSTODY IN GUANTANAMO BAY, CUBA.

WHEN QUESTIONED WHETHER HE EVER HAD THE OPPORTUNITY TO SWEAR BAYAT TO UBL, NASIR REPLIED HE HAD THE OPPORTUNITY BUT CHOSE AGAINST IT. NASIR STATED HE STILL RESPECTED UBL BUT DISAGREED WITH WHAT UBL AND AL QAIDA WERE DOING OUTSIDE OF AFGHANISTAN. NASIR STATED HE NEVER READ OR DIRECTLY HEARD THE FATWA UBL ISSUED AGAINST THE UNITED STATES AND HER ALLIES, BUT HE HAD HEARD OF IT. NASIR ADVISED HE DID NOT THINK UBL WAS IN A POSITION TO ISSUE A FATWA BECAUSE HE WAS NOT A RELIGIOUS SCHOLAR. NASIR STATED THIS WAS ESPECIALLY TRUE IF THE FATWA ORDERED SOMETHING THAT WOULD CAUSE HARM TO OTHERS SINCE THIS GOES AGAINST ISLAMIC LAW.

WHEN QUESTIONED ABOUT ANTI-U.S. SENTIMENTS, NASIR REPLIED HE HATED THE RUSSIANS, THE SERBS AND THE JEWS; THE U.S. WAS ALWAYS HELPING THE RUSSIANS, SERBS AND JEWS AND THEREFORE WHILE HE HAD NOTHING DIRECTLY AGAINST THE U.S., HE INDIRECTLY HATED THEM.

NASIR STATED HE LIED ABOUT MEETING ABDUL HAKIM, ADAM MAHMUD AND AHMAD NASRATI IN SUDAN, AS PREVIOUSLY REPORTED. NASIR STATED HE LIED IN ORDER TO COVER UP WHAT HE WAS REALLY DOING IN SUDAN, WHICH WAS WORKING FOR A COMPANY OWNED BY UBL. NASIR STATED HE ALSO LIED ABOUT ATTENDING THE KHALDAN CAMP AND KHALDAN GUESTHOUSE IN ORDER TO APPEAR MORE ATTRACTIVE TO U.S. AUTHORITIES. NASIR EXPLAINED THE INFORMATION HE LEARNED ABOUT KHALDAN, HE LEARNED FROM OTHERS. NASIR DID ADMIT TO MEETING ZUHAIR AL LIBI BUT STATED HE MET ZUHAIR ON THE LINES, NOT AT KHALDAN CAMP.

NASIR STATED THAT HE DOES NOT RECALL MENTIONING AN ABU JAFAR AT TORA BORA, AND DENIES HE MET JAFAR IN THE VEHICLE TRANSPORTING THEM TO TORA BORA. WHEN CONFRONTED WITH THE IN-DEPTH PHYSICAL DESCRIPTION OF JAFAR AND HIS ACTIVITIES AT TORA BORA HE HAD PREVIOUSLY REPORTED, NASIR AGAIN REITERATED HE DID NOT RECALL EVER MEETING OR MENTIONING JAFAR. NASIR STATED HE WAS NEVER IN CHARGE OF MAKING ANY NEGOTIATIONS WITH THE ENEMY WHILE HE WAS AT TORA BORA.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

**4. REMARKS (Continued)**

NASIR DENIED HE EVER ADMITTED HE WAS AL QAIDA, ON THE AL QAIDA EXPLOSIVES COMMITTEE, AN EXPLOSIVES TRAINER, OR THAT HE ACCOMPANIED IBN SHEIK AL LIBI TO A MEETING WITH UBL AT TORA BORA. HOWEVER, NASIR DID EXPLAIN IN DETAIL THE WEAPONS AND EXPLOSIVES TRAINING HE PROVIDED TO OTHER FIGHTERS AT THE FAROUK CAMP, JIHAD WAL CAMP, AND ON THE FIGHTING LINES. NASIR ADMITTED MANY OF THE GUESTHOUSES HE STAYED AT WERE AL QAIDA SPONSORED, AS WELL AS THE TWO TRAINING CAMPS HE ATTENDED. NASIR ADMITTED HIS TRAINERS AT FAROUK AND JIHAD WAL WERE AL QAIDA SINCE THEY WERE AL QAIDA SPONSORED CAMPS. NASISR ADMITTED HE LED THE RETREAT OF MEN TO TORA BORA AND THAT ONCE THEY ARRIVED IN TORA BORA, NASIR TOOK CHARGE AND ASSIGNED MEN TO POSITIONS AS ONE OF HIS RESPONSIBILITIES. NASIR ADMITTED HE WAS RESPONSIBLE FOR ALL DECISIONS RELATING TO ARTILLERY, BOTH ON THE LINE AND AT TORA BORA.

NASIR STATED UBL NEVER SPOKE TO A GROUP OF 30-45 FIGHTERS IN TORA BORA TO HIS KNOWLEDGE. NASIR CONFIRMED THE STORY HE TOLD OF SEEING UBL AT A FUNERAL WAS A LIE. NASIR STATED THE ONLY EVENT HE ATTENDED WHERE UBL WAS PRESENT WAS THE WEDDING OF UBL'S SON.

NASIR WAS PROVIDED TIME TO PRAY, EAT AND USE THE RESTROOM DURING ALL INTERVIEW SESSIONS. NASIR RELATED HE DESIRED TO SEE JUSTICE AND WISHED TO BE TRIED BY A U.S. MILITARY TRIBUNAL.

ALL NAMES IN THIS REPORT ARE PHONETIC.

ENCLOSURE
(1) ABDUL LATIF NASIR'S STATEMENT, DATED 10MAR04

DERIVED FROM: DODD 5113.09.
Declassify on 20290310

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET/NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN,<br><br>    Petitioner,<br><br>     v.<br><br>ROBERT GATES,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1360 (RWR)<br>)<br>)<br>)<br>)<br>) |

ISN 371 FM 40 6/30/2004

SECRET/NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) REPORT OF INVESTIGATIVE ACTIVITY | | |
|---|---|---|
| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER 91923041891705 |

4. REMARKS
Witness Interview of: (UNK) GHAIM, YADEL

Date/Place /

INTERVIEW OF US9FR-00371DP
Brahim YADEL

INTERVIEW OF 371 (conducted on 30 Jun 04)

Subject Interview of: Brahim YADEL

Date/Place: 30 Jun 04/Guantanamo Bay, Cuba
Interviewers: SA ▇▇▇▇▇ CITF, Fort Belvoir, VA.

(U//▇▇) On 30 Jun 04, Brahim YADEL, ISN: US9FR-00371DP, was interviewed at Camp Delta, U.S. Naval Station, Guatanamo Bay, Cuba, by Special Agent ▇▇▇▇▇ USACIDC, CITF, Belvoir, VA. The interview was conducted in the French language. The translator was a contract linguis ▇▇▇▇▇

YADEL was interviewed regarding the training he received while at Khaldan Camp, Afghanistan (AF).

YADEL stated he arrived at Khaldan Camp in Mar 00, where he remained until its closure in Jun 00. YADEL stated upon his arrival to Khaldan Camp, there were no buildings or any other structures visible. YADEL stated he along with the other students would sleep in two to three nearby caves. The trainers would sleep together with the other trainers in separate caves away from the students. YADEL stated the students and trainers used a nearby river to bathe themselves and wash clothes. YADEL began his training by taking the small arms training course. The small arms course consisted of the Kalashnikov rifle, various Russian light machine guns, and the Makarov pistol. This course was approximately one month in length. YADEL stated he was provided a Kalashnikov rifle in the morning and would return the rifle at the end of the day. There were no formal procedures for issuing the rifles. The rifles were stored in nearby caves. YADEL stated the small arms training consisted of several progressive steps before being allowed to fire the weapon. YADEL stated when he first was handed the rifle, the instructor would describe the rifle in detail and then provide the different methods of employment for the rifle. Then the trainer would teach the student how to assemble and disassemble the rifle. YADEL stated before the student was allowed to fire the weapon, he must be proficient in assembly and disassembly. When the trainer felt the student demonstrated proficient skills in assembly and disassembly, they would be allowed to fire the weapon. YADEL stated he was provided 10-15 rounds of ammunition. The student would then select a rock on nearby mountain as target practice, as there were no targets available. YADEL added, there was a lot of physical training conducted during the small arms training, which included jogging.

Following the small arms training, YADEL stated he then received training on the recoilless rifle, which YADEL referred to as a "cannon". YADEL related he never actually fired the recoilless rifle, but observed the loading and firing of the weapon. The instructor would fire the rifle at rocks on a nearby mountain. YADEL stated he was not aware of any type of explosive courses taught at Khaldan Camp - however, YADEL emphasized that there could

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

have been explosives training, but he was just not aware of it. YADEL stated he did not observe any designated areas within Khaldan Camp that were used for railroad type of assaults, ambushes, or explosives. YADEL stated he did receive explosives training while at the Al Farouq Camp.

YADEL stated he carried a small Sony or Aiwai radio with him while at Khaldan Camp. YADEL stated the radio did not have the ability to transmit. YADEL stated he used the radio for gathering news and weather information. YADEL stated he observed IKRIMA (Muhummed Noor Uthman MUHAMMED; ISN: US9SU-00707DP) with a hand-held radio similar to his (YADEL) radio. YADEL was unsure if IKRIMA used his radio to transmit information. YADEL related it was common for students to carry handheld radios. YADEL stated IKRIMA was the director of Khaldan Camp. YADEL related IKRIMA was responsible for camp logistics, camp organization, and supplying of food for Khaldan Camp students and trainers. YADEL related if there was a student concern or issue which required a decision to be made, it would be resolved at the trainer level. However, if the trainer could resolve the issue, IKRIMA would be the final authority.

YADEL identified three trainers during his time at Khaldan Camp (Mar-Jun 00): Abdel HAMMAD (NFI); a Tunisian named NASSIR (NFI) as a small weapons trainers; and an Algerian named MUHAMMED (NFI) as a trainer of tactics. YADEL related MUHAMMED also taught mountain warfare tactics.

YADEL stated in Jun 00, he was informed by his trainer (NFI), that Khaldan Camp was closing. Upon the closure of Khaldan Camp in Jun 00, approximately 20-30 other students along with IKRIMA, left Khaldan Camp and traveled to a brick factory outside of Kabul, AF to continue training. Upon arriving at the brick factory, YADEL and the remainder of the group then traveled to Khandahar, AF and then on to the Al Farouq Camp for additional training. YADEL stated IKRIMA did not accompany the group to the Al Farouq Camp, and was unsure where IKRIMA went to.

YADEL was shown a photograph of Ali Muhammed Abdul Aziz AL FAKHRI, and identified him as Ibn Sheik AL LIBI - the owner of Khaldan Camp. YADEL stated he observed AL LIBI twice during the two months he was Khaldan Camp. YADEL stated when he observed AL LIBI, he was walking around the camp only observing the training, however, AL LIBI would occasionally speak to the students and ask them how training was being conducted.

YADEL was asked to compare his training at Khaldan Camp to other camps which he attended. YADEL stated Khaldan Camp was very "laid back" compared to other training camps within AF. YADEL stated the other training camps that he attended (NFI) were more military type regiments.

DERIVED FROM: D-DD 5112.01
Declassify on: 20291020

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

## ISN 707 FM 40 11/29/2002

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) |||
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY |||
| 1. DATE OF INVESTIGATIVE ACTIVITY<br>29 Nov 02 | 2. PLACE<br>Guantanamo Bay, Cuba | 3. ACTIVITY NUMBER<br>10239023371628 |

4. REMARKS

Subject Interview of: (UNK) NOOR UTHMAN MUHAMMED

Date/Place: 29 Nov 02/Guantanamo Bay, Cuba

11/29/2002

(S//NF) MUHAMMED NOOR OTHMAN MUHAMMED, ISN# US9SU-00707DP, was interviewed at Camp Delta, Guantanamo Bay, Cuba. The interview was conducted by Federal Bureau of Investigation (FBI) Special Agent (SA) ███████, Naval Criminal Investigative Service (NCIS), Special Agent (SA) ███████ and Language Specialist ███████ Arabic translator). MUHAMMED was advised of the nature of the interview and the identity of the interviewing Agents. MUHAMMED thereafter provided the following information:

MUHAMMED declined to answer any previously asked questions, from prior interviews.

MUHAMMED was shown a series of three photographs of RAMSEY YOUSEF and denied any knowledge of YOUSEF. In addition MUHAMMED was shown numerous other photographs in a book in the interrogation room which was provided by the JTTF. MUHAMMED advised he did not recognize any of the photographs in the book.

MUHAMMED advised if given the opportunity to return to his home country of Sudan he would get married, live with his family, and attempt to seek employment in any field that provided a suitable income to raise a family.

MUHAMMED was reminded of a statement he made to previous interviewers (November 21, 2002) in which he indicated that he had worked at the Khaldan training camp from 1996 until its closure in 2000. He was queried as to why the Khaldan training camp was closed by the Taliban. MUHAMMED responded he has no personal knowledge of why the training camp was closed. MUHAMMED advised he never heard others engaged in conversations regarding the reasons the training camp was closed. MUHAMMED advised he never met ABDULLAH AZZAM, the individual at the Khaldan training camp who was replaced by IBN SHEIK AL-LIBI. AZZAM was in charge of the service office which financed Khaldan's operations. MUHAMMED advised AL-LIBI assumed these responsibilities. MUHAMMED would not provide any further details concerning either AZZAM or AL-LIBI. MUHAMMED advised any questions concerning the Khaldan training camp should be directed to EBIN ELSHIKH (phonetic spelling) who was responsible for the camp operations and is currently a detainee at Camp Delta, Guantanamo Bay, Cuba.

MUHAMMED was queried whether the training camp stored weapons and ammunition at the camp. MUHAMMED responded a minimal number of weapons and ammunition were maintained at the training camp and they were used exclusively for training. MUHAMMED advised those individuals receiving training at the camp returned to their home countries and prior employment upon completion of their training. MUHAMMED did not elaborate on exactly why the individuals were receiving firearms training at Khaldan training camp.

MUHAMMED advised he never swore allegiance to Al-Qaeda, Taliban, Usama Bin Laden, Sheik ABU ZUBAIDA, or any other individuals or groups. MUHAMMED said he would only commit an allegiance to the Profit MUHAMMED.

MUHAMMED advised that when he heard of the actions taken against the United States (September 11, 2001) in was in Khost, Afghanistan, and he immediately apposed the actions and killing of innocent people.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE ███████ AND IS LOANED TO YOUR AGENCY; IT AND ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.

| | |
|---|---|
| | PAGE 1 OF 2 PAGES |

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

MUHAMMED was queried whether he is aware of any U.S. Embassy or other foreign embassy employees who are instrumental in obtaining false documents or engaged in illegal activity. MUHAMMED responded in the negative. MUHAMMED advised he is unaware of ZUBAIDA's connections in Pakistan as it pertains obtaining visas and arranging for accommodations for Arabs traveling through Pakistan.

MUHAMMED was queried whether Al-Qaeda members or individuals at the Khaldan training camp in which he was an instructor received code names or other identification upon completion of training. MUHAMMED responded he had already provided details to previous interviewers concerning nicknames of individuals receiving training and refused to answer further questions.

Interview terminated.

DERIVED FROM: D-DD 3115.09.
Declassify on: 20291123

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  2  OF  2 PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
|     Respondent. | ) |
| | ) |

ISN 753 FM 40 9/10/2003

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

| CRIMINAL INVESTIGATION TASK FORCE (CITF) | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
| 10 Sep 03 | GTMO, Cuba | 05567032601534 |

**4. REMARKS**

Subject Interview of: (UNK) ZAHIR, ABDUL

Date/Place: 10 Sep 03/GTMO, Cuba

FM40 20030910 - US9AF-000753DP

(B)(N)(F) On 10 Sep 03, Special Agent (SA) ▓▓▓▓▓▓▓ CITF, Fort Belvoir, VA 22060 and SA ▓▓▓▓▓
CITF, GTMO, Cuba, interviewed ISN US9AF-00753DP Abdul SAHIR in his native language Pashtu. Translator
▓▓▓ facilitated the translation from Pashtu to English

After the normal meet and greet, SAHIR was questioned about his activities and responsibilities as the translator for
a known Al Qaeda operative AL HADI AL IRAQI. SAHIR explained he started to worked for AL HADI during the
Taliban regime when Taliban was fighting against the Northern Alliance. SAHIR explained at that time the coalition
forces were physically not in Afghanistan but Americans had started to bomb Taliban locations. SAHIR explained, in
his earlier interviews he stated that he knew AL HADI was working for the Al Qaeda against the Northern Alliance
SAHIR stated that he knew AL HADI was working for the Al Qaeda because one day he observed Usama Bin Laden
(UBL) visited the Ashara Guesthouse and had a meeting with AL HADI. At that time SAHIR knew AL HADI was a
member of Al Qaeda. SAHIR further admitted to working for AL HADI even after he saw him with UBL and
suspected his boss AL HADI was a member of Al Qaeda but worked for the Taliban government

SAHIR further explained AL HADI left Zormat, AF, when Taliban fell and SAHIR stopped working for AL HADI

SAHIR stated after AL HADI left, his new mission given by AL HADI, was to provide money for the new group.
SAHIR stated AL HADI told him SAHIR should give his (AL HADI's) money to the new group. SAHIR explained he
spent some of AL HADI's money on himself and he wanted to get rid of the rest of his money by giving it back to the
group of people which AL HADI asked him to do so. SAHIR's mother was also pressuring him to give the money
because she knew that this new group was consisted of "not good man".

SAHIR stated he was not a military man but rather worked for AL HADI as a translator. He worked (translated) for
money not for political views or purpose. At that time Taliban was fighting the Northern Alliance. SAHIR further
admitted that since he was working for AL HADI, he himself was working against the Northern Alliance

Upon questioning about AL HADI's rank or position in the Taliban Government since he was working for the
government, SAHIR stated AL HADI did not hold a position, rank or a title in the Taliban Government. SAHIR did not
have an official title either but he was simply referred as translator.

According to SAHIR, AL HADI was in charge of a foreign group of people who were fighting the Northern Alliance
when SAHIR was translating for AL HADI. This foreign group of people consisted of Arabs who were attached to the
22nd Division. Juma Baey (Juma NAMANGANI) was in charge of the 22nd Division and AL HADI was his assistant

Abdul SAHIR was questioned about the new group members that they created after the fall of the Taliban

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE
CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE  1  OF  3  PAGES |
|---|

Declassified by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

**4. REMARKS (Continued)**

SAHIR explained the group members were
1.  Abdul RAUF, aka Haji Jan Shay
2.  Mohammad AGHA aka Engineer
3.  Muhammad RAHEEM aka Abdul Tarrak aka Jawad
4.  Abdul MALIK aka Sur Gul
5.  Abdul KABIR aka Qari Bilal aka Zelee Gul
6.  Jenin or Janin GUL aka Malek Sahib
7.  Mohammad DALUL aka Haji Naim or Naem
8.  Muhammad MUSTAFA aka Abdul Kahar or Kahir aka Haji Cinar (Cinar is a name of a tall tree and MUSTAFA
was tall as Cinar tree).
9   Shir JAN aka Jan Mohammad
10. Mohammad SAQUB or SAYIB (did not remember his nick name)
11. Mohammad HASIF (did not remember his nick name), (brother of #10 SAQUB)
12. GULLAM MUSTAFA aka Nasack aka Meir (could be "mayor")

NOTE: ALL NAMES ARE PHONETIC.

According to SAHIR, Abdul RAUF, the leader, created many of the nicknames himself, for his group members so that
on the telephone, no one would actually give their real names. The most people ended up calling each other with
their nicknames. Abdul RAUF also asked SAHIR to change his name for his (SAHIR) protection. Abdul RAUF gave
SAHIR a list of everyone's names and nicknames so that when SAHIR was on the telephone with any of them, he
would know which nickname to use. Abdul RAUF was afraid of Afghan or American forces. SAHIR admitted the
group was created against the American forces and foreigners but not Afghans. This new group was also against
Pakistan as well.

SAHIR further admitted to providing money to Abdul RAUF from AL HADI after Taliban fell. SAHIR admitted that he
supported this group about two months because SAHIR spent their money, which he was supposed to return it to the
group. SAHIR stated that he bought himself a car (taxi) with some of that money to support himself

SAHIR further admitted AL HADI being an Al Qaeda member and further admitted himself worked for AL HADI while
he knew AL HADI was Al Qaeda. SAHIR further admitted UBL stayed at the house where SAHIR worked. SAHIR
further admitted to translating for Al Qaeda.

SAHIR was asked the following clarifying questions regarding his admissions:
1.  Was AL HADI a member of Al Qaeda? Yes.
2.  Who did AL HADI work for? Taliban.
3.  Did UBL stay at the safe house you worked for? Yes.
4.  Did you translate for an Al Qaeda member? Yes.
5.  Who did you translate for? AL HADI and other members of Taliban.
6.  Were you aware that AL HADI was working for Al Qaeda at the time you were working for him? Yes.

SAHIR further explained he worked for AL HADI approximately three and a half years. The first year SAHIR
translated at the guesthouse. AL HADI was an Arab and he was not able to communicate with the staff at the safe
house. It was SAHIR's job to relate AL HADI's messages to the other workers at the safe house. Later SAHIR
started to translate between AL HADI and the commanders fighting in the front lines against the Northern Alliance.
SAHIR stated AL HADI was in charge of Arab soldiers fighting under other Taliban commanders. These Arab
fighters, even though they fought under other Taliban commanders, they took their orders from AL HADI. SAHIR
translated AL HADI's orders to the Taliban commanders regarding the Arab fighters. SAHIR explained AL HADI's
orders were pertaining to the logistics and supply of these Arab fighters. For example, SAHIR explained if AL HADI
wanted to change the location of the Arab fighters either pull them back or send them elsewhere in the front lines, AL

PROTECTED INFORMATION — FILED UNDER SEAL

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

HADI would coordinate with Taliban commanders and AL HADI would tell them where he wanted his soldiers. SAHIR would translate AL HADI's orders to the Taliban commanders. On another situation, when the commanders needed supplies such as food and water, they would relate their request to AL HADI, through SAHIR and AL HADI would make sure the supplies were facilitated.

SAHIR provided a chronological list of the names of the front line commanders wherein he translated between them and AL HADI:
Mulla Abdul SATAR Abdi or Abdee
Mulla AL GAH
Satar IBRAHIM
Sayed AYDEB AL GAH
All of those commanders were the supreme commanders of the Taliban army at the front lines when Taliban fought the Northern Alliance. According to SAHIR, these translations took place before the Americans started bombing.

SAHIR translated any information that AL HADI wanted to know about his people and SAHIR translated when AL HADI wanted to move his troops strategically.

SAHIR further explained he also translated for Mullah DADULLAH, who was the defense minister at the time. AL HADI would ask Mullah DADULLAH to authorize request for goods and services for the front line soldiers. SAHIR facilitated the translations of these requests among other things.

SAHIR further explained he was paid 1000.00-1,500.00 PK rupees in the beginning of his job and once in a while he would also get approximately 500.00 PK rupees extra as a bonus. SAHIR explained this was good amount of money in Afghanistan at the time. SAHIR explained he would have had to work very hard at another job to make this kind of money. SAHIR further explained when he start to facilitate translations between AL HADI and the Commanders, AL HADI started to pay him 2000.00 PK rupees a month and later 4000.00 a month.

According to SAHIR, AL HADI spoke Farsi and the supreme commanders spoke Pashtu. During SAHIR translated between AL HADI and the Commanders, him and AL HADI traveled to Pulihombre, Mazar Province, Heart tan Province, Bagram, Kunduz and Tahar Province various times.

SAHIR admitted without a translator, communications between AL HADI and the commanders would be very difficult and untimely.

SAHIR further explained AL HADI was getting this money from the Taliban defense Minister and from the Arabs. The money, which provided by Arabs mostly spent on safe house expenses and salaries of the guesthouse workers. SAHIR did not know how much Arabs provided. SAHIR explained AL HADI received approximately 1000.00 PK or 2,500.00 AF rupees a month from the Defense Minister for the expenses of each Arab soldier fighting in the front lines.

SAHIR further explained AL HADI's nick name was Qutaiba on the radio and AL HADI was also called "SNALE" which meant "number 2". SAHIR did not translate between AL HADI and Juma Bay because both men spoke Farsi.

SAHIR was provided a satellite telephone, which was in his possession at the time of his capture. SAHIR did not recall the number of his satellite telephone.

SAHIR further questioned about his knowledge of the fighters who spoke English. SAHIR explained he knew Suhaib AL-AMERICI (meaning American), Abdul KAREEM or KERIM, who is also an American and Abdul JABAR, who was incarcerated at GTMO.

