SECRET//NOFORN

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 10 Jun 04 | Bagram, Afghanistan | 0756S041821118 |

**4. REMARKS**

Subject Interview of: (UNK) RABBANI, AHMED MUHAMMAD HUSAYN GHULAM

Date/Place: 10 Jun 04/Bagram, Afghanistan

(S//NF) On 10Jun04, Ahmed Mohammed Ghulam Rabbani (aka Abu Badr) was interviewed at the Bagram Personnel Control Facility (BPCF). This interview was conducted by Special Agent ███████████ Naval Criminal Investigative Service. The interview was conducted in the English language, with a ███████ contract civilian linguist, providing English to Urdu translation.

Badr stated he was feeling well, and did not have any new complaints. He stated that he was not receiving the milk that was prescribed for him by medical personnel, and requested that reporting agent look into that matter.

Badr indicated that when he was in Kandahar, he did not go there for the express purpose of meeting Usama Bin Laden (UBL). He did however meet with UBL while he was in Kandahar. While in Kandahar, he also met Abu Hafs (Al Masri) and Khalid Sheikh Mohammed (KSM) at the UBL compound.

Badr indicated that he worked as a cook while he was residing in Saudi Arabia, and then he worked as a taxi driver while in Pakistan. While working as a taxi driver in Pakistan, he was not told who to drive or where to drive them. He was paid by his fares for the taxi rides, but he did not receive any additional money for driving mujahadeen. It took Badr approximately 6 months of driving his taxi to learn the roads of Karachi. He eventually met a man from Hyderabad, Karachi, PK, named Ali (NFI), who encouraged (and introduced) him to drive and help the mujahadeen in Karachi. While he was living in Karachi and driving his taxi, assisting the mujahadeen, his relationship with the mujahadeen grew stronger and he was given "opportunities" to travel to Afghanistan on several occasions to attend special occasions in Kandahar (Eid, weddings). He was often requested to go to Kandahar as he was a good cook and his food was enjoyed, especially at the large celebrations.

After the East Africa Embassy bombings in Aug 1998, there was a larger presence of mujahadeen in PK and AF. There was a greater demand for Badr's help in obtaining goods (computer equipment, clothing, etc), in Karachi as well as transporting people, and items to AF. Badr quickly became "famous" within the mujahadeen circles in Karachi/AF as a go-to guy for assistance. Badr stated that one other reason he became so well known and dependable was because he spoke both Urdu (and could operate in Pakistan) and Arabic. As time passed and Badr continued to assist the mujahadeen, he became more sought after for assistance. He would often drive and accompany mujahadeen to their doctor's visits. He continued to operate in this capacity through the end of 2001. Badr related that he did lots of jobs for the mujahadeen to include: buying supplies, taking mujahadeen to the airport, taking mujahadeen to hotels or safe houses, or couriering bags. During all these odd jobs, he never asked any of the mujahadeen he helped what they were doing.

In 1999, Badr again met with KSM and requested help from him. At this time, KSM oversaw the Elam (media section). KSM assisted an injured mujahadeen fighter with paying for his medical bills. It was at this time that Badr and KSM became more involved and soon after that employed Badr's brother Abu Rahman as a personal assistant. Abu Rahman worked in KSM's home in Karachi, PK, doing grocery shopping, preparing meals and serving meals for KSM. KSM paid Rahman 2000 PK rupees per month as a salary. Badr did not think that KSM and UBL were very close working associates at this time, and he did not know where the money that KSM used to pay Rahman came

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  1  OF  4  PAGES

Declass by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

from. Badr related that his brother Rahman was also expelled from Saudi Arabia, and he (Badr) assisted his brother in obtaining training in Afghanistan. After 2 months in a training camp, Rahman dropped out and began working in a hospital helping injured mujahadeen.

After helping his brother find employment with KSM, Badr also began working for KSM as a driver. Badr was paid 200 rupees per day of work. Additionally, KSM paid for the gas for Badr's taxi as well as paying for his food. He worked driving KSM for 6 to 7 months. Badr also had a cell phone in his taxi, which KSM used to contact him. KSM kept him busy picking up mujahadeen from the airport and taking them to various destinations. He was also tasked to pick up supplies and take them to AF. As Badr became more "famous" in the mujahadeen circles of Karachi, he and KSM began arguing and he eventually stopped working for KSM, however he continued his support and work for the mujahadeen organization. After he stopped working for KSM, he continued working for/with the mujahadeen, however he was not directed by anyone to provide support. At times Khallad (Bin Attash) would stay with him in Karachi for 5 or 6 days and would pay him. He received money at this point from the various individuals to whom he offered his services.

At one point while driving his taxi and helping mujahadeen in Karachi, Bilal (Abd Al Rahim Al Nashiri) stayed with Badr for one week. While in Karachi he asked Badr to assist him (Bilal) in driving him to the seaport in Karachi and to translate for him. He drove Bilal to the seaport and helped translate for him, as Bilal was looking to purchase a boat. Bilal was gathering information regarding boats and he was especially interested in purchasing a wooden boat.

In early/mid 2001, he visited AF and met with Abu Hafs (Al Masri). Abu Hafs offered him a job to find and rent a 2-story house in Karachi. Badr would be allowed to house himself and his family on the top level of the house and the bottom level would be used for sick/injured mujahadeen. Abu Hafs told Badr that he would not need to drive a taxicab anymore. He stated that "they" would buy him a car to use and give him money to pay for the rental of the house. Initially, Abu Hafs provided Badr with money to pay the rent, however after some time, it was Bilal who provided Badr with the money for rent. He speculated that the money he was given with which to pay rent came from mujahadeen donations. He did not know if it came form UBL or from Al Qaeda. When he began running this house, Badr only had one child who was approximately 1 ½ years old. His second child was born in that house.

While operating this safe house, Abd Al Aziz (Ahmed Mohammed Ahmed Al Darbi - US9SA-00768DP), Muawiya Al Madani (aka Al Juhani, an Al Qaeda operative who is deceased), and Bilal stayed in Badr's house. Badr was asked to drive the group to the Karachi seaport. While they were at the seaport, Badr was told to stay back from the group, but he was able to see that Bilal was showing Abd Al Aziz and Muawiya boats in the port.

While running the safe house in Karachi, he was approached by Bilal to go to Dubai. Bilal asked him to deliver money to Abd Al Aziz and Muawiya. He was to deliver approximately $20,000-$30,000. Badr did not know from where Bilal obtained the money. Bilal provided him with the money as well as the appropriate paperwork (visa) to visit Dubai. He (Badr) stayed in Dubai for approximately 2 weeks, living with Muawiya and Abd Al Aziz. During those 2 weeks in Dubai, Badr attempted to locate the agent who had stolen his 4000 dinars and never provided him with a visa/papers to go to Dubai (in 1998). He indicated that at that time, he knew that Bilal was a mujahadeen from Afghanistan and that he was "with" UBL. He was also aware that Bilal was responsible (by virtue of extensive coverage in the media) for the USS Cole attack. He also knew that Muawiya and Abd Al Aziz were working for Bilal in Dubai.

While in Dubai, he stated that he was not aware of what Muawiya and Abd Al Aziz were doing for Bilal. They received and made a lot of telephone calls, and would constantly set up meetings. On a few occasions, he went with them to the seaport in Dubai. He also answered the phone when he was in the house alone and took messages for Muawiya and Abd Al Aziz. These messages were usually in reference to buying a boat. Though he was never told why they were in Dubai, Badr felt confident that Muawiya and Abd Al Aziz were in Dubai to purchase a boat for Bilal. During his visit to Dubai, it became apparent to Badr that Muawiya and Abd Al Aziz were not getting along well. They seemed to constantly argue, and their arguments would center on buying a boat. When Badr left Dubai, all three left

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF GITF. IT IS THE PROPERTY OF THE GITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  2  OF  4  PAGES

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

**4. REMARKS (Continued)**

Dubai for Pakistan. However, they took separate flights back to Pakistan. When they arrived in Karachi, all staying at Badr's safe house, Bilal came to visit them. Badr was not privy to what Muawiya, Abd Al Aziz, and Bilal talked about.

After they all returned to Karachi and met with Bilal, he (Bilal) sent Muawiya back to Afghanistan. A couple of days after Muawiya left, Abd Al Aziz was sent back to Dubai. Two days later, Bilal also departed Karachi. Approximately one month later, Bilal returned to Karachi and stayed with Badr. Badr found out (at that time) that Bilal had instructed Abd Al Aziz to collect all of the money from Muawiya. Badr also found out (from Bilal) that Abd Al Aziz was alone in Dubai, and Bilal asked Badr if he would travel to Dubai again to help Abd Al Aziz. Bilal asked Badr if he knew what was happening in Dubai. He stated that he knew that they were preparing to purchase a boat, and he assumed that it would be used in an attack. Bilal told him that it was important that he not relate that information to anyone. Bilal again obtained a visa for Badr to travel to Dubai. When Badr was leaving to travel to Dubai, Bilal advised Badr to be certain that he and Abd Al Aziz purchase a wooden boat that is at least 8-10 meters wide, with an overhead crane that has at least a 5 ton cargo capacity.

Badr spent approximately the whole month of September 2001 in Dubai. At that time, Abd Al Aziz resided in the same house as he had been living in when Badr had previously visited him. Abd Al Aziz purchased a Buick, which he had during Badr's last visit to Dubai, as well as having purchased a Mercedes. He went with Abd Al Aziz approximately 4 times to the seaport to look at boats. He related that buying a boat was not easy work. For every visit they made, they had to hire a mechanic and carpenter to inspect the boat. The month that Badr spent in Dubai, he stated that he and Abd Al Aziz priced numerous boats for Bilal. They also visited places where cranes were sold. They did this because none of the boats they priced had a 5-ton cargo capacity cranes onboard.

Badr was in Dubai when the US was attacked on 11Sep01. Immediately following the attacks, he and Abd Al Aziz stopped all activities. Badr stated that 11Sep01 shook the whole world and all the mujahadeen around the world were getting questioned. Additionally, Abd Al Aziz was the brother-in-law to one of the hijackers, so he was especially worried. Badr spent two additional weeks in Dubai after 11Sep01 before returning to Karachi.

Badr knew that Abd Al Aziz did not have any sea/sailing experience. Abd Al Aziz knew that he would have to hire a crew to sail the boat. Abd Al Aziz was a Saudi national, and Badr believed that it would be "beneath" a Saudi to do menial labor work. Badr also believed the Emirati Coast Guard would be suspicious of a Saudi national working on the boat. Abd Al Aziz stated that he would need to hire a crew for the boat ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ This crew would then teach the Yemeni mujahadeen how to operate the boat, how to sail, and where the treacherous waters were. Abd Al Aziz mentioned that it would be important for the crew to speak Arabic so they could communicate and teach the Yemeni mujahadeen to operate the boat. However, at that time in Dubai (Sep 2001), it was difficult to find an Arabic crew or a crew who spoke Arabic. Most of the crew in that area was from ▓▓▓▓▓▓▓▓▓▓ All of the wooden boats they looked at had a crew from one of the above listed countries. Reporting agent asked Badr who made the decision to use the Yemeni mujahadeen in the operation. He stated that decision would have been up to either Bilal or Abd Al Aziz. Badr was also asked if he shopped or priced small ▓▓▓▓▓▓▓▓▓▓▓ when he was in Dubai. He stated that he did not.

Badr stayed in Dubai with Abd Al Aziz for approximately the month of September 2001. After returning to Karachi, he did not see Abd Al Aziz again. Once he arrived in Karachi, he traveled to Kabul, AF to talk with Bilal and provide him with news of his travels, information about pricing boats in Dubai, and information about Abd Al Aziz. At this time, Badr had 2 cell phones. One cell phone was for his personal use, the other phone belonged to Bilal and was to be used expressly to contact Abd Al Aziz. Bilal requested that Badr return the cell phone to contact Abd Al Aziz to him. Bilal instructed Badr not to have any additional contact with Abd Al Aziz. Bilal related that he had a new person, Hazim (LNU), ready to join Abd Al Aziz in Dubai. Badr was to pass along Abd Al Aziz's contact information to Hazim.

Badr related that he confronted Bilal about the fact that he believed Bilal wanted to purchase a boat for a planned attack and Bilal denied that. He stated that he believed, based on what he had seen and heard, that Bilal had an

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

UNCLASSIFIED//FOR PUBLIC RELEASE

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NOFORN

**4. REMARKS (Continued)**

attack planned.  He further related that Abd Al Aziz's family came from Afghanistan to Karachi and stayed in Badr's home with Abd Al Aziz.  Abd Al Aziz sent his family back to their home in Yemen.  This was another sign to Badr that Abd Al Aziz was working for Bilal to purchase a boat.  Additionally, at the meeting where he drove Muawiya, Bilal and Abd Al Aziz to the seaport in Karachi and saw them looking at boats made him believe that they were planning to purchase a boat.  Finally, given the fact that it was Bilal (who was linked to the USS Cole attack), and that they were obviously shopping to purchase a boat, he believed that they were planning an attack similar to the USS Cole, however he only speculated and had no first hand knowledge.

Badr related that Bilal was very secretive and temperamental about his work.  Badr joked with Bilal several times, asking him what he had planned for the boat in Dubai.  At one point, he related that Bilal slapped him and stated that it was not his (Badr's) business.  Bilal further stated that it was not illegal to buy a boat.  Additionally, Bilal stated that the Arabian Sea was Islamic waters and it should be Muslim's boats that patrol those waters.  Bilal also stated that it was good to observe what the US (Navy) boats and the European boats that were in the area to see what they were doing "in our territory".  Bilal was mostly concerned with US Navy ships, and not as concerned with cargo ships in the area.

Badr related that he first met Muawiya when they were both in prison in Pakistan in 1995.  He met Abd Al Aziz two times prior to seeing him in Karachi, PK.  The first time he met Abd Al Aziz was in Kandahar at the UBL compound.  He indicated that the UBL compound did not have any training camps in the area, but that everyone who was at the compound had to work security detail for one hour at a time, guarding the compound.  The second time he met Abd Al Aziz, was also at the Kandahar UBL compound.  This time Abd Al Aziz gave Badr a ride to the compound guesthouse.  He did not recall seeing any weapons with Abd Al Aziz, and he was driving a red Toyota pick-up truck.  He recalled that Abd Al Aziz was married at that time, as he was not living in the guesthouse (which was for bachelors only).  He recalled that Abd Al Aziz lives somewhere in the vicinity of UBL's compound.  Badr did not know what Abd Al Aziz was doing in Kandahar at that time.

Badr was unaware of any planned follow on attacks after this operation in Dubai.  He added that he was not aware of what exactly the operation in Dubai was; only that he was able to make a reasonable guess as to the planned operation.

Badr stated that he did not know, but he did not think that Abd Al Aziz was ever able to purchase a boat.  He thought this as he heard that Abd Al Aziz had been arrested several months after Badr returned from Dubai.  Badr indicated that after the US bombing campaign began in AF, Bilal stayed with him in Karachi and assisted in facilitating the outward travel of mujahadeen fleeing from AF.  While there, he and Bilal never discussed the operation in Dubai.

DERIVED FROM: Multiple Sources
Declassify on: 20250001b

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF.  IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

PAGE  4  OF  4  PAGES

SECRET//NOFORN

Declass by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

PROTECTED INFORMATION — FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN, )
)
Petitioner, )
)
v. )   Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )
)

ISN 1461 FM 40 6/12/2004

SECRET//NOFORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

| 1. DATE OF INVESTIGATIVE ACTIVITY 12 JUN 04 | 2. PLACE Other | 3. ACTIVITY NUMBER 07565042471002 |
|---|---|---|

**4. REMARKS**

FM40 20040612 - US9PK-01461DP

Date/Place: 12 Jun 04

FM40 20040612 - US9PK-01461DP

(S//NF) On 12Jun04, Ahmed Mohammed Ghulam Rabbani, aka Mohammed Shah, aka Abu Badr, (US9PK-001461DP), was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram, Afghanistan (AF). The interview was conducted by Special Agent ████████ Naval Criminal Investigative Service (NCIS). The interview was translated from English to Urdu by ████████ contract linguist.

Badr was feeling well and indicated he was happy to see the showers in BPCF were being partitioned for privacy. He indicated that a Muslim is not supposed to see another man naked and the open shower room made it impossible for this privacy. Badr had no complaints regarding BPCF.

Badr reported that while he was detained in Kabul, AF, he was housed in a nice environment. He had access to a community room with prayer rugs and carpets. His previous interrogator told Badr that he would be transferred to BPCF temporarily where his living conditions would improve and from there he would be moved again. At this point Badr asked reporting agent i████████ ad any additional information regarding Badr's future. Reporting agent indicated that there were no firm plans for his immediate future, however as new information was received it would be provided to him.

Badr related that he is very curious about his future as he has already spent much time in detention without going to court. He then related that he lost approximately 25 kilos while in detention in Kabul. He stated that he sometimes only received a meal every 30 hours and breaks from interrogations after every 16 hours. Sometimes he waited 32 hours after a meal to receive food again. This erratic eating schedule occurred only for the first seven months that he was in detention in Kabul. Reporting agent asked where Badr was detained after his capture in Pakistan on 09Sep02. Badr reported that he was initially detained for 2 months in a Karachi, PK jail. After that he was transferred to Islamabad for 4 days and then spent the rest of his detention in Kabul, AF.

Badr stated that he would like to be free again and promised not to return to fighting if he was released. He stated that during his entire detention he has only seen sunlight or been outdoors one day. He promised that he would not return to fighting Jihad if released.

Reporting agent asked Badr to review some photos of various detainees and indicate if he knew the individuals. He was shown a photo of US9YM-00039DP, whom he recognized but could not immediately recall his name. He asked what this individuals name was and as soon as he was told Abu Annas Al Makki recognized the person as being associated with the Elam in Kandahar, AF. When Badr was a guest at the Elam, Al Makki was working there on computers. He appeared to be very knowledgeable on the computer work that he producing. Badr was at the Elam, circa 2000 (possibly after the USS Cole bombing), because he knew and worked for Khalid Sheikh Mohammed (KSM). At that time Al Makki was working for KSM at the Elam. He was also working for Zahir and was accompanied by Muawiya Al Madani (aka Khalid Ibn Muhammad Al Juhani). Badr was asked if he was aware of Al Makki serving as a bodyguard for Usama Bin Laden (UBL). He indicated that he was not aware of Al Makki serving as a bodyguard and did not think that he was working in that capacity. Al Makki was a married man and had a family. Badr was aware of Al Makki being a mujahadeen in AF. Badr was asked if he knew who produced the USS Cole videotape. He indicated that he did not know. When asked if he had ever seen the USS Cole videotape he indicated that he was very familiar with it. Reporting agent played a copy of this tape for Badr. After a few seconds of the tape playing, Badr immediately recognized it as the USS Cole videotape that he had previously seen. Badr recognized the beginning of the USS Cole videotape. He was then shown a second tape (the second half) of the Cole tape. Though he did not immediately recognize that part of the tape, he did eventually recognize that it was the USS Cole tape.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

Declassified by: km 15 April 2010

PROTECTED INFORMATION – FILED UNDER SEAL

SECRET//NF//ORN

He recognized the speeches of UBL during the USS Cole videotape.

(Agent Note: The USS Cole videotape is on two CD's. The first CD only played 6-8 seconds of tape. The second tape was a complete tape of the second half of the USS Cole video tape and depicted UBL speaking and video images from training camps in AF.)

Badr was asked if the Elam had a satellite dish. Badr reported that the Elam building did not have a satellite dish until after 11Sep01. The Elam was located in Kandahar at that time, but it had moved from its original location in Kandahar. This Elam was located near the Kabul and Kandahar roads and approximately 400/500 meters after the gate entry into Kandahar City. The Elam was also located close to a mosque. Badr also reported that he had seen Al Makki at the Elam prior to 11Sep01.

Badr was asked if had ever been to the Elam in Karachi. He indicated that his brother, Rahman had worked there, but he had never been inside the building. Because his brother worked at the Elam in Karachi, Badr knew where it was located.

Badr was shown a photo of ISN US9YM-00149DP whom he immediately recognized as Saqr al Jiddawi. Badr saw him 3 or 4 times in Kandahar, near UBL's compound. The first time Badr saw him was at the airport when Al Jiddawi was with UBL. Al Jiddawi was a bodyguard for UBL. Badr was unaware if Al Jiddawi served in any other capacity besides as a bodyguard for UBL. He has heard rumors that Al Jiddawi was arrested prior to 11Sep01 and is being held in Yemen.

Reporting agent showed Badr a photo of US9SU-00054DP whom he immediately recognized as Khobaib whom he had seen at the Kandahar airport. The first time he saw Khobaib was after the 1998 East Africa bombings, when Khobaib was in Kandahar. Later, Khobaib got married and lived in UBL's Kandahar airport compound. Badr was not aware of what role Khobaib served in Kandahar. He did stand guard duty at the compound, but Badr did not believe him to be a bodyguard for UBL.

Badr was shown a photo of US9YM-00029DP whom he did not recognize. He was shown a photo of Charleston, SC detainee Ali Al Marri, whom he did not recognize. He was also shown a photo of a dhow "Al Rahhal" which was purchased by and once registered to Ahmed Al Darbi (US9SA-00768DP). Badr did not recognize the photo of the dhow.

Badr was shown a photo of US9YM-00569DP whom he recognized as Abu Al Bahra. He saw him in AF and stated he was a security guard at UBL's Kandahar airport compound. Badr indicated that he never saw Al Bahra in PK. He could not recall the specific details of when and in what circumstances he saw Al Bahra in AF. He did not have any further information regarding Al Bahra.

Badr was shown photos of Abd Al Rahim Al Nashiri whom he recognized as Bilal. He was shown a photo of Khalid Ibn Muhammed Al Juhani, whom he recognized as Muawiya. He was shown a photo of Ahmed Al Darbi (US9SA-00768DP), whom he recognized as Abd Al Aziz. He was also shown a photo of Mohammed Said Ali Hassan, whom he recognized as Gharib. He knew Gharib from Kandahar. He did not have any further information regarding Gharib. He was asked if any of the above named individuals ever served as bodyguard for UBL in Kandahar. Badr stated that there was no need for guards while UBL was at his Kandahar compound as the compound was secured.

Reporting agent showed Badr a photo of US9YM-00037DP. Badr did not know his name, but indicated that he had seen him at the airport in Kandahar. He recognized his face, but had never spoken to him in Kandahar.

Badr was shown photos of the following detainees whom he did not recognize: US9YM-00044D, US9QA-00334DP, US9MO-00244DP, US9YM-00324DP, US9YM-00045DP, US9SA-00079DP, US9YM-00040DP, US9SA-00059DP, US9SA-00051DP, US9PK-00101DP, US9YM-00043DP, US9YM-00031DP, US9YM-00041DP, and US9YM-00027DP.

Badr did recognize a photo of US9YM-00028DP as Arsalan whom he knew from his time at Khalden training camp and in Kandahar. Badr saw Arsalan in Khalden training camp during Badr's second visit to Khalden, after he (Badr) had been released from prison in Pakistan. Arsalan was attending basic training at Khalden when Badr met him. Badr knew that

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF BIFA. IT IS THE PROPERTY OF THE BIFA AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

SECRET//NF//ORN

Declassified by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

## CRIMINAL INVESTIGATION TASK FORCE
## REPORT OF INVESTIGATIVE ACTIVITY

Arsalan was from Yemen and did not have any other information to relate. The next time Badr saw Arsalan was when Arsalan was "pulling security duty" at the Kandahar airport compound. He further described security duty as standing watch at the entry gate to the UBL compound. Each person was expected to stand one-hour duty at the gate. Badr also stood guard duty at times even though he was a guest at the Kandahar compound.

Badr recognized a photo of US9MO-00056DP whom he identified as Asm. Asm is married and has a family. Khobaib (US9YM-00054DP), was married to one of Asm's daughters. Asm was a guard for UBL.

Badr was tasked to draw a map of the UBL airport compound in Kandahar, AF. (Agent note: This map will be maintained at the CITF Ft. Belvoir HQ in US9PK-01461DP's case file.) Badr explained what the different buildings represented and where UBL and his family resided.

Badr was asked about previous comments he made regarding Al Qaeda wanting to attack targets that would impact the US economy by targeting the rail system or petroleum. Badr denied that he had any first hand information regarding any planned Al Qaeda attacks. He stated that while he was detained in Karachi, PK, "they" were trying to get him to talk about Al Qaeda's next planned attack. He related "they" would assume that some of the information he provided was first hand knowledge even though it was information he knew from reading newspapers or from the Internet. Badr related this was "the dirty policy of the Pakistani's" to write these half-truths. When asked, Badr reported that he was interviewed at that time by both Pakistani interviewers as well as when he assumed were American interviewers. This misinformation happened because they would ask Badr about his opinion on possible Al Qaeda targets. He opined, based on information he read from newspapers and on the Internet that Al Qaeda was targeting America's economy. He told them that the war between Al Qaeda and the US was political (citing the East Africa bombs as a political target), and it was about US policies and military practices (citing the bombing of the USS Cole as a military target). He also told them that everyone was aware Al Qaeda and the US had "big differences". Al Qaeda cannot fight with the US. The US is too powerful for Al Qaeda to take on militarily. Therefore, Al Qaeda targets unsecured areas where Americans are not expecting an attack. The events of 11Sep01 were both political and economic. It showed the world that Al Qaeda can do damage to the US from within its own land. Badr indicated that this was his own personal opinion based on chats he has had with other mujahadeen, from reading newspapers and from Internet research. Badr indicated that he did not have any first hand knowledge of any attacks however his personal opinions were often taken as first-hand insider knowledge by his Pakistani interviewers.

Badr was tasked to provide more information regarding his knowledge of Abd Al Rahman Al Magribi. Badr recalled that Magribi and KSM came to Badr's house in Karachi, PK one time. He was surprised to see them as he did not think that KSM knew where he resided. Badr stated that he was not home when they came to his house, but was told that they had come to see him. Anas Al Makki and Magribi worked together at the Elam. When asked if Magribi produced the USS Cole videotape Badr reported that he did not know.

Reporting agent talked with Badr for some time prior to closing the interview for the day. Badr was told that reporting agent would talk with him again in a few days. He again asked if he could obtain an Arabic/English dictionary. Reporting agent stated that ▮▮▮ would look into it. Badr agreed to speak with reporting agent again. At this point the interview was terminated.

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF CITF. IT IS THE PROPERTY OF THE CITF AND IS LOANED TO YOUR AGENCY. THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY.

FOUO/LAW ENFORCEMENT SENSITIVE

Declassified by: km 15 April 2010

PROTECTED INFORMATION - FILED UNDER SEAL

SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN, )
)
   Petitioner, )
)
  v. )   Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
   Respondent. )
)

ISN 200 SIR 3/10/2005

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE
UNCLASSIFIED//FOR OFFICIAL USE ONLY
Not Releasable to Detainee or Public



SECRET//NOFORN
SUMMARY INTERROGATION REPORT:
(S//NF) SUBJECT: ISN US9SA-000200DP, ((QAHTANI)) SA AD MUHAMMAD HUSYAN IS A
27-YR-OLD WHO CLAIMS SAUDI ARABIA CITIZENSHIP.

1. (S//NF) SUMMARY: _____ INTERROGATED ((QAHTANI)) SA AD MUHAMMAD
HUSYAN _____ FOR 2 HOURS AND 0 MINUTES. THE INTERROGATION WAS
CONDUCTED IN ENGLISH USING NO LINGUIST AS AN INTERPRETER. DETAINEE WAS VERY
PLEASED _____ AND WAS VERY COOPERATIVE.

2. (S//NF) APPROACH USED: THE DIRECT APPROACH.

3. (S//NF) EFFECTIVENESS OF APPROACH:

4. (S//NF) COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS/EXPLOITED:

5. (S//NF) RECOMMENDED APPROACH FOR NEXT MEETING:

6. (S//NF) SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):
A. (S//NF) DETAINEE ADVISED THAT HIS HEALTH IS GOOD BUT HE IS HAVING SLEEPING
PROBLEMS.

B. (S//NF) THE INTERROGATOR INQUIRED ABOUT CLASSES BEING TAUGHT IN
_____ IN CAMP FOUR. DETAINEE CONFIRMED THAT HE IS HOLDING RELIGIOUS
CLASS _____ DETAINEE ADVISES THE CLASS IS ABOUT FAITH. DETAINEE
STATED THAT HE IS THE INSTRUCTOR BECAUSE HE HAD STUDIED THIS SUBJECT WHILE AT
KING KHALID UNIVERSITY IN ABHA, SAUDI ARABIA FOR TWO YEARS IN 1996, 1997 TO LATE
1999. DETAINEE ADVISED THAT THESE CLASSES ARE HELD TWO TO THREE TIMES A WEEK
AND HAVE BEEN GOING ON FOR THE PAST TWO WEEKS.

C. (S//NF) DETAINEE WAS ASKED ABOUT OTHER CLASSES THAT GO ON IN CAMP FOUR,
CLASSES THAT GIVE ASSIGNMENTS AND HOMEWORK. DETAINEE STATED THAT THE CLASSES
ARE ARABIC GRAMMAR CLASSES. THE CLASS IS TAUGHT FROM AN ARABIC GRAMMAR BOOK
FROM THE DETAINEE LIBRARY.

D. (S//NF) THE INTERROGATOR ASKED ABOUT ANY RECENT INCIDENTS THAT DETAINEE HAD
BEEN INVOLVED IN (INTERROGATOR NOTE: DIMS NOTED DETAINEE THREW FOOD ON 08 MARCH
2005). DETAINEE STATED HE HAD NOT BEEN INVOLVED IN ANY INCIDENT. DETAINEE
DENIES THROWING ANY FOOD.

Not Releasable to Detainee or Public
UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR PUBLIC RELEASE

E. (S//NF) THE INTERROGATOR INQUIRED IF DETAINEE EVER SWEARED BAYAT TO UBL OR TO
ANY TERRORIST ORGANIZATION.  DETAINEE ADVISED HE HAD BEEN ASKED THIS QUESTION
MANY TIMES AND DENIES SWEARING ANY BAYAT TO ANYONE.  DETAINEE WAS ASKED HOW HE
WAS RECRUITED.  DETAINEE ANSWERED BY STATING HE NEVER WORKED FOR THE TALIBAN AND
THAT HE DID NOT GO TO AFGANISTAN TO FIGHT FOR THEM.  DETAINEE ADVISED HE MADE
HIS OWN DECISION TO GO.

F. (S//NF) DETAINEE ADVISES THE FIRST TIME HE HEARD ABOUT THE TALIBAN WAS WHEN
HE LIVED IN SAUDI ARABIA.  HE HEARD MIXED OPINIONS ABOUT THE TALIBAN, BUT DID
NOT REALLY THINK ABOUT THEM.  DETAINEE STATED HE DID NOT REALLY KNOW WHAT THE
TALIBAN WAS UNTIL HE WENT TO CAMP QUBA IN KASHMIR, PAKISTAN IN FEBRUARY 2000.

