# In the United States District Court for the District Of Columbia

| | | |
|---|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : | Case Nos. |
| ABDUL LATIF NASSER (ISN 244), | : | 04-cv-1194 (TFH) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : | 05-cv-23 (UNA) (ISN 841) |
| SANAD AL KAZIMI (ISN 1453), | : | 05-cv-764 (CKK) (ISN 244) |
| SUHAIL SHARABI (ISN 569), | : | 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| HANI SALEH RASHID ABDULLAH (ISN 841), | : | 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | : | 08-cv-1360 (EGS) (ISN 10016) |
| AHMED RABBANI (ISN 1461), | : | 08-cv-1440 (CKK) (ISN 10025) |
| ABDUL RAZAK (ISN 685), | : | 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | : | 10-cv-1020 (RJL) (ISN 685) |
| ABU ZUBAYDAH (ISN 10016), | : | |
| Petitioners, | : | |
| v. | : | |
| DONALD J. TRUMP ET AL., | : | |
| Respondents. | : | |

**CENTER FOR VICTIMS OF TORTURE'S
<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, undersigned attorney Laura A. Wilkinson of Weil, Gotshal & Manges LLP, enters her appearance on behalf of the Center for Victims of Torture in the above-captioned case.

DATED:  January 24, 2018
         Washington, D.C.

                                      /s/*Laura Wilkinson*
                                      Laura A. Wilkinson, Esq.
                                      D.C. Bar No. 413497
                                      Weil, Gotshal & Manges LLP
                                      2001 M Street NW, Suite 600
                                      Washington DC 200036
                                      Telephone: (202) 682-7000
                                      Facsimile: (202) 857-0940
                                      laura.wilkinson@weil.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, the Center for Victims of Torture's Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

*/s/Laura Wilkinson*_____
Laura A. Wilkinson