# In the United States District Court for the District Of Columbia

|  |  |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : Case Nos. |
| ABDUL LATIF NASSER (ISN 244), | : 04-cv-1194 (TFH) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : 05-cv-23 (UNA) (ISN 841) |
| SANAD AL KAZIMI (ISN 1453), | : 05-cv-764 (CKK) (ISN 244) |
| SUHAIL SHARABI (ISN 569), | : 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| HANI SALEH RASHID ABDULLAH (ISN 841), | : 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | : 08-cv-1360 (EGS) (ISN 10016) |
| AHMED RABBANI (ISN 1461), | : 08-cv-1440 (CKK) (ISN 10025) |
| ABDUL RAZAK (ISN 685), | : 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | : 10-cv-1020 (RJL) (ISN 685) |
| ABU ZUBAYDAH (ISN 10016), | : |
| Petitioners, | : |
| v. | : |
| DONALD J. TRUMP ET AL., | : |
| Respondents. | : |

### MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN SCOTT ROEHM

Petitioners the Center for Victims of Torture (hereinafter "CVT"), by their attorney Laura A. Wilkinson, move for the admission *pro hac vice* of Stephen Scott Roehm to represent CVT in this matter and declare as follows:

1. Laura A. Wilkinson is a practicing attorney admitted to the bar of the State of New York and the District of Columbia, and admitted to practice before this Court. Ms. Wilkinson is a partner at the law firm Weil, Gotshal & Manges LLP and is acquainted with Mr.

Roehm. Ms. Wilkinson will remain as counsel for CVT throughout the course of the above-mentioned proceeding.

2. Mr. Roehm is a member in good standing of the bar of the State of New York. He is the director of the Washington, DC office of the Center for Victims of Torture. Mr. Roehm is not currently nor has he been previously suspended, disbarred or otherwise disciplined by any court.

3. Mr. Roehm has not previously been admitted *pro hac vice* before this Court.

Wherefore, CVT moves for the admission of Stephen Scott Roehm *pro hac vice* as counsel for CVT in this case and requests that the Court enter the attached order.

DATED: January 24, 2018
       Washington, D.C.

                */s/Laura Wilkinson*
                Laura A. Wilkinson, Esq.
                D.C. Bar No. 413497
                Weil, Gotshal & Manges LLP
                2001 M Street NW, Suite 600
                Washington DC 200036
                Telephone: (202) 682-7000
                Facsimile: (202) 857-0940
                laura.wilkinson@weil.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2018, the Center for Victims of Torture's Motion for Admission Pro Hac Vice of Stephen Scott Roehm was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

*/s/Laura Wilkinson*
Laura A. Wilkinson, Esq.