# In the United States District Court for the District Of Columbia

|  |  |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : Case Nos. |
| ABDUL LATIF NASSER (ISN 244), | : 04-cv-1194 (TFH) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : 05-cv-23 (UNA) (ISN 841) |
| SANAD AL KAZIMI (ISN 1453), | : 05-cv-764 (CKK) (ISN 244) |
| SUHAIL SHARABI (ISN 569), | : 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| HANI SALEH RASHID ABDULLAH (ISN 841), | : 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | : 08-cv-1360 (EGS) (ISN 10016) |
| AHMED RABBANI (ISN 1461), | : 08-cv-1440 (CKK) (ISN 10025) |
| ABDUL RAZAK (ISN 685), | : 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | : 10-cv-1020 (RJL) (ISN 685) |
| ABU ZUBAYDAH (ISN 10016), | : |
| Petitioners, | : |
| v. | : |
| DONALD J. TRUMP ET AL., | : |
| Respondents. | : |

## DECLARATION OF STEPHEN SCOTT ROEHM

Stephen Scott Roehm, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before the bar of the State of New York (Bar I.D. 4628764). I am the director of the Washington, D.C. office and counsel for the Center for Victims of Torture. My office is located at 1015 15th Street NW Suite 600,

Washington, D.C. 20005. My telephone number is 646-522-6110. I make this Declaration in support of the attached motion for admission *pro hac vice.*

2. I am a 2007 graduate of the Fordham University School of Law.

3. I was admitted to practice in the State of New York in 2008 and since that time I have been a member in good standing of the bar of that state.

4. I am a member of good standing in the court identified above. I have never been suspended, disbarred or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

5. I have not previously been admitted *pro hac vice* before this Court.

6. Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on January 24, 2018 in Washington, D.C.
>
> ___/s/*Stephen Scott Roehm*_____
> Stephen Scott Roehm, Esq.
> Center for Victims of Torture
> 1015 15th St NW STE 600
> Washington, D.C. 20005
> Telephone: (646) 522-6110
> SRoehm@CVT.org