# In the United States District Court for the District Of Columbia

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : Case Nos. |
| ABDUL LATIF NASSER (ISN 244), | : 04-cv-1194 (TFH) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : 05-cv-23 (UNA) (ISN 841) |
| SANAD AL KAZIMI (ISN 1453), | : 05-cv-764 (CKK) (ISN 244) |
| SUHAIL SHARABI (ISN 569), | : 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| HANI SALEH RASHID ABDULLAH (ISN 841), | : 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | : 08-cv-1360 (EGS) (ISN 10016) |
| AHMED RABBANI (ISN 1461), | : 08-cv-1440 (CKK) (ISN 10025) |
| ABDUL RAZAK (ISN 685), | : 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | : 10-cv-1020 (RJL) (ISN 685) |
| ABU ZUBAYDAH (ISN 10016), | : |
| Petitioners, | : |
| v. | : |
| DONALD J. TRUMP ET AL., | : |
| Respondents. | : |

## ORDER GRANTING *PRO HAC VICE* MOTION

Upon the motion of Petitioners the Center for Victims of Torture for an order admitting Stephen Scott Roehm *pro hac vice* in this action for all purposes; and upon the declaration of Stephen Scott Roehm in support of the motion, and for good cause appearing, **IT IS HEREBY**

**ORDERED** that Stephen Scott Roehm is admitted *pro hac vice* in this action for all purposes on behalf of the Center for Victims of Torture.

DATED: _____, 2018
        Washington, D.C.

_____
THE HONORABLE

United States District Court Judge