# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893),<br>ABDUL LATIF NASSER (ISN 244),<br>SHARQAWI AL HAJJ (ISN 1457),<br>SANAD AL KAZIMI (ISN 1453),<br>SUHAIL SHARABI (ISN 569),<br>HANI SALEH RASHID ABDULLAH (ISN 841),<br>ABDUL RABBANI (ISN 1460),<br>AHMED RABBANI (ISN 1461),<br>ABDUL RAZAK (ISN 685),<br>ABDUL MALIK (ISN 10025),<br>ABU ZUBAYDAH (ISN 10016),<br><br>　　　　　　　Petitioners,<br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Respondents. | CASE NOS.<br><br>04-cv-1194 (TFH) (ISN 569)<br>05-cv-23 (UNA) (ISN 841)<br>05-cv-764 (CKK) (ISN 244)<br>05-cv-1607 (RCL) (ISNs 1460, 1461)<br>05-cv-2386 (RBW) (ISNs 893, 1453)<br>08-cv-1360 (EGS) (ISN 10016)<br>08-cv-1440 (CKK) (ISN 10025)<br>09-cv-745 (RCL) (ISN 1457)<br>10-cv-1020 (RJL) (ISN 685) |

### APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　Amici curiae Muslim, faith-based, and civil rights community organizations　　　　　　　　　　.

Date:　January 26, 2018　　　　　　　　　　　　　　　　　　／s／ Johnathan James Smith
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　Johnathan James Smith, DC Bar #1029373
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 66408
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20035
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

johnathan@muslimadvocates.org
*E-mail address*

202-897-1897
*Telephone number*

202-508-1007
*FAX number*
