# In the United States District Court for the District Of Columbia

|  |  |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : Case Nos. |
| ABDUL LATIF NASSER (ISN 244), | : 04-cv-1194 (TFH) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : 05-cv-23 (UNA) (ISN 841) |
| SANAD AL KAZIMI (ISN 1453), | : 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| SUHAIL SHARABI (ISN 569), | : 05-cv-2386 (RBW) (ISNs 893, 1453) |
| HANI SALEH RASHID ABDULLAH (ISN 841), | : 08-cv-1360 (EGS) (ISN 10016) |
| ABDUL RABBANI (ISN 1460), | : 09-cv-745 (RCL) (ISN 1457) |
| AHMED RABBANI (ISN 1461), | : 10-cv-1020 (RJL) (ISN 685) |
| ABDUL RAZAK (ISN 685), | : |
| ABDUL MALIK (ISN 10025), | : |
| ABU ZUBAYDAH (ISN 10016), | : |
| Petitioners, | : |
| v. | : |
| DONALD J. TRUMP ET AL., | : |
| Respondents. | : |

## NOTICE SUPPLEMENTING MOTION FOR PRO HAC VICE ADMISSION OF STEPHEN SCOTT ROEHM

To the Clerk of this court and all parties of record:

I, Stephen Scott Roehm, attest that I am not a member of the District of Columbia Bar and do not have a pending application for admission to the District of Columbia Bar.

DATED: February 16, 2018
      Washington, D.C.

    */s/Stephen Scott Roehm*
    Stephen Scott Roehm*
    *Pro Hac Vice Admission Pending*
    Center for Victims of Torture
    1015 15th St NW, Suite 600
    Washington, DC 20005
    (646) 522-6110
    SRoehm@CVT.org

    */s/Laura A. Wilkinson*
    Laura A. Wilkinson, Esq.
    D.C. Bar No. 413497
    Weil, Gotshal & Manges LLP
    2001 M Street NW, Suite 600
    Washington, DC 20036
    Telephone: (202) 682-7000
    Facsimile: (202 857-0940
    laura.wilkinson@weil.com

    *Counsel for Proposed Amici Curiae*
    *Center for Victims of Torture*