|  |  |  |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) | |
| *Petitioner.* | ) ) ) | |
| v. | ) ) | No. 08-cv-1360 (EGS) |
| JIM MATTIS, | ) ) ) | |
| *Respondent.* | ) | |

PLEASE TAKE NOTICE that today I filed a MOTION FOR LEAVE TO FILE EMERGENCY MOTION FOR SPECIFIED RELIEF *EX PARTE* AND UNDER SEAL, together with the proposed EMERGENCY MOTION FOR SPECIFIED RELIEF, by causing paper copies to be sent by courier in a sealed and properly marked envelope to the Clerk of Court, pursuant to Local Civil Rule 5.1(h).

Dated: April 18, 2018     Respectfully submitted,

/s/
Charles R. Church
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ Westwood, NJ 07675