IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZA YN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016),<br><br>*Petitioner*,<br><br>v.<br><br>JIM MATTIS,<br><br>*Respondent*. | Civil Action No. 08-cv-1360 (EGS) |

## NOTICE OF APPEARANCE

Robert J. Prince (D.C. Bar No. 975545), United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for the Defendant. Correspondence and other communications to Mr. Prince should be directed at the following address:

>Robert J. Prince
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>Room No. 5106
>950 Pennsylvania Ave., NW
>Washington, D.C. 20530

Mr. Prince may be reached by phone at (202) 305-3654 or by electronic mail at robert.prince@usdoj.gov. Faxes for Mr. Prince should be sent to (202) 616-8460; to ensure the quickest delivery, Mr. Prince should be notified by email if a fax is sent to him.

2

| | |
|---|---|
| May 23, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | TERRY M. HENRY<br>Assistant Branch Director |
| | */s/ Robert J. Prince*<br>ROBERT J. PRINCE (D.C. Bar No. 975545)<br>Senior Trial Counsel |
| | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Room No. 5106<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>Tel: (202) 305-3654<br>Email: robert.prince@usdoj.gov |