UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | : | Case Nos. |
| ABDU LATIF NASSER (ISN 244), | : | 04-cv-1194 (UNA) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | : | 05-cv-764 (CKK) (ISN 244) |
| SANAD AL KAZIMI (ISN 1453), | : | 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| SUHAIL AL SHARABI (ISN 569), | : | 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | : | 08-cv-1440 (CKK) (ISN 10025) |
| AHMED RABBANI (ISN 1461), | : | 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | : | |
| ZAYN AL-ABIDIN MUHAMMAD HUSAYN (ISN 10016) | : | 08-cv-1360 (EGS) (ISN 10016) |
| Petitioners, | : | |
| v. | : | |
| DONALD J. TRUMP, *et al.*, | : | |
| Respondents. | : | |

---

**PETITIONERS' MOTION FOR LIVE AUDIO ACCESS TO
THE ORAL ARGUMENT ON JULY 11, 2018, ON MOTION FOR ORDER
GRANTING WRIT OF HABEAS CORPUS**

Petitioners, by and through their undersigned counsel, respectfully submit this motion for live audio access to the oral argument scheduled before this Court on July 11, 2018, on their Motion for Order Granting Writ of Habeas Corpus. Petitioners' request is simply to be permitted to listen to the airing of the issues in open court on their most significant challenge to date to the legality of their indefinite imprisonment at

Guantanamo.[1]  Petitioners sought to reach agreement with the government about their request, which the government opposes.  In support of their motion, Petitioners state the following:

1. Petitioners are Guantanamo detainees who filed identical Motions for Order Granting Writ of Habeas Corpus in their individual habeas cases on January 11, 2018, challenging the duration of their ongoing detention under the Due Process Clause and the 2001 Authorization for Use of Military Force.  Petitioners' motions were referred to this Court for resolution.  *See* Minute Order of Jan. 18, 2018, *Nasser v. Trump*, No. 05-cv-764 (CKK).  On May 15, 2018, the Court granted Petitioners' request for oral argument on the motion and scheduled argument for July 11, 2018.  *See id*. Order of May 15, 2018 (dkt. no. 296).[2]

2. It is well established that Petitioners' ability to participate in their habeas challenges to the legality of their detention at Guantanamo must be effective and meaningful.  *See Boumediene v. Bush*, 553 U.S. 723, 779 (2008); *Bounds v. Smith*, 430 U.S. 817, 822 (1977).  "Courts are inherently empowered to require additional measures to assure meaningful access to the courts."  *In re Guantanamo Bay Continued Access to Counsel*, 892 F.Supp. 2d 8, 20 (2012) (citing *Bounds*, 430 U.S. at 824) (internal citations omitted).

---

[1]  Petitioners do not seek to make any statement or otherwise to participate, but only to listen to the oral argument, which they presume will be entirely public.

[2]  Identical Motions for Order Granting Writ of Habeas Corpus were also filed by Hani Saleh Rashid Abdullah (ISN 841), No. 05-cv-23 (EGS), and Abu Zubaydah (ISN 10016), No. 08-cv-1360 (EGS), whose motions remain before District Judge Emmet G. Sullivan.  Oral argument has not been scheduled on those motions.  The instant motion requests live audio access to the oral argument before this Court for Petitioners captioned above as well as the petitioners whose motions are pending before Judge Sullivan.

3. Petitioners' Motion for Order Granting Writ of Habeas Corpus is the most consequential challenge Petitioners have brought to the legality of their ongoing detention in years, given that it will determine whether Petitioners may lawfully remain in Guantanamo indefinitely and potentially for the rest of their lives. Petitioners' ability to listen to the oral argument on the complex issues in their motion is critical to their ability to understand its resolution and make informed litigation decisions going forward. Their ability to engage in this aspect of the process is all the more important given the multiple factors that already impede their ability to comprehend and have faith in their habeas proceedings. *See, e.g., In re Guantanamo Bay Continued Access to Counsel*, 892 F.Supp. 2d at 20 (recognizing the unique challenges to meaningful access to the courts by Guantanamo detainees, including the prolonged and virtually incommunicado nature of their detention).

4. Petitioners' request is also entirely modest under the circumstances—simply to be permitted to listen remotely to the oral argument in open court on July 11, 2018.[3] Remote access by detainees to the unclassified portions of their habeas proceedings has been ordered and accommodated throughout the history of the Guantanamo habeas litigation, *see* Case Management Order, Part III.B.3, *In Re: Guantanamo Bay Detainee* Litigation, Misc. No. 08-cv-442 (TFH) (D.D.C. Nov. 6, 2008) (dkt. no. 940), including during periods of much greater activity than the present, when

---

[3] Petitioners, all native Arabic speakers, will require English-Arabic interpreting of the oral argument should their motion be granted. Because Petitioners request the opportunity only to listen and not to speak, interpreting could simply occur from the courtroom, as in prior Guantanamo habeas cases, which further lessens any burden on the government. *See* Habeas Hearing, Nov. 6, 2008, in *Boumediene v. Bush*, No. 04-cv-1166 (RJL) (where a court-appointed interpreter sitting in the courtroom interpreted unclassified opening statements for the six petitioners listening from Guantanamo).

3

fewer than 40 detainees are engaged in any sort of habeas litigation.[4]  While the government typically has arranged for individual detainees to listen to and participate in their merits hearings, it has also previously arranged for multiple detainees to listen to the same hearing at the same time.[5]  Petitioners' request would require little more.

