# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOFIQ NASSER AWAD AL BIHANI (ISN 893),
ABDUL LATIF NASSER (ISN 244),
SHARQAWI AL HAJJ (ISN 1457),
SANAD AL KAZIMI (ISN 1453),
SUHAIL SHARABI (ISN 569),
HANI SALEH RASHID ABDULLAH (ISN 841),
ABDUL RABBANI (ISN 1460),
AHMED RABBANI (ISN 1461),
ABDUL RAZAK (ISN 685),
ABDUL MALIK (ISN 10025),
ABU ZUBAYDAH (ISN 10016),

                      Petitioners,
        v.

DONALD J. TRUMP, *et al.*,

                    Respondents.

CASE NOS.

04-cv-1194 (TFH) (ISN 569)
05-cv-23 (UNA) (ISN 841)
05-cv-764 (CKK) (ISN 244)
05-cv-1607 (RCL) (ISNs 1460, 1461)
05-cv-2386 (RBW) (ISNs 893, 1453)
08-cv-1360 (EGS) (ISN 10016)
08-cv-1440 (CKK) (ISN 10025)
09-cv-745 (RCL) (ISN 1457)
10-cv-1020 (RJL) (ISN 685)

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned is hereby withdrawing as counsel for *Amicus Curiae* Muslim Advocates in the above-referenced action, as he is no longer employed with Muslim Advocates. *Amicus Curiae* Muslim Advocates will continue to be represented by other counsel of record.

1

Dated: February 8, 2019

Respectfully submitted,

*/s/ Johnathan Smith*

Johnathan Smith (D.C. Bar No. 1029373)
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
johnathan@muslimadvocates.org
Tel: (202) 897-1897
Fax: (202) 508-1007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

By:  */s/ Johnathan Smith*