IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN #10016), <br><br> Petitioner. <br><br> ASHTON B. CARTER, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 08-CV-1360 (EGS) |

Pursuant to Local Rule of Civ. P. 83.6(b), notice is hereby given that Joseph Margulies withdraws as counsel in this matter, to be replaced by Charles R. Church, who has previously appeared in this matter.

Respectfully submitted,

Dated: April 10, 2019

/s/ Joseph Margulies
Joseph Margulies
Professor of Law and Government
243 Myron Taylor Hall
Cornell University
Ithaca, NY 14850

Dated: July 18, 2019

Charles R. Church
Denbeaux & Denbeaux
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675Dated: May 23, 2019

Zayn al Abidin Muhammad Husayn
Petitioner

LAWYER-CLIENT PRIVIDLGED COMMUNICATION UNDER M C RE 502
UNCLASSIFIED