IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, </br></br>      Petitioner, </br></br>      v. </br></br>CHRISTOPHER C. MILLER, *et al.*, </br></br>      Respondents. | Civil Action No. 08-1360 (EGS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Eric J. Soskin as counsel for Respondents in the above captioned matters. Respondents remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: December 31, 2020                         Respectfully Submitted,

                                                                JEFFREY BOSSERT CLARK
                                                                Assistant Attorney General

                                                               TERRY M. HENRY
                                                               Assistant Branch Director

                                                               /s/ _____
                                                               ERIC J. SOSKIN (PA Bar No. 200663)
                                                               Attorneys
                                                               United States Department of Justice
                                                               Civil Division, Federal Programs Branch
                                                               1100 L Street NW, Room 12002
                                                               Washington, DC 20001

Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*