THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZAYN AL ABIDING MUHAMMAD HUSAYN (ISN#10016)**, <br><br>                   Petitioner, <br>v. <br>**MARK T. ESPER**, <br><br>                   Respondent. | No.: 08-cv-1360(EGS) |

**NOTICE OF APPEARANCE**

I, Maximilian Sirianni, hereby certify the following:

1. Pursuant to Local Rule 83.2(g), the undersigned counsel certifies that Petitioner is indigent. He has at least twice been granted leave to proceed *in forma pauperis* in connection with challenges to his detention at Guantanamo Bay. The first time was by the D.C. Circuit, during the 2007 term, in predecessor litigation; the second was by Judge Lamberth in this proceeding. *See Husayn v. Gates,* Motion for Leave to Proceed *In Forma Pauperis*, No. 08-1360, Dkt. # 2. (D.D.C. Aug. 6, 2008). The Motion, with Judge Lamberth's notation, is attached to this certification.

2. Since Judge Lamberth's order, Petitioner has been in the continuous custody of the United States Government at Guantanamo Bay.

3. Undersigned counsel began representing Petitioner *pro bono* on May 22, 2020. The undersigned is a member in good standing of the Bars of the States of, California, Colorado, Florida and has never been disciplined by any Bar.

4. Pursuant to Local Rule 83.2 (j), I certify that I am personally familiar with the Local Rules of this Court.

5. Pursuant to Local Rule 83.6 (a), my correct address, telephone number, and bar numbers are below.

6. Based on the foregoing, Maximilian Sirianni, Esq. (CA Bar No.: 331209, CO Bar No.: 46887, and FL Bar No.: 121677) of Denbeaux & Denbeaux, hereby enters his appearance in the above-captioned matter as counsel of record for the Petitioner, Zayn Al Abidin Muhammad Husayn (ISN #1006).

Dated December 21, 2020

                                          Respectfully submitted,

                                          <u>/s/ Maximilian Sirianni</u>
                                          <u>Maximililian Sirianni, Esq.</u>
                                          Attorney for the Petitioner,
                                          Zayn Al Abidin MuhammadHusayn
                                          *(ISN #100126)*

                                          DENBEAUX & DENBEAUX

372 Kinderkamack Road
Suite 5
Westwood, NJ 07675
201-664-8855
201-666-6569- Fax

EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 0__-____ |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the TS/SCI Protective Order entered in the United States District Court for the District of Columbia in the above-captioned case(s).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the TS/SCI Protective Order entered by the United States District Court for the District of Columbia in the above-captioned case(s), and I agree to comply with the provisions thereof.

Dated: 12/21/20

_____
Max Sirianni

Cleared for Public Filing by
Counsel for The Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

FILED
AUG - 6 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, )<br><br>PETITIONER, )<br><br>VS. )<br><br>ROBERT GATES )<br><br>RESPONDENT. | No. 08 1360<br><br>Granted -<br>Royce C. Lamberth<br>U.S. J-J. 8/6/08 |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

This motion is filed on behalf of Zayn Al Abidin Muhammad Husayn, Petitioner in the above-captioned matter. Because of Petitioner's poverty, he is unable to pay the costs of said proceeding or give security therefore. In the 2007 term, the Court of Appeals for the District of Columbia Circuit recognized that Petitioner was indigent and ordered that he could proceed *in forma pauperis*. As counsel for Petitioner, my sworn Declaration attesting to Petitioner's continued indigency is attached hereto. Based on my familiarity with the facts in the case, Petitioner is entitled to relief.

2

**Cleared for Public Filing by
Counsel for The Department of Justice**

For the reasons set forth above, the Court should Grant Petitioner's Motion.

Respectfully submitted,

_____
George Brent Mickum IV
SPRIGGS & HOLLINGSWORTH LLP
D.C. Bar No. 396142
1350 I Street, N.W.
Washington, D.C. 20005
(202) 898-5800

**Cleared for Public Filing by**
**Counsel for The Department of Justice**

# CERTIFICATE OF SERVICE

I hereby certify that the forgoing was served by messenger on the Clerk, for the U.S. District Circuit for the District of Columbia filing this 4th day of August, 2008.

_____
George Brent Mickum IV

Cleared for Public Filing by
Counsel for The Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ZAYN AL ABIDIN MUHAMMAD HUSAYN,

    Petitioner,

v.                 No. _____

ROBERT M. GATES,

    Respondent.

---

## DECLARATION OF GEORGE BRENT MICKUM IV

I, George Brent Mickum IV, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Spriggs & Hollingsworth, 1350 I Street NW, 9th Floor, Washington, D.C. 20005 ("S&H"). Spriggs & Hollingsworth is counsel to Petitioner Zayn Al Abidin Muhammad Husayn ("Petitioner") in the above-captioned action. I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia and am admitted to practice before this Court. I respectfully submit this declaration in support of Petitioner's motion for permission to proceed *in forma pauperis*.

08 1360

FILED

AUG - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

Cleared for Public Filing by
Counsel for The Department of Justice

2. Spriggs & Hollingsworth represents Petitioner on a *pro bono* basis.

3. Petitioner is imprisoned by Respondent at the U.S. Naval Station at Guantánamo Bay, Cuba. Petitioner is identified by Respondent at Guantánamo by his Internment Serial Number, 10016.

4. Petitioner has been held virtually *incommunicado* in military custody for nearly six years and, on information and belief, is unable to pay or give security for costs and fees.

5. Petitioner files the above-captioned action, challenging the legality of his indefinite detention by Respondent, without charge or trial. pursuant to 28 U.S.C. § 2241.

6. According to unclassified excerpts of the transcript of Petitioner's Combatant Status Review Tribunal (CSRT) proceedings, Petitioner was arrested on March 28, 2002 during a safe house raid. He was turned over to U.S. forces. Thereafter, he was subjected to various methods of torture, including waterboarding, by the Central Intelligence Agency. He was eventually transferred to Guantánamo.

7. On information and belief, since Petitioner was taken into custody, he has not been able to work or earn any income. Nor, on information and belief, has he been able to access any assets that he may have had prior to his

capture and imprisonment at Guantánamo. In addition, on information and belief, Petitioner has not been able to contact any of his family members to obtain their assistance financially.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   Washington, District of Columbia
            August 4, 2008

_____
George B. Mickum IV