# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), )<br><br>Petitioner, )<br><br>v. )<br><br>THE HONORABLE LLOYD J. AUSTIN, III, )<br>SECRETARY OF DEFENSE, *et al.*, )<br><br>Respondents. ) | Civil Action No. 08-cv-1360 (EGS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Julia A. Heiman, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Respondents.

Dated: July 9, 2021                Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                               Acting Assistant Attorney General

                                               ALEXANDER K. HAAS
                                               Branch Director

                                               TERRY M. HENRY
                                               Assistant Branch Director

                                                /s/ Julia A. Heiman

RONALD J. WILTSIE (D.C. 431562)
JULIA A. HEIMAN (D.C. 986228)
INDRANEEL SUR
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov
*Attorneys for Respondents*