IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-1360 (EGS) |
| THE HONORABLE LLOYD J. AUSTIN, III, SECRETARY OF DEFENSE, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**Index of Exhibits**

1. Decl. of Major General Dagvin Anderson (Sept. 30, 2021)

2. Defense Intelligence Agency Declaration (Oct. 1, 2021)

3. Bloomberg Government, Testimony before the Senate Armed Services Committee Hearing (Sept. 28, 2021)

4. U.S. Central Command statement on counterterrorism strike on ISIS-K planner (Aug. 27, 2021)

5. Congressional Research Service, Authorization for Use of Military Force in Response to the 9/11 Attacks (P.L. 107-40): Legislative History (Jan. 16, 2007)

6. The World Fact Book, Political Map of Asia

7. Report on the Legal and Policy Frameworks Guiding the United States' Use of Military Force and Related National Security Operations (Dec. 2016)

8. Letter to the Speaker of the House of Representatives and the President of the Senate on the Continuation of the National Emergency with Respect to Certain Terrorist Attacks (Sept. 9, 2021)

9. Office of the Director of National Intelligence, Annual Threat Assessment (Apr. 9, 2021)

10. Congressional Research Service, Al Qaeda: Background, Current Status, and U.S. Policy (June 14, 2021)

11. FDD's Long War Journal, Ayman al Zawahiri promotes 'Jerusalem Will Not Be Judaized' campaign in new video, (Sept. 11, 2021)

12. Report of the Analytic Support and Sanctions Monitoring Team, U.N. Doc. S/2021/486 (June 1, 2021)

13. Report of the Analytical Support and Sanctions Monitoring Team, at 14, U.N. Doc. S/2021/655 (July 21, 2021)

14. Bloomberg Government, Testimony before the House Armed Services Committee Hearing (Sept. 29, 2021)

15. Letter from the President, Letter to the Speaker of the House and President Pro Tempore of the Senate Regarding the War Powers Report (June 8, 2021)