AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Zayn al Abidin Muhammad Husayn (ISN 10016) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:08-cv-1360-EGS |
| Lloyd J. Austin, III | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent.

Date: 02/25/2022

*Attorney's signature*

Jason C. Lynch (D.C. Bar No. 1016319)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
*Address*

Jason.Lynch@usdoj.gov
*E-mail address*

(202) 514-1359
*Telephone number*

(202) 616-8460
*FAX number*