UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN,<br><br>                Petitioner,<br><br>    v.<br><br>LLOYD J. AUSTIN III, *et al.*,<br><br>                Respondents. | No. 08-CV-1360 (EGS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Eric L. Lewis, Esq., an attorney at Lewis Baach Kaufmann Middlemiss pllc, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Petitioner Zayn Al Abidin Muhammad Husayn.

Dated:  May 17, 2023

                                        **LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

                                  BY:   /s/ Eric L. Lewis
                                                  Eric L. Lewis (D.C. Bar #394643)
                                                  1101 New York Avenue, NW
                                                  Suite 1000
                                                  Washington, DC 20005
                                                  Tel: (202) 833-8900
                                                  Fax: (202) 466-5738
                                                  *eric.lewis@lbkmlaw.com*