UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN,<br><br>    Petitioner,<br><br>v.<br><br>LLOYD J. AUSTIN III, *et al.*,<br><br>    Respondents. | No. 08-CV-1360 (EGS) |

## DECLARATION OF SOLOMON B. SHINEROCK
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Solomon B. Shinerock, hereby declare:

1. My name, office address, and telephone number are as follows:

   Solomon B. Shinerock
   Lewis Baach Kaufmann Middlemiss PLLC
   The Chrysler Building
   405 Lexington Avenue, 64th Floor
   New York, NY 10174
   Tel: (212) 822-0165

2. I have been admitted to the following bars and courts:

   - New York (March 3, 2010);
   - U.S. District Court for the Southern District of New York (September 10, 2013);
   - U.S. District Court for the Eastern District of New York (September 11, 2013);
   - U.S. District Court for the Northern District of New York (January 28, 2015);
   - U.S. Court of Appeals for the Second Circuit (February 26, 2014); and
   - U.S. Supreme Court (November 2019).

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I certify that I have not been disciplined by any bar.

5. I have not been previously admitted *pro hac vice* in this court.

6. I engage in the practice of law from an office located in New York. I have not applied for membership to the District of Colombia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, this 17th day of May, 2023.

Respectfully submitted,

Solomon B. Shinerock

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC