UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAYN AL ABIDIN MUHAMMAD
HUSAYN,

                Petitioner,

      v.

LLOYD J. AUSTIN III, *et al.*,

                Respondents.

No. 08-CV-1360 (EGS)

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Petitioner Zayn Al Abidin Muhammad Husayn moves for the admission and appearance of attorney Elizabeth M. Vélez *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Elizabeth M. Vélez, filed herewith. As set forth in Ms. Vélez's declaration, she is admitted and an active member in good standing in the New York Bar. This motion is supported and signed by Eric L. Lewis, an active and sponsoring member of the Bar of this Court.

Dated: May 17, 2023                Respectfully submitted,

                                  /s/ Eric L. Lewis
                                  Eric L. Lewis (D.C. Bar #394643)
                                  1101 New York Avenue, NW
                                  Suite 1000
                                  Washington, DC 20005
                                  Tel: (202) 833-8900
                                  Fax: (202) 466-5738
                                  *eric.lewis@lbkmlaw.com*