IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), | ) ) ) | |
| *Petitioner,* | ) ) | |
| v. | ) ) | No. 08-CV-1360 (EGS) |
| LLOYD J. AUSTIN III, | ) ) | |
| *Respondent.* | ) ) ) | |

## PETITIONER'S NOTICE OF FILING REPORT

Petitioner hereby gives notice that on August 3, 2023 he filed through the CISO his

Supplemental Report Relating to Respondent's *Ex Parte* Motion for Exception from Disclosure

of Various Categories of Information in the CIA's Medical Records Relating to Him.

Respectfully submitted,

Solomon B. Shinerock
Adam S. Kaufmann
Eric L. Lewis (D.C. Bar #394643)
Elizabeth M. Vélez
Lewis Baach Kaufmann
Middlemiss PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
(t) 212.826.7001
(f) 212.826.7146

Charles R. Church
The Law Office of Charles R. Church LLC

1

76 Lincoln City Road
Salisbury, CT 06068
(t) 860.596.4166
(f) 860.596.4166

/s/ Charles R. Church

*Counsel for Petitioner*

Date: August 4, 2023