IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN # 10016), </br></br>*Petitioner,*</br></br>v.</br></br>LLOYD J. AUSTIN III,</br></br>*Respondent.* | ) ) ) ) ) ) ) ) ) ) ) ) )   No. 08-CV-1360 (EGS) |

**DECLARATION OF SOLOMON B. SHINEROCK**

Solomon B. Shinerock, pursuant to the penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney with the law firm Lewis Baach Kaufmann Middlemiss PLLC and counsel to Petitioner in the above-captioned matter. I submit this declaration in support of Petitioner's Superseding Motion for Sanctions for Spoliation of Evidence.

2. Attached to this declaration is a true and correct copy of the following exhibits:

- Exhibit 1: Declaration of Petitioner Zayn Abidin Muhammad Husayn, ECF No. 356 (filed originally with Petitioner's Motion for Sanctions for the Spoliation of Evidence, ECF No. 355)

- Exhibit 2: Email to Kyle "Dusty" Foggo (Nov. 10, 2005, 5:48 PM)

- Exhibit 3: Office of the Inspector General, Central Intelligence Agency, *Special Review: Counterterrorism Detention and Interrogation Activities* (May 7, 2004)

- Exhibit 4: Email to Kyle "Dusty" Foggo (Nov. 10, 2005, 7:25 PM)

1

- Exhibit 5: CIA Cable (Nov. 8, 2005)

- Exhibit 6: CIA Cable (Nov. 9, 2005)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2023
New York, New York

 /s/ Solomon B. Shinerock
Solomon B. Shinerock
Lewis Baach Kaufmann Middlemiss PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
(t) 212.826.7001
(f) 212.826.7146