# EXHIBIT 1

¶IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                        x
                                        :
ZAYN AL ABIDIN MUHAMMAD HUSAYN,         :
                                        :
            Petitioner,                 :
                                        :
        v.                              :   No: 08-cv-1360 (RWR)
                                        :
ROBERT M. GATES,                        :
                                        :
            Respondent.                 :
                                        :
                                        x
```

## DECLARATION OF ZAYN AL ABIDIN MUHAMMED HUSAYN

Pursuant to § 1746, I hereby declare as follows:

1. I am detained by the Department of Defense in Guantanamo Bay, Cuba. I submit this declaration in connection with my petition for habeas corpus and in support of a motion to obtain records of my interrogations by U.S. government officials in lieu of video recordings of such interrogations that I understand have been destroyed.

2. This declaration describes some of what I said during interrogations, during which time I repeatedly explained that I was not a member of or affiliated with al Qaeda and that I never supported or engaged in any hostilities against the United States. I told my interrogators this information repeatedly, during calm interrogations and even during the extreme duress and violence of my most intense period of torture by the CIA. Any videotapes of such interrogations would have recorded these repeated statements of my innocence. This declaration is not meant to be a comprehensive description of my treatment or my interrogations. Time limitations and logistical difficulties make it difficult for me to do so.

1



3.    After I was wounded and apprehended by the U.S. government in Pakistan in about March 2002,                    and spent time recovering in a hospital. Interrogations by FBI officials started then. After some period of recovery, the FBI moved me to an interrogation room. Here, I endured constant sleep deprivation, was shackled to a chair naked in freezing temperatures for about 2-3 weeks, and bombarded with high-decibel noise, and without solid food. FBI interrogators questioned me for hours each day.

4.    They asked me many questions about al Qaeda, which made me think they believed I was a member. As I explained during my CSRT and in my habeas petition, I was not and never was a member of al Qaeda.

5.    I was unconnected to al Qaeda, and did not train anyone for operations and did not support violence against the United States or Americans. In fact, people with the CIA later admitted to me that the were wrong to think I was in al Qaeda and apologized to me for my torture.

6.    During the early interrogations, the interrogators believed that I was "number 3 in al Qaeda." This was absurd. I explained repeatedly that I was not a member and opposed violence against civilians. I did give them basic information about what I know of al Qaeda, but this was information that anyone who spent time in Afghanistan could know. I told the truth to them and gave them whatever information I could give.

7.    When I told them I was not in al Qaeda, they said, "don't go there!" They said, "you are al Qaeda, do not deny it.

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████████████████

████████████ You are number 3."  I continued to explain why they were

wrong.

8. They also asked me repeatedly 3 questions: ██████████████████

████████████████████████████████████████████████

██████████████████████ I kept telling them I can't answer these questions.  I

do not know any answers because I was not involved with al Qaeda or any of its

operations.

9. At some point, the FBI officials who had been interrogating me, stopped.

I spent about 1 month in isolation, with no contact with interrogators.  Still, I was kept

naked, underfed, and freezing.

10. One day guards came into my cell with a man who later told me his name

was █████████████████████████████ I later learned

that he was working with the CIA█████████████████████ I also

met a man who worked with█████and who I later began to call█████ I believe he was

also one of either█████████████████came into my cell screaming

obscenities; he slammed me against the concrete wall, hitting my head repeatedly.  He

said something like, "Are you ready to talk?  Now we are going to tell you how real

interrogation is done!"  Later, they put me (I was still naked) in a big black box made of

wood.  They kept me confined in the black box for hours in extremely uncomfortable

positions without adequate air or food and with the extreme noise of a machine nearby.

11. This began a period of my most painful and cruel period of torture, which

seemed to be directed by the men who I called█████████ This torture included

slamming my head and body against a wall while my neck was collared by a towel;

3

█████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████

nights confined in a large box (about 3 feet wide, 3 feet deep and over 6 feet tall) or hours

confined in a small "dog box" (about 2 ½ fet wide, by 2 ½ feet long by 2 ½ feet high);

sleep deprivation; denial of food; exposure to cold; hanging by arms; prolonged, shackled

standing. These methods were used repeatedly during this time in different

combinations. The pain, discomfort and humiliation were incredible. Sometimes I

would pass out from the pain and stress.

