# EXHIBIT B

TOP SECRET/███SI//ORCON/NOFORN//MR

SLUGS: ███
SUBJECT: EYES ONLY - INVENTORY AND REVIEW OF INTERROGATION VIDEOTAPES

REF: A. ███
B: ███
C:
D:
E:
F:

TEXT:

COMBINE: COMPLETE

1. ACTION REQUIRED: NONE; FYI ONLY.

2. ON 03 DEC 02, ███ CONDUCTED AN INVENTORY OF ALL VIDEOTAPES AND OTHER RELATED MATERIALS CREATED AT ███ DURING THE INTERROGATIONS OF AL-QA'IDA DETAINEES ZAYN AL-'ABIDIN MUHAMMAD ((HUSAYN)) AKA ABU ((ZUBAYDAH)) AND 'ABD AL-RAHIM AL-((NASHIRI)) AKA MULLAH ((BILAL)) ███

███ IN SUMMARY, ███ CURRENTLY POSSESSES A TOTAL OF 92 REPEAT 92 TAPES AND THREE OTHER ITEMS (ONE EACH: ███ OFFICER LOGBOOK; PORTFOLIO OF AZ NOTES AND DRAWINGS; AND ENVELOPE ███ NOTES).

TOP SECRET/███SI//ORCON/NOFORN//MR

000636
2007-8808-IG001848

TOP SECRET/▮▮▮▮/SI//ORCON/NOFORN//MR

DETAILED INVENTORY FOLLOWS IN PARA 4, BELOW.

    3. IN ACCORDANCE WITH REF A, ▮▮▮▮ COMPLETED HIS REVIEW OF THE VIDEOTAPES AND THE RELATED CABLES ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ IN ACCORDANCE WITH REF D ITINERARY.

    4. INVENTORY OF VIDEOTAPES

(ALL DATES ARE 2002)

1ST SHIPMENT ▮▮▮▮

BOX 1 OF 4

DETAINEE #1

| TAPE | LABEL | DATE/TIME | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | ▮▮▮▮ | ▮▮▮▮ DO NOT TAPE OVER |
| 2 | 2 | ▮▮▮▮ | |
| 3 | 3 | ▮▮▮▮ | |
| 4 | 4 | ▮▮▮▮ | |
| 5 | 5 | ▮▮▮▮ | |
| 6 | 6 | ▮▮▮▮ | |
| 7 | 7 | ▮▮▮▮ | |
| 8 | 8 | ▮▮▮▮ | |
| 9 | 9 | ▮▮▮▮ | |
| 10 | 10 | ▮▮▮▮ | |

TOP SECRET/▮▮▮▮/SI//ORCON/NOFORN//MR



TOP SECRET//[REDACTED]//ORCON/NOFORN//MR

| TAPE | LABEL | DATE/TIME DESCRIPTION |
|---|---|---|
| 11 | 11 | [REDACTED] |
| 12 | 12 | [REDACTED] |
| 13 | 13 | [REDACTED] |
| 14 | 14 | [REDACTED] |
| 15 | 15 | [REDACTED] |
| 16 | 16 | [REDACTED] |
| 17 | 17 | [REDACTED] |

END BOX 1 OF 4

BEGIN BOX 2 OF 4

| TAPE | LABEL | DATE/TIME DESCRIPTION |
|---|---|---|
| 18 | 18 | [REDACTED] |
| 19 | 19 | [REDACTED] |
| 20 | 20 | [REDACTED] |
| 21 | 21 | [REDACTED] |
| 22 | 22 | [REDACTED] |
| 23 | 23 | [REDACTED] |
| 24 | 24 | [REDACTED] |
| 25 | 25 | [REDACTED] |
| 26 | 26 | [REDACTED] |
| 27 END: | 27 | [REDACTED] |

TOP SECRET//[REDACTED]//ORCON/NOFORN//MR

000638
2007-8808-IG001850

TOP SECRET/  /SI//ORCON/NOFORN//MR

| TAPE | LABEL | DATE/TIME DESCRIPTION |
|---|---|---|
| 28 | 28 | |
| 29 | 29 | |
| 30 | 30 | |
| 31 | 31 | |
| 32 | 32 | |
| 33 | 33 | |
| 34 | 34 | |
| 35 | 35 | |
| 36 | 36 | AZ |
| 37 | 37 | ABU Z. |
| 38 | 38 | |
| 39 | 39 | |

END BOX 2 OF 4

BEGIN BOX 3 OF 4

| TAPE | LABEL | DATE/TIME DESCRIPTION |
|---|---|---|
| 40 | 40 | |
| 41 | 41 | |
| 42 | 42 | AZ |

TOP SECRET/ /SI//ORCON/NOFORN//MR



000639
2007-8808-IG001851



TOP SECRET/▇▇SI//ORCON/NOFORN//MR

---

60   AZ ▇▇▇▇▇▇

61   ▇▇▇▇▇▇

END BOX 3 OF 4

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

BEGIN BOX 4 OF 4

DETAINEE #1

| TAPE | LABEL | DATE/TIME DESCRIPTION |
|---|---|---|
| 62 | 1 | ▇▇▇▇▇▇ |
| 63 | 2 | ▇▇▇▇▇▇ |
| 64 | 3 | ▇▇▇▇▇▇ |
| 65 | 4 | ▇▇▇▇▇▇ |
| 66 ▇ | 1 | ▇▇▇▇▇▇ |
| 67 ▇ | 2 | ▇▇▇▇▇▇ |
| 68 | 3 | ▇▇▇▇▇▇ |
| 69 ▇ | ▇ | ▇▇▇▇▇▇ |
| 70 | 4 | ▇▇▇▇▇▇ |
| 71 | 5 | ▇▇▇▇▇▇ |
| 72 | 6 | ▇▇▇▇▇▇ |
| 73 ▇ | 7 | ▇▇▇▇▇▇ |
| 74 | 8 | ▇▇▇▇▇▇ |

TOP SECRET/▇▇SI//ORCON/NOFORN//MR

000641
2007-8808-IG001853

TOP SECRET/▮▮▮▮/SI//ORCON/NOFORN//MR

```
75    9       ███████████████████████
H2O
76    10      ███████████████████████
77    11      ████████████████████████
78    12      ██████████
79    13      █████
80    14      ██████████████████
81    15      █████
82    16      █████████
83
84            ████████████
85
86
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
87    ███████████████████████████████████████

88    NO VIDEO BUT THERE IS
      SOUND
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
89    1       USE AND REWIND #1
90    2       USE AND REWIND #2
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

DETAINEE #2

TAPE     LABEL      DATE/TIME DESCRIPTION

91       ▮▮▮TAPE AND REWIND #2
92       3    ▮▮▮▮USE AND REWIND #3
         ▮▮▮▮FINAL

END BOX 4 OF 4

TOP SECRET/▮▮▮/SI//ORCON/NOFORN//MR

00064▮
2007-8808-IG001854

TOP SECRET/ ██ SI//ORCON/NOFORN//MR

OTHER MATERIALS

BEGIN OTHER MATERIALS



END OTHER MATERIALS

5. FILE: NONE. ████

████

CABLETYPE: ████

END OF MESSAGE

28Nov02) EYES ONLY ████
28Nov02) EYES ONLY ████

VIDEOTAPES

----

PAGE 001
NOV 02

----

STAFF
TO: ████

TOP SECRET/ ██ /SI//ORCON/NOFORN//MR

000643
2007-8808-IG001855