# EXHIBIT C

Case 1:08-cv-01360-UNA Document 66-13 Filed 11/17/23 Page 2 of 6
Case 1:04-cv-04151-AKH Document 450-18 Filed 02/15/11 Page 2 of 6
(02/15/08) TCG:37538

TOP SECRET/ ███ /NOFORN//X1

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

9 January 2003

(TS/ ███) Review of Interrogation Videotapes

1. (TS/ ███) A review of the videotapes of the interrogations of two al-Qa'ida detainees ███ confirms that the cable traffic accurately describes the interrogation methods employed ███

2. (TS/ ███) ███ confirm that the cable traffic accurately describes the interrogation methods ███

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

TOP SECRET/ ███ /NOFORN//X1

2873

(02/15/08) TCG:37539

~~TOP SECRET/~~ ▮▮▮▮ ~~//NOFORN//X1~~

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

SUBJECT: ~~(TS/~~ ▮▮▮▮ Review of Interrogation Videotapes

5. ~~(TS/~~ ▮▮▮ I inventoried all the interrogation materials ▮▮▮ In addition to the 31 videotapes ▮▮▮ the materials included 61 videotapes ▮▮▮ a logbook of ▮▮▮ notes:

7. ~~(TS/~~ ▮▮▮

2

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

~~TOP SECRET/~~ ▮▮▮ ~~/NOFORN//X1~~

Case 1:08-cv-01360-UNA Document 665-3 Filed 11/17/23 Page 4 of 6
Case 1:04-cv-04151-AKH Document 450-13 Filed 02/15/21 Page 4 of 6

(02/15/08) TCG: 37540

~~TOP SECRET/~~ ▇▇▇ ~~/NOFORN//X1~~

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

SUBJECT: ~~(TS/~~ ▇▇▇ Review of Interrogation Videotapes

▇▇▇ used a logbook to record notes ▇▇▇

9. ~~(TS/~~ ▇▇▇ I reviewed every minute of the videotapes ▇▇▇ in either the "play" or "play/fast forward" mode. My review of the videotapes ▇▇▇ confirms the cable traffic description that this

3

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

~~TOP SECRET/~~ ▇▇▇ ~~/NOFORN//X1~~

(02/15/08) TCG:37541

TOP SECRET/███████/NOFORN//X1

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

SUBJECT: (TS/████████) Review of Interrogation Videotapes

████████████████████ There is nothing remarkable about the interrogation and debriefing ████

10. (TS/████) I reviewed every minute of the videotapes ████ in the "play" mode ████████████████████ My review confirms that the cable traffic accurately describes the interrogation methods employed ████

4

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

TOP SECRET/████████/NOFORN//X1

(02/15/08) TCG:37542

▮ TOP SECRET/ ▮ /NOFORN//X1 ▮

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

SUBJECT: (TS/ ▮ ) Review of Interrogation Videotapes



13. (TS/ ▮ ) In summary, my review of the videotapes confirms that the cable traffic accurately describes the interrogation methods employed ▮

5

PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS AND WORK PRODUCT

TOP SECRET/ ▮ /NOFORN//X1