# EXHIBIT D

TOP SECRET//██████SI//ORCON/NOFORN//MR

CONF: ████████████████████████████████

███████

STAFF 081855ZNOV05 ███████████████

TO: ██████████████████

FROM: DDO ███████████████

████████████████

SUBJECT: EYES ONLY FOR ██████ - DDO APPROVAL TO DESTROY ████████████
VIDEO TAPES

REF: ████████████████████████████

TEXT:

1. ACTION REQUIRED: RESPONSE TO REF A.

2. DDO APPROVES REF A REQUEST TO DESTROY ██████████ VIDEO TAPES AS
PROPOSED REF A AND FOR THE REASONS CITED THEREIN (THERE IS NO
LEGAL OR OIG REQUIREMENT TO CONTINUE TO RETAIN THE TAPES.)
REQUEST THAT ██████ ADVISE WHEN DESTRUCTION HAS BEEN COMPLETED.
APPRECIATE STATION ASSISTANCE.

3. FILE: ███████████████████████████████████████████

CABLETYPE: ████████████████████
END OF MESSAGE
█████████████████████████████████████████

TOP SECRET//██████SI//ORCON/NOFORN//MR

000612

2007-8808-IG001888