# EXHIBIT E

TOP SECRET/▮▮▮/SI//ORCON/NOFORN//MR

Document: ▮▮▮▮▮▮ 09 NOV 2005
Subject: EYES ONLY FOR ▮▮▮ - DESTRUCTION OF ▮▮▮ VIDEO TAPES

ACTION: ▮▮▮▮▮▮
EYESONLY, ▮▮▮▮▮▮

▮▮▮▮▮▮

TO: PRIORITY DIRECTOR.

FOR: ▮▮▮▮▮▮

▮▮▮▮▮▮

SUBJECT: EYES ONLY FOR ▮▮▮ - DESTRUCTION OF ▮▮▮ VIDEO TAPES

REF: A ▮▮▮
B. ▮▮▮

TEXT:

▮▮▮▮▮▮

1. ACTION REQUIRED: FYI

2. PER REF A, ALL 92 ▮▮▮ VIDEO TAPES WERE DESTROYED ON 09 NOVEMBER. DESTRUCTION ACTIVITY WAS INITIATED AT 0910HRS AND COMPLETED AT 1230HRS.

3. FILE: ▮▮▮

▮▮▮▮▮▮

CABLETYPE: ▮▮▮

END OF MESSAGE ▮▮▮

--------------------

Document: ▮▮▮▮▮▮ 08 NOV 2005
Subject: EYES ONLY FOR ▮▮▮ - DDO APPROVAL TO DESTROY ▮▮▮ VIDEO TAPES

TOP SECRET/▮▮▮/SI//ORCON/NOFORN//MR

2007-8808-IG001857

000611