IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN 10016),<br><br>                    Petitioner,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense,<br><br>                    Respondent. | Civil Action No. 08-CV-1360 (EGS) |

### [Proposed] ORDER

Upon consideration of Petitioner's Superseding Motion for Sanctions, and Respondent's Opposition thereto, it is hereby **ORDERED:**

1. Respondent shall search for the 580 documents identified in *ACLU v. Dep't of Defense*, 827 F. Supp. 2d 217 (S.D.N.Y. 2011), relating to the content of the destroyed videotapes. Respondent shall produce to Petitioner's security-cleared counsel the classified documents retrieved from this collection that pertain to Petitioner, subject to appropriate redactions for sensitive national security and privileged information in accordance with the Protective Order entered in this case.

2. During the merits hearing in this case, Respondent is prohibited from offering any objection or rebuttal to Petitioner's evidence about the circumstances or content of the interrogations that occurred on the dates of the destroyed CIA videotapes. Respondent may assert an objection or rebuttal to Petitioner's evidence only to the extent Petitioner's evidence is inconceivable or fanciful.

**IT IS SO ORDERED.**

Date: _____               _____
                                          Emmet G. Sullivan
                                          United States District Judge