# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAYN AL-ABIDIN MUHAMMAD HUSAYAN (ISN #10016), | Case No.: 08-CV-1360 (EGS) |
| Petitioner, | |
| v. | |
| LLOYD J. AUSTIN, III Secretary of Defense | |
| Respondent. | |

Pursuant to Local Rule of Civ. P 83.6(b), notice is hereby given that Mark P. Denbeaux withdraws as counsel in this matter, to be replaced by Solomon B. Shinerock.

//s// Mark P. Denbeaux
Mark P. Denbeaux
Denbeaux & Denbeaux
372 Kinderkamack Road
Suite 5
Westwood, NJ 07675

Dated: June 4, 2024

/s/ Solomon Shinerock

Solomon Shinerock
Lewis Baach Kauffmann Middlemiss PLLC
10 Grand Central
155 East 44th Street, 25th floor
New York, NY 10017

Dated:

Zayn al Abidin Muhammad Husayn
Petitioner

Page 2