# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

---

ZAYN AL ABIDIN MUHAMMAD HUSAYN  )
(ISN # 10016),                                              )
                                                                     )
                      Petitioner,                            )
                                                                     )          No. 08-CV-1360 (EGS)
v.                                                                  )
                                                                     )          **NOTICE OF APPEARANCE**
LLOYD J. AUSTIN III,                                    )
                                                                     )
                      Respondent.                          )
_____)

PLEASE TAKE NOTICE that Joseph Margulies, Esq., hereby enters an appearance in the

above-captioned matter on behalf of the Petitioner, Zayn Al Abidin Muhammad Husayn.

Dated:  June 14, 2024

            Ithaca, New York

                                                                         **_/s/___ Joseph Margulies_____**

                                                                         Joseph Margulies (Illinois Bar No. 6198353)
                                                                         216 White Hall
                                                                         Cornell University
                                                                         Ithaca, NY 14850
                                                                         Tel. 607.216.2289
                                                                         *jm347@cornell.edu*