# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1360 (EGS) |
| ) | |
| LLOYD J. AUSTIN, III, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel Ronald J. Wiltsie respectfully withdraws his appearance on behalf of Respondent in this matter upon his departure from the Department of Justice. Respondent remains represented by other attorneys from the Department.

9 January 2025                                      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

  /s/   Ronald J. Wiltsie
RONALD J. WILTSIE (D.C. Bar No. 431562)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 7510
Washington, D.C. 20530
Tel: 202/307-1401
Email: ronald.wiltsie@usdoj.gov
Counsel for Respondents