**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-1360 (EGS) |
| ) | |
| PETE HEGSETH, Secretary of Defense ) | |
| ) | |
| Respondent ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that James C. Luh withdraws his appearance in this action as counsel for respondent.

Date: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Respondent