IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN 10016),<br><br>           Petitioner,<br><br>     v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>           Respondent. | Civil Action No. 08-CV-1360 (EGS) |

## NOTICE OF WITHDRAWAL BY COUNSEL

Please take note that, pursuant to Local Civil Rule 83.6(b), the undersigned counsel hereby withdraws as counsel for the United States.

Dated: July 25, 2025

Respectfully submitted,

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Respondent*