**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN 10016),<br><br>       Petitioner,<br><br>       v.<br><br>PETE HEGSETH, in his official capacity as Secretary of War,<br><br>       Respondent. | Civil Action No. 08-CV-1360 (EGS) |

**RESPONDENT'S MOTION FOR CLARIFICATION
OF PART 1 OF THE DECEMBER 24, 2025 MINUTE ORDER**

On December 24, 2025, the Court issued a Minute Order directing Respondent to provide, by January 23, 2026, the rationale for three sets of redactions contained in Respondent's Notice of Submission of Classified Documents for *Ex P*arte and *In Camera* Review at ECF No. 693.  Minute Order of December 24, 2025 ("Minute Order").  Part 1 of the Minute Order directs Respondent to provide the rationale for the redaction at "Tab 46, page 1: last sentence of first full paragraph."  There are four full paragraphs on page 1 of Tab 46.  The last sentence of the first full paragraph on page 1 is completely unredacted.  Accordingly, to ensure Respondent addresses the correct redacted sentence at issue, Respondent seeks clarification from the Court as to which specific redacted sentence on page 1 of Tab 46 the Court directs Respondent to provide the rationale for.

If the Court desires, Respondent's counsel can make arrangements with the Court to have an *ex parte* meeting in Chambers so that the Court can show Respondent's counsel which exact redacted sentence is at issue for part 1 of the Minute Order.

Alternatively, Respondent's counsel respectfully suggests that the Court issue a classified, *ex parte* order identifying the exact sentence at issue for part 1 of the Minute Order.

Dated: January 8, 2026                   Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

KRISTINA A. WOLFE
Senior Trial Counsel

*/s/ Daniel M. Barish*
DANIEL M. BARISH (DC Bar No. 448263)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 305-8970
E-mail: Daniel.Barish@usdoj.gov

Attorneys for Respondent