**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZAYN AL ABIDIN MUHAMMAD HUSAYN (ISN 10016),<br><br>Petitioner,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of War,<br><br>Respondent. | Civil Action No. 08-CV-1360 (EGS) |

**RESPONDENT'S NOTICE OF SUBMISSION OF CLASSIFIED DOCUMENTS
FOR *EX PARTE* AND *IN CAMERA* REVIEW**

In accordance with the Court's Minute Order of January 29, 2026, notice is hereby given that on February 19, 2026, Respondent provided the Court, through the Classified Information Security Officer, Respondent's Submission of Classified Documents for *Ex Parte* and *In Camera* Review. This *ex parte* submission contains *ex parte*, *in camera* versions of the sample set of classified documents underpinning Respondent's Motion to Withhold from Disclosure Sensitive Classified Information in CIA Documents Containing Petitioner's Medical Information (ECF Nos. 612 and 672-1).

Dated: February 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

1

KRISTINA A. WOLFE
Senior Trial Counsel

*/s/ Daniel M. Barish*
DANIEL M. BARISH (DC Bar No. 448263)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 305-8970
E-mail: Daniel.Barish@usdoj.gov

Attorneys for Respondent

2