Interview was then terminated to continue on 11 Sep 03.

DERIVED FROM: DODD 5115.07;
Declassify on 20260916

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE
CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE 3 OF 3 PAGES |
| --- |

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

## ISN 1457 FM 40 6/15/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 15 Jun 04 | Bagram Afghanistan | 63992041801309 Part I of II |

**4. REMARKS**

Subject Interview of: (UNK) RIYADH THE FACILITATOR

Date/Place: 15 Jun 04/Bagram Afghanistan

FM40 20040615-0617 - US9YM-01457DP

(S//NF) On 15, 16 and 17 June 2004 Reporting Agent (RA ██████ Special Agent, Naval Criminal Investigative Service, and ███ DoD analyst, interviewed Sharqawi Abdu Ali AL-HAJJ, ISN US9YM-001457DP, for a total of 12 hours at the Bagram Personnel Control Facility (BPCF), Bagram, Afghanistan. DoD contractor █ ██ provided Arabic/English translation. Hajj was provided with food and beverages. Hajj confirmed his name was Sharqawi Abdu Ali AL-HAJJ and he used the following kunyas: Riyadh, Al-Mudhafar, Abu Haytham, and Aziz. Hajj stated he never used the alias Hassan, but he did give this name to his interrogators when he was captured. Hajj was born in Taiz, Yemen circa April 1974.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Hajj requested to be moved to a cell closer to the restrooms (Agent Note: Cell transfer was approved by the Operations Section immediately following the termination of the interview). Hajj also made an allegation that during his first week in Bagram Detention Facility, two guards banged his head against the wall when they took him to the restroom. (Agent Note: RA contacted the Operations Section immediately following the termination of the interview and they stated they had investigated Hajj's allegations and determined the charges to be unfounded.) Hajj stated he was feeling depressed and sad about being in detention for so long and was not confident his case was making any progress.

Hajj stated he has three sisters and four brothers and both of his parents are still alive. His family still lives in Yemen. Hajj stated he is single and has no children. Hajj speaks Arabic, but knows a little English from studying it in school. Hajj stated he attended "Taiz Great High School" and completed high school in 1993 when he was 19 years old. Hajj stated joining the military is mandatory in Yemen after one graduates from high school, but he was excused due to problems with his ████. Hajj stated a year later, he attended the Taiz University, where he studied Business and Economics for a semester.

In 1994, after attending the University for half a year, Hajj moved to Saada to study Islamic law at the Dar Al Hadith Institute in Dimaj (Dimaj is a district in Saada). Sheikh Muqbil Al Wadi was the founder and director of the Institute. Hajj stated he attended classes on and off for four months. Hajj stated Wadi would issue a fatwa every day but none of the fatwas were in regards to jihad, Afghanistan or Chechnya, and Hajj stated Wadi was against the jihad and thought people should pursue education vice jihad. Hajj stated Wadi never provided financial assistance to anyone trying to leave Yemen to fight the jihad. Hajj stated the Dimaj institute was frequented by people other than Yemenis and there were no time restrictions on attendance as people would go anywhere from one month to one year. Hajj stated many Yemenis would go to the Dimaj in the summer time, as part of their summer break. Hajj stated the institute offered four or five different classes a day. Hajj stated during the high season, there could be as many as

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE 1 OF 7 PAGES |
|---|

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

4. REMARKS (Continued)

1500 people there attending classes, and during the off-season, 300-400 people in attendance. Hajj stated the government was not involved in running the institute, it was privately owned by Al Wadi and donors would contribute money. Hajj stated there was no type of military training, to include weapons training.

While Hajj was at the Institute, he met Abdul Quddus Al Qadi, who helped Hajj travel to Bosnia for Jihad. When asked why he was intent on joining jihad, Hajj stated his sister died in an accidental fire when she was 23 years old, and it made him realize if he was going to die, he wanted to die for a cause. Hajj stated joining jihad and dying in the process of helping Muslims was a better way to die. Hajj stated he did not need any money to travel to Bosnia because there were plenty of donations in the mosques for people traveling to join any jihad. Hajj stated in 1995, he left Yemen and flew from Sana to Frankfurt, Germany. Hajj stated he stayed in Germany for one month before determining it was not possible to get a visa to travel to Croatia, so he took a train to Austria and was able to obtain a visa there for Croatia. Hajj then took a train to Croatia, and arrived in Bosnia circa February 1995. Hajj stated he traveled with Umeir, who acted as their supervisor, and one other person, whom he could not remember his identity. Hajj stated there was a weekly trip from Yemen to Bosnia so his travel did not need to be arranged, the weekly trip was already arranged.

Hajj stated once he arrived in Bosnia, he attended training with the Bosnia Army in the Mujahid Battalion for forty days. Hajj stated they taught physical training and weapons, such as the Kalashnikovs and hand grenades. Hajj stated training ended circa March/April 1995. After training, he went to the front lines as a "guard" of the front line, which meant he wasn't engaged in fighting, he was just protecting the position. Hajj stated after two or three months, there was a clash with the Serbs and he was injured with an AK-47 round getting lodged in his chest. Hajj stated he was in the hospital for two months before returning to the field. Hajj stated when he returned, he was at the back of the front line for another four months before a cease-fire was put into effect. Hajj stated he waited for two months to see if the fighting would resume before he returned to Yemen, circa February 1996.

Hajj stated when he returned to Yemen, he wanted to join the Chechnya Jihad but knew it was difficult to go there. In 1996, he heard Muslims were dying in Ogaden (between Somalia and Ethiopia) so he traveled to Kenya and stayed there for a week, trying to get into Somalia. While in Nairobi, he met a Saudi who warned him against Arabs going to Ogaden, stating it was not safe. Hajj was convinced and went back to Yemen. In March 1997, Hajj went to Arakan (between Bangladesh and Burma) because he heard Buddhists were killing Muslims. He was in Bangladesh for a month trying to get into Arakan (now known as Rakhine), but after a month of being unable to, he flew back to Yemen. Hajj stated he stayed in Yemen until December 1997, when he went to Saudi Arabia for Um'ra for one month. Hajj returned to Yemen in January 1998.

Hajj stated circa April/May 1998, he traveled to Syria to have an ████████████ for about a month and returned to Yemen circa June 1998. Hajj stated prior to going to Syria, he was against people leaving Yemen to join the Jihad in Afghanistan. Hajj stated he saw the jihad in AF as a tribal feud thus was not his business. However, after he returned from Syria, he started talking to people who had returned from Afghanistan and the good things they had to say changed his mind. Hajj explained the people who had gone to AF spoke of the training Muslims received in AF and Hajj saw this as a good thing, because Muslims are required to get training so they can defend themselves. After his impression of AF changed, Hajj received a phone call from Abdul Razzaq Basalih, aka Abu Salih, who he had known in Bosnia in 1995 (Abu Salih was killed in Afghanistan). Abu Salih returned to Yemen in 1999 after being kicked out of Saudi Arabia and contacted Hajj to convince him to help him send people to Afghanistan. Abu Salih had money because he was from Saudi Arabia, and he wanted to give Hajj money to enable Hajj to facilitate the travel (i.e. getting visas, passports, airline tickets and money to travel) of those wanting to travel to Afghanistan to get training. Hajj stated he had not talked to Abu Salih since Bosnia, but Abu Salih trusted him because he was a Bosnia Mujahidin. Hajj stated someone else he met in Bosnia, Anjasha (a Saudi), also would give him money to facilitate people's travel to AF. Hajj believes Anjasha's real name is Ibrahim Al Madani. The last time Hajj saw Anjasha was in March 2001 in Kabul. The last time he saw Abu Salih was in November, 2001, in Kandahar. Hajj stated both he and Abu Salih were against swearing Bayat and having allegiance to any organization, including Al Qaida, because it limited their personal freedom and would prevent them from going to Chechnya to fight. They

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE
CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE   2 OF 7   PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION - FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

just wanted to facilitate people's travel to get training, but wanted them to come back after the training, vice joining Al Qaida and fighting on the front lines in Afghanistan.

Hajj stated he saw Abu Salih on a daily basis, and they had a reputation for being travel facilitators. When asked he if ever facilitated travel for UBL or Al Qaida, he stated "Not before I left for Afghanistan" and further stated he never spoke to UBL personally about arranging travel for Al Qaida, but he did talk to Abu Basir, UBL's assistant. Hajj also stated people who had been to Afghanistan and wanted to return to Afghanistan would need Hajj to facilitate their travel. Hajj stated they bribed officials and forged documents in order to get people visas and passports. Hajj stated Abu Salih was in charge of financing the travel. Hajj was responsible for the Taiz area, along with Abdullah Rimi. Abu Muslim facilitated travel in Aden and Bashir Shaddi and Dhaffer (NFI) facilitated travel in Sana, Yemen. Hajj stated Abu Khulud, his real name was Ibrahim Balaalawi, was a facilitator in Taiz before Hajj. Hajj stated Abu Khulud was in Bosnia in 1995, where they saw each other, and Abu Khulud migrated to AF with his family in 1997. Abu Khulud also got money from Abu Salih to facilitate travel between 1995 and 1997. When Hajj began to facilitate travel, Abu Khulud had already left YM for AF. Hajj stated Abu Khulud was shot in the head in Bosnia, and was not mentally stable. Hajj stated Abu Khulud swore Bayat to UBL and returned to YM in 2000 and was jailed for suspected involvement in the USS COLE (Hajj stated many people were jailed and then released once their innocence was determined). Hajj stated Abu Khulud returned to AF circa April 2001 and swore bayat to UBL a second time. Hajj stated Abu Khulud attended Khalden Camp and was in charge of the Kandahar guesthouse. Hajj heard he was killed in Kandahar during the bombings.

Hajj reiterated he would provide a visa, money, and airline tickets to those needing to travel to Afghanistan. When asked about providing letters of introduction to those traveling to AF, Hajj was vague and stated letters were not necessary, the men traveling to AF could just say "Sharqawi sent me" and they would be trusted. Hajj went on to explain there was an assassination attempt on UBL circa 1999 or 2000 by some Arabs. Hajj stated after the assassination attempt, the guesthouses and camps in Afghanistan required those traveling from Yemen to have their name forwarded on a list to Afghanistan. Hajj stated once the individuals got to Karachi, PK, they would call Hajj and he would send someone to them to help them get from Pakistan to Afghanistan.

Hajj stated in mid 2000 tensions were increasing in Chechnya so he started collecting money with Abu Salih and Asim Al Makki specifically for Chechnya Jihad. (Analyst Comment: Al Makki's real name is Muhammad Hamdi Sadiq al Ahdal (aka Raashad, aka Ahmad , aka Abu Asim al Ahdal) is currently in Yemeni custody for his involvement in the USS Cole attack.) Hajj stated they stopped sending people to Afghanistan and their efforts were focused on getting people to Chechnya, and in June 2000 he went to Syria with Abu Salih and Asim Al Makki, trying to get to Chechnya. Hajj stated they stayed in Syria for two weeks but were told by others in Turkey, who were also trying to get to Chechnya, it was futile, Hajj stated by the end of June or early July they returned to Yemen. Abu Salih, who had just gotten married, told Hajj they should go to Afghanistan to get training for Chechnya. On 18 August 2000, Hajj and Abu Salih flew to Pakistan. Hajj stated the name on the Yemeni passport he used was "Rami Al Zurqa." Hajj stated they stayed in a hotel in Karachi for 5-7 days before flying to Quetta. Hajj stated they stayed at the Hawli Taliban guesthouse in Quetta for three weeks before they could be smuggled into Afghanistan.

Hajj stated once they arrived in Kandahar, they went to the Airport complex to the section where single males stay. Hajj stated this was circa September 2000. Hajj stated Suhaib Lutf Al Thari, whom he had known in Taiz, Yemen, was his point of contact when he arrived at the complex. Hajj stated many of the individuals he sent to AF from YM were staying at this complex, including Suhaib (Suhaib left YM in 1998) so it was not difficult for him to obtain entry to the complex and housing. Hajj stated he stayed at the airport complex for two weeks, visiting his friends (Hajj stated he was well known to all Yemenis) and then traveled to Kabul for one night to see his friends on the front lines before returning to Kandahar. Hajj stated there was lots of fighting (arguing) among the Arabs in Afghanistan. He had previously heard about problems between Yemenis and Al Qaida and stated that due to this, some Saudis and Yemenis decided to begin their own camps and guesthouses. Hajj related the Yemenis were there to receive training in order to fight in Chechnya. Abu Salih decided to go stay with those who wanted to start their own camps separate from Al Qaida and the Egyptians. Two of these individuals were Mahjan al Taifi and Hamza al Qaiti. Hamza

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

PROTECTED INFORMATION - FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

maintained a guesthouse in Kabul. Abu Salih traveled to Yemen to get his wife and returned to Afghanistan to live in their new camp.

Hajj stated he heard about the USS COLE bombing while he was in Kandahar. On the same day of the bombing, Hajj stated everyone evacuated Kandahar and fled to Kabul, including UBL and his guards, fearing retaliation. Hajj stated he stayed with Suhaib and a group of Yemenis for almost two months. In December 2000, he called Rimi in Yemen and Rimi told him not to come home because he might be arrested and stated several of their "associates" had been arrested in connection with the USS COLE bombing. Hajj stated he decided to stay in Afghanistan. Hajj stated he alternated between staying at the Institute in Kandahar, with Abu Salih at his camp and with UBL's guards. Hajj stated several of the guards were individuals he knew from Yemen and he had facilitated their travel to AF.

Hajj was then asked to look at pictures of detainees in Guantanamo:

Agent Note: After identifying pictures of ISN US9YM-00037DP, US9YM-00039DP, US9YM-00054DP, US9YM-00149DP and US9YM-00569DP, Hajj wrote a brief description annotating what he knew of the detainees' activities, included as Enclosure (1).

02: Hajj did not recognize this detainee. [David HICKS/US9AS-00002DP]

05: Hajj identified him as Abdul Aziz al Makki, or Sayf al Makki. Al Makki is in charge of the Al Wafa organization in AF. He had problems with UBL, however, because he had come to do charity work in AF and was funded by the Saudi Royal family, who UBL rejected and denounced. Al Makki would take Saudi's from al Farouk and try to send them back to SA. [Abdullah ALAMATRAFI/US9SA-00005DP]

27: Hajj identified YM-27 as Hudaifa al Adani. Hudaifa became a bodyguard for UBL a couple of months prior to the September 11, 2001 attacks. Hajj stated Hudaifa was "new" and was just a "normal person" but became a bodyguard towards the end. When asked if Hudaifa was chosen by UBL to be his guard, Hajj related UBL does not choose his bodyguards. Hajj stated specialized training or swearing Bayat to UBL was not necessary to be one of his guards. Hajj inferred becoming a bodyguard was personality driven and those who were bodyguards would try to get people they knew, or people who were from their hometown, to be bodyguards. [Uthman Huthayfa AL RAHIM /US9YM-00027DP]

28: Hajj stated YM-28 was known as Arsalan, a Yemeni who was born in Saudi Arabia. Arsalan did not have a certain job but he was sometimes with UBL's guards. Hajj said Abu Salih possibly facilitated Arsalan's travel to AF in late-1997 or early-1998. According to Hajj, Arsalan knew the area in Afghanistan well and was "all over the place," moving around visiting guesthouses. He was usually by himself and rarely stayed in one place for very long. [M'auzhamza Ahmad AL ALAWI/US9YM-00028DP]

29: Hajj said YM-29's real name is Muhammad al Ansi, but he was known in Afghanistan as Muatasim al Sanani. Muatasim came to Afghanistan in late 1999. Hajj stated Muatasim lived near him in Taiz and he (Hajj) personally facilitated Muatasim's travel from Yemen, through Karachi, Pakistan to Afghanistan. Abu Basir al Yemeni was a close friend with Muatasim in Yemen as well as in Afghanistan. (Analyst Note: Abu Basir is known to be the personal secretary to UBL and a trusted guard) Muatasim became a bodyguard for UBL in late 1999 or early 2000 and remained in that position for approximately one year. Hajj believed Muatasim was in Tora Bora following the bombings in Afghanistan. When asked if Muatasim had any other positions in Al Qaida besides being a bodyguard, Hajj replied Muatasim did not have the qualifications to be anything else. He stated along with al Battar and Saqr al Madani, Muatasim might have been with them in Karachi, Pakistan for an operational meeting with KSM, but he (Hajj) was not sure. [Mohammed Ahmad Abdullah AL ANSI/US9YM-00029DP]

31: Hajj said YM-31's kunya in Afghanistan was Dawoud al Taizi. Dawoud's real name is Mahmood al Mujahid. Dawoud was facilitated to Afghanistan by either Hajj himself, or possibly Abdullah al Rimi in late 1999 or early 2000.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 4 OF 7 PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

Hajj stated when Dawoud was training at al Farouq, he was not convinced of fighting against the Northern Alliance and was hesitant. He didn't know whether to go to the Islamic Institute in Kandahar or to go to the front lines to fight. Hajj stated Dawoud became a bodyguard shortly after the USS Cole bombing and remained a guard for one year until they all withdrew to Tora Bora. (Analyst Note: The USS Cole was attacked on October 12, 2000.) His older brother, Riyadh al Mujahid, who was a veteran bodyguard brought Dawoud to the UBL guard force. Hajj facilitated Riyadh's trip to Afghanistan circa 1997-1998. Riyadh trained at the Khalden training camp and then joined the bodyguard force following the Embassy bombings in East Africa. (Analyst Note: The US Embassy bombing occurred on August 7, 1998.) Hajj last saw Riyadh a few days before bombing began and Riyadh wanted to go to Tora Bora, but was reluctant because of his wife (Analyst Note: The coalition Afghanistan bombing campaign began circa October 7, 2001). Hajj related he was pretty sure Dawoud did not swear bayat to UBL. While in Kandahar, Dawoud was friends with Hudaifa (YM-27). [Mahmud Abd Al Aziz AL MUJAHID//US9YM-00031DP]

32: Hajj identified this detainee as Farouk al Taizi. He went to AF in April 2001 from his home in Taiz, YM. Abdullah al Rimi or Muaz al Sanani may have helped him travel to AF. After he attended the al Farouk training camp, Hajj did not know where he went. He was not a bodyguard for UBL. Farouk was close to Zubar al Adani (YM-41). Farouk also attended the Furqan Institute in YM. [Faruq AHMED//US9YM-00032DP]

34: Hajj believed him to be a Yemeni who was at the front line in Kabul. [Al Khadr ALYAFI//US9YM-00034DP]

35: Hajj did not recognize this detainee. [Idris A IDRIS//US9YM-00035DP]

36: Hajj did not recognize this detainee. [Mahmud IDRIS//US9YM-00036DP]

37: Hajj identified YM-37 as al Battar, from Ibb, Yemen. Hajj assisted Battar in his travel to Afghanistan in 1998. Once in Afghanistan, Battar attended training and became a guard for UBL. Hajj said Battar worked for UBL. According to Hajj, Battar returned to Yemen in late 1999 or early 2000 to get married, then returned to Kandahar with his wife where he lived with the other married mujihadin. Hajj stated he met with Battar and Saqr al Madani in Karachi, Pakistan in July 2001 at a restaurant called Othmaniway. (Analyst Note: Hajj positively identified SA-42 as Saqr al Madani.) Hajj stated Battar and Saqr were both clean shaven and they told him (Hajj) they had a job to do with the media center, which was being run by KSM. Hajj stated he met Battar again in Afghanistan between the September 11, 2001 attacks, and the subsequent bombing campaigns. Hajj believes Battar went to Tora Bora with UBL. [Abd Al Malik AL WAHAB//US9YM-00037DP]

39: Hajj identified YM-39 as Anas al Makki. Anas is either Saudi or Yemeni. Hajj first met Anas at the Pakistani embassy in Sanaa, Yemen in 2000 when he was trying to go to AF with his wife and kids. Hajj thought Anas might have been a mujahid from the Russian jihad. Anas worked at the media center in Kandahar, which was managed by KSM, though Anas's work was not related to what KSM was doing outside of Afghanistan. Anas was doing technical work and was in charge of audio and video recordings of UBL speeches. Hajj said Anas could not do two jobs at once so he was not a guard as well as the secretary for the media office. However, Hajj stated Abu Anas was armed, as was everyone, so he could have given the impression he was a guard. Anas was also close to UBL and was always seen around him and traveling with him. Hajj stated Abu Anas was with UBL in Toughar and Kabul after September the 11th. Hajj stated Abu Anas was part of UBL's convoy and stated it was possible he swore bayat to UBL but added it was possible to work closely with UBL and not swear bayat. Hajj stated he often spoke with Abu Anas and they both agreed swearing bayat was illegal because Mullah Omar is the leader of AF and it is wrong to swear allegiance to someone other than him, someone like UBL who is an immigrant in AF. Hajj stated he was not sure if Abu Anas has a role in the USS COLE video. Hajj stated Abd al Rahman al Maghribi may have worked on the USS Cole video, but he was not sure. Hajj last saw Anas in Jalalabad before the bombing began, but Anas wanted to return to Kandahar for his family. [Ali Hamza Ahmed Suleiman ISMAIL//US9YM-00039DP]

40: Hajj identified YM-40 by the kunya "Salman" and stated his real name was Abdul Qadir al Baidari, from Sana, YM. Hajj stated Salman went to AF late 1999 or early 2000. Hajj stated Salman had been a guard of UBL since

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  5 OF  7  PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

**4. REMARKS (Continued)**

circa August 2001. Hajj was not sure if Salman was an official guard, or was just filling in a guard as part of an emergency situation. Hajj stated Salman is a friend of Abu Basir and they knew each other in Yemen. Hajj stated the last time he saw Salman was in Jalalabad after September 11, 2001 but before the bombings in Afghanistan began. Hajj stated he facilitated the travel of Salman from Yemen to Afghanistan and Hajj thought Salman went to Al Farouk as soon as he arrived in AF. Hajj did not see Salman at the Damaj Institute in Yemen, but stated most Yemenis attended the Institute, in addition to people outside of Yemen. Hajj stated Salman was friends with Mutasim (YM-29) and Abu Basir. [Abdelqadir AL MUDHAFFARI/US9YM-00040DP]

41: Hajj identified YM-41 as Zubair Al Adani but stated his real name was Majid. Hajj stated Zubair was from Aden, YM and used to study in Taiz at the Institute for Islamic Law, called Al Furqan. Hajj stated Aqil Al Maqtari is a teacher there. Hajj stated Zubair went to Afghanistan in late 1999 or early 2000, but he could not remember if he helped Zubair get to Afghanistan, or if Abu Muslim did. Hajj stated Zubair joined the guard force circa August 2001, and he was unsure if Zubair had spent any time fighting on the front lines. Hajj stated Zubair attended Al Farouk (and added that everyone attended Al Farouk). Hajj stated Zubair was friends with Mutaz al Adani, Umar Al Adani and others from Aden. Hajj thinks Zubair went to Tora Bora with everyone. [Majid Abdu AHMED/US9YM-00041DP]

42: Hajj identified SA-42 as Saqr al Madani, from Medina, Saudi Arabia. Saqr came to Afghanistan circa 1997 and became a bodyguard for UBL after 1998 and remained so while Hajj was in Afghanistan (March 2000-June 2001). Hajj heard Saqr trained at the Khalden camp. Saqr was related to Aws al Madani, aka, Mudaz, who was married to one of UBL's daughters and is also a bodyguard for UBL. (Saqr stayed mostly in Kandahar, but sometimes would travel to Kabul. Hajj stated Saqr was not close to Abu Hafs or KSM, but was somewhat close to Abu Basir al Yemeni. Hamza al Sharif, Aws, Riyadh al Mujahid and Jihad al Ghamdi are all close friends of Saqr. [Abdul Rahman SHALABI/US9SA-00042DP].