G. (S//NF) THE INTERROGATOR ASKED WHO GAVE DETAINEE THE IDEA TO GO TO
AFGANISTAN.  DETAINEE STATED THAT HE ANSWERED THE FATWA OF SHEIKH HOMMOOD BIN
UQLA.  THE FATWA SAID TO GO AND FIGHT THE JIHAD FOR THE CHECHENS.  DETAINEE TOOK
THE ADVISE OF HIS FRIEND, A'DEL AL SHAHRANI TO GO TO PAKISTAN AND TRAINING.
WHILE AT CAMP QUBA, THE DETAINEE MET AN INSTRUCTOR NAMED ABU MARYAM AL MASSRY.
AFTER HIS TRAINING IN KASHMIR, DETAINEE RETURNED BACK TO SAUDI ARABIA AND
RECEIVED FATWAS THAT INSTRUCTED THE DETAINEE TO RETURN TO PAKISTAN AND THAT HE
COULD PROVIDE AID TO THE TALIBAN, BUT THAT HE COULD NOT ACTUALLY PARTICIPATE IN
THE FIGHTING AGAINST THOSE WHO COMMITTED UNJUST ACTS AGAINST MUSLIMS IN KASHMIR.
 DETAINEE RETURNED TO KASHMIR AND MET WITH HIS FORMER INSTRUCTOR FROM CAMP QUBA,
ABU MARYAM AL MASSRY.  ABU MARYAM AL MASSRY GAVE DETAINEE THE PHONE NUMBER FOR
ABU ZUBAYDA.  ABU ZUBAYDA TOLD THE DETAINEE TO COME TO RAWALPINDI, PAKISTAN.
ABU ZUBAYDA FACILITATED THE DETAINEE'S TRAVEL TO CAMP KHALDEN IN KABUL,
AFGANISTAN.

H. (S//NF) DETAINEE WAS ASKED ABOUT THE NICKNAME THAT WAS GIVEN TO HIM.
DETAINEE ADVISED ABU ZUBAYDA GAVE DETAINEE THE NICKNAME, MAN WITH AN EVIL EYE.

I. (S//NF) DETAINEE WAS ADVISED THE NEXT SESSION WOULD COVER QUESTIONS REGARDING
9/11 HIJACKERS.  QUESTIONS WERE ADDRESSED PREVIOUSLY, BUT INTERROGATOR WOULD
LIKE FURTHER DETAILS.  DETAINEE ADVISED HE HAD NO PROBLEM ANSWERING ANY
QUESTIONS.

7. (S//NF) COLLECTORS COMMENTS: DETAINEE APPEARS TRUTHFUL.  DETAINEE HAS
ANSWERED MANY PREVIOUS REQUIREMENTS WITH OTHER INTERROGATORS.  IT APPEARS,
HOWEVER, THE DETAINEE WILL NOT FREELY GIVE INFORMATION UNLESS THE INTERROGATOR
SPECIFICALLY ASKS ABOUT SAID INFORMATION.  IT WAS NOTED TO BE VERY DETAIL
ORIENTED REGARDING QUESTIONING DETAINEE AS DETAINEE APPEARS VERY INTELLIGENT AND
HAS A VERY STRONG COMPREHENSION OF ENGLISH.  DETAINEE CAN SPEAK ENGLISH VERY
WELL AND COULD READ SOME ENGLISH.

8. (U) POC FOR THIS MEMORANDUM IS                                        JTF
GTMO.


SIR#10628


SECRET//NOFORN

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ISN 753 SIR 5/21/2003

SECRET//NOFORN

Summary Interrogation Report: 000753 SIR 21-MAY-2003

██████ SUBJECT: ISN US9AF-000753DP, ((ZAHIR)) ABDUL IS A 31-YR-OLD WHO CLAIMS AFGHANISTAN CITIZENSHIP.

1. ███████ SUMMARY: ████████ INTERROGATED ((ZAHIR)) ABDUL ██████ FOR 2 HOURS AND 0 MINUTES.  THE INTERROGATION WAS CONDUCTED IN PUSHTU - AFGHAN USING A CONTRACT LINGUIST AS AN INTERPRETER.

2. ██████ APPROACH USED: DIRECT

3. ██████ EFFECTIVENESS OF APPROACH: COOPERATIVE

4. ██████ COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS:

5. ██████ RECOMMENDED APPROACH FOR NEXT MEETING:

6. ██████ SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):

A.?██ TALIBAN AND AL QA?IDA GUESTHOUSES.

1.?██ KULULA PASHTA, KABUL. DETAINEE WORKED AT THE KULULA PASHTA GUESTHOUSE IN KABUL FOR JUST UNDER A YEAR. DETAINEE LIVED IN A RENTED APARTMENT ACROSS THE STREET FROM THE GUESTHOUSE. MOHAMMED ((GUL)) RAN THE GUESTHOUSE BUT LIVED IN QARGA, A MILITARY BASE. THERE WERE APPROXIMATELY 200 ? 250 AFGHANS WHO WORKED FOR HIM AND ALSO LIVED IN QARGA. DETAINEE DID NOT RECALL ANY OF THE GUESTS WHO STAYED AT THE GUESTHOUSE, ASIDE FROM MOHAMMED ((NABI)) WHO ALSO LIVED IN QARGA. FRIENDS OF GUL AND LOCALS IN THE AREA STAYED AT THE GUESTHOUSE.

2.?██ WAZIR AKHBAR KHAN, KABUL. NABI INTRODUCED DETAINEE TO ABDUL ((HADI)) AL IRAQI, WHO PROCURED A JOB FOR HIM AS AN INTERPRETER AT THE WAZIR AKBAR KHAN GUESTHOUSE. SHORTLY AFTER DETAINEE GOT THE JOB, MOHAMMED ((DAWOOD)) TOLD HADI THAT HE COULD VOUCH FOR THE DETAINEE SINCE THEY KNEW EACH OTHER FROM GRADE SCHOOL. DAWOOD OFTEN STAYED AT THE GUEST HOUSE. DURING THE FIRST YEAR, DETAINEE WORKED AS THE INTERPRETER FOR ANYONE WHO CAME TO THE GUESTHOUSE. HE WOULD GO WITH GUESTS TO THE MARKET AND DO ERRANDS WITH THEM. HE TRANSLATED ARABIC/PASHTU. HE WOULD GO TO WORK IN THE MORNINGS AND LEAVE IN THE EVENINGS, SOMETIMES GOING HOME FOR LUNCH.

3.?██ GOLAM BACHA, KARTE PARWAN, KABUL. THE GUESTHOUSE MOVED FROM WAZIR AKHBAR KHAN TO GOLAM BACHA?S HOUSE, WHICH HAD FORMERLY BEEN USED BY AHMAD SHAH MASOOD. DURING THIS TIME, HADI USED DETAINEE EXCLUSIVELY.

4.?██ ASHARA. THE GUESTHOUSE MOVED FROM GOLAM BACHA TO ASHARA, THOUGH IT WAS STILL IN KARTE PARWAN, KABUL.

B.?██ NORTHERN KABUL TALIBAN COMMANDERS.

1.?██ THE MAJORITY OF THE TIME HADI USED THE DETAINEE WHEN HE MET WITH THE NORTHERN KABUL COMMANDERS. ABDUL HADI TOOK ORDERS FROM TALIBAN COMMANDERS FOR HIS GROUP OF FOREIGN FIGHTERS. THE ORDERS WERE PRIMARILY TACTICAL MILITARY MOVEMENTS, SUCH AS MOVING THE FRONT LINES, OBSERVATION POSTS AND WEAPONS.

2.?██ THE FIRST LEADER HADI REPORTED TO WAS MULLAH ABDUL SATAR ((AHMADI)), HE WAS SUCCEEDED BY HIS ASSISTANT MULLAH ((AGHA)) AND FINALLY, SAIF URAHMAN ((MANSOUR)).

3.?██ HADI?S GROUP BEGAN WITH FEWER THAN 100 SOLDIERS, CONSISTING OF ARABS, PAKISTANIS, UZBEKIS AND AMERICANS (THE TWO AMERICANS WERE IDENTIFIED IN PREVIOUS REPORTS AS ABU SUHAIB AND ABDUL KARIM).  A YEAR BEFORE THE TALIBAN ENDED, THE ORGANIZATION WAS AT ITS LARGEST WITH MORE THAN A THOUSAND SOLDIERS, CALLED LEWA. DETAINEE JOKED THAT ANYONE WHO DIDN?T LIKE THEIR GOVERNMENT CAME TO AFGHANISTAN AND JOINED THIS GROUP.JUMA ((BAI)), AN UZBEKI, WAS IN CHARGE OF THE LEWA AND HADI WAS HIS ASSISTANT. DETAINEE BELIEVES BAI WAS KILLED IN ACTION DURING THE BOMBARDMENT OF KONDUZ. A WEEK AFTER BAI DIED, KABUL FELL.

7. ████████ COLLECTORS COMMENTS: THIS INFORMATION IS BASED ON AN MFR WRITTEN BY A
████████████████████████ THE INFORMATION WAS ENTERED INTO JDIMS FOR
HISTORICAL PURPOSES.
8. ████ POC FOR THIS MEMORANDUM IS ████████

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN 753 SIR 12/8/2003

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

Summary Interrogation Report: 000753 SIR 08-DEC-2003

SUBJECT: ISN US9AF-000753DP, ((ZAHIR)) ABDUL IS A 31-YR-OLD WHO CLAIMS AFGHANISTAN CITIZENSHIP.

1. SUMMARY: INTERROGATED ((ZAHIR)) ABDUL ████ FOR 1 HOURS AND 45 MINUTES. THE INTERROGATION WAS CONDUCTED IN PUSHTU - AFGHAN USING (b)(1) Sec AS AN INTERPRETER.

2. APPROACH USED: DIRECT,

3. EFFECTIVENESS OF APPROACH: DETAINEE WAS VERY COOPERATIVE.

4. COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS:

5. RECOMMENDED APPROACH FOR NEXT MEETING:

6. SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):

DETAINEE WAS ASKED ABOUT MOHAMMAD ((AGHA)) AND HIS EMPLOYMENT WITH AL WAFA. DETAINEE SAID AGHA DID WORK FOR AL WAFA DURING THE TALIBAN. HE BELIEVES THE OFFICE AGHA WORKED AT WAS LOCATED IN THE WAZI AKHBAR KHAN AREA OF KABUL. AGHA WORKED AS A PASHTU-ARABIC TRANSLATOR FOR AL WAFA. SOURCE SAID ALL FOREIGN/ARAB AGENCIES LEFT KABUL AFTER THE FALL OF THE TALIBAN.

SOURCE DESCRIBED HOW HE OBTAINED A COPIER, WHICH WAS LOOTED FROM AL WAFA OFFICES, TO REPRODUCE ANTI-COALITION PROPAGANDA. SOURCE WAS DIRECTED BY AGHA TO BUY THE COPIER FROM SOME PEOPLE WHO BELONGED TO AGHA'S TRIBE IN LOGAR PROVINCE. THE COPIER AND OTHER BELONGINGS FROM AL WAFA WERE EVACUATED TO LOGAR AFTER THE FALL OF THE TALIBAN AND PLACED IN A MADRASSA IN LOGAR. THE MADRASSA WAS THEN LOOTED OF AL WAFA'S BELONGINGS BY MEMBERS OF AGHA'S TRIBE. SOURCE WAS NOT SURE WHY AL WAFA PLACED THEIR BELONGINGS IN THIS MADRASSA IN LOGAR, BUT SPECULATED THAT IT WAS BECAUSE IT WAS IN CLOSE PROXIMITY TO KABUL AND THE ROAD TO LOGAR WAS IN GOOD CONDITION. SOURCE SAID THE COPIER WAS A TABLE-TOP STYLE COPIER. SOURCE WAS DIRECTED BY AGHA TO GO TO LOGAR AND SPEAK TO A CERTAIN PERSON WHO HAD THE COPIER IN HIS POSSESSION. SOURCE PAID ABOUT $900 USD FOR THE COPIER, WHICH WAS THE PRICE HE WAS DIRECTED TO PAY BY AGHA. SOURCE TOOK THE COPIER TO HIS HOUSE. HE HAD PLANNED TO WAIT FOR AGHA TO PICK IT UP AND TAKE IT TO KABUL WHERE AGHA AND THE RAST OF THE TEAM WOULD USE IT. KABUL WAS CHOSEN BECAUSE IT HAD ELECTRICITY. DETAINEE WAS ARRESTED AND THE COPIER WAS CONFISCATED BY U.S. FORCES BEFORE IT COULD BE TAKEN TO KABUL.

SOURCE PROVIDED SOME BACKGROUND INFORMATION ON THE 22ND DIVISION. SOURCE SAID THE 22ND DIVISION ACTUALLY FELL UNDER THE TALIBAN MINISTRY OF DEFENSE. HE KNEW THIS BECAUSE HE SAW THE OFFICIAL LETTERHEAD OF THE 22ND DIVISION AND IT LISTED ITSELF UNDER THE TALIBAN MINISTRY OF DEFENSE. SOURCE SAID JUMA ((BAI)) WAS THE LEADER OF THE 22ND DIVISION. BAI WAS AN UZBEK BUT SOURCE WAS NOT SURE IF HE WAS PART OF THE ISLAMIC MOVEMENT OF UZBEKISTAN. SOURCE'S INTERPRETER WAS ABDUL ((RAOUF)). RAOUF TRANSLATED BETWEEN FARSI, WHICH BAI SPOKE, AND PASHTU. SOURCE SAID HE NEVER SAW BAI SPEAKING UZBEK. SOURCE WAS NOT SURE WHAT DEALINGS BAI AND HADI HAD BECAUSE THEY BOTH SPOKE ARABIC AND DID NOT NEED THE AID OF AN INTERPRETER. SOURCE HEARD FROM ABDUL ((RAOUF)) THAT BAI HAD DIED DURING THE AMERICAN BOMBARDMENT OF KANDAHAR. AT IT'S PEAK, THE 22ND DIVISION WAS COMPOSED

OF 1,100 FOREIGN FIGHTERS.  SOURCE SAID ALL NON-AL QAIDA FOREIGNERS FOUGHT IN
THE 22ND DIVISION.  THE 22ND DIVISION WAS BASED OUT OF THE DARULEMAN MILITARY
COMPLEX WHICH WAS LOCATED APPROXIMATELY TWENTY-FIVE KILOMETERS SOUTH OF KABUL.
THE 22ND DIVISION RECEIVED ALL THEIR FUNDING AND LOGISTICAL SUPPORT FROM THE
TALIBAN MINISTRY OF DEFENSE.  SOURCE SAID THE 22ND DIVISION WAS REFERRED TO AS
"LEWA," WHICH IS A MILITARY TERM.  THE 22ND DIVISION RECEIVED ITS ORDERS FROM
MULLAH ((FAZL)), A SENIOR TALIBAN COMMANDER, AND MULLAH ((OBAIDULLAH)), THE
TALIBAN MINISTER OF DEFENSE.

7. ~~(S//NF)~~ COLLECTORS COMMENTS:
8. ~~(U)~~ POC FOR THIS MEMORANDUM IS ███████████████████████     JTF
GTMO.

ENCLOSURES:
      ████████████

SECRET//NOFORN

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ZAYN HUSAYN,

   Petitioner,

v.

ROBERT GATES,

   Respondent.

Civil Action No. 08-1360 (RWR)

# ISN 1453 SIR 10/1/2004

SECRET//NOFORN

SECRET//NOFORN

SUMMARY INTERROGATION REPORT:
█████ SUBJECT: ISN US9YM-001453DP, ((AL KAZIMI)) SANAD YISLAM IS A 33-YR-OLD
WHO CLAIMS YEMEN CITIZENSHIP.

1. █████ SUMMARY: ███████████     WITNESSED CITF INTERVIEW ((AL KAZIMI))
SANAD YISLAM ██████████ FOR 4 HOURS AND 30 MINUTES.  THE INTERROGATION WAS
CONDUCTED IN ARABIC - MODERN STANDARD ██████ AS AN INTERPRETER.  THE PURPOSE
OF THE INTERVIEW WAS FOR CITF TO CONDUCT QUESTIONING AND FOR ████ INTERROGATOR TO
MEET DETAINEE.  DETAINEE COMMENTED THAT THE FOOD WAS BETTER THAN BAGRAM.
DETAINEE ALSO EXPRESSED CONCERNS ABOUT THE WELFARE OF HIS FAMILY AND LETTERS HE
HAD SENT HOME.  DETAINEE REQUESTED AN EXTRA BLANKET AND A BOOK BY IBN KATHIR.
DETAINEE ALSO QUESTIONED THE STATUS OF HIS CASE.  DETAINEE WANTS TO MEET WITH
ABDUL SALAM AL HAILA, A DETAINEE FROM BAGRAM.  THE CITF AGENT INFORMED DETAINEE
THAT IT IS NOT POSSIBLE NOW FOR DETAINEE TO MEET WITH OTHER DETAINEES.
███████████████     DETAINEE APPEARED RELAXED AND OFTEN
ADDED HUMOROUS COMMENTS DURING THE INTERVIEW.

2. █████ APPROACH USED: DIRECT, ███████████     CITF AGENT ASKED DIRECT QUESTIONS
████████████

3. █████ EFFECTIVENESS OF APPROACH: ████████████████
4. █████ COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS/EXPLOITED:
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

5. █████ RECOMMENDED APPROACH FOR NEXT MEETING: ████████████████

6. █████ SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):
DETAINEE WAS QUESTIONED ON THE FOLLOWING:
1.    AL NASHIRI, ABD AL RAHIM HUSSEIN MOHAMMED.  DETAINEE MET NASHIRI FOUR TIMES
IN THE UAE AND ONE TIME IN MECCA ONE MONTH BEFORE DETAINEE'S CAPTURE.  DETAINEE
RECEIVED NASHIRI'S NUMBER FROM ABU OMAR NADJI OF THE HAMZA AL KAKI GROUP.  THE
HAMZA AL KAKI GROUP WAS AGAINST EGYPTIANS AND AL QUADA (AQ), BUT HAD RECENTLY
ALIGNED WITH AQ BECAUSE OF PRESIDENT BUSH'S "CRUSADE" COMMENT ON SEP 15.  (FIELD
COMMENT - DETAINEE INFERRED THAT MUSLIMS PERCEIVED THE COMMENT AS ANTI-ISLAMIC
AND THAT HELPING ANYONE AGAINST THE U.S. AND CHRISTIANS WAS THEN ACCEPTABLE).
NASHIRI DIRECTED ABU OMAR TO GIVE DETAINEE 100,000 RYALS [FIELD COMMENT - ████
████████ FOR THE PURCHASE OF A TRUCK.  NASHIRI INSTRUCTED DETAINEE TO SCOUT THE
ROUTE FROM YEMEN TO THE UAE AND ALSO MENTIONED THAT THE TRUCK WOULD EVENTUALLY
TRANSPORT EXPLOSIVES HIDDEN UNDER PRODUCE OR FISH.  (FIELD COMMENT - DETAINEE
STATED THAT HE NEVER INTENDED TO DRIVE THE TRUCK AND WAS ONLY INTERESTED IN THE
MONEY.  DETAINEE STATED THAT HE HAD ASKED FOR 27,000 RIYALS FOR HIS WIFE'S
MEDICAL TREATMENT AT THE SAUDI-GERMAN HOSPITAL BUT WAS REFUSED.  WHEN ABU OMAR
TRANSFERRED 100,000 RIYALS TO THE DETAINEE WITHIN ONE HOUR, THE DETAINEE FELT
THAT HE HAD BEEN DECEIVED.  ████████
████████████     DETAINEE DID NOT KNOW WHO WAS TO PROVIDE THE EXPLOSIVES BUT
THEORIZED THE MATERIAL WAS TO COME FROM A HOUSE IN YEMEN THAT HAD BEEN RAIDED
(FIELD COMMENT - ████████
     NASHIRI ALSO HAD DETAINEE TAKE AERIAL PHOTOGRAPHS OF THE AL SHARKA AIRPORT
IN UAE WHEN DETAINEE FLEW WITH NASHIRI.  (DETAINEE COMMENT - THE FBI INFORMED ME
OF THE AIRPORT'S NAME).  DETAINEE SAID THE FLYING CLUB WAS LOCATED IN UMM AL
QUAY, UAE, ACROSS FROM A SHOOTING RANGE.  NASHIRI NEVER TOLD DETAINEE OF THE

IMPENDING OPERATION NOR WHO WOULD FLY THE PLANE. DETAINEE STATED THAT NASHIRI
WAS IMPRISONED TWO TO THREE DAYS LATER.

2. HAZIM AL SHADAD, AKA MAULAWA AL BEDDINI. DETAINEE AND HAZIM WERE BOTH UBL
BODYGUARDS DURING THE SAME PERIOD AND STAYED IN THE SAME BUILDING TOGETHER.
HAZIM WOULD SHAVE HIS BEARD AND TRAVEL FROM AFGHANISTAN TO PAKISTAN. DETAINEE
LAST SAW HAZIM IN A RESTAURANT IN PAKISTAN WHEN DETAINEE TEMPORARY LEFT
AFGHANISTAN FOR MEDICAL TREATMENT. (FIELD COMMENT -

3. ABU SHADAD. ALSO A UBL GUARD WITH DETAINEE AND HAZIM. (FIELD COMMENT

4. PASSPORTS. DETAINEE GAVE THREE "OLD" YEMENI PASSPORTS TO ABU OMAR IN UAE.
ABU OMAR WAS TO HAND THE PASSPORTS OVER TO NASHIRI. (FIELD COMMENT - DETAINEE
MENTIONED THE NAME AHMED AL KARDAAI FROM ADAN, YEMEN, WHO HAD GOOD RELATIONS
WITH ABU OMAR.

5.

6. LETTER OF INTRODUCTION FOR TRAINING. DETAINEE HAD A LETTER OF INTRODUCTION
FROM ABU MUSLIM TO PRODUCE ON MEETING WITH SHARQAWI, ABDU ALI AL HAJI. THE
LETTER CLAIMED THAT DETAINEE WAS A WELL-KNOWN, GOOD GUY AND IMPLIED THE DETAINEE
WAS NOT A SPY. DETAINEE SAID THAT POOR PEOPLE NEEDED LETTERS OF INTRODUCTION,
WHEREAS WEALTH PEOPLE WITH FULL BEARDS DID NOT REQUIRE INTRODUCTION.
7. WAQAS GROUP AT AL FAROUQ. DETAINEE DID NOT RECOGNIZE NAME.
8. AL FAROUQ. DETAINEE MENTIONED THAT GROUPS WERE BROKEN UP INTO SIX LINES,
EACH LINE NAMED AFTER A PERSON FROM THE PROPHET DAYS. THE NAMES FOR EACH LINE
NEVER CHANGED, EVEN AFTER NEW CLASSES ROTATED IN FOR TRAINING. THE TOTAL NUMBER
OF PEOPLE IN EACH LINE DEPENDED ON THE NUMBER OF TRAINEES AT THE TIME. DETAINEE
SAID THAT AFTER THE U.S.S. COLE BOMBING, THE NUMBER OF STUDENTS INCREASED AND
ONE LINE WOULD CONTAIN APPROXIMATELY 40 TRAINEES. DETAINEE'S LINE NAME WAS ABU
HARIARAH. TRAINER AZZAM SELECTED DETAINEE TO BE HIS LINE LEADER BECAUSE OF
DETAINEE'S AGE, PREVIOUS MILITARY EXPERIENCE, AND TRUSTWORTHINESS TO KEEP A
SECRET. EACH LINE TRAINED SEPARATELY FROM OTHER LINES BUT MET DURING THE DAY
FOR PRAYERS, FORMATIONS AND MEALS. DETAINEE SAID HE WAS THE ONLY PERSON
SELECTED FROM HIS GROUP FOR THE BODYGUARD POSITION.
9.                        BROTHER OF DETAINEE'S WIFE AND INAM OF A MOSQUE,
APPARENTLY IMPRISONED AT ONE TIME. (FIELD COMMENT -
10. ABU KHALLUD AND ABU YASIR. BOTH INDIVIDUALS WERE IN CHARGE OF THE AL ANSAR
GUESTHOUSE WHEN DETAINEE FIRST ARRIVED IN AFGHANISTAN. DETAINEE IDENTIFIED THE
PAIR AS AQ IMMEDIATELY BECAUSE OF THEIR POSITIONS AS GUESTHOUSE OPERATORS IN
CHARGE OF LOGISTICS AND SENDING PEOPLE TO TRAINING CAMPS. AFTER EIGHT MONTHS
ABU SHAHID TOOK CHARGE OF THE GUESTHOUSE. ABU YASIR HAD LEFT FOR PAKISTAN.
11. PROMOTING OF AQ CAUSE AT GUESTHOUSE AND AL FAROUQ. THE GUESTHOUSE HAD
MAGAZINES WITH ARTICLES AUTHORED BY AQ WRITERS AND VARIOUS VIDEOTAPES. AT AL
FAROUQ DISCUSSION CONCERNED ONLY TRAINING ISSUES. ABU BASIR WOULD TALK
INDIVIDUALLY WITH TRAINEES HAVING PROBLEMS AT THE CAMP.
12. TARNAK FARMS. DETAINEE NEVER VISITED TARNAK FARMS.
13. AIRPORT COMPLEX / BODYGUARDS WITH FAMILY. FOUR YEMENI BODYGUARDS HAD
FAMILY MEMBERS AT THE AIRPORT COMPLEX: ABU OMAR, ABU KHALLUD AL YEMENI, ABU
MOHAMMED AL IRAQI AND HAMDAN (ISN 149). ACCOMPANIED HOUSING WAS MAINLY FOR THE
EGYPTIANS. AFTER THE USS COLE BOMBING, ALL FAMILIES WERE MOVED FROM THE
COMPLEX.
14. HAMDAN (ISN 149). HAMDAN ARRIVED IN AFGHANISTAN BEFORE DETAINEE AND WAS
NOT IN AFGHANISTAN WHILE DETAINEE WAS A BODYGUARD. DETAINEE HEARD THAT HAMDAN

ALONG WITH OUST AL MADENNI, SHAKIR AL MASSARI WERE KILLED DURING THEIR CAPTURE.
15. MAJID. DETAINEE HEARD THAT A PERSON WITH GREEN EYES NAMED MAJID HAD BEEN
KILLED. (FIELD COMMENT - MAJID IS MOST LIKELY ISN 41. ISN 1453 HAS PROVIDED
INFORMATION ABOUT ISN 41 IN A FORM 40).
16. ISN 36. ISN 36 IS SUDANESE. DETAINEE SAW ISN 36 AT AL FAROUQ AT THE
CLINIC TREATING PEOPLE. DETAINEE RECOGNIZED THE KUNYA ABU HAMZA SUDANI AND
STATED THAT THE KUNYA HAD TO BE ISN 36 SINCE DETAINEE ONLY KNEW ONE OTHER
SUDANESE PERSON.
17. ISN 568. DETAINEE DID NOT RECOGNIZE 568.
18. ISN 242. (FIELD COMMENT - INFORMATION UNCLEAR ████████████

19. ISN 43. ABU LAYTH OR ABU GAITH FROM TA'IZ, YEMEN. ATTENDED AL FAROUQ AT
THE SAME PERIOD AS DETAINEE BUT TRAINED WITH A DIFFERENT GROUP. DETAINEE FIRST
SAW ISN 43 IN MAY OR JUNE 2000. DETAINEE NEVER HEARD OF ISN 43 BEING A
BODYGUARD, NOR WAS DETAINEE AWARE OF ISN 43'S ACTIVITIES AFTER AL FAROUQ.
20. ISN 680. DETAINEE SAID THE PICTURE LOOKS LIKE A PERSON WHO VISITED
DETAINEE IN KANDAHAR ALONG WITH OTHER YEMENIS. DETAINEE SAID THE VISIT OCCURRED
AFTER SEP 11, 2001.
21. ISN 690. DETAINEE DID NOT RECOGNIZE 690.
22. YASIR AZZAM FROM AL BUREKA, YEMEN. DETAINEE HEARD THAT THE POLITICAL
POLICE IN YEMEN ARRESTED THIS INDIVIDUAL.
23. ZINDANI. A SHEIK THAT ISSUED A FATWA STATING THAT WAR IS ACCEPTABLE.
DETAINEE STATED ZINDANI WAS THE VICE PRESIDENT OF YEMEN FROM 1984 TO 1997.
24. ISN 252. DETAINEE DID NOT RECOGNIZE 252.
25. BASHER SHADDADI. DETAINEE NEVER MET THIS PERSON BUT HEARD THE POLITICAL
POLICE JAILED SHADDADI BECAUSE OF HIS TRAVEL TO BOSNIA AND CONNECTIONS TO
MUJAHEDIN.

7. (S//NF) COLLECTORS COMMENTS: ████████████
████████████ DETAINEE IS SELF-ADMITTED AQ
AND IS WILLING TO DISCUSS HIS EXPERIENCES AS AN AQ MEMBER. IT IS UNDETERMINED
IF DETAINEE KNOWS MORE OF THE PORT RASHID OPERATION THAN WHAT DETAINEE HAS
DISCLOSED. PREVIOUS REPORTING AND DETAINEE'S TRAVEL TO SAUDI ARABIA, YEMEN AND
THE UAE INDICATES DETAINEE MAY HAVE A HIGHER INVOLVEMENT IN OPERATIONS.

8. (U) POC FOR THIS MEMORANDUM IS ████████████ JTF
GTMO.

SIR#8676

SECRET//NOFORN

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

## ISN 1460 SIR 10/5/2004

SECRET//NOFORN

SECRET//NOFORN

SUMMARY INTERROGATION REPORT:
(S//NF) SUBJECT: ISN US9PK-001460DP, ABU RAHIM MOULANA ((GULAM RABBANI)), BORN CIRCA 1967 TO A BURMESE FATHER AND PAKISTANI MOTHER IN MECCA, SAUDI ARABIA, WAS PROHIBITED FROM BECOMING A SAUDI CITIZEN. DETAINEE WAS DEPORTED FROM SAUDI ARABIA TO PAKISTAN IN 1990 FOR ENGAGING IN CRIMINAL ACTIVITY AND BECAME A PAKISTANI CITIZEN. DETAINEE WAS RECRUITED BY HIS BROTHER, ISN 1461, INTO AL QAIDA AND BECAME A FACILITATOR FOR KHALID SHAYKH MOHAMMAD. DETAINEE WAS CAPTURED 9 SEP 02 IN KARACHI, PK, WITH ISN 1461.

1. (S//NF) SUMMARY:                      INTERROGATION OF ((ABU RAHMAN)) ABDUL RABBANI ABD AL RAHIM WAS CONDUCTED             FOR 2 HOURS AND 15 MINUTES IN ARABIC - MODERN STANDARD WITH             CIV, AS INTERPRETER.

PURPOSE OF SESSION WAS TO QUESTION DETAINEE TO COMPLETE HIS KNOWLEDGABILITY BRIEF, HIS HISTORICAL/BIOLOGICAL DOCUMENT, AND TO OBTAIN INFORMATION IN RESPONSE TO

DETAINEE'S BEHAVIOR WAS FRIENDLY AND COOPERATIVE. HE APPEARED TO HAVE A POSITIVE ATTITUDE TO ANSWERED QUESTIONS WITHOUT HESITATION. (INTERROGATION #4)

2. (S//NF) APPROACH USED: DIRECT APPROACH

3. (S//NF) EFFECTIVENESS OF APPROACH:

4. (S//NF) COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS/EXPLOITED:

5. (S//NF) RECOMMENDED APPROACH FOR NEXT MEETING:

6. (S//NF) SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR): DETAINEE STATED HE WAS ALWAYS A GOOD SOCCER PLAYER AND LEARNED TO PLAY AS A YOUNG BOY. HE WAS EMPLOYED IN KARACHI, PAKISTAN (PK), AS A SOCCER COACH AT THE AL KHAN SOCCER CLUB FOR MANY YEARS OFF AND ON BETWEEN TRIPS BACK TO SAUDI ARABIA. HE WAS PAID MOSTLY BY DONATIONS. SOCCER COACHING WAS THE ONLY EMPLOYMENT HE HAD IN PAKISTAN PRIOR TO HIM JOINING THE JIHAD.