5.  Given that the usual time allowed for the government's response to Petitioners' motion would not allow for a decision before the oral argument date, Petitioners respectfully request that the Court set an expedited briefing schedule so that their motion may be resolved in time for Petitioners to be able to listen remotely on July 11.  In lieu of briefing, Petitioners would also be amenable to a conference call with government counsel and the Court to attempt to resolve this matter more expeditiously.

## CONCLUSION

For the foregoing reasons, the Court should grant Petitioners' motion for live audio access to the oral argument scheduled on July 11, 2018, on their Motion for Order Granting the Writ of Habeas Corpus, including for the petitioners whose motions are pending before Judge Sullivan.

Dated: New York, New York  
June 30, 2018

Respectfully submitted,

/s/ Joseph Margulies

---

[4]  This Court specifically has accommodated detainee participation in habeas hearings, including observation of opening and closing statements via secure live video and audio streaming, as well as detainee testimony on his own behalf.  *See* Merits Hearing of Oct. 26, 2009, in *Musa'ab Omar al-Madhwani v. Obama*, No. 04-cv-1194 (TFH) (D.D.C.).

[5]  In *Boumediene v. Bush*, Case No. 04-cv-1166 (RJL) (D.D.C.), the district court ordered and the government agreed to arrange live telephonic access to the unclassified portion of the habeas hearing for a group of six petitioners.

Joseph Margulies
Professor of Law and Government
Cornell University
238 Myron Taylor Hall
Ithaca, NY 14850

Amanda Jacobsen
George Brent Mickum IV [Bar No. 396142]
Erin Herro
5800 Wilshire Drive
Bethesda, Maryland 20816

Mark P. Denbeaux
Charles R. Church
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ 07675

*Counsel for Petitioner Zayn Al-Abidin Muhammad Husayn (ISN 10016), Case No. -8-cv-1360 (EGS)*

George M. Clarke III, DC Bar No. 480073
815 Connecticut Avenue, N.W.
Washington, DC 20006
Phone: (202) 835-6184
Fax: (202) 416-7184
Email: george.clarke@bakermckenzie.com

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

5

*Counsel for Petitioner Tofiq Nasser Awad Al Bihani (ISN 893), Case No. 05-cv-2386 (RBW)*

/s/ Thomas A. Durkin
Thomas Anthony Durkin (IL. Bar No. 697966)
Robin V. Waters (IL. Bar No. 6317340)
DURKIN & ROBERTS
2446 N. Clark St.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

*Counsel for Petitioner Abdul Latif Mohammed Nasser (ISN 244), Case No. 05-cv-764 (CKK)*

/s/ Pardiss Kebriaei
Baher Azmy (Pursuant to LCvR 83.2(g))
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor

New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499
pkebriaei@ccrjustice.org
bazmy@ccrjustice.org
skadidal@ccrjustice.org
wdixon@ccrjustice.org
ofarah@ccrjustice.org

*Counsel for Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457), Case No. 09-cv-745 (RCL)*

/s/ Martha Rayner
Martha Rayner
Clinical Associate Professor of Law
Fordham University School of Law
150 West 62nd Street, 9th Floor
New York, New York 10023
mrayner@lsls.fordham.edu
212-636-6941

*Counsel for Petitioner Sanad Ali Yislam Al-Kazimi (ISN 1453), Case No. 05-cv-2386 (RBW)*

/s/ Mari Newman
Darold W. Killmer
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
(303) 571-1000
Fax: (303) 571-1001
dkillmer@killmerlane.com
mnewman@killmerlane.com

*Counsel for Petitioner Suhail Abdu Anam Sharabi (ISN 569), Case No. 04-cv-1194 (UNA)*

/s/ Agnieszka M. Fryszman
John R. Holland
Anna Holland Edwards
Erica T. Grossman

HOLLAND, HOLLAND EDWARDS & GROSSMAN, P.C.
1437 High Street
Denver, CO 80218
Tel: (303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com

Agnieszka M. Fryszman, DC Bar No. 459208
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com

*Counsel for Petitioner Abdul Raheem Rabbani (ISN 1460), Case No. 05-cv-1607 (RCL)*

/s/ Shelby Sullivan-Bennis
Shelby Sullivan-Bennis, NY Bar No. 5364278
REPRIEVE U.S.
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

*Counsel for Petitioner Ahmed Ghulam Rabbani (ISN 1461), Case No. 05-cv-1607 (RCL)*

/s/ Darin Thompson

8

Darin Thompson
Assistant Federal Public Defender
Office of the Federal Public Defender
Skylight Office Tower, Ste 750
1660 W. 2nd St., NW
Cleveland, Ohio 44113
(216) 522-4856
Fax: (216) 522-4321

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

*Counsel for Petitioner Mohammed Abdulmalik (ISN 10025), Case No. 08-cv-1440 (CKK)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | Case Nos. |
| ABDU LATIF NASSER (ISN 244), | 04-cv-1194 (UNA) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | 05-cv-764 (CKK) (ISN 244) |
| SANAD AL KAZIMI (ISN 1453), | 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| SUHAIL AL SHARABI (ISN 569), | 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | 08-cv-1440 (CKK) (ISN 10025) |
| AHMED RABBANI (ISN 1461), | 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | |
| Petitioners, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |

### [Proposed] ORDER

Petitioners' Motion for Live Audio Access to the Oral Argument on July 11, 2018, on Motion for Order Granting Writ of Habeas Corpus is hereby GRANTED. The government is ordered to make arrangements in time for Petitioners, including those petitioners whose motions are pending before Judge Sullivan, to be able to listen remotely to the oral argument scheduled in this Court on July 11, 2018.

SO ORDERED, this ___ day of _____ 2018, at Washington, D.C.

_____
Senior Judge Thomas F. Hogan