     12.    For example, the pain in the small box was unbearable. I was hunched

over in a contorted way and my back and knees were in excrutiating pain. I began

slamming my body and shackled arms against the inside and screaming for help and tried

to break the door. The wound in my stomach and leg opened up and I started bleeding,

yet I didn't care: I would do anything to stretch my leg and back for 1 minute.

     13.    During the walling and in between these torture techniques, ███████

████ screamed questions at me, like ████████████████████████████

████████ Over and over I told them, "I don't know! I have nothing to tell you! I don't

know al Qaeda or what they are doing!" This was the truth, as they later admitted to me.

     14.    Other times I would plead, "Tell me what you want me to say, I will say

it!" Other times I just said things that were false and that I had no basis to know or

believe, simply to get relief from the pain.

     15.    Another technique the CIA used on me was the waterboard. As best as I

can remember, I was waterboarded for a period of six days, but I am not completely

certain. As best as I can remember, I would be waterboarded three times in a row, for

two sessions per day, over about six days. █████████████ were present and

administered all of the waterboarding sessions.

████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

16.   I would be strapped to a board by my arms and legs and by my waist (which was very painful because of my wound). Guards with black costumes, masks and black goggles strapped me in. My mouth and nose and eyes were covered by a cloth. The board – and my body – were placed horizontally. My head was immobilized by a board. Someone poured over the cloth, which entered my mouth and nose. I could hear one water bottle empty out by the gurgling noise it made; I hoped that would end the process, then I heard another bottle start to pour. Water would enter into my lungs. It felt like my whole body was filled with water; even my eyes felt like they were drowning. I experienced the panicked sensation of death and my body convulsed in terror and resistance. I thought, "I will die. I will die." I lost control of my functions and urinated on myself. At the last possible moment, the board – and my body – would be made vertical. I instantly vomited water violently but at the same time was still panicked and desperate for air.

17.                  would ask, "Are you ready to talk?" I told them, "I told you everything! I don't know anything!" Again and again, I tried to explain they were wrong about me.

18.   On about the fourth day of the waterboarding,      told me "nobody in Washington believes you" and started the waterboarding again. Also, in between the waterboarding sessions, I would be put in the dog box for hours and spend nights in the large box.

19.   In what was the last session of the waterboard, I noticed          in the room (in addition to         and the guards), in the moment before the cloth was put over my face. One I saw again a month later and he introduced himself as a

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

doctor. The other I saw the next day – he was a debriefer who interrogated me for a long period after.

20.     After the last session of waterboarding, I was put in the big box. After a period of hours, ███████████ took me out, but this time they did not collar me with a towel and slam me against the wall. They told me that Washington still didn't believe me and that I would be talking to new debriefers/interrogators. I was forced to stand naked, in shackles in front of a woman and a man. When I refused to talk with a woman present, ███████ beat my head agains the wall repeatedly. Eventually, they provided a towel to cover my private parts.

21.     These debriefers/interrogators commenced a process of questioning that lasted a shorter period of time than any of the previous debriefings. They questioned me for only one or two hours per day. These debriefers and then their successors interrogated me every day. But after that day, the brutal period of torture stopped.

22.     Interrogators did still ask me many of the same questions that the FBI asked. This process continued every day, for only one or two hours each day, until I was transferred to Guantanamo in 2006.

23.     For a period of weeks after this most intense time of torture, ███████ ███████ would still visit and talk to me in an intimidating manner. By what they said and their manner, I believed they were attempting to remind me that I could be sent to the torture if the CIA ordered it or if the government thought I was not cooperating. Over time, however, they became more civil with me and tried to greet me politely and ask how I was doing. I think they finally realized they were wrong about me, and that they finally accepted the truth about me. In fact, ███████ told me this later, and ███████ did too.