43: Hajj identified YM-43 as Abu Layth al Taizi, and does not know his real name. Hajj stated Abu Khulud facilitated Abu Layth's travel to AF. Hajj stated Abu Layth was friends with Abu Khulud and Sakhr Al Taizi. Hajj stated Abu Layth came to AF circa 1999, 2000 and became a bodyguard circa August 2001 but he doesn't know if he swore bayat. Hajj stated he believed Abu Layth traveled to Tora Bora. [Samir AL HASAN/US9YM-00043DP]

44: Hajj identified him as Abu Ghanim, his real name is Muhammad Rajob. Hajj stated Abu Ghanim was in Bosnia in 1995 and came back to YM in 1996. Abu Ghanim was in YM until after the USS COLE bombing in YM in October, 2000 and then he traveled to AF circa February or March 2001 in order to avoid being arrested. Hajj stated he may have gone to Al Farouk. Hajj stated Bashir may have helped Abu Ghanim out of YM. Hajj stated Abu Ghanim joined the guard force circa August 2001 and may have gone to Tora Bora with everyone. The last time Hajj saw Abu Ghanim was in Kandahar or Kabul after the bombing. Hajj stated he and Abu Ghanim were friends and further stated "I may have been his best friend" because they were in Bosnia together. Abu Salih and Hamza were also in Bosnia and also good friends with Abu Ghanim. Hajj does not know if Abu Ghanim swore bayat to UBL. Abu Ghanim was arrested in Yemen with a group of 30 people for renting cars using a fake ID and then taking them apart and selling the parts. Abu Ghanim was not involved in this operation, but was visiting the house that was raided, which was being rented by Bashir al Shadadi. Some others arrested were Akrimah, Julaybib al Sanani (Ahmed al Khadr) and Abdul Aziz Bin Attash, Khallad's youngest brother. When asked why they would do this, Hajj replied they were retaliating against the Yemen Interior Minister because of a campaign to arrest and kill mujahidin who fought in Bosnia, which began with the killing of Abu Hassan. (Analyst Comment: Abu Hassan is likely identifiable with Zain al Abdine al Mihdar. Mihdar founded the Islamic Army of Aden and was responsible for the kidnapping of 16 Western tourists near Aden, YM, four of which were killed during the rescue attempt by Yemeni forces.) [Mohammed ABU GHANIM/US9YM-00044DP]

45: Hajj stated his kunya was Abu Fida al Taizi. He came to AF in late 1999 and was helped out of YM by Abdallah al Rimi. Abu Fida attended basic training at al Farouk and also attended an advanced class for instructors, though Hajj did not believe he finished the instructors' class. Abu Fida stayed at a guesthouse on the front lines. Another fighter named Abu Fida (al Ibbi) was in charge of this guesthouse, and asked Abu Fida (YM-45) to stay there

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE   6   OF   7   PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

because he was good at calligraphy. Abu Fida moved back to Kandahar to work with Zubayr al Haili sometime between May-July 2001. According to Hajj, Zubayr al Haili was the leading facilitator for Al Qaida and other mujahidin coming into AF and also operated the Mudaffa (guesthouse) in Kandahar. Abu Fida had no certain job, but would help out by running errands and doing administrative duties. Hajj stated this was an Al Qaida guesthouse, but neither Abu Fida nor Zubayr al Haili were Al Qaida. Hajj stated several times that al Haili openly denied having sworn bayat to UBL or Al Qaida despite his highly trusted position. Hajj said al Haili was respected among Al Qaida because he was a veteran of the Bosnia jihad. Suhaib al Taizi was the deputy of al Haili and was good friends with Abu Fida and was the one who brought him to the guesthouse. Hajj related he is best friends with Suhaib. Hajj also stated the guesthouse was a public guesthouse, and no training took place there. [Ali AL RAHIZII/US9YM-00045DP]

51: Hajj did not recognize this detainee. [Majid AL BARAYAN/US9SA-00051DP]

53: Hajj did not recognize this detainee. [Saud Dhakhil ALLAH/US9SA-00053DP]

54: Hajj identified him as Khubaib al Sudani. H e has been with UBL a long time, possibly since Sudan. Khubaib was a cook and would travel with UBL and cook for him and his guards. Hajj saw Khubaib almost daily while he was in Kandahar. Khubaib is married to Umm Asim's (MO-56) daughter. Hajj stated Khubaib was close to UBL but was not of any importance. Khubaib was with UBL until Tora Bora. Hajj was not aware of Khubaib ever providing training. [Mohammed AHMED/US9SU-00054DP]

56: Hajj identified him as Umm Asim (Uncle Asim.) Everyone in AF calls him Uncle because he is older and is respected. He is from Morocco and came to AF during the fight with the Russians. He was the leader of the bodyguards for UBL. [Abdullah AHMED/US9MO-00056DP]

59: Hajj stated he is a Saudi from Medina named Hamza al Sharif (kunya.) He is related to Saqr al Madani (SA-42) and Aws al Madani. Aws was married to UBL's daughter and was therefore responsible for the movement of UBL's family. Hamza and Saqr were always together. Hamza came to AF in 1998 and has been a guard for UBL since that time. Hamza was not married, but was close to UBL. [Sultan AL UWAYDHA/US9SA-00059DP]

63: Hajj did not recognize this detainee. [Maad AL QAHANI/US9SA-00063DP]

66: Hajj identified this detainee as Zubair al Jedawi and believes he is from Jeddah, SA. Hajj believes he came to AF after 9/11 and was part of Hamza al Qaiti's group in Kabul. He saw him after 9/11 in Qaiti's house in Kabul. [Yahya AL SULAMI/US9SA-00066DP]

79: Hajj stated his name was Hassan al Makki, a Saudi from Mecca. Hajj did not know when he came to AF, but stated he was among those who took the class at al Farouk to become an instructor. Hajj heard he went to the north, and then he heard he was killed. [Fahed AL HARASI/US9SA-00079DP]

101: Hajj did not recognize this detainee. [Mohammed IRFAN/US9PK-00101DP]

144: Hajj did not recognize this detainee. [Mohammad EVAS/US9PK-00144DP]

FORM CONTINUES

DERIVED FROM: DoDD5115.09,

Declassify on 20290015

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) REPORT OF INVESTIGATIVE ACTIVITY | | |
|---|---|---|
| 1. DATE OF INVESTIGATIVE ACTIVITY<br>15 Jun 04 | 2. PLACE<br>Bagram Afghanistan | 3. ACTIVITY NUMBER<br>63992041801309<br>Part II of II |

**4. REMARKS**

Subject Interview of: (UNK) RIYADH THE FACILITATOR

Date/Place: 15 Jun 04/Bagram Afghanistan

FM40 20040615-0617 - US9YM-01457DP

(S//NF) 149: Hajj stated his kunya was Saqr al Jidawi. Saqr was originally from Yemen, but he may have been raised in Jeddah, Saudi Arabia. Saqr had been in AF for a while, possibly since the early 1990's. He was among those who fought the Russians. Hajj heard Saqr fought the Russians with Khattab in Tajikistan before 1995. After Tajikistan, Saqr went back to Saudi Arabia. Hajj believes Saqr met UBL in 1998. He traveled to Sanaa, Yemen in 1999 to get married and returned to AF. Prior to the Cole, Saqr left AF for Yemen because of problems with the Egyptian Al Qaida members and in April or May 2001, he traveled back to AF because of pressure from the Yemeni government. Hajj explained anyone in Yemen who was a mujahidin did one of three things: 1) fight against the government in the tribal areas, 2) got arrested, or 3) traveled AF. Saqr was a driver for UBL beginning in 1998/1999 and continuously as he was in and out of AF. He was a trusted person and was close to UBL because he fought against the Russians. However, Saqr did not attend private sessions with UBL. Saqr was always with the cars and because he was a mechanic he was in charge of all the vehicles in UBL's fleet. Hajj has never heard of Saqr transporting weapons, forging documents or having anything to do with funding, nor does he know if Saqr was involved in the Masood assassination. Saqr did not drive anyone except UBL. Hajj stated Saqr was not a bodyguard and did not stay with the bodyguards, but he lived with his wife. Regarding Saqr's relationship with the media center, Hajj stated he had heard of Saqr videotaping UBL's speeches, but had never seen him actually do it. He said whoever was around would do it, whether it was Khallad, Anas al Makki (YM-39) or Saqr. Hajj stated he would always hear people talking about it, with some saying "Saqr is better" and other saying "Hamza Ghamdi is better." Hajj did not know if Saqr had sworn bayat to UBL or if he is a member of Al Qaida. Saqr knows Abu Salih very well as they were friends from Jeddah, SA. He is also friends with Abu Jandal and Hamza al Ghamdi. Most of Saqr's friends went to Chechnya to fight. Abu Dhahak was also friends with Saqr, and he may know Abu Bassir as well. Saqr knows Abu Yassir al Jaziri, but not very well. Hajj last saw Saqr near the end of September 2001 at a safehouse in Kabul, AF along with UBL, Hamza al Ghamdi, Umm Assim (SU-56), Khubaib (SU-54) and Abu Basir. [Salim HAMDAN/ US9YM-00149DP]

152: Hajj did not recognize this detainee. [Asim Thabit Abdullah AL-KHALAQI/ US9YM-00152DP]

158: Hajj did not recognize this detainee. [Magid'abdallah Husayn AL HARBI/US9SA-00158DP]

189: Hajj did not recognize this detainee. [Rafda'i Muhammad Faqi ALJJ-SAQQAF/US9YM-00189DP]

190: Hajj did not recognize this detainee. [Sharif Fathim AL-MUSHAD/US9EG-00190DP]

196: Hajj did not recognize this detainee. [Musa AL AMRI/US9SA-00196DP]

197: Hajj did not recognize this detainee. [Ahmad Abdullah AL-WAZAN /US9MO-00197DP]

199: Hajj said he thinks he is Saudi and believes he used to see him in Kabul. Hajj advised he had never seen him

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 1 OF 7 PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

**4. REMARKS (Continued)**

in Kandahar or at the media center. [Ma'ath Thafir AL UMARI, JABD AL RAHIM/US9SA-00199DP]

222: Hajj did not recognize this detainee. [Umar Abdullah AL-KUNDUZI/US9AF-00222DP]

223: Hajj identified this individual as Abdul Rahman Balghaith, from Taiz, YM. His kunya in AF was Muhsen. Muhsen came to AF around late 1999 or early 2000 and attended both basic training and instructors training. He was asked to be an instructor at al Farouk, but he refused. He would stay at the Makaz (Center) Khalod at the front line, near the end. He wanted to go back to YM because he was sick. Hajj last saw him in Kabul between the 9/11 attacks, and the start of the bombing in AF. [Abd Al-Rahman Abdu SULAYMAN/US9YM-00223DP]

237: Hajj did not recognize this detainee. [Suleiman AL ALAMI/US9MO-00237DP]

239: Hajj did not recognize this detainee. [Sawad AL MADANI/US9UK-00239DP]

242: Hajj identified this man as Abu Usama al Adani, the brother of Abu Muslim al Adani. Everyone knows Abu Usama by his brother. Hajj saw him in AF in May 2001 in Kabul. Hajj did not believe he was suspected of being involved in the USS Cole bombing. [Khaled AHMED/US9YM-00242DP]

244: Hajj identified this detainee as Taha al Magribi. Taha was known for being an instructor. He worked for a while at Farouk, but most of the time he would be in Kabul and would train anyone. They would just wait for several people who needed training at one time, and they would go outside of Kabul and train. Taha trained artillery, AK-47's and RPG's. Taha had relations with everyone. He was in YM before he came to AF. Hajj stated Taha was not a fighter and had no relationship with UBL. [Abdul Latif NASSER/US9MO-00244DP]

262: Hajj did not recognize this detainee. [Abdullah Abd Al Mu'in AL WAFTI/US9SA-00262DPP]

263: Hajj did not recognize this detainee. [Ashraf Salim Abd Al SULTAN/US9LY-00263DP]

296: Hajj did not recognize this detainee. [Mesut SEN/US9BE-00296DP]

440: Hajj remembers his face, but does not know him. He is either from SA or YM. [Mohammed Ali FOWZA/US9YM-00440DP]

441: Hajj did not recognize this detainee. [Abdul Rahman AHMED/US9YM-00441DP]

502: Hajj did not recognize this detainee. [Abdul Bin Mohammed Abis OURGY/US9TS-00502DP]

508: Hajj stated, "If he is a Yemeni, he is the brother of Fawaz al Rabai (aka, Furqan)." Hajj stated he came to PK while Hajj was there, and Hajj sent him on to AF in May or June of 2001. Because of the 9/11 attacks and the subsequent bombings in AF, Hajj did not believe he had enough time to finish al Farouk basic training. Hajj heard he went to Tora Bora and he heard on TV he was captured. Hajj stated while he (Hajj) was in Jordan custody, he was asked about him a lot because of his brother, though Hajj did not believe he was involved with any of his brother's (Furqan) operations. Hajj stated he (Hajj) knew Furqan from Sanaa, YM. [Fawaz Yahya Hassan RABIAI/US9YM-00508DP]

535: Hajj recognized him and stated he may have been in Tora Bora coming back from Pakistan. Hajj did not know his name or anything else about him. [Tariq Mahmood AHMAD/US9BK-00535DP]

540: Hajj did not recognize this detainee. [Muhammed OMAR/US9PK-00540DP]

546: Hajj did not recognize this detainee. [Muhib ULLAH/US9AF-00546DP]

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 2 OF 7 PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

**4. REMARKS (Continued)**

569: Hajj identified him as Abu Bara al Taizi who is one of UBL's guards, and also among those arrested with Hajj. Hajj did not know when he joined the guards, but stated he came to AF in 2000, but he had been there before as well. Hajj met him in Taiz, YM in 2000 and though Abu Khaloud may have helped him get to AF. He was not sure if he was with Mutasim and Battar in Karachi, PK during the June 2001 meeting with KSM, but he could have been. He was friends with Saqr al Madani, Saad al Taizi and Jihad al Ghamdi. Hajj also related Abu Bara was good friends with Khallad bin Attash as they were always together in Kandahar. He was not aware of Abu Bara traveling to any other countries. Hajj saw Abu Bara in Toregar (2-3 hours walking distance from Jalalabad) following 9/11, and before the bombing began. Several days later, he saw Abu Bara again in Kabul with UBL and a few guards such as Hamza al Ghamdi, Anas al Makki (YM-39), Khubaib al Sudani (SU-54) and Saqr al Jidawi (YM149). [Mohammed SAID ZOHAIR/US9YM-00569DP]

578: Hajj stated his name was Abdul Aziz or Abu Abdul Aziz and he was captured with him in Karachi, PK. Hajj stated he believed Aziz arrived in the Karachi house they were arrested approximately one month prior to their arrest, waiting to get papers (forged) to return to YM. He came to AF to get training in order to go to Chechnya, though he did not receive any training. He stayed at Abu Dhahak's guesthouse. Hajj was not sure where Aziz came from prior to the guesthouse or how he got to the guesthouse, but stated he did not have a passport or visa when he arrived at the guesthouse. Hajj stated Aziz was not friends with anyone in particular because he had just arrived in AF. Hajj stated Aziz traveled from YM via Iran to get to AF. [Abdul Aziz ALSUWEDY/US9YM-00578DP]

587: Hajj did not recognize this detainee. [Ibrahim BIN SHAKRAN/US9MO-00587DP]

669: Hajj recognized his face and stated he was from SA. He saw him in Kandahar at Abu Dhahak's house. [Ahmed Zeid Salem ZOHAIR/US9SA-00669DP]

682: Hajj did not recognize this detainee. [Abdullah AL-SHARBI/US9SA-00682DP]

695: Hajj did not recognize this detainee. [Omar Khalif Mohammed MAJOUB/US9LY-00695DP]

696: Hajj did not recognize this detainee. [Jabran Saad WAZAR/US9SA-00696DP]

703: Hajj did not recognize this detainee. [Abdallah HUSSEINI/US9AG-00703DP]

707: Hajj did not recognize this detainee. [Zamir MUHAMMED/US9SU-00707DP]

716: Hajj did not recognize this detainee. [Allah Muhammed SALIM/US9EG-00716DP]

728: Hajj identified this detainee as Abu Hamas al Yemeni, from Taiz, YM. His real name is Abdu al Muhajeri. He immigrated to AF circa June 2001 and taught in a private school for Arab children in Kandahar called the "Arab Children's School." It was the only such school and all Arabs in Kandahar sent their children there. He and Riyadh al Taizi (the brother of YM-31) are married to sisters. [Jamil H SAID/US9YM-00728DP]

762: Hajj did not recognize this detainee. [Baidullah OBAYDULLAH/US9AF-00762DP]

766: Hajj did not recognize this detainee. [Omar Ahmed KHADER/US9CA-00766DP]

958: Hajj did not recognize this detainee. [Bismullah LNU/US9AF-00968DP]

976: Hajj did not recognize this detainee. [AbdullahWAZIR/US9AF-00976DP]

x1: Hajj did not know his name, but identified him as a Saudi from Mecca or Medina (UNKSA). Hajj received him in

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF GITF. IT IS THE PROPERTY OF THE GITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

Karachi, PK and helped him to get into AF. Hajj stated UNKSA was an average guy and not very well known. When Hajj traveled to AF, UNKSA was acting weird and there were rumors he might be a Saudi agent. He didn't want to go to the training camp, the front line, or to Kabul and he caused some problems at the guesthouse. Once he was in AF, UNKSA decided he wanted to return to PK to get treatment for his hemorrhoids. Hajj believed him to be an agent. [Abdulhakim A. BOKHAR]

x2: Hajj did not identify this photograph. [Walid GHAZAL]

x3: Hajj did not identify this photograph. [Said El BOUJJADIA]

x4: Hajj did not identify this photograph. [Abdulrahman NOOR]

Agent Note: Photographs x1, x2, x3, and x4 are photos of individuals who were killed or captured at a checkpoint along Spin Goldak/ Kandahar Road on 24Nov01 with Saqr Jidawi (ISN9YM-00149DP).

When asked about Kazimi (US9YM-01453DP), Hajj stated Kazimi went by the kunya Abu Malik, and he knew him from Yemen. Hajj stated the first time he met Kazimi, Kazimi was trying to leave Yemen and Hajj facilitated his travel to AF. Hajj stated Kazimi was one of UBL's guards for a least a couple of months and the last time he saw Kazimi was in Lahore, Pakistan when Kazimi traveled to PK from AF to have surgery. Hajj stated Kazimi stayed with him in Lahore after his surgery. Hajj stated Kazimi was known for being loud and a trouble-maker and specifically, Kazimi had trouble with Umm Asim (MO-56), the leader of the bodyguards. Hajj stated Kazimi was one of the biggest opponents against the Egyptians. Hajj stated he received a phone call from Suhaib after Kazimi brought his family to Pakistan and Suhaib told Hajj UBL was ordering Kazimi to send his family back to YM and to not return to AF. Hajj stated Kazimi returned to AF anyway with his family and "had some trouble" when UBL found out. Hajj stated Kazimi became angry with Al Qaida and was "cursing Al Qaida." Hajj stated Kazimi would always say he was Al Qaida but Hajj did not know if he believed this since Kazimi was considered unreliable. Hajj stated Kazimi's closest friend was Abu Basir and the others from Aden, YM. Since Kazimi and Hajj were incarcerated together, Kazimi HAE told Hajj he was arrested because he was involved with Nashiri, who wanted him to open a bank account in the UAE so Nashiri could smuggle funds to use. Hajj stated the last time he saw Kazimi prior to their incarceration was December 2001 in Karachi when Kazimi was trying to return to YM.

Hajj stated he heard about the USS COLE on the same day it happened (12Oct00) and he fled to Kabul, then Jalalabad, then back to Kabul. In December he fled to Kandahar with UBL and his bodyguards. Hajj stated he did travel with UBL and his bodyguards, but he did not stay in the same house with them. Hajj stated he traveled to Jalalabad to take a class on electronics. Hajj stated the class consisted of him, four other students and the teacher, Rawdwan Al Jaziari. Hajj stated the other four students were Salim Sharif (Saudi), Mustafa Al Shamiri (aka Sambalail, from Yemen), Maslama (Yemeni or Saudi), and Abdullah Al Makki (Saudi). Hajj stated there were no fees for this class, one just had to pay for any books that were required. Hajj stated Salim Sharif, who he was friends with, told Hajj about the class. Hajj explained the electronics class discussed electricity, physics, and voltage and the objective of the class was to learn how to make a circuit to be used as a remote control for remote controlled explosives. The session was suppose to last six months but the subject matter was too advanced for them, so they quit early and he returned to Kandahar circa March 2001. Hajj stated the training was not at Derunta, but Derunta was across the river. Hajj stated the training was in a camp that was previously used to train for Jihad against the Russians. Hajj stated Rawdwan, the instructor, was not Al Qaida, and he had gained his expertise either because he was an engineer or had experience with electronics, but Hajj did not think he had ever built a remote-controlled device for bombs before.

Hajj stated when he returned to Kandahar circa March 2001 he stayed at the guesthouse, the Institute, the Library, or with the guards. Hajj stated he was not facilitating travel at that point. In the end of April/May 2001, Hajj moved to Pakistan to facilitate travel for those trying to get into Afghanistan. Hajj stated he stayed in Karachi until August 2001

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ANY. IT IS THE PROPERTY OF THE ANY AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

when he returned to Kandahar. Hajj stated Suhaib encouraged him to go to Pakistan to bring more fighters or those looking to get training into Afghanistan. Hajj stated when he arrived in Karachi he worked with some Pakistanis who were already involved in facilitating travel to AF. They knew him by reputation and he became their supervisor. Hajj stated he was not providing financial assistance because those traveling from other countries, such as Yemen or Saudi Arabia, already had the money they needed to get to AF. Hajj would just help them get the proper clothing, bus tickets to Quetta, PK, and provide them with directions and points of contact in Quetta. Hajj stated they sent the men to the "Hawli Taliban" guesthouse. Within the guesthouse, there was an Arab section. Hajj stated someone from AF would come to the guesthouse and bring all the men staying in the Arab section into AF, four at a time. Hajj stated the Pakistanis he worked with were: Abdul Razzaq (kunya is Khalid), Amjad Al Pakistani (has been facilitating travel for three years) and Hassan Ghul (A Pakistani but he used to live in Saudi Arabia. He used to work with Abu Zubaydah, sending people to Khalden Camp), Walid Al Pakistani, and Rashid al Pakistani. Hajj stated he came back to AF in August 2001 because he was tired of working in Pakistan. Hajj stated Zubair Al Dhali replaced him in PK. Hajj stated while he was in Pakistan, he was in contact with Suhaib and Zubair Al Halil. Hajj stated Suhaib was Al Qaida but Zubair was not. Hajj stated he could only receive incoming calls but was unable to make outgoing calls. Hajj stated he only facilitated travel in YM and Pakistan because AF had its own department (Zubair Haili, Suhaib al Taizi, and Abu Khulud worked in this department) with an office at the Kandahar guesthouse.

Hajj stated he was in Kandahar for a couple of weeks before he returned to Karachi to help one of his relatives, Abdul Karim Al Ibbi, obtain surgery on his eye. Ahmed al Hijazi, from YM, accompanied them. Hijazi is also known as Khamal Derwish or Shaykh Dabwan. Hajj stated he knew Hijazi from Bosnia. Hijazi was born in Saudi Arabia and had lived in the U.S. Hajj stated Hijazi had been to AF two times, once in 1997 to get training at Khalden and the second time in April 2000. (Analyst Comment: Hijazi was killed in November 2002 along with Abu Ali al Harithi in an attack in YM from a Predator hellfire missile.) Hajj stated they stayed in Karachi for three weeks until September 9, 2001 when they were warned by the Pakistanis he used to work with, Khalid Sheikh Mohammad and Zubair Al Dhali that the Pakistani ISID were arresting all Arabs in Pakistan. Hajj and Abdul Karim were instructed to return to Afghanistan immediately.

Hajj stated he never had any advance warning about the September 11 attacks, but he did notice a change in behavior in UBL. Hajj stated UBL was always trying to get people to bring their families to AF, so they could practice their religion in a Muslim country. However, shortly before September 11th, UBL ordered all the families to return to their own countries.

Hajj stated once he returned to Afghanistan, he learned of Massoud's assassination and heard the Taliban was deploying troops to the North, along with the Northern Alliance, to end the conflict. Hajj stated no one was allowed to stay at any of the guesthouses, or houses reserved for Al Qaida and UBL disappeared from Kandahar with his guards. Hajj traveled to Kabul and stayed there for three to five days before following UBL to Jalalabad. Hajj stated he only saw one guard in Kandahar, Abu Ali Yafi, and Yafi told Hajj UBL had gone to Jalalabad. Once Hajj arrived in Jalalabad, he learned UBL had already left for Toregar. Hajj stayed in Jalalabad for one night and stated this was between 15-18Sep01. Hajj stated he arrived in Toregar and only UBL's guards were there. Among the guards, Hajj believed that Hudaifa al Adani (YM-27), Muatasim al Sanani (YM-29), Dawood al Taizi (YM-31), Anas al Makki (YM-39), Salman (YM-40), Zubair al Adani (YM-41), Abu Bara (YM-569) and possibly Saqr al Madani (YM-42) and Khubaib al Sudani (SU-54), though these two may have been with UBL. Hajj stated UBL and some of his top advisors went to a meeting within a two-hour walking distance from where the guards were located in Toregar. UBL arrived two days later and Hajj heard UBL was going to disappear without his guards in order to maintain a low profile, and UBL told the guards they were free to go where they could. Hajj stated he left Toregar with some Arabs, including Tha Yazan and Abu Ali Al Layf, and returned to Jalalabad. Hajj stated he stayed one night in Jalalabad before returning to Kabul, where he saw Abu Bara (YM-569). Three to four days later he heard UBL was in Kabul and Hajj went to the house where UBL was staying. He had a few guards with him, including Hamza al Ghamdi, Abu Bara (YM-569), Anas al Makki (YM-39), Khubaib (SU-54), Saqr al Jidawi (YM-149), Umm Asim (MO-56), and Abu Basir. Hajj stated this was the end of September 2001.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE   5   OF   7   PAGES

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

Hajj stated he stayed in Kabul for five to six days. Hajj stated when UBL left and went to Kandahar, Hajj traveled with him. Hajj stated once he got to Kandahar, they still were not allowed to stay in the guesthouses and so he left and traveled to Herat with Zubair Al Dhali and Ali Al Yafi. Hajj stated they went to Herat because Zubair and Yafi had a business there, buying and selling cars. Hajj stated they stayed in Herat for a week before flying to Kabul. Hajj stated this was still prior to the bombings that started on 07Oct01. Hajj stated the guesthouse in Kabul closed down, but a new one had opened and he stayed there for three to four days.