INFORMATION OBTAINED FROM DETAINEE IN RESPONSE TO QUESTIONING

1. (S//REL TO             BIOGRAPHIC DATA. DETAINEE WAS BORN IN MECCA, SAUDI ARABIA (SA) CIRCA 1967, DETAINEE'S FAMILY MOVED TO TIAF
             SA, WHEN HE WAS A SMALL CHILD AND MOVED TO MEDINAH, SA, WHERE HE SPENT HIS CHILDHOOD. HE RESIDED IN THE AL HARA AL SHARQIAH AREA OF MEDINAH. DETAINEE WORKED IN HIS FATHER'S GROCERY AND LATER IN HIS SHOE STORE AS A SALES PERSON BEGINNING AS A SMALL BOY UNTIL HIS TEEN YEARS. HE WAS SET UP WITH HIS OWN KIOSK WHERE HE SOLD SUNDRIES TO PILGRIMS ATTENDING THE HAJJ. OTHER THAN SALES, DETAINEE COACHED SOCCER IN HIS LATER YEARS IN PAKISTAN AT THE AL KHAN SOCCER CLUB PRIOR TO JOINING THE JIHAD.

1973-1979, DETAINEE ATTENDED THE SALMAN AL FARISI PRIMARY SCHOOL UNTIL THE SIXTH
GRADE WHEN HE QUIT BECAUSE HE WAS A BAD STUDENT.  DETAINEE DID NOT ATTEND ANY
MOSQUE AND NEVER RECEIVED ANY RELIGIOUS TRAINING.  DETAINEE CONSIDERED HIMSELF
FINANCIALLY "OK" PRIOR TO HIS CAPTURE.  HE DID NOT CARE ABOUT FINANCIAL THINGS.
HE CARED ABOUT STAYING AWAY FROM THE GOVERNMENT AUTHORITIES AND NOT BEING
CONTROLLED BY THE GOVERNMENT.
DETAINEE IS MARRIED AND HAS TWO SONS AGES 3 AND 2 WHO RESIDE WITH HIS WIFE,
███████ IN KARACHI, PK.  DETAINEE IS A SUNNI MUSLIM.  IN
1988 DETAINEE WAS ARRESTED IN MEDINAH, SA, FOR STEALING OVER FIFTY VCRS.  HE WAS
SENTENCED UNDER SHARIH LAW AND SERVED 2 YEARS IN THE BAYAR ALI JAIL, MEDINAH,
SA.  DETAINEE WAS BEATEN WITH A ROD MONTHLY AND RECEIVED 950 LASHES DURING HIS
INCARCERATION.
1997 DETAINEE WAS AGAIN ARRESTED IN MEDINAH, SA, AND CHARGED WITH SELLING
HASHISH AND HEROIN.  HE WAS SENTENCED TO 2 YEARS INCARCERATION IN THE BAYAR ALI
JAIL.  DETAINEE WAS NOT BEATEN DURING HIS SENTENCE BECAUSE IT WAS A DRUG CRIME.

2. ██████████████████████ INDIVIDUAL MOTIVATION.  IT TOOK A LONG TIME FOR THE
DETAINEE TO REALIZE THE GROUP; I.E., MUJAHADEEN OR JIHADIST WERE AL QAIDA.  THE
WORK WAS NORMAL WORK, NOT FIGHTING OR DOING BAD THINGS.  HE RENTED SAFEHOUSES;
PROVIDED TRANSPORT FOR PEOPLE AND ASSISTED MUKTHAR, AKA KAHLID SHAYKH MOHAMMAD
(KSM), WITH ANY REQUEST.  DETAINEE WAS LOYAL TO KSM, THE PERSON, RATHER THAN TO
THE MUJAHADEEN GROUP.  KSM PROVIDED A SALARY TO DETAINEE TOTALING 2000 RUPEES
PER MONTH TO BEGIN.  KSM ALSO PROVIDED MONEY FOR DETAINEE TO GET MARRIED.  HE
BASICALLY PROVIDED EVERYTHING DETAINEE REQUIRED.
1999 DETAINEE'S BROTHER MOHAMMED AHMAD ((GHULAM RABANNI)), AKA ABU BADR, ISN
US9PK-001461DP, RECRUITED DETAINEE INTO THE JIHAD MOVEMENT.  DETAINEE AND BADR
TRAVELLED TO AFGHANISTAN (AF) FROM KARACHI TO RECEIVE FIREARMS TRAINING WITH THE
INTENT TO HELP WITH THE "BURMESE PROBLEM".  DETAINEE STATED THAT BURMESE PEOPLE
WERE PERSECUTED AND HE AND BADR COULD JOIN THE JIHAD TO HELP THEM.  BADR WAS THE
RECRUITER WHO TOOK DETAINEE ALONG WITH ANOTHER JIHADIST FRIEND, ABU ((SAAD)), TO
BE TRAINED IN AF.  DETAINEE TRUSTED HIS BROTHER AND DETAINEE WISHED TO STOP
WASTING TIME AND SOUGHT TO OBTAIN A REWARD FROM GOD AND HELP THE MUJAHADEEN.
LATER WHEN HE WAS HIRED TO WORK FOR KSM HE RECEIVED 2000 RUPEES (60 USD) PER
MONTH, WHICH WAS A BIG HELP IN HIS LIFE.  DETAINEE WORKED AS A COOK; HE
SUPERVISED SAFEHOUSES AND HE PROVIDED TRANSPORTATION FOR MUJAHADEEN TRAVELLERS
THROUGH PK AND AF.

3. ████████████████████ TRAINING.  DETAINEE TRAINED IN THE KHALDAN CAMP
████████████ NEAR KHOST, AF, WITH HIS BROTHER FOR ABOUT 3
MONTHS BEFORE BEING KICKED OUT FOR SMOKING. DETAINEE, BADR, AND ABU SAAD
TRAVELLED FROM KARACHI BY BUS TO KHOST.  THE TRIP TOOK ABOUT 2 AND 1/2 DAYS.
THEY STAYED IN PUBLIC HOUSING AND DID NOT STAY AT ANY SAFEHOUSES OR DESIGNATED
LOCATIONS.  DETAINEE RECEIVED PHYSICAL TRAINING AND FIREARMS TRAINING.  HE
RECEIVED INSTRUCTION ON APPROXIMATELY 14 DIFFERENT FIREARMS, INCLUDING THE
KALASHNIKOV.  HE DID NOT RECEIVE TRAINING ON HANDGUNS, BOMBS, IEDS,
SHOULDER-FIRED ROCKETS, OR MINES.  THE PRIMARY TRAINER AT THE CAMP WAS ABU
((OMAR)).  OTHER STUDENTS AT THE CAMP INCLUDED SAUDIS, YEMINIS, TURKS, AND
UZBEKS.  THE SAUDI'S, IN PARTICULAR, WANTED TO FIGHT THE NORTHERN ALLIANCE
FORCES.  MOST OF THE LECTURES INCLUDED RELIGIOUS TRAINING.  DETAINEE'S FAMILY
DID NOT RECEIVE ANY COMPENSATION FOR HIM JOINING THE JIHAD MOVEMENT.  ((TEAM
CHIEF COMMENT-- ABU OMAR MAY BE ISN 695.  IF DETAINEE IS QUESTIONED ON HIS
TRAINING WITH ABU OMAR, IT MIGHT BE USEFUL TO SHOW HIM A PHOTO OF 695 AND TO ASK
FOR A DESCRIPTION OF 695 /ASCERTAINING WHETHER THE ABU OMAR, FROM WHOM HE
RECEIVED TRAINING, WAS MISSING HIS RIGHT LEG/.)

7. ████████ COLLECTORS COMMENTS: ████████████████████████
                                              THE INFORMATION IN THIS SIR

WILL BE REPORTED IN AN IIR UPON COMPLETION OF THE REQUIREMENT.

8. ▮▮▮ POC FOR THIS MEMORANDUM IS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ JTF
GTMO.

SIR#8770

SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN, )
)
     Petitioner, )
)
     v. )     Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
     Respondent. )
)

ISN 696 MFR 4/24/2003

SECRET//NOFORN

SECRET

20030424

MEMORANDUM FOR RECORD

SUBJECT: (S) ███████ US9SA-000696/JABRAN SA'AD ((WAZIR)) IS A 26 YEAR OLD
SAUDI NATIONAL WHO WENT TO AF AFTER 11 SEPTEMBER 2001 TO FIGHT
AMERICANS. SOURCE ATTENDED MILITARY TRAINING IN AF AND EXPLOSIVES
DETONATOR TRAINING IN PK WITH ABU ((ZUBAYDAH)). SOURCE RELIABILITY HAS
NOT BEEN DETERMINED.

1. (S) SUMMARY:  (ONE AND A HALF HOURS, ███████ ARABIC ███████
INTERROGATED ((WAZIR)) ███████ FOR ONE AND A HALF HOURS IN ENGLISH AND
ARABIC. A DOD LINGUIST ASSISTED. THIS WAS SOURCE'S 8TH INTERROGATION SINCE
ARRIVING AT GTMO (ACCORDING TO LATEST DETAINEE FOLDER COUNT.  NINE LEA
INTERVIEWS AND SIX AF INTERROGATIONS).

   A. (S) APPROACH USED:  DIRECT, SET THE RECORD STRAIGHT.  INTERROGATOR
USED A NON-JUDGMENTAL, UNDERSTANDING TONE OF VOICE THROUGHOUT IN
ORDER TO PUT DETAINEE AT EASE AND NOT ALARM HIM TO ANY PARTICULAR
DETAILS DESIRED.

   B. (S) EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:  DETAINEE
WAS BROUGHT INTO THE BOOTH, SEATED ON A CUSHIONED FOLDING CHAIR ███████
███████ THE BOOTH TEMPERATURE WAS SET TO A COMFORTABLE LEVEL
FOR THE DETAINEE. ███████ AND LINGUIST ENTERED THE BOOTH AND GREETINGS
WERE GIVEN ALL AROUND.  THE LINGUIST SAT FACING THE DETAINEE AND ███████ SAT
PERPENDICULAR TO BOTH.  THIS ALLOWED THE DETAINEE TO FEEL MORE FREEDOM
TO SPEAK, SINCE HE DID NOT CHANCE LOOKING AT THE ███████ INTERROGATOR
WHEN ANSWERING QUESTIONS.  DETAINEE HOWEVER, STILL KEPT HIS HEAD DOWN
FOR MOST OF THE INTERROGATION.  DETAINEE APPEARS TO BE VERY COMPLACENT,
BUT STILL NOT TRUSTING OR ASKING FOR ANYTHING. ███████ USED DETAINEE'S FIRST
NAME AND TOLD DETAINEE THAT TO KEEP IT SHORT ███████ WOULD LIKE TO GO
STRAIGHT IN TO WHERE THEY HAD LEFT OFF.  DETAINEE AGREED AND BEGAN TO
TELL HIS STORY.  EXCEPT WHERE NOTED, DETAINEE DID NOT EXHIBIT HIS
CHARACTERISTIC GIVE AWAY CLUES SUCH AS STUTTERING, FIDGETING, SMIRKING,
OR COVERING HIS MOUTH IN SOME FORM.  DETAINEE STATED THAT THEY WALKED
TO THE AF BORDER WITH THE IRANIAN GUIDE.  AS SOON AS THE GROUP, NUMBERING
TEN, CROSSED THE BORDER THE DECIDED TO TAKE A NAP UNTIL THE SUN CAME UP.
AT SUN UP THE IRANIAN GUIDE LED THEM, ON FOOT, MOTORCYCLE RENTAL
COMPANY.  THE GROUP RENTED FIVE MOTORCYCLES WITH DRIVERS/GUIDES.  EACH
MOTORCYCLE WAS USED TO TRANSPORT THE GUIDE, PLUS TWO FIGHTERS.
DETAINEE STATED THAT HE THOUGHT THAT THE IRANIAN GUIDE TOLD THE GUIDES
WHERE TO TAKE THEM TO, BECAUSE HE DID NOT THINK ANYONE IN THE GROUP
KNEW.  THE GROUP RODE FOR ABOUT TWO HOURS BEFORE ARRIVING IN KANDAHAR.
DETAINEE STATED THAT THEY "GOT TO A PLACE TO GET WASHED UP AND HAVE
BREAKFAST.  DETAINEE CLAIMED THAT IT WAS NOT A HOTEL OR A GUESTHOUSE
AND THAT HE REALLY DID NOT KNOW WHAT IT WAS, JUST A PLACE TO CLEAN UP

SECRET

SECRET

AND GET SOME FOOD. AFTER THIRTY MINUTES TO A HOUR THE GROUP WAS READY AND WERE TAKEN BY CAR TO A GUEST HOUSE ABOUT FIVE MINUTES AWAY. WHEN ASKED HOW MANY PEOPLE WENT ON TO THE GUEST HOUSE DETAINEE STATED THAT IT WAS STILL ABOUT TEN, BUT THAT SOME OF THE PEOPLE HAD SWITCHED OUT. DETAINEE STATED THAT THREE CARS WERE USED. DETAINEE SAID THAT HE DID NOT KNOW WHO MADE THE ARRANGEMENTS BUT SUPPOSED THAT IT MAY HAVE BEEN THE IRANIAN, THOUGH HE HAD TURNED AROUND AFTER DROPPING THEM OFF AT THE MOTORCYCLE RENTAL SHOP. THERE WERE MANY PEOPLE AT THE GUEST HOUSE AND THEY SPLIT INTO TWO GROUPS, WITH ONE GROUP GOING TO JALALABAD AND THE OTHER GOING TO KABUL. DETAINEE STATED THAT HE CHOSE TO GO TO KABUL BECAUSE THERE WAS STILL A TRAINING CAMP CLOSE TO KABUL. DETAINEE EXPLAINED THAT SOME OF THE TRAINING CAMPS HAD BEEN DESTROYED, BUT THAT HE HAD BEEN TOLD THAT THE ONE CLOSE TO KABUL WAS STILL FUNCTIONING (INTERROGATOR NOTE: DETAINEE HAS REPORTED THIS CAMP PRIOR AS THE AHMED ((AL SURI)) TRAINING CAMP, NAMED AFTER THE PERSON WHO RAN THE CAMP). THE EMIR FOR THE TRIP TO KABUL WAS ABU BAKA ((SHAMAY)). DETAINEE VOLUNTEERED THAT HE WAS NOT SURE THIS WAS THE MANS REAL NAME. DETAINEE STATED THAT HE WAS NOT SURE HOW MANY WERE IN THE GROUP NOW BOUND FOR KABUL, SURE THAT IT WAS MORE THAN TEN, HE ESTIMATED ABOUT TWELVE. DETAINEE ADDED "THERE WERE SO MANY IN THE GUEST HOUSE AT KANDAHAR." THE TRIP TO KABUL TOOK ABOUT TWO HOURS IN CARS. THE MEN WERE TAKEN DIRECTLY TO A GUEST HOUSE IN KABUL, BUT ONLY STAYED AT THIS ONE FOR TWO HOURS. DURING THE TIME AT THE FIRST GUEST HOUSE NO ONE WAS ALLOWED TO LEAVE THE BUILDING, BUT DETAINEE STATED THAT HE THOUGHT IT WAS IN THE MIDDLE OF THE CITY. AT THE END OF THE TWO HOURS ALL OF THE MEN TRANSFERRED TO ANOTHER GUEST HOUSE ABOUT FIVE MINUTES AWAY BY CAR. THE GROUP STAYED AT THIS GUEST HOUSE FOR ONE WEEK AND DID NOT CONDUCT ANY TRAINING. DETAINEE WAS ASKED THE NAME AND LOCATION OF THIS GUEST HOUSE AS WELL, BUT STATED THAT HE DID NOT KNOW, DID NOT KNOW THE STREET, ETC. DETAINEE WAS ASKED IF, SINCE THEY STAYED A WEEK, REMEMBERED A RESTAURANT OR BUSINESS CLOSE THAT HE LIKED TO GO TO. DETAINEE EXPLAINED THAT "IN THE ORIGINAL PLAN THEY WOULD NOT ALLOW ANYONE OUT OF THE HOUSE."

HOWEVER, DETAINEE STATED THAT HE DID LEAVE FOR ONE REASON. DETAINEE BECAME VERY ILL ONE DAY AND WENT TO A CLINIC ABOUT FIVE MINUTES AWAY ON FOOT AND THE GUEST HOUSE WAS STILL IN THE MIDDLE OF THE CITY. AT THE END OF ABOUT ONE WEEK THE GROUP WAS TAKEN TO A TRAINING CAMP ABOUT FIFTEEN TO THIRTY MINUTES AWAY, BY CAR, NORTH OF KABUL. THE LINGUIST ASKED IF IT WAS THE AL FAROUK TRAINING CAMP AND THE DETAINEE LAUGHED SAYING THAT IT WAS NOT. DETAINEE STATED THAT TWO AFGHANI MALES AND ONE SYRIAN MALE RAN THE CAMP. THE SYRIAN MALE WAS IN CHARGE OVERALL OF THE WHOLE CAMP, WHILE ONE AFGHANI ACTED AS COOK AND ANOTHER AS TRAINER. DETAINEE DESCRIBED THE TRAINING CAMP AS A SMALL DESERTED VILLAGE OF HOUSES IN VERY BAD CONDITION. DETAINEE STATED THAT ABOUT FORTY MEN ATTENDED THIS TRAINING FOR FIVE TO SEVEN WEEKS. DETAINEE STATED THAT THE MEN SLEPT, REST, AND RELAXED IN THE VILLAGE MOSQUE. THE MOSQUE ITSELF CONSISTED OF A LARGE HALLWAY IN VERY POOR CONDITION, WHICH THE MEN CLEANED WHEN THEY ARRIVED. ███ WRAPPED UP

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET

THE INTERROGATION WITH THE PROMISE THAT THEY WOULD SEE DETAINEE THE NEXT NIGHT ████ TOLD DETAINEE THAT ████ HAD BEEN THINKING ABOUT BRINGING IN FLOOR PILLOWS TO SIT ON AND ASKED IF HE WOULD PREFER THIS AS ████ WOULD NOT MIND. DETAINEE STATED THAT THE CURRENT SEATING WAS ADEQUATE.

██████████████████████████████ PERHAPS THIS WOULD CAUSE MORE GUILT, STRIFE AND HARDSHIP ARE AN HONOR). DETAINEE WAS ASKED IF HE HAD ANY QUESTIONS, HE DID NOT. ████ REQUESTED ESCORT FOR DETAINEE THEN SAT IN THE BOOTH SLIGHTLY BEHIND AND TO THE SIDE OF DETAINEE. WHILE AWAITING THE ESCORT ████ AND LINGUIST ENGAGED IN BITS OF CONVERSATION IN ENGLISH. DETAINEE HAS A FAIR UNDERSTANDING OF ENGLISH. ████ RELATED STORY THAT ████ HAD THOUGHT DETAINEE HAD BEEN LEFT IN THE BOOTH FOR SEVERAL HOURS THE NIGHT BEFORE AND THAT ████ WAS NOT GOING TO LEAVE UNTIL ████ SAW THAT HE WAS REMOVED BACK TO HIS CELL. A LITTLE MORE IDLE CHATTER ABOUT PICTURES IN THE ROOM, ISLAMIC CUSTOMS ETC. THE TONE OF THE CONVERSATION WAS NOT ONLY NON JUDGMENTAL, BUT FAMILIAR AND FRIENDLY CONCERNING THE ISLAMIC CUSTOMS AND PRACTICES. THE LINGUIST LEFT THE BOOTH. DETAINEE REMAINED SILENT AND KEPT HIS GAZE FORWARD UNTIL YELLING WAS HEARD OUTSIDE. DETAINEE DID NOT REACT IMMEDIATELY, BUT FINALLY TURNED HIS HEAD IN THE GENERAL DIRECTION. ████ ASKED DETAINEE IF HE COULD UNDERSTAND WHAT WAS BEING SAID. DETAINEE SHOOK HIS HEAD THAT HE DID NOT. A FEW MORE MINUTES PASSED BEFORE ████ TOLD DETAINEE THAT ████ UNDERSTOOD HIM TO BE DEVOUT AND THEREFORE UNLIKELY TO LISTEN TO MUSIC, BUT DOES HE LIKE ARABIC MUSIC. DETAINEE SHOOK HIS HEAD AGAIN. DETAINEE DID NOT PRESENT ANY DIFFERENT ATTITUDE OR SEEM OFFENDED TO BE ADDRESSED. DETAINEE WILL ANSWER ████ DIRECTLY WITH HEAD MOVEMENTS AND SOMETIMES WITH SHORT ANSWERS IN ENGLISH. DETAINEE WAS REMOVED FROM THE BOOTH AT ABOUT 0340.

   C. (S) RECOMMENDED APPROACH FOR NEXT MEETING: ████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

   D. (S) SPECIAL ACTION REQUIRED: ████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

   E. (S) INTELLIGENCE CONTINGENCY FUNDS: ████████

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



F (S) LONG TERM COLLECTION PLAN:



G. (S) SOURCE INFORMATION HAS PRODUCED THREE NON DRAFT IIRS ANSWERING THE FOLLOWING REQUIREMENTS:



IN THE INTERROGATION TEAM'S ESTIMATION, THE FOLLOWING HCR'S THAT HAVE BEEN LEVIED AGAINST THIS SOURCE ARE NOT APPLICABLE BECAUSE THE SOURCE HAS NO KNOWLEDGE OF THEM:

2 SUMMARY OF NEW INFORMATION OBTAINED: THE MONTH IN MASHAD DIFFERS FROM HIS ASP, AS DOES THE INFORMATION ABOUT A SAFE HOUSE IN MASHAD.

3 (S) ADDITIONAL COLLECTOR COMMENTS:

4 (U) POC THIS MEMORANDUM IS SENIOR REPORTS OFFICER, _____ JTF GITMO, AT _____

SECRET

SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,       )
                          )
        Petitioner,     )
                          )
       v.               )     Civil Action No. 08-1360 (RWR)
                          )
ROBERT GATES,       )
                          )
        Respondent.    )
                          )

ISN 696 MFR 4/25/2003

SECRET//NOFORN

SECRET

20030425

MEMORANDUM FOR RECORD

SUBJECT: ███████████ US9SA-000696/JABRAN SA'AD ((WAZIR)) IS A 26 YEAR OLD
SAUDI NATIONAL WHO WENT TO AF AFTER 11 SEPTEMBER 2001 TO FIGHT
AMERICANS. SOURCE ATTENDED MILITARY TRAINING IN AF AND EXPLOSIVES
DETONATOR TRAINING IN PK WITH ABU ((ZUBAYDAH)). SOURCE RELIABILITY HAS
NOT BEEN DETERMINED.

1. ███ SUMMARY: (ONE AND A HALF HOURS, ███████ ARABIC) ███████████
INTERROGATED ((WAZIR) ████████ FOR ONE AND A HALF HOURS IN ENGLISH AND
ARABIC. A DOD LINGUIST ASSISTED. THIS WAS SOURCE'S 9TH INTERROGATION SINCE
ARRIVING AT GTMO (ACCORDING TO LATEST DETAINEE FOLDER COUNT. NINE LEA
INTERVIEWS AND SIX AF INTERROGATIONS).

    A. ███ APPROACH USED: DIRECT, SET THE RECORD STRAIGHT. INTERROGATOR
USED A NON-JUDGMENTAL, UNDERSTANDING TONE OF VOICE THROUGHOUT IN
ORDER TO PUT DETAINEE AT EASE AND NOT ALARM HIM TO ANY PARTICULAR
DETAILS DESIRED.

        B.    ███ EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:
        DETAINEE WAS BROUGHT INTO THE BOOTH, SEATED ON A
        CUSHIONED FOLDING CHAIR ██████████████ THE BOOTH
        TEMPERATURE WAS SET TO A COMFORTABLE LEVEL FOR THE
        DETAINEE. ████ AND LINGUIST ENTERED THE BOOTH AND
        GREETINGS WERE GIVEN ALL AROUND. THE LINGUIST SAT FACING
        THE DETAINEE AND ████ SAT SLIGHTLY BEHIND AND TO THE LEFT OF
        THE DETAINEE. THIS ALLOWED THE DETAINEE TO FEEL MORE
        FREEDOM TO SPEAK AND RAISE HIS HEAD, SINCE HE DID NOT CHANCE
        LOOKING AT THE ████ INTERROGATOR WHEN ANSWERING
        QUESTIONS. DETAINEE HOWEVER, STILL KEPT HIS HEAD DOWN FOR
        MOST OF THE INTERROGATION. DETAINEE APPEARS TO BE VERY
        COMPLACENT, STILL NOT TRUSTING OR ASKING FOR ANYTHING.
        ████ USED DETAINEE'S FIRST NAME AND TOLD DETAINEE THAT TO
        KEEP IT SHORT ████ WOULD LIKE TO GO STRAIGHT IN TO WHERE THEY
        HAD LEFT OFF. DETAINEE AGREED AND BEGAN TO TELL HIS STORY.
        EXCEPT WHERE NOTED, DETAINEE DID NOT EXHIBIT HIS
        CHARACTERISTIC GIVE AWAY CLUES SUCH AS STUTTERING,
        FIDGETING, SMIRKING, OR COVERING HIS MOUTH IN SOME FORM.
        DETAINEE WAS ASKED THE NAME OF THE TRAINING CAMP, AND
        TODAY STATED THAT IT HAD BEEN SO NEW THAT THERE WAS NO
        NAME. DETAINEE DESCRIBED IT AS A VILLAGE OF A FEW PEOPLE
        THAT HAD STAYED ON UNTIL THEY WERE RUN OUT OF THE TOWN
        FOR NOT AGREEING WITH THE TALIBAN. ATTENDEES AT THE CAMP
        NUMBERED ABOUT 40. DETAINEE WROTE DOWN THE NAMES THAT HE
        COULD REMEMBER FROM THE CAMP. THE NAMES WERE AS FOLLOWS:

SECRET

SECRET

ABU AL HASAN, ABU SAID, HAKEEM, OTHMAN, ABU AL WALID, TALEB,
AND ABU UMER. DETAINEE STATED THAT HE WAS NOT SURE OF
NATIONALITIES, BUT HE THOUGHT AL HASAN, SAID, HAKEEM, AND
TALEB WERE FROM SA. OTHMAN AND AL WALID FROM IRAN, AND
UMER FROM PALESTINE. DETAINEE CLAIMED THAT HE HAD NO IDEA
WHAT HAPPENED TO MOST OF THEM, BUT CLAIMED THAT NONE OF
THEM WERE HERE AT GTMO. DETAINEE STATED THAT THE TRAINING
TOOK PLACE OVER FIFTEEN DAYS AND INVOLVED USE OF
KALISHNIKOVS, RPG "PK," AND THE OFFENSIVE AND DEFENSIVE USE
OF HAND GRENADES. DETAINEE KNEW THE ENGLISH WORDS FOR
MOST OF THESE AND CORRECTED THE TRANSLATOR WHEN GRENADE
WAS TRANSLATED TO BOMBS. DETAINEE CLAIMED THERE WAS NO
TRAINING ON MINES OR TACTICS. ONCE TRAINING WAS COMPLETED
THE SYRIAN LEADER OF THE CAMP RECEIVED ORDERS, DETAINEE DID
NOT KNOW THE COMMUNICATION PROCESS FOR THIS, FOR ALL
PERSONNEL TO MOVE OUT. NO ONE WAS LEFT TO MAN OR SECURE
THE CAMP. ALL THE PERSONNEL WENT NORTH TO DIG A TRENCH.
THEY DUG FOR THE ENTIRE FIRST DAY AND UNTIL SUNSET OF THE
SECOND. AFTER THE TRENCH WAS COMPLETE THE SYRIAN RECEIVED
ORDERS FOR THE GROUP TO GO TO THE SABER MOUNTAINS. AT THIS
POINT DETAINEE SCRATCHED HIS BEARD THOUGHTFULLY, YET
SOMEWHAT ABSENTMINDEDLY. TO ACCOMPLISH THIS THE GROUP
WALKED ABOUT 10 – 20 MINUTES TO THE MAIN ROAD. CARS AND
OTHER VEHICLES WERE HEADED TOWARD THE MOUNTAINS AND THE
PERSONNEL FROM THE CAMP GROUP GOT INTO VEHICLES, AS MANY
AS COULD FIT, TO GO TO THE MOUNTAINS. ONCE AT THE MOUNTAINS
DETAINEE STATED THAT THERE WERE APPROXIMATELY 200
PERSONNEL, NONE INJURED. AFTER 2200 DETAINEE AND THE GROUP
BEGAN TO MOVE TOWARD KHOWST. DETAINEE PAUSED MORE THAN
NORMAL HERE, THEN CLARIFIED THAT THIS WAS DONE IN UNEVENLY
DIVIDED GROUPS. THE SMALLER GROUPS PROCEEDED TOWARD
LOWGAR, DETAINEE PULLED A SMALL SECTION OF HIS BEARD INTO
HIS MOUTH AT THIS PORTION OF THE STORY, AND STAYED UNTIL THE
MAJORITY OF THE GROUPS WERE PRESENT. AFTER A HALF DAY OR A
DAY THE GROUPS PROCEEDED TOWARD KHOWST. THE GROUPS OF
PERSONNEL MIXED UP AND DID NOT HAVE THE SAME PEOPLE FOR
EACH ADDITIONAL MOVEMENT. DETAINEE SPENT A MONTH AND A
HALF TO TWO MONTHS IN KHOWST PROVIDING SECURITY WITH THE
OTHERS AND CITED NO FIGHTING OR PROBLEMS. DETAINEE STATED
THAT THE SECURITY AREA WAS ACTUALLY OUTSIDE OF THE CITY, ON
KHOWST MOUNTAIN. DETAINEE BEGINS TO USE HIS HANDS TO
EXPRESS HIMSELF WHEN EXPLAINING THE NEXT BREAKING INTO
GROUPS. DETAINEE STATED THAT THE PERSONNEL SPLIT INTO THREE
GROUPS. THE FIRST GROUP WAS FOR THOSE DESIRING TO RETURN TO
SA AND NEEDED TO SECURE PAPERS. THIS GROUP CONSISTED OF
ABOUT 20 PERSONNEL. THE OTHER TWO GROUPS WERE ONE THAT
WAS GOING TO KANDAHAR AND ONE HE COULD NOT REMEMBER.
DETAINEE STATED THAT HIS GROUP WENT FIRST TO ZAMOOD,

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET

CLOSER TO THE PK AF BORDER BY PICK UP TRUCK. ONCE IN PK THE DETAINEES IN THIS GROUP WERE TAKEN TO A GUEST HOUSE , DETAINEE SEEMED UNABLE TO POSITIVELY IDENTIFY IT AS A GUEST HOUSE. AT THE GUEST HOUSE THE DETAINEES WERE TOLD HOW AND WERE TO HAVE THEIR PASSPORTS CORRECTED FOR TRAVEL BACK TO SA. DETAINEE SAID THAT THOSE PERSONNEL THAT HAD THE MONEY GOT THIS DONE QUICKLY, WHILE THOSE WITHOUT MONEY HAD TO HOPE THAT ONE OR MORE OF THEIR MUSLIM BROTHER WOULD HELP. DETAINEE CLAIMS THAT THEY WERE TOLD THE ARRANGEMENTS WOULD BE MADE FOR THEM, BUT DETAINEE DID NOT KNOW BY WHOM. DETAINEE STATED THAT WHEN IN PK THE PAKISTANI GUIDE TOOK SOME PASSPORTS AND LEFT OTHERS, AGAIN DETERMINED BY WHO HAD THE MONEY TO PAY. THE ESCORT WAS CALLED AND REMAINED WITH DETAINEE UNTIL HE WAS REMOVED FROM THE BOOTH.