UNCLASSIFIED//FOR PUBLIC RELEASE

24.     To take one example, in a conversation with me, ▮▮▮▮ old me about
interrogations of al Qaeda members Khaled Sheik Mohammed and Abdel Rahim al
Nashiri. ▮▮▮▮ explained that when these men were asked about me, they each explained
that I was never a member of al Qaeda. As ▮▮▮▮ explained it to me, these men seemed
to think that the notion that I was a member of al Qaeda was absurd and were surprised
the Americans suggested it.   To take another example, in a conversation with ▮▮▮▮ he
was bragging to me that the U.S. intelligence operations were so expert at uncovering al
Qaeda and deciding who was lying or telling the truth. I joked with him, as we
sometimes did when talking about the mistakes in my case, "What about me?  What
about your fancy satellites and intelligence – and you thought I was al Qaeda." He sort of
smiled to acknowledge my point and nodded his head; he said, "well your case was a
mistake." I had several other conversations with ▮▮▮▮ in which it was
acknowledged that I was not a member of al Qaeda.

25.     On a particular day, sometime in 2005, I was visited by ▮▮▮▮ We got
into a political discussion about my beliefs and my desire for a Palestinian homeland, my
opposition to violence against civilians and that I had no interest in hurting Americans or
fighting against them. He said he understood this. During this conversation he admitted
to me that the U.S. was wrong about me. He said he had no problem doing what he did
(torture) to Khaled Sheik Mohammed, but he was very sorry about what had been done to
me, because I was not the person they once thought I was. At one point during this
conversation, ▮▮▮▮ became emotional and became unable to speak; he removed his
glasses and wiped his eyes.

UNCLASSIFIED//FOR PUBLIC RELEASE

26.     Sometime in 2005 at a location I do not know, I was visited by a high
level official in the U.S. government. I was told that this person was the head of the
program I was in. I met with him on two occasions to discuss my conditions. During the
first conversation, he said that what happened to me was bad, and took personal
responsibility for it, even saying it was a mistake. He said he wished to put these events
behind us, and make things better for me now and in the future. He agreed to return my
diaries, give me exercise equipment, improve the food and cease body cavity searches.


      I swear under penalty of perjury under the laws of the United States of America,
that the foregoing is true and correct.


Guantanamo Bay, Cuba
July 23, 2009

                                    /s/ Zayn Al Abidin Muhammed Husayn


8

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

①

## DECLARATION OF ZAYN AL ABIDIN MUHAMMED HUSAYN
(Pursuant to

Pursuant to § 1746, I hereby declare as follows:

___. I am detained by the Department of Defense in Guantanamo Bay, Cuba. I submit this declaration in connection with my petition for habeas corpus and in support of a motion to obtain records of my interrogation by U.S. government officials in lieu of videorecordings of such interrogations that I understand have been destroyed.

___. This declaration describes some of what I said during my interrogations, during which time I repeatedly explained that I was not a member of or affiliated with al Qaeda and that I never supported or engaged in any hostilities against the United States. I told my interrogators this information repeatedly, during calm interrogations and even during the extreme duress and violence of my most intense period of torture by the CIA. Any videotapes of such interrogations would have recorded these repeated statements of my innocence. This declaration is not meant to be a comprehensive description of my treatment or my interrogations. Time limitations and logistical difficulties make it difficult for me to do so at this time.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

②

After I was wounded and apprehended by the U.S. government
in Pakistan in about March 2002,

and spent time recovering in a hospital. Interrogation by
FBI officials started then. After some period of recovery,
the FBI moved me to an interrogation room. Here, I
endured constant sleep deprivation, was shackled to a chair
naked, in freezing temperatures for weeks, without solid
food. FBI Interrogators questioned me for hours a day.

They asked me many questions about al Qaeda, which
made me think they believed I was a member. to I
explained during my CSRT + during my habeas petition, I
was not and never was a member of al Raida.

I who
was            to al Qaeda and did not train anyone for any
operations and did not support violence against the United States

In fact, the CIA later admitted to
me that they were wrong to think I was in al Qaeda
and apologized to me for my torture.

UNCLASSIFIED//FOR PUBLIC RELEASE

⑤

During the early interrogating, the interrogators believed
that I was "number 3 in al Qaeda." This was absurd.
I explained repeatedly that I was not a member and
opposed violence against the civilians. I did give them
basic information about what I knew of al Qaeda, but
this was information that anyone who spent time in Afghanistan
would know. I told the truth to them and gave them whatever information
I could give.
The FBI also repeatedly asked me 3 questions.
When I told them I was not in al Qaeda, they
said "don't go there!" They said "you are al Qaeda, do not
deny it. ███████████████████████ to prove it if you
are number
I continued to explain why they were wrong, ███
███████████████████████

They also asked me repeatedly 3 questions:

███████████████████████████
███████████████████████████

It kept telling them I
can't answer these questions. I do not know any answers
because I was not involved with al Qaeda or any of its
operations.