Hajj stated he took a bus from Kabul to Jalalabad. When he arrived in Kandahar, he heard UBL was in Tora Bora. Hajj stated he was told it was very difficult to get to Tora Bora, so he did not try to follow UBL there. Hajj stated he saw the following guards in Jalalabad: Thy Yazam, Arsalan (YM-28), Salman Sanani, Saad Taizi and Anas al Makki (YM-39). Hajj stated they were waiting for orders, but they had not gone to Tora Bora with UBL. Hajj stated this was the last time he saw the guards, and the bombing had not started yet. Hajj stayed in Jalalabad for three days before he went to Kabul. Hajj stated once he arrived in Kabul, he found out UBL was actually there, staying at the same house he had seen him at last time, the "Bayt Allam" (media house). Hajj stated the house belonged to the EIJ (Egyptian Islamic Jihad). Hajj stated he saw the following individuals at the house during this visit: Sheikh Muhammad Salah (Former EIJ leader who joined Al Qaida), Hamza Ghamdi, Umm Asim, Uthman and Muhammad Bin Ladin, Khubaib (SU-54) and Abu Basir. Hajj stated Saqr al Jidawi (YM-149) had gone to Kandahar.

Hajj stated while he was in Kabul, he had a meeting with Abu Al Ma'ali, a Saudi with a lot of money. Hajj stated Al Ma'ali wanted Hajj to help him smuggle money into AF. Al Ma'ali wanted Hajj to be in Pakistan to get the money, and then help Al Ma'ali get the money into AF. Hajj stated the money was for AF families trying to flee AF. Hajj stated Al Ma'ali smuggled millions of Saudi Riyals this way. Hajj stated the day before the bombing started (06Oct01) he went to Kandahar and stayed there approximately five days until he left for PK. Hajj stated that was the last time (circa 11Oct01) he was in AF.

Hajj stated when he arrived in PK, he stayed the first few days at a hotel, but his visa was about to expire so he was forced to leave. Hajj stated Nashiri had a house in Pakistan he was letting others use while he was in AF. Hajj stated when he arrived at Nashiri's house, Hassan Bin Attash and Abu Badr were staying at the house as well. Hajj stated he stayed at Nashiri's house for a short time before Walid al Pakistani rented a house for him in Karachi. Hajj stated he also used a second house, also rented by Walid al Pakistani, in Karachi. Hajj stated he used this house with Zubair Al Haili to smuggle the money for Al Ma'ali. Hajj stated messengers from Saudi Arabia would come to the house with the money and give it to Hajj to transfer to AF. Hajj stated Sheikh Abdul Samad, from Saudi Arabia, was the Saudi who would send the money from Saudi, using different messengers. Hajj explained Samad would call him on the phone and arrange the meeting between Hajj and the messenger, usually at Hajj's house, a hotel, or the airport. Hajj stated the amount the messenger would bring varied between $10,000 and $70,000 and came in the form of Saudi Riyals, Pakistan Rupees, UAE Dirhams and USD. Hajj stated he was the middleman between Samad and Abu al Ma'ali for approximately one month. Hajj stated after the first month, he began to distribute the money himself to everyone fleeing AF to PK. Hajj stated some of these people were Al Qaida, but it was not a condition for whom he gave money to. Hajj stated he could not approximate how many people he gave money to during these four months, but referred to the four months as the "time when I did my most important work."

Hajj stated he arrived at the house he was arrested during the middle of the night and had only been there a few hours before the house was raided and he was arrested. Hajj stated Nashiri and Abu Badr used to own the house but now were letting anybody use it while they were out of the country. Hajj stated Abdul Razzaq ran the house at the time Hajj and the other 15 people were arrested who were all waiting for documents or visas to flee the country. Hajj related the following people were detained with him: Abdul Razak (PK), Walid al Pakistani (PK), Salim al Pakistani (PK), Al Bara al Taizi (YM-569), Zahir al Yemeni (YM), Abdul Aziz (YM), Abu Ahmed al Haili (YM or SA), Ibrahim al Makki (YM or SA), Al Shafi (YM), Azzam (YM), Adil al Zamil aka Muad al Kuwaiti (KU), Saad (KU), and a Saudi, a Russian and a Brit who's names Hajj could not recall. Hajj stated they could forge visas but not passports. Hajj stated he would give the documents to Zubair al Haili, Ammar or Khallad and they would take the passports to the document center to make the visas.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF GITF. IT IS THE PROPERTY OF THE GITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 6 OF 7 PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

When asked about this role in Al Qaida, Hajj stated he was a mujahidin and he facilitated travel for Al Qaida members but he was not Al Qaida. Hajj explained those in Al Qaida that had sworn allegiance to UBL were bound by rules and were not free to do as they pleased. Hajj stated he traveled from place to place as he pleased. Hajj stated helping Al Qaida did not make him Al Qaida because he helped everyone travel, regardless of his or her status. Hajj stated he was trusted because he was well known for helping people. Hajj stated he never pledged bayat because Sheikh Al Wadi forbade it. Hajj stated he was never asked to pledge bayat or join Al Qaida because his views were well known and respected by Al Qaida.

When asked about his relationship with UBL, Hajj stated he met UBL for the first time when he arrived in AF and would see him weekly at lunch or prayer or at lectures, but denied ever having a private conversation with him.

When asked about the Media Center, Hajj stated it was composed of two parts, the "external department" and the "real/legitimate department." Hajj stated the real department was in Kandahar and was run by Abu Hussein Al Masri, Abu Anas Al Makki, Zahir (a Saudi) and Abdul Rahman Al Maghrebi, whereas KSM was in charge of the External department, which referred to any media outside of AF, to include the Internet. Hajj stated the real department was in charge of the lectures, events and feasts in AF. Hajj stated he did not know the exact nature of Abu Hussain's duties; just that he was in charge. Hajj did not know if Hussain was always in charge or if he had a predecessor. Hajj stated Abu Anas was an editor, who would watch videos and make reports. Hajj stated Abu Anas handled the technical aspects of the media center and worked on a computer. However, Hajj did state he saw Abu Anas at a public gathering (NFI) with a video camera, taping an event. Hajj stated many people would videotape for the media committee, but Abu Anas was in charge of videotaping. Hajj did not know when the media center was established but stated when he arrived in AF in 2000, it was in existence. Hajj opined prior to 2000 and the USS COLE, there was not much need for a media center. Hajj did not know who Abu Hussain reported to but thought it could be Zawahiri because he was in charge in Kabul. Hajj stated Zawahiri took over the media center in Kabul (Muhammed Salih originally opened the center in Kabul). Hajj stated the new office in Kabul opened circa June-Aug 2001, after Zawahiri pledged bayat to UBL and Al Qaida. Hajj stated when the new office in Kabul opened, Abu Hussain and Abu Anas did not go to Kabul because the Egyptians ran Kabul. Hajj stated the office in Kandahar remained open until the bombing began in October 2001. Hajj stated the media center in Kandahar produced the USS COLE video, but he did not know who specifically made the tape. Hajj stated he saw the tape at the Kandahar guesthouse and opined Al Qaida made the video to expose people to UBL and expose how Muslims live and are repressed. Hajj stated there were three messages within the COLE video: to motivate Muslims to migrate to a Muslim country; to prepare and train for Jihad; and to commit to Jihad against the oppressors. Hajj stated he heard the media committee was interested in getting a satellite feed but UBL did not want one. When asked about the EID al Fitr video, Hajj stated he saw it in YM. Those who were returning from AF brought the video with them. Hajj stated the video was used as a recruiting tool.

Hajj stated he believed in Jihad and explained he believed Muslims were being oppressed and he had a duty to teach the Chechnyans to fight. Hajj stated Jihad is a way of life and he believed in the causes in Bosnia and Palestine, where Muslims suffered. Hajj stated he did believe in Jihad against Israel but was not sure about the United States. Hajj stated UBL and Al Qaida are against the United Stated but his support of Al Qaida did not put him in opposition of the United States.

Hajj stated he was arrested in Pakistan and detained by the Americans in Karachi for one month. Hajj stated the Americans then took him to Jordan and turned him over to the Jordanian authorities, where he stayed for two years. Hajj stated he was then transferred to the Americans in Kabul for four months before coming to Bagram, where he has been for the last month. Hajj stated he has written one letter home.

On 29 Aug 06, I, SA ███████ made the following adminstrative corrections to this document. I changed the classificaiton from ~~FOR OFFICIAL USE ONLY (FOUO)/NOFORN to FBDO-LAW ENFORCEMENT SENSITIVE~~ as the original was incorrectly marked NOFORN.

~~RESTRICTED FROM 2-JSR-110-06~~
Declassify on 20130017

~~THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ANY. IT IS THE PROPERTY OF THE~~
~~FBI AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.~~

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,               )
                          )
            Petitioner,    )
                          )
      v.                   )          Civil Action No. 08-1360 (RWR)
                          )
ROBERT GATES,              )
                          )
            Respondent.    )
                          )

ISN 1457 FM 40 9/28/2004

SECRET//NOFORN

Declass by: km 8 June 2010

| CRIMINAL INVESTIGATION TASK FORCE (CITF) | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| 1. DATE OF INVESTIGATIVE ACTIVITY<br>28 Sep 04 | 2. PLACE<br>GTMO | 3. ACTIVITY NUMBER<br>63992042951122 |

4. REMARKS

Subject Interview of: (UNK) RIYADH THE FACILITATOR

Date/Place: 28 Sep 04/GTMO

FM40 20040928-30 - US9YM-01457DP

On 28, 29 and 30 September 2004 Reporting Agent (RA            Special Agent, Criminal Investigative Task
Force, interviewed Sharqawi Abdu Ali Al-HAJJ, ISN US9YM-0145?DP, for a total of 12 hours at Camp Five at U.S.
Naval Base Guantanamo Bay, Cuba. (Agent Note: These interviews were a continuation of interviews conducted in
Bagram, AF on 15-17Jun04. This FM40 should be read in conjunction with FM40, dated 15-17Jun04.) Department
of Defense (DoD) contractors provided Arabic/English translation. DoD interrogator            was also
present for the interviews that took place on 29 and 30 September 2004. Hajj was provided beverages and food.
RA asked Hajj if he remembered           from their previous interviews in Afghanistan (AF), to which Hajj replied in the
affirmative. (Agent Note:           s RA's name used during interrogations.)

On 28Oct04, DoD contract linguist           provided Arabic/English translation. Hajj stated he was feeling well, both
mentally and physically. Hajj made the following requests: be provided with an extra blanket in his cell, be provided
with an Arabic/English dictionary, and ensure the call for prayers over the intercom system was consistent. Hajj
explained that whether or not the detainees heard the announcement for prayer time depended on which MP was on
duty and if he or she remembered to turn on the intercom which broadcasts the prayer call. (Agent Note: RA put in a
memorandum for the three above mentioned requests on 29Sep04).

On 29Sep04, Hajj was interviewed a second time.           DoD contract interrogator was present
the contract linguist, provided Arabic/English translation. Hajj stated that though he has sent several letters home, he
has not received any mail since he has been in custody.

On 30Sep04, Hajj was interviewed for a third time.           was present and DoD contract linguist
         provided Arabic/English translation. Hajj stated that he fasts on Monday and Thursday and therefore
would not like any food or drink, but he did request a blanket to have during the interview, which was provided to him.
Hajj stated that once RA leaves Guantanamo, he will start causing problems because he believes only bad behaviors
produce results in getting what the detainees deserve.           advised Hajj that he would be
interviewing Hajj after           returned to Washington, D.C. and any problems that Hajj had should be reported to him
so that           could address his concerns and avoid Hajj causing problems in Camp Five. Hajj indicated that he
understood.

Hajj stated when he arrived in AF, he went to the airport complex near Kandahar for a couple of weeks. Hajj stated
he then attended Al Farouq for approximately two weeks to get training, however, due to his poor health, he was
unable to complete the training. Hajj stated the remainder of his time in AF was spent visiting people or the library,
and traveling between Kabul and Kandahar. Hajj stated after the USS COLE bombing in October 2000, he went "on
the run" with UBL and his guards. Hajj explained he associated with UBL and his bodyguards before and after the
attacks because they trusted him, and Hajj facilitated the travel of so many Yemeni, including many of the

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE
CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE 1 OF 8 PAGES |
|---|

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

bodyguards. Hajj spent two months running and hiding after the USS COLE (October - December 2000). During this time he traveled and slept with UBL and his bodyguards, but UBL slept in a separate house. Hajj stated he attended the electronics training course in the spring for approximately three weeks and then traveled to Pakistan (PK) circa May 2001. Hajj stated two of his Saudi friends (Mehjin Al Taefia and Salim Al Sharif), whom he knew from Bosnia, told him about the class. They knew the instructor for the class, Radwan, and were able to get Hajj into the class. Hajj confirmed that the goal of the electronics class was to build a device for a remote control for explosives, but Hajj denied he wanted to build such a device. Hajj said he was just curious and wanted to expand his knowledge. Hajj conceded other students in the class were involved in training of a secretive nature (NFI) and these students could have been at the training to learn how to detonate a bomb. Hajj stated there was no fee for the class. Hajj denied fighting on the frontlines while he was in AF, but stated he did visit people on the frontlines.

Hajj was asked to explain his association with Abu Yasir. Hajj stated he met Abu Yasir in AF at the Arab guesthouse where Yasir worked. Hajj stated they started working together in a mentor-type relationship. Since Yasir knew a lot about managing a guesthouse and facilitating travel, Hajj would ask him questions to learn from his experience and knowledge. Hajj stated Yasir did not have much contact with him after he (Hajj) moved to Karachi and Abu Yasir moved to Lahore, PK, but Hajj did give Yasir money on one occasion when Yasir needed it. Hajj stated Hakim was in charge of the guesthouse and finances in Lahore and was not sure why Abu Yasir did not get the money from Hakim. Hajj stated he could not remember the exact amount he gave to Abu Yasir, but did not think it exceeded $20,000. Hajj stated he used the money he received from the Saudi donors to give to Abu Yasir. Hajj denied the Karachi office was responsible for giving money to other offices in PK and stated the Lahore office was the only office he gave money to and denied he had ever given money to the Peshawar or Quetta offices. When asked if Abu Yasir was the one to encourage him to relocate to PK to facilitate travel, Hajj stated that is was Abu Suhaib who persuaded him to go the PK the first time (prior to September 11 2001) and it was Abu Ma'ali who persuaded him to return to PK after September 11, 2001. Hajj stated he left PK the first time to return to AF because he was bored.

Hajj stated Abu Yasir gave him (Hajj) approximately $20,000 and asked him to send the money to Abd Al Karim Ahmad Ali in Somalia. Hajj stated he gave the money to a Somalian (NFI) who hand-carried the money to Somalia. The second time Abu Yasir asked Hajj to transfer money for him, in the amount of approximately $50,000, Hajj could not locate the Somalian he used the previous time to courier the money. Hajj then contacted Shaykh Al Samad in Saudi Arabia (SA), and asked Samad to send the money to Abu Muaz al Jiddawi in Yemen (YM). Abu Muaz al Jiddawi would then transfer the money to Somalia. Hajj stated Samad sent the money to Jiddawi, but the money was stolen. Hajj stated Abu Yasir resided both in Karachi and Kandahar. Hajj believed Abu Yasir got the money from Shaykh Said or Al Qaida but he was not aware of the intended use of the money.

Hajj stated the last time he saw Abu Yasir was once after the attacks of September 11th when Abu Yasir spent one night at Hajj's safe house. When asked about Abu Yasir's associates, Hajj stated that Abu Yasir spent time with the married couples while he was in AF and he spent time with Abu Zubayr Al Ha'ali since they both worked in the same guesthouse; Zubayr Al Ha'ali managed the house. Hajj stated when Abu Yasir moved to Lahore, PK, he facilitated travel from PK to AF and he would help sick people when they came to Lahore, PK. Hajj explained Hakim Al Yemeni was a doctor in the guesthouse in Lahore where Abu Yasir facilitated travel. Hajj characterized his relationship with Abu Yasir in AF as a mentor relationship but stated that while Abu Yasir was in Lahore, Hajj gave him money once for the families Abu Yasir was facilitating the travel for. When asked if Abu Yasir warned Hajj about the attacks of September 11, 2001 Hajj stated it was not Abu Yasir who warned him to leave PK, it was the Pakistanis who warned him. Hajj stated that Zubayr Dhali, a Yemeni (not to be confused with Zubayr Ha'ali, a Saudi), called him from Kabul and also warned him to leave PK because all Arabs in PK would be arrested. Hajj stated he received the warning three or four days before September 11, 2001 but the warning did not allude to the attacks, only that Arabs would be arrested.

Hajj was asked to explain his relationship with Shaykh Samad and Abu Ma'ali. Hajj stated Samad and Abu Ma'ali knew each other from SA but Abu Ma'ali had been in AF since 2001. Hajj stated Abu Ma'ali traveled to AF some time after the USS COLE attack. Hajj estimated Samad sent him over $1,000,000 between October 2001 and

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  2  OF  8  PAGES

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

February 2002. Hajj stated Samad sent him money approximately 20-25 times and each installment was between $10,000 and $100,000. When asked about the video cameras Samad send him, Hajj stated Samad sent the video cameras to him in PK and Hajj passed them to Abu Ma'ali in AF. Hajj heard the cameras were used in AF to film footage of the fighters who were killed in battle. Hajj stated the purpose of the videos was to show Arabs dying, so the video could be shown in SA to raise more money. Hajj admitted the video was a martyr video. Hajj stated Samad was always calling and asking about the status of the video prior to Hajj's capture. Hajj reiterated the besides sending the money to AF on a few occasions, he used the money to pass out to people that needed it in Karachi or Lahore. Hajj stated Hakim came from Lahore to get money from Hajj on one occasion, and on another occasion, Hajj sent money to Abu Yasir via a courier. When asked if he had kept records of those to who he distributed the money, Hajj stated he kept a notebook with all the transactions, but that notebook was in his residence. Hajj clarified this residence was not the house where he was arrested, but his main residence. Hajj could not remember the address of his house. Hajj stated Khalid and Walid, both Pakistanis, rented the house where he was arrested.

Hajj stated he did not send money to anyone in AF besides Abu Ma'ali and Shaykh Said and he only sent Shaykh Said money when the money was specifically earmarked for him or Al Qaida. Hajj emphasized he sent money to Shaykh Said on one occasion and sent money to Abu Ma'ali on two occasions. Hajj stated he used runners to carry the money to them. Hajj stated Shaykh Said never worked in PK but rather stayed in secret houses in AF. Hajj stated when he needed to contact Shaykh Said he would have to go through other facilitators (NFI) who would give Shaykh Said the message; Hajj denied he ever had direct contact with Shaykh Said except the one or two times that he would run into him accidentally. Hajj stated that he gave, but never took, money from Shaykh Said. Hajj stated after he sent money to Abu Ma'ali the second time, Abu Ma'ali asked him not to send any more money. Hajj stated the first time he sent Abu Ma'ali approximately $70,000 and the second time he sent him approximately $50,000. Hajj stated the money came from Samad in SA.

Hajj stated Abu Ma'ali was not Al Qaida, but he did raise money, some of which he gave to UBL to support UBL and Al Qaida. Hajj stated Abu Ma'ali was a scholar and would give lectures which discussed UBL and the good he accomplished. Hajj did not know what Samad's relationship was with Al Qaida since he did not know him, but stated Abu Ma'ali convinced Samad to send money to AF and PK. Hajj stated Abu Ma'ali came to PK after September 11, 2001 and started working in the same house as Hajj. They shared an apartment in Karachi and worked together for two or three months until Hajj was arrested.

Hajj stated the money that was confiscated in the house where he was arrested was not necessarily all his money. Hajj stated most of his money was at his residence. When asked to estimate how much money he had in his house, Hajj stated he probably had half of the one million he was given in his house, therefore $500,000 in various currencies to include Saudi Riyals, Pakistani rupees and U.S. dollars. Hajj stated he had already distributed the other half to those who needed it.

Hajj stated he wrote several letters or emails, to include letters to Samad and Samad's assistant, Zakaria, in SA, however he cannot remember specific letters. Hajj stated he did not save any of his letters on a disc since he wrote the emails in an internet café, therefore if the police have copies of letters that were saved to a disc, he opines the letters either were not written by him, or someone else, like the recipient, saved them to a disc. Hajj stated the emails consisted of people contacting him to send him money, rather than Hajj contacting people and asking for money. Hajj emphasized that there were enough donors; he never had to ask for money from anyone. Hajj further added that everyone with whom he was in email contact was either located in YM or SA. If they were within PK, they would just call Hajj via the phone. When asked if he used any code words in his notebooks or letters and emails, Hajj denied any knowledge of code words.

When asked about the cellular phones and phone cards he used, Hajj stated Samad sent him a phone from Saudi Arabia with a Switzerland phone number but he did not use that phone often because of the expense incurred in using that number. Hajj stated he also had a couple of phones that Walid Al Pakistani gave him which were bought in PK. Hajj stated he used these phones until he was captured but would frequently change the SIM card.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

4. REMARKS (Continued)

Hajj stated various donors from SA would contact him to send him money in PK but Hajj eventually requested they give the money to Samad in Saudi, and then Samad could be the central point for collecting money and be responsible for sending all the money to Hajj in PK. Hajj confirmed he had the authority to distribute the money to whoever he wanted without getting approval from anyone first, unless the money was specified to go to Shaykh Said or Al Qaida. Hajj did not start working with Samad until after September 11, 2001 and Hajj was unsure of what Samad did before that.

When asked about the relationship between Al Wafa and Al Qaida, Hajj stated there was no relationship between Al Wafa and Al Qaida. Hajj stated that Dr. Ayman Batarfi, who works for Al Wafa, stayed at his guesthouse, but was in not connected to Al Qaida. Hajj stated Batarfi needed a place to sleep since he was from Islamabad and did not know anyone in Karachi. Hajj stated Batarfi was in Karachi looking for medical supplies.

Hajj was asked about his association with Hamza Rubayah Al Rabi. Hajj stated he met Al Rabi in YM at a mosque. Al Rabi and Hajj saw each other again in PK in 2001. Hajj stated Al Rabi came to PK to help Egyptian families travel out of PK. Hajj stated he once gave Al Rabi money from Shaykh Said, which Al Rabi used to facilitate the travel of Egyptians. Hajj stated he communicated with Al Rabi several times while they were in PK. Hajj denied that Al Rabi worked with Hassan Ghul or Ahmad Al Pakistani. Hajj stated Al Rabi called him, asking him to let a Moroccan, who turned out to be Richard Reid, stay with Hajj. Hajj stated Reid stayed for two days and added that Reid did not need Hajj's help in making travel arrangement or acquiring any type of documents; Reid was only there to sleep. Hajj stated he recognized him when he saw him on television for his involvement as the shoe bomber.

Hajj was asked about the September 11th highjackers. Hajj stated he saw Shaled Al Mehzar in YM and then saw Mehzar and two others (NFI) in AF. Hajj stated in AF the three were with Abu Turab Al Urdania and they stayed with a special group that was linked to Al Qaida's Media Committee. Hajj stated the highjackers were under the management of Khalid Sheikh Mohammad (KSM), aka Muhktar, but he had no knowledge of them receiving computer or Internet training. Hajj stated he saw Usama Bin Ladin (UBL) visiting the highjackers.