C. (S) RECOMMENDED APPROACH FOR NEXT MEETING:



D. (S) SPECIAL ACTION REQUIRED:

E. (S) INTELLIGENCE CONTINGENCY FUNDS:

F. (S) LONG TERM COLLECTION PLAN:

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

G. (S) SOURCE INFORMATION HAS PRODUCED THREE NON DRAFT IIRS ANSWERING THE FOLLOWING REQUIREMENTS:

IN THE INTERROGATION TEAM'S ESTIMATION, THE FOLLOWING ████ THAT HAVE BEEN LEVIED AGAINST THIS SOURCE ARE NOT APPLICABLE BECAUSE THE SOURCE HAS NO KNOWLEDGE OF THEM:

2. (S) SUMMARY OF NEW INFORMATION OBTAINED: THE MONTH IN MASHAD DIFFERS FROM HIS ASP, AS DOES THE INFORMATION ABOUT A SAFE HOUSE IN MASHAD.

3. (S) ADDITIONAL COLLECTOR COMMENTS:

4. (U) POC THIS MEMORANDUM IS ████
████ JTF GITMO ████

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

        Petitioner,

   v.

ROBERT GATES,

        Respondent.

Civil Action No. 08-1360 (RWR)

ISN 696 MFR 4/28/2003

SECRET//NOFORN

~~SECRET~~

20030428

MEMORANDUM FOR RECORD

SUBJECT: ███ █████████US9SA-000696/JABRAN SA'AD ((WAZIR)) IS A 26 YEAR OLD
SAUDI NATIONAL WHO WENT TO AF AFTER 11 SEPTEMBER 2001 TO FIGHT
AMERICANS. SOURCE ATTENDED MILITARY TRAINING IN AF AND EXPLOSIVES
DETONATOR TRAINING IN PK WITH ABU ((ZUBAYDAH)). SOURCE RELIABILITY HAS
NOT BEEN DETERMINED.

1. ███ SUMMARY: (ONE AND A HALF HOURS, █████████ ARABIC █████████
INTERROGATED ((WAZIR))███████ FOR TWO HOURS IN ENGLISH AND ARABIC. A
DOD LINGUIST ASSISTED. THIS WAS SOURCE'S 10TH INTERROGATION SINCE
ARRIVING AT GTMO (ACCORDING TO LATEST DETAINEE FOLDER COUNT. NINE LEA
INTERVIEWS AND SIX AF INTERROGATIONS).

   A ███ APPROACH USED: DIRECT, SET THE RECORD STRAIGHT. INTERROGATOR
USED A NON-JUDGMENTAL, UNDERSTANDING TONE OF VOICE THROUGHOUT IN
ORDER TO PUT DETAINEE AT EASE AND NOT ALARM HIM TO ANY PARTICULAR
DETAILS DESIRED.

   B.      ███ EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION:
          DETAINEE WAS BROUGHT INTO THE BOOTH, SEATED ON A
          CUSHIONED FOLDING CHAIR. █████████ THE BOOTH
          TEMPERATURE WAS SET TO A COMFORTABLE LEVEL FOR THE
          DETAINEE. ████ AND LINGUIST ENTERED THE BOOTH AND
          GREETINGS WERE GIVEN ALL AROUND. THE LINGUIST SAT FACING
          THE DETAINEE AND ████ SAT SLIGHTLY BEHIND AND TO THE LEFT OF
          THE DETAINEE. THIS ALLOWED THE DETAINEE TO FEEL MORE FREE
          TO SPEAK AND RAISE HIS HEAD, SINCE HE DID NOT CHANCE LOOKING
          AT THE █████████ INTERROGATOR WHEN ANSWERING QUESTIONS.
          DURING THE LAST INTERROGATION DETAINEE DID NOT RAISE HIS
          HEAD TO LOOK AT THE LINGUIST. HOWEVER, DURING THIS SESSION
          DETAINEE KEPT HIS HEAD UP, FACING THE LINGUIST FOR MOST OF
          THE INTERROGATION AND HELD EYE CONTACT INTERMITTENTLY.
          DETAINEE ALSO SMILED AND RESPONDED IN A RELAXED MANNER TO
          SOME NON-PERTINENT SUBJECTS. THIS IS A STEP FORWARD IN HIS
          BEHAVIOR, THOUGH IT MAY SIGNAL LESS COMPLACENCY, IT ALSO
          SEEMS TO INDICATE MORE OPENNESS AS IT WAS PAIRED WITH LESS
          WHISPERING UNDER HIS BREATH BETWEEN QUESTIONS. DETAINEE IS
          STILL NOT TRUSTING ████ OR ASKING FOR ANYTHING AND DECLINED
          ANY OFFERS OF WATER, ETC. ████ USED DETAINEE'S FIRST NAME
          ASKING IF HE HAD GOTTEN SOME REST. DETAINEE RESPONDED THAT
          HE HAD, THANKS TO ALLAH AND THANKING ████ FOR THE TIME OFF.
          ████ THEN TOLD DETAINEE THAT HIS INTERROGATION TIME WAS
          NOT GOING TO CHANGE, BUT THAT ████ HAD ARRANGED FOR HIM TO
          HAVE SOME NIGHTS OFF IN BETWEEN AND ████ WANTED HIM TO USE

~~SECRET~~

SECRET

THESE TO REST AND TRY TO REMEMBER ANY DETAILS THAT HE
MIGHT HAVE FORGOTTEN DURING THE INTERROGATION SESSIONS.
███ THEN ASKED DETAINEE IF THERE WERE ANY DETAILS HE HAD
REMEMBERED THAT WERE DIFFERENT FROM WHAT HE HAD TOLD
IN PREVIOUS SESSIONS. DETAINEE CLAIMED THAT THERE WERE
NONE. ███ ASKED DETAINEE IF HE WAS READY TO BEGIN AND HE
ANSWERED IN THE AFFIRMATIVE. ███ ASKED DETAINEE WHERE THE
GUEST HOUSE THAT HE FIRST WENT TO AFTER CROSSING THE
BORDER FROM AF WAS LOCATED. DETAINEE STATED THAT THE
GUEST HOUSE WAS LOCATED IN LAHORE, PK, BUT DETAINEE
CLAIMED THAT HE DID NOT KNOW WHERE IN LAHORE AS HE DID NOT
GO OUTSIDE BECAUSE THE PEOPLE IN THAT AREA DID NOT LIKE
ARABS. ███ ASKED DETAINEE WHO INFORMED THE PEOPLE IN THE
GUESTHOUSE ABOUT PASSPORT CORRECTIONS. DETAINEE STATED
THAT SOLOMAN, THE PAKISTANI, WAS THE ONE TO TAKE CHARGE OF
ALL PASSPORT PROBLEMS. DETAINEE STATED THAT HE WAS AT THE
GUEST HOUSE FOR TWO AND A HALF MONTHS, BUT HIS PASSPORT
WAS NEVER FIXED BECAUSE HE DID NOT HAVE THE MONEY AND NO
ONE CONTRIBUTED TO HAVING HIS CORRECTED. AT THE END OF THE
TWO AND A HALF MONTHS SOLOMAN TOLD DETAINEE THAT HE
SHOULD GO TO SEE DAUD IN FAISALABAD TO HAVE HIS PASSPORT
CORRECTED. DETAINEE STATED THAT THIS TIME PERIOD WOULD
HAVE BEEN THE END OF DECEMBER, OR THE BEGINNING OF JANUARY
ON THE HIJREE CALENDAR. SOLOMAN TRANSPORTED DETAINEE IN
HIS PERSONAL VEHICLE, A NEWER MODEL, SMALL RED CAR WITH
FOUR DOORS, TO THE GUEST HOUSE AT FAISALABAD. DETAINEE AND
SOLOMAN LEFT THE GUEST HOUSE IN LAHORE AT ABOUT 1800 HOURS
AND ARRIVED AT THE GUEST HOUSE IN FAISALABAD AT ABOUT 2100
HOURS, WITHOUT ANY STOPS DURING THE TRIP. DETAINEE CLAIMED
THAT HE DID NOT KNOW WHERE THE GUEST HOUSE WAS LOCATED,
ADDING THAT IT WAS OUTSIDE OF THE CITY AND THERE WERE NO
OTHER BUILDINGS CLOSE THAT HE COULD IDENTIFY OR GIVE AS
LANDMARKS. WHEN DETAINEE ARRIVED AT THE GUESTHOUSE IN
FAISALABAD SOLOMAN WAITED UNTIL DETAINEE ENTERED THE
HOUSE THEN DROVE AWAY. DETAINEE ENTERED THE HOUSE AND
SHOOK HANDS WITH THOSE PRESENT, FOUND A PLACE FOR HIS
BELONGINGS AND WAITED FOR DAUD. ███ ASKED DETAINEE ABOUT
PAYMENT FOR STAYING AT THE GUESTHOUSE AND DETAINEE
CLAIMED THAT NO ONE PAID AND THIS IS NORMAL. DETAINEE
STATED THAT AFTER SEVERAL DAYS HE MET DAUD AT THE GUEST
HOUSE. THE FIRST TIME THAT DETAINEE MET DAUD THEY SHOOK
HANDS, EXCHANGED GREETINGS AND DETAINEE TOLD DAUD ABOUT
HIS PASSPORT PROBLEMS. DAUD TOLD DETAINEE TO BE PATIENT
AND JUST WAIT. DETAINEE WAS AT THE GUESTHOUSE FOR ABOUT A
MONTH AND A HALF AND DURING THAT TIME SAW DAUD ON
SEVERAL OCCASIONS COMING AND GOING. DETAINEE CLAIMS THAT
DAUD NEVER HAD ANY POSITIVE NEWS ABOUT WHEN HIS PASSPORT
WOULD BE CORRECTED. HOWEVER, DETAINEE STATED THAT HE WAS

SECRET

SECRET

HOPEFUL BECAUSE HE SAW OTHERS IN THE HOUSE, ALSO WAITING FOR AID WITH THEIR PASSPORTS, LEAVING AFTER HAVING THEM FIXED. SOME OF THESE INDIVIDUALS HAD ARRIVED BEFORE DETAINEE AND SOME AFTER. WHEN ASKED WHAT HE DID WHILE AWAITING HIS PASSPORT TO BE CORRECTED DETAINEE STATED THAT HE PLAYED SOCCER. A SHORT CONVERSATION ABOUT SOCCER ENSUED. DETAINEE SMILED GENUINELY AND SAID THAT HE IS ONLY A MEDIOCRE PLAYER. MENTION WAS MADE THAT PERHAPS HE WOULD BE ABLE TO PLAY AGAIN BEFORE TOO LONG HERE AT GTMO, DETAINEE SMILED A BIT LOPSIDEDLY BUT THEN SAID PERHAPS AND THAT HE WOULD ENJOY THAT. DETAINEE STATED THAT HIS PASSPORT NEVER WAS CORRECTED AND THAT HE HAD NEVER GIVEN IT AWAY TO BE TAKEN FOR THE CORRECTION. THIS BROUGHT US TO THE TIME PERIOD OF CAPTURE AND DETAINEE WAS ASKED TO DESCRIBE THE CAPTURE TIME. DETAINEE'S VOICE WAS A BIT MORE SPIRITED THAN NORMAL, THOUGH NOT NECESSARILY SARCASTIC AS BEFORE. DETAINEE WAS ASKED IF HE KNEW WHY HE WAS BEING ASKED ABOUT THIS BY ▓▓▓▓ AGAIN AND SHOOK HIS HEAD NO IN REPLY.

▓▓▓▓ DETAINEE STATED THAT HE WAS ASLEEP AND AT 0230 THE DOORBELL RANG SEVERAL TIMES IN A "VICIOUS" MANNER. DETAINEE STATED THAT WHEN THEY PEOPLE FROM THE HOUSE WENT OUTSIDE THEY SAW NUMEROUS PAKISTANI SOLDIERS. ▓▓▓▓ ASKED DETAINEE IF HE KNEW WHY THEY HAD COME TO THE HOUSE. DETAINEE SMILED AND SAID THAT IT WAS BECAUSE THEY ALREADY KNEW THAT THERE WERE LOTS OF ARABS. ▓▓▓▓ ASKED HOW THE PK SOLDIERS KNEW AND DETAINEE CLAIMED HE DID NOT KNOW. ▓▓▓▓ ASKED DETAINEE TO WRITE DOWN THE NAMES HE COULD REMEMBER OF THOSE THAT HE WAS CAPTURED WITH. DETAINEE WROTE DOWN GASSAN (GHASSAN 'ABDALLAH ((AL SHARBI)), ISN 682), MOHAMMED FROM SUDAN (NUR UTHMAN ((MUHAMMED)) ISN 707), ABD AL RAZZAK, ABD AL JAZARI, KHALED HABEEB, NUR, NUR AL DEEN, KHALED AL PAKISTANI, SHAFEEK AL JAZARI (ALIAS OF SUFIYAN ((BARHOUMI)) ISN 694), AND DAUD (ALIAS OF ABU ((ZUBAIDA))). WHEN ASKED HOW LONG HE WAS IN PAKISTANI CUSTODY DETAINEE ▓▓▓▓ THEN STATED THREE DAYS IN LAHORE. ▓▓▓▓ 45 DAYS IN ISLAMABAD. ▓▓▓▓ ASKED DETAINEE WHAT HE WAS TOLD BY THE PAKISTANIS BEFORE THEY RELEASED HIM INTO OUT CUSTODY. DETAINEE CLAIMED THAT THE PAKISTANIS TOLD THEM THAT THEY WOULD BE GOING BACK TO SA. IN ALL HE CLAIMED THAT 26 INDIVIDUALS WERE CAPTURED AT THE HOUSE IN FAISALABAD. DETAINEE WAS ASKED TO IDENTIFY PHOTOS AGAIN OF PEOPLE HE HAD BEEN CAPTURED WITH, OR HAD SEEN BEFORE. DETAINEE IDENTIFIED THE SAME PHOTO OF NUR(ON A

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET

DIFFERENT PRINTED LAYOUT FROM BEFORE) AS MOHAMMED (WHICH IS NUR'S LAST NAME), AND GASSAN. ████TOLD DETAINEE THAT WOULD NEED TO LOOK AT WHAT HE HAD TOLD████PRIOR AND WHAT HE HAD REPORTED TO OTHERS PRIOR AND THEN WE WOULD GO THROUGH ALL OF THIS WITH HIM TO GET THE FACTS STRAIGHT ████████████████DETAINEE NODDED TO THIS. DETAINEE WAS REMINDED THAT HE WOULD HAVE A NIGHT OFF TO REST AND THAT HE SHOULD TRY TO THINK OF ANYTHING THAT HE MIGHT HAVE FORGOTTEN. DETAINEE WAS OFFERED THE CHANCE TO ASK A QUESTION, BUT DECLINED. DETAINEE WAS OFFERED A CHANCE TO CHANGE ANYTHING THAT HE MIGHT HAVE SAID PRIOR TO THIS POINT, HE DECLINED████THEN WENT TO ARRANGE FOR AN ESCORT, RETURNING A FEW MOMENTS LATER TO WAIT WITH DETAINEE UNTIL THE ESCORT TEAM ARRIVED. WHILE WAITING████ AND LINGUIST ENGAGED IN CONVERSATION ABOUT SOCCER AND INCLUDED DETAINEE IN THE CONVERSATION ON OCCASION. DETAINEE DID NOT SEEM TO MIND THIS AND WAS HAPPY TO HEAR PAST NEWS ABOUT THE SA SOCCER TEAM. DETAINEE BEGAN LOOKING AROUND AND████ASKED IF HE WAS ALRIGHT, DETAINEE NODDED. THE CONVERSATION WENT TO DETAINEE HAVING GRADUATED HIS COURSES IN ENGINEERING AND HOW THAT IS A CHALLENGING FIELD. ████ASKED DETAINEE HOW MANY OF HIS BROTHERS WERE ALSO ENGINEERS, DETAINEE LOOKED UNCOMFORTABLE AT THIS QUESTION TO BEGIN, BUT████████ ████████████████████THEN SAYING THAT FIVE OF HIS BROTHERS ARE ENGINEERS. THE FACT THAT SA HAS A STRONG ECONOMY AND FEW PEOPLE, SO THAT MANY CAN BE EDUCATED WAS DISCUSSED. DETAINEE STATED THAT HE HAD COMPLETED UNIVERSITY WITHOUT AND GOVERNMENT OBLIGATION TO WORK AFTERWARDS. DETAINEE ALSO SAID THAT THEY DID HAVE FEMALE STUDENTS IN THE UNIVERSITY AT RIYADH. THE ESCORTS ARRIVED AND DETAINEE WAS RELEASED FROM THE BOOTH.

C. ████ RECOMMENDED APPROACH FOR NEXT MEETING: ████████████

████████████████████████████████████████████████

D. ████ SPECIAL ACTION REQUIRED: ████████████

████████████████████████████████████████████████

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET



E. (U) INTELLIGENCE CONTINGENCY FUNDS

F. (U) LONG TERM COLLECTION PLAN:

G. (U) SOURCE INFORMATION HAS PRODUCED THREE NON DRAFT IIRS ANSWERING THE FOLLOWING REQUIREMENTS:



IN THE INTERROGATION TEAM'S ESTIMATION, THE FOLLOWING ▮▮▮▮ THAT HAVE BEEN LEVIED AGAINST THIS SOURCE ARE NOT APPLICABLE BECAUSE THE SOURCE HAS NO KNOWLEDGE OF THEM:

2. (U) SUMMARY OF NEW INFORMATION OBTAINED: THE MONTH IN MASHAD DIFFERS FROM HIS ASP, AS DOES THE INFORMATION ABOUT A SAFE HOUSE IN MASHAD.

3. (U) ADDITIONAL COLLECTOR COMMENTS:

4. (U) POC THIS MEMORANDUM IS SENIOR REPORTS OFFICER, ▮▮▮▮▮▮▮▮ TF GITMO, ▮▮▮▮▮▮▮▮

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
|  | ) |
| v. | )  Civil Action No. 08-1360 (RWR) |
|  | ) |
| ROBERT GATES, | ) |
| Respondent. | ) |

ISN 707 MFR 8/29/2002

SECRET//NOFORN

20020829

MEMORANDUM FOR RECORD

SUBJECT: ████████████ ISN9SU-707DP/ MUHAMMED NOOR UTHMAN ((MUHAMMED)) IS A 40-YEAR-OLD SUDANESE CITIZEN WHO WORKED AS A WEAPONS INSTRUCTOR AND SUPPLY PERSON DISTRIBUTING FOOD AND WATER AT CAMP KHALDEN IN AF.  RELIABILITY HAS NOT BEEN DETERMINED.

1. SUMMARY:  INTERROGATED ((NOORALLAH)) ████████ FOR THREE HOURS IN FARSI. ████████ WAS THE TRANSLATOR. THIS WAS THE SOURCE'S SECOND INTERVIEW SINCE ARRIVING AT GTMO.  SOURCE  GAVE ONE LOCATION IN AFGHANISTAN WHERE AL QAEDA FIGHTERS MIGHT BE. SOURCE  PROVIDED INFORMATION ON AN ALIAS USED BY MULLAH OMAR. SOURCE ALSO GAVE INFORMATION OF THE VIEWS  EXPRESSED BY UZBEKS TOWARDS THE TALIBAN GOVERMENT.

    A. APPROACH USED:  DIRECT APPROACH WAS USED WITH MILD PRIDE AND EGO UP WITH ████████ GETTING THE RECORD STRAIT AND PROVIDE THE DECISION MAKERS  WITH A COMPREHENSIVE UNDERSTANDING OF HIS COMMAND OF THE 70TH TALIBAN DEVISION.

    B. EFFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION: SOURCE WAS FRIENDLY AND ANXIOUS TO HELP, ANSWERING ALL QUESTIONS POSED TO HIM.

    C. RECOMMENDED APPROACH FOR NEXT MEETING:

    D. SPECIAL ACTION REQUIRED:

    E. INTELLIGENCE CONTINGENCY FUNDS:

    F. LONG TERM COLLECTION PLAN:

                          SOURCE IS A LOW LEVEL

page 1 of 3

Exhibit ___R11___

COMMANDER FOR THE TALIBAN THAT WAS FORCED ALONG A 100
PEOPLE TO JOIN THE TALIBAN.

A. ▆▆ OF THE 2X ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ LEVIED
AGAINST THIS SOURCE, IIRS HAVE BEEN GENERATED FOR 2:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ PSYCHOLOGICAL
OPERATIONS.
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ SUPPORT FOR THE FUTURE
OF AF.

IN THE INTERROGATION TEAM'S ESTIMATION, THE FOLLOWING
▆▆▆▆▆ THAT HAVE BEEN LEVIED AGAINST THIS SOURCE ARE NOT
APPLICABLE BECAUSE THE SOURCE HAS NO KNOWLEDGE OF THEM:

▆▆▆▆▆▆▆▆▆ TERRORIST ORG. NUCLEAR CAPABILITIES.
NGO'S IN AFG.

2. ▆▆ SUMMARY OF NEW INFORMATION OBTAINED:

A. SOURCE STATED THAT MULLAH OMAR ((MUHAMMAD)) PRIOR
TO BECOMING THE SUPREME RULER OF THE TALIBAN HIS REAL
NAME WAS SHAHNAVZ ((TANAEE)). SOURCE CLAIMS THAT WHILE
WORKING UNDERCOVER FOR GENERAL DOSTUM SOURCE HEARD
ABOUT THIS INFORMATION

B. SOURCE STATED THAT IT WAS FORBIDDEN FOR ANY TALIBAN
UNITS TO GO TO DASHTE QALAA, AF. BECAUSE THERE WHERE
FOREIGN SOLDIERS IN THAT AREA. ALSO THAT WAS THE ONLY
AREA AROUND THAT KEPT CONTINUOUSLY BEING BOMBED.
SOURCE ALSO STATED THAT ANY TIME THEY HAD TO USE A
VEHICLE HIGHER RANKING TALIBAN WOULD ONLY SUPPLY THE
RIGHT AMOUNT OF GAS TO GET TO AND BACK FROM THERE
DESTINATIONS.

C. SOURCE STATED THAT ALL UZBEKS DID NOT LIKE THE TALIBAN
FOR TWO REASONS. ONE THEY WHERE NOT A DEMOCRACY, BUT A
DICTATOR SHIP AND BECAUSE OF WHAT FEW PEOPLE WANTED A
WHOLE NATION SUFFERED. TWO HEY BASICALLY IN SLAVED THERE
MILITARY PERSONNEL, THEY WOULD GO VILLAGES AND SAY WE
NEED 100 VOLUNTEERS AND IF THE VILLAGE DID NOT PROVIDE
THEM THEY WOULD BURN THE WHOLE VILLAGE. SOURCE STATED
THAT IS HOW HE ENDED UP BEING PART OF THE TALIBAN BECAUSE
THE VILLAGE ELDERS DECIDED HE SHOULD BE THE LEADER OF THE
100 THEY PROVIDE

3. (U) ADDITIONAL COLLECTOR COMMENTS:
   THIS DETAINEE MAY HOLD MORE INFORMATION THAN HE
   REALIZES.

4. (U) POC THIS MEMORANDUM IS UNDERSIGNED ████████

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

ISN 707 MFR 1/17/2003

SECRET//NOFORN

SECRET

17JAN, 2003

MEMORANDUM FOR RECORD

SUBJECT: (S) ▇▇▇▇▇ ISN US9SU000707DP// MUHAMMED NOOR UTHMAN ((MUHAMMED)) IS A 40-YR-OLD SUDANESE CITIZEN WORKING AS A WEAPON'S INSTRUCTOR AND SUPPLY PERSON DISTRIBUTING FOOD AND WATER AT CAMP KHALDEN IN AF. SOURCE RELIABILITY HAS NOT BEEN DETERMINED.

1. (S) SUMMARY: ▇▇▇▇ INTERROGATED ((MUHAMMED)) ▇▇▇ FOR 2.0 HOURS IN ARABIC. A DOD LINGUIST WAS THE INTERPRETER. THIS WAS SOURCE'S 5TH INTERVIEW WITH DOD SINCE ARRIVING AT GUANTANIMO BAY.

   A. (S) APPROACH USED: "DIRECT, FUTILITY AND FEAR-UP" WAS USED DURING THE ENTIRE INTERROGATION.

   B. (S) EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION: INITIALLY, SOURCE REFUSED TO COOPERATE AND SAT WITH HIS ARMS CROSSED. AGAIN, SOURCE REITERATED THAT HE HAD ALREADY ANSWERED QUESTIONS FROM PREVIOUS INTERROGATORS AND DID NOT KNOW ANY MORE INFORMATION. IN FACT, SOURCE COPPED AN ATTITUDE AND TOLD INTERROGATOR THAT HE HAD NOTHING TO SAY AND THAT HE BASICALLY CONTROLLED HIS DESTINY. SOURCE ADVISED INTERROGATOR THAT HE DIDN'T CARE WHERE HE WAS PLACED ▇▇▇▇▇▇▇▇ IMMEDIATELY, INTERROGATOR UTILIZED THE FEAR-UP APPROACH BY RAISING MY VOICE AND GETTING CLOSE TO SOURCE'S FACE AND REMINDING SOURCE THAT I WAS IN CONTROL OF HIS DESTINY AND THAT I COULD MAKE HIS LIFE MISERABLE BY TAKING AWAY ANY TYPE OF PRIVILEGE. FURTHERMORE, INTERROGATOR ADVISED SOURCE OF THE GENEVA CONVENTION AND THAT SOURCE IS CLASSIFIED AS AN "ENEMY COMBATANT", THAT HIS CURRENT RIGHTS ARE A PRIVILEGE AND IF SOURCE EVER WANTED TO RETURN HOME. SOURCE SHOULD COOPERATE FULLY. IMMEDIATELY, SOURCE BECAME FEARFUL OF HIS DESTINY AND STARTED ANSWERING INTERROGATOR'S QUESTIONS, AND AGREED TO LOOK AT PHOTOS FOR THE PURPOSE OF IDENTIFYING SPECIFIC AL QAIDA MEMBERS.

   C. (S) RECOMMENDED APPROACH FOR NEXT MEETING: [1, 5]

   1, 5 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

   D. (S) SPECIAL ACTION REQUIRED: ▇▇▇

   E. (S) INTELLIGENCE CONTINGENCY FUNDS: ▇▇▇

   F. (S) LONG TERM COLLECTION PLAN: ▇▇▇

      (S) OF THE ▇▇▇▇▇▇▇▇ LEVIED AGAINST THIS SOURCE, IIRS HAVE BEEN GENERATED FOR 1:

   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2. (S) SUMMARY OF NEW INFORMATION OBTAINED:

   A. (S) 1. PREVIOUSLY, DHS REQUESTED A STATEMENT BY THE SOURCE TO INCLUDE THE FOLLOWING FACTS (SEE IIR 6-034-0755-02 FOR ADDITIONAL INFORMATION).

SECRET

Exhibit ___ R12

SECRET

- SOURCE KNEW PADILLA AS ABDULLAH AL MUHAJIR.
- PADILLA WAS TRAVELING WITH TAHA AL KINI.
- SOURCE SAW BOTH PADILLA AND TAHA AT ZUBAIDAH'S FAIZALABAD SAFEHOUSE IN FEB. 02.
- PADILLA AND TAHA WERE WORKING AT A COMPUTER IN THE FAIZALABAD SAFEHOUSE.



B. (S) 2. 1, 5

1, 5      SOURCE ADMITTED SEEING ZUBAIDAH LAST AT THE FAIZALABAD SAFEHOUSE (KHALDEN). SOURCE DOESN'T REMEMBER WHO ABDULLAH TRAVELED WITH TO THE FAIZALABAD SAFEHOUSE. SOURCE REITERATED HIS TRAVEL TO THE JIHAD WALI SAFEHOUSE. SOURCE WAS INSTRUCTED BY ABU ((ATTA)) TO TAKE AN ELECTRONIC DEVICE (COVERED WITH CLOTH) TO THE JIHAD SAFEHOUSE. SOURCE BELIEVES THE DEVICE WAS A COMMUNICATION DEVICE. WHILE AT THE JIHAD SAFEHOUSE, SOURCE CLAIMS HE CROSSED PATHS WITH UBL AND BRIEFLY, WAIVED HIS HAND AT HIM. INITIALLY, SOURCE DID NOT RECOGNIZE UBL UNTIL LATER ADVISED BY HIS MUSLIM BROTHERS. SOURCE TRAVELED TO JIHAD WALI THIS ONE TIME ONLY. (SEE IIR 6-034-0397-03 FOR ADDITIONAL INFORMATION.)

C. (S) 3. SOURCE CLAIMED HE NEVER PROVIDED WEAPON'S TRAINING WHILE WORKING AT THESE CAMPS. SOURCE CLAIMS HE ONLY PROVIDED SUPPLIES AND MEALS FOR THESE CAMPS AND DID NOT PERSONALLY KNOW ANY TALIBAN OR AL QAIDA MEMBERS. SOURCE CLAIMED HE IS ONLY A NOMAD AND IS NOT EDUCATED. (SEE IIR 6-034-0657 FOR ADDITIONAL INFORMATION)

D. SOURCE AGREED TO LOOK AT PHOTOS FOR THE PURPOSE OF IDENTIFYING SPECIFIC AL QAIDA MEMBERS. INTERROGATOR DISPLAYED 4 PHOTOS TO THE SOURCE FOR THE PURPOSE OF IDENTIFICATION. THE PHOTOS WERE MARKED, DISPLAYED AND IDENTIFIED IN THE FOLLOWING ORDER

- ████ - AYMAN ((AL-ZAWAHIRI)) (TRUE NAME, MOST WANTED TERRORIST).
  - SOURCE RECOGNIZED AND IDENTIFIED THE PHOTO AS AYMAN ((AL-ZAWAHIRI)). LAST SEEN APPROXIMATLEY TWO YEARS AGO, WHILE SOURCE, ALONG WITH AN ARAB FRIEND (UNIDENTIFIED), WALKED PASS AL-ZAWAHIRI IN THE WAZIRAKKBAR KHAN VICINITY IN KABUL, AF. SOURCE KNEW AL-ZAWAHIRIN FOR HIS EGYPTIAN JIHAD.

- ████ KHALID SHAIKH ((MOHAMMED)) (TRUE NAME. MOST WANTED TERRORIST).
  - SOURCE DID NOT RECOGNIZE NOR COULD HE RECOGNIZE THE PHOTO.

- ████ - KHALID SHAIKH ((MOHAMMED)) (TRUE NAME. MOST WANTED TERRORIST).
  - SOURCE DID NOT RECOGNIZE NOR COULD HE RECOGNIZE THE PHOTO.

- ████ - TAHA IBRAHIM HUSSEIN ((AL-AHDAL)) (TRUE NAME).
  - SOURCE DID NOT RECOGNIZE NOR COULD HE RECOGNIZE THE PHOTO.

SECRET



SECRET

3. ADDITIONAL COLLECTOR COMMENTS:

A.