███████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



At some point the FBI officials who had been interrogating me, stopped. I spent about a month alone, in isolation with no contact with interrogators. Still, I was kept naked, underfed, and freezing.

One day guards came into my cell with a man who later told me his name was ▮▮▮▮▮▮▮▮▮ working with the ▮▮▮. I later learned that he was for CIA contractor, and was either ▮▮▮▮▮▮▮▮.

He came in my cell screaming obscenities, he slammed me against the concrete wall, hitting my head repeatedly. He said something like, "Are you ready to talk? Now we are going to show you how real interrogation is done!"

Later, they put me (I was still naked) in a big black box made of wood. They kept me confined in this black box for hours in extremely uncomfortable positions, without adequate air, packed and with the extreme noise of a machine nearby.

This began a period of my most painful and cruel period of torture, which seemed to be directed by the man who called himself ▮▮▮▮▮. This torture included

UNCLASSIFIED//FOR PUBLIC RELEASE

⑧

around body

slamming my head/ against a wall while my neck was
collared by a towel; days and nights confined in a
small large box (about 3 feet wide, 3 feet deep and our
6 feet tall) or/in a small "dog box" (about 2 1/2 feet wide, by
2 and a half feet long by 2 1/2 feet high); sleep deprivation;
hanging by my arms, prolonged shackled; the
denial of food; exposure to cold; and the force feeding.

These methods were used repeatedly during this time
in different combinations. The pain, discomfort and humiliation
were incredible. Sometimes I would pass out from the pain and stress.
For example, one time the pain in the small box was
unbearable. As I was torched over in a contorted way and
my back and knees were in excruciating pain. I began
Slamming my body and shackled arms against the inside and
by to break the door.       and leg
Screaming for help; the things in my stomach/opened up
are I started bleeding, yet I didn't care. I would do
anything to stretch my leg, back for 1 minute.

UNCLASSIFIED//FOR PUBLIC RELEASE

(6)

Durda, the walling and in between these torture techniques

screamed questions at me,

"

Over and over I told them "I don't know!" I
have nothing to tell you. I don't know al Qaeda or
what they are doing!" This was the truth, as they
later admitted to me.

Other times I would         plead "Tell me what
you want me to say! I will say it."         Other
times I just said things that were false and that
I had no basis to know or believe, simply to get
a relief from the pain.

Another technique the CIA used on me was the waterboard.
As best as I can remember, I was waterboarded for a period
of six days, but I am not completely certain. As best as I
can remember, I would be waterboarded     three times     in a row,
for 2 sessions per day, or about six days.

were present and administered to all. 1) The waterboarding session

⑦

——— I would be strapped to a board by my arms and
legs and by my waist. (Which was very painful because
of my wound). Guards with black costumes, mask and black
goggles strapped me in. My mouth and nose, were covered
by a cloth. The beard—was and my body—were placed horizontally
My head was immobilized by a board.
Someone poured water over the cloth, which entered my
mouth and nose. I could hear one water bottle empty out
by the gurgling noise it made; I hoped that would end
the process, then I heard another bottle start to pour.
Water would enter my ~~teeth through my mouth and~~ until it put
~~go down my nose and~~ into my lungs. It felt like my
whole body fill with water; even my eyes felt like
they were drowning. I experienced the panicked sensation
of death and my body convulsed in terror and resistance.
I will die. I will die. I lost control of my
functions and urinated and defecated on myself. At the
last possible moment, the board—and my body—would
be made vertical. I instantly vomited water violently,
but at the same time was still panicked and desperate for
air.

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

(Q)

_____ ███████████████ would ask, "Are you ready to talk?"

I told them, "I told you everything! I don't know anything!"
Again and again I tried to explain they were wrong about
me.

On about the 4th day of the waterboarding, ████ told me
nobody in Washington believes you, and started the
waterboarding again. Also in between the waterboarding
sessions, I would be put in the small bending box for
hours and spend nights in the large box.

During ████ what was the last session of
the waterboarded, I noticed ████████ in the
room (in addition to ████████ in the guards), in the
box. I to moments before the cloth was put over my face.