When asked about Rizwan, aka Abu Jandaal, Hajj stated he met Rizwan in Karachi, PK where Rizwan assisted families in their travel. Rizwan worked with Ahmed Al Pakistani. Hajj met Rizwan circa ten days before Hajj was arrested. Hajj stated he may have given Rizwan $100, but did not think it was much more than that.

When asked about the ▮▮▮▮▮▮ found in the house where Hajj was arrested, a house which he also managed, Hajj denied any knowledge of the ▮▮▮▮▮ and stated that most of the contents in the house belonged to the people who were staying at the house.

When asked about Abd Al-Rahim Al-Nashiri, aka Bilal, Hajj stated Bilal had been at the guesthouse two weeks prior to Hajj's arrest. Hajj stated Bilal left because he would only stay in places where his location would be secret, and the house was no longer a secret. Bilal then gave this house he was renting to Hajj to use as a guesthouse.

Hajj was asked about external falcons within Al Qaida and Hajj denied he had ever heard of external falcons or that he was one. Hajj stated the last time he saw UBL was after September 11, 2001 but before Hajj went to PK in November 2001. Hajj stated it was probably a week or two after the attacks, before UBL went into hiding.

Hajj was asked about Salih Al Mari. Hajj stated he heard of Mari from previous interrogators but he does not know about any letter in which KSM, aka Muhktar, asked Hajj to send Mari money in the United States. Hajj added that he never gave money to, or received money from Muhktar. Hajj stated he gave money to Muhktar's associates, to include Ahmed Al Pakistani and Abu Ma'ali, who was close to Muhktar, even though Abu Ma'ali is not Al Qaida. Hajj opined Abu Ma'ali was aware of Muhktar's whereabouts and how to get in contact with him while they were in AF.

When Hajj was asked if he was a member of Al Ansar, Hajj stated he was part of this group while he was in Bosnia

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 4 OF 8 PAGES

Declass by: km 8 June 2010

PROTECTED INFORMATION - FILED UNDER SEAL

**4. REMARKS (Continued)**

and several Al Ansar members were present in AF, to include Abu Salih, but Hajj denied that Al Ansar was a formal group or organization. Hajj clarified it was not a formal organization but rather a group of people who were dedicated to helping the poor in Bosnia, by supplying them with clothes, money and food. Hajj stated the donations came from wealthy Muslims.

When asked about Rimi, Riyadh stated he met Rimi in YM and they worked together on facilitating travel. Rimi came to AF after the USS COLE attack but before the September 11, 2001 attacks. Hajj does not think Rimi continued his facilitation work once he got to AF.

When asked about the phone call he got from Muad Al Jiddawi, Hajj stated Jiddawi was in SA and they would talk every few days on the phone but they had never met in person. Jiddawi traveled to YM after September 11, 2001 and Hajj talked to Jiddawi in December 2001 when Jiddawi was in YM. Hajj stated Jiddawi stayed in YM until he was captured in January 2002. Hajj stated Jiddawi went to YM because he was wanted in SA for his suspected affiliation with extremist groups. When asked about the phone call Jiddawi made to him concerning Walid Al Sheba and Abdallah Al Gharib needing money, Hajj stated Jiddawi called Hajj and asked if he should give Walid and Abdallah the money for which they asked. Hajj stated the reason Jiddawi was asking Hajj was because Jiddawi did not know them but Hajj did. Hajj stated he told Jiddawi he should inquire as to why they needed the money. Hajj did not think Jiddawi specified how much money was in question. Hajj stated Walid and Abdallah both worked for Bilal and they called Hajj as well, asking if Hajj knew Bilals's whereabouts. Hajj stated he did not know Bilal's whereabouts and Bilal never contacted him regarding this issue. Hajj stated he did not know what the money was to be used for and denies knowing if they were planning an operation.

When asked about Abd Aziz Al Masri, Hajj stated he was an Egyptian but Hajj did not know him. Hajj heard Abd Aziz Al Masri attempted to highjack an aircraft but knew nothing further.

Hajj reiterated that when mujahidin would arrive in PK, trying to get to AF, they would call Hajj and he would pick them up from the airports, arrange for them to travel to AF and make sure they had the proper clothing. Hajj stated he did not have a specified budget for this but he received donations from several donors, to include people he knew from Bosnia that lived in SA.

Hajj stated Khallad Bin Attash, Badr Al Pakistani, Umayr Bin Attash (Khallad's brother) and Bilal came to the house Hajj was managing several times. Hajj stated he would just visit the house for thirty minutes at a time so he was unsure what they were doing while they were at the house. Hajj knew they took things from the house, luggage and bags, that they had left there, but he did not know if they had ever brought stuff to the house as well, nor did he know the contents of what they left at the house. Hajj stated they were all Al Qaida operatives and all had stayed at the safe house shortly before it was raided. Hajj never heard of KSM, aka Muhktar, going to this house or providing any type of training for people staying at this house. Hajj stated Bin Attash called him to set up a meeting with him about a month before Hajj was arrested. Hajj stated Bin Attash was involved in getting passports and they met to discuss this. Hajj stated he would give money to Khallad, Badr, Umayr and Bilal for small items like rent and furniture but he never gave them large amounts of money.

When asked about Abu Zubayr Al Ha'ali, Hajj stated Al Ha'ali never sent him money but Hajj sent Al Ha'ali money for a women's hospital Al Ha'ali was building. Hajj stated Al Ha'ali was in charge of facilitating the travel of fighters out of Kandahar, AF. Hajj stated Al Ha'ali stayed with him while Al Ha'ali was receiving medical treatment in Karachi. When asked about the meetings Khallad Bin Attash, Badr Al Pakistani, Umayr Bin Attash and Bilal would have with Al Ha'ali, Hajj stated they met several times because they were friends and Al Ha'ali was a known person, but Hajj denied they had any business relationship. Al Ha'ali was trying to leave AF and go to PK.

Hajj knew Shaykh Dabwan, aka Abu Ahmad Al Hijazi, by both of his names and stated they met in Bosnia in 1995 and saw each other again a couple of times in YM afterwards. Circa May 2001 Shaykh Dabwan traveled to PK on his way to AF. Hajj stated Shaykh Dabwan wanted to move his family to AF since many of his friends lived in AF.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 5 OF 8 PAGES

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

Hajj added Dabwan had lived in the United States for a couple of years, circa 1996-1998. Hajj stated Dabwan stayed in AF for three or four months before returning to YM, prior to the September 11th attacks. Hajj stayed in touch with Dabwan after Dabwan returned to YM. Dabwan tried to help Hajj facilitate the travel of fighters who were returning to YM by contacting airport officials in order to ease their arrival into YM.. Hajj stated the officials told Dabwan they could not help because the security situation in YM was too tense. Hajj stated Dabwan was in charge of collecting donations to support widowed families of AF while he was in YM.

Hajj discussed his two Pakistani assistants in Karachi, Walid and Khalad, aka Abd al Razzaq. Hajj stated Khalad worked with Bilal and Badr Al Pakistani in Hajj's guesthouse in Karachi. Hajj stated Khalad was also his cover story and explained that each of the guesthouses would try to have one Pakistani family living in the house to give the appearance of legitimacy. When asked about his own kunya, Hajj stated he chose the name "Riyadh", it was not assumed from the previous manager of the guesthouse. When asked how much money he would give to people when he facilitated their travel, Hajj stated it depended on their destination, the size of their family and their economic status. Hajj stated he usually gave between $500 and $1000, but the most he remembered giving a family was $1500.

When asked about facilitating Musab Al Taizi's travel to YM, Hajj stated Musab stayed at his guesthouse on his way to YM and Hajj believed he was returning to YM to get married. Hajj stated Musab had been in AF for at least 2-3 years and was a UBL bodyguard who now held an executive position (NFI). Hajj stated he was Al Qaida. Hajj advised he arranged for Musab's travel to YM one or two months before the September 11, 2001 attacks. Hajj stated after Musab returned to YM, he never saw or heard from him again. Hajj stated he met Musab in AF and they discovered they were from the same city in YM, though they didn't know each other there. Hajj stated he knew nothing about Musab carrying a video of the USS COLE to YM, per UBL's instructions. Hajj said Musab gave him some money so that Musab would not have to travel to YM with a large amount of cash, but Hajj thought it was 40,000 rupees, not $40,000, and further denied any knowledge the money was to be used to promote the USS COLE video in YM.

When asked about his relationship with Hassan Ghul, Hajj advised Hassan Ghul was his assistant when he was in PK prior to the September 11, 2001 attacks. Hajj said he gave Ghul between $150- $250 a month to facilitate travel. Hajj stated he and Ghul spoke on a daily basis and Ghul had been in PK for years facilitating travel. Hajj stated when he returned to PK after September 11, 2001, Khalid was his assistant and Ghul was in another guesthouse. Hajj stated his (Hajj's) guesthouse was responsible for facilitating the travel for single male mujahidin, while other guesthouses were responsible for facilitating the travel of married men and their families.

Hajj stated Abu Dhahak was a Yemeni who might have Saudi citizenship. Hajj met him in YM through Abu Salih, circa 1999, shortly before Hajj went to AF. Hajj thought Dhahak used to live in PK but went to YM to get married before returning to AF. Hajj believed Dhahak stayed in YM a couple of months before returning to AF. Hajj saw him again in AF when Dhahak was managing a guesthouse in Kandahar for Chechnyan fighters. Hajj stated Abu Dhahak was kidnapped and Hajj was contacted to pay the ransom. Hajj paid the ransom, approximately 30-50,000 rupees. Hajj said he was requested to pay a ransom amount for Arabs who were kidnapped at least five or six times. Hajj advised some kidnappings were bogus but he still paid the ransom out of the money he received from the donors in SA. Hajj said the most he ever paid for a ransom did not exceed $5,000. Hajj explained the kidnappers would contact the victim's home country, like SA, and then people in SA would contact Hajj and ask him to pay the ransom. Hajj assumed since his number was well known, people knew to call him. Hajj believed any Arab could be kidnapped since kidnapping was a lucrative business. Hajj explained they developed ways to ensure it was a genuine kidnapping, such as requesting the victim actually call himself so they knew an Arab had in fact been kidnapped.

Hajj saw Sa'd Bin Ladin in AF but they never spoke to each other. Hajj stated he did not have Sa'd Bin Ladin's phone number but everyone had his (Hajj's) number and therefore, it was possible that Hajj's number was in Sa'd Bin Ladin's cellular phone. Hajj stated he was well known and thus Sa'd Bin Ladin could have known of him, even though they never met.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  6  OF  8 PAGES

Declass by: km 8 June 2010

4. REMARKS (Continued)

When asked about his relationship with KSM, aka Muhktar, Hajj stated he saw him in AF but they never spoke. Hajj stated he saw him again in PK. Muhktar was in charge of the media committee and had a media house in PK only open to people affiliated with the Media Center. Hajj stated after everyone started pulling out of AF and disappearing, Muhktar was the person in charge and Hajj turned to him for guidance. Hajj stated Muhktar was the only one who had access to the passports that had been hidden in AF that belonged to the fighters. Hajj stated he needed those passports from Muhktar so that the mujahidin trying to get home would have the required documents needed to get out of PK. Hajj stated Muhktar promised to arrange for Hajj to get the passports, but Hajj stated he never did because it was too difficult and dangerous to travel to AF to get them. Hajj stated he and Muhktar spoke about once a month in the three or four months prior to Hajj's arrest.

When asked how he spent the one million dollars he was given, Hajj admitted that before the retreat from AF, the money he used was for mujahidin in AF, but after the retreat, he concentrated on distributing money to the families and fighters who were fleeing AF and trying to return home. Hajj refused to speculate that the money he gave Al Qaida funded weapons or operations.

When asked about the statements he made regarding being happy about the September 11, 2001 attacks and thinking America deserved it, Hajj stated he did say he was happy about the attacks on America but he did not say that America deserved it. Hajj stated all the innocent people that died upset him but he thought the American government deserved it. Hajj stated he had hated America since he was a child because he viewed the U.S. as anti-Islam. However, Hajj stated when he was in Jordanian custody, he was beaten, but he was treated well while in U.S. custody, so his opinion of the U.S. was not as harsh now. Hajj stated the money he gave to mujahidin was not directly intended for them to fight the U.S., but he knew they were fighting the U.S. and he conceded the money was used to fund the war against America.

Hajj was asked to elaborate on the information he provided regarding about Abu Khulud in his FM40 dated 15-17Jun04. Hajj stated he met up with Abu Khulud again in AF when Abu Khulud was in charge of the Kandahar guesthouse. Hajj stated Suhaib took over the guesthouse but Hajj and Abu Khulud would keep in touch via letters, in which they would discuss any news and exchange greetings. When asked how he knew Abu Khulud was Al Qaida, Hajj stated they were close friends and Abu Khulud had told him.

Hajj previously stated that on the day of the USS COLE bombing, everyone fled Kandahar and went to Kabul because they feared relation from the Americans. Hajj was asked what made him and everyone in AF think the US would retaliate against UBL. Hajj replied they knew how the U.S. would react because of America's response to the bombing of the U.S. embassies.

Hajj was asked if it was a sign of greater commitment if fighters brought their families with them to AF. Hajj answered it was not a sign of greater commitment; AF was viewed as a safe place. Hajj stated UBL encouraged mujahidin to bring their families to AF and some mujahidin did bring their families as a response.

When asked how one became a bodyguard for UBL, Hajj stated UBL preferred his bodyguards to be from YM. He added that having a friend or a relative who was a bodyguard helped one get selected if he provided a personal recommendation. Hajj stated it was not easy to be selected as a bodyguard unless one had connections to someone close to UBL. Hajj stated at times, UBL chose his own bodyguards and other times, Asim al Maghrebi, who was in charge of the bodyguards, chose them.

When asked why he thought Saqr Jiddawi (U99YM-00149DP) fought against the Russians, Hajj stated he heard Saqr Jiddawi fought against them but he does not know the exact time frame. Hajj thought Saqr Jiddawi was in AF for a long time, possibly ten years, which included the time during the war between the Russians and the Afghanis. Hajj believed Saqr would have fought because it was a holy war.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**4. REMARKS (Continued)**

When asked if he ever talked to Saqr Jiddawi, Hajj replied he has spoken with him many times when they were in AF together, but he did not keep in touch with him once he (Hajj) went to PK. Saqr Jiddawi was one of the guards that he (Hajj) would travel with when they were fleeing after the USS COLE and the September 11, 2001 attacks. Hajj stated Saqr Jiddawi was very trusted by UBL, but he might have only been trusted to do certain thing. Hajj stated Saqr Jiddawi was trusted because he was a veteran mujahid and Hajj knew Saqr was trusted because he saw the interaction with Saqr Jiddawi and UBL. Hajj stated there were many problems between the Yemenis and Al Qaida. Hajj added that Saqr was against the Egyptians and Al Qaida but he was loyal to UBL. Hajj stated Saqr left AF to return to YM partly due to the problems between the Egyptians and the Yemenis, but he later returned to AF and joined up with UBL again.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 8 OF 8 PAGES

Declass by: km 8 June 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION - FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

## ISN 1458 FM 40 7/27/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - US9ET-001458DP

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 27 JUL 04 | Other | 99567042091603 |

**4. REMARKS**

FM40 20040727 - US9ET-001458DP
Date/Place: 27 Jul 04

(U//LES) BENYAM AHMED MOHAMMAD (aka Talha al Kini), Internment Serial Number (ISN) US9ET-01458DP, was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent [redacted] US Army Criminal Investigation Command (USACIDC) and SA [redacted] Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1600, 27 Jul 04, and concluded at approximately 1745, 27 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

(U//LES) The primary purpose of the interview was to continue with rapport development and cover the time period between detainee's completion of training at the al Farouq training camp and the time he departed the Faisalabad, Pakistan (PK) safe house where Abu Zubaydah, US9SA-000682DP, US9SA-000696DP and US9AG-000694DP were apprehended. This is interviewing agent's second interview of detainee. Refer to interviewing agent's first interview, FM40 20040721 - US9ET-01458DP. Detainee was released from hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

(U//LES) Initial discussion surrounded detainee's well-being and treatment. Detainee stated he continues to be treated very well and was likewise doing well. Detainee was advised during the conduct of this interview he would be asked to describe his travels, associations and activities from the time period he graduated al Farouq until he left the Faisalabad safe house shortly prior to the raid conducted on 28 Mar 02. Detainee agreed to cooperate and assist investigators in the questioning.

(U//LES) Detainee was first advised the interviewing agent was curious as to how the trainees at al Farouq obtained water. Detainee was advised interviewing agent has been to the location and observed first hand the lack of water supply and extremely arid climatic and geographic conditions. Detainee stated water was supplied to the camp via two water wells. One was located in the wadi just below the main encampment and a newer well with a pump was located adjacent to the mosque in the main encampment. Detainee was questioned pertaining to the frequency BIN LADEN visited the camp, his speeches and the swearing of bayat. Detainee stated BIN LADEN usually spoke to trainees initially at the Kandahar, AF, guesthouse prior to arrival at al Farouq. Detainee stated for some reason or another this did not happen during his stay at the guesthouse. Detainee stated he first witnessed BIN LADEN during the first five days of his in processing at al Farouq, which is when detainee first attended one of BIN LADEN's speeches. Detainee stated during his training at al Farouq, he estimated BIN LADEN visited approximately 10 times at which time he would give speeches. Detainee stated BIN LADEN would give his speeches in the mosque located in the main encampment. Detainee stated these speeches primarily focused on lessons in Jihad, martyrdom and occasionally anti-Semitic topics. Detainee stated BIN LADEN would also read mail BIN LADEN had received from followers. Detainee recalled BIN LADEN reciting a letter BIN LADEN received from a Palestinian woman who wanted to know why BIN LADEN had not freed their land yet. Detainee stated anti-Semitic topics primarily focused on the current issues surrounding the Palestinians. Detainee stated he did not remember attending speeches specifically concerning anti-American topics; however, he believed he recalled the U.S.S. Cole being discussed one time. Detainee again acknowledged he first saw the U.S.S. Cole videotape at the Kandahar guesthouse. Detainee stated it was at this time he learned al Qaida was responsible for that attack. Detainee did comment during one particular speech, BIN LADEN spoke at length about "something is going to happen in the near future" and "to get ready". Detainee stated BIN LADEN was not clear on the subject; however, after the events of 09.11.01, detainee knew this is what BIN LADEN was referring to earlier.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ANY. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THE DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

## REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040727 - US9ET-001458DP

(U//LES) Detainee stated during UBL's speeches, BIN LADEN would ask for bayat (swearing of allegiance). Detainee stated groups of individuals would be brought to BIN LADEN's quarters located north of the main encampment adjacent to the wadi. This is the location were the bayat would take place. Detainee claimed not to perform in the bayat. Detainee stated he could not comment whether the bayat was done individually or as a group as he did not swear bayat. Detainee stated after he declined to swear bayat, he was brought back to the main encampment. Detainee stated the guards at al Farouq from that point forward thought he may be a spy and were told to regularly watch him, although they allowed him to complete the training. Detainee claimed not to swear bayat because he did not fully understand the meaning of the bayat and the circumstances surrounding the allegiance. In addition, detainee claimed he did not want to be under the control of al Qaida, so he declined the bayat. However, detainee stated most individuals in the camp did swear bayat to BIN LADEN.

(U//LES) Detainee stated after he completed the training at al Farouq, he went back to the Kandahar guesthouse for approximately two days and then traveled to Kabul, AF, with the Moroccan group to a safe house. Detainee described this safe house as the Moroccan house. Detainee described the Moroccan group as a group of individuals who were Moroccan and/or of Moroccan descent. Detainee was asked if he knew "Jamal" (Richard Dean BELMAR, US9BK-000817DP). Detainee stated he did. Detainee described Jamal as a dark skinned British citizen of Caribbean descent. Detainee stated Jamal was a "new" Muslim. Detainee stated he did not go to al Farouq with Jamal as Jamal was several classes behind detainee. Detainee stated he did attend the Moroccan Camp in Bagram, AF, with Jamal. Detainee did not travel to Kabul with Jamal. Detainee stated upon arrival in Kabul, he and the Moroccan group stayed for approximately two weeks at the Moroccan house. Detainee stated during this time period he did nothing but wait. After the two weeks, detainee stated he and the Moroccan group traveled to Bagram for training at the Moroccan camp. Detainee stated he attended this camp with Jamal. Detainee believed Jamal arrived after him, however he was not positive of this. Detainee stated this training camp primarily focused on city warfare. Detainee described the name of this camp as the Tarik Camp. Detainee stated typically the training consisted of approximately 10 days of pistol training, 10 days of AK-47/AKM/74 training and 10 days of what detainee described as room to room. Detainee stated when he attended the training, his group only attended for 10 days and conducted AK-47 weapons training. Detainee stated his group did not complete the entire course because they were told they didn't have all the weapons to train with.

(U//LES) Detainee stated when the training was completed, he was sent to the Bagram front lines. Detainee stated he understood the enemy to be the forces under command of General Masood (Northern Alliance); however no one in his group on the front lines engaged in combat. Detainee stated the second line consisted of larger guns to include mortars and artillery weapons, which were firing over the front line at the Northern Alliance. Detainee stated Jamal did not go to the front lines with the group and remained back at the Bagram camp. Detainee stated he was only on the front lines for 10 days and his group was sent back to Bagram. Detainee stated he did not go back to Bagram with the group and instead went straight to Kabul because he fell ill to malaria while on the front lines. Detainee stated he went to Kabul for approximately one night for treatment and then went to the Moroccan house. Detainee stated it was during his travel from Bagram to Kabul that the 09.11.01 attacks occurred.

(U//LES) Detainee stated from Kabul he traveled by taxi to the Algerian Camp in Jalalabad to retrieve his passport and ruck sack, which he left there during his initial training in Afghanistan. Detainee stated in the taxi to Jalalabad there were three unknown Afghans who the taxi driver also picked up. Detainee did not know who the Afghans were and they did not go to the camp. Detainee stated he was in Jalalabad for approximately two days and traveled back to the Moroccan house in Kabul by taxi with an Algerian from the Algerian camp. Detainee knew this individual by "Heran". Detainee stated when he arrived in Kabul, he traveled with the Moroccan group to Lowgar, AF, and resided in a madrassa for approximately two weeks. Detainee stated while at this location he did nothing but wait while others tried to find another safe house. Detainee stated after the two weeks, the older men and women went back to Jalalabad and the younger men (detainee classified himself in this category) went back to the training camp in Bagram.

(U//LES) Detainee stated after arriving at the Tarik Camp, he was there for approximately three to four days. While

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF DFI. IT IS THE PROPERTY OF THE DFI AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - US9ET-001458DP

at the camp, detainee described a falling out between the British Moroccans and the Moroccans. Detainee stated the British Moroccans thought of themselves as better than the Moroccans and this led to the group splitting. Detainee stated he left with the British Moroccans back to the Moroccan house in Kabul where he stayed for one week waiting.

(U//LES) At this time, detainee stated the following information he was about to disclose to the interviewing agent, he had not previously discussed. Detainee stated this was not because he was hiding it, rather that he was never specifically asked. Detainee reiterated he wanted to be open and truthful with interviewing agent and wanted to ensure he disclosed everything as accurately as possible. Detainee asked interviewing agent if he knew Richard REID. Interviewing agent stated he did. Detainee stated he met REID while he was in Kabul this last trip. Detainee stated this was his second encounter with REID. Detainee stated to his recollection, he first met REID while at the Kandahar safe house, but didn't have much contact with him. At the time, detainee thought REID was an Arab and not British. Detainee stated while in Kabul, REID discussed an explosives camp outside Bagram approximately ¼ mile from the Moroccan camp. Detainee called this camp the Turkish camp. Detainee stated the camp was operated by Abu Mohammad. Detainee thought this individual to be Turkish. Detainee stated the main instructor of the camp was Abu Muslim (Agent Comment: Not identifiable with Ghassan al Sharbi (aka Abu Muslim) US9SA-000682DP). Detainee thought this individual to be Bosnian. Detainee stated they decided to go to this camp without the knowledge of the Moroccans at the adjacent camp in Bagram. Detainee stated he attended the camp with REID. Detainee stated at this camp he was trained on explosives. Detainee stated REID also demonstrated some explosive devices to the class; however, he left the training earlier for an "operation". Detainee did not know the details of the operation; however he now assumed it to be REIDs failed shoe bomb attempt. Detainee stated they received training in acetone and hexam detonators. Detainee stated they also received training in preparing various explosive compounds consisting of potassium nitrate, black pepper and black seed. Detainee stated most individuals in the training already had knowledge of RDX. Detainee described the training as home made bomb training. Detainee stated the training consisted of both classroom and practical applications in which they physically detonated explosives. Detainee stated at the completion of the training, he went back to the Kabul safe house for two days.