4. POC THIS MEMORANDUM IS UNDERSIGNED

DOD INTERROGATOR

SECRET

pg 3 of 3

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,

    Petitioner,

v.

ROBERT GATES,

    Respondent.

Civil Action No. 08-1360 (RWR)

IIR 6 034 0657 02

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET

R 162216Z AUG 02
FM DIA WASHINGTON DC

R 161506Z AUG 02
FM CJTF 170 J2CMD
TO RUEKDIA/DIA WASHINGTON DC

BT
SECRET

QQQQ
SUBJ: IIR 6 034 0657 02      WEAPONS TRAINING IN THE KHALDEN
AND JIHAD WALI, AFGHANISTAN, TRAINING CAMPS (U)

SECRET

SERIAL: (U) IIR 6 034 0657 02.

PAGE 07 RUMIATF1772

COUNTRY: (U) AFGHANISTAN (AF), INDIA (IN), KENYA (KE), PAKISTAN
(PK), SUDAN (SU).

IPSP: (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. REPORT CLASSIFIED SECRET
------------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------------
DOI: (U) 20020324.

REQS: (U,

SOURCE: (U)      ISN US9SU-00707DP, NOOR UTHMAN MUHAMMED
((MUHAMMED)) AKA ((IKRIMA)) AKA FAROUQ ((AL-KAMARI)) AKA ABU
((AL-HARETH)) IS A 40-YR-OLD WHO CLAIMS CITIZENSHIP IN SUDAN (SU).
SOURCE CLAIMED TO HAVE ORIGINALLY TRAVELED TO AFGHANISTAN (AF) IN
1994 TO TRAIN AND FIGHT AGAINST THE COMMUNIST REGIME OF
((NAJIBULLAH)). SOURCE LATER BECAME A PRIMARY WEAPONS INSTRUCTOR AT
THE KHALDEN TRAINING CAMP NEAR KHOWST. SOURCE CAME IN CONTACT WITH
MANY MEMBERS OF AL QAIDA LEADERSHIP IN AF AND PAKISTAN (PK), BEFORE
BEING CAPTURED AT A SAFEHOUSE IN FAISALABAD, PK. SOURCE RELIABILITY
HAS NOT BEEN DETERMINED.

DMO Exhibit 13
Page 1 of 4

SECRET

SECRET

SUMMARY: ▰▰▰ INSTRUCTORS TRAINED STUDENTS ON A VARIETY OF SMALL ARMS
AND CREW-SERVED WEAPONS IN THE KHALDEN AND JIHAD WALI, AFGHANISTAN,
TRAINING CAMPS. THE INSTRUCTORS MAY HAVE UTILIZED NUMEROUS ALIASES
WHILE WORKING IN THE CAMPS. MANY AL-QAIDA PERSONALITIES INCLUDING
OSAMA BIN LADEN AND JOSE PADILLA WERE PRESENT AT THESE CAMPS.

TEXT: ▰▰▰

1. ▰▰▰ BIOGRAPHICAL INFORMATION. ((MUHAMMED)) WAS BORN IN KASSALA,
SU, APPROXIMATELY 40 YEARS AGO. HIS FAMILY MOVED TO PORT SUDAN WHERE
HE RECEIVED SIX YEARS OF PRIMARY EDUCATION. AFTER SCHOOLING, HE
WORKED AS A CONSTRUCTION WORKER DOING CARPENTRY WORK AND HE SPENT
SOME TIME SELLING FRUITS, VEGETABLES, AND BOOKS IN THE LOCAL MARKET.
MUHAMMED USED THE ALIAS ABU AL-HARETH WHEN HE FIRST BEGAN TRAINING AT
XHALDEN. AFTER HE BECAME A TRAINER HE WAS KNOWN AS FAROUQ AL-KAMARI.
AFTER KHALDEN CAMP CLOSED IN 1999, HE WAS CALLED IKRIMA.

2. TRAVEL TO AFGHANISTAN. AROUND 1990, HE WAS PUSHED BY FRIENDS TO
TRAIN AND FIGHT AGAINST THE COMMUNIST FORCES OF ((NAJIBULLAH)) IN AF.
AMONG THESE FRIENDS WAS A SUDANESE MAN NAMED (FNU) ((TARIQ)) WHO WAS
LATER KILLED IN AF. MUHAMMED REMEMBERS A CONFERENCE THAT TOOK PLACE
IN PORT SUDAN ▰▰▰▰▰▰▰▰▰▰ SU, IN THE EIGHTIES FOR
AFRICAN MUSLIMS TO JOIN THE JIHAD. AT THE CONFERENCE THEY WERE SHOWN
SEVERAL PROPAGANDA FILMS. MUHAMMED ((ALI)), A WEALTHY LIVESTOCK OWNER
FROM PORT SUDAN THEN GAVE HIM 700-800 USD AFTER HE VISITED HIM IN
KHARTOUM. HE TOOK THE MONEY AND FLEW TO INDIA VIA KENYA. FROM INDIA
HE TRAVELED BY TRAIN INTO PK, THEN BUS INTO AF.

3. ▰▰▰ WEAPONS TRAINING. SOMETIME IN 1994, MUHAMMED ARRIVED AT
KHALDEN CAMP, RAN BY IBN AL-SHEIKH ((AL-LIBI)). MUHAMMED TRAINED ON
THE FOLLOWING WEAPONS--
A. ▰▰▰ AK-47 (KALISHNIKOV)
B. ▰▰▰ PK MACHINE GUN
C. ▰▰▰ 75 AND 82 MM HEAVY ARTILLERY
D. ▰▰▰ SPG-9 ANTITANK WEAPON
E. ▰▰▰ 82 MM MORTAR
F. ▰▰▰ ZUKAIR ANTI-AIRCRAFT WEAPON
G. ▰▰▰ RPG LAUNCHER
MUHAMMED ALSO LEARNED MOUNTAIN WARFARE. FROM THAT TIME UNTIL 1999, HE
TRAINED HUNDREDS OF OTHER RECRUITS MOSTLY FROM THE ARABIAN PENINSULA ON
THE USE OF SMALL ARMS AND ARTILLERY. FOR THE LAST THREE YEARS OF THAT
TIME PERIOD, HE ALSO WORKED AS A SUPPLIER OF ONLY FOOD AND WATER.

3. ▰▰▰ U.S. MISSILE ATTACK OF 1998 AGAINST SUSPECTED BIN LADEN CAMPS.
BEFORE THE U.S.-LAUNCHED CRUISE MISSILE OF AUGUST 1998, MUHAMMED TOOK AN
UNK TYPE OF RADIO TO BE REPAIRED TO A NEARBY CAMP CALLED JIHAD WALI. THE
JIHAD WALI CAMP WAS IN DESERTED AREA FREQUENTED BY BEDOUINS, ABOUT ONE
AND A HALF HOURS FROM THE TOWN OF KHOWST ▰▰▰▰▰▰▰▰▰▰▰
AF BY CAR. WHILE MEETING A MAN NAMED ABU ((ATTA)) TO FIX THE RADIO,
MUHAMMED WAS INTRODUCED TO OSAMA ((BIN LADEN)). HE SHOOK HIS HAND AND
LEFT. BIN LADEN NEVER VISITED KHALDEN CAMP WHILE MUHAMMED WAS THERE.
MUHAMMED HAD HEARD THAT JIHAD WALI WAS BADLY DAMAGED DURING THE MISSILE
ATTACK, BUT NEVER SAW IT FIRST HAND.

4. ▰▰▰ RETURN TO AFGHANISTAN. AFTER THE KHALDEN CAMP CLOSED IN 1999,

DMO Exhibit 13
Page 2 of 4

SECRET

SECRET

MUHAMMED TRAVELED TO KABUL. DURING HIS STAY THERE, HE MET ABU ((ZUBAIDA)),
AND AYMAN ((AL-ZAWAHIRI)). HE ONLY MET AL-ZAWAHIRI ONE TIME BRIEFLY, BUT
HAD FREQUENT CONTACT WITH ZUBAIDA. MUHAMMED STAYED IN KABUL UNTIL
SHORTLY BEFORE IT WAS LIBERATED BY NORTHERN ALLIANCE FORCES IN LATE 2001.
FROM KABUL, MUHAMMED FLED BY CAR TO KHOWST, THEN STAYED A WEEK IN ZIRMAT.
IN ANOTHER CAR HE WAS TAKEN TO BIRMEL, AF AND STAYED TWO WEEKS. HE AND
OTHERS THEN SNEAKED ACROSS THE PK BORDER AT NIGHT TO BANNU, WHERE
((ZUBAIDA)) WAS WAITING. ABU ZUBAIDA WAS IN CHARGE OF GETTING THE ARABS
INTO PK AND USED THE SAME ROUTE AS MUHAMMED. THE GROUP CONTINUED TO
LAHORE ████████████████████████ PK, AND STAYED FOR A MONTH, THEN
MUHAMMED WAS CAPTURED ON 20020324 IN ANOTHER SAFEHOUSE IN FAISALABAD
████████████████████ PK.
5. ███ ASSOCIATES IN PAKISTAN. WHILE IN FAISALABAD AND LAHORE, MUHAMMED
KNEW THE AMERICAN JOSE ((PADILLA)), KNOWN TO THE SOURCE AS ABDULLAH
((AL-MUHAJIR)). MUHAMMED THOUGHT ((MUHAJIR)) WAS MALAYSIAN BY HIS
APPEARANCE AND THE FACT HE SPOKE ENGLISH MOST THE TIME. MUHAJIR SPOKE
ARABIC RARELY AND HE WAS NOT VERY FLUENT. MUHAJIR SPENT MOST OF HIS TIME
WITH AN AFRICAN NAMED TALHA ((AL-KINI)), WHO ALSO SPOKE ENGLISH. BOTH OF
THEM USED A COMPUTER LOCATED IN THE LIVING ROOM OF THE HOUSE. THEY OFTEN
WOULD TAKE THE COMPUTER INTO A BEDROOM LATE AT NIGHT AND PLAY VIDEO WAR
GAMES. THE COMPUTER EXPERT IN THE HOUSE, HOWEVER WAS A SYRIAN NAMED
((SALAH)). DURING THIS TIME, MUHAJIR HAD AN UNK FAMILY PROBLEM. MUHAJIR
WAS FRIENDLY WITH ((ZUBAIDA)), BUT RECEIVED NO SPECIAL TREATMENT.
MUHAJIR LEFT THE FAISALABAD HOUSE TO GO HOME TO AMERICA THROUGH KARACHI.
MUHAJIR MET A MAN IN KARACHI CALLED ((MUKHTAR)). ((MUKHTAR)) CONTROLLED
PROPAGANDA,MEDIA, AND -MADE AUDIO CASSETTES--.
-
COMMENTS: ███
1. ███ SOURCE VERIFIED THE IDENTITY OF JOSE ((PADILLA)) WHEN PRESENTED
A PHOTOGRAPH. SOURCE IS NOT VERY KNOWLEDGEABLE ON THE USE OF COMPUTERS.
2. ███ THIS IS THE FIRST IIR ON THIS SUBJECT FROM THIS SOURCE.
3. ███ THIS REPORT HAS BEEN COORDINATED WITH THE JTF 170 ANALYSIS
SECTION.
4. ███ TO AID COLLECTION EFFORTS. EVALUATIONS SHOULD BE SENT TO
██████████████████████████████████████

███████████ WITH INFO COPIES TO ██████████████

████████████ ADDITIONAL SOURCE DIRECTED REQUIREMENTS
SHOULD BE SENT TO SAME ADDRESSEES. ADDRESS ALL REQUESTS FOR RELEASE
OF INFORMATION OR FOR FURTHER DISSEMINATION TO ██████████████

COLL: ███ BH; DD; CA.
INSTR: ███ U.S. YES, 5.
PREP: ███
ENCL: ███ NONE.
ACQ: ███
DISSEM: ███ FIELD -- NONE.
WARNING: ███ REPORT CLASSIFIED S E C R E T.
DERIVED FROM: DO HUMINT SCG, MAR 02
DECLASSIFY ON: X1
BT

DMO Exhibit 13
Page 3 of 4

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET~~

#6847
NNNN

DMO Exhibit 13
Page 4 of 4

~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZAYN HUSAYN,

    Petitioner,

    v.

ROBERT GATES,

    Respondent.

Civil Action No. 08-1360 (RWR)

IIR 6 034 0694 02

SECRET

101417Z SEP 02
FM CJTF 170 J2 CMD

SUBJ: IIR 6 034 0694 02 [REDACTED] WEAPONS TRAINER AND SUPPLY
PERSON AT CAMP KHALDEN, AFGHANISTAN (U)

SERIAL: (U) IIR 6 034 0694 02.

COUNTRY: (U) SUDAN (SU); AFGHANISTAN (AF); PAKISTAN (PK); TAJIKISTAN
(TI).

IPSP: (U) [REDACTED]

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. REPORT CLASSIFIED SECRET.
-----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
-----------------------------------------------------------------
DOI: (U) 20020820.

REQS: (U) [REDACTED]

SOURCE: (S) [REDACTED] /ISN US9SU-000707DP, MUHAMMED NOOR UTHMAN
((MUHAMMED)) IS A 40-YEAR-OLD SUDANESE CITIZEN WORKING AS A WEAPONS
INSTRUCTOR AND SUPPLY PERSON AT CAMP KHALDEN IN AFGHANISTAN.
RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY: (S) MUHAMMED NOOR UTHMAN MUHAMMED SERVED AS ONE OF THREE OR
FOUR WEAPONS INSTRUCTORS AND SUPPLY PERSONS DISTRIBUTING FOOD AND
WATER AT CAMP KHALDEN, AFGHANISTAN IN LATE 1997. MUHAMMED WAS ALSO AN
ASSOCIATE OF ABU ZUBAYDAH IN LAHORE, PAKISTAN AT GUEST HOUSE.

TEXT:
1. (S) MUHAMMED NOOR UTHMAN ((MUHAMMED)) SERVED AS A WEAPONS TRAINER
AT CAMP KHALDEN IN AFGHANISTAN FOR APPROXIMATELY SIX TO SEVEN MONTHS
IN 1997. HE TRAINED APPROXIMATELY 50 TO 70 PEOPLE BUT DOES NOT
REMEMBER THEIR NAMES. MUHAMMED MAY RECOGNIZE ONE OF HIS TRAINEES IF
PRESENTED WITH PHOTOGRAPHS. SOURCE TRAINED PERSONNEL ON THE FOLLOWING
WEAPONS: PKS, KALISHNIKOVS, RPGS, RPKS, MORTARS, AND ARTILLERY.
INSTRUCTION FROM MUHAMMED INCLUDED ASSEMBLY AND DISASSEMBLY OF
WEAPONS, OPERATIONS OF THE WEAPONS, AND CONTROLLING FIELDS OF FIRE.
TRAINING OF AN INDIVIDUAL DEPENDED ON THE AMOUNT OF TIME EACH TRAINEE
WANTED OR NEEDED, AND UPON THE INTELLIGENCE LEVEL OF THE INDIVIDUAL.
EACH TRAINEE WOULD AVERAGE ONE WEEK OF TRAINING WITH MUHAMMED,
USUALLY DURING THE SUMMER MONTHS. MUHAMMED EVENTUALLY BECAME TIRED OF
THE MISTREATMENT HE RECEIVED FROM CERTAIN TRAINEES AND ASKED THE CAMP
AMIR, IBN AL SHEIKH((AL-LIBI)) TO REASSIGN HIM TO OTHER DUTIES. SINCE
SOURCE HAS KNOWN AL-LIBI SINCE 1994, AL-LIBI AGREED TO REASSIGN
MUHAMMED TO SUPPLY.
2. (S) CAMP KHALDEN. CAMP KHALDEN WAS A STATIONARY CAMP, BUT TOWARDS
THE END OF AUGUST 1999, THE CAMP MOVED TO A DIFFERENT LOCATION AROUND

DMO Exhibit 17
Page 1 of 2

SECRET

SECRET

THE SAME AREA IN AFGHANISTAN (NFI). THE TALIBAN GOVERNMENT THEN
ORDERED THE CAMP MOVED TO KABUL A FEW WEEKS LATER. THE AMIR OF THE
CAMP, IBN AL SHEIKH ((AL-LIBI)) WENT TO KABUL TO FIND A NEW CAMP
LOCATION AND THE TALIBAN GOVERNMENT THEN TOLD THE AMIR TO MOVE INTO
AN OLD BRICK FACTORY IN KABUL. MOVEMENT STARTED WITH LIGHT WEAPONS
BEING TRANSPORTED BY CAR, WHICH TOOK APPROXIMATELY THREE TO FOUR
WEEKS. WHAT WAS LEFT OF THE CAMP WAS THEN MOVED TO THE CITY OF KHOST,
AFGHANISTAN. THE PURPOSE OF MOVING THE MAIN CAMP TO KABUL WAS TO
FORCE EVERYONE BEING TRAINED TO DEFEND KABUL AGAINST THE NORTHERN
ALLIANCE. MOST OF THE TRAINEES, HOWEVER, ONLY WANTED TO TRAIN WITH
THE TALIBAN, NOT FIGHT WITH THEM. WHEN THE TRAINEES INITIALLY MOVED,
ONLY 20 PEOPLE REMAINED IN CAMP. THE TALIBAN GOVERNMENT THEN TOLD
AL-LIBI TO STOP TRAINING AND THE REMAINDER OF THE TRAINEES LEFT THE
AREA. MUHAMMED RECEIVED A LETTER IN JUNE OR JULY OF 2000 FROM AL-LIBI
REQUESTING HIM TO ATTEND A MEETING AT A HOUSE IN A SUBURB OF KABUL,
AFGHANISTAN CALLED WAZIR AKBAR KHAN. THE MEETING WAS ATTENDED BY
MUHAMMED, A TAJIKISTAN WEAPONS TRAINER NAMED((ABDUL-RAHMAN)), AN
ALGERIAN NAMED ((ABU-MOHAMMED)) WHO TRAINED IN MOUNTAIN WARFARE
WEAPONS AND EXPLOSIVES, AN OLD MAN NAMED ((ABU-YAHIA)) WHO FOUGHT
AGAINST THE RUSSIANS, THE AMIR OF CAMP KHALDEN, ((IBN AL SHEIKH
AL-LIBI)), ((ABU-ZUBAYDA)), AND AN U/I PERSON WHO WAS AN ELDERLY
EXPERIENCED FIGHTER. THEY WERE INFORMED AT THIS MEETING THAT THE
TALIBAN GOVERNMENT DID NOT WANT TO REOPEN CAMP KHALDEN AND IT WAS
FORMALLY DEACTIVATED IN JULY OF 2000. THE MEETING HELD BY THESE
INDIVIDUALS LASTED TWO HOURS.
3. ▓▓▓ PAKISTANI GUEST HOUSE. ABU ZUBAYDA BROUGHT SOURCE TO THE GUEST
HOUSE ABU ZUBAYDA WAS IN CHARGE OF IN LAHORE
                              PK. ZUBAYDA MAY HAVE MORE GUEST HOUSES
(NFI). SOURCE HAS KNOWN ABU ZUBAYDA SINCE HE WAS IN CAMP KHALDEN IN
1997.
-
COMMENTS: ▓▓▓ TO AID COLLECTION EFFORTS, EVALUATIONS SHOULD BE SENT

WITH INFO COPIES TO

ADDITIONAL SOURCE DIRECTED REQUIREMENTS SHOULD BE SENT TO SAME
ADDRESSEES. ADDRESS ALL REQUESTS FOR RELEASE OF INFORMATION OR FOR
FURTHER DISSEMINATION

COLL: ▓▓▓ BH; DD; CA.
PREP: ▓▓▓
ACQ: ▓▓▓
DISSEM: ▓▓▓ FIELD -- NONE.
WARNING: ▓▓▓ REPORT CLASSIFIED SECRET.
DERIVED FROM: DHS SCG, MARCH 02
DECLASSIFY ON: X1

SECRET

UNCLASSIFIED//FOR PUBLIC RELEASE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

IIR 6 034 0755 02

121802Z SEP 02
FM CJTF 170 J2CMD

SUBJ: IIR 6 034 0755 02 ████████████ JOSE PADILLAS VISIT TO ABU
ZUBAIDAHS SAFE HOUSE IN FAIZALABAD, PAKISTAN (U)

SERIAL: (U) IIR 6 034 0755 02.

COUNTRY: (U) AFGHANISTAN (AF); PAKISTAN (PK); SYRIA (SY).

IPSP: (U) ████████████

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. REPORT CLASSIFIED ████████.
-------------------------------------------------------------------
          DEPARTMENT OF DEFENSE
-------------------------------------------------------------------
DOI: (U) 20020200.

REQS: (U) ████████████

SOURCE: (U) ████████ US9SU00707DP, MUHAMMED NOOR UTHMAN
((MUHAMMED)), A 40-YEAR-OLD SUDANESE CITIZEN WHO WORKED AS A WEAPONS
INSTRUCTOR AND SUPPLY PERSON DISTRIBUTING FOOD AND WATER AT CAMP
KHALDEN IN AF. RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY (U) JOSE PADILLA STAYED AT ABU ZUBAIDAHS FAIZALABAD SAFE
HOUSE IN FEBRUARY OF 2002. A SYRIAN NAMED SALAH WAS RESPONSIBLE FOR
THE COMPUTER CONTAINED IN THE FAZAILABAD SAFE HOUSE AND WILL LIKELY
HAVE DETAILED KNOWLEDGE OF PADILLAS USE OF THIS COMPUTER. INDIVIDUALS
VISITED THE SAFE HOUSE TO OBTAIN TRAVEL DOCUMENTS ASSISTANCE.

TEXT: (U)
1. (U) JOSE ((PADILLA)) (SOURCE COMMENT -- I KNEW HIM AS ABDULLAH AL
((MUHAJIR))) STAYED AT ABU ((ZUBAIDAHS)) FAIZALABAD
████████████ PK, SAFE HOUSE FOR TWO OR THREE DAYS
AROUND FEBRUARY OF 2002. SOURCE HAD LITTLE CONTACT WITH PADILLA AND
ONLY SAW HIM AT MEALS AND PRAYERS. PADILLA WAS TRAVELING WITH TAHA
((AL KINI)) (SOURCE COMMENT -- I KNEW HIM AS TALHA). PADILLA AND
TAHA AL KINI ALWAYS SPOKE TO EACH OTHER IN ENGLISH AND SOURCE HEARD
THEY LEFT THE FAIZALABAD HOUSE TOGETHER (SOURCE COMMENT -- I DID NOT
SEE THEM LEAVE). PADILLA REPORTEDLY LEFT THE FAIZALABAD HOUSE DUE TO
FAMILY PROBLEMS BUT SOURCE DID NOT HAVE ANY FURTHER INFORMATION ABOUT
THE NATURE OF THOSE PROBLEMS OR HOW PADILLA INTENDED TO DEAL WITH
THEM. PADILLA WAS QUIET AND BECAUSE SOURCE NEVER SPOKE TO PADILLA,
SOURCE IS UNSURE HOW GOOD PADILLAS ARABIC IS OR PADILLAS KNOWLEDGE
ABOUT ISLAM.
2. (U) A SYRIAN NAMED SALAH (NFI) WAS RESPONSIBLE FOR THE COMPUTER
CONTAINED IN THE FAIZALABAD SAFE HOUSE. SALAH SERVED IN THIS ROLE
BECAUSE OF HIS EXPERIENCE IN WORKING WITH COMPUTERS. SALAH MONITORED
THE USE OF THE SAFE HOUSES COMPUTER AND WILL LIKELY HAVE DETAILED
KNOWLEDGE OF PADILLAS USE OF THE COMPUTER.
3. (U) PEOPLE OFTEN CAME AND WENT FROM THE FAZAILABAD SAFE HOUSE, AND
MANY PEOPLE CAME TO THE HOUSE TO GET THEIR PAPERWORK (SOURCE COMMENT
-- PASSPORTS AND OTHER TRAVEL DOCUMENTS) FIXED AND TRAVEL ON TO
KARACHI ████████████ PK AS A POINT OF DEPARTURE FOR

Exhibit ___

OVERSEAS DESTINATIONS. ABU ZUBAIDAH HANDLED PAPERWORK ISSUES AT THE
HOUSE.

COMMENTS. ▮▮▮
1 ▮▮▮ SOURCE IS COOPERATIVE AND AVAILABLE FOR RECONTACT.
2 ▮▮▮ REFER TO IIR 6 034 0694 02 FOR ADDITIONAL REPORTING FROM THIS
SOURCE.
3. ▮▮▮ REQUEST EVALUATION OF THIS IIR. TO AID COLLECTION EFFORTS,
EVALUATIONS SHOULD BE SENT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ WITH INFO COPIES TO ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ADDITIONAL SOURCE DIRECTED REQUIREMENTS SHOULD BE SENT TO SAME
ADDRESSEES. ADDRESS ALL REQUESTS FOR RELEASE OF INFORMATION OR FOR
FURTHER DISSEMINATION ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮

COLL. ▮▮▮ COLL ▮▮▮ BH; DD; CA.
INSTR: U.S. YES. S.
PREP: ▮▮▮
ACQ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DISSEM ▮▮▮ FIELD – NONE.
WARNING ▮▮▮ REPORT CLASSIFIED ▮▮▮▮▮▮▮.
DERIVED FROM: DO HUMINT SCG, MAR 02
DECLASSIFY ON: X1

~~SECRET//NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. ) Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )

IIR 6 034 0978 03

~~SECRET//NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE

RUMIATM0313

R 241409Z MAY 03

FM CJTF GTMOJ2CMD

TO RHEFDIA/DIA WASHINGTON DC



PAGE 02 RUMIATM0313 S E C R E T NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE



PAGE 03 RUMIATM0313 ~~S E C R E T NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE



PAGE 04 RUMIATM0313 S E C R E T NOFORN



UNCLASSIFIED//FOR PUBLIC RELEASE



PAGE 05 RUMIATM0313





BT

QQQQ

FBI PASS TO [REDACTED] GTMO TASK FORCE

SUBJ: IIR 6 034 0978 03 [REDACTED] - PERSONALITIES IN [REDACTED]

GUESTHOUSE IN FAISALIBAD, PAKISTAN (U)

S E C R E T   N O F O R N

SERIAL: (U) IIR 6 034 0978 03.

COUNTRY: (U) PAKISTAN (PK); SAUDI ARABIA (SA); UNITED ARAB EMIRATES
(AE); UNITED STATES (US).

IPSP: (U) [REDACTED]

SUBJ: IIR 6 034 0978 03 [REDACTED] - FD-302 FOR ISN US9SA-000682DP,
PERSONALITIES IN [REDACTED] GUESTHOUSE IN FAISALIBAD, PAKISTAN (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.  REPORT CLASSIFIED S E C R E T   N O F O R N

PAGE 07 RUMIATM0313 S E C R E T NOFORN

---------------------------------------------------------------------
DEPARTMENT OF DEFENSE
---------------------------------------------------------------------

DOI: ▮▮▮ 19980100.

REQS: ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SOURCE: ▮▮▮▮▮▮ //ISN US9SA-000682DP// A 24-YR-OLD SAUDI CITIZEN WHO
TRAVELED TO PAKISTAN (PK) TO COMPLETE HIS EDUCATION. HE ATTENDED
COLLEGE WHILE LIVING IN THE U.S. HE WAS ARRESTED BY THE PAKISTANI
AUTHORITIES IN A HOUSE IN FAISALABAD, PK. DETAINEE'S RELIABILITY HAS
NOT BEEN DETERMINED.

SUMMARY: ▮▮▮ DEATAINEE PROVIDED NAMES OF OTHER GUESTS AT ▮▮▮▮▮
GUESTHOUSE. DETAINEE CONFIRMED THAT AHMED RAN THE HOUSE, NOT ABU
((ZUBAIDAH)). THIS INFORMATION WAS ACQUIRED DURING FBI INTERVIEWS
WITH ISN US9SA-000682DP.

--------------------------------TEARLINE----------------------------

PAGE 08 RUMIATM0313 ▮▮▮▮▮▮▮ NOFORN

TEXT: 1. ▮▮▮ DETAINEE, ISN US9SA-000682DP, WAS INTERVIEWED AT
GUANTANAMO BAY (GTMO), CUBA, BY SPECIAL AGENTS OF FEDERAL BUREAU OF
INVESTIGATION (FBI) AND UNITED STATES AIR FORCE OFFICE OF SPECIAL
INVESTIGATIONS (OSI). AFTER BEING ADVISED OF THE IDENTITIES OF THE

INTERVIEWERS AND THE PURPOSE OF THE INTERVIEW, DETAINEE PROVIDED THE
FOLLOWING INFORMATION:

2. ~~(U)~~ IN AUGUST 2001, DETAINEE LEFT JEDDAH BY BUS FOR DUBAI, UAE.
DETAINEE WAS IN DUBAI 10 TO 12 HOURS. HE THEN FLEW TO KARACHI,
PAKISTAN BY AN UNKNOWN AIRLINES. AFTER ARRIVING IN KARACHI HE WENT
TO MOTEL DUBAI. DETAINEE WAS REFERRED TO THIS HOTEL BY SOMEONE ON
THE AIRPLANE. THE MOTEL WAS CHEAP AND NASTY. HE ONLY STAYED AT THE
HOTEL ONE DAY. DETAINEE LATER FOUND OUT MOTEL DUBAI WAS CALLED "THE
TERRORISTS HOTEL". DETAINEE THEN MOVED TO ANOTHER HOTEL (NFI) NEAR
MOTEL DUBAI. HE STAYED IN THIS HOTEL APPROXIMATELY 10 DAYS.

3. ~~(U)~~ WHILE VISITING THE INTERNET CAF, DETAINEE MET AHMED. DETAINEE
KNOWS THIS IS FALSE NAME, BUT DOES NOT KNOW AHMED'S REAL NAME. AT
THE CAF, DETAINEE AND AHMED TALKED ABOUT SAUDI ARABIA. DETAINEE TOLD
HIM (AHMED) ABOUT HIS PROBLEMS WITH SHAMEEN. AHMED TOLD DETAINEE NOT
TO WORRY BECAUSE HE WAS AN ENGINEER, EDUCATED IN THE UNITED STATES.
AHMED TOLD HIM HE COULD GET DETAINEE A JOB. AHMED ALSO KNEW THE DEAN

PAGE 09 RUMIATM0313 ~~S E C R E T NOFORN~~

OF ADMISSIONS AT AGRICULTURAL UNIVERSITY IN FAISALIBAD. THIS
UNIVERSITY TAUGHT MEDICINE, BUSINESS AND POSSIBLY CHEMICAL
ENGINEERING.

4. ~~(U)~~ AFTER TRAVELING TO FAISALIBAD WITH AHMED, DETAINEE WAS TAKEN
TO THE HOUSE WHERE HE WAS LATER CAPTURED. UPON ARRIVING, AHMED
INTRODUCED DETAINEE TO ANNIS, THE DOCTOR WHO WAS KILLED DURING THE
ARRESTS ON MARCH 28, 2002. ANNIS AND DETAINEE WOULD HANG OUT QUITE A
BIT AT THE HOUSE. AFTER ARRIVING AT THE HOUSE, DETAINEE SAW AHMED
TWO OR THREE TIMES. THE LAST TIME HE SAW AHMED, HE TOLD DETAINEE

UNCLASSIFIED//FOR PUBLIC RELEASE

EVERYTHING HAD BEEN APPROVED AT THE UNIVERSITY.