One I saw ████ again one month later and introduced himself as
a doctor. The other I saw the next day — he was a
debriefer, who interrogated me for a long period after.

UNCLASSIFIED//FOR PUBLIC RELEASE

⑨

After this last session of waterboardings, I was put in the big box. After a period of hours, ▮▮▮▮▮▮ took me out, but this time they did not collar me with a collar tarru and slam me against the wall. They told me that Washington still didn't believe we are that I would be talking to new debriefers/interrogators. They I was forced to stand naked, in shackles in font of a woman and a ~~asked me if I needed anything, and gave me a towel~~ man. When I refused to the with a woman around, ▮▮▮ but my head to cover my ~~naked private parts, so I repeated, and~~ against the wall repeatedly. Eventually, they provided a towel to ~~chair to sit in~~ cover my private parts.

These Debriefers/interrogators ~~came into the room and~~ commence a process of questioning that lasted a shorter period of time than any of the previous debriefings. They questioned my ~~for only one or two hours per day only.~~ These debriefers and then their successors interrogated me every day. ~~brutal process all~~ But after that day, This (torture stopped.

Interrogators did still ask me many of the same questions that the FBI asked. This process continued every day, for only 1 or 2 hours each day, until I was transferred to Guantanamo in 2006.

UNCLASSIFIED//FOR PUBLIC RELEASE

███████████████████



___. For a period of weeks after this most intense time of torture, ██████████████ would still visit me and talk to me in an intimidating manner. By what they said and their manner, I believed they were attempting to remind me that ~~they could send me~~ I could be sent back to the torture if ~~they wished~~ the CIA ordered it or if ~~they~~ the government thought I was not cooperating. Over time, however, they became more civil with me and tried to greet me politely and ask how I was doing. I think they finally realized ~~they~~ were wrong about me, and that they finally accepted the truth about me. In fact, ██████████ told me this ~~~~ later, and ██████ did too.

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

███████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



___. To take one example, in a conversation with me, [REDACTED] told me about interrogations of al Qaeda members Khaled Sheik Mohammmed + Abdel Rahim al Nashiri. [REDACTED] explaine. that when the men were asked about me, they each explained that I was never a member of al Qaeda. As [REDACTED] explained it to me, those men seemed to think that the notion that I was a member of al Qaeda was absurd and were surprised the Americans ever suggested it. To take another example, in a conversation with [REDACTED] he was bragging to me that the U.S. intelligence operatives were so expert at uncovering al Qaeda + deciding who was lying or telling the truth. I joked with him, as we sometimes did when talking about the mistakes in my case, that — "What about me? What about your fancy satellites and intelligence — and you thought I was al Qaeda." He sort of smiled to acknowledge my point and nodded his head + said, "Well, your case was a mistake." In connection of an conversation with I had several other conversations with [REDACTED] in which it was acknowledged that I was not al Qaeda.

UNCLASSIFIED//FOR PUBLIC RELEASE

(12)

___. On a particular day In sometime in 2005, I was visited by ███████

We got into a political discussion about my beliefs
and my desire for a Palestinian homeland, my opposition
to violence against civilians and that I had no interest
in hurting Americans or fighting against them. He said he
understood this, ~~yo During~~ this conversation, he admitted
to me that ~~they~~ the U.S. was wrong about me. He said he
had no problem doing what he did (torture) to Khaled
Sheik Mohammed, but he was very sorry about what
had been done to me, because I was not the person
they once thought I was. At one point during this
~~conversation~~ conversation, ███████ became emotional and
~~began to choke up, he~~ and became unable to speak; he
removed his glasses and wiped his eyes.

___. Sometime in 2005 at a location I do not know,
I was visited by ~~someone~~ a high level official in the ~~U.S.~~ U.S.-gov
I was told that this person was the head of the program
I was in. I met with him on two occasions to discuss
my conditions. During the first conversation he said that what had

UNCLASSIFIED//FOR PUBLIC RELEASE

⑬

happened to me was bad, and took personal responsibility for it, even saying it was his mistake. He said he wished to put these events behind us, and make things better for me now and in the future. He agreed to return my diaries, give me exercise equipment, and improve the food, and cease body cavity searches.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Guantanamo Bay, Cuba
July 23, 2009

UNCLASSIFIED//FOR PUBLIC RELEASE