(U//LES) Detainee stated while in Kabul, the Northern Alliance came to the city and the group fled to Lowgar. Detainee stated this is where he again saw Jamal. Detainee stated he stayed there one night and then the group had to flee to Khowst, AF. Detainee stated the group fled in two vehicles. Detainee and Jamal were in separate vehicles. Detainee stated he spent three days in a guesthouse in the city of Khowst. Detainee stated air raids on the city commenced and the group was forced to flee to the mountains outside Khowst where the group stayed for approximately 10 days. From the mountains of Khowst, approximately 50 individuals were asked to go to Kandahar to fight as volunteers. Detainee stated he volunteered to go to Kandahar with this group. Detainee stated Jamal did not go to Kandahar as part of the group and this was the last time he saw Jamal.

(U//LES) Detainee stated he split with his British associates and left the mountains outside Khowst for Kandahar with the 50 Moroccans. Detainee stated he spent approximately two days in Kandahar and then the group had to withdraw due to air raids. Detainee claimed to never have the opportunity to engage in combat. Detainee stated he then traveled to Zormat, AF, and met up with the original Moroccan group. Detainee stated he stayed approximately 10 days in the mountains at Zormat waiting. Detainee stated the emir of the Moroccan group showed up and decided to join with the remaining group. Detainee stated they moved to the other side of the mountain and rejoined the remaining group. Detainee stated while at this location in Zormat, there were approximately 300 individuals. Detainee stated the group was addressed by Abdel Hadi (identifiable with Abd al Hadi AL IRAQI), who stated only 100 individuals could stay and the rest of the group had to go to PK. Detainee stated this was his first encounter with Hadi. Detainee stated Hadi looked at detainee's passport and queried detainee on his education and training. Detainee stated Hadi responded that they had something for detainee and allowed detainee to stay with the group of 100 in AF. Detainee stated it was at this time the Moroccan group left AF for PK and detainee joined with the al Qaida group.

(U//LES) Detainee stated he traveled to Bermil, AF, for approximately one week and stayed at a safe house where he first met Abu Zubaydah. Detainee stated he also met with Hadi again at this safe house. Detainee stated this is when he first learned from Hadi about the electronics training in PK. Detainee stated he then went to a madrassa in Bermil where he met

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040727 - US9ET-001458DP

Jose Padilla, Abu Muslim (US9SA-000682DP) and Hatib (US9SA-000696DP) for the first time. Detainee stated at the madrassa, he discussed in private with Hadi and Zubaydah, the training in PK. Detainee stated Hadi and Zubaydah told him that himself, Abu Muslim and Hatib were to receive the training in PK and return to AF. Detainee stated he was told his purpose to come back to AF was to train other Afghans on how to build explosive devices. Detainee stated if the Afghans didn't build them, then himself, Abu Muslim and Hatib would build them and provide them to the Afghans for operations.

(U//LES) Detainee stated while at the madrassa, Abu Zubaydah choice approximately 30 individuals to take with him to PK. Detainee, Abu Muslim, Hatib and Padilla were among the thirty. Detainee stated he then traveled with the group to Bannu, PK. The trip took approximately one week and they were there for approximately three days. Detainee stated he stayed at a madrassa at this location with Padilla, Hatib and Muslim. Detainee stated the group continued to Lahore, PK; however, detainee stayed behind for five days because his skin color was not consistent with that of the Pakistanis. After staying in Bannu for the additional five days, detainee stated he hid in a small space on the top of a bus from Bannu to Lahore.

(U//LES) Detainee stated he stayed at a safe house in Lahore for approximately two weeks where he met the original group from Bannu to include Padilla, Hatib and Muslim. Detainee stated it was at this house he learned from Padilla, that Padilla was there for "operations" and not just for training. Detainee stated he spoke with Abu Zubaydah and Hadi also at the safe house. While at the safe house, detainee stated he learned of plans utilizing an "H-bomb" from material he saw on the computer. Detainee stated he and the others joked about the plans; however, they soon found out from Abu Zubaydah that Zubaydah was serious. Detainee stated Abu Muslim also saw the plans on the computer and read them to the rest of the group in the house. Detainee stated the plans were in English; therefore, Abu Muslim translated them into Arabic. Detainee stated he did not like this and from this point forward he started to distance himself from Abu Muslim. Detainee stated Abu Zubaydah also talked about plans utilizing a gas tanker to effect an explosion and cyanide attacks in nightclubs. Detainee stated these plans were only discussed to detainee and Padilla. Detainee stated the intended target of these attacks was the U.S. Detainee stated he only knew of the H-bomb plan to move forward. Detainee stated Abu Zubaydah told detainee he would be better for "foreign operations". Detainee stated to his knowledge, Abu Zubaydah talked to Abdel Hadi about this change and plans and it was decided after the completion of the electronics training, detainee would be sent to Karachi to met with Khalid Sheikh Mohammad. Detainee stated to his knowledge the plans were sent to Karachi to be reviewed by an individual named Abu Khabab (identifiable with Abu Khabab al Masri). Detainee stated he never heard of any approval for the plans.

(U//LES) Detainee stated he was then sent to another safe house in Lahore. Detainee stated the group was separated and sent to two different safe houses. Detainee stated himself and Jose Padilla went to a different safe house than Hatib and Muslim. Detainee stated he was at this safe house for approximately three days and just waited. Detainee stated he was then sent to another safe house in Lahore were he met back up with Muslim and Hatib. Detainee stated he was at this safe house for approximately one week doing nothing and then he was transferred to the safe house in Faisalabad with Abu Muslim, Hatib and Padilla. Detainee stated they all arrived together. Detainee stated it was not until several days after their arrived that Abu Ubaida (identifiable with US9AG-000694DP) arrived. Detainee stated they did not do any training at the house prior to his departure to Karachi because Abu Zubaydah claimed they did not have all the necessary equipment yet. Detainee stated he and Padilla lived down stairs and mostly did nothing. Detainee stated Hatib, Muslim and Ubaida lived up stairs with the Syrians and another Algerian. Detainee stated during his stay at the house; although he did no training, Abu Muslim and Hatib were conducting theory training.

(U//LES) Detainee stated after he departed the Faisalabad safe house with Jose Padilla for Karachi, he met with Saif ADEL who told detainee the H-bomb plans were thrown out. Detainee stated he then met Muktar (Khalid Sheikh Mohammad) who discussed an operation with detainee involving natural gas to bring down buildings. Detainee stated this was the first time he had met ADEL and Muktar. Detainee stated he told Muktar these plans had no purpose and preferred not to participate. Detainee stated Muktar then told detainee if he could go back to England to assist in obtaining passports, this would suffice. Detainee stated at this point, he thought of this as the only opportunity to leave Pakistan so he agreed. (U//LES) Detainee stated he initially came to AF from England to leave his drug habit. Detainee stated he had recently

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

PROTECTED INFORMATION - FILED UNDER SEAL

## REPORT OF INVESTIGATIVE ACTIVITY

### INTERVIEW: FM40 20040727 - US9ET-001458DP

converted to Islam and saw leaving England as his only way to better himself. Detainee stated when he arrived in Afghanistan, and after meeting with the Algerians and Moroccans, he agreed to fight in Chechnya. Detainee stated all the training camps in AF went to the control of BIN LADEN so he had not choice but to attend al Farouq. Detainee stated after he arrived at al Farouq and before he arrived in Pakistan, his focused had changed to Israel. Detainee stated after he arrived in Pakistan, his focused changed again, this time towards the U.S. Detainee stated finally when he reached Karachi, he was able to gather himself and recompose his thoughts. Detainee stated after his meeting with KSM (Muktar), all he wanted to do was return to England.

(U//FOUO) Detainee was shown a series of photographs. At the bottom of each photograph, detainee was asked to identify the individual depicted by name. Detainee was also requested to sign each photograph. On several photographs, detainee made comments at the bottom of the page. The below identified photographs are attached to this report as Enclosure 1 to this report. Detainee made the following comments:

1. UBL - Detainee identified this individual as Osama BIN LADEN.

2. UBL - Detainee identified this individual as Osama BIN LADEN.

3. Ayman al Zawahiri - Detainee could not identify this individual.

4. Ayman al Zawahiri - Detainee could not identify this individual.

5. Sayf al Adl al Masri - Detainee identified this individual as Saif al Adel. Detainee commented he met ADEL prior to his meeting with Muktar in Karachi.

6. Sayf al Adl al Masri - Detainee identified this individual as Saif al Adel.

7. Mafouz Ould Walid (Abu Hafs al Mauritania) - Detainee did not know this individual's name. Detainee stated he saw this individual at al Farouq. Detainee stated he gave a lesson; however, detainee could not recall what the subject was.

8. Abdul Hadi al Iraqi - Detainee could not identify this individual. Detainee was asked if this was a photo of Abdul Hadi al Iraqi. Detainee was positive it was not, as he had met Hadi several times. (AGENT COMMENT: Subsequent to this interview, investigative agent learned it was questionable if this photograph was Abdul Hadi al Iraqi. It is likely this photograph may not be Hadi al Iraqi.)

9. Abu Layth al Libi - Detainee could not identify this individual.

10. Abu Layth al Libi - Detainee thought this individual might be an individual named Rida who was at one time in a cell next to detainee at the BPCF. (Agent Comment: Subsequent to the interview, it was verified the detainee in question was not al Libi.)

11. Abu Faraj al Libi - Detainee did not know this individual's name. Detainee stated he saw this individual in Kabul and thought he was in charge in Kabul.

12. Abu Faraj al Libi - Same as above.

13. Zubair al Ha'ili - Detainee could not identify.

14. Moazzam Begg - Detainee stated this individual was Abu Hudaifa. Detainee stated this individual was in the house in Kabul.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF ANY KIND. IT IS THE PROPERTY OF THE DHS AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

CRIMINAL INVESTIGATION TASK FORCE

REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040727 - US9ET-001458DP

15. Mutwali Atwah (Abdel Rahman al Muhajir) - Detainee stated he did not know this individual.

16. Khalid Sheikh Mohammad - Detainee identified this individual as Moktar.

17. Jose Padilla (aka Abdullah al Muhajir) - Detainee identified this individual as Jose Padilla.

18. Zayn al Abidin Muhammad Husayn (aka Abu Zubaydah) - Detainee identified this individual as Abu Zubaydah.

19. Sufyian Barghomi (aka Ubaida al Jaza'iri) (US9AG-000694DP) - Detainee identified this individual as Ubaida.  Detainee stated this was the individual who was supposed to conduct the training in the Faisalabad house.

20. Jabran Saad - Detainee could not recall this individual's name.  Detainee stated this individual was in the Faisalabad house and was a driver.  Detainee stated he was a Pakistani.  Detainee stated this was not Hatib (Jabran Said), who was supposed to also receive the electronics training in the Faisalabad house.

21. Ghassan al Sharbi (aka Abu Muslim) (US9SA-000682DP) - Detainee identified this individual Abu Muslim, the individual who was to also receive the electronics training in the Faisalabad safe house.

22. Jabran Said Wazar al Qahtani (aka Hatib) (US9SA-000696DP) - Detainee identified this individual as Hatib, the individual who was also to receive the electronics training in the Faisalabad safe house.

23. Jabran Said Wazar al Qahtani (aka Hatib) (US9SA-000696DP) - Same as above.

24. Abu Hafs al Masri - Detainee did not know this individual, however he had seen him before in some videos.

25. Abdullah Ahmed Abdullah (aka Abu Muhammad al Masri) - Detainee identified this individual as Abu Mohammad.  Detainee stated he saw this individual at al Farouq and Zormat and stated to his knowledge he was a senior al Qaida trainer.

During the course of the interview, detainee was very cooperative and polite.  Detainee maintained a positive attitude throughout the interview process and interviewing agent was able to continue to cement rapport with this detainee.  Detainee answered all questions levied against him in great detail with no signs of deception or resistance techniques.  Information contained within this report was consistent with previous reporting from detainee.  Once again, during the course of the interview, detainee acknowledged he knew, and agreed to testify in court against his co-conspirator Jose Padilla, US9SA-000682DP (Abdullah Ghassan al Sharbi), US9SA-000696DP (Jabran Sa'id) and US9AG-00694DP (Sufyian Barhumi).  Detainee again pledged to continue to cooperate with interview agent and present truthful facts when questioned.  Detainee has agreed to draft a hand written statement of his own free will documenting his activities.  Detainee spontaneously stated he knew he was "guilty" and wished to bring his case to a peaceful resolution.  Interviewing agent agreed with detainee and the interview was terminated.///

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF.  IT IS THE PROPERTY OF THE CITF AND IS

PAGE 6 OF 6 PAGES

Declassified by: km 15 April 2010

Enclosure 1 – US9ET-01458DP

1.  UBL
2.  UBL
3.  Ayman al Zawahiri
4.  Ayman al Zawahiri
5.  Sayf al Adl al Masri
6.  Sayf al Adl al Masri
7.  Mahoud Ould Walid (Abu Hafs al Mauritania)
8.  Abdul Hadi al Iraqi
9.  Abu Layth al Libi
10. Abu Layth al Libi
11. Abu Faraj al Libi
12. Abu Faraj al Libi
13. Zubair al Ha'ili
14. Moazzam Begg
15. Mutawali Atwah (Abdel Rahman al Muhajir)
16. Khalid Sheikh Mohammed
17. Jose Padilla (aka Abdallah al Muhajir)
18. Zayn al Abidin Muhammad Husayn (aka Abu Zubaydah)
19. Sufyan Barghomi (aka Ubaida al Jaza'iri) (US9AG-000694DP)
20. Jabran Said
21. Ghassan al Sharbi (aka Abu Muslim) (US9SA-000682DP)
22. Jabran Said Wazar al Qahtani (aka Hatib) (US9SA-000696GOP)
23. Jabran Said Wazar al Qahtani (aka Hatib) (US9SA-000696GOP)
24. Abu Hafs al Masri
25. Abdullah Ahmed Abdullah (aka Abu Muhammad al Masri)

Activity #
9956754 2091603

Declassified by: km 15 April 2010



Name: _____

Signature: _____

Declassified by: km 15 April 2010



Name: USAMA B. LADEN

Signature:





Declassified by: km 15 April 2010



Name: _____

Signature: _____







Declassified by: km 15 April 2010





Name: _____

Signature: _____



Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name: Saif ALABALE

Signature: *[signature]*

*[handwritten notation]*



Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name: Saif Al Atel

Signature: [signature]



Declassified by: km 15 April 2010



Name: مصعب بلخير المصري الملقب المدني

Signature: بن إبراهيم

Declassified by: km 15 April 2010



Name:

Signature:



Declassified by: km 15 April 2010



Name: _____

Signature: _____



Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name:

Signature:

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name: _____

Signature: _____

The one in charge is kabul

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name:

Signature:

Declassified by: km 15 April 2010



Name: I know his name

Signature:





Declassified by: km 15 April 2010



Name: Abu kushu fa

Signature: [signature]

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name: زيد بن محمد بن سعد

Signature: زيد





Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL





Name: MUKTAL.

Signature: _illegible_

Declassified by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL



Name: عيسى الخليفة

Signature: عيسى







Declassified by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL





Name: Zubaida .

Signature:

Declassified by: km 15 April 2010





Name: Wanda

Signature: Ryan





Declassified by: km 15 April 2010



Name: ﺍﺱ ﺩﺭﻭﻳﺶ ﻣﺤﻤﺪ ﻗﺎﺳﻢ

Signature: ﺩﺭﻭﻳﺶ

ﺟﺰﻳﺮﻩ ﻓﻲ ﺳﻼﺳﻞ (ﭘﺎﻛﺴﺘﺎﻥ)

Declassified by: km 15 April 2010





Name: _____

Signature: _____





Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL



Name: HAT. B
Signature:

Person meant to do training
in the

Declassified by: km 15 April 2010



Name: HATTB
Signature:

Declassified by: km 15 April 2010



Name: I don't know his name

Signature: Rayyan

Saw him in one of the videos

Declassified by: km 15 April 2010



Name: _illegible_

Signature: _illegible_

_med in Alfaraha of Zwant._
_some Simas Algantia traine._

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
            Petitioner,         )
                               )
    v.                          )          Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                   )
                               )
            Respondent.         )
                               )

## ISN 1458 FM 40 7/28/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE
Case 1:08-cv-01360-UNA   Document 474-4   Filed 03/29/17   Page 163 of 195
PROTECTED INFORMATION – FILED UNDER SEAL

**CRIMINAL INVESTIGATION TASK FORCE**

**REPORT OF INVESTIGATIVE ACTIVITY**

INTERVIEW: FM40 20040728 - US9ET-001458DP

| 1. DATE OF INVESTIGATIVE ACTIVITY 28 JUL 04 | 2. PLACE Afghanistan | 3. ACTIVITY NUMBER 99567042130418 |
|---|---|---|

**4. REMARKS**

FM40 20040728 - US9ET-001458DP

Date/Place: 28 Jul 04

(U//FOUO-LES) BENYAM AHMED MOHAMMAD (aka Talha al Kini), Internment Serial Number (ISN) US9ET-001458DP, was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Af hanistan, AE), by Special Agent ████████, US Army Criminal Investigation Command (USACIDC) and SA ████████, Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1430, 28 Jul 04, and concluded at approximately 1600, 28 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

(U//FOUO-LES) The primary purpose of the interview was to continue with rapport development and cover the time period detainee was at the Faisalabad safe house in Pakistan (PK) until detainee's arrest. In addition, SA ████████ wanted to clarify certain aspects of questioning from the previous interview. This is interviewing agent's third interview of detainee. Refer to interviewing agent's second interview, FM40 20040727 - US9ET-01458DP. Detainee was released from both hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

(U//FOUO-LES) Initial discussion surrounded some clarification pertaining to detainee's previous interview on 27 Jul 04. Detainee was queried pertaining to his health and treatment. Detainee stated he was continuing to do well and he has been treated well. Detainee was advised of the questioning and agreed to cooperate and assist investigators in the questioning.

(U//FOUO-LES) Detainee was asked when he had first met Ghassan al SHARBI (US9SA-000682DP), known to detainee and previously identified in a photograph as Abu MUSLIM. Detainee stated he met Abu MUSLIM in Barmil, AF, at a madrassa where his group was safely residing. Detainee stated this was after he stayed at the safe house in Barmil when he first talked to Abdel HADI (identifiable with Abd al Hadi al IRAQI). Detainee stated it was at this safe house Abdel HADI first discussed the electronics training in PK with detainee. Detainee stated Abdel HADI also instructed everyone to later move to the madrassa. Detainee stated he first met Abdel HADI in Zormat, AF, when he checked his passport and queried detainee on his training and education.

(U//FOUO-LES) Detainee stated Abdel HADI talked to detainee again at the madrassa along with Abu ZUBAYDAH about the electronics training in PK. Detainee stated this is where he first met Abu ZUBAYDAH. Detainee stated while at the madrassa, both Abdel HADI and Abu ZUBAYDAH also talked to Abu MUSLIM and HATIB about the electronics training in PK; however, they talked to everyone separately. (Agent Comment: HATIB is identifiable with Jabran SA'AD, US9SA-000696DP, known to detainee and previously identified in a photograph as HATIB). Detainee stated at the first and third safe house in Lahore, PK, detainee, Abu MUSLIM and HATIB all discussed the training together. Detainee stated everyone understood they were to receive electronics training in remote controlled improvised explosives and then return to Abdel HADI in AF to train Afghans on how to build and/or use the devices.

(U//FOUO-LES) Detainee was asked when he first me Jabran SA'AD (aka HATIB, US9SA-000696DP). Detainee stated he met HATIB at the madrassa with Abu MUSLIM. Detainee stated this is the location where he also met Jose PADILLA. Detainee stated at the time he knew Jose PADILLA by the name Abdullah al MUHAJIR.

(U//FOUO-LES) Detainee was asked when he first me Sufyian BARHOUMI (US9SA-000694), known to detainee and previously identified in a photograph as UBAIDA. Detainee stated he met UBAIDA at the safe house in Faisalabad, PK.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITP AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

FOUO//LES

| PAGE 1 OF 2 PAGES |
|---|

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

## CRIMINAL INVESTIGATION TASK FORCE
### REPORT OF INVESTIGATIVE ACTIVITY
#### INTERVIEW: FM40 20040728 - US9ET-001458DP

Detainee stated UBAIDA arrived at the safe house several days after detainee. Detainee stated during his stay in Pakistan, he did not know who exactly was going to teach the electronics course; however, after UBAIDA arrived at the house in Faisalabad, detainee learned from Abu ZUBAYDAH that UBAIDA was the instructor. Detainee stated both Abu MUSLIM and HATIB knew UBAIDA was the instructor and that MUSLIM, HATIB and UBAIDA all lived up stairs in the safe house together.

(U//FOUO-LES) Detainee was asked why he wanted the training in PK. Detainee claimed he didn't specifically want the training; however, he wanted to stay in AF and this method would enable him to come back. Detainee stated during this time frame he did not want to go back to England. Detainee stated he was first promised the remote control training at the madrassa in Barmil. Detainee stated the exact details of the promise were simple. Detainee stated he was told he would go to PK for the training in remote control explosive devices and then return to AF to train Afghans on how to build the devices. Detainee stated if they didn't train the Afghans, then they were to build the devices and provide them to the Afghans for use. Detainee was asked what the remote control devices were to be used for. Detainee stated ZUBAYDAH related to him the remote control devices would be used for booby traps, mines and other improvised or home made explosive devices. Detainee was asked specifically who was to be targeted. Detainee stated he was never told who the intended target was; however, he stated they would target who ever they were told to target. Detainee was asked to clarify who "who ever" was. Detainee stated anyone they told him to target. Detainee stated his job was to build the devices, not actually use them. Detainee stated he was told by Abdel HADI and Abu ZUBAYDAH that he would train other individuals in AF on how to build the devices with Abu MUSLIM and HATIB.

(U//FOUO-LES) Detainee stated his primary purpose for going to PK was to receive the remote control explosive training. Detainee stated himself, HATIB and Abu MUSLIM were to attend this training and return to AF. Detainee was asked who the instructor of this course was. Detainee stated initially ZUBAYDAH was looking for an instructor; however, shortly after detainee arrived at the Faisalabad safe house, he was told by Abu ZUBAYDAH the instructor of the course would be UBAIDA the Algerian. Detainee stated he had discussed this training with both Abu MUSLIM and HATIB before in two other safe houses in Pakistan. These safe houses were identified as the first and third safe house detainee resided at prior to arrival at the Faisalabad safe house. Detainee stated he never discussed the training with UBAIDA. Detainee stated even after meeting UBAIDA at the Faisalabad safe house, their conversations were mostly limited to greetings.

(U//FOUO-LES) Detainee was asked by the interviewing agent who he thought his enemies were when he was in Afghanistan and Pakistan. Detainee stated when he arrived to Afghanistan, he had no enemies. Detainee stated he just wanted to go to Chechnya and assist in the Jihad. Detainee said that focus changed to Israel and later to the United States. Detainee stated toward the end of his stay in Pakistan and prior to his capture, he would have fought anyone they (al Qaida) asked him to fight. Detainee stated it was just prior to his capture he realized he shouldn't be doing what he was doing. Detainee stated he was very confused. Detainee stated he left England to leave trouble and at this point he was getting heavily involved in something he never had intentions of getting involved in. Detainee was adamant with the interviewing agent he had nothing against the United States and stated that even if he didn't get captured he didn't believe he would have ever gone through with any operation in the U.S.

(U//FOUO-LES) Detainee stated he was not aware of any al Qaida remote control committee or training division. Detainee stated he was not aware of any operational plans to free the blind Sheikh (Sheikh Omar RAHMAN). Detainee stated he was not aware of plans or the development of plans involving the use of cellular phones as a remote triggering device.

(U//FOUO-LES) During the course of the interview, detainee was very cooperative and polite. Detainee maintained a positive attitude throughout the interview process and interviewing agent was able to continue to cement rapport with this detainee. Detainee answered all questions levied against him with no signs of deception or resistance techniques. Information contained within this report was consistent with previous reporting from detainee.///

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

FOUO//LES

PAGE 2 OF 2 PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| | ) |
| ROBERT GATES, | ) |
| | ) |
| Respondent. | ) |

ISN 1458 FM 40 7/31/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

| CRIMINAL INVESTIGATION TASK FORCE | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| **1. DATE OF INVESTIGATIVE ACTIVITY**<br>31 JUL 04 | **2. PLACE**<br>Afghanistan | **3. ACTIVITY NUMBER**<br>99567042150529 |

**4. REMARKS**

FM40 20040731 - US9ET-01458DP

Date/Place: 31 Jul 04

(U//LES) BENYAM AHMED MOHAMMAD (aka Talha al Kini), Internment Serial Number (ISN) US9ET-01458DP, was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent [ ] US Army Criminal Investigation Command (USACIDC) and SA [ ] Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary.