5. ~~(U)~~ DETAINEE ALSO TOLD AHMED, "IT WAS WRONG TO KILL INNOCENTS, AND IT WAS BRINGING A BAD VIEW ON MUSLIMS."

6. ~~(U)~~ LOOKING BACK, DETAINEE BELIEVES THE PEOPLE IN THE HOUSE DID NOT SHOW THEIR TRUE FEELINGS. DETAINEE ALSO SAID, "IF I SAID MANY UNITED STATES PEOPLE DO NOT HAVE ANYTHING TO DO WITH UNITED STATES FOREIGN POLICY, THE PEOPLE IN THE HOUSE WOULD REMAIN SILENT."

7. ~~(U)~~ DETAINEE ADVISED IT APPEARED AHMED RAN THE HOUSE, NOT ABU ZUBAIDAH." DETAINEE ALSO SAID, "IT IS NOT RIGHT FOR PEOPLE TO GROW BEARDS AND DO WHAT THEY DO AND USE THEIR RELIGION TO HIDE BEHIND."

PAGE 10 RUMIATM0313 ~~S E C R E T NOFORN~~

----------------------------TEARLINE-----------------------------------

COMMENTS: 1. ~~(U)~~ THIS IIR WAS PUBLISHED WITH THE CONCURRENCE OF THE FBI REPRESENTATIVES IN GUANTANAMO BAY, CUBA. THE INFORMATION WAS DERIVED FROM THE FBI FD-302, FILE NUMBER ███████████ DATE 20030415, IN GUANTANAMO BAY, CUBA.

2. ~~(U)~~ DETAINEE IS AVAILABLE FOR RECONTACT.

3. ~~(U)~~ DETAINEE //ISN US9SA-000682DP// IN THIS IIR IS GHASSAN ABDULLAH ((AL-SHAREI)).

4. ~~(U)~~ REFER TO IIR 6 034 0503 03; 6 034 0187 03; 6 034 0514 03; 6 034 0678 03; 6 034 0372 03; 6 034 0674 03; 6 034 0428 03; 6 034 0526 03; 6 034 0621 03; 6 034 0447 03; 6 034 0673 03; 6 034 0614 03; 6 034 0616 03; 6 034 0527 03; 6 034 0678 03; IIR 6 034 0682 03; IIR 6 034

0977 03 FOR ADDITIONAL REPORTING ON THIS DETAINEE.

5. ~~(S)~~ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE
INFORMATION FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO
OBTAIN FOLLOW-UP QUESTIONS TO FOCUS FURTHER INTERROGATION EFFORTS.
EVALUATIONS SHOULD BE SENT ████████████████ INFO COPIES ████

███████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████ .

PAGE 11 RUMIATM0313 ~~S E C R E T NOFORN~~
█████████████████████████████████ ADDRESS ALL
REQUESTS FOR RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION ████
█████████████████████████████████ OR EMAIL COMMENTS
███████████████████████████████████████

COLL: ~~(U)~~ BH; DD; CA.

INSTR: ~~(U)~~ U.S. NO.

PREP: ~~(U)~~ ████████████

ACQ: ~~(U)~~ ████████████████████

DISSEM: ~~(U)~~ FIELD -- NONE.

WARNING: ~~(U)~~ REPORT CLASSIFIED ~~S E C R E T NOT RELEASABLE TO FOREIGN~~
~~NATIONALS.~~

DERIVED FROM: DO HUMINT SCG, MAR 02

DECLASSIFY ON: X1

BT

#0313

NNNN

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

IIR 6 034 1126 03

SECRET//NOFORN

S E C R E T   N O F O R N

SERIAL: ███ IIR 6 034 1126 03.

COUNTRY: ████ AFGHANISTAN (AF); GAZA STRIP (GZ); LEBANON (LE); PAKISTAN (PK);
SYRIA (SY); UNITED KINGDOM (UK); WEST BANK (WE).

IPSP: ███

SUBJ: IIR 6 034 1126 03 ███████ - PHYSICAL DESCRIPTIONS, AND PHOTOGRAPHIC
IDENTIFICATION OF AL QAIDA OPERATIVES CONNECTED TO ABU ((ZUBAIDAH)) ███

WARNING: ████ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED ██████████████████████████

-------------------------------------------------------------------------------
--
                     DEPARTMENT OF DEFENSE
-------------------------------------------------------------------------------
--

DOI: ███ 20020328.

REQS: ███ ███ ████████████████████████████████████████████████

SOURCE: ████████ //ISN US9SA-000696DP// A 25-YEAR-OLD SAUDI NATIONAL THAT
RECEIVED TRAINING FROM THE AL QAIDA TERRORIST ORGANIZATION AND LIVED WITH ABU
ZUBAIDA, A HIGH LEVEL AL QAIDA MEMBER, IN PAKISTAN.  RELIABILITY HAS NOT YET
BEEN DETERMINED. ████████

SUMMARY: ████████ AL QAIDA OPERATIVES, WORKING PRIMARILY IN PAKISTAN DURING THE
LATER MONTHS OF 2000, STAYED AT THE ABU ((ZUBAIDAH)) SAFE HOUSE IN FAISALABAD,
PAKISTAN (PK) AND A SAFE HOUSE IN LAHORE, PK.  ALL MEASUREMENTS AND TIMES ARE
APPROXIMATE.

TEXT: 1. ████████ PERSONALITIES FROM THE ABU ((ZUBAIDAH)) SAFE HOUSE IN
FAISALABAD ██████████████████ PAKISTAN (PK).  DETAINEE RESIDED AT
ZUBAIDAH'S FAISALABAD SAFE HOUSE FOR TWO MONTHS BEFORE IT WAS RAIDED ON 28 FEB
2002.  OF THE 26 PERSONNEL CAPTURED THREE WERE PROBABLY RELEASED IN PK AND
SEVERAL OTHERS LEFT THE HOUSE PRIOR TO THE RAID (FIELD COMMENT - CROSS
REFERENCES HAVE NOT CONFIRMED ANY OF THE NINE PERSONALITIES IN THIS REPORT TO BE
IN CURRENT CUSTODY OF THE UNITED STATES (U.S.), OR IT'S ALLIES). ████████
████████████████████████████████████████████████████████

1A. ████████ JABRAN ((AL PAKISTANI)) WAS RESPONSIBLE FOR DELIVERING FOOD AND
SUPPLIES TO ZUBAIDAH'S FAISALABAD SAFE HOUSE.  AL PAKISTANI WAS ARRESTED IN THE
RAID, BUT RELEASED WHILE THE ARRESTEES WERE HELD AT THE PRISON IN
LAHORE ████████████ PK, (DETAINEE COMMENT - PROBABLY BECAUSE HE WAS
PAKISTANI).  AL PAKISTANI WAS 180 CM TALL, 90 KILOGRAMS (KG), HEAVY BUILD WITH
BIG BONES, AND HAD BIG HANDS WITH SHORT, BUT NOT BITTEN, NAILS.  AL PAKISTANI
HAD NO NOTICEABLE MARKINGS OR MOLES.  AL PAKISTANI HAD STRAIGHT BLACK HAIR,
ABOUT TWO INCHES LONG AND COMBED TO THE SIDE, A MUSTACHE TRIMMED SO THAT HIS
MOUTH WAS STILL VISIBLE AND SOMETIMES WORE A LONG, STRAIGHT, BLACK BEARD.  AL
PAKISTANI'S FACE WAS SMALL, WITH A NARROW NOSE, WHITE EVEN TEETH, AVERAGE EARS
AND NOSE SIZE.  AL PAKISTANI WORE TRADITIONAL PAKISTANI STYLE CLOTHING AND NO

HEAD COVER (FIELD COMMENT - AL PAKISTANI'S YEAR OF BIRTH WAS LISTED IN ARREST RECORDS AS 1975).

1B. ████ NOUR ((LNU)), WAS A PALESTINIAN THAT LIVED AT THE SAFE HOUSE. NOUR WAS CAPTURED DURING THE RAID, BUT RELEASED IN PAKISTAN (FIELD COMMENT - THE ARREST INFORMATION SHOWED NOUR AS NOORUDDIN ((AHMED)), PALESTINIAN, WITH A YEAR OF BIRTH AS 1975).

1C. ████ KHALID ((HABIB)) WAS A TALL PALESTINIAN MAN THAT LIVED AT ZUBAIDAH'S SAFE HOUSE. HABIB WAS CAPTURED THE NIGHT OF THE RAID, THEN RELEASED IN PK. (DETAINEE COMMENT - I THINK HE WAS RELEASED, AT LEAST I DIDN'T SEE THESE GUYS AT THE PRISONS IN PK OR HERE) (FIELD COMMENT - THE ARREST INFORMATION LISTS HABIB AS A PALESTINIAN WITH 1979 AS HIS YEAR OF BIRTH. THE PHOTO TAKEN SHORTLY AFTER ARREST SHOWS HIS HEIGHT AS 177 CENTIMETERS).

1D. ████ USAMA ((AL FILISTINI)) HAD AN UNIDENTIFIED RELATIONSHIP WITH ZUBAIDAH.
AL FILISTINI WAS A 24 YEAR OLD PALESTINIAN, 170 CM TALL, THINLY BUILT, WITH A LIGHT BROWN COMPLEXION, BLACK EYES, SHORT BLACK HAIR, A BLACK MUSTACHE AND CLOSELY TRIMMED BLACK BEARD. AL FILISTINI WAS ALSO KNOWN TO SHAVE ALL OF HIS FACIAL HAIR. AL FILISTINI WAS IN ZUABAIDAH'S FAISALABAD SAFE HOUSE ON THE NIGHT OF THE RAID BUT ESCAPED. FILISTINI'S DESTINATION AND INTENTIONS, AFTER ESCAPE, WERE UNIDENTIFIED (NFI).

1E. ████ TULHA AL-KEEN WAS A 25-YEAR-OLD, POSSIBLY KENYAN, THAT HAD AN UNIDENTIFIED RELATIONSHIP WITH ABU ZUBAIDAH. AL-KEEN SPOKE ENGLISH AND ARABIC, WAS 180 CM TALL WITH A THIN BUILD, A DARK BROWN COMPLEXION, SHORT CURLY BLACK HAIR, BLACK EYES AND WAS CLEAN-SHAVEN EXCEPT FOR A TRIMMED BLACK MUSTACHE. AL-KEEN HAD BEEN TO AF (NFI). AL-KEEN ATTENDED FORMAL ELECTRONICS CIRCUITRY TRAINING IN THE UNITED KINGDOM (UK) (NFI). AL-KEEN WAS AT ZUBAIDAH'S FAISALABAD SAFE HOUSE FOR TEN DAYS AND LEFT FOR AN UNKNOWN LOCATION ON 20020306. AL-KEEN LEFT THE SAFE HOUSE WITH ABDUL ((BARI)) AND ABDULLAH (FIELD COMMENT - DETAINEE IDENTIFIED JOSE ((PADILLA)) AS ABDULLAH. PADILLA IS CURRENTLY IN AMERICAN CUSTODY). (DETAINEE COMMENT - AL-KEEN WAS AT THE FAISALABAD SAFE HOUSE AWAITING ZUBAIDAH'S ARRIVAL AND WAS PROBABLY TASKED, BY ZUBAIDAH, TO CARRY OUT TERRORIST OPERATIONS BECAUSE OF HIS EXPERIENCE IN THE FIELD OF ELECTRONICS.)

1F. ████ ABDUL BARI WAS A 24-YEAR-OLD PALESTINIAN, KNOWN ONLY AS ABDUL BARI, AND HAD AN UNIDENTIFIED RELATIONSHIP WITH ABU ZUBAIDA. BARI SPOKE ARABIC, WAS 165 CM TALL, FAT WITH A YELLOWISH COMPLEXION, SHORT BROWN HAIR, BROWN EYES AND A VERY THIN BROWN MOUSTACHE. BARI HAD BEEN TO AF (NFI). BARI WAS AT ZUBAIDAH'S FAISALABAD SAFE HOUSE FOR TEN DAYS AND APPEARED TO HAVE A CLOSE RELATIONSHIP WITH AL-KEEN. BARI LEFT THE ABU ZUBAIDAH SAFE HOUSE IN FAISALABAD FOR AN UNKNOWN DESTINATION ON 20020306 WITH TULHA AL-KEEN AND JOSE PADILLA (NFI).

1G. ████ AHMED ((LNU)) STAYED AT THE FAISALABAD SAFE HOUSE AND WAS ALLOWED UPSTAIRS WHERE THE ELECTRONICS WERE KEPT. AHMED WAS FROM THE NORTH, POSSIBLY SEMITE, SYRIAN, LEBANESE OR PALESTINIAN (FIELD COMMENT - DETAINEE REFUSES TO ANSWER MOST DETAILED QUESTIONS ABOUT PERSONNEL. DETAINEE HAD RECANTED ALL INFORMATION FROM PRIOR REPORTING, RELATING TO ELECTRONICS OR PERSONNEL INVOLVED WITH ELECTRONICS TRAINING. DETAINEE NOW CLAIMS HE FIRST KNEW OF THE ELECTRONICS WHEN HE RAN TO THE SECOND FLOOR IN AN ATTEMPT TO ESCAPE ON THE NIGHT OF THE RAID).

2. ████ AL QAIDA PERSONALITIES OPERATING OUT OF LAHORE, PK. ABDUL ((HADI)) WAS RESPONSIBLE FOR IDENTIFYING RECRUITS FOR AL-QAIDA RELATED TERRORIST ACTIVITIES AND PUTTING THEM IN TOUCH WITH ZUBAIDAH. HADI ALSO HAD CONNECTIONS IN PK, WHICH HE USED TO HELP FOREIGN ARAB MUSLIMS ESCAPE PAKISTAN. SOLOMON ((LNU)) WAS IN CHARGE OF ALL PASSPORT PROBLEMS WITHIN A LAHORE SAFE HOUSE AND DIRECTING, OR TRANSPORTING, THOSE WHOSE PASSPORTS HE COULD NOT FIX, TO ZUBAIDAH IN FAISALABAD.

2A. ████ ABDUL HADI WAS A 40-YEAR-OLD IRAQI WITH NO OTHER IDENTIFIED NAME. HADI HAD DIRECT CONNECTIONS TO ZUBAIDAH. HADI SPOKE ARABIC AND PASHTU, WAS 170 CM TALL WITH AN AVERAGE BUILD, YELLOW COMPLEXION, SHORT BLACK AND GREY HAIR,

BROWN EYES, A BLACK MOUSTACHE, AND A TEN INCH LONG BLACK AND WHITE BEARD.  HADI
WAS MARRIED AND WAS LAST KNOWN TO BE IN LAHORE, PK (NFI).
2B.  ██████ SOLOMON (LNU) WAS A PAKISTANI THAT WORKED OUT OF A SAFE HOUSE IN
LAHORE, PK.  ARABS LEAVING AFGHANISTAN (AF) WITHOUT PROPER STAMPS IN THEIR
PASSPORTS WERE TAKEN FROM THE AF BORDER TO A SAFE HOUSE IN AN ANTI ARAB
NEIGHBORHOOD OF LAHORE. NONE OF THE FOREIGN ARAB MUSLIMS WERE ALLOWED TO LEAVE
THE HOUSE (NFI).  SOLOMON CAME AND WENT FROM THE SAFE HOUSE AND TOOK CHARGE OF
GETTING ILLEGAL CORRECTIONS TO PASSPORTS FOR THOSE RESIDING IN THE SAFE HOUSE.
SOLOMON COLLECTED PASSPORTS AND MONEY FROM INDIVIDUAL ARAB MUSLIMS TWO TO THREE
TIMES PER WEEK.  SOLOMON WOULD THEN LEAVE FOR A FEW HOURS BEFORE BRINGING BACK
THE NEWLY STAMPED PASSPORTS.  IF AN INDIVIDUAL DID NOT HAVE ENOUGH MONEY, THEN
HE WAITED AT THE SAFE HOUSE AND ASKED OTHER ARABS TO CONTRIBUTE MONEY TO HELP
GET HIS PASSPORT FIXED.  THE DETAINEE WAITED FOR TWO AND A HALF MONTHS, BUT WAS
UNABLE TO RAISE MONEY.  AFTER TWO AND A HALF MONTHS TRYING TO RAISE MONEY FROM
OTHERS IN THE HOUSE, SOLOMON ADVISED THE DETAINEE TO GO SEE DAUD (FIELD COMMENT
- THIS IS AN ALIAS OF ABU ZUBAIDAH) IN FAISALABAD TO HAVE HIS PASSPORT
CORRECTED.  SOLOMON TRANSPORTED DETAINEE IN HIS PERSONAL VEHICLE FROM THE LAHORE
HOUSE TO ZUBAIDAH'S SAFE HOUSE IN FAISALABAD, PK NOVEMBER 2001.  SOLOMON'S
VEHICLE WAS A NEWER MODEL, SMALL, FOUR DOOR, RED, NOTCH BACK SEDAN.  SOLOMON AND
THE DETAINEE LEFT THE LAHORE HOUSE AT 1800 AND ARRIVED AT THE FAISALABAD HOUSE
AT 2100 WITHOUT ANY STOPS.  SOLOMON WAITED UNTIL DETAINEE ENTERED THE HOUSE,
THEN DROVE AWAY.

COMMENTS: 1. ███ DETAINEE HAS REFUSED TO ANSWER PERTINENT QUESTIONS FOR THE LAST
YEAR.  THIS INFORMATION WAS OBTAINED FROM PRIOR DRAFT REPORTS, PRIOR
INTERROGATOR AND ANALYST NOTES, AND DETAILS FROM RECENT INTERROGATIONS WITH THIS
REPORTER.  PRIOR REPORTING USED SOURCE NUMBER AS ██████
2. ███ THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT CONCERNING THIS IIR.
3. ███ FIELD COMMENT - ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
4. ███ REFER TO IIR 2 340 7315 02; IIR 2 340 7254 02; 2 340 7226 02; IIR 6 034
0065 03; IIR 6 034 0142 03; IIR 6 034 0446 03; IIR 6 034 0960 03 FOR ADDITIONAL
REPORTING FROM THIS DETAINEE.
5. ███ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION
FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS
TO FOCUS FURTHER INTERROGATION EFFORTS.  EVALUATIONS SHOULD BE SENT ████████████
████████ INFO COPIES ████████████████████████████████████████████████████████
████████████████████████████████████ ADDRESS ALL REQUESTS FOR RELEASE OF
INFORMATION OR FOR FURTHER DISSEMINATION ██████████████████████████████████████
████████████ OR EMAIL COMMENTS ████████████████████████████████████

COLL: ███ BH; DD; CA.

INSTR: ███ U.S. NO.

PREP: ███ ████████████

████████

███████████████████████████████████████████████████████████████████████
█████████████████████████ ████████████ █████████████████████████████████

ACQ: ████ ██████████████████████████████████████

DISSEM: ███ FIELD -- █████████████████████████████

WARNING: ▮▮▮ REPORT CLASSIFIED ~~S E C R E T   NOT RELEASABLE TO FOREIGN NATIONALS.~~

DRV FROM: DO HUMINT SCG, MARCH 02.

DECL: X1.

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN,                    )
                               )
     Petitioner,             )
                               )
v.                             )    Civil Action No. 08-1360 (RWR)
                               )
ROBERT GATES,                  )
                               )
     Respondent.             )
                               )

IIR 6 034 0308 04

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

SERIAL: (U) IIR 6 034 0308 04.

COUNTRY: (U) AFGHANISTAN (AF), PAKISTAN (PK).

IPSP: (U)

SUBJ: IIR 6 034 0308 04 - WEAPONS TRAINING AT CAMP KHALDEN IN
AFGHANISTAN (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED S E C R E T//NOFORN

------------------------------------------------------------------
                      DEPARTMENT OF DEFENSE
------------------------------------------------------------------
DOI: (U) 20000500.

REOS: (U)

SOURCE: (S//NF) // ISN US9SA-00200DP// A 25 YEAR OLD MALE WHO CLAIMS SAUDI
ARABIAN CITIZENSHIP WHO TRAVELED TO KASHMIR TO TRAIN AT QUBA TRAINING CAMP,
INTENDING TO FIGHT IN CHECHNYA, BUT CHANGED HIS PLANS AND FOUGHT WITH THE
TALIBAN. REPORTING RELIABILITY CANNOT BE CONFIRMED.

SUMMARY: (S//NF) DETAINEE TRAINED IN SMALL ARMS WEAPONS, LARGE CALIBER WEAPONS,
MORTARS, AND COMBAT TACTICS AT CAMP KHALDEN.  TRAINING LASTED FOR APPROXIMATELY
7 WEEKS. DETAINEE THEN WENT TO A TALIBAN ARMORY IN KWOST WHERE HE RECEIVED 2
WEEKS OF TRAINING ON THE T-54, T-55, AND BMP-1 SOVIET TANKS AND THEN PROCEEDED
TO THE FRONT LINES NORTH OF KABUL.

TEXT: 1. (S//NF) WEAPONS TRAINING. DETAINEE TRAINED ON SMALL ARMS WEAPONS FOR
APPROXIMATELY TWO WEEKS WITH 30 OTHER TRAINEES. WEAPONS TRAINING CONSISTED OF
ASSEMBLEING AND DISASSEMBLEING AK-47, RPK MACHINE GUN, PK MACHINE GUN AS WELL AS
RANGE TRAINING. TRAINING ON THE THIRD WEEK CONSISTED OF LARGE CALIBER WEAPONS.
DETAINEE WAS INSTRUCTED ON HOW TO OPERATE THE DSHK-38 12.5MM GUN AND THE ZPU-2
14.5 MM GUN. DETAINEE THEN RECEIVED 88 MM MORTAR TRAINING. THE LAST 4 WEEKS
CONSISTED OF COMBAT TRAINING. TRAINEES CONDUCTED SIMULATED ATTACKS, REGROUPING,
PATROL, HAND SIGNALS, AND AMBUSH TRAINING.
2. (S//NF) TRAINERS AT CAMP KHALDEN. THE CHIEF INSTRUCTOR AT CAMP KHALDEN WAS AN
ALGERIAN NAMED ABU MOHAMMED ((AL-GAZAIRI)). THE OTHER 3 INSTRUCTORS WERE OF
TURKMENISTAN, TAGIKISTAN, AND PALESTINIAN OR JORDANIAN BACKGROUND.
3. (S//NF) ARMOR TRAINING AT A TALIBAN ARMORY IN KHOST. AFTER COMPLETING WEAPONS
TRAINING AT CAMP KHALDEN, DETAINEE THEN WENT TO A TALIBAN ARMORY FOR ARMOR
TRAINING AT THE SUJESTION OF A FELLOW TRAINEE. THE FELLOW TRAINEE WAS ALGERIAN
BUT HAD LIVED IN EUROPE MOST OF HIS LIFE. TRAINING CONSISTED OF LEARING TO
OPERATE T-54, T-55 AND BMP-1 TANKS. TRAINING LASTED FOR APPROXIMATELY 2 WEEKS.
4. (S//NF) DETAINEE HAD LEFT A SAFEHOUSE IN RAWLBANDY, PAKISTAN AND TRAVELED
WITH AN INDIVIDUAL NAMED SALEEH ((LNU)) VIA COMERCIAL BUS TO A SAFEHOUSE IN
JALALABAD, AFGHANISTAN. THE SAFEHOUSE WAS A ONE-STORY FARMHCUSE IN JALALBAD ON
THE OUTSKIRTS OF TOWN, WITH A SMALL RIVER RUNNING BEHIND IT. DETAINEE STAYED FOR
APPROXIMATELY 7-10 DAYS BEFORE CONTINUING ON TO KABUL WHERE HE STAYED 1 NIGHT AT
AN UNKNOWN PLACE AND THEN PROCEEDING TO CAMP KHALDEN.

COMMENTS: 1. (U) DETAINEE WAS RELAXED AND FORTHCOMING WITH THE INFORMATION.
DETAINEE WAS VAGUE WITH SPECIFIC DETAILS DUE TO IT BEING 3 YEARS AGO. DETAINEE
HAS REPORTED TRUTHFULLY IN THE PAST.

2. ▬(C)▬ DETAINEE IS AVAILABLE FOR FURTHER CONTACT CONCERNING THE CONTENTS OF THIS
IIR. INDICATE DETAINEE AVAILABILITY FOR RECONTACT.
3. ▬(S)▬ SEE IIR 6 034 0229 04 ███████████ - DETAINEE SPENDS 7-10 DAYS WITH ABU
((ZABAYDA)) IN SAFEHOUSE ▬(S)▬ 221608Z NOV 03 FOR INFORMATION ABOUT SAFEHOUSE IN
RAWLBANDY PAKISTAN.
4. ▬(S)▬ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION
FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS
TO FOCUS FURTHER INTERROGATION EFFORTS.
5. ▬(S)▬ EVALUATIONS SHOULD BE SENT ████████████████████████ INFO COPIES ████
████████████████████████████████████████████████████████████████████████████
████████████████████ ADDRESS ALL REQUESTS FOR RELEASE OF INFORMATION OR FOR FURTHER
DISSEMINATION ████████████████████████████████████████ OR EMAIL
COMMENTS ████████████████████████████████████████████

COLL: ▬(U)▬ BH; DD; CA.
INSTR: ▬(U)▬ U.S. NO.
PREP: ▬(U)▬ ███
ACQ: ▬(U)▬ ████████████████████████████
DISSEM: ▬(U)▬ FIELD -- NONE
WARNING: ▬(U)▬ REPORT CLASSIFIED ▬S E C R E T//NOFORN-NOT RELEASABLE TO FOREIGN
NATIONALS▬

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

IIR 6 034 0355 04

SECRET//NOFORN

SERIAL: ██ IIR 6 034 0355 04.

COUNTRY: ██ AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: ██

SUBJ: IIR 6 034 0355 04 ██████ - DETAILS CONCERNING A MEETING THAT TOOK PLACE BETWEEN THE TALIBAN CHIEF OF STAFF, MULLAH MOHAMMAD FAZL, AND ABDUL HADI AL-IRAQI DURING THE SUMMER OF 2001 ██

WARNING: ██ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED ██████████████.

----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
----------------------------------------------------------------

DOI: ██ 20011100.

REQS: ██

SOURCE: ██ //ISN US9AF-000753DP// A 30-YEAR-OLD AFGHANI WHO WAS RESPONSIBLE FOR FINANCIAL MATTERS FOR A 10-PERSON TALIBAN TERRORIST CELL CREATED IN MARCH 2002 AND HEADED BY QARI ABDUL ((RAOUF)) AKA HAJI ((JAMSHID)). SOURCE PREVIOUSLY WORKED AS A TRANSLATOR FOR ABDUL ((HADI)) AL-IRAQI, A SENIOR AL-QAIDA MEMBER, AT THE ASHARA GUEST HOUSE IN KABUL, AF. SOURCE RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY: ██ DURING THE SUMMER OF 2001 MULLAH MOHAMMAD FAZL AND ABDUL HADI AL-IRAQI HAD A BRIEF MEETING IN KHWAJA GHAR DISTRICT, TAKHAR PROVINCE, AFGHANISTAN. HADI GAVE FAZL A STATUS REPORT FOR THE POSITION THAT HIS DIVISION COMMANDED ON THE FRONT LINES AGAINST THE NORTHERN ALLIANCE.

TEXT: 1. ██ SOURCE DESCRIBED A MEETING BETWEEN ABDUL ((HADI)) AL-IRAQI AND MULLAH MOHAMMAD ((FAZL)) THAT TOOK PLACE SOME TIME DURING THE SUMMER OF 2001. SOURCE WAS NOT SURE OF THE EXACT DATE BUT SAID IT TOOK PLACE A FEW MONTHS BEFORE THE 9-11 TERRORIST ATTACKS. THE MEETING WAS HELD IN A VILLAGE NEAR KHWAJA GHAR DISTRICT, TAKHAR PROVINCE, AFGHANISTAN. SOURCE ACTED AS A TRANSLATOR FOR THE MEETING BETWEEN HADI, WHO SPOKE ARABIC, AND FAZL WHO SPOKE PASHTU. FAZL WAS VISITING ALL THE COMMANDERS ON THE FRONT LINE AND GETTING STATUS REPORTS. HADI MET FAZL TO GIVE HIM A STATUS REPORT FOR THE POSITION HIS DIVISION COMMANDED ON THE FRONT LINE. HADI WAS THE DEPUTY COMMANDER OF THE 22ND DIVISION, A UNIT COMPRISED OF APPROXIMATELY 1,100 FOREIGN FIGHTERS. HADI TOLD FAZL EVERYTHING WAS IN ORDER AT HIS DIVISION'S POSITION ON THE FRONT LINE, AND THAT HE WOULD SUPPORT FAZL'S ORDERS TO LAUNCH AN ATTACK AGAINST THE NORTHERN ALLIANCE. THE MEETING WAS BRIEF. SOURCE SAID HE DID NOT EVEN HAVE TIME TO DRINK THE TEA PREPARED FOR HIM AT HIS MEETING. JUMABAI, WHO WAS COMMANDER OF THE 22ND DIVISION DID NOT ATTEND BECAUSE HE WAS IN DARULEMAN AT THE TIME OF THE MEETING.

COMMENTS: 1. ██ FIELD COMMENTS. THE INFORMATION REPORTED IS CONSIDERED PLAUSIBLE. THE SOURCE HAS REPORTED RELIABLY IN THE PAST.
2. ██ SOURCE WORKED WITH ABDUL ((HADI)) AL-IRAQI FROM 1997 UNTIL CAPTURED BY COALITION FORCES. SOURCE ANSWERED ALL QUESTIONS WITHOUT HESITATION.
3. ██ ALL REFERENCES TO PERSONALITIES, LOCATIONS, AND ORGANIZATIONS ARE PHONETIC APPROXIMATIONS.
4. ██ SOURCE IS AVAILABLE FOR RECONTACT.
5. ██ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION FROM THIS SOURCE SO WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS TO

FOCUS FURTHER INTERROGATION EFFORTS.  EVALUATIONS SHOULD BE SENT
████████ INFO COPIES ████

█████████████████████████████████████  ADDRESS ALL REQUESTS FOR RELEASE OF
INFORMATION OR FOR FURTHER DISSEMINATION █████████████████████████████████████
█████████████ OR EMAIL COMMENTS █████████████████████████████████

COLL: ███ BH; DD; CA.
INSTR: ███ U.S. NO.
PREP: ████████████████████████████████████████
ACO: ███
DISSEM: ████ FIELD -- NONE.
WARNING: ███ REPORT CLASSIFIED ████████████//(NOFORN) NOT RELEASABLE TO FOREIGN
NATIONALS.
DRV FROM: DO HUMINT SCG, MARCH 02
DECL: X1

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. )        Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )

IIR 6 034 0781 04

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

S E C R E T//NOFORN

SERIAL: (U) IIR 6 034 0781 04.

COUNTRY: (U) AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: (U)

SUBJ: IIR 6 034 0781 04 ███████████ - COORDINATION, TRAVEL, AND ATTENDANCE BY DETAINEE TO CAMP KHALDEN, AF, AND DIAGRAM OF CAMP KHALDEN (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED S E C R E T//NOFORN.

------------------------------------------------------------------------
                         DEPARTMENT OF DEFENSE
------------------------------------------------------------------------

DOI: (U) 20000500.

REQS: (U)

SOURCE: ████████ //ISN US9SA-000200DP//IS A 26 YEAR OLD MALE WHO CLAIMS SAUDI ARABIAN CITIZENSHIP WHO TRAVELED TO KASHMIR TO TRAIN AT QUBA TRAINING CAMP, INTENDING TO FIGHT IN CHECHNYA, BUT CHANGED HIS PLANS AND FOUGHT WITH THE TALIBAN. REPORTING RELIABILITY CANNOT BE CONFIRMED.