(U//LES) Between 29 and 31 July 04, MOHAMMAD provided SA [ ] a hand written statement detailing his activities and associations in England, Afghanistan and Pakistan (See attached enclosure).///

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Unclassified//Law Enforcement Sensitive

Declassified by: km 15 April 2010

Statement of BINYAM AHMED MUHAMMED BIN, made on 29-31 July 04 & in at the Bagram Personnel Control Point, Bagram Afghanistan. Start 1440/29 July 04

I started practising Islam in summer 2000. I had had a rough time with the drugs and I had tried all types if drugs by then. I needed to get my self back on track. I had taken a year off college and needed to go back to complete some some units of my course. (Electrical and Electronics Engineering). As a new muslim I spent most of my time in the Mosques gaining as much knowledge about about Islam. In November 2000, I got a job at the Heritage centre in my area. I was a part time assistant to the caretaker of the centre. By 2001 I had made know new friends with new ideas. Ideas I hadn't thought of before. I got influenced with their ideas. They brought me I had video tapes and books. As a person who was trying to find himself in life, thing new ideas seemed to be an easy way of life. As I had tried to join the British airforce and failed their entry exams and not accepted accepted for not having the British passport, Joining and army not which required nothing off you seemed good. And not to mention that I was told that Jihad was a pillar of islam. The brothers In was with advised me to travel to Afganistan to get training and the travel to chechnya where there was a jihad. I persuaded a friend friend to give me his passport which the brothers get it forged and put a pakistani visa for me. So I got me a ticket ticket for me to Islamabad where somebody would be waiting for me to take me to Afguanistan.

I traveled to Pak.istan on the 24 or 25 of May 2001. I spent 3 days in Islamabad before my guide asked me to travel to peshawar. I got to peshawar on 28 may and traveled to Afghanistan on the 29th May. I was taken to Jalalabad to the Algerian camp. I was met a few Algerians at the guest house then later that day I met the leader (to whom I handed my money and passport) to. Some time that afternoon, I was taken to the camp about 25 miles from the guest house. I was introduced to about 7 other trainees. I spent about a week with the Algerians doing

Page 1 of 21 pages          Detainee Initials BM

Declassified by: km 15 April 2010

heavy weapons training. At this time, there came an order
from Taliban that all camps should be closed,
except except Alfarug and the camp of the kandahar
airport. So the Amir (Abu Jaffar) sent me and 3 Algerians
to Alfaruq camp in kandahar. We traveled to kandahar
and the 16th of June thru a one night transit at
kabul in another another Algerian guest house.
In kandahar we stayed at The Bintaden guest
house. We spent about ten days at the guest house
mainly chilling, Around the 25th of June we traveled
to Alfaruq with about 40-50 people. we was put up
at the Alfaruq processing section for about 3 days.
On the second day, Bin laden visited the camp
and gave a lesson in the mosque, my Arabic was
very little so I don't remember what the lesson was.
After our processing we was divided into two groups of Alwaldin
Al-Jeki.
yousaffe bint ishfin. and our groups name was group
Al faruq. I met some of the brother from Brithia.
(mohamedaka Abunder), AbdulRahim aka (Thulaba), Abdulkadin
aka (Iss HAQ), Saied aka (Ayub), Shakir (Junaid)
and his brother, real name not know to me aka (Talib).
We did ten day 20 day training on light weapons.
klashen kayo, Rpk, Simnass, Matanos, Pikka, RPG,
which we all fired with, and other weapons like
which we did n't fire, (T.T. u2i, G3, m16, Kalakov
klinkov.) With-in this time Ayub, Thalapa and Iss Hags
fell sick) and they had to go to the treatment centre
to near the guest house in kandhar. With the permission
of the Amir (Abdulgadus al massi ) I and Junaid traveled
to kandahar to make phone calls, I tried to phone
my sister and and did not get thru. He phoned his
family and he got thru. We then visited the brother's
and the treatment centre and was introduced to
Two other Brits, Samad and Sufian, I had never
seen them in London but they happend to be from
my area. we spent one night in kandahar and
made our way back to the camp by cab.
We completed our 20day light weapon training
and the brother rejoined us so they was but back
Page 2 of 11 pages Detainee Initials Pm

Declassified by: km 15 April 2010



... their group (Junaids & Talibs) had ... They also had at this time started ... training, we spent very few nights sleeping in the camp, we used to sleep on the outskirts of it. We had a group of 20-30 people choosen to train heavy weapons on one of the meantime As Azzam the Algerian from the Algerian camp and I volunteered to join this group and we already had previous training. We trained everyday after lunch to Afternoon prayers (Asr) for about 10 days. Within this period Bin Laden used to come out & give lectures about what I believed it to be with the little Arabic that I understood was operations against USA or European and maybe some Arab states & Israel. We done 10 days of crawles, hand signals and camaflouge, 10 days of map reading and 10 days of Basic explosives. The brothers who arrived late from London came with the news that there was a problem with my flat and that I should travel back so as to sort it out. I spoke to one of the trainers and was told that it was something to worry about and should complete my training before I left. A week before our completion of the course we was taken to Bin Laden's house near the camp to give the bay (bya) I went with the group but did not feel it right to give the baya so I didn't. After our completion of the course we left for Kandahar where we spent 3 day and then travelled to Kabul to the Moroccan guest house. It was run by Abu ISSA whom I had seen in London, Salim whom I had also seen in London, Mustopha maroccan from maroc and Abu yassir. There was Sunaid, Talib, Abudus, Owais, Shafiq, Ibrahim, and 3 boys whom I had met in London. The brothers spoke to Abu ISSA and Salim about my stay with the Moroccan group — and they agreed they had city warfare course to start in two weeks which we put our names to. Hmm

page 3 of 21 pages   Detainee Irrtish Bm

Declassified by: km 15 April 2010



We spent most of the time in Kabul chilling.
There we went to the camp sometime mid August.
There was AZZAM a moroccan instructor, Saied another
Instructor, Yussef alfrancy another instructor When
I had been trained by at the Algerian camp
in Jalalabad, and Abdul Hamid another instructor including
a Jubibib. we had Abu Ahmed, Suffian algarii, Saad,
all moroccans to train with us. Training commenced
on 20th of August by that time abu returned alpritiani
and abu shaheed albritiani both I had seen in London.
and spoke to join the course. We spent ten days
training on the assault rifle (klashnekov).
training the rest of the course wasn't completed
due to lack of ammunition, instead we was taken
to the bamyan front line to experiance real combat
real fighting). we all went to the front line except
for Jummat, Suffian albritiani, and two other brits
who joined the morroccans letter. ( Salman albritiani
and Hamza albritaini (abu mohammed's brother.) I had had
good relations with Salman back in London, At the
At the front line we took a course (mortar)
with a british morroccan I forgot his name whom I
had not seen in London. Course consisted of map
reading, calculating enemy target and firing which
was mainly done by him. we spent 2 days doing this
course then we separated into a group which stayed
at the back line and after another which advanced
to the second line (the Arab line). I spend most
of my days at the back line chilling and doing
my own stuff seperating from the group. The group
left without announcing and I felt sick ( ███ ).
so I asked the Arabs to drop me at the Morrocan
guesst house in Kabul. I was taken to hospital.
that night and spent the next day recovering.
either that same day or the next 9.11 happened
The morrocans brought a vid video recording of the
event which we watched. The next day most of
the people at the camp came to watch the
video. At that point all training stoped and everybody
                    page 4 of 21 pages Detainee T. that's B.M.



Declassified by: km 15 April 2010

was pulled to the guest house. I decided to
travel to Jalalabad to the Algerian's to get my
passport and rucksack and money. I spent 2 days
on the trip and way made it back to Kabul
on my way to Jalalabad I took a cab which
three other Afghans shared with me I don't know
them. on may my way back I came with an Algerian
(Harroon). I joined the morroccans with permission
from Abu Jaffar who was in Kabul. That the same
night we was taken to a madrassa in Logar. All
Morroccons who was in Kabul, was there's women
childrens people I met for the first time.
we spent about 2 weeks in this madrassa. Salman al-
britain had left for peshawar when I was in Jalalabad
I was told when I got to Logar. within this time
the group was trying to find other safe houses
in Logar but at the end they decided that
married men and the wifes wives and kids should
go to Jalalabad and the rest of us should
go to (Tariq) the morroccan camp. We left some time
in September and we stayed at the camp for a few days
An argument broke out between the british morroccans
and the morrocan morroceans, so the brits decided
to leave the group, Ayub, thailabad and another
brit I forgot to mention Yunis, real name Yusef. I had
spoken to in britain. I decided to join my friends
2days about 3 days later. Att at this time the air
raids begun. We traveled with the morrocons
group a few of them with Abu ISSA driving and us
the brits. brits to Jalalbad for 2days to to see the
situation in Jalalabad. After two days we traveled
back to Kabul with another leader of the morrocong
Abu muath, we got to Kabul and the brothers
went to aba Huda's house while I went to
the camp (Tariq) the next day I went to Kabul
with owais to join the brothers ./// BA.
End time 1810/29 Jul 04 ☒☒

---

page 5 of 21 pages    Detainee Initials BM

Declassified by: km 15 April 2010



Start Time 1430/30 July 04. We spent a few days in Kabul doing
nothing. Then the brothers had a program of doing
course to occupy themselves. I was asked to join them
or go and stay with the moroccan group at (Tareq).
So I joined them and we went to the Turkish camp
with the assistance of Richard reeds. we was put
up we was accomodated at the camp and trained
some explosive training. (Hexamen peroxide detonators),
(Acetone peroxide detonators), (fertilizer plus black peper
explosive), (fertilizer plus black seed explosive).
we stayed at the camp about 7 to 10 days. Then we
went back to Abu Hudaifas house in Kabul. we stayed
about a night or 2 then we pulled out of Kabul
we withdrew from Kabul with the morrocans and
headed for Logar, we stayed a night at Logar then
we headed to Khost. A Khost we stayed at a guest
house with about 200-300 other fighter from different
camps ie. Turkish, pakistani, uzbek, Tajiki, and other
Arabs, We spent about 2-3 days then we was there was
Air raids in the city so we had to travel to the
mountains about 30 miles off the city. we spent
the first two days at the bottom of the mountains
then we was order to climb to the top of the
mountains to do guard duty, (Thalaba, Ayub, Yunis,
Isshaq and I -). we was promised that two other
personell would join us every night. This went on
for two or three days before the people at the
bottom complained about climbing the mountain and
the original conflict of Brits and morrocans begun.
about a week up the mountain we got into
an argument with the brothers so I decided to go
down and join the group down the mountain. I spoke
to Abu muath about the situation so he told me that
100 fighter are required to travel to kandahar to prevent
the Northern Alliance from taking over the airport, and
(six) people from the morrocan group and the rest from
the other groups. Since I had a problem with the
morrocans whom were kind of harsh to us the foreigners
and the argument with the brits over. why I should

Page ___ 6 __ of __ pages detainee initials BSD

PROTECTED INFORMATION – FILED UNDER SEAL



_____ down the mountain to bring food and water _____ I didn't mind it just the moroccans at _____ kept talking of the brits using me and _____ brits having the problem of not bearing the sight of the moroccans. I asked to be one of the _____ and asked Abu much to consider my request since he respect and care for me your the during short period I spent climb up and down the mountain he put me on the list without hesitation. That same afternoon we was put on an army truck 50 of us and sent to kandahar with the other 50 to join us in a few days. The journey took us that night and the next day stoping here & there. in kandahar we stayed In houses, a few here and a few there. that group consisted of pakistanis about 12-15 of them we spent the first day going to the market and buying stuff (checklets, cakes, and other stuff we required) some made phone calls and others just stayed in the house. the next morning we went to the public showers near the house and we showered. That same night we was order to withdraw from kandahar to Zurmut. The ship of us, (ibrahim, AbuAHMED, AbdulHamid, Suffian algur darii, yusof Alfransi, me and was joined by a husin Safe ALHaq altunsi. We was on one vehicle pickup with a few pakistanis, we got to zurmut the next day about 12.00 noon and took up residente residente in the rooms which was built camophluge to the mountains. We took a room which could take 8 people and stayed in it the seven of us. spent a few days just chilling and on day of Id 16 Dec 2001 Ibrahim our team leader went to speak to the commander about the news that people will have to withdraw to pakistan and plenty of people was leaving and if it was an order on by wish- So he come with the news that there is a confusion and nobody knows what is happening. The next day Abu much came to our part of the mountain and took us to join the rest of the group. We joined the rest of the group about 20 miles from our original spot that same night.

Page 7 of 21 Pages   Detainee Initials Bos

Declassified by: km 15 April 2010



PROTECTED INFORMATION – FILED UNDER SEAL



The next day Abumueth said that we have to reduce
our number to 12 so about 8 people would have
to leave. The britts had already left when
I went to Kandahar and I was the only britt
left. So the sick and weak left leaving us
12 people. Abu mueth, Azzam, Abdul Hamid, Abu Attua
Ibrahim, shaffing, shaffiq, Abu umair, Abu Khalid,
Abdul fatah (a britt), and some others I don't remember.
We chose a new spot in the valley and rebuilt the
two of the houses, 6 people in each. I got the news
that yourself al Ismailiy abit was staying at the top
of the valley with the Arabs. So I went to visit
him. I got to him and we spoke about the
different divisions which was created at the mountains
in Khost as I forgot to mention he had withdrew
with us from Kabul to Khost and we had made
a british team which the morrocans did not like,
and he had broke from our group due to a small
argument with the britts excluding me.
He told me that everybody Afghanis would have
to leave except a group of 100 under the
command command of Abdul Hadi al Iraqi - So I thought
should speak to him. To let me stay so I will
have to withdraw with the morrocans to
pakistan. I had fear of going to pakistan due
to what happened to the people at Torn bora,
So I spoke to Abdul Hadi and he told me to join
the Arabs when the morrocans leave. That same
night Abumueth came with news that they had
were been order to leave for pakistan by Abdul Hadi,
and they will had to do it the next day so
took all our weapons that belonged to the morrocan
group and sold it to some group and then then
made their was for pakistan. I stayed with the
Jamicy and the Arabs. We withdrew to a town
called Barmil. We stayed with some Afgans
in their house + Jamicy, A trainer called Dawais,
some new comer from Germany Abu alfaray, 4 new comers
from saudi Arabia, osama, I forgot the others names
Page 2 of 31 pages    Detainee Initials BM



... eye stayed for a few days 5-7 and then Abdulhadi showed up with a man I got to know latter Zubaide. They said that we have to pull out to a medrassa soon then they left. That night us chopper surrounded the area we was in and believe took the leader of the area. as I got to know the next morning In the afternoon we pullout to the medrassa and joined about 80-90 others. The next day Abdulhadi and Abu Zubayda showed up and said that 30 people will have to leave and the Afghans can't accomodate 100. So I spoke to Abdul Hadi about my wish to stay so he asked about my expertize which I didn't have any so he asked about my education which I told him was Electronics and heasked about my passport which I showed him and they he said that they would send me to pakistan to do remote control training & the come back to Afghanist to either teach or build components. I was introduced to 2 others who would do the course with me and Abu Zubaida who would take us to pakistan to do the trainning. The next day I left for pakistan with a group of 30 and on the way I got to know Jose padilla. We stopped at tehran to travel to Lahore dressed as tabliq Jamut. I and a saudi stayed a few more days to travel more desgursed as we looked more foreigners than the rest. we was put on a special compartment on top of the bus and we frsed to Lahore. we got to a safe house where there was half of the people and another group with them. people was traveling every day some to Islamabad and others to karachi. As I arrived I found padilla on the computer reading on a file about Atom bomb. He asked me to read it and tell him what I thought about it. So I read the file and it made no sense I lughed about it as did he. Then came muslim and read it while we was reading it and decided to translate it to the $ read of the group in arabic so we took him as

Page __9__ of __21__ pages   Detainee Initials: BM



Declassified by: km 15 April 2010

Unclassified//Law Enforcement Sensitive

an idiot and decided to watch a film (kun fu) which
was stored in one of the files. The brothers decided
that there was a few scenes showing women fighting
so they decided to stop the film, so I told Padilla
that we would watch the film when everybody goes
to sleep. That night we found that Hazi had erazed
the film which pissed us off. The next day came,
Zubaida and he sat with the group clean shaven
and told everyone that they should shave.
He sat with Padilla and the had a private conversation
then he soft called me in to the room and asked
to me to sit down then he said "I would rather
you done an oversees operation than go back to
Afghanistan" and he would talk to Abdul Hadi about it.
Padilla told him about the file (A bomb) which he
said that they had been trying to figure it out for
years. So we reread the file and it still didn't make
sense. He gave us a few ideas like, blowing up
a gas tanker with a piercing & burning bullet.
Spraying people with poisons - we spent a few days
in this safe house. then we went to another
safe house in Lahore, we was seperated into two
groups. we stayed two days then we rejoined the
other group in a new house in Lahore. Zubaida
showed up in this new house once and spoke
about finding out about the A bomb theory.
He was meant to speak to Abu Kabab meant to be
an expert. He said there was no news but we
will be moving to a new safe house in faisalabad.
In a few days we made our way to faisalabad.
We made it to faisalabad in a van about 14 Jun.
Asad, Anas, Ashur, Muslim, Hatib, Osama, al fa listini, and
some others I forgot their names, (Abdul bari, Jose, me
and other two). in faisalabad we spent a few days
before the arrival of Zubaida, but which time
I had decided that I was going to leave cause
I had had enough of moving about and the cause
was took taking long to start and I had felt
insecure and agitated to leave and wanted no part

Page ___ of _21_ pages   Detainee Initials BM



Unclassified//Law Enforcement Sensitive



except getting home. After Zubaidas
arrival to the leader who was left in charge in
Zubaidas absence told him that I had told him that
I was considering leaving and this time I was
serious and as I had already spoke to Zubaida
about leaving the Lahore in the second safehouse.
Where he had reassured me that leaving wasn't the
right decision and we had to free the prisoners in
Cuba by doing an operation against US targets.
So the same reassurance thing he said to me
here and add that Jose & I would be leaving
for Karachi in a few days to met important
figures, with in a few days, our trip was arranged.
I left Hatib & muslim doing theory & practice
with a new instructor Uharde alTazairi. Zubaida
had bought a computer and Salah was in charge
of teach the rest of the group whom How to
use it and we had an opportunity to set up
a Yahoo web site. I forgot its name.
then we left in pakistani clothing. Jose, Abdulbari,
Ashur and I. and Zubaida had give Jose some
cash about 1000 - 1500 dollars. /// BMK.
Ent Time 1937/30 July 04

Page 11 of 21 pages        Detainee Initials BMK

Declassified by: km 15 April 2010



Start Time 1350/31 July 04.
We traveled to Karachi by train from faisalabad. we left
in the afternoon and got to Karachi around 10.00am
the next day. we was escorted by 2 pakistanis. At
Karachi we took a Van to a meeting point set by our
escorts. We was met by an arab on motor bike and
took a cab following the lead to a safe house.
we also was joined by two arabs from faisalabad
to Karachi, we stayed a few hours at the house.
Late that afternoon we was taken to a ware house
by an arab who lived in the house and we left
the two new arabs in the house. At the ware house
we found people who was traveling to the homelands.
Arabs & non Arabs, Ashur & Abdullah was taken by someone
to a safe house and we was taken to a petrol station
we changed cars and taken ka house. we was driven
by someone called Amar. wo-stayed in the house with
a 15 year old arab kid. The next morning came safe-
Abu Talha and asked my name which I told him was
Abu Talha al zo he said that he thought my name was
Abu Talha, I told Abu Talha al nigeri. I told him that
I had changed it on the journey from Madrassa in
bermil to Banu. He asked me to have a sit and went
to Jose and spoke to him. Then came muktar. He spoke
to Safe-ALADL. He greeted Jose & I then they left.
We spent the night alone, just the two of us. the next
day came Muktar and he spoke to Jose and I about
operations he had told us to forget about A bomb theory
which Zubaida had sent in writing and gave us a few
Ideas, 1 Rent a room in a hotel then test can of deoderant
or sprays that will explode and yet a gallon or more of petrol
that then gather all the furniture in the room to the centre
of it then Ignite it and leave. 2 go to a petrol station
put a detonating device where they store that fuel and
then he left. Jose and I was left thinking if
this was a wish he had or was it practical. Then he
came the next day and told us that is was testing
us and to forget about it. then he told us that the
Operation was to bring down a building or more.
Page 12 of 21 pages   Detainee Initials RZ



[illegible] wanted at least 5-10. This was an operation [illegible] Jose had been told about before and He knew what He had to do and I was ment to be his assistant. [illegible] muktar also mentioned about a martyrdom operation in Europe which none of us requested and a job for me ~~[illegible]~~ wanted which was to get him European passports and send them to him. He said that the travel to the USA for an operation which Jose could do on his own would not be effective so It would be best for me to get him passports and keep in touch with him for other work. ~~Ad~~ and if Jose realy needed somebody then they would ~~[illegible]~~ hook him up with somebody who is already in the USA.

We was given a course in forging passport and other ~~[illegible]~~ documents by an Arab call Jaffar, (2 days). ~~[illegible]~~ Then how to decode phone numbers and emails (1 day). by another Arab I forgot his name a one day course. a pakistani and his wife was brought to stay with us so the open and close the main door, ~~and~~ plus an Arab by the name of AbuRahma ~~He~~ used to come and ~~check~~ check on us. A day before the raid in faisalabad Jose was taken to A hotel in the Zainab market area (Sadar) Amar took my passport had the visa fixed then the next day I went to Sarwan hotel (Sadar). I read about the raid that morning on the news paper Dawn. ~~I met Jose in take away near the~~. Jose decided to come and stay in my hotel saying that his hotel was no good. So we went to have lunch near the hotel and I told him about the raid which had bother me. Amar happend to be walking by the cafe we was in so we called him in. we talked to him about it ~~[illegible]~~ but he didn't want to talk about it. He told us to spend our time in karachi shopping and not worry. He told us to buy ticket to bangladesh ~~transit to~~ and from bangladesh to Europe then Jose would got to USA and I would go to britain and try to Join Jose if I could. Jose bought a Ticket to bangladesh traveling on the 4th of April 2002. then I went to buy a ticket traveling on the same day 4th April 2002. We spent

Declassified by: km 15 April 2010

about a week at the hotel shopping and going to cinema
and going to Internet cafe setting up mail boxes,
I forgot the names of the mail boxes. Then the
Then on the 1st of April Jose phoned Amer to get
the required money for our travel. He could not get
thru them. I tried same result. So the next day he
call and I called same result. So Jose got irritated
I cated back at that point my mission was to get to
London safe I didn't care about the operation I had had
enough. I told Padilla to get his family in Egypt
and forget about this impossible mission as there was
a 90% chance I wouldn't make it to the USA.
Then on the 3rd of April 2002, Jose got thru
to Amer and he told him that they think their phones
were tapped that B why they had them off.
So he came to see us at the hotel about 3.00 pm
and gave Jose 10000 dollars to get to the USA and
expenditure money and I 6,000 dollars as expenditure
money. And he would take us to muktar that evening
for last minute briefing. That evening we met
met Amer outside the hotel and we take to
a restaurant about 15 miles from the hotel were we
met muktar and Ramzi. We had something to eat
talked our story so far and muktar gave Jose 5,000
dollars incase Jose needed it. He also gave him a
phone (cellular) and told Amer to buy him a charger
for the phone. We left Muktar at the restaurant but
we left with Amer. He bought him the charger
and they went to the net cafe to set up another mail
box while I headed for the hotel. On the way
I ended up buy two packets of cigarettes
and was smoking in the hotel. I went to
Jose room about 10.00pm and he said that I should
have left thru the airport by then. So so I went
to my room picked up my stuff and made my
way to the airport. At the airport I went thru
checking with out any problem, when I got to
passport control they new that the passport was
forged so they asked me to have a visa as they
Page 14 of all pages   Detainee initials DJ

... confirm it. Jose was stopped at passport control due to visa violation. We was taken to a room and sat the whole night waiting to be handed over to immigration police in the morning. They told us that they knew who we were & that they would help us once the person incharge comes in the morning. In the morning we was released and we went back to Saddar in separate cabs. We met at a Dunken Doughnut shop in sadar. Jose said that he would travel a different rout and I should wait till he leaves before I travel. I went back to Sarawan while he went to a different hotel. I He got the his ticket changed to a Zurich-chicago ticket and met me at about 7:00pm near BBS hotel. I was taken there by Amar. Amar phoned Mukhtar and agreed to meet with meet with Jose. I was to put in a cab traveling back to the hotel. the Jose traveled that same night and the next day 5th of April I met Amar near the hotel and gave him my passport to fix. He said it would take a few days and he left. I spent my time in the hotel going out ever now & then. around the 7th or 8th I was told to me Amar at Tariq road to get my passport. I went there around 12:00 noon and met Amar & Mukhtar. Mukhtar gave me my passport and told me to buy a ticket to London via Zurich. I told him that I want buy a straight ticket to London cause if I land in Zurich they would know that my passport was forged. He des disagreed so I left him thinking that I would do as he said. He insisted that I should concentrate in get him passports and rather than get the USA for a mission which I agreed with counsel. I had had bad feelings of being arrested since I was in Lahore. So I went to a travel agency near the hotel and asked for a direct direct ticket to London. I couldn't find any but there was a Zurich-London ticket and I would have to wait till the afternoon around 4:00

Page ___I___ of ___11___ pages         Detainee Initials BAA

Declassified by: km 15 April 2010



for it to be confirmed. I left my ~~read~~ number with
the agent and left ~~off~~ for the hotel; around
4.00pm he called tell me that I should drop in the
next day to get the ticket. The next day I
went to the agency and got my ticket for
the 10th April 2002. I called Amer tell him
that I had my ticket and that I would
be traveling the next day. On the 10th Amer
called me at the hotel and asked me to meet
meet him at the internet cafe which I went
to and he set up a mail box and I did I forget
the name of the box. Am he gave me Joe's
new mail box which I opened since he had the
code and found a message saying that he had
made it to Zurich. I left for the airport about
10:00pm with a bad feeling of being arrested but
I had to get ~~it~~ out of pakistan I had no choice.
At the airport I was stopped at passport control
for having an ~~exit~~ exit stamp canceled and then
they found out that the passport was forged
so they took me to the same room waiting to
be handed to immigration police in the morning.
I was hand to the police in the morning
and that was it .//// Bm.