SUMMARY: ████████ DETAINEE TRAVELED TO CAMP KHALDEN TRAINING CAMP, VIA SAFEHOUSES IN RAWLBANDY, PK AND JALALABAD, AF. PROVIDED A DIAGRAM OF THE CAMP, AND DIRECTIONS FROM KHOWST, AF. ████████

TEXT: 1. (S/NF) IN MAY 2000, WHILE IN KASHMIR, PK, AN EGYPTIAN NAMED ABU MIRIAM ((AL-MUSRY)) GAVE THE DETAINEE THE PHONE NUMBER OF ABU ((ZABAYDA)), WHOM THE DETAINEE BELIEVED WAS SOMEONE WHO HELPED OTHERS RECEIVE MILITARY TRAINING. AL MUSRY INSTRUCTED THE DETAINEE TO CALL ZABAYDA TO ARRANGE FOR TRAINING, THOUGH AL MUSRY WAS NOT SPECIFIC IN THE TYPE OF TRAINING. THE DETAINEE CALLED ZABAYDA FROM PESHAWER, PK. ZABAYDA TOLD THE DETAINEE TO COME TO RAWALPINDI, PK ████████ THE DETAINEE TOOK A PUBLIC BUS FOR THE THREE TO FOUR HOUR DRIVE TO RAWALPINDI, A SUBURB OF ISLAMABAD, PK. UPON ARRIVAL AT RAWALPINDI, THE DETAINEE CALLED ZABAYDA AGAIN FROM A PUBLIC TELEPHONE. ZABAYDA ARRIVED AT THE BUS STATION IN A SMALL RED CAR, DRIVEN BY AN UNIDENTIFIED DRIVER, AND PICKED UP THE DETAINEE. DURING THE DRIVE TO ZABAYDA'S SAFEHOUSE, THE DRIVER TOOK A VERY CIRCUITOUS ROUTE. (DETAINEE COMMENT. THE DRIVER MAY HAVE DONE THIS TO KEEP ME FROM REMEMBERING THE ROUTE.) UPON ARRIVAL AT THE TWO-STORY BUILDING, WHICH WAS LOCATED DOWN A NARROW ROAD OR ALLEY, THE DRIVER HONKED THE HORN, AND THE COOK OPENED THE GATE INTO THE YARD. THE DETAINEE DID NOT RECOGNIZE ANY LANDMARKS OR OTHER DISTINGUISHING CHARACTERISTICS THAT WOULD HELP HIM REMEMBER THE LOCATION. THE SAFEHOUSE WAS FENCED IN, AND ONCE DETAINEE ENTERED, HE DID NOT LEAVE FOR APPROXIMATELY SEVEN DAYS. THESE SEVEN DAYS WERE SPENT WAITING FOR TRANSPORTATION TO AF FOR TRAINING. THE DETAINEE SPENT HIS TIME AT THE HOUSE READING, SLEEPING AND EATING. HE WAS NOT PERMITTED TO GO OUTSIDE OF THE HOUSE. ZABAYDA SEEMED TO BE A VERY SECRETIVE MAN, AND THE DETAINEE WAS UNABLE TO PROVIDE DETAILS ON HIM. THERE WERE A FEW OTHER MEN WHOM CAME TO VISIT ZABAYDA FOR A FEW HOURS, AND OCCASIONALLY OVERNIGHT.
2. (S/NF) AFTER APPROXIMATELY A WEEK AT THE SAFEHOUSE IN RAWALPINDI, THE

DETAINEE DEPARTED WITH AN AFGHANI OR PAKISTANI NAMED SALEEH (LNU). THEY TOOK A
TAXI TO THE THE BUS STATION IN RAWALPINDI, AND TRAVELED VIA COMMERCIAL BUS TO
THE AFGHANISTAN BORDER AT TOWR KHAM, AF. SALEEH AND THE DETAINEE WALKED ACROSS
INTO AFGHANISTAN, AND WERE NOT REQUIRED TO SHOW ANY PASSPORTS OR OTHER PAPERS.
AFTER CROSSING THE BORDER, SALEEH AND THE DETAINEE TRAVELED TO JALALABAD, AF,
VIA TAXI, AND STAYED AT AN UNIDENTIFIED SAFEHOUSE FOR A FEW DAYS TO A WEEK.
SALEEH STAYED THE FIRST NIGHT, AND THEN LEFT. THE DETAINEE HAS NEVER SEEN HIM
AGAIN. THE KEEPER OF THIS SAFEHOUSE WAS NAMED ABU SOFYAN (LNU). SOFYAN STAYED
INSIDE THE SAFEHOUSE DURING THE ENTIRE PERIOD, AND SPENT HIS TIME READING,
SLEEPING AND EATING. A MAN NAMED OSAID (LNU), EITHIER A YEMENI OR SAUDI, PICKED
UP THE DETAINEE FROM THIS SAFEHOUSE VIA A TAXI, AND TOOK HIM TO CAMP KHALDEN,
AF. THEY SPENT ONE NIGHT IN KABUL, AF, ON THE WAY, BEFORE CONTINUING ON TO CAMP
KHALDEN.
3.  ▆▆▆▆▆ CAMP KHALDEN IS LOCATED IN A MOUNTAINOUS AREA, APPROXIMATELY 45
MINUTES TO AN HOUR OFF TO THE RIGHT OF THE MAIN ROAD LEADING FROM KABUL TO
KHOST, AF▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆          THE TURN-OFF FOR THIS DIRT ROAD IS
APPROXIMATELY TEN MINUTES BEFORE ONE REACHES THE EDGE OF KHOST. THE CAMP IS IN
A NARROW VALLEY, BETWEEN TWO HILLSIDES, WITH APPROXIMATELY TEN METERS BETWEEN
THE TWO HILLS. WHEN ONE APPROACHES THE CAMP, THE ENTRANCE IS FLANKED BY THE
LATRINES ON THE RIGHT, AND A GUARDPOST ON THE LEFT. IMMEDIATELY TO THE LEFT OF
THE GUARDPOST IS A SMALL RIVERBED THAT CONTINUES THROUGH THE LENGTH OF THE CAMP.
 UPON ENTERING THE CAMP, THERE ARE FOUR TO SIX CAVES ON THE RIGHT, THAT SERVE AS
SLEEPING QUARTERS. EACH CAVE IS APPROXIMATELY FIVE METERS DEEP, AND
APPROXIMATELY TWO METERS IN HEIGHT. THERE IS ONE CAVE ON THE LEFT SIDE OF THE
CAMP, ACROSS THE RIVERBED, THAT SERVES AS THE MOSQUE AND TRAINING ROOM. THIS
CAVE IS APPROXIMATELY FIFTEEN METERS DEEP. BEYOND THE MOSQUE-CAVE, ARE TWO OR
THREE MORE CAVES, ON THE LEFT, THAT ALSO SERVE AS SLEEPING AREAS, AND ARE ABOUT
THE SAME SIZE AS THE OTHER SLEEPING CAVES. IF YOU CONTINUE OVER THE HILLS,
BEHIND THE MOSQUE, THERE IS A VILLAGE (NAME UNKNOWN) APPOXIMATELY TWENTY MINUTES
BY WALKING. APPROXIMATELY 100-150 METERS DOWN THE RIVERBED, AT THE FAR END OF
THE CAMP ARE FOUR MORE CAVES ON THE LEFT, THAT SERVE AS THE KITCHEN, THE
HEADQUARTERS, AND TWO DINING AREAS. ON THE RIGHT SIDE OF THE RIVERBED IS THE
FIRING RANGE FOR THE AK-47, RPK, AND PK. THE SIZE OF THIS FIRING RANGE WAS NOT
LARGE, PERHAPS 100 METERS BY 100 METERS. THERE WERE ONLY FOUR PERMANENT PARTY
TRAINERS AT CAMP KHALDEN, THE CHIEF INSTRUCTOR BEING AN ALGERIAN NAMED ABU
MOHAMMED ((AL-GAZAIRI)).


COMMENTS: 1.  ▆▆▆ FIELD COMMENTS. THE DETAINEE ANSWERED ALL QUESTIONS WITHOUT
HESITATION.
2.  ▆▆▆ THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT.
3.  ▆▆▆ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION
FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS
TO FOCUS FURTHER INTERROGATION EFFORTS.
4.  ▆▆▆ FOR DETAILED INFORMATION ON TRAINING AND SOME TRAINING INSTRUCTORS AT
CAMP KHALDEN REFER TO IIR 6 034 0308 04▆▆▆▆▆▆▆▆▆▆ - WEAPONS TRAINING AT CAMP
KHALDEN IN AFGHANISTAN ▆▆▆, DTG 061350Z DEC 03.
5.  ▆▆▆ EVALUATIONS SHOULD BE SENT ▆▆▆▆▆▆▆▆▆▆▆▆▆          INFO COPIES ▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆       ADDRESS ALL REQUESTS FOR
RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION ▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆     OR EMAIL COMMENTS ▆▆▆▆▆▆▆


COLL: ▆▆▆ BH; CA; DD.

UNCLASSIFIED//FOR PUBLIC RELEASE



```
INSTR:  ████ U.S. NO.
PREP:   ████████
ENCL:   ████
        ████████████████████████████████████████        ████████
                          ████████████
ACQ:    ████
DISSEM: ████ FIELD -- NONE. ████████████████████
WARNING: ████ REPORT CLASSIFIED S E C R E T //NOT RELEASABLE TO FOREIGN NATIONALS.
DRV FROM: ████ DO HUMINT SCG, SEP 03.
DECL:   ████ X1.
```

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
       )
    Petitioner, )
       )
v. )    Civil Action No. 08-1360 (RWR)
       )
ROBERT GATES, )
       )
    Respondent. )
       )

IIR 6 034 0822 04

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

S E C R E T//NOFORN

SERIAL: ▮▮▮ IIR 6 034 0822 04.

COUNTRY: ▮▮ AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: ▮▮

SUBJ: IIR 6 034 0822 04 ▮▮▮▮▮▮▮▮ - DETAINEE DISCUSSES KHALDAN CAMP CLOSING
AND HIS TIME AS TALIBAN COMMANDER ▮▮▮

WARNING: ▮▮▮▮ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED S E C R E T//NOFORN.

--------------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
--------------------------------------------------------------------

DOI: ▮▮▮ 20020324.

REQS: ▮▮▮

SOURCE: ▮▮▮▮▮▮ //ISN US9SU-000707DP//40-YR-OLD WHO CLAIMS CITIZENSHIP IN SUDAN.
WEAPONS INSTRUCTOR AT THE KHALDEN TRAINING CAMP NEAR KHOWST. CONTACT WITH MANY
MEMBERS OF AL QAIDA LEADERSHIP IN AF AND PK, BEFORE BEING CAPTURED AT A
SAFEHOUSE IN FAISALABAD, PK. SOURCE RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY: ▮▮▮▮▮▮ DETAINEE DISCUSSES TIME AS A TALIBAN COMMANDER AND DISCUSSES
KHALDAN CAMP'S SHUT DOWN.

TEXT: 1. ▮▮▮▮▮▮ DETAINEE'S TIME AS THE COMMANDER OF THE 70TH TALIBAN DIVISION.
1.A. ▮▮▮ MULLAH OMAR. MULLAH OMAR'S REAL NAME PRIOR TO BECOMING THE SUPREME
RULER OF THE TALIBAN WAS SHAHNAVZ ((TANAEE)). DETAINEE HEARD THIS WHILE WORKING
UNDERCOVER FOR GENERAL DOSTUM.
1.B. ▮▮▮▮▮▮ IT WAS FORBIDDEN FOR ANY TALIBAN UNITS TO GO TO DASHTE QALAA,
AFGHANISTAN BECAUSE OF FOREIGN SOLDIERS IN THAT AREA. AN ADDITIONAL REASON WAS
THE AREA WAS CONTINUOUSLY BEING BOMBED.
1.C. ▮▮▮ ANY TIME THE COMMAND HAD TO USE A VEHICLE, HIGHER RANKING TALIBAN WOULD
SUPPLY ONLY THE AMOUNT OF GAS NEEDED TO GET TO THE DESTINATION AND BACK.
1.D. ▮▮▮▮▮ UZBEKS DID NOT LIKE THE TALIBAN FOR TWO REASONS. ONE, THEY DID NOT
REPRESENT A DEMOCRACY BUT A DICTATORSHIP; A WHOLE NATION SUFFERED FOR ONLY WHAT
A FEW WANTED. TWO, THEY ENSLAVED THEIR MILITARY PERSONNEL. FOR EXAMPLE, THEY
WOULD GO TO VILLAGES AND ASK FOR 100 VOLUNTEERS. IF THE VILLAGE DID NOT PROVIDE,
THE TALIBAN BURNED THE WHOLE VILLAGE. THE DETAINEE WAS THEREFORE CHOSEN/FORCED
BY HIS VILLAGE ELDERS AS THE LEADER OF THE REQUESTED 100.
2. ▮▮▮▮ CAMP KHALDAN. CAMP KHALDAN WAS A STATIONARY CAMP, BUT TOWARDS THE END OF
AUGUST 1999, THE CAMP MOVED TO A DIFFERENT SPOT AROUND THE SAME AREA. THE
TALIBAN GOVERNMENT THEN ORDERED THE CAMP MOVED TO KABUL A FEW WEEKS LATER. THE
EMIR OF THE CAMP, IBN AL SHEIKH AL-LIBI, WENT TO KABUL TO LOOK FOR A SUITABLE
CAMP LOCATION BUT THE TALIBAN ORDERED HIM TO MOVE INTO AN OLD KABUL BRICK
FACTORY. THE PURPOSE OF MOVING THE CAMP TO KABUL WAS TO FORCE TRAINEES TO DEFEND
KABUL AGAINST THE NORTHERN ALLIANCE.
2.A. ▮▮▮ MOVING KHALDAN. THE FIRST THING WAS TO MOVE LIGHT WEAPONS BY CAR OVER

pg 1 of 2

Exhibit ___ R16

THE COURSE OF THREE TO FOUR WEEKS. WHAT WAS LEFT OF THE CAMP WAS THEN MOVED TO
THE CITY OF KHOWST. BECAUSE MOST OF THE TRAINEES DID NOT WANT TO FIGHT WITH THE
TALIBAN, ONLY 20 PEOPLE REMAINED IN CAMP. THEN THE TALIBAN GOVERNMENT BECAME
UPSET AND TOLD IBN AL SHEIKH AL-LIBI TO STOP TRAINING ALTOGETHER.
3. ████████DETAINEE ATTENDS A MEETING WHICH ANNOUNCES KHALDAN'S CLOSING. DETAINEE
RECEIVED A LETTER IN JUNE OR JULY OF 2000 FROM IBN AL SHEIKH AL-LIBI TO ATTEND A
MEETING AT A WAZIR AKBAR KHAN, KABUL HOUSE. THE MEETING WAS ATTENDED BY
DETAINEE, A TAJIKISTAN NAMED ((ABDUL-RAHMAN)) WHO WAS A WEAPONS TRAINER,
((ABU-MOHAMMED)) FROM ALGERIA WHO TRAINED IN MOUNTAIN WARFARE WEAPONS AND
EXPLOSIVES, AN OLD RUSSIAN VETERAN ((ABU-YAHIA)), IBN AL SHEIKH ((AL-LIBI)), ABU
((ZUBAYDA)), AND AN U/I PERSON WHO WAS AN OLD FIGHTER. THEY WERE INFORMED THAT
THE TALIBAN GOVERNMENT DID NOT WANT TO REOPEN CAMP KHALDAN, AND IT WAS
SUBSEQUENTLY CLOSED IN JULY OF 2000. THE MEETING LASTED TWO HOURS.

COMMENTS: 1. ██(U)██ FIELD COMMENTS. THIS INFORMATION WAS TAKEN FROM AN INTERVIEW██
██████████ WHICH WAS NEVER PREVIOUSLY REPORTED.
2. █████THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT.
3. ██(U)██ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION
FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS
TO FOCUS FURTHER INTERROGATION EFFORTS.
4. ██(U)██ EVALUATIONS SHOULD BE SENT ████████████████████████INFO COPIES.████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████ADDRESS ALL REQUESTS FOR
RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION ██████████████████████
████████████████████OR EMAIL COMMENTS██████

COLL: ██(U)██ BH; CA; DD.
INSTR: ████ U.S. NO.
PREP: ██
ACQ: ██
DISSEM: ████ FIELD -- NONE.
WARNING: ██(U)██ REPORT CLASSIFIED ██████████//██. ██████████████████████████
DRV FROM: ██(U)██ DO HUMINT SCG, SEP 03.
DECL: ██(U)██ X1.

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN HUSAYN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1360 (RWR) |
| ROBERT GATES, | ) |
| Respondent. | ) |

IIR 6 034 0827 04

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

CONFIDENTIAL//REL TO 

RUEONFF2028

R 091829Z MAY 05
FM CJTF GTMO
TO RHEFDIA/DIA WASHINGTON DC

DMO Exhibit 31
Page 1 of 4

CONFIDENTIAL//REL TO

CONFIDENTIAL//REL TO ██████

BT

C O N F I D E N T I A L ███████████ IV ██

CONFIDENTIAL//REL TO

C O N F I D E N T I A L - REL TO

SERIAL: ██ IIR 6 034 0827 04.

C O R R E C T E D R E P O R T (CHANGE TO CLASSIFICATION)

COUNTRY: ██ AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: ██

SUBJ: IIR 6 034 0827 04 ████████ - KHALDAN WEAPONS TRAINERS AND
RETREAT TO ABU ZUBAYDAH'S FAISALALABAD GUESTHOUSE -CORRECTED REPORT
██

WARNING: ██ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.
REPORT CLASSIFIED C O N F I D E N T I A L//RELEASABLE TO ██████

-------------------------------------------------------------------
DEPARTMENT OF DEFENSE
-------------------------------------------------------------------
DOI: ██ 20020324.

REQS: ██

SOURCE: ██ ██████ //ISN US9SU-000707DP//40-YR-OLD WHO
CLAIMS CITIZENSHIP IN SUDAN. SOURCE CLAIMED TO ORIGINALLY TRAVEL TO
AFGHANISTAN IN 94. WEAPONS INSTRUCTOR AT THE KHALDEN TRAINING CAMPNEAR
KHOWST. CONTACT WITH MANY MEMBERS OF AL QAIDA LEADERSHIP IN AF
AND PK, BEFORE BEING CAPTURED AT A SAFEHOUSE IN FAISALABAD, PK.
SOURCE RELIABILITY HAS NOT BEEN DETERMINED.

DMO Exhibit 31
Page 2 of 4

CONFIDENTIAL//REL TO ██████

CONFIDENTIAL//REL TO

SUMMARY: ████ ████████ DETAINEE LISTS WEAPONS TRAINERS AT KHALDAN AND HIS RETREAT AS 70TH TALIBAN COMMANDER TO ABU ZUBAYDAH'S FAISALALABAD GUESTHOUSE.

TEXT: 1. ████ ████████ WEAPONS TRAINING AT KHALDAN. DETAINEE LEARNED MILITARY TRAINING AND COMPASS READING. TOPOGRAPHY WAS NOT TAUGHT BECAUSE THERE WAS NOBODY WHO POSSESSED THAT KNOWLEDGE. DETAINEE TAUGHT KALISHNIKOVS AND 75 AND 82MM MORTARS (FIELD COMMENT - ACCORDING TO GUANTANAMO BAY ISN US9FR-000371DP, THIS DETAINEE ESSENTIALLY RAN KHALDAN. ALTHOUGH IBN SHEIHK AL-LIBI FINANCED THE CAMP, THIS DETAINEE MANAGED IT).

1.A. ████ ████████ KHALLAD. DETAINEE ARRIVED ABOUT TWO TO THREE MONTHS EARLIER THAN KHALLAD BACK IN 1994. HE WAS IN A DIFFERENT GROUP THAN DETAINEE. KHALLAD CAME FOR ONE MONTH OF TRAINING THEN LEFT. HE TRAINED IN THE AK-47 AND PK.

1.B. ████ ████████ ABDUL RAHMAN. HE TAUGHT ARTILLERY THROUGH 1998-1999. HE WAS FIVE FOOT NINE INCHES TALL AND 180 POUNDS.

1.C. ████ ████████ ABU MOHAMMED. HE TAUGHT GUERILLA MOUNTAIN WARFARE FROM 1997-1999. HE WAS SIX FOOT TALL, PORTLY, LIGHT SKINNED AND OF MOROCCAN ANCESTRY.

1.D. ████ ████████ ABU YAHIA. HE WAS AT THE CAMP AROUND 1996 AND CONSIDERED AN ADVISOR. HE WAS A VETERAN JIHADIST WITH PLENTY OF EXPERIENCE FROM THE RUSSIAN OCCUPATION. HE WAS CLOSE TO 50 YEARS OLD. IBN AL SHEIKH AL LIBI ASKED ABU YAHIA TO HELP IN THE CAMP BECAUSE HE WAS A FRIEND.

2. ████ ████████ ABU ZUBAYDA'S FAISALALABAD GUESTHOUSE. DETAINEE WAS THE 70TH TALIBAN COMMANDER AND RETREATED BY CAR TO KHOWST, THEN STAYED ONE WEEK IN ZIRMAT. HE WAS TAKEN IN ANOTHER CAR TO BIRMEL, AFGHANISTAN WHERE HE STAYED TWO WEEKS. HE AND OTHERS SNUCK ACROSS THE BORDER AT NIGHT TO BANU, PAKISTAN, WHERE ABU ZUBAYDAH WAS WAITING FOR THEM WITH TRANSPORTATION (FIELD COMMENT - ACCORDING TO OTHER DETAINEES AT GUANTANAMO, THE ROUTE DETAINEE INTIALLY TOOK MAY HAVE BEEN TO PICK UP AND DROP OFF TROOPS). FROM BANU, THE GROUP CONTINUED TO LAHORE FOR ONE MONTH AND FINALLY TO THE FAISALALABAD GUESTHOUSE.

2.A. ████ ████████ JOSE ((PADILLA)) (FIELD COMMENT - PADILLA IS A US PERSON). AS PREVIOUSLY REPORTED, DETAINEE KNEW JOSE PADILLA AS ABDULLAH MUHAJIR WHILE IN LAHORE AND FAISALABAD. HOWEVER, DETAINEE WANTED TO EXPLAIN THIS WAS NOT THE SAME ABDULLAH MUHAJIR THAT TAUGHT AT KHALDAN.

2.B. ████ ████████ DETAINEE'S PASSPORT. DETAINEE WAS GIVEN A SOMALI PASSPORT BY AN UNIDENTIFIED PERSON WHO WAS CONCERNED HE HAD NO TRAVEL DOCUMENTS. DETAINEE ACCEPTED IT BUT DID NOT THINK IT WAS VALUABLE BECAUSE HE HAD NO DESIRE TO GO TO SOMALIA.

3. ████ ████████ ABU ATTA. ABU ATTA COURIERED TO THE KHALDAN CAMP FOR UBL.

COMMENTS: 1. ████ FIELD COMMENTS. INFORMATION FROM THIS DETAINEE WAS OBTAINED IN AN INTERVIEW ████████ BUT WAS NEVER PREVIOUSLY REPORTED.

2. ████ THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT.

DMO Exhibit 31
Page 3 of 4

CONFIDENTIAL//REL TO

CONFIDENTIAL//REL TO ███████████

3. ██ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE
INFORMATION FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO
OBTAIN FOLLOW-UP QUESTIONS TO FOCUS FURTHER INTERROGATION EFFORTS.
4. ██ EVALUATIONS SHOULD BE SENT████████████████       INFO
COPIES

                                              ADDRESS ALL ██████
REQUESTS FOR RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION ████
                                              OR EMAIL COMMENTS

5. ██ THIS IIR REPLACES IIR 6 034 0827 04 DTG 041504Z MAR 04. PLEASE
DESTROY ALL PREVIOUS VERSIONS OF IIR 6 034 0827 04.

COLL: ██ BH; CA; DD.

INSTR: ██ U.S. YES 5.

PREP: ██ ████████

ACQ: ██ ████████████████

DISSEM: ██ FIELD -- NONE.

WARNING: ██ REPORT CLASSIFIED C O N F I D E N T I A L  RELEASABLE
██████████

DRV FROM: DH SCG, OCT 2004

DECL: 25X1-HUMAN, MR
BT
#2029
8E6A

CONFIDENTIAL//REL TO ████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. )  Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )

IIR 6 034 0869 04

SECRET//NOFORN

UNCLASSIFIED//FOR PUBLIC RELEASE

Ex. 95 - cleared 707 IIR 6 034 0869 04.txt

S E C R E T //REL TO ▓

SERIAL: (U) IIR 6 034 0869 04.

PASS: (U) ▓

COUNTRY: (U) AFGHANISTAN (AF); ALGERIA (AG); FRANCE (FR); LIBYA (LY); SAUDI
ARABIA (SA).

IPSP: (U) ▓

SUBJ: IIR 6 034 0869 04 ▓ - INFORMATION ON TWO TRAINING CAMPS, TWO
SAFE HOUSES, AND TWO LEADERS, AND THE LINKS BETWEEN THEM, IN AFGANISTAN (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED S E C R E T //REL TO ▓

---------------------------------------------------------------------
                       DEPARTMENT OF DEFENSE
---------------------------------------------------------------------
DOI: (U) 20040303.

REQS: ▓

SOURCE: (S//NF) //ISN US9FR-000371DP//IS A 32-YR-OLD WHO CLAIMS FRENCH
CITIZENSHIP, AND IS OF ALGERIAN DESCENT. THE RELIABILITY OF THE DETAINEE IS
UNDETERMINED.

SUMMARY: (C//REL ▓ DETAINEE PROVIDED INFORMATION ON TWO TRAINING CAMPS, SAFE
HOUSES, LEADERS, AND THE LINKS BETWEEN THEM, IN AFGHANISTAN.

TEXT: 1. (C//REL ▓ WHEN SHOWN A PHOTO OF US9SU-000707DP, DETAINEE IDENTIFIED
THE PERSON IN THE PHOTO AS IKRIMA, DESCRIBING HIM AS A DIRECTOR OF THE KHALDEN
CAMP IN AFGHANISTAN. IKRIMA WAS NOT A TRAINER, BUT THE HEAD OF THE CAMP,
MANAGING IT. DETAINEE NEVER SAW IKRIMA TRAIN TRAINEES. IKRAMA BOUGHT FOOD,
DIRECTED THE MISSIONS OF THE CAMP, AND TOOK CARE OF THE YOUNG TRAINEES. HE WAS
A PERMANENT MEMBER OF THE CAMP. HE DIDN'T SPEAK MUCH, BUT RATHER MANAGED THE
CAMP. HE HAD A RELATIONSHIP WITH THE TRAINERS, BUT NOT WITH THOSE THEY TRAINED.
HIS POSITION WAS ABOVE THAT OF THE TRAINERS. HE DIRECTED THE CAMP TOGETHER
WITH BENSHIR SHEIK ((AL-LIBI)).

2. (C//REL ▓ BENSHIR SHEIK AL-LIBI ONLY CAME TWICE TO THE KHALDEN CAMP TO
SEE HOW THINGS WERE GOING. HE WAS THE OWNER OF THE CAMP, ABOVE IKRIMA.

3. (C//REL ▓ AL-LIBI IS LIBYAN AND HIS CAMP, THE KHALDEN CAMP, IS THE CAMP
OF THE LIBYANS.
THE KHALDEN CAMP CLOSED IN MID-MAY 2000. IKRIMA ANNOUNCED THE CAMP CLOSURE.
AFTERWARDS, THE TRAINEES WENT TO A BRICK FACTORY (NFI) IN KABUL, AF, WHERE THEY
WERE SUPPOSED TO CONTINUE THEIR TRAINING, BUT THEY NEVER DID.

4. (C//REL ▓ THE TRAINING CAMP SYSTEM WAS ORGANIZED ACCORDING TO LINKS WITH
THEIR RESPECTIVE HOUSES. THE JALALABAD OR ALGERIAN HOUSE, RUN BY JAFAR, WAS
LINKED TO THE KHALDEN CAMP, WHICH WAS LIBYAN. TRAINEES WOULD TRAVEL BACK AND
FORTH BETWEEN THE JALALABAD HOUSE AND THE KHALDEN CAMP. IN TURN, THE AL FAROOQ
CAMP OF KANDAHAR WAS LINKED IN THE SAME WAY WITH THE KANDAHAR HOUSE OF THE
SAUDIS. TRAINEES FROM THE AL FAROOQ CAMP WOULD TRAVEL BACK AND FORTH BETWEEN
THE AL FAROOQ CAMP AND THE KANDAHAR HOUSE.

                              Page 1

UNCLASSIFIED//FOR PUBLIC RELEASE

Ex. 95 - cleared 707 IIR 6 034 0869 04.txt
COMMENTS: 1. ███████ FIELD COMMENTS: THE DETAINEE ANSWERED ALL QUESTIONS
WITHOUT HESITATION. THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT.

2. ████████ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE
INFORMATION FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN
FOLLOW-UP QUESTIONS TO FOCUS FURTHER INTERROGATION EFFORTS.

3. ██████ EVALUATIONS SHOULD BE SENT ███████████████ INFO COPIES
██████████████████████████████████████
███████████████ ADDRESS ALL REQUESTS FOR
RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION ████████████████
OR EMAIL COMMENTS ████
████████████████████

COLL: ██ BH; CA; DD.
INSTR: ██ U.S. NO.
PREP: ██
ACQ: ██
DISSEM: ██ FIELD -- NONE.

WARNING: ██ REPORT CLASSIFIED S E C R E T//RELEASABLE TO ████
███████████

DRV FROM: ██ DO HUMINT SCG, SEP 03.
DECL: ██ X1.

Page 2

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN HUSAYN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1360 (RWR) |
| | ) | |
| ROBERT GATES, | ) | |
| | ) | |
| Respondent. | ) | |

IIR 6 034 1399 04

SECRET//NOFORN

SERIAL: ▓▓▓ IIR 6 034 1399 04.

COUNTRY: ▓▓▓ AFGHANISTAN (AF); PAKISTAN (PK); SAUDI ARABIA (SA).

IPSP: ▓▓▓

SUBJ: IIR 6 034 1399 04 ▓▓▓▓▓▓▓▓ - AL QAIDA RECRUITEE FROM AN UPPER MIDDLE
CLASS SAUDI FAMILY ▓▓▓

WARNING: ▓▓▓ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

------------------------------------------------------------------------
                        DEPARTMENT OF DEFENSE
------------------------------------------------------------------------
DOI: ▓▓▓ 20011100.

REQS: ▓▓▓▓

SOURCE: ▓▓▓▓▓▓▓▓▓▓▓ //ISN US9SA-000696DP//A 26-YEAR-OLD SAUDI NATIONAL
WITH A DEGREE AND FORMER EMPLOYMENT AS AN ELECTRICAL ENGINEER.  DETAINEE WENT TO
AFGHANISTAN AFTER 11 SEPTEMBER 2001, TO FIGHT AMERICANS AND WAS AIDED IN HIS
TRAVEL BY KNOWN FACILITATORS AND THEN TRAINED IN MILITARY WEAPONS AND EXPLOSIVES
BY KNOWN HIGH-RANKING AL QAIDA PERSONNEL.

SUMMARY: ▓▓▓▓▓▓▓▓▓▓▓▓ DETAINEE WAS RECRUITED IN RIYADH AND PLANNED ON
BEING A MATYR.  DETAINEE MAINTAINED ALLEGIANCE EVEN WHEN HE KNEW THAT AL QAIDA
MEMBERS WERE LYING TO HIM.

TEXT: 1. ▓▓▓▓▓▓▓▓▓▓ DETAINEE WAS A MEMBER OF AL QAIDA AND TRAVELED BY
AL QAIDA FACILITATION FROM SAUDI ARABIA TO AFGHANISTAN AND PAKISTAN.  DETAINEE
HAS ADMITTED KNOWING THAT THESE WERE AL QAIDA MEMBERS AND THAT THEY WERE NOT
LEGALLY TRANSPORTING AND AIDING PERSONNEL.  DETAINEE STATED LOYALTY TO ISLAM AND
MUSLIM BROTHERS, NOT NECESSARILY TO AL QAIDA.
----------------------------TEAR LINE-----------------
2. ▓▓▓▓▓▓ DETAINEE WAS FROM RIYADH, SAUDI ARABIA (SA), ▓▓▓▓▓▓▓▓▓▓▓ AR
RAWDAH NEIGHBORHOOD.  HE WAS AN APPRENTICE ELECTRICAL ENGINEER FOR THE SAUDI
ELECTRIC COMPANY IN RIYADH.  HE HAD NO OTHER EMPLOYMENT.  DETAINEE CONSIDERED
HIMSELF FINANCIALLY SECURE.  ADDITIONALLY, HIS FAMILY WAS UPPER MIDDLE CLASS AND
RELATED TO THE ROYAL FAMILY.  DETAINEE WAS RAISED AS ISLAMIC, WAHABI.
----------------------------TEAR LINE-----------------------------
3. ▓▓▓▓▓▓ EDUCATION.  BACHELORS DEGREE IN ELECTRICAL ENGINEERING,
JANUARY 1995, KING SAUD UNIVERSITY, RIYADH, SA.  FROM 1992-1995, KING FAHD HIGH
SCHOOL, RIYADH, SA, DIPLOMA, GENERAL EDUCATION.
4. ▓▓▓▓▓▓ DETAINEE WAS MARRIED FOR A SHORT PERIOD BEFORE
INVOLVEMENT WITH AL QAIDA.  HOWEVER, DETAINEE'S WIFE HAD MOVED BACK WITH HER
FATHER.  WIFE'S FATHER WAS ALSO DETAINEE'S UNCLE FIRST DEGREE SEPARATION.
(INTERROGATOR COMMENT ▓▓▓▓▓▓▓▓▓▓▓▓▓ DETAINEE'S REACTIONS IN INTERVIEWS
INDICATED A RIFT BETWEEN THE FAMILY BRANCHES ON THE FATHER'S SIDE AND POSSIBLY
DETAINEE'S WIFE'S IMMEDIATE FAMILY BEING MORE FUNDAMENTALLY DEVOUT THAN
DETAINEE'S IMMEDIATE FAMILY.  DETAINEE FREQUENTLY ENCOURAGED HIS FAMILY MEMBERS

TO STOP WATCHING TELEVISION, WEARING WESTERN CLOTHING, ETC. DETAINEE ALSO
PRAISED HIS IN-LAWS FOR THEIR MORE DEVOUT FOLLOWING OF STRICT ISLAMIC
GUIDELINES.

5. (S//REL) ██████ DETAINEE CLAIMED TO HAVE BEEN PERSUADED BY A VIDEO TAPE
HE BOUGHT IN A MARKET, A SPEECH FROM GEORGE ((BUSH)) USING THE TERMINOLOGY
--CRUSADE-- AND MEETING ABU ((ABDULLAH)) AT AN INTERNET CAFE. DETAINEE HAD
NOTICED ABDULLAH VISITING A SITE CONCERNED WITH JIHAD IN CHECHNYA.

6. (C//REL) ██████ DETAINEE WAS RECRUITED VIA A VIDEO TAPE AND A RECRUITER
AT THE EL JELSA INTERNET CAFE IN RIYADH ██████ SA.
DETAINEE WAS ALREADY INTERESTED AND APPROACHED THE RECRUITER. DETAINEE MET THE
RECRUITER THREE TIMES AT THE CAFE. (FIELD COMMENT - DETAINEE REFUSED TO
IDENTIFY WHO TOLD HIM ABOUT THE CAFE AND WHO TO LOOK FOR THERE.)

7. (S//REL) ██████ DETAINEE CLAIMED THAT THE U.S. POLITICAL SPEECH USE OF
THE WORD CRUSADE INCITED MUCH OF THIS. DETAINEE CLAIMED THAT SINCE THE POPE HAD
SANCTIONED THE WAR ON TERRORISM AFTER 11 SEPTEMBER 2001, THEN IT WAS A RELIGIOUS
WAR AND DETAINEE WAS OBLIGATED AS A MUSLIM TO FIGHT. (DETAINEE COMMENT - WE
WERE TOLD NOT TO WATCH TELEVISION, THE NEWS WAS NOT IMPORTANT, THAT ONLY GETTING
TO AFGHANISTAN WAS IMPORTANT. BUT WE WATCHED CABLE NEWS NETWORK BEFORE PRAYER
SO I KNEW THIS WAS NOT TRUE, BUT I CAN THINK OF A THOUSAND REASONABLE
EXPLANATIONS FOR THAT. I THINK HE, SALAH, WAS SAYING THIS TO KEEP OUR SPIRITS
HIGH.)

8. (S//REL) ██████ DETAINEE CONFESSED TO NOT PLANNING TO RETURN TO SA
ALIVE AND TO BE REWARDED IN HEAVEN. DETAINEE FURTHER ACKNOWLEDGED, SEEMINGLY
SHAMEFUL, THAT HE HAD PLANNED TO BE A MARTYR. DETAINEE HAD NOT MADE
ARRANGEMENTS SO THAT HIS WIFE COULD MARRY ANYONE ELSE.

9. (S//REL) ██████ DETAINEE WANTED TO BECOME A MARTYR IN AFGHANISTAN.
DETAINEE WAS CAPTURED AT A SAFE HOUSE IN FAISALABAD
██████ PAKISTAN (PK) WITH AL QAIDA LIEUTENANT ABU
((ZUBAIDAH)), OTHER ELECTRICAL ENGINEERS, EXPLOSIVES SPECIALISTS, ELECTRONICS
EQUIPMENT, AND HAND WRITTEN TRAINING MANUALS. (FIELD COMMENT - DETAINEE
ADMITTED, THEN LATER RECANTED, THAT HE HAD WRITTEN ONE OF THE TRAINING BOOKS IN
THE HOUSE.)

10. (S//REL) ██████ DETAINEE BELIEVES THAT ALL THINGS IN LIFE ARE THE
DECISION OF ALLAH. (FIELD COMMENT - AGAIN DETAINEE ESPOUSED FATE FROM IDEOLOGY;
HOWEVER, AS DETAINEE'S PLANS TO SERVE ALLAH AS A MARTYR WAS BROUGHT UP, AND THAT
HE WOULD NEVER BE LET TO BECOME A MARTYR, DETAINEE BEGAN TO CONSIDER AND REACT
MORE TO THE POSSIBILITIES THAT HIS OWN DECISIONS AND ACTIONS WOULD AFFECT HIS
LIFE. DETAINEE WAS MOST EMOTIONAL WHEN THE EFFECTS OF HIS ACTIONS HAVE AFFECTED
HIS WIFE.)

11. (S//REL) ██████ DETAINEE TRAINED AT A CAMP JUST NORTH OF KABUL.
ENROUTE TO THE TRAINING CAMP, DETAINEE STAYED IN HOTELS FOR SHORT PERIODS OF
TIME AND IN SAFE HOUSES FOR LONGER PERIODS OF TIME. DETAINEE WAS ALSO RECEIVING
TRAINING AND LEARNING TO TRAIN OTHERS AT THE HOUSE HE WAS CAPTURED IN.

12. (S//REL) ██████ DETAINEE CLAIMED THERE WERE NO PROMISES OF BENEFIT ON
THIS EARTH FOR HIS FAMILY. DETAINEE CLAIMED HE DID NOT KNOW OF ANYONE THAT HAD
BEEN MADE SUCH PROMISES BUT THOUGHT THAT PERHAPS FOR MORE POOR PERSONS THIS
COULD HAVE BEEN USED AS AN INCENTIVE.

13. (S//REL) ██████ DETAINEE CLAIMED THAT HIS LOYALTY WAS NOT TO AL QAIDA,
BUT TO ISLAM ITSELF, AL QAIDA WAS ONLY THE NAME OF ONE ORGANIZATION OF MORE PURE
FOLLOWERS OF ISLAM WILLING TO CARRY OUT ALLAH'S WILL. THERE WERE FAR MORE SUCH
FOLLOWERS THAN IN THE AL QAIDA NETWORK.

14. (S//REL) ██████ ANY INDIVIDUAL THAT WAS NOT FOLLOWING THE WAHABI
BRANCH OF ISLAM WAS AN ENEMY AND ONLY THOSE FOLLOWING WAHABISM WERE FRIENDS.
ANY MUSLIMS THAT WORKED WITH INFIDELS SUCH AS AMERICANS WERE WORSE THAN NON
MUSLIMS. DETAINEE FELT MORE STRONGLY ABOUT HIS DEFINITIONS OF FRIENDS AND
ENEMIES AFTER JOINING AND TRAVELING WITH AL QAIDA.

15. (S//REL) ██████ THE LARGEST ENEMY OF ISLAM, AND THEREFORE OF THE

DETAINEE, WAS AMERICA.  THOUGH THE PERCEPTION WAS THAT AMERICA WAS A GREAT AND
POWERFUL NATION, NO ONE IS MORE POWERFUL THAN PURE FOLLOWERS OF ISLAM.



COMMENTS: 1.  (C//REL    FIELD COMMENT - REFERENCE PARAGRAPH 12.

2.  (C//REL    THE DETAINEE ANSWERED ALL QUESTIONS.  DETAINEE HAS
BEEN DECEPTIVE IN THE PAST AND EVADED SOME QUESTIONING IN REFERENCE TO THIS
REPORT.
3.  (C//REL    THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT BUT HAS
NOT BEEN RESPONSIVE TO OTHERS AND HAS BECOME VIOLENT ON OCCASSION.  THIS REPORT
COMPLETELY ANSWERS QUESTIONS
4.  (C//REL    FOR ADDITIONAL INFORMATION ON THE DETAINEE AND AL
QAIDA SEE IIR 6 034 1226 03 AND IIR 6 034 1279 03.  FOR A PHYSICAL DESCRIPTION
OF ABDULLAH SEE IIR 6 034 1226 03.  FOR ADDITIONAL INFORMATION ON THE EL JELSA
INTERNET CAFE AND ITS LOCATION, SEE IIR 6 034 1279 03.  FOR MORE INFORMATION ON
THE SAFE HOUSE, THE NEWS CAST WATCHED, AND DETAINEE'S REACTION, SEE IIR 6 034
1279 03.  FOR INFORMATION ON THIS SAFE HOUSE AND DETAINEE'S REACTIONS TO
INCORRECT INFORMATION FROM OTHER AL QAIDA MEMBERS, SEE IIR 6 034 0960 03.  FOR
MORE INFORMATION ON THE CAMP NORTH OF KABUL, SEE IIR 2 340 7254 02.
5.  (C//REL    THOUGH DETAINEE PROFESSES IDEOLOGICAL REASONS
    TELLING HIS FAMILY TO GIVE UP TELEVISION, HIS MOTIVATION SEEMS TO
FILL MORE EMOTIONAL NEEDS THAN IDEOLOGICAL THEMES.  DETAINEE HAD MORE THAN ONE
BROTHER WITH AT LEAST SOME SUCCESS AT WORK AND WITHIN THE FAMILY.  DETAINEE'S
RELATIONSHIP WITH HIS FATHER,
FAMILY'S LOWER ADHERENCE TO MORE STRICT ISLAMIC CODES AND TOLERANCE OF WESTERN
CULTURE, COULD BE AN INDICATION OF DETAINEE FEELING A NEED FOR INCLUSION.
ADDITIONALLY, DETAINEE SHOWED STRONG EMOTION ON THE SUBJECT OF HIS WIFE AND HIS
ADMITTED INTENTION OF BECOMING A MARTYR.  THOUGH DETAINEE SHOWED MANY
INDICATIONS FOR HIS REASONS BEING IDEOLOGICAL, DETAINEE HIMSELF WATCHED CABLE
NEWS NETWORK WHILE STAYING AT A SAFE HOUSE AND BEING DIRECTED NOT TO WATCH
TELEVISION.
6.  (U) ADDRESS ANY QUESTIONS CONCERNING THE CONTENTS OF THIS IIR
    ALL FORMAL EVALUATIONS SHOULD BE
SENT    INFO COPIES
    ADDRESS
ALL REQUESTS FOR RELEASE OF INFORMATION OR FOR FURTHER DISSEMINATION
    OR EMAIL COMMENTS


COLL: (U) BH; CA; DD.
INSTR: (U) U.S. YES 2.
PREP: (U)
ACQ: (U)
DISSEM: (U) FIELD -- NONE.
WARNING: (U) REPORT CLASSIFIED S E C R E T//NOT RELEASABLE TO FOREIGN NATIONALS.
DRV FROM: (U) DO HUMINT SCG, SEP 03.
DECL: (U) X1.

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAYN HUSAYN, )
)
Petitioner, )
)
v. ) Civil Action No. 08-1360 (RWR)
)
ROBERT GATES, )
)
Respondent. )

IIR 6 034 0151 05

SECRET//NOFORN

C O N F I D E N T I A L//RELEASABLE TO ██████████

SERIAL: ██ IIR 6 034 0151 05.

COUNTRY: ██ AFGHANISTAN (AF).

IPSP: ██ ████████████

SUBJ: IIR 6 034 0151 05 ████████ - DETAINEE ATTENDANCE AT KHALDEN TRAINING
CAMP, AFGHANISTAN, AS A SAUDI JIHADIST ███

WARNING: ██ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT CLASSIFIED ██ C O N F I D E N T I A L//REGRADED TO ██████████

--------------------------------------------------------------------
                     DEPARTMENT OF DEFENSE
--------------------------------------------------------------------
DOI: ██ 20000500.

REQS: ██

SOURCE: ████████ //ISN ██ SA-00020█ /SAUDI ARABIAN CITIZEN BORN
IN 1978, WHO TRAINED AT QUBA TRAINING CAMP, KASH██, PAKISTAN AND AT KHALDEN
TRAINING CAMP NEAR KHOST, AFGHANISTAN. DETAINEE HAD ACCESS TO THIS INFORMATION
THROUGH ASSOCIATION WITH THE TALIBAN AND ALLEGED MEMBERS OF AL QAIDA. DETAINEE
HAS BEEN REPORTING FOR OVER TWO YEARS AND HAS BEEN FAVORABLY EVALUATED.

SUMMARY: ██//REL ████████ A SAUDI DETAINEE ATTENDED TRAINING AT THE KHALDEN
TRAINING CAMP NEAR KHOST, AFGHANISTAN FOR APPROXIMATELY SEVEN WEEKS BETWEEN MAY
AND JULY 2000. SPECIFIC TRAINING AT KHALDEN INCLUDED BASIC WEAPONS, ARTILLERY,
MILITARY TACTICS AND TOPOGRAPHY. KHALDEN TRAINING CAMP WAS CLOSED IN JULY OR
AUGUST 2000 BY THE TALIBAN.

TEXT: TEXT: 1. ██//REL ████████ TRAINING CAMP LOCATION. THE DETAINEE
ATTENDED MILITARY TRAINING AT THE KHALDEN TRAINING CAMP ████████
████████ AFGHANISTAN (AF). THE KHALDEN TRAINING CAMP WAS
APPROXIMATELY THREE TO FIVE KILOMETERS NORTH OF KHOST ████████
████████ AF. (FIELD COMMENT -- SEE COMMENTS BELOW FOR
ADDITIONAL PREVIOUSLY REPORTED INFORMATION ON THE SPECIFIC CAMP LOCATION AND
OTHER PHYSICAL DETAILS OF THE CAMP.)
2. ██//REL ████████ TRAINING CAMP DETAILS. DETAINEE DID NOT KNOW OF ANY
OTHER NAME THAT THE KHALDEN TRAINING CAMP WAS KNOWN BY. THERE WAS A STREAM
RUNNING THROUGH THE CAMP THAT ONE CAN DRINK OUT OF, BUT THE TRAINEES DID NOT
CONDUCT ANY TRAINING IN THE STREAM. THE KHALDEN TRAINING CAMP WAS THE SECOND
CAMP WITH THE KHALDEN NAME. THERE WAS ANOTHER KHALDEN TRAINING CAMP WITH THE
SAME NAME SEVERAL YEARS PRIOR TO DETAINEE ARRIVING IN AF AND WAS ALSO LOCATED
NEAR THE CITY OF KHOST. THE DETAINEE HAD NEVER BEEN TO THE ORIGINAL KHALDEN
CAMP, NOR DID HE KNOW ANYTHING ABOUT IT. THE DETAINEE BELIEVED THAT THE LEADER
OF THE CURRENT KHALDEN TRAINING CAMP MAY HAVE BEEN A VETERAN FROM THE ORIGINAL
CAMP. THE DETAINEE BELIEVED THAT ABDUL ((AZZAM)) ESTABLISHED THE ORIGINAL
KHALDEN TRAINING CAMP. DETAINEE ARRIVED AT THE KHALDEN TRAINING CAMP ALONE. NO
OTHER JIHADISTS ACCOMPANIED DETAINEE.
3. ██//REL ████████ TRAINING PERIOD. DETAINEE ARRIVED AT KHALDEN TRAINING

CAMP DURING MAY 2000, AND TRAINED FOR APPROXIMATELY SEVEN WEEKS. THE FULL
COURSE SHOULD HAVE BEEN APPROXIMATELY THREE MONTHS, BUT KHALDEN WAS CLOSED
EARLY. THE KHALDEN TRAINING CAMP WAS CLOSED BY THE TALIBAN SHORTLY AFTER
DETAINEE'S DEPARTURE. DETAINEE BELIEVED THE TALIBAN CLOSED KHALDEN CAMP AND
OTHER TRAINING CAMPS BECAUSE OF A FEAR THAT HAVING THE CAMPS MAY DISQUALIFY
AFGHANISTAN FROM BECOMING MEMBERS OF THE UNITED NATIONS. THE TRAINING COURSES
AT KHALDEN WERE ACCELERATED TO MEET THE SCHEDULED CLOSING DATE. (FIELD COMMENT
-- DETAINEE DID NOT KNOW SPECIFICALLY WHAT DATE THE CAMP WAS CLOSED.) DETAINEE
MAY HAVE STAYED AT THE COURSE FOR A LONGER PERIOD OF TIME, BUT HE OPTED NOT TO
ATTEND THE TOPOGRAPHY CLASSES, WHICH HE ESTIMATED TO BE APPROXIMATELY ONE TO TWO
WEEKS LONG.

4. ████████████████ NUMBER OF TRAINEES AT THE CAMP. THERE WERE
APPROXIMATELY TEN TO FIFTEEN TRAINEES IN EACH OF THE FOUR CLASSES THAT WERE
CONDUCTED AT THE KHALDEN TRAINING CAMP. DETAINEE BELIEVED THERE TO BE
APPROXIMATELY 30 TO 40 TRAINEES AT THE CAMP UPON HIS ARRIVAL AND ABOUT THE SAME
NUMBER UPON HIS DEPARTURE FROM KHALDEN TRAINING CAMP. AN UNKNOWN NUMBER OF NEW
JIHADISTS ARRIVED AT THE CAMP EVERY WEEK. THE CAMP AND FACILITIES AT KHALDEN
APPEARED TO BE LARGE ENOUGH TO SUPPORT UP TO APPROXIMATELY 100 TRAINEES AT ANY
GIVEN TIME.

5. ████████████ TRAINING CAMP CURRICULUM. DETAINEE WAS ONLY AWARE OF
FOUR COURSES OF INSTRUCTION AT KHALDEN TRAINING CAMP. THESE INCLUDED BASIC
WEAPONS TRAINING FOR TWO WEEKS, ARTILLERY TRAINING FOR APPROXIMATELY ONE WEEK,
TOPOGRAPHY TRAINING FOR ONE TO TWO WEEKS, AND MILITARY TACTICS TRAINING FOR
APPROXIMATELY FOUR WEEKS. DETAINEE ATTENDED THE TRAINING IN THAT ORDER, EXCEPT
HE DID NOT ATTEND THE TOPOGRAPHY TRAINING. THE TRAINEES CYCLED THROUGH EACH
PHASE OF TRAINING. DURING THE PERIOD OF THE TOPOGRAPHY TRAINING, THE DETAINEE
REMAINED AT THE CAMP, BUT DID NOT TRAIN. THE DETAINEE SPENT HIS TIME OBSERVING
VARIOUS TRAINING AND RESTING. THE DETAINEE WAS TRAINED IN TOPOGRAPHY DURING
EARLIER TRAINING AT CAMP QUBA IN KASHMIR, PAKISTAN. THE TRAINEES ALSO CONDUCTED
PHYSICAL EXERCISES EACH MORNING. FOLLOWING EXERCISES, THEY ATTENDED
CLASSROOM-TYPE TRAINING OR PRACTICAL EXERCISES FOR A FEW HOURS EACH MORNING AND
AGAIN IN THE AFTERNOON. DETAINEE WAS UNAWARE OF ANY ADDITIONAL TRAINING
SUBJECTS AVAILABLE AT THE KHALDEN TRAINING CAMP. THE TRAINEES WERE SHOWN
VARIOUS GRENADES THAT RESEMELED THE RGD-5 AND THE F-1. THERE WERE NO LIVE
GRENADES USED IN TRAINING. TRAINING ON THROWING GRENADES WAS ACCOMPLISHED BY
THROWING ROCKS. THERE WAS NO EXPLOSIVES TRAINING. THERE WAS NO TRAINING ON
KIDNAPPINGS OR TERRORIST ATTACKS. ALL TRAINING AT THE KHALDEN TRAINING CAMP WAS
CONDUCTED IN ARABIC. THE DETAINEE WAS NOT AWARE OF ANY TRAINING FILMS USED, NOR
WAS ANY TRAINING VIDEOTAPED.

5A. ████████████████ BASIC WEAPONS TRAINING CONSISTED OF ASSEMBLING AND
DISASSEMBLING THE AK-47, THE 7.62 MM RPK RIFLE, THE 7.62 MM PK RIFLE WITHOUT THE
TRIPOD, THE RPG-7 AND THE 9MM MAKAROV PISTOL. TRAINING ON THE RPG-7 INCLUDED
IDENTIFYING BOTH ANTITANK AND ANTIPERSONNEL ROUNDS. TRAINING OCCURRED DURING
THE DAY, THOUGH THERE WAS SOME NIGHT TRAINING IN ASSEMBLY AND DISASSEMBLY OF
WEAPONS. LIVE FIRE EXERCISES WERE CONDUCTED AT THE FIRING RANGE AT THE CAMP.
WOODEN TARGETS WITH PAPER OVERLAYS WERE PROVIDED EVEN THOUGH THE INSTRUCTION WAS
FOCUSED MORE ON HOW TO OPERATE THE WEAPON THAN HOW TO FIRE ACCURATELY. MOST
WEAPONS TRAINING WAS HANDS-ON. STUDENTS WERE ONLY GIVEN A FEW ROUNDS TO
PRACTICE WITH. IF STUDENTS WANTED TO SHOOT MORE, THEY COULD PURCHASE ADDITIONAL
AMMUNITION FROM THE INSTRUCTOR. THE DETAINEE WAS ABLE TO PURCHASE ADDITIONAL
BULLETS AT AN APPROXIMATE COST OF ONE UNITED STATES DOLLAR OR 53.85 RUPEES FOR
15-20 BULLETS.

5B. ████████████████ ARTILLERY TRAINING CONSISTED OF HOW TO OPERATE THE
RUSSIAN MADE DSHK-38 12.5MM GUN, AND THE 38 AGS-17. TRAINING WAS ALSO CONDUCTED
ON A WEAPON THAT RESEMBLED THE ZPU-2 14.5MM GUN, BUT IT ONLY HAD ONE GUN BARREL.
THE DETAINEE DESCRIBED TRAINING ON A LARGE GUN THAT LOOKED VERY SIMILAR TO THE
B-10 88MM MORTAR, BUT DETAINEE CLAIMED IT FIRED 82MM MORTARS. ALSO, TRAINING

WAS CONDUCTED ON THE SPG-9 73 MM GUN, THOUGH THE DETAINEE COMMENTED
THAT THE ONE HE HAD SEEN DID NOT HAVE WHEELS ON IT. THE DETAINEE WAS UNSURE OF
THE ORIGIN OF THE WEAPONS AND HE GUESSED THEY WERE OF CHINESE, RUSSIAN AND
EGYPTIAN ORIGINS. THE TRAINEES DIDN'T USE TARGETS. INSTRUCTION WAS ONLY TO AIM
IN A GENERAL AREA, AND THE STUDENTS FIRED THE GUNS INTO THE MOUNTAINS. THE
TRAINEES WERE ONLY GIVEN A FEW ROUNDS TO PRACTICE WITH. IF STUDENTS WANTED TO
SHOOT MORE, THEY COULD PURCHASE ADDITIONAL AMMUNITION FROM THE INSTRUCTOR.
DETAINEE PURCHASED ADDITIONAL RPG ROUNDS AT A COST OF APPROXIMATELY 300 RUPEES
OR 6.57 UNITED STATES DOLLARS FOR THREE OR FOUR ROUNDS. DURING THE CLASS,
TRAINEES USED MAPS TO HELP THEM DETERMINE TARGETING DISTANCES AND LOCATIONS.
MOST TRAINING WITH ARTILLERY WAS HANDS-ON TRAINING.
5C. ▮▮▮▮▮ TACTICS TRAINING CONSISTED OF SIMULATED ATTACKS,
REGROUPING, PATROL, HAND SIGNALS AND AMBUSH TRAINING. TRAINING WAS CONDUCTED TO
EXPLAIN AND PRACTICE HOW TO GAIN ACCESS TO AN AREA TO BE ATTACKED, HOW TO
RETREAT, AND HOW TO RETRIEVE AN INJURED PERSON. SEVENTY-FIVE TO EIGHTY-FIVE
PERCENT OF THE TRAINING WAS CONDUCTED IN A CLASSROOM ENVIRONMENT.
5D. ▮▮▮▮▮ TOPOGRAPHY TRAINING CONSISTED OF HOW TO READ
DIFFERENT TYPES OF MAPS AND HOW TO BUILD IMPROMPTU MAPS OUT OF TREE LEAVES,
ROCKS AND DIRT. THE TRAINEES USED FLIP-OPEN COMPASSES. THE MAPS USED HAD
RUSSIAN WRITING ON THEM. THE MAPS DID NOT APPEAR TO SHOW ELEVATION AND SINCE
DIFFERENT TYPES OF MAPS WERE USED, SOME WERE MORE DETAILED THAN OTHERS. THE
DETAINEE DID NOT ATTEND THIS PORTION OF TRAINING, BUT REPORTED WHAT HE HAD
WITNESSED. THE DETAINEE DID NOT TAKE THE TOPOGRAPHY CLASS BECAUSE HE HAD
ALREADY LEARNED THIS AT THE QUBA CAMP IN KASHMIR, PAKISTAN.
6. ▮▮▮▮▮ TRAINING COURSE REQUIREMENTS. ALL TRAINEES AT KHALDEN
TRAINING CAMP WERE AFFORDED THE OPPORTUNITY TO TAKE ALL FOUR OF THE CORE
COURSES. THERE WAS NO REQUIREMENT TO TAKE ALL COURSES IF THEY HAD ALREADY
RECEIVED SIMILAR TRAINING. TRAINEES WERE GROUPED TOGETHER FOR EACH CLASS. THE
DETAINEE WAS UNAWARE OF ANY SEPARATE OR PRIVATE TRAINING. UPON COMPLETION OF
TRAINING IN ONE SUBJECT, THE TRAINEES WOULD IMMEDIATELY BEGIN TRAINING ON THE
NEXT SUBJECT THE NEXT DAY. THERE WAS NO BREAK IN BETWEEN CLASSES. THERE WERE
NO FINAL TESTS AFTER EACH PHASE OF INSTRUCTION.
7. ▮▮▮▮▮ EARLY DEPARTURE OF TRAINEES. ONE TRAINEE, AN
UNIDENTIFIED SYRIAN, WAS BELIEVED TO HAVE BEEN TOLD TO LEAVE THE TRAINING CAMP
EARLY, DUE TO AN ARGUMENT WITH THE CHIEF INSTRUCTOR. THE DETAINEE COULD NOT
PROVIDE ANY ADDITIONAL DETAILS OF THIS INCIDENT.
8. ▮▮▮▮▮ TRAINING CAMP INSTRUCTORS. THERE WERE FOUR TRAINERS
AT THE KHALDEN TRAINING CAMP.
8A. ▮▮▮▮▮ THE CHIEF INSTRUCTOR WAS AN ALGERIAN NAMED ABU
MOHAMMED ((AL-GAZAIRI)). GAZAIRI WAS ALSO THE INSTRUCTOR FOR THE MILITARY
TACTICS TRAINING. HE SPOKE ARABIC, FRENCH AND POSSIBLY ENGLISH. (FIELD COMMENT
-- SEE COMMENTS BELOW FOR PREVIOUSLY REPORTED INFORMATION ON THE PHYSICAL
DESCRIPTION OF AL-GAZAIRI.)
8B. ▮▮▮▮▮ ABDULLAH ((GHARIB)) WAS BELIEVED TO BE A TURKISTAN.
GHARIB WAS DESCRIBED AS BEING APPROXIMATELY 1.62 METERS TALL, MEDIUM BUILD, HE
HAD A SQUARE-SHAPED HEAD, WAS APPROXIMATELY 26 TO 30 YEARS OLD, AND HAD LONG
HAIR AND A SHORT BEARD. GHARIB SPOKE ARABIC AND TURKISTANIAN.
8C. ▮▮▮▮▮ ADUL ((ADJID)) WAS BELIEVED TO BE FROM TAJIKISTAN AND
MAY HAVE BEEN A VETERAN OF CHECHNYA. ADJID WAS DESCRIBED AS APPROXIMATELY 1.67
METERS TALL, 64 KILOGRAMS, THIN BUILD, MEDIUM BROWN SKIN, AND WORE A LONG BEARD
THAT WAS SHORTER ON THE SIDES. THE DETAINEE APPROXIMATED ADJID TO BE OVER 30
YEARS OLD. ADJID MAY HAVE BEEN IN AFGHANISTAN FOR APPROXIMATELY TEN YEARS.
8D. ▮▮▮▮▮ ABU YAHLA ADUL ((BARI)) WAS BELIEVED TO BE A
PALESTINIAN OR JORDANIAN AND DETAINEE BELIEVED HE HAD THE MOST EXTENSIVE
MILITARY AND ARTILLERY TRAINING COURSES. BARI TAUGHT THE WEAPONS AND ARTILLERY
TRAINING COURSES. BARI WAS DESCRIBED AS BEING 1.72 TO 1.77 KILOMETERS, HEAVY BUILD,
BROWNISH-COLORED HAIR, SMALL, TRIMMED BEARD, AND WAS ABOUT 30 YEARS OLD. THE