Q: SA ██████
A: Binyam Mohamed
Q: Is it true you used the alias Talha al Kini?
A: Yes Bm
Q: Did you use any other alias?
A: Yes Taha al niyeri in Afghanistan and John Samuel after
   my arrest on 10th April 2002.  Bm.
Q: What is your education?
A: Yes 2 years college in Electronics, BM.
Q: Is it true you initially intended to carry out attacks in the
   U.S, which were asked of you, but you later changed your mind?
A: Yes Bm.
Q: Is it true one of the methods for the attacks was a "dirty"
   or improvised H-bomb?
A: Yes Bm.

Page __16__ of __21__ pages  Antonimos Initials BM



Declassified by: km 15 April 2010

Unclassified//Law Enforcement Sensitive



...e this plan was developed by Abu Zubaydah?
BM.

...t true you were suppord to assist an individual known to
... Jose Padilla, and whom you've identified by photograph
... previas interview, in this operation?
BM.

... it true Abu Z-baydah sent these operational plans to a
... known to you as Abu Khebbab, whom you have never
...t, for approval?
Yes Bm.

... it true you never knew if these plans were approved until
... later met an individual known to you a Saif Adel in
Karachi who told you the plans were cancelled?
Yes Bm.

... it true this is the same Saif Adel you identified for me
... photograph in our previas interview?
Yes Bm.

Can you describe for me this "dirty" or improvised 17-bomb?
The artreal which we read said to get U235 or
U238 which we will have to enrich using a technique
The technique is to put U238 in a bucket and
rotate it at high speed above ones head for about
45 minutes then scoop the enriched U235 and place
it in a container about 7kgs & it and insert
insert a C4 detenator in it's centre. BM.

Q. Is it true, after you met Saif Adel, you met an individual known
to you as Muktar, who had other ideas of operations for you to
carry out?
A: Yes. I believe that the idea was instructed to
him by Saif Adil to explain to us. BM.

Q. Is it true this is the same Muktar you identified for me by
photograph in our previas interview?
A: Yes BM.

Q. Is it true one of these plans included blowing up buildings
in the United States utilizing natural gas?
A: Yes Bm.

Q. Is it true another one of these plans was blowing up gas
tankers in the United States?
A: Yes. This plan was Abu Zubaidas plan, Muktars plan
Page _17_ of 21 pages        Detainee Initials BM

Unclassified//Law Enforcement Sensitive

was to blow up gas stations. BM.
Q: After being advised of these plans by Muktar, were you asked to participate in these plans?
A: Yes Bm.
Q. Did you agree to participate in any of these plans?
A: Yes. But it all changed when I was arrested on 04th April 2002 and they mission became getting passports for muktar. BM.
Q: Is it true the individual known to you as Abu Muslim, is the same Abu Muslim you identified by photograph in our previous interview?
A: Yes Bm.
Q. Do you know if Abu Muslim also attended training at al faroug?
A: No Bm.
Q. Is it true the individual known to you as Hatib, is the same Hatib you identified by photograph in our previous interview?
A: Yes Bm.
Q. Is it true you, Abu Muslim and Hatib first met eachother at the madrassa in Gerril, Afghanistan?
A: Yes Bm.
Q. Is it true, you, Abu Muslim and Hatib were all to train together at the safe house in Faisalabad, Pakistan?
A: Yes Bm.
Q. Is it true you peculiarly discussed this training with Abu Muslim and Hatib while in Lahore, Pakistan?
A: Yes Bm.
Q. Is it true both Abu Muslim and Hatib knew about the H-bomb plans from the first Lahore safe house?
A: Yes Bm.
Q. Is it true Abu Muslim translated the plans from English to Arabic to the remaining occupants of the safe house?
A: Yes Bm.
Q. Is it true you, Abu Muslim and Hatib all knew you were to return back to Afghanistan after the electronics training in Faisalabad was completed?
A: Yes Bm.
Q. Is it true the purpose of you, Abu Muslim and Hatib
Page 18 of 21 pages Detainee Initials BM



... to Afghanistan was to train Afghans on building remote control explosive devices?
Yes Bm.

Is it true if the Afghans didn't build the devices, then you, Abu Muslim and Hatib were to build the devices and provide them to the Afghans?
Yes Bm.

Is it true you did not know who was to teach the training until after you arrived at the Faisalabad safe house?
Yes JBm.

Q. After you arrived at the Faisalabad safe house, who did you learn was to teach the training?
UBAIDA Bm.

Is this the same Ubaida you identified by photographs during our previous interview?
A. Yes Bm.

Q. Is it true you, Abu Muslim, Hatib and Jose Padilla all arrived at the Faisalabad safe house together?
A. Yes Bm.

Q. While at the Faisalabad safe house, did you start your training?
A. No Bm.

Q. Is it true you and Jose Padilla left the Faisalabad safe house before the training started?
A. Yes Bm.

Q. Did you witness Abu Muslim or Hatib build any circuit boards in any of the safe houses?
A. No Bm.

Q. Besides yourself, Jose Padilla, Zubaydah, Ubaida, Abu Muslim and Hatib, was there anyone else in the Faisalabad safe house that knew about the training?
A. I think everybody knew Bm.

Q. Did everyone in the house know Zubaydah worked with or was an associate of al Qaida and Osama Bin Laden?
A. Yes Jose, Akrima, Salah, Hatib and I Bm.

Q. Do you know if Abu Muslim or Jose Padilla were bayat to Bin Laden?
A. I don't know Bm.

Q. Is it true that while at al Farouq you were asked to swear
Page 18 of 21 pages Detainee Initials Bm

Declassified by: km 15 April 2010



PROTECTED INFORMATION - FILED UNDER SEAL

bayat to Bin Laden but you declined?
A: Yes Bm.
Q. Is it time, you understand that your associations to and
activities with al Qaida are criminal?
A: Yes Bm.
Q. What languages do you read and write?
A: English. Bm.
Q: So then it is true English is your primary language
and method of communications?
A: Yes Bm.
Q. Have you made this statement of your own free will,
without benefit, promise or reward?
A: Yes Bm.
Q. Has the interviewing agent promised you anything?
A: No Bm.
Q. Has the interviewing agent treated you fairly, humanely,
with respect and decency?
A: Yes Bm.
Q. During your interviews with the interviewing agent have you
been provided and/or offered food, beverage and toilet facilities?
A: Yes Bm.
Q Have you been treated well since you have been in U.S. Military
custody?
A: Yes Bm.
Q: While in U.S. Military custody, have you been treated in any
way that you would consider abusive?
A: No Bm.
Q. Has your ability to practice your religious beliefs been prevented
since you have been in U.S. Military custody?
A: No Bm.
Q. What would you say is your current state of health?
A: I feel healthy. Bm.
Q. While in U.S. Military custody, have you had access to medical
care?
A: Yes Bm.
Q. Are you willing to assist the U.S. Government by providing
cooperative testimony and/or information during judicial
proceedings and/or other legal processes?
A: I still haven't made up my mind. Bm.
Page 212 of 21 pages  Detainee Initials Bm

Declassified by: km 15 April 2010



PROTECTED INFORMATION – FILED UNDER SEAL



... your cooperation thus far been of your own free will
without benefit, reward or promise?
Yes BM.
Is the information contained in this statement the truth?
Yes BM.
Would you like to add anything to your statement?
No BM. /// END OF STATEMENT/// End Time 1750/31 July 04on.
Detainee Name: BINYAM mamed MoHAMED
Detainee Signature:
Interviewing Agent Name:
Interviewing Agent Card:
Witness Name:
Witness Signature:

Page 21 of 21 pages  Detainee Initials BM

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | )   Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN 1460 FM 40 6/7/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

CRIMINAL INVESTIGATION TASK FORCE

REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040607 - US9PK-01460DP

| 1. DATE OF INVESTIGATIVE ACTIVITY 07 JUN 04 | 2. PLACE Other | 3. ACTIVITY NUMBER 19517041821105 |
|---|---|---|

4. REMARKS

FM40 20040607 - US9PK-01460DP

Date/Place: 07 Jun 04

Abdul Al-Rahim Ghulam Rabbani aka Rahman, Internment Serial Number (ISN US9YM-01460DP), was interviewed on June 7, 2004, at the Bagram Personnel Collection Facility, Ba_ram, Af_hanistan. The interview was conducted by U.S. Army Criminal Investigation Division (CID) Special Agent (SA⬛⬛⬛⬛⬛⬛ The interview was conducted in English with translation to Arabic conducted by Civilian Contract Interpreter⬛⬛ After being advised of the identity of the interviewing agent and the nature of the interview, Rahman provided the following information:

The purpose of this interview was to establish rapport with RAHMAN and to establish/determine his truthfulness and willingness to cooperate during the interview. During the interview SA⬛⬛⬛⬛⬛ covered several topics ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ RAHMAN was cooperative throughout the interview and did not appear to display any signs of deceptiveness. RAHMAN again stated he was glad to be taking with an investigator and would be completely honest.

RAHMAN started talking about the training he experienced while at Khalden camp. RAHMAN said the training started with physical fitness training and hand to hand combat type training. He stated he trained with numerous small arms and RPG's. RAHMAN claims he did not train with any types of explosives to include TNT, C-3, C-4, and land mines. RAHMAN stated he remained at the camp for approximately 1 ½ months before he was told he had to leave the camp for not following instructions. When asked what he failed to do, RAHMAN stated the personnel going through the training were not allowed to smoke. He stated he would smoke and the instructors could smell it and said he was causing problems. RAHMAN said the instructors were nice and respectful until he started smoking. Rahman stated Abu al Harth was in charge of the camp at the time he was there. He told the instructors he wanted to stay but they made him leave anyways. RAHMAN was put into a car with others from the camp that he did not know and was then transported to Khowst. From Khowst he made his way by bus to Karachi where he met up with his brother Badr. Rahman stated he did not have any plans to do anything while he was in Karachi. Badr took RAHMAN to a hospital where he met with Khallad ba'Attash. This was the first time he met Khallad, he was introduced to him by Badr and then Badr left the room leaving RAHMAN and Khallad alone. RAHMAN stated he did not know Khallad was a member of al Qaida at the time but knows his is now. RAHMAN said Khallad wanted him to go to the front lines to learn more training. He also wanted Rahman to attend another camp. RAHMAN said he did not want to go to any more training because he was tired and did not want to be in that situation again. RAHMAN stated that was the extent of their conversation. RAHMAN was then asked if he met anyone of great importance prior to his training at Khalden camp. (OGA documented RAHMAN as claiming to have met with UBL) RAHMAN did not mention meeting anyone prior to his training. When asked specifically about meeting UBL RAHMAN seemed a bit surprised and stated he did tell the FBI that he met UBL. He stated he only told them that because he was scared. He claims now that he made that story up. RAHMAN would not provide any additional information pertaining to this meeting with UBL.

RAHMAN was asked if he had any knowledge about Daniel Pearl. RAHMAN asked if that was the journalist that was killed. He then stated that while he was at the guesthouse Muhktar (KSM) told him to rent the video of Daniel Pearl being executed. RAHMAN stated Muhktar provided him with the money to rent the house. RAHMAN did not know the name of the owner of the house. RAHMAN stated Jafar Tayar was translating the video in one of the offices of the house and called him over to watch it. When RAHMAN asked about the video Jafar Tayar told him not to talk about it. Rahman stated he saw several VHS cassette tapes there that were being translated. He did not know who actually produced or filmed the video. He did not know where they were being distributed to or coming from. RAHMAN stated a man named Hasan al Pakinstani was translating some of the videos from Arabic to Urdu. RAHMAN acknowledged that the videos were for propaganda use by al Qaida. RAHMAN stated there were approximately 5 computers and 4-5 movie cameras kept in the house. RAHMAN said the house was not used to harbor mujahideen or al qaida personnel. RAHMAN said Ubaydah

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

| PAGE 1 OF 2 PAGES |
|---|

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

## CRIMINAL INVESTIGATION TASK FORCE

### REPORT OF INVESTIGATIVE ACTIVITY

INTERVIEW: FM40 20040607 - US9PK-01460DP

(Ramzi bin al'Shib) worked with the video equipment. RAHMAN said he saw a copy of the USS Cole video in Kandahar, Jafar Hareth was watching it.

AGENT'S COMMENT: The interview was terminated in order to facilitate BPCF activities. There was a situation that required translation from English to Arabic by Civilian Contract Interpreter ███ ████████████ Additional interviews will be conducted of RAHMAN, a candidate for GTMO. ///Last Entry///

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 2 OF 2 PAGES

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

    v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN 1461 FM 40 6/4/2004

SECRET/NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

## CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY 04 JUN 04 | 2. PLACE Other | 3. ACTIVITY NUMBER 07565041580526 |
|---|---|---|

**4. REMARKS**

FM40 20040604 - US9PK-001461DP

Date/Place: 04 Jun 04

(S//NF) On 04Jun04, Ahmed Muhammed Husayn Ghulam Rabbani, aka Abu Badr, aka Mohammed Shah, ISN US9PK-00146?DP (BT-1009), was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram, AF. This interview was condcuted in English by Special Agent ███████ Naval Criminal Investigative Service. ███████ civilian contract linguist, facilitated English to Arabic translation during this interview.

Reporting agent identified ███ both verbally and allowed Badr to review ███ credentials. After apprising Badr that SA ███████ would be his case agent at the headquarters level, basic biographical data was obtained. Badr stated that he was glad to have his detainee status progress forward and wanted to see some resolution to his case. Badr indicated that he was married to two women. He has two children with his first wife, a son (approxiamtely 4 years old currently) and a girl (approxiamtely 3 years old now). He was not sure if his wife was pregnant when he was apprehended by the Pakistani Inter Services Intelligence Directorate (ISID) on 09Sep02. His first wife was a distant cousin of Badr's. He was also married to another woman, but had no children with her. He had only been married to his second wife for approximately one month prior to his detention. Both of his wives lived in separate homes and Badr opined that since his detention, they likely moved back into their father's homes in Pakistan.

Badr spoke freely about his current health issues. He indicated that he has ███████ and has had an ███ for the last ten years. ███████ while in detention in Kabul, AF. ███████ in Kabul. ███████ He also indicated that he suffers from ███████. Reporting agent listened to his concerns and indicated that ███ would speak with medical personnel at BPCF regarding his health concerns.

Badr indicated that he was born in Saudi Arabia and lived there continuously for the first 22 years of his life. Although he was born in Saudi Arabia, he was never, and is not currently considered a Saudi citizen. Badr's father and mother are both of Burmese descent, but lived in Pakistan and obtained Paksitani citizenship. Even after moving to and living in Saudi Arabia, they were not able to obtain Saudi citizenship. Through Badr's fathers' Pakistani passport and citienship, Badr was eventually able to obtain a Pakistani passport and travelled outside of Saudi Arabia in 1991. He indicated that he was actually expelled from Saudi Arabia at that time due to several incidents with local police after he had been intoxicated. He left Saudi Arabia in 1991, after being imprisoned for a drinking related offense, and travelled to Pakistan. Because he had been expelled from Saudi Arabai, he was not allowed to return to visit his family. He established residence in Pakistan in 1991, and lived there in 1991 and 1992. In approximately 1992, he obtained a fake Pakistani passport under the name Ghulam Rabbani. He used this fake passport to travbel back to Saudi Arabia. He paid 3000 PK rupees (approxiamtely $50 USD) for his false passport. He travelled to Saudi Arabia three times using his false PK passport. He did not encounter any problems during his first two visits to Saudi Arabia using his false passport. On his third visit, he became intoxicated and had a car accident. He knocked down an electrical pole with his car as he was intoxicated while driving. At that time he was arrested for utilizing a false passport as well as for the drunk driving violation. He was arrested and went to jail, however his family was able to secure his release. After beign released from jail he left Saudi Arabia (this was approxiamtely mid 1993). After leaving Saudi Arabia, he again returned to Pakistan, staying in Pakistan for approxiamtely two months. He stated that he did not dislike Pakistan, however, preferred to live in an Arabic/Islamic country.

After two months of living in Pakistan, he moved to Dubai, United Arab Emirates (UAE). He entered Dubai on a visitor's visa, again utilizing his false Pakistani passport. Every 100 days he would have to renew the visa, at a cost of approximately 1500 Riyals each time. Badr lived in Dubai for approximately 7 months (1993/1994 time frame). He worked as a hired driver and was paid "under the table" as he did not have a work visa. He was hired to deliver goods to the

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 1 OF 3 PAGES

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

CRIMINAL INVESTIGATION TASK FORCE
REPORT OF INVESTIGATIVE ACTIVITY

market, to unload trucks in the market, or to deliver items from a warehouse to its shipping location. He was paid approximately 100 USD a day for his work. He did not work every day and it was not steady work. Badr enjoyed living in Dubai as he said that he liked being able to drink, use drugs, and go to dance clubs. Badr related that he was arrested once while in Dubai when he was at a dance club. He was watching a belly danceing show with a few friends (all of whom were intoxicated), and began to "pop" balloons in the nightclub with their lit cigarettes. They were then arrested by the nightclub security guards. He spent one week in a Dubai jail for being intoxicated and for his behaviour. After living in Dubai for 7 months time and not being able to obtain a work visa, he decided to leave the UAE and flew back to Pakistan. He indicated that although he enjoyed living in Dubai, it was difficult to live there as he did not have steady employment. After moving back to Pakistan, Badr indicated that he attempted to "clean" his life up and stop using drugs and alcohol as often as he had been. He bought some sheep and goats and became a sheep herder. He still drank often however was not using drugs as often as he had been while residing in Dubai. Badr indicated that he resided in Pakistan (during this stay) for seven months total time frame.

Reporting agent asked Badr how it was that he came to find himself in the training camps in Afghanistan. He responded by stating that he was of Burmese descent and he did not feel welcome in any country that he had lived in. He further explained that he, his family, and many other Burmese families that resided in Saudi Arabia were treated as second class citizens. While in Paksitan he was also treated as a second class citizen. He related a story that happened during his seven month stay in Pakistan (when he worked as a sheep herder), as being the pivotal point of what made him decide to attend training and fight for Burma (Burmese people). On the second day of the Eid festival (1994), he had been drinking and had gone to visit friends and celebrate the holiday. When he returned home he found that one of his goats was missing. He went to visit another neighbor/friend and found that he and his family were feasting on a meal of goat. He confronted his friend about stealing his goat, killing it, and preparing it for the Eid festival dinner. His friend, who was also of Burmese descent, acknowledged that he did steal Badr's goat. His friend invited Badr to join him for dinner, and they ate and drank. Later that evening, Badr explained that for "no reason", the local police came to his friends' house and arrested everyone inside the house. He indicated that incidents such as that (being arrest for no reason) were common for Burmese people living in Pakistan. Badr remained in jail in Pakistan for one week after that arrest.

After he was released from jail he met with several other Burmese friends, Ismail LNU and Yunis LNU. Both men were from Saudi Arabia, but of Burmese descent. They spoke with another Burmese friend, Mahbook LNU, who had attended a training camp in Afghanistan that was established to train men to fight to liberate Burma. The four of them spoke about the injustices that were occuring in Burma and the injustices that Burmese people face in Saudi Arabia, Pakistan and other countries. Mahbook told them that it was their duty to go to Afghanistan to learn to fight and to free Burma. The three friends, Yunis, Ismail and Badr all left Pakistan together to attend the Salman Al Farsi Camp in Khost, Afghanistan. The camp was Pakistani, but was sponsored by the Burma Organization. Badr also admitted that the camp as associated with the Harakat Al Ansar group. Badr denied that the camp was associated with any other groups to include the LET. At the time that Badr and his friends went to the camp, Mahbook was going to Kashmir to fight.

After 40 days in the camp, Yunis dropped out of the camp and returned to Paksitan. Badr's other friend Ismail repeated basic school. Badr finished basic school and stayed at the camp after finishing the classes to work as a security guard. He was supposed to travel to Kashmir to fight after finishing basic training, however, it was too cold and snowy in Kashmir at that time. He was then told to attend an advanced class, that was taught at the Khalden Camp. He began attending the advanced class which was 3 months in duration. He was selected to attend advanced training to assist 12 Kashmiri fighters with translations at the training camp. He indicated that the first 3 months of basic training consisted of basic weapons training on Kalishikovs, cannons, mortarts and with RPG's. He also learned some mountain fighting tactics. The advanced class consisted of more advanced training on the weapons. They also learned mountain tactics at that camp. There was no chemical weapons training at either camp. The attendees at the camp were from Bosnia, Kashmir, Turkmensitan, Tajikistan and Chechnya. There were also a few Arabs there. He also learned to fight urban warfare at Khalden. After 1 1/2 months of attending training at the Khalden Camp, he returned to Pakistan and was arrested after crossing the border. He indicated that he was with another friend, also a Saudi, Ahmed LNU, and they were both arrested at the border. They were arrested for illegally crossing the border and for not being Pakistani citizens (likely they did not have passports to document their citizenships after crossing into Pakistan). Badr indicated that he was in detention in Pakistan for approxiamtely 19 months. He was detained for a long time and hired a lawyer who did not help him, but only took his

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

**CRIMINAL INVESTIGATION TASK FORCE**

**REPORT OF INVESTIGATIVE ACTIVITY**

money. Some time later, he was introduced to another lawyer who was a professor of law at a University in Paskistan. This lawyer, ███████████ assisted Badr in gettting out of jail. Badr indicated that this lawyer helped many mujihadeen who were arrested in Pakistan.

At this point the interview was termianted and reporting agent asked Badr if he had any questions for ███. Badr asked about his status as a detained person and if he was going to ever be tried or released. Reporting agent stated that he would eventually be brought to some type of a proceeding for "judgement" or release. Badr then related that he was not happy with the current conditions of the BPCF. He indicated that he does not have a toilet in his cell and he has to wait for the guards to take him to the bathroom. He stated that when he is taken to bathroom as soon as he gets to the toilet, he is told to "hurry up". He stated that it is difficult for him and the other "brothers" to use the facilities in this way. Additionally, he stated that he and the other brothers were in need of some shorts for bathing, as he was not supposed to be seen naked by another Muslim, even when bathing. Reporting agent indicated that ███ would seek medical help for his initial medical conerns, however ███ would nto be able to change BPCF rules regarding showers and bathrooms. Badr was provided with tea, water, milk and cookies during this interview. At this point the interview was terminated.

DERIVED FROM: DoDD 5143.99;
Declassify on: 20290001

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE 3 OF 3 PAGES

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION — FILED UNDER SEAL

PROTECTED INFORMATION – FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )        Civil Action No. 08-1360 (RWR)
                                      )
ROBERT GATES,                         )
                                      )
          Respondent.                 )
                                      )

ISN 1461 FM 40 6/10/2004

SECRET//NOFORN

Declass by: km 15 